# Exhibit 2

**ENVISTA**
**FORENSICS**

111 Deer Lake, Suite 100
Deerfield, IL 60015

TOLL-FREE **888.782.3473**
**envistaforensics.com**

January 12, 2026

Julia Kwait
Eichhorn & Eichhorn
2929 Carlson Dr.
Suite 100
Hammond IN 46325
jkwait@eichhorn-law.com

Claim Number:   570.18763

Subject:   Executive Summary Report
*Envista Matter No:*   *MAT-189632-K9P56*

Dear Ms. Kwait:

On January 5, 2026, Envista Forensics conducted a review of the Report of Investigation from the Indiana Department of Corrections Internal Affairs Division, the security video of the event, and the Incident Report from the Department of Homeland Security/State Fire Marshals office. On January 9, 2026, I had the occasion to examine the evidence collected by the State of Indiana and the cell block where the fire occurred. This Executive Summary report contains Envista Forensics' findings and conclusions reached as a result of that inspection.

## OVERVIEW

The structure is a five-story ordinary construction, prison cellblock. The fire originated and was confined to cell 252 N, which is a 9' X 6 X 7' cell constructed of poured concrete. The fire spread out of the door opening to the underside of the concrete walkway above.

Examination of the photographs of the Incident Report of the Indiana State Fire Marshal revealed that there was charring and mass loss to the combustible material in the center portion of the bed. (Photo # 10109) Views from the underside of the bed (Photo # 10063) showed discoloration and heat intensity patterns consistent with the fire originating in that area.

Examination of the duplex outlet, (Photo # 10083) shows the remains of two power cards being attached to the outlet at the time of the fire. The cord in the upper portion of the outlet showed that the plug spades were removed post fire. This is seen in the holes that remained in the remaining portion of the plug. The cord that is attached in the lower portion of the outlet was found still attached and was connected to a melted mass on the floor. The cord and the melted mass can be seen in Photo # 10136. Close examination of the duplex outlet also reveals that there are portions of the plastic outlet material still intact, and there is no evidence of an electrical event at the outlet. The outlet was ruled out as a potential ignition source in this fire.

The examination of the evidence collected at the time of the fire loss was examined and photographed. The following observations were made during this inspection.

- The were two bags of evidence that were placed in an evidence room for examination.
- The remains of multiple boxes that contained miscellaneous electronic parts and components were in evidence.

**CERTAINTY IN AN UNCERTAIN WORLD**

PT&C Forensic Consulting Services, P.A. | TX Firm Registration # F-19410 | NC Firm Registration # C-2837



- Multiple circuit boards, tablet screens and small television screens were also secured.
- One circuit board had mass loss to the board.
- A fan motor and porcelain light fixture were recovered. Fire Marshal Photograph # 10117 showed the fan motor was connected to the light fixture and had lightweight conductors attached. This was a possible homemade device.
- An unknown homemade device with conductors attached was found in the melted floor mass. The power cord in the mass leads back to the duplex outlet. This appeared to be a heat producing device.

The fire originated in the area of the bed and spread to the combustible materials on i.e. bed clothing, cloths and cardboard boxes with stored materials.

## ORIGIN AND CAUSE SUMMARY

This fire origin and cause investigation was conducted in accordance with the guidelines and recommendations as outlined in the latest editions of the *National Fire Protection Association (NFPA) 921 Guide for Fire and Explosion Investigations* and the job performance requirements outlined in *NFPA 1033 Standard Qualifications for Professional Fire Investigators*. The following opinions (findings) are based on the data observed and/or collected during the physical inspection of the loss site and all of the relevant information obtained during the investigation process.

- The fire originated and was confined to Cell, 252 N. The originated in the area of the bed and spread throughout the available combustible materials in the area. The fire spread out through the doorway spreading to the concrete walkway above. This was consistent with the findings of the Indiana State Fire Marshal that the "fire originates on the central front area of the bed located in the cell ACH-252."

- The ignition source was unable to be specifically identified; however, there were multiple potential ignition sources located in the area of origin. This included energized power cords, tablets and an unknown homemade heat producing device.

- The first material ignited was the available combustible materials in the cell, including cardboard, clothing papers and bedclothing.

- The ignition sequence was unable to be specifically identified; however, there were multiple competent ignition sources located in an area of the cell where clothing, cardboard and other lightweight combustible materials were located.

- The Cause Classification of the fire is Undetermined.

