**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| MYSTI VALENCIA, | ) | |
| PERSONAL REPRESENTATIVE OF THE | ) | |
| ESTATE OF MICHAEL SMITH, | ) | |
|       Plaintiff, | ) | No. 3:24-cv-00185-DRL |
| | ) | |
| v. | ) | |
| | ) | |
| NEAL, *et al.*, | ) | |
|       Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and N.D. Ind. L.R. 56-1, Defendants, Ron Neal, Jason Nowatzke, Deborah Taylor, Douglas Wardlow, Nadine Smith, Kevin Cross, Jeniene Walton, Darnell Crockett, and Steven McCann move the Court to grant summary judgment in their favor, there being no genuine dispute of material fact that the Defendants are entitled to qualified immunity, did not violate Michael Smith's constitutional rights, and that Mr. Smith was contributorily negligent as it relates to his state law claims, thus entitling Defendants to judgment as a matter of law. For the reasons stated in this motion, and as discussed in Defendants' supporting brief, the Court should grant this Motion.

In support of his motion, Defendants designate to the Court the following evidence:

    **Exhibit A:**     **Affidavit of Pam James;**

    **Exhibit A-1:**  **Surveillance video footage of A Cell House, .exe format;**

    **Exhibit A-2:**  **Surveillance video footage of A Cell House, .avi format;**

    **Exhibit A-3:**  **Surveillance video footage of A Cell House, 200 North Range;**

    **Exhibit A-4:**  **Surveillance video footage of A Cell House, 400 North Range;**

    **Exhibit A-5:**  **Surveillance video footage of A Cell House, 500 North Range;**[1]

---

[1] Exhibits A-1 through A-5 were manually filed on April 7, 2026. (ECF 136).

**Exhibit A-6:**  **Fire drills records from 2021 and 2022;**

**Exhibit A-7:**  **Schematics of A Cell House;**

**Exhibit B:**    **Deposition Transcript of Darnell Crockett;**

**Exhibit C:**    **Deposition Transcript of Kevin Cross;**

**Exhibit D:**    **Deposition Transcript of Jeniene Walton;**

**Exhibit E:**    **Affidavit of Sgt. Jeniene Walton;**

**Exhibit F:**    **Deposition Transcript of Lt. Nadine Smith-Robinson;**

**Exhibit G:**    **Deposition Transcript of Dennis Koen;**

**Exhibit H:**    **Deposition Transcript of Warden Ron Neal;**

**Exhibit I:**    **Deposition Transcript of Douglas Wardlow;**

**Exhibit J:**    **Deposition Transcript of Jason Nowatzke, on behalf of the Indiana Department of Correction;**

**Exhibit K:**    **Deposition Transcript of Art Kaufman;**

**Exhibit L:**    **Deposition Transcript of Deborah Taylor;**

**Exhibit M:**    **Curriculum Vitae of Richard Besse, CFEI, CVFI, CFII, IAAI-CFI;**

**Exhibit N:**    **Expert Report of Richard Besse;**

**Exhibit O:**    **Deposition Transcript of Richard Besse;**

**Exhibit P:**    **Deposition Transcript of Steven McCann; and**

**Exhibit Q:**    **Deposition Transcript of Christopher Beal.**

The specific citations to the Defendants' designated evidence are included in their Statement of Material Facts, filed separately herewith. In addition, the Defendants file separately herewith a supporting Memorandum in Support of Summary Judgment.

The Defendants certify that their counsel, Julia M. Kwait and David J. Beach, participated in a teleconference with Plaintiff's counsel, Megan Pierce and Locke Bowman, on April 16, 2026,

- 3 -

at 10:00 a.m. The portion of the teleconference regarding this motion lasted approximately thirty minutes.

WHEREFORE, Defendants, Ron Neal, Jason Nowatzke, Deborah Taylor, Douglas Wardlow, Nadine Smith, Kevin Cross, Jeniene Walton, Darnell Crockett, and Steven McCann, request that the Court enter judgment in their favor and against Plaintiff, and for all other just and proper relief.

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

By: /s/ Julia M. Kwait

David J. Beach, #18531-45
Julia M. Kwait, #28474-71
One of the Attorneys for Defendants,
Ron Neal, Jason Nowatzke, Deborah Taylor,
Douglas Wardlow, Nadine Smith, Kevin Cross,
Jeniene Walton, Darnell Crockett, Steven McCann

EICHHORN & EICHHORN, LLP
2929 Carlson Drive, Suite 100
Hammond, Indiana 46323
Telephone: (219) 931-0560
dbeach@eichhorn-law.com
jkwait@eichhorn-law.com

- 4 -

## CERTIFICATE OF SERVICE

I, Julia M. Kwait, certify that on the 17th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Julia M. Kwait
Julia M. Kwait