**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| MYSTI VALENCIA, | ) | |
| PERSONAL REPRESENTATIVE OF THE | ) | |
| ESTATE OF MICHAEL SMITH, | ) | |
| Plaintiff, | ) No. 3:24-cv-00185-DRL | |
| | ) | |
| v. | ) | |
| | ) | |
| NEAL, *et al.*, | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF PAM JAMES

1. I am employed by the Indiana Department of Correction ("IDOC") as the Litigation Liaison at the Indiana State Prison ("ISP") in Michigan City, Indiana.

2. As Litigation Liaison, I have access to records regularly kept by Indiana State Prison in its course of business.

3. This includes surveillance video.

4. Attached to this affidavit as Exhibit A-1 is a true and accurate copy of the surveillance video of A Cell House ("ACH") North taken on January 14, 2023 in .exe format.

5. I am also familiar with the identities of the correctional officers pictured in the surveillance video.

6. At approximately 10:58:20 on the surveillance video, two correctional officers approach. The correctional officer with the silver fire extinguisher is Officer Cross. The other officer with him is Officer Crockett.

7. At approximately 11:00:08 another correctional officer approaches. This individual is Lt. Koen.

**Exhibit A**

8. At approximately 11:00:41, another correctional officer approaches. This is Vincent McCormick, who is currently a Captain, but at the time was a Lieutenant. He was a member of the Quick Response Team (QRT).

9. More correctional officers approach thereafter. These are also members of QRT.

10. At approximately 11:01:24, a man in a red hat, gray shirt, and blue pants approaches. This is Matthew Stidham, who was an incarcerated individual who was part of the offender fire brigade.

11. Attached to this affidavit as Exhibit A-2 is a true and accurate copy of the surveillance video of ACH North taken on January 14, 2023 in .avi format.

12. Attached to this affidavit as Exhibit A-3 is a true and accurate copy of the surveillance video of the front view of ACH North 200 range taken on January 14, 2023.

13. Attached to this affidavit as Exhibit A-4 is a true and accurate copy of the surveillance video of the front view of ACH North 400 range taken on January 14, 2023.

14. Attached to this affidavit as Exhibit A-5 is a true and accurate copy of surveillance video of the front view of ACH North 500 range taken on January 14, 2023.

15. Attached to this affidavit as Exhibit A-6 are true and accurate copies of records related to fire drills undertaken at Indiana State Prison from 2021 and 2022.

16. Attached to this affidavit as Exhibit A-7 are true and accurate copies of schematics of A Cell House.

FURTHER AFFIANT SAYETH NOT.

**Exhibit A**

I affirm under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

4/6/2026
Date

*Pamela James*
Signature

3

**Exhibit A**