

## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:    A-Cell House                Quarter: 4th Daytime          Year    2021

Identity of person(s) conducting the drill: Mahone, Milne, Rubalcada, Engram, White, Anthson, Wolmy

Date and Time of drill:    10/19/21    11:27 AM

Notification method used:    Pulled Alarm, Shut off from Board.

Number of occupants evacuated:    5        275        280
                                  Staff    Offenders   Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☒ None

☐ Other        Describe:

Problems encountered: None

Corrective actions taken if needed:    N/A

Weather conditions present when occupants were evacuated:    70° Sunny.

Evacuation time:    11:54

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

Print Name Here                                    Signature Here

Sgt C Vogel

ofc E Williams

**Exhibit A-16**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   B-Cell House                Quarter: 4th Daytime          Year    2021

Identity of person(s) conducting the drill:   M. Inc, Seruatka

Date and Time of drill:   10/19/21   9:02 AM

Notification method used:   Verbal

Number of occupants evacuated:   94        195        199

                                 Staff      Offenders   Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other      Describe:

Problems encountered:   None

Corrective actions taken if needed:   N/A

Weather conditions present when occupants were evacuated:   65° Sunny

Evacuation time:   N/A

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

Print Name Here                                   Signature Here

x   Sgt. H. Kaczka                          x

**Exhibit A-26**



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   C-Cell House                    Quarter: 4th Daytime            Year      2021

Identity of person(s) conducting the drill: Rubalcada, White, Harris

Date and Time of drill:

Notification method used:

Number of occupants evacuated:      6          307        313
                                                          Staff      Offenders    Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☒ None

☐ Other        Describe:

Problems encountered:

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated:   Sunny  70°

Evacuation time:        12:50

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| Darnell Crockett | Darnell Crockett |
| Cleith Sellers | |
| Richard Arnold | |

**Exhibit A-6**

I.S.P. Fire Drill Questions for Staff

If you smell smoke what do you do?

**Answer:** *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer:** *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer:** *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer:** *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer:** *Count board, post orders, radio, keys, and cuffs.*

Score: 8/8

Comments:

PASSed

2021                              4th Quarter Fire Drill

**Exhibit A-6**



**Indiana Department of Corrections**

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   D-Cell House                Quarter: 4th Daytime          Year     2021

Identity of person(s) conducting the drill:    ENGRAM-BEY, R.

Date and Time of drill:    10·18·21       11:42 A.M.

Notification method used:    VERBAL

Number of occupants evacuated:    8 Staff      ~~277~~ Offenders      285 Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☒ None

☐ Other        Describe:

Problems encountered:    N/A

Corrective actions taken if needed:    NONE NEEDED

Weather conditions present when occupants were evacuated:    70°

Evacuation time:

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
| --- | --- |
| Gill Forney Cross | |

I.S.P. Fire Drill Questions for Staff

If you smell smoke what do you do?

**Answer**: *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer**: *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer**: *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer**: *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer**: *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer**: *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer**: *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer**: *Count board, post orders, radio, keys, and cuffs.*

Score: _100%_

Comments:

_____PASSed_____

_____

_____

2021                    4th Quarter Fire Drill

**Exhibit A-6**



**Indiana Department of Corrections**

**FIRE DRILL EVACUATION**

**Facility: INDIANA STATE PRISON**

Building:   E-Dorm                           Quarter: 4th Daytime              Year    2021

Identity of person(s) conducting the drill:   Means / Dowdell

Date and Time of drill:    10/19 - 2021      11:26

Notification method used:   Pull Station

Number of occupants evacuated:   2        213   103   215   105  MD

                                 Staff    Offenders    Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other        Describe:

Problems encountered:        NONE

Corrective actions taken if needed:      N/A

Weather conditions present when occupants were evacuated:      SUNNY, WARM

Evacuation time:    3:08

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

Print Name Here              Signature Here
J Walton                     Walton

**Exhibit A7-6**

I.S.P. Fire Drill Questions for Staff

If you smell smoke what do you do?

