# ISP ACH

| | 101 | 103 | 105 | 107 | 109 | 111 | 113 | 115 | 117 | 119 | 121 | 123 | 125 | 127 | 129 | 131 | 133 | 135 | 137 | 139 | 141 | 143 | 145 | 147 | 149 | 151 | 153 | 155 | 157 | 159 | 161 | 163 | 165 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **South** | 201 | 203 | 205 | 207 | 209 | 211 | 213 | 215 | 217 | 219 | 221 | 223 | 225 | 227 | 229 | 231 | 233 | 235 | 237 | 239 | 241 | 243 | 245 | 247 | 249 | 251 | 253 | 255 | 157 | 259 | 261 | 263 | 265 |
| | 301 | 303 | 305 | 307 | 309 | 311 | 313 | 315 | 317 | 319 | 321 | 323 | 325 | 327 | 329 | 331 | 333 | 335 | 337 | 339 | 341 | 343 | 345 | 347 | 349 | 351 | 353 | 355 | 357 | 359 | 361 | 363 | 365 |
| | 401 | 403 | 405 | 407 | 409 | 411 | 413 | 415 | 417 | 419 | 421 | 423 | 425 | 427 | 429 | 431 | 433 | 435 | 437 | 439 | 441 | 443 | 445 | 447 | 449 | 451 | 453 | 455 | 457 | 459 | 461 | 463 | 465 |
| | 501 | 503 | 505 | 507 | 509 | 511 | 513 | 515 | 517 | 519 | 521 | 523 | 525 | 527 | 529 | 531 | 533 | 535 | 537 | 539 | 541 | 543 | 545 | 547 | 549 | 551 | 553 | 555 | 557 | 559 | 561 | 563 | 565 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **North** | 502 | 504 | 506 | 508 | 510 | 512 | 514 | 516 | 518 | 520 | 522 | 524 | 526 | 528 | 530 | 532 | 534 | 536 | 538 | 540 | 542 | 544 | 546 | 548 | 550 | 552 | 554 | 556 | 558 | 560 | 562 | 564 | 566 |
| | 402 | 404 | 406 | 408 | 410 | 412 | 414 | 416 | 418 | 420 | 422 | 424 | 426 | 428 | 430 | 432 | 434 | 436 | 438 | 440 | 442 | 444 | 446 | 448 | 450 | 452 | 454 | 456 | 458 | 460 | 462 | 464 | 466 |
| | 302 | 304 | 306 | 308 | 310 | 312 | 314 | 316 | 318 | 320 | 322 | 324 | 326 | 328 | 330 | 332 | 334 | 336 | 338 | 340 | 342 | 344 | 346 | 348 | 350 | 352 | 354 | 356 | 358 | 360 | 362 | 364 | 366 |
| | 202 | 204 | 206 | 208 | 210 | 212 | 214 | 216 | 218 | 220 | 222 | 224 | 226 | 228 | 230 | 232 | 234 | 236 | 238 | 240 | 242 | 244 | 246 | 248 | 250 | 252 | 254 | 256 | 258 | 260 | 262 | 264 | 266 |
| | 102 | 104 | 106 | 108 | 110 | 112 | 114 | 116 | 118 | 120 | 122 | 124 | 126 | 128 | 130 | 132 | 134 | 136 | 138 | 140 | 142 | 144 | 146 | 148 | 150 | 152 | 154 | 156 | 158 | 160 | 162 | 164 | 166 |

**Exhibit A-7**



# INDIANA STATE PRISON
# A-CELLHOUSE
# FIRE EVACUATION PLANS

**PRIMARY EXIT**

YOU ARE HERE

UTILITY

COUNSELORS OFFICE

OFFICERS STATION

YOU ARE HERE

PRIMARY EXIT

SECONDARY EXIT

LAUNDRY CAGE

**NOTE:** The emergency evacuation route shown should be followed in the event of fire or any other emergency situation where the evacuation of the building is necessary. Although the location of the emergency situation may block an alternate route, always use good judgment and select the closest available alternate route and exit that door.

SECONDARY EXIT

**Exhibit A-7**