LOUISVILLE    LEXINGTON    LONDON    FLORENCE    CINCINNATI    INDIANAPOLIS    ORLANDO    JACKSONVILLE    TAMPA



# KENTUCKIANA
## COURT REPORTERS

# CASE NO. 3:24-CV-00185

# MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON HER OWN BEHALF

# V.

# RON NEAL, ET AL.

# DEPONENT:

# DARNELL CROCKETT

# DATE:

# JANUARY 21, 2025



a court room
**powerhouse**

luhciluk@kentuckJJnarejwirjtfn.ttrn

B77iSW.55M    501/6%2273

www.kentuckiaEiareporters.com

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185

MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE OF THE

ESTATE OF MICHAEL SMITH, AND ON HER OWN BEHALF,

Plaintiff

V.

RON NEAL, ET AL.,

Defendants

DEPONENT:  DARNELL CROCKETT

DATE:      JANUARY 21, 2025

REPORTER:  SYDNEY LITTLE

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Locke Bowman, Esquire

Loevy & Loevy

311 North Aberdeen Street

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: locke@loevy.com

(Appeared via videoconference)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

APPEARANCES (CONTINUED)

ON BEHALF OF THE DEFENDANTS, LT. DENNIS KOEN, CAPT. VINCENT MCCORMICK, SGT. AMON LEE, SGT. JENIENE WALTON, OFFICER DARNELL CROCKETT, STEVEN MCCANN, LT. LATRICE JONES, SGT. ERNEST WILLIAMS, SGT. MICHAEL EVERETT, OFFICER JAYLON SINGLETON, WARDEN RON NEAL, CHRISTOPHER BEAL, KEVIN CROSS, ART KAUFMAN, ANDREW KMITTA, JASON NOWATZKE, NADINE SMITH, DOUGLAS WARDLOW, DEBORAH TAYLOR, JANILLE WHITAKER, AND DANIELLE BROWN:

Gustavo Jimenez, Esquire

Erica Sawyer, Esquire

Thomas Pratt, Esquire

Brandyn Arnold. Esquire

Office of the Indiana Attorney General

Indiana Government Center South

302 West Washington Street

Fifth Floor

Indianapolis, Indiana 46204

Telephone No.: (317) 232-6201

E-mail: gustavo.jimenez@atg.in.gov

erica.sawyer@atg.in.gov

thomas.pratt@atg.in.gov

brandyn.arnold@atg.in.gov

(Appeared via videoconference)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

INDEX

                                            Page

PROCEEDINGS                                   7

DIRECT EXAMINATION BY MR. BOWMAN               9

CROSS-EXAMINATION BY MR. JIMENEZ             169

REDIRECT EXAMINATION BY MR. BOWMAN           191

RECROSS-EXAMINATION BY MR. JIMENEZ           204

EXHIBITS

Exhibit                                      Page

1 - Darnell Crockett's Training History -
      STATE 023110- 023144                    50

2 - Indiana Department of Correction Fire
      Drill Evacuation - STATE 022490-022491   61

3 - Indiana Department of Correction Fire
      Drill Evacuation - STATE 0022564-022565  67

4 - Indiana State Prison Emergency Manual
      Appendix C Fire Plan - STATE
      020467-020477 (Attorney's Eyes Only)     69

5 - Indiana State Prison A.M. Shift Roster
      January 14, 2023                         83

6 - Indiana State Prison A-Cellhouse Fire
      Evacuation Plans - STATE 014648         101

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

INDEX (CONTINUED)

Exhibit                                          Page

7 - Indiana Department of Correction

    Internal Affairs Division Report of

    Investigation March 7, 2023 - STATE

    000015-000018                                 124

8 - Still Photograph of Video                    128

9 - Still Photograph of Video                    147

10 - Still Photograph of Video                   150

11 - Still Photograph of Video                   152

12 - Still Photograph of Video                   156

13 - Still Photograph of Video                   160

14 - Still Photograph of Video                   167

15 - Still Photograph of Video                   177

16 - Still Photograph of Video                   180

17 - Still Photograph of Video                   182


FORMAL REQUEST

1 - Report of Security Checks

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

STIPULATION

The VIDEO deposition of DARNELL CROCKETT was taken at KENTUCKIANA COURT REPORTERS, 110 NORTH WACKER DRIVE, CHICAGO, ILLINOIS 60606, via videoconference in which all participants attended remotely, on TUESDAY the 21ST day of JANUARY 2025 at 10:00 a.m. (CT); said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. THE OATH IN THIS MATTER WAS SWORN REMOTELY PURSUANT TO FRCP 30.

It is agreed that SYDNEY LITTLE, being a Notary Public and Court Reporter for the State of ILLINOIS, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

PROCEEDINGS

THE REPORTER:  We are on record.  My name is Sydney Little.  I'm the online video technician and court reporter today representing Kentuckiana Court Reporters located at 110 North Wacker Drive, Chicago, Illinois, 60606.  Today is the 21st day of January, 2025.  The time is 10:00 a.m. Central.  We're convened by videoconference to take the deposition of Darnell Crockett in the matter of Mysti Valencia, as personal representative of the Estate of Michael Smith and on her own behalf, v. Ron Neal, et al., pending in the United States District Court for the Northern District of Indiana, South Bend Division, Case number 3:24-CV-00185.  Will everyone, but the witness, please state your appearance, how you're attending, and the location you're attending from starting with Plaintiff's counsel?

MR. BOWMAN:  My name is Locke Bowman.  I represent the plaintiff in the case.  I am attending via Zoom from my office in Chicago, Illinois.

MR. JIMENEZ:  Gustavo Jimenez for all the defendants, including the witness, Mr. Crockett.  And I'm attending from the office of the Indiana Attorney General in Indianapolis.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

MS. SAWYER:  Erica Sawyer, counsel for defendants, including the deponent today.  I am also attending via Zoom and via the Attorney General's office in Indianapolis, Indiana.

MR. ARNOLD:  Brandyn Arnold, also counsel for defendants attending remotely via Zoom from the office of the Indiana Attorney General in Indianapolis, Indiana.

MR. PRATT:  And Thomas Pratt on behalf of the defendants, as well as the witness, and also attending remotely from Indianapolis at the office of the Indiana Attorney General.

THE REPORTER:  Great.  Thank you. Mr. Crockett, will you please state your name for the record?

THE WITNESS:  Darnell Crockett.

THE REPORTER:  Thank you.  And do all parties stipulate that the witness is, in fact, Darnell Crockett?

MR. BOWMAN:  Yes.

MR. ARNOLD:  So as stipulated.

THE REPORTER:  Thank you.  Mr. Crockett, will you please raise your right hand?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

but the truth?

THE WITNESS: Yes.

THE REPORTER: Thank you. Counsel, you may begin.

DIRECT EXAMINATION

BY MR. BOWMAN:

Q. Could you, for our record, please state your name again, sir?

A. Darnell Crockett.

Q. Mr. Crockett, I get the impression that you're still employed with the Indiana Department of Correction.

A. Yes, sir.

Q. I have some questions to ask you today, and I wanted to ask you first if you've ever done this before, given a deposition?

A. No, sir.

Q. It's a pretty straightforward procedure. I have questions to ask and you have information and you'll answer, but there are some rules that will help expedite the thing, and I'm sure you've spoken with your lawyers about this, but I wanted to give you my impressions of it. The first thing, the most important thing from my standpoint, is you have a right to questions that you can understand. So if for any reason

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

I ask you something that doesn't make sense, or we have a glitch in the Zoom link or I drop my voice or for any reason, I'm going to count on you to let me know.

A.    Okay.

Q.    Then it'll be my responsibility to ask a question again until I've either succeeded in asking you something that makes sense or I have to give up, okay?

A.    Yes.

Q.    All right.  This is important because if you don't tell me that you don't understand my question, the transcript that's going to get created is going to be on the assumption that you did understand the question and you're responding to the question that I've asked, so be alert to this.  Will you do that for me?

A.    Yes, sir.

Q.    Second question or second issue is we can't talk at the same time, and that's always important, but it's particularly important on these Zoom links because if two people try and talk at the same time, it's impossible for Sydney.  It just sounds like noise.  So the way to deal with this is please make sure that I have stopped asking my question before you start answering it.  And the trick to this is, I'm a little bit slow of speech sometimes, so be careful in that regard.  Give your lawyers an opportunity to object if

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

they feel that's necessary, and then you can start your answer. From my standpoint, I have the same responsibility to you. I need to make sure you've finished answering my question before I start the next one. Makes sense?

A.    Yes.

Q.    And I think those are the two main things. Obviously, if you need to take a pause for any reason, let me know. It's not an endurance contest, and I'd be happy to accommodate reasonable breaks. Just please let's agree that you'll finish answering my question before we take a pause in the proceedings. Couple of other preliminary things, you are on duty, I am assuming that you're feeling well, and there's no impediment to your proceeding with this deposition today; is that right?

A.    That's right.

Q.    Are you on any medication or substances that would interfere with your ability to answer questions?

A.    No.

Q.    And it looks to me like you're in a room, more or less by yourself; is that correct?

A.    Yes.

Q.    Do you have any papers or anything in front of you?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.   No.

Q.   Terrific.  So final preliminary subject, what did you do to get ready to give your deposition today?

A.   I looked over the paperwork that I had and watched one of the videos.

Q.   Did you watch the video that shows the front of cell 252?

A.   I was trying.  I couldn't get to it.  It wouldn't let me go through it.

Q.   Which is the one that you did watch?

A.   My INI video.

Q.   I'm sorry, your --

A.   My INI video.  The interview they interviewed.

Q.   Oh, I see.  Your own --

A.   Yes, my own interview.  Yes.

Q.   Okay.  All right.  So when you say paperwork, what specifically are you referring to?

A.   The stuff they gave me to look over, like the report that I wrote, basically my report.

Q.   The handwritten?

A.   Yes.  The handwritten one and my copy of the report that I typed up as well.

Q.   And your typed out incident report?

A.   Yes, sir.

Q.   All right.  So those two things.  Anything

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

else?

A. That was it.

Q. So let me make sure I've got it. You looked at the video of your interview, your handwritten report and the typed out incident report?

A. Yes, sir.

Q. Is there anything else that you looked at?

A. No, sir.

Q. All right. You spent some time talking with your lawyers?

A. Yes, sir.

Q. Now, I'm not supposed to, and I'm not allowed to ask about anything that was said in those conversations, but I do have one question. How long did you and the lawyers meet for, and which lawyers did you meet with?

A. I met with Erica the most, I think about an hour or two.

Q. An hour or two?

A. Yes, sir.

Q. When was that meeting?

A. It was last week. I can't remember the date, but it was last week.

Q. All right. Other than the one to two hour meeting with Erica, have you had any other meetings with

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

any of the lawyers in the case?

A.   No.

Q.   All right.  So I have another question for you.  And I'll just say this may be controversial, but it's a concern of mine.  I know you've worked for the Department of Corrections since about 2017; is that accurate?

A.   Yes.

Q.   Do I have that right or was it earlier?

A.   No, you have it right.  2017.

Q.   What month?

A.   Of August.

Q.   Thank you.  Do you have any plans to leave the agency?

A.   No.

Q.   I am not allowed to contact you as long as you are represented by Counsel, okay?

A.   Okay.

Q.   So I'm asking this question not for the purpose of using the phone number under the present circumstances, but if you should leave the agency and you should cease to be represented by these lawyers here, it's going to be an issue for me of needing potentially to get in touch with you.  And I raise this because it happened in a prior case of ours.  Will you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

give me your cell phone number please?

A.    Yes.  (219) 314-0062.

Q.    Thank you very much for doing that.  I appreciate that.  How old are you, sir?

A.    38.

Q.    Where were you born and where did you grow up?

A.    I was born in Gary, Indiana.  I grew up in Gary.

Q.    Raised there as well?

A.    Yes.

Q.    Do you live there now?

A.    No.

Q.    Do you live near Michigan City?

A.    Yes.

Q.    In Michigan City?

A.    Portage, Indiana.

Q.    In Portage.  Where did you go to high school?

A.    West Side High School in Gary.

Q.    In Gary?  What year did you graduate?

A.    2004.

Q.    After you graduated from high -- were you 18 when you graduated?

A.    Yes.

Q.    After you graduated from high school, what did you do?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    I went off to the college for one year.

Q.    Where did you go to college?

A.    Vincennes University.

Q.    I didn't hear that.

A.    Vincennes University.

Q.    And where is that?

A.    In Vincennes, Indiana.

Q.    And what did you study for that year?

A.    Graphic design.

Q.    Why did you leave college?

A.    To really pursue -- to get a job really, to be honest with you.

Q.    So what I'm understanding from your answer is that it was your preference to work and make money, and be productive as opposed to sitting in school and book learn?

A.    Yes.

Q.    So where did you go to work?

A.    I went straight to, I believe, Pizza Hut as a manager.

Q.    Which pizza?  I'm having a little bit of trouble hearing you.

A.    Pizza Hut.

Q.    Pizza Hut?

A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.   If you can get a little closer to the microphone or if there's a way to turn up your volume somehow, that would help me.

A.   All right.

Q.   It's not your fault.  It's mine.  I'm a hundred years old.  I wear hearing aids and it's -- you know.

A.   Okay.  Can you hear me now?  Is that better?

Q.   Yeah, that's a whole lot better for me.  Thank you.

A.   All right.  You're welcome.

Q.   So you went to Pizza Hut as a manager?

A.   Yes, sir.

Q.   Working at a Pizza Hut in Gary?

A.   In Hammond, Indiana.

Q.   In Hammond?

A.   Yes.

Q.   How long did you stay in that position?

A.   Ten years.

Q.   Ten years.  So that was over -- '05 to 15?

A.   Yes.

Q.   And why did you leave that job?

A.   I felt I needed something better to better myself.

Q.   And what did you end up doing?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.   I actually worked at the mill.  Inside contractor for the mill.

Q.   When you say the mill, what are you referring to?

A.   Steel mill.

Q.   Steel mill in Gary?

A.   Yes.

Q.   And you say inside contractor.  What does that mean?

A.   So we made briquettes for the mill, so they would come and get it from our little company called Infrico inside the mill, and we would sell it to the mill.  So I laid briquettes down.

Q.   What are -- the briquettes of steel or what?

A.   Yeah.  Like coal, it looked like coal.

Q.   I see.

A.   Yep.

Q.   Okay.  In order to fire the furnaces that --

A.   Yes, sir.

Q.   So you have a little bit of experience with fire from that?

A.   Yes, sir.

Q.   All right.  How long did you stay in this position?

A.   Two years.  Because the company didn't close

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

down.

Q.   I see.  So that, if my arithmetic is correct, takes up to 2017 or 2016?

A.   2017.

Q.   And I'm guessing at this point you went to the Indiana Department of Correction?

A.   Yes, sir.

Q.   What motivated you to do that?

A.   I always wanted to be something in law enforcement and like that.  And then one of my buddies asked me about it and said it was a good opportunity, so I applied for it.

Q.   From a financial standpoint, was this an increase in pay?

A.   It was about the same at the time.

Q.   About the same?

A.   Yes, sir.

Q.   Are you paid on an hourly basis?

A.   Yes, hourly basis.

Q.   What do you make an hour?

A.   27.

Q.   When you started in 2017, what did you make an hour?

A.   Like 16 to $18.

Q.   And then in 2023 in January, what was your



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

hourly wage?

A. I believe 23, it was about -- 23 something.

Q. Do you get benefits on top of the hourly?

A. Yes.

Q. What does that --

A. So we got the $2 -- they added $2 more when you come to work. So I was at 25. Then every time you come to work, you get the $2 more, add it on, so it makes it 27.

Q. Okay. I'm not sure I understand that. How come you make more for coming to work? Is that the --

A. It was just a thing they was doing. It was a thing they was doing to make -- because we was really short for a while, so a long time. So they have to make people start coming to work, so a sense here to make people come to work basically.

Q. Okay. When I was asking about benefits, my question was about health insurance --

A. Yes.

Q. -- dental, that sort of thing.

A. Yes. I have health insurance through the company. Yes.

Q. All right. All through the State of Indiana?

A. Through the State of Indiana, yes.

Q. Do you like the job?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Yes, I like it.

Q.    So when you started in 2017, did you begin in some kind of a training program?

A.    Yes.

Q.    How long did that last?

A.    It was for a couple months.

Q.    Where were the trainings?

A.    It was upstairs.

Q.    Upstairs at ISP?

A.    Yes, at ISP.  Then after a while, we had to go to Westville Prison to train there as well.

Q.    What was it about Westville?  Because of the supermax or for some other reason?

A.    That is how they did it.  I don't know. That's how they do it.

Q.    All right.  Tell me about the two months of training.  What did that consist of?

A.    We do different things, different trainings, how to cuff a person up, how to apply cuffs.  A lot of different things, like personal protection, you have to do that as well.  And there's a lot of paperwork as well, too.

Q.    Okay.  When you say paperwork, did you study the orders and policies of IDOC?

A.    Yes.  Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.    Did you have to take a test?

A.    Yes.  We had to take a test.

Q.    Okay.  One of the things that we've looked at from the discovery in this case is the post order for A-cellhouse.  And then there's a general set of post orders.  Did you study those and become familiar with them?

A.    Yes, sir.  Every unit has post orders, so yep. We have to read them every month, this team, how the unit is ran basically.

Q.    So you studied that?

A.    Yes, sir.

Q.    And were you tested on it?

A.    Yep.  That's all when we first started, and I'll go through with that.

Q.    And what about the Emergency Manual?

A.    We have it, but we look at it and glance at it.  Yes, sir.

Q.    When you say you looked at it in class, does that mean you just became aware that it existed or did you actually review and study it?

A.    They go over it with us, so we reviewed it, most of it.  They go over all it with us.  I didn't look at it myself, so -- but they do go over it with you.

Q.    Okay.  Do you know what Appendix C to the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Emergency Manual is?

A.   Sorry, repeat that question.

Q.   Do you know what Appendix C to the Emergency Manual is?

A.   No.  I haven't heard of that.

Q.   Okay.  Are you familiar with the State of Indiana IDOC fire plan?

A.   Yes, I am.

Q.   Okay.  Tell me what that's about.

A.   I just know on the unit have different plans on the fire, and where a fire extinguisher is at, and where the alarm will be at.

Q.   So you are familiar with the location of equipment --

A.   Yes, sir.

Q.   -- and the location of the alarm?

A.   Yes, sir.

Q.   Beyond that, have you received any instruction on fire prevention, fire safety, and fire response?

A.   We have the firemen, they will come on the units, and they will go over certain things with us, and ask us where the fire extinguishers are and stuff like that, so that's what they do.

Q.   Okay.  So would it be fair to say that your training in fire prevention and fire response has

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

consisted of sessions that you have with the prisoner fire brigade on a periodic basis?

A.    Yes.

Q.    Anything else?

A.    No, sir.

Q.    So how often do the fire brigade folks come by and talk with staff?

A.    It's been every month they would come to different cellhouses and go over it with us, and make sure we know it.

Q.    Okay.  And other than the location of the fire extinguisher and the location of the fire alarm, what else do they go over?

A.    The exits to make sure we know what to do for the exits and stuff, and evacuating, make sure we get everybody out.

Q.    Okay.  What else?

A.    That's really it.

Q.    All right.  Do you have a set of procedures that you're required to -- well, actually, before I go into that, I should ask you, you started with IDOC in 2017.  Have you been at the Indiana State Prison in Michigan City the entire time?

A.    Yes.

Q.    And have you rotated through different

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

cellhouses?

A.    Yes.

Q.    Where did you start?

A.    I started in D-cellhouse.  It was a lockup unit.

Q.    D like David?

A.    Yes, like David.

Q.    And it's a lockup unit, transitional unit, people coming in and out?

A.    Well, they get 20 -- no, it's like a disciplinary unit.

Q.    I see.

A.    So they only have one hour a day to be out.

Q.    Okay.  So it's a segregation unit?

A.    Yes.

Q.    How long were you in D-cellhouse?

A.    Three years.

Q.    Is that a particularly tough assignment?

A.    It's supposed to be, but it was all right.

Q.    When you say it was supposed to be, but it's all --

A.    It's more probably like work and more lockup work because there's more -- I feel like it's a more aggressive than that unit.

Q.    Right.  So there are personal safety issues



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit B**

for COs in that unit?

A.  Yes.

Q.  Did you find that stressful?

A.  No.

Q.  So after the three years, that would be 2017 to 2020, roughly?

A.  Yes.

Q.  Where did you go next?

A.  I went to C, Charlie.  C-cellhouse.

Q.  And what's the story in C-cellhouse?

A.  C, Charlie is the biggest unit.  It's a population, so they get to come out.

Q.  It is a general pop?

A.  Yep.  General pop, yes, sir.

Q.  And it's the largest of the cell environments in the prison?

A.  Yes, sir.

Q.  How long did you work there?

A.  I did two years there as the QIC, officer in charge.

Q.  Oh, so you ran it?

A.  Yes.

Q.  Did you have rank in order to be OIC?

A.  Nope.

Q.  Have you remained just a line correctional

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

officer the entire time you've been with IDOC?

A.    Yes, sir.

Q.    So that takes us up to 2022, you were in C Charlie?

A.    Uh-huh.

Q.    I should have told you.  You need to say yes or no --

A.    Yes.  Yes.

Q.    -- so that we all know if you're saying yes or no.

A.    Yes.

Q.    And then I'm going to wager you went to ACH next?

A.    Yes.

Q.    Why did you make that transition?

A.    Well, it depends on supervisors.  One of the supervisors wanted me at A, so I went to A.

Q.    Do you know why?

A.    When they want you in a certain spot, when you get in a certain spot, they want you in a certain spot. So they asked me and I went because --

Q.    Okay.  Have you been reasonably happy there?

A.    Yes.

Q.    Do you have any plans --

A.    I had -- I'm sorry.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.   No, you go ahead.

A.   I had training in A a couple times, so I like the A-cellhouse.

Q.   It's an older building?

A.   Yes.

Q.   Is it one of the oldest buildings in the prison?

A.   I'm not sure.  I don't think so, though, about my A.

Q.   All right.  When you got the job at A-cellhouse in 2022, what month of the year was that?

A.   I'm not sure what month.  I know it was close to the summertime when I got there.  I'm not sure what month, though.

Q.   Well, another way to ask it.  You remember that the fire, in which Mr. Smith passed, happened on the 14th of January of --

A.   That was --

Q.   -- 2023?

A.   So it had to be because I just got -- really I was only there for a month when I got to -- so it was probably -- well, December or January then.  So I had just got to A-cellhouse back to A.

Q.   I see.  So you had been there just a short period of time --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Yep.  Just about a month.

Q.    -- when this happened?

A.    Yep.  We back.  I came back.  It's about a month.

Q.    Had you been on leave before?

A.    Oh, no.  I just was from C.

Q.    I see.  So you come from C to A in December, November maybe, of 2022?

A.    Right.

Q.    And then this incident happens just a few weeks after you start?

A.    Yes.

Q.    When you got to A-cellhouse, was it one of your immediate responsibilities to become familiar with the post orders relating to that cellhouse?

A.    Yes, sir.

Q.    How did you go about doing that?

A.    We have a box, and then a box, the post orders, everything's in there.  So I go through and read it, and make sure how the cellhouse is ran.

Q.    Did somebody walk you around the facility to break you in and show you where everything was?

A.    Yes.

Q.    So the post orders, I think the way you described it was that they basically -- or your roadmap

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

as to how that particular building is supposed to be run?

A.   Yes, sir.

Q.   And it walks through for you every day series of things that you're expected to do, you know, hour by hour through the course of your shift?

A.   Yes, sir.  And also Sergeant tell us what we have to get done and everything, too.

Q.   Right.  So obviously the sergeant says do X or do Y.  The response is not, "The post order says something else."  The response is, "Yes, sir."

A.   Yes.

Q.   Now -- sorry.  I just lost my train of thought.  Well -- oh, I know what I was going to ask. Do you -- you're day shift?

A.   I'm day shift?

Q.   That's 6:00 to 6:00?

A.   6:00 to 6:00.

Q.   How many days a week do you work?

A.   So I could break it down how it goes.  So on our short shift, so this how it goes.  So today, what is today?  So Monday -- say Monday and Tuesday I'm off, I will work Wednesday and Thursday.  I'll be off Friday, Saturday, Sunday.  Then at the following week, I work Monday, Tuesday, be off Wednesday, Thursday, then work

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Friday, Saturday, Sunday.

Q.    I see.

A.    Yeah.

Q.    So, you've got a -- it sounds like a two-day week followed by a five-day week --

A.    Yes.

Q.    -- back and forth like that?

A.    Yes, sir.

Q.    So you work out to your regular work week as --

A.    Yeah.

Q.    -- opposed to 60-hour work week?

A.    Right.

Q.    Got it.  Have you always been day shift?

A.    Yes, sir.

Q.    Is that your preference or just the way you got assigned?

A.    No, that's my preference.

Q.    So in A-cellhouse, do you have a set routine that you follow when you arrive at work at 6:00 a.m.?

A.    Yes, sir.

Q.    What is that set routine?

A.    So a set routine, when we get there, we do debriefing.  And we have night shift, and night shift tell you what's going on, what's happening.  Then I will

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



**KENTUCKIANA**
— COURT REPORTERS —

**Exhibit B**

go get my **keys**, and I go walk my range and make sure everybody's good and well, then we start setting up for our lines to run.

Q.    That's --

A.    So we run -- our lines run.  So every hour we have a line movement.

Q.    **Right.**

A.    We have to make sure that person door is set right for it.

Q.    **Now, the line movement would be when a person has a work assignment, or a visitor, or some reason to have movement outside of A-cellhouse to another part of the prison?**

A.    Yes, sir.

Q.    **And what I'm understanding is that there is a set time when lines form and you get guys organized to get out of ACH to wherever destination they need to go?**

A.    Yes.

Q.    **And cellhouse post order describes when the lines are supposed to form and who does what?**

A.    Yes.

Q.    **So you referred to walking your range.**

A.    Yes.  Security checks.

Q.    **What does --**

A.    Well, for me for security checks.  So first I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

walked the range, I look inside the cell, make sure everybody's good.  Make sure there's a breathing body inside of there.

Q.    Right.  And make sure nothing is amiss?

A.    Right.  Yes, sir.

Q.    And make sure that, you say, everybody is good.  That means make sure that they're safe?

A.    Yes, sir.  That they're safe.  They're breathing.

Q.    That they're not injured?

A.    Yes.

Q.    And that nothing is wrong?

A.    Yes, sir.

Q.    Make sure that everybody is secure as well?

A.    Yes, sir.

Q.    Cells are buttoned up and folks are not floating around.

A.    Yes, sir.

Q.    Now, how often do you make these security checks?

A.    Every 30 minutes.

Q.    What the post order says is every 30 minutes --

A.    To an hour.

Q.    -- on an irregular basis?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.    Yes, sir.

Q.    And would you agree with me that the security checks are one of the most important jobs that you have?

A.    I agree.  Yes, sir.

Q.    In fact, looking back at your records, there was an occasion long ago when you were relatively new on the job when you had an issue about not making a security check.  Do you recall that?

A.    Was it from A-cellhouse or what unit was it?

Q.    I don't -- it wasn't A-cellhouse.  I think it was back in D, if I'm not mistaken.

A.    I don't remember that one from D.

Q.    All right.  But in any event, you would be subject to discipline if you did not make your security check?

A.    Yes.

Q.    How do they go about making sure that you've done that?

A.    We have a pipe.  It's called a pipe.  So you put it in the walls.  It's three buttons on the wall. You hit the button and it shows you what time you hit it.

Q.    And the button there is at the end of each range?

A.    Well, now they have three spots.  They had one

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

in the front, one in the middle, and one in the back.

Q.   So as you're walking down, say you're doing the second tier, where Mr. Smith was, you'd hit a button on the east in the center and then on the west?

A.   Yes.

Q.   And when you hit that button with your wand, does that indicate who you are or just the fact that somebody went through?

A.   Just the fact somebody walked.

Q.   And is there a record maintained of when this happens?

A.   Yes, it's a report.

Q.   And to your knowledge, is that report supposed to be maintained and kept in the ordinary course of business?

A.   Yes.

MR. BOWMAN:  So I'm going to state now something that Megan Pierce raised in an e-mail some time ago, and I flagged it again yesterday.  We have asked for this report in relation to January 14, 2023. And if we've overlooked it, that's on us obviously, but we don't think we have it.  Can somebody provide a response to that?

THE WITNESS:  I believe that you have to be the captain --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

BY MR. BOWMAN:

Q.    **Yeah.   That's actually not a question for you, Mr. Crockett.   It's for the lawyers.**

A.    Okay.

MR. JIMENEZ:  Yeah.  And just on that for the record, too.  So we've inquired with the facility. We e-mailed them just to double check on that log. And I know Brandon has been communicating with them, in fact communicated with them this morning again, just to, kind of, follow-up.  So we'll double check and convey further information to you or produce whatever we get from that end.

MR. BOWMAN:  Okay.  So the answer is you're looking for it, but so far it has not been found?

MR. JIMENEZ:  Yeah.  We're trying to get more information on that.  Right.

MR. BOWMAN:  Okay.  Is there some reason to believe it's not kept or -- I mean, you just really have no information at this point?

MR. JIMENEZ:  I don't know.  I don't want to give you incorrect information.  So I want to make sure we communicate with the necessary individuals at the facility first.

MR. BOWMAN:  That's fair.  Thank you very much for answering.  Appreciate it.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

BY MR. BOWMAN:

Q.    So we've talked about security checks and we've agreed that they're important and that they're significant safety and security reasons for making sure that they get done, right?

A.    Right.  Yes.

Q.    Now, one thing that I need to understand better is the security of the cells in ACH.  And I'm going to ask you about the second tier on the north side.  Obviously, the reason I'm asking you about this particular tier is that that is where Mr. Smith was located at the time of his death.  Do we understand each other?

A.    Yes.

Q.    So there's something called a bar at the end of the range?

A.    Yes.

Q.    And if I'm correctly informed, this is a mechanism that can be used in order to unlock cells on the range?

A.    Yes.  So --

Q.    Yeah, please describe how that is done.

A.    So it's like a security feature.  So the -- the door can be locked or unlocked, but you can also roll the bar closed.  When you roll the bar shut, the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

bar is closed with the door, so you can't get out the door. So even if the door is still maybe be unlocked with the key, if he rolled that bar closed, if he pushed on the door, he can't get out.

Q. All right. So what it is, is it's a -- it's like a multi-factor locking system?

A. Yes.

Q. Each individual cell on the north side second tier has to be locked or unlocked manually with a key in order for the prisoner to get out of the cell; is that correct?

A. Correct. Correct.

Q. In addition, the bar must be, what do you say, unrolled?

A. Unrolled. That means it's unlocking it.

Q. Can you --

A. Yep. You roll it to the right to unlock it.

Q. Yeah. Right opens, left tightens.

A. Yep.

Q. So in order for a prisoner to get out of their cell, two things have to happen. Number one, the bar has to be unrolled. And, number two, that prisoner's individual cell has to be unlocked?

A. Yes.

Q. And if those things don't both happen, that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

prisoner is confined in his cell and secure in there?

A. Correct.

Q. And can't get out?

A. Can't get out.

Q. All right. Now, another thing that I have heard, and I wanted to ask you about is, is it possible in addition to the bar, in addition to the institutional lock on the door, for a prisoner also to purchase a lock to use for personal privacy and for the safety of their possessions?

A. Yes. They can get a lock on commissary.

Q. And that lock can be used in combination with a chain on the individual cell door to secure that prisoner's cell?

A. Yes.

Q. So the idea would be that if I'm imprisoned in A-cellhouse and I have some things in my cell that are important to me and I want to make sure that nobody is getting into my cell and messing with my stuff while I'm off doing my work assignment, I can lock up my cell when I leave?

A. Yes.

Q. Like you or I would lock up our house when we left and went to work?

A. Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    And prisoners can also lock up their cells while they're inside their cells?

A.    Yes.

Q.    And they may choose to do that for an additional measure of security?

A.    Yes.

Q.    Because the reality is that being a prisoner in a A-cellhouse is a dangerous position in which to find oneself, fair?

MR. JIMENEZ:  Objection to form.  You can answer it.

BY MR. BOWMAN:

Q.    I didn't hear the answer.

A.    Yes.

Q.    The reason you answer yes is because there can be prisoner on prisoner violence?

A.    Yes.

Q.    Now, how are these -- are -- these locks are purchased at commissary, you said?

A.    Yes.

Q.    And are they combination locks?

A.    They are combination locks.

Q.    And this is a prison-issued piece of equipment.  It's not contraband.  A prisoner is allowed to have it?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    They are allowed to have it.

Q.    So if we're talking about, you know, the maximum potential is to unlock a cell, potentially three things might need to happen.  You might need to roll the bars, you might need to unlock the cell, and you might need to ensure that that prisoner uses the combination on their lock to unlock their personal lock?

A.    Yes.

Q.    And you -- everybody in A-cellhouse was aware of that, right?

A.    Yes.

Q.    You've described the situation on the second tier.  Is the locking system for cells on other tiers, the same or different?

A.    Different.

Q.    How about tier one?  Same or different?

A.    Tier one is the same.

Q.    And so, if we go up to tiers three, four, and five, we have a different system?

A.    Yes.

Q.    Can you explain that system, please?

A.    So that system is just a button.  You have -- it's a switch.  So the door, you hit the switch to unlock and to lock it.

