

LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA

# CASE NO. 3:24-CV-00185

## MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON HER OWN BEHALF

## V.

## RON NEAL, ET AL.

**DEPONENT:**

**KEVIN CROSS**

**DATE:**

**March 25, 2025**



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856  |  502.589.2273

www.kentuckianareporters.com

**Exhibit C**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185


MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF,

Plaintiff,


V.


RON NEAL, ET AL.,

Defendants


DEPONENT:  KEVIN CROSS

DATE:      MARCH 25, 2025

REPORTER:  OLIVIA M. SIS

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Locke Bowman, Esquire

Loevy & Loevy

311 North Aberdeen

3rd Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: locke@loevy.com

(Appeared via videoconference)



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

APPEARANCES (CONTINUED)


ON BEHALF OF THE DEFENDANTS, LIEUTENANT DENNIS KOEN, CAPTAIN VINCENT MCCORMICK, SERGEANT AMON LEE, SERGEANT JENIENE WALTON, OFFICER DARNELL CROCKETT, STEVEN MCCANN, LIEUTENANT LATRICE JONES, SERGEANT ERNEST WILLIAMS, SERGEANT MICHAEL EVERETT, OFFICER JAYLON SINGLETON, WARDEN RON NEAL, CHRISTOPHER BEAL, KEVIN CROSS, ART KAUFMAN, ANDREW KMITTA, JASON NOWATZKE, NADINE SMITH, DOUGLAS WARDLOW, DEBORAH TAYLOR, JANILLE WHITAKER, AND DANIELLE BROWN:

Brandyn Arnold, Esquire

Office of the Indiana Attorney General

Indiana Government Center South

302 West Washington Street

5th Floor

Indianapolis, Indiana 46204

Telephone No.: (317) 232-6201

E-mail: brandyn.arnold@atg.in.gov

(Appeared via videoconference)



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

INDEX

|  | Page |
|---|---|
| PROCEEDINGS | 7 |
| DIRECT EXAMINATION BY MR. BOWMAN | 8 |
| CROSS-EXAMINATION BY MR. ARNOLD | 151 |
| REDIRECT EXAMINATION BY MR. BOWMAN | 155 |
| RECROSS-EXAMINATION BY MR. ARNOLD | 159 |

EXHIBITS

| Exhibit | Page |
|---|---|
| 1 - SAP SuccessFactors Learning History - Kevin Cross | 18 |
| 2 - Indiana Department of Corrections Fire Drill Evacuation - August 3, 2022 | 50 |
| 3 - Indiana Department of Corrections Fire Drill Evacuation - October 18, 2021 | 53 |
| 4 - Indiana Department of Corrections Fire Drill Evacuation - March 1, 2023 | 55 |
| 5 - Indiana Department of Corrections Fire Drill Evacuation - April 2, 2020 | 55 |
| 6 - Quarterly Fire Drills Questions for Fire Preparedness | 58 |
| 7 - Indiana State Prison A-Cellhouse Fire Evacuation Plan | 85 |

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

EXHIBITS (CONTINUED)

EXHIBIT                                                    Page

8 - Indiana Department of Corrections

    Internal Affairs Division Report of

    Investigation - March 7, 2023                          102

9 - Indiana Department of Correction

    Post Orders - August 1, 2019                           112

10 - Still 9 - January 14, 2023,

    10:58:23 a.m.                                          112

11 - Still 12 - January 14, 2023,

    10:59:04 a.m.                                          141

12 - Still 4 - January 14, 2023,

    10:56:00 a.m.                                          144

13 - Still - January 14, 2023,

    12:01:06 p.m.                                          148

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**KENTUCKIANA**
— COURT REPORTERS —

**Exhibit C**

STIPULATION

The VIDEO deposition of KEVIN CROSS was taken at KENTUCKIANA COURT REPORTERS, 730 WEST MAIN STREET, SUITE 101, LOUISVILLE, KENTUCKY 40202, via videoconference in which all participants attended remotely, on TUESDAY the 25th day of MARCH 2025 at 10:01 a.m. (CT); said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure.  THE OATH IN THIS MATTER WAS REMOTELY ADMINISTERED AS PERMITTED BY INDIANA SUPREME COURT CASE NO. 20S-CB-123.

It is agreed that OLIVIA M. SIS, being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

PROCEEDINGS

THE REPORTER:  We are now on the record. My name is Olivia Sis.  I'm the online video technician and court reporter today representing Kentuckiana Court Reporters located at 730 West Main Street, Suite 101 in Louisville, Kentucky 40202.  Today is the 25th day of March 2025 and the current time is 10:01 a.m. East -- Central Time, not Eastern Time.  My bad.  We are convened by videoconference to take the deposition of Sergeant Kevin Cross in the matter of Mysti Valencia, as personal representative of the estate of Michael Smith, and on her own behalf v. Ron Neal, et al, pending in the United States District Court for the Northern District of Indiana South Bend Division, Case number 3:24-CV-00185.

Will everyone but the witness please state your appearance, how you're attending, and the location you're attending from starting with the plaintiff's counsel?

MR. BOWMAN:  Hi, my name is Locke Bowman. I am here on behalf of the plaintiff.  I'm attending by Zoom from my office in Chicago.

MR. ARNOLD:  I'm Brandyn Arnold with the Indiana Attorney General's Office on behalf of the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

defendants, and I'm appearing via Zoom from Indianapolis, Indiana.

THE REPORTER:  All right.  Thank you.  And previously off the record, we agreed to stipulate to the identity of Sergeant Cross.  Do we still agree at this time?

MR. BOWMAN:  We do.

MR. ARNOLD:  We do.

THE REPORTER:  All right.  Thank you. Sergeant Cross, will you please raise your right hand to be sworn in?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THE REPORTER:  All right.  Thank you. Counsel, you may proceed.

DIRECT EXAMINATION

BY MR. BOWMAN:

Q.  Good morning, Sergeant Cross.  As I said, a few minutes ago, my name is Locke Bowman.  Could you tell us your full name please?

A.  Kevin Jevor Cross.

Q.  And you are currently a sergeant in the Indiana Department of Correction?

A.  Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q.   So I would address you as Sergeant Cross if I was being formal.

A.   Yeah, you could.

Q.   Okay.  All right, that'll be the plan then.  I wanted to begin just with some introductory stuff that I will always do.  Have you given a deposition before?

A.   Actually, this is my first one ever in life.

Q.   Okay.  Well, it's hopefully pretty painless process.  I want mention some things.  I'm guessing you've heard this before, but my job is to ask you questions and your job is to answer the questions.  The first rule is that you should wait and make sure that I've completed my question before you start your answer and that's what's going to help Olivia with taking down an accurate transcript of the questions and the answers, getting everything in order.  When two people are talking on Zoom at the same time, it becomes impossible to understand what's being said, so please be careful to wait.  You know, I'm slow of speech, but be careful to wait and make sure I've stopped asking before you start answering.  Does that make sense?

A.   Yes, sir.

Q.   Then it's my responsibility to give you the same courtesy.  You're entitled to give a full answer to every question that I ask.  So I should wait until

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

you've completed your answer before I start the next question.  Second rule is that the answers should be verbal.  "Uh-uh" or "uh-huh" and the like are expressions that are ambiguous.  So if the proper answer is yes or no, you should say that.  That makes sense, right?

A.    Yeah.

Q.    And then the last thing is that you are absolutely entitled to questions that you can understand.  So if for any reason you don't understand what I'm asking, your job is to let me know that you don't understand.  Will you do that?

A.    Yes, sir.

Q.    The reason that's important is that we will be making a transcript.  Everybody who reads the transcript is going to make the assumption that you heard and understood the question and that your answer is responsive to the question that's been asked.  So that's why it's important to be sure that you're clear as to the meaning of the question before you give an answer.  If you tell me you don't understand something, my responsibility is to try and ask it in a better way until it is comprehensible or else give up and ask a different question, all right?

A.    All right.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.   Obviously, if you need to take a break for any reason, just give us the hi sign and let us know.  This is not an endurance contest.  I'm not trying to be harassing or difficult to you in any way.  The only proviso is that if there is a question pending, we'll expect you to complete your answer to the question before you -- before we take a pause, okay?  And I didn't hear your last answer.  I don't know if there's an adjustment that you can make on your computer. You're a little bit soft when you answer.

A.   You couldn't?

Q.   Now, that's just fine.  You're coming through maybe just a little closer to the microphone.

A.   Right, yeah.

Q.   Yes.  There you go.  Thanks.

A.   Okay.

Q.   So you are ready to take this deposition today, right?

A.   Yes, sir.

Q.   And have you looked at any materials in order to get ready for your deposition?

A.   To be honest, no.

Q.   Okay.  Have you had an opportunity, and I don't know what -- don't want to know what the conversation was about, but have you had an opportunity

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

to speak with your lawyer, Mr. Arnold, before today's deposition?

A.    Yeah, it may.  Yeah.  Yes.

Q.    About how long did you speak with Mr. Arnold for?

A.    For about 30 minutes.

Q.    Was it just the two of you?

A.    Yeah.

Q.    And when was that conversation?

A.    Thursday, I think.  I don't know the exact date.

Q.    Just the one talk for 30 minutes last week?

A.    Yeah.

Q.    I have to ask you this.  Is -- could -- I am prohibited from contacting you for as long as you are represented by Counsel, and I will not do so, but I would like for our records to have your telephone number in case there should be a development in the case where you choose not to be represented by the Attorney General anymore for some reason.  Could you please give me your cell phone number just for our records?

A.    Right.  (773) 531-0081.

Q.    And I didn't hear that.  (773) 531 --

A.    Yep, 0081.

Q.    Got it.  Thank you.  Could you tell me how old



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

you are, sir?

A. 39.

Q. Where did you grow up?

A. Chicago, Illinois.

Q. Do you still live in the city?

A. Yeah. I be back and forth from out there to here.

Q. You live south?

A. Yeah.

Q. And you commute over to Michigan City every day?

A. Yeah.

Q. Every day you're working?

A. Yeah. If I don't stay at a friend's house or something.

Q. I see. Did you go to high school in Chicago?

A. Yes, sir.

Q. Graduate?

A. Yes, sir.

Q. Where did you graduate from?

A. Gage Park.

Q. What year?

A. 2000 and what, like, '03, '04? So long ago.

Q. Well, speak for yourself. How -- what did you do after you got out of high school?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Just work, I got a job at a meat factory. Yeah.

Q.    What was the name of the meat factory?

A.    Ramarc Food.

Q.    Where was that at?

A.    Like on 46 and Halsted.

Q.    Okay.  How long did you work there?

A.    Like what, four years, five years?

Q.    Did you do like line meat packing work or something?

A.    No, it was like in a -- it was like a below zero that served like brisket, all that type of stuff. Yeah, filet mignon and stuff like that.

Q.    And you packaged?

A.    Yeah, we boxed it up and shipped it out.

Q.    How -- and I think you just answered this question.  Tell me how long you worked there because it slipped my mind just now.

A.    How long have I worked here, or...

Q.    No, at the meat packing firm.

A.    Well, like, four years, five years.

Q.    Then, what did you do?

A.    I started security.

Q.    Who did you work for?

A.    Kates Security.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit C**

Q.    And you took various jobs around Chicago?

A.    Yeah.  Well, that was my second job right there, the security.  Then, I went to armed security and that was it.

Q.    So you had a couple of different companies that you worked for doing security work?

A.    Well, just one.  Well, yeah, two.  Two, two.

Q.    And did you carry a weapon?

A.    Not right then and that until afterwards, probably like a couple of years after I became armed.

Q.    And am I correct that after a stint in private security, you went to Indiana Department of Correction?

A.    Yeah.  Well, probably like five years ago, right?  Like 2019.

Q.    What was the reason that you chose to apply for a job at IDOC?

A.    Honestly, benefits and stuff like that like medical benefits.

Q.    So it was a good secure job if you could land it.

A.    Right.

Q.    When -- and your best recollection is you started with IDOC in about 2019?

A.    Yeah.  October, 10-21-2019.

Q.    When you joined IDOC, did you need to go

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit C**

through a training program?

A.    Yes, sir.

Q.    How long was that?

A.    Well, it was for a while.  We had -- we did our training in ISP a little bit, then we had to go to Westville for training, and then we had to come back to ISP for training, then we had to go behind the wall to -- with FTOs to learn how to do things.

Q.    When you say "FTOs," you're referring to field training officers?

A.    Yes, sir.  Field training officer.

Q.    So the training involved sometime in Michigan City and then sometime over in Westville, then back to Michigan City, and then you had a period as a trainee working with an experienced officer?

A.    Right.

Q.    In your training, did they teach you anything about fire prevention?

A.    Of course, we had -- in the training, we had -- class is talking about like hazmat, what, like, the ABC fire extinguisher, water extinguisher, and let us know what ABC fire extinguisher is used for like electricity, and stuff like that, so on and so on.

Q.    So you learned about the difference between a water extinguisher and the chemical ABC extinguisher?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Right.

Q.    Anything else about fire prevention that you learned?

A.    I don't know.  That's all I can recall for right now.

Q.    Okay.  Do you think that there was more that you're just not recollecting?

A.    Yeah.  I'm just not recollecting everything, but we have, like, a restart class every year.

Q.    So every year, you do -- I've heard from other folks who we've asked questions of that every year you're required to do a week of training.

A.    Right.

Q.    That's a 40-hour process.

A.    Right.

Q.    And that consists of coming in and instead of going to your assigned location in the facility, you go someplace, sit behind a desk, and listen to people talk about various subjects.

A.    Right.

Q.    Is that a yes?  I didn't --

A.    Yes, sir.  Yes, sir.

Q.    The -- those 40-hour trainings, they include computer training?

A.    Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    And you -- when you do the computer portion, you take an online test to make sure that you have mastered the material and understand?

A.    Right, various of tests.  And yeah, we call them CBTs.

Q.    What does CBT stand for?

A.    Computer -- I don't recall it, but I know it's a lot of tests that we have to do on a computer about the job.

Q.    So I'm going to show you what will be marked as Exhibit 1 to your deposition.  It's computer printout.  It's -- the title of it is Learning History, and my understanding is that this applies to you.  And this learning history here is -- let me just go here and check.  It's 32 pages long.  Is this a document you've ever seen before just as I scroll through it?

        (Exhibit 1 was marked for identification.)

A.    Yes, sir.

BY MR. BOWMAN:

Q.    Is -- I am sorry.  I didn't hear.  Is that a yes?

A.    Yes, sir.

Q.    And is that an accurate record of your computerized training history?  And if there's a part of this you'd like to have me slow down on, I'd be happy

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

to.

A.    Yes, sir.  That's everything.

Q.    **Yeah.  You see at the top?**

A.    I see my name right there at the top.  Yes, sir.

Q.    **Yeah, that's you.  And then it goes through with everything.  Now, it's accurate is it not that your computerized training as reflected on this record includes no training with respect to fire response or fire prevention, fair?**

A.    What is like -- can you repeat that, over?

Q.    **Sure.  It is true is it not that the records of your computerized training, which we just marked for identification as Exhibit 1 to your deposition, contains no record of training as to fire response or fire prevention?**

A.    No, I can't say that's -- not, no.

Q.    **Well, do you think it does?**

A.    Yeah, it don't -- we take one on the computer for it, I think.  Yeah.

Q.    **Well, let's go back to Exhibit 1 again.  And we'll start on the first page here.  There's training on preventive care.  What you need to know that you completed on July 18 of last year, 2024.  Did that have something to do with fire prevention?**

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.   I'd definitely have to look at it to see because, like, as in I don't recall it 100 percent.

Q.   Well, the title of it says nothing about fire prevention, right?

A.   Right.

Q.   There's another training that you completed that same day called "Nowhere to Go."  You remember what that training was about?

A.   See, all this training that we was doing, it was like in the midst of, like, last year, I think.

Q.   I mean, you can't really remember the training, right?

A.   Right, right.  I can't remember everything. It's just when I had them days, then I could focus on that at that point in time.

Q.   Sure.  If you're being honest under oath, as you have to be, do you have any memory of being trained on fire prevention at your training last July?

A.   Yes, sir.

Q.   Okay.  What was that training?

A.   It was talking about like I -- like I stated earlier about the ABC and the water fire extinguisher. It was talking about how we can evacuate people.  It was talking about a lot of things.

Q.   All right.  So who was the instructor who

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

provided that training?

A.   Was it -- don't let me tell them story.  What?  Neucart or Neucart and the -- yeah, I think it was Neucart.

Q.   Neucart?

A.   Yeah.

Q.   Okay.  What is Neucart's expertise on fire prevention?

A.   Well, he's the person that trained us upstairs.

Q.   Okay.

A.   I -- I can't tell you what's his background on it.

Q.   Okay.  So you understand I could take Mr. Neucart's deposition.  Would he confirm what you're saying that he gave you training on fire prevention?

A.   Yeah, I think he would -- he should.

Q.   Okay.

MR. ARNOLD:  Objection as to form, but you can answer.

BY MR. BOWMAN:

Q.   Yeah.  Can you tell me why others have testified contrary to you that at this annual training, there is no training on fire prevention or fire response?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

A.    Others --

        MR. ARNOLD:  Objection as to form, but you can answer.  You can answer.  Go ahead.

        THE WITNESS:  You said I can answer.  Okay.  Now what did -- what did you -- what -- what did you say again, sir?

BY MR. BOWMAN:

Q.    **Your testimony is contrary to the testimony of others who've said that there was no training on fire prevention and fire response in the annual trainings.**

A.    Well, that's not true, right there.

Q.    **So they all have it wrong.**

A.    Yeah.  Right.  We all have fire training in there because how do we know how to help -- help the inmates, if anything goes wrong.

Q.    **Okay.  Well, it is important to be well-trained, isn't it?**

A.    Right.

Q.    **It's important to have a muscle memory of what to do and how to respond to a fire, right?**

A.    Right.

Q.    **It's important not to make mistakes, right?**

A.    Well, I can't say -- I can't say all that.

        MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    You can't say it's important not to make mistakes?

A.    It -- of -- of course it is.

MR. ARNOLD:  Objection as to form.

THE WITNESS:  Everybody makes mistakes sometimes.

BY MR. BOWMAN:

Q.    But you're laughing about how everybody makes mistakes.  Why is that humorous to you?

A.    No, it's not humorous.  I'm just stating, like I said, saying it's important for people to make mistakes, but everyone going to make a mistake here and there, I guess.

Q.    Right.  You understand that you made a terrible mistake in your response to the fire that killed Michael Smith, right?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  Can you repeat that one more time what you said?

BY MR. BOWMAN:

Q.    Yeah.  Did you make a terrible mistake in your response to the fire that killed Michael Smith?

A.    No.

Q.    You didn't make a mistake?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.   No, I tried --

Q.   **Do you think you did everything right?**

A.   I tried everything that I could for that --

Q.   **My question is, do you think you did everything right?**

A.   Yes.

Q.   **Did anybody ever tell you made a mistake?**

A.   No.

Q.   **Do you have any recollection of your response that causes you to conclude, "Wow, as I look back on that, I made a mistake"?**

MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Q.   **There is a question pending.  Sergeant Cross?**

A.   Yes, sir.

Q.   **Do you need the question read back to you?**

A.   Yeah.  Repeat that one more time?

MR. BOWMAN:  Sure.  Olivia, I'm going to ask you to read the question back to mister -- to Sergeant Cross.

THE REPORTER:  Sure.  Give me.  Just one moment, Counsel.  All right.  Here we are.

(The requested question was read back.)

MR. BOWMAN:  I think it's causes with an S, not a D.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit C**

THE REPORTER:  That's correct.  Thanks, Counsel.

THE WITNESS:  No, I don't.

BY MR. BOWMAN:

Q.   So you think you handled it perfectly?

A.   I handled it the best that I could.

MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Q.   Do you think you handled it perfectly?

A.   Yes, sir.

Q.   Okay.  Operationally, is there -- has anyone ever said to you, Sergeant Cross, you should be aware that you made a mistake in your response to this particular fire.  Don't let that happen again?

A.   No.

Q.   Has anyone ever said that to you?

A.   No, sir.

Q.   Okay.  And you're smiling now, are you -- you're feeling pretty confident about your response?

A.   No.  I'm always going to feel comfortable about my response.

Q.   And when I say "response," I mean, your response to Mr. Smith as he was burning to death in his cell?

A.   No, I -- I don't get what you're getting at,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

what you're saying.

Q.    This is all just a mystery to you, what I'm referring to.

A.    No, it's not.

Q.    It's not a mystery.  Well, why are you saying you don't get what I'm asking?

A.    I'm just saying I'm trying to make you repeat what you're saying because I'm -- I kind of lost a little bit.

Q.    You -- how am I confusing you?

A.    The questions.

Q.    Okay.  All right.  Well, we'll come back to your response here in a little bit.  Have you ever heard of the emergency fire plan of the Illinois State -- or of the Indiana State Prison in Michigan City?

A.    Have I ever heard of it?  Yes, I heard of it.  Yes.

Q.    Have you ever studied it?

A.    Well, I read upon it a little bit.  Yeah.

Q.    When did you read it?

A.    We studied it.  Like, when I first started and I just read upon it, like, so I could try to lock it in.

Q.    Okay.  What does it -- what have you -- what do you remember about it?

A.    A lot about evacuation to try to -- the -- the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

-- basically the safety of the incarcerated individuals and stuff like that.

Q.    So it's about the safety of incarcerated individuals and evacuations?

A.    Yeah.

Q.    Do you have any other recollections of that?

A.    No, not right off bat.

Q.    When did you last look at it?

A.    I can't recall.

Q.    Well, was it this week?

A.    No, it definitely wasn't this week.

Q.    Did you look at it this year?

A.    No, probably like last year.

Q.    Have you looked at it since Mr. Smith died?

A.    Of course.

Q.    What was the occasion for your looking at it after Mr. Smith's death?

A.    No, just the -- writing myself up on what's going on in prison, so I could be ahead.

Q.    Let's talk a little bit about your progress in the Indiana Department of Correction.  You say you went through your basic training in 2019 in October?

A.    Yes, sir.

Q.    How long did the basic training last total?

A.    Probably, like, a couple of months.  Well,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

like, three months -- I -- I don't know right off bat, like, three months. It was a long -- it was a long process.

Q.   Have you worked at the Indiana State Prison the entire time that you've worked for IDOC?

A.   Have I worked at the Indiana State Prison?

Q.   Right. Has your assignment been to the prison in Michigan City the entire time?

A.   Yeah, just ISP. Yeah.

Q.   All right. And you started at some point sounds like early 2020 as a correctional officer at the Michigan City facility?

A.   Yes, sir.

Q.   How long -- what were your duties initially when you started? Where did you -- where -- what was your assignment?

A.   Basically like cellhouses, wherever cellhouse they put me at.

Q.   So the records that I've seen indicate that you've been in D and C and A at various points; is that accurate?

A.   Yes, sir.

Q.   Any others?

A.   I probably worked ISO one time and B boy, like, two weeks or a week or something like that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.   What is ISO?

A.   That's the low-level guy, the low level.

Q.   It's the low-level guys.  So it's a low security section of the prison?

A.   Yes, sir.

Q.   And what is the makeup of the prisoners there?

A.   Well, I get -- well, only how I could explain it is, like, the people that has got what, like, five to ten years left.  That's how I could explain it.

Q.   So those nearing the end of their sentences.

A.   Right.

Q.   And there's a special section of the prison for those individuals?

A.   Right.  It is outside the wall.

Q.   Outside the wall, got it.  And then you referred to another location where you have been assigned for some period of time.  What was that?

A.   B-Cellhouse, that's inside the wall.

Q.   D like David?

A.   No, B like boy.

Q.   Okay.  That's pretty much a mirror image of A, right?

A.   You could say that, yeah.

Q.   Well, if I said that, would it be accurate?

A.   Well, no, it wouldn't be accurate if you said

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

it, but it's -- it's all the -- basically kind of similar. It's just lesser -- it's lesser incarcerated individuals in B-Cellhouse.

Q. When you say "lesser incarcerated individuals," what are you referring to?

A. What, like, an -- it's probably like 200 or something like that.

Q. There are fewer prisoners in B than in A?

A. Right.

Q. Other than that, the physical structure of the cellhouses is quite similar; is that correct?

A. Yes, sir.

Q. They were both built at the same time, right?

A. Yes.

Q. Right. I mean, if you just look at them, you can see that they're both from the same era, right?

A. Right. Yes.

Q. And they are laid out in the same way?

A. Yes, sir.

Q. So when did you start in A -- did you have two periods of time when you were in A-Cellhouse?

A. Yeah. When I first started, I was in A when I first started it.

Q. Back in 2020?

A. Yeah, yeah.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    And then you had a second stint in A-Cellhouse that included the -- your incident that brings us here today, right?

A.    Right.

Q.    And what was that period of time?

A.    I can't tell you, like, right off bat, like how long was I in there, but I know when I left out a D-Cellhouse, that's when I went to A-Cellhouse.

Q.    So you went from D to A?

A.    Yeah.

Q.    And then are you currently assigned to A-Cellhouse?

A.    No, I'm Checkpoint-2 right now.

Q.    And that -- what is that?

A.    That's the street sergeant, like, line movements and stuff like that.

Q.    And when you refer to the street, you're referring to the main passageway through the --

A.    You have to go through and they can go to back street passes, and stuff like that.

Q.    So your position involves managing people as they're moving for various purposes through the institution?

A.    Yes, sir.

Q.    Is that the job that you got when you became

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

sergeant?

A. No. When I became sergeant, actually, I was in A-Cellhouse.

Q. Okay. They had you in charge of A-Cellhouse?

A. Yeah.

Q. The -- and then how long were you in charge of A-Cellhouse?

A. From -- well, I'll say, like, ten months.

Q. When did you become a sergeant?

A. Last year June.

Q. So June of '24?

A. Yes, sir.

Q. And so from June of '24 until -- well, from June of '24, it hasn't been ten months, so...

A. No, it ain't been ten months. It's been lesser because I know I just had my newborn, so I was off for a little while.

Q. Congratulations on that.

A. Thank you.

Q. What -- how long have you been in your current assignment?

A. Not that long, probably, like -- I don't remember right off back. I'll say two weeks to a month.

Q. Okay. So you're very new at this job?

A. Yeah, at this Checkpoint-2.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

Q.    Particular assignment?

A.    Yeah.

Q.    The -- did it go that you were off for parental leave and then you came back and got a new assignment?

A.    No because when I came back off -- on -- off of maternity leave, I was back in A for a little while longer.

Q.    Okay.

A.    And then we signed off on paperwork to switch me to Checkpoint-2.

Q.    Okay.  So as you think about it, have you been a sergeant longer than since last June?

A.    No.  No.  Well, no.  No.  I might been running units from time to time.  But other than that, no, I wasn't a sergeant, but --

Q.    You might because you were an experienced CO, they might put you in a sergeant position even though you weren't actually a sergeant.