Envista Forensics No. MAT-189632-K9P6
Client Claim / File No. 570.18763



**Photograph 1:** Overall view of the Cell of Origin ACH 252 N.

Envista Forensics No. MAT-189632-K9P6
Client Claim / File No. 570.18763



**Photograph 2: Area of Origin**

Envista Forensics No. MAT-189632-K9P6
Client Claim / File No. 570.18763

P1010109.JPG    On top of bed    1/14/2023

**Photograph 3:** Overall view of the top of the bed with mass loss to the combustible materials in the center of the bed

Envista Forensics No. MAT-189632-K9P6
Client Claim / File No. 570.18763



**Photograph 4:** Overall view of the underside of the bed



**Photograph 5:** Overall view of the cell light fixture on the wall of the cell



**Photograph 6:** Overall view of the light fixture



**Photograph 7:** Overall view of the duplex outlet



**Photograph 8:** Missing plug spade in top portion of the duplex outlet



**Photograph 9:** Overall view of the duplex outlet



**Photograph 10:** The power cord leading from the duplex outlet to the melted mass on the floor of the cell




**Photograph 11:** The unknown tool found in the cell    **Photograph 12:** The remains of a fan

## EVIDENCE COLLECTION / PRESERVATION

All of the evidence secured during the scene examination, is being held by the State of Indiana Department of Corrections.

## CLOSURE

Photographs taken during our work, which are not included in this report, are retained in our files and are available to you upon request.

NOTE: This Executive Summary report was prepared in lieu of a comprehensive report as required by *ASTM E620 Standard Practice for Reporting Opinions of Scientific or Technical Experts*. A comprehensive report can be prepared at a later date if it is requested.

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

Thank you for allowing us to provide this service.

Sincerely,

ENVISTA FORENSICS

Richard Besse, IAAI-CFI, NAFI-CFEI, CVFI
Regional Technical Leader
Fire & Explosion Division
+1 219-776-9692
Richard.besse@envistaforensics.com

cc:    Robert Howarth, BS, IAAI-CFI, CFEI, CVFI
      Regional Technical Leader
      Fire & Explosion Division
     +1 410-617-9833
     robert.howarth@envistaforensics.com

Attachment A, Photographs
Attachment B, Good Notes

**ATTACHMENT A**

Photographs



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #1**



**The evidence list**

**Photograph #2**



**Overall view of the evidence from evidence bag # 1**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #3**



**Overall view of the melted mass from the cell floor**

**Photograph #4**



**Miscellaneous electronics with power cord**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #5**



**The power cord melted into unknown materials**

**Photograph #6**



**Overall view of the partially melted cord**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #7**



**Overall view of the partially melted cord**

**Photograph #8**



**Overall view of the partially melted cord**



**FORENSICS**

**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #9**



**Overall view of the partially melted cord**

**Photograph #10**



**Miscellaneous screens and circuit boards**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #11**



**Close up view of unknown circuit board**

**Photograph #12**



**Overall view of the melted mass from the floor of the cell**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #13**



**Unknown power cord melted into the mass**

**Photograph #14**



**Unknown power cord melted into the mass**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #15**



**Unknown power cord melted into the mass**

**Photograph #16**



**Unknow homemade tool with power cord in the melted mass**



**Insured: Indiana Department of Corrections**  
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**  
**Client Claim/File: 570.18763**

**Photograph #17**



**Close up view of the unknow tool with connected conductors**

**Photograph #18**



**Floor side of the melted mass with associated power cords**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #19**



**Power cords connected to the melted mass**

**Photograph #20**



**The plug from the associated cord**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #21**



**Overall view of the contents of evidence bag # 2**

**Photograph #22**



**The remains of a cardboard box with miscellaneous items**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #23**



**The remains of a cardboard box with miscellaneous cords**

**Photograph #24**



**Close up view of the power cords**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #25**



**The remains of a cardboard box with miscellaneous items, cords and circuit boards**

**Photograph #26**



**Close up view of melted circuit board**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #27**



**Overall view of a the bottom of the cardboard box**

**Photograph #28**



**Overall view of the fan motor and possible grinding wheel**



**Insured: Indiana Department of Corrections**
**Location: 1 Park Row Street, Michigan City IN**

**Envista Matter No: MAT-189632-K9P6**
**Client Claim/File: 570.18763**

**Photograph #29**



**Overall view of a homemade electrical devise**

**Photograph #30**



**Multiple circuit boards found in the boxes**

**ATTACHMENT B**

Good Notes



# ENVISTA FORENSICS

## 189632-K9P6

MATTER NUMBER

INSURED

LOSS ADDRESS: 1Park Row Street

Michigan City

Indiana 46360

DATE: January 9, 2026

PREPARED BY:

REGARDING:

CERTAINTY IN AN UNCERTAIN WORLD



Evidence list and first bag of evidence







Miscellaneous electronic parts, screens, tablets, and cords






















## Cloth material








Plug to a power cord with no electric activity noted






The melted mass found on the floor of the cell with power cord and unknown tool. Possible heat producing device.






















Bag number two with two cardboard boxes with miscellaneous parts






AAA battery pack and AAA batteries





Cardboard box full of miscellaneous electronic parts






Miscellaneous circuit board







Cardboard box full of miscellaneous electronic parts








Large melt area in an unknown circuit board






Possible grinder

Fan motor seen in light socket in Fire Marshals photos











The blue area is the charger port. The red area is the port for the headphones








Light socket seen in the Fire Marshal's photos with fan motor



Cell phone phone in the debris