**Answer:** *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer:** *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer:** *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer:** *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer:** *Count board, post orders, radio, keys, and cuffs.*

Score: _____ 8|

Comments:

Has good Knowledge of fire safety procedures

2021                                   4th Quarter Fire Drill

**Exhibit A-6**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   A-Cell House                 Quarter: 1st Daytime          Year    2022

Identity of person(s) conducting the drill:   Milne / Andrews / Harris

Date and Time of drill:   1/26/22   7:25AM

Notification method used:   Verbal

Number of occupants evacuated:   4        312        316
                                 Staff    Offenders  Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☒ None

☐ Other        Describe:

Problems encountered:   None

Corrective actions taken if needed:   N/A

Weather conditions present when occupants were evacuated:   6° overcast

Evacuation time:   N/A

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

**Print Name Here**                          **Signature Here**

Darrel McCoy

J McKinney

**Exhibit A96**



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   B-Cell House                 Quarter: 1st  Daytime          Year    2022

Identity of person(s) conducting the drill:  Milne, Andrews, Harris, Tayler

Date and Time of drill:

Notification method used:  VERBAL   12:51 pm

Number of occupants evacuated:    4            I 10        194

                                                  Staff          Offenders      Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other        Describe:

Problems encountered:    None

Corrective actions taken if needed:   N/A

Weather conditions present when occupants were evacuated:  20° Overcast

Evacuation time:    N/A

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

       **Print Name Here**                                        **Signature Here**

       M. allen                                                   M. allen

**Exhibit A-6**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:    C-Cell House                                   Quarter: 1st  Daytime          Year      2022

Identity of person(s) conducting the drill:    *Kelly Holland / Phelps, Ryan*

Date and Time of drill:    1-26 2022              7:00 Am

Notification method used:    *Verbal*

Number of occupants evacuated:        5              371

                                                           Staff          Offenders      Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other        Describe:  N/M

Problems encountered:        N/A

Corrective actions taken if needed:  N/A

Weather conditions present when occupants were evacuated:    – 3° , Windy

Evacuation time:  N/A

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

          **Print Name Here**                                                      **Signature Here**

Tonya Davis

Ashley Hudson
Tim Adams



### Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:  D-Cell House                Quarter: 1st  Daytime          Year    2022

Identity of person(s) conducting the drill:  *FIRE Fighter I ENGRAM-Bey, Robert*

Date and Time of drill:  *1-26-22*

Notification method used:  VERBAL

Number of occupants evacuated:

|  | Staff | Offenders | Total |
|---|---|---|---|
|  | 2 - OUT's  4 - Reg. Staff | 312 | 318 |

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other        Describe:

Problems encountered:  NONE

Corrective actions taken if needed:  N/A

Weather conditions present when occupants were evacuated:  8°

Evacuation time:  N/A

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

Print Name Here

Cameron Holmes
Dorell Bass
Racc'u

Signature Here

**Exhibit A-6**



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:  A-Cell House          Quarter: 1st Nighttime          Year    2022

Identity of person(s) conducting the drill:   KocHURA STOHAM

Date and Time of drill:    6:44 pm  1-28-22

Notification method used:    VERBAL - mock Drill

Number of occupants evacuated:    3        312      315
                                  Staff    Offenders   Total

Special conditions simulated:
_____

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other          Describe:

Problems encountered:    NONE

Corrective actions taken if needed:    NONE Needed

Weather conditions present when occupants were evacuated:    Cool 16°

Evacuation time:    VERBAL - mock Drill

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

Print Name Here  B.Stovall          Signature Here
                 J. Tondini

**Exhibit A-6**



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   B-Cell House                     Quarter: 1st Nighttime          Year    2022

Identity of person(s) conducting the drill:   *KOCHUAR - SPINHAM*

Date and Time of drill:     *1-28-22-   7:20 pm*

Notification method used:   *VeRBAl - mock DRill*

Number of occupants evacuated:     *3*            *203*        *205*
                                              Staff          Offenders      Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☑ None

☑ Other      Describe:

Problems encountered:   *NONe*

Corrective actions taken if needed:   *NONe Needed*

Weather conditions present when occupants were evacuated:   *Cool - 16°*

Evacuation time:   *VeRBAl - mock DRill*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
| --- | --- |
| *M. Mitchell* | *M. Mitchell* |
| *A. Bauer* | *A. B* |
| *S. Robinson* | *S. Robinson* |

**Exhibit A-6**



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   C-Cell House                     Quarter: 1st Nighttime            Year    2022

Identity of person(s) conducting the drill:   *KocHUAR, STIDHAM*

Date and Time of drill:        *6:30 pm – 1-28-22*

Notification method used:     *Verbal – mock*

Number of occupants evacuated:     *2*        *378*       *380*

             Staff       Offenders     Total

Special conditions simulated:

  ☐ Intentionally blocked an exit door to assess redirection of evacuation

  ☐ Intentionally detained an offender to asses complete building sweep

  ☑ None

  ☐ Other        Describe:

Problems encountered:   *None*

Corrective actions taken if needed:   *None Needed*

Weather conditions present when occupants were evacuated:   *Cold- Night 16°*

Evacuation time:   *Verbal mock*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

   Print Name Here             Signature Here

   *Donald Teague*

   *Brandi Hubbard*           *Ofc. B. Wallace*

**Exhibit A-6**

15



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   D-Cell House                 Quarter: 1st Nighttime          Year    2022

Identity of person(s) conducting the drill:    *FiRe FighteR I.  ENGRAM-BeY, R.*

Date and Time of drill:    *1-28-22.    02:45 hRB.*

Notification method used:    *VERbAl*

Number of occupants evacuated:

|  | Staff | Offenders | Total |
|---|---|---|---|
|  | *03* | *318* | *321* |

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other        Describe:

Problems encountered:        *N/A*

Corrective actions taken if needed:        *N/A*

Weather conditions present when occupants were evacuated:        *03° WiNDy*

Evacuation time:

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| *SGT. Page*  *Ofc. Vasilopulos*  *Ofc. Wesley* |  |



**Indiana Department of Corrections**

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   A-Cell House                      Quarter: 2nd  Daytime          Year    2022

Identity of person(s) conducting the drill:   *serucela, Fonseca, Means, means, Ongron, Taylor alcantar Phelps, Richardson, Patterson, Harris,*

Date and Time of drill:          *5-16-22*

Notification method used:          *alarm*

Number of occupants evacuated:     *3*       *281*      *284*
                                   Staff    Offenders   Total
                                   *(1-counter)*

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other       Describe:          *none*

Problems encountered:          *none*

Corrective actions taken if needed:       *None*

Weather conditions present when occupants were evacuated:       *68° sunny*

Evacuation time:       ~~*16:48*~~   *16:44*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | | Signature Here |
|---|---|---|
| *Alonie* | *Patton* | *wA R* |
| *E* | *Williams* | *S...* |
| | | |
| | | |

**Exhibit A-76**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   B-Cell House          Quarter: 2nd  Daytime          Year    2022

Identity of person(s) conducting the drill:   MRS. Taylor, Szewaika, Applewhite, Alcantar, Richardson, Means

Date and Time of drill:    May 16, 2022   —

Notification method used:    Trip THE Alarm

Number of occupants evacuated:   2    186    189
                                 Staff   Offenders   Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other    Describe:

Problems encountered:

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated:   68° AWD  Sunny

Evacuation time:   11:33 AM ← 11:42 AM -  9:07 SEC.
Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

Print Name Here                          Signature Here

The HIS TYus
Jalen Everage
Joseph Schneider

**Exhibit A86**



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   C-Cell House                Quarter: 2nd  Daytime          Year    2022

Identity of person(s) conducting the drill:   Milne

Date and Time of drill:                     7:26AM          5-16-22

Notification method used:   Verbal

Number of occupants evacuated:

                    Staff      Offenders   Total

                    3       382

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☒ None

☐ Other        Describe:

Problems encountered:  None

Corrective actions taken if needed:   N/A

Weather conditions present when occupants were evacuated:    60° Sunny

Evacuation time:   N/A

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

      **Print Name Here**                           **Signature Here**

A. Ferguson

D. Crockett

**Exhibit A96**

I.S.P. Fire Drill Questions for Staff

If you smell smoke what do you do?