Q.    Okay.  So that's a much more modern and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

advanced system; is that fair?

A.    Yes.

Q.    And every individual cell can be opened or shut just based on pressing a button?

A.    Yes.  By a switch.

Q.    Yeah.  There's no bar to roll?

A.    No bar to roll.

Q.    And there's no double unlocking required?

A.    No.

Q.    Of course you have the same situation with the individual prisoner lock potentially up there as well, though, correct?

A.    Correct.

Q.    Okay.  So I had another question.  In A-cellhouse, when are prisoners let out of their cells and able to walk on the range, if at all?

A.    When they have rec and chow, --

Q.    That's it?

A.    -- they get to come out.

Q.    So is -- so if you -- say if I'm in A-cellhouse, does everybody have an assignment or do some not?

A.    Some do not have assignments.

Q.    What's the percentage, roughly speaking?

A.    In A, you probably have half the population

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

that have a job and half doesn't have a job.

Q.   Okay.  So let's say I'm in A-cellhouse, I don't have an assignment.  And can you walk me through my experience in terms of being in and out of my cell over the course of your 12-hour day shift, 6:00 to 6:00?

A.   So if you don't have an assignment, you'd be in your cell until either you have rec -- you can have rec from -- in the morning at 7:00, or you could have rec in the afternoon at 11:00, or you have rec at 3:00.

Q.   How long is rec?

A.   Rec is at least from 7:00 to 9:00.  It'd be from 11:00 to 1:00 and 3:00 to 5:00.  So at least two hours.

Q.   Is there a gym where I can go?

A.   Yes, there's a gym where you can go.  It's a gym, weight room.

Q.   Is there a yard?

A.   Yes, there's a yard.

Q.   And so I have options as to how I might choose to spend my rec time?

A.   Yes.

Q.   And that's two hours out each day?

A.   Two hours out each day.

Q.   I -- I'm either assigned or I get to pick one

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

of those three intervals?

A.   No.  So each day is different.  So A-cellhouse, if you have rec at 7:00 one day, the next day, you would have it the second time at 11:00, then the next day, the third time.  And it rotates every day.

Q.   Got it.

A.   That's it.

Q.   Then you indicated that in addition to my two hours of rec time out of cell, I also am out of cell for chow.

A.   So you have chow.  Yep.  So the chow lines are ran -- they have one ran before we get there.  That'd be 3:00 in the morning.  Then they have one ran between like 11:00 to 1:00.  And you would have dinner time between -- after, like, count, 3:00.

Q.   Okay.  How long do I get out for chow on each of these three?

A.   So if you're going to rec, that's also chow.  So rec and chow is basically together.  So, yeah, you got to -- so if you go get your chow first, after that, then you go to rec.  Basically, that's how it's supposed to be ran.

Q.   Okay.  So it sounds like my maximum out of cell time is going to be six hours?

A.   Yeah.  Yes.  Unless you have work, class, or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

anything like that.

Q.    And then if I have a work assignment, then I am --

A.    You probably out all day.  It depends.

Q.    I'm able to do my thing all day and then --

A.    Yes.

Q.    -- I come back at a certain time in the evening?

A.    Yes.  And we also -- there's no inside rec. So we supposed to lock.  If you're not going to rec or chow, when you come back from chow, you get ten minutes and you get locked back in if you're not going to rec.

Q.    I see.  Okay.  Word to the wise.  All right. So the basic idea, if I'm understanding it, is that I'm not supposed to be wandering around the range --

A.    Right.

Q.    -- out of my cell?

A.    Yes.

Q.    Either I am at chow, at rec, at an assignment, or I'm in my cell?

A.    Right.  Yes.

Q.    And that's obviously for your own security and safety as well as for the prisoners?

A.    Yes.

Q.    So if I'm looking at the video from

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A-cellhouse on -- at any given moment, unless there's a line running, what I'm going to see is nobody out roaming around.  Everybody is locked down?

A.    Unless you're a worker.

Q.    Unless you're working.

A.    Yes.

Q.    In -- within the building?

A.    Well, you have inside workers as well, though. So you have workers that clean the ranges as well.  And you have ones that leave the cell house too as outside workers, too.

Q.    Got it.  All right.  So another thing that shows up in the post orders that I wanted to ask you about is counts.  In prison, you count people all the time?

A.    Yes.

Q.    Yeah.  Because you don't want to lose anybody.

A.    Correct.  Right.

Q.    So how often in your 12-hour shift do you count your prisoners?

A.    We have three counts.  It's 10:00 -- 10:00 a.m., 2:00 p.m., and 5:30 p.m.

Q.    All right.  Tell me how the count process goes.

A.    So I count about 9:55.  If I'm there, I start

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

my count.  Make sure you go on the range, you walk from cell to cell, make sure they in their cell.  You know, some will be out because they have jobs.  So you just make sure you got your paper and you're going to count if they're there or not.  All the way down the range only -- I had two or three.  So I'll have you on both sides of two and both sides of three.

Q.    I'm not sure --

A.    And you also do your check as you walk as well.

Q.    I -- I'm not sure I caught that last part of your answer.  You -- meaning you have you would be assigned to the second and third tiers?

A.    Yes.

Q.    Both sides, north and south?

A.    Both sides, yes.

Q.    So you count who's in their cell and who's absent?

A.    Yes.

Q.    And then is there a process institution-wide of matching up the count so that everybody who's not present in your count at ACH is accounted for someplace else?

A.    Yes, sir.  So we have -- so if I put zero, we have count letters, it will show where that offender's

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

supposed to be at the time.  And we call master location with our count.  She has everything to show that person's supposed to be there or not.

Q.   Okay.  And then I've heard the expression, "The count has to clear."

A.   Right.

Q.   And that means that the central person matches up all the reports from all over the institution and makes sure that the total number matches the total number of people confined?

A.   Right.  The whole facility, yes, has to clear. Yes, sir.

Q.   And that happens three times a day?

A.   Yes, sir.

Q.   Okay.  Okay.  So I want to talk with you about training again, a little bit more specifically.  One of the things that we've been given is report of the trainings that you've received over the course of the past several years.  And I wanted to ask you about how those trainings work.  This is the -- I don't know if this is online training or seminar training or what it is, but what is your -- what is the expectation that the institution has as to when you get trained and what courses you take?

A.   So you go to training year round.  So say I've

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

been -- like, you get 40 -- it's called 40-hour training. So you have to refresh everything, you go over it, like it was new again. So you go over the whole procedures and -- and protection again, everything. And they set you up for that class. It's a whole week again. It's from 7:00 to 3:00 from Monday through Friday. And --

Q. And it's a week-long class? 7:00 to 3:00?

A. Yeah. A week long. Yes.

Q. Okay. And you don't -- you're not doing your work assignment. Instead, you -- your responsibility for that particular week is five days of training?

A. Yes.

Q. Eight hours a day?

A. Yes.

Q. And do you get to choose what courses you want, or is it chosen for you?

A. No, they choose it for you.

Q. And what I'm understanding from your answer is it's the same rotation each year. There's a set of courses you have to take, and you're going to take those assigned courses, year by year?

A. Yes, as it's 40-hour training. Now, if I'm -- like you said, if I want to train as a first responder, that's different. I'm going to have to go to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

a different training.

Q. Okay. Well, I'll ask you about that in a minute. And then how many weeks of training do you have each year; do you know?

A. I don't know. I -- nope, I don't know.

Q. All right. I'm going to show you an exhibit.

A. Okay.

MR. BOWMAN: Oh my goodness. It's been a while since I've done this. Where is the share function, Sydney?

THE REPORTER: It should be at the bottom, but I also have the exhibits that you sent over so I can share this.

MR. BOWMAN: Yeah. Why don't we do it that way? It'll be easier for me. There's Crockett Training History State 023110.

THE REPORTER: Got you.

MR. BOWMAN: That'll be -- I -- so, Mr. Crockett, are you able to see -- this is going to be Exhibit 1 for identification. And if you weren't copying this down, Sydney, it's a 35-page exhibit. Begins at Bates number State 023110. And it appears to be computer generated. And it says, "Learning History." Can you give me control over the document, please?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

(EXHIBIT 1 MARKED FOR IDENTIFICATION)

THE REPORTER:  I can.

BY MR. BOWMAN:

Q.   Okay.  Good.  All right.  So my first question for you, Mr. Crockett -- and I think you may have answered, but I want to make sure I have it.  You can see this okay on your screen, right?

A.   Yes.

Q.   So is -- and I'll just sort of scroll slowly through the first several pages.  There's training in conduct and events, equity, inclusivity and inclusive language.  There's a course in identification of drugs in a correctional setting, grievance process for incarcerated individuals.  Is each one of these one of the 40-hour trainings that you'd have to complete?

A.   So with this one yes, you have -- these are all computer, so --

Q.   Okay.  So these are your computer trainings?

A.   Yes.  These are my computer trainings.  So on 40-hour, they will give you time to go complete these as well.

Q.   Okay.  So this is -- let me make sure I understand then.  This is part of the 40-hour week, but what's being recorded here is just the computer portion of those 40-hour week trainings?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.   Yes.  Mean completing the test and everything online.  Yes.  Because you have to pass it before you can go through it.

Q.   All right.  So --

A.   If you don't pass it -- I'm sorry.

Q.   No, you go ahead.

A.   So if you don't pass it, you can't go through it.  So you have to pass all those --

Q.   I see.  So if we look -- for example, at the bottom of Page 110, Bates numbered page 110, there are several trainings from June of 2024.  And these would all be trainings that you would take in the course of a week that was set aside for you to sit in classes as well as do computerized trainings?

A.   Correct.

Q.   And this would be part of the process?

A.   Yes, it can.  Yes.

Q.   As I reviewed Exhibit 1 -- and you can take all the time you need to review it, but perhaps you can just answer from memory.  You have never had any computerized training, that's reflected on Exhibit 1, in fire prevention or fire response.  Is that a fair statement?

A.   Yes.

Q.   Have you, in any of the 40-hour training

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

weeks, received any instruction on fire prevention and fire response?

A.    More so with first responders.  They would show you what you have to do as a responder.

Q.    Okay.  So my question was this.  In the 40-hour weeks of training that you are required to complete any -- every year, is it accurate that you receive no training on fire prevention or fire response?

A.    Correct.

MR. BOWMAN:  Now we can stop the share at this point, Sydney.

BY MR. BOWMAN:

Q.    You said that you have first responder training?

A.    Yes.  To be on the first responders.  So they call it signal.

Q.    Signal?

A.    Yeah.  Like -- so the fire would be a signal and, like, it's four people on the team.  You have to respond to that signal.

Q.    I see.  And when do you have first responder training?

A.    When -- they ask you if you want to -- they ask you if you want to go up for it.  It'd be a day that you are off and you have a take a class for that.  A

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

whole other class.

Q.    I see.  So that's a special additional training that some CEOs get and others don't?

A.    Yes.

Q.    When did you first have first responder training?

A.    I don't remember.  It was so long ago.  It was about a couple -- first time I did was a couple years ago.  Then you have to get recertified like every year.  So I just got recertified -- I don't remember.  I don't remember the date.  I got recertified.  It was probably -- what month was this?  It -- it was towards probably March, I believe, when I had to recert [sic].  So you have to go over and over again and take a test.

Q.    So how many times have you had the training?

A.    I had it since -- it'd be about two times, I believe.  Because I only been on first responder for like three years, so -- I had it twice already, though.

Q.    Okay.  Had you had first responder training before Michael Smith died in the fire?

A.    I was first, but yes, I had training.  I had first responder training.

Q.    Okay.  Were you the only person in A-cellhouse with first responder training at the time of the Smith fire on January 14, 2023?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.    At the time, I believe so.  Yes, sir.

Q.    Cross did not have it?

A.    He didn't have it.

Q.    Your sergeant did not have it?

A.    No.  Not yet.

Q.    No one else had the first responder training other than you?

A.    Other than me.

Q.    All right.  So first responder training consists of what?

A.    As -- so it's different levels, so the first responders, it's more so four people.  So they show you what you have to do when the signal happen.  It's the step that breaks down what steps you have to do when you come on the unit and what to do.  Then if you are on weapons team, it show you how to do weapons and stuff like that.

Q.    So as a first responder, were you part of a -- of an assigned team?

A.    Right.  So it could be you have cell extraction, you could have the weapons team or you have the first responders team.  The first responders team only respond when there's a signal.  So when they call a signal 3000 or anything like that, that's when they respond.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    Okay.  So you were not weapons team?

A.    I was not on nothing that day.  No.

Q.    Well, I'm asking to be clear.  I'm asking about your training.

A.    Yes.  I'm on the weapons, yes.

Q.    You are on weapons team?

A.    Yes.

Q.    And are you on cell extraction team?

A.    Yes, sir.

Q.    And you are also on the -- you are also a first responder?

A.    Yes.

Q.    And you had all of these -- do you have a special certification?

A.    You just go through class and they give you a certificate, I believe.

Q.    Okay.  So you got a certificate?

A.    Yeah.

Q.    And your certificate is just for having passed the whole course and being available to do any of these things?

A.    Right.  Yes, sir.

Q.    Now, with respect to fires in particular, did you have any training in first responder?

A.    Not for fire.  No, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q. Nothing for fires?

A. No, sir.

Q. Okay. So to be very clear, neither in your 40-hour training nor in your first responder training, did you receive any instruction in fire prevention and fire response. Is that a fair statement?

A. It's fair.

Q. Okay. Outside of first responder training and your 40-hour mandatory training, have you had any training whatsoever in fire prevention and fire response during your time at IDOC?

A. No, sir.

MR. BOWMAN: Okay. Okay. Tell you what let's do. We've been talking for about an hour. I'm going to suggest that we take a five-minute break and I'm going to use that time to teach myself how to share my screen and make life easier for all of us. Can we get back together again at 11:10?

THE WITNESS: Okay.

THE REPORTER: Sounds good. I'll take us off the record. The time is 11:03.

(OFF THE RECORD)

THE REPORTER: We are back on the record for the deposition of Darnell Crockett being conducted by videoconference. My name is Sydney Little.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Today is January 21, 2025, and the time is 11:11 a.m.

BY MR. BOWMAN:

Q.   So, Mr. Crockett, I wanted to ask you next about fire drills.  Have you ever participated in one?

A.   Yes.

Q.   Have you ever participated in a fire drill at A-cellhouse?

A.   Yes, sir.

Q.   When?

A.   I believe it was that day we had a fire drill. Of the fire.

Q.   Was it the 14th of January?

A.   Yes, sir.

Q.   Is there a record somewhere of that fire drill?

A.   I'm not sure.  They would have it -- like, the fireman should have had it, but I think -- if I'm not mistaken, I think we had one that day, but I have been a part of plenty after, for sure.

Q.   What time was that fire drill?

A.   It was that morning, I believe.  If I'm -- if I'm mistaken.  So about 7:00, if I'm not mistaken.  Or 8:00.

Q.   Okay.  How did the fire drill proceed?  Tell

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

me what happened.

A.   The firemen, they would come in with their equipment on, everything.  Then we have to hit the alarm.  When they hit the alarm, we have to get -- evacuate everybody out the unit.  So we evacuate, open everybody doors, evacuate everybody out, then go out -- outside until we get everybody out.  We'll clear everybody out for a drill.  Then after that, we come back in.

Q.   And then you count them outside and then you bring everybody back?

A.   Yes.

Q.   That procedure is obviously a practice for when there's a fire?

A.   Yes, sir.

Q.   And in an actual fire, that's exactly what you're supposed to do?

A.   Yes, sir.

Q.   The alarm sounds and step one after the alarm sounds is get everybody out, right?

A.   Yep.  Yep.

Q.   And that's what you're supposed to do.

A.   And find out where the fire is at too as well.

Q.   And find out where the fire is at?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.   So the reason to do that is for the safety of everybody in the unit?

A.   Correct.

Q.   And that process of getting everyone out, that also makes it possible to identify where the fire is and get it controlled and make sure everybody's safe?

A.   Yes.

Q.   And that very morning, January 14 at 7:00 a.m., you participated in a fire drill as to how to do this?

A.   Yes.

Q.   And is that your first fire drill at A-cellhouse?

A.   No.  I've been a part of drills in different cell houses, but prior to A, yes.

Q.   At A, yes.  That was my question.

A.   Yes.  Pardon me.  Yes.

Q.   So we've received some records relating to fire drills.  And the records that we've received indicate that prior to this fire drill, you participated in two fire drills, both of them at D- cellhouse.  Is that consistent with your recollection?

A.   Yes.

Q.   So it would be accurate to say that prior to this A-cellhouse fire drill on January 14, 2023, you had

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

been in exactly two fire drills prior to that. Both of them at D-cellhouse; is that correct?

A.    Correct.

MR. BOWMAN:  All right.  So I'm going to share my screen with you and show you what is going to become Exhibit 2 to our deposition.

(EXHIBIT 2 MARKED FOR IDENTIFICATION)

BY MR. BOWMAN:

Q.    This is a two-page document, and I'm just scrolling through it.  It's got a report of where the fire drill took place.

A.    Uh-huh.

Q.    And, actually, I was incorrect.  This is at C-cellhouse, right?

A.    Yes.

Q.    And then the years, 2022, second quarter, daytime, according to this, right?

A.    Yes.

Q.    The identity of the person conducting the drill here is Milne.  M-I-L-N-E.  Is that a prisoner firefighter?

A.    Yes.

Q.    Do you specifically know this man?

A.    No, sir.

Q.    And the indication is that the drill took

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

place on the 16th of May, 2022, 7:26 a.m.  And then the number of staff involved, the number of prisoners involved is recorded.

A.    Yes, sir.

Q.    And according to this report, it was a nice day.  Nothing needed to be addressed.  There were no problems.  And then you have printed and signed this form; is that correct?

A.    Correct.

Q.    And then on the second page of the document, there is a list of questions that, according to the former, are provided to staff.  Did you, in fact -- were you, in fact, asked these questions?

A.    Yes.  They asked you those questions.  You have to answer them.

Q.    How does that take place?

A.    They just come in and they ask you the questions.  So first, after -- first, they will do the drill.  They will ask you what -- what you do with certain incidents.  And I have to give an answer, but whoever's in charge have to get an answer, actually.  I was OIC, I believe, that day, I believe.  I had a new officer so that person -- Ferguson, she was new, so she was going over it with me.

Q.    All right.  So one of the questions here is



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

about the codes --

A. Yes, sir.

Q. -- that are to be called. And the answer here is the first thing that you do when there's a fire is you call certain codes?

A. Yes.

Q. And that makes it possible for the firefighters to be released so that they can respond?

A. Yes. And also the first responders to release, too.

Q. And that -- when you say first responders, those are trained officers?

A. Yes.

Q. And then you're asked to indicate where the fire alarm is in your unit so that you know where to pull the alarm. And is that different from calling the code?

A. No. Well, it's different because you calling Nicole, you just call Nicole on the radio. You tell the control I got a 10-71, 10-70, and then she gets on the whole thing to the whole facility that it's a signal --

Q. Push the fire alarm.

A. -- and push the -- I'll push the button.

Q. Push a button or pull a lever or something.

A. Yeah. Pull it. Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.    So those are two different actions that you have to take?

A.    Right.

Q.    You get on the radio and you activate a physical alarm.

A.    Right.  And a lot of times the alarm would go off by itself if the fire is stopped, so we would hear it.  It would go off.  So yeah.

Q.    So this would be the result of smoke and --

A.    Yes.

Q.    -- reaching a smoke detector?

A.    Yes, sir.

Q.    And then you also need to identify the primary and secondary exits in each unit?

A.    Yes.

Q.    And that's the point there is obviously, you know, where those exits are, but you need to move everybody out of the unit.

A.    Yes.

Q.    There's also a question about fire extinguishers and two different kinds of fire extinguishers are identified, correct?

A.    Correct.

Q.    There is a water extinguisher and an ABC extinguisher.  What's the difference?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    The ABC is not -- it's, like, more of chemical-wise and the water is basically water.

Q.    Right.

A.    So the red is ABC and the, like, the clearer is the water.

Q.    Okay.  And which do you use when?

A.    So for electric, you use the ABC, like, for water, just like a regular fire.  You can use that for water.

Q.    Okay.  Well, what's regular fire?

A.    Just, like, somebody -- like, we have offenders that will light papers and stuff on fire and stuff like that.  So we use a regular fire -- water fire for that.

Q.    And when might you use the chemical extinguisher?

A.    When they had, like, for the fire that we had, they -- the big fire like that, you would use the chemical because it works.  The water won't work.

Q.    You say you use -- you say a big fire like that.  You mean the fire that killed Michael Smith?

A.    Yes.

Q.    There's no doubt, with respect to a fire like that, the correct response is to grab that chemical extinguisher?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.   Correct.

Q.   Not the water?

A.   Correct.

Q.   Because the water's not going to work on a fire of that nature?

A.   Correct.

Q.   So you received this particular training or you conducted this particular drill on the 16th of May, 2022, and then have there been any other fire drills that you've been a part of?

A.   Yes.  I've been a part of some after an A.

Q.   I'm sorry?

A.   From A, Adam, A-cellhouse.

Q.   From A-cellhouse.  We talked about the one on the day of the fire and then there've been others subsequent to?

A.   Yes.  There've been some after, yes.

Q.   After Mr. Smith's death?

A.   Yes.

Q.   After Mr. Smith's death, did there start to be more fire drills than there had been before?

A.   I think it's the same amount, I believe.  I think every month.

Q.   Okay.  I'm going to show you another fire drill document.  This is -- this one is from August of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

2022, same year.  Do you recognize that as a report of a fire drill that you participated in?

A.    Yes.

Q.    You see your signature along with two other staffers?

A.    Yep.  Officer Cross and Moon, yes.

Q.    And this particular drill took place in -- also in C-cellhouse?

A.    Correct.

Q.    Same questions, same process, same procedure?

A.    Yes.

Q.    These are the only two fire drill records that we obtained with respect to you.  Is it consistent with your recollection that, in your years at IDOC prior to Mr. Smith's death that you participated in a total of three fire drills, the two that are reflected in Exhibits 2 and 3 and the one that you recall from the morning of January 14, 2023?

(EXHIBIT 3 MARKED FOR IDENTIFICATION)

A.    Yes.

BY MR. BOWMAN:

Q.    No others?

A.    I've been in D when they had fires.  I've been a part of those.

Q.    When there were actual fires?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Yes.

Q.    Okay.  I'm asking about fire drills now.

A.    That's it.  Just the three.

Q.    Just the three?  Okay.  Thank you.

A.    Yes, sir.

Q.    So you said that you had the experience of responding to actual fires as well?

A.    Yes.

Q.    How many fires do you think you've had to respond to in your years at IDOC?

A.    Probably two in D-cellhouse.

Q.    In B-cellhouse, you said?

A.    D.  D-cellhouse.

Q.    D?  D like David?

A.    Yes.

Q.    Early on?

A.    Yes.

Q.    What was the nature of those fires?

A.    Offenders starting fires with papers and stuff like that.

Q.    Okay.  So prisoners would deliberately start a fire or accidentally do so?

A.    No.  Deliberately.

Q.    Deliberately?

A.    Yep.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.    These are prisoners who are folks having problems and experiencing discipline?

A.    Yes.

Q.    And were these the kinds of fires that you responded to with the water extinguisher?

A.    Yes.

Q.    They were small, easily controlled fires, in other words?

A.    Yes.

Q.    I asked you earlier about Appendix C to the emergency manual.  It'd be fair to say that's something that you've never studied?

A.    No, never studied.

MR. BOWMAN:  I'm just going to show you this document and confirm that.  So placed on your screen what will be Exhibit 4 to our deposition.

(EXHIBIT 4 MARKED FOR IDENTIFICATION)

BY MR. BOWMAN:

Q.    This is a 11-page document and it is Appendix C Fire Plan to the Indiana State Prison Emergency Manual.  You've never seen this before, correct?

A.    Correct.

Q.    Okay.  So I'm just going to scroll quickly through this.  If you need me to slow down at any point, I just want to give you an opportunity to look at this.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Okay.

Q.    You see that there are -- there's a section on procedures, a section on fire prevention?  You're just looking at it now on Pages 1 and 2 of the document.

A.    Yes.

Q.    You see that there is a section beginning at Page 2 as to notifications that are to be made in the event of a fire emergency?

A.    Yes.

Q.    Various phone numbers and so forth.

A.    Yes.

Q.    And then there is a section on emergency evacuation procedures --

A.    Yes.

Q.    -- starting at Page 4 of the document continuing on?

A.    Yes.

Q.    And then critical operation evacuation in the event of a fire that consumes a central area of the prison?  There are various -- there's specific instructions.

A.    Okay.

Q.    Do you see that on Pages 5 and 6?

A.    Yes.

Q.    As well as internal notifications that are to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

be made, more information on that, correct?

A.    Yes.

Q.    Instructions as to staff measures to be taken to control a fire.  That's on Page 7.  Do you see that?

A.    Yes.

Q.    And that -- and there's also emergency keys and where to find those, correct?

A.    Yes.

Q.    Fire plan?  And then continuing on the final -- the final pages of the document, there are procedures that relate specifically to specified areas within the prison?

A.    Yes.

Q.    You see?

A.    I see.

Q.    Okay.  This is something you've never been asked to look at or had a training on, correct?

A.    Correct.

Q.    Okay.  Are you familiar with the distinction between a minor fire and a major fire?

A.    Yes.

Q.    As those terms are used in the Emergency Manual?

A.    Yes, sir.

Q.    Okay.  What's the difference?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit B

A.    A minor is not -- like, the major's a real big fire.  The minor could be something like a lit paper or something like that.

Q.    **Yeah.  Makes sense.  Okay.  Do you agree with the proposition that you need to be vigilant as a correctional officer with respect to conditions that might constitute a fire hazard?**

A.    Yes.

Q.    **What are conditions that might constitute a fire hazard?**

A.    Blocking, stuff like that.  Like, they cell been blocked with a curtain, stuff like that.

Q.    **Okay.  So having a curtain in front of a cell is a problem?**

A.    Yes.

Q.    **Specifically, it's a risk for fire?**

A.    Yes.

Q.    **So the way A-cellhouse is supposed to be run is the prisoners are not allowed to have curtains in the front of their cells, right?**

A.    Yeah.  Right.

Q.    **Yeah.  But you and I know that they do, right?**

A.    They do.  We just have to stay on them every day --

Q.    **Every day, all the time?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    All the time.  Yes.

Q.    It's not -- it's about as common as a pigeon in the park, right?

A.    That's correct.

Q.    I mean, if you today were to go walking the tiers in A-cellhouse, you'd see a number of cells with curtains in front of the cells?

A.    Yes.

Q.    And what steps do you take to control the use of curtains?

A.    So me personally, when I go on a -- when I walk the unit, when I walk the range on myself, they move it automatic because we got that rapport.  So they know if I walk their unit, put that curtain down.  Now, when I leave, they probably put it back up.  I'm going to be honest, but I'm not -- you know, I'm doing what I'm supposed to tell them, take it down.  They take it down.  When I leave, they probably do put it back up, though.

Q.    Everybody knows that?

A.    Yes.  Yeah.

Q.    Right.  In fact, when you leave, you're able to see the curtains go back up if you look at the monitors, correct?

A.    Yeah.  Uh-huh.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   So that -- that's a yes?

A.   Yes.  Yes.

Q.   I didn't mean to be snarky by saying --

A.   No, you good.  You're good.  Sorry.  You're right.

Q.   I just need to make sure that we have --

A.   Yes.

Q.   -- verbal answers.  So that is a persistent problem that staff in A-cellhouse and all around the prison are fully aware of, right?

A.   Yes.  Right.

Q.   A-cellhouse also has electrical wiring from a long time ago, right?

A.   Yes.

Q.   They're -- one of the specific problems that's been identified at Indiana State Prison is modified outlets as a risk for fire, right?

A.   Yes.

Q.   That can make those outlets spark and cause a problem?

A.   Correct, yes.

Q.   Everybody knows about that, right?

A.   Yes.  Right.

Q.   Is that something that you're checking on when you go past each cell when you do your rounds and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

when --

A.    So for me -- personally, me, **yes**, I do.  I can't say for everybody else, but for me, I check all that.  And if they have the outlets -- extra outlets, you got to put -- take that out.

**Q.    Okay.  Because of the risk?**

A.    Because of the risk, yes.

**Q.    And what about other COs, do they check as well?**

A.    I -- I can't say.  I'm not sure.

**Q.    Okay.  Do you have any reason to believe that they do?**

A.    I believe they do.  People that work here, yes.

**Q.    All right.  And then obviously excess paper, cardboard, stuff in the cells that can also be a problem?**

A.    Correct.  It could be a problem

**Q.    And hot plates is a problem, right?**

A.    Sure.  Yep.

**Q.    Would you agree with --**

A.    And hot pots.  They got hot pots, so --

**Q.    Hot pots, sorry.**

A.    Yeah.  You good.

**Q.    So -- and you can buy those at commissary,**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

right?

A.   Yes, we buy those at commissary.

Q.   Lots of prisoners have them?

A.   Right.

Q.   Practically, every prisoner has a hot pot.

A.   Yep.

Q.   And those hot pots can catch fire?

A.   Correct.

Q.   One way they catch fire is if they're left and the water in them is allowed to evaporate, they're -- then they're empty.  Then they get hot and that's a fire hazard.

A.   Yep.

Q.   Right?  That happens over and over and over again, right?

A.   Yep.

    MR. JIMENEZ:  Objection to form.  You can answer.

    THE WITNESS:  Yes.

BY MR. BOWMAN:

Q.   Well known to all the staff?

A.   Yes.

Q.   So you've got -- be fair to say, in A-cellhouse, you've got any number of risks for fire, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

MR. JIMENEZ:  Objection to form and vague. You can answer.

THE WITNESS:  Yes.

BY MR. BOWMAN:

Q.    And if we start listing them off, one of the risks for fire is these modified old outlets, right?

MR. JIMENEZ:  An objection.  You can answer.

THE WITNESS:  Yes.

BY MR. BOWMAN:

Q.    Another risk for fire is the use of hotpots?

A.    Yes.

Q.    Another risk for fire is the use of covering, blankets, sheets, whatever in the fronts of the cells, correct?

MR. JIMENEZ:  Objection.  You can answer.

BY MR. BOWMAN:

Q.    And these risks are pervasive and well known to everybody on the staff?

MR. JIMENEZ:  I object.  Same objections.  You can answer.

THE WITNESS:  Yes.

BY MR. BOWMAN:

Q.    And that was the case in January of 2023? Everything that you've answered applies to January of 2023, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

MR. JIMENEZ:  Same objection.  You can answer.

THE WITNESS:  Yes.

BY MR. BOWMAN:

Q.    I didn't hear.  That's a yes?

A.    Yes.

Q.    Okay.  What do you use bolt cutters for in relation to fire?

A.    So bolt cutters?

Q.    Right.

A.    To get the door -- the door open, if you don't have the key to the lock.

Q.    Right.  So that's when you might have an emergency.  For example, you've got a prisoner in a cell and they've got one of these combination locks on the cell.  The bolt cutters may be necessary to get inside, right?

A.    Yes.

Q.    So as part of your training, did you know what to do in relation to bolt cutters when a fire starts?

A.    Yes, sir.

Q.    What was that?

A.    So the bolt cutters are in the office, but as well on those locks, you have a key.  You can open with the key as well on a -- a key ring.

Q.    So, I'm not sure I followed your answer.  The

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

bolt cutters are behind a key in a locked --

A.    Yeah.  They in the office -- locked in the office and you have to get the key to open it.

Q.    And then after you open it, what do you do?

A.    Get the bolt cutters.

Q.    And then what?

A.    Take it -- take it where you need it to.

Q.    All right.  So that is part of the response to a fire.

A.    Right.  Yes, sir.

Q.    What role does the public address system play in response to a fire?

A.    Repeat that question.

Q.    What role does the public address system play in the response to a fire?

A.    What you mean, like, the public?  What you mean by that, if you can rephrase?

Q.    Well, any announcements -- are any announcements made when there's a fire?

A.    Yeah.  Yeah.  The signal.  They call the signal.  The 10-70, 10-71, they call it.

Q.    Yeah, that's on the radio?

A.    Yep.  It's on the radio and they -- they -- then the control tell everybody in the facility over the radio.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   On the public address system?

A.   Yes.  Yes, sir.

Q.   And then does the public address system play any role in the cell facility where the fire has been identified?

A.   Yes.  If they see it on the cameras, they tell us where it's at.  They tell us where location, if the respond -- if the office didn't say, they can look on the camera and see where it is at and tell the first responders where to go.

Q.   And what about instructions to people in the cell, both staff and prisoners?

A.   They can, yes.

Q.   Can be done?

A.   Yes.

Q.   Do you have any specific training on what's to happen in that regard?

A.   Well, no.

Q.   What are you supposed to do in the event of a fire in terms of prisoners?

A.   So if it's a -- if it's a fire, you're saying?

Q.   Yeah.

A.   First thing we do, we have to find out where it's at, so react.  So I -- I react right away to find out where the fire, so we got to go on first range on up

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

to find out where the fire is at.  And then --

Q.    And then what do you do in relation to the prisoners?

A.    If it's a fire, we start getting them out.

Q.    Start getting them out?

A.    Yes.

Q.    Evacuation is critical?

A.    Yes.  If it's a big -- yeah.  If a type of fire, if it's -- like you said, a minor fire, we just spray it out.  Then, you know, we spray the fire out if it's, like, some paper or something like that, we spray it out and we see how it is.  Then we -- if we have to evacuate, we evacuate, if it's a big -- real big fire issue.