A.    Right.

Q.    And your best recollection is that they promoted you in June of last year?

A.    Yeah.

Q.    Did you have to take a test?

A.    Did I have to take a test?  No, I just had to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

do -- I had to interview for that position.

Q.   Who did you interview with?

A.   God.  Shoot.  Lieutenant -- two lieutenants.

Q.   Okay.  All right.  What are the duties of a correctional officer?

A.   What is the duties of a correctional officer?

Q.   Right.

A.   Maintain the safety and the security of the prison.

Q.   So the job of a correctional officer is to make sure that everybody is safe and that everybody is secure; is that right?

A.   That could be.  It's more to that, too, but yes.

Q.   Well, that's a -- that's a short summary of a job that has many components and many facets, right?

A.   Right.  Yes, sir.

Q.   The fundamental is keep everybody safe and keep everybody secure, right?

A.   Yes, sir.

Q.   And that includes not only prisoners, but also others who are in the facility.  Staff, visitors, everybody, right?

A.   Right.  Yes, sir.

Q.   And part of that responsibility means being

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

alert at all times?

A. Yes, sir.

Q. Being aware of what's going on around you at all times?

A. Yes, sir.

Q. You're trained on this, right?

A. Yes, sir.

Q. That was part of your basic training and it's part of your annual training is --

A. Yes, sir.

Q. -- know where you are, know where to go, know what you're doing, and be aware of what's happening around you?

A. Yes, sir.

Q. If you fail to be alert and you fail to pay attention, you can get hurt?

A. Uh-huh. It's a possibility. Yes.

Q. It is a possibility?

A. Yes, sir.

Q. Are you distracted by something, sir?

A. No. This computer is to -- it's saying that it's going to try to go dead or something like that. It just --

Q. All right. Well, let's take a minute so you can get -- I want to make sure that you're paying

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

attention to what --

A.    Okay.  Right.  Give me two seconds, okay?

MR. BOWMAN:  All right.

THE REPORTER:  All right.  We are off the record.  It is 10:39 a.m.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Sergeant Kevin Cross being conducted by video conference.  My name is Olivia Sis.  Today is March 25, 2025, and the current time is 10:42 a.m. Central.  Counsel, you may proceed.

MR. BOWMAN:  Thank you.

BY MR. BOWMAN:

Q.    So Sergeant Cross, did you get your computer situation resolved?

A.    Yeah.  Yeah.

Q.    Great.  The -- we were talking before the break about safety and security --

A.    Right.

Q.    -- as the fundamentals of the CO's job.  I want to take you into A-Cellhouse and ask you, -- you worked for a total of how long both as a sergeant and as a line officer in A-Cellhouse, combined total?

A.    How long have I been A-Cellhouse and -- well, what like I said, I became a sergeant in June so what?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.   You're not understanding my question.  I want to understand the total amount of time that you were assigned to A-Cellhouse?

A.   I can't recall that, but I know it been a couple of times, like three times, four times.

Q.   Okay.  And total, it's been many months?

A.   Yeah.  It been definitely months.

Q.   And years, probably?

A.   I ain't going to say a year, but it's definitely been months.

Q.   All right.  So you're pretty familiar with the layout of A-Cellhouse?

A.   Yes, sir.

Q.   You're familiar with the responsibilities of the correctional officers who are assigned to A-Cellhouse?

A.   Yes, sir.

Q.   And you've discharged those responsibilities on a daily basis for many months, many, many times?

A.   You say what again?

Q.   You have discharged the responsibilities of a correctional officer many times over the course of the months that you have been assigned to A-Cellhouse, right?  You've done the job?

A.   Yeah, I did the job.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

Q.    Right.  And that includes making security rounds?

A.    Yes.

Q.    What are the expectations of you as a CO in terms of security rounds in A-Cellhouse?

A.    Conduct a pipe walk every 30 minutes.

Q.    Do you do that on a regular basis or on an irregular basis?

A.    A regular basis.

Q.    So if -- okay, so you think it's on a regular basis.  And when you say every 30 minutes, how long does it take to do the security rounds?

A.    Well, it could -- varies because you might have a J3 that's sick or something that stop you and talk.  It could be 15 minutes.  It could be 20 minutes.

Q.    Depends on the circumstances?

A.    Right.  There you go.

Q.    And your responsibility when you do the security rounds is to check individually on each prisoner in each cell on your assigned tiers?

A.    Yes, sir.

Q.    In A-Cellhouse in January of 2023 when Mr. Smith was killed, there was a shortfall in the number of staff, right?  You were understaffed?

A.    Yeah.  There was three officers in there.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    And that includes the sergeant?

A.    Yes, sir.

Q.    And there should be five.  If you're fully staffed, there should be five?

A.    Yes, I guess so.  Yes, sir.

Q.    Do you guess so or do you know so?

A.    Yes, sir.

Q.    Okay.  So there -- the -- so you're down what, 40 percent on your assigned officers, right?

A.    Yeah.  At that point in time, yeah.

Q.    At that point in time.  As a result of being understaffed, the way this worked was you had one CO responsible tiers 5 and 4, another CO responsible for 3 and 2, and the sergeant took the first-floor tier, correct?

A.    Yes, sir.

Q.    Did you have a typical pair of tiers that you walked?

A.    I had 4 and 5.

Q.    Was that standard for you every day, day in, day out you were 4 -- the 4 and 5 guy?

A.    Yeah.

Q.    On 4 and on 5, what is the locking mechanism for the doors?

A.    500 South and 400 South is regular key lock. 5

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

North and 4 North is electronic.

Q.    Okay.  And when you say "electronic," what do you mean?

A.    Like you just go to a keyboard and press the switch and they door unlock.

Q.    How about 3?  Are you familiar with that one?

A.    Yeah.  300 North, electronic.

Q.    And what about 300 South?

A.    Key.

Q.    Key.  And when you say key, does that involve a mechanism of rolling a bar or is it just individual locks on the individual cells?

A.    Rolling a bar.

Q.    All right.

A.    And individual locks, too.

Q.    Okay.  So it's a double unlock whenever you unlock cells on those particular tiers?

A.    (No verbal response.)

Q.    I didn't hear your answer.

A.    Yes, sir.

Q.    And then if you go down to the second tier, both North and South, you have the manual locking, right?

A.    Yes, sir.

Q.    The bars need to be rolled, and each

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

individual cell needs to be unlocked?

A.    Yes, sir.

Q.    As well, there is a practice in the Indiana State Prison of prisoners having access to their own personal locks as well, right?

A.    Like as in they can lock they cells with the padlock -- the combination lock?

Q.    That's true, isn't it?

A.    Yes, sir.

Q.    Those locks are available at the commissary?

A.    Yes, sir.

Q.    So on a particular cell and are they -- they're widely used, right?

A.    Yeah.

Q.    Prisoners would prefer to have the ability to keep their personal property secure, right?

A.    Yes, sir.

Q.    And they would prefer the added personal security of knowing that they've got a lock on their personal cell?

A.    Yes, sir.

Q.    For safety reasons?

A.    Yes.

Q.    So for any individual cell on the second tier of A-Cellhouse, unlocking the cell could involve rolling

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

the bars, using a key to unlock the individual cell, and then instructing the prisoner in that cell to do a code or otherwise unlock their personal padlock, right?

A.    Yeah.  Once they see us unlocking their doors, yes, sir.

Q.    So it's -- that's an antiquated system; can we agree?

A.    Yes, sir.

MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Q.    I didn't hear your answer, sir.  Did not hear your answer.

A.    Yes.

Q.    Are you answering my question now?

A.    Yeah.

Q.    Okay.  You agree with me it's an antiquated system?

A.    Yes, sir.

Q.    There are not call buttons, safety call buttons, in the individual cells in A-Cellhouse, correct?

A.    No.

Q.    So if a prisoner in A-Cellhouse is experiencing a personal emergency and is locked in this cell, how does that person get the attention of a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

correctional officer, such as yourself, in order to get assistance?

A.   Well, when -- like I stated to you earlier, when we walk the ranges every 30 minutes, they definitely will state to us, like, what's going on.

Q.   **Well, suppose it's an emergency?**

A.   Sometimes you'll hear them yelling, screaming, and stuff like that.

Q.   **Okay.  So everybody who is employed as a correctional officer in A-Cellhouse knows about this kind of cumbersome locking mechanism on the lower tiers, right?**

MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Q.   **I'm waiting for your answer, Sergeant Cross.**

A.   Well, you got 3 -- you got 5, 4 and -- 5, 4, 3, and 2 that you --

Q.   **So my focus is now on the second tier. Everybody in the correctional staff in A-Cellhouse knows that there's this antiquated locking system for the second tier, right?**

A.   Yes.

Q.   **And everybody knows there's an antiquated locking system on the first tier, right?**

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.   And everybody knows that on the third, fourth, and fifth tiers, there's also sections that are -- that are manual locks, right?

A.   Yes, sir.

Q.   And everybody knows that emergencies can happen, right?

A.   Yes.

Q.   They can happen for various reasons, yes?

A.   Yes, sir.

Q.   Emergencies can happen for medical reasons?

A.   Yes.

Q.   And there can be violence that creates an emergency, right?  Somebody could be being attacked.

A.   Yes.

Q.   In those circumstances, all the COs understand that given the absence of call buttons, the only way that a prisoner in a cell has in order to get the attention of a CO is to yell or scream, right?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  No.

BY MR. BOWMAN:

Q.   What are -- what's another way?

A.   As we conduct our guard pipe walks.

Q.   Right.  But if there's nobody conducting a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

pipe walk, hypothetically Sergeant Cross, in that circumstance, the only way for a prisoner locked in their cell to get the attention of a CO is by yelling or screaming, right?

MR. ARNOLD: Objection as to form.

BY MR. BOWMAN:

Q. I didn't hear that?

A. Yes.

Q. Well, am I forcing answers into your mouth? Is there something different that you want to say to educate me about how else they might get the attention of a CO?

A. No. Like I stated to you, it could be the guard walk system pipe. We do that every 30 minutes. That's the only way that they can communicate with us.

Q. Is by yelling or screaming?

A. We do our pipe walks every 30 minutes.

Q. Right. You do the pipe walks on a regular basis. That's very important, right?

A. Yes, sir.

Q. That's a key and fundamental part of the CO's job?

A. Yep. To maintain the safety and security of them.

Q. Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit C**

A.   You can say that.

Q.   You understand, as an experienced CO, that sometimes things happen when you're not doing your walk, right?

A.   There shouldn't be no excuses that you shouldn't do your walk.

Q.   You're not understanding my question. Sometimes, even though you've done your walk and done your job, something can come up when you're not out on the range, right?

A.   It's possible, yes.  It's possible.

Q.   It is possible.  And it has happened, right?

A.   Rarely.  No.  Rarely.

Q.   Okay.  So it's a rare occurrence and the way that a prisoner might get your attention would be to yell or scream, "Hey, need help.  Come to 200," something along those lines?

A.   Yes.

Q.   And you've seen that happen, right?

A.   Yeah.

Q.   But as you say it's not the usual thing, and so you know that when there's screaming like that, it's for a reason and your responsibility is to respond, right?

A.   Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q. Again, because your job is to maintain safety and security?

A. Yes, sir.

Q. In addition to the security walk, you also do counts, right?

A. Yes.

Q. My understanding is that counts happen three times a day?

A. Yes, sir.

Q. When you're -- on the particular day that Mr. Smith was killed in the fire, you were working the day shift, 6:00 to 6:00, right?

A. Yes.

Q. There's also a 12-hour shift that runs from 6:00 p.m. to 6:00 a.m.?

A. Yes.

Q. Have you ever worked the night shift?

A. No.

Q. You've been a day guy all the time?

A. Yes.

Q. So tell me when the counts happen during the day?

A. 10:00, 2:00, and 5:30.

Q. What's the process of conducting a count?

A. Walk the ranges and tally on a paper, on our

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

count sheets.  That's what they call the count sheets.
So we make a tally for every J3 that we see in the cell.

Q.   And then you report to your sergeant how many prisoners you've got on each side of each tier?

A.   Yes, sir.

Q.   So with the understaffing in A-Cellhouse, you'd have a tally sheet showing the count on the north and the south side of the fifth tier, same for the fourth tier?

A.   Yes, sir.

Q.   Then somebody else, Crockett or whoever it happens to be, would be making their tally for 2 and 3?

A.   Yes, sir.

Q.   Sergeant would have a tally for 1?

A.   Yes, sir.

Q.   And then the sergeant's responsibility is to combine the tallies, yes?

A.   Yes, sir.

Q.   And then call that into a central office where everybody's tallies are compared?

A.   Yep.  Yes, sir.

Q.   And you need the count to clear to make sure you got all your prisoners accounted for three times a day?

A.   Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q. When you do the count at 10:00, are you combining that with a security walk?

A. Yeah. You do a security walk as you walking, but then, like I stated before, if -- if it's time for you to go back up there and walk, you got to go back and walk. You know, 30 minutes, you got to get back up there and walk again.

Q. Typically --

A. We -- we do -- we do -- I'm sorry.

Q. No, you go ahead. I don't want to interrupt you.

A. We do -- we do conduct a pipe walk as we counting, so it's definitely a multitask situation.

Q. That's what I was getting at, and you can aim that security walk for 10:00 a.m. when you have to be doing the count, and you can do two things at once. You have occasionally participated in fire drills?

A. Yeah, I participated in one.

Q. How many fire drills do you think you've participated in?

A. It varies because they switch it up. Like sometimes it be on H Group. Sometimes it be on I Group. Sometimes it be on J Group. Sometimes it be on K Group. Probably -- I can't recall the number off bat, probably like a good five.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    That's over the course of your time at IDOC since you started in --

A.    No, that ain't over the course of the time.

Q.    You interrupted my question so I'm going to start my question again.

A.    Uh-huh.

Q.    The five that you just testified to, that's the number of fire drills you believe you've participated in since you started with IDOC in October of 2020?

A.    No.

Q.    Is that a yes or no?  I didn't understand.

A.    No.

Q.    Okay.  How many do you think you participated in total?

A.    Like I stated, I can't recall, but total since 2019, probably like a good 16, 17.

Q.    16 or 17?

A.    Yeah.

Q.    Okay.  I'm going to show you some documents at this time.  Exhibit 2 to your deposition, Sergeant Cross, is a two-page document reflecting a fire drill that, according to the record here, you participated in on August 3, 2022, at 11:45 a.m. in C-House.  Does that -- is that one of the fire drills you participated in?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

(Exhibit 2 was marked for identification.)

A.    Yeah, I was in there one time.  Yeah.

BY MR. BOWMAN:

Q.    When you participate in a fire drill, it's the responsibility of the -- of the instructors to make a record of the fire drill, right?

A.    True.

Q.    And it's important so that we can -- we -- we're not relying on your recollection.  We know how many fire drills based on the records, right?

A.    Yes, sir.

MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Q.    And this is one instance in which we can all be confident that you participated in a drill?

A.    Right.

Q.    Do you remember this fire drill?

A.    I don't recall it, but I remember doing one in C.

Q.    Okay.  So when you have a fire drill, what happens?

A.    You go upstairs, and you roll the bar and you start unlocking they doors and then we evacuate -- evacuate range by range.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    You go upstairs, you start unlocking the doors.  You have a route that the prisoners are supposed to follow as they leave the cellhouse in an orderly manner, right?

A.    Yes, sir.

Q.    Then they go out into the -- into outdoor location, yard or wherever, right?

A.    Yes.

Q.    And then you count everybody, right?

A.    Yes, sir.

Q.    And then you get the all clear that the fire drill is complete and you go and you escort everybody back in?

A.    Range by range, though.

Q.    Range by range.

A.    Yeah.

Q.    And that's a fire drill?

A.    Yes, sir.

Q.    Is there anything else to a fire drill other than that?

A.    That's all I can recall at this moment.

Q.    Nothing else that you can remember?

A.    Yeah, that's all I recall at this moment.

Q.    Okay.  And that's this particular fire drill, August 3, 2022.  You don't remember the specific fire

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

drill, but that's how this one went the way we just described?

A.   Yes, sir.

Q.   Can you see the document that I placed on the screen now?  It's a different one.

(Exhibit 3 was marked for identification.)

A.   Yeah.

BY MR. BOWMAN:

Q.   Okay.  So this is another record of a fire drill, right?

A.   Uh-huh.

Q.   I need a yes or a no, sir.  I'm sorry.

A.   Yes, sir.  Yes, sir.  Sorry about that.

Q.   You see your name down at the bottom indicating that you're a participant, right?

A.   Yes, sir.

Q.   This particular fire drill was conducted on October 18, 2021, in D-Cellhouse, right, according to the records?

A.   2021?

Q.   2021.

A.   One that was four years ago?

Q.   You see date and time of drill?

A.   Yeah, I see the date.  I see it say 10-18-21.

Q.   Right.  So this is one from four years ago?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    11:42 a.m.  That's four years earlier.

Q.    Right.  You can't remember this fire drill, right?

A.    Yeah.  That's so long ago.

Q.    So long ago, but the good thing is we have a record of it so we know that it happened, right?

A.    Yeah.

Q.    Okay.  And this is the second fire drill that you participated in, correct?

A.    Yes, sir.

Q.    Did this one go like the other one?  Get the prisoners out in an orderly basis, count them, bring them back in?

A.    Well, that's in D-Cellhouse.  That's totally different because -- that's what you said.  That's D-Cellhouse?

Q.    That's D-Cellhouse.

A.    All right.  So you got to take them out range by -- well, yeah, range by range.

Q.    Range by range.  That's how you take them out. That's how you took them out and C-Cellhouse.  Range by range, right?

A.    Well, you know, that's not lockup unit.  You know, lockup unit is different from regular unit.

Q.    Right.  It's a different facility.  It's a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

different process for getting everybody out, right?

A.   Right.

Q.   But the basics of the fire drill are the same?

A.   Basically --

Q.   Get the prisoners out in an orderly basis, count them, and then bring them back in, right?

A.   Basically the same, right.

Q.   That's all there is to a fire drill, right?

A.   Yes, sir.

Q.   I placed on the screen what we'll mark for identification as Exhibit 4 to your deposition.  This again is a record of a fire drill, right, like the others?

(Exhibit 4 was marked for identification.)

A.   Yes, sir.

BY MR. BOWMAN:

Q.   This particular fire drill took place on March 1, 2023, in A-Cellhouse, right?

A.   Right.

Q.   And the process for this fire drill was just like the others, right?

A.   Yes, sir.  And they go to the wreck yard, yes. Exhibit 5 to your deposition.  Whoops.  That's the same thing.  Exhibit 5 to your deposition is an old record of a fire drill that was conducted on April 2, 2020, in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A-Cellhouse.  And you are identified as a participant in this fire drill as well, right?

(Exhibit 5 was marked for identification.)

BY MR. BOWMAN:

A.   Like I stated earlier, that's 4-20.  I mean, 4-2-20.  I don't recall it but --

Q.   No way you could remember a fire drill from all this time ago, but again, the record is what we can --

A.   Right.

Q.   -- be sure that it happened, right?

A.   Right.

Q.   And according to the record, this fire drill took place in April, almost five years ago, right?

A.   Yes, sir.

Q.   And it went like all the others?

A.   Yes, sir.  Same way.  A-Cellhouse, right?

Q.   Right.  A-Cellhouse.  So you know the drill. Get the prisoners out range by range, unlock -- roll the bars, unlock the cells, get everybody out on an orderly basis, right?

A.   Right.

Q.   Right?

A.   Yes, sir.

Q.   And then do the count, so you see how many

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit C**

people have been evacuated and how many people are coming back in.  You make sure everybody's accounted for, right?

A.    Right.

Q.    Don't want to leave anybody behind?

A.    Definitely don't.

Q.    All right.  So we have Mr. -- I'm sorry, Sergeant Cross, we've examined the fire drill records that have been provided to us in discovery in this case. And the four documents that we've marked for identifications as Exhibit 2 through 5 to your deposition are the only fire drill records in which you participated that we have received.  Are you saying that there are fire drill records that we haven't gotten?

A.    I'm not saying that.  I just don't recall it. I just know it be so much going on --

Q.    Right.

A.    -- when they do it --

Q.    Is it possible that -- no, go ahead.  I -- sorry.

A.    No, say what you got to say.

Q.    All right.  Is it possible that, rather than 16 fire drills, you actually participated in only four?

A.    Like I stated to you, I don't recall all the fire drills that I've been in.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    You don't remember?

A.    I don't recall everyone that I've been in.

Q.    If I were to --

A.    I can tell you an estimated time -- an estimated number that I thought that I've been in, what, like ten, 15?  I don't know.

Q.    Right.  Well --

A.    There's been a few, quite a few.

Q.    Have you been in fire drills where they just didn't make a record of the fire drill?

A.    No, because they got to make records of everything.  We just did a fire drill not too long ago.

Q.    Okay.  So knowing that there are records of your participation in only four fire drills, would you agree with me that your estimate is incorrect?  That actually, there are only four fire drills that you participated in in that period of time?

A.    Yes, that's possible.  Probably.  I don't know

Q.    Exhibit 6 to your deposition will be a one-page document entitled Quarterly Fire Drills, Questions for Fire Preparedness.  It's an undated document and it indicates that you and Crockett and another officer were drilled on eight particular questions about fire preparedness.  Do you see that?

(Exhibit 6 was marked for identification.)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

A.    Yes.

BY MR. BOWMAN:

Q.    And you, according to this record, gave good responses to all of these questions.

A.    Yes, sir.

Q.    That seems right?  Do you have a recollection of this exercise?

A.    I remember them coming to our unit and doing it.  I just don't remember their name.

Q.    So let me ask you these questions.  If you smell smoke, what do you do?

A.    If you smell smoke, what do you do?

Q.    Right.

A.    Go try to see where it's coming from.

Q.    And then your --

A.    And then you call your 10-71.

Q.    If you smell smoke, do you treat it with urgency?

A.    Yes, sir.  You're supposed to treat it with urgency because you never know, it could be a fire.

Q.    Right?  You smell smoke and you understand that this is an indication of fire?

A.    Yes, sir.

Q.    You know the old expression "where there's smoke, there's fire," right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

A.   Yes, sir.

Q.   And so do you walk toward the location of the smoke on a leisurely basis, or do you hustle over there?

A.   You hustle.

Q.   Again, because it's urgent, right?

A.   Yes, sir.

Q.   Are you trained that fire has the capacity to spread very fast?

A.   Is I'm trained on fire that -- the night fast. That's what you stated?

Q.   I'll ask the question again.  Are you trained that fire can spread very fast?

A.   Yes.

Q.   Yes.  That's the reason you need to hustle when you smell smoke, right?

A.   Yes, sir.

Q.   You're trained that fire can be deadly, right?

A.   Yes, it can be.

Q.   Particularly in a prison, fire can be deadly, right?

A.   Yes.

Q.   Because the whole idea of a prison is that people are locked inside of a prison, right?

A.   Yes, sir.

Q.   The whole point is that people can't escape,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

right?

A.   Yes, sir.

Q.   So if a person is in their cell and a fire starts in the cell and fire can spread very fast, it's important to respond lightning fast to that situation, right?

A.   Right.

Q.   Right.  You're trained on this?

A.   Yes, sir.  Because me, personally, if I -- if I smell smoke, I'm getting an extinguisher and I'm going to take it with me just in case because I don't know what's on the back-end side of it.

Q.   Right.  So if there is fire, what do you do?

A.   Call a 10-71.

Q.   Call a 10-71?

A.   Call the 10-71 and go assist until the first responders come.

Q.   So when you say go assist until the first responders come what does that mean?

A.   I try to stop the fire.

Q.   So it means that in that interval before first responders arrive you, as the correctional officer on duty in, for example, A-Cellhouse have the responsibility to do everything in your power to stop the spread of fire, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Yes, sir.

Q.    I didn't hear that?

A.    I said, "Yes, sir."

Q.    And you need to know how to pull a fire alarm, so you need to know where the alarm is, right?

A.    That's right.

Q.    That's another mechanism in addition to the code to alert people that there's a problem?

A.    Yes, but half of the time they got smoke -- some type of fire alarm that it warns you itself.  It just go off.

Q.    It goes off?  So --

A.    Yeah.

Q.    -- in A-Cellhouse, for example, there are smoke alarms, right, smoke detectors?

A.    Yes.

Q.    And you know that they are located on the roof of the building, right, very much up at the top on the ceiling?

A.    Yes.

Q.    A-Cellhouse is a high building, right?

A.    Yes, sir.

Q.    You -- it's like if you walk into the flag and you're walking along next to Tier 1 you look up you're looking up above five tiers to see the ceiling, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Right.

Q.    It's a long way up there?

A.    Yes, sir.

Q.    What causes the smoke alarms to go off is smoke, right?

A.    Yes, sir.

Q.    And those -- when the smoke hits the smoke detector that will trigger the alarm automatically?

A.    Yes, sir.

Q.    So as a general matter rather than you pulling an alarm the alarm goes off automatically as a result of smoke detection?

A.    Yes, sir.

Q.    At that point there's a lot of smoke in the building, right?

A.    Well it don't even take that much smoke.  But yes, I guess so.  It should be enough in the building.

Q.    Yeah.  Well it's got to be enough smoke to accumulate and go all the way up to the top of the building before it'll set that smoke detector off, right?

A.    Yes.

Q.    What's the difference between a 10-70 and a 10-71?

A.    10-70, is what, fire alarm?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    Do you know the difference?

A.    10-71 is a fire.

Q.    So what's 10-70?

A.    Fire alarm.

Q.    So one is fire, and one is fire alarm?

A.    Yeah.

Q.    What's the difference?

A.    One is an alarm and then one a natural disaster basically.

Q.    Okay.  All right.  So what type of extinguishers are on your unit?

A.    Water and ABCs.

Q.    Water and ABC, this is something you know very clearly, right?

A.    Yeah.

Q.    You know this based on your experience from the Smith fire, right?

A.    No, from working in segregation.

Q.    Working in segregation?

A.    Yeah, because they started a lot of fires in there.

Q.    Started a lot of fires.  So what's the difference between the two extinguishers?

A.    Water is for, like, basic fires.  Like burning of a bed and stuff like that.  And ABC is, like, for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

electricity and other -- I know it's electricity and one other thing, but I can't recall it all the way. But I know it --

Q.   Do you know the difference between a minor fire and a major fire?

A.   Yeah.

Q.   What's the difference?

A.   A minor fire is just -- want me to give you an example?  A minor fire is just somebody probably, like, setting a towel on fire and you can use the water extinguisher.  A major fire is like electricity fire.