**Answer:** *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer:** *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer:** *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer:** *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer:** *Count board, post orders, radio, keys, and cuffs.*

Score: 5/8

Comments:

Fire training

**Exhibit A-6**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:    D-Cell House                Quarter: 2nd  Daytime          Year    2022

Identity of person(s) conducting the drill:    Milne

Date and Time of drill:                    7:14 AM        5-10.22

Notification method used:        Verbal

Number of occupants evacuated:

|  | Staff | Offenders | Total |
|---|---|---|---|
|  | 5 | 298 | 303 |

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other        Describe:

Problems encountered:   None

Corrective actions taken if needed:   N/A

Weather conditions present when occupants were evacuated:    60° Sun

Evacuation time:    N/A

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| Richard  Arnold |  |
| JOSE    ZEPEDA |  |
| L.    Skaggs |  |



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   A-Cell House                 Quarter: 2nd Nighttim          Year      2022

Identity of person(s) conducting the drill:     *CHief STIDHAM*

Date and Time of drill:     *6:30pm*

Notification method used:     *Pull STATION / Full evac*

Number of occupants evacuated:     *3*      *319*      *322*
                                   Staff    Offenders   Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other      Describe:

Problems encountered:     *N/A*

Corrective actions taken if needed:     *N/A*

Weather conditions present when occupants were evacuated:     *70° RAIN*

Evacuation time:     *18:36*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
| --- | --- |
| *Brandon c Story* | |
| *STEVEN MERRELL* | |
| *Jerry Tondini* | |

**Exhibit A-26**



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:    B-Cell House                    Quarter: 2nd Nighttim          Year    2022

Identity of person(s) conducting the drill:         *CHief STIDHAM*

Date and Time of drill:        6-8-22        8:30 pm

Notification method used:        Verbal / mock

Number of occupants evacuated:        3        2/3        2/6
                                       Staff      Offenders   Total

Special conditions simulated:
_____

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other        Describe:

Problems encountered:        N/A

Corrective actions taken if needed:        N/M

Weather conditions present when occupants were evacuated:        Clear - 70°

Evacuation time:        Mock

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| S. Robinson | D. Morrinser |
| N. Benson | M. Bers |
| K. Graves | K. Graves |



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   C-Cell House                          Quarter: 2nd Nighttim          Year     2022

Identity of person(s) conducting the drill:    *CHief STIDHAM*

Date and Time of drill:          *7:00 pm     6-8-22*

Notification method used:        *VeRBAl MOCk*

Number of occupants evacuated:     *4*        *382*      *386*
                                   Staff     Offenders   Total

Special conditions simulated:

   ☐ Intentionally blocked an exit door to assess redirection of evacuation

   ☐ Intentionally detained an offender to asses complete building sweep

   ☐ None

   ☐ Other      Describe:

Problems encountered:        *N/A*

Corrective actions taken if needed:    *N/A*

Weather conditions present when occupants were evacuated:    *69° C/YAR*

Evacuation time:    *VeRBAl MOck*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
| --- | --- |
| J. Tibbs | *(signature)* |
| K. Newcomb | *(signature)* |
| B. Hubbard | *(signature)* |

**Exhibit A-46**



### Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:    D-Cell House                    Quarter: 2nd  Nighttim        Year     2022

Identity of person(s) conducting the drill:        *CHIEF STIDHAM*

Date and Time of drill:        *7:25 pm    6·8·22*

Notification method used:        *Verbal Mock*

Number of occupants evacuated:    __*7*__        __*330*__        __*337*__
                                  Staff        Offenders        Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other        Describe: _____

Problems encountered:        *N/A*

Corrective actions taken if needed:        *N/A*

Weather conditions present when occupants were evacuated:        *70° Clear*

Evacuation time:        *Verbal Mock*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
| --- | --- |
| Braxton Bradbury | *[signature]* |
| L.  Oliva | *L. Oliva* |
| J.  Jackson | *[signature]* |