Q.    Okay.  Do you have, in your mind, a checklist of actions that you're supposed to take in response to a fire?

A.    I do.  Me personally?

Q.    Uh-huh.

A.    Yes.  Me, I react, so, like, when something happened, I automatically react to a situation.

Q.    Appreciate that.  I'm asking specifically, when you react, what are the things that you do?

A.    My first thing I do, I go, again, look on each range to see where the fire is at.  Since I was on -- be

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

honest, I'm on that range.  So I have the keys.  So I have the person that's running with me, make sure get the fire extinguisher, and we go look to find out where the fire is at.

Q.    And what are the next things that you do?

A.    Next day, I go were the fire at and I try to get the fire out.  If the person in there, can try to get the person out.

Q.    Anything else?

A.    Then help evacuate.  After that, I try to get everybody out if we have to evacuate everybody.  So doing that, then try to go get everybody out the cell.

Q.    All right.

A.    Excuse me.

Q.    Is this just, kind of, how you've thought it through in your own mind or is this a training that you have?

A.    This is how -- how I do it, to be honest. Yes.

Q.    Yeah.  It's not about how you've been trained.  It's just about --

A.    Just how --

Q.    -- your applying your --

A.    Yes.

Q.    -- good sense and doing the best you can?

A.    Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.   And you have to do that without specific training on this subject?

A.   Correct.

Q.   Fair?

A.   Yes.  Yes.

Q.   Okay.  All right.  So I have some questions about A-cellhouse and my questions are directed to January of 2023.  So right at the time when the fire that killed Mr. Smith happened.

A.   Okay.

Q.   On your 6:00 a.m. to 6:00 p.m. day shift, how many staff were assigned to A-cellhouse?

A.   So that day was my sergeant, myself, and another officer, Cross, and my lieutenant, Smith.  That was it.

Q.   So that's a total of four correctional staff?

A.   Correct.

Q.   Two COs, a sergeant, and a lieutenant?

A.   Yes.

MR. BOWMAN:  I'm going to look at another exhibit here.  Sydney, are we at 5 now?

(EXHIBIT 5 MARKED FOR IDENTIFICATION)

THE REPORTER:  Yes, we are.

BY MR. BOWMAN:

Q.   All right.  So what I'm about to show you is a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit B**

roster for the a.m. shift on January 14, 2023.

A.    Okay.

Q.    This -- the thing is pretty large.  I'll just take that down so you can see the whole thing.  Are you familiar with this --

A.    Yes.

Q.    -- roster?

A.    Yep.

Q.    And basically, this is a document that's prepared for every shift at the Indiana State Prison every day.

A.    Yep.

Q.    This particular roster pertains to the a.m. shift on January 14, 2023, yes?

A.    Yes.

Q.    And this is, in fact, the day that the fire broke out and Mr. Smith was killed, right?

A.    Yes.

Q.    All right.  So among the staff listed and here, I'm going to magnify this so that I can see it.  Among the staff listed are the staff in -- let's see.  Yeah, I better get this smaller so I can examine it again.  Here we are.  This is A-cellhouse down here, right?

A.    Yeah, I see it.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.   Yeah.  So let me magnify this so that we can all see it.  And what you have is, for A-cellhouse, you have -- actually, it looks like five positions.  One of them is closed.

A.   Yes.

Q.   What does that mean?

A.   I mean, it's supposed to be that many officers, but we didn't have that many on that shift. So they closed it.

Q.   So you're short one officer?

A.   Yes.  Correct.

Q.   Okay.  You have A-cellhouse sergeant, Sergeant Jeniene Walton?

A.   Yes, sir.

Q.   Did I say that name right?

A.   You said it right.  Yes.

Q.   Ms. Walton, is she a capable officer?  What's your opinion of her?

A.   Yes.

Q.   Experienced?

A.   Yeah.  She experienced.  She'd be here longer than me, a little longer.

Q.   Okay.  And then there is a Range Officer Kevin Cross?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    Mr. Cross, is he as experienced as you or less so?

A.    He -- he's experienced as me.  I've been there longer, but he has experienced as me, though.

Q.    Okay.  I think Mr. Cross was in one of those fire drills with you.

A.    Right.

Q.    So you and he have worked together many times?

A.    We worked together, right.  Correct.

Q.    All right.  Are you friends with Kevin Cross?

A.    We -- yeah, we cordial.  Yes.

Q.    You get along, but --

A.    Yeah, we get along.  Yes.

Q.    Okay.  Fair enough.  Then yourself, Darnell Crockett?

A.    Yes.

Q.    And then somebody named Jaylon Singleton?

A.    Yes.  He was -- I remember.  He was assigned to the unit, but I believe they pulled him and hit him on the trip -- outside trip.

Q.    I -- you're going to have to go through that for me again.  I'm sorry.

A.    I believe they pulled him off the unit and sent him on an outside trip with the offender.

Q.    Okay.  So what you're saying is Officer

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit B

Singleton was not present at the time of the fire?

A.   No.  Nope.

Q.   And I don't see a lieutenant on this list.

A.   So she probably would be on a different spot, I believe.

Q.   Okay.  Let me back this down a little bit.

A.   She's up -- she's up top.  Go back down. Right here somewhere.  It should say lieutenant.

MR. JIMENEZ:  Yeah.  It's -- so the -- Locke, the portion that you were just looking at, if you just go up a couple rows, her name is there.

THE WITNESS:  Yep.

BY MR. BOWMAN:

Q.   Okay.  Oh, I see.  Zone lieutenant ACH -- let's get big again and see.  What is this individual's name?

A.   Nadine.  Yep, right there.

Q.   I'm still not.  Oh, there she is.  Nadine --

A.   She right there.  Yeah.

Q.   ACH, E dorm.

A.   Yep.

Q.   Is that correct, sir?

A.   Yes.

Q.   And does this mean that Ms. Smith has responsibility to supervise both at A-cellhouse and at E

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

dorm?

A.   Yes.

Q.   At the time of the fire, is Lieutenant Smith physically present in A-cellhouse to your recollection?

A.   Yes, she was there.

Q.   She was there?  Okay.  So we have a total of two officers.  You're down one and Officer Singleton has been sent elsewhere, correct?

A.   Yes, correct.

Q.   We have Sergeant Jeniene Walton and Lieutenant Nadine Smith.

A.   Yes.

Q.   And these four personnel are the only folks on A-cellhouse?

A.   Yes.

Q.   So is this a typical day --

A.   Yes.

Q.   -- in terms of staffing?

A.   Yes.

Q.   Is there a division of responsibility amongst the individuals assigned to A-cellhouse generally speaking?

A.   Yes.  Yes.  It's all -- so the sergeant, she would have the -- the 100 range, the flat, and the two other officers will have two and three, four and five.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.   Okay.  And you were the two and three guy?

A.   I was the two and three guy, yes.

Q.   Cross is four and five?

A.   Yes.  Four and five is Cross.

Q.   And then Sergeant Smith has tier one?

A.   Yep.  Walton.  Sergeant Walton.

Q.   Sorry.  Sergeant Walton?

A.   Yes.

Q.   And then the lieutenant is in and out dealing with stuff?

A.   Yes.

Q.   Okay.  And then when the count is done, you're responsible for your tiers?

A.   Yes.

Q.   Cross is responsible for his tiers?

A.   Yes.

Q.   When the security checks are done, you're responsible for your tiers and Cross is responsible for his tier?

A.   Yes.

Q.   There is a record or a note, we'll look at it in a minute, which you indicate that you did the 10:00 a.m. count on January 14.

A.   Correct.

Q.   And at that point you saw Mr. Smith?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.    Correct.

Q.    He was sleeping?

A.    Correct.

Q.    And you needed to wake him up to make sure he was okay?

A.    Correct.

Q.    He was fine?

A.    Yes.

Q.    Did you observe his cell?

A.    Yes.

Q.    Did you observe anything out of the ordinary in his cell?

A.    No.

Q.    Did you observe any inappropriate use of the cell?

A.    No.

MR. JIMENEZ:  Objection.  Vague.  You can answer.

BY MR. BOWMAN:

Q.    Well, I didn't mean to be vague.  Let me try and be more specific.  Did you observe any contraband in the cell?

A.    No.

Q.    Did you observe any modification of the outlet?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.    No.

Q.    Did you check one way or the other?  I mean, are you guessing or are you -- did you --

A.    No, I looked.

Q.    -- observe the outlet?

A.    No.  I looked the outlet.

Q.    And it was fine?

A.    Yes.

Q.    Did you observe a covering in the front of the cell?

A.    Yes, I did.  It was to the side.

Q.    I'm sorry?

A.    Yes.  It was to the side.

Q.    It was to the side.  So was that a problem, the covering to the side, or did you let that go?

A.    I told him to move it, but it wasn't a problem because I could see it.

Q.    It wasn't a problem?

A.    No.

Q.    Because, again, everybody has got one of these coverings, and it's just a fact of life.  Fair summary?

A.    Yes.  Yes.

Q.    When you did that 10:00 a.m. count, was that the last time that you went on your two tiers prior to the fire?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.   Yes.

Q.   So after the 10:00 a.m. count was complete, did you go to the officer's station?

A.   Yes.  We went down to the officer's station.

Q.   And did you remain in the officer's station from 10:00 a.m. forward until you responded to the fire?

A.   Yes.

Q.   What about Cross?  Was he in the officer's station in that period of time as well?

A.   Yes.

Q.   What about Sergeant Smith?  Was she in the officer's station as well?

A.   Walton?  Yes.

Q.   Sorry.  Walton.

A.   Yes.  She was in there.

Q.   I keep getting that backwards.  I apologize.

A.   Yeah.  Right.

Q.   So Walton is the sergeant.  She's in the officer's station as well?

A.   Yes.

Q.   And Smith, the lieutenant, was she in the officer's station?

A.   Yes, I believe.  Yes.

Q.   All right.  So there are four folks assigned to A-cellhouse, and it's your testimony that in the hour

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

between 10:00 a.m. and 11:00 a.m. when you were called to the fire -- and we'll talk more specifically about times in a minute.  But basically, for that hour, all four of you were sitting in the officer's station?

A.   Yeah.  We turned our count to our sergeant so she could call it in.

Q.   You're going over the count?

A.   Yes.

Q.   And to be fair, you're taking it easy?

A.   Sitting down for a second.  Yes.

Q.   In the officer's station, do you have monitors?

A.   Not the -- like, play back the -- like video monitors --

Q.   Yes.

A.   -- you see on the walls?  No.  It wasn't working at the time.

Q.   The monitors are not working?

A.   No.

Q.   I see.  So none of the monitors are working?

A.   Not the A-cellhouse, it wasn't.  No.

Q.   There are a number of cameras in the -- security cameras around the cell house.  You understand that, right?

A.   Yes.  Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.    Is there a monitor for each camera?

A.    I'm not sure.  I know I -- we couldn't see it on our computer, but, like, control, they could see everything.  We just couldn't see it.

Q.    Who's -- where's control?

A.    It's up front.  Like towards the front.  Control has -- it's like a control room.  They got all cameras and everything so they can see it.

Q.    Okay.  So the control room has the cameras for everywhere in the prison?

A.    Yes.

Q.    And in A-cellhouse, I want to make sure I understand you, are there monitors, but they just weren't working?

A.    They just weren't working.

Q.    How many monitors were there that were not working on the morning of January 14, 2023?

A.    We only have one screen as monitor-wise, but the cameras are rolling still.  Just that monitor on the computer wasn't working for -- back then.

Q.    I see.  Okay.  And how long had that been a problem?

A.    When I got over there, it was down, so I don't know how long it's been down before I got there or when I got there.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit B

Q.   Okay.  So when you arrived to your assignment at A-cellhouse, the monitor was not working?

A.   It was not working.

Q.   The lieutenant was aware that the monitor was not working?

A.   Yes.

Q.   The sergeant was aware that the monitor was not working?

A.   Yes.

Q.   And all the officers understood that the monitor was not working?

A.   Yes.

Q.   And that -- I -- you may not know this.  Has the -- well, let me ask you, does the monitor work now?

A.   I'm not sure.  I haven't been at A-cellhouse for a while.  I haven't been in there.

Q.   Okay.  At some point after January 14, 2023, did the monitor get put back together so it worked?

A.   Yes.

Q.   The problem was just that there was an issue that the tech folks had to come and address?

A.   Yes.

Q.   When the monitor is working, is it one of these things that will, like, flip from camera to camera to camera so you see different images on the screen?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.   You can click on it.  See the range and stuff like that.  Yes.

Q.   Okay.  So you -- if you're interested in looking at the camera on the east end of North Range, you can click until you get to that camera and then you can focus on that?

A.   Yes.

Q.   Is it somebody's responsibility to watch the monitor?

A.   No.  But our sergeant, she would watch it. That's what -- how we did it.  She watched it more.

Q.   Okay.  Well, so is the sergeant's responsibility to watch the monitor?

A.   Yes, I would say.

Q.   You would say so?

A.   Yes.

Q.   So on January 14, 2023, the monitor is not working.  With the monitor not working, would you agree with me that it's more important for the officers to get out on the range and make sure everything is okay?

A.   Yes.

Q.   Right?  Because that's the -- if -- with the monitor not working, that's all you can do, right?

A.   Right.

Q.   So if you're wanting to keep people safe,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

you're wanting to be in charge of this situation, you're wanting to make sure that security is fine, you got to be out walking the range, right?

A. Right.

Q. There's no other way to do it without a monitor?

A. Right.

Q. So in that hour between 10:00 a.m. and 11:00 a.m., what exactly is it that you were doing?

A. Get my count, and I sat out and ate my lunch for, I believe -- I was trying to start it. Because it's, like, around that time is the only time to eat, really. That's the only time we have, so that's it.

Q. Okay. So you were eating your lunch, and this was after you turned in your count?

A. Yep.

Q. Anything else that you did in that hour?

A. Nope.

Q. Did you chat?

A. No, not really. No.

Q. Did you look at your phone?

A. No. We can't have our phones.

Q. Can't have your phone inside?

A. No.

Q. Did you look at a newspaper or look at a book?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

What -- how did you pass that hour?

A.    Just sat there.  Yeah.

Q.    Just sat there?

A.    Yeah.

Q.    Okay.  How about Cross?  What was Cross doing in that hour?

A.    Well, he was all -- we was all sitting -- sitting there.

Q.    I didn't hear you.  I'm sorry.

A.    We was all sitting there.

Q.    Everybody was just sitting around?

A.    Yes.

Q.    Was Cross eating his lunch?

A.    I believe so.  Start -- we tried to start our lunch.  We didn't get started.  We was about to start our lunch.

Q.    Okay.  And then the reason you didn't get to finish your lunch is because of the incident?

A.    Yes.

Q.    What was Sergeant Walton doing?

A.    Sitting at her desk, getting the count, and calling it in and everything like that.  Because she got to do more paperwork than us because it's count time.

Q.    Okay.  So she's doing paperwork and -- but she's also sitting around?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Yeah.

Q.    Is she eating her lunch?

A.    I don't believe so.  No.

Q.    What about Lieutenant Smith?  What was she doing?

A.    I'm not sure.  I believe she was probably in her -- walking to her office.  She walked back.  I'm not sure what she was doing for sure.

Q.    Okay.  So she may not have been there the whole time?  She was in and out?

A.    Yeah.  Right.

Q.    All right.  But when she was on the -- at ACH, she would be at the officer's station?

A.    Well, no, she has her own office as well.

Q.    Okay.  Where is that?

A.    The counsel -- where the counselor's office is at.  It's --

Q.    Is that physically within A-cellhouse?

A.    Yes.  It's the -- yes.  The side of the A-cell house.

Q.    So the counselor's office is a different location than the officer's station?

A.    Yeah.  It is, like, right across from our office, from the officer's station.

Q.    Got it.  On the south side?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Yep.  South side of the flag.  Yes.

Q.    Got it.  And you say the flag, is that the combination of tiers and cells?  You refer to that as the flag?

A.    The flag is the 100 range.  The lower range.  We call it the flag.

Q.    I see.  Opposite side of the 100 range.

A.    Yeah.

Q.    So it's on the bottom of the --

A.    Yep.

Q.    -- cell house?

A.    Yep.

Q.    In A-cellhouse, are there smoke detectors?

A.    Yes.

Q.    Where are they located?

A.    There's different spots.  We got -- on the wall, both sides, I know for sure.  And there's one by the --

Q.    How high on the walls?

A.    They are pretty high on the wall.

Q.    All the way above the top?

A.    Yes.  Correct.

Q.    So they are way up there toward the --

A.    Correct.

Q.    -- roof of the building?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Yep.  And there's one by the door, I believe, If I'm not mistaken.

Q.    By which door?

A.    Front door.

Q.    Front door is on the west side?

A.    Yep.  The -- well, north, I guess.

MR. BOWMAN:  Well, there's north and there's south that run up and down.  Tell you what.  Let's look at a different exhibit.  This will make it easier for us.  I'm going to place on the screen what we will mark for identification as Exhibit 6 to your deposition.

(EXHIBIT 6 MARKED FOR IDENTIFICATION)

BY MR. BOWMAN:

Q.    Do you see Exhibit 6?

A.    Yes.

Q.    And Exhibit 6 is the -- is a diagram of A-cellhouse?

A.    Correct.

Q.    Long and narrow?

A.    Uh-huh.

Q.    Yes?

A.    Yes.  Yes.

Q.    Okay.  So if I look on the left of the document, and I don't know if you can see my cursor, but

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

going up and down next to the officer's station at the top of the diagram is a range of cells, right?

A.   To -- where -- right there where your thing at?

Q.   Yeah.  Right here where my cursor is at.  I'm indicating its --

A.   Yes.  Yeah.  Yep.

Q.   And that's the north side, right?

A.   Yep.  Correct.  Yes.

Q.   And if we look all the way down on the east end around in this area where I'm indicating with my cursor, that's Cell 252.  That's where Mr. Smith was?

A.   It's probably further up, though.

Q.   Further up here?

A.   Yep.

Q.   So maybe half a dozen or nine cells --

A.   Correct.

Q.   -- from the end?

A.   Yes.

Q.   And then the officer's station is on the same side --

A.   Correct.

Q.   -- of the cell house as Mr. Smith on the north side?

A.   Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    And this is where the four of you were sitting and hanging out between 10:00 and 11:00 a.m.?

A.    Correct.

Q.    Did anybody get up and do anything between 10:00 and 11:00 a.m. other than sit around in the officer's station?

A.    I believe not because we was still doing count and everything, so --

Q.    Yeah.  So the count was done at 10:00, so this was an hour where you guys just sat?

A.    Well, count done at 10:00, but we don't get, like, the count in until probably like 10:00, 10:30 because you got to make sure everybody in their cell. So it wasn't done at 10:00.

Q.    Right.  I understand.  So after the count is done from --

A.    You probably -- I'm sorry.  Go ahead.  I'm sorry.

Q.    You probably sat from -- at some point after 10:00 until some point after 11:00.

A.    Probably from 10:30 to 11:00.

Q.    Yeah.  Okay.  Everybody is just taking it easy in the officer's station?

A.    Yep.  Getting ready --

MR. JIMENEZ:  Objection to form, but you can



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

answer.

BY MR. BOWMAN:

Q.    I didn't hear your answer.  I'm sorry.

A.    Getting ready for early lines.  So we have to get our papers set up and everything for early lines. So we wasn't just sitting.

Q.    Right.  You're doing paperwork.

A.    Correct.

Q.    All right.  Now, this officer's station, is it walled off?

A.    Yeah.  The door -- where you're point at the door is right there, it's -- yeah, the door right there that is, yeah, closed in right there in the back there.

Q.    And then are there physical walls here, or are there bars?

A.    No.  There are bars like -- like a gate.  You know how the gate is made?  It's like that.

Q.    So this is an open area?

A.    Correct. Yep.  Like gates.  Yep.

Q.    And you can see through the bars?

A.    Correct.

Q.    And you can hear, through the bars, what's going on out on the range of cells?

A.    Correct.

Q.    And you can -- if there's smoke or whatnot,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

you can smell it through the bars, obviously, right?

A.   Correct.  Yep.

Q.   Correct?

A.   Yes.

Q.   So it's not like you're in a private space. You're sitting here where you have access to sounds and smells and a visual on the range, correct?

A.   Correct.

Q.   All right.  Now, over here in the counselor's office, is it the same issue?

A.   It's more -- not like a -- it's, like, an office office, like --

Q.   So that's actually a walled off area?

A.   Yes.

Q.   For privacy so that people can meet with the counselors?

A.   Correct.

Q.   And the lieutenant is over in the counselor's office where she has her own space?

A.   Her office is right where -- right there where you at.

Q.   Okay.  And I've used my cursor, and what I'm indicating is an area that's on the south side of A-cellhouse all the way down at the west end.

A.   Yep.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.    And then the primary entrance in and out of A-cellhouse is right here on the west end?

A.    Correct.

Q.    This particular diagram is made -- is this -- is basically for use in evacuations, right?

A.    Correct.

Q.    So everybody understands what their path out of the cell is, right?

A.    Correct.  Yes.

Q.    Folks on the north follow the black areas and go out the primary exit.  Folks on the south follow the open white arrows and go out the secondary exit?

A.    Correct.

Q.    So there's a whole system for getting everybody out?

A.    Correct.

Q.    In A-cellhouse, there are not panic buttons within each individual cell, correct?

A.    Correct.

Q.    So if a prisoner has an issue and they need a correctional officer to address their issue, what do they have to do?

A.    Either yell down -- yell down and ask us.

Q.    So it's not uncommon, when you're sitting in the officer's station, to hear a prisoner raise their

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

voice and basically say, you know, need a CO, or, help me, or, I got to have somebody up here, or something of that sort?

A.    Correct.

Q.    That happens every day?

A.    Yep.  It will.  Sometimes, yes.

Q.    And is it your responsibility, part of your duties, to respond when somebody yells down like that?

A.    Yes.

Q.    And the reason that it's important to respond is because these individuals in these cells, they are locked in the cells, they are not able to go anywhere, right?

A.    Yeah.  Correct.

Q.    So if they have a medical issue, if they have an injury, if they have some personal safety issue of some sort, they are dependent on you to respond to their cry for help, right?

A.    Right.

Q.    And that's why you have to listen to the cries for help, right?

A.    Yes.

Q.    And you have to respond?

A.    Correct.  Yes.

Q.    All right.  So I have some questions for you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

about Michael Smith.  You interacted with him in A-cellhouse for a period of weeks prior to his death, correct?

A.    Correct.

Q.    Had you known him elsewhere in the prison other than in A-cellhouse?

A.    No.

Q.    When you got to A-cellhouse, is it fair that you were the two and three tier officers so you got to know the guys on your tiers?

A.    Well, some days you could switch ranges, too, as well.  One day you might be on two and three.  The next day you could be on four and five.

Q.    Okay.  So it would switch off and on?

A.    It would -- yeah, it would switch off and on. It depends on who's the officer and seniority and stuff like that.

Q.    All right.  Is it better to have the lower two tiers or -- because you don't have to walk as far?

A.    Nah.  I -- well, me personally, I like the four and five, to be honest with you.

Q.    Okay.  Is Smith somebody that you -- I mean, not that you had a familiar relationship with him, but somebody that you recognized and knew by name on -- based on your weeks on the cell?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Not really.  He was real quiet, so he stayed to himself.

Q.    Quiet guy, stays to himself?

A.    Yes.

Q.    Did he give you any problems at all?

A.    No.

Q.    Was there -- do you have any bad thing to say about Michael Smith that I should hear?

A.    No.

Q.    He was respectful?

A.    Yes.

Q.    He responded to direction when you told him what to do?

A.    Yes.

Q.    He gave you problems?

A.    No problems.

Q.    He was a good prisoner?

A.    Yes.

Q.    Did you ever have an issue where you had to -- where you might have had to write him up, but you -- you know, you decided not to because you would give him a break, some sort of thing like that?

A.    No.

Q.    He was just not in the range of a difficult guy at all?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Not a difficult guy.  Nope.

Q.    Okay.  Something that I didn't understand from your answers.  When you do the count, do you have your pipe with you for that purpose?

A.    Yes.  The pipe stays on you.

Q.    So if we were to look at the -- whatever it's called, the --

A.    Pipe report?

Q.    -- round -- the which report?

A.    Pipe report.

Q.    The pipe report.  If we were to look at the pipe report, we'd see exactly when in relation to 10:00 a.m. you were up on the two tiers that were your responsibility?

A.    As long as I hit the pipe, yes.

Q.    Well, you were supposed to hit the pipe, right?

A.    Right.

Q.    If you didn't hit the pipe, you'd be screwing up?

A.    Yep.

Q.    So those reports would tell us how long after 10:00 it was that you went back to the officer's station?

A.    It would tell what time I came back and hit it

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

again.

Q. Yeah. And so, I guess the next question I want to ask you is, how did you become aware that there was a fire within A-cellhouse on January 14, 2023? All my questions now are going to be about that particular date.

A. Okay. The fire alarm went off, and they also was scream -- yelling for help.

Q. Okay. So when did you first hear the cries for help?

A. I heard it when I -- when I heard the first -- the alarm went off, they started screaming right away, so it was probably -- I don't know the time-wise, but as soon as they started screaming and yelling, I just reacted.

Q. Yeah. I mean, we're going to look at some photographs that are timestamped here in a minute, and that'll give us some times. But if you're being honest, as you're required to be under oath, it'd be fair to say that you, you know, you're not keeping track of time minute by minute as this is going on; is that fair?

A. Correct. That's fair.

Q. And you, you know, the video tells us some things, and we know some things from video, but without those kinds of markers, you'd be estimating times and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

you couldn't be accurate; is that fair?

A.    Right.  Fair.

Q.    So your best recollection today is that the first you noticed that there was a fire in A-cellhouse was when the fire alarm went off?

A.    Correct.

Q.    And is it -- and I don't want to put words in your mouth.  Was it at that point that you became aware that guys were screaming?

A.    Correct.

Q.    Did you hear screams before the fire alarm went off?

A.    I did not.

Q.    Okay.  Is it possible that people were screaming and you didn't hear them?

A.    It could be, but the officer's station is right there, so I'm not sure.  It could be, though. Yes.

Q.    All right.  Could be.

A.    Yeah.

Q.    Now, when the fire alarm goes off, is that automatic because the smoke detectors have been tripped?

A.    Yes.

Q.    And -- so nobody has to pull a fire alarm or do anything?

A.    Nope.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q. So from your perception, you're sitting there -- when the fire alarm goes off, you're in the company of Crockett and you're in the company of Sergeant Walton, correct? I'm sorry. I said Crockett. I meant Cross.

A. I got you.

Q. You and Cross and Walton are all three of you together?

A. Right.

Q. Sitting in the officer's station?

A. Right.

Q. And is it your impression that the three of you became aware of the fire at the same time?

A. I think me and Cross was aware quicker, I believe.

Q. Okay. So were you aware before the alarm went off?

A. No. When the alarm went off, we was aware. When the alarm went off.

Q. Yeah. Everybody was aware when the alarm went off?

A. Right.

Q. That's a big, loud sound. You can't miss it.

A. Yeah. You can't miss it. Right.

Q. Okay. Were you aware that there was a fire

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

The Deposition of DARNELL CROCKETT, taken on January 21, 2025
USDC IN/ND case 3:24-cv-00185-DRL    document 147-4    filed 04/17/26    page 115 of 230
114

before the alarm went off?

A. No.

Q. Okay. So it was the alarm that caught your attention, yes?

A. Yes.

Q. And it was at that point that you realized that there were prisoners screaming as well?

A. Yes.

Q. Did you smell smoke?

A. No.

Q. You didn't smell anything unusual?

A. No.

Q. All right. What is the first thing that you did when you became aware that there was a fire?

A. Me personally, I darted. I ran out and started looking to see where it was at.

Q. And when you say you ran out, where did you run?

A. I ran out the officer's station to the stairs to go up the ranges.

Q. So you ran out of the officer's station to the stairs by that primary exit on the west side of the building?

A. Correct.

Q. At the very end of the range right across from

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

the officer's station, there's a set of stairs that goes up all five tiers?

A.    Correct.

Q.    And --

MR. JIMENEZ:  And -- sorry.  Sorry to interrupt.  But I -- just in looking at that map that you marked as the last exhibit, I think it has a compass on there, and it has east.  And I think you keep referring to the west side.

MR. BOWMAN:  Oh, for goodness sake.  Wow.

MR. JIMENEZ:  So I just want to make that clear.

MR. BOWMAN:  You're my hero.  Yeah.  Let's go back and look at the exhibit again.  Good of you to do. I appreciate that.  This is why I should not be trusted behind the wheel of a car.  So if we look again at Exhibit 5, right, Sydney?

THE REPORTER:  No, this would be 6.

BY MR. BOWMAN:

Q.    If we look again at Exhibit 6, we see that it -- it's a little complicated because the compass is rotated, but the officer's station is on the north side of the cell house, as we talked about, and the counselor's office is on the south side, right?

A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    And they are all down at one end of the building, correct?

A.    Yes.

Q.    And I was telling you that that was the west end of the building, and I was incorrect about that. They are all down at the east end of the building, right?

A.    Yes.  I got what you were saying.  Yes, I got it.  Yes.

Q.    Yeah.  We understood each other, --

A.    Yeah.

Q.    -- but we were using the wrong direction.

A.    Right.

Q.    But now that we have this compass to -- as a reference point, --

A.    Right.

Q.    -- we can agree that in the questions and answers that you and I were going over before, we were talking actually about the same area, but we were calling it the west and it should be the east end of the building?

A.    Yes.  Correct.  I'm sorry.

Q.    So to get again to your answer, the fire alarm goes off, and the first thing that you do is you go out of the officer's station and head up the stairs?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.    Correct.

Q.    Because you're trying to figure out where the fire is?

A.    Correct.

Q.    Were you with anyone?

A.    As soon as I came out, Kevin Cross came right behind me.

Q.    Okay.  Did you have anything in your hands?

A.    I had the keys.  Because they were screaming -- they were screaming 200, so I had 200 keys.  So I had the keys, and Kevin Cross had the extinguisher.

Q.    Okay.  So Cross has the extinguisher?

A.    Correct.

Q.    Are there two extinguishers or one extinguisher?

A.    There's two, but he only -- we only had one.

Q.    Okay.  And when you say he only had one, you mean he elected to take the water extinguisher?

A.    Correct.

Q.    Would it be fair to say that that was a mistake on his part?

A.    Correct.

MR. JIMENEZ:  Objection to form.  You can answer it.

THE WITNESS:  Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

BY MR. BOWMAN:

Q. How quickly did you realize that Cross had made a mistake by picking the water extinguisher as opposed to the chemical extinguisher?

A. When I got to the range because I didn't see him until I got to the range.

Q. So as you got to the -- prisoners are screaming and they are yelling 200?

A. Yes.

Q. So that was an indication to you that the fire was on the 200 tier?

A. Correct.

Q. And as you got to the 200 tier, you looked down, you -- is it correct to describe it as the range?

A. Yes.

Q. The walkway there, is that what you folks call it?

A. Yeah. The range. That's right.

Q. Okay. You look down the range and you see a -- you see flames, right?

A. Correct.

Q. Is it -- it's not a small fire?

A. Yes.

Q. It's a huge fire?

A. Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    I mean, it's life threatening, right?

A.    Yes.

Q.    And it has the potential to kill someone?

A.    Correct.

Q.    It has the potential to spread into other parts of the cell house?

MR. JIMENEZ:  Objection to form.  You can answer.

THE WITNESS:  Yes.

BY MR. BOWMAN:

Q.    In your estimation?

A.    Yes.

Q.    So there you are looking down the range.  What did you do?

A.    Opened the door, the front door.  Right there is the door right there for the range.  I opened that and went down there.

Q.    Cross right behind you?

A.    He's right behind me, yes.

Q.    And at any point, did it occur to you, "We should have the chemical extinguisher"?

A.    Yes.

Q.    Were you aware that Cross had picked the water extinguisher instead of the chemical extinguisher?

A.    No.  Not until we got to the cell.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   Did you assume he had the chemical extinguisher?

A.   I -- I assumed he had the extinguishers.

Q.   You weren't thinking?

A.   No.  It was reactive.

Q.   Did either of you have the bolt cutter?

A.   No.

Q.   Particular reason for that?

A.   Because I -- with that, like I told you earlier, with the locks, on the back of the lock, it has a key that you can use on my range.  So he's on my range, so I have the key for the lock.

Q.   So you didn't have the key to get to the bolt cutter?

A.   No.  No.  I'm saying I didn't need the bolt cutter because I have a key to open his lock.

Q.   I see.

A.   For the lock.  Yeah.

Q.   So you figured the key would be sufficient so you didn't need a bolt cutter?

A.   Correct.

Q.   All right.  And had anyone in your fire drills or in any of the instruction you had told you, "You should bring a bolt cutter to a fire"?

A.   No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    You didn't know that?

A.    No.  I mean, I knew because I -- yeah, but nobody said that to us.  No.

Q.    It just didn't occur to you?

A.    Yes.

Q.    Okay.  So you figure, I've got the keys to this man's cell.  I'll be able to let him out of the cell with the keys?