Q.   So which kind of extinguisher do you use for a major fire?

A.   If it's a -- if it's an electricity-type of fire you're going to use ABC.  But if you don't know what type of fire it is how can you determine it?

Q.   Yeah.  You don't -- if you don't know what type of fire it is what do you do, Sergeant?

A.   You try to grab both extinguishers.

Q.   Try to grab them both?

A.   Yeah.

Q.   Be pretty important to have the right extinguisher when you get to a fire, right?

A.   Yeah, nine times out of ten.  Yes, sir.

Q.   I didn't hear that?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

A.    Yes, sir.

Q.    I didn't hear your comment before you said Yes, sir.

A.    Oh, I said, yes, sir.

MR. BOWMAN:  Olivia, could you read the answer back since I didn't hear it?

THE REPORTER:  Yes, Counsel.  Give me just one moment.  Here we are.

(The requested answer was read back.)

MR. BOWMAN:  Thank you.

BY MR. BOWMAN:

Q.    So your point is that having the ABC extinguisher when you approach any fire is essential, right?

A.    No, I'm not -- no.

MR. ARNOLD:  Objection.

BY MR. BOWMAN:

Q.    You don't think so?

A.    No.

Q.    No?

A.    It could be a -- it could be a basic -- it could be a regular fire, like I stated, with like a towel or a mattress fire.  I'm not a fireman.  Only thing I could do is just try to assess the scene -- assess the scene.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    So do you not worry too much which extinguisher you bring since you figure you don't --

MR. ARNOLD:  Objection --

BY MR. BOWMAN:

Q.    -- you don't know which one is the right one?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  Yes.  Why wouldn't I worry? That's somebody's life.

BY MR. BOWMAN:

Q.    You will or you will not worry?

A.    I just stated yes, I will worry.

Q.    You will worry, right?

A.    Yeah --

Q.    People's lives are at stake, right?

A.    Well, of course.

Q.    Yeah.  These are absolutely critical decisions, right?

A.    Yes, sir.

Q.    And your responsibility is to have drilled into you making the right decisions when you have only seconds to spare, right?

A.    Right.

Q.    Because in a fire situation there is literally a matter of seconds that makes the difference between

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

life and death, right?

A.    Yes.

Q.    You know that as we're sitting here now talking to each other, right?

A.    Yes, sir.

Q.    And you knew that on January 14, 2023, the day that Michael Smith died, right?

A.    What you saying -- what are -- what are you trying to say?

Q.    What I'm trying to say is that you knew on the day that Michael Smith died, January 14, 2023, that seconds mattered, and it was critical to make correct decisions because lives were at stake?

A.    I feel bad about the situation, but other than that only thing I can say is, like, I didn't know what -- I -- I didn't know what was going on in his cell. So we just grabbed the first extinguisher to go to try to save him.  Help him.  Try to do our best.

Q.    I'm going to ask for an answer to my question. I'm going to have Olivia read it back to you.  If you can't answer the question that's okay.  I'll move on.

A.    Uh-huh.

Q.    But I want you to listen to my question and try and answer it.

A.    Okay --

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


**KENTUCKIANA**
—— COURT REPORTERS ——

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

MR. BOWMAN:  Could you read the question back, Olivia?

THE REPORTER:  Sure.  Give me just one moment.  Give me one moment.  I believe there was a string of questions that led into each other.

MR. BOWMAN:  Right.  Thanks for checking.

THE REPORTER:  Yeah, of course.

(The requested question was read back.)

BY MR. BOWMAN:

Q.   Okay.  What's the answer to my question, it was just read to you?

A.   No.

Q.   You did not know.  Okay.  You understand the question?

A.   No.  You, kind of, fumbled it in.  Can you repeat it one more time to me?

Q.   Sure.  On the day that Michael Smith died, January 14, 2023, you were on duty in A-Cellhouse, right?

A.   Right.

Q.   You were one of the people who responded first when the fire alarm went off, right?

A.   Okay.

Q.   Is that true?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.   On that particular day you knew that seconds mattered in terms of your response, right?

A.   Yes.

Q.   Because, as we've discussed, fire can spread with incredible rapidness, right?

A.   Right.

Q.   And you knew that lives were at stake, right?

A.   I didn't know his life was going to be at stake.

Q.   Well you understood --

MR. ARNOLD:  Objection.

BY MR. BOWMAN:

Q.   -- as a general matter that if a fire starts inside of a cell where a guy is locked up that person's life is in peril, right?

A.   Yeah.

Q.   Because of the way fire spreads and because the individual can't get out of the cell, right?

A.   Right.

Q.   And you knew that it was important to make correct decisions on a very, very rapid basis, right?

A.   Right.

Q.   And you have testified here that you had been trained over and over again on the difference between the ABC extinguisher and the water extinguisher, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Yes.

Q.    You very well knew the difference between those two extinguishers, right?

A.    Yes, I did.

Q.    And you knew the importance of bringing the right extinguisher to a fire, right?

A.    Yes.

Q.    You knew that the water extinguisher had limited purposes, right?

A.    Right.

Q.    And you knew that the ABC extinguisher was much more powerful and much more effective against a major fire, right, you knew that?

A.    Yes.

Q.    And --

MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Q.    -- you just took the water extinguisher because you just took that one, it was the first one you could grab?

A.    Yeah, that was the first one that I grabbed. Yep.

Q.    First one you grabbed.  Did you not care?

A.    Of course I cared.

MR. ARNOLD:  Objection as to form.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

BY MR. BOWMAN:

Q.   You did care, you just screwed it up?

MR. ARNOLD:  Objection.

BY MR. BOWMAN:

Q.   Is it the case that you did care but you just made a mistake?

A.   No, I didn't make a mistake because I didn't know what type of fire it was, so I grabbed the first extinguisher because I was thinking from my training at D-Cellhouse that it was a regular fire.  I didn't know what type of fire it was.  I'm not trained to be a firefighter.  I just -- I just tried to -- I'm -- I've been trained to help and try to not -- just get the situation right, but --

Q.   You had not -- you had not been trained on how to make the decision as to which fire extinguisher to pick up in this --

A.   Yeah, I was trying to -- what -- but I don't know what --

Q.   You're interrupting my questions --

A.   Sorry.  I'm sorry.

Q.   You had not been trained on the situation of what fire extinguisher to pick up in a circumstance where you did not know the nature of the fire; that's true, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

MR. ARNOLD: Objection.

BY MR. BOWMAN:

Q. Do you need that question read back?

A. No.

Q. Could you answer the question?

A. I -- I stated no.

Q. You had not been trained on that?

A. I -- well you're talking about as in I have not? No. Yes, I've been trained on all this. I just didn't know the nature of the fire when I stepped right there. I didn't know that. I didn't know what type of fire it was.

Q. Right. So there's a situation that faces you as a CO, Sergeant Cross --

A. Yes, sir.

Q. -- where you don't know what kind of fire it is, could be a small fire, could be a major fire, right?

A. Right.

Q. And you had not been trained on what to do in that situation, in terms of which extinguisher to take, right?

A. I was -- I was trained how to use fire extinguishers.

Q. I'm sorry?

A. I was trained how to use fire extinguishers.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

Q.    Right.  You just --

A.    Only thing I'm stating to you is, like, as in I didn't know the nature of the fire.  So I just grabbed the water extinguisher because I thought that that was that type of fire at that point in time.  And I still ran back, and got the ABC fire extinguisher, and utilized that.

Q.    **Right.  Do you today understand that you made a mistake in taking the water extinguisher?**

MR. ARNOLD:  Objection as to form.

THE WITNESS:  No, I don't think I made a mistake.  I tried.  That's all I could say.  I tried.

BY MR. BOWMAN:

Q.    **So if you --**

A.    I can't say a made a mistake.  I just didn't know the nature of the fire.

Q.    **Okay --**

MR. ARNOLD:  Object to form.

BY MR. BOWMAN:

Q.    **If you had to do it over again today would you make the same decision?**

MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Q.    **I'm still waiting on an answer?**



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.   Yes, because I will try my best to save that gentleman.

Q.   **Okay.  You'd do it --**

A.   I was trying.

Q.   **You'd do it today exactly as you did it before?  Is that a yes or a no?**

A.   I stated yes, sir, I was trying.

Q.   **Okay.  All right.**

MR. BOWMAN:  We're going to take a short break at this point.

THE REPORTER:  All right.  We're off the record.  It is 11:32 a.m.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Kevin Cross being conducted by video conference.  My name is Olivia Sis.  Today is March 25, 2025, and the current time is 10:42 a.m. Central. Counsel, you may proceed.

MR. BOWMAN:  I've got 11:42 a.m. Central.  Is it just me?

THE REPORTER:  That's correct.  Thank you. Got my numbers mixed up.

MR. BOWMAN:  Okay.

BY MR. BOWMAN:

Q.   **So Sergeant Cross, I may have asked you this**

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

before, but I want to make sure that I did get this question out.  So bear with me if this is a repetition. After Michael Smith's death and this incident was completed, did you do a debrief with anybody about what had happened?

A.   I don't recall.

Q.   Did -- do you recall preparing a handwritten statement?

A.   Yes.

Q.   And did you go over that statement with someone?

A.   I don't recall it.

Q.   Did an investigator come, and ask you questions about what your role had been and what you had done?

A.   No, I don't recall it.

Q.   At any point did you sit down with anyone, either individually or in a group, and talk about your actions and how you might improve your response if there were, God forbid, to be a similar incident in the future?

A.   No.

Q.   That's a no?

A.   Yeah, no.

Q.   Did anyone ever say to you, "Officer Cross, we

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

appreciate that you were doing your best, but here are some guidance to how to do better next time"?  Did you ever have that kind of conversation with anybody?

A.   No.

Q.   Did anyone ever tell you, Officer Cross, your bringing the water extinguisher instead of the ABC extinguisher to the site of the Smith fire was an error in judgment?

A.   No.

Q.   Not at any point from the time of that fire to the present?

A.   Not as I recall, no.

Q.   Is it your understanding that A-Cellhouse is an older building?  If you answered the question, I didn't hear it?

A.   No.

Q.   It's not an older building?

A.   Not as I know of, no.

Q.   Okay.  All right.  Are you aware that there has been a problem of malfunctioning in the electrical outlets in A-Cellhouse?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  (No verbal response.)

BY MR. BOWMAN:

Q.   I'm sorry but I'm not hearing your answers.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

You're going to have to speak louder so that we can understand each other.

A. No.

Q. Okay. Do -- you're aware, are you not, that fires do happen from time to time at the Illinois State Prison?

A. No.

Q. You're not aware of fires happening from time to time?

A. No.

Q. Before you started at the Indiana State Prison there was a fire that happened in 2017 that resulted in the death of a prisoner named Richard Devine. Did anybody ever tell you about that?

A. No.

Q. In any of your -- you testified earlier that you've received a lot of training about fire prevention and fire response?

A. Yes.

Q. In the training that you've received about fire prevention and fire response did anybody ever talk with you about the Richard Devine fire?

A. No.

Q. Did anybody ever say, you know, with respect to that fire, here is an example of a prisoner burning

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

to death in his cell, here are some things that we can learn from that incident, did that kind of conversation never happened?

A.   No.

MR. ARNOLD:  And I just want to clarify for the record.  You keep saying Richard Devine.  I know there's Joshua Devine.  I don't know if Richard --

MR. BOWMAN:  No, Joshua Devine.  I'm thinking of the State's Attorney Cook County.

MR. ARNOLD:  Okay.

MR. BOWMAN:  I am sorry.  Yeah, it's Joshua Devine.  So let me go back.  And I appreciate that. Thank you.  Let me go back and clarify.

BY MR. BOWMAN:

Q.   If I were to use the correct name, Joshua Devine, the fellow who died in 2017 from a fire in his cell did -- had you ever heard about that?

A.   No, not --

Q.   My bringing this up now today is the first time you've ever heard of it?

A.   Yes, sir.  I started in 2019.

Q.   Right.  I understand that.  That's why I -- and I appreciate that.  So you weren't there at the time of Mr. Devine's death?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    (No verbal response.)

Q.    And my question -- you need to answer audibly. That's a no, right?

A.    No.

Q.    And I don't mean to be snarky.  It's just that --

A.    No, you all right.

Q.    Okay.  Good.  I was asking whether not having been present and employed at IDOC in 2017 at the time of Joshua Devine's death did anybody refer to that incident as something that had happened in the past from which lessons should be drawn?

A.    No.  Not as I -- not as I know of, no.

Q.    And you say you have -- you have no knowledge of fires being a thing that happened from time to time at the Indiana State Prison?

A.    You're asking me the same question?  That's what you're --

Q.    No.  I'm asking a different question now. This is a question about fires in general.

A.    Okay.  Now what did you --

Q.    Do you acknowledge that fires happened from time to time at Indiana State Prison where you worked?

A.    No.

Q.    So you're not aware -- all this training on



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q. fire prevention as far as you know the incident involving Michael Smith's death is the only fire that's ever happened in the prison?

A. That's the only fire that I know about, yes.

Q. Okay. Are you aware of prisoners sometimes starting a fire with papers, or with a towel, or on their bunks?

A. Not in population. But, like, probably, like, in segregation. But other than that, no.

Q. Okay. So that's how many times or -- did that happen -- you were assigned to D-Cellhouse, that's segregation, right?

A. Yes.

Q. How long were you in D-Cellhouse?

A. I don't know. Probably like two years, three years probably.

Q. In the two to three years that you worked in D-Cellhouse did you have repeated occasion to deal with a problem of prisoners setting small fires in their cells?

A. No, not -- no, not really. It -- if it's not -- it'll probably be on another shift, but no.

Q. Never happened where you were involved?

A. Yeah, it happens sometimes. But I -- it -- I don't be responding to it. It be somebody else

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

responding to it.

Q.  Okay --

A.  So no.

Q.  But you were aware that it was something that happened?

A.  Yeah, it was something that happened.  Yeah.

Q.  Was it your responsibility to be aware of what was happening on other shifts?

A.  Yeah, that's why we have pass down.  But other than that, no, because that's a different shift.  We just have little debriefings about it, I guess.  In the mornings some when they let us know what's going on.

Q.  That's what I'm asking.  And the answer to my question is yes, it was your responsibility to know what was happening on other shifts?

A.  (No verbal response.)

Q.  I didn't hear the answer.  I'm sorry --

A.  No.

Q.  Okay.  Were you aware at any point of hotpots being a cause of fires?

A.  No.  No --

Q.  No?

A.  No.

Q.  You never heard of that?

A.  No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q.    Were you aware that prisoners had hotpots?

A.    Yes.

Q.    It's very common, right?

A.    Yes, sir.

Q.    Available for purchase at the commissary, right?

A.    Yes, sir.

Q.    And it's a way to have food --

A.    Yeah, and --

Q.    -- and get some -- sorry.  Go ahead.

A.    Yeah, be able to cook.

Q.    Yes.  Way to have --

A.    Yeah --

Q.    -- food and extra nourishment.  It's important for a prisoner to have a hotpot if they can afford it, right?

A.    Yes.

Q.    And you never heard of those catching on fire?

A.    No, not that -- I know.

Q.    And --

A.    No, not to my knowledge.

Q.    Okay.  And we talked about the electrical outlets, from your standpoint that was not a fire hazard?

A.    No, not to my knowledge.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q.    Okay.  I've talked with other witnesses about this.  It is correct, is it not, that, one, the day that Michael Smith was killed the staff on duty during the day shift in A-Cellhouse consisted of yourself, Officer Crockett, Sergeant Walton, and Lieutenant Smith, correct?

A.    Yes.

Q.    It was -- in terms of assigned to A-Cellhouse it was you, Walton, and Crockett, just the three of you, right?

A.    Yes.

Q.    Smith had other responsibilities in addition to just A-Cellhouse, correct?

A.    I wouldn't know that.

Q.    You wouldn't know anything about her responsibilities?

A.    No.

Q.    And is it consistent with your recollection that Smith was in and out of A-Cellhouse during that particular shift?

A.    I don't know.

Q.    You just don't know anything about where she was or what she was up to?

A.    No.

Q.    I want to ask you about the officer's station

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

in A-Cellhouse, do you know what I'm referring to?

A.   Yes.

Q.   Just so we're on the same page I want to show you a -- an exhibit.

MR. BOWMAN:  I think, Olivia, this will be Exhibit 7?

(Exhibit 7 was marked for identification.)

THE REPORTER:  That's correct, yes.

BY MR. BOWMAN:

Q.   So Exhibit 7 for identification is the Indiana State Prison A-Cellhouse Fire Evacuation Plan, which is essentially a map of A-Cellhouse, correct?

A.   Yes.

Q.   And it shows the routes that prisoners are supposed to take when they're evacuated from A-Cellhouse, correct?

A.   Yes.

Q.   And it also indicates the location of the officer's station, right?

A.   Yes, sir.

Q.   And the officer's station is up in the northeast corner of this long narrow building, right?

A.   Yes.

Q.   So the officer's station is a place where assigned A-Cellhouse staff can congregate when they're

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

not performing their duties, right?

A.    No, you should be on your range.

Q.    You should be on your range at all times, right?

A.    Yes, sir.

Q.    You should never just sit around in the officer's station?

A.    No.

MR. ARNOLD:  Objection --

BY MR. BOWMAN:

Q.    Because, I mean, you're in a situation where you have 250 or more prisoners and there are just the three of you, you need to be up, and out, and alert, right?

A.    Yes.

Q.    Maybe one --

MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Q.    Maybe one person has something that they need to do in the officer's station, but that would mean that the others should be out on the range, right?

A.    Yeah --

MR. ARNOLD:  Objection as to form.

BY MR. BOWMAN:

Q.    Is that right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

A.    Yes.

Q.    And that's the way you were trained, yes?

A.    Yes, sir.

Q.    The reason for being out on the range is what we talked about before, there can be emergencies happen at any time, right?

A.    Right.  Yes.

Q.    And so somebody needs to be out there to be aware of what's going on and to respond?

A.    Yes.

Q.    And if, for example, you and Crockett and Walton were all just sitting in the officer's station, you would not be properly performing your duties, right?

A.    Right.

Q.    For the reasons that we talked about, yes?

A.    Right.

Q.    So I'd like to know about the officer's station.  Is that an area that's kind of fenced off by bars, or is it walled off by physical walls?  Which is it?

A.    Bars.

Q.    So --

A.    Are you talking about the gate?  It's, like, gated, I guess.

Q.    And when you say it's, "like, gated," you mean

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

that there aren't, like, solid walls?  It's the same construction as one of those gates that slides to enter and exit a portion found of the prison?

A.   The walls are at the bottom.  Gates at the top.

Q.   And when you say "gates at the top," do you mean the -- it's just barred?

A.   No.  Bars is like a cell.  A gate is like gates.  Like as in you can't reach your hands through or nothing like that.

Q.   Oh, so it's like a mesh?

A.   Basically, yes.

Q.   Can you see through it?

A.   Yes, you can.

Q.   And that's -- is that part of the design, right, so that if an officer is in the officer's station, they're able to see outside?

A.   Uh-huh.

Q.   I didn't hear your answer.  I'm sorry?

A.   Yes.

Q.   Thanks for being patient with me.

A.   Yeah.

Q.   You know, I wear hearing aids and so I don't have the best hearing.

A.   Don't feel bad.  I ain't feeling bad.  You do

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

-- do what you got to do.

Q.   I will do what I got to do, for sure.  And if you can be respectful of me and give a good loud answer to the question, I'd appreciate it.

A.   Yes, sir.

Q.   Thank you.  In addition to being able to see through the mesh, you can also hear what's going on outside, right?

A.   Yes.

Q.   So if you were in the officer station and a prisoner or a group of prisoners began to shout to get the officer's attention, the officers should be able to hear the shouting, right?

A.   Yes.

MR. ARNOLD:  Objections to form.

BY MR. BOWMAN:

Q.   I did not hear the answer.

A.   Yes.

Q.   Likewise, if there were smoke, you ought to be able to smell the smoke in the officer's station, right?

MR. ARNOLD:  Objection.

BY MR. BOWMAN:

Q.   Not hearing the answer again.  I'm sorry, sir.

A.   No.

Q.   You would not be able to smell the smoke?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    No.  I'm not always right there.

Q.    Well, depend on where the smoke was, right? It would depend on how much smoke there was, right?

A.    Yes.

Q.    If smoke had started to billow around in the building from the location of a fire, you should be able to smell that in the officer's station, right?

A.    Well -- well, I wouldn't know that, but you should if it is billowing around like that.

Q.    Right.  Okay.  In the officer's station, is there a computer monitor?

A.    Yes.

Q.    And what is that computer used for?

A.    Camera viewing.

Q.    So in A-Cellhouse, there are a number of cameras, right?

A.    Yes.

Q.    These are security cameras that are trained on different areas of the building, correct?

A.    Yes.

Q.    The cameras are an important way to be aware of what's happening all around the building, right?

A.    Yes.

Q.    You used the cameras to keep track of things that you cannot physically be present for, but you can

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit C

see on the camera and that's a -- that's a way to accomplish the basic job of a CO, keeping everybody secure and safe, right?  That's not a very good question.  Let me ask it a --

A.   No.

Q.   -- a different way.  The cameras help you keep track of what's going on in areas of the cellhouse that you cannot -- you're not physically present at?

A.   Yes.

Q.   And that's important, right?

A.   Yes.

Q.   That's a necessary and valuable assist to the COs because who can't be everywhere all the time, right?

A.   No, because you should be on your range.

Q.   All right.  Ideally, there should be somebody out on the ranges all the time without exception, right?

A.   No exceptions.  Right.

Q.   So that monitor in the officer station, its principal use is to view the -- what's visible in these cameras?

A.   Repeat -- you say, to view what's in the cameras is what you're saying?

Q.   Yeah.  Yeah.  To see what the camera sees.

A.   They only access to so much.  They do not access to a lot.  It's just access to so much.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q.    What do you mean by that?

A.    Like as in, they're not going to get every camera footage.

Q.    Well, you have to scroll between the cameras, right?

A.    No.  You just put that big old box on there and you -- I guess.  Then you just go range from range.  Down the front of the range.

Q.    Why don't you describe for me when you have the monitor tuned into the cameras, what do you see?

A.    Ranges.

Q.    Do you see multiple camera views at the same time?

A.    Yes, it's possible.

Q.    And you can also focus in on one particular camera angle.

A.    No, we can't do all that.

Q.    Okay.

A.    We can't utilize that.

Q.    So you're able to see all of the camera angles at once?

A.    Not all.  Some.

Q.    Which ones?

A.    Like the front of the tiers.  Down the front of it.  That's -- that's about it.  Front.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    Have you looked at the camera footage of Mr. Smith's fire and the response to it?

A.    No.

Q.    Okay.  Well, we'll look at it -- we'll look at some stills from that in a minute.  But it's clear to you that you can use that monitor in the officer's station to see the cameras that are focused on the front of the tiers?

A.    That's all I know about, is the front.

Q.    Right.  So there's a camera that's -- where you can pick up Cell 252, where Michael Smith was housed before his death.  You're generally familiar with where that cell is, right?

A.    Yeah.

Q.    If it's back on the west end of the north tier -- the north side of Tier 2, right?

A.    Yeah.  I know it's on the north side, A-Cellhouse, right?

Q.    Right.  And there's a camera that focuses in on that cell and the cells around it.  Are you familiar with that?

A.    No, I'm not, like --

Q.    Do you not really pay much attention to those cameras?

A.    No, I don't be paying attention to them.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q.    Okay.  Is that somebody else's job?

A.    Definitely is.

Q.    Whose job is it?

A.    I guess I&I.

Q.    I&I?

A.    Yeah, internal investigation.

Q.    Okay.  What about in real time on any particular day, is there somebody in A-Cellhouse who should be paying attention to the cameras and what they show?

A.    No, not as I know of.  I -- I can't tell you that.

Q.    On the day that Michael Smith died, were the cameras functional?

A.    To be honest, no.  I don't know.

Q.    Was the monitor working?

A.    I don't recall it.

Q.    You don't remember one way or the other?

A.    Yeah, I don't.

Q.    Okay.  Is that the fact that you weren't paying attention to the cameras, that was because you understood that it was your responsibility to ensure that somebody was out on the range all the time, being up close and personal with what was going on up and down the cellhouse?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.   Definitely.  As long as I'm -- if I'm on my range, I'm not really trying to pay attention to the camera view.  I'm on the range.

Q.   Okay.

A.   Now I come down to get a water bottle or something, that's about it, and go back to my range.

Q.   Okay.  That's where you're supposed to be?  Yes?

A.   Yes, sir.

Q.   Do you have -- before I get there, let me ask you about Michael Smith.  Was he somebody you interacted with at all before his death?

A.   It's so -- it's -- it's 2000 and what?  2,600 inmates in this prison?  No, not really.  You -- you would never know what type of problem, I guess.  No.

Q.   Did you ever --

A.   Like, no time.

Q.   Do you have any --

A.   Nope.  I never wrote him up.  None of that.  I had --

Q.   Do you have any recollection of ever talking to him?

A.   No, I don't.

Q.   You have no recollection of ever needing to discipline him?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.   No, I don't.

Q.   And as far as you know, he was a good enough prisoner; is that right?

A.   Yes.

Q.   He never gave you any problems?

A.   Yeah, because I wasn't on that range, so I ain't really had no conversations with him.

Q.   Right.  Not being on that range, you would not know anything about the condition of Mr. Smith's --

A.   Right.

Q.   -- cell; is that correct?

A.   You say, not being on that range, what again? I want to know --

Q.   Not being --

A.   -- this --

Q.   Not being on the second tier, north side, you would not know anything about the condition of Michael Smith's cell prior to his death?

A.   No.

Q.   You wouldn't know -- one of the things that you're supposed to do when you do your security rounds is to take a quick look in each cell for contraband, right?

A.   Yes.  That's the right way.

Q.   I didn't hear that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Yes.   That's the right way.

Q.    And you know, if there's excess stuff in a cell, that's something you're supposed to pay attention to, right?

A.    Yes.

MR. BOWMAN:  We lost Brandyn here for a second.  Let's hold up for just a minute.  There he is. There he goes.  Okay.

MR. BOWMAN:  Nothing happened while you were gone.

BY MR. BOWMAN:

Q.    I Wanted to ask you about curtains.  Prisoners are not supposed to have curtains in front of their cells by rule; is that correct?

A.    Yeah, I did quite a few write-ups on that. Yes.  I do.  Take down curtains.

Q.    But even though you do the write-ups, the curtains have a way of keeping coming back up, right?

A.    I guess so.

Q.    You guess so?

A.    Yes.

Q.    So there are obviously legit reasons for a prisoner to want to have a curtain in front of his cell, right?

A.    What type of reasons should that be?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    Well, there's a toilet in the cell, right?