**Exhibit A-56**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   A-Cell House                    Quarter: 3rd  Daytime          Year    2022

Identity of person(s) conducting the drill:      *D. TAylor*

Date and Time of drill:                   *8·8·22            11:00 Am*

Notification method used:          *A/Hawi*

Number of occupants evacuated:   *5* __ *327*  *333*
                                  Staff    Offenders   Total

Special conditions simulated:

_____

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other      Describe:

Problems encountered:           *N/A*

Corrective actions taken if needed:      *N/A*

Weather conditions present when occupants were evacuated:      *80   Sunny*

Evacuation time:    *12:32*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| x *Singleton* | |
| *Lt. Thoy* | *Lt. Thompson* |
| *Aumon* | *Kler* |



**Indiana Department of Corrections**

**FIRE DRILL EVACUATION**

**Facility: INDIANA STATE PRISON**

Building:  B-Cell House          Quarter: 3rd  Daytime          Year    2022

Identity of person(s) conducting the drill:          D. Taylor

Date and Time of drill:          8·2·22          1:00 pm

Notification method used:          Alarm

Number of occupants evacuated:    4          215          219
                                  Staff      Offenders    Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other          Describe:

Problems encountered:          N/A

Corrective actions taken if needed:          N/A

Weather conditions present when occupants were evacuated:          80° Sunny

Evacuation time:     P: 52

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| Titus Price | |



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:  C-Cell House                    Quarter: 3rd Daytime              Year      2022

Identity of person(s) conducting the drill:       D. Taylor

Date and Time of drill:                           8-3-22  -  11:45

Notification method used:                         Alarm

Number of occupants evacuated:       5          382        387
                                   Staff      Offenders    Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other        Describe:          N/A

Problems encountered:              N/A

Corrective actions taken if needed:    N/A

Weather conditions present when occupants were evacuated:      Sunny 80°

Evacuation time:          13:12

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

**Print Name Here**                        **Signature Here**

Lt. Moon                                  Lt. M. Moon

ofc Cross                                 Ken Cox

ofc Crockett                              D. Crockett

**Exhibit 28-6**

I.S.P. Fire Drill Questions for Staff

If you smell smoke what do you do?

**Answer:** *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer:** *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer:** *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water}" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer:** *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer:** *Count board, post orders, radio, keys, and cuffs.*

Score: *100%*

Comments:

*Good*



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   D-Cell House                     Quarter: 3rd  Daytime            Year     2022

Identity of person(s) conducting the drill:     JOHN M. SERWATKA     FIRE FIGHTER II

Date and Time of drill:        8-8-22 ,      6:41 AM

Notification method used:

Number of occupants evacuated:      5          306          311

                                       Staff        Offenders     Total

Special conditions simulated:

    ☐ Intentionally blocked an exit door to assess redirection of evacuation

    ☐ Intentionally detained an offender to asses complete building sweep

    ☐ None

    ☐ Other        Describe:

Problems encountered:

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated:     Humid · CLEAR

Evacuation time:

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| Sgt. E. Williams | Sgt. E. Williams |
| Ofc. J. Everage | JE |

**Exhibit A-6**



## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:    A-Cell House                Quarter: 3rd Nighttim        Year    2022

Identity of person(s) conducting the drill:    *STIDHnm / Taylor*

Date and Time of drill:            *7:13 pm    8-4-22*

Notification method used:    *Verbal mock*

Number of occupants evacuated:    *2*        *327*        *329*
                                 Staff    Offenders    Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other        Describe:

Problems encountered:    *N/A*

Corrective actions taken if needed:    *N/A*

Weather conditions present when occupants were evacuated:    *Sunny 82°*

Evacuation time:    *Mock / visual*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| *J Jackson* | |
| *A Podilla* | |



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   B-Cell House          Quarter: 3rd Nighttim          Year    2022