A.    Correct.

Q.    Did you observe, as you were running down the range, whether the bars had been rolled or unrolled?

A.    No, I didn't.

Q.    Didn't check that?

A.    No.

Q.    Did you -- as you got to the second tier and you looked down the range and you saw this big fire, did you initiate an evacuation of A-cellhouse?

A.    Yes.  I tried to -- well, we tried to get him out first.

Q.    Pardon me?

A.    You tried to get him out first.

Q.    Right.  You ran down to Smith's cell where the fire was first --

A.    Correct.

Q.    -- prior to initiating any evacuation?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.    Correct.

Q.    So what about calling signals, the 1070 and the 1071?  Did you do the -- either of those things?

A.    The sergeant called the signal.

Q.    The sergeant called the signals?

A.    Yes.

Q.    So if I wanted to ask about calling signals, I'd need to speak with Ms. Walton about that.  That's not your thing to do?

A.    Correct.

Q.    Got it.  Did you take any other steps to address this situation?

A.    What do you mean by that, like?

Q.    Did you -- I mean, I can't think of necessarily what they would have been.  You didn't have the bolt cutters, you didn't assess whether the bars had been rolled or not.  You didn't initially start an evacuation.  It -- and you didn't know what kind of fire extinguisher was being brought to the location. You had personal -- you had no personal knowledge of whether the signals had been called, correct?

A.    No, I knew she called it because we ran out as she called it, and it was ran out.

Q.    Okay.  But all of that -- all those other things on the list, that's all true, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Right.

Q.    Didn't --

A.    My focus was to get him out.  That was my focus.

Q.    That was your --

A.    My key focus was to open the door.

Q.    Right.  Did you at that point -- as you looked down the range and you saw the magnitude of this fire, did it occur to you that things had gotten out of control before you were even getting there to respond to it?

A.    No, it didn't look -- when I was on the range, it looked like it was up.  So when I get further to the range, that's when the fire really hits.

Q.    Yeah.  That's what -- well, we'll look at some stills here in a minute.

A.    Okay.

MR. BOWMAN:  But in fact, let's do that at this point.  Oops.  Actually, I'll tell you what, why don't we take a short break at this point?  It's 12:27 my time.  Are you guys on the -- different areas --

THE REPORTER:  I'll take us off the record really quick.  The time is 12:27.

(OFF THE RECORD)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

THE REPORTER: We are back on the record for the deposition of Darnell Crockett being conducted by videoconference. My name is Sydney Little. Today is January 21, 2025. Time is 12:53 p.m.

BY MR. BOWMAN:

Q. Thank you. So, Mr. Crockett, our next exhibit for identification will be number 7. You see that on your screen?

(EXHIBIT 7 MARKED FOR IDENTIFICATION)

A. Yes.

BY MR. BOWMAN:

Q. Exhibit number 7 for identification is an Internal Affairs report of investigation relating to the fire in which Mr. Smith was killed. This report is dated March 7, 2023. It's four pages long. Have you ever seen this before?

A. No.

Q. Okay. So it -- this report, as I said, is four pages long. The first page contains chronology that was developed from camera footage, and then it goes on to provide summaries of interviews of Sergeant Walton, of Mr. Cross, of Lieutenant Smith, and then finally of yourself on Page 2. And then it has some additional information on Pages 3 and 4. I want to ask you first about the chronology, which is right here. See

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

if I can increase the size of that just a little bit.
So it appears to me that what someone has done is to go
back and look at the camera footage --

A.    Okay.

Q.    -- relating to the fire that killed Mr. Smith.

A.    Okay.

Q.    That identified some events that occurred
minute by minute.  And the first thing that they observe
or that they record here is that flickers of flame are
visible in the cell where Mr. Smith was confined as
early as 10:53 a.m.  Do you see that?

A.    Yes.

Q.    You have no reason to dispute that, correct?

A.    No.

Q.    So -- and then two minutes later at 10:55, the
flame -- the fire continues to be visible, but it's
confined to the cell at this point.  Do you see that?

A.    Yes.

Q.    Again, you have no reason to dispute that?

A.    No.

Q.    At 10:57, according to this report, the flames
have completely engulfed the cell and they're moving
outward outside of the cell.  Do you see that?

A.    Yes.

Q.    Again, you have no reason to dispute that?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    No.

Q.    And then at 10:58, flames are spreading out of the cell and upwards.  And according to this record, it's at that point that you and Cross arrive at the cell with the water fire extinguisher, which we agree is insufficient to address this fire, right?

A.    Right.

Q.    Then 10:59, according to this report, you folks return with the chemical extinguisher.  That's a minute later, right?

A.    Right.

Q.    And honestly -- you -- you've never seen this video of cell 252.  Is that what you're telling me?

A.    No, I never saw it, no.

Q.    Okay.  Well, it's not very pretty to watch and we're not going to watch it, but I am going to show you some --

A.    Okay.

Q.    -- images from it.  At 11:00, Michael Smith stops moving.

A.    Okay.

Q.    Now, did you -- after the alarm goes off and after you become aware that inmates are screaming, did you hear Michael Smith screaming like he was on fire?

A.    No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    You never heard that?

A.    Not before I got -- I heard him when I got to the range, he said something.  When I got to the cell.

Q.    He said something?

A.    Yeah.  He was like, "Help me."

Q.    He was screaming, "Help me"?

A.    Not when I was there, he was screaming to me. He said, "Help me."  He didn't scream it, so --

Q.    Well, what was -- are you telling us that you get to the cell, you and Cross with this water fire extinguisher, and Mr. Smith is standing there calmly saying, "Help me, please"?

MR. JIMENEZ:  Objection, mischaracterizes the testimony.  You can go ahead and answer.

THE WITNESS:  Yes.  He wasn't screaming at -- at all.

BY MR. BOWMAN:

Q.    So he was lucid --

A.    He was saying --

Q.    -- and he was fine and everything was okay?

A.    No, he wasn't fine, but he was saying, "Help me," but he wasn't screaming it.

Q.    Okay.  All right.  Did you smell his flesh burning?

A.    No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   Do you understand that he was on fire at that time?

A.   Yes, I do, because I sprayed him.

Q.   Well, you didn't spray him with this -- I mean, this fire extinguisher, the water fire extinguisher, is a little bit like a water pistol, right?

A.   Correct.

Q.   Yeah, you didn't spray him with the water pistol, right?

A.   No.

Q.   No.  And the heat was intense, yes?

A.   Yes.

Q.   You couldn't get close to the cell because of the intensity of the heat, right?

A.   No.  No.  I was close to the cell.

Q.   Okay.  Well, we'll take a look in a minute.

A.   Yeah.

MR. BOWMAN:  Why don't we do that right now so that we can get on the same page here?  I am going to show you next a photograph, which will be Exhibit -- where are we sitting?  I'm sorry.  Exhibit 8?

THE REPORTER:  Exhibit 8, yes.

(EXHIBIT 8 MARKED FOR IDENTIFICATION)

BY MR. BOWMAN:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit B

Q.   Yeah.   Exhibit 8 to your deposition.

A.   Right.

Q.   Do you see the photograph?

A.   Yep.

Q.   What this is, is a still from the camera --

A.   Correct.

Q.   -- that is trained on cell 252.   You've never seen this before?

A.   No.

Q.   Okay.   Do you see Officer Cross?

A.   Correct.

Q.   He has a water fire extinguisher.   He's spraying it in the direction of the fire?

A.   Correct.

Q.   We can agree that to try and put that fire out with that extinguisher is absurd, right?

A.   Right.

        MR. JIMENEZ:  Objection to form.  You can answer.

        THE WITNESS:  Yeah.

BY MR. BOWMAN:

Q.   I mean, there's no conceivable way that that fire will be -- or that that extinguisher will be remotely effective against that fire, right?

A.   Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit B**

Q.    Right?

A.    Yes.

Q.    Now, focus your attention on cell 252, that's the cell in which Mr. Smith is confined, correct?

A.    Okay.  Right, correct.

Q.    And you see that that flame has completely engulfed the cell, right?

A.    Right.

Q.    You see that flame is spilling out of the cell, right?

A.    Correct.

Q.    And upward toward the third tier, right?

A.    Right.

Q.    This is a very dangerous fire at this point, right?

A.    Correct.

Q.    It could catch any of these other cells on fire as well, right?

A.    Correct.

Q.    Because the flames are licking out to the left and to the right of the front bars of cell 252, right?

A.    Right.

Q.    And it's completely out of control, right?

A.    Correct.

        MR. JIMENEZ:  Objection to form.  You can

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

answer.

THE WITNESS:  Correct.

BY MR. BOWMAN:

Q.    Life-threatening, right?

A.    Right.

Q.    Right.  Now, do you see Mr. Smith?

A.    No.

Q.    Well --

A.    I see an image.  I don't know if that's him right there on the floor.

Q.    Yeah.  Just going to focus your attention on the image at the bottom of the cell.

A.    Right.

Q.    Would it surprise you to learn that that's Mr. Smith?

A.    No.

Q.    You see that he is engulfed in flames.

A.    Okay.

Q.    Yes?

A.    Yes.

Q.    And he is on the floor of the cell, right?

A.    Yes.

Q.    Would it -- I mean, I'm not going to show you this video because I don't want to put you through it, but --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    I'm fine.

Q.    Yeah, I bet you are, but the reality is that as this is happening, Mr. Smith is writhing in agony on the floor of that cell, right?

MR. JIMENEZ:  Objection to form.  You can answer.

BY MR. BOWMAN:

Q.    Is that right?

A.    Yes.

Q.    He is in a terrible situation?

A.    Correct.

Q.    There is no way that your key is going to be usable to unlock that cell, right?

A.    Right.

Q.    There's no way that you can approach that cell.  You and Cross are standing -- you see yourself behind Cross, right?

A.    Correct, yes.

Q.    You and Cross are standing, what?  Would you estimate 20, 25 feet from the cell?

A.    Correct.

Q.    And the truth is, is that's as close as you can get because of the intensity of the heat, right?

A.    I went closer, though.

Q.    Pardon me?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    If you watch, I went closer.

Q.    You went closer?

A.    If you watch the video.  I went to the door, tried to open the door.

Q.    All right.  I'm -- I --

A.    If you look at that video, you'll see my -- the fire over my head, sir.

Q.    Okay.  All right.  So you're sure of that?

A.    I'm -- yes, sir.

Q.    Okay.  Well, we'll --

A.    I live it every day in my head.  Yes, sir.

Q.    All right.  Well, we'll have an opportunity later in this case --

A.    Yes, sir.

Q.    -- to test that proposition.

A.    Yep.

Q.    But right now, you're behind Cross and you're some distance from the cell?

A.    Yes.  That's the beginning.  Yes, sir.

Q.    You're telling me you walked up right in front of Mr. Smith's cell?

A.    Yes.  I tried to open the door, sir.  Yes, sir.

Q.    And if we watched the video, we'd see you walk up --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Right.

Q.    -- and put your hand through the flames?

A.    Yep.

Q.    Touch those bars?

A.    You going to see me try to open the door. Yes, sir.

Q.    And take your keys and try and open the door?

A.    Yes, sir.  You're going to see it.

Q.    That's your firm memory, and that's what you're telling us?

A.    Yes.  Yes.

Q.    Okay.  All right.  Do you understand how hot those flames are?

A.    Yes, I was standing there.  Yes, I do.

Q.    Do you understand what flashover is?

A.    Yes.

Q.    Do you understand that no human life can survive in these conditions?

A.    Correct.  Yes, sir.

Q.    Okay.  So now my question for you, sir, is how did it come about that you, and Cross, and Smith, and Walton allowed this situation to progress to this point where no human life could survive?  How did you allow that to happen?

A.    I -- when they called for us, --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

MR. JIMENEZ:  Object to form.

THE WITNESS:  -- I came right away.  So when that fire hit --

THE REPORTER:  What was the objection?  I apologize.

MR. JIMENEZ:  Just form.  You can go ahead and answer.

THE REPORTER:  Thank you.

THE WITNESS:  So when that fire hit, if you watch the video, you're going to see I did whatever I'm supposed to do.  Let's get that fire, if you watch the video.  You watch the beginning of the video, if you watch on in the video, you're going to see me open the door -- try to open the door.  You're going to see me spraying right front of that door, sir.

BY MR. BOWMAN:

Q.   Okay.  Right at this time?

A.   No.  After, sir.

Q.   After?  Okay.

A.   He going to get the thing.  He going to get the fire extinguisher, you going to see me on my -- on my knees, sir.

Q.   Yes, yes.  You were on your knees --

A.   Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    -- after you came back, after 11:00 a.m., right?

A.    Correct.

Q.    After the fire brigade --

A.    Got the extinguisher.

Q.    -- was there and they put out the fire, right?

A.    No.  Before, I did that before the fireman got there, you see me trying to --

Q.    While the fire was being subdued, right?

A.    Right, yes.

Q.    But Mr. Smith is dead at this point, right?

A.    No.  Because he reached out to me.

Q.    He --

A.    When I was there, he reached out to me.

Q.    Okay.

A.    He's still alive when I -- if you watch the video, because I see -- I play this every day, sir.  So you can't tell me that.

Q.    Okay.

A.    I see him alive because he reached out to me. I looked this man in his eyes.

Q.    Okay.  And you are sure --

A.    So you can't tell me I didn't try to save this man life because that's what you're telling me.

Q.    You tried to save his life?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Yes.  If you look at this video --

Q.    Right.

A.    I thought about if that's my family member, I'm going to do what I got to do.  Because if you watch this video, you're going to see me in that fire, sir.

Q.    Okay.  But not when the fire's in this condition?

A.    I don't have -- you see Kevin Cross in the front?

Q.    Yes.

A.    So when he went to get the right extinguisher, that's when I took over.

Q.    Right.  But the fact of the matter, is that before you could do any of that, the fire had to be put down, right?

A.    No, the fire was still going, sir.

Q.    The fire was going.

A.    If you look at the beginning -- yes.

Q.    Sorry, go ahead.

A.    If you look at the video more, you're going to see me spraying the fire and spraying the AB extinguisher --

Q.    Right.

A.    -- before anybody got there, responders or anything.  You going to see that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    Right, right.  And unlike this water pistol, the ABC extinguisher is capable of putting the fire down.

A.    And that's what I was spraying.

Q.    And as you sprayed it, the fire began to subside, right?

A.    And it kept reigniting, though.  It kept on reigniting.

Q.    And as it kept reigniting, and as it was subsiding, --

A.    I kept spraying.

Q.    -- you continued to spray it, right?

A.    Correct.  Correct.

Q.    And you got to the point where you had sprayed the fire sufficiently that it was possible for you to touch Mr. Smith and to touch the bars of that cell, right?

A.    I tried to open the door, so --

Q.    Yes.  But not before that ABC extinguisher came up there, right?

A.    Right, right.  You said I didn't do that, though.

Q.    Under these conditions, it is absolutely impossible for you to get anywhere near that cell with that particular extinguisher.  You know that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.   We all agree it, though.  We already agreed on it.

Q.   Okay.  We don't agree about that.

A.   I said we already agreed.  Yes.  We did.

Q.   Okay.  We agree about that.  Well, I thought we had a --

A.   No, we've been agreed on that.

Q.   Okay.  Good.  All right.  So at this particular point comes my question, okay?  I appreciate that you continue to take steps after this point and we're going to look at some of these other pictures in a minute.  But at this particular point, you would agree that you have a very extreme situation here, right?

A.   Correct.

Q.   And you agree with me that you do not have the appropriate equipment at this particular point to address that situation?

A.   Correct.

Q.   And you agree with me that at this particular point, you do not have the ability to get within ten feet of that cell without burning up?

A.   Correct.  With that much danger, yes.  You're correct.

Q.   There is no way, if we look at this particular picture at this particular moment, that you are going to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

be able to touch the bars of that cell, right?

A.    Correct.

Q.    No human being would do that, right?

A.    Right.  Right.

Q.    The problem is that Mr. Smith is burning to death inside that cell, right?

A.    Correct.

Q.    Okay.  So this is my question.  What explanation do you have for how this situation is allowed to progress to the point that it is right here as you see it in this image?  And there's not yet been a response.

MR. JIMENEZ:  Objection to form.  You can go ahead and answer.

BY MR. BOWMAN:

Q.    I'll rephrase the question.  There has not yet been an effective response.

A.    Correct.  But after he saw that, he ran and grabbed it, so we did do it.

Q.    That's not -- okay.  So timeout, Mr. Crockett. I'm -- I realize that you continued to take steps, that you got the ABC extinguisher and you put the fire down to the point where you could approach the cell.  I'm with you and I hear what you're saying.  You did your best, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.    Correct.

Q.    Okay.  At this point, how have you -- how do you explain that the response is what it is when this cell is in this condition?

A.    We should have had both the extinguishers with us, we should have had, but we didn't have it.

Q.    And that was a failure.

A.    Yep.

Q.    And then the other question is, why is it that nobody noticed this fire until it got to this point?

A.    Not -- not sure.  Because there wasn't no --

Q.    Do you have any explanation for that?

A.    No, sir.  Wasn't no smoke or anything.

Q.    Well, I mean, right here, right now, on this -- in this image, you see plenty of smoke, do you not?

A.    Well, right.  But if you see right there, the officer station right there, see, you probably don't see, it's the officer station.

Q.    Okay.  So it -- you wouldn't --

A.    Yeah, I realize that it's going upward, not down.

Q.    Okay.  So you wouldn't see it and you wouldn't smell it, right?

A.    No.  Correct.

Q.    We can agree that if you had been on the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

range, you would have seen it, right?

A.    Correct.

Q.    We can agree that if Cross had been on the range, Cross would have seen it, right?

A.    Correct.  Yep.

Q.    We can agree that if Smith was on the range, she would have seen it, right?

A.    Correct.

Q.    And if Walton was on the range, she would have seen it, right?

A.    Correct.

Q.    If there was a functioning monitor in the officer's station, you guys could have seen it, right?

A.    Correct.

Q.    Okay.  Do you have any explanation for why that didn't happen?

A.    No.

Q.    Is there any rule at the Indiana Department of Correction that says somebody should not be sitting in the officer's station, but should be available and on the range at any time?

A.    We walk every 30 minutes.

Q.    Just every 30 minutes?

A.    Every 30 minutes we're supposed to walk. Every 30 minutes.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    Okay.  So 10:30, give or take, somebody should be out on the range about 30 minutes later, right?

A.    Because if you look earlier, I didn't get done the count until about 10:30.  So the 30 minutes would have been 11:00.

Q.    Okay.  Well, you gave her a statement, right?

A.    Right.  Count time, correct.

Q.    In your statement, you said the count was at 10:00, right?

A.    Count is at 10:00, sir.  My bad.

Q.    Count is at 10:00.

A.    That's 10:00 the count.  We're not going to get count done at 10:00.  That's what we're saying.

Q.    Right.  So it's got to be done in time --

A.    So it got to be in --

Q.    Sorry, go ahead.

A.    It got to be in at least by 10:30, 10:40.  Sometimes count don't get done until 11:00.  It depend on every cell house.

Q.    Okay.  So it's --

A.    Count is at 10:00, though.

Q.    So you start at 10:00 and --

A.    Start at 10:00.

Q.    -- you off the range and whenever you finish, --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Correct.

Q.    -- you're finished?

A.    Correct.

Q.    There should be a record on that, right?

A.    Not necessarily.  You got people that won't go in sometimes.  So you got to make sure they go in.  So some --

Q.    Okay.  So there's no record of -- there should be a record, but there isn't a record.  Fair enough?

A.    Yeah.

Q.    That's -- so we don't know exactly when you finished that count.

A.    Correct.

Q.    But one thing we do know is that as this fire was progressing and as it was getting bigger and as it was getting more dangerous, nobody was watching, right?

A.    You mean nobody was watching?

Q.    Pardon me?

A.    Nobody was watching?

Q.    Nobody was watching.  Yes.

A.    No.  That's correct.

Q.    Nobody was paying attention.

A.    We were paying attention.

Q.    Okay.  You didn't hear anybody screaming?

A.    I heard them when the alarm went off.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.    Would it surprise you to learn that there are a number of prisoners who say that they were screaming, and shouting, and pounding on the bars, and calling for help before that alarm went off?  Would that surprise you to hear that?

A.    Yep.

Q.    Okay.  Because you say that's not true?

A.    Because we would have heard everything they were saying.  They scream all day every day.

Q.    Okay.  They scream all day every day?

A.    Right.

Q.    They're constantly screaming?

A.    Correct.

Q.    Do you shut them out when they scream?

A.    I don't because it could be something important.

Q.    Okay.  Could be, right?

A.    Right.

Q.    Just like --

A.    They put everybody in that box though to say we don't listen.  Because you can't even say that.  Because every time somebody scream, I'm up and running.  I can't say everybody else.

Q.    So at this point, when you are behind Officer Cross and Cross is using the water extinguisher, had you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

taken any steps at this particular point to evacuate cellhouse A?

A.    I believe -- I'm not sure.  When I went back to roll the bar, I did.

Q.    Okay.  Well, we'll look -- we've got an image of you rolling the bar, but you took no action to evacuate the cellhouse other than roll the bar?

A.    Yeah.  I started unlocking doors when I was done with the fire incident.

Q.    Okay.

A.    You'll see, if you watch the full video, I'm the only person on two, then three, and four that did that.  So you can't say I didn't do that.

Q.    Right.

A.    Out of everybody in that cellhouse, you can't say I didn't go nowhere.  If you watch every video, you will see me on every range.

Q.    Okay.  As you were standing behind Cross, what did you smell?

A.    I don't remember.

Q.    Did you smell smoke?

A.    I had a mask on somewhere.

Q.    Okay.  Did you smell human flesh burning?

A.    No.

Q.    Did you -- at this point, can we agree that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

you heard prisoners yelling and screaming?

A.    Of course.  We on the range.  Of course.

Q.    Yes.  And at this point, smoke is all around you; is that right?

A.    Correct.

Q.    So, actually, I'm going to share this again just for a minute.  Looking back at the exhibit we were just looking at, I want to magnify this and focus your attention on this area of the picture up above in the left -- on the left side.  This identifies the camera.

A.    Correct.

Q.    We're looking at ACH North L-5, L-5, and then the time is specified.  So it's 10:58 and 23 seconds.  And then they've even got milliseconds here in the morning on the date in question.  Do you see that?

A.    Yep.

Q.    So this is the point in time at which you and Cross come to the location of the fire a few seconds after 10:58, correct?

A.    Correct.

MR. BOWMAN:  All right.  All right.  So the next image that I'm going to show you is going to be our next number exhibit for identification.  And I've lost track again, Sydney.  Sorry.

THE REPORTER:  It's Exhibit 9.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

(EXHIBIT 9 MARKED FOR IDENTIFICATION)

MR. BOWMAN:  Thanks.

BY MR. BOWMAN:

Q.   So Exhibit 9, if we look up in the upper left corner, is just a few seconds later in the video feed from the image we were just looking at.  This is 10:58:38.  So it's 15 seconds later.

THE REPORTER:  Locke, you stopped sharing.

BY MR. BOWMAN:

Q.   Oh, sorry about that.  Do you see where I am on Exhibit number 9?

A.   Yep.

Q.   So this is 10:58:38.  So we can agree it's 15 seconds later?

A.   Okay.

Q.   From the image we were just looking at. There's a lot of smoke, but I believe you can see yourself and Cross running to the east down the range, correct?

A.   Yes.

Q.   And at this point, you have recognized that the water extinguisher is ineffective?

A.   Correct.

Q.   And you have recognized that you need to deploy the chemical extinguisher if you're going to have

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

USDC IN/ND case 3:24-cv-00185-DRL    document 147-4    filed 04/17/26    page 150 of 230

any hope of getting this blaze out?

A.    Correct.

Q.    So you're leaving, right?

A.    Correct.

Q.    And as you have departed, no one else is arriving at this particular point, right?

A.    Correct.

Q.    There is no one fighting the blaze right now at 10:58:38?

A.    Correct.

Q.    Mr. Smith, his things are continuing to get worse and worse inside of his cell, right?

A.    Right.

Q.    And if we were to look at the video, you don't doubt that we would see him writhing in pain and anguish on the floor of his cell, right?

MR. JIMENEZ:  Object to form.

THE WITNESS:  Right.

MR. JIMENEZ:  You can answer.

THE WITNESS:  Right.

BY MR. BOWMAN:

Q.    And you see that the cells around Mr. Smith are experiencing a lot of smoke, including on the third tier, right?

A.    Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   And next to Mr. Smith on both sides, on the second tier?

A.   Correct.

Q.   So given what you have to work with and given what happened, when you when you guys encountered this fire, you've done everything you can do, and you simply have to leave at this point, right?

A.   Right.

Q.   All right.  I'm going to show you next an image from 10:59.

MR. JIMENEZ:  And, Locke, just for the record, the stills that you -- that you've been showing and you are showing, just so that it's clear, these are -- are these screenshots that Plaintiff's counsel took of the video?

MR. BOWMAN:  Yes.  Correct.  Yep.

BY MR. BOWMAN:

Q.   So I'm going to show you another image.  This is going to be at 10:59 a.m.  First, let's look at the upper left-hand corner.  This is, just to confirm, 10:59:04 on the date in question.  And what we see here is there is nobody responding, correct?

(EXHIBIT 10 MARKED FOR IDENTIFICATION)

A.   Correct.

BY MR. BOWMAN:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   And the fire, at this point, has continued to increase in magnitude, right?

A.   Right.

Q.   And you see, actually, there's debris on the floor in front of cell 252, and 254, where drywall from the ceiling up above is falling down from combustion, right?

A.   Right.

Q.   And this is a truly horrific situation that we're looking at right here?

A.   Correct.

Q.   And if you look in the earlier images, we were seeing Mr. Smith on the floor of the cell.  At this point, it's a little harder to see his physical location, right?

A.   Correct.

Q.   And that's because flame is everywhere, right?

A.   Correct.

Q.   And to the extent it wasn't engulfing Mr. Smith before, it certainly is at this point, right?

A.   Correct.

Q.   And you guys are doing your best with the equipment that you have and the training that you have, but you are not here able to respond to this fire at this point; is that fair?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Fair.

MR. BOWMAN:  So I'll show you something.  An image of yourself taken from a different camera.  This'll be number 12, I believe.  Right, Sydney?

THE REPORTER:  Number 11.

MR. BOWMAN:  Okay.  Number 11.

(EXHIBIT 11 MARKED FOR IDENTIFICATION)

BY MR. BOWMAN:

Q.    First, let's look at the identification of this particular camera and the time.  Exhibit 10 [sic] is from the north front, so that's all the way down on the east end of the range, close to the officer station, right?

A.    Correct.

Q.    And this is 10:58:54 from this location, right?

A.    Right.

Q.    And it's just about the same time as the fire has progressed as we saw from the earlier camera angle at 10:59:04, right?

A.    Correct.

Q.    And you see yourself here.  What are you doing?

A.    Unrolling the bar.

Q.    Up here, that is you, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.    Yeah.  Unrolling the bar with, like --

Q.    Okay.  So this -- at 10:59, this is the point at which you are facilitating an evacuation, right?

A.    Correct.  Yes.

Q.    Unrolling the bar does not open any of those cell doors, right?

A.    Right.

Q.    In addition to unrolling the bar, it is necessary to unlock the -- each cell door individually, right?

A.    Correct.  Correct.

Q.    Had you unlocked any cell doors at this point?

A.    Some of them already unlocked because we have chow lines and different classes.  So, see that door open?  I mean, he was set up -- he was set up for, like, the line or something, the next line.  So that's why his door is already open.

Q.    All right.

A.    So some doors will be open, some won't.

Q.    Okay.  But in order to have an orderly evacuation, it would be necessary to go through --

A.    Each door.

Q.    -- and unlock each individual cell?

A.    Correct.

Q.    Other than rolling the bar on the second tier,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

did anybody unroll the bar on the first tier?

A. I'm not -- I'm not sure.

Q. Did you do that?

A. No, I didn't do that. I didn't do the first tier. I did two on up.

Q. You did two on up?

A. Yep.

Q. So after you rolled the bar here, you went up and pushed all the buttons on the third and fourth and fifth?

A. No, not this time. Not right away. After the incident happened, after that, we get the upper ranges.

Q. So after you got the fire under control, that's when you did the evacuation?

A. Yep. The other -- three and four. Correct.

Q. Okay. This fire is burning out of control at this point, right?

A. Correct.

Q. You can see down at the end, right?

A. Right.

Q. It's just, you know, intense flame and it's totally visible to you here, right?

A. Correct.

Q. Can you and I agree that it would've been helpful to have additional personnel available to you at

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

this point in order to conduct an orderly evacuation of A-cellhouse?

A.   Correct.

Q.   But you were doing all you could with what was available to you; is that fair?

A.   Correct.  Correct.

Q.   All right.  I have a couple of more pictures that I need to show you.  You recall that we looked at the Internal Affairs report and the review of the camera showed that, as of 10:53 a.m., there was visible flame in Mr. Smith's cell, correct?

A.   Correct.

Q.   According to that report?

A.   Correct.

Q.   You would agree with me that if you or Smith or Cross or Walton had been on the range in the vicinity of Mr. Smith's cell, you certainly would've seen visible flame in that cell as early as 10:53, correct?

A.   Correct.

Q.   And then, at 10:53, this would be a very different situation than what you encountered at 10:58:23, right?

A.   Correct.

Q.   You would not have -- I mean, this, at that point, might have been a fire that you could put out

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

with the water extinguisher, right?

A.   Correct.

Q.   But it had been allowed to progress to this point because nobody was watching, correct?

A.   Correct.

MR. JIMENEZ:  Objection to form.  You can answer.

THE WITNESS:  Correct.

BY MR. BOWMAN:

MR. BOWMAN:  I want to show you an image that shows the fire at 10:57 a.m.  And as we've done, this'll be -- this is now Exhibit 11, correct, Sydney?

THE REPORTER:  This is 12.

MR. BOWMAN:  This is 12.  I knew that.

(EXHIBIT 12 MARKED FOR IDENTIFICATION)

BY MR. BOWMAN:

Q.   So, first, I want to show you the time so that we can all see it.  This is 10:57 a.m. on the dot, right?

A.   Uh-huh.

Q.   And so this is about a minute and a half before you and Cross get to the fire, right?

A.   Right.

Q.   Now, you know that fire can progress very

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

quickly, right?

A.    Yes.  Right.

Q.    I think it'd be fair to say that that's common knowledge, right?

A.    Right.

Q.    So it -- that -- that's one of the reasons why a fire is such an emergency, right?

A.    Correct.

Q.    That's why the fire trucks come screaming down the road with their sirens on because it's really critical to get there as soon as possible, right?

A.    Right.

Q.    Every minute matters, right?

A.    Right.

Q.    Every second matters, right?

A.    Correct.

Q.    So as soon as anyone is aware that there's a fire, you should do what you do, which is react, right?

A.    Right.

Q.    Now, in this particular image at 10:57, we can already see that there's a pretty big fire happening in Mr. Smith's cell, right?

A.    Right.

Q.    I mean, that's not a small little paper fire, use the -- use the water extinguisher.  That's a major

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

fire, right?

A.    Right.  Yeah.

Q.    Already.  And in addition to fire, you can see that there is visible smoke, right?

A.    Yeah.

Q.    It's emerging from outside of Mr. Smith's cell to the point where the top front of the cell is obscured by smoke, right?

A.    Right.

Q.    And you see smoke coming up into the third tier here, kind of darkening everything up above his cell, right?

A.    Yep.

Q.    So this is a progressing fire, right?

A.    Right.

Q.    And it's a fire that needs to be responded to at this point, right?

A.    Correct.

Q.    We can agree that if you, Cross, Smith, Walton had been out on the range, you would've seen this, right?

A.    Correct.

Q.    If someone had been out on the range, they would've seen it, right?

A.    Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   It's obvious, yes, at this point?

A.   Correct.

Q.   Obvious that it's a very dangerous and serious problem, right?

A.   Right.  Right.

Q.   Now, would it surprise you to learn that at this point, with a significant blaze inside of Smith's cell, as you can see here in the photograph, or in the still, and all of this smoke billowing out of his cell, would it surprise you to learn that at this point prisoners inside the -- this area were shouting and screaming and banging on the bars and asking you for help?

A.   No, it don't surprise me.

MR. JIMENEZ:  Don't answer --

BY MR. BOWMAN:

Q.   Would not surprise you?

A.   Right.

Q.   Because that would be logical that would happen, right?

A.   Correct.

Q.   You did not hear that?

A.   No.

Q.   Smith did not hear it, Walton did not hear it, and Cross did not hear it?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.   Nope.

Q.   Do you have any explanation for why you guys didn't hear it?

A.   Nope.

Q.   Do you have -- would the explanation be that they're screaming and shouting all the time and you just tune it out?

A.   No, sir.

MR. JIMENEZ:  Objection to form.  You can answer.

THE WITNESS:  No.  For me personally, I can answer for me, no.  I know about that.  And when people scream, that's when I, okay, listen and react.  That's me personally.  I don't know.

BY MR. BOWMAN:

Q.   Now I'm going to show you Exhibit 13 for identification.  This is the front of Smith's cell as of 10:56 a.m.  You see 10:56 on the dot, correct?