A.    Yes.

Q.    And when the prisoner needs to defecate, he defecates in the toilet, right?

A.    Of course, yes.

Q.    And the prisoner might prefer to have privacy when he is doing that?  Yep?

A.    Well, yeah, that's true.

Q.    So the curtain gives you a little bit of privacy when you need to take care of something personal?

A.    Well, his curtain shouldn't be up, so, you know what I'm saying?  Like as in, block his whole cell. It should be in a certain area so you can't see him sitting down, but you'll still be able to see body because if he got a curtain up, how can I determine if anything's wrong with him?

Q.    So from your standpoint, the curtain's okay if it's a little bit to the side, so it gives the --

A.    I've never stated that.

Q.    You're interrupting my question.  The curtain, from your standpoint, is okay if it's off to the side. So it gives a little bit of privacy, but also allows you, as the CO, to see in.  Is that your view of it?

A.    No.  No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    It shouldn't be there at all?

A.    It shouldn't be there at all.

Q.    And you're the type of CO that would write that up anytime you saw it?

A.    209.  Yes, I will.

Q.    Okay.  But you acknowledge that even though you're constantly -- how many times would you say you write this up on any given walk?

A.    Probably did it a few times.  If I'm not writing it up, I'm confiscating the curtains.  I'll just give them a confiscation slip.

Q.    And not withstanding you taking those actions, the curtains are back every time you walk, true?

A.    No, not when I walk.  Not on my range.  When I come up there no.  They take them -- it don't be no curtains there because I'm just going to take it.

Q.    Some COs will let it slide?

A.    I can't answer for everyone else.

Q.    Got it.  Do you have a memory of January 14, 2023, when Michael Smith burnt to death in his cell?

A.    I have a little.  I have a little.

Q.    Do you remember the 10:00 a.m. count?

A.    A little.

Q.    What time did you complete your tally?

A.    Probably like at -- it shouldn't take -- well,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

I was on 4 and 5, so good 15, 20 minutes.

Q.   You're -- you don't have a specific memory, but just by habit and practice, you can tell me 15 or 20 minutes after 10:00 you had completed the count?

A.   Yeah.  I should be finished like 15, 20 minutes.

Q.   When you had your tally, what did you do?

A.   Once I get finished with that, I bring it downstairs to my sergeant.

Q.   And that's in the officer's station?

A.   Yes, sir.  Most time they start count probably like ten minutes to, you know what I'm saying?  Ten minutes to 15 minutes before the time, after that 9:45 line.  So that probably started like at 9:55, something like that.

Q.   So it would've been very shortly after 10:00 that you would've been down in the officer station with your tally?

A.   Yes.

Q.   Do you have a memory of giving the tally off to Sergeant Walton?

A.   Of course.  I remember handing it to her.

Q.   And --

A.   And waiting on her to tell me that my stuff's clear.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    sorry.  I didn't hear.

A.    I said yes, I remember handing it to her and waiting on her to let me know if it's clear or not.

Q.    Okay.  And then was Crockett there at that time?

A.    Well, I think he came down right after me or something like that.

Q.    After you and Crockett had turned your tallies into Walton, what did the three of you do in the interval between completing the tally and your first becoming aware of the fire?

A.    Waiting until she let us know that our count clear and so we can go back up on the range and start setting up for our 11s and then doing -- conducting the pipe walk.

Q.    Did you -- when you first learned that there was a fire, where were you?

A.    Right there in the doorway of A, something like that, I think, in the doorway or inside the cell. I mean, inside the officer's station.

Q.    You were in the doorway of the officer's station?

A.    Yeah.

Q.    What were you doing in the doorway of the officer's station?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Giving her my count.  Waiting on the count to is clear.

Q.    Well, I -- we will look at images in a minute and we can look at records.  Actually, why don't I just show you at this point.

A.    Thank you.

Q.    Exhibit 7 [sic] to your deposition, for identification, is going to be a four-page document, which is the investigation of the fire in which Mr. Smith was killed.  Have you ever -- it's a four-page document.  We're looking now at Page 1.  And you'll see, as I scroll through, that at the bottom of Page 1, going on to Page 2, your name comes up.  Do you see where I've highlighted here?

(Exhibit 8 was marked for identification.)

A.    Yeah, I'm reading it right now.  Hold on. Yeah, I read it.

BY MR. BOWMAN:

Q.    Okay.  So just read it -- just read this out loud into the record.  I think it's probably the best way to do it.  It says, "On January 14, 2023, Officer Kevin Cross was working in A-Cellhouse.  Officer Cross was in the officer's station when he heard the fire alarm panel in the office go off.  He saw the smoke coming from the 200 North range as he walked out of the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

office.  And he saw the fire" -- "the flames coming from a cell.

"So Cross and Crockett grabbed the water fire extinguisher and went to the 200 North range.  So they got in front of the cell.  They started to use the water fire extinguisher, but they saw it wasn't working. Officer Cross," that's you, "went downstairs to get the ABC fire extinguisher.  Lieutenant Smith gave him the ABC extinguisher and returned to the cell. Gave the ABC fire extinguisher to Officer Crockett who attempted to control the fire, but it wasn't effective. Then the first responders arrive.  Officer Cross, when they arrived, started opening the cell doors of the other offenders to get them into a controlled setting. And a written statement was provided.  And an incident report was completed on January 14, 2023."  I read that correctly, right?

A.   Yes.

Q.   So I have some questions about it.  You say that you had just finished handing in your count at the point when you heard the alarm and became aware of the fire; is that right?

A.   You said I was just handing in my count when I heard the alarm, and the fire started?  No, I never said that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    No, that's not -- that's not what I say. That's -- I'm just repeating what you told me.

A.    That's what I said?

Q.    Well, is that true?

A.    No, I never stated that.

Q.    Okay.  So you had turned in your count some time ago, sometime prior to be -- becoming aware of the fire, right?

A.    Turned my count in before the fire started.

Q.    Right.

A.    Yeah.

Q.    How long before the fire started?

A.    I can't -- I can't tell you that.  I don't know how long.  It happened --

Q.    Well, you know that the -- you know as a matter of habit and practice, that you started the count a few minutes before 10:00, right?

A.    Uh-huh.

Q.    Yes?

A.    Yes, sir.

Q.    And you know as a matter of habit and practice, that completing the tally and getting down to the officer station would consume about ten or 15 minutes max, right?

A.    Possible.  Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

Q.   Well, is that true or is it something different?

A.   No, I just told you it's possible.

Q.   Well --

A.   It could take up to 15 to 20 minutes.

Q.   Okay.  It could take 20 --

A.   Depends on the circumstance.

Q.   Depending on the circumstances.

A.   Yes.

Q.   The outside wall would take 20 minutes, approximately, fair?

A.   Approximately.  A possibility.

Q.   I don't want to know about possibilities. Anything's possible.  I want your truthful testimony about what happens.

A.   I can give you the truthful testimony, but that's the possibility, sir.

Q.   Okay.

A.   That's all I can give you right now.

Q.   Well, is it true or false that it typically takes you ten to 15, in some occasions, up to 20 minutes, to complete your count?

A.   Like I stated, it depends on the circumstances.

Q.   Depends on the circumstances.  Look, you do

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

this every day, right?

A. Of course. Yes.

Q. You know how long it takes, right?

A. No, I don't. Not right off bat. It could be -- it could -- it could range from 20 minutes. It could range from 30 minutes.

Q. Okay. So now you're telling me it's maybe 30 minutes?

A. I'm just stating to you, like as in, it could range from multiple times.

Q. Multiple times. Could it take two hours to complete the count?

A. No, it shouldn't take no two hours. Why would it take two?

Q. Could it take one hour to complete the count?

A. If that -- if everybody in they cells.

Q. Now, look here. When you do the count --

A. Uh-huh.

Q. -- you are responsible to other people in the prison, right?

A. I'm responsible of --

Q. Yeah. You have to work as a team with your colleagues, right?

A. Right. As in my sergeant should know where they at, at all times. Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    Yes.

A.    Okay.  Okay.

Q.    So you do your part, others do their part, right?

A.    Yes, sir.

Q.    In A-Cellhouse, everybody does their part, right?

A.    Yes, sir.

Q.    And in B-Cellhouse, everybody has to do their part, right?

A.    Of course.

Q.    And in C-Cellhouse and in D-Cellhouse and on and on throughout the prison, everybody is counting at the same time, right?

A.    Yes.

Q.    All toward a common objective of ensuring that everybody is present and accounted for in that joint, right?

A.    Yes, sir.

Q.    So you have to do it efficiently and you have to do it effectively, right?

A.    Yes.

Q.    All right.  So how long does it take, sir?

A.    I can't give you a real number.  I'm -- I'll be telling you a story.  I don't want to tell no lie.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q.   Okay.  All right.  So you don't know how to estimate how long that takes?

A.   No.  I don't know.

Q.   It's hard for you to do?

A.   Yeah.  It could vary.

Q.   How many times do you think you've done a count?

A.   Five years?  I -- man.  So many.

Q.   Man, that's three times a day for every day --

A.   Man --

Q.   -- that you've been on duty for five --

A.   -- I couldn't even -- I couldn't even add that up.

Q.   -- years, right?  You're talking over me.  I'm asking you a question.

A.   I thought you asked me the -- you just asked a question for me to answer.  Okay.  But you can go ahead and say what you got to say, sir.  Yes.  I'm listening.

Q.   Do you have something to say?  You talk.

A.   Nothing.  I'm listening to you.

Q.   Okay.  Every day, three times a day, when you are on duty, you do a count, right?

A.   Yes, sir.

Q.   You have done that over the course of five years, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

A.    Yes, sir.

Q.    **Week in and week out, right?**

A.    Yes.

Q.    **And you can't tell me how long it takes?**

A.    I can't, because it could vary.

Q.    **Right.  But you do know that you start a few minutes before 10:00 a.m. to do the 10:00?**

A.    That's all I know.  Yes, sir.

Q.    **Okay.**

A.    Probably like five minutes before the time.

MR. BOWMAN:  So we were looking at Exhibit 7; is it Olivia?

THE REPORTER:  Let me see.  If you could scroll back up to the top so I could reference what document this is.  This is the Report of Investigation. This is Exhibit 8.

MR. BOWMAN:  8.

BY MR. BOWMAN:

Q.    **So we were looking at Exhibit 8 and we looked at the report of your actions on the day of the fire. We read that a minute ago, just so we're on the same page, right?  Remember that?**

A.    Yes.

Q.    **It -- the document also provides a timeline of the fire derived from review of the camera footage at**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

the scene.  Do you see that?  I highlighted it.

A.    Talking about where it says, 10:53 a.m. Flicker and flame --

Q.    Yes.

A.    -- to the cell.

Q.    Right.

A.    Yeah, I see it.

Q.    According to this timeline, flickers of flame are visible in Mr. Smith's cell at 10:53 a.m., right?

A.    I don't know that.  I -- no.  I can't tell you that.  I don't know.

Q.    Right.  But you can tell what the document says, right?

A.    I'm reading what you're reading.  Yes, sir.

Q.    Okay.  And you can see that at 10:55, the fire is visible, but contained within the cell, right?

A.    I'm reading what you're reading.  Yes.

Q.    And you can see that at 10:57, flames have engulfed Mr. Smith's cell and are moving outside of the cell, right?

A.    Yes.  I'm reading it.

Q.    And according to this timeline, at 10:58, the flames are spreading out and upwards out of the cell, according to this?

A.    Right.  According to this.  Right.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q. And according to this, it was at 10:58 a.m. that you and Crockett get to the cell with the water fire extinguisher, right?

A. Uh-huh.

Q. That's a yes?

A. I can't tell you no time limit on that, because I don't recall that time.

Q. I understand that. You made that clear.

A. I'm -- I'm hearing what you're saying, though. Yes. I'm hearing what you're saying.

Q. You're hearing what the document actually says?

A. Definitely, sir.

Q. And you're telling me, you can't confirm or deny that it was 10:58 that you got there because you --

A. Yeah. Because I don't know the time. I ain't -- I -- I ain't pay attention to the time.

Q. Right. Now here comes my question. Do you have any reason to dispute the accuracy of this report?

A. No.

Q. So we can agree that even though you don't recall it by record, you and Crockett arrived at the scene of the fire at 10:58 a.m.?

A. I guess so. The camera's accurate. Yes.

Q. So my question is, between the completion of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

your count and 10:58 a.m., when by record you arrived at the scene of the fire, what were you doing?

A. I should have been up there getting ready to set up, but I think that fire started, to set up for early lines.

Q. And when you say, get up there and get ready to set up for early lines, what are you referring to?

A. Like early line movement, like, people go to school, backstreet. They do all that. They go to school, law, library. Then there be a line movement for early lines, but I think the fire started by then.

MR. BOWMAN: So I'm going to mark for identification as Exhibit 10 or do -- I'm now confused again, Olivia. This is 9?

THE REPORTER: That's all right. Yes. This is Exhibit 9.

(Exhibit 9 was marked for identification.)

BY MR. BOWMAN:

Q. All right. Exhibit 9, for identification, is the post orders for A-Cellhouse. You're familiar with these, right?

A. Yes, sir.

Q. You have to be, as part of your job responsibilities, to know and be aware of the A-Cellhouse post orders, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Yes, sir.

Q.    So I'm going to scroll forward in the document to Page 5 and 6, and this -- and 7 and 8.  This is a minute-by-minute chronological summary of what's supposed to happen in A-Cellhouse each day, right?

A.    Uh-huh.

Q.    You need to say yes if that's correct.

A.    Yes, sir.

Q.    And at 10:00 a.m., the responsibility of everyone in A-Cellhouse is to conduct the count and clear the count with the master location, right?

A.    Yes.

Q.    That's what we've been talking about?

A.    Yes.

Q.    And that's -- you told me that starts about five until 10:00, at 9:55?

A.    Right.  After the 9:45 lines.

Q.    All right.  And then the next thing on the list is prisoner movement.

A.    Early line.

Q.    I didn't hear that.

A.    Early line movement.  Yes.

Q.    Is that what you guys refer to the 11:00 --

A.    Yeah.  Release of early offender movement, yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q.    And that's -- you refer to that as the early line?

A.    Yeah.

Q.    Because it's in the morning?

A.    Yeah.  Kind of.

Q.    So you have some people going to the kitchen. Some people have special passes and callouts to go to specific locations.  And you identify who those prisoners are and make sure that they get to where they're supposed to go in an orderly fashion?

A.    Yes.

Q.    And that process begins at 11:00 a.m.?

A.    Yes.

Q.    But you might start it a little early?

A.    No, that's when they started.  That's when --

Q.    You started at 11:00?

A.    Yeah.  Yeah.

Q.    Well, this --

A.    Ten minutes on the door.

Q.    I didn't hear that.

A.    They get 10 minutes per line movement.

Q.    Okay.  Ten -- from 11:00 to 11:10, they need -- that's their opportunity to get out of A-House to where they need to go?

A.    Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    And your responsibility is to get the cell doors open so that people who have the permission to leave their cells can leave their cells and go where they need to go?

A.    Yes.

Q.    And when you say you're setting up for that, what does that refer to?

A.    Like as in, after we secure all the doors, we got to go back there and unlock the certain doors that's supposed to be -- the certain J3s that's supposed to be let out.

Q.    Okay.  So you've got two sides, two tiers, and you got -- you need to know which specific cell doors to unlock so that specific individuals can get out?

A.    Yes, sir.

Q.    And what -- how do you know who goes where?

A.    By account books and account letters.

Q.    Okay.  And you have to have all that paperwork?

A.    Written down on the count -- count sheet.

Q.    You have to have all that in your hands so you so you're doing the -- making the correct decisions about each prisoner?

A.    Yes, sir.

Q.    All right.  And when you referred to setting

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

up, are you talking about getting that paperwork together?

A.   No, when I referred to setting up, that mean, like, to unlock the doors for 11:00 early line --

Q.   Okay.

A.   -- for the --

Q.   And that, you just told me, happens at 11:00?

A.   Yes, sir.

Q.   Okay.  Before 11:00, is there paperwork that you need to do in order to be prepared for the early line at 11:00?

A.   You should be doing that in the morning time.

Q.   So that should be beforehand at the beginning of your shift?

A.   Right, or at count time.  Like if that person finished -- if she finished her range before that, that's a sergeant duty.  That's all I know.  And she's supposed to make our count sheets, our run sheets, that's what we call them.  Run sheets for the people to be let out at 11:00.

Q.   The sergeant does that?

A.   Yes.

Q.   All right.  So you have the sheets from the sergeant, and you take that sheet upstairs with you?

A.   Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    So -- and the sergeant has that prepared much earlier in the shift?

A.    Yep.

Q.    Got it.  Thanks for clarifying.  So according to Exhibit 8 that we looked at a minute ago -- and I'll just put it on the screen again.  According to Exhibit 8, we have you responding to the fire at 10:58.  So what you told me a minute ago was that your early line assignment didn't happen on this particular day because the fire came first, right?

A.    Repeat that one more time.  You said my early line movement couldn't stop?

Q.    Yeah.  You didn't -- you couldn't get to the early line movement because the fire happened before that process started --

A.    Right, right.

Q.    -- right?

A.    Yes, sir.

Q.    Okay.  So the fire interrupted everything in terms of operations in A-Cellhouse on this particular day?

A.    Sir.

Q.    So I am still asking the same question.  In the period between when you completed your tallies and submitted them to Sergeant Walden, and 10:58, when you



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

are on camera responding to this fire with the water fire extinguisher, what did you do?

A.    I'm going to give you the same answer.  I stated, it was -- what was that?  I was waiting on her to tell me that count clearing.  I just stated that to you.

Q.    So however long that was, you were in the officer's station?

A.    No, I wasn't in the officer's station for that long.  I don't know how long did it take her to call the count in because it was so long ago, but I know it shouldn't have been that long.

Q.    Well, you're confusing me now.  First, you told me that in that period of time you were waiting for the count to clear --

A.    That's what I said at the beginning, waiting for the count to clear.

Q.    You interrupted my question.  The first thing you said to me was that in that interval in time, you were in the officer's station waiting for your count to clear?

A.    Yes.

Q.    Is that true?

A.    Yes.

Q.    That is true?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

A.   Yes.

Q.   Okay.  So when you first heard about the fire, you were in the officer's station?

A.   Yeah, I was in the officer's station.

Q.   That's when you heard the alarm?

A.   Yes.

Q.   Did you --

A.   I wasn't on the range.

Q.   I didn't hear you.

A.   I said I wasn't on the range.  I was still in the officer's station waiting for the counts to --

Q.   And your purpose in waiting for the officer's station was waiting for the sergeant to tell you that your count had cleared?

A.   Yep, and I can go set up.

Q.   Okay.  How long from the point that you submit your tally until you typically learn that the count is cleared, how long is that process?

A.   Like I said, I don't know.  I can't tell you that.  I don't know how long it'll take.  They got camera footages, right?

Q.   One more time.

A.   I say -- I stated to you, I don't know.  I can't tell you.  It could vary.  I don't know.  It could be.  Like I told you, it could be 20 minutes.  It could

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

be 30 minutes.  It depends on when the whole facility clear.  I don't --

Q.   And so you just, as a matter of habit and practice, during period of time, however long it is, whether it's ten minutes, 20 minutes, or 30 minutes, you just stay in the officer's station?

A.   No.  I -- but -- well, you ain't staying in the officer's station.  You sitting right there, waiting for the count to clear.  So if she tell me that my count clear, I go back upstairs.

Q.   Right.  My question is, before she tells you that your count has cleared, do you stay in the officer's station?

A.   Yeah, I got to wait for her to tell me that it's cleared.

Q.   That's all I'm asking.  So it's after the count clears that you get the -- that you get what you need, and then you head back up to the range?

A.   Right.

Q.   Because you're supposed to be on the range at all times.

A.   At all times.

Q.   On this particular day, is it your testimony that the count did not clear until 10:58 a.m.?

A.   Can't tell you.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    Well, you can tell me that you were in the officer's station when you heard the alarm, right?

A.    Yeah.  I heard the alarm, right.

Q.    In the officer's station?

A.    Yes.

Q.    So since you would be on the range, other than when you were waiting for the count to clear, can you tell me that you were waiting for the count to clear at 10:58 a.m.?

A.    No.  I can't tell you that I was waiting for no count to clear at no 10:58 a.m.  I can't tell you that.  No.

Q.    Can you tell me that you were in the officer's station when you heard the alarm?

A.    Yeah, I definitely could tell you that.  I definitely heard that alarm go off.  Like I just stated to you, I can't tell you the times because I didn't look at the times.

Q.    I understand.  But you -- not disputing the accuracy of the camera and the records, right?

A.    No, I'm not.

Q.    Okay.  Can you tell me what you were doing in the officer's station at 10:58 a.m. when you heard the alarm?

A.    Waiting on the count to clear.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q.   Okay.  So on this particular day, it takes until 10:58 a.m. for the count to clear?

A.   No.

Q.   It doesn't?

A.   The fire -- I don't know when the fire started.  I know it started.  That's what I know.  We weren't waiting on no count to clear at no 10:58.  We was waiting on -- we -- I know we was waiting on her to clear the count at first, but I know the fire started.  That's all I know.  It just started.  I don't know what time it started.  I'm quite sure you got it on paperwork, but I don't know what time it started.  I can't give you no estimate times.  Only thing I know how you just showed me that on the camera about the 10:58 for the fire starting, that's all -- that's all that I -- that was my first time seeing that to know that that was the time.  I didn't know that.

Q.   Well, between when you -- let me make sure that I have a clear understanding of your recollection.

A.   Yeah.

Q.   Your testimony is that shortly before 10:00 a.m., you went upstairs to Tiers 4 and 5 to do your count, right?

A.   Right.

Q.   And then you came down with your tally sheets

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

to the officer's station?

A.   Right.

Q.   And then you provided those tally sheets to Sergeant Walton?

A.   Right.

Q.   And Crockett was there shortly after you?

A.   Probably so.  Yep.

Q.   And Walton was there, right?

A.   Yes.

Q.   The three of you were in the officer's station?

A.   Yes.

Q.   And then you waited for the count to clear?

A.   Right.

Q.   And then as you were waiting for the count to clear, the alarm went off?

A.   Right.

Q.   Is there anything that I am missing, sir, that happened in that interval of time?

A.   Not as I know of.  The only thing I know we was waiting on the count to clear.  The next thing you know, I heard the fire alarm.

Q.   Okay.  And you don't know how long it takes the count to clear because it depends on the day?

A.   That day, because you got -- like I said,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

there's 33 inmates on each range.  That's 66.  That's 122 J3s, incarcerated individuals, on one -- well, four ranges, and everybody had different things to say.  They'll be trying to stop us for they insulin passes.  I get out at 11:00.  You know, it be a lot going on sometimes.  So I ain't got really nothing else to say.  But I don't mean to cut you off.  I do got to use the bathroom, like, real bad.

Q.    Well, you should tell me when you need to take a break.  Be happy to take a break whenever you need it.

A.    Yeah.

Q.    Let's take another 10-minute break at this time.

A.    All right.  Thank you.

THE REPORTER:  All right.  Sounds good.  We're off the record.  It is 12:47 p.m.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Kevin Cross being conducted by video conference.  My name is Olivia Sis.  Today is March 25, 2025, and the current time is 12:55 p.m. Central. Counsel, you may proceed.

MR. BOWMAN:  Thank you.

BY MR. BOWMAN:

Q.    So Sergeant Cross, we've been talking about

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

what you were doing in the interval between the completion of the 10:00 a.m. count and the fire. And you've told us that you were -- after you did your tallies, you went down to the officer station, you were waiting there, and that's when you found out about the fire?

A. Yes.

Q. Did you do anything else in the officer's station other than wait for the count to clear?

A. I don't recall, no.

Q. Did you eat your lunch?

A. No, I don't recall, because I don't eat my lunch until probably, like, 2:00 count time, so...

Q. Okay. When you do eat your lunch, do you eat it in the officer's station?

A. If I have to walk on the range with it, I would walk on the range and eat my lunch, even though it's a bad thing to do. As long as I'm -- if I'm on that range, I'm good, so they can't say that I'm not doing what I'm supposed to do.

Q. Okay. So you eat your lunch on the range?

A. Yep. On the run.

Q. Okay. Do you -- in the officer's station, were you doing any paperwork in that period of time?

A. No, not as I recall. No, I don't think so.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    In that interval of time, were you conversing with Sergeant Walton and Officer Cross?

A.    Crockett?

Q.    I'm sorry, Crockett.

A.    Yeah.  Only thing I remember conversating with them about is about that count and trying to see when that count was going to clear.  And then next thing you know, like I told you, I don't know what time it was. It just shot straight to that.  I just heard that -- because I'll try to get up there early so I can set up for my early line.  But if count ain't clearing, I can't really do nothing.  But I'm -- I'm that's all I can say. If count ain't clear, I can't really do nothing.

Q.    All right.  So I may have asked you this. Were you doing any paperwork when you were waiting in the officer's station in that period of time?

A.    No, I don't remember.  No.

Q.    Okay.  According to your written statement as reflected in the internal affairs report that we marked as an exhibit, when you heard the fire alarm, you then saw smoke and saw flames coming from outside of a cell on the 200 range.  Is that true?

A.    That's what I wrote in my statement?

Q.    I'll show it to you again.

A.    Please.  Thank you.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

MR. BOWMAN:  Could I have the Exhibit number again, please, Olivia, for the Internal Affairs Report?

THE REPORTER:  Yes.  That Internal Affairs Report, that was Exhibit Number 8.

MR. BOWMAN:  Thank you.

BY MR. BOWMAN:

Q.    So I'm going to scroll down in the exhibit and show you the section --

A.    All the same stuff you read to me.

Q.    Yeah.  The stuff I read to you.

A.    Okay. Yeah.  Yeah.

Q.    Is this accurate?

A.    I didn't know the cell, but I definitely seen smoke, and -- I just seen smoke coming out the cell.  I ain't see the fire until I got up on the cell.

Q.    Right.

A.    No.

Q.    When you -- when the alarm went off, you looked and you saw smoke, right?

A.    Right.  No.  When I got on the 200, when I walked up the front of the thing and went to the 200, that's when I seen the smoke, because I had got a fire extinguisher already.

Q.    Okay.  So you didn't see the smoke until you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

got to the 200 range?

A.    Right, that's when I seen the smoke.

Q.    Okay.  Well, here it says you saw smoke coming from the 200 range as you walked out of the office.  Is that incorrect?