Identity of person(s) conducting the drill:     STIDHAM /TAYlor

Date and Time of drill:     8·4·22    7:42

Notification method used:     Verbal /mock

Number of occupants evacuated:     3     213     216
                                   Staff    Offenders    Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other     Describe:     NONe

Problems encountered:     NONe

Corrective actions taken if needed:     NONe

Weather conditions present when occupants were evacuated:     Night    80°

Evacuation time:   Verbal /mock

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
| --- | --- |
| S. Robinson | S. Robinson |
| m. Mitchell | m. Mitchell |
| K. Newcomb | |

**Exhibit A-26**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:    C-Cell House                    Quarter: 3rd Nighttim                    Year    2022

Identity of person(s) conducting the drill:    _STIDHAM / Taylor_

Date and Time of drill:    _8-4-22    8:00 pm_

Notification method used:    _Verbal / mock_

Number of occupants evacuated:    _3_    _378_    _381_
                                   Staff    Offenders    Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other    Describe:    _N/A_

Problems encountered:    _N/A_

Corrective actions taken if needed:    _N/A_

Weather conditions present when occupants were evacuated:    _Night 80°_

Evacuation time:    _Verbal / mock_

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

**Print Name Here**    **Signature Here**

_B. Hubbard_

D.    _TEAGUE_

_Christopher Tillman_

**Exhibit 3-6**



**Indiana Department of Corrections**

**FIRE DRILL EVACUATION**

**Facility: INDIANA STATE PRISON**

Building:   D-Cell House                    Quarter: 3rd  Nighttim          Year    2022

Identity of person(s) conducting the drill:       *STADHAM / Taylor*

Date and Time of drill:          *8-4-22          8:15 pm*

Notification method used:        *VERBAL MOCK*

Number of occupants evacuated:       *6*          *310*          *316*
                                     Staff      Offenders      Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other        Describe:        *N/A*

Problems encountered:        *N/A*

Corrective actions taken if needed:        *N/A*

Weather conditions present when occupants were evacuated:        *NIGHT ° 75°*

Evacuation time:        *VERBAL / MOCK*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
| --- | --- |
| Braxton Bradbury | |
| L.R. Quinn | |
| J. SAQUi | |
| Q. Livesy | |

**Exhibit 34-6**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:    A-Cell House                    Quarter: 4th  Daytime          Year    2022

Identity of person(s) conducting the drill:  *Alcantor, Holland, Washington Phelps, Harris, Richardson, Utter, White, milne*

Date and Time of drill:    *11-2-22*    *12:00pm*

Notification method used:    *Alarm (Pull Station)*

Number of occupants evacuated:    *5*    *327*    *332*
                                 Staff   Offenders  Total

*( 254 - counted )*

Special conditions simulated:

*N/A* Intentionally blocked an exit door to assess redirection of evacuation

*N/A* Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other        Describe:

Problems encountered:    *none*

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated:    *60° Sunny*

Evacuation time:  *9:28*

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

**Print Name Here**                    **Signature Here**

*A. Stroud*

*A Laguna*

**Exhibit A-6**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   B-Cell House                    Quarter: 4th  Daytime          Year    2022

Identity of person(s) conducting the drill:   Phelps, Holland, Taylor, Washington, SerwAtkA.

Date and Time of drill:    11/2/2022       12:38 p.m.

Notification method used:    Alarm

Number of occupants evacuated:    4         168        172
                                  Staff     Offenders  Total

Special conditions simulated:
_____

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other        Describe:

Problems encountered:

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated:    Sunny, Warm

Evacuation time:    7:06

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

Print Name Here  Sgt R. Tiller          Signature Here
Ofc. M. Allen                           Sgt R. T____
                                        Ofc. M. Allen

**Exhibit A-6**

36



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:    C-Cell House                    Quarter: 4th  Daytime          Year      2022

Identity of person(s) conducting the drill:    Applewhite, Phelps

Date and Time of drill:        11/2/2022      11:20 AM

Notification method used:    ~~Verbal~~, Alarm

Number of occupants evacuated:    9            355       364
                                Staff      Offenders    Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other        Describe:

Problems encountered:

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated:    Sunny , Warm

Evacuation time:        14:56

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| Anyetgha Abimbola | Anyetghor |
| A. Weldon | a.Weldon |

**Exhibit A-6**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   D-Cell House                     Quarter: 4th Daytime          Year    2022

Identity of person(s) conducting the drill:   JoHn M. Saewatkvt

Date and Time of drill:        10-26-22                          6:45 Am

Notification method used:

Number of occupants evacuated:    4        296      300
                                 Staff    Offenders  Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other      Describe:

Problems encountered:      NoNE

Corrective actions taken if needed:      NowE

Weather conditions present when occupants were evacuated:      Cold = Raining

Evacuation time:

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

Print Name Here                                      Signature Here

I LEPEDA                                             J. Zepd

Ofc. Proctor                                         Ofc. Proctor

**Exhibit A-6**



**Indiana Department of Corrections**

**FIRE DRILL EVACUATION**

**Facility: INDIANA STATE PRISON**

Building:    A-Cell House                     Quarter: 4th  Nighttim          Year      2022

Identity of person(s) conducting the drill: *Verbal - Alcantar, Pattison*

Date and Time of drill:    *11-2-22       6:30pm*

Notification method used:    *Verbal*

Number of occupants evacuated:   *2*        *327*        *329*
                                 Staff      Offenders    Total

Special conditions simulated:

*N/A* Intentionally blocked an exit door to assess redirection of evacuation

*N/A* intentionally detained an offender to asses complete building sweep

☒ None

☐ Other        Describe:

Problems encountered:    *none*

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated:    *cool, evening*

Evacuation time:

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| *E Clarke* | *E Clarke* |
| *J. Rodriguez* | *J Rodriguez* |

**Exhibit A-6**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:   B-Cell House                    Quarter: 4th  Nighttim           Year     2022

Identity of person(s) conducting the drill:   D. TAYlOR (SHM)

Date and Time of drill:     11·3-22     6:06    TO   6:19

Notification method used:     Pull STATION

Number of occupants evacuated:     2          214         216
                                   Staff      Offenders   Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other      Describe:

Problems encountered:        N/A

Corrective actions taken if needed:     NONE

Weather conditions present when occupants were evacuated:     70°.

Evacuation time:     13:02

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

**Print Name Here**                                    **Signature Here**

Charlie Honry                                          Charles Weney.
Dove Corwell                                           Dave Correll.

**Exhibit 406**

**Indiana Department of Corrections**

**FIRE DRILL EVACUATION**

Facility: **INDIANA STATE PRISON**

Building:   C-Cell House                           Quarter: 4th Nighttim              Year    2022

Identity of person(s) conducting the drill:  Washington, Andrews

Date and Time of drill:  11-2-22   6:37 pm

Notification method used:  NON EVAC

Number of occupants evacuated:   3          382          385

Staff          Offenders     Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☒ None

☐ Other        Describe:

Problems encountered:   NONE

Corrective actions taken if needed:  NONE

Weather conditions present when occupants were evacuated:   warm  65°

Evacuation time:   NONE

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

Print Name Here
Lucas Grams

Signature Here

**Exhibit A-16**



## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building:  D-Cell House                    Quarter: 4th Nighttim          Year     2022

Identity of person(s) conducting the drill:      *Harris*

Date and Time of drill:          *10-29-2022        7:23 PM*

Notification method used:      *Vocal*

Number of occupants evacuated:      *6*          *305*          *311*
                                     Staff       Offenders      Total

Special conditions simulated:

☐ Intentionally blocked an exit door to assess redirection of evacuation

☐ Intentionally detained an offender to asses complete building sweep

☐ None

☐ Other        Describe:

Problems encountered:

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated:      *50°F*

Evacuation time:

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
| --- | --- |
| A. Muñiz | *(signature)* |
| G. Metzger | *(signature)* |
| R. Warrior | *(signature)* |
| C. Fusko | Sgt Fusko C. |

**Exhibit A-26**