(EXHIBIT 13 MARKED FOR IDENTIFICATION)

A.   Correct.

BY MR. BOWMAN:

Q.   And so, this is a full two-and-a-half minutes before you and Cross come to the scene of the fire, right?

A.   Right.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   And you'd agree with me that already, at this point, there's a pretty significant fire going on inside of Smith's cell, right?

A.   Right.

Q.   And already the smoke is starting to come out of his cell.  It's not as intense as it was a minute later, but you can see it's darkening up above his cell and to the left and to the right, yes?

A.   Yes.

Q.   And here, again, if any of you is on the range, this is an obvious situation, you would've seen it, right?

A.   Correct.

Q.   You would've -- if you had seen it, you would've reacted, right?

A.   Correct.

Q.   Because anybody can understand that a fire of this magnitude, as we see it at 10:56 a.m., is life-threatening and dangerous, particularly in this confined space, right?

A.   Correct.

Q.   And particularly where you have a prisoner who cannot escape this situation, right?

A.   Right.

Q.   I mean, at 10:56 and 10:57 and 10:58 and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

10:58:38 and 10:59, all throughout that time, Mr. Smith has nowhere that he can go, right?

A.   Right.

Q.   He is completely dependent on you and the others to keep him safe, right?

A.   Correct.

Q.   You or I, if our living environment caught on fire, we could run, hopefully, but Mr. Smith does not have that ability, right?

A.   Correct.

Q.   That's why vigilance and quick response is so important.  Can we agree?

A.   Correct.

Q.   So let me ask you, if you were running this prison, what would you do differently to have prevented this?

A.   Would I do differently?

MR. JIMENEZ:  Form.  You can answer.

THE WITNESS:  Better doors, to be honest.  All rangers have the door, that one for four and five --

MR. BOWMAN:  I didn't --

THE WITNESS:  -- switch.

BY MR. BOWMAN:

Q.   I'm sorry, I didn't hear your answer.  Could you repeat?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    The doors would have the switches on them --

Q.    Yeah.

A.    -- instead of the key lock.

Q.    Yeah.  That's a big issue, right?

A.    Right.

Q.    Because if you had observed the fire at an early stage, you could press a button and Smith could get out, right?

A.    Correct.

Q.    You wouldn't need to use a key?

A.    Correct.

Q.    You wouldn't need to roll the bars?

A.    Right.

Q.    Right.  But you had what is a -- frankly, an antiquated system, right?

A.    Correct.

Q.    And you and I can agree, can we not, that particularly with a system that is antiquated and poses these kinds of safety risks, vigilance and care is extra important, right?

A.    Right.

Q.    Anything else you'd do differently?

A.    Have both extinguishers.

Q.    Right.  Clearly there needs to be training for Cross and yourself and everybody.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.   Correct.

Q.   And which extinguisher to use in which situation, right?

A.   Correct.  Right.

Q.   And if there's any doubt, you bring them both, right?

A.   Right.  Right.

Q.   I mean, that's a lesson learned from this, fair?

A.   Correct.  Yeah.

Q.   And you never had that training, right?

A.   Correct.

Q.   And it was never explained to you?

A.   No, I just knew it, but it wasn't -- I get what you're saying.  It wasn't explained.

Q.   Yeah.  It wasn't drilled into you as part of your reaction and --

A.   Right.

Q.   -- and response.

A.   Right.

Q.   And it should have been, right?

A.   Right.

Q.   What else?

A.   I wish we could have more, like you said, more staff members.  That's the issue we struggle with every

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

-- that's what we struggle with, so --

Q. Every day?

A. And finally we got staff now, but back around that time, we was always shorthanded.

Q. Right. And again, when you're shorthanded, that's another situation that makes it imperative to be vigilant and to be careful because you're stretched thin, right?

A. Right. Correct.

MR. JIMENEZ: Form. Answer.

THE WITNESS: Correct.

BY MR. BOWMAN:

Q. Anything else?

A. I wish we could have gotten him, got him out the cell, to be honest. That's the biggest thing right there.

Q. Right. Obviously, from your standpoint and from the standpoint of everybody who had to experience that, this was a horrible tragedy, right?

A. Correct. Correct.

Q. And I'm sure that it lives with you every day; is that fair?

A. Correct. Fair.

Q. This is a human disaster, right?

A. Right. Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

MR. BOWMAN:  Okay.  I'm going to take a short break and look at my notes and then I think we're close to finished.

THE REPORTER:  Okay.  We're off the record. The time is 1:42.

(OFF THE RECORD)

THE REPORTER:  We are back on the record for the deposition of Darnell Crockett being conducted by videoconference.  Today is January 21, 2025.  The time is 1:51.

BY MR. BOWMAN:

Q.   Mr. Crockett, I just have a couple of things that I neglected to ask you that I wanted to cover. When you -- when the fire alarm goes off and you head, along with Cross, up to the second tier, were you following orders or was just this your response?

A.   My response.

Q.   Okay.  Got it.  Same for Cross to your understanding?

A.   Yep.

Q.   Okay.

A.   He followed me.

Q.   I didn't catch that.

A.   He followed -- he followed me.

Q.   Got it.  I wanted to show you one more still

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

from the video.

(EXHIBIT 14 MARKED FOR IDENTIFICATION)

A.   Okay.

BY MR. BOWMAN:

Q.   You remember that we talked about the Internal Affairs report that indicates that there's visible fire within Mr. Smith's cell as of 10:53 a.m.  This particular still, I'll show you -- just magnify this a little bit and show you up at the top here.  This is 10:55:22.  So this is a couple of minutes after 10:53, but we can agree that, at this point, if you look at Mr. Smith's cell, you already see an indication of flame happening back inside the cell.  Do you agree?

A.   Yeah.

Q.   So, again, here we are three and a half -- we're actually three minutes before you and Cross arrive and the fire has already started, right?

A.   Right.

Q.   And according to the Internal Affairs report, it's been in progress already for a couple of minutes, visibly in progress, right?

A.   Okay.  Right.

Q.   And same questions as I've been asking you before.  If any of the staff assigned to cellhouse A on that morning had been out on the range, this is not

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

something that you would've missed, right?

A.    Right.

Q.    Another question.  You -- when you do the count and when you do the security checks, you are walking up and down this pathway here that we've referred to as the range on each individual tier, correct?

A.    Correct.

Q.    There is also an open space down below the structure that comprises the cell block.  What do you refer to that space as?

A.    Like the open space.  Where at, you say?

Q.    Down at the -- down at the bottom off of the first tier.

A.    So the first tier is called the flag.  That's -- that's what's called.

Q.    The flag.  Right.  Yeah.  We came across this word before.  So if you're down on the flag, you can also look up and see --

A.    Right.

Q.    -- what's going on the second tier, right?

A.    Correct.  Yeah.

Q.    And so all of the questions that I've been asking you about observations that you could have made, if you had been on the range would also apply if you or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

anybody else had been on the flag, right?

A.   Correct.  Correct.

Q.   Okay.  No different.  You're just as able to see, correct?

A.   Correct.  You could look up to that range. Yes.

MR. BOWMAN:  Yeah.  All right.  With that, I have no further questions.  Mr. Crockett, others may have questions for you and I may have a few to follow. But I'm done for the minute and I appreciate you.

THE WITNESS:  Thank you.

CROSS-EXAMINATION

BY MR. JIMENEZ:

Q.   All right.  Mr. Crockett, I have a couple of questions for you.  It shouldn't take too long.  Just a couple of clarifying questions.  Just to be clear on your background, I know that Mr. Bowman went through some of the different cellhouses that you had previously worked in at A-cellhouse.  Do you remember those questions?

A.   Uh-huh.

Q.   Is that a yes?

A.   Yes.

Q.   Do you still work in A-cellhouse?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    No, I'm at the hospital right now.  MSU.

Q.    And when you say the shoe [sic], what is that?

A.    MSU.

Q.    MSU?

A.    Yeah, it's the hospital.

Q.    Okay.  When did you move out of A-cellhouse?

A.    I just moved a year ago, so I stayed there until -- yeah.  So I just moved there.  So what was my last -- I'm trying to think.  So I've been in MSU a year, so probably like June, July, something like that, maybe, I left, I believe.  I'm not sure.

Q.    June or July of what year?  2023 or 2024?

A.    '24, maybe, I believe.  I'm not sure when I left, to be honest.

Q.    Okay.  You were asked some questions about some of the prior training that you've had.  Do you remember those questions?

A.    Yes.

Q.    And you -- one of the things you mentioned was that you receive ongoing trainings; is that correct?

A.    Yes.  40-hour training.

Q.    And are those yearly trainings?

A.    Yes.  They're yearly, yes.

Q.    And that's yearly trainings that all correctional officers receive?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Correct.

Q.    And those yearly trainings consist of classroom training?

A.    Classroom training, yep.  And --

Q.    And on -- or on the ground or hands-on training?

A.    Correct.  Yes.

Q.    All right.  You mentioned that counts are conducted every 30 minutes, correct?

A.    Well, not counts.  Just security checks every 30 minutes.

Q.    Okay.  Thank you for the clarification.  So security checks.  On average, how long would you say security checks typically last?

A.    It depends how many ranges you got, to be honest with you.  It's supposed to be every 30 minutes. So you're supposed to basically walk -- if it's me personally, I'm thorough with mine.  So I'll take about -- about ten minutes to do a walk.  So it's going to be like ten, 20 minutes for me about to walk because I'm looking at every cell for security checks.

Q.    I want to make sure I'm clear on is once a security check is done, does the next one happen 30 minutes from the time that the security check is done or 30 minutes from the time that the security check in is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

started?

A.    When it's done.

Q.    Okay.  Earlier, you were also asked some questions about combination locks, and you mentioned that inmates typically can buy those off of commissary. Do you remember that?

A.    Correct.

Q.    What percentage of the population in A-cellhouse would you say -- what percentage of the inmates there would you say had combination locks on that they would apply on their cell?

A.    At least 80 percent of them.

Q.    And are these combination locks, locks that an inmate would be written up for if they put them on their cell?

A.    No, they can get those.

Q.    Okay.  So it would be totally okay for an inmate to apply that combination lock on their cell doors?

A.    Correct.

Q.    All right.  I am going to show you -- I'm going to share my screen with you.  And I'm going to show you an exhibit that was shown to you earlier.  I believe it was Exhibit number 2.  Okay.  Mr. Crockett, can you see my screen?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Yep.  Yes, sir.

Q.    Okay.  So this is one of the exhibits of -- one of the fire drill evacuation documents that you were shown earlier.  Do you remember questions about that?

A.    Correct.

Q.    Okay.  So I'm going to just scroll down to the second page here.  And so this is the one that's Bates stamped State 022491.  And if we look at the document here under the comments, it says, "Fire Training."  Do you see that?

A.    Correct.

Q.    Is that your handwriting or is that someone else's handwriting?

A.    That's not my handwriting.  That's the -- I think the fireman handwriting.

Q.    Okay.  And earlier you mentioned and you testified that you had received no training on fire prevention and fire response; is that correct?

A.    Correct.

Q.    Okay.  So do you happen to know why there was a comment here of fire training that was written down on this particular document?

MR. BOWMAN:  Objection.  Foundation.  Form.

BY MR. JIMENEZ:

Q.    You can answer.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

The Deposition of DARNELL CROCKETT, taken on January 21, 2025
USDC IN/ND case 3:24-cv-00185-DRL    document 147-4    filed 04/17/26    page 175 of 230
174

A.   No, I don't know why that's right there, to be honest.

Q.   And based off of your prior answers to some of the questions that were -- that Counsel asked you regarding fire training and any fire training that you had on fire prevention and fire response, these fire drill evacuations that you have been a part of in the past, do you not consider those fire training on fire prevention or fire response?

A.   You are right.  I thought they was, but they said they're drills, so that's part of training.

Q.   Okay.  So --

A.   That's probably the only thing that we do is the drill.  So for the -- for the training for the fire, so --

Q.   Okay.  All right.  I'll stop sharing that one with you.  Now, I want to direct your attention to the day of the fire.  So January 14, 2023, when you first -- when you heard the fire alarms go off, did you know where the fire was?

A.   No, they were screaming, though.  They were screaming.  It like come to 200, so it was reacting, like I said.

Q.   So would it be fair to say that the only thing that you knew was that the -- that there was some fire

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

on the 200 range?

A.   Yes.

Q.   Okay.  But you didn't know what -- if it was outside of the range or in someone -- someone's cell; is that right?

A.   Right.

Q.   You didn't know the size of the fire at that point; is that correct?

A.   Correct.

Q.   You weren't able to see the fire at that point; is that right?

A.   Correct.

Q.   You didn't know whose cell or you didn't know if the fire was in any particular inmate's cell; is that right?

A.   Correct.

Q.   You didn't know the extent of the fire when you first heard the fire alarm; is that correct?

A.   Correct.

Q.   And when you first went up the stairs -- started going up the stairs, up to the second floor range, at that point, you were -- when you first started going up -- so let me rephrase.  When you first started going up the stairs, before you got to the second floor range, you were operating with what limited information

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

you had at the time; is that correct?

A.    Correct.

Q.    Just for clarification, and I apologize if you've already answered this, where would the fire extinguishers typically be within A-cellhouse?

A.    So we have some in the officer station.  We have some on the front of the range.

Q.    How many would you have in the officer station?

A.    It's two.  It's the red one and the one on that side.  So it's one of each in the officer station.

Q.    Okay.  And then you said the other the -- there were also fire extinguishers in the front of the range?

A.    Each -- yeah.  Front of each range.

Q.    And how many fire extinguishers are in front of -- or are on each range?

A.    It'll be one of each.  The fire and the A -- ABC.

Q.    Okay.  So once you were on the second floor range -- you saw several still shots that were shown to you earlier in your deposition.  Do you remember seeing those?

A.    Correct.

Q.    And at some point during the incident, you end

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

up walking away from the cell to go retrieve fire extinguishers; is that correct?

MR. BOWMAN:  Object to the form of the question.

BY MR. JIMENEZ:

Q.  Is that a yes?

A.  Yes.

Q.  And you come back with the fire extinguisher, specifically the ABC extinguisher; is that right?

A.  I believe Cross came back with it.

Q.  Okay.  So at some point someone comes back with the ABC extinguisher?

A.  Correct.  Correct.

Q.  Do you know if that ABC extinguisher was the one that was retrieved that would -- the ABC extinguisher was on the range on the second floor range, or was it the ABC extinguisher that was in the officer station?

A.  I believe the second, almost second range front of it.

MR. JIMENEZ:  All right.  I'm going to share my screen with you again, and I'm going to show you -- Sydney, are we on Exhibit 15?

THE REPORTER:  We are.

(EXHIBIT 15 MARKED FOR IDENTIFICATION)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

BY MR. JIMENEZ:

Q.   Okay.  I am going to share my screen with you. All right.  Mr. Crockett, can you see my screen?

A.   Yes.

Q.   Okay.  So this is a still of the video.  And if we look at the timestamp up at the top left corner, just for the record, we can see this is at 11:59 a.m. And I think, just with the time difference, that might account for the differences in the time.  But we look at the video, it's --

MR. BOWMAN:  To be clear, Gustavo, it is -- I mean, it's you -- you're clearly right.  There's a -- I think you're in a different time zone.  But leaving aside the hour difference, the time is not 59 minutes. It's 59 minutes and 41 seconds.

MR. JIMENEZ:  Okay.  So yeah.  And I guess, just that -- so that we're clear, I think that the -- when you were showing it, right, you're on Central Time, and then I think when I had the video open on my end, I think it just changed the Eastern Time, so just for the record, I think that's the discrepancy in the hour part of it.

MR. BOWMAN:  Yeah, I think that's exactly right.  But the seconds are not affected by the time change or anything.  It's 41 seconds past the --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

past 59 minutes.

MR. JIMENEZ:  Yeah.  Thank -- no.  Thank you. And sorry if I misspoke and said something different to that.

BY MR. JIMENEZ:

Q.    But -- so we see the still here, Mr. Crockett. And is that you that is depicted in the still of the video, Mr. Crockett?

A.    Correct.  That's me.

Q.    Okay.  And here, we show you standing just a couple feet away from Mr. Smith's cell, correct?

A.    Correct.

Q.    And at this point, we see you deploying one of the extinguishers.  And in particular, the extinguisher here, for the record, is a red extinguisher.  Do you see that?

A.    Correct.  The correct extinguisher.

Q.    Okay.  And this extinguisher, so this would be the ABC extinguisher?

A.    Correct.

Q.    Okay.  All right.  And at this point, you're the only one that I think you're the only one that's close to Mr. Smith's cell; is that right?

A.    Correct, until the responders got there.

Q.    Sorry?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Until the responders got there.

Q.    Do you know where Mr. Cross was at this point?

A.    I don't know, to be honest with you.

Q.    Okay.  Okay.  I'll stop sharing that one with you.  All right.  I'm going to start -- I'm going to share my screen again and I'm going to show you a difference still.

A.    Okay.

MR. JIMENEZ:  And we'll mark this one as Exhibit 16.

(EXHIBIT 16 MARKED FOR IDENTIFICATION)

BY MR. JIMENEZ:

Q.    Okay.  Mr. Crockett, can you see my screen?

A.    Correct.

Q.    Okay.  So here we have -- we see two individuals in this still.  We see a man that's sort of bent over here.

A.    Correct.

Q.    The individual to the -- based off of the two, the individual to the right, is that you?

A.    Correct.

Q.    Okay.  And then who's the individual to the left?

A.    He's the first responder, one of them.  His name is Keon.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    Okay.

MR. BOWMAN:  I think that, for the record, we should identify the timestamp.

MR. JIMENEZ:  And yeah.  And I will.  And just for the record, Keon, I believe the name is spelled, for our court reporter, I think it's K-E-O-N.

THE WITNESS:  Yes.

MR. JIMENEZ:  And then for the timestamp here of this particular still, it is 12 -- and again, I think this is Eastern Time, but 12:00 and then 28 seconds and then 764 milliseconds.  And I can zoom in if you want, Locke.

MR. BOWMAN:  Yeah, that'd be helpful.  Thanks.

THE WITNESS:  That's the key right there.

BY MR. JIMENEZ:

Q.    Okay.  And then at this point in time, in this particular still, Mr. Crockett, this is the point in time at which you are attempting to open the door with your keys; is that correct?

A.    Correct.

Q.    And we see that there's still a fire that's in Mr. Smith's cell?

A.    Correct.

Q.    And there's smoke coming out, correct?

A.    Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.   All right.  So I'll stop sharing this one with you.  I'm going to show you one more.  Okay.  Can you see my screen, Mr. Crockett?

A.   Correct.

MR. JIMENEZ:  Okay.  So I am showing you what we will mark as Exhibit 17 to your deposition.

(EXHIBIT 17 MARKED FOR IDENTIFICATION)

BY MR. JIMENEZ:

Q.   I'll zoom in here to the timestamp of this video.  And just for the record, this is at 12:00, one minute past the hour, and then six seconds, and then .564 milliseconds.  Do you see that at the top right -- or top left?

A.   Correct.

Q.   Okay.  And we see several people here in this still.  Towards Mr. Smith's cell, we see that there are three people here.  Do you see that, initially, right -- or -- let me clear that up.  In the middle of the photograph, or towards the middle of the photograph, we see three people closest to Mr. Smith's cell.  Do you see that?

A.   Correct.

Q.   And we see -- so we see one person towards the wall, closer to the wall.  Would that be you there?

A.   Correct.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

The Deposition of DARNELL CROCKETT, taken on January 21, 2025
USDC IN/ND case 3:24-cv-00185-DRL    document 147-4    filed 04/17/26    page 184 of 230
183

Q.    Okay.  And then we see someone who is on their knees.  Do you know -- can you identify who that is?

A.    That's Keon.

Q.    Okay.  Keon.  And then to the left of Mr. Keon, there's another individual there.  Do you know who that is?

A.    At the time, it was a Sergeant McCormick. He's a lieutenant now.  But he's a captain now.  I'm sorry.

Q.    Got it.  Do you know his first name?

A.    Vincent.

Q.    What was it?

A.    Vincent.

Q.    Okay.  And then just moving down the range, there's another individual to -- towards the left of Mr. McCormick.  Do you know who that individual is there?

A.    It's Kevin Cross.

Q.    Okay.  And then I know it's kind of hard to see in the still, there are a couple other people there. Do you happen -- can you identify who those individuals are, by any chance?

A.    The one -- the one that the one behind Kevin is Sergeant Lee, and I don't know the other two.  I can't recognize them right now.

Q.    Sorry, what was the last part of your answer?

A.    The other two, I can't see who they are.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   Okay.  Okay.  And at this point, we see smoke still coming out of the cell?

A.   Correct.

Q.   And we see that there's still some fire in Mr. Smith's cell?

A.   Correct.

Q.   At this point, was Mr. Smith -- do you know if Mr. Smith was still alive at this point?

A.   I'm not sure.  I know before the other -- the -- the other thing you showed me, he was still alive because I told you he was telling me, "Help me."  When I was trying to open that door, at the time, he was saying, "Help me, help me."

Q.   Okay.  So the one I just the still that I showed you before this one was Exhibit 16.  Exhibit 16 was the one where you are attempting to open the door with your keys?

A.   Correct.

Q.   At that point in time, when you're attempting to open the door, Mr. Smith -- what -- that's the point where Mr. Smith was still alive --

A.   Correct.

Q.   -- telling you to -- telling you, "Help me, help me"?

A.   Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Q.   Okay.  So I'll stop sharing that one with you. Now, earlier, you were also shown a couple other stills where there -- you know, we see that there was -- the fire in Mr. Smith's cell and there were no individuals, you know, that were on the range.  Do you remember those?

A.   Correct.

Q.   And some of those stills were from when -- they were after you and Mr. Cross had already been on the range, but then walked away from Mr. Smith's cell, correct?

A.   Correct.

Q.   And would it be fair to say that just because you weren't directly next to his cell, that -- all right.  Let me rephrase that.  Just because you were not next to his cell or by his cell, that doesn't mean that you weren't taking some action to try to help him; is that correct?

A.   Correct.

MR. BOWMAN:  Object to the form of the question.  Argumentative.

BY MR. JIMENEZ:

Q.   Now, Mr. Crockett, you also testified earlier that the cells in A-cellhouse, they don't have any kind of panic button; is that correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A.    Correct.

Q.    Typically, in a cell -- are cellhouses typically pretty loud?

A.    Correct.

Q.    And I believe you said earlier that inmates are always yelling and screaming?

A.    Correct.  Correct.

Q.    And sometimes that yelling and screaming isn't necessarily for help, but they're just yelling and screaming for no reason?

A.    Correct.

Q.    And there are also times when the inmates are banging on their doors or the cells, the cell bars?

A.    Correct.

Q.    And sometimes there's simultaneous yelling among inmates; is that fair?

A.    Oh, correct.  Yes.

Q.    Now, you also mentioned earlier that you conducted the -- you conducted a security round of the second floor range prior to the fire, right?

A.    Correct.

Q.    And you saw Mr. Smith in his cell at that point?

A.    Yes.

Q.    And correct me if I'm wrong, I believe you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

said that he was sleeping?

A.    He was laying down sleeping.  Yep.  And I woke --

Q.    And you woke him up?

A.    Correct.

Q.    And was he alert at that point?

A.    Correct.

Q.    When you looked inside of his cell, did you see any electronics in there?

A.    No, I don't think I did.

Q.    Do you remember --

A.    He could have had it on the bed.

Q.    Do you remember if there was any fire -- not fire, any of those pots that they have?  I don't know what they're called.

A.    Hotpots.

Q.    Yeah.  Did you see a hot -- do you remember seeing a hotpot in this cell?

A.    No.

Q.    Do you remember seeing if there was, like, a TV?

A.    He might -- he had a TV.

Q.    Did you observe any wiring in his cell?

A.    No.

Q.    And did you observe the -- did Mr. Smith have

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

a -- anything covering his cell?  Like the front of his cell, did he have any blankets or anything --

A.    He had a blanket on the side of it.

Q.    And you also testified that inmates sometimes will cover the fronts of their cells, right?

A.    Correct.

Q.    When inmates do that, do you -- do they get written up?  Do they receive, like, a conduct report for doing that?

A.    Yeah, they can get a conduct report if they keep doing it and you keep telling him not to do it, yes.

Q.    All right.  You also mentioned earlier that there was -- that in the officers' station, there are some monitors.  And then I believe you also said that there is a control area where there are, like, additional monitors; is that correct?

A.    Yes.  Control is -- it has all -- they can see everything.  They can see every unit and see where they -- you know, the camera views.  In A, it's only one monitor, computer monitor.  That monitor wasn't working at the time, so we couldn't even see nothing, the camera footage, none of that, on that range.

Q.    Okay.  And just so that I'm clear, when you talk about control, is that located within A-cell -- the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

A-cellhouse building?

A.    No, that's in the front.  When you first walk in, it's called master control.

Q.    And when you say when you first walk in, when you first walk into where?

A.    The prison.

Q.    And so they would have access to be able to view --

A.    Correct.

Q.    -- all the cellhouses, including A; is that right?

A.    Correct.  Yes.

Q.    Okay.  Give me just one -- give me one minute. I think I'm about done.  Just give me one second.

A.    Okay.

Q.    All right.  Mr. Crockett, just a couple more questions.  You testified earlier that there are several -- or there are times when inmates will light a paper up on fire?

A.    Correct.

Q.    And those fires are typically pretty small?

A.    Correct.

Q.    And for those particular fires, we don't need to call the -- you don't need to call the fire department, right, to come and put out this fire?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Nope, you don't.

Q.    And in your experience, these fires that the inmates start by lighting up, you know, a piece of paper on fire, in your experience, how do they do that?

A.    They got stuff in the --

MR. BOWMAN:  Object.  Foundation objection to that.  Sorry.  Go ahead, Mr. Crockett.  Sorry.

THE WITNESS:  Something like a wick.  They make wicks out of, like, light fixtures, and stuff like that, to set a fire.  I don't know how they do it, but they do it.

BY MR. JIMENEZ:

Q.    Have you seen these inmates start these fires in the past?

A.    I saw them putting it on the range.  I haven't seen, like, in their cell doing it, but I saw them in the range, putting them on the range.

Q.    Have you ever seen inmates modify their -- the wiring on their electronics?

A.    Correct.  Yes.

Q.    Is that pretty common?

A.    Yes.

Q.    Have you seen inmates modify their electrical outlets?

A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   Is that pretty common?

A.   Yes.

Q.   Would you agree that if -- so if an inmate is modifying the wiring on electronics or modifying an electrical outlet, that that can pose a security risk to that inmate?

A.   Of course, yes.

MR. JIMENEZ:  All right.  Thank you, Mr. Crockett.  That's all I have for you.

THE WITNESS:  Thank you.

MR. BOWMAN:  Okay.  Gustavo, I think you account for everybody on your side, right?

MR. JIMENEZ:  Yes.

MR. BOWMAN:  This raises some additional questions for me, so I thank you in advance for bearing with me.  I don't have too much more.

REDIRECT EXAMINATION

BY MR. BOWMAN:

Q.   When Mr. Jimenez was asking you questions a few minutes ago, he was talking about the fact that as the fire alarm goes off, you don't have information exactly about what's going on.  You don't know where the fire is and so forth.  You remember being asked about that?

A.   Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit B

Q.   The fire alarm does not go off very often, right?

A.   No.

Q.   I mean, it's -- obviously, when a fire alarm goes off, that's a elevated situation, that's not common?

A.   Well, it -- it goes off.  It went off before without being fire.  There's a couple times, actually.

Q.   There could be a malfunction, for example, --

A.   Correct.

Q.   -- in the smoke detector that will --

A.   Correct.

Q.   -- set them off and you get --

A.   Correct.

Q.   -- that as well?

A.   Correct.

Q.   On the other hand, if the smoke detectors and the fire alarm are working the way they're supposed to work, then that fire alarm goes off because a significant amount of smoke has built up from the lower areas of the cellhouse all the way up to the location of the smoke detector above the fifth range, right?

A.   Correct.

Q.   And so that's a big deal?

A.   Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.    As you were going up the stairs to the second range, you were getting some information about what was going on from the prisoners themselves, right?

A.    Correct.

Q.    You were hearing people yelling and you were hearing people screaming?

A.    Correct.

Q.    And to be clear, you talked in one of your answers just a few minutes ago about the noise level in a prison cellhouse, and it can be pretty noisy and loud in there as you testify, right?

A.    Correct.

Q.    But sometimes you're hearing something that's different from what you usually hear, right?

A.    Correct.  Right.

Q.    So you're -- you've done this at this point for a number of years and you're able to distinguish, are you not, between the noise of people shouting back and forth and, you know, talking down the range with each other on the one hand, and people shouting to get attention because something's wrong on the other hand. You can tell the difference, right?

A.    Sometimes.  Correct.

Q.    Yeah.  So as you're coming up, the alarm is going off and you're hearing people shouting, "Fire,"

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

right?

A.   They're just saying it seemed like 200.  They didn't say fire, no.

Q.   Okay.  You're hearing people say 200 and they're saying with urgency, right?

A.   Correct.

Q.   And it's clear to you that something is very wrong on the second tier as you're coming up the stairs, right?

A.   Correct.

Q.   And then you get to the top of the stairs and you look down the range, right?

A.   Correct.

Q.   And it's at that point that you see flames coming out of Mr. Smith's cell, right?

A.   Right.

Q.   And at that point, you know that there's a fire and there's a serious fire, right?

MR. JIMENEZ:  Objection to form.  You can answer.

THE WITNESS:  Yeah.

BY MR. BOWMAN:

Q.   And you can see exactly where it is because you can't miss it?

A.   Yep.  But I know what -- what cell it is,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

though.  I can see it just --

Q.    Yeah.  I mean, you're going to -- my point is, as you get closer and closer, you get more and more information, right?

A.    Right.  Right.

MR. BOWMAN:  So I would appreciate it, Gustavo, if you could share your screen again and put Exhibit 15 back up for us to look at.  And if you could, give us just a little bit more magnification. If you could enlarge it just a little bit, not a whole ton. Actually, as you're enlarging it, we're losing some of the content.  So may maybe just let's go back to where we were initially.  Sorry.  Good.  That'll work.

BY MR. BOWMAN:

Q.    So you and I had a pretty energetic back and forth, Mr. Crockett, when I was asking you questions initially, and you were making the point that you eventually were in a position to respond to this fire in a way that was effective, right?

A.    Correct.

Q.    Instead of using a water extinguisher, you're using the red ABC extinguisher as we look at you in action in Exhibit 15, right?

A.    Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   And it's having an effect.

A.   Correct.

Q.   The fire is -- I mean, first of all, there's a ton of smoke at this point, right?

A.   Correct.

Q.   And it's smoke that's produced by the fire and also by the chemicals that you're applying to the fire, right?

A.   Correct.  Right.

Q.   So it would be fair to say that this smells pretty nasty at this point, right?

A.   It does.  Yep.  Right.

Q.   It's not very pleasant for the guys on tier number three who were getting all of this in their cells, right?

MR. JIMENEZ:  Objection to form.  You can answer.

THE WITNESS:  Correct.

BY MR. BOWMAN:

Q.   And they're still there because, at this point, nobody has evacuated them, correct?

A.   Correct.

Q.   And obviously it's affecting the guy in 254 who's got a bunch of smoke drifting into his cell and chemicals, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Right.

Q.    So as you look at Mr. Smith's cell, as you're applying the chemicals to the fire, you have already -- at this particular point, you've cut this fire back significantly, correct?

A.    Correct.

Q.    But it's still going on, right?

A.    Right.

Q.    And you were making this point to me earlier. You said that as you approached the cell and you were attempting to assist Mr. Smith, there was still fire blazing, right?

A.    Correct.

Q.    And this illustrates the point that you were making, right?

A.    Right.

Q.    You see Mr. Smith in this still photograph, right?

A.    I believe so.  At the bottom, I believe.

Q.    I mean, there's flame all around him.

A.    Correct.

Q.    He's obviously, at this point, been consumed by flame, right?

A.    Right.

Q.    And you don't know if he's alive or dead?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Not yet, no.

Q.    But your belief is that he's still alive because as you get closer to him, he cries out for you to help him?

A.    Correct.

Q.    And I am guessing, Mr. Crockett, that that memory sticks with you, does it not?

A.    Correct.

Q.    Yeah.  Let's have a look at Exhibit 16, please.  Now, in Exhibit 16, am I correct that you see yourself now moving in the direction of the front of Mr. Smith's cell?

A.    Correct.

Q.    You have discarded the fire extinguisher. It's to your left there next to the wall.  Do I have that right?

A.    Correct.

Q.    And you are heading down to do what you can to assist Mr. Smith, right?

A.    Correct.  Right.

Q.    And as you're looking at Mr. Smith and at the front of the cell, in this particular cell, you can see his arm --

A.    Correct.

Q.    -- extended up, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

A.    Right.  Right.

Q.    And flames are all around him, right?

A.    Right.

Q.    He is in a horrible state?

A.    Correct.

Q.    Burned all over?

A.    Correct.

Q.    And as -- this is the moment at which he is calling out to you for help, right?

A.    Right.  Correct.

Q.    And, you know, given the resources available to you, given the time when you became aware of this fire, all the things that we've talked about, this -- that you were doing what you can to help him, right?