A.    Where did I say that?  I don't -- "from the 200 as he walked out the office."  I know I seen the smoke when I came out the officer's station.  As I walked out, I seen the smoke.  That was the smoke.

Q.    So as you look back at your statement, your recollection is refreshed, sir, that as you walked out of the officer's station --

A.    Yeah, we seen smoke.  I ain't see fire.

Q.    You're interrupting my question, and I'd appreciate it if you'd let me ask the question first.

A.    Yeah.

Q.    Is your recollection refreshed that as you walked out of the officer's station and looked toward the other end of the cellhouse, you saw smoke --

A.    Yeah.

Q.    -- on the 200 range?

A.    Yes, I seen smoke.

Q.    And as you walked out of the officers station, you saw fire coming out of a cell on the 200 range as you were walking out of the officer's station, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.  Definitely, yes.

Q.  Definitely did.  All right.  So to be clear, as you walked out of the officer's station, the smoke was visible and the flame coming out of the cell was visible?

A.  Yeah, as we got on the front of that thing, you definitely seen it.

Q.  You did not notice those things before you heard the alarm, but it was after you heard the alarm, as you were walking out of the officer's station, that you saw the smoke and you saw the flame, right?

A.  Right.

Q.  Correct?  And you remember that now?

A.  Yeah.  Now I remember it.  Yeah.

Q.  You said definitely.  Is it a definite?

A.  Yeah.

Q.  That's a yes?

A.  Yes, sir.

Q.  All right.  So what did you do as you walked out of the officer's station --

A.  I heard the -- oh.

Q.  Let me ask the question.

A.  Uh-huh.

Q.  What did you do as you walked out of the officer's station, having heard the alarm, seeing the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

smoke, and seeing the flames?  What did you do?

A.  Well, I grabbed a fire extinguisher.  The sergeant called the 10-71.

Q.  All right.  And where was the fire extinguisher that you grabbed?

A.  It's up against the wall.  Well, up against the gate.  It's, like, hooked on the gate with the hook, so we just pulled it off the gate.

Q.  Okay.  And when you refer to the gate, are you referring to the --

A.  The fence thing that we was talking about earlier, that fence type of thing.

Q.  On the side of the officer's station?

A.  It's inside the officer station on that --

Q.  Okay.

A.  Yeah.

Q.  And that -- you turned to that and you grabbed the fire extinguisher?

A.  Right.

Q.  Did you think about which fire extinguisher you should grab, or did you just grab the first one you could get?

A.  I just grabbed the first one.

Q.  And Crockett went with you?

A.  Yeah, because that was his range.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    Because it was his range.  So you had the fire extinguisher, and he was familiar with the range?

A.    Yeah.

Q.    He was in front, and you were behind?

A.    Yes, I think.

Q.    Was he aware of which fire extinguisher you had taken?

A.    I can't answer.  I -- I don't know.  I can't tell you.  I don't know if he was aware of it.

Q.    Did you all three become aware of the fire at the same time?

A.    Yes, sir.

Q.    You were all three in the officer's station at the point when the fire alarm went off?

A.    Yes, sir.

Q.    That was your first awareness that there was a fire?

A.    Yes, sir.

Q.    And you -- okay.

A.    From that alarm.

Q.    From the alarm?

A.    Yeah.

Q.    Did somebody tell you what to do or did you just do it?

A.    No, I just did it from off of just going

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

through the classes.  Like, I just grabbed a fire extinguisher because I -- like I stated to you, I don't know what type of fire it was.  I just grabbed a fire extinguisher.

Q.  **Right.**

A.  I could have been the one to stop it, but that's -- that's --

Q.  **All right.  I want to show you some photographs now.**

MR. BOWMAN:  So our next Exhibit -- and Olivia will tell me the number.

THE REPORTER:  This will be Exhibit 10.

(Exhibit 10 was marked for identification.)

BY MR. BOWMAN:

Q.  **Exhibit 10 is a still from the video camera that is trained on Mr. Smith's cell.  This is one of the cameras that you're aware of in A-Cellhouse, right?**

A.  I told you earlier, I wasn't aware of that camera, but I -- no, I'm not aware of that camera.

Q.  **Well, you told me earlier in your testimony, Sergeant Cross, that the cameras that are trained on the cell fronts are the ones that you can see using the monitor in the officer's station.  You did tell me that, right?**

A.  No.  I said on the front of the range, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



**Exhibit C**

Never said nothing about no side cameras.

Q.    Okay.  So this is not a camera that's available to you in the --

A.    Yeah, we get certain access we get to see the camera --

Q.    No, you have to let me ask the questions.

A.    Yes, sir.

Q.    You just have to do it.  I realize, Sergeant Cross, that we are, you know, in a situation where each person wants to get their points across, both you and me.  So this is a time when we need to be respectful of each other.  And you let me ask my question and then I'll let you answer, okay?

A.    Yes.

Q.    All right.  So the cameras that you are aware of in the officer's station do not include this camera, which you refer to as a side camera; is that correct?

A.    Yes.

Q.    That's a yes, that is correct?

A.    Yes.

Q.    So are you saying that the monitor in the officer's station cannot access this camera, or are you saying that you don't know one way or another because you don't pay attention?

A.    I don't know because I don't have --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.   Yes or no?

A.   -- access to the cameras.

Q.   I didn't hear your answer, sir.

A.   I don't know.  No, because I don't have --

Q.   You don't know one way or the other --

A.   Right.

Q.   -- right?  You -- looking at the at the cameras in the officer's station is just not something that you do?

A.   No, not as the officer.

Q.   Right.  As an officer, you didn't look at the cameras?

A.   Right.

Q.   That was the sergeant's responsibility?

A.   Yes, sir.

Q.   All right.  Okay.  So in this particular still -- this is taken from a particular video camera. I'm going to reduce the size so you can see the entire image.  You see this shows Cell 252, 250, 254, 256, as well as the third tier, right?

A.   Yes.

Q.   Is that right?

A.   Yes, yes.

Q.   And as you look at this particular still, you see that there is smoke billowing out of Mr. Smith's



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

cell, right?

A.   Yes.

Q.   And you see that there is flame coming out of the cell, right?

A.   Yes.

Q.   And this the smoke and the flame was visible to you all the way at the other end of the cellhouse from the officer's station as you came out of the door, right?

A.   Yes.

Q.   I didn't hear your answer.

A.   Yes.

Q.   And in this -- if we look at this particular timestamp, I'm going to show you that these cameras show the time.  And if you look up here at the top --

A.   I see.

Q.   -- you see that this is 10:58 a.m. and 23 seconds, right?

A.   Right.

Q.   So this is shortly after 10:58, and you can see yourself in this image, right?

A.   Yes.

Q.   And you also -- it's a little hard to see, but behind you is Officer Crockett, correct?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

Q.    And you have in your hand the water extinguisher, right?

A.    Yes.

Q.    And you will agree with me that coming to this fire with this fire extinguisher, you have no ability to control this fire at all, right?

A.    No, I can't agree with you.

Q.    You think you do have the ability to control the fire with this fire extinguisher?

A.    Yeah.  Yeah, I got to agree with you.  Yeah. You couldn't.

Q.    You can't.  And it is intensely hot, right?

A.    Yes.

Q.    And there is suffocating smoke, right?

A.    Yes.

Q.    And if we look in Mr. Smith's cell, you see Mr. Smith, right?

A.    Well, I'm -- don't let me tell no story.  I really can't tell if it's him, but you do see something right there.

Q.    Yeah.  Anybody in this cell at this time is toast, right?

A.    Yeah.

Q.    Right.  So do you have an explanation to give us today as to how this fire was allowed to burn to this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

level of intensity in such a way as to make survival impossible in Mr. Smith's cell before you got there?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  I have no idea how can it -- what started it or whatever like that.

BY MR. BOWMAN:

Q.   You don't have an explanation?

A.   I don't know what started it.  It had to have been something.

Q.   As you look back on it, do you believe that the response should have occurred prior to this point, prior to it getting to this point?

A.   You said a response should have been --

Q.   Yes.  This is you responding to the fire, if we look over on the other side of the -- that shows us everything.  That shows you, that shows the cell, it shows -- it shows something or someone at the bottom of the cell, right?

A.   It shows something, right.  Yes.

Q.   Right.  And this is you responding to the fire?

A.   That's my job to help.

Q.   Right.  Doing your response.  My question is, do you, looking back on it, think that your response to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

this fire, should have come sooner before it had gotten to this point?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  Well, yeah, maybe because I ain't had no recollection of it was going on.  Only how I really noticed it was when the fire alarm went off. And if we was there a couple of seconds earlier, we probably could have been maintained it.

BY MR. BOWMAN:

Q.   Right.  And do you believe, as you think back on it, that somebody, either yourself, or Crockett, or Walton, or even Smith, the lieutenant, should have been on the range to see this situation developing sooner?

A.   Well, if it was count time, how can we be on the range if we was bringing our count down?

Q.   Right.  But of course, 11:00 is not count time, is it?

A.   You said it's 11:00, it's not count time?  It depends on when the count cleared.  I don't know when the count cleared.

Q.   So your explanation for all of this is, we couldn't help it because we were waiting for the count to clear at 10:53 when this fire started?

MR. ARNOLD:  Objection as to form.  You can



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit C**

answer.

THE WITNESS:  No.

BY MR. BOWMAN:

Q.    That's not your explanation?

A.    No, not stating that we should wait until the count clear.  It's just we got -- when we heard the alarm went off, we shot up there.  I ran up there.  I got -- I -- sir, I got a lot of smoke inhalation trying to help, trying.  I tried my best.

Q.    When you looked down the range after you heard the alarm and you saw the smoke and you saw the flames, did you hear prisoners screaming?

A.    Yeah.  I heard them saying something then.

Q.    And they had been screaming before, right?

A.    No, they wasn't screaming at first.

Q.    Okay.  So you're saying they just started screaming right when the alarm went off?

A.    Yes, they did.  That's --

Q.    They weren't screaming before the alarm went off?

A.    No, I didn't hear nothing.

MR. ARNOLD:  Objection.

BY MR. BOWMAN:

Q.    You didn't hear it.  Is it possible that they were screaming, and you weren't paying attention?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

A.    That's --

MR. ARNOLD:  Objection.

THE WITNESS:  -- there's 327 inmates in there. You're going to hear them.

BY MR. BOWMAN:

Q.    **Yes.  So you should have heard if they were screaming, right?**

A.    Yes, you would hear it.

MR. ARNOLD:  Objection.

BY MR. BOWMAN:

Q.    **And there's no doubt in your mind that if prisoners had been shouting and screaming words to the effect of, there's a fire, help, come to the 200 range, that you should have heard that, right?**

MR. ARNOLD:  Objection.  You can answer.

THE WITNESS:  I guess I should have heard it.

BY MR. BOWMAN:

Q.    **And so should Walton, and so should Crockett, and so should any staffer in that facility, right?**

A.    Right.

MR. ARNOLD:  Objection.

BY MR. BOWMAN:

Q.    **How long did it take for you to become aware that the water extinguisher was not going to be effective?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Probably a couple -- well --

Q.    I didn't hear that.  I'm sorry.

A.    Until I think I emptied it out.

Q.    Okay.  I've placed on the screen what will be Exhibit 11, unless Olivia tells me I'm wrong.

THE REPORTER:  That's correct.

(Exhibit 11 was marked for identification.)

BY MR. BOWMAN:

Q.    This is the fire at 10:59:04.  And you can see that it's continuing to burn, right?

A.    Yes.

Q.    The flame is even more intense, right?

A.    Yes, it is.

Q.    There's the, whatever it is, the drywall or whatever the covering on the -- on the ceiling above that cell is beginning to collapse onto the floor, right?

A.    No, that -- that could be paper or anything. It look like paper.

Q.    Okay.  So you think that's paper?

A.    Yeah.

Q.    All right.  But at this point, this fire is a real danger, not just in 252, but in 250, right?

A.    Yes, sir.

Q.    Is that a yes?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    Yes, sir.

Q.    It is a danger for these people up above 252 on the third tier, right?

A.    Yes, sir.

Q.    As the flames come upstairs.  And it is also a danger for the individual in 250 as well, as it -- flames lick out toward his cell as well, right?

A.    In 250 or 254?

Q.    Actually, I'm looking at 254.  Sorry.  It is a danger for that individual, right?

A.    Yes.

Q.    And at this point, where are you?

A.    I went to go get the ABC fire extinguisher.

Q.    At this point, you have emptied out the water extinguisher.  It has had no effect, right?

A.    Right.

Q.    And so the only thing left that you can do is to run and get the ABC extinguisher?

A.    Right.

Q.    How did you go about collecting the ABC extinguisher?

A.    Well, it got passed to me from a lieutenant.

Q.    I'm having trouble.  I'm sorry.

A.    It got passed to me from the lieutenant.

Q.    Okay.  And where did that handoff happen?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    At the front of the stairs.  The front of the A-Cellhouse, on the stairs.

Q.    Okay.  So Lieutenant Smith gave it to you?

A.    Yeah.

Q.    And then what did you do?

A.    Run back up and hurry up and gave it to Officer Crockett.  He was still standing right there a little bit, I guess.

Q.    Crockett was right with you the whole time?

A.    Yep.

Q.    Why did you give it to Crockett as opposed to using it yourself?

A.    Because he was in front of me already.

Q.    All right.  I've asked you this a couple of times before.  I'm going to ask you again.  Looking at these pictures, and including not only the images of the fire, but the images of yourself, do you acknowledge that you made a serious mistake in bringing the water fire extinguisher to the fire?

MR. ARNOLD:  Objection.

THE WITNESS:  I guess I was -- I don't think I made a mistake.  No.

BY MR. BOWMAN:

Q.    No mistake?

A.    I grabbed what I suppose -- the -- the first

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

thing that I seen.

Q.   All right.  We're now at Exhibit 12, I believe.  This is still from 10:56 a.m.  Let me just show you the timestamp on the still so that you can confirm.  This is -- increase that just a little bit more so you can see that.  This is 10:56, pretty much on the button, right?

(Exhibit 12 was marked for identification.)

A.   Yeah.

BY MR. BOWMAN:

Q.   Do you with me, according to the timestamp?

A.   Yes.

Q.   Okay.  Now, if we look down at Mr. Smith's cell, we can already see that there's a pretty big fire going on in his cell, right?

A.   Well, you can see some lights, definitely can.

Q.   You definitely can see that the whole cell is lit up with flame, right?

A.   Yeah.  You can see it.

Q.   That is a dangerous situation for Mr. Smith right then and there, right?

A.   Yes.

Q.   And there's less smoke, but you can also see here that above his cell, smoke is coming out of the cell, right?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.   That's just a little, but you definitely see it, yes.

Q.   And we can agree that if you, or Walton, or Cross had been out on the range in this area of the prison, you would've been alerted to what was going on here, right?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  We would've been alerted.

BY MR. BOWMAN:

Q.   I didn't hear your answer.

A.   Yes.  We would've been alerted.

Q.   And if you had been out on the range, and prisoners had been shouting and screaming that there was a fire in cell -- in this particular cell, you would've heard that shouting and screaming if you had been out on the range, right?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  No.  You could hear that before you even walk on the range.  No.

BY MR. BOWMAN:

Q.   Right.  You -- if you had been -- if they had been screaming and you had been listening, you would've heard it wherever you were in that building, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit C**

MR. ARNOLD:  Objection.

BY MR. BOWMAN:

Q.    I didn't hear an answer to my question.

A.    Repeat it one more time.

MR. BOWMAN:  Could you read it back, please, Olivia?

BY MR. BOWMAN:

Q.    Actually, I'll state it again.  Sorry.

THE REPORTER:  Okay.  No worries.

MR. BOWMAN:  You're being very patient with me.  I appreciate it.

BY MR. BOWMAN:

Q.    If you had been on the range -- strike that. I'll start again.  Anywhere in A-Cellhouse, if prisoners had been shouting and screaming and you had been listening, you would've heard the shouting and screaming?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  Yes.

BY MR. BOWMAN:

Q.    I mean, at this point, this is a situation here that required an immediate response at 10:56 a.m., right?

A.    Yes, that is if was notified about it.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.   If you had been on the range and had been aware, you would've responded immediately to this, right?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  I was on 400 and 500, so...

BY MR. BOWMAN:

Q.   Well, if, in any way or fashion, either by smelling smoke, or seeing flames, or hearing prisoners shouting and screaming, you had become aware of this situation that we see at 10:56, you would've understood that an immediate response was essential, right?

A.   Yes.

Q.   A response within seconds was necessary, right?

A.   Within seconds, yes.

Q.   All right.  After Crockett gets the ABC extinguisher from you and begins to use it, is it effective?

A.   No, I don't recall that.

Q.   Did you leave the scene at that point?

A.   Yeah.  The first responders had came in.

Q.   And that's when you went up to your assigned tier?

A.   I started set up for evacuation, per my

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

lieutenants.

Q. And that involved rolling the bars, unlocking the cells, pressing the buttons, and getting the prisoners out of their cells in an orderly fashion?

A. Yes, sir.

Q. And that was your last task in relation to this fire?

A. Yes.

Q. I am going to show you another photograph. We will mark this one as our next number Exhibit. I think it's 13. This shows the situation in Mr. Smith's cell after the fire has been partially contained. This is sometime later. Do you see yourself in this photograph, where it's a still from a video?

(Exhibit 13 was marked for identification.)

A. Yes, I see myself.

BY MR. BOWMAN:

Q. Okay. You're the person in uniform right here, correct?

A. Yeah. Yeah.

Q. What are you doing at this point; do you recall?

A. I was trying to -- I just had handed him the fire extinguisher.

Q. Well, at this point, the first responders have



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

arrived, right?

A.   Yep.

Q.   You see supervisory staff here, right?

A.   Yes.

Q.   And folks are trying to get to Mr. Smith and do what they can for him, right?

A.   Right.

Q.   And at this point, have you released the prisoners from Tiers 4 and 5?

A.   No, not yet.

Q.   This is before you did that?

A.   Yeah.  We was trying to maintain the fire first.  Try to at least get that put out.

Q.   All right.  So you remained in the vicinity as Crockett was getting the fire in control?

A.   Yeah.

Q.   And you remained in the vicinity as the first responders came to the scene?

A.   Right.

Q.   And to the extent you were involved in releasing prisoners from Tiers 4 and 5, that came after all of this?

A.   Right.

Q.   All right.  Give me just a minute.  I don't think I have any further questions for you, but I want

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

to just check my notes.  Let's take five minutes, please.

THE REPORTER:  All right, perfect.  We are off the record.  It is 1:35 p.m.

(A recess was taken.)

THE REPORTER:  All right.  We are back on the record for the deposition of Kevin Cross being conducted by video conference.  My name is Olivia Sis. Today's March 25, 2025, and the current time is 1:42 p.m.  Counsel, you may proceed.

BY MR. BOWMAN:

Q.    Thank you.  Just a couple of questions for you, Sergeant, that I forgot to ask.  You said that you, when you got out, walked out of the officer's station, you were aware of prisoners shouting and screaming; is that right?

A.    Yes.

Q.    And then when you were down in front of Smith's cell, were prisoners continuing to shout and scream?

A.    Yeah.

Q.    When you were in front of Smith's cell, could you smell burning flesh?

A.    No, I didn't.

Q.    You did not?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.   No.

Q.   What did you smell?

A.   Fire.

Q.   All right.  Those are the questions that I have for you at this point.  Thank you.

A.   You're welcome.

CROSS-EXAMINATION

BY MR. ARNOLD:

Q.   Sergeant Cross, I just have a few quick things I'd like to cover and clarify with you.  You mentioned -- you testified earlier, I think you said that this was the only fire you remember.  And when you say it was the only fire, do you mean it was the only major fire at the prison that you remember?

A.   Yeah.

Q.   Okay.  You did say that the inmate -- well, did you say that inmates in segregation start fires sometimes?

A.   Yeah, they do, from time to time.

Q.   About how common is that, would you say?

A.   Out of 100 percent, probably, like, 80 percent of the time.  If they not getting they ways, they will start a fire.

Q.   Okay.  What do you mean when you say 80 percent of the time of what?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

A.   Like, if -- like, if you walk in the range -- just say, for instance, if they don't have -- if they don't -- if they missing something on their tray, they will start a fire, just so they can get their point across.

Q.   All right.  So that's a pretty common problem?

A.   Yeah.

Q.   Do you know how they start those fires?

A.   I don't know, but I think they got something to do with the electric socket or something like that.  I don't know how they do it, but I think it got something to do with the electric socket.

Q.   Have you ever put out any of those fires that you can recall?

A.   Probably one, but it wasn't -- it never got started.  Like, it probably was, like, a little piece of paper, and we use the water fire hose to stop it.

Q.   Is it more common in your experience to use the water fire extinguisher -- the water extinguisher or the ABC?

A.   In D-Cellhouse that's all I seen them grabbing was the water that fire extinguisher.  It never was a point that we had to switch to use the ABC fire extinguisher.  It's always the water because it would always be common fires.  Not -- I don't know what type

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

of fire he had in his cell.  It was -- when they sprayed it with the ABC thing, it still was lit.

Q.    Okay.  So when it came to Michael Smith's fire, at that point, when you initially started to respond, you didn't know what kind of fire, or the size, or anything --

A.    I didn't know the --

Q.    -- of the details of the fire?

A.    No, I did not know the details of it.  I just grabbed the first extinguisher that I seen so I could try to help him.  I seen smoke and flames, but when I got on the -- when we got to the 200 range, you just seen them shooting out more.  Didn't know the cell location until we got up closer, and then they was shooting out so bad, we couldn't even really stick the key in the door without hurting one of each -- one of us getting hurt.

Q.    You also talked about count times and there was a lot of discussion about trying to provide an estimate for how long count can last.  Is it fair to say that count time can vary widely, depending?

A.    It could vary at any time.  It could vary until 11:00.  And then if it varies until 11:00, that's when we go into emergency count.  So if the whole facilities don't clear, we go into emergency count, then

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit C

we got to start that all over again.

Q.   Has that happened before, that you can recall?

A.   Yeah, it happened.  It happened.

Q.   What are some reasons that count can be delayed?

A.   From, like, J3 not in his cell, when he went to work, when he was off.  You see what I'm saying?  So if he was off, he just went to work.  He thought that he was supposed to work on that day.  Now he got returned to that cell.

Q.   Okay.  And you said when you do count, that it's common that the offenders will sometimes talk to you and tell you about issues or ask you questions?

A.   All the time.  Yes.  Yes, sir.  Every time.

Q.   And does that have an effect on how quickly things can go, too?

A.   Yeah, it definitely do, because that slow you down because you got to stop and listen to them.  I can't just walk away from them and don't listen to what they saying.

Q.   All right.  That's all the questions I have. Thank you.

MR. BOWMAN:  Couple -- that raises a couple for me.

REDIRECT EXAMINATION

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

BY MR. BOWMAN:

Q.    In terms of the information you had about the size of the fire, when you walked out of the officer's station, you know that the fire was large enough that you could see flames coming out of the cell, right?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  As I walked out of the officer station, not really.  The only thing you could see was smoke and the little flames.  And when I got on the range, that's when I really seen the fire.  Like, it was real big.

BY MR. BOWMAN:

Q.    Let's go back to the exhibit.

MR. BOWMAN:  Olivia, one more time for me. The report, the Internal Affairs Report on the fire?

THE REPORTER:  This is Exhibit 8.

BY MR. BOWMAN:

Q.    Okay.  This is Exhibit 8.  We've looked at this before, right --

A.    Yeah.

Q.    -- sergeant Cross?  You said that this is an accurate report of what you did, right?

A.    Yeah.  I just stated to you.

Q.    Yes.  This is -- I'm not asking what you just

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

stated to me.  I asked you, is this an accurate report of what you saw and what you did?

A.    Yes, sir.

Q.    And what it says here is "He" -- that's you, right, Officer Cross?

A.    Yes.

Q.    Officer Cross "saw the smoke coming from the 200 North range as he walked out of the office."  You saw that, right?

A.    Yes.

Q.    And "Officer Cross saw the flames coming from a cell," right?

A.    Yes.

Q.    That's true, right?

A.    Yes.

Q.    Right.  So my question was, the data that you had about the size of the fire was that the fire was sufficiently large that flames were coming from the cell, right?

A.    I just stated to you, I said no.  I didn't --

Q.    That is not true.

A.    I seen the fire -- I could talk -- okay.  I seen the fire, but it wasn't shooting out like that. It was smoke and it was fire.  I noticed --

Q.    Fire coming from the cell --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

A.    -- when I got on the 200 range.

Q.    When you were --

A.    Excuse me?

Q.    When you were coming out of the officer's station, you were all the way down at the other end of A-Cellhouse, right?

A.    That's all the way by 202.  Yes.

Q.    Yes.

A.    And that's by 252.  That's a far walk, sir.

Q.    It's a far walk?

A.    Yes, it is.

Q.    And despite the length of that walk, you could see that the fire was -- you could see the fire all the way down at the other end of the building, right?

A.    You could see it a little bit.  Yes.

Q.    Yes.  You could see -- well, it doesn't say that you saw it a little bit.  It says you saw flames coming from the cell, right?

A.    I seen flames coming on the wall.  Yeah.

Q.    Yes.

A.    A little bit.  Yeah.

Q.    The fire was big enough that you could see the flames coming from the cell.  You had that piece of information, right?

A.    Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

Q.    Okay.  This was a larger fire than you had ever encountered before.

A.    You asking a question?

Q.    Yes, sir.

A.    Yes.

Q.    Is there a record made of when the count clears?

A.    You supposed to put it in your log, yes.

Q.    But it is put in a log?

A.    Yes.

Q.    Okay.  And where -- what log is that?

A.    Your cellhouse log.

Q.    Cellhouse log.  And what about centrally, at -- for prison-wide?  Is there a record of when the count clears institution-wide?

A.    I wouldn't know all that.  Only thing I know, we do it in the log.  I don't know if they -- they safe-keeping it.  I don't know if they put where they put them at, but they do collect them at the end of the month.

Q.    All right.  So if we wanted to know without estimating when that count cleared, the thing to do would be to go --

A.    Yes.  Yes, sir.

Q.    You interrupted my question.  I'll ask it

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit C**

again.  If we wanted to know without guessing when that count cleared on January 14, 2023, the thing to do would be to go back and look at the log and that would tell us, right?

A.   Yes, that's correct.

Q.   Okay.  Is that log preserved, to your knowledge?

A.   I don't know.

Q.   You don't know.  All right, sir.

MR. BOWMAN:  That's all I have.

THE REPORTER:  Anything further, Mr. Arnold?

MR. ARNOLD:  Just briefly.

RECROSS-EXAMINATION

BY MR. ARNOLD:

Q.   Sergeant Cross, so when you left -- when you were leaving the officer's station, is it fair to say that you didn't have a very good view of the fire?