A.    Right.

Q.    But if we wanted to summarize it in a phrase, at this point, it's too little, too late.  Is that a fair summary?

MR. JIMENEZ:  Objection to form.  You can answer.

THE WITNESS:  Correct.

BY MR. BOWMAN:

Q.    And then let's quickly look at number 17.  I'm not clear as to what I'm seeing here.  Is there an item of equipment in front of the first responder or is that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

your arm?  I can't really see what's going on.

A.   That's -- that's the extinguisher right there, that I'm holding, and I'm still spreading it.

Q.   I see.  Okay.

A.   He was trying to grab him, so I was still spraying him to get him out.

Q.   Right.  And it is at this point that you believe he's deceased?

A.   Yes.

Q.   All right.  And to be clear, this is 11:01 a.m.?

A.   Yeah.

Q.   Correct?

A.   Correct.

MR. BOWMAN:  All right.  So we can take that image off of the screen.  Thank you, Gustavo.

BY MR. BOWMAN:

Q.   Okay.  You talked about the fact that prisoners have televisions in their cells?

A.   Right.

Q.   That's very, very common?

A.   Correct.

Q.   Unless you're in disciplinary seg, --

A.   Right.

Q.   -- the TV in the cell is something that a guy,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

kind of, has to have to pass the time.

A.    Correct.

Q.    A fair summary?

A.    Correct.  Correct.

Q.    So everybody's got one of those?

A.    Correct.

Q.    The -- you were asked some questions about coverings over the cells and whether that would be a grounds for a disciplinary writeup.  And you said it is. You're not allowed to have a covering over your cell. So if you've got a covering over your cell, you can get written up, right?

A.    Correct.  Right.

Q.    But as a practical matter, being an experienced correctional officer, you're not going to write somebody up every time you see a covering over their cell, right?

A.    Right.

Q.    You'd make yourself nuts if you tried to do that?

A.    Correct.

Q.    And you'd piss a lot of people off if you tried to do that.  A fair summary?

A.    Right.  Right.

Q.    So there might be an occasion when a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

particular guy is making it clear that he is not being respectful of you when you say that the covering needs to be removed --

A.    Correct.

Q.    -- and it happens over and over and over again, and you may write a ticket for it?

A.    Right.  Correct.

Q.    But in the ordinary course of things, as you're walking down the range, doing your security check, you'll maybe say, hey, move your curtain back, or, hey, take your curtain down, and that'll be that. You won't write somebody up, right?

A.    Correct.  Right.

Q.    Almost -- you'd almost never write somebody up for having a curtain, correct?

A.    Me personally, no, but people do.  Not me, though.

Q.    People do, but not you?

A.    Yeah, I wouldn't.  I -- like I said, I'll tell them to take it down.

Q.    I mean, not an experienced CO who knows what they're doing, right?

A.    Right.  Correct.

MR. JIMENEZ:  Objection to form.

MR. BOWMAN:  I'm sorry?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

MR. JIMENEZ:  I was just objecting, but he already answered.  Yeah.

MR. BOWMAN:  Sorry.  Okay.

BY MR. BOWMAN:

Q.    I wanted to ask you a couple of questions about the control area.

A.    Okay.

Q.    It's at the front of the prison, you said. Who's in that area?

A.    An officer will be in that area.

Q.    Is it a line officer or is it somebody, I don't know if you call them, like, a white shirt or --

A.    No.  It's a regular officer, a line officer, a regular officer.

Q.    A line officer is assigned there?

A.    Yeah.  Yes.

Q.    And they've got a bunch of screens to keep track of?

A.    You got, like -- it's not a bunch of screens. I'm not sure.  But they can look on every unit if they have to.

Q.    Right.

A.    Yeah.

Q.    Okay.  So can you -- well, nevermind.  I can ask somebody else.  And then you were asked some

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

questions about the electrical situation in these old cells. A modification of the outlet, even regular use of those outlets can sometimes lead to sparking, right?

A.    True. Yes.

Q.    And that's a well-known fact?

A.    Yes.

MR. JIMENEZ: Object to form.

BY MR. BOWMAN:

Q.    And we were talking about reasons for vigilance, and maybe I asked you this already, but that's another reason to be careful and be vigilant because of this fire risk, correct?

A.    Correct.

MR. BOWMAN: That's all I have.

RECROSS-EXAMINATION

BY MR. JIMENEZ:

Q.    Okay. Just a very brief. Mr. Crockett, so just to be clear, as you were heading up the stairs to the second floor range, the only things that you heard from the inmates who were yelling was just second floor range, second floor range, but --

A.    Yes.

Q.    -- no one said anything about a fire, right?

A.    No. No. They said come to 200. They didn't say nothing about a fire.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

Q.   And so -- and then once you got to the second floor range, you were not from -- you know, before you start walking down the range, so you're -- you go up the stairs, you get to the second floor range, and before you enter the range, at that point, you don't know what the situation is inside the cell from where the fire originated; is that correct?

A.   That's correct.

MR. JIMENEZ:  That's all I have.

MR. BOWMAN:  And that raises nothing further for me.  I think that we're done at this point.

THE REPORTER:  Okay.  Before we go off the record, how would we like to handle signature?

MR. JIMENEZ:  We'll, go ahead and -- we'll go ahead and read and sign.

THE REPORTER:  Reserve.  Okay.  And then, Locke, would you like a copy of the transcript?

MR. BOWMAN:  Yeah, I'm going to take a copy of this, please.

THE REPORTER:  Okay.  And then, Gustavo, would you like a copy?

MR. JIMENEZ:  Yes, please.

THE REPORTER:  Do you have a preference?  Is electronic okay?

MR. JIMENEZ:  For me it is, yeah.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

THE REPORTER:  Yeah.  Got you.  Okay.  I'll take us off the record.

(DEPOSITION CONCLUDED AT 2:39 P.M. CT)



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

CERTIFICATE OF **DIGITAL** REPORTER

STATE OF ILLINOIS

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skills and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.



SYDNEY LITTLE,

DIGITAL REPORTER / NOTARY

COMMISSION EXPIRES ON: 03/18/2026

SUBMITTED ON: 01/28/2025

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

## Exhibits

**Exhibit 1_ Crockett** 50:20 51:1 52:18,21

**Exhibit 2_ Crockett** 61:6, 7 172:24

**Exhibit 3_ Crockett** 67:19

**Exhibit 4_ Crockett** 69:16,17

**Exhibit 5_ Crockett** 83:22 115:17

**Exhibit 6_ Crockett** 101:11,13,15, 17 115:20

**Exhibit 7_ Crockett** 124:9,12

**Exhibit 8_ Crockett** 128:22,23,24 129:1

**Exhibit 9_ Crockett** 147:25 148:1,4, 11

**Exhibit 10_ Crockett** 150:23 152:10

**Exhibit 11_ Crockett** 152:7 156:12

**Exhibit 12_ Crockett** 156:16

**Exhibit 13_ Crockett** 160:16,19

**Exhibit 14_ Crockett** 167:2

**Exhibit 15_ Crockett** 177:23,25 195:7,8,24

**Exhibit 16_ Crockett** 180:10,11 184:15 198:9, 10

**Exhibit 17_ Crockett** 182:6,7

### $

**$18** 19:24

**$2** 20:6,8

### 0

**022491** 173:8

**023110** 50:16, 22

**05** 17:20

### 1

**1** 50:20 51:1 52:18,21 70:4

**10** 150:23 152:10

**10-70** 63:20 79:21

**10-71** 63:20 79:21

**100** 88:24 100:5,7

**1070** 122:2

**1071** 122:3

**10:00** 7:7 46:21 89:22 91:23 92:2,6 93:1 97:8 103:2,5,9, 11,12,14,20 110:12,23 143:9,10,11,12, 13,21,22,23

**10:30** 103:12, 21 143:1,4,17

**10:40** 143:17

**10:53** 125:11 155:10,18,20 167:7,10

**10:55** 125:15

**10:55:22** 167:10

**10:56** 160:18 161:18,25

**10:57** 125:21 156:11,19 157:20 161:25

**10:58** 126:2 147:13,19 161:25

**10:58:23** 155:22

**10:58:38** 148:7,13 149:9 162:1

**10:58:54** 152:15

**10:59** 126:8 150:10,19 153:2 162:1

**10:59:04** 150:21 152:20

**11** 152:5,6,7 156:12

**11-page** 69:19

**110** 7:5 52:10

**11:00** 43:10,13 44:4,14 93:1 97:8 103:2,5, 20,21 126:19 136:1 143:5,18

**11:01** 200:10

**11:03** 57:21

**11:10** 57:18

**11:11** 58:1

**11:59** 178:7

**12** 152:4

156:14,15,16 181:9

**12-hour** 43:5 46:19

**12:00** 181:10 182:10

**12:27** 123:21, 24

**12:53** 124:4

**13** 160:16,19

**14** 35:20 54:25 60:8,25 67:18 84:1,14 89:23 94:17 95:17 96:17 111:4 167:2 174:18

**14th** 28:17 58:13

**15** 17:20 148:7, 13 177:23,25 195:8,24

**16** 19:24 180:10,11 184:15 198:9, 10

**16th** 62:1 66:8

**17** 182:6,7 199:23

**18** 15:21

**1:00** 43:13 44:14

**1:42** 166:5

**1:51** 166:10

### 2

**2** 61:6,7 67:17 70:4,7 124:23 172:24

**20** 25:10 132:20 171:20

**200** 117:10 118:8,11,13 174:22 175:1 194:2,4 204:24

**2004** 15:20

**2016** 19:3

**2017** 14:6,10 19:3,4,22 21:2 24:22 26:5

**2020** 26:6

**2022** 27:3 28:11 29:8 61:16 62:1 66:9 67:1

**2023** 19:25 28:19 35:21 54:25 60:25 67:18 77:23,25 83:8 84:1,14 94:17 95:17 96:17 111:4 124:15 170:12 174:18

**2024** 52:11 170:12

**2025** 7:7 58:1 124:4 166:9

**21** 58:1 124:4 166:9

**219 314-0062** 15:2

**21st** 7:6

**23** 20:2 147:13

**24** 170:13

**25** 20:7 132:20

**252** 12:7 102:12 126:13 129:7 130:3,21 151:5

**254** 151:5 196:23

**27** 19:21 20:9

**28** 181:10

**2:00** 46:22

**2:39** 206:3

### 3

**3** 67:17,19

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKTANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

124:24

**30**  33:21,22 142:22,23,24, 25 143:2,4 171:9,11,16,23, 25

**3000**  55:24

**35-page**  50:21

**38**  15:5

**3:00**  43:10,13 44:13,15 49:6,8

**3:24-CV-00185**  7:14

---

**4**

**4**  69:16,17 70:15 124:24

**40**  49:1

**40-hour**  49:1, 23 51:15,20,23, 25 52:25 53:6 57:4,9 170:21

**41**  178:15,25

---

**5**

**5**  70:23 83:21, 22 115:17

**564**  182:12

**59**  178:15 179:1

**5:00**  43:13

**5:30**  46:22

---

**6**

**6**  70:23 101:11, 13,15,17 115:18,20

**60-hour**  31:12

**60606**  7:6

**6:00**  30:17,18 31:20 43:5,6 83:11

---

**7**

**7**  71:4 124:7,9, 12,15

**764**  181:11

**7:00**  43:9,12 44:3 49:6,8 58:23 60:8

**7:26**  62:1

---

**8**

**8**  128:22,23,24 129:1

**80**  172:12

**8:00**  58:24

---

**9**

**9**  147:25 148:1, 4,11

**9:00**  43:12

**9:55**  46:25

---

**A**

**A-**  28:10 44:2 76:23

**A-CELL**  99:19 188:25

**A-CELLHOUSE**  22:5 28:3,23 29:13 31:19 32:12 34:9,10 39:17 40:8 41:9 42:15,21 43:2 46:1 54:23 58:8 60:13,25 66:13, 14 72:18 73:6 74:9,12 83:7,12 84:23 85:2,12 87:25 88:4,14, 21 92:25 93:21 94:12 95:2,15 99:18 100:13 101:18 105:24

106:2,17 108:2, 6,8 111:4 112:4 121:17 155:2 169:20,25 170:6 172:9 176:5 185:24 189:1

**a.m.**  7:7 31:20 46:22 58:2 60:9 62:1 83:11 84:1,13 89:23 91:23 92:2,6 93:1 97:8,9 103:2,5 110:13 125:11 136:1 150:19 155:10 156:11,19 160:18 161:18 167:7 178:7 200:11

**AB**  137:21

**ABC**  64:24 65:1,4,7 138:2, 19 140:22 176:19 177:9, 12,14,15,17 179:19 195:23

**ability**  11:19 139:20 162:9

**absent**  47:18

**absolutely**  138:23

**absurd**  129:16

**access**  105:6 189:7

**accidentally**  68:22

**accommodate**  11:10

**account**  178:9 191:12

**accounted**  47:22

**accurate**  14:7 53:7 60:24 112:1

**ACH**  27:12 32:17 37:8

**47:22** 87:14,20 99:12 147:12

**action**  146:6 185:17 195:24

**actions**  64:1 81:16

**activate**  64:4

**actual**  59:16 67:25 68:7

**Adam**  66:13

**add**  20:8

**added**  20:6

**addition**  38:13 39:7 44:8 153:8 158:3

**additional**  40:5 54:2 124:24 154:25 188:17 191:14

**address**  79:11, 14 80:1,3 95:21 106:21 122:12 126:6 139:17

**addressed**  62:6

**advance**  191:15

**advanced**  42:1

**Affairs**  124:13 155:9 167:6,19

**affected**  178:24

**affecting**  196:23

**affirm**  8:24

**afternoon**  43:10

**agency**  14:14, 21

**aggressive**  25:24

**agony**  132:3

**agree**  11:11 34:2,4 72:4

**75:21** 96:18 116:17 126:5 129:15 139:1,3, 5,12,15,19 141:25 142:3,6 146:25 148:13 154:24 155:15 158:19 161:1 162:12 163:17 167:11,13 191:3

**agreed**  37:3 139:1,4,7

**ahead**  28:1 52:6 103:17 127:14 135:6 137:19 140:14 143:16 190:7 205:14,15

**aids**  17:6

**alarm**  23:12,16 24:12 59:4,19 63:15,16,22 64:5,6 111:7,12 112:5,11,20,23 113:2,16,18,19, 20 114:1,3 116:23 126:22 144:25 145:4 166:14 175:18 191:21 192:1,4, 18,19 193:24

**alarms**  174:19

**alert**  10:14 187:6

**alive**  136:16,20 184:8,10,21 197:25 198:2

**allowed**  13:12 14:16 40:24 41:1 72:19 76:10 134:22 140:10 156:3 201:10

**amiss**  33:4

**amount**  66:22 192:20

**angle**  152:19

**anguish**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKTANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

149:15

**announcements** 79:18,19

**answering** 10:23 11:4,11 36:25

**answers** 74:8 110:3 116:18 174:3 193:9

**antiquated** 163:15,18

**apologize** 92:16 135:5 176:3

**appearance** 7:16

**appears** 50:23 125:2

**Appendix** 22:25 23:3 69:10,19

**applied** 19:12

**applies** 77:24

**apply** 21:19 168:25 172:11,18

**applying** 82:22 196:7 197:3

**approach** 132:15 140:23

**approached** 197:10

**area** 70:19 102:11 104:18 105:13,23 116:19 147:9 159:11 188:16 203:6,9,10

**areas** 71:11 106:10 123:22 192:21

**Argumentative** 185:21

**arithmetic** 19:2

**arm** 198:23 200:1

**Arnold** 8:5,21

**arrive** 31:20 126:4 167:16

**arrived** 95:1

**arriving** 149:6

**arrows** 106:12

**assess** 122:16

**assigned** 31:17 43:25 47:13 49:22 55:19 83:12 86:18 88:21 92:24 167:24 203:15

**assignment** 25:18 32:11 39:20 42:21 43:3,7 45:2,19 49:11 95:1

**assignments** 42:23

**assist** 197:11 198:19

**assume** 120:1

**assumed** 120:3

**assuming** 11:13

**assumption** 10:12

**ate** 97:10

**attempting** 181:18 184:16,19 197:11

**attending** 7:16,17,20,24 8:3,6,11

**attention** 114:4 130:3 131:11 144:22,23 147:9 174:17 193:21

**Attorney** 7:25 8:3,7,12

**August** 14:12 66:25

**automatic** 73:13 112:21

**automatically** 81:21

**average** 171:13

**aware** 22:20 41:9 74:10 95:4,7 111:3 112:8 113:13, 14,16,18,20,25 114:14 119:23 126:23 157:17 199:12

---

**B**

---

**B-CELLHOUSE** 68:12

**back** 28:23 29:3 31:7 34:5, 11 35:1 45:7, 11,12 57:18,23 59:9,11 73:15, 18,23 87:6,7 93:13 94:20 95:18 99:7 104:13 110:23, 25 115:14 120:10 124:1 125:3 136:1 146:3 147:7 165:3 166:7 167:13 177:8, 10,11 193:18 195:8,12,16 197:4 202:10

**background** 169:18

**backwards** 92:16

**bad** 109:7 143:10

**banging** 159:12 186:13

**bar** 37:15,25 38:1,3,13,21

39:7 42:6,7 146:4,6,7 152:24 153:1,5, 8,25 154:1,8

**bars** 41:5 104:15,16,20, 22 105:1 121:11 122:16 130:21 134:4 138:16 140:1 145:3 159:12 163:12 186:13

**based** 42:4 108:25 174:3 180:19

**basic** 45:14

**basically** 12:19 20:16 22:10 29:25 44:19,21 65:2 84:9 93:3 106:5 107:1 171:17

**basis** 19:18,19 24:2 33:25

**Bates** 50:22 52:10 173:7

**bearing** 191:16

**bed** 187:12

**began** 138:5

**begin** 9:4 21:2

**beginning** 70:6 133:19 135:12 137:18

**Begins** 50:22

**behalf** 7:11 8:9

**belief** 198:2

**Bend** 7:14

**benefits** 20:3, 17

**bent** 180:17

**bet** 132:2

**big** 65:18,20 72:1 81:8,13 87:15 113:23 121:16 157:21 163:4 192:24

**bigger** 144:15

**biggest** 26:11 165:15

**billowing** 159:9

**bit** 10:24 16:21 18:20 48:16 87:6 125:1 128:6 167:9 195:9,10

**black** 106:10

**blanket** 188:3

**blankets** 77:13 188:2

**blaze** 149:1,8 159:7

**blazing** 197:12

**block** 168:10

**blocked** 72:12

**Blocking** 72:11

**body** 33:2

**bolt** 78:6,8,15, 19,22 79:1,5 120:6,13,15,20, 24 122:16

**book** 16:15 97:25

**born** 15:6,7

**bottom** 50:11 52:10 100:9 131:12 168:13 197:19

**Bowman** 7:19 8:20 9:6 35:17 36:1,13,17,24 37:1 40:12 50:8,14,18 51:3 53:10,12 57:13 58:3 61:4,8 67:21 69:14,18 76:20 77:4,9, 16,22 78:3 83:20,24 87:13 90:19 101:7,14 104:2 115:10, 13,19 118:1



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

119:10 123:18 124:5,11 127:17 128:19, 25 129:21 131:3 132:7 135:17 140:15 147:21 148:2,3, 9 149:21 150:16,17,25 152:2,6,8 156:9,10,15,17 159:16 160:15, 21 162:21,23 165:12 166:1, 11 167:4 169:7, 18 173:23 177:3 178:11, 23 181:2,13 185:20 190:6 191:11,14,18 194:22 195:6, 15 196:19 199:22 200:15, 17 202:25 203:3,4 204:8, 14 205:10,18

**box** 29:18 145:20

**Brandon** 36:8

**Brandyn** 8:5

**break** 29:22 30:20 57:15 109:22 123:20 166:2

**breaks** 11:10 55:14

**breathing** 33:2,9

**brigade** 24:2,6 136:4

**bring** 59:11 120:24 164:5

**briquettes** 18:10,13,14

**broke** 84:17

**brought** 122:19

**buddies** 19:10

**building** 28:4 30:1 46:7 100:25 114:23 116:2,5,6,21 189:1

**buildings** 28:6

**built** 192:20

**bunch** 196:24 203:17,19

**Burned** 199:6

**burning** 127:24 139:21 140:5 146:23 154:16

**business** 35:15

**button** 34:21, 23 35:3,6 41:22 42:4 63:23,24 163:7 185:25

**buttoned** 33:16

**buttons** 34:20 106:17 154:9

**buy** 75:25 76:2 172:5

———————
**C**
———————

**C-CELLHOUSE** 26:9,10 61:14 67:8

**call** 48:1 53:16 55:23 63:5,19 79:20,21 93:6 100:6 118:16 189:24 203:12

**called** 18:11 34:19 37:15 49:1 63:3 93:1 110:7 122:4,5, 21,22,23 134:25 168:15, 16 187:15 189:3

**calling** 63:16, 18 98:22

116:20 122:2,7 145:3 199:9

**calmly** 127:11

**camera** 80:9 94:1 95:24,25 96:4,5 124:20 125:3 129:5 147:10 152:3, 10,19 155:9 188:20,22

**cameras** 80:6 93:22,23 94:8, 9,19

**capable** 85:17 138:2

**captain** 35:25 183:8

**car** 115:16

**cardboard** 75:16

**care** 163:19

**careful** 10:24 165:7 204:11

**case** 7:14,20 14:1,25 22:4 77:23 133:13

**catch** 76:7,9 130:17 166:23

**caught** 47:11 114:3 162:7

**cease** 14:22

**ceiling** 151:6

**cell** 12:7 15:1 26:15 33:1 38:8,10,21,23 39:1,13,14,17, 19,20 41:3,5 42:3 43:4,8 44:9,24 45:17, 20 46:10 47:2, 17 55:20 56:8 60:15 72:11,13 74:25 78:13,15 80:4,12 82:12 90:9,12,15,22 91:10 93:23 100:11 102:12, 23 103:13

106:8,18 108:25 115:23 119:6,25 121:7, 8,22 125:10,17, 22,23 126:3,4, 13 127:3,10 128:14,16 129:7 130:3,4, 7,10,21 131:12, 21 132:4,13,16, 20 133:18,21 138:16,24 139:21 140:1,6, 23 141:4 143:19 149:12, 16 151:5,13 153:6,9,12,23 155:11,17,18 157:22 158:6,7, 12 159:8,9 160:17 161:3,6, 7 165:15 167:7, 12,13 168:10 171:21 172:11, 15,18 175:4,13, 14 177:1 179:11,23 181:22 182:16, 20 184:2,5 185:4,10,14,16 186:2,13,22 187:8,18,23 188:1,2 190:16 194:15,25 196:24 197:2, 10 198:12,22 200:25 201:10, 11,17 205:6

**cellhouse** 28:11 29:15,20 32:19 44:3 60:21 76:24 146:2,7,15 167:24 192:21 193:10

**cellhouses** 24:9 25:1 169:19 186:2 189:10

**cells** 33:16 37:8,19 40:1,2 41:13 42:15 72:20 73:6,7 75:16 77:13

100:3 102:2,16 104:23 107:11, 12 130:17 149:22 185:24 186:13 188:5 196:15 200:19 201:8 204:2

**center** 35:4

**central** 7:7 48:7 70:19 178:18

**CEOS** 54:3

**certificate** 56:16,17,19

**certification** 56:14

**chain** 39:13

**chance** 183:20

**change** 178:25

**changed** 178:20

**charge** 26:20 62:21 97:1

**Charlie** 26:9,11 27:4

**chat** 97:19

**check** 34:8,15 36:7,10 47:9 75:3,8 91:2 121:13 171:23, 24,25 202:10

**checking** 74:24

**checklist** 81:15

**checks** 32:23, 25 33:20 34:3 37:2 89:17 168:4 171:10, 13,14,21

**chemical** 65:15,19,24 118:4 119:21, 24 120:1 126:9 148:25

**chemical-wise**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKTANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

65:2

**chemicals**
196:7,25 197:3

**Chicago** 7:6,
21

**choose** 40:4
43:20 49:16,18

**chosen** 49:17

**chow** 42:17
44:10,11,16,18,
19,20 45:11,19
153:14

**chronology**
124:19,25

**circumstance
s** 14:21

**City** 15:13,15
24:23

**clarification**
171:12 176:3

**clarifying**
169:17

**class** 22:19
44:25 49:5,8
53:25 54:1
56:15

**classes** 52:13
153:14

**classroom**
171:3,4

**clean** 46:9

**clear** 48:5,11
56:3 57:3 59:7
115:12 150:13
169:17 171:22
178:11,17
182:18 188:24
193:8 194:7
199:24 200:10
202:1 204:18

**clearer** 65:4

**click** 96:1,5

**close** 18:25
28:12 128:14,
16 132:22
152:12 166:3

179:23

**closed** 37:25
38:1,3 85:4,9
104:13

**closer** 17:1
132:24 133:1,2
182:24 195:3
198:3

**closest** 182:20

**coal** 18:15

**code** 63:17

**codes** 63:1,5

**college** 16:1,2,
10

**combination**
39:12 40:21,22
41:6 78:14
100:3 172:4,10,
13,18

**combustion**
151:6

**comment**
173:21

**comments**
173:9

**commissary**
39:11 40:19
75:25 76:2
172:5

**common** 73:2
157:3 190:21
191:1 192:6
200:21

**communicate**
36:22

**communicate
d** 36:9

**communicatin
g** 36:8

**company**
18:11,25 20:22
113:2,3

**compass**
115:8,21
116:14

**complete**
51:15,20 53:7
92:2

**completely**
125:22 130:6,
23 162:4

**completing**
52:1

**complicated**
115:21

**comprises**
168:10

**computer**
50:23 51:17,18,
19,24 94:3,20
188:21

**computerized**
52:14,21

**conceivable**
129:22

**concern** 14:5

**CONCLUDED**
206:3

**condition**
137:7 141:4

**conditions**
72:6,9 134:18
138:23

**conduct** 51:11
155:1 188:8,10

**conducted**
57:24 66:8
124:2 166:8
171:9 186:19

**conducting**
61:19

**confined** 39:1
48:10 125:10,
17 130:4
161:19

**confirm** 69:15
150:20

**consist** 21:17
171:2

**consisted** 24:1

**consistent**
60:22 67:13

**consists** 55:10

**constantly**
145:12

**constitute**
72:7,9

**consumed**
197:22

**consumes**
70:19

**contact** 14:16

**content** 195:12

**contest** 11:9

**continue**
139:10

**continued**
138:12 140:21
151:1

**continues**
125:16

**continuing**
70:16 71:9
149:11

**contraband**
40:24 90:21

**contractor**
18:2,8

**control** 50:24
63:20 71:4 73:9
79:24 94:3,5,7,
9 123:10
130:23 154:13,
16 188:16,18,
25 189:3 203:6

**controlled**
60:6 69:7

**controversial**
14:4

**convened** 7:8

**conversations**
13:14

**convey** 36:11

**copy** 12:21
205:17,18,21

**copying** 50:21

**cordial** 86:11

**corner** 148:5
150:20 178:6

**correct** 11:22
19:2 38:11,12
39:2 42:12,13
46:18 52:15
53:9 60:3 61:2,
3 62:8,9 64:22,
23 65:24 66:1,
3,6 67:9 69:21,
22 71:1,7,17,18
73:4,24 74:21
75:18 76:8
77:14 83:3,17
85:11 86:9
87:22 88:8,9
89:24 90:1,3,6
100:22,24
101:19 102:9,
17,22,25 103:3
104:8,19,21,24
105:2,3,7,8,17
106:3,6,9,13,
16,18,19 107:4,
14,24 108:3,4
111:22 112:6,
10 113:4
114:24 115:3
116:2,22 117:1,
4,13,19,22,25
118:12,14,21
119:4 120:21
121:9,24 122:1,
10,21 125:13
128:8 129:6,11,
14 130:4,5,11,
16,19,24 131:2
132:11,18,21
134:19 136:3
138:13 139:14,
18,22,23 140:2,
7,18 141:1,24
142:2,5,8,11,14
143:7 144:1,3,
13,21 145:13
147:5,11,19,20
148:19,23
149:2,4,7,10
150:3,16,22,24
151:11,16,18,
21 152:14,21
153:4,11,24

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

154:15,18,23
155:3,6,11,12,
14,18,19,23
156:2,4,5,8,12
157:8,16
158:18,22
159:2,21
160:18,20
161:13,16,21
162:6,10,13
163:9,11,16
164:1,4,10,12
165:9,11,20,23
168:7,8,22
169:2,4,5
170:20 171:1,7,
9 172:7,20
173:5,11,18,19
175:8,9,12,16,
18,19 176:1,2,
24 177:2,13
179:9,11,12,17,
20,24 180:14,
18,21 181:19,
20,23,24,25
182:4,14,22,25
184:3,6,18,22,
25 185:7,11,12,
18,19,25 186:1,
4,7,11,14,17,
21,25 187:5,7
188:6,17 189:9,
12,20,22
190:20 191:25
192:10,12,14,
16,23,25 193:4,
7,12,15,23
194:6,10,13
195:21 196:2,5,
9,18,21,22
197:5,6,13,21
198:5,8,10,13,
17,20,24 199:5,
7,10,21 200:13,
14,22 201:2,4,
6,13,21 202:4,
7,13,15,23
204:12,13
205:7,8

**Correction**
9:12 19:6
142:19

**correctional**
26:25 51:13
72:6 83:16

106:21 170:25
201:15

**Corrections**
14:6

**correctly**
37:18

**COS** 26:1 75:8
83:18

**counsel** 7:18
8:1,5 9:3 14:17
99:16 150:14
174:4

**counselor's**
99:16,21 105:9,
18 115:24

**counselors**
105:16

**count** 10:3
44:15 46:14,20,
23,25 47:1,4,
17,21,22,25
48:2,5 59:10
89:12,23 91:23
92:2 93:5,7
97:10,15 98:21,
23 103:7,9,11,
12,15 110:3
143:4,7,8,10,
11,12,13,18,21
144:12 168:4

**counts** 46:14,
21 171:8,10

**couple** 11:12
21:6 28:2 54:8
87:11 155:7
166:12 167:10,
20 169:15,17
179:11 183:18
185:2 189:16
192:8 203:5

**courses** 48:24
49:16,21,22

**court** 7:4,13
181:6

**cover** 166:13
188:5

**covering**
77:12 91:9,15
188:1 201:10,

11,16 202:2

**coverings**
91:21 201:8

**created** 10:11

**cries** 107:20
111:9 198:3

**critical** 70:18
81:7 157:11

**Crockett** 7:9,
23 8:14,16,19,
22 9:9,10 36:3
50:15,19 51:5
57:24 58:4
86:15 113:3,4
124:2,6 140:20
166:8,12 169:8,
15 172:24
178:3 179:6,8
180:13 181:17
182:3 185:23
189:16 190:7
191:9 195:17
198:6 204:17

**Cross** 55:2
67:6 83:14
85:24 86:1,5,10
89:3,4,15,18
92:8 98:5,13
113:5,7,14
117:6,11,12
118:2 119:18,
23 124:22
126:4 127:10
129:10 132:16,
17,19 133:17
134:21 137:8
142:3,4 145:25
146:18 147:18
148:18 155:16
156:23 158:19
159:25 160:23
163:25 166:15,
18 167:16
177:10 180:2
183:16 185:9

**CROSS-
EXAMINATIO
N** 169:13

**cry** 107:18

**CT** 206:3

**cuff** 21:19

**cuffs** 21:19

**cursor** 101:25
102:5,12
105:22

**curtain** 72:12,
13 73:14
202:10,11,15

**curtains** 72:19
73:7,10,23

**cut** 197:4

**cutter** 120:6,
14,16,20,24

**cutters** 78:6,8,
15,19,22 79:1,5
122:16

_____

**D**
_____

**D-** 60:21

**D-
CELLHOUSE**
25:4,16 61:2
68:11,13

**danger** 139:22

**dangerous**
40:8 130:14
144:16 159:3
161:19

**darkening**
158:11 161:7

**Darnell** 7:9
8:16,18 9:9
57:24 86:14
124:2 166:8

**darted** 114:15

**date** 13:22
54:11 111:6
147:15 150:21

**dated** 124:15

**David** 25:6,7
68:14

**day** 7:6 25:13
30:4,15,16
31:14 43:5,23,
24 44:2,3,4,5

45:4,5 48:13
49:14 53:24
56:2 58:11,19
62:6,22 66:15
72:24,25 82:6
83:11,13 84:11,
16 88:16 107:5
108:12,13
133:11 136:17
145:9,10 165:2,
21 174:18