A.   That's what I'm stating. Yes.  It wasn't a very good view, but you could see the flames and the smoke a little bit.  As I got to the 200 range, that's when I seen the shooting.  That's what I was telling him, the shooting out the cell.

MR. ARNOLD:  All right.  I have nothing further.

MR. BOWMAN:  Nothing from me.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

THE REPORTER:  All right.  So before we go off the record, Mr. Arnold, would you like to explain read or waive, or would you like me to do that?

MR. ARNOLD:  Sergeant Cross, so as you were -- as was mentioned at the beginning, Olivia here is the court reporter.  She's been keeping a transcript of everything that's been said.  If -- you have the right to read and review the transcript.  You can't, like, substantively change your answers, but if there's typos, if there's -- something was heard incorrectly or spelled incorrectly, you can -- you'll have a little sheet, and you can note those changes and fix it. So you can review -- you can review and sign off on that transcript or you can waive that right.  It's up to you.

THE WITNESS:  We review it or waive it?

MR. ARNOLD:  Yeah.

THE WITNESS:  Well, I have to do that, like, right now.

MR. ARNOLD:  No.  She'll -- she's -- she'll make a copy and then we'll get it at some point, maybe probably in a couple weeks.  And then you'll have some time once we get it to --

THE WITNESS:  Yeah, please.  I would like to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

review it.

THE REPORTER:  Okay, perfect.  Would you like that sent to yourself, Mr. Arnold?

MR. ARNOLD:  Yeah.

THE REPORTER:  All right, perfect.  I've got that.  And then I'll go ahead and get transcript and video orders as well.  Locke, do you plan on ordering a copy of the transcript or the video at this time?

MR. BOWMAN:  Not at this time.  We definitely want the video of this one preserved.

THE REPORTER:  Yes.  It'll still be preserved.  Just no order at this point in time?

MR. BOWMAN:  No order for the video and we'll hold back on getting it until we need it.

THE REPORTER:  All right.  Sounds good.  And then same question for yourself.  Mr. Arnold, do you plan on ordering a copy of the transcript or the video at this time?

MR. ARNOLD:  We'll take a copy of the transcript.

THE REPORTER:  Copy of the transcript.  All right.  No video though?

MR. ARNOLD:  Not at this time.

THE REPORTER:  Not at this time.  All right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

And with that, I'll go ahead and take us off the record.  It is 1:57 p.m.

(Deposition concluded at 1:57 p.m. CT)



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.



OLIVIA M. SIS

COURT REPORTER/NOTARY

MY COMMISSION EXPIRES: 09/26/2031

SUBMITTED ON: 04/03/2025

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit C**

## EXHIBITS

EXHIBIT 10:58:23 a.m.                        112
EXHIBIT 10:59:04 a.m.                        141
EXHIBIT 10:56:00 a.m.                        144
EXHIBIT 12:01:06 p.m.                        148
EXHIBIT Fire Drill Evacuation -               50
   August 3, 2022
EXHIBIT Fire Drill Evacuation -               53
   October 18, 2021
EXHIBIT Fire Drill Evacuation -               55
   March 1, 2023
EXHIBIT Fire Drill Evacuation - April         55
   2, 2020
EXHIBIT Fire Preparedness                     58
EXHIBIT Fire Evacuation Plan                  85
EXHIBIT Investigation - March 7,             102
   2023
EXHIBIT - Kevin Cross                         18
EXHIBIT Post Orders - August 1,              112
   2019



**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

**Exhibit C**

**Exhibit 1_Cross** 18:11,17 19:14,21

**Exhibit 2_Cross** 50:21 51:1 57:11

**Exhibit 3_Cross** 53:6

**Exhibit 4_Cross** 55:11,14

**Exhibit 5_Cross** 55:23,24 56:3

**Exhibit 6_Cross** 58:19,25

**Exhibit 7_Cross** 85:6,7, 10 102:7 109:11

**Exhibit 8_Cross** 102:15 109:16,19 117:5,6,7 127:5 155:17,19

**Exhibit 9_Cross** 112:16, 17,19

**Exhibit 10_Cross** 112:13 132:12,13,15

**Exhibit 11_Cross** 141:5,7

**Exhibit 12_Cross** 144:2,8

**Exhibit 13_Cross** 148:15

---

**(**

**(773)** 12:23

---

**0**

**0081** 12:24

**03** 13:23

**04** 13:23

---

**1**

**1** 18:11,17 19:14,21 48:14 55:18 62:24 102:11,12

**10** 112:13 114:21 132:12, 13,15

**10-18-21** 53:24

**10-21-2019** 15:24

**10-70** 63:23,25 64:3

**10-71** 59:16 61:14,15,16 63:24 64:2 130:3

**10-minute** 124:12

**100** 20:2 151:21

**101** 7:6

**10:00** 47:23 49:1,15 99:22 100:4,16 104:17 109:7 113:9,16 122:21 125:2

**10:01** 7:8

**10:39** 36:5

**10:42** 36:11 75:17

**10:53** 110:2,9 138:24

**10:55** 110:15

**10:56** 144:3,6 146:23 147:11

**10:57** 110:18

**10:58** 110:22 111:1,15,23 112:1 117:7,25 120:24 121:9, 11,23 122:2,7,

**14** 135:17,20

**10:59:04** 141:9

**11** 141:5,7

**11:00** 113:23 114:12,16,22 116:4,7,9,11,20 124:5 138:17, 19 153:23

**11:10** 114:22

**11:32** 75:12

**11:42** 54:1 75:19

**11:45** 50:24

**11s** 101:14

**12** 144:2,8

**12-hour** 47:14

**122** 124:2

**12:47** 124:16

**12:55** 124:21

**13** 148:11,15

**14** 68:6,11 69:18 99:19 102:21 103:16 159:2

**15** 38:15 58:6 100:1,3,5,13 104:23 105:5, 21

**16** 50:17,18 57:23

**17** 50:17,18

**18** 19:24 53:18

**1:35** 150:4

**1:42** 150:10

**1:57** 162:2,3

---

**2**

**2** 39:14 43:17 48:12 50:21 51:1 55:25 57:11 93:16 102:13

**2,600** 95:13

**20** 38:15 100:1, 3,5 105:5,6,10, 21 106:5 119:25 120:5

**200** 30:6 46:16 102:25 103:4 126:22 127:21, 22 128:1,4,7, 21,24 140:13 153:12 156:8 157:1 159:20

**2000** 13:23 95:13

**2017** 78:12 79:17 80:9

**2019** 15:14,23 27:22 50:17 79:22

**202** 157:7

**2020** 28:11 30:24 50:10 55:25

**2021** 53:18,20, 21

**2022** 50:24 52:25

**2023** 38:22 55:18 68:6,11 69:18 99:20 102:21 103:16 159:2

**2024** 19:24

**2025** 7:7 36:10 75:17 124:21 150:9

**209** 99:5

**23** 135:17

**24** 32:11,13,14

**25** 36:10 75:17 124:21 150:9

**250** 86:12 134:19 141:23 142:6,8

**252** 93:11 134:19 141:23

**142:2** 157:9

**254** 134:19 142:8,9

**256** 134:19

**25th** 7:7

**2:00** 47:23 125:13

---

**3**

**3** 39:13 40:6 43:16,17 48:12 50:24 52:25 53:6

**30** 12:6,12 38:6, 11 43:4 45:14, 17 49:6 106:6,7 120:1,5

**300** 40:7,8

**32** 18:15

**327** 140:3

**33** 124:1

**39** 13:2

**3:24-CV-00185** 7:16

---

**4**

**4** 39:13,19,21, 23 40:1 43:16 55:11,14 100:1 122:22 149:9, 21

**4-2-20** 56:6

**4-20** 56:5

**40** 39:9

**40-hour** 17:14, 23

**400** 39:25 147:6

**40202** 7:7

**46** 14:6

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

**5**

**5** 39:13,19,21, 23,25 43:16 55:23,24 56:3 57:11 100:1 113:3 122:22 149:9,21

**500** 39:25 147:6

**531** 12:23

**5:30** 47:23

**6**

**6** 58:19,25 113:3

**66** 124:1

**6:00** 47:12,15

**7**

**7** 85:6,7,10 102:7 109:11 113:3

**730** 7:5

**773 531-0081** 12:22

**8**

**8** 102:15 109:16,17,19 113:3 117:5,7 127:5 155:17, 19

**80** 151:21,24

**9**

**9** 112:14,16,17, 19

**9:45** 100:13 113:17

**9:55** 100:14 113:16

**A**

**A-** 37:15

**A-CELLHOUSE** 30:21 31:1,8,12 32:3,4,7 36:21, 23,24 37:3,12, 23 38:5,22 41:25 42:20,23 43:10,19 48:6 55:18 56:1,17, 18 61:23 62:14, 21 69:18 77:13, 21 84:4,8,13,19 85:1,11,12,16, 25 90:15 93:18 94:8 102:22 107:6 112:20, 25 113:5,10 117:20 132:17 143:2 146:14 157:6

**A-HOUSE** 114:23

**a.m.** 7:8 36:5, 11 47:15 49:15 50:24 54:1 75:12,17,19 99:22 109:7 110:2,9 111:1, 23 112:1 113:9 114:12 120:24 121:9,11,23 122:2,22 125:2 135:17 144:3 146:23

**ABC** 16:21,22, 25 20:22 64:13, 25 65:15 66:12 70:25 71:11 74:6 77:6 103:8,9 142:13, 18,20 147:17 152:20,23 153:2

**ABCS** 64:12

**ability** 41:15 136:5,8

**absence** 44:16

**absolutely** 10:9 67:17

**access** 41:4 91:24,25 133:4, 22 134:2

**accomplish** 91:2

**account** 115:17

**accounted** 48:23 57:2 107:17

**accumulate** 63:19

**accuracy** 111:19 121:20

**accurate** 9:15 18:23 19:7 28:21 29:24,25 111:24 127:13 155:23 156:1

**acknowledge** 80:22 99:6 143:17

**actions** 76:19 99:12 109:20

**add** 108:12

**added** 41:18

**addition** 47:4 62:7 84:12 89:6

**address** 9:1

**adjustment** 11:9

**affairs** 126:19 127:2,4 155:16

**affirm** 8:11

**afford** 83:15

**agree** 8:6 42:7, 16 58:15 111:21 136:4,7, 10 145:3

**agreed** 8:4

**ahead** 22:3 27:19 49:10 57:19 83:10

**108:17 161:6 162:1**

**aids** 88:23

**aim** 49:14

**alarm** 62:4,5, 10 63:8,11,25 64:4,5,8 69:22 102:24 103:21, 24 119:5 121:2, 3,14,16,24 123:16,22 126:20 127:19 129:9,25 131:14,20,21 138:7 139:7,11, 17,19

**alarms** 62:15 63:4

**alert** 35:1,15 62:8 86:13

**alerted** 145:5, 9,12

**allowed** 136:25

**ambiguous** 10:4

**amount** 37:2

**angle** 92:16

**angles** 92:20

**annual** 21:23 22:10 35:9

**answering** 9:21 42:14

**answers** 9:15 10:2 45:9 77:25 160:10

**antiquated** 42:6,16 43:20, 23

**anymore** 12:20

**anything's** 98:17 105:14

**anytime** 99:4

**appearance** 7:18

**appearing** 8:1

**applies** 18:13

**apply** 15:15

**approach** 66:13

**approximately** 105:11,12

**April** 55:25 56:14

**area** 87:18 98:14 145:4

**areas** 90:19 91:7

**armed** 15:3,10

**Arnold** 7:24 8:8 12:1,4 21:19 22:2,24 23:4,17 24:12 25:7 42:9 43:13 44:19 45:5 51:13 66:16 67:3,6 70:11 71:16,25 72:3 73:1 74:10,19, 23 77:22 79:5, 11 86:9,17,23 89:15,21 137:3 138:3,25 139:22 140:2,9, 15,21 143:20 145:7,18 146:1, 18 147:4 151:8 155:6 159:11, 12,14,23 160:2, 4,18,21 161:3, 4,17,20,24

**arrive** 61:22 103:12

**arrived** 103:13 111:22 112:1 149:1

**assess** 66:24, 25

**assigned** 17:17 29:17 31:11 37:3,15, 23 38:20 39:9 81:11 84:8 85:25 147:23

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

**assignment** 28:7,16 32:21 33:1,5 117:9

**assist** 61:16,18 91:12

**assistance** 43:2

**assumption** 10:16

**attacked** 44:13

**attempted** 103:10

**attending** 7:18,19,22

**attention** 35:16 36:1 42:25 44:18 45:3,11 46:15 89:12 93:23,25 94:9,21 95:2 97:3 111:17 133:24 139:25

**Attorney** 7:25 12:19 79:10

**audibly** 80:2

**August** 50:24 52:25

**automatically** 63:8,11

**aware** 25:12 35:3,12 77:19 78:4,8 80:25 81:5 82:4,7,19 83:1 87:9 90:21 101:11 103:21 104:7 112:24 131:6,9,10 132:17,18,19 133:15 140:23 147:2,10 150:15

**awareness** 131:16

**B**

**B-CELLHOUSE**

29:18 30:3 107:9

**back** 13:6 16:6, 13 19:21 24:10, 16,19,23 26:12 30:24 31:19 32:23 33:4,6,7 36:7 49:5,6 52:13 54:13 55:6 57:2 66:6, 9 68:20 69:1,8 73:3 74:6 75:14 79:13,14 93:15 95:6 97:18 99:13 101:13 109:14 115:9 120:10,18 124:18 128:10 137:11,25 138:11 143:6 146:5 150:6 155:14 159:3 161:15

**back-end** 61:12

**background** 21:12

**backstreet** 112:9

**bad** 7:9 68:14 88:25 124:8 125:18 153:15

**bar** 40:11,13 51:23

**barred** 88:7

**bars** 40:25 42:1 56:20 87:19,21 88:8 148:2

**based** 51:11 64:16

**basic** 27:22,24 35:8 64:24 66:21 91:2

**basically** 27:1 28:17 30:1 55:4,7 64:9 88:12

**basics** 55:3

**basis** 37:19 38:7,8,9,11 45:19 54:12 55:5 56:21 60:3 70:21

**bat** 27:7 28:1 31:6 49:24 106:4

**bathroom** 124:8

**bear** 76:2

**bed** 64:25

**began** 89:11

**begin** 9:5

**beginning** 116:13 118:16 141:16 160:5

**begins** 114:12 147:18

**behalf** 7:13,22, 25

**Bend** 7:15

**benefits** 15:17, 18

**big** 92:6 144:14 155:12 157:22

**billow** 90:5

**billowing** 90:9 134:25

**bit** 11:10 16:5 26:9,13,19 27:20 98:9,19, 23 143:8 144:5 157:15,17,21 159:20

**block** 98:13

**body** 98:15

**books** 115:17

**bottle** 95:5

**bottom** 53:14 88:4 102:12 137:18

**Bowman** 7:21 8:7,18,20 18:19 21:21 22:7,25

23:7,21 24:13, 18,24 25:4,8 36:3,12,13 42:10 43:14 44:22 45:6 51:4,14 53:8 55:16 56:4 59:2 66:5,10,11,17 67:4,10 69:1,6, 9 70:12 71:17 72:1,4 73:2 74:14,20,24 75:9,19,23,24 77:24 79:9,12, 15 85:5,9 86:10,18,24 89:16,22 97:6, 9,11 102:18 109:11,17,18 112:12,18 124:23,24 127:1,6,7 132:10,14 137:7 138:10 139:3,23 140:5, 10,17,22 141:8 143:23 144:10 145:10,22 146:2,5,7,10, 12,21 147:7 148:17 150:11 154:23 155:1, 13,15,18 159:10,25 161:10,14

**box** 92:6

**boxed** 14:15

**boy** 28:24 29:20

**Brandyn** 7:24 97:6

**break** 11:1 36:18 75:9 124:10,12

**briefly** 159:12

**bring** 54:12 55:6 67:2 100:8

**bringing** 71:5 77:6 79:20 138:16 143:18

**brings** 31:2

**brisket** 14:12

**building** 62:18, 21 63:15,17,20 77:14,17 85:22 90:6,19,22 145:25 157:14

**built** 30:13

**bunks** 81:7

**burn** 136:25 141:10

**burning** 25:23 64:24 78:25 150:23

**burnt** 99:20

**button** 144:7

**buttons** 42:19, 20 44:16 148:3

**C**

**C-CELLHOUSE** 54:21 107:12

**C-HOUSE** 50:24

**call** 18:4 42:19 44:16 48:1,19 59:16 61:14,15, 16 116:19 118:10

**called** 20:7 130:3

**callouts** 114:7

**camera** 90:14 91:1,23 92:3, 12,16,20 93:1, 10,19 95:3 109:25 118:1 119:21 121:20 122:14 132:15, 19 133:2,5,16, 17,22 134:17

**camera's** 111:24

**cameras** 90:16,18,21,24 91:6,20,22

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

92:4,10 93:7,24 94:9,14,21 132:17,21 133:1,15 134:2, 8,12 135:14

**capacity** 60:7

**care** 19:23 71:23 72:2,5 98:10

**cared** 71:24

**careful** 9:18,19

**carry** 15:8

**case** 7:16 12:18 57:9 61:11 72:5

**catching** 83:18

**CBT** 18:6

**CBTS** 18:5

**ceiling** 62:19, 25 141:15

**cell** 12:21 25:24 38:20 41:1,12,20,24, 25 42:1,2,25 44:17 45:3 48:2 61:3,4 68:17 70:14,18 79:1, 18 88:8 93:11, 13,20 96:11,18, 22 97:3,23 98:1,13 99:20 101:19 103:2,5, 9,13 110:5,9, 16,19,20,23 111:2 115:1,13 126:21 127:14, 15,16 128:24 129:4 132:16, 22 134:19 135:1,4 136:16, 21 137:2,17,19 141:16 142:7 144:14,15,17, 24,25 145:15 148:11 150:19, 22 153:1,13 154:6,10 155:5 156:12,19,25 157:18,23 159:22

**cellhouse** 28:17 37:16 52:3 91:7 94:25 128:19 135:7 158:12,13

**cellhouses** 28:17 30:11

**cells** 40:12,17 41:6 42:20 56:20 81:20 93:20 97:14 106:16 115:3 148:3,4

**central** 7:8 36:11 48:19 75:18,19 124:22

**centrally** 158:13

**change** 160:9

**charge** 32:4,6

**check** 18:15 38:19 150:1

**checking** 69:6

**Checkpoint-2** 31:13 32:25 33:11

**chemical** 16:25

**Chicago** 7:23 13:4,16 15:1

**choose** 12:19

**chose** 15:15

**chronological** 113:4

**circumstance** 45:2 72:23 105:7

**circumstance s** 38:16 44:15 105:8,24,25

**city** 13:5,10 16:13,14 26:15 28:8,12

**clarify** 79:5,14 151:10

**clarifying** 117:4

**class** 16:20 17:9

**classes** 132:1

**clear** 10:19 48:22 52:11 93:5 100:25 101:3,13 102:2 111:8 113:11 118:15,17,21 120:2,9,10,24 121:7,8,11,25 122:2,7,9,19 123:13,16,21, 24 125:9 126:7, 13 129:2 138:24 139:6 153:25

**cleared** 119:14,18 120:12,15 138:20,21 158:22 159:2

**clearing** 118:5 126:11

**clears** 120:17 158:7,15

**close** 94:24

**closer** 11:13 153:14

**CO's** 36:20 45:21

**code** 42:2 62:8

**collapse** 141:16

**colleagues** 106:23

**collect** 158:19

**collecting** 142:20

**combination** 41:7

**combine** 48:17

**combined** 36:23

**combining** 49:2

**comfortable** 25:20

**comment** 66:2

**commissary** 41:10 83:5

**common** 83:3 107:16 151:20 152:6,18,25 154:12

**communicate** 45:15

**commute** 13:10

**companies** 15:5

**compared** 48:20

**complete** 11:6 52:12 99:24 105:22 106:12, 15

**completed** 9:13 10:1 19:24 20:6 76:4 100:4 103:16 117:24

**completing** 101:10 104:22

**completion** 111:25 125:2

**components** 34:16

**comprehensib le** 10:23

**computer** 11:9 17:24 18:1,7,8, 11 19:19 35:21 36:14 90:11,13

**computerized** 18:24 19:8,13

**conclude** 24:10

**concluded** 162:3

**condition** 96:9,17

**conduct** 38:6 44:24 49:12 113:10

**conducted** 36:9 53:17 55:25 75:15 124:19 150:8

**conducting** 44:25 47:24 101:14

**conference** 36:9 75:16 124:20 150:8

**confident** 25:19 51:16

**confirm** 21:15 111:14 144:5

**confiscating** 99:10

**confiscation** 99:11

**confused** 112:14

**confusing** 26:10 118:13

**Congratulatio ns** 32:18

**congregate** 85:25

**consisted** 84:4

**consistent** 84:18

**consists** 17:16

**constantly** 99:7

**construction** 88:2

**consume** 104:23

**contacting** 12:15

**contained** 110:16 148:12

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

**contest** 11:3

**continuing** 141:10 150:19

**contraband** 96:22

**contrary** 21:23 22:8

**control** 103:11 136:6,8 149:15

**controlled** 103:14

**convened** 7:9

**conversating** 126:5

**conversation** 11:25 12:9 77:3 79:2

**conversations** 96:7

**conversing** 126:1

**cook** 79:10 83:11

**copy** 160:22 161:8,18,20,22

**corner** 85:22

**correct** 15:11 25:1 30:11 39:15 42:21 54:9 68:12 70:21 75:21 79:16 84:2,6,13 85:8,12,16 90:19 96:11 97:14 113:7 115:22 128:25 129:13 133:17, 19 135:24 141:6 148:19 159:5

**Correction** 8:24 15:12 27:21

**correctional** 28:11 34:5,6,10 37:15,22 43:1, 10,19 61:22

**correctly** 103:17

**COS** 44:15 91:13 99:17

**counsel** 7:20 8:15 12:16 24:22 25:2 36:11 66:7 75:18 124:22 150:10

**count** 47:24 48:1,7,22 49:1, 16 52:9 54:12 55:6 56:25 99:22 100:4,11 101:12 102:1 103:20,23 104:6,9,16 105:22 106:12, 15,17 108:7,22 112:1 113:10, 11 115:20 116:15,18 118:5,11,15,17, 20 119:14,17 120:9,12,17,24 121:7,8,11,25 122:2,7,9,23 123:13,15,21, 24 125:2,9,13 126:6,7,11,13 138:15,16,17, 19,20,21,23 139:6 153:18, 20,21,24,25 154:4,11 158:6, 15,22 159:2

**counting** 49:13 107:13

**counts** 47:5,7, 21 119:11

**County** 79:10

**couple** 15:5,10 27:25 37:5 138:8 141:1 143:14 150:12 154:23 160:23

**court** 7:4,5,14 160:6

**courtesy** 9:24

**cover** 151:10

**covering** 141:15

**creates** 44:12

**critical** 67:17 68:12

**Crockett** 48:11 58:22 84:5,9 87:11 101:4,8 103:3,10 111:2, 22 123:6 126:3, 4 130:24 135:24 138:12 140:18 143:7,9, 11 147:17 149:15

**Cross** 7:11 8:5, 10,19,22 9:1 24:14,20 25:12 36:8,14 43:15 45:1 50:22 57:8 73:14 75:15,25 76:25 77:5 102:22 103:3,7, 12 124:19,25 126:2 132:21 133:9 145:4 150:7 151:9 155:22 156:5,7, 11 159:15 160:4

**CROSS-EXAMINATION** 151:7

**CT** 162:3

**cumbersome** 43:11

**current** 7:8 32:20 36:10 75:17 124:21 150:9

**curtain** 97:23 98:9,12,16,21

**curtain's** 98:18

**curtains** 97:12, 13,16,18 99:10, 13,16

**cut** 124:7

---

### D

**D-CELLHOUSE** 31:8 53:18 54:14,16,17 72:10 81:11,14, 18 107:12 152:21

**daily** 37:19

**danger** 141:23 142:2,6,10

**dangerous** 144:20

**data** 156:16

**date** 12:11 53:23,24

**David** 29:19

**day** 7:7 13:11, 13 20:7 39:20, 21 47:8,10,11, 19,22 48:24 68:6,11 69:17 70:1 84:2,4 94:8,13 106:1 108:9,21 109:20 113:5 117:9,21 120:23 122:1 123:24,25 154:9

**days** 20:14

**dead** 35:22

**deadly** 60:17, 19

**deal** 81:18

**death** 25:23 27:17 68:1 76:3 78:13 79:1,25 80:10 81:2 93:12 95:12 96:18 99:20

**debrief** 76:4

**debriefings** 82:11

**decision** 72:16 74:22

**decisions** 67:18,21 68:13 70:21 115:22

**defecate** 98:3

**defecates** 98:4

**defendants** 8:1

**definite** 129:15

**delayed** 154:5

**deny** 111:15

**Department** 8:24 15:12 27:21

**depend** 90:2,3

**depending** 105:8 153:21

**depends** 38:16 105:7,23,25 120:1 123:24 138:20

**deposition** 7:10 9:6 11:17, 21 12:2 18:11 19:14 21:15 36:8 50:21 55:11,23,24 57:12 58:19 75:15 102:7 124:19 150:7 162:3