**days** 30:19
49:12 108:11

**daytime** 61:17

**dead** 136:11
197:25

**deal** 10:21
192:24

**dealing** 89:9

**death** 37:12
66:18,20 67:15
108:2 140:6

**debriefing**
31:24

**debris** 151:4

**deceased**
200:8

**December**
28:22 29:7

**decided**
109:21

**defendants**
7:23 8:2,6,10

**deliberately**
68:21,23,24

**dental** 20:20

**departed**
149:5

**department**
9:11 14:6 19:6
142:18 189:25

**depend** 143:18

**dependent**
107:17 162:4

**depends** 27:16
45:4 108:16

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

171:15

**depicted** 179:7

**deploy** 148:25

**deploying** 179:13

**deponent** 8:2

**deposition** 7:9 9:16 11:15 12:3 57:24 61:6 69:16 101:12 124:2 129:1 166:8 176:22 182:6 206:3

**describe** 37:22 118:14

**describes** 32:19

**design** 16:9

**desk** 98:21

**destination** 32:17

**detector** 64:11 192:11,22

**detectors** 100:13 112:21 192:17

**developed** 124:20

**diagram** 101:17 102:2 106:4

**died** 54:20

**difference** 64:25 71:25 178:8,14 180:7 193:22

**differences** 178:9

**differently** 162:15,17 163:22

**difficult** 109:24 110:1

**dinner** 44:14

**direct** 9:5 174:17

**directed** 83:7

**direction** 109:12 116:12 129:13 198:11

**directly** 185:14

**disaster** 165:24

**discarded** 198:14

**disciplinary** 25:11 200:23 201:9

**discipline** 34:14 69:2

**discovery** 22:4

**discrepancy** 178:21

**dispute** 125:13,19,25

**distance** 133:18

**distinction** 71:19

**distinguish** 193:17

**District** 7:13

**division** 7:14 88:20

**document** 50:25 61:9 62:10 66:25 69:15,19 70:4, 15 71:10 84:9 101:25 173:8, 22

**documents** 173:3

**door** 32:8 37:24 38:1,2,4 39:8,13 41:23 78:10 101:1,3, 4,5 104:11,12 119:15,16

123:6 133:3,4, 22 134:5,7 135:14,16 138:18 153:9, 14,17,22 162:20 181:18 184:12,16,20

**doors** 59:6 146:8 153:6,12, 19 162:19 163:1 172:19 186:13

**dorm** 87:20 88:1

**dot** 156:19 160:18

**double** 36:7,10 42:8

**doubt** 65:23 149:15 164:5

**dozen** 102:16

**drifting** 196:24

**drill** 58:7,11,16, 21,25 59:8 60:9,12,20,25 61:11,20,25 62:19 66:8,25 67:2,7,12 173:3 174:7,14

**drilled** 164:16

**drills** 58:5 60:14,19,21 61:1 66:9,21 67:16 68:2 86:6 120:22 174:11

**Drive** 7:5

**drop** 10:2

**drugs** 51:12

**drywall** 151:5

**duties** 107:8

**duty** 11:13

———————
**E**
———————

**e-mail** 35:18

**e-mailed** 36:7

**earlier** 14:9 69:10 120:10 143:3 151:12 152:19 172:3, 23 173:4,16 176:22 185:2, 23 186:5,18 188:13 189:17 197:9

**early** 68:16 104:4,5 125:11 155:18 163:7

**easier** 50:15 57:17 101:10

**easily** 69:7

**east** 35:4 96:4 102:10 115:8 116:6,20 148:18 152:12

**Eastern** 178:20 181:10

**easy** 93:9 103:22

**eat** 97:12

**eating** 97:14 98:13 99:2

**effect** 196:1

**effective** 129:24 140:17 195:20

**elected** 117:18

**electric** 65:7

**electrical** 74:12 190:23 191:5 204:1

**electronic** 205:24

**electronics** 187:9 190:19 191:4

**elevated** 192:5

**else's** 173:13

**emergency** 22:16 23:1,3 69:11,20 70:8, 12 71:6,22

78:13 157:7

**emerging** 158:6

**employed** 9:11

**empty** 76:11

**encountered** 150:5 155:21

**end** 17:25 34:23 36:12 37:15 96:4 102:11,18 105:24 106:2 114:25 116:1,5, 6,20 152:12 154:19 176:25 178:20

**endurance** 11:9

**energetic** 195:16

**enforcement** 19:10

**engulfed** 125:22 130:7 131:17

**engulfing** 151:19

**enlarge** 195:10

**enlarging** 195:11

**ensure** 41:6

**enter** 205:5

**entire** 24:23 27:1

**entrance** 106:1

**environment** 162:7

**environments** 26:15

**equipment** 23:14 40:24 59:3 139:16 151:23 199:25

**equity** 51:11

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKTANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

Erica 8:1 13:17,25

escape 161:23

Estate 7:11

estimate 132:20

estimating 111:25

estimation 119:11

etal 7:12

evacuate 59:5, 6 81:13 82:10, 11 146:1,7

evacuated 196:21

evacuating 24:15

evacuation 70:13,18 81:7 121:17,25 122:18 153:3, 21 154:14 155:1 173:3

evacuations 106:5 174:7

evaporate 76:10

evening 45:8

event 34:13 70:8,19 80:19

events 51:11 125:7

eventually 195:19

everybody's 32:2 33:2 60:6 201:5

everything's 29:19

EXAMINATION 9:5 191:17

examine 84:22

excess 75:15

Excuse 82:14

exhibit 50:6, 20,22 51:1 52:18,21 61:6,7 67:19 69:16,17 83:21,22 101:9, 11,13,15,17 115:7,14,17,20 124:6,9,12 128:21,22,23, 24 129:1 147:7, 23,25 148:1,4, 11 150:23 152:7,10 156:12,16 160:16,19 167:2 172:23, 24 177:23,25 180:10,11 182:6,7 184:15 195:7,24 198:9, 10

exhibits 50:12 67:17 173:2

existed 22:20

exit 106:11,12 114:22

exits 24:14,15 64:14,17

expectation 48:22

expected 30:5

expedite 9:21

experience 18:20 43:4 68:6 165:18 190:2,4

experienced 85:20,21 86:1, 3,4 201:15 202:21

experiencing 69:2 149:23

explain 41:21 141:3

explained 164:13,15

explanation 140:9 141:12

142:15 160:2,5

expression 48:4

extended 198:25

extent 151:19 175:17

extinguisher 23:11 24:12 64:24,25 65:16, 25 69:5 82:3 117:11,12,15, 18 118:3,4 119:21,24 120:2 122:19 126:5,9 127:11 128:5,6 129:12, 16,23 135:22 136:5 137:11, 22 138:2,19,25 140:22 145:25 148:22,25 156:1 157:25 164:2 177:8,9, 12,14,16,17 179:14,15,17, 18,19 195:22, 23 198:14 200:2

extinguishers 23:22 64:21,22 117:14 120:3 141:5 163:23 176:5,13,16 177:2 179:14

extra 75:4 163:19

extraction 55:21 56:8

extreme 139:13

eyes 136:21

---

**F**

---

facilitating 153:3

facility 29:21 36:6,23 48:11 63:21 79:24

80:4

fact 8:18 34:5 35:7,9 36:9 62:12,13 73:22 84:16 91:21 123:18 137:13 191:20 200:18 204:5

failure 141:7

fair 23:24 36:24 40:9 42:1 52:22 57:6,7 69:11 76:23 83:4 86:14 91:21 93:9 108:8 111:19,21,22 112:1,2 117:20 144:9 151:25 152:1 155:5 157:3 164:9 165:22,23 174:24 185:13 186:16 196:10 199:18 201:3, 23

falling 151:6

familiar 22:6 23:6,13 29:14 71:19 84:5 108:23

family 137:3

fault 17:5

feature 37:23

feed 148:5

feel 11:12 25:23

feeling 11:14

feet 132:20 139:21 179:11

felt 17:23

Ferguson 62:23

fighting 149:8

figure 117:2 121:6

figured 120:19

final 12:2 71:9,

10

finally 124:23 165:3

financial 19:13

find 26:3 40:9 59:23,24 71:7 80:23,24 81:1 82:3

fine 90:7 91:7 97:2 127:20,21 132:1

finish 11:11 98:18 143:25

finished 11:4 144:2,12 166:3

fire 18:18,21 23:7,11,19,22, 25 24:2,6,11,12 28:16 52:22 53:1,2,8,18 54:20,25 56:25 57:5,6,10 58:5, 7,11,12,15,21, 25 59:14,16,23, 24 60:5,9,12, 19,20,21,25 61:1,11 63:4, 15,22 64:7,20, 21 65:8,10,12, 13,17,18,20,21, 23 66:5,9,15, 21,24 67:2,12, 16 68:2,22 69:20 70:3,8,19 71:4,9,20 72:2, 7,10,16 74:17 76:7,9,11,24 77:6,10,12 78:7,19 79:9, 12,15,19 80:4, 20,21,25 81:1, 4,9,10,13,17,25 82:3,4,6,7 83:8 84:16 86:6 87:1 88:3 91:25 92:6 93:2 111:4,7 112:4,5,11,20, 23 113:2,13,25 114:14 116:23 117:3 118:10, 22,24 120:22, 24 121:16,23

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

122:18 123:8,14 124:14 125:5,16 126:5,6,24 127:10 128:1,5 129:12,13,15,23,24 130:14,18 133:7 135:3,9,11,22 136:4,6,9 137:5,14,16,17,21 138:2,5,15 140:22 141:10 144:14 146:9 147:18 150:6 151:1,24 152:18 154:13,16 155:25 156:11,23,25 157:7,9,18,21,24 158:1,3,14,16 160:23 161:2,17 162:8 163:6 166:14 167:6,17 173:3,9,17,18,21 174:5,6,8,9,14,18,19,20,25 175:7,10,14,17,18 176:4,13,16,18 177:1,8 181:21 184:4 185:4 186:20 187:13,14 189:19,24,25 190:4,10 191:21,23 192:1,4,8,18,19 193:25 194:3,18 195:19 196:3,6,7 197:3,4,11 198:14 199:13 204:12,23,25 205:6

**fire's** 137:6

**firefighter** 61:21

**firefighters** 63:8

**fireman** 58:18 136:7 173:15

**firemen** 23:20 59:2

**fires** 56:23 57:1 67:23,25 68:7,9,18,19 69:4,7 189:21,23 190:2,13

**firm** 134:9

**five-day** 31:5

**five-minute** 57:15

**fixtures** 190:9

**flag** 100:1,2,4,5,6 168:15,17,18 169:1

**flagged** 35:19

**flame** 125:9,16 130:6,9 151:17 154:21 155:10,18 167:12 197:20,23

**flames** 118:20 125:21 126:2 130:20 131:17 134:2,13 194:14 199:2

**flashover** 134:15

**flat** 88:24

**flesh** 127:23 146:23

**flickers** 125:9

**flip** 95:24

**floating** 33:17

**floor** 131:10,21 132:4 149:16 151:5,13 175:21,24 176:20 177:16 186:20 204:19,20,21 205:2,4

**focus** 96:6 123:3,4,6 130:3 131:11 147:8

**folks** 24:6 33:16 69:1 88:13 92:24 95:21 106:10,11 118:16

126:9

**follow** 31:20 106:10,11 169:10

**follow-up** 36:10

**footage** 124:20 125:3 188:23

**form** 32:16,20 40:10 62:8 76:17 77:1 103:25 117:23 119:7 129:18 130:25 132:5 135:1,6 140:13 149:17 156:6 160:9 162:18 165:10 173:23 177:3 185:20 194:19 196:16 199:19 202:24 204:7

**forward** 92:6

**found** 36:14

**Foundation** 173:23 190:6

**fourth** 154:9

**frankly** 163:14

**Friday** 30:23 31:1 49:7

**friends** 86:10

**front** 11:24 12:6 35:1 72:13,20 73:7 91:9 94:6 101:4,5 119:15 130:21 133:20 135:15 137:9 151:5 152:11 158:7 160:17 176:7,13,15,16 177:20 188:1 189:2 198:11,22 199:25 203:8

**fronts** 77:13 188:5

**full** 146:11

160:22

**fully** 74:10

**function** 50:9

**functioning** 142:12

**furnaces** 18:18

_____

**G**

_____

**Gary** 15:7,8,18,19 17:14 18:6

**gate** 104:16,17

**gates** 104:19

**gave** 12:18 109:15 143:6

**general** 7:25 8:7,12 22:5 26:13,14

**General's** 8:3

**generally** 88:21

**generated** 50:23

**get along** 86:12,13

**give** 8:25 9:22 10:7,25 12:3 15:1 36:21 50:24 51:20 56:15 62:20 69:25 109:5,21 111:18 143:1 189:13,14 195:9

**glance** 22:17

**glitch** 10:2

**good** 19:11 32:2 33:2,7 51:4 57:20 74:4 75:24 82:24 109:17 115:14 139:8 195:13

**goodness** 50:8 115:10

**grab** 65:24 200:5

**grabbed** 140:19

**graduate** 15:19

**graduated** 15:21,22,24

**Graphic** 16:9

**Great** 8:13

**grew** 15:7

**grievance** 51:13

**ground** 171:5

**grounds** 201:9

**grow** 15:6

**guess** 101:6 111:2 178:16

**guessing** 19:5 91:3 198:6

**Gustavo** 7:22 178:11 191:11 195:6 200:16 205:20

**guy** 89:1,2 109:3,25 110:1 196:23 200:25 202:1

**guys** 32:16 103:10 108:10 112:9 123:21 142:13 150:5 151:22 160:2 196:13

**gym** 43:15,16,17

_____

**H**

_____

**half** 42:25 43:1 102:16 156:22 167:15

**Hammond** 17:15,16

**hand** 8:23 134:2 192:17

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKTANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

The Deposition of DARNELL CROCKETT, taken on January 21, 2025
USDC IN/ND case 3:24-cv-00185-DRL    document 147-4    filed 04/17/26    page 218 of 230
217

193:20,21

**handle** 205:13

**hands** 117:8

**hands-on** 171:5

**handwriting** 173:12,13,14, 15

**handwritten** 12:20,21 13:4

**hanging** 103:2

**happen** 38:21, 25 41:4 55:13 80:17 134:24 142:16 159:20 171:23 173:20 183:19

**happened** 14:25 28:16 29:2 59:1 81:21 83:9 150:5 154:12

**happening** 31:25 132:3 157:21 167:13

**happy** 11:10 27:22

**hard** 183:17

**harder** 151:14

**hazard** 72:7,10 76:12

**head** 116:25 133:7,11 166:14

**heading** 198:18 204:18

**health** 20:18, 21

**hear** 16:4 17:8 40:13 64:7 78:4 98:9 104:3,22 106:25 109:8 111:9 112:11, 15 126:24 140:24 144:24 145:5 159:22, 24,25 160:3

162:24 193:14

**heard** 23:5 39:6 48:4 111:11 127:1,2 144:25 145:8 147:1 174:19 175:18 204:19

**hearing** 16:22 17:6 193:5,6, 13,25 194:4

**heat** 128:12,15 132:23

**helpful** 154:25 181:13

**hero** 115:13

**hey** 202:10,11

**high** 15:17,18, 21,24 100:19, 20

**History** 50:16, 24

**hit** 34:21 35:3,6 41:23 59:3,4 86:19 110:15, 16,19,25 135:3, 9

**hits** 123:14

**holding** 200:3

**honest** 16:12 73:16 82:1,18 108:21 111:18 162:19 165:15 170:14 171:16 174:2 180:3

**honestly** 126:12

**hope** 149:1

**horrible** 165:19 199:4

**horrific** 151:9

**hospital** 170:1, 5

**hot** 75:19,22,23 76:5,7,11 134:12 187:17

**hotpot** 187:18

**hotpots** 77:10 187:16

**hour** 13:18,19, 24 19:20,23 25:13 30:5,6 32:5 33:24 57:14 92:25 93:3 97:8,17 98:1,6 103:10 178:14,22 182:11

**hourly** 19:18, 19 20:1,3

**hours** 43:14, 23,24 44:9,24 49:14

**house** 39:23 46:10 93:23 99:20 100:11 102:23 115:23 119:6 143:19

**houses** 60:15

**huge** 118:24

**human** 134:17, 23 140:3 146:23 165:24

**hundred** 17:6

**Hut** 16:19,23,24 17:12,14

———————
———————

**I**

———————

**idea** 39:16 45:14

**identification** 50:20 51:1,12 61:7 67:19 69:17 83:22 101:11,13 124:7,9,12 128:24 147:23 148:1 150:23 152:7,9 156:16 160:17,19 167:2 177:25 180:11 182:7

**identified** 64:22 74:16

80:5 125:7

**identifies** 147:10

**identify** 60:5 64:13 181:3 183:2,19

**identity** 61:19

**IDOC** 21:24 23:7 24:21 27:1 57:11 67:14 68:10

**Illinois** 7:6,21

**illustrates** 197:14

**image** 131:9,12 140:11 141:15 146:5 147:22 148:6,16 150:10,18 152:3 156:10 157:20 200:16

**images** 95:25 126:19 151:12

**impediment** 11:14

**imperative** 165:6

**important** 9:23 10:9,17,18 34:3 37:3 39:18 96:19 107:10 145:16 162:12 163:20

**impossible** 10:20 138:24

**impression** 9:10 113:12

**impressions** 9:23

**imprisoned** 39:16

**inappropriate** 90:14

**incarcerated** 51:14

**incident** 12:23

13:5 29:10 98:18 146:9 154:12 176:25

**incidents** 62:20

**including** 7:23 8:2 149:23 189:10

**inclusive** 51:11

**inclusivity** 51:11

**incorrect** 36:21 61:13 116:5

**increase** 19:14 125:1 151:2

**Indiana** 7:13, 24 8:4,7,8,12 9:11 15:7,16 16:7 17:15 19:6 20:23,24 23:7 24:22 69:20 74:16 84:10 142:18

**Indianapolis** 7:25 8:4,8,11

**indicating** 102:6,11 105:23

**indication** 61:25 118:10 167:12

**individual** 38:8,23 39:13 42:3,11 106:18 153:23 168:6 180:19,20,22 183:5,14,15

**individual's** 87:15

**individually** 153:9

**individuals** 36:22 51:14 88:21 107:11 180:16 183:19 185:4



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKTANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

**ineffective** 148:22

**information** 9:19 36:11,16, 19,21 71:1 124:24 175:25 191:21 193:2 195:4

**informed** 37:18

**Infrico** 18:12

**INI** 12:11,13

**initially** 122:17 182:17 195:13, 18

**initiate** 121:17

**initiating** 121:25

**injured** 33:10

**injury** 107:16

**inmate** 172:14, 18 191:3,6

**inmate's** 175:14

**inmates** 126:23 172:5, 10 186:5,12,16 188:4,7 189:18 190:3,13,18,23 204:20

**inquired** 36:6

**inside** 18:1,8, 12 33:1,3 40:2 45:9 46:8 78:15 97:23 140:6 149:12 159:7, 11 161:2 167:13 187:8 205:6

**institution** 48:8,23

**institution-wide** 47:20

**institutional** 39:7

**instruction**

23:18 53:1 57:5 120:23

**instructions** 70:21 71:3 80:11

**insufficient** 126:6

**insurance** 20:18,21

**intense** 128:12 154:21 161:6

**intensity** 128:15 132:23

**interacted** 108:1

**interested** 96:3

**interfere** 11:19

**internal** 70:25 124:13 155:9 167:5,19

**interrupt** 115:6

**intervals** 44:1

**interview** 12:13,15 13:4

**interviewed** 12:13

**interviews** 124:21

**investigation** 124:13

**involved** 62:2, 3

**irregular** 33:25

**ISP** 21:9,10

**issue** 10:16 14:23 34:7 81:14 95:20 105:10 106:20, 21 107:15,16 109:19 163:4 164:25

**issues** 25:25

**item** 199:24

### J

**January** 7:7 19:25 28:17,22 35:20 54:25 58:1,13 60:8,25 67:18 77:23,24 83:8 84:1,14 89:23 94:17 95:17 96:17 111:4 124:4 166:9 174:18

**Jaylon** 86:17

**Jeniene** 85:13 88:10

**Jimenez** 7:22 36:5,15,20 40:1076:17 77:1,7,15,19 78:1 87:9 90:17 103:25 115:5, 11 117:23 119:7 127:13 129:18 130:25 132:5 135:1,6 140:13 149:17, 19 150:11 156:6 159:15 160:9 162:18 165:10 169:14 173:24 177:5, 21 178:1,16 179:2,5 180:9, 12 181:4,8,15 182:5,8 185:22 190:12 191:8, 13,19 194:19 196:16 199:19 202:24 203:1 204:7,16 205:9, 14,22,25

**job** 16:11 17:22 20:25 28:10 34:7 43:1

**jobs** 34:3 47:3

**July** 170:10,12

**June** 52:11 170:10,12

### K

**K-E-O-N** 181:6

**keeping** 111:20

**Kentuckiana** 7:4

**Keon** 180:25 181:5 183:3,4,5

**Kevin** 85:23 86:10 117:6,11 137:8 183:16, 21

**key** 38:3,9 78:11,23,24 79:1,3 120:11, 12,13,16,19 123:6 132:12 163:3,10 181:14

**keys** 32:1 71:6 82:1 117:9,10, 11 121:6,8 134:7 181:19 184:17

**kill** 119:3

**killed** 65:21 83:9 84:17 124:14 125:5

**kind** 21:3 36:10 82:15 122:18 158:11 183:17 185:24 201:1

**kinds** 64:21 69:4 111:25 163:19

**knees** 135:23, 24 183:2

**knew** 108:24 121:2 122:22 156:15 164:14 174:25

**knowledge** 35:13 122:20 157:4

### L

**L-5** 147:12

**laid** 18:13

**language** 51:12

**large** 84:3

**largest** 26:15

**late** 199:17

**law** 19:9

**lawyers** 9:22 10:25 13:10,15 14:1,22 36:3

**laying** 187:2

**lead** 204:3

**learn** 16:16 131:14 145:1 159:6,10

**learned** 164:8

**Learning** 50:24

**leave** 14:13,21 16:10 17:22 29:5 39:21 46:10 73:15,18, 22 150:7

**leaving** 149:3 178:14

**Lee** 183:22

**left** 38:18 39:24 76:9 101:24 130:20 147:10 148:4 161:8 170:11,14 178:6 180:23 182:13 183:4, 14 198:15

**left-hand** 150:20

**lesson** 164:8

**letters** 47:25

**level** 193:9

**levels** 55:11

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

lever 63:24

licking 130:20

lieutenant 83:14,18 87:3, 8,14 88:3,10 89:9 92:21 95:4 99:4 105:18 124:22 183:8

life 57:17 91:21 119:1 134:17, 23 136:24,25

life- 161:18

Life-threatening 131:4

light 65:12 189:18 190:9

lighting 190:3

limited 175:25

lines 32:3,5,16, 20 44:11 104:4, 5 153:14

link 10:2

links 10:18

list 62:11 87:3 122:25

listed 84:19,21

listen 107:20 145:21 160:13

listing 77:5

lit 72:2

live 15:11,13 133:11

lives 165:21

living 162:7

located 7:5 37:12 100:15 188:25

location 7:16 23:13,16 24:11, 12 48:1 80:7 99:22 122:19 147:18 151:15 152:15 192:21

lock 39:8,11, 12,20,23 40:1 41:7,24 42:11 45:10 78:11 120:10,12,16, 18 163:3 172:18

Locke 7:19 87:9 148:8 150:11 181:12 205:17

locked 37:24 38:9 45:12 46:3 79:1,2 107:12

locking 38:6 41:13

locks 40:18,21, 22 78:14,23 120:10 172:4, 10,13

lockup 25:4,8, 22

log 36:7

logical 159:19

long 13:14 14:16 17:18 18:23 20:14 21:5 25:16 26:18 34:6 43:11 44:16 49:9 54:7 74:13 94:21,24 101:20 110:15, 22 124:15,19 169:16 171:13

longer 85:21, 22 86:4

looked 12:4 13:3,7 18:15 22:3,19 91:4,6 118:13 121:16 123:7,13 136:21 155:8 187:8

lose 46:17

losing 195:11

lost 30:13 147:24

lot 17:9 21:19, 21 64:6 148:17 149:23 201:22

Lots 76:3

loud 113:23 186:3 193:10

lower 100:5 108:18 192:20

lucid 127:18

lunch 97:10,14 98:13,15,16,18 99:2

_____

M

_____

M-I-L-N-E 61:20

made 18:10 70:7 71:1 79:19 104:17 106:4 118:3 168:24

magnification 195:9

magnify 84:20 85:1 147:8 167:8

magnitude 123:8 151:2 161:18

main 11:7

maintained 35:10,14

major 71:20 157:25

major's 72:1

make 10:1,21 11:3 13:3 16:14 19:20,22 20:11, 13,14,15 24:9, 14,15 27:15 29:20 32:1,8 33:1,2,4,6,7,14, 19 34:14 36:21 39:18 47:1,2,4 51:6,22 57:17 60:6 74:6,19 82:2 90:4 94:12 96:20 97:2

101:9 103:13 115:11 144:6 171:22 190:8 201:19

makes 10:7 11:5 20:9 48:9 60:5 63:7 72:4 165:6

making 34:7, 17 37:4 195:18 197:9,15 202:1

malfunction 192:9

man 61:23 136:21,24 180:16

man's 121:7

manager 16:20 17:12

mandatory 57:9

manual 22:16 23:1,4 69:11,21 71:23

manually 38:9

map 115:6

March 54:13 124:15

mark 101:11 180:9 182:6

marked 51:1 61:7 67:19 69:17 83:22 101:13 115:7 124:9 128:24 148:1 150:23 152:7 156:16 160:19 167:2 177:25 180:11 182:7

markers 111:25

mask 146:22

master 48:1 189:3

matches 48:7, 9

matching 47:21

matter 7:9 137:13 201:14

matters 157:13,15

maximum 41:3 44:23

Mccormick 183:7,15

meaning 47:12

means 33:7 38:15 48:7

meant 113:4

measure 40:5

measures 71:3

mechanism 37:19

medical 107:15

medication 11:18

meet 13:15,16 105:15

meeting 13:21, 25

meetings 13:25

Megan 35:18

member 137:3

members 164:25

memory 52:20 134:9 198:7

mentioned 170:19 171:8 172:4 173:16 186:18 188:13

messing 39:19

met 13:17

Michael 7:11 54:20 65:21 108:1 109:8



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

126:19,24

**Michigan** 15:13,15 24:23

**microphone** 17:2

**middle** 35:1 182:18,19

**mill** 18:1,2,3,5, 6,10,12,13

**milliseconds** 147:14 181:11 182:12

**Milne** 61:20

**mind** 81:15 82:16

**mine** 14:5 17:5 171:18

**minor** 71:20 72:1,2 81:9

**minute** 50:3 89:22 93:3 111:17,21 123:16 125:8 126:10 128:17 139:12 147:7 156:22 157:13 161:6 169:10 182:11 189:13

**minutes** 33:21, 23 45:11 125:15 142:22, 23,24,25 143:2, 4 160:22 167:10,16,20 171:9,11,16,19, 20,24,25 178:15 179:1 191:20 193:9

**mischaracterizes** 127:13

**missed** 168:1

**misspoke** 179:3

**mistake** 117:21 118:3

**mistaken** 34:11 58:19,23

101:2

**modern** 41:25

**modification** 90:24 204:2

**modified** 74:16 77:6

**modify** 190:18, 23

**modifying** 191:4

**moment** 46:1 139:25 199:8

**Monday** 30:22, 25 49:6

**money** 16:14

**monitor** 94:1, 19 95:2,4,7,11, 14,18,23 96:9, 13,17,18,23 97:6 142:12 188:21

**monitor-wise** 94:18

**monitors** 73:24 93:12,14, 18,20 94:13,16 188:15,17

**month** 14:11 22:9 24:8 28:11,12,14,21 29:1,4 54:12 66:23

**months** 21:6, 16

**Moon** 67:6

**morning** 36:9 43:9 44:13 58:22 60:8 67:18 94:17 147:15 167:25

**motivated** 19:8

**mouth** 112:8

**move** 64:17 73:13 91:16 170:6 202:10

**moved** 170:7,8

**movement** 32:6,10,12

**moving** 125:22 126:20 183:13 198:11

**MSU** 170:1,3,4, 9

**multi-factor** 38:6

**Mysti** 7:10

_____

**N**

_____

**Nadine** 87:17, 18 88:11

**Nah** 108:20

**named** 86:17

**narrow** 101:20

**nasty** 196:11

**nature** 66:5 68:18

**Neal** 7:12

**necessarily** 122:15 144:5 186:9

**needed** 17:23 62:6 90:4

**needing** 14:23

**neglected** 166:13

**nevermind** 203:24

**newspaper** 97:25

**nice** 62:5

**Nicole** 63:19

**night** 31:24

**noise** 10:20 193:9,18

**noisy** 193:10

**north** 7:5 37:9 38:8 47:15 96:4

101:6,7 102:8, 23 106:10 115:22 147:12 152:11

**Northern** 7:13

**note** 89:21

**notes** 166:2

**noticed** 112:4 141:10

**notifications** 70:7,25

**November** 29:8

**number** 7:14 14:20 15:1 38:21,22 48:9, 10 50:22 62:2 73:6 76:24 93:22 124:7,12 145:2 147:23 148:11 152:4,5, 6 172:24 193:17 196:14 199:23

**numbered** 52:10

**numbers** 70:10

**nuts** 201:19

_____

**O**

_____

**oath** 111:19

**object** 10:25 77:19 135:1 149:17 177:3 185:20 190:6 204:7

**objecting** 203:1

**objection** 40:10 76:17 77:1,7,15 78:1 90:17 103:25 117:23 119:7 127:13 129:18 130:25 132:5 135:4 140:13

156:6 160:9 173:23 190:6 194:19 196:16 199:19 202:24

**objections** 77:19

**obscured** 158:7

**observations** 168:24

**observe** 90:9, 11,14,21,24 91:5,9 121:10 125:8 187:23, 25

**observed** 163:6

**obtained** 67:13

**obvious** 159:1, 3 161:11

**occasion** 34:6 201:25

**occur** 119:20 121:4 123:9

**occurred** 125:7

**offender** 86:24

**offender's** 47:25

**offenders** 65:12 68:19

**office** 7:21,24 8:4,7,11 78:22 79:2,3 80:8 99:7,14,16,21, 24 105:10,12, 19,20 115:24

**officer** 26:19 27:1 62:23 67:6 72:6 83:14 85:10,17,23 86:25 88:7 106:21 108:16 129:10 141:17, 18 145:24 152:12 176:6,8, 11 177:17 201:15 203:10,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

11,13,14,15

**officer's** 92:3, 4,5,8,12,19,22 93:4,11 99:13, 22,24 102:1,20 103:6,23 104:9 106:25 110:23 112:16 113:10 114:19,21 115:1,22 116:25 142:13, 20

**officers** 63:12 85:8 88:7,25 95:10 96:19 108:9 170:25

**officers'** 188:14

**OIC** 26:19,23 62:22

**older** 28:4

**oldest** 28:6

**oneself** 40:9

**ongoing** 170:20

**online** 7:3 48:21 52:2

**Oops** 123:19

**open** 59:5 78:10,23 79:3,4 104:18 106:12 120:16 123:6 133:4,22 134:5, 7 135:14 138:18 153:5, 15,17,19 168:9, 12 178:19 181:18 184:12, 16,20

**opened** 42:3 119:15,16

**opens** 38:18

**operating** 175:25

**operation** 70:18

**opinion** 85:18

**opportunity** 10:25 19:11 69:25 133:12

**opposed** 16:15 31:12 118:4

**Opposite** 100:7

**options** 43:20

**order** 18:18 22:4 26:23 30:10 32:19 33:22 37:19 38:10,20 153:20 155:1

**orderly** 153:20 155:1

**orders** 21:24 22:6,8 29:15, 19,24 46:13 166:16

**ordinary** 35:14 90:11 202:8

**organized** 32:16

**originated** 205:7

**outlet** 90:25 91:5,6 191:5 204:2

**outlets** 74:17, 19 75:4 77:6 190:24 204:3

**outward** 125:23

**overlooked** 35:21

---

**P**

---

**p.m.** 46:22 83:11 124:4 206:3

**pages** 51:10 70:4,23 71:10 124:15,19,24

**paid** 19:18

**pain** 149:15

**panic** 106:17 185:25

**paper** 47:4 72:2 75:15 81:11 157:24 189:18 190:3

**papers** 11:24 65:12 68:19 104:5

**paperwork** 12:4,16 21:21, 23 98:23,24 104:7

**Pardon** 60:17 121:20 132:25 144:18

**park** 73:3

**part** 32:12 47:11 51:23 52:16 55:18 58:20 60:14 66:10,11 67:24 78:18 79:8 107:7 117:21 164:16 174:7, 11 178:22 183:24

**participated** 58:5,7 60:9,20 67:2,15

**parties** 8:17

**parts** 119:6

**pass** 52:2,5,7,8 98:1 201:1

**passed** 28:16 56:19

**past** 48:19 74:25 174:8 178:25 179:1 182:11 190:14

**path** 106:7

**pathway** 168:5

**pause** 11:8,12

**pay** 19:14

**paying** 144:22,

23

**pending** 7:12

**people** 10:19 20:15,16 25:9 46:14 48:10 53:19 55:12 75:13 80:11 96:25 105:15 112:14 144:5 160:13 182:15, 17,20 183:18 193:5,6,18,20, 25 194:4 201:22 202:16, 18