**derived** 109:25

**describe** 92:9

**design** 88:15

**desk** 17:18

**details** 153:8,9

**detection** 63:12

**detector** 63:8, 20

**detectors** 62:15

**determine** 65:16 98:16

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit C**

developing 138:14

development 12:18

Devine 78:13, 22 79:6,7,9,13, 17

Devine's 79:25 80:10

died 27:14 68:7,11 69:17 79:17 94:13

difference 16:24 63:23 64:1,7,23 65:4, 7 67:25 70:24 71:2

difficult 11:4

DIRECT 8:17

disaster 64:9

discharged 37:18,21

discipline 95:25

discovery 57:9

discussed 70:4

discussion 153:19

dispute 111:19

disputing 121:19

distracted 35:20

District 7:14, 15

Division 7:15

document 18:15 50:22 53:4 58:20,22 102:8,11 109:15,24 110:12 111:11 113:2

documents 50:20 57:10

door 40:5 114:19 135:8 153:16

doors 39:24 42:4 51:24 52:2 103:13 115:2,8, 9,13 116:4

doorway 101:18,19,21, 24

double 40:16

doubt 140:11

downstairs 100:9 103:7

drawn 80:12

drill 50:22 51:5, 7,16,18,21 52:12,17,19,24 53:1,10,17,23 54:2,8 55:3,8, 12,17,20,25 56:2,7,13,18 57:8,12,14 58:10,12

drilled 58:23 67:20

drills 49:17,19 50:8,25 51:11 57:23,25 58:9, 14,16,20

drywall 141:14

duties 28:14 34:4,6 86:1 87:13

duty 61:23 69:18 84:3 108:11,22 116:17

— E —

earlier 20:22 43:3 54:1 56:5 78:16 117:2 130:12 132:18, 20 138:9

151:11

early 28:11 112:5,7,8,11 113:20,22,24 114:1,14 116:4, 10 117:8,11,14 126:10,11

East 7:8

Eastern 7:9

eat 125:11,12, 14,17,21

educate 45:11

effect 140:13 142:15 154:15

effective 71:12 103:11 140:25 147:19

effectively 107:21

efficiently 107:20

electric 152:10,12

electrical 77:20 83:22

electricity 16:23 65:1,11

electricity-type 65:14

electronic 40:1,2,7

else's 94:1

emergencies 44:5,10 87:5

emergency 26:14 42:24 43:6 44:13 153:24,25

employed 43:9 80:9

emptied 141:3 142:14

encountered 158:2

end 29:10 93:15 128:19 135:7 157:5,14 158:19

endurance 11:3

engulfed 110:19

ensure 94:22

ensuring 107:16

enter 88:2

entire 28:5,8 134:18

entitled 9:24 10:9 58:20

era 30:16

error 77:7

escape 60:25

escort 52:12

essential 66:13 147:12

essentially 85:12

estate 7:12

estimate 58:15 108:2 122:13 153:20

estimated 58:4,5

estimating 158:22

et al 7:13

evacuate 20:23 51:24,25

evacuated 57:1 85:15

evacuation 26:25 85:11 147:25

evacuations 27:4

everybody's 48:20 57:2

exact 12:10

EXAMINATION 8:17 154:25

examined 57:8

exception 91:16

exceptions 91:17

excess 97:2

Excuse 157:3

excuses 46:5

exercise 59:7

exhibit 18:11, 17 19:14,21 50:21 51:1 53:6 55:11,14,23,24 56:3 57:11 58:19,25 85:4, 6,7,10 102:7,15 109:11,16,19 112:13,16,17, 19 117:5,6 126:20 127:1,5, 8 132:10,12,13, 15 141:5,7 144:2,8 148:10, 15 155:14,17, 19

exit 88:3

expect 11:6

expectations 38:4

experience 64:16 152:18

experienced 16:15 33:17 46:2

experiencing 42:24

expertise 21:7

explain 29:7,9 160:2

explanation 136:24 137:8 138:22 139:4

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

expression 59:24

expressions 10:4

extent 149:20

extinguisher 16:21,22,25 20:22 61:10 65:11,12,23 66:13 67:2 68:17 70:25 71:6,8,11,18 72:9,16,23 73:20 74:4,6,9 77:6,7 103:4,6, 8,9,10 111:3 118:2 127:24 130:2,5,18,20 131:2,6 132:2,4 136:2,5,9 140:24 142:13, 15,18,21 143:19 147:18 148:24 152:19, 22,24 153:10

extinguishers 64:11,23 65:19 71:3 73:23,25

extra 83:14

**F**

faces 73:13

facets 34:16

facilities 153:25

facility 17:17 28:12 34:22 54:25 120:1 140:19

fact 94:20

factory 14:1,3

fail 35:15

fair 19:10 105:11 153:20 159:16

false 105:20

familiar 37:11, 14 40:6 93:12, 20 112:20 131:2

fashion 114:10 147:8 148:4

fast 60:8,9,12 61:4,5

feel 25:20 68:14 88:25

feeling 25:19 88:25

fellow 79:17

fence 130:11, 12

fenced 87:18

fewer 30:8

field 16:9,11

figure 67:2

filet 14:13

fine 11:12

finished 100:5, 8 103:20 116:16

fire 16:18,21,22 17:2 19:9,10, 15,25 20:3,18, 22 21:7,16,24 22:9,10,13,20 23:15,23 25:14 26:14 47:11 49:17,19 50:8, 22,25 51:5,7, 11,18,21 52:11, 17,19,24,25 53:9,17 54:2,8 55:3,8,12,17, 20,25 56:2,7,13 57:8,12,14,23, 25 58:9,10,12, 14,16,20,21,24 59:20,22,25 60:7,9,12,17,19 61:3,4,13,20,25 62:4,10 63:25 64:2,4,5,17 65:5,8,9,10,11, 13,15,16,18,23

66:13,22,23 67:24 69:22 70:4,13,17 71:6,13 72:8, 10,11,16,23,24 73:10,12,16,17, 22,25 74:3,5,6, 17 77:7,10 78:12,17,18,21, 22,25 79:17 81:1,2,4,6 83:18,23 85:11 90:6 93:2 101:11,17 102:9,23 103:1, 3,6,8,10,11,22, 24 104:8,9,12 109:20,25 110:15 111:3, 23 112:2,4,11 117:7,10,14,19 118:1,2 119:2 122:5,9,15 123:22 125:2,6 126:20 127:16, 23 128:13,24 130:2,4,18,20 131:1,6,10,14, 17 132:1,3 136:5,6,9,25 137:15,22 138:1,7,24 140:13 141:9, 22 142:13 143:17,19 144:14 145:15 148:7,12,24 149:12,15 151:3,12,13,14, 23 152:4,17,19, 22,23 153:1,4, 5,8 155:3,4,11, 16 156:17,22, 23,24,25 157:13,22 158:1 159:17

firefighter 72:12

fireman 66:23

fires 64:20,22, 24 78:5,8 80:15,20,22 81:19 82:20 151:17 152:8,

13,25

firm 14:20

first-floor 39:14

fix 160:13

flag 62:23

flame 110:3,8 129:4,11 135:3, 6 141:12 144:18

flames 103:1 110:18,23 126:21 130:1 139:11 142:5,7 147:9 153:11 155:5,10 156:11,18 157:17,19,23 159:19

flesh 150:23

Flicker 110:3

flickers 110:8

floor 141:16

focus 20:14 43:18 92:15

focused 93:7

focuses 93:19

folks 17:11 149:5

follow 52:3

food 14:4 83:8, 14

footage 92:3 93:1 109:25

footages 119:21

forbid 76:20

forcing 45:9

forgot 150:13

form 21:19 22:2,24 23:4,17 24:12 25:7 42:9 43:13 44:19 45:5 51:13 67:6

71:16,25 74:10, 19,23 77:22 86:17,23 89:15 137:3 138:3,25 145:7,18 146:18 147:4 155:6

formal 9:2

forward 113:2

found 88:3 125:5

four-page 102:8,10

fourth 44:1 48:9

friend's 13:14

front 92:8,24, 25 93:7,9 97:13,23 103:5 127:22 129:6 131:4 132:25 143:1,13 150:18,22

fronts 132:22

FTOS 16:8,9

full 8:21 9:24

fully 39:3

fumbled 69:15

functional 94:14

fundamental 34:18 45:21

fundamentals 36:20

future 76:21

**G**

Gage 13:21

gate 87:23 88:8 130:7,8,9

gated 87:24,25

gates 88:2,4,6, 9



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

**gave** 21:16 59:3 96:5 103:8,9 143:3,6

**general** 12:19 63:10 70:13 80:20

**General's** 7:25

**generally** 93:12

**gentleman** 75:2

**give** 8:12 9:23, 24 10:20,23 11:2 12:20 24:21 36:2 65:8 66:7 69:3,4 89:3 99:11 105:16,19 107:24 118:3 122:13 136:24 143:11 149:24

**giving** 100:20 102:1

**God** 34:3 76:20

**good** 8:19 15:19 49:25 50:17 54:5 59:3 80:8 89:3 91:3 96:2 100:1 124:15 125:19 159:17,19 161:16

**grab** 65:19,20 71:20 130:21

**grabbed** 68:17 71:21,23 72:8 74:3 103:3 130:2,5,17,23 132:1,3 143:25 153:10

**grabbing** 152:21

**graduate** 13:18,20

**Great** 36:17

**group** 49:22,23 76:18 89:11

**grow** 13:3

**guard** 44:24 45:14

**guess** 23:13 39:5,6 63:17 82:11 87:24 92:7 94:4 95:15 97:19,20 111:24 140:16 143:8,21

**guessing** 9:9 159:1

**guidance** 77:2

**guy** 29:2 39:21 47:19 70:14

**guys** 29:3 113:23

---

**H**

---

**habit** 100:3 104:16,21 120:3

**half** 62:9

**Halsted** 14:6

**hand** 8:10 136:1

**handed** 148:23

**handing** 100:22 101:2 103:20,23

**handled** 25:5, 6,9

**handoff** 142:25

**hands** 88:9 115:21

**handwritten** 76:7

**happen** 25:14 44:6,8,10 46:3, 19 47:7,21 78:5 81:11 87:5 113:5 117:9 142:25

**happened** 46:12 54:6

**56:11** 76:5 78:12 79:3 80:11,15,22 81:3,23 82:5,6 97:9 104:14 117:14 123:19 154:2,3

**happening** 35:12 78:8 82:8,15 90:22

**happy** 18:25 124:10

**harassing** 11:4

**hard** 108:4 135:23

**hazard** 83:24

**hazmat** 16:20

**head** 120:18

**hear** 11:8 12:23 18:20 40:19 42:11 43:7 45:7 62:2 65:25 66:2,6 77:15 82:17 88:19 89:7,13,17 96:25 101:1 113:21 114:20 119:9 134:3 135:11 139:12, 21,24 140:4,8 141:2 145:11, 20 146:3

**heard** 9:10 10:16 17:10 26:13,16 79:18, 21 82:24 83:18 102:23 103:21, 24 119:2,5 121:2,3,14,16, 23 123:22 126:9,20 129:9, 21,25 139:6,10, 13 140:6,14,16 145:16,25 146:16 160:11

**hearing** 77:25 88:23,24 89:23 111:9,10,11 147:9

**Hey** 46:16

**high** 13:16,25 62:21

**highlighted** 102:14 110:1

**history** 18:12, 14,24

**hits** 63:7

**hold** 97:7 102:16 161:15

**honest** 11:22 20:16 94:15

**Honestly** 15:17

**hook** 130:7

**hooked** 130:7

**hose** 152:17

**hot** 136:12

**hotpot** 83:15

**hotpots** 82:19 83:1

**hour** 106:15

**hours** 106:11, 13

**house** 13:14

**housed** 93:11

**humorous** 23:9,10

**hurry** 143:6

**hurt** 35:16 153:17

**hurting** 153:16

**hustle** 60:3,4, 14

**hypothetically** 45:1

---

**I**

---

**I&i** 94:4,5

**idea** 60:22 137:5

**Ideally** 91:15

**identification** 18:17 19:14 51:2 53:6 55:11,14 56:3 58:25 85:7,10 102:8,15 112:13,17,19 132:13 141:7 144:8 148:15

**identifications** 57:11

**identified** 56:1

**identify** 114:8

**identity** 8:5

**IDOC** 15:16,23, 25 28:5 50:1,9 80:9

**Illinois** 13:4 26:14 78:5

**image** 29:21 134:19 135:21

**images** 102:3 143:16,17

**immediately** 147:2

**importance** 71:5

**important** 10:14,19 22:16, 19,22 23:1,11 45:19 51:9 61:5 65:22 70:20 83:14 90:21 91:10

**impossible** 9:17 137:2

**improve** 76:19

**incarcerated** 27:1,3 30:2,4 124:2

**incident** 31:2 76:3,20 79:2 80:10 81:1 103:15

**include** 17:23 133:16



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

**included** 31:2

**includes** 19:9
34:21 38:1 39:1

**including**
143:16

**incorrect**
58:15 128:5

**incorrectly**
160:11,12

**increase** 144:5

**incredible**
70:5

**Indiana** 7:15,
25 8:2,24 15:12
26:15 27:21
28:4,6 41:3
78:11 80:16,23
85:10

**Indianapolis**
8:2

**indicating**
53:15

**indication**
59:22

**individual**
40:11,12,15
41:1,24 42:1,20
70:18 142:6,10

**individually**
38:19 76:18

**individuals**
27:1,4 29:13
30:3,5 115:14
124:2

**information**
155:2 157:24

**inhalation**
139:8

**initially** 28:14
153:4

**inmate** 151:16

**inmates** 22:15
95:14 124:1
140:3 151:17

**inside** 29:18
60:23 70:14

101:19,20
130:14

**instance** 51:15
152:2

**institution**
31:23

**institution-
wide** 158:15

**instructing**
42:2

**instructor**
20:25

**instructors**
51:6

**insulin** 124:4

**intense** 141:12

**intensely**
136:12

**intensity** 137:1

**interacted**
95:11

**internal** 94:6
126:19 127:2,4
155:16

**interrupt** 49:10

**interrupted**
50:4 117:19
118:18 158:25

**interrupting**
72:20 98:21
128:14

**interval** 61:21
101:10 118:19
123:19 125:1
126:1

**interview** 34:1,
2

**introductory**
9:5

**investigation**
94:6 102:9
109:16

**investigator**
76:13

**involve** 40:10
41:25

**involved** 16:12
81:23 148:2
149:20

**involves** 31:21

**involving** 81:2

**irregular** 38:8

**ISO** 28:24 29:1

**ISP** 16:5,7 28:9

**issues** 154:13

---

**J**

---

**J3** 38:14 48:2
154:6

**J3s** 115:10
124:2

**January** 38:22
68:6,11 69:18
99:19 102:21
103:16 159:2

**Jevor** 8:22

**job** 9:10,11
10:11 14:1
15:2,16,19 18:9
31:25 32:24
34:10,16 36:20
37:24,25 45:22
46:9 47:1 91:2
94:1,3 112:23
137:23

**jobs** 15:1

**joined** 15:25

**joint** 107:17

**Joshua** 79:7,9,
12,16 80:10

**judgment** 77:8

**July** 19:24
20:18

**June** 32:10,11,
13,14 33:13,22
36:25

---

**K**

---

**Kates** 14:25

**keeping** 91:2
97:18 160:6

**Kentuckiana**
7:5

**Kentucky** 7:6

**Kevin** 7:11
8:22 36:8 75:15
102:22 124:19
150:7

**key** 39:25 40:9,
10 42:1 45:21
153:16

**keyboard** 40:4

**killed** 23:16,23
38:23 47:11
84:3 102:10

**kind** 26:8 30:1
43:11 65:12
69:15 73:16
77:3 79:2 87:18
114:5 153:5

**kitchen** 114:6

**knew** 68:6,10
70:1,7,20 71:2,
5,8,11,13

**knowing** 41:19
58:13

**knowledge**
80:14 83:21,25
159:7

---

**L**

---

**laid** 30:18

**land** 15:19

**large** 155:4
156:18

**larger** 158:1

**laughing** 23:8

**law** 112:10

**lawyer** 12:1

**layout** 37:12

**learn** 16:8 79:2
119:17

**learned** 16:24
17:3 101:16

**learning** 18:12,
14

**leave** 33:4,7
52:3 57:5 115:3
147:21

**leaving** 159:16

**led** 69:5

**left** 29:9 31:7
142:17 159:15

**legit** 97:22

**leisurely** 60:3

**length** 157:12

**lesser** 30:2,4
32:16

**lessons** 80:12

**letters** 115:17

**level** 29:2
137:1

**library** 112:10

**lick** 142:7

**lie** 107:25

**lieutenant**
34:3 84:5 103:8
138:13 142:22,
24 143:3

**lieutenants**
34:3 148:1

**life** 9:7 67:9
68:1 70:8,15

**lightning** 61:5

**lights** 144:16

**Likewise**
89:19

**limit** 111:6

**limited** 71:9

**lines** 46:17
112:5,7,11

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

113:17

**list** 113:19

**listen** 17:18 68:23 154:18, 19

**listening** 108:18,20 145:24 146:16

**lit** 144:18 153:2

**literally** 67:24

**live** 13:5,8

**lives** 67:15 68:13 70:7

**located** 7:5 62:17

**location** 7:19 17:17 29:16 52:7 60:2 85:18 90:6 113:11 153:14

**locations** 114:8

**lock** 26:22 39:25 41:6,7,19

**Locke** 7:21 8:20 161:7

**locked** 42:24 45:2 60:23 70:14

**locking** 39:23 40:22 43:11,20, 24

**locks** 40:12,15 41:5,10 44:3

**lockup** 54:23, 24

**log** 158:8,9,11, 12,13,17 159:3, 6

**long** 12:4,15 13:23 14:7,17, 19 16:3 18:15 27:24 28:2,14 31:7 32:6,20,22 36:22,24 38:11 54:4,5 58:12

63:2 81:14 85:22 95:1 104:12,14 106:3 107:23 108:2 109:4 118:7,10,11,12 119:16,18,20 120:4 123:23 125:18 140:23 153:20

**longer** 33:8,13

**looked** 11:20 27:14 93:1 109:19 117:5 127:20 128:18 139:10 155:19

**lost** 26:8 97:6

**lot** 18:8 20:24 26:25 63:14 64:20,22 78:17 91:25 124:5 139:8 153:19

**loud** 89:3 102:20

**louder** 78:1

**Louisville** 7:6

**low** 29:2,3

**low-level** 29:2, 3

**lower** 43:11

**lunch** 125:11, 13,14,17,21

———————

**M**

———————

**made** 23:14 24:7,11 25:13 72:6 74:8,11,16 111:8 143:18, 22 158:6

**main** 7:6 31:18

**maintain** 34:8 45:23 47:1 149:12

**maintained** 138:9

**major** 65:5,11,

13 71:13 73:17 151:14

**make** 9:12,20, 21 10:16 11:9 18:2 22:22 23:1,11,12,22, 25 26:7 34:11 35:25 48:2,22 51:6 57:2 58:10,11 68:12 70:20 72:7,16 74:22 76:1 114:9 116:18 122:18 137:1 160:22

**makes** 10:5 23:5,8 67:25

**makeup** 29:6

**making** 10:15 38:1 48:12 67:21 115:22

**malfuncktioning** 77:20

**man** 108:8,9,10

**managing** 31:21

**manner** 52:4

**manual** 40:22 44:3

**map** 85:12

**March** 7:7 36:10 55:18 75:17 124:21 150:9

**mark** 55:10 112:12 148:10

**marked** 18:10, 17 19:13 51:1 53:6 55:14 56:3 57:10 58:25 85:7 102:15 112:17 126:19 132:13 141:7 144:8 148:15

**master** 113:11

**mastered** 18:3

**material** 18:3

**materials** 11:20

**maternity** 33:7

**matter** 7:11 63:10 67:25 70:13 104:16, 21 120:3

**mattered** 68:12 70:2

**mattress** 66:23

**max** 104:24

**meaning** 10:20

**means** 34:25 61:21

**meat** 14:1,3,9, 20

**mechanism** 39:23 40:11 43:11 62:7

**medical** 15:18 44:10

**memory** 20:17 22:19 99:19 100:2,20

**mention** 9:9

**mentioned** 151:11 160:5

**mesh** 88:11 89:7

**Michael** 7:12 23:16,23 68:7, 11 69:17 76:3 81:2 84:3 93:11 94:13 95:11 96:17 99:20 153:3

**Michigan** 13:10 16:12,14 26:15 28:8,12

**microphone** 11:13

**midst** 20:10

**mignon** 14:13

**mind** 14:18

140:11

**minor** 65:4,8,9

**minute** 35:24 93:5 97:7 102:3 109:21 117:5,8 149:24

**minute-by-minute** 113:4

**minutes** 8:20 12:6,12 38:6, 11,15 43:4 45:14,17 49:6 100:1,4,6,12,13 104:17,24 105:5,10,22 106:5,6,8 109:7,10 114:19,21 119:25 120:1,5 150:1

**mirror** 29:21

**missing** 123:18 152:3

**mistake** 23:12, 15,22,25 24:7, 11 25:13 72:6,7 74:9,12,16 143:18,22,24

**mistakes** 22:22 23:2,5,9, 12

**mister** 24:19

**mixed** 75:22

**moment** 24:22 52:21,23 66:8 69:3,4

**monitor** 90:11 91:18 92:10 93:6 94:16 132:23 133:21

**month** 32:23 158:20

**months** 27:25 28:1,2 32:8,14, 15 37:6,7,10, 19,23

**morning** 8:19 114:4 116:12



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
—— COURT REPORTERS ——

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

**mornings** 82:12

**mouth** 45:9

**move** 68:21

**movement** 112:8,10 113:19,22,24 114:21 117:12, 14

**movements** 31:16

**moving** 31:22 110:19

**multiple** 92:12 106:10,11

**multitask** 49:13

**muscle** 22:19

**mystery** 26:2,5

**Mysti** 7:11

---

**N**

**named** 78:13

**narrow** 85:22

**natural** 64:8

**nature** 72:24 73:10 74:3,17

**Neal** 7:13

**nearing** 29:10

**needing** 95:24

**Neucart** 21:3, 4,5

**Neucart's** 21:7,15

**newborn** 32:16

**night** 47:17 60:9

**north** 40:1,7,22 48:7 93:15,16, 17 96:16 102:25 103:4 156:8

**northeast** 85:22

**Northern** 7:15

**note** 160:13

**notes** 150:1

**notice** 129:8

**noticed** 138:7 156:24

**notified** 146:25

**nourishment** 83:14

**number** 7:16 12:17,21 38:23 49:24 50:8 58:5 90:15 107:24 127:1,5 132:11 148:10

**numbers** 75:22

---

**O**

**oath** 20:16

**Object** 74:19

**Objection** 21:19 22:2,24 23:4,17 24:12 25:7 42:9 43:13 44:19 45:5 51:13 66:16 67:3,6 70:11 71:16,25 72:3 73:1 74:10,23 77:22 86:9,17, 23 89:21 137:3 138:3,25 139:22 140:2,9, 15,21 143:20 145:7,18 146:1, 18 147:4 155:6

**Objections** 89:15

**objective** 107:16

**occasion** 27:16 81:18

**occasionally**

49:17

**occasions** 105:21

**occurred** 137:12

**occurrence** 46:14

**October** 15:24 27:22 50:9 53:18

**offender** 113:24

**offenders** 103:14 154:12

**office** 7:23,25 48:19 102:24 103:1 128:4,7 156:8

**officer** 16:11, 15 28:11 34:5, 6,10 36:23 37:22 43:1,10 58:23 61:22 76:25 77:5 84:4 88:16 89:10 91:18 100:17 102:21,22 103:7,10,12 104:23 125:4 126:2 130:14 134:10,11 135:24 143:7 155:8 156:5,7, 11

**officer's** 84:25 85:19,21,24 86:7,20 87:12, 17 88:16 89:12, 20 90:7,10 93:6 100:10 101:20, 21,25 102:23 118:8,9,20 119:3,4,11,12 120:6,8,13 121:2,4,13,23 123:1,10 125:8, 15,23 126:16 128:8,12,18,25 129:3,10,20,25 130:13 131:13 132:23 133:16,

22 134:8 135:8 150:14 155:3 157:4 159:16

**officers** 16:10 37:15 38:25 39:9 89:12 128:23

**older** 77:14,17

**Olivia** 7:3 9:14 24:18 36:9 66:5 68:20 69:2 75:16 85:5 109:12 112:14 124:20 127:2 132:10 141:5 146:6 150:8 155:15 160:5

**one-page** 58:20

**online** 7:3 18:2

**open** 115:2

**opening** 103:13

**Operationally** 25:11

**operations** 117:20

**opportunity** 11:23,25 114:23

**opposed** 143:11

**order** 9:16 11:20 43:1 44:17 116:10 161:13,14

**ordering** 161:8,18

**orderly** 52:3 54:12 55:5 56:20 114:10 148:4

**orders** 112:20, 25 161:7

**outdoor** 52:6

**outlets** 77:21 83:23

---

**P**

**p.m.** 47:15 124:16,21 150:4,10 162:2, 3

**packaged** 14:14

**packing** 14:9, 20

**padlock** 41:7 42:3

**pages** 18:15

**painless** 9:8

**pair** 39:17

**panel** 102:24

**paper** 47:25 141:18,19,20 152:17

**papers** 81:6

**paperwork** 33:10 115:19 116:1,9 122:12 125:24 126:15

**parental** 33:4

**Park** 13:21

**part** 18:24 34:25 35:8,9 45:21 88:15 107:3,6,10 112:23

**partially** 148:12

**participant** 53:15 56:1

**participate** 51:5

**participated** 49:17,18,20 50:9,14,23,25 51:16 54:9 57:13,23 58:17

**participation** 58:14

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C

pass 82:9

passageway 31:18

passed 142:22,24

passes 31:20 114:7 124:4

past 80:11

patient 88:21 146:10

pause 11:7

pay 35:15 93:23 95:2 97:3 111:17 133:24

paying 35:25 93:25 94:9,21 139:25

pending 7:14 11:5 24:14

people 9:16 17:18 20:23 23:11 29:8 31:21 57:1 60:23,25 62:8 69:21 106:19 112:8 114:6,7 115:2 116:19 142:2

People's 67:15

percent 20:2 39:9 151:21,25

perfect 150:3 161:2,5

perfectly 25:5, 9

performing 86:1 87:13

peril 70:15

period 16:14 29:17 31:5 58:17 117:24 118:14 120:4 125:24 126:16

periods 30:21

permission 115:2

person 21:9 42:25 61:3 86:19 116:15 133:10 148:18

person's 70:14

personal 7:12 41:5,16,18,20 42:3,24 94:24 98:11

personally 61:9

phone 12:21

photograph 148:9,13

photographs 132:9

physical 30:10 87:19

physically 90:25 91:8

pick 72:17,23 93:11

pictures 143:16

piece 152:16 157:23

pipe 38:6 44:24 45:1,14,17,18 49:12 101:15

place 55:17 56:14 85:24

plaintiff 7:22

plaintiff's 7:20

plan 9:4 26:14 85:11 161:7,18

point 20:15 28:10 39:10,11 60:25 63:14 66:12 74:5 75:10 76:17 77:10 82:19 102:5 103:21 119:16 131:14 137:12,13 138:2 141:22 142:12,14