**percent** 172:12

**percentage** 42:24 172:8,9

**perception** 113:1

**period** 28:25 92:9 108:2

**periodic** 24:2

**persistent** 74:8

**person** 21:19 32:8,10 48:7 54:23 61:19 62:23 82:2,7,8 146:12 182:23

**person's** 48:3

**personal** 7:10 21:20 25:25 39:9 41:7 107:16 122:20

**personally** 73:11 75:2 81:18 108:20 114:15 160:11, 14 171:18 202:16

**personnel** 88:13 154:25

**pertains** 84:13

**pervasive** 77:17

**phone** 14:20

**15:1 70:10 97:21,23**

**phones** 97:22

**photograph** 128:21 129:3 159:8 182:19 197:17

**photographs** 111:17

**phrase** 199:16

**physical** 64:5 104:14 151:14

**physically** 88:4 99:18

**pick** 43:25

**picked** 119:23

**picking** 118:3

**picture** 139:25 147:9

**pictures** 139:11 155:7

**piece** 40:23 190:3

**Pierce** 35:18

**pigeon** 73:2

**pipe** 34:19 110:4,5,8,10, 11,12,15,16,19

**piss** 201:22

**pistol** 128:6,10 138:1

**pizza** 16:19,21, 23,24 17:12,14

**place** 61:11 62:1,16 67:7 101:10

**plaintiff** 7:20

**Plaintiff's** 7:17 150:14

**plan** 23:7 69:20 71:9

**plans** 14:13 23:10 27:24

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKTANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

plates 75:19

play 79:11,14 80:3 93:13 136:17

pleasant 196:13

plenty 58:20 141:15

point 19:5 36:19 53:11 64:16 69:24 89:25 95:17 103:19,20 104:11 112:8 114:6 116:15 119:20 123:7, 19,20 125:17 126:4 130:14 134:22 136:11 138:14 139:9, 10,12,16,20 140:10,23 141:2,10 145:24 146:1, 25 147:3,17 148:21 149:6 150:7 151:1,14, 20,25 153:2,12 154:17 155:1, 25 156:4 158:7, 17 159:1,7,10 161:2 167:11 175:8,11,22 176:25 177:11 179:13,21 180:2 181:16, 17 184:1,7,8, 19,20 186:23 187:6 193:16 194:14,17 195:2,18 196:4, 11,21 197:4,9, 14,22 199:17 200:7 205:5,11

policies 21:24

pop 26:13,14

population 26:12 42:25 172:8

Portage 15:16, 17

portion 51:24 87:10

pose 191:5

poses 163:18

position 17:18 18:24 40:8 195:19

positions 85:3

possessions 39:10

post 22:4,5,8 29:15,18,24 30:10 32:19 33:22 46:13

pot 76:5

potential 41:3 119:3,5

potentially 14:24 41:3 42:11

pots 75:22,23 76:7 187:14

pounding 145:3

practical 201:14

Practically 76:5

practice 59:13

Pratt 8:9

preference 16:14 31:16,18 205:23

preliminary 11:13 12:2

prepared 84:10

present 14:20 47:22 87:1 88:4

press 163:7

pressing 42:4

pretty 9:18 84:3 100:20 126:15 157:21

161:2 186:3 189:21 190:21 191:1 193:10 195:16 196:11

prevented 162:15

prevention 23:19,25 52:22 53:1,8 57:5,10 70:3 173:18 174:6,9

previously 169:19

primary 64:13 106:1,11 114:22

printed 62:7

prior 14:25 60:15,20,24 61:1 67:14 91:24 108:2 121:25 170:16 174:3 186:20

prison 21:11 24:22 26:16 28:7 32:13 46:14 69:20 70:20 71:12 74:10,16 84:10 94:10 108:5 162:15 189:6 193:10 203:8

prison-issued 40:23

prisoner 24:1 38:10,20 39:1,8 40:7,16,24 41:6 42:11 61:20 76:5 78:13 106:20,25 109:17 161:22

prisoner's 38:22 39:14

prisoners 40:1 42:15 45:23 46:20 62:2 68:21 69:1 72:19 76:3 80:12,20 81:3 114:7 118:7

145:2 147:1 159:11 193:3 200:19

privacy 39:9 105:15

private 105:5

problem 72:14 74:9,20 75:17, 18,19 91:14,16, 18 94:22 95:20 140:5 159:4

problems 62:7 69:2 74:15 109:5,15,16

procedure 9:18 59:13 67:10

procedures 24:19 49:4 70:3,13 71:10

proceed 58:25

proceeding 11:15

proceedings 7:1 11:12

process 46:23 47:20 51:13 52:16 60:4 67:10

produce 36:11

produced 196:6

productive 16:15

program 21:3

progress 134:22 140:10 156:3,25 167:20,21

progressed 152:19

progressing 144:15 158:14

proposition 72:5 133:15

protection 21:20 49:4

provide 35:23 124:21

provided 62:12

public 79:11, 14,16 80:1,3

pull 63:16,24, 25 112:23

pulled 86:19, 23

purchase 39:8

purchased 40:19

purpose 14:20 110:4

pursue 16:11

push 63:22,23, 24

pushed 38:3 154:9

put 34:20 47:24 73:14,15,18 75:5 95:18 112:7 129:15 131:24 134:2 136:6 137:14 140:22 145:20 155:25 172:14 189:25 195:7

putting 138:2 190:15,17

_____

Q

_____

quarter 61:16

question 10:6, 10,12,13,16,22 11:4,11 13:14 14:3,19 20:18 23:2 36:2 42:14 51:4 53:5 60:16 64:20 79:13 111:2 134:20 139:9 140:8,16 141:9 147:15 150:21 168:3

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKTANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

177:4 185:21

**questions**
9:14,19,25
11:19 62:11,13,
14,18,25 67:10
83:6,7 107:25
111:5 116:17
167:23 168:23
169:8,9,16,17,
21 170:15,17
172:4 173:4
174:4 189:17
191:15,19
195:17 201:7
203:5 204:1

**quick** 123:24
162:11

**quicker** 113:14

**quickly** 69:23
118:2 157:1
199:23

**quiet** 109:1,3

-----------

**R**

-----------

**radio** 63:19
64:4 79:22,23,
25

**raise** 8:23
14:24 106:25

**raised** 15:9
35:18

**raises** 191:14
205:10

**ran** 22:10 26:21
29:20 44:12,13,
22 114:15,17,
19,21 121:22
122:22,23
140:18

**range** 32:1,22
33:1 34:24
37:16,20 42:16
45:15 47:1,5
73:12 80:25
81:25 82:1
85:23 88:24
96:1,4,20 97:3
100:5,7 102:2
104:23 105:7

109:24 114:25
118:5,6,14,18,
19 119:13,16
120:11,12
121:11,16
123:8,12,14
127:3 142:1,4,
6,9,21 143:2,24
146:17 147:2
148:18 152:12
155:16 158:20,
23 161:11
167:25 168:6,
25 169:5 175:1,
4,22,25 176:7,
14,15,17,21
177:16,19
183:13 185:5,
10 186:20
188:23 190:15,
17 192:22
193:2,19
194:12 202:9
204:19,21
205:2,3,4,5

**rangers**
162:20

**ranges** 46:9
108:11 114:20
154:12 171:15

**rank** 26:23

**rapport** 73:13

**reached**
136:12,14,20

**reaching**
64:11

**react** 80:24
81:20,21,23
157:18 160:14

**reacted** 111:15
161:15

**reacting**
174:22

**reaction**
164:17

**reactive** 120:5

**read** 22:9 29:19
205:15

**ready** 12:3
103:24 104:4

**real** 72:1 81:13
109:1

**reality** 40:7
132:2

**realize** 118:2
140:21 141:20

**realized** 114:6

**reason** 9:25
10:3 11:8 21:13
32:11 36:17
37:10 40:15
60:1 75:11
98:17 107:10
120:8 125:13,
19,25 186:10
204:11

**reasonable**
11:10

**reasons** 37:4
157:6 204:9

**rec** 42:17 43:8,
9,10,11,12,21
44:3,9,18,19,21
45:9,10,12,19

**recall** 34:8
67:17 155:8

**receive** 53:8
57:5 170:20,25
188:8

**received** 23:18
48:18 53:1
60:18,19 66:7
173:17

**recert** 54:13

**recertified**
54:9,10,11

**recognize** 67:1
183:23

**recognized**
108:24 148:21,
24

**recollection**
60:22 67:14
88:4 112:3

**record** 7:2 8:15
9:7 35:10 36:6
57:21,22,23
58:15 89:21
123:23,25
124:1 125:9
126:3 144:4,8,9
150:11 166:4,6,
7 178:7,21
179:15 181:2,5
182:10 205:13
206:2

**recorded**
51:24 62:3

**records** 34:5
60:18,19 67:12

**RECROSS-
EXAMINATIO
N** 204:15

**red** 65:4 176:10
179:15 195:23

**REDIRECT**
191:17

**refer** 100:3
168:11

**reference**
116:15

**referred** 32:22
168:6

**referring** 12:17
18:3 115:9

**reflected**
52:21 67:16

**refresh** 49:2

**regard** 10:25
80:17

**regular** 31:9
65:8,10,13
203:13,14
204:2

**reigniting**
138:7,8,9

**relate** 71:11

**relating** 29:15
60:18 124:13
125:5

**relation** 35:20
78:7,19 81:2
110:12

**relationship**
108:23

**release** 63:10

**released** 63:8

**remain** 92:5

**remained**
26:25

**remember**
13:22 28:15
34:12 54:7,10,
11 86:18
146:20 167:5
169:20 170:17
172:6 173:4
176:22 185:5
187:11,13,17,
20 191:23

**remotely** 8:6,
11 129:24

**removed**
202:3

**repeat** 23:2
79:13 162:25

**rephrase**
79:17 140:16
175:23 185:15

**report** 12:19,
22,23 13:4,5
35:12,13,20
48:17 61:10
62:5 67:1
110:8,9,10,11,
12 124:13,14,
18 125:21
126:8 155:9,13
167:6,19 188:8,
10

**reporter** 7:2,4
8:13,17,22 9:3
50:11,17 51:2
57:20,23 83:23
115:18 123:23
124:1 128:23
135:4,8 147:25
148:8 152:5
156:14 166:4,7

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKTANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

177:24 181:6 205:12,16,20, 23 206:1

**Reporters** 7:5

**reports** 48:8 110:22

**represent** 7:20

**representative** 7:10

**represented** 14:17,22

**representing** 7:4

**required** 24:20 42:8 53:6 111:19

**Reserve** 205:16

**resources** 199:11

**respect** 56:23 65:23 67:13 72:6

**respectful** 109:10 202:2

**respond** 53:20 55:23,25 63:8 68:10 80:8 107:8,10,17,23 123:10 151:24 195:19

**responded** 69:5 92:6 109:12 158:16

**responder** 49:25 53:4,13, 21 54:5,17,19, 22,24 55:6,9,18 56:11,24 57:4,8 180:24 199:25

**responders** 53:3,15 55:12, 22 63:9,11 80:10 137:24 179:24 180:1

**responding** 10:13 68:7

150:22

**response** 23:19,25 30:10, 11 35:23 52:22 53:2,8 57:6,10 65:24 79:8,12, 15 81:16 140:12,17 141:3 162:11 164:19 166:16, 17 173:18 174:6,9

**responsibilities** 29:14

**responsibility** 10:5 11:3 49:11 87:25 88:20 96:8,13 107:7 110:14

**responsible** 89:13,15,18

**result** 64:9

**retrieve** 177:1

**retrieved** 177:15

**return** 126:9

**review** 22:21 52:19 155:9

**reviewed** 22:22 52:18

**ring** 78:24

**risk** 72:16 74:17 75:6,7 77:10,12 191:5 204:12

**risks** 76:24 77:6,17 163:19

**road** 157:10

**roadmap** 29:25

**roaming** 46:3

**role** 79:11,14 80:4

**roll** 37:25 38:17 41:4 42:6,7 146:4,7 163:12

**rolled** 38:3 121:11 122:17 154:8

**rolling** 94:19 146:6 153:25

**Ron** 7:12

**roof** 100:25

**room** 11:21 43:17 94:7,9

**roster** 84:1,7, 13

**rotated** 24:25 115:22

**rotates** 44:5

**rotation** 49:20

**roughly** 26:6 42:24

**round** 48:25 110:9 186:19

**rounds** 74:25

**routine** 31:19, 22,23

**rows** 87:11

**rule** 142:18

**rules** 9:20

**run** 30:2 32:3,5 72:18 101:8 114:18 162:8

**running** 46:2 82:2 121:10 145:22 148:18 162:14

---

**S**

---

**safe** 33:7,8 60:6 96:25 162:5

**safety** 23:19 25:25 37:4 39:9 45:23 60:1 107:16 163:19

**sake** 115:10

**sat** 97:10 98:2,

3 103:10,19

**Saturday** 30:24 31:1

**save** 136:23,25

**Sawyer** 8:1

**scene** 160:23

**school** 15:17, 18,24 16:15

**scream** 111:8 127:8 145:9,10, 14,22 160:13

**screaming** 111:12,14 112:9,15 114:7 117:9,10 118:8 126:23,24 127:6,7,15,22 144:24 145:2, 12 147:1 157:9 159:12 160:6 174:21,22 186:6,8,10 193:6

**screams** 112:11

**screen** 51:7 57:17 61:5 69:15 94:18 95:25 101:10 124:8 172:22, 25 177:22 178:2,3 180:6, 13 182:3 195:7 200:16

**screens** 203:17,19

**screenshots** 150:14

**screwing** 110:19

**scroll** 51:9 69:23 173:6

**scrolling** 61:10

**secondary** 64:14 106:12

**seconds**

147:13,18 148:5,7,14 178:15,24,25 181:11 182:11

**section** 70:2,3, 6,12

**secure** 33:14 39:1,13

**security** 32:23, 25 33:19 34:2, 8,14 37:2,4,8, 23 40:5 45:22 89:17 93:23 97:2 168:4 171:10,13,14, 21,23,24,25 186:19 191:5 202:9

**seg** 200:23

**segregation** 25:14

**sell** 18:12

**seminar** 48:21

**seniority** 108:16

**sense** 10:1,7 11:5 20:15 72:4 82:24

**sergeant** 30:7, 9 55:4 83:13,18 85:12 88:10,23 89:5,6,7 92:11, 18 93:5 95:7 96:10 98:20 113:3 122:4,5 124:21 183:7, 22

**sergeant's** 96:12

**series** 30:4

**sessions** 24:1

**set** 22:5 24:19 31:19,22,23 32:8,16 49:5,20 52:13 104:5 115:1 153:15 190:10 192:13

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

setting 32:2
  51:13

share 50:9,13
  53:10 57:17
  61:4 147:6
  172:22 177:21
  178:2 180:6
  195:7

sharing 148:8
  174:16 180:4
  182:1 185:1

She'd 85:21

sheets 77:13

Shift 30:6,15,
  16,21 31:14,24
  43:5 46:19
  83:11 84:1,10,
  14 85:8

shirt 203:12

shoe 170:2

short 20:14
  28:24 30:21
  85:10 123:20
  166:1

shorthanded
  165:4,5

shots 176:21

shouting
  145:3 159:11
  160:6 193:18,
  20,25

show 29:22
  47:25 48:2 50:6
  53:4 55:12,16
  61:5 66:24
  69:14 83:25
  126:16 128:21
  131:23 147:22
  150:9,18 152:2
  155:8 156:10,
  18 160:16
  166:25 167:8,9
  172:21,23
  177:22 179:10
  180:6 182:2

showed
  155:10 184:10,
  15

showing
  150:12,13
  178:18 182:5

shown 172:23
  173:4 176:21
  185:2

shows 12:6
  34:21 46:13
  156:11

Shut 37:25 42:4
  145:14

sic 54:13
  152:10 170:2

side 15:18
  37:10 38:8
  91:11,13,14,15
  99:19,25 100:1,
  7 101:5 102:8,
  21,24 105:23
  114:22 115:9,
  22,24 147:10
  176:11 188:3
  191:12

sides 47:7,15,
  16 100:17
  150:1

sign 205:15

signal 53:16,
  17,18,20 55:13,
  23,24 63:21
  79:20,21 122:4

signals 122:2,
  5,7,21

signature 67:4
  205:13

signed 62:7

significant
  37:4 159:7
  161:2 192:20

significantly
  197:5

simply 150:6

simultaneous
  186:15

Singleton
  86:17 87:1 88:7

sir 9:8,13,17
  10:15 12:24
  13:6,8,11,20
  15:4 17:13
  18:19,22 19:7,
  17 21:25 22:8,
  12,18 23:15,17
  24:5 26:14,17
  27:2 29:16
  30:3,7,11 31:8,
  15,21 32:14
  33:5,8,13,15,18
  34:1,4 39:25
  47:24 48:12,14
  55:1 56:9,22,25
  57:2,12 58:9,14
  59:15,18 61:24
  62:4 63:2,25
  64:12 68:5
  71:24 78:20
  79:10 80:2
  82:25 85:14
  87:22 133:7,9,
  11,14,19,22,23
  134:6,8,19,20
  135:16,19,23
  136:17 137:5,
  16 141:13
  143:10 160:8
  173:1

sirens 157:10

Sit 52:13 103:5

sitting 16:15
  93:4,10 98:7,8,
  10,11,21,25
  103:1 104:6
  105:6 106:24
  113:1,10
  128:22 142:19

situation 41:12
  42:10 81:21
  97:1 122:12
  132:10 134:22
  139:13,17
  140:9 151:9
  155:21 161:11,
  23 164:3 165:6
  192:5 204:1
  205:6

size 125:1
  175:7

sleeping 90:2
  187:1,2

Slow 10:24
  69:24

slowly 51:9

small 69:7
  118:22 157:24
  189:21

smaller 84:22

smell 105:1
  114:9,11
  127:23 141:23
  146:19,21,23

smells 105:7
  196:10

Smith 7:11
  28:16 35:3
  37:11 54:20,24
  65:21 83:9,14
  84:17 87:24
  88:3,11 89:5,25
  92:11,21 99:4
  102:12,23
  108:1,22 109:8
  124:14,22
  125:5,10
  126:19,24
  127:11 130:4
  131:6,15 132:3
  134:21 136:11
  138:16 140:5
  142:6 149:11,
  22 150:1
  151:13,20
  155:15 158:19
  159:24 162:1,8
  163:7 184:7,8,
  20,21 186:22
  187:25 197:11,
  17 198:19,21

Smith's 66:18,
  20 67:15
  121:22 133:21
  155:11,17
  157:22 158:6
  159:7 160:17
  161:3 167:7,12
  179:11,23
  181:22 182:16,
  20 184:5 185:4,
  10 194:15
  197:2 198:12

smoke 64:9,11
  100:13 104:25

112:21 114:9
  141:13,15
  146:21 147:3
  148:17 149:23
  158:4,8,10
  159:9 161:5
  181:24 184:1
  192:11,17,20,
  22 196:4,6,24

snarky 74:3

solemnly 8:23

somebody's
  96:8

someone's
  175:4

someplace
  47:22

something's
  193:21

sort 20:20 51:9
  107:3,17
  109:22 180:16

sound 113:23

sounds 10:20
  31:4 44:23
  57:20 59:19,20
  105:6

south 7:14
  47:15 99:25
  100:1 101:8
  105:23 106:11
  115:24

space 105:5,19
  161:20 168:9,
  11,12

spark 74:19

sparking
  204:3

speak 122:8

speaking
  42:24 88:22

special 54:2
  56:14

specific 70:20
  74:15 80:16
  83:1 90:21

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit B

**specifically** 12:17 **4** 8:16 61:23 71:11 72:16 81:22 93:2 177:9

**speech** 10:24

**spelled** 181:5

**spend** 43:21

**spent** 13:9

**spilling** 130:9

**spoken** 9:21

**spot** 27:19,20 87:4

**spots** 34:25 100:16

**spray** 81:10,11 128:4,9 138:12

**sprayed** 128:3 138:5,14

**spraying** 129:13 135:15 137:21 138:4, 11 200:6

**spread** 119:5

**spreading** 126:2 200:3

**S**t**aff** 24:7 62:2, 12 71:3 74:9 76:21 77:18 80:12 83:12,16 84:19,21 164:25 165:3 167:24

**staffers** 67:5

**staffing** 88:18

**stage** 163:7

**stairs** 114:19, 22 115:1 116:25 175:20, 21,24 193:1 194:8,11 204:18 205:4

**stamped** 173:8

**standing** 127:11 132:16,

19 134:14 146:18 179:10

**standpoint** 9:24 11:2 19:13 165:17,18

**start** 10:22 11:1,4 20:15 25:3 29:11 32:2 46:25 66:20 68:21 77:5 81:4,5 97:11 98:14,15 122:17 143:22, 23 180:5 190:3, 13 205:3

**started** 19:22 21:2 22:14 24:21 25:4 98:15 111:12, 14 114:16 146:8 167:17 172:1 175:21, 22,23

**starting** 7:17 68:19 70:15 161:5

**starts** 78:19

**state** 7:15 **8**:14 9:7 20:23,24 23:6 24:22 35:17 50:16,22 69:20 74:16 84:10 173:8 199:4

**statement** 52:23 57:6 143:6,8

**States** 7:12

**station** 92:3,4, 5,9,12,19,22 93:4,11 99:13, 22,24 102:1,20 103:6,23 104:9 106:25 110:24 112:16 113:10 114:19,21 115:1,22 116:25 141:17, 18 142:13,20 152:12 176:6,9, 11 177:18

188:14

**stay** 17:18 18:23 72:23

**stayed** 109:1 170:7

**stays** 109:3 110:5

**steel** 18:5,6,14

**step** 55:14 59:19

**steps** 55:14 73:9 122:11 139:10 140:21 146:1

**sticks** 198:7

**stills** 123:16 150:12 185:2,8

**stipulate** 8:18

**stipulated** 8:21

**stop** 53:10 174:16 180:4 182:1 185:1

**stopped** 10:22 64:7 148:8

**stops** 126:20

**story** 26:10

**straight** 16:19

**straightforward** 9:18

**stressful** 26:3

**stretched** 165:7

**structure** 168:10

**struggle** 164:25 165:1

**studied** 22:11 69:12,13

**study** 16:8 21:23 22:6,21

**stuff** 12:18 23:22 24:15 39:19 55:16

65:12,13 68:19 72:11,12 75:16 89:10 96:1 108:16 190:5,9

**subdued** 136:9

**subject** 12:2 34:14 83:2

**subsequent** 66:16

**subside** 138:6

**subsiding** 138:10

**substances** 11:18

**succeeded** 10:6

**sufficient** 120:19

**sufficiently** 138:15

**suggest** 57:15

**summaries** 124:21

**summarize** 199:16

**summary** 91:21 199:18 201:3,23

**summertime** 28:13

**Sunday** 30:24 31:1

**supermax** 21:13

**supervise** 87:25

**supervisors** 27:16,17

**supposed** 13:12 25:19,20 30:1 32:20 35:13 44:21 45:10,15 **4**8:1,3 59:17,22 72:18 73:17 80:19 81:16 **8**5:7

110:16 135:11 142:24 171:16, 17 192:18

**surprise** 131:14 145:1,4 159:6,10,14,17

**survive** 134:18,23

**swear** 8:24

**switch** 41:23 42:5 108:11,14, 15 162:22

**switches** 163:1

**Sydney** 7:3 10:20 50:10,21 53:11 57:25 83:21 115:17 124:3 147:24 152:4 156:13 177:23

**system** 38:6 41:13,19,21,22 42:1 79:11,14 80:1,3 106:14 163:15,18

_____

**T**

_____

**takes** 19:3 27:3

**taking** 93:9 103:22 185:17

**talk** 10:17,19 24:7 48:15 93:2 188:25

**talked** 37:2 66:14 115:23 167:5 193:8 199:13 **2**00:18

**talking** 13:9 41:2 57:14 116:19 191:20 193:19 204:9

**teach** 57:16

**team** 22:9 53:19 55:16,19, 21,22 56:1,6,8

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKTANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

tech 95:21

technician 7:3

televisions 200:19

telling 116:4 126:13 127:9 133:20 134:10 136:24 184:11, 23 188:11

tells 111:23

ten 17:19,20 45:11 139:20 171:19,20

terms 43:4 71:22 80:20 88:18

terrible 132:10

Terrific 12:2

test 22:1,2 52:1 54:14 133:15

tested 22:13

testified 173:17 185:23 188:4 189:17

testify 193:11

testimony 8:24 92:25 127:14

that'd 44:12 181:13

that'll 50:18 111:18 195:13 202:11

there've 66:15, 17

thin 165:8

thing 9:21,23, 24 20:12,13,20 37:7 39:5 45:5 46:12 63:4,21 80:23 81:24 84:3,4 102:3 109:7,22 114:13 116:24 122:9 125:8 135:21 144:14

165:15 174:13, 24 184:10

things 11:7,13 12:25 21:18,20 22:3 23:21 30:5 38:21,25 39:17 41:4 48:17 56:21 81:23 82:5 95:24 111:24 122:3, 25 123:9 149:11 166:12 170:19 199:13 202:8 204:19

thinking 120:4

this'll 152:4 156:12

Thomas 8:9

thought 30:14 82:15 137:3 139:5 174:10

threatening 119:1 161:19

Thursday 30:23,25

ticket 202:6

tier 35:3 37:9, 11 38:9 41:13, 16,17 89:5,19 108:9 118:11, 13 121:15 130:12 149:24 150:2 153:25 154:1,5 158:11 166:15 168:6, 14,15,21 194:8 196:13

tiers 41:13,18 47:13 73:6 89:13,15,18 91:24 100:3 108:10,19 110:13 115:2

tightens 38:18

time 7:7 10:17, 19 13:9 19:15 20:7,14 24:23 27:1 28:25 32:16 34:21

35:19 37:12 43:21 44:4,5,9, 14,24 45:7 46:15 48:1 51:20 52:19 54:8,24 55:1 57:11,16,21 58:1,21 72:25 73:1 74:13 83:8 87:1 88:3 91:24 92:9 93:17 97:12,13 98:23 99:10 110:25 111:20 113:13 123:21,24 124:4 128:2 135:18 142:21 143:7,14 145:22 147:13, 17 152:10,18 154:11 156:18 160:6 162:1 165:4 166:5,10 171:24,25 176:1 178:8,9, 13,14,19,20,24 181:10,16,18 183:7 184:12, 19 188:22 199:12 201:1, 16

time-wise 111:13

timeout 140:20

times 28:2 48:13 54:15,16 64:6 86:8 93:3 111:18,25 186:12 189:18 192:8

timestamp 178:6 181:3,8 182:9

timestamped 111:17

today 7:4,6 8:2 9:14 11:15 12:3 30:21,22 58:1 73:5 112:3 124:4 166:9

told 27:6 91:16 109:12 120:9,

23 184:11

ton 195:10 196:4

top 20:3 87:7 100:21 102:2 158:7 167:9 178:6 182:12, 13 194:11

total 48:9 67:15 83:16 88:6

totally 154:22 172:17

touch 14:24 134:4 138:16 140:1

tough 25:18

track 111:20 147:24 203:18

tragedy 165:19

train 21:11 30:13 49:24

trained 48:23 63:12 82:19 129:7

training 21:3, 17 23:25 28:2 48:16,21,25 49:2,12,23 50:1,3,16 51:10 52:21,25 53:6, 8,14,22 54:3,6, 15,19,21,22,24 55:6,9 56:4,24 57:4,8,9,10 66:7 71:17 78:18 80:16 82:16 83:2 151:23 163:24 164:11 170:16, 21 171:3,4,6 173:9,17,21 174:5,8,11,14

trainings 21:7, 18 48:18,20 51:15,18,19,25 52:11,12,14 170:20,22,24 171:2

transcript 10:11 205:17

transition 27:15

transitional 25:8

trick 10:23

trip 86:20,24

tripped 112:21

trouble 16:22

trucks 157:9

true 122:25 145:7 204:4

trusted 115:16

truth 8:25 9:1 132:22

Tuesday 30:22,25

tune 160:7

turn 17:2

turned 93:5 97:15

TV 187:21,22 200:25

two-and-a-half 160:22

two-day 31:4

two-page 61:9

type 81:8

typed 12:22,23 13:5

typical 88:16

typically 171:14 172:5 176:5 186:2,3 189:21

—————————

U

—————————

Uh-huh 27:5 61:12 73:25 81:19 101:21 156:21 169:22



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit B

uncommon 106:24

understand 9:25 10:10,12 20:10 37:7,12 51:23 93:23 94:13 103:15 110:2 128:1 134:12,15,17 161:17

understanding 16:13 32:15 45:14 49:19 166:19

understands 106:7

understood 95:10 116:10

unit 22:8,10 23:10 25:5,8, 11,14,24 26:1, 11 34:9 55:15 59:5 60:2 63:15 64:14,18 73:12, 14 86:19,23 188:19 203:20

United 7:12

units 23:21

University 16:3,5

unlike 138:1

unlock 37:19 38:17 41:3,5,7, 24 132:13 153:9,23

unlocked 37:24 38:2,9,23 153:12,13

unlocking 38:15 42:8 146:8

unroll 154:1

unrolled 38:14,15,22 121:11

unrolling 152:24 153:1,5, 8

unusual 114:11

upper 148:4 150:20 154:12

upstairs 21:8,9

upward 130:12 141:20

upwards 126:3

urgency 194:5

usable 132:13

—————

**V**

—————

vague 77:1 90:17,20

Valencia 7:10

verbal 74:8

vicinity 155:16

video 7:3 12:6, 11,13 13:4 45:25 93:13 111:23,24 126:13 131:24 133:3,6,24 135:10,12,13 136:17 137:1,5, 20 146:11,16 148:5 149:14 150:15 167:1 178:5,10,19 179:8 182:10

videoconferen ce 7:8 57:25 124:3 166:9

videos 12:5

view 189:8

views 188:20

vigilance 162:11 163:19 204:10

vigilant 72:5 165:7 204:11

Vincennes 16:3,5,7

Vincent

183:10,12

violence 40:16

visible 125:10, 16 154:22 155:10,17 158:4 167:6

visibly 167:21

visitor 32:11

visual 105:7

voice 10:2 107:1

volume 17:2

—————

**W**

—————

Wacker 7:5

wage 20:1

wager 27:12

wake 90:4

walk 29:21 32:1 42:16 43:3 47:1,9 73:12,14 108:19 133:24 142:22,24 171:17,19,20 189:2,4,5

walked 33:1 35:9 99:7 133:20 185:10

walking 32:22 35:2 73:5 97:3 99:7 168:5 177:1 202:9 205:3

walks 30:4

walkway 118:16

wall 34:20 100:17,20 182:24 198:15

walled 104:10 105:13

walls 34:20 93:16 100:19 104:14

Walton 85:13, 17 88:10 89:6,7 92:13,14,18 98:20 113:4,7 122:8 124:22 134:22 142:9 155:16 158:19 159:24

wand 35:6

wandering 45:15

wanted 9:15, 22 19:9 27:17 39:6 46:13 48:19 58:4 122:7 166:13, 25 199:16 203:5

wanting 96:25 97:1,2

watch 12:6,10 96:8,10,13 126:15,16 133:1,3 135:10, 12,13 136:16 137:4 146:11, 16

watched 12:5 96:11 133:24

watching 144:16,17,19, 20 156:4

water 64:24 65:2,5,8,9,13, 19 66:2 69:5 76:10 117:18 118:3 119:23 126:5 127:10 128:5,6,9 129:12 138:1 145:25 148:22 156:1 157:25 195:22

water's 66:4

weapons 55:16,21 56:1, 5,6

wear 17:6

Wednesday

30:23,25

week 13:22,23 30:19,24 31:5, 9,12 49:6,9,12 51:23,25 52:13

week-long 49:8

weeks 29:11 50:3 53:1,6 108:2,25

weight 43:17

well-known 204:5

west 15:18 35:4 101:5 105:24 106:2 114:22 115:9 116:4,20

Westville 21:11,12

whatnot 104:25

whatsoever 57:10

wheel 115:16

white 106:12 203:12

whoever's 62:21

wick 190:8

wicks 190:9

wiring 74:12 187:23 190:19 191:4

wise 45:13

woke 187:3,4

word 45:13 168:18

words 69:8 112:7

work 16:14,18 20:7,8,11,15,16 25:22,23 26:18 30:19,23,24,25 31:9,12,20

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**

32:11 39:20,24
44:25 45:2
48:20 49:11
65:19 66:4
75:13 95:14
150:4 169:25
192:19 195:14

**worked** 14:5
18:1 86:8,9
95:18 169:20

**worker** 46:4

**workers** 46:8,
9,11

**working** 17:14
46:5 93:17,18,
20 94:14,15,17,
20 95:2,3,5,8,
11,23 96:18,23
188:21 192:18

**works** 65:19

**worse** 149:12

**would've**
154:24 155:17
158:20,24
161:11,14,15
168:1

**Wow** 115:10

**write** 109:20
201:16 202:6,
12,14

**writeup** 201:9

**writhing** 132:3
149:15

**written** 172:14
173:21 188:8
201:12

**wrong** 33:12
116:12 186:25
193:21 194:8

**wrote** 12:19

_____

**Y**

_____

**yard** 43:18,19

**year** 15:19
16:1,8 28:11
48:25 49:20,22

50:4 53:7 54:9
67:1 170:7,10,
12

**yearly** 170:22,
23,24 171:2

**years** 17:6,19,
20 18:25 25:17
26:5,19 48:19
54:8,18 61:16
67:14 68:10
193:17

**yell** 106:23

**yelling** 111:8,
14 118:8 147:1
186:6,8,9,15
193:5 204:20

**yells** 107:8

**yesterday**
35:19

_____

**Z**

_____

**zone** 87:14
178:13

**zoom** 7:21 8:3,
6 10:2,18
181:11 182:9



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit B**