146:22 147:21 148:21,25 149:8 151:5 152:4,23 153:4 160:22 161:13

points 28:20 133:10

population 81:8

portion 18:1 88:3

position 31:21 33:18 34:1

possibilities 105:13

possibility 35:17,18 105:12,17

post 112:20,25

power 61:24

powerful 71:12

practice 41:3 100:3 104:16, 22 120:4

prefer 41:15,18 98:6

prepared 116:10 117:1

preparedness 58:21,24

preparing 76:7

present 77:11 80:9 90:25 91:8 107:17

preserved 159:6 161:11, 12

press 40:4

pressing 148:3

pretty 9:8 25:19 29:21 37:11 65:22 144:6,14 152:6

prevention

16:18 17:2 19:10,16,25 20:4,18 21:8, 16,24 22:10 78:17,21 81:1

preventive 19:23

previously 8:4

principal 91:19

printout 18:12

prior 96:18 104:7 137:12, 13

prison 26:15 27:19 28:4,6,7 29:4,12 34:9 41:4 60:19,22, 23 78:6,11 80:16,23 81:3 85:11 88:3 95:14 106:20 107:13 145:5 151:14

prison-wide 158:14

prisoner 38:20 42:2,23 44:17 45:2 46:15 78:13,25 83:15 89:11 96:3 97:23 98:3,6 113:19 115:23

prisoners 29:6 30:8 34:21 41:4,15 48:4,23 52:2 54:12 55:5 56:19 81:5,19 83:1 85:14 86:12 89:11 97:12 114:9 139:12 140:12 145:14 146:14 147:9 148:4 149:9,21 150:15,19

privacy 98:6, 10,23

private 15:11

problem 62:8 77:20 81:19 95:15 152:6

problems 96:5

proceed 8:16 36:11 75:18 124:22 150:10

PROCEEDINGS 7:1

process 9:9 17:14 28:3 47:24 55:1,20 114:12 117:15 119:18

program 16:1

progress 27:20

prohibited 12:15

promoted 33:22

proper 10:4

properly 87:13

property 41:16

provide 153:19

provided 21:1 57:9 103:15 123:3

proviso 11:5

pull 62:4

pulled 130:8

pulling 63:10

purchase 83:5

purpose 119:12

purposes 31:22 71:9

put 28:18 33:18 92:6 117:6 149:13 152:13 158:8,9,18,19

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

**Q**

**Quarterly** 58:20

**question** 9:13, 25 10:2,17,18, 20,24 11:5,6 14:17 24:4,14, 16,19,23 37:1 42:14 46:7 50:4,5 60:11 68:19,21,23 69:1,8,10,14 73:3,5 76:2 77:14 80:2,17, 19,20 82:14 89:4 91:4 98:21 108:15,17 111:18,25 117:23 118:18 120:11 128:14, 15 129:22 133:12 137:24 146:3 156:16 158:3,25 161:17

**questions** 9:11,15 10:9 17:11 26:11 58:21,24 59:4, 10 69:5 72:20 76:14 103:19 133:6 149:25 150:12 151:4 154:13,21

**quick** 96:22 151:9

**quickly** 154:15

**R**

**raise** 8:10

**raises** 154:23

**Ramarc** 14:4

**ran** 74:6 139:7

**range** 46:10 51:25 52:14,15 54:18,19,20,21, 22 56:19 86:2, 3,21 87:4 91:14

92:7,8 94:23 95:2,3,6 96:6,8, 12 99:14 101:13 102:25 103:4 106:5,6, 10 116:16 119:8,10 120:18,20 121:6 124:1 125:16,17,19, 21 126:22 128:1,4,21,24 130:25 131:1,2 132:25 138:14, 16 139:10 140:13 145:4, 13,17,21 146:13 147:1 152:1 153:12 155:11 156:8 157:1 159:20

**ranges** 43:4 47:25 91:16 92:11 124:3

**rapid** 70:21

**rapidness** 70:5

**rare** 46:14

**Rarely** 46:13

**reach** 88:9

**read** 24:16,19, 23 26:19,20,22 66:5,9 68:20 69:1,8,11 73:3 102:17,19 103:16 109:21 127:10,11 146:5 160:3,8

**reading** 102:16 110:14,17,21

**reads** 10:15

**ready** 11:17,21 112:3,6

**real** 94:7 107:24 124:8 141:23 155:12

**realize** 133:8

**reason** 10:10, 14 11:2 12:20

15:15 46:23 60:14 87:4 111:19

**reasons** 41:22 44:8,10 87:15 97:22,25 154:4

**recall** 17:4 18:7 20:2 27:9 37:4 49:24 50:16 51:19 52:21,23 56:6 57:15,24 58:2 65:2 76:6, 7,12,16 77:12 94:17 111:7,22 125:10,12,25 147:20 148:22 152:14 154:2

**received** 57:13 78:17,20

**recess** 36:6 75:13 124:17 150:5

**recollecting** 17:7,8

**recollection** 15:22 24:9 33:21 51:10 59:6 84:18 95:21,24 122:19 128:11, 17 138:6

**recollections** 27:6

**record** 7:2 8:4 18:23 19:8,15 36:5,7 50:23 51:7 53:9 54:6 55:12,24 56:8, 13 58:10 59:3 75:12,14 79:6 102:20 111:22 112:1 124:16, 18 150:4,7 158:6,14 160:2 162:2

**records** 12:17, 21 19:12 28:19 51:11 53:19 57:8,12,14 58:11,13 102:4 121:20

**RECROSS-EXAMINATION** 159:13

**REDIRECT** 154:25

**reduce** 134:18

**refer** 31:17 80:10 113:23 114:1 115:7 130:9 133:17

**reference** 109:14

**referred** 29:16 115:25 116:3

**referring** 16:9 26:3 30:5 31:18 85:1 112:7 130:10

**reflected** 19:8 126:19

**reflecting** 50:22

**refreshed** 128:11,17

**regular** 38:7,9, 10 39:25 45:18 54:24 66:22 72:10

**relation** 148:6

**Release** 113:24

**released** 149:8

**releasing** 149:21

**relying** 51:10

**remained** 149:14,17

**remember** 20:7,11,13 26:24 32:23 51:18,19 52:22, 25 54:2 56:7 58:1 59:8,9 94:18 99:22 100:22 101:2 109:22 126:5, 17 129:13,14

151:12,14

**repeat** 19:11 23:19 24:17 26:7 69:16 91:21 117:11 146:4

**repeated** 81:18

**repeating** 104:2

**repetition** 76:2

**report** 48:3 103:15 109:15, 20 111:19 126:19 127:3,5 155:16,23 156:1

**reporter** 7:2,4 8:3,9,15 24:21 25:1 36:4,7 66:7 69:3,7 75:11,14,21 85:8 109:13 112:15 124:15, 18 127:4 132:12 141:6 146:9 150:3,6 155:17 159:11 160:1,6 161:2, 5,12,16,22,25

**Reporters** 7:5

**representative** 7:12

**represented** 12:16,19

**representing** 7:4

**requested** 24:23 66:9 69:8

**required** 17:12 146:23

**resolved** 36:15

**respect** 19:9 78:24

**respectful** 89:3 133:11

**respond** 22:20

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

46:23 61:5 87:9 153:5

**responded** 69:21 147:2

**responders** 61:17,19,22 103:12 147:22 148:25 149:18

**responding** 81:25 82:1 117:7 118:1 137:15,21

**response** 19:9,15 21:25 22:10 23:15,23 24:9 25:13,19, 21,22,23 26:13 40:18 70:2 76:19 77:23 78:18,21 80:1 82:16 93:2 137:12,14,24, 25 146:23 147:12,14

**responses** 59:4

**responsibilities** 37:14,18,21 84:12,16 112:24

**responsibility** 9:23 10:22 34:25 38:18 46:23 48:16 51:6 61:24 67:20 82:7,14 94:22 113:9 115:1 134:14

**responsible** 39:13 106:19, 21

**responsive** 10:18

**restart** 17:9

**result** 39:11 63:11

**resulted** 78:12

**returned** 103:9 154:9

**review** 109:25 160:8,14,17 161:1

**Richard** 78:13, 22 79:6,8

**role** 76:14

**roll** 51:23 56:19

**rolled** 40:25

**rolling** 40:11, 13 41:25 148:2

**Ron** 7:13

**roof** 62:17

**rounds** 38:2,5, 12,19 96:21

**route** 52:2

**routes** 85:14

**rule** 9:12 10:2 97:14

**run** 116:18,19 125:22 142:18 143:6

**running** 33:14

**runs** 47:14

___

## S

**safe** 34:11,18 91:3

**safe-keeping** 158:18

**safety** 27:1,3 34:8 36:18 41:22 42:19 45:23 47:1

**save** 68:18 75:1

**scene** 66:24,25 110:1 111:23 112:2 147:21 149:18

**school** 13:16, 25 112:9,10

**scream** 44:18 46:16 150:20

**screaming** 43:7 45:4,16 46:22 139:12, 14,15,17,19,25 140:7,12 145:14,16,24 146:15,17 147:10 150:15

**screen** 53:5 55:10 117:6 141:4

**screwed** 72:2

**scroll** 18:16 92:4 102:12 109:14 113:2 127:8

**seconds** 36:2 67:22,25 68:12 70:1 135:18 138:8 147:14, 16

**section** 29:4, 12 127:9

**sections** 44:2

**secure** 15:19 34:12,19 41:16 91:3 115:8

**security** 14:23, 25 15:3,6,12 29:4 34:8 36:18 38:1,5,12,19 41:19 45:23 47:2,4 49:2,3, 15 90:18 96:21

**sees** 91:23

**segregation** 64:18,19 81:9, 12 151:17

**sense** 9:21 10:5

**sentences** 29:10

**sergeant** 7:10 8:5,9,19,23 9:1 24:14,20 25:12 31:15 32:1,2,9 33:13,16,18,19 36:8,14,22,25 39:1,14 43:15

45:1 48:3,14 50:21 57:8 65:18 73:14 75:25 84:5 100:9,21 106:24 116:17, 21,24 117:1,25 119:13 123:4 124:25 126:2 130:3 132:21 133:8 150:13 151:9 155:22 159:15 160:4

**sergeant's** 48:16 134:14

**served** 14:12

**set** 63:20 112:4,7 119:15 126:10 147:25

**setting** 65:10 81:19 101:14 103:14 115:6, 25 116:3

**she'll** 160:21

**sheet** 48:7 115:20 116:24 160:12

**sheets** 48:1 116:18,19,23 122:25 123:3

**shift** 47:12,14, 17 81:22 82:10 84:4,20 116:14 117:2

**shifts** 82:8,15

**shipped** 14:15

**Shoot** 34:3

**shooting** 153:13,15 156:23 159:21, 22

**short** 34:15 75:9

**shortfall** 38:23

**shortly** 100:16 122:21 123:6 135:20

**shot** 126:9 139:7

**shout** 89:11 150:19

**shouting** 89:13 140:12 145:14,16 146:15,16 147:10 150:15

**show** 18:10 50:20 85:3 94:10 102:5 126:24 127:9 132:8 135:14 144:4 148:9

**showed** 122:14

**showing** 48:7

**shows** 85:14 134:19 137:16, 17,18,20 148:11

**sic** 102:7

**sick** 38:14

**side** 48:4,8 61:12 93:16,17 96:16 98:19,22 130:13 133:1, 17 137:16

**sides** 115:12

**sign** 11:2 160:14

**signed** 33:10

**similar** 30:2,11 76:20

**sir** 8:25 9:22 10:13 11:19 13:1,17,19 16:2,11 17:22, 25 18:18,22 19:2,5 20:19 22:6 24:15 25:10,17 27:23 28:13,22 29:5 30:12,19 31:24 32:12 34:17,20, 24 35:2,5,7,10, 14,19,20 37:13,



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

17 38:21 39:2, 5,7,16 40:20,24 41:2,9,11,17,21 42:5,8,11,18 44:4,9 45:20 46:25 47:3,9 48:5,10,13,15, 18,21,25 51:12 52:5,10,18 53:3,12,13,16 54:10 55:9,15, 22 56:15,17,24 59:5,19,23 60:1,6,16,24 61:2,9 62:1,3, 22 63:3,6,9,13 65:24 66:1,3,4 67:19 68:5 73:15 75:7 79:22 83:4,7 85:20 86:5 87:3 89:5,23 95:9 100:11 104:20 105:17 107:5,8, 19,23 108:18, 23 109:1,8 110:14 111:13 112:22 113:1,8 114:25 115:15, 24 116:8,25 117:18,22 123:18 128:11 129:18 131:12, 15,18 132:25 133:7 134:3,15 139:8 141:24 142:1,4 148:5 154:14 156:3 157:9,25 158:4, 24 159:9

**Sis** 7:3 36:10 75:16 124:20 150:9

**sit** 17:18 76:17 86:6

**site** 77:7

**sitting** 68:3 87:12 98:15 120:8

**situation** 36:15 49:13 61:5 67:24 68:14 72:14,22 73:13,

20 86:11 133:9 138:14 144:20 146:22 147:11 148:11

**size** 134:18 153:5 155:3 156:17

**slide** 99:17

**slides** 88:2

**slip** 99:11

**slipped** 14:18

**slow** 9:19 18:25 154:17

**small** 73:17 81:19

**smell** 59:11,12, 17,21 60:15 61:10 89:20,25 90:7 150:23 151:2

**smelling** 147:9

**smiling** 25:18

**Smith** 7:13 23:16,23 25:23 27:14 38:23 47:11 64:17 68:7,11 69:17 77:7 84:3,5,12, 19 93:11 94:13 95:11 99:20 102:10 103:8 136:17 138:13 143:3 144:20 149:5

**Smith's** 27:17 76:3 81:2 93:2 96:9,18 110:9, 19 132:16 134:25 136:16 137:2 144:13 148:11 150:19, 22 153:3

**smoke** 59:11, 12,17,21,25 60:3,15 61:10 62:9,15 63:4,5, 7,12,14,16,18, 20 89:19,20,25 90:2,3,5 102:24

126:21 127:15, 20,23,25 128:2, 3,8,9,13,19,22 129:3,11 130:1 134:25 135:6 136:14 139:8, 11 144:23,24 147:9 153:11 155:10 156:7, 24 159:20

**snarky** 80:5

**socket** 152:10, 12

**soft** 11:10

**solemnly** 8:11

**solid** 88:1

**somebody's** 67:9

**someplace** 17:18

**sooner** 138:1, 14

**sounds** 28:11 124:15 161:16

**south** 7:15 13:8 39:25 40:8,22 48:8

**spare** 67:22

**speak** 12:1,4 13:24 78:1

**special** 29:12 114:7

**specific** 52:25 100:2 114:8 115:13,14

**speech** 9:19

**spelled** 160:11

**sprayed** 153:1

**spread** 60:8,12 61:4,25 70:4

**spreading** 110:23

**spreads** 70:17

**staff** 34:22 38:24 43:19

84:3 85:25 149:3

**staffed** 39:4

**staffer** 140:19

**stairs** 143:1,2

**stake** 67:15 68:13 70:7,9

**stand** 18:6

**standard** 39:20

**standing** 143:7

**standpoint** 83:23 98:18,22

**start** 9:13,20 10:1 19:22 30:20 50:5 51:24 52:1 100:11 101:13 109:6 114:14 146:14 151:17, 23 152:4,8 154:1

**started** 14:23 15:23 26:21 28:10,15 30:22, 23 50:2,9 64:20,22 78:11 79:22 90:5 100:14 103:5, 13,24 104:9,12, 16 112:4,11 114:15,16 117:15 122:6,9, 10,11,12 137:6, 9 138:24 139:16 147:25 152:16 153:4

**starting** 7:19 81:6 122:15

**starts** 61:4 70:13 113:15

**state** 7:17 26:14,15 28:4,6 41:4 43:5 78:5, 11 80:16,23 85:11 146:8

**State's** 79:10

**stated** 20:21 43:3 45:13 49:4 50:16 56:5 57:24 60:10 66:22 67:12 73:6 75:7 98:20 104:5 105:23 118:4,5 119:23 121:16 132:2 155:24 156:1, 20

**statement** 76:8,10 103:15 126:18,23 128:10

**States** 7:14

**stating** 23:10 74:2 106:9 139:5 159:18

**station** 84:25 85:19,21,24 86:7,20 87:12, 18 88:17 89:10, 20 90:7,10 91:18 93:7 100:10,17 101:20,22,25 102:23 104:23 118:8,9,20 119:3,4,11,13 120:6,8,13 121:2,4,14,23 123:1,11 125:4, 9,15,23 126:16 128:8,12,18,23, 25 129:3,10,20, 25 130:13,14 131:13 132:23 133:16,22 134:8 135:8 150:14 155:4,9 157:5 159:16

**stay** 13:14 120:6,12

**staying** 120:7

**stepped** 73:10

**stick** 153:15

**stills** 93:5

**stint** 15:11 31:1



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

stipulate 8:4

stop 38:14 61:20,24 117:12 124:4 132:6 152:17 154:18

stopped 9:20

story 21:2 107:25 136:18

straight 126:9

street 7:6 31:15,17,20

strike 146:13

string 69:4

structure 30:10

studied 26:18, 21

stuff 9:5 14:12, 13 15:17 16:23 27:2 31:16,20 43:8 64:25 97:2 127:10,11

stuff's 100:24

subjects 17:19

submit 119:16

submitted 117:25

substantively 160:9

sufficiently 156:18

suffocating 136:14

Suite 7:6

summary 34:15 113:4

supervisory 149:3

suppose 43:6 143:25

supposed 52:2 59:19 85:15 95:7

96:21 97:3,13 113:5 114:10 115:10 116:18 120:20 125:20 154:9 158:8

survival 137:1

swear 8:11

switch 33:10 40:5 49:21 152:23

sworn 8:11

system 42:6, 17 43:20,24 45:14

─────────

**T**

─────────

takes 105:21 106:3 108:2 109:4 122:1 123:23

taking 9:14 74:9 99:12

talk 12:12 17:18 27:20 38:15 76:18 78:21 108:19 154:12 156:22

talked 83:22 84:1 87:5,15 153:18

talking 9:17 16:20 20:21,23, 24 36:17 68:4 73:8 87:23 95:21 108:14 110:2 113:13 116:1 124:25 130:11

tallies 48:17,20 101:8 117:24 125:4

tally 47:25 48:2,7,12,14 99:24 100:7,18, 20 101:10 104:22 119:17 122:25 123:3

task 148:6

teach 16:17

team 106:22

technician 7:4

telephone 12:17

telling 106:7 107:25 111:14 159:21

tells 120:11 141:5

ten 29:9 32:8, 14,15 58:6 65:24 100:12 104:23 105:21 114:19,22 120:5

terms 38:5 70:2 73:20 84:8 117:20 155:2

terrible 23:15, 22

test 18:2 33:24, 25

testified 21:23 50:7 70:23 78:16 151:11

testimony 8:12 22:8 105:14,16 120:23 122:21 132:20

tests 18:4,8

that'll 9:4

thing 10:8 46:21 54:5 55:24 65:2 66:24 68:15 74:2 80:15 113:18 118:18 122:13 123:20, 21 125:18 126:5,7 127:22 129:6 130:11, 12 142:17 144:1 153:2 155:9 158:16, 22 159:2

things 9:9 16:8 20:24 46:3 49:16 79:1 90:24 96:20 124:3 129:8 151:10 154:16

thinking 72:9 79:9

thought 58:5 74:4 108:16 154:8

Thursday 12:10

tier 39:14 40:21 41:24 43:18,21, 24 48:4,8,9 62:24 93:16 96:16 134:20 142:3 147:24

tiers 38:20 39:13,17 40:17 43:11 44:2 62:25 92:24 93:8 115:12 122:22 149:9, 21

time 7:8,9 8:6 9:17 20:15 23:20 24:17 28:5,8,24 29:17 30:13,21 31:5 33:15 36:10 37:2 39:10,11 47:19 49:4 50:1,3,21 51:3 53:23 56:8 58:4,17 62:9 69:16 74:5 75:17 77:2,10 78:5,8,9 79:21, 24 80:9,15,23 87:6 91:13,16 92:13 94:7,23 95:17 99:13,24 100:11,13 101:5 104:7 107:14 109:10 111:6,7,16,17 116:12,15 117:11 118:14, 19 119:22 120:4 122:11, 12,16,17

123:19 124:13, 21 125:13,24 126:1,8,16 131:11 133:11 135:15 136:21 138:15,18,19 143:9 146:4 150:9 151:19, 22,25 153:21, 22 154:14 155:15 160:24 161:9,10,13,19, 24,25

timeline 109:24 110:8, 22

times 35:1,4 37:5,19,22 47:8 48:23 65:24 81:10 86:3 99:7,9 106:10, 11,25 108:6,9, 21 120:21,22 121:17,18 122:13 143:15 153:18

timestamp 135:14 144:4, 11

title 18:12 20:3

toast 136:22

today 7:4,7 11:18 31:3 36:10 74:8,21 75:5,16 79:20 124:20 136:25

today's 12:1 150:9

toilet 98:1,4

told 104:2 105:3 113:15 116:7 117:8 118:14 119:25 125:3 126:8 132:18,20

top 19:3,4 62:18 63:19 88:5,6 109:14 135:15



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

**total** 27:24 36:22,23 37:2,6 50:15,16

**totally** 54:14

**towel** 65:10 66:23 81:6

**track** 90:24 91:7

**trained** 20:17 21:9 22:17 35:6 60:7,9,11,17 61:8 70:24 72:11,13,15,22 73:7,9,19,22,25 87:2 90:18 132:16,21

**trainee** 16:14

**training** 16:1,5, 6,7,10,11,12, 17,19 17:12,24 18:24 19:8,9, 13,15,22 20:6, 8,9,12,18,20 21:1,16,23,24 22:9,13 27:22, 24 35:8,9 72:9 78:17,20 80:25

**trainings** 17:23 22:10

**transcript** 9:15 10:15 160:7,9, 15 161:6,8,18, 21,22

**tray** 152:3

**treat** 59:17,19

**trigger** 63:8

**trouble** 142:23

**true** 19:12 22:11 41:8 51:8 69:24 72:25 98:8 99:13 104:4 105:1,20 118:23,25 126:22 156:14, 21

**truth** 8:12,13

**truthful** 105:14,16

**tuned** 92:10

**turned** 101:8 104:6,9 130:17

**two-page** 50:22

**type** 14:12 62:10 64:10 65:16,18 72:8, 11 73:11 74:5 95:15 97:25 99:3 130:12 132:3 152:25

**typical** 39:17

**typically** 49:8 105:20 119:17

**typos** 160:10

_____

**U**

_____

**uh-huh** 10:3 35:17 50:6 53:11 68:22 88:18 104:18 106:18 111:4 113:6 129:23

**Uh-uh** 10:3

**undated** 58:21

**understaffed** 38:24 39:12

**understaffing** 48:6

**understand** 9:18 10:10,12, 21 18:3 21:14 23:14 37:2 44:15 46:2 50:12 59:21 69:13 74:8 78:2 79:23 111:8 121:19

**understanding** 18:13 37:1 46:7 47:7 77:13 122:19

**understood** 10:17 70:10 94:22 147:11

**uniform** 148:18

**unit** 54:23,24 59:8 64:11

**United** 7:14

**units** 33:15

**unlock** 40:5, 16,17 42:1,3 56:19,20 115:9, 14 116:4

**unlocked** 41:1

**unlocking** 41:25 42:4 51:24 52:1 148:2

**upstairs** 21:10 51:23 52:1 116:24 120:10 122:22 142:5

**upwards** 110:23

**urgency** 59:18, 20

**urgent** 60:5

**usual** 46:21

**utilize** 92:19

**utilized** 74:7

_____

**V**

_____

**Valencia** 7:11

**valuable** 91:12

**varies** 38:13 49:21 153:23

**vary** 108:5 109:5 119:24 153:21,22

**verbal** 10:3 40:18 77:23 80:1 82:16

**vicinity** 149:14,17

**video** 7:3 36:9 75:16 124:20 132:15 134:17

**uniform**
148:14 150:8 161:7,8,11,14, 19,23

**videoconferen ce** 7:10

**view** 91:19,21 95:3 98:24 159:17,19

**viewing** 90:14

**views** 92:12

**violence** 44:12

**visible** 91:19 110:9,16 129:4, 5 135:6

**visitors** 34:22

_____

**W**

_____

**wait** 9:12,19, 20,25 120:14 125:9 139:5

**waited** 123:13

**waiting** 43:15 74:25 100:24 101:3,12 102:1 118:4,14,16,20 119:11,12,13 120:8 121:7,8, 10,25 122:7,8 123:15,21 125:5 126:15 138:23

**waive** 160:3, 15,17

**Walden** 117:25

**walk** 38:6 43:4 45:1,14 46:3,6, 8 47:4,25 49:2, 3,5,6,7,12,15 60:2 62:23 99:8,13,14 101:15 125:16, 17 145:21 152:1 154:19 157:9,10,12

**walked** 39:18 102:25 127:22 128:4,7,9,11,

18,23 129:3,19, 24 150:14 155:3,8 156:8

**walking** 49:3 62:24 128:25 129:10

**walks** 44:24 45:17,18

**wall** 16:7 29:14, 15,18 105:10 130:6 157:19

**walled** 87:19

**walls** 87:19 88:1,4

**Walton** 84:5,9 87:12 100:21 101:9 123:4,8 126:2 138:13 140:18 145:3

**wanted** 9:5 97:12 158:21 159:1

**warns** 62:10

**water** 16:21,25 20:22 64:12,13, 24 65:10 70:25 71:8,18 74:4,9 77:6 95:5 103:3,5 111:3 118:1 136:1 140:24 142:14 143:18 152:17, 19,22,24

**ways** 151:22

**weapon** 15:8

**wear** 88:23

**week** 12:12 17:12 27:10,11 28:25 109:2

**weeks** 28:25 32:23 160:23

**well-** 22:16

**west** 7:5 93:15

**Westville** 16:6, 13

**who've** 22:9

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**

**Whoops** 55:23

**widely** 41:13 153:21

**withstanding** 99:12

**witnesses** 84:1

**words** 140:12

**work** 14:1,7,9, 24 15:6 106:22 154:7,8,9

**worked** 14:17, 19 15:6 28:4,5, 6,24 36:22 39:12 47:17 80:23 81:17

**working** 13:13 16:15 47:11 64:18,19 94:16 102:22 103:6

**worries** 146:9

**worry** 67:1,8, 11,12,13

**would've** 100:16,17 145:5,9,12,15, 24 146:16 147:2,11

**Wow** 24:10

**wreck** 55:22

**write** 99:3,8

**write-ups** 97:15,17

**writing** 27:18 99:10

**written** 103:15 115:20 126:18

**wrong** 22:12, 15 98:17 141:5

**wrote** 95:19 126:23

---

**Y**

---

**yard** 52:7 55:22

**year** 13:22 17:9,10,11 19:24 20:10 27:12,13 32:10 33:22 37:9

**years** 14:8,21 15:10,13 29:9 37:8 53:22,25 54:1 56:14 81:15,16,17 108:8,14,25

**yell** 44:18 46:16

**yelling** 43:7 45:3,16

---

**Z**

---

**Zoom** 7:23 8:1 9:17



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C**