

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# KENTUCKIANA
## COURT REPORTERS

**CASE NO. 3:24-CV-00185**

**MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE OF THE ESTATE**

**OF MICHAEL SMITH, AND ON HER OWN BEHALF**

**V.**

**RON NEAL, ET AL.**

**DEPONENT:**

**JENIENE WALTON**

**DATE:**

**October 27, 2025**



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

**Exhibit D**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185


MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE OF THE ESTATE

OF MICHAEL SMITH, AND ON HER OWN BEHALF,

Plaintiff


V.


RON NEAL, ET AL.,

Defendants


DEPONENT:  JENIENE WALTON

DATE:      OCTOBER 27, 2025

REPORTER:  SYDNEY LITTLE

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Megan Pierce, Esquire

Loevy & Loevy

311 North Aberdeen Street

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: megan@loevy.com

(Appeared via videoconference)



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

APPEARANCES (CONTINUED)


ON BEHALF OF THE DEFENDANTS, LT. DENNIS KOEN, CAPT. VINCENT MCCORMICK, SGT. AMON LEE, SGT. JENIENE WALTON, OFFICER DARNELL CROCKETT, STEVEN MCCANN, LT. LATRICE JONES, SGT. ERNEST WILLIAMS, SGT. MICHAEL EVERETT, OFFICER JAYLON SINGLETON, WARDEN RON NEAL, CHRISTOPHER BEAL, KEVIN CROSS, ART KAUFMAN, ANDREW KMITTA, JASON NOWATZKE, NADINE SMITH, DOUGLAS WARDLOW, DEBORAH TAYLOR, JANILLE WHITAKER, AND DANIELLE BROWN:

Julia Kwait, Esquire

Eichhorn & Eichhorn, LLP

10201 North Illinois Street

Suite 240

Indianapolis, Indiana 46290

Telephone No.: (317) 228-9670

E-mail: jkwait@eichhorn-law.com

(Appeared via videoconference)

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


Kentuckiana
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

INDEX

                                                      Page

PROCEEDINGS                                              7

DIRECT EXAMINATION BY MS. PIERCE                         8

CROSS-EXAMINATION BY MS. KWAIT                         188


                        EXHIBITS

Exhibit                                               Page

 1 - Department of Correction Incident Report Form    136
        January 14, 2023 - Bates State 026403

 2 - Indiana State Prison To From Memo                138
        Bates State 026406

 3 - Indiana Department of Correction Internal        148
        Affairs Division Report of Investigation
        March 7, 2023 - Bates State 000015-000018

 4 - Critical Incident Debrief Report                 155
        February 21, 2023 - State 000104-000105

 5 - Still Image of Surveillance Video                162
        Footage 10:45:15

 6 - Still Image of Surveillance Video                163
        Footage 10:46:01

 7 - Still Image of Surveillance Video                164
        Footage 10:56:00

 8 - Still Image of Surveillance Video                165
        Footage 10:57:00



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

EXHIBITS (CONTINUED)

Exhibit                                                    Page

 9 - Still Image of Surveillance Video                     168

     Footage 10:58:00

10 - Still Image of Surveillance Video                     172

     Footage 10:58:18

11 - Report of Weekly Inspection                           181

     Bates State 010445

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

STIPULATION

The VIDEO deposition of JENIENE WALTON was taken at KENTUCKIANA COURT REPORTERS, 110 NORTH WACKER DRIVE, CHICAGO, ILLINOIS 60606, via videoconference in which all participants attended remotely, on MONDAY the 27TH day of OCTOBER 2025 at 10:30 a.m. (CT); said VIDEO deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. THE OATH IN THIS MATTER WAS SWORN REMOTELY PURSUANT TO FRCP 30.

It is agreed that SYDNEY LITTLE, being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

**Kentuckiana Reporters**
**110 North Wacker Drive, Suite 2500**
**Chicago, IL 60606**


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

**Exhibit D**

PROCEEDINGS

THE REPORTER:  We are now on the record.  My name is Sydney Little.  I'm the online video technician and court reporter today representing Kentuckiana Court Reporters, located at 110 North Wacker Drive, Chicago, Illinois 60606.  Today is the 27th day of October 2025 and the time is 10:30 a.m. Central.  We are here to take the remote deposition of Jeniene Walton via Zoom in the matter of Mysti Valencia, as personal representative of the estate of Michael Smith, and on her own behalf, v. Ron Neal, et al., pending in the United States District Court for the Northern District of Indiana, South Bend Division.  This deposition is being conducted on behalf of the plaintiff's counsel.  Will everyone, but the witness, please state your appearance, starting with Plaintiff's counsel?

MS. PIERCE:  This is Megan Pierce on behalf of the plaintiff, Mysti Valencia, appearing via Zoom.

MS. KWAIT:  Julia Kwait for the defendants.

THE REPORTER:  Thank you.  And, Ms. Walton, will you please state your name for the record?

THE WITNESS:  Jeniene Walton.

THE REPORTER:  Thank you.  And do all parties

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

**Exhibit D**

stipulate that the witness is, in fact, Jeniene Walton?

MS. KWAIT:  Yes.

MS. PIERCE:  Yes.

THE REPORTER:  Thank you.  Ms. Walton, will you please raise your right hand?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THE REPORTER:  Thank you.  Counsel may begin.

DIRECT EXAMINATION

BY MS. PIERCE:

Q.  Morning, Ms. Walton.  As I said, my name is Megan Pierce and I represent the plaintiff in this case, Mysti Valencia.  Can you tell me where you are sitting for your deposition today?

A.  Right now, I am at Indiana State Prison.

Q.  Okay.  And is anyone else in the room with you?

A.  No.

Q.  Okay.  And do you have any documents that you've brought with you today for your deposition?

A.  No.

Q.  Ms. Walton, have you ever been deposed before?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

A.   No.

Q.   Okay.  I'll go through the rules of a deposition, so we're all on the same page, okay?

A.   All right.

Q.   So I will ask you questions and you'll answer under oath just as if you were in a courtroom, okay?

A.   Okay.

Q.   If you don't understand a question or you can't hear my question clearly, please ask for clarification.  If you don't ask for clarification, I'll assume that you understood the question; is that fair?

A.   Yes.

Q.   And then please wait until I'm done asking my question, even if you know where my question is going, just wait till I get it all out on the record so we can have a clear record of our conversation today, okay?

A.   Okay.

Q.   And then -- you're doing a great job of this so far, please make sure to give verbal answers, so yes or no instead of nodding or shaking your head, so that the court reporter again can get a clear record.

A.   Okay.

Q.   And then your lawyer might object.  Let her get her objection on the record and then go ahead and answer the question unless she instructs you not to,

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

okay?

A.   Okay.

Q.   And then I am more than happy to take a break at any point that you need one or want one.  If you'd like to take a longer lunch break at some point, please let me know.  I just ask that if a question is pending, you answer the question and then we can take whatever breaks you need, all right?

A.   Okay.

Q.   Ms. Walton, are you taking any medication that affects your memory or your ability to testify here today?

A.   No.

Q.   Do you have any medical conditions that affect your memory or your ability to testify today?

A.   No.

Q.   Did you do anything to prepare for your deposition today?

A.   Meaning?

Q.   Did you talk to anyone about the case or review any documents?

A.   Spoke with Counsel.

Q.   Okay.  And without going to the substance of your conversations with your attorneys, about how long did you speak with them?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Might have been maybe 45 minutes or so.

Q.    Okay.  And was that just on one occasion?

A.    That I can really recall, yes.

Q.    And in addition -- oh, I'm sorry.  Did you have something to add?

A.    No.

Q.    In addition to speaking with your counsel, did you speak with anyone else at all about this deposition today?

A.    No.

Q.    Did you review any documents in preparation for your deposition?

A.    Just what I was given when I was told that they were suing the state.

Q.    Okay.  And what were you given?

A.    I've never had to do this before, so it's kind of wording-wise, but it was the legal document with my name on it and the person who was suing the state and explaining basically what was going on.

Q.    Okay.  So the best of your knowledge, that sounds like it might be the complaint.  Is that what you believe you read?

A.    Yes.

Q.    Okay.  And did you read any reports or summaries, e-mails, anything related to the fire that

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
COURT REPORTERS

**Exhibit D**

killed Michael Smith?

A.    Outside of also the complaints from other inmates that were -- that were in the cell house at the time, no.

Q.    Okay.  Did you look at any report that you had written in relation to the fire?

A.    I can't remember.  Honestly, I can't.  I remember writing it, but I don't remember.

Q.    Okay.  As you sit here today, you don't remember reviewing it after -- for this litigation?

A.    I really can't recall.

Q.    And do you recall, did you review any video, photos, or audio related to the fire that killed Michael Smith?

A.    No.

Q.    Did you review any policy documents, any post orders, any IDOC documents?

A.    We read post orders every month.

Q.    Okay.  And if --

A.    For the units.  I'm sorry.

Q.    Oh, no, go ahead.

A.    For the units that we work.

Q.    Okay.  And did you review any of those in preparation for your deposition today?

A.    No.



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   Okay.  Anything else you might have looked at?  Notes, e-mails, text messages, anything like that?

A.   No.

Q.   Is there anything that you wished you could have taken a look at in preparation for your deposition that you didn't have an opportunity to look at?

A.   No.

Q.   Have you spoken to anyone about this case and this litigation, aside from your attorneys?

A.   No.

Q.   Have you spoken to Warden Neal or any of your other defendants about this litigation?

A.   No.

Q.   Ms. Walton, what year did you graduate from high school?

A.   1996.

Q.   And what did you do after you graduated from high school?

A.   I was a stay-at-home mother.

Q.   And how long were you a stay-at-home mom?

A.   From '98 until about -- about 2012, I would say.

Q.   Okay.  Did you work at all during that time?

A.   There were a few positions that I held, but nothing long term.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q. Okay. Anything related to IDOC or --

A. No.

Q. -- security, law enforcement?

A. I did do security. That was it.

Q. In what years did you do security?

A. It was the early 2000s.

Q. Where did you work security?

A. Initial Security was the company.

Q. And about how long did you do that?

A. It was under a year.

Q. Did you go on to any higher education after high school?

A. Briefly, I went in for massage therapy.

Q. And when did you do that?

A. I think it was 2004.

Q. And did you finish that massage therapy schooling?

A. No.

Q. Any other higher education that you've done?

A. No.

Q. All right. And then in 2012, you went back into the workforce?

A. Yes.

Q. And what did you do in 2012?

A. I think that was the year that I did -- I

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

worked at a laundry facility.

Q. And what did you do at the laundry facility?

A. Fold towels.

Q. And how long did you do that?

A. I think it was maybe right at a year.

Q. And why did you leave that position?

A. I was underpaid.

Q. And where did you go next?

A. That's when I put in my application for Indiana State Prison and I started working here in 2014.

Q. What was your position when you joined ISP in 2014?

A. Corrections officer.

Q. And did you actually start at Indiana State Prison?

A. Yes.

Q. And what training did you get when you first joined ISP in 2014?

A. There was annual training that we get every year.

Q. And did you also do any new officer training?

A. Yes.

Q. During that new officer training, did you get any training about how to monitor a cell house?

A. Meaning?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    How does -- did you get any training about your responsibilities for supervising a cell house at Indiana State Prison?

A.    Not when I initially started.

Q.    And when did you get that training?

A.    When I went up for a supervisor.

Q.    Okay.  All right.  And when did you go out for supervisor?

A.    2021.

Q.    Right.  And the position you applied for was a sergeant position?

A.    Yes.

Q.    And did you get that position in 2021?

A.    I did.

Q.    And what was the training that you got at that point about monitoring and supervising a cell house?

A.    That consists of handling the daily log, being able to supervise staff, the things that I should be looking for, and basically the inner workings of the cell house.

Q.    And so when you became supervisor, does that mean that you were in charge of running a cell house?

A.    Yes.

Q.    Okay.  And did you do that basically every day?  When you came into work as a supervisor, you would



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

run a cell house?

A.    Yes.

Q.    Okay.  How many sergeants were generally assigned to each cell house?

A.    One.

Q.    Were the sergeants also sometimes called the officer in charge of the cell house?

A.    No, the sergeant is the sergeant.

Q.    Okay.  What -- you said that when you became a sergeant, you got a training about how to supervise.  What did that training look like?  Was that classroom training, or was it in the field training?

A.    It was in the field training.

Q.    Okay.  And who was responsible for giving you that training?

A.    At the time, it was Lieutenant Moon.

Q.    Lieutenant Moon?

A.    Yes.

Q.    Okay.  And how long did that training last?

A.    I can't remember exactly how many like, days in a row it would've been, because at the time I would be working somewhere else, and as I was permitted time, I would go to him with a packet.

Q.    Okay.  So you would run a regular shift, have your regular responsibilities, and then as you could fit

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

it in, you would go to him and go through a training packet?

A.   Yes.

Q.   Okay.  I want to go back a little bit to your new officer training.  In your new officer training, did you get some instruction about what your responsibilities would be in supervising inmates in a cell house?

A.   Somewhat, yes.

Q.   Okay.  When you say somewhat, what -- why do you say somewhat?

A.   Because it was actually the exact same as if I was a regular officer.

Q.   What do you mean by that?  Can you explain?

A.   Doing rounds, answering questions, things of that nature, the -- the same as if you are an officer.

Q.   Oh, okay.  So did you get training about how to do that -- those steps when you became a new officer?

A.   Yes.

Q.   Okay.  And what did that training look like?

A.   That is the new officer training that we do in our training department, whereas we are given the things to look for, about what we should be looking for when we do our rounds, as far as answering questions, safety and security, those things.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

Q.   What types of things were you trained to look for as a new officer doing rounds?

A.   As a new officer?

Q.   Yes.

A.   Making sure that you see a living, breathing person in each cell, safety and security steps, how to recognize if a person is possibly under the influence, behaviors, when to call different emergency signals. That's really a lot of what it was.

Q.   Okay.  I want to talk about a few of those in a little more detail.  So you said you were taught to -- when to call different emergency signals.  Were you given any other training or instruction about how to respond to emergencies?

A.   After I was QRT-certified, yes.

Q.   Okay.  And QRT, that's the quick response team, right?

A.   Correct.

Q.   Okay.  And when did you do that training?

A.   I think that might have been in 2022 or '23.

Q.   And that's an optional training, right?

A.   Yes.

Q.   Okay.  Did you -- so you elected to do that training?

A.   Yes.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   Okay.  So if I understand your testimony correctly, is it fair to say, as a new officer, really you were just getting instructed on how to call signals for emergencies, but you weren't getting much more training on how to respond to an emergency; is that right?

A.   As a new officer, you are not QRT-qualified, no.

Q.   Okay.  And in your new officer training, did you get any additional training on how to respond or identify a fire?

A.   Yes.

Q.   And what was that?

A.   That if you see smoke, you have to look and see what it is in order to call the signal that needs to be called.

Q.   Okay.  So if I understand you correctly, the training you got on fire response was that if you see smoke, you should take a closer look and then determine what signal to call?

A.   If you see smoke, you're going to call a signal first, yes.

Q.   Okay.  All right.  So if you can, can you explain to me your -- the training you got as a new officer, as a correctional officer, about how to respond



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

to a fire?

A.   Can you ask me that question again?

Q.   Yeah, of course.  So I want to talk, not about the QRT training and not about your supervisor training, just about the training you got as a new correctional officer, okay?

A.   Okay.

Q.   So what training did you receive as a new correctional officer about fire detection and response?

A.   So as far as fire training and response, if you see smoke, you can call a signal.  If the fire is small enough, we are allowed to put it out with a fire extinguisher.  If there is an actual fire, you call a signal so that we can get our QRT team in the area.

Q.   Okay.  I just want to make sure I understand correctly.  So if it's a small fire, it's sort of discretionary about whether you need to call a signal; is that right?

A.   If we can handle it, yes.

Q.   Okay.  So if it's a small fire and you think you can handle it, you don't need to call a signal, right?

A.   That is not what I said.  You do need to still call a signal.

Q.   Okay.  So if there is any kind of fire, you're

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

trained to call a signal, correct?

A.    Yes.

Q.    Okay.  And then if it's small enough, you can handle it yourself; if not, you let the QRT team handle it; is that right?

A.    Yes.

Q.    Okay.  Any other training or instruction you got as a correctional officer about how to respond to fires?

A.    Any other training?

Q.    Yeah.  Any additional information that you were instructed on about how to respond to a fire?

A.    None that I can recall, no.

Q.    Okay.  And then when you joined the QRT, you got some additional training about fire response; is that right?

A.    It's the same training.

Q.    Okay.  The same training about how to call a signal when you saw a fire, right?

A.    Yes.

Q.    Okay.  Anything else that you got as a QRT trainee about fire emergency and fire response?

A.    No.

Q.    Did you get any training -- additional training about fire -- strike that.  Did you get any

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

different or additional training about how to respond to a fire as a sergeant?

A.    No.

Q.    Okay.  I want to go back again to the things you were trained to look out for on your rounds.  You mentioned a few things.  The first one you said is making sure that you see a living breathing person --

A.    Correct.

Q.    -- is that right?

A.    Yes.

Q.    Okay.  And one of the reasons that you're taught to look to make sure somebody is like living and breathing and doing okay, is because somebody could have some type of an emergency at any time, right?

A.    Yes.

Q.    Okay.  So they could have a medical emergency, like a heart attack, they could get hurt; some other type of emergency could happen that they need immediate attention, right?

A.    Yes.

MS. KWAIT:  Objection as to form.

BY MS. PIERCE:

Q.    And if somebody experiences an emergency in their cell, they can't get out and they can't do anything to help themselves, right?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

MS. KWAIT:  Objection.  Foundation.  You can answer.

THE WITNESS:  If they're locked in their cell, no.

BY MS. PIERCE:

Q.   Okay.  So if someone's locked in their cell and they're experiencing an emergency situation, a -- emergency medical situation, they're relying on you as one of the correctional officers in the cell house to help them, right?

A.   Correct.

Q.   Okay.  And that's one of the reasons you're trained to go around and look out for emergencies, right?

A.   Correct.

Q.   Okay.  So one of the ways that you look out for emergencies is by doing rounds, correct?

A.   Correct.

Q.   Okay.  How often do you do rounds in a cell house at Indiana State Prison?

A.   Every 30 minutes.

Q.   Okay.  And to be clear, so you do a round and then do you start them -- when you say every 30 minutes, does it mean 30 minutes between the end of one round and the start of the next one or 30 minutes between the

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

start of one round and the start of a second round?

A.    They are to be done every 30 minutes.  So when you start -- let's say for an example, if you started at 7:00, another round has to be done at 7:30.

Q.    Okay.  Thank you for clarifying.  And how long does it usually take you to do a round?

A.    As -- without any interruptions it should take you possibly, maybe 15 minutes to walk an entire cell house.

Q.    Okay.  All right.  So if you do all five ranges in the cell house without any interruptions, that would take you about 15 minutes?

A.    Correct.

Q.    Okay.  And typically, how many people are assigned to a cell house like A Cell House?

A.    It depends on staffing that day.

Q.    Okay.  Does it vary widely or is it generally about the same number?

A.    It varies.

Q.    Okay.  How many people are supposed to be staffed if you have all the staff you need in A Cell House?

A.    If we're fully staffed, it can possibly be five people, including the lieutenant.

Q.    Okay.  And who would be the five people?  Can

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

you go through the people who should be staffed there and their responsibilities?

A.   There would be a lieutenant, a sergeant, and three officers.

Q.   Okay.  And what are the responsibilities of the lieutenant in a cell house?

A.   The lieutenant is the -- the head of the cell house.

Q.   Okay.  And are they stationed -- are they covering only that cell house or do they usually covering multiple cell houses?

A.   That I do not know.

Q.   Okay.  And then what are the responsibilities of the sergeant in the cell house?

A.   The sergeant runs the cell house.

Q.   Okay.  And then how would you divide up the responsibilities of the three officers?

A.   The sergeant tells them which ranges they would be in charge of for the day.

Q.   Okay.  And how many ranges does each officer usually have charge of?

A.   At the most, two.

Q.   Are there times when an officer might be responsible for more than two ranges?

A.   There has come a time before.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Okay.  But that's not common, is that fair to say?

A.    No, it's not.

Q.    Okay.  And who usually has the keys to the front door of the cell house?

A.    The sergeant, the lieutenant or whomever the OIC is for the day.

Q.    And what's the OIC?

A.    Officer in charge.

Q.    Okay.  So is -- am I correct that if there's no sergeant, there's an officer in charge of the cell house?

A.    Correct.

Q.    Okay.  And the officers -- strike that.  So if an officer does a round of just one range, how long would you expect that to take, on average?

A.    Maybe five to seven minutes with interruptions, possibly.

Q.    Okay.  And in between rounds, what should staff in a cell house be doing?

A.    In between rounds?

Q.    Yeah.

A.    When you say should be, are you asking is there something else that we are supposed to be doing at that time?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   Yeah.  As the sergeant, what would you be having your officers do in the cell house in between their rounds?

A.   There's nothing specific that I would have them do.

Q.   Okay.  Are there any responsibilities that they have in addition to doing rounds?

A.   Yeah.  Yes.  I'm sorry.

Q.   Okay.  And what are those responsibilities?

A.   We answer questions, we help if there's things that are needed as far as property, those things are being taken care of at that time.

Q.   Okay.  So basically any issue that might come up with a prisoner, you guys are handling that; is that right?

A.   Correct.

Q.   Okay.  Is there anything that you all are instructed or trained to do to continue to monitor for emergencies in a cell, in between your rounds?

MS. KWAIT:  Objection.  Form.

THE WITNESS:  Even though we are not doing actual rounds at that time, we still keep an eye on everything.

BY MS. PIERCE:

Q.   And how do you do that?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   By watching.

Q.   And how do you watch?  Are you -- where are you?  Are you out on the floor?  Are you watching the surveillance video?  What types of things are you instructed to do?

A.   It's not so much as what we are instructed to do, it's what we do.  I myself may stand on the main floor and look up.

Q.   Okay.  And you do that because you understand that --

MS. KWAIT:  Do you need to take a minute?

THE WITNESS:  Yes, please.

MS. KWAIT:  Okay.  Just put yourself on mute, if you can.

THE REPORTER:  We're going to go off the record.  The time is 11:00.

(A recess was taken.)

THE REPORTER:  We are back on the record and the time is 11:02.

BY MS. PIERCE:

Q.   Okay.  Ms. Walton, prior to taking that quick break, we were talking about the ways that you -- that you all monitor a cell house in between rounds.  And I -- you mentioned that one of the things that you do is stand out on the main floor and look up at the ranges;



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

is that right?

A.   Correct.

Q.   Okay.  And you do that because you need to be able to see and hear what's going out on the ranges, right?

A.   Correct.

Q.   Okay.  So is it fair to say that someone should be out on the floor or on the ranges at all time in a cell house?

A.   I would say we are always looking, yes.

Q.   Okay.  So it's important that somebody is looking at all times, right?

A.   It's impossible to say at all times, but yes.

Q.   Okay.  To the extent possible, somebody should be out with eyes on the range, right?

A.   I'm sorry, could you repeat that?

Q.   To the extent possible, somebody should be out with eyes on the ranges, right?

A.   As much as possible.

Q.   Okay.  And that's because you all understand that emergency can happen at any time, right?

A.   Correct.

Q.   Okay.  And is there training or instruction that you are given on how to actually monitor and monitor for an emergency other than doing your rounds?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    I'm not understanding your question.

Q.    Yeah, sorry.  So you said that, you know, one of the things that you do is you stand out on the main floor and just like, look up and watch the ranges, right?

A.    Correct.

Q.    Is this something that you were trained or instructed to do, or something that you just decided you should do based on your experience?

A.    Our job is safety and security, so we make sure that as much as we possibly can, we are kind of watching always.

Q.    Okay.  And I just wanted to make sure I understand.  Is this -- you know, were you trained or instructed that you should be out watching the range always, or is this something that you decided that you should do based on your training and experience?

A.    It's both.

Q.    Okay.  Is it appropriate for everybody working in the cell house to be in the officer station at the same time during a shift?

A.    It depends on the situation.

Q.    And in what situations is that okay?

A.    Once we get done with our count, we are normally in there at the exact same time.  If there is a

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

situation that needs to be taken care of, that is where we meet to talk amongst staff, things of that nature.

Q.    Okay.  And why does everyone end up in there after count?

A.    Because once we walk the range and take account of everyone who is there, then those counts have to be brought down to the sergeant or the OIC, where we call it into master location.

Q.    Okay.  And how long does it take the officers to bring you their accounts?

A.    It can vary.

Q.    Is there any reason that officers need to stay in the officer station after they give you their account?

A.    If they're heating up their food, things of that nature.

Q.    Okay.

A.    Then they --

Q.    But there -- oh, I'm sorry.  Go ahead.

A.    Then they would still be there for a little.

Q.    Okay.  Any other reason other than heating up their food that they would need to stay in the officer station after they give you their account?

A.    Possibly to sit for a second.

Q.    Okay.  And when officers are in the officer

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

station -- we'll strike that.  There are no emergency call buttons in the prisoners' cells, right?

A.    No.

Q.    So if there isn't an emergency or there's some kind of medical issue going on, how do they get officers' attention?

A.    Majority of the time, they yell.

Q.    Okay.  You say, the majority of the time. What other ways can they get your attention?

A.    Once we resume our walking, if there is a medical emergency or any type of emergency, that is when we see.

Q.    Okay.  So if you're out doing your rounds, you can see it and they can just tell you.  But otherwise, the way that they let you know is they yell, right?

A.    Correct.

Q.    Okay.  And so would it be fair to say that any officer who's worked at ISP knows that they've got to be listening for prisoners yelling for attention, right?

MS. KWAIT:  Objection.  Foundation.

THE WITNESS:  We listen.  Correct.

BY MS. PIERCE:

Q.    Okay.  And everybody understands that that's the way that emergencies and issues are communicated to staff who aren't doing rounds, right?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit D

MS. KWAIT:  Objection.  Foundation.

THE WITNESS:  I'm sorry, you said that aren't doing rounds?

BY MS. PIERCE:

Q.  Yeah.

A.  We listen.  Yes.

Q.  Okay.  And everybody -- let's strike that. And you know that you need to be responding quickly if someone yells for help because it could be an emergency, right?

A.  If there is acknowledgement of an emergency, we deal with the emergency.  Correct.

Q.  When you say, "acknowledgement of an emergency," what do you mean?

A.  Meaning that if we're walking and we see an emergency, we use our radios to contact one another, control, for the emergency.  Or if there is another offender calling out to help their neighbor, alerting us that there is an emergency, we deal with the emergency.

Q.  Okay.  And I just want to -- my question is a little bit different.  If you hear someone, you're not doing your rounds and you -- you're somewhere else in the cell house and you hear yelling for help or yelling for attention, you know you've got to go figure out what's going on, you've got to do it quickly, right?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

MS. KWAIT:  Objection.  Form.

THE WITNESS:  We take care of the emergencies.

BY MS. PIERCE:

Q.   Okay.  And -- but I want to make sure that you understand my question.  You know that if somebody is yelling for help, you understand that you need to respond quickly, right?

A.   I understand that if there is an emergency, I need to take care of the emergency.  Yes.

Q.   Okay.  And you understand that you need to do it quickly, right?

A.   I do understand that I need to take care of the emergency.  Yes.  That's why it's an emergency.

Q.   Okay.  And if someone is yelling for help and you don't know what's going on, you need to find out what's going on quickly, right?

A.   I need to find out what the emergency is.  Correct.

Q.   Okay.  But I want to just make sure that I -- I'm talking about the speed with which you do it, okay?  I just want to make sure that my question is coming -- is clear.  So if something -- if someone is yelling and you don't know why they're yelling, you need to actually respond to it somewhat quickly, right, to figure out what's going on?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   I get there as quickly as my legs can carry me.

Q.   Okay.  And part of the reason that you need to do that quickly is because it could be an emergency, right?

A.   I do it as fast as I possibly can.

Q.   Okay.  Beyond doing rounds and being out and watching the ranges, what other ways can you monitor for an emergency in the cell house?

A.   As far as?

Q.   Well, are there any other ways that you know for monitoring for an emergency?

A.   We do walks.

Q.   Okay.  And there are -- there's surveillance video in A Cell House, correct?

A.   Everyone is not privileged to have that.

Q.   Okay.  Make sure you're answering my question, okay?  So my question is whether or not there's surveillance video in A Cell House.

A.   I cannot answer that.  I don't work in A Cell House.

Q.   Okay.  Have you ever worked in A Cell House?

A.   Yes, I have.

Q.   Okay.  How often did you work in A Cell House?

A.   Every day for a year and a half.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Okay.  And that period while you worked in A Cell House, was there surveillance video in the cell house?

A.    Negative.

Q.    There was no surveillance video.  Okay.  When -- what period did you work in A Cell House?

A.    From January of '23 until, I think, May of '24.

Q.    Okay.  And during that time, there was never any access to surveillance video in that cell house, correct?

A.    No.

Q.    Do you know why?

A.    No.

Q.    Have you worked in other cell houses where there is video surveillance?

A.    Yes.

Q.    Okay.  And what cell houses did you work in that had video surveillance?

A.    As of right now, I am the sergeant in B Cell House, B as in boy, and there is surveillance.

Q.    Okay.  And is there access to that -- monitors of that video surveillance in the officer station?

A.    There is real-time footage.  Yes.

Q.    Okay.  And is there any training or

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

instruction you have been given about monitoring the video surveillance in real time?

A.    As far as a specific training, no.

Q.    Any instruction that you've been given about how often or who should be monitoring the video surveillance in real time?

A.    No.

Q.    As part of -- are you still a sergeant in B Cell House?

A.    Yes.

Q.    Okay.  And as part of your responsibilities as a sergeant in B Cell House, are there times when you monitor the real-time video surveillance in the officer station?

A.    Correct.

Q.    And what -- when do you do that?

A.    It's not very often that we get to do it because we have to walk ranges.

Q.    Okay.  So fair to say the preference is to be out on the range, right?

A.    Always moving around.  Correct.

Q.    Okay.  The -- in the ideal situation, the best way to monitor for safety and security concerns is to have somebody out on the ranges as often as possible, right?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Correct.

Q.    Okay.  If, for whatever reason, all of the staff are in the officer station or coming in to do count, should somebody be monitoring the real-time surveillance video just to keep an eye on the ranges?

MS. KWAIT:  Objection.  Form.

THE WITNESS:  We can look.

BY MS. PIERCE:

Q.    And is that something that you should do?

A.    Well, if things are being done at that time, there's no way to take care of the business that I need to take care of and sit at a desk watching a monitor.

Q.    Okay.  And based on your training and experience, if all of the officers responsible for a cell house, like A Cell House or B Cell House, are in the officer station together, do you have any concerns that you're not able to adequately monitor for safety and security issues that are arising in the cell house?

A.    I have concerns anyway because we are short-staffed, so there is no way possible to watch every single range all the time.

Q.    Okay.  And aside from those concerns about staffing shortages, if you have a full staff, you have five people in a cell house and all of them are in the officer station at the same time, does that raise

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

concerns for you based on your training and experience that you won't be able to adequately monitor for safety and security concerns that are arising?

A.   I would say that we make do with what we have, so what we need to do as far as monitoring safety and security, we get it done.

Q.   Okay.  And is it more difficult to monitor for safety and security from the officer station?

A.   Is it more difficult?  The job itself is difficult.  I'm sorry.

Q.   Sorry, the job isn't difficult?

A.   I said the job itself is difficult.

Q.   Okay.  And I understand that and I appreciate that.  One of the things I just want to make sure I understand is whether you feel that you can adequately monitor for safety and security issues from the officer station.

A.   I cannot adequately monitor everything because I am only one person.  So even if I am standing on the east side or the north side of a cell house, I still cannot see what is going on on the west side or the south side.

Q.   Okay.  Can you see any of the ranges from the officer station?

A.   It depends on what -- which cell house you're

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

in, but you have views of certain things from the officer station.

Q.    In A Cell House what can you see from the officer station?

A.    As far as looking out?

Q.    Yes.

A.    You can see cells.

Q.    And which ranges?

A.    There are some that are right over our heads. There are a few straight out that you can see.

Q.    Okay.  So fair to say you can see, like, a handful of cells from the officer station?

A.    You can see some cells.

Q.    Would you say it's more than ten?

A.    At the moment, I can't give you a number.

Q.    Okay.  Can you see beyond the bottom range from the officer station?

A.    Meaning going up?

Q.    Yeah.

A.    There are a few cells.  Yes.

Q.    Okay.  And from the officer station, you can only see one side of the cell house, correct?

A.    Correct.

Q.    If you are in the officer station, can you hear when inmates are yelling for help basically from

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit D

anywhere in the cell house?

A.    Correct.

Q.    Okay.  So if an inmate is yelling and you're in the officer station, you can hear it?

A.    Correct.

Q.    Okay.  How often do you -- would you say it occurs that an inmate is yelling for help, yelling to get officers' attention?

A.    In the event of an actual emergency or just yelling?

Q.    Just yelling for help.

A.    That happens almost every day.

Q.    Okay.  And you respond to that whenever you hear it, right?

A.    Correct.

Q.    Okay.  And then how often does it happen that there is an actual emergency that staff are yelling -- or, excuse me, that inmates are yelling for help?

A.    I'm sorry, I lost you.  Say it again, please.

Q.    Yeah.  Let me ask it again.  How often would you say that inmates are yelling for help because there is an actual emergency occurring?

A.    For an actual emergency, I would say maybe 30 percent of the time.

Q.    Okay.  So a few times a week; is that fair?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   I really can't say.  It varies.

Q.   Okay.  But that doesn't seem unreasonable, right?  A few times of -- a few times a week seems like that could be a reasonable estimate of how often people are calling for emergencies in a cell house?

MS. KWAIT:  Objection.  Foundation.

THE WITNESS:  It varies.

BY MS. PIERCE:

Q.   When you joined ISP in 2014, did you work night shifts or day shifts?

A.   Day shift.

Q.   Okay.  Have you worked night shifts at any point?

A.   No.

Q.   Okay.  And when you started in 2014, were you working in one duty post regularly, or were you working a variety of different posts?

A.   In the beginning, it kind of started out where I worked a few places.

Q.   Okay.  Did you work in all the different cell houses?

A.   At that time I started out, a little bit of a floater, and then for a little while, I was at ISO, our lower-level facility.

Q.   Okay.  When you say "a floater," what do you

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit D

mean by that?

A.    A person who you don't necessarily have one specific spot.

Q.    Okay.  So you worked a variety of different posts, right?

A.    A few.

Q.    Okay.  And then how -- as part of the -- when you were working as a -- basically as a floater, did you work in A Cell House at all?

A.    Had I been in there before?  Yes.

Q.    Okay.  So you were familiar from early on in your time at ISP with A Cell House, right?

A.    What do you mean by familiar?

Q.    Well, you know how the cell house worked and how to run it, and you didn't have any concerns about how to work in A Cell House, right?

A.    Are you -- are you asking as far as when I became the sergeant there or early on?

Q.    Good question.  Let me ask that differently.

A.    Okay.

Q.    By the time that you became a sergeant, you had worked in A Cell House enough to know it, right?

A.    No.

Q.    No.  Okay.  And why do you say no?

A.    Before I became sergeant and worked in A Cell

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



Kentuckiana
COURT REPORTERS

**Exhibit D**

House, I had been in A Cell House before.  Yes.  Had I worked in there for a significant amount of time?  No.

Q.    Okay.  About how many times do you think you had worked in A Cell House before being assigned as a sergeant to A Cell House?

A.    Less than five.

Q.    Oh.  And did you -- when you became a sergeant and were assigned to A Cell House, did you have any concerns about your ability to run that cell house?

A.    No.

Q.    Okay.  You felt like your training and experience was enough to inform you about how to run that cell house, right?

A.    Correct.

Q.    Okay.  Was there anything about A Cell House that made it more difficult to run than other cell houses?

A.    No.

Q.    Was A Cell House known to have any certain type of characteristics?  Like, was it known to be a louder cell house?  A quieter cell house?

Were there a lot of behavioral issues or few behavioral issues?

MS. KWAIT:  Objection.  Form.

THE WITNESS:  It's a cell house.  I really

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

don't know how to answer that question.

BY MS. PIERCE:

Q.    Was there any type of reputation that A Cell House had?

A.    It's a cell house in a prison.

Q.    Okay.  So no particular reputation that made it different from other cell houses, correct?

A.    It's the second biggest cell house we have.

Q.    Okay.  And what's the biggest?

A.    C Cell House.

Q.    And had you had much experience working in C Cell House before you became sergeant?

A.    I worked in C Cell House a few times.  Correct.

Q.    Okay.  How long did you work in the ISO facility?

A.    I think, if memory serves correct, it might have been roughly nine to ten months.

Q.    In what period was that?  What year?

A.    It was possibly 2015.  Oh, excuse me.  I'm sorry.  Yeah.  I think it was about 2015.

Q.    In addition to ISO, was there any other cell house in ISP that you were stationed regularly before becoming a sergeant?

A.    As an officer?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Yes.

A.    That's what you -- okay.  As an officer, I can honestly say I still was -- I was still floating around for the most part.  I learned how to work various spots.

Q.    Okay.  And prior to becoming a sergeant, had you ever been an officer in charge of a cell house?

A.    No.

Q.    Do sergeants work any other posts besides running a cell house?

A.    Correct.

Q.    What other posts do sergeants run?

A.    We have a sergeant in our hospital.  We have sergeants that run our street.  There are a few spots.

Q.    And what was the first position that you were assigned to as a sergeant?

A.    Actually, I was originally assigned to A Cell House, but I was out on leave for a broken ankle.

Q.    And how long were you out on leave?

A.    Possibly five months, I think.  Four to five months.

Q.    And that was in 2021?

A.    Yes.  Oh, and into -- into '22.

Q.    Okay.  And then when you came back in 2022, what posts were you assigned to?

A.    At that time, I was in our -- I was the

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

control sergeant.

Q.    And what's a control sergeant responsible for?

A.    The control sergeant operates the flow of traffic in and out of the prison.

Q.    And how long did you work as the control sergeant?

A.    I'm not sure how long it was.  It was a few months.

Q.    And what was your next position that you were assigned to after that?

A.    At that time, I went to the street sergeant.

Q.    And how long were you in that position?

A.    I think it was until, ooh, September of that year.

Q.    September of 2022?

A.    No.  Was it 20 -- oh my goodness.  Came back. It was the following year.  I think it was at the end of '23.

Q.    When the fire occurred that killed Michael Smith, were you stationed permanently in A Cell House at that time?

A.    Correct.

Q.    Okay.  So I'll represent to you that that occurred in January 2023.

A.    Okay.  Then I was at ISO until January of



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

2023.

Q.    When you say ISO, is that when you were the street sergeant?

A.    No.

Q.    Okay.  So I just want to make sure I go back. So you got promoted to sergeant in 2021?

A.    Correct.

Q.    You were out on leave for medical reasons and you came back and you worked as the control sergeant for a few months, okay?

A.    Correct.  Uh-huh.

Q.    Okay.  And then you went to the street sergeant for a few months?

A.    Correct.

Q.    And then from there, you went to ISO?

A.    Correct.

Q.    Okay.  And how long were you at ISO?

A.    Until I left and went to A Cell House that January.

Q.    Okay.

MS. KWAIT:  Megan, Ms. Walton has been at this for about an hour.  I don't know.

Do you need a break, a short one?

THE WITNESS:  Yes.

MS. KWAIT:  Okay.  Let's -- I don't know.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
COURT REPORTERS

**Exhibit D**

Five -- is five minutes sufficient?  You want ten minutes?

THE WITNESS:  Ten.

MS. KWAIT:  Okay.  All right.  Let's -- can we take ten minutes, Megan?

MS. PIERCE:  Yeah.  That's fine.

MS. KWAIT:  Okay.  Thank you.

THE REPORTER:  We're off the record, and the time is 11:30.

(A recess was taken.)

THE REPORTER:  We're back on the record, and the time is 11:39 Central.

BY MS. PIERCE:

Q.  Okay.  Ms. Walton, before we took a break, we were talking about your responsibilities as sergeant.  I want to ask you a little bit about your training.  So earlier, you mentioned that you would be working a regular shift and then you would go and work with Lieutenant Moon on going through a packet of things that you were supposed to be trained on; is that right?

A.  Correct.

Q.  In addition to that, is there any other training that you got as a sergeant?

A.  There are times where you are put in a position to where you may be in charge of certain

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

situations.  I was the OIC, officer in charge, in dorms and things of that nature.  So I did have more than just that training.

Q.   And when you were the officer in charge of different dorms and housing units, were you a -- an officer or a sergeant at that point?

A.   I was an officer.

Q.   Okay.  So you did that at various points when you were an officer?  You led a cell house?

A.   Correct.  Not a cell house.  The cell house and dorms are different.

Q.   Okay.  Can you explain the difference to me?

A.   A cell house is a building that has actual cells in it, as opposed to a dorm, which is still a building, but they are -- it's easiest to compare them to, like, a barrack.

Q.   So it's, like, an open room with bunk beds and things like that?

A.   Correct.

Q.   Okay.  And those are probably lower-security inmates than the cell houses; is that right?

A.   Lower security?  No.

Q.   How was it decided who's in a dorm versus a cell house?

A.   That, I do not know.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   Okay.  Is it easier or more difficult to run a dorm or a cell house?

A.   The only thing that makes it different is the structure.

Q.   Okay.  Any other training or instruction you got about how to run a dorm or a cell house prior to being promoted to sergeant?

A.   Outside of my experience, no.

Q.   Have you applied for a lieutenant position at any point?

A.   Yes, I did.

Q.   Okay.  And when did you apply for a lieutenant position?

A.   I think it was earlier this year.

Q.   Okay.  And are you still waiting on the results from that or have you learned that you didn't get that position?

A.   I've learned that I did not.

Q.   Okay.  And what are you -- what are you responsible for currently as sergeant?

A.   Running cell -- the cell house that I'm in at the time.

Q.   Okay.  And that's B Cell House, correct?

A.   Correct.

Q.   And B Cell House is pretty similar to A Cell

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

House, correct?

A.    In what ways do you mean?

Q.    B Cell House and A Cell House have a similar structure, physical structure, correct?

A.    Sorry.

MS. KWAIT:  It's okay.  Just take a minute. You can put your thing on mute if you need to answer that.

THE WITNESS:  I'm sorry.

BY MS. PIERCE:

Q.    That's all right.  Is that the phone in the office you're in?

A.    Correct.  Yes.

Q.    Okay.

MS. KWAIT:  Okay.  So this is your walkie- talkie.  Okay.  Okay.

THE WITNESS:  I don't have a way to cut it off.

BY MS. PIERCE:

Q.    Okay.  No worries.  No worries.

MS. KWAIT:  Well, if that -- if that happens again, we can just let it ring if that's okay, or you can just turn it off.  But we won't have to pause or stop if you just need to do that on -- while we're doing --

THE WITNESS:  Okay.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

MS. KWAIT:  Okay.

BY MS. PIERCE:

Q.   B Cell House and A Cell House are similar physical -- in physical structure, correct?

A.   Yes.

Q.   Okay.  And they're run much the same way, right?

A.   Correct.

Q.   Is there any real difference in how the two cell houses are run?

A.   No.

Q.   Okay.  As a sergeant, do you participate in any regular meetings?

A.   As far as sergeant meetings?

Q.   Or just any meetings that you participate in as a sergeant that you're responsible for going to?

A.   We do have sergeants' meetings.  Correct.

Q.   And when are sergeants' meetings held?

A.   It's once a month.  Excuse me.  I'm sorry. It's once a month unless something happens and it gets canceled.

Q.   And how long does the sergeant meeting last?

A.   It varies.

Q.   What types of things do you talk about at the sergeants' meeting?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

A.   What is expected, things that may possibly need to be worked on, just information specific to our duties.

Q.   Okay.  So one thing that you do at those meetings, fair to say, is reiterate your responsibilities?

A.   Not necessarily reiterate our responsibilities, but if there are things that they feel need to be done, that's what we discuss.

Q.   Okay.  And who leads those meetings?

A.   We may have the major, shelter captain, lead captain.

Q.   Okay.  And those are the major, the shelter captain, or the lead captain, those are the people that are deciding what issues need to be discussed at the sergeants' meeting?

A.   They are the ones that are in charge of the meeting.  Correct.

Q.   Okay.  And so if there are -- I want to make sure that I understand a little bit more about what types of things are discussed.  So if there's, like, persistent issues that are coming up, are they discussing ways to address those issues?

A.   When you say, persistent issues, could you elaborate a little bit on that?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   Yeah.  So you know, if there's rules that are not being followed or procedures that are not being followed, is that a thing that you would discuss at the sergeants' meeting?

A.   The things that we would discuss are if there is an issue that has arisen.  If they are doing an excellent job, we discuss that.  There are various things that are discussed in those meetings.

Q.   Okay.  Can you give me some examples?

A.   I just did.

Q.   Can you give me more specific examples of issues that might arise that you would discuss at the sergeants' meeting?

A.   Honestly, it -- it just varies.  There's no specific thing.

Q.   Have you ever discussed problems with emergency response at a sergeants' meeting?

A.   That would be more so suited for a QRT situation.

Q.   Okay.  So you don't recall at any sergeants' meeting discussing emergency response?

A.   Not necessarily, because just because you're a sergeant does not mean that you are a part of QRT.

Q.   Everyone in addition to the QRT team, everyone at ISP has some responsibility for responding and

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

identifying emergencies, right?

A.    Safety and security is everyone's responsibility.

Q.    Okay.  So is there any issues that have come up about emergency response or emergency identification at sergeant's meetings that you recall?

A.    That would not specifically be talked about in a sergeant's meeting.

Q.    Okay.  Have any issues arisen or been discussed at sergeant's meetings regarding offender property?

A.    Sergeants do -- do -- we -- blah, blah, blah.  I'm sorry.  Excuse me.  We don't deal with property like that.

Q.    And who does deal with inmate property?

A.    Lieutenants.

Q.    Okay.  And what's their responsibility with inmate property?

A.    The inmate is to contact the lieutenant of the shelter to get their property.

Q.    And have you ever been made aware of any issues or concerns with inmates having excessive property in their cells?

A.    There is a certain amount of property that they should have.  Exactly what those dimensions are?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

I'm a little dyslexic, so numbers and I don't get along, so I can't recite that amount at this time.

Q.    Okay.  And have you been made aware, generally, of any problems with inmates at the prison having too much property in their cells?

A.    I have come across an instance or two.

Q.    Okay.  So you've come across an instance or two.  But it's not a problem that's discussed among staff at the prison, right?

A.    Amongst staff, meaning?

Q.    Yeah.  So when there are different -- well, strike that.  If there are issues or regular concerns that are coming up at the prison.  For example, there are issues with contraband getting into the prison or there are issues with counts not being done on time.  These are types of things -- if problems like that arise, are those discussed at any type of meeting among staff?

MS. KWAIT:  Objection.  Form.

THE WITNESS:  That is not necessary to discuss with -- amongst all staff.  Certain things are not meant for everyone.

BY MS. PIERCE:

Q.    Okay.  So if problems do arise, or issues do arise at the prison, how are those communicated and

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
COURT REPORTERS

**Exhibit D**

discussed?

A.    It depends on the situation, and whom it's involving.

Q.    Okay.  Are there ever issues that are facility wide or common enough that they need to get discussed with all staff?

A.    I really can't answer that.

Q.    Okay.  Do you recall, at any point in any meeting, having any discussions that inmates are having too much property, and limits on property are not being enforced?

A.    Not necessarily in a meeting.

Q.    Do you recall discussing it at another point?

A.    I was contacted at one point once before in B Cell House by the major to go and look into a cell, and decrease the property that that person had.

Q.    Okay.  So you were contacted by the major about a specific problem in a specific cell about that person having too much property; is that right?

A.    Correct.

Q.    Okay.  Have you ever been part of any discussions about a larger systemic problem of prisoners having too much property in their cells?

A.    No.

Q.    Okay.  Have you ever been part of a discussion

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

about a problem of inmates having curtains or coverings up in their cells?

A.    Correct.

Q.    Okay.  And when has that been discussed?

A.    We discuss curtains every day, almost, because that's part of our policy and procedure.  Safety and security.

Q.    Okay.  And why is it important not to have curtains up in prisoner cells?

A.    Because at this point, now you are blocking our view, and being able to make sure that a person is safe and secure.

Q.    And have there been problems with enforcing this, or inmates not following the rule about not having curtains up?

A.    As far as enforcing the rule, we talk.  We deal with the situation as it comes.  We just make sure that if we come across it, we deal with it.

Q.    And as a sergeant in charge of cell houses, have you had problems with the officers you're in charge of not enforcing the rule against curtains?

A.    No.  I can't say that.

Q.    And do you take any steps to specifically monitor for whether that rule is being enforced?

A.    Any specific steps, meaning?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Yeah.  Yeah.  Do you go out and do rounds yourself, and then talk to staff if there are curtains up on their ranges?

A.    We all do rounds.

Q.    Okay.  And when you do rounds, are you looking out for curtains?

A.    Always.

Q.    Okay.  And if you do a round and you see that there are curtains up on a certain range, do you then talk to the staff member in charge of that range?

A.    I speak specifically to the offender, if I am on that range.

Q.    Okay.  And do you also speak to the staff member who's responsible for that range?

A.    We all talk about it.  Correct.

Q.    Okay.  Have you ever been involved in any conversations about problems with inmates having, like, homemade power strips or electrical devices?

A.    What do you mean by, a conversation?

Q.    Yeah.  Has that been a problem that's been discussed among staff that you've been involved in?

A.    We speak about everything.  Curtains.  If there's a situation where there is a power strip, it's taken, if we see it.  Yes.

Q.    Okay.  And based on your experience at ISP, is

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

it common for inmates to have homemade power strips in their cells?

A.   I cannot say that it's common.

Q.   Is this a problem that you've seen repeatedly?

A.   I cannot say that it's a problem.  Have I seen it?  Yes.

Q.   Has there ever been any discussion that you've been involved in about concerns or risks related to inmates having homemade power strips?

A.   Risks?  No.  Them having them?  If we see them, we take them.

Q.   And have there been any broader discussions that you've been involved in about this being a repeat problem at the prison?

A.   Honestly?  Like I said, if we see them, we take them.  As far as things being common or consistently spoken about?  I can't answer that.  Not with me.

Q.   Okay.  So fair to say you don't recall being involved in any conversations that were specifically focused on addressing a problem of inmates having homemade power strips; is that right?

A.   Is it something that's been discussed before? Yes.  Is it something that is a constant thing?  No.

Q.   And what conversations or discussions do you

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

recall being in specifically about homemade power strips?

A.    If we see them, we take them.

Q.    Okay.  So you've been instructed that if you see them, you should take them.  But otherwise, it's not a problem that you've been in discussions about, right?

A.    I have not been in consistent discussion about it.  If we see them, we take them.

Q.    Okay.  And do you specifically look out for power strips on your -- on your rounds of the ranges?

A.    We look at everything.

Q.    In addition to your sergeant's meetings, are you involved in any other meetings?  Supervisor meetings, cell house meetings, things like that.

A.    No.

Q.    Are there meetings at roll call that you're involved in?

A.    If you consider that a meeting, then yes.

Q.    And what happens at roll call?

A.    We discuss things that may have occurred the night before.  Or if we're coming back from days off, what happened the days that we were not here.  If there are things that someone, as far as our supervisors want us to -- to specifically look for, we talk about that. It's an informative gathering.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

Q.    How long does the roll call meeting last?

A.    Roll call lasts us possibly anywhere between five to maybe ten minutes.

Q.    And who runs that?

A.    The shift supervisor for the day.

Q.    Okay.  And then are you responsible for assigning the officers in your cell house to various ranges?  Or does that come from the shift supervisor?

A.    In the cell house, the sergeant decides.

Q.    Okay.  And after you do your -- well, strike that.

So when you come into the prison at the beginning of the day for your shift, you go straight to roll call; is that right?

A.    No.

Q.    Okay.  What do you do -- walk me through your day when you come in for a shift as sergeant.

A.    Coming in, we go through everything we need to to actually get inside of the prison.  After we are inside -- excuse me.  I'm sorry.  After we are inside, we check in, and find out where we are posted for the day.  And then we go to roll call.

Q.    Okay.  And then you do roll call for ten minutes, 15 minutes, and then you go to your post; is that right?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Correct.

Q.    All right.  And then what do you do as a sergeant in charge of a cell house when you get to your post?

A.    Once you get into your post, you speak with the previous sergeant or OIC, whomever was in charge before your shift.  If there's anything specific that they need to make you aware of, we pass off information at that time.  We make sure all equipment is there, and then we start our day.

Q.    Okay.  And then after you have a conversation with the last sergeant in charge, and you check all your equipment.  What are the first steps that you take on a shift?

A.    As the sergeant, the first thing I do is let my staff know who's going to be on what range.  And then we get our lineup, so to speak.  Meaning, whomever needs to go out on whatever lines, we get that taken care of.

Q.    And what does that mean to go out on a line?

A.    When we have line movement.  Meaning that anyone who needs to go to a class, to the barbershop, if they have a medical pass.  Line movement is when that's taken care of.

Q.    Okay.  As a sergeant in charge of a cell house, do you take responsibility for any of the ranges?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

Or do you just assign that out to the other officers?

A.   Yes.  I am a working sergeant.

Q.   Okay.  So you have at least one range that you're responsible for?

A.   Correct.

Q.   All right.  And then -- okay.  So you discuss line movement.  And then what do you do next on your shift?

A.   Then we start our day, as far as people that need to be out.  Setting up the Line -- setting up the doors to be unlocked for when that line movement is called.

Q.   Okay.  So you're in charge of line movement. What other things are you responsible for on your shift?

A.   My cell house.

Q.   Okay.  What types of things need to get done? So there's line movement, count.  What other things?

A.   Answering questions.  It depends on what the day brings.

Q.   What paperwork are you responsible for as the sergeant of the cell house?

A.   I do a daily log.

Q.   And are you the one who's filling that out?

A.   Correct.

Q.   And what's documented on the daily log?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    We have what location we're in.  If you're in a cell house dorm, wherever.  So you would put the location, the date, the shift, your count, as far as how many people are housed on that unit.  Actual physical bodies.  You also would write down whom is working in that cell house that day.  And then in sequence of time, as everything happens during the day, you will write that down as well.

Q.    Okay.  So anytime people move in or out of the cell house, things like that, that all needs to be documented, right?

A.    Correct.

Q.    And any incidents that occur in the cell house, those have to be documented, right?

A.    Correct.

Q.    How long -- what -- how long are your shifts as a sergeant in charge of a cell house?

A.    My shift is 12 hours.

Q.    Okay.  And what time do you get in?

A.    As far as in my actual cell house?

Q.    Yes.

A.    We get in the cell house possibly -- roughly right at 6:00 in the morning.

Q.    Okay.  And then you are relieved right around 6:00 p.m. at night?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Correct.

Q.    Okay.  As a sergeant in charge of a cell house, do you have any responsibility for conducting inspections?  Daily, or weekly, or monthly inspections.

A.    Inspections of?

Q.    Of the cell house.

A.    Yes.

Q.    And what responsibilities do you have for inspections as sergeant?

A.    In making sure that the trash is taken out. Making sure that if there are any broken windows, we report it.  Just the upkeep of the actual cell house itself.

Q.    And do you have a responsibility to conduct, like, a routine inspection of the cell house and fill out any forms documenting that the cell house is -- the condition of the cell house?

A.    Yes.  That's done once a week.

Q.    Okay.  And as the sergeant, are you the one who's responsible for that?

A.    Correct.  Sergeant of OIC.

Q.    Okay.  And what day of the week do you do these weekly inspections?

A.    Every Monday that we work.

Q.    Okay.  And you have to fill out a weekly

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

inspection form?

A.   Correct.

Q.   And then who do you give that to?

A.   Shift supervisor.

Q.   And on that form, do you note any problems that need to be addressed in the cell house with the physical structure?

A.   Physical structure of the building itself?

Q.   Yeah.  Broken locks, broken windows, things like that.

A.   If there's anything that needs to be taken care of?  Yes.  We report it.

Q.   Okay.  And then what responsibilities do you have for maintenance problems or maintenance requests, as the sergeant in charge of a cell house?

A.   We do not deal with that.  That is for the lieutenant.

Q.   Okay.  So if some prisoner reports to you that their lights are not working, what do you do?

A.   We discuss that with the lieutenant.

Q.   Okay.  And how do you discuss that with the lieutenant?  Do you call them?  Do you send them an e-mail?  Do you fill out a report?

A.   I talk to him.

Q.   Okay.  And then the lieutenant is responsible

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

for making sure that gets fixed?

A.   Yes.  The lieutenant does work orders.

Q.   And as the sergeant, other than communicating problems like that to the lieutenant, do you have any responsibility for maintenance problems?

A.   No.

Q.   As a sergeant, and previously a correctional officer who worked in cell houses, are there common maintenance problems that occur in the cells?

A.   Common problems?

Q.   Yeah.

A.   What would -- what do you mean by, common?

Q.   Yeah.  Like, what types of issues -- I mean -- let me strike that.  ISP is a pretty old prison, right?

A.   Correct.

Q.   So I imagine there's fairly frequent maintenance issues, right?

A.   Correct.

Q.   So what -- oh, sorry.  Go ahead.

A.   I'm sorry.  I would say possibly a clogged toilet, things like that.

Q.   Okay.  So clogged toilets are common.  Are there frequent electrical problems that are coming up?

A.   Honestly?  I can't say how frequent they are.

Q.   Okay.  Have inmates reported to you problems

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

with their lights?

A.    Correct.

Q.    Have inmates reported to you problems with their electrical outlets?

A.    That's correct.

Q.    And that -- you wouldn't be surprised if somebody told you there was a problem with their outlet?

A.    No.

Q.    What types of problems have you seen or have been reported to you about electrical outlets in prisoner cells?

A.    As far as the outlets are concerned? Sometimes there have been -- once an inmate is possibly moving out of that cell, sometimes they do tear things up, and we have to do what is called a cell inspection. And we go in and we check to make sure there are no exposed wires, to make sure that the light fixture still works, things of that nature.  So as far as them telling me about something going on with the electrical outlets. If that is communicated to me by an inmate, then I, in turn, report that to the lieutenant.

Q.    Okay.  And has any inmates ever reported to you that their outlet -- electrical outlets were sparking or smoking?

A.    Correct.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   That's been reported to you before?

A.   In more recent days.  Correct.

Q.   When you say "more recent days," what do you mean?

A.   Since I have been in B Cell House.

Q.   Okay.  Have you had that reported to you in any other cell houses?

A.   As far as wires being exposed or touching? Not that I can really recall.

Q.   Okay.  How -- but in your time in B Cell House, you've had several reports about problems with electrical outlets sparking or smoking?

A.   Correct.

Q.   And how have you handled those reports?

A.   Tell the lieutenant.

Q.   Okay.  How often have -- would you say fires occur at Indiana State Prison?

A.   I can't answer that.  It -- I don't have an answer.

Q.   Have you dealt with multiple fires in B Cell House since you've been stationed there?

A.   Have I dealt with fires?  Correct.  Is it something that happens commonly in B Cell House?  No.

Q.   How often would you say?  More than once a week?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   No.

Q.   More than once a month?

A.   No.  It's not something that's done a lot. No.

Q.   The fires that you have dealt with.  What have been the causes of those fires?

A.   Inmates.

Q.   Inmates intentionally setting fires?

A.   Correct.

Q.   Have you ever seen hot pots start a fire?

A.   I have not seen that with my own eyes.

Q.   And have you heard about that happening?

A.   I have heard of hot pots smoking.  Correct.

Q.   Have you ever seen or heard of hot pots actually starting fires?

A.   I think I have heard that once before. Correct.

Q.   Okay.  And have you ever smelled hot pot smoking in a cell house before?

A.   I cannot say that I have smelled a hot pot.

Q.   Okay.  Have you ever dealt with or heard about fires being started from causes, other than inmates intentionally causing the fires?

A.   For the most part -- not necessarily cell houses that I have worked in.  But for the most part,

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

when we do have a fire, it's because an inmate has set it.

Q.    Okay.  And have you heard of other causes of fires?

A.    Same answer.  I mean, as far as I know, majority of the time, it's because an inmate has set the fire.

Q.    Aside from the fire that killed Michael Smith. Have you had to -- have you had fires that have occurred in your cell houses that -- who have needed assistance in putting them out?

A.    I personally have not dealt with fires like that.

Q.    Okay.  Have you ever been told that there has been any issue with staff not calling a signal when they see that there is a smoke or a fire?

A.    Have I been told that they do not?

Q.    Yes.

A.    I cannot say I have.

Q.    Okay.  Has there ever been any discussions where there are concerns that staff are not timely calling a 10-70 or a 10-71 when there is fire or smoke?

A.    I have not been told that.

Q.    Have you ever been part of any discussions that there needs to be a change in the way that staff

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

are responding to fires in the cell houses?

A.    No.  I have not been a part of a discussion.

Q.    As part of the -- well, are you still an active member of the QRT team?

A.    Yes.

Q.    As a QRT member, have you ever had to respond to any fires --

A.    No.

Q.    -- at ISP?

A.    No.

Q.    Do you have any responsibility or interactions with the ISP prisoner firefighter program?

A.    As far as?

Q.    Do you ever work with them on their fire response?  Or have any communications with them about their fire response?

A.    No.

Q.    What is supposed to be done to activate the prisoner firefighter team when there's a fire?

A.    When a signal for a fire is called, the firemen are immediately alerted and activated.  If they are in their cell houses at the time, they are let out.

Q.    Okay.  And have you ever had any experience letting out prisoner firefighter teams in response to a fire or a fire signal?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Correct.

Q.    How often have you done that?

A.    As of more recent days, since I have been in B Cell House, we've had a few where there has been an alarm -- or an actual fire, and when it's called, we automatically let them out.

Q.    So since you've been in B Cell House, there's been a few fire alarms or a few fires?

A.    Not in B Cell House.  Just the ones that they have to respond to.

Q.    Okay.  Do you know any of the -- whether any of these fires have been significant or substantial fires?

A.    That I would not be able to answer.

Q.    Have the -- any prisoner firefighters ever expressed any concerns to you that they aren't being released on time?  Or any concerns about fire response?

A.    No.

Q.    If a fire alarm is going off in a different part of the prison, how do you know that the fire alarm is going off?

A.    If there's a fire alarm going off at that point, whatever unit it is, there is an officer, or someone, who has called our control room, and told -- alerted to them that there is an alarm going off.  And

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

they alert on our radios.

Q.   Okay.  And if you learn that a fire is going on in another part of the prison.  Aside from letting out the fire -- the prisoner firefighter team, do you take any other steps?

A.   No.

Q.   Since you've been a sergeant, have you participated in any type of fire drill at the prison?

A.   Yes.

Q.   How often have you participated in fire drills?

A.   I can't recall the exact number.

Q.   Do you know how frequently they happen?

A.   Honestly?  No.  I think it's once a month.  I -- I really can't recall.

Q.   And who's in charge of leading the fire drills?

A.   Safety hazmat.

Q.   Okay.  And that's Ms. Taylor; is that right?

A.   Correct.

Q.   And are you alerted in advance that there's going to be a fire drill?

A.   I do believe she has told me, hey, we're going to do a fire drill today, when it was done.  Correct.

Q.   Okay.  And then what happens during a fire



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

drill?  Does the firearm alarm actually go off?

A.    I do believe she sets off the -- yes.  She does.  She sets off the fire alarm, and it is our job to evacuate the cell house.

Q.    Okay.  And when the fire alarm goes off for a fire drill, you -- do you know it's a drill?

A.    Correct.

Q.    Okay.  So it's never the case that the fire alarm is going off for a fire drill, and you think it's a real fire.  You know that you're responding to a drill, correct?

A.    Correct.

Q.    Okay.  And when the fire alarm goes off for the drill, you start evacuating the cell house, correct?

A.    Correct.

Q.    Is there anything else that you do, besides the evacuation?

A.    Physically, myself and the staff walk the ranges to get everyone out of the building.

Q.    Okay.  And do you do any sort of mock or pretend response to a fire?  Like, get the fire extinguishers and release the firefighters, or anything like that?

A.    No.

Q.    Okay.  Are there any other things that you do



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

during a fire drill, beyond evacuating the prisoners and walking the ranges?

A.    The communication amongst staff is there. Letting each person know that their ranges are clear, to make sure that no one is still left inside of the cell house.  Everyone has to leave.  We check time-wise to see how quickly we're getting it done, and evacuating. Other than that, there's nothing specific that I can think of.

Q.    Okay.  Do you have any discussions at that time about fire safety, or anything like that?

A.    We are asked certain questions, as far as fire safety.  We discussed with safety hazmat if we need to improve our time and efficiency, and things of that nature.

Q.    Okay.  Anything else that you can recall discussing as part of the question -- well, strike that. What are the types of questions that you're asked as part of the fire drill?

A.    Oh, goodness.  Not as far as the drill itself. But we are asked, do you know what a 10-70 is?  Do you know what a 10-71 is?  When are you supposed to call it? Things like that.

Q.    Okay.  And are you asked that every time there's a fire drill?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   If there's someone newer there, they will ask that person.  Just to make sure that everyone has a fair shot at understanding and knowing.

Q.   Okay.  So if I'm understanding you correctly, just one of the staff members is asked questions about fire safety; is that right?

A.   At that point in time?  Yes.

Q.   Okay.  And it's usually the newest staff member?

A.   Not necessarily the newest.  But just to be fair to make sure that -- like, if they ask me this month.  Next month, I would not be the same person to be asked.

Q.   Okay.  And about how many questions are you asked?

A.   Oh, I don't remember.

Q.   Any other things that you do as part of fire drills that we haven't talked about?

A.   Nothing that I can think of.  No.

Q.   Are there any specific conversations about fire extinguishers that you have as part of the fire drills?

A.   I do remember being asked about the -- how to use the fire extinguisher, and we use the -- I think it's called the -- oh my goodness, what is it called?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

It's the acronym.  The PUSH.  No -- is it PUSH?  I'm sorry, I can't think of the acronym that we use.  But yeah, those basically are the kinds of questions that we're asked.

Q.    What does the acronym mean?  I mean, I know you can't remember what the word is, but what does it generally about?

A.    Basically how to use the fire extinguisher, the pull, aim, sweep, that type of thing.

Q.    Okay.  And is there any discussion beyond the acronym about what type of fire extinguisher to use, where they're located, or how to use them?

A.    Yeah, so on we use the ABC, which is water-based.  There is one in the officer station, and I do believe they're at the front of the ranges.

Q.    Okay.  But you're not sure if they're in the front of the ranges?

A.    They're at the front of the ranges.

Q.    Okay.  Are they in the front of each range?

A.    Correct.

Q.    And which -- how many types of fire extinguishers are there?

A.    I got the -- let me see -- I think it's five.

Q.    Okay.  And what are the different types of fire extinguishers?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   We have the water-based, we have powder for electrical.  Oh my goodness.  We have water, powder, the ones for, like, oils and things like that.  That's all I can remember right now.

Q.   And in what circumstances do you use a water fire extinguisher?

A.   That would be for -- and I don't want to just say regular, but that would be the most common one that we use when it is, like, materials that they have actually set.  I -- oh my goodness, I can't believe this.  And I just passed this.  I can't think of it right now.  Drawing a blank, I'm sorry.

Q.   And how do you identify the different fire extinguishers?

A.   I do know that the water fire extinguishers are silver, and there is another one that we have that is red.

Q.   And do you know what the red one is?

A.   I think that's the one for the -- like, if -- if it's an electrical.

Q.   And how do you determine whether a fire is an electrical, of one such that you need the red fire extinguisher?

A.   I personally have not had to deal with those types of fires or anything like that, but it would be,

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

like, if it was coming from an outlet or TV, hot pot, something like that.

Q. Okay. So if you can see that it's coming from an outlet or a TV or a hot pot, you use the red fire extinguisher; is that right?

A. Correct.

Q. Is there any other way to determine whether you should use the silver or the red fire extinguisher?

A. I mean, me personally, I have not had to deal with them, so --

Q. Okay. And you haven't been given any instruction on how to do that?

A. -- so when we use the water, it would more so be that if there are materials that have been set on fire, not where it's on the wall based from an outlet.

Q. Okay. Any other instruction that you've been given on that topic?

A. I mean, we do go over it in our annual training, but as of right now, I -- I can't answer you.

Q. Okay. Do you know how long you spend on that topic in your annual training?

A. No.

Q. And when you go over that in your annual training, is that, like, a computer-based training or classroom-based training?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   Both.

Q.   And the part where you actually talk about fire, is that on the computer or is that in the classroom?

A.   Both.

Q.   You mentioned that there are a few other types of fire extinguishers.  You said you think there's five; is that right?

A.   I can't call them off the top of my head right now, no.

Q.   Okay.  Are all five types, as far as you know, on the end of the range?

A.   No.

Q.   Okay.  Which types do you have on the end of the range?

A.   I do believe it is the one with the water and the one with the powder.

Q.   Okay.  And if there is a -- the fire alarm is going off, what is your responsibility with -- well, strike that.  If the fire alarm goes off, is there anything you're supposed to do with regard to the fire extinguishers?

A.   As far as me personally?

Q.   Yeah.

A.   So if we have an alarm that is going off and I



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

call the alarm, that means that the first responders are going to be on their way to our area. My job as the sergeant, because I have the front door key, is to be at that door, opening that door and directing them where to go.

Q. And is anyone else in the cell house responsible for going to get fire extinguishers?

A. Staff, if they see the -- well, not if, I'm sorry. When they see the situation, if it's an actual fire, they will grab the fire extinguishers. There are some that have more experience in those actual situations.

Q. Okay. So staff are responsible for going to get the fire extinguishers if the alarm goes off, right?

A. Correct. If we can get to it and put it out, we do. That does not mean that we always have the ability to put it out.

Q. Okay. Have you ever actually used a fire extinguisher?

A. Yes.

Q. To put out fires?

A. Period? In my life?

Q. At the -- as part of your job at the prison?

A. I have not had to do it here at the prison. No.



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.  Okay.  All right.  We said we'd take a break around 12:30 for lunch.  It's 12:30 now.  How long of a lunch break would you like to take, Ms. Walton?

A.  Thirty minutes is --

THE REPORTER:  Would you like to go off the record real quick?

MS. PIERCE:  Oh, yes.  Sorry.  Thank you, Sydney.

THE REPORTER:  No worries.  We're off the record, and the time is 12:29.

(A recess was taken.)

THE REPORTER:  Okay.  We're back on the record, and the time is 12:59.

BY MS. PIERCE:

Q.  Okay.  Ms. Walton, as a sergeant in charge of a cell house, do you have any responsibility for disciplining your subordinate staff?

A.  Correct.  Yes.

Q.  And what responsibilities do you have for discipline?

A.  I can recommend them, I'm sorry, for discipline.

Q.  Okay.  And when you recommend someone for discipline, what does that process look like?

A.  It's, we are basically contacting the major



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

and requesting that there's discipline done, and why.

Q. And as a sergeant, have you ever recommended anyone for discipline?

A. Correct.

Q. For what reasons?

A. Being insubordinate -- oh my goodness, what else was it? I can't remember, it was some years ago. That person doesn't even work here anymore.

Q. Have you recommended multiple people for discipline or just one person?

A. I think it's been two.

Q. Okay. Do you recommend the circumstances for either of those incidents?

A. The -- the first one, it was for her insubordination, and -- oh, I can't remember. But the one after that was for -- it wasn't securing -- it was, the -- a door was not secured, I think.

Q. Okay. Do you remember what door wasn't secured? Was it, like, a cell door or a cell house door?

A. No, it was dealing with an office.

Q. Okay. Short of actually recommending someone for discipline, is there anything that you usually do if you see staff aren't following policies?

A. I personally have not had that issue -- I'm



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

sorry, excuse me, with my staff.

Q. Okay.

A. So I have not had to do that.

Q. Okay. So you've never really had an issue besides the two incidents where you recommended someone for discipline, where you've had to counsel staff about not following policies and things like that, right?

A. Have I had to counsel them?

Q. Yeah. So it -- have you ever had any incident -- any circumstances where you found that staff are not following policies, and you don't think it's necessary to recommend discipline, but you talked to them about not -- about the fact that they haven't been following policy?

A. Personally, for myself, if there is a situation where I see something's not being done correctly, I will have a conversation with the staff. If the situation presents persists, then they are recommended.

Q. Okay.

A. I personally have not had to do that.

Q. Okay. And have you ever had to have conversations with staff because you've noticed that they aren't doing something correctly?

A. Same thing, if there is a situation, then

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

there's a conversation.  If the situation persists, then they are recommended.

Q.    And I just want to understand your experience as sergeant.  Have you had to speak to your staff informally because they -- you've noticed they're not doing something correctly?

A.    I would say yes, because I am -- well, I recently stopped, but I have been an FTO, field training officer, so yes, I would get new people.  And of course, they don't know everything at that point, so if there is a situation, then yes, it is talked about.

Q.    Okay.  So you worked as a field training officer for how long?

A.    It was more than five years.  I can't remember the exact year that I started being an FTO.

Q.    Okay.

A.    But I just recently, as of this year, let it go.

Q.    And why did you decide to step back from that role?

A.    Personal choice.

Q.    Okay.  Is there anything about the difficulty of that role or extra time that it requires, or anything like that?

A.    No, it was just a personal choice.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   Okay.  So I understand that as a field training officer, people who are going through field training probably need some additional reminders and instruction, right?

A.   Correct.

Q.   Have you as a sergeant had to -- had situations where people who are not in the field training program, have had difficulties doing things correctly and you've had to talk to them about that?

MS. KWAIT:  Objection.  Form.

THE WITNESS:  I cannot say that I actually have.

BY MS. PIERCE:

Q.   Okay.  So aside from your role as a field training officer, you don't recall having to have conversations with any staff in your cell houses about them not doing things correctly; is that right?

A.   I cannot recall that I have.

Q.   To the best of -- well, strike that.  As a sergeant in charge of cell houses, have you had any issues with staff not conducting their rounds on time?

A.   That occurs with anyone, whether if you're a sergeant or not.  Granted, we do them every 30 minutes, but sometime things occur where you may not be able to get directly up there at that specific 30 minutes.  It

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

may be five minutes late, something of that nature.

Q.   Okay.  So aside from the circumstances where something keeps you from doing your rounds exactly every 30 minutes, have you had issues with staff just not -- conducting their rounds on time just for no reason?

A.   No.

Q.   You worked at Indiana State Prison in 2017, correct?

A.   Correct.

Q.   Do you know where you were working in Indiana State Prison at that time?

A.   I can't recall.  I was a floater for a -- a lot of the time, possibly even working in the control room as the officer.

Q.   And did you work the day shift in 2017?

A.   Correct.

Q.   Do you remember a prisoner by the name of Joshua Devine?

A.   Not off the top of my head.

Q.   Do you remember hearing about a fire in April 2017 that killed Joshua Devine in B Cell House?

A.   As far as the offender's name, never knew it. Did I hear about a fire?  Correct.

Q.   And what did you hear about that fire in April 2017?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    That there was a fire in B Cell House.

Q.    And was there any discussions about the cause of the fire or the response to the fire?

A.    No.

Q.    How did you learn that the fire had occurred?

A.    Just through hearsay, coming into work.  We had a fire, that was it.  I personally was not here at the prison at that time that the fire occurred.

Q.    When you say you weren't here, you weren't here on the shift when the fire occurred, correct?

A.    Correct.

Q.    But you were working in that general time period, correct?

A.    Correct.  Yes.

Q.    Okay.  Were you surprised when you learned that somebody had died in a fire in their cell?

A.    Honestly, I did not know specifically that he was in his cell and that he had passed away.  I did not get specific details of what occurred.

Q.    Okay.  So prior to talking to me now, did you know anything about the circumstances of how Mr. Devine died in his cell?

A.    No.  All I knew is that there was a fire in B Cell House and someone passed away.

Q.    Okay.  And were there any discussions about

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

the response to that fire or what could be done differently to reduce the risk of somebody dying in a fire in the future?

A.   No.

Q.   Did you have any meetings specifically about the fire that killed Joshua Devine?

A.   No.

Q.   Following the Joshua Devine fire death, did you have any discussions about -- well, strike that. Following the fire that killed Joshua Devine in April 2017, did you have -- were there any changes to emergency response policy or fire response policy?

A.   I would have no idea to anything that they specifically changed.

Q.   Okay.

A.   If --

Q.   If there were changes to daily policies or post orders, you'd be made aware of that, correct?

A.   -- yes.

Q.   Okay.  Do you recall, after the April 2017 fire, any changes to emergency response or fire safety policies?

A.   Personally, no.  Not that I can recall.

Q.   And you would've been made aware if there were changes to daily policy and procedure, right?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Correct.

Q.    If a -- have you ever heard of a critical incident review?

A.    A critical incident review?

Q.    Yes.  Or a critical incident debrief?

A.    A debriefing.  Yes.

Q.    What is a debriefing?

A.    It is a short that is held in the event of an incident that takes place in the prison, and those that are involved in said incident.

Q.    Okay.  How -- have you participated in a debriefing before?

A.    Correct.

Q.    About how many have you participated in?

A.    Maybe two or three.

Q.    And that's throughout your time at Indiana State Prison?

A.    Correct.

Q.    Do you know what level of incident is required to have a debriefing afterward?

A.    For the most part, anytime there is a signal called, there is a debriefing done with those whom are involved.

Q.    Okay.  And you've participated in two or three?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   Correct.

Q.   And what happens at a debriefing?

A.   In the debriefing, what they do is go over the incident report that has been given to the shift supervisor stating what happened.  Then once that is read out, then we discuss each person in -- that's dealing with the incident.  If it was me, they would ask me, do you have anything to say about the situation?  So basically, that's just me telling them what -- what took place from my point of view.

Q.   And I understand you're telling them what happened and what you experienced during the incident. Are you raising any concerns about the response to the incident, or policy or protocol in response to a debriefing?

A.   Excuse me.  I would say anything that I personally, if it was me, felt needed to be discussed, that's the time to do so.

Q.   Okay.  So would it be fair to say that one of the goals of a debriefing is to identify any problems with current policies or procedures and things that could be done better in the future?

A.   Not necessarily with policy and procedures, but if there was a situation where there was an incident that happened that didn't allow for us to get the proper

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit D

information, we would discuss that.

Q.   Can you give me an example?

A.   If someone was calling a signal on the radio itself, and other staff, instead of listening for the signal, they would start talking anyway, that's an issue, and that would be discussed.

Q.   Okay.  So any concerns or problems that came up with regard to the incident, if there were any, would be discussed, right?

A.   Correct.

Q.   Okay.  Have you ever raised concerns about -- have you ever raised concerns during a debriefing about things you think needed to be done differently?

A.   As far as being done differently?  For the most part, no.  If there was a situation that occurred with that specific situation, then yes.

Q.   Can you give me an example?

A.   If I was dealing with someone calling me on the radio because they were in an emergency situation, and someone, instead of listening for the radio traffic to make sure that everything was okay, they continue talking, that would be an issue.  You don't know what another person is dealing with, so instead of talking just because you want to get your traffic out, sometimes you have to listen.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Okay.   Any other concerns that you remember raising during a debriefing?

A.    I can't say that I've raised any concerns like that.  No.

Q.    Any other concerns that you recall raising at any time during your work at ISP about policies or procedures, or compliance with policies or procedures?

A.    No.

Q.    Any concerns you recall raising about safety and security generally at the prison?

A.    No.

Q.    Have any of your staff ever raised any concerns like this to you?

A.    No.

Q.    Have any inmates ever raised any concerns like this to you?

A.    That's not something that they would typically come to me about.

Q.    Okay.  Who would they go to with concerns like that?

A.    Honestly, I know that they would fill out a request for interview form, and whomever they decided to talk to, they would put their name on that form.  I can't say specifically whom they talked to.

Q.    Okay, so prisoners can request to speak to a

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit D

specific person about an issue?

A.    To inform them, yes.  Yes, they can make someone aware of a situation by putting their name on the form.

Q.    And you said that person typically wouldn't be you, but have you ever had prisoners raise concerns like that with you?

A.    Not of that nature.

Q.    What types of concerns have they raised with you?

A.    If they needed a light bulb.  Honestly, I haven't received many of that nature.

Q.    Okay.  So you haven't received a lot of concerns from inmates?

A.    No.

Q.    And fair to say, the concerns that you have received are more like one-off issues about problems in their cell, needing to get to things, stuff like that?

A.    Correct.

Q.    As you sit here today, do you have a memory of who Michael Smith is?

A.    Other than knowing that he is the young man that lost his life in A Cell House, no.

Q.    Did you -- do you recall having any experiences or interactions with him prior to his death

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

in the fire?

A.    No.

Q.    Do you recall ever having any issues with him?

A.    No.

Q.    Do you remember anything about him having any type of reputation at the prison?

A.    The only thing that I knew of him, and I did not learn it until after he had passed away, was that he is what I personally would call a tinker, someone who fixes remotes, TVs, watches, things of that nature.

Q.    Okay.  And you didn't know that prior to the fire, correct?

A.    No.

Q.    How did you learn that information?

A.    Once he passed away, I was informed.

Q.    Do you know who informed you about that?

A.    It was just hearsay from other inmates.  I can't recall specifically who that person was.

Q.    Okay.  Anything else that you knew about Mr. Smith's reputation?

A.    No, because I actually had just started being sergeant over there in A Cell House at the time that the incident occurred, so I knew nothing specifically about him.  I was -- I had just -- I can't even say I had just met him.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   Okay.  When did you first get assigned to A Cell House; do you remember?

A.   I left ISO and went to A Cell House in January of that year.

Q.   Do you remember what date, specifically?

A.   I want to say it was January 8th.

Q.   Okay.  Do you know how many days you'd been in A Cell House prior to the fire?

A.   I want to say maybe two or three days.

Q.   Okay.  When you were transferred to A Cell House, did you know any of the staff who were regularly assigned to that cell house with you?

A.   Of course I know them.  As far as working with them, very few people, but knowing them from working here, yes.

Q.   Okay.  On the day of the fire, the people in the cell house with you were Officer Crockett, correct?

A.   Correct.

Q.   Officer Cross?

A.   Correct.

Q.   And Lieutenant Smith; is that right?

A.   Correct.

Q.   Anyone else who was in that -- stationed in that cell house?

A.   No.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    All right.  And you were the one in charge of that cell house on the day of the fire, correct?

A.    Correct.

Q.    Had you ever worked with -- directly with Officer Crockett before?

A.    Briefly, yes.

Q.    And what was your experience working with him?

A.    For me, in my opinion, he's a pretty good officer.  He's a good -- he -- well, not a pretty good officer, he's a good officer, as well as, at the time he was Officer Cross, him, as well.

Q.    Okay.  So you had worked at times with Officer Cross and Officer Crockett?

A.    Correct.

Q.    And your experience with them had both been positive?

A.    Correct.

Q.    Had you ever had any problems with them not following policies or procedures before?

A.    No, not for me.

Q.    And at the time, were they regularly stationed in A Cell House?

A.    As far as the time that I started in there, yes.

Q.    And did they give you any -- when you were

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

transferred to A Cell House, did they give you any information to kind of update you on what was going on in A Cell House in any areas of concern?

A. No.

Q. Okay. Did they ever, you know, identify any problematic inmates or anything like that to you?

A. No.

Q. And Lieutenant Smith, had you worked with her prior?

A. Correct.

Q. And did you have -- what was your experience like working with Lieutenant Smith?

A. It was a positive experience.

Q. Did you ever have any problems or issues with Lieutenant Smith?

A. No.

Q. And when you were transferred to A Cell House, did you have any conversations with her about what was going on in A Cell House?

A. No.

Q. As you sit here today, do you remember the day that the fire occurred in A Cell House that killed Michael Smith?

A. I do believe it was that weekend of me just starting over there. It was that Saturday.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

Q.    And walk me through what you remember of that day, January 14, 2023.

A.    From the start of the day?

Q.    Yes.

A.    Okay.  Don't remember too much about roll call and things like that.  I remember coming into A Cell House, doing the norm.  It's a weekend, so it's specifically not too busy, not a lot -- a whole lot busy as if it were during the week.  I remember running lines, I remember getting ready to do count.  We did the normal activities, pipe walks -- well, security walks. I remember doing count, I remember getting into the officer station and the staff bringing me their count slips, counting everything up, calling into master location and giving them the total of that we had in the cell house.

While standing in the officer station, I heard -- I can't recall the specific time.  I remember hearing the fire alarm going off, and it kind of caught me off guard because the day before, it tripped on its own, and we had to call for the fire chief to come and reset the box.  I remember it going off, and I said, hmm, I had to call a fire chief yesterday about it.  And I turned and looked to my right, and at that time, I could see flames shooting from the cell.  At that point in time, you

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

could not tell specifically what cell number it was.

So I, at the time, called for control, that we had a 10-71, A Cell House, 200 North.  Before I could even get it out of my mouth, Officer Crockett and Officer Cross grabbed fire extinguishers, ran out of the officer station and up the front stairs to the north side of 200.  Me, being the sergeant and having the front door key, it's my job to unlock the door to make sure that first responders, as well as the firefighters, are able to get in, and direct them where to go.

At that point, I remember walking down -- I'm sorry -- walking down the north side, because we were told to evacuate the cell house.  Other staff members came to help us.  So we had to give them our spare keys.  So that way you could get in to unlock the other doors.  One person wasn't trying to unlock both sides.

I remember going to the back of the north side to unlock the doors.  I remember seeing Officer Crockett laying on the ground, almost as if he was underneath the flames, trying to get the door unlocked.  I remember going through, unlocking the doors.  I remember going around over to the south side to unlock doors over there.  I do remember seeing the aftermath of him losing his life and them -- and them bringing him down those stairs.  We evacuated the cell house.  Once we got

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

everybody out we were standing outside in the front of the cell house. We had to wait and be told when we could reenter the cell house. And from there, once we were told, staff still helped as far as getting offenders placed back in their cells. That's really it.

Q. Anything else that you recall?

A. I remember being asked if I wanted to talk to CISM. I remember fussing at Officer Crockett to go and get himself checked out because he is a horrible asthmatic. I remember when some of the offenders were being returned and I was standing at the front door and they asked me if I was okay. Other than that, no. That's really it.

Q. You said when you were bringing the inmates back in, they were asking you if you were okay?

A. Yes.

Q. Did you generally have a pretty good relationship with the inmates that you worked with?

A. I wouldn't say a good relationship. I would say a decent rapport.

Q. Okay.

A. Yes.

Q. Did they usually feel comfortable coming to you with issues, to the best of your knowledge?

A. As far as what?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Just with concerns or problems they might have.

A.    I would say that we had a decent rapport, yes.

Q.    Were the inmates, after the fire broke out in the A Cell House, were they upset?

A.    About the situation itself?

Q.    Yeah.

A.    I would say that a lot of them were more so quiet, maybe, so to speak.  Because it was kind of like a, dang, this happened.  Like I said, some of them were concerned and asking me if I was okay.  I had a few that didn't really know what happened.  They knew it was a fire.  But that was all that they knew.  As far as them being upset, no one expressed anger or anything to me, that I can recall.

Q.    Either that day of the fire, or in the days or weeks following, did any inmates come to you with concerns about the response to the fire, or saying that you all didn't come quick enough to respond to the fire?

A.    Speaking to me personally, no.

Q.    Did you hear about them making these concerns to other staff members or other inmates?

A.    I was not informed of anything until I started getting packets.

Q.    And what do you mean by packets?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    How did you put it?  Complaints.

Q.    Okay.  So like, grievance complaints?

A.    No.  Where they were trying to sue the state.

Q.    Okay.  So you started getting informed that there were lawsuits about the response to the fire?

A.    Correct.

Q.    And how many lawsuits were you informed about?

A.    Those were not specifically about what happened to Mr. Smith.  They were more personal.  As far as the -- what happened to dealing with that specific offender.

Q.    Okay.  And those all related to the response to the fire, correct?

A.    Correct.

Q.    And were those complaints, were they alleging that the response was not adequate?

A.    It alleged quite a few things.  Correct.

Q.    About the inadequacy of the response; is that right?

A.    That was not the only thing that it spoke of.

Q.    What else did they allege?

A.    It was a couple of things in there about me personally and my actions.  There were things in there about them stating that they were having nightmares.  What else?  That they were not given specific medical

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

attention.  And the results of all of that.

Q.    And what were the specific allegations about your actions?

A.    They said that I was yelling in the radio and no one could understand what I was saying.

Q.    And who said that?  Who made that allegation?

A.    It was in all of the complaints.  From every offender.

Q.    Okay.  Any other allegations about your actions?

A.    Honestly, that was really it.  They said that I was running around the cell house frantic.  And that I was running around screaming.  That was really it.  As far as me personally.

Q.    Okay.  After the 2023 fire that killed Michael Smith, did any of your supervisors or any staff come to speak to you about the adequacy of the response to the fire?

A.    As far as if we did -- could do better or if we were not -- I -- I don't -- what do you mean?

Q.    Yeah.  Did anyone come to discuss the fire with you when what had happened and whether anything could have been done better?

A.    Okay.  No one came to me with any complaints. No.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Okay.  At some point you spoke to Internal Affairs about the fire, correct?

A.    Correct.

Q.    Did you speak to anyone else at the prison who came to talk to you about the fire?

A.    I did speak with CISM.  That was more so of a personal experience, asking if I was okay as a person in dealing with that.  It had nothing to do with response time.

Q.    CISM is -- that's a -- from the mental health department, correct?

A.    Basically, yes.

Q.    Okay.  So they were coming to do basically a check-in to make sure you were okay?

A.    Correct.  I did have to do an incident report. But other than that, I cannot say anyone came to me that I had to speak with about that.  No.

Q.    Okay.  So you spoke with Internal Affairs and you did an incident report, but you don't remember having any conversations with any other staff or supervisors about the incident, correct?

A.    As in speaking as if -- as far as response times and things?

Q.    Yeah.  To just kind of go over what happened and discuss the incident?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

A.    I spoke about my experience before any of this came about.  Other than that, no.

Q.    **And who did you speak about your experience with?**

A.    I spoke with Crockett, who was there with me when it happened.  We did our debriefing.  Honestly, at the moment, I really can't say, specifically whom.  Anything other than that, no.

Q.    **Okay.  So aside from CISM, Internal Affairs, having a conversation with Mr. Crockett, and then doing a debriefing, you don't remember any other conversations you had about -- you don't remember having any other conversations about the fire that killed Michael Smith, correct?**

A.    I don't remember whom specifically that I spoke with.  I'm not saying that that is the only conversation that I had.  But at this point in time, I cannot recall specifically whom I spoke with.

Q.    **Okay.  Did the warden or any of the assistant wardens ever come to speak to you about the incident?**

A.    I do not remember having a conversation with the warden.  Was there a conversation?  From what I was told, yes.  What was had -- what was said in that conversation?  I do not know.

Q.    **Just to -- I want to clarify that response.**

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Were you part of any conversation with the warden about this fire?

A.   I do not recall being a part of a conversation.

Q.   Okay.  Do you recall being a part of any conversation with any assistant warden about the fire?

A.   It was so long ago.  Honestly, I can't remember.

Q.   Did anyone, any supervisors, come speak to you about exactly what happened and what could have been done differently?

A.   About what could have been done differently, no.  Do I remember conversations with people who ranked higher than me?  Yes, I do.

Q.   And who were those conversations with?

A.   I remember having a conversation with Lieutenant Lott.  It was never anything like a private conversation or anything, but it was just the fact that, from them looking at the video footage, that in their opinions, they did an excellent job.

Q.   Lieutenant Lott said that to you, that after looking at the video footage, he believed everyone did an excellent job?

A.   Correct.

Q.   Anything else you remember about that

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

conversation with Lieutenant Lott?

A.   Honestly, no.

Q.   Any other conversations that you had about -- you had with supervisors?

A.   Honestly, I -- I can't remember.

Q.   You said you had a conversation with Officer Crockett about the fire?

A.   Correct.

Q.   When did you have that conversation?

A.   Very soon after.  I can't remember specifically how many days or what day after.

Q.   And what happened during that conversation?

A.   I thanked him.

Q.   And why did you --

A.   I thanked --

Q.   Oh, I'm sorry.  Go -- I cut you off.  Go ahead.

A.   I did thank him, as well as, I thanked Officer Cross.  Because, in my opinion, I felt that they did an excellent job.  Their response time, how they grabbed the extinguishers and ran, I couldn't ask for anything better.

Q.   And any other conversations that you recall having at this point about the fire?

A.   For me it was just about how proud I was of

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

the team that I had that day.

Q.   And who did you have those conversations with, that you were proud of your team?

A.   I can't remember specifically.

Q.   Did you have any conversations about what could have been done differently or better in response to the fire?

A.   No.

Q.   Following the fire that killed Michael Smith, were there any changes to fire safety and response policies and procedures that you were made aware of?

A.   None that I can recall.

Q.   Was there any additional training that you were given about emergency or fire response following the Michael Smith fire?

A.   No, ma'am.

Q.   Were you made aware of any grievances -- so not lawsuits, but grievances that were made by prisoners in relation to the fire?

A.   No.

Q.   Were you typically made aware of grievances that involved any conduct that you were part of?

A.   I have had grievances filed on me, yes.

Q.   Okay.  So if you are specifically the subject of a grievance, you're normally made aware of that; is

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

that right?

A.    Correct.

Q.    I want to go back a little bit to your -- to earlier on, when you first arrived at the prison on January 14, 2023.  You said that the weekends, like January 14th, were generally a little slower, a little quieter; is that right?

A.    Correct.

Q.    Was the cell house pretty quiet that day?

A.    No.  The cell house is never quiet.

Q.    Okay.  Is that particular to A Cell House or is A Cell House pretty typical in how loud it is?

A.    That's to all cell houses.  No cell house is quiet.

Q.    Okay.  And what types of things do you hear on a regular basis in a cell house?

A.    You can hear offenders yelling down to someone who stays two or three cells down, or above, or below, where they're having a full-blown conversation.  You can have another person where they're blasting music.  You can hear some of the guys hooping and hollering because they're watching sports and their team has made a point.  It just varies.

Q.    And do you ever have trouble hearing a prisoner call for your attention or call for help



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

because the cell house is too loud?

A.    Negative.

Q.    Okay.  So if there's ever someone calling for help, you can always hear it, no matter what's going on?

A.    They will specifically call who they want.

Q.    Okay.  And you can hear that no matter what's going on?

A.    Yes.

Q.    Okay.  Was there anything in particular that was going on that day that made the cell house particularly loud, or was it just like an average day?

A.    Average.

Q.    And you said that before the fire you had conducted count; is that right?

A.    Correct.  Yes.

Q.    Was that the first count of your shift that day?

A.    Correct.

Q.    How many counts do you usually do on each shift?

A.    On our shift we do three counts.

Q.    Okay.  And what time is the first one done usually?

A.    10:00.

Q.    All right.  So you had done the 10:00 count?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Correct.  We were in --

Q.    **Were there -- oh, I'm sorry.  Go ahead.**

A.    We were still doing the 10:00 count at that time.  Honestly, I cannot remember if it had cleared at that point.

Q.    Okay.  **Did you have any issues with the count in your cell house?**

A.    No.  Not that I can recall.

Q.    Okay.  **So the officers came, gave you their cell -- their count numbers and their count sheets.  And did you have to have any conversations with them about count?**

A.    No.

Q.    Okay.  **So how long does it take them to turn in their count sheets on a typical day like that?**

A.    On a typical day -- excuse me.  On the weekends -- excuse me.  I'm sorry.  It could possibly take us 30, maybe 40 minutes.  And that's from getting everyone locked in, to actually counting, and getting it downstairs to the office.

Q.    Okay.  **So I'm going to make sure I understand correctly.  So the count process starts at 10:00; is that right?**

A.    Correct.

Q.    Okay.  **So at that point you get everybody**

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

locked in. And then you go around, you count all the people on the ranges you're responsible for; is that right?

A. Correct.

Q. Okay. And then the officers will fill out a sheet with this information?

A. Yes.

Q. And then they come down and they just give that to you, right?

A. Yes.

Q. Is there any conversation that they usually have to have with you about count when they turn in their sheet?

A. There's no specific conversation about count itself. They may say, hey, I got to take paperwork back up to, whatever offender may have asked for it. It just depends on the day. But there was no specific conversation about count being late, slow, or anything of that nature.

Q. Okay. So you guys did the count process, but you don't remember having to have any conversations with staff about issues that came up or any meetings or anything like that at the count time?

A. No.

Q. Okay. So once they handed in their count



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

sheets to you, they were free to go back about whatever business they had going on, right?

A. Correct.

Q. Okay. And what did people generally do in that cell house after count sheets were turned in?

A. During count time, that is when we as staff have the opportunity to use the restroom, try and eat if we have not eaten. Majority of the time, we haven't. Because when we get in, it's go, go, go. So at that point in time, after doing all of the walks, after doing the count, running lines, letting people in and out, things of that nature, that's when us as staff take a minute to use the restroom, get something to eat, get water. Those kinds of things.

Q. And do you guys try to do those in a staggered way or do you -- like, can every -- can multiple people go to the bathroom and leave the cell house at the same time, or do you have to wait and take turns?

A. We don't leave the cell house. We have a restroom inside of the cell house.

Q. Okay.

A. Typically, one may go and use the restroom. It's a one-stall restroom. Somebody may be heating up their food. It -- it varies.

Q. And do you all eat together at the same time,

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

or do you try to stagger that again, so that somebody's out on the floor at all times?

A.    Sometimes some of us, what we have, we can carry it and eat it.  Sometimes we don't.  As far as staggering, no.  I would not say that we do.  We are still mindful of what is going on around us.  But that is the time that we have.  Because you eat when you can. You go to the restroom when you can.  We don't get breaks.

Q.    And if everybody was all in the officer station together, would you try to get somebody out of the officer station to be on the floor, or would you just kind of let people be in the officer station together?

A.    Depending upon the situation, I may go out and walk around.  Looking up at the cells or things of that nature.  We also have a lieutenant.  She walks around herself as well.  You don't want to burn your staff out, so to speak.  We're only human.  So at that time, when we don't have a lot of people out, during those count times is when they are allowed to actually try and get something to eat.  Yeah.  That's -- that's when they do that.  But we are at that time still mindful of everything that is going on.

Q.    Okay.  Do you -- as you sit here today, do

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

you have a memory of the fire alarm going off on January 14th?

A.    Yes.

Q.    Okay.  Is that the first moment that you realized there was a fire?

A.    Correct.

Q.    And did you hear any -- what did you hear prior to the fire alarm going off?

A.    It was a normal day.  People playing music. People having conversations.

Q.    Okay.  At the time that the fire alarm went off, you, Lieutenant Smith, Officer Crockett, and Officer Cross were all in the officer station together, correct?

A.    Yes.  Correct.

Q.    And what was everybody doing?

A.    I was dealing with the count.  I think Lieutenant Smith might have been eating.  And I think Officer Cross and Crockett may have been trying to get their food together as well.  That was it.

Q.    And what were you doing specifically with regard to the count?

A.    Calling it in.  Making sure that we were clear.

Q.    When the fire alarm went off, you said that



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

you looked and you could see flames shooting out of the cell; is that right?

A.    Correct.

Q.    And you could see that from the officer station?

A.    Correct.

Q.    And where were you standing inside the officer station?

A.    In front of the desk.

Q.    And could the others in the officer station see the flames as well?

A.    Not from where they were sitting.  They had to turn around and look.

Q.    Okay.  Could anyone else in the officer station see the fire?

A.    Not from where they were sitting.  They had to turn and look.

Q.    Okay.

A.    Yeah.

Q.    But as soon as they turned, they could see it from where they were?

A.    Correct.

Q.    And the flames were actually shooting out of the cell at that point?

A.    Yes.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    And when you looked and you saw the flames, what else could you hear besides the fire alarm?

A.    Once the fire alarm went off, that's when you could hear some people saying, hey, hey, hey.  Other offenders, they were yelling, hey.

Q.    Okay.

A.    Other than that -- when situations like that occur, it's almost as if you kind of get tunnel vision. And now it's, take care of that.  So yeah.

Q.    Okay.  So you got focused on the fire as soon as you realized there was a fire?

A.    Correct.

Q.    And you didn't hear anyone yelling for help until the fire alarm went off?

A.    Nobody yelled help.

Q.    Okay.  Did you hear anyone yelling for your attention?

A.    No.

Q.    And you said -- well, strike that.  When you heard the fire alarm, what exactly did you do?

A.    When I heard the fire alarm, once again, I turned and looked to my right because that's where the box sat at that time.  I saw the flames, I got on the radio, I called for control and let them know that it was a 10-71.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    And you said that Officer Crockett and Officer Cross grabbed fire extinguishers.  Did they both grab fire extinguishers?

A.    I do believe so.

Q.    Do you know which fire extinguishers they grabbed?

A.    I want to say it was the silver ones.  I think.  They grabbed them out of the officer station. Honestly, I really can't say for certain.  It's a blur.

Q.    Okay.

A.    Honestly.

Q.    But you believe they grabbed the silver ones and then went to the 200 level; is that right?

A.    Correct.

Q.    And what did Lieutenant Smith do?

A.    Honestly, I do not know.

Q.    And what did you do after you called the 10-71?

A.    That's when I went to the front door and I unlocked both -- or the door and the gate.  So that the first responders and firemen could come in.

Q.    And going back to when the fire alarm first went off, could you smell smoke?

A.    Honestly, no.

Q.    At some point could you start to smell smoke?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

A.    Can't remember.

Q.    **Have you ever smelled smoke before in the cell house?**

A.    You'll get a quite a few different smells in a small house.  I mean, smell house.  Sorry.  In a cell house.  I'm sorry about that.

Q.    **It's -- no worries.  That happens.  You'll get quite a different -- a few different smells in a cell house?**

A.    Correct.

Q.    **Okay.  What types of smells can you smell in a smell -- a cell house?  Now I've done it.**

A.    I'm sorry.  You'll get tobacco smells.  You can smell marijuana smells.  I mean, it varies.

Q.    **Okay.**

A.    Yeah.

Q.    **So if somebody is smoking on one of the ranges, can you usually smell it in the -- on the range, on the -- range floor?**

A.    You may get faint smells here and there, but the -- everything is -- there's so much going on in there.  So many different bodies, so many different things.  It all kind of runs together.

Q.    **Okay.  If you smell smoke, you need to go check it out generally, right?**

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    If you can smell it, yes.

Q.    Okay.  So if you, at any point while you're working, you smell smoke in the cell house, you're going to go try to figure out where it is and what's going on or send somebody else to do that?

A.    Correct.

Q.    And the officer station is open, right?  So it doesn't impede your ability to hear or smell what's going on in the cell house?

A.    No.

MS. PIERCE:  We've been going for a bit.  Let's take a quick five-minute break.  Restroom break.

THE WITNESS:  All right.  Thank you.

THE REPORTER:  We're going to go off the record, and the time is 1:54.

(A recess was taken.)

THE REPORTER:  We're back on the record, and the time is 2:03.

BY MS. PIERCE:

Q.    Ms. Walton, we were talking before the break about what happened on January 14, 2023.  And you mentioned that you started hearing yelling once the fire alarm went off, correct?

A.    Correct.

Q.    As the fire was going on, did the yelling get

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

louder?

A. Meaning, after they were initially yelling?

Q. Yeah.

A. At that point, it was to the point to where it got angrier. Because it was, like, we're going through, evacuating the entire cell house. It was that kind of, like, well, get to me now. So --

Q. And could you -- oh, I'm sorry. Go ahead.

A. No, that -- that was it. Go ahead. Sorry.

Q. Could you hear what prisoners were saying at any point in relation to the fire?

A. What do you -- like, specifically?

Q. Yeah. When you -- let me ask it differently. So when the fire alarm went off and you were hearing prisoners yelling about the fire, what were they saying?

A. Hey. Hey. Like, that was really it. After I called the signal and we started getting the first responders on the scene, then it turned into, let me out.

Q. Okay. Did you hear anyone specifically yell that there was a fire?

A. I can't recall that I did.

Q. Once you yelled -- excuse me. I'm sorry. Once you called the signal, did you go directly to the front door?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Yes.  The officer station and the front door are right in proximity to each other.

Q.    So it probably just takes you a few seconds to get to the front door; is that right?

A.    Correct.

Q.    How long were you at the front door before any additional staff arrived at the cell house?

A.    It was pretty quick.  I -- I really can't give -- because, you know, when you're going through a situation, your perception of time is different from what it really is.  So I really can't give a good example of how long it took.  It was relatively quick.

Q.    And you had the -- did you have the door unlocked before they arrived?

A.    Correct.

Q.    And who arrived first?

A.    The QRT team.

Q.    Do you remember who specifically?

A.    No.

Q.    Do you remember how many people?

A.    We normally have four people on our QRT team.

Q.    And what did the QRT team do when they arrived?

A.    At that point, they come in, and whatever situation is going on, the staff that is specifically on

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

that unit step back and allow the QRT team to take over.

Q.   Did you communicate anything about what was going on to the QRT team?

A.   I -- once they got there, I told them where the fire was.

Q.   Did you tell them it was a fire?

A.   Yes.

Q.   Did they have fire extinguishers?

A.   Honestly, I don't know.  Once they got past me to go upstairs, I don't know what they did or didn't have.

Q.   And after those first QRT team members arrived, did you stay at the front door?

A.   Until I was instructed what to do as far as evacuating the cell house, yes.

Q.   Did more individuals come after the first QRT team members came?

A.   Correct.

Q.   Who else came?

A.   The firemen.

Q.   Did they have their gear on?

A.   Correct.

Q.   Did you have any conversations with them?

A.   No.  I did not have to.  Also, we had medical on -- on unit.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   So you didn't have any communications with the firefighters.  You just stood by the door while they came in?

A.   Correct.  At that point, they all basically follow each other to where the situation is.

Q.   At some point, somebody instructed you to help with the evacuation?

A.   To start the evacuation, yes.

Q.   Was that the first instruction that you got?

A.   We were told to unlock our back door, and I asked, are we evacuating?  And they said, you have to wait for shift supervisor's instructions.  Once we got the call, we began to evacuate.

Q.   And who told you to unlock the back door?

A.   There was so many people.  I can't remember specifically whom it was.

Q.   Was that in person or was it over the radio?

A.   It was in person.

Q.   And that was on the opposite side of the cell house from where you were at the front door, right?

A.   Correct.

Q.   Okay.  So you went -- the first thing you did after letting everyone in and standing by the front door was going back to unlock the back door?

A.   No.  We had to pull the keys out of our box

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

first.  We don't just carry that key on us.

Q.  Okay.

A.  So we have to go back into the officer's station, pull the necessary keys at that point, disperse the keys.  And then I was not the one to unlock the back door.  Someone else did.

Q.  Were you the one to go get the keys from the officer's station?

A.  Myself and someone else did.  I can't remember who was in there with me at the time.

Q.  What other keys did you get out besides the back door key?

A.  The keys for all of the ranges, the spare keys.

Q.  And you dispersed those yourselves, or did someone else disperse them?

A.  I specifically did not have them in hand.

Q.  Okay.  And after you went to go get the keys, what did you do next?

A.  At that point, that's when we were told to evacuate the cell house and I began to unlock the cell doors.

Q.  And did that instruction come over the radio or in person?

A.  I can't remember.  I just remember being told

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit D

to evacuate.

Q.    What areas of the cell house did you evacuate?

A.    The 100 range.

Q.    On both sides?

A.    Correct.

Q.    Any other ranges?

A.    No.  I never went up any farther.

Q.    And did you have to unlock each door individually?

A.    Correct.

Q.    Did anyone help you with that, or did you do the whole 100 range yourself?

A.    No.  There was someone else with the key.  I do believe they started on the south side.  I remember unlocking the north side, and then I walked around to the front of the south side.  And I think by that time, everyone was out.  So we all went out to the front.

Q.    Okay.  And how long did you -- strike that. Did you do anything else besides evacuating the 100 range?

A.    No.

Q.    At any point, did you hear Michael Smith yelling or screaming for help?

A.    Honestly, no.

Q.    At any point, did the smoke get very thick in



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

the cell house?

A.   Yes.

Q.   **Was it difficult to breathe?**

A.   There was a -- a little bit of a struggle. Correct.  Yeah.

Q.   **And so after you evacuated the 100 range, you went out of the cell house and waited with the prisoners; is that right?**

A.   They were actually informed to go into our rec yard in our field house.  So once they left the cell house, half of the cell house went out through the back door.  The other half went out through the front door. Once I got done unlocking all of the doors on the flag and I went around, I made sure that I looked up to make sure no one else was actually walking around and no one else was still in the cell house.  Once I knew no one else was in there, that's when I left out of the cell house, and we were all standing up in the front of the cell house, basically, everybody trying to catch their breath, waiting for more instructions on what to do. That was it.

Q.   **And were you the last person out of the cell house?**

A.   I do believe I might have either been last or second to last.



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

Q.   So at the time that you left the cell house, had Michael Smith's body already been removed?

A.   Yes.

Q.   And you said you -- earlier, you testified that you saw his body removed, correct?

A.   Correct.

Q.   Were you standing at the front door?

A.   At that point, no.  I was standing at the back stairs on the north side.  Yeah.  I did not see them bring him down the stairs.  What I saw was after they had gotten him on the gurney, and he was covered.  I was still able to see, and then they wheeled him up to get him out of the cell house.

Q.   And were there any prisoners that were still in the cell house at that time?

A.   From in the back where I was, no.  If anyone was standing in front still being escorted over, I can't answer for that.  I wasn't in that area.

Q.   Was this the first time in your career at ISP that you had a prisoner die in a cell house that you were working in?

A.   Correct.

Q.   At any point, did you grab any fire extinguishers or use any fire extinguishers in relation to the fire?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   No.

Q.   All right.  I'm going to -- there are some exhibits.  But before you left on the day of the fire, you spoke with Internal Affairs that same day, correct?

A.   I do believe so.

Q.   Do you remember who you spoke with from Internal Affairs?

A.   I think it was Haskell.  I don't remember.

Q.   Had you ever had to speak with Internal Affairs about an incident before?

A.   No.

Q.   Is this the only time you've spoken with Internal Affairs about an incident at the prison?

A.   You know what?  Actually, that is not true. Way back, there was a situation involving another offender where I had to speak with Internal Affairs. Was there anything physical done?  No, but there was a situation.

Q.   When you say "anything physical done," what do you mean?

A.   As far as, like, this man lost his life. Something to that magnitude?  No.

Q.   Okay.  But you recall speaking with Internal Affairs at one other time, correct?

A.   Correct.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    And what happened during that time that you had to speak with Internal Affairs?

A.    They questioned me, I gave them information, and that was it.

Q.    And what happened in the incident that you had to speak about?

A.    I'd rather not say.

Q.    I'll need you to answer the question today.

A.    There was an offender that contacted my personal phone.

Q.    Okay.  And you were --

A.    That was it.

Q.    Oh, I'm sorry.  Go ahead.

A.    And that was it, and I reported the situation.

Q.    Okay.  Understood.  So other than that time where a prisoner contacted your personal cell phone, you've never had to speak with Internal Affairs, except for this case with the fire?

A.    Before that?  Nothing else that I can recall, but I have after.

Q.    And what are the circumstances in which you've had to speak with Internal Affairs after the January 14th fire?

A.    Working in A Cell House, there was a fight where there was a stabbing that occurred.  We were

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

questioned about that.  There was a grievance filed on me where the offender allegedly said that I dealt in gang activities or something of that nature, and I was questioned.  Other than that, nothing.

Q.    Okay.  When you spoke with Internal Affairs about the January 14th fire, did you try to be as accurate and honest as you could about what happened?

A.    Yes.

Q.    And you tried to give them -- you would've tried to give them as much information as you could about what happened, right?

A.    Yes.

Q.    And that's important so that they can assess and figure out exactly what happened, right?

A.    Of -- I always tell the truth about everything.  Yes.

MS. PIERCE:  I'm going to share now what I'll mark as Exhibit 1.  And this is State 026403.

(Exhibit 1 was marked for identification.)

THE REPORTER:  Did you say 026403?

MS. PIERCE:  Yes.

THE REPORTER:  Okay.  Thank you.

BY MS. PIERCE:

Q.    All right.  Ms. Walton, can you see this okay?

A.    Yes.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.   All right.  This is an Incident Report Form, correct?

A.   Correct.

Q.   And down here, I'll scroll down to the bottom, the name of the person who made this report is you, correct?

A.   Correct.

Q.   All right.  And is this the typical incident report that you fill out anytime something happens at the prison?

A.   Correct.

Q.   Do you fill this out on a computer?

A.   At that time?  Yes, I believe that one was done on a computer.

Q.   And did you fill this out the same day that the fire occurred?

A.   Yes.

Q.   All right.  And is this the only incident report you filled out?

A.   Correct.

Q.   Okay.  So the description of the incident that you put here is, "At approximately 10:58 a.m., the fire alarm was set off.  At the time, Officer Crockett and Officer Cross grabbed the extinguishers and went to the 200 range.  I, Sergeant Walton, called a 10-71 to

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Control." Did I read that correctly?

A.   Yes.

Q.   Is there a reason that you didn't provide more information about what happened during the fire?

A.   I was told that in -- when doing an incident report, you give specific, straight to the point.

Q.   Okay. So your understanding was that you didn't need to provide more information than this?

A.   Straight to the point of exactly what happened. Correct.

Q.   Okay. All right. I'm going to share what I'll mark as Exhibit 2. And this is State 026406. All right. Ms. Walton, can you see this okay?

(Exhibit 2 was marked for identification.)

A.   Yes.

BY MS. PIERCE:

Q.   Do you know what this type of form is?

A.   This is the form that was filled out when I went down and spoke with I and I.

Q.   Okay. So when you went to speak with I and I, they asked you to fill out another form?

A.   They asked me to explain a little bit more in detail what happened.

Q.   Okay. And did this -- did you write this after you wrote the other incident report that we just

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

looked at?

A.   Correct.

Q.   Right.  And then -- aside from this form here and the incident report we looked at, were you asked to provide any additional information or submit any other reports about what happened during the fire?

A.   I don't recall.  It is possible, but I do not recall at this time if I did.

Q.   Okay.  So as you sit here today, you don't remember any other times that you were asked to submit additional information or write any other reports, correct?

A.   Not offhand, no.

Q.   Okay.  All right.  So is this your handwriting on this report here?

A.   Correct.

Q.   All right.  And you wrote this, correct?

A.   Yes.

Q.   So it says, "On 1-14-23 at approximately 10:57 a.m., the fire alarm in ACH went off.  I, Sergeant Walton, looked to my right while in the officer's station where our box is located, at which time Officer Crockett and Officer Cross grabbed the fire extinguishers and ran to 200 North, where flames were shooting out of 252.  I called a 10-71.  Lieutenant



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Smith ran down the 100 range.  The first responders arrived and called a signal 3000."  Did I read that correctly?

A.    Yes.

Q.    Do you believe that all of this is accurate?

A.    To what I can remember, yes.

Q.    Prior to Officer Crockett and Officer Cross grabbing the fire extinguishers and running, did you have any conversations with them?

A.    About?

Q.    Did you say anything to them, like, I see flames?  I see a fire?  Tell them what to do?

A.    No.  I never got to say anything to them. Once I began to call the signal, I hadn't even got 10-71 completely out of my mouth, they took off running.

Q.    Okay.  And once they turned around, they could see the fire and the flames shooting --

A.    Correct.  I'm sorry.  Correct.

Q.    Okay.  So they turned, they saw the flames, and then they grabbed the fire extinguishers and ran?

A.    Correct.

Q.    Okay.  And it says here that Lieutenant Smith ran down the 100 range.  Did you see her do that?

A.    If I wrote it, yes.

Q.    Okay.  As you sit here today, do you remember

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

seeing her run down the 100 range?

A.    Now that I have read this, yes.  Now I can remember that.  But at first, it's like, everything is a blur, and it happened so long ago.  Yeah.

Q.    And what do you recall about her running down the 100 range?

A.    I do remember her leaving the officer's station.  Honestly, not too much.  I do remember her going to the right.  That's really it, because I mainly stood at the front door.

Q.    Okay.  And so if she went to the right, she would've gone down the 100 range toward the back of the cell house, right?

A.    Correct.

Q.    Did she leave before or after you called the 10-71?

A.    Like, basically right at that same time I called it, Officer Crockett, Officer Cross took off, she turned, and she left.

Q.    And did she have a fire extinguisher with her?

A.    I'm not sure.

Q.    Do you know why she went down the 100 range?

A.    No.  There --

Q.    Do you -- oh, go ahead.

A.    I'm sorry.  There was no conversation.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Did you ever talk to her after the fact about why she ran down the 100 range?

A.    No.

Q.    Did you ever have any conversations with her after the fire about the response to the fire in general?

A.    Not that I can honestly recall.

Q.    Based on your training and experience and understanding of policy, was that the right thing for her to do, to run down the 100 range when the fire alarm went off?

A.    It depends on what she was going to go and do at that time.  There was no conversation.  So being that I don't know what she was going to do, I can't say it was neither right nor wrong.

Q.    Were you involved in any conversations with anyone about whether Lieutenant Smith's response to the fire was appropriate?

A.    All I know is she left the officer's station. What she was going to do at that time, I have no idea. There was not a conversation.

Q.    Okay.  And you never -- there was never any follow-up after the fact about what she was going to do, correct?

A.    Between her and I?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

Q.    Yeah.

A.    No.

Q.    Are you aware of any follow-up between her and anyone else?

A.    Any fault in their reaction to what happened?

Q.    Sorry.  Any follow-up between her and anyone --

A.    Oh, follow-up.  I'm sorry.  Like I said, I did have a conversation with Officer Crockett where I thanked him, and I also said thank you to Officer Cross because I felt, in my opinion, that they did a good job.

Q.    Okay.  And there was no follow-up that you're aware of with Lieutenant Smith in regard to her response, correct?

A.    Between her and I?

Q.    Between her and anyone.

A.    Oh, I wouldn't know.

Q.    Okay.  And did she ever come to talk to you about your response to the fire?

A.    No.

Q.    And she would've been one of your supervisors, correct?

A.    Correct.

Q.    Did the captain ever come speak with you about your response to the fire?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   No.

Q.   Did Mr. Wardlow ever come and speak with you about your response to the fire?

A.   I do not remember having a conversation with Major Wardlow.

Q.   Did Mr. Nowatzke ever come and have any conversation with you about the fire?

A.   The only thing I can remember is the debriefing.  Other than that, specific conversations, no.

Q.   And what about Ms. Taylor?  Did she ever come have any conversation with you about the fire?

A.   No.

Q.   And what do you recall about the debriefing?

A.   Just basically recalling what happened and what took place.  That was it.

Q.   When was the debriefing?

A.   I don't remember.

Q.   Was it weeks after, a few days after the fire?

A.   I don't remember.

Q.   Was it held during one of your shifts, or did you have to come into the prison just for the debriefing?

A.   I remember already being at work.

Q.   And who participated in the debriefing?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    I don't remember specifically.  They're normally supposed to be the people that are involved, but sometimes, as you see, myself, Officer Crockett, and Officer Cross and Lieutenant Smith, we all worked in the same cell house, so we all couldn't go at the same time. I don't remember specifically who was there.

Q.    Okay.  Who determines who should attend the debriefings?

A.    I don't know.  They don't tell me that.

Q.    Are you expected just to show up to the debriefing, or do you get a request to go?

A.    You will get a request.

Q.    And how do you get that request?

A.    They are e-mailed, sometimes in roll call. The shift supervisor will say, we have a debriefing at 6:30 on this day, and the people who need to go know who they are.  They'll tell us.

Q.    Okay.  So if you're expected to be at a debriefing, someone will tell you?

A.    Correct.

Q.    How long did this particular debriefing last?

A.    I -- I don't remember.  There's not only one specific situation that is talked about at the debriefing, so I -- I don't remember.

Q.    Okay.  So a debriefing might talk about

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

several incidents at one time?

A.   Correct.

Q.   And do you leave after your incident is discussed, or do you stay for the whole debriefing?

A.   It depends.  I've never left in the middle of one before when I've had to go, so I normally will stay to the end.

Q.   And how long did you guys actually speak about the January 14, 2023, fire?

A.   I don't recall.

Q.   Did you speak up at that meeting?

A.   We are offered a time to speak on our point of view of what happened.  Yes.

Q.   And did you describe what you recalled happening?

A.   Correct.

Q.   How long did you talk about your experience of the fire?

A.   I don't know.

Q.   Did you raise any concerns about the fire response or fire prevention?

A.   No.

Q.   Did anyone else raise any concerns about fire response or fire prevention?

A.   Not that I can recall.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Was any discipline of any staff members discussed?

A.    No, not that I can recall.

Q.    Were any problems with training or procedure or protocol discussed at the meeting?

A.    Not that I can recall.

Q.    Was anyone from IDOC Central there, or was everybody at the debriefing someone who actually worked at ISP directly?

A.    I'm not sure, because we ended up talking to someone from CISM and things like that, and it all kind of ran together.  I don't remember who was all there.

Q.    Did you feel like you wanted to raise any concerns or problems or issues that occurred during the fire, but you weren't able to?

A.    That's not true.

Q.    Okay.  So you don't feel that way, correct?

A.    If I had an issue, I do believe that I would be able to voice it.  Did I have anything to say at that point in time?  No.

Q.    Since the fire, are there any issues that you wish you had raised or issues that came to your attention?

A.    No.

MS. PIERCE:  All right.  I'm going to open now

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

what I'll mark as Exhibit 3.  This is State 000015 to State 000018.  All right.

(Exhibit 3 was marked for identification.)

BY MS. PIERCE:

Q.    So Ms. Walton, can you see this okay?

A.    Yes.

Q.    All right.  This is a document that's titled Indiana Department of Correction Internal Affairs Division Report of Investigation; is that right?

A.    Yes.

Q.    Have you ever seen any type of I and I and -- Internal Affairs report like this one before?

A.    No.

Q.    Okay.  This report is about the January 14, 2023, fire, correct?

A.    Correct.

Q.    Okay.  I'm going to go through just the first bit with you here.  So in the Narrative section, it says, "On January 14, 2023, at approximately 10:09 a.m., Officer Darnell Crockett conducted a count and secured Offender Michael Smith, DOC 953102, cell door A-252.  At 10:53 a.m., flickers of flame came from the cell.  The fire grew quickly inside the offender's cell.  A signal 10-71, indicating that it was a fire in the cell house, was called in A Cell House.  First responders and

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Offender Firemen responded to the signal."  Did I read that correctly?

A.    Yes.

Q.    Okay.  And then here, there is a section right below that called Camera Footage, and it looks like it puts out a timeline of what happened in the cell; is that right?

A.    Correct.

Q.    Okay.  This timeline that they provided here, does that generally seem accurate to you?

A.    Yes.

Q.    Okay.  Does that raise any concerns for you that the fire was first visible in the cell at 10:53 and no one arrived at the cell until five minutes later, 10:58?

A.    Does it raise a concern?

Q.    Yes.

A.    Meaning?  Can you help me with that?

Q.    Yeah.  Do you think that's an adequate response time for a fire?

A.    Without any knowledge of it, fire alarm, someone telling us, smoke, or anything, I can't say if it's accurate or not.  It depends on when you see it, when you can tell it's there.

Q.    Okay.  Do you have any concerns that if it

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

took five minutes to respond to the fire in the cell, that the ranges were not being properly monitored and supervised?

A.   No.  I do not agree with that.

Q.   **And why not?**

A.   Because not only do we have to get one -- one range locked in.  When a person is in charge of two ranges, it's not just one, two.  It's actually four areas that that person is in charge of.  So even though he may have gotten him locked in at 11:09, 11:10, that does not mean that at that specific time, he came right back downstairs and was sitting down fixing food.  So he may have left from getting everyone locked in and doing the count roughly, and with him being on the 200 range, it could have been anywhere from 15 to 20 minutes later.

Q.   **Do you think that if it took five minutes to respond to a fire in A Cell House, that something different should be done to monitor the ranges at all times?**

A.   Could you repeat your question for me again?

Q.   **Yeah.  If looking at this, it takes five minutes to respond to a fire in A Cell House, do you believe that some different policy or practice needed to be instituted to better monitor for emergencies on the range?**

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

A.    In my opinion, I could not ask for a better time unless they were physically standing next to that cell.

Q.    Okay.  I want to go down to the interviews. It says, "On January 14, 2023, Sergeant Jeniene Walton was working in A Cell House.  The count had just cleared and she conducted a security walk on both 100 North and South ranges.  She went back into the officer station where Lieutenant Nadine Smith, Officer Kevin Cross, and Officer Darnell Crockett were at.  As Sergeant Walton was talking to Lieutenant Smith, the fire alarm panel sounded.  As they walked out of the officer station, they noticed smoke coming from the 200 range."  Did I read that correctly?

A.    Yes.

Q.    Does this refresh your recollection about when count cleared on the day of the fire?

A.    No.

Q.    Okay.  Reading this, do you have any reason to dispute that the count cleared before the fire alarm went off?

A.    I have no recollection.

Q.    Okay.  So if it says here that the -- that the count cleared and then you went and did a walk of the 100 range and then the alarm sounded, you don't have any

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

reason to dispute that, correct?

A. Well, there's two ways that your count can clear. One is your specific unit, and then there is a facility count itself. I would need to know which one it was.

Q. Okay. Do you have any memory of when exactly the count cleared on this day?

A. No.

Q. Okay. Based on what's written here, if the count cleared, would you have called in the count before you went on your security walk?

A. Correct. Which would mean that my specific unit is clear. That does not mean facility count is clear.

Q. Okay. But by your specific unit, you mean at A Cell House, correct?

A. Correct.

Q. And once your count is cleared in A Cell House, is there anything else that you need to do with regard to count?

A. No. Except for wait for the facility count. Other than that, no.

Q. Okay. So based on what's written here, count in your unit cleared, you didn't have anything else you had to do with regard to count. So you went and did a

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

security walk; is that right?

A.    From what I'm reading, yes.

Q.    Okay.  And you don't have any memory or reason -- any memory that's different than what's written here, correct?

A.    I do not recall.

Q.    Okay.  This says that, at the time the firearm alarm went off, you were talking to Lieutenant Nadine Smith.  Do you remember that conversation?

A.    No.

Q.    Do you know at all what you were speaking with her about?

A.    No.

Q.    I want to go down just a bit in this paragraph.

A.    Okay.

Q.    It says here -- can you see the point that I've highlighted there?

A.    Correct.  Yeah.

Q.    So it says in this first paragraph, "Officer Crockett [sic] and Officer Crockett reported to 200 North range with a water fire extinguisher in hand."  Do you see that?

A.    Yes.

Q.    Was the water fire extinguisher the correct

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

fire extinguisher to bring?

A.   I still -- to this day, I don't know what caused this fire.  So I can't say yes or no.  If it was electrical, if it was something he set on fire himself that did not involve electrical, I wasn't up there.  I don't know.

Q.   And if you don't know what caused a fire, is there any training or instruction given about what fire extinguisher to bring?

A.   Yes, there is.  I can't recall off the top of my head which one it is.  I always get jumbled up when it comes to recalling it, as far as reciting.

Q.   Okay.  So as you sit here today, you're not sure which fire extinguisher to bring if you don't know what caused the fire; is that right?

A.   I literally have to be looking.  I -- my dyslexia causes me an issue when it comes to reciting. I'm sorry.

Q.   And was there any conversation after this fire about whether or not Officer Crockett and Officer Cross brought the correct fire extinguisher to the fire?

A.   That, I did not speak to anyone about.

Q.   Okay.  And did you look into whether or not they brought the correct fire extinguisher?

A.   I did not look into anything myself,

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

personally.

MS. PIERCE:  All right.  We'll stop sharing Exhibit 3.  All right.  I'm going to share Exhibit 4.  This is the Critical Incident Debrief.  It's State 000104 to State 000105.

(Exhibit 4 was marked for identification.)

BY MS. PIERCE:

Q.   All right.  Can you see this okay?

A.   Yes.

Q.   All right.  This is a report of a critical incident debriefing, correct?

A.   Yes.

Q.   Okay.  And this is the debriefing that we've been talking about at various points during your testimony here today, that occurs after a serious incident, correct?

A.   I've never seen this before, so I don't --

Q.   Okay.  You've never seen a form like this?

A.   No.

Q.   Okay.  To your knowledge, are there different types of debriefings that occur after a serious incident?

A.   I just know of the type that I've been there for, so I would not know.

Q.   Okay.  And this debriefing is related to the

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

January 14, 2023, fire that killed Michael Smith, correct?

A.    From what I see, yes.

Q.    Okay.  And when it says staff in attendance, I don't see your name there.  Do you see your name anywhere on that list?

A.    No, I do not.

Q.    Okay.  But you recall being at this debriefing?

A.    I can't say that I was at that specific one. Do I remember talking about the situation?  Yes.

Q.    Okay.  I want to go down to these numbered lines here.  Do you see that?

A.    Yes.

Q.    Okay.  The second one -- or the first ones, it says, "Review of staff and offender actions during the incident."  It says, "Staff response and actions were deemed within the scope of policies and procedures." Did I read that correctly?

A.    Yes.

Q.    At the debriefing that you attended, do you remember having any conversation about whether staff response was within the scope of policy and procedure?

A.    Nothing was said about our response time.

Q.    Do you remember any other conversation about

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

whether the response was within policy and procedure requirements?

A.    From what I was told, the same thing, there was nothing wrong with our response time.

Q.    And was that something that you discussed during your debriefing?

A.    Jesus.  No one ever had a discussion with me about our response time as far as it not being deemed fast enough.

Q.    And did anyone ever have any conversation that you were a part of about whether staff actions complied with policy and procedure, aside from response time?  So getting the correct fire extinguisher or going where you're supposed to go, doing the evacuation the right way, like, things like that.  Was there any discussion about whether those actions complied with policy and procedure?

A.    I was never told at any point that what we did was incorrect.

Q.    And were you involved in any discussions about whether it was correct or not correct?

A.    Not that I can recall, no.

Q.    So I want to go down to paragraph 8.

A.    Okay.

Q.    It says, "Factors or conditions which still



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

exist and which could result in a similar incident." Do you see that?

A.   Yes.

Q.   It says, "Excess incarcerated individual property and damaged outlets."  Did I read that correctly?

A.   Yes.

Q.   Do you -- were you involved in any conversations about whether property and damaged outlets contributed to the fire that killed Mr. Smith?

A.   No.

Q.   Paragraph 10, there's "Recommendations for plans of improvement."  Did I read that correctly?

A.   Yes.

Q.   Were you involved in any conversations about recommended plans for improvement?

A.   No.

Q.   All right.  Did you have any conversations after the January 14, 2023, fire, and in relation to that fire, about inspecting outlets in the prison?

A.   No.

Q.   Did you have any discussions about calling a signal for the fire department right away?

A.   For the fire department?

Q.   Yes.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

A.   Do you mean the 10-71?

Q.   Well, it says here, "Staff are to call a signal for a fire department right away."  Do you see that?

A.   So we have our own personal fire department within the facility, so I don't know if they're speaking of that outside fire department.  I don't know anything about that.

Q.   Okay.  So you're not sure exactly what's being referred to in this bullet point?

A.   Right.

Q.   Okay.  Do you -- were you involved in any conversations at all about calling the fire department, whether the outside fire department or the prisoner fire department?

A.   No.

Q.   Were you involved in any conversations about more training on the use of fire extinguishers?

A.   No.

Q.   Were you involved in any conversations about excess property or homemade electrical items being confiscated?

A.   No.

Q.   And were you involved in any decision about installing ABC and water foam extinguishers on each



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

range?

A.   No.

Q.   Okay.  I've stopped sharing Exhibit 4.  As part of the debriefing that you were involved in, did you all look at any video of the fire?

A.   No.

Q.   Have you ever seen any video or photographs of the fire?

A.   I do believe I saw a brief section of the footage where it showed me walking towards the back of the 100 range and unlocking doors.  And at that point I stopped watching.

Q.   And was that after the fire had already started or prior to the fire?

A.   That -- that it occurred, that I was doing the unlocking?

Q.   Yes.

A.   It was after -- after the fire had been set and called, and we had the -- I think the firemen were up there at that point, because I do remember seeing the firemen and medical staff behind them.

Q.   And then what was the circumstances in which you were shown that video?

A.   Meaning why was I shown the video?

Q.   Yeah.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   At that point, I asked.

Q.   And who did you ask to see the video?

A.   I think it was Lieutenant Lott.  I -- I -- honestly, I don't remember.  I remember standing in the office.  I remember seeing that specific piece and at that point I was like, I didn't want to see it.

Q.   And why did you ask to see the video?

A.   Because I was looking at the point -- I think I was trying to see the point to where it started until the point to where they got there or I wanted to see how it was started.  That's what it was.  That's what I wanted to see.

Q.   You wanted to see how the fire started?

A.   Correct.

Q.   Did you ever learn any information about how the fire started?

A.   No.

Q.   Okay.  And did you ever do any investigation into how the fire started?

A.   No.

Q.   So you don't have any personal knowledge about how the fire started, correct?

A.   Not at all.

Q.   When you were in the debriefing, did you all go over any timeline in relation to the fire?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   And it's crazy.  I remember talking about the situation, namely it was everybody -- well, when I had the talks that I had, I was asked, basically, what was done, like, as far as from my point of view of the situation.  That's literally all -- anytime that it was brought up to me, talked about with me, that's all that was said.

Q.   Is just what happened?

A.   Right.

Q.   All right.  Now, show you more exhibits.  Are you all right, or would you like to take a break?

A.   I'm okay.

Q.   All right.  Okay.  So I will share with you now what I'll mark as Exhibit 5.  And this is a screenshot of the surveillance video from A Cell House on the day of the fire at 10:45:15.  All right. Ms. Walton, can you see this okay?

          (Exhibit 5 was marked for identification.)

A.   Now I can, yes.

BY MS. PIERCE:

Q.   Okay.  And so this is the north side of A Cell House, correct?

A.   Correct.

Q.   All right.  And this person down here on the bottom range, is that you?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Correct.

Q.    Okay.  And do you recall what you were doing at this point at 10:45 on January 14, 2023?

A.    No.

Q.    Okay.  Do you know what's in your hand there?

A.    It's possible it could be garbage bags.

Q.    Okay.

A.    I don't remember.

Q.    But you don't remember what you were doing at that time?

A.    No.

Q.    Okay. All right.  Okay.  And then I will share what I'll mark as Exhibit 6.  This is the same camera at 10:46:01.  All right.  Can you see that okay, Ms. Walton?

        (Exhibit 6 was marked for identification.)

A.    Yes.

BY MS. PIERCE:

Q.    And this is you again at the bottom, right by Cell 146, correct?

A.    Correct.

Q.    And do you know where you're headed?

A.    It looks like back towards the officer station.

Q.    Okay.  So you had completed whatever you were



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

164

doing and were heading back at this point?

A.   Correct.

Q.   Do you remember whether you stopped to do anything else on your way back?

A.   I don't recall.

MS. PIERCE:  All right.  I have stopped sharing Exhibit 6.  Just one second.  I'm going to pull up another exhibit.  Let's take a quick five-minute break.  I'm just having a quick issue with my computer.

THE REPORTER:  Yeah.

THE WITNESS:  Okay.

MS. PIERCE:  Does anyone need it longer than that?

THE REPORTER:  We'll go off record.  The time is 2:58.

(A recess was taken.)

THE REPORTER:  Back on the record and the time is 3:03.

MS. PIERCE:  All right.  I will share now what I'll mark as Exhibit 7.

(Exhibit 7 was marked for identification.)

BY MS. PIERCE:

Q.   And this is -- this will -- these will all be stills from the same camera as we've already looked at



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

on the ACH North L5.  And this one is at 10:56:00.  All right.  Ms. Walton, can you see the photo here that I put up on the screen?

A.  Yes.

Q.  Okay.  And this is, again, the north side of A Cell House and the -- you can see the 200 range here, correct?

A.  Yes.

Q.  Okay.  So if we look at cell 252, you can see a fire in that cell, correct?

A.  Correct.

Q.  Okay.  And if we look here at the top, you can start to see some gray smoke that's coming out of the cell, correct?

A.  It looks so.

Q.  Okay.  So this looks like it's already a pretty big fire at this point, correct?

A.  I can't gauge that.  What I do see is a glow, it looks like up against the wall.

Q.  Okay.  And you don't see anyone out here on the ranges or on the floor, correct?

A.  No.

MS. PIERCE:  Okay.  And we'll stop showing Exhibit 7.  I'm going to show you Exhibit 8.  All right.  This is the same camera at 10:57:00, so a

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

minute later.

(Exhibit 8 was marked for identification.)

BY MS. PIERCE:

Q.   All right.  Can you see this photo okay?

A.   Correct.  Yes.

Q.   All right.  Now the photo -- the fire looks to be larger, correct?

A.   Yes.  It -- there is a larger glow.

Q.   Okay.  And there appears to be more smoke coming out?

A.   Correct.

Q.   Okay.  And at this point, no one has responded, correct?

A.   I see no one.

Q.   Okay.  Do you have any concerns at this point that no one has responded to the fire?

A.   Meaning at the time that this was going on?

Q.   Yes.

A.   I cannot say about that because, unless someone says something, yells for us, the alarm is going off, how can I be concerned about something that I do not know is happening.

Q.   And do you have any concerns that a fire can get this big with this much smoke without the fire alarm going off or anyone in -- working in the cell house

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

realizing it?

A.   I'm not, blah, safety hazmat so I don't know the gauging of when the alarm is supposed to go off as opposed to when it's not.  All I can do is react as to when I am alerted of a situation.

Q.   Okay.  And the person in this cell is unable to get themselves out of the cell, correct?

A.   No, he cannot.

Q.   All right.  And he's dependent on somebody at the -- in the cell house doing something to help him, correct?

A.   They depend on us for basically everything, correct.

Q.   Okay.  And when prisoners in a -- either in the cell house where something is going wrong or nearby, realize that something is going on, they yell for help, right?

A.   Correct.

Q.   Okay.  So --

A.   If they know about -- I'm sorry, if they know about the situation, yes, they will holler for help.

Q.   Okay.  And with all this smoke coming out of the cell house, out of the cell, you'd assume that somebody would be yelling for help at this point, right?

A.   I can --

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

MS. KWAIT:  Objection.  Foundation.

THE WITNESS:  I can assume anything, but unless they are paying attention, unless they have smelled it, unless he's someone that they're even cool with and they want to help him help him, unless they tell me, there's nothing we can do.

BY MS. PIERCE:

Q.  Okay.  I will stop showing Exhibit 8 and I will show you a still from the same camera a minute later at 10:58.  All right.  So this is 10:58:00.  We can see cell 52 here.  The fire is now coming out of the cell, correct?

(Exhibit 9 was marked for identification.)

A.  Correct.

BY MS. PIERCE:

Q.  There's quite a lot of smoke coming out of the cell, correct?

A.  Yes.

Q.  Okay.  And we can see what looks like a person down here pressed against the front bars of the cell, correct?

A.  I cannot make out what that is.  All I see is the color blue.

Q.  Okay.  And you can visibly see a fire inside the cell, correct?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit D

A.    Correct.

Q.    And it looks like it's quite large at this point; is that right?

A.    Oh, I'm sorry.  I -- yes, it is -- it is a large fire.

Q.    Okay.  Do you have any concerns that no one at this point has responded to this fire?

A.    At the time of the situation, unless we are alerted, once we get the acknowledgement of the fire alarm and things of that nature, we cannot respond to something that we don't know is happening.

Q.    And do you have concerns, as someone in charge of a cell house, that if a fire can get this big without staff realizing it, that there needs to be some different policy or procedure in place to monitor for an emergency?

A.    With me being the person in charge of a cell house, I do depend on fire alarms, people's voices, things of that nature, our walks, to let us know when things are happening.  We can't predict them.

Q.    And you need to be able to identify an emergency quickly, right?

A.    Once we are informed of an emergency, we take care of it.  Correct.

Q.    And the people in the cell house, locked in

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

their cells, are dependent on you and other staff to quickly identify an emergency, right?

A.    They depend on staff to take care of safety and security.

Q.    Okay.  And so do you have any concerns that the policies and practices that are in place at Indiana State Prison are not adequate to identify emergencies in a timely manner?

A.    We can't predict when something is going to happen so we cannot actually say if it is being done in a timely manner.  We only can respond to what we know.

Q.    And you need to have policies and practices in place to monitor for an emergency, right?

A.    We do security walks.  We talk with inmates. We stand around on the lower level and look up.  We're not perfect and we're only human.

Q.    And do you have concerns, based on how big this fire is and the fact that no one has yet responded to this fire, that what's being done at ISP to monitor and respond to fires is not adequate?

A.    I, once again, cannot say that it is or is not adequate.  The only thing we can do is respond once we are told.

Q.    Okay.  And looking at this fire here, you didn't have any concerns that something needed to be

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

done differently, right?

A.   At the point in time, I did not know a fire was going on so how could I have a concern?

Q.   And in the aftermath looking at this right now, the fire this size and in this condition at 10:58:00 with no one responding, do you have any concerns that the emergency monitoring and response was not adequate at ISP?

A.   At that point in time, from my knowledge, I called the 10-71 at 10:58, so that is still some response.

Q.   And you think that was adequate to respond to this fire?

A.   To call it?  Yes, I did, once I was made aware of the situation.

Q.   And do you think that, based on what you see here, that A Cell House, on January 14, 2023, was adequately monitored for an emergency situation?

A.   I do believe that every day that we are here, we are adequately doing our jobs.

Q.   Okay.  So you see nothing wrong with the response to this fire here?

A.   I see that, from the time which you have showed me, of me calling it and the time that you're showing here that you see this, it was called at the



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

exact same time.

Q.    You called sometime around 10:58, correct?

A.    Correct.

Q.    Do you know whether you called at 10:58:00?

A.    I don't have a stopwatch on me, no.

Q.    Okay.  So it's possible that, at this point, with the fire this large, you haven't called the 10-71, correct?

A.    Once I have gained knowledge of the situation, all I can do is call it from there.  I can't pinpoint seconds.

Q.    And when you looked up when the alarm went off, the flames were already shooting out of the cell like they are here, correct?

A.    Once the alarm went off?  Correct.

MS. PIERCE:  Okay.  I'm going to stop sharing Exhibit 9.  I'll show you Exhibit 10.

(Exhibit 10 was marked for identification.)

BY MS. PIERCE:

Q.    This is the same camera at 10:58:18.  This is 18 seconds after the last photo we looked at.  All right.  Can you see this okay, Ms. Walton?

A.    Yes.

Q.    Have you ever seen this part of the video footage before?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.   No.

Q.   Is this what the fire looked like when you looked up and saw the fire when the alarm went off?

A.   Looking at it from this angle, I cannot say, because I was down further and looking at it from a side view.  This is almost a head-on.

Q.   Okay.  The person in the cell at this point is in real trouble, right?

A.   Any fire is real trouble.

MS. KWAIT:  Objection.  Foundation.

BY MS. PIERCE:

Q.   I'm sorry.  Go ahead.

A.   Any fire is real trouble for anyone.

Q.   Okay.  But the fire now is quite large and taking over the whole cell, correct?

A.   That is a large fire.

Q.   Okay.  Do you have any concerns that, at this point, no one has yet responded to this fire?

A.   Within 18 seconds, that's kind of pushing it. I am not a sprinter.  I am not a runner.  I am not a jogger.  I do not know staff to be either.  So to get from that point, picking up a fire extinguisher, running upstairs and running down that range, I personally do not know one person who would make it in 18 seconds.

Q.   And you have no concerns about the fire

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

detection, emergency monitoring, or anything that was done in relation to monitoring and responding to an emergency at this time, correct?

A.   I can only be concerned when I'm made a -- and when I am made aware of a situation.

Q.   Okay.  And do you have any concerns that no one was made aware of the fire until it reached a -- this size?

A.   At that point, from what I was told, at 10:58, I had called a 10-71.  As far as 10:58 and how many seconds, I do not know.  So there still is a response.

Q.   Okay.  And do you have any concerns that no response was made until the fire was this large?

A.   There was a response that was made.  Whether if it was by radio or grabbing a fire extinguisher and beginning to run, to sprint, to get upstairs, there was a response.

Q.   Okay.  And you don't have any concerns that no one has responded yet at this time?

A.   Once again, 18 seconds, I'm not a professional.  I'm not an athlete.  I can't do it in 18 seconds.

Q.   Aside from 18 seconds, do you have any concerns in general that a fire is this big and no one has yet responded?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    I have a concern for all human beings in a situation like this, including myself.

Q.    And I'm asking you specifically about your concerns with the monitoring and identification and response to this fire.  Do you have specific -- any concerns, as you sit here today, based on your training and experience, that a fire has gotten to this size in your cell house and no one has yet responded?

A.    Well, seeing that we don't make the fire alarm, we can't say when they should or should not go off.  All I can do is go off of when it actually sounds.

Q.    Okay.  And based on the size of the fire that you saw when the alarm went off, did you raise any concerns that the fire alarms are not identifying fires quickly enough?

A.    It's a big cell house.  I don't know the beginning and end point of when it should or should not alert, so I have no answer for that.

Q.    Did you raise any concerns about when a fire alarm identifies a fire in A Cell House?

A.    I am not in charge of safety and hazmat, so that is not a concern of mine.

Q.    My question is whether you ever raised any concerns about that.

A.    Why would I raise a concern about something

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

that I'm not in control of?

Q.    Is that a no, then you never raised any concerns about that?

A.    My job is safety and security, no.

Q.    Okay.  And you are responsible for safety and security in your cell house, correct?

A.    Correct.

Q.    Okay.  So if you know that fire alarms are taking a while to identify a fire, that's not something you would ever raise with any of your superiors?

A.    I cannot say a while, I do not know the inner workings of the fire alarm.  I do not know the inner workings of when it should and should not detect smoke, heat or anything of that nature.  It is not my position to change, correct, or do anything as far as that is concerned.  That's why we have a person who is in charge of safety hazmat.

Q.    Okay.  And if you know -- strike that.  Based on what happened here, do you think that it would've been important to have officers out on the ranges at all times listening and looking for an emergency?

A.    I think that it is important for us to deal with the safety and security of the cell house.  Yes, I do.  Correct.  I also do think that it is important that a person should not be working and not have any fuel for

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

their body or water for their body and expect it to continuously walk around for 12 hours without at some point nourishing themselves.

Q.   Did you have any discussion with anyone about anything that could have been done differently to respond to this fire?

A.   No, I did not.  To my -- in my opinion, I do believe that they did a very good job.

Q.   Okay.  And in your opinion, five minutes from when a fire starts until someone responds to the fire is an adequate response time?

A.   In my opinion, they did a very good job.

Q.   Okay.  And that response time is adequate, correct?

A.   In my opinion, that is correct.

Q.   Are you -- would you be surprised to learn that prisoners in A Cell House reported screaming for help well in advance of the fire alarm going off?

A.   I am not surprised by anything that an offender says.

Q.   And what do you mean by that?

A.   Because offenders will lie and cheat, hence the reason they are in prison.

Q.   And why would an offender lie or cheat when they're talking about calling for help during an



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

emergency?

A.    Any way that they can gain something out of a situation.  They're not thinking about the safety or the wellbeing of someone else.  They're thinking about themselves.  So anything that they can say to gain anything from a situation they will do.

Q.    And if prisoners are reporting that they were yelling for help well in advance of the firearm going off, is that something you would take seriously

A.    With me being in that situation and knowing what I heard and what I did not hear, no, I do not take them seriously, but on the outside looking in, you have to look at all aspects.

Q.    Do you think it should be looked into if prisoners are saying that they were yelling for help and no one came to help until several minutes later?

A.    I think that every situation should be looked into.

Q.    Looking back at the January 14, 2023 fire, is there anything that you wish you had done differently?

A.    In my opinion, seen as how I did not have any direct contact with the fire itself, all I could do was once I was made known of the situation by the fire alarm, call the signal, direct people in and follow orders.



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    So fair to say you wouldn't do anything differently?

A.    There's nothing that I could have done differently.

Q.    Is there anything that you wish any of your staff or other people assigned in your cell house would've done differently?

A.    In my opinion, they did all they could.

Q.    You testified earlier that you heard through the -- through talk around the prison that Mr. Smith was a tinker; is that right?

A.    Correct.

Q.    Was that a common thing for people to be tinkers at the Indiana State Prison?

A.    You have a whole lot of walks of life that you run into at Indiana State Prison.  You have some people who know how to fix glasses.  You may have some people that are cooks.  It -- it just depends on the situation. You run into a lot of different things.

Q.    Okay.  Were there any special concerns raised with people fixing things at the prison?

MS. KWAIT:  Objection.  Form.

THE WITNESS:  For myself?

BY MS. PIERCE:

Q.    Yes.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit D

A.    Can you ask your question again, please?

Q.    Yeah, I'll ask you differently.  Was there anything that you looked out for or any concerns that you had with regard to people being tinkers at the prison?

A.    Anything that I looked out for?

Q.    Yeah.  Did you have any specific safety concerns or were there any policies that prohibited people from fixing various items, like fans and TVs and things like that at the prison?

A.    Did I have any specific concern?  No.  It could have been something as small as a wire popping a loose and in the back of a motor and they knew how to put it back together.  I'm not an electrical person, so I really don't know how to explain that, but to twist the wires together and give it back to them to help someone out, is that a big concern?  As long as it does not break policy and procedure or put anyone in danger, I did not see an issue.

Q.    Okay.  And based on your training and experience, were there any policies that limited what prisoners could do to fix equipment in the cells, like fans or TVs or lights or things like that?

A.    I don't know anything about fixing of lights and stuff like that, but specifically saying, Hey, if an

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

offender can't take another offender's fan in his cell and fix it, if he knows how, that has never been brought to -- to me.

Q.    Okay.  And have anyone -- has anyone ever expressed or discussed with you any risks of offenders fixing things themselves in their cells?

A.    There is a risk in everything that we all do here --

Q.    Okay.

A.    -- including staff.

Q.    So no particular risk is discussed with regard to prisoners fixing various items in their cells, correct?

A.    Not that I can say.  No.

MS. PIERCE:  All right.  I'm going to share what I'll mark with Exhibit -- what I'll mark as Exhibit 11.  This is State 010445.

(Exhibit 11 was marked for identification.)

BY MS. PIERCE:

Q.    Okay.  This is a weekly inspection report that we talked about earlier, correct?

A.    Correct.

Q.    And you testified that these are filled out every Monday and that you, as a sergeant, are responsible for going around and doing an inspection and



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit D

then completing this form, correct?

A.   Correct.

Q.   Okay.  And this is one that you filled out for E Dorm; is that right?

A.   That I filled out?

Q.   Well, your name is down here, correct, J. Walton?

A.   I have never typed it out.  It's always been a handwritten form with my signature on it.

Q.   Okay.  Are there any other J. Waltons that you're aware of that --

A.   No.

Q.   No.  Okay.  So do you dispute that this is one of your forms?

A.   I have never typed out a form.  I have only handwritten them and signed my name.

Q.   Okay.  So do you believe that you filled this out?

A.   I have only handwritten them not typed.  That is a typed J. Walton on there.  It is not my signature.  No.

Q.   Okay.  So do you have concerns that somebody else filled this form out for you?

A.   I have never seen that.

Q.   Okay.  Did you work in E Dorm in September of

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

2021?

A.   Yes.

Q.   Okay.  Were you working in E Dorm regularly at that time?

A.   Pardon?

Q.   Were you working in E Dorm regularly at that time?

A.   You said bi-yearly?

Q.   Regularly.

A.   Oh -- I'm sorry.  I -- I couldn't -- yes.  I had been in there for a while.

Q.   Okay.  And were you the sergeant in charge of that dorm?

A.   No.  At that time I was not a sergeant.

Q.   Okay.  And were you the officer in charge of that dorm?

A.   Correct.

Q.   Okay.  And so you would've been responsible for this weekly inspection report in your dorm when you were in charge, correct?

A.   Correct.

Q.   Did you ever ask anyone to fill this form out for you?

A.   I would not have asked anyone to fill it out.

Q.   Okay.  I want to look at this fire safety

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit D

section.  There is a four marked off for sprinkler alarm system --

A.  Uh-huh.

Q.  -- or sprinkler system.  Do you see that?

A.  Yes.

Q.  There are no sprinkler systems anywhere in Indiana State Prison, correct?

A.  Mm, I -- I cannot really say that I know that to be a fact.  I don't know.

Q.  Okay.  Is there a sprinkler system in E dorm?

A.  I have not been in there in over a few years, so years, so I -- I have not been made aware of anything.

Q.  Is there a sprinkler system in B Cell House?

A.  No, not that I can -- I can say there is.

Q.  Okay.  So have you ever inspected a sprinkler system anywhere in the prison?

A.  No.

Q.  Since the January 14, 2023 fire that killed Michael Smith, have you had to respond to any fires at Indiana State Prison?

A.  No, I do not respond to fires.

Q.  Have you had any fires occur in any of the cell houses where you've been working since the January 14, 2023 fire that killed Mr. Smith?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    There was a small fire in B Cell House, maybe about a month or so ago.

Q.    Okay.  And what was your role in that fire?

A.    At that point in time, I was standing inside of the officer station.  I do not remember what we were doing at the time.  I remember my -- one of my officers saying, Hey, he started a fire.  It was a few cells over from where the officer station is.  I called a 10-71, but it was small enough to where my officer was able to put it out.

Q.    Any other fires that you remember occurring in a cell house where you've been working since the Michael Smith fire?

A.    I do believe we did have another one in A.  I don't remember what range it was on.  It was another relatively small one where staff was able to deal with it.  The fire was put out.  The young man was removed from his cell and that's really all I can remember. Other than that, no.

Q.    Have you ever been disciplined in any way as part of your job at Indiana State Prison?

A.    For a specific reason or just anything?

Q.    Yeah.  Have you ever been disciplined why you've been working at Indiana State Prison?

A.    Yes.



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

Q.    And what have you been disciplined for?

A.    There was a young lady that I had previously written up that got another person to basically be in cahoots with her against me because she did not like me. And instead of going off of both situations, I got a in lieu of one day because they agreed, they said, okay for what she said.

Q.    And what did she say that you had done?

A.    I -- she said that I targeted her.

Q.    Okay.  In what way did she say that you targeted her?

A.    Because I expressed something that she did and I expressed how I would have reacted.  That's it.

Q.    And what was your ultimate discipline for?

A.    I had an in lieu of one day.

Q.    And what was the reason that they gave for disciplining in you?

A.    I just told you it was because they agreed with what she said.  They -- other than that, nothing they said okay to what she said.

Q.    Did they give you any, sort of, like, is there, like, a category of discipline, like, that is written down on the discipline form that you're given?

A.    I got in lieu of one day.  That's it.

Q.    And what does that mean, in lieu of one day?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Your discipline for being suspended from work for one day.

Q.    Was there any type of hearing or interview that was done in relation to that discipline?

A.    I was asked questions and that was it.

Q.    Were you asked questions by Internal Affairs?

A.    No.

Q.    Who asked you a question?

A.    Unit team manager, if I'm not mistaken, I think that's her position.

Q.    Any other time that you were disciplined in relation to your job at ISP?

A.    No.  The -- that situation was actually an informal.  And then I got the in lieu of for Officer Crockett, leaving that door unlocked.  That was it.

Q.    Okay.

A.    Other than that, I have never been disciplined.

Q.    Okay.  So the one you first described to me, that was just an informal discipline?

A.    Correct.

Q.    And so were there any consequences, suspension, anything like that related to that Informal?

A.    No, not with that one.  Not with the first one.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Okay.

A.    I got them mixed up.

Q.    Okay.  And then you were actually suspended for one day with regard to Officer Crockett leaving a door open; is that correct?

A.    Correct.

Q.    Okay.  And why were you disciplined in regard to that?

A.    Because it was said that as me being the sergeant, I should have walked behind him and made sure he locked the door.

Q.    No other times that you've been disciplined that you recall?

A.    No.

        MS. PIERCE:  All right.  I have no additional questions.

                CROSS-EXAMINATION

BY MS. KWAIT:

Q.    Okay.  Do you want to take a short break, Sergeant Walton, or do you want to keep going?  I have a few questions, not too many.

A.    No.  I'm good.

Q.    Okay.  Okay.  Just a moment.  Okay.  You mentioned that -- you talked a little bit about -- today about your training for fire response?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

A.    Yes.

Q.    Did you follow your facilities emergency procedures as you were trained?

MS. PIERCE:  Object to form.

THE WITNESS:  As far as calling the signal?

BY MS. KWAIT:

Q.    Just that day, did you follow your training?

MS. PIERCE:  Object to form.

THE WITNESS:  To my knowledge, yes.

BY MS. KWAIT:

Q.    Okay.  Do you have any concerns as to Officer Crockett or Officer Cross and their response to the fire in terms of the training that you've received?

A.    I do not.  I feel like they actually went over and beyond the scope.

Q.    Why do you feel like that?

A.    Because Officer Crockett and Officer Cross have families and for them to be willing to risk themselves, knowing that we have nothing to control a fire that big personally, and how Officer Crockett climbed underneath the flames to try and find a way to see if he could find a way scorching the top of his hat. You -- you can't ask for a person better than that.  He had no safety equipment.

Q.    And you stated that you saw Officer Crockett

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

crawling underneath near the flames. How do you know that?

A. I saw it.

Q. Okay. Can you tell us exactly what you observed?

A. As I was walking down, I remember at the time that we were told to unlock and evacuate. I remember looking up an officer Crockett was laying on the range and I could see him -- like he was trying to look for a way. His arms were up. Of course, it was hot and I could see where the top of his hat, you -- you could see everything kind of touching. Outside of him laying on the range, I saw the firemen coming up behind him, and I also saw medical staff behind them. So yes, once we left out of the cell house and we were outside kind of catching our breath, once everyone was evacuated, you could see the top of his head, a little charred and burned.

Q. Okay. And you stated that he was an asthmatic; is that correct?

A. Correct.

Q. Did you observe anything about him that would indicate he was having problems with his asthma?

A. Yes. His breathing was very quick and short. Like he was almost struggling. I kind of know what that

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

looks like because my daughter and my husband are horrible asthmatics. So at that point in time, he was kind of linked over, trying to catch his breath. And with him being an asthmatic, I told him he needed to go inside of the hospital to get himself seen about. He, kind, of gave me a bit of a fight honestly, because things moves -- things moved so fast, I really don't even remember if he took himself up in there to get help to make sure he was okay.

Q.    But you were concerned enough to advise him that he should; is that correct?

A.    Yeah, absolutely.

MS. PIERCE:  Object to form.

BY MS. KWAIT:

Q.    I'm going to jump around a little bit, so just bear with me. I know it's -- I know you've been here a long time, but I'm going to ask you a question. We talked a little bit earlier about incarcerated individuals and how they had stated, and I'm paraphrasing here that they were screaming for help, but no one was responding. Do you recall that talking about that?

A.    I do.

Q.    Okay. And in that portion of your deposition, you and I'm again, paraphrasing, talked about how



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

incarcerated individuals try to help themselves and they may not necessarily be telling the truth.  Do you recall that?

MS. PIERCE:  Object to form.

THE WITNESS:  Correct.  Yes, I do.

BY MS. KWAIT:

Q.   Okay.  Now, is it your experience that in every case, an incarcerated individual is lying?

MS. PIERCE:  Object to form.

THE WITNESS:  Not in every experience.  Does it happen quite often?  Yes, but not in every experience.

BY MS. KWAIT:

Q.   Okay.  And in your dealings with incarcerated individuals, do you try to take things on a case by case basis to determine whether or not someone's telling the truth?

MS. PIERCE:  Object to form.

THE WITNESS:  Yes.  Whatever it is that I am told, I always do my best to investigate it for myself, so that I can make an informed decision.

BY MS. KWAIT:

Q.   So here today in your deposition, when you're told for the first time that incarcerated individuals were screaming for help, you haven't had the opportunity

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

to go case by case and determine whether or not that's the truth; is that correct?

MS. PIERCE: Object to form and foundation.

THE WITNESS: No.

BY MS. KWAIT:

Q. Earlier today, you talked about how sometimes Indiana State Prison is short-staffed. Do you recall that?

A. Yes.

Q. As far as you know, on the date of this fire, was your cell house short-staffed, adequately staffed? Can you tell more about that?

MS. PIERCE: Object to form.

THE WITNESS: To be honest, if we were fully staffed, then we should have had at least one more person. The lieutenant is different from us. So they -- they may do a house walk at times, but it's not their job to run up and down the stairs and on the ranges the way we do. So even though she was there, she's like the last resort. If there is an issue or a problem that officers can't find an answer for, they'll come to me. And if I am like, okay, I really don't know what to do, then I in turn go to the lieutenant.

BY MS. KWAIT:

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

Q.    Okay.  One moment.  In general, do you take inmate safety seriously?

A.    Yes.

MS. PIERCE:  Object to form.

THE WITNESS:  Yes, I do.

BY MS. KWAIT:

Q.    And have you ever been disciplined for failing to protect or respond to an inmate emergency?

A.    No.

Q.    I know you spoke a little bit more about -- a little bit about Mr. Smith earlier and how you didn't know him at all; is that correct?

A.    Yes.

Q.    Okay.  And why is that?

A.    I literally had just moved from being a sergeant in one area to being a sergeant in A Cell House.  That week was what we consider our long week, so we worked that Monday and Tuesday.  That Monday was the very first day that I was there.  I ended up being off of work that Wednesday and that Thursday.  Then we had to work the weekend, which was that Friday, Saturday and Sunday.  So I literally had been there three days. Familiar with faces that I had seen throughout my career, but not familiar with every single person.  So he was one that I had not yet had contact with at that

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

time.

Q.    And due to the fact that you had just recently been reassigned to A Cell House, were you familiar of the contents of the inmate cells in A Cell House at that point?

MS. PIERCE:  Object to form.

THE WITNESS:  As far as contents, what do you mean?

BY MS. KWAIT:

Q.    I mean, in terms of belongings and the conditions of the -- of the individual cells.

A.    For the most part, I would say yes.  As far as every single small detail, no.  But -- I'm sorry.

Q.    That's okay.  You go ahead and finish your thought.

A.    But as far as, like I said, they're allowed so much cubic feet.  I cannot recall the exact dimensions at this time.  Other than that, no.

Q.    When you're stating that they are allowed cubic feet, what are you referring to?

A.    They have what is considered to be a -- we call it a metal box, a commissary box so to speak, where if they have clothing, if they have commissary food items and things of that nature, hygiene, all of these things.  It's like -- it's like a drawer, it can be

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

placed inside and pushed under the bed.  They have shelving where they can also put their belongings on top of.  They are allowed a TV.  They are allowed a fan, things like that.  Other than that, no.  But as far as what they can have, it's what they can fit on the shelves in that box, pictures and things of that nature.

Q.    So if something was inside the box and pushed under the bed, you wouldn't necessarily know what's inside of it as you're doing your rounds, correct?

MS. PIERCE:  Object to form.

THE WITNESS:  No.

BY MS. KWAIT:

Q.    Is there anything in regards to the fire and what happened that day that we did not discuss today?

MS. PIERCE:  Object to form.

THE WITNESS:  Honestly, no one then as well as today, except for when I spoke with CISM, no one has asked me how I felt.

BY MS. KWAIT:

Q.    And that was actually going to be my next question is, how do you feel about what happened that day?

A.    It bothered me for a while.  I am not here to judge anyone in any way, shape, or form.  But for me, I do believe that all life is important.  I'm here to do a

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit D

job.  But in that job, you still have to have compassion.  You still have to have empathy and I don't care what the circumstance is, no one deserves to have an accident like that happen and think that people would just be okay with it.  Not at all.  So for me, it bothered me for a while for several different reasons.  I have never in my life saw a person burned to death.  That bothered me alone.  My role as a sergeant that bothered me.  My role as a mother thinking that I'm superwoman, sometimes you want to be able to save.  But for the most part, I still stand and say, no one deserves that.  So yeah.

Q.    Do you feel like -- I'm sorry, go ahead.

A.    That was it.

Q.    Do you feel like anybody on either you or your staff could have done anything differently that day to save Mr. Smith's life in terms of their response to the fire?

A.    Honestly, no.

MS. PIERCE:  Object to form.

THE WITNESS:  Honestly, no.  Like I said, I would trust those men with my life.  Couldn't ask for anything better.

MS. KWAIT:  I have no further questions at this time.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

MS. PIERCE:  No additional questions from me.

THE REPORTER:  Okay.  Before we go off the record, how would we like to handle signature?

MS. KWAIT:  We're going to reserve.

THE REPORTER:  Reserve.  Is it okay if I send that to you?

MS. KWAIT:  Yes.  Thank you.

THE REPORTER:  Excellent.  Megan, would you like a copy of the transcript?

MS. PIERCE:  Yes, please.

THE REPORTER:  Electronic okay?

MS. PIERCE:  Yeah, electronic.  And I don't -- we don't need an index.

THE REPORTER:  Okay.  Got you.  And then, Julia, how about you?

MS. KWAIT:  Yes.  I'd like one as well, please.

THE REPORTER:  Okay.  With that, I'll take us off the record.

        (Deposition concluded at 3:49 p.m.)

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page here of by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to type written form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.



SYDNEY LITTLE,

COURT REPORTER / NOTARY

MY COMMISSION EXPIRES ON: 12/09/2029

SUBMITTED ON: 11/05/2025

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

**Exhibits**

**Exhibit 1_Walton** 136:18, 19

**Exhibit 2_Walton** 138:12, 14

**Exhibit 3_Walton** 148:1,3 155:3

**Exhibit 4_Walton** 155:3, 4,6 160:3

**Exhibit 5_Walton** 162:14, 18

**Exhibit 6_Walton** 163:13, 16 164:7

**Exhibit 7_Walton** 164:21, 22 165:24

**Exhibit 8_Walton** 165:24 166:2 168:8

**Exhibit 9_Walton** 168:13 172:17

**Exhibit 10_Walton** 172:17, 18

**Exhibit 11_Walton** 181:17, 18

**0**

**000015** 148:1

**000018** 148:2

**000104** 155:5

**000105** 155:5

**010445** 181:17

**026403** 136:18, 20

**026406** 138:12

**1**

**1** 136:18,19

**1-14-23** 139:19

**10** 158:12 172:17,18

**10-70** 74:22 79:21

**10-71** 74:22 79:22 104:3 122:25 123:18 137:25 139:25 140:14 141:16 148:24 159:1 171:10 172:7 174:10 185:8

**100** 131:3,12, 19 132:6 140:1, 23 141:1,6,12, 22 142:2,10 151:7,25 160:11

**10:00** 115:24, 25 116:3,22

**10:09** 148:19

**10:30** 7:8

**10:45** 163:3

**10:45:15** 162:16

**10:46:01** 163:14

**10:53** 148:22 149:13

**10:56:00** 165:1

**10:57** 139:20

**10:57:00** 165:25

**10:58** 137:22 149:15 168:10 171:10 172:2 174:9,10

**10:58:00** 168:10 171:6 172:4

**10:58:18** 172:20

**11** 181:17,18

**110** 7:6

**11:00** 29:16

**11:02** 29:19

**11:09** 150:10

**11:10** 150:10

**11:30** 50:9

**11:39** 50:12

**12** 67:18 177:2

**12:29** 86:10

**12:30** 86:2

**12:59** 86:13

**14** 103:2 114:5 125:21 146:9 148:14,19 151:5 156:1 158:19 163:3 171:17 178:19 184:19,25

**146** 163:20

**14th** 114:6 120:2 135:23 136:6

**15** 25:8,12 64:24 150:15

**18** 172:21 173:19,24 174:20,21,23

**1996** 13:16

**1:54** 125:15

**2**

**2** 138:12,14

**20** 48:16 150:15

**200** 104:3,7 123:13 137:25 139:24 150:14 151:13 153:21 165:6

**2000s** 14:6

**2004** 14:15

**2012** 13:21 14:21,24

**2014** 15:10,12, 18 43:9,15

**2015** 46:20,21

**2017** 91:7,15, 21,25 93:11,20

**2021** 16:9,13 47:21 49:6 183:1

**2022** 19:20 47:23 48:15

**2023** 48:24 49:1 103:2 108:15 114:5 125:21 146:9 148:15,19 151:5 156:1 158:19 163:3 171:17 178:19 184:19,25

**2025** 7:8

**22** 47:22

**23** 19:20 37:7 48:18

**24** 37:8

**252** 139:25 165:9

**27th** 7:8

**2:03** 125:18

**2:58** 164:16

**3**

**3** 148:1,3 155:3

**30** 24:21,23,24, 25 25:2 42:24 90:23,25 91:4 116:18

**3000** 140:2

**3:03** 164:19

**3:49** 198:19

**4**

**4** 155:4,6 160:3

**40** 116:18

**45** 11:1

**5**

**5** 162:14,18

**52** 168:11

**6**

**6** 163:13,16 164:7

**60606** 7:7

**6:00** 67:23,25

**6:30** 145:16

**7**

**7** 164:21,22 165:24

**7:00** 25:4

**7:30** 25:4

**8**

**8** 157:23 165:24 166:2 168:8

**8th** 100:6

**9**

**9** 168:13 172:17

**953102** 148:21

**98** 13:21

**A**

**A-252** 148:21

**a.m.** 7:8 137:22 139:20 148:19, 22

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

**ABC** 81:13 159:25

**ability** 10:11,15 45:9 85:17 125:8

**absolutely** 191:12

**access** 37:10, 22

**accident** 197:4

**account** 32:6, 14,23

**accounts** 32:10

**accurate** 136:7 140:5 149:10, 23

**ACH** 139:20 165:1

**acknowledge ment** 34:11,13 169:9

**acronym** 81:1, 2,5,11

**actions** 107:23 108:3,10 156:16,17 157:11,16

**activate** 75:18

**activated** 75:21

**active** 75:4

**activities** 103:11 136:3

**actual** 21:13 28:22 42:9,17, 22,23 51:13 67:4,20 68:12 76:5 85:9,11

**add** 11:5

**addition** 11:4,7 28:7 46:22 50:22 56:24 63:12

**additional** 20:10 22:11,15,

**24** 23:1 90:3 113:13 127:7 139:5,11 188:15 198:1

**address** 55:23

**addressed** 69:6

**addressing** 62:21

**adequacy** 108:17

**adequate** 107:16 149:19 170:7,20,22 171:8,12 177:11,13

**adequately** 39:17 40:2,15, 18 171:18,20 193:11

**advance** 77:21 177:18 178:8

**advise** 191:10

**Affairs** 109:2, 18 110:9 134:4, 7,10,13,16,24 135:2,17,22 136:5 148:8,12 187:6

**affect** 10:14

**affects** 10:11

**affirm** 8:7

**aftermath** 104:23 171:4

**afterward** 94:20

**agree** 150:4

**agreed** 186:6, 18

**ahead** 9:24 12:21 32:19 70:19 112:17 116:2 126:8,9 135:13 141:24 173:12 195:14 197:13

**aim** 81:9

**alarm** 76:5,19, 20,22,25 78:1, 3,5,9,13 84:18, 20,25 85:1,14 103:19 120:1,8, 11,25 122:2,3, 14,20,21 123:22 125:23 126:14 137:23 139:20 142:10 149:21 151:11, 20,25 153:8 166:20,24 167:3 169:10 172:12,15 173:3 175:10, 13,20 176:12 177:18 178:24 184:1

**alarms** 76:8 169:18 175:14 176:8

**alert** 77:1 175:18

**alerted** 75:21 76:25 77:21 167:5 169:9

**alerting** 34:18

**allegation** 108:6

**allegations** 108:2,9

**allege** 107:21

**alleged** 107:17

**allegedly** 136:2

**alleging** 107:15

**allowed** 21:12 119:21 195:16, 19 196:3

**amount** 45:2 57:24 58:2

**anger** 106:14

**angle** 173:4

**angrier** 126:5

**ankle** 47:17

**annual** 15:19 83:18,21,23

**answering** 18:15,24 36:17 66:18

**answers** 9:19

**anymore** 87:8

**anytime** 67:9 94:21 137:9 162:5

**appearance** 7:18

**appearing** 7:20

**appears** 166:9

**application** 15:9

**applied** 16:10 52:9

**apply** 52:12

**approximately** 137:22 139:19 148:19

**April** 91:20,25 93:10,20

**area** 21:14 85:2 133:18 194:16

**areas** 102:3 131:2 150:9

**arise** 56:12 58:17,24,25

**arisen** 56:6 57:9

**arising** 39:18 40:3

**arms** 190:10

**arrived** 114:4 127:7,14,16,23 128:13 140:2 149:14

**aspects** 178:13

**assess** 136:13

**assign** 66:1

**assigned** 17:4 25:15 45:4,8 47:15,16,24 48:10 100:1,12 179:6

**assigning** 64:7

**assistance** 74:10

**assistant** 110:19 111:6

**assume** 9:11 167:23 168:2

**asthma** 190:23

**asthmatic** 105:10 190:20 191:4

**asthmatics** 191:2

**athlete** 174:21

**attack** 23:17

**attend** 145:7

**attendance** 156:4

**attended** 156:21

**attention** 23:19 33:6,9,19 34:24 42:8 108:1 114:25 122:17 147:23 168:3

**attorneys** 10:24 13:9

**audio** 12:13

**automatically** 76:6

**average** 27:16 115:11,12

**aware** 57:21 58:3 65:8 93:18,24 98:3 113:11,17,21, 25 143:3,13 171:14 174:5,7 182:11 184:12

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

---

**B**

---

**back** 14:21 18:4 23:4 29:18 47:23 48:16 49:5,9 50:11 63:21 86:12 89:19 104:17 105:5,15 114:3 117:15 118:1 123:22 125:17 128:1 129:10, 14,24 130:3,5, 12 132:11 133:8,16 134:15 141:12 150:12 151:8 160:10 163:23 164:1,4,18 178:19 180:13, 14,16

**bags** 163:6

**barbershop** 65:21

**barrack** 51:16

**bars** 168:20

**based** 31:9,17 39:13 40:1 61:25 83:15 142:8 152:9,23 170:17 171:16 175:6,12 176:18 180:20

**basically** 11:19 16:19,24 28:13 41:25 44:8 81:3,8 86:25 95:9 109:12,13 129:4 132:19 141:17 144:15 162:3 167:12 186:3

**basis** 114:16 192:16

**bathroom** 118:17

**bear** 191:16

**bed** 196:1,8

**beds** 51:17

**began** 129:13 130:21 140:14

**begin** 8:11

**beginning** 43:18 64:13 174:16 175:17

**behalf** 7:12,16, 19

**behavioral** 45:22,23

**behaviors** 19:8

**beings** 175:1

**believed** 111:22

**belongings** 195:10 196:2

**Bend** 7:15

**bi-yearly** 183:8

**big** 165:17 166:24 169:13 170:17 174:24 175:16 180:17 189:20

**biggest** 46:8,9

**bit** 18:4 34:21 43:22 50:16 55:20,25 114:3 125:11 132:4 138:22 148:18 153:14 188:24 191:6,15,18 194:10,11

**blah** 57:12 167:2

**blank** 82:12

**blasting** 114:20

**blocking** 60:10

**blue** 168:23

**blur** 123:9 141:4

**bodies** 67:5 124:22

**body** 133:2,5 177:1

**bothered** 196:23 197:6,8, 9

**bottom** 41:16 137:4 162:25 163:19

**box** 103:22 122:23 129:25 139:22 195:22 196:6,7

**boy** 37:21

**break** 10:3,5 29:22 49:23 50:14 86:1,3 125:12,20 162:11 164:9 180:18 188:19

**breaks** 10:8 119:9

**breath** 132:20 190:16 191:3

**breathe** 132:3

**breathing** 19:5 23:7,13 190:24

**Briefly** 14:13 101:6

**bring** 32:10 133:10 154:1,9, 14

**bringing** 103:13 104:24 105:14

**brings** 66:19

**broader** 62:12

**broke** 106:4

**broken** 47:17 68:11 69:9

**brought** 8:23 32:7 154:21,24 162:6 181:2

**building** 51:13, 15 69:8 78:19

**bulb** 98:11

**bullet** 159:10

**bunk** 51:17

**burn** 119:18

**burned** 190:18 197:7

**business** 39:11 118:2

**busy** 103:8

**buttons** 33:2

---

**C**

---

**cahoots** 186:4

**call** 19:8,12 20:3,15,20,21 21:11,13,17,21, 24 22:1,18 32:8 33:2 63:16,19 64:1,2,14,22,23 69:22 79:22 84:9 85:1 99:9 103:5,21,23 114:25 115:5 129:13 140:14 145:14 159:2 171:14 172:10 178:24 195:22

**called** 17:6 20:16 66:12 71:15 75:20 76:5,24 80:25 94:22 104:2 122:24 123:17 126:17,24 137:25 139:25 140:2 141:15, 18 148:25 149:5 152:10 160:19 171:10, 25 172:2,4,7 174:10 185:8

**calling** 34:18 43:5 74:15,22 96:3,18 103:14 115:3 120:23 158:22 159:13 171:24 177:25 189:5

**camera** 149:5 163:14 164:25

**canceled** 54:21

**captain** 55:11, 12,14 143:24

**care** 28:12 32:1 35:2,9,12 39:11,12 65:18, 23 69:12 122:9 169:24 170:3 197:3

**career** 133:19 194:24

**carry** 36:1 119:4 130:1

**case** 8:15 10:20 13:8 78:8 135:18 192:8, 15 193:1

**catch** 132:19 191:3

**catching** 190:16

**category** 186:22

**caught** 103:19

**caused** 154:3, 7,15

**causing** 73:23

**cell** 12:3 15:24 16:2,16,20,22 17:1,4,7 18:8 19:6 23:24 24:3,6,9,19 25:8,11,15,21 26:6,7,10,11, 14,15 27:5,11, 20 28:2,19 29:23 30:9 31:20 34:23 36:9,15,19,20, 22,24 37:2,6, 10,15,18,20 38:9,12 39:15, 18,24 40:20,25 41:3,22 42:1 43:5,20 44:9, 12,14,16,22,25

165:25 168:9 172:20



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

45:1,4,5,8,9,13, 15,16,19,21,25 46:3,5,7,8,10, 12,13,22 47:6, 9,16 48:20 49:18 51:9,10, 13,21,24 52:2, 6,21,23,25 53:3 54:3,10 59:15, 18 60:19 63:14 64:7,9 65:3,24 66:15,21 67:2, 6,10,13,17,20, 22 68:2,6,12, 15,16,17 69:6, 15 70:8 71:14, 15 72:5,7,10, 20,23 73:19,24 74:10 75:1,22 76:4,7,9 78:4, 14 79:5 85:6 86:16 87:19 90:16,20 91:21 92:1,16,18,22, 24 98:18,23 99:22 100:2,3, 8,10,12,17,24 101:2,22 102:1, 3,17,19,22 103:6,16,25 104:1,3,13,25 105:2,3 106:5 108:12 114:9, 10,11,12,13,16 115:1,10 116:7, 10 118:5,17,19, 20 121:2,24 124:2,5,8,12 125:3,9 126:6 127:7 128:15 129:19 130:21 131:2 132:1,7, 10,11,16,17,19, 22 133:1,13,15, 20 135:16,24 141:13 145:5 148:21,22,23, 24,25 149:6,13, 14 150:1,17,22 151:3,6 152:16, 18 162:15,21 163:20 165:6,9, 10,14 166:25 167:6,7,10,15, 23 168:11,12, 17,20,25

169:13,17,25 171:17 172:13 173:7,15 175:8, 16,20 176:6,23 177:17 179:6 181:1 184:14, 24 185:1,12,18 190:15 193:11 194:16 195:3,4

**cells** 33:2 41:7, 12,13,20 51:14 57:23 58:5 59:23 60:2,9 62:2 70:9 71:11 105:5 114:18 119:16 170:1 180:22 181:6, 12 185:7 195:4, 11

**Central** 7:9 50:12 147:7

**change** 74:25 176:15

**changed** 93:14

**characteristics** 45:20

**charge** 16:22 17:7 26:19,21 27:9,11 47:6 50:25 51:1,4 55:17 60:19,20 61:10 65:3,6, 12,24 66:13 67:17 68:2 69:15 77:16 86:15 90:20 101:1 150:7,9 169:12,17 175:21 176:16 183:12,15,20

**charred** 190:17

**cheat** 177:22, 24

**check** 64:21 65:12 71:16 79:6 124:25

**check-in** 109:14

**checked** 105:9

**Chicago** 7:7

**chief** 103:21,23

**choice** 89:21, 25

**circumstance** 197:3

**circumstances** 82:5 87:12 88:10 91:2 92:21 135:21 160:22

**CISM** 105:8 109:6,10 110:9 147:11 196:17

**clarification** 9:10

**clarify** 110:25

**clarifying** 25:5

**class** 65:21

**classroom** 17:11 84:4

**classroom-based** 83:25

**clear** 9:16,21 24:22 35:22 79:4 120:24 152:3,13,14

**cleared** 116:4 151:6,17,20,24 152:7,10,18,24

**climbed** 189:21

**clogged** 70:20, 22

**closer** 20:19

**clothing** 195:23

**color** 168:23

**comfortable** 105:23

**commissary** 195:22,23

**common** 27:1

59:5 62:1,3,16 70:8,10,12,22 82:8 179:13

**commonly** 72:23

**communicate** 128:2

**communicated** 33:24 58:25 71:20

**communicating** 70:3

**communication** 79:3

**communications** 75:15 129:1

**company** 14:8

**compare** 51:15

**compassion** 197:2

**complaint** 11:21

**complaints** 12:2 107:1,2,15 108:7,24

**completed** 163:25

**completely** 140:15

**completing** 182:1

**compliance** 97:7

**complied** 157:11,16

**computer** 84:3 137:12,14 164:10

**computer-based** 83:24

**concern** 102:3 149:16 171:3 175:1,22,25 180:11,17

**concerned** 71:12 106:11 166:21 174:4 176:16 191:10

**concerns** 38:23 39:16,19, 22 40:1,3 44:15 45:9 57:22 58:12 62:8 74:21 76:16,17 95:13 96:7,11, 12 97:1,3,5,9, 13,15,19 98:6, 9,14,16 106:1, 18,21 146:20, 23 147:14 149:12,25 166:15,23 169:6,12 170:5, 17,25 171:7 173:17,25 174:6,12,18,24 175:4,6,14,19, 24 176:3 179:20 180:3,8 182:22 189:11

**concluded** 198:19

**condition** 68:17 171:5

**conditions** 10:14 157:25 195:11

**conduct** 68:14 113:22

**conducted** 7:15 115:14 148:20 151:7

**conducting** 68:3 90:21 91:5

**confiscated** 159:22

**consequences** 187:22

**considered** 195:21

**consistent** 63:7

**consistently**

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

62:17

**consists** 16:17

**constant** 62:24

**contact** 34:16 57:19 178:22 194:25

**contacted** 59:14,17 135:9, 16

**contacting** 86:25

**contents** 195:4,7

**continue** 28:18 96:21

**continuously** 177:2

**contraband** 58:14

**contributed** 158:10

**control** 34:17 48:1,2,3,5 49:9 76:24 91:13 104:2 122:24 138:1 176:1 189:19

**conversation** 9:16 61:19 65:11 88:17 89:1 110:10,17, 21,22,24 111:1, 4,6,16,18 112:1,6,9,12 114:19 117:11, 14,18 141:25 142:13,21 143:9 144:4,7, 12 153:9 154:19 156:22, 25 157:10

**conversations** 10:24 61:17 62:20,25 80:20 88:23 90:16 102:18 109:20 110:11,13 111:13,15 112:3,23 113:2,

5 116:11 117:21 120:10 128:23 140:9 142:4,16 144:9 158:9,15,18 159:13,17,20

**cooks** 179:18

**cool** 168:4

**copy** 198:9

**correct** 19:18 22:1 23:8 24:11,15,17,18 25:13 27:10,13 28:16 30:2,6,22 31:6 33:16,21 34:12 35:18 36:15 37:11 38:15,21 39:1 41:22,23 42:2, 5,15 45:14 46:7,14,17 47:10 48:22 49:7,11,14,16 50:21 51:10,19 52:23,24 53:1, 4,13 54:4,8,17 55:18 59:20 60:3 61:15 65:1 66:5,24 67:12, 15 68:1,21 69:2 70:15,18 71:2, 5,25 72:2,13,22 73:9,13,17 76:1 77:20,24 78:7, 11,12,14,15 81:20 83:6 85:15 86:18 87:4 90:5 91:8, 9,16,23 92:10, 11,13,14 93:18 94:1,13,18 95:1 96:10 98:19 99:12 100:17, 18,20,22 101:2, 3,14,17 102:10 107:6,13,14,17 109:2,3,11,15, 21 110:14 111:24 112:8 114:2,8 115:15, 18 116:1,24 117:4 118:3 120:6,14,15 121:3,6,22

122:12 123:14 124:10 125:6, 23,24 127:5,15 128:18,22 129:4,21 131:5, 10 132:5 133:5, 6,22 134:4,24, 25 137:2,3,6,7, 11,20 138:10 139:2,12,16,17 140:18,21 141:14 142:24 143:14,22,23 145:20 146:2, 16 147:17 148:15,16 149:8 152:1,12, 16,17 153:5,19, 25 154:21,24 155:11,16 156:2 157:13, 21 161:14,22 162:22,23 163:1,20,21 164:2 165:7,10, 11,14,17,21 166:5,7,11,13 167:7,11,13,18 168:12,14,17, 21,25 169:1,24 172:2,3,8,14,15 173:15 174:3 176:6,7,15,24 177:14,15 179:12 181:13, 21,22 182:1,2,6 183:17,20,21 184:7 187:21 188:5,6 190:20, 21 191:11 192:5 193:2 194:12 196:9

**Correction** 148:8

**correctional** 20:25 21:5,9 22:8 24:9 70:7

**Corrections** 15:13

**correctly** 20:2, 17 21:16 80:4 88:17,24 89:6 90:9,17 116:22 138:1 140:3

149:2 151:14 156:19 158:6, 13

**counsel** 7:16, 18 8:11 10:22 11:7 88:6,8

**count** 31:24 32:4 39:4 66:17 67:3 103:10,12, 13 115:14,16, 25 116:3,6,10, 12,15,22 117:1, 12,14,18,20,23 25 118:5,6,11 119:20 120:17, 22 148:20 150:14 151:6, 17,20,24 152:2, 4,7,10,13,18, 20,21,23,25

**counting** 103:14 116:19

**counts** 32:6 58:15 115:19, 21

**couple** 107:22

**court** 7:5,6,14 9:21

**courtroom** 9:6

**covered** 133:11

**covering** 26:10,11

**coverings** 60:1

**crawling** 190:1

**crazy** 162:1

**critical** 94:2,4, 5 155:4,10

**Crockett** 100:17 101:5, 13 104:4,18 105:8 110:5,10 112:7 120:12, 19 123:1 137:23 139:23 140:7 141:18 143:9 145:3

148:20 151:10 153:21 154:20 187:15 188:4 189:12,17,20, 25 190:8

**Cross** 100:19 101:11,13 104:5 112:19 120:13,19 123:2 137:24 139:23 140:7 141:18 143:10 145:4 151:9 154:20 189:12, 17

**CROSS-EXAMINATIO N** 188:17

**cubic** 195:17, 20

**current** 95:21

**curtains** 60:1, 5,9,15,21 61:2, 6,9,22

**cut** 53:17 112:16

---

**D**

**daily** 16:17 66:22,25 68:4 93:17,25

**damaged** 158:5,9

**dang** 106:10

**danger** 180:18

**Darnell** 148:20 151:10

**date** 67:3 100:5 193:10

**daughter** 191:1

**day** 7:8 16:25 25:16 26:19 27:7 36:25 42:12 43:10,11 60:5 64:5,13, 17,22 65:10



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

The Deposition of JENIENE WALTON, taken on October 27, 2025
USDC IN/ND case 3:24-cv-00185-DRL    document 147-6    filed 04/17/26    page 206 of 222
205

66:9,19 67:6,7 68:22 91:15 100:16 101:2 102:21 103:2,3, 20 106:16 112:11 113:1 114:9 115:10, 11,17 116:15, 16 117:17 120:9 134:3,4 137:15 145:16 151:17 152:7 154:2 162:16 171:19 186:6, 15,24,25 187:2 188:4 189:7 194:19 196:14, 22 197:16

**days** 17:20 63:21,22 72:2,3 76:3 100:7,9 106:16 112:11 144:19 194:22

**deal** 34:12,19 57:13,15 60:17, 18 69:16 82:24 83:9 176:22 185:16

**dealing** 87:21 95:7 96:18,23 107:10 109:8 120:17

**dealings** 192:14

**dealt** 72:20,22 73:5,21 74:12 136:2

**death** 93:8 98:25 197:7

**debrief** 94:5 155:4

**debriefing** 94:6,7,12,20,22 95:2,3,15,20 96:12 97:2 110:6,11 144:9, 14,17,23,25 145:11,15,19, 21,24,25 146:4 147:8 155:11, 13,25 156:9,21 157:6 160:4

161:24

**debriefings** 145:8 155:21

**decent** 105:20 106:3

**decide** 89:19

**decided** 31:8, 16 51:23 97:22

**decides** 64:9

**deciding** 55:15

**decision** 159:24 192:21

**decrease** 59:16

**deemed** 156:18 157:8

**defendants** 7:21 13:12

**department** 18:22 109:11 148:8 158:23, 24 159:3,5,7, 13,14,15

**depend** 167:12 169:18 170:3

**dependent** 167:9 170:1

**Depending** 119:15

**depends** 25:16 31:22 40:25 59:2 66:18 117:17 142:12 146:5 149:23 179:18

**deposed** 8:25

**deposition** 7:9,15 8:17,23 9:3 10:18 11:8, 12 12:24 13:5 191:24 192:23 198:19

**describe** 146:14

**description** 137:21

**deserves** 197:3,12

**desk** 39:12 121:9

**detail** 19:11 138:23 195:13

**details** 92:19

**detect** 176:13

**detection** 21:9 174:1

**determine** 20:19 82:21 83:7 192:16 193:1

**determines** 145:7

**devices** 61:18

**Devine** 91:18, 21 92:21 93:6, 8,10

**die** 133:20

**died** 92:16,22

**difference** 51:12 54:9

**differently** 44:19 93:2 96:13,14 111:11,12 113:6 126:13 171:1 177:5 178:20 179:2,4, 7 180:2 197:16

**difficult** 40:7,9, 10,11,12 45:16 52:1 132:3

**difficulties** 90:8

**difficulty** 89:22

**dimensions** 57:25 195:17

**direct** 8:12 104:10 178:22, 24

**directing** 85:4

**directly** 90:25

101:4 126:24 147:9

**discipline** 86:20,22,24 87:1,3,10,23 88:6,12 147:1 186:14,22,23 187:1,4,20

**disciplined** 185:20,23 186:1 187:11, 18 188:7,12 194:7

**disciplining** 86:17 186:17

**discretionary** 21:17

**discuss** 55:9 56:3,5,7,12 58:20 60:5 63:20 66:6 69:20,21 95:6 96:1 108:21 109:25 196:14

**discussed** 55:15,21 56:8, 16 57:10 58:8, 17 59:1,5 60:4 61:21 62:23 79:13 95:17 96:6,9 146:4 147:2,5 157:5 181:5,11

**discussing** 55:23 56:21 59:13 79:17

**discussion** 59:25 62:7 63:7 75:2 81:10 157:7,15 177:4

**discussions** 59:9,22 62:12, 25 63:6 74:20, 24 79:10 92:2, 25 93:9 157:20 158:22

**disperse** 130:4,16

**dispersed** 130:15

**dispute** 151:20 152:1 182:13

**District** 7:13, 14

**divide** 26:16

**Division** 7:15 148:9

**DOC** 148:21

**document** 11:17 148:7

**documented** 66:25 67:11,14

**documenting** 68:16

**documents** 8:22 10:21 11:11 12:16,17

**door** 27:5 85:3, 4 87:17,18,19, 20 104:8,20 105:11 123:19, 20 126:25 127:1,4,6,13 128:13 129:2, 10,14,20,23,24 130:6,12 131:8 132:12 133:7 141:10 148:21 187:15 188:5, 11

**doors** 66:11 104:15,18,21, 22 130:22 132:13 160:11

**dorm** 51:14,23 52:2,6 67:2 182:4,25 183:3, 6,13,16,19 184:10

**dorms** 51:1,5, 11

**downstairs** 116:20 150:12

**drawer** 195:25

**Drawing** 82:12

**drill** 77:8,22,24 78:1,6,9,11,14



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

79:1,19,20,25

**drills** 77:11,17 80:18,22

**Drive** 7:7

**due** 195:2

**duties** 55:3

**duty** 43:16

**dying** 93:2

**dyslexia** 154:17

**dyslexic** 58:1

———————

**E**

———————

**e-mail** 69:23

**e-mailed** 145:14

**e-mails** 11:25 13:2

**earlier** 50:17 52:14 114:4 133:4 179:9 181:21 191:18 193:6 194:11

**early** 14:6 44:11,18

**easier** 52:1

**easiest** 51:15

**east** 40:20

**eat** 118:7,13,25 119:4,7,22

**eaten** 118:8

**eating** 120:18

**education** 14:11,19

**efficiency** 79:14

**elaborate** 55:25

**elected** 19:23

**electrical** 61:18 70:23 71:4,10,19,23

**72:12 82:2,20, 22 154:4,5 159:21 180:14**

**electronic** 198:11,12

**emergencies** 19:14 20:4 24:13,17 28:19 33:24 35:2 43:5 57:1 150:24 170:7

**emergency** 19:8,12 20:5 22:22 23:14,16, 18,23 24:7,8 30:21,25 33:1, 4,11 34:9,11, 12,14,16,17,19 35:8,9,13,17 36:4,9,12 42:9, 17,22,23 56:17, 21 57:5 93:12, 21 96:19 113:14 169:16, 22,23 170:2,13 171:7,18 174:1, 3 176:21 178:1 189:2 194:8

**empathy** 197:2

**end** 24:24 32:3 48:17 84:12,14 146:7 175:17

**ended** 147:10 194:19

**enforced** 59:11 60:24

**enforcement** 14:3

**enforcing** 60:13,16,21

**entire** 25:8 126:6

**equipment** 65:9,13 180:22 189:24

**escorted** 133:17

**estate** 7:11

**estimate** 43:4

**et al** 7:13

**evacuate** 78:4 104:13 129:13 130:21 131:1,2 190:7

**evacuated** 104:25 132:6 190:16

**evacuating** 78:14 79:1,7 126:6 128:15 129:11 131:19

**evacuation** 78:17 129:7,8 157:14

**event** 42:9 94:8

**everyone's** 57:2

**exact** 18:12 31:25 77:12 89:15 172:1 195:17

**EXAMINATION** 8:12

**examples** 56:9,11

**excellent** 56:7 111:20,23 112:20 198:8

**excess** 158:4 159:21

**excessive** 57:22

**excuse** 42:18 46:20 54:19 57:13 64:20 88:1 95:16 116:16,17 126:23

**exhibit** 136:18, 19 138:12,14 148:1,3 155:3,6 160:3 162:14, 18 163:13,16 164:7,8,21,22 165:24 166:2 168:8,13

**172:17,18 181:16,17,18**

**exhibits** 134:3 162:10

**exist** 158:1

**expect** 27:16 177:1

**expected** 55:1 145:10,18

**experience** 31:9,17 39:14 40:1 45:12 46:11 52:8 61:25 75:23 85:11 89:3 101:7,15 102:11,13 109:7 110:1,3 142:8 146:17 175:7 180:21 192:7,10,12

**experienced** 95:12

**experiences** 23:23 98:25

**experiencing** 24:7

**explain** 18:14 20:24 51:12 138:22 180:15

**explaining** 11:19

**exposed** 71:17 72:8

**expressed** 76:16 106:14 181:5 186:12, 13

**extent** 30:14, 17

**extinguisher** 21:13 80:24 81:8,11 82:6,23 83:5,8 85:19 141:20 153:22, 25 154:1,9,14, 21,24 157:13 173:22 174:15

**extinguishers** 78:22 80:21 81:22,25 82:14, 15 84:7,22 85:7,10,14 104:5 112:21 123:2,3,5 128:8 133:24 137:24 139:24 140:8, 20 159:18,25

**extra** 89:23

**eye** 28:22 39:5

**eyes** 30:15,18 73:11

———————

**F**

———————

**faces** 194:23

**facilities** 189:2

**facility** 15:1,2 43:24 46:16 59:4 152:4,13, 21 159:6

**fact** 8:1 88:13 111:18 142:1, 23 170:18 184:9 195:2

**Factors** 157:25

**failing** 194:8

**faint** 124:20

**fair** 9:11 20:2 27:1 30:7 33:17 38:19 41:11 42:25 55:5 62:19 80:2,11 95:19 98:16 179:1

**fairly** 70:16

**familiar** 44:11, 13 194:23,24 195:3

**families** 189:18

**fan** 181:1 196:3

**fans** 180:9,23

**farther** 131:7



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

**fast** 36:6 157:9 191:7

**fault** 143:5

**feel** 40:15 55:8 105:23 147:13, 17 189:14,16 196:21 197:13, 15

**feet** 195:17,20

**felt** 45:11 95:17 112:19 143:11 196:18

**field** 17:12,13 89:8,12 90:1,2, 7,14 132:10

**fight** 135:24 191:6

**figure** 34:24 35:24 125:4 136:14

**filed** 113:23 136:1

**fill** 68:15,25 69:23 97:21 117:5 137:9,12, 15 138:21 183:22,24

**filled** 137:19 138:18 181:23 182:3,5,17,23

**filling** 66:23

**find** 35:15,17 64:21 189:21, 22 193:21

**fine** 50:6

**finish** 14:16 195:14

**fire** 11:25 12:6, 13 20:11,18 21:1,9,10,11, 12,13,16,20,25 22:12,15,19,22, 25 23:2 48:19 73:10 74:1,7,8, 16,22 75:14,16, 19,20,25 76:5, 8,17,19,20,22 77:2,4,8,10,16,

22,24,25 78:3, 5,6,8,9,10,13, 21 79:1,11,12, 19,25 80:6,17, 21,24 81:8,11, 21,25 82:6,13, 15,21,22 83:4, 8,15 84:3,7,18, 20,21 85:7,10, 14,18 91:20,23, 24 92:1,3,5,7,8, 10,16,23 93:1, 3,6,8,10,12,21 99:1,12 100:8, 16 101:2 102:22 103:19, 21,23 104:5 106:4,13,16,18, 19 107:5,13 108:15,18,21 109:2,5 110:13 111:2,6 112:7, 24 113:7,9,10, 14,15,19 115:13 120:1,5, 8,11,25 121:15 122:2,3,10,11, 14,20,21 123:2, 3,5,22 125:22, 25 126:11,14, 15,21 128:5,6,8 133:23,24,25 134:3 135:18, 23 136:6 137:16,22 138:4 139:6,20, 23 140:8,12,17, 20 141:20 142:5,10,18 143:19,25 144:3,7,12,19 146:9,18,20,21, 23,24 147:15, 21 148:15,23, 24 149:13,20, 21 150:1,17,22 151:11,17,20 153:22,25 154:1,3,4,7,8, 14,15,19,21,24 156:1 157:13 158:10,19,20, 23,24 159:3,5, 7,13,14,18 160:5,8,13,14, 18 161:13,16,

19,22,25 162:16 165:10, 17 166:6,16,23, 24 168:11,24 169:5,7,9,13,18 170:18,19,24 171:2,5,13,22 172:7 173:2,3, 9,13,14,16,18, 22,25 174:7,13, 15,24 175:5,7, 9,12,14,19,20 176:8,9,12 177:6,10,18 178:19,22,23 183:25 184:19, 25 185:1,3,7, 13,17 188:25 189:13,20 193:10 196:13 197:18

**firearm** 78:1 153:7 178:8

**firefighter** 75:12,19,24 77:4

**firefighters** 76:15 78:22 104:9 129:2

**firemen** 75:21 123:21 128:20 149:1 160:19, 21 190:13

**fires** 22:9 72:16,20,22 73:5,6,8,15,22, 23 74:4,9,12 75:1,7 76:8,12, 13 82:25 85:21 170:20 175:14 184:20,22,23 185:11

**fit** 17:25 196:5

**five-minute** 125:12 164:8

**fix** 179:17 180:22 181:2

**fixed** 70:1

**fixes** 99:10

**fixing** 150:12 179:21 180:9, 24 181:6,12

**fixture** 71:17

**flag** 132:13

**flame** 148:22

**flames** 103:24 104:20 121:1, 11,23 122:1,23 139:24 140:12, 17,19 172:13 189:21 190:1

**flickers** 148:22

**floater** 43:23, 25 44:8 91:12

**floating** 47:3

**floor** 29:3,8,25 30:8 31:4 119:2,12 124:19 165:21

**flow** 48:3

**foam** 159:25

**focused** 62:21 122:10

**Fold** 15:3

**follow** 129:5 178:24 189:2,7

**follow-up** 142:23 143:3,6, 8,12

**food** 32:15,22 118:24 120:20 150:12 195:23

**footage** 37:24 111:19,22 149:5 160:10 172:25

**form** 23:21 28:20 35:1 39:6 45:24 58:19 69:1,5 90:10 97:22,23 98:4 137:1 138:17, 18,21 139:3 155:18 179:22 182:1,9,15,23 183:22 186:23

**fixing** column continues...

189:4,8 191:13 192:4,9,18 193:3,13 194:4 195:6 196:10, 15,24 197:20

**forms** 68:16 182:14

**found** 88:10

**foundation** 24:1 33:20 34:1 43:6 168:1 173:10 193:3

**frantic** 108:12

**free** 118:1

**frequent** 70:16,23,24

**frequently** 77:13

**Friday** 194:21

**front** 27:5 81:15,17,18,19 85:3 104:6,8 105:1,11 121:9 123:19 126:25 127:1,4,6 128:13 129:20, 23 131:16,17 132:12,18 133:7,17 141:10 168:20

**FTO** 89:8,15

**fuel** 176:25

**full** 39:23

**full-blown** 114:19

**fully** 25:23 193:14

**fussing** 105:8

**future** 93:3 95:22

---

**G**

---

**gain** 178:2,5

**gained** 172:9



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

**gang** 136:3

**garbage** 163:6

**gate** 123:20

**gathering** 63:25

**gauge** 165:18

**gauging** 167:3

**gave** 116:9 135:3 186:16 191:6

**gear** 128:21

**general** 92:12 142:6 174:24 194:1

**generally** 17:3 25:17 58:4 81:7 97:10 105:17 114:6 118:4 124:25 149:10

**get along** 58:1

**give** 8:7 9:19 32:13,23 41:15 56:9,11 69:3 96:2,17 101:25 102:1 104:14 117:8 127:8,11 136:9,10 138:6 180:16 186:21

**giving** 17:14 103:15

**glasses** 179:17

**glow** 165:18 166:8

**goals** 95:20

**good** 44:19 101:8,9,10 105:17,19 127:11 143:11 177:8,12 188:22

**goodness** 48:16 79:20 80:25 82:2,10 87:6

**grab** 85:10

123:3 133:23

**grabbed** 104:5 112:21 123:2,6, 8,12 137:24 139:23 140:20

**grabbing** 140:8 174:15

**graduate** 13:14

**graduated** 13:17

**Granted** 90:23

**gray** 165:13

**great** 9:18

**grew** 148:23

**grievance** 107:2 113:25 136:1

**grievances** 113:17,18,21, 23

**ground** 104:19

**guard** 103:20

**gurney** 133:11

**guys** 28:14 114:21 117:20 118:15 146:8

---

**H**

**half** 36:25 132:11,12

**hand** 8:6 130:17 153:22 163:5

**handed** 117:25

**handful** 41:12

**handle** 21:19, 21 22:4 198:3

**handled** 72:14

**handling** 16:17 28:14

**handwriting** 139:14

**handwritten** 182:9,16,19

**happen** 23:18 30:21 42:16 77:13 170:10 192:11 197:4

**happened** 63:22 95:5,12, 25 106:10,12 107:9,10 108:22 109:24 110:6 111:10 112:12 125:21 135:1,5 136:7, 11,14 138:4,10, 23 139:6 141:4 143:5 144:15 146:13 149:6 162:8 176:19 196:14,21

**happening** 73:12 146:15 166:22 169:11, 20

**happy** 10:3

**Haskell** 134:8

**hat** 189:22 190:11

**hazmat** 77:18 79:13 167:2 175:21 176:17

**head** 9:20 26:7 84:9 91:19 154:11 190:17

**head-on** 173:6

**headed** 163:22

**heading** 164:1

**heads** 41:9

**health** 109:10

**hear** 9:9 30:4 34:21,23 41:25 42:4,14 91:23, 24 106:21 114:15,17,21 115:4,6 120:7 122:2,4,13,16 125:8 126:10, 20 131:22

178:11

**heard** 73:12, 13,14,16,21 74:3 94:2 103:17 122:20, 21 178:11 179:9

**hearing** 91:20 103:18 114:24 125:22 126:14 187:3

**hearsay** 92:6 99:17

**heart** 23:17

**heat** 176:14

**heating** 32:15, 21 118:23

**held** 13:24 54:18 94:8 144:21

**helped** 105:4

**hey** 77:23 117:15 122:4,5 126:16 180:25 185:7

**high** 13:15,18 14:12

**higher** 14:11, 19 111:14

**highlighted** 153:18

**hmm** 103:22

**holler** 167:21

**hollering** 114:21

**homemade** 61:18 62:1,9,22 63:1 159:21

**honest** 136:7 193:14

**honestly** 12:7 47:3 56:14 62:15 70:24 77:14 92:17 97:21 98:11 108:11 110:6

111:7 112:2,5 116:4 123:9,11, 16,24 128:9 131:24 141:8 142:7 161:4 191:6 196:16 197:19,21

**hooping** 114:21

**horrible** 105:9 191:2

**hospital** 47:12 191:5

**hot** 73:10,13, 14,18,20 83:1,4 190:10

**hour** 49:22

**hours** 67:18 177:2

**house** 12:3 15:24 16:2,16, 20,22 17:1,4,7 18:8 24:9,20 25:9,11,15,22 26:6,8,10,14,15 27:5,12,20 28:2 29:23 30:9 31:20 34:23 36:9,15,19,21, 22,24 37:2,3,6, 10,21 38:9,12 39:15,18,24 40:20,25 41:3, 22 42:1 43:5 44:9,12,14,16, 22 45:1,4,5,8,9, 13,15,19,21,25 46:4,5,8,10,12, 13,23 47:6,9,17 48:20 49:18 51:9,10,13,24 52:2,6,21,23,25 53:1,3 54:3 59:15 63:14 64:7,9 65:3,25 66:15,21 67:2, 6,10,14,17,20, 22 68:3,6,12, 15,16,17 69:6, 15 72:5,11,21, 23 73:19 76:4, 7,9 78:4,14

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com


KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

79:6 85:6 86:16 87:19 91:21 92:1,24 98:23 99:22 100:2,3, 8,11,12,17,24 101:2,22 102:1, 3,17,19,22 103:7,16 104:3, 13,25 105:2,3 106:5 108:12 114:9,10,11,12, 13,16 115:1,10 116:7 118:5,17, 19,20 124:3,5, 6,9,12 125:3,9 126:6 127:7 128:15 129:20 130:21 131:2 132:1,7,10,11, 16,18,19,23 133:1,13,15,20 135:24 141:13 145:5 148:24, 25 150:17,22 151:6 152:16, 19 162:15,22 165:6 166:25 167:10,15,23 169:13,18,25 171:17 175:8, 16,20 176:6,23 177:17 179:6 184:14 185:1, 12 190:15 193:11,17 194:17 195:3,4

**housed** 67:4

**houses** 26:11 37:15,18 43:21 45:17 46:7 51:21 54:10 60:19 70:8 72:7 73:25 74:10 75:1,22 90:16, 20 114:13 184:24

**housing** 51:5

**human** 119:19 170:16 175:1

**hurt** 23:17

**husband** 191:1

**hygiene**

195:24

**———**
**I**
**———**

**idea** 93:13 142:20

**ideal** 38:22

**identification** 57:5 136:19 138:14 148:3 155:6 162:18 163:16 164:22 166:2 168:13 172:18 175:4 181:18

**identifies** 175:20

**identify** 20:11 82:13 95:20 102:5 169:21 170:2,7 176:9

**identifying** 57:1 175:14

**IDOC** 12:17 14:1 147:7

**Illinois** 7:7

**imagine** 70:16

**immediately** 75:21

**impede** 125:8

**important** 30:11 60:8 136:13 176:20, 22,24 196:25

**impossible** 30:13

**improve** 79:14

**improvement** 158:13,16

**inadequacy** 107:18

**incarcerated** 158:4 191:18 192:1,8,14,24

**incident** 88:9 94:3,4,5,9,10,

19 95:4,7,12, 14,24 96:8 99:23 109:15, 19,21,25 110:20 134:10, 13 135:5 137:1, 8,18,21 138:5, 25 139:4 146:3 155:4,11,16,22 156:17 158:1

**incidents** 67:13 87:13 88:5 146:1

**including** 25:24 175:2 181:10

**incorrect** 157:19

**index** 198:13

**Indiana** 7:14 8:18 15:10,14 16:3 24:20 72:17 91:7,10 94:16 148:8 170:6 179:14, 16 184:7,21 185:21,24 193:7

**indicating** 148:24

**individual** 158:4 192:8 195:11

**individually** 131:9

**individuals** 128:16 191:19 192:1,15,24

**influence** 19:7

**inform** 45:12 98:2

**informal** 187:14,20,23

**informally** 89:5

**information** 22:11 55:2 65:8 96:1 99:14

102:2 117:6 135:3 136:10 138:4,8 139:5, 11 161:15

**informative** 63:25

**informed** 99:15,16 106:23 107:4,7 132:9 169:23 192:21

**Initial** 14:8

**initially** 16:4 126:2

**inmate** 42:3,7 57:15,18,19 71:13,20 74:1,6 194:2,8 195:4

**inmates** 12:3 18:7 41:25 42:18,21 51:21 57:22 58:4 59:9 60:1,14 61:17 62:1,9,21 70:25 71:3,22 73:7,8, 22 97:15 98:14 99:17 102:6 105:14,18 106:4,17,22 170:14

**inside** 64:19,20 79:5 118:20 121:7 148:23 168:24 185:4 191:5 196:1,7,9

**inspected** 184:16

**inspecting** 158:20

**inspection** 68:15 69:1 71:15 181:20, 25 183:19

**inspections** 68:4,5,9,23

**installing** 159:25

**instance** 58:6, 7

**instituted** 150:24

**instructed** 20:3 22:12 28:18 29:5,6 31:8,15 63:4 128:14 129:6

**instruction** 18:6 19:13 22:7 30:23 38:1,4 52:5 83:12,16 90:4 129:9 130:23 154:8

**instructions** 129:12 132:20

**instructs** 9:25

**insubordinate** 87:6

**insubordination** 87:15

**intentionally** 73:8,23

**interactions** 75:11 98:25

**Internal** 109:1, 18 110:9 134:4, 7,9,13,16,23 135:2,17,22 136:5 148:8,12 187:6

**interruptions** 25:7,11 27:18

**interview** 97:22 187:3

**interviews** 151:4

**investigate** 192:20

**investigation** 148:9 161:18

**involve** 154:5

**involved** 61:16,21 62:8, 13,20 63:13,17 94:10,23 113:22 142:16 145:2 157:20



**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit D**

158:8,15
159:12,17,20,
24 160:4

**involving** 59:3
134:15

**ISO** 43:23
46:15,22 48:25
49:2,15,17
100:3

**ISP** 15:11,18
33:18 43:9
44:12 46:23
56:25 61:25
70:14 75:9,12
97:6 133:19
147:9 170:19
171:8 187:12

**issue** 28:13
33:5 56:6 74:15
87:25 88:4
96:6,22 98:1
147:18 154:17
164:9 180:19
193:21

**issues** 33:24
39:18 40:16
45:22,23 55:15,
22,23,24 56:12
57:4,9,22
58:12,14,15,24
59:4 70:13,17
90:21 91:4
98:17 99:3
102:14 105:24
116:6 117:22
147:14,21,22

**items** 159:21
180:9 181:12
195:24

---

**J**

---

**January** 37:7
48:24,25 49:19
100:3,6 103:2
114:5,6 120:2
125:21 135:22
136:6 146:9
148:14,19
151:5 156:1
158:19 163:3
171:17 178:19

184:19,25

**Jeniene** 7:10,
24 8:1 151:5

**Jesus** 157:7

**job** 9:18 31:10
40:9,11,12 56:7
78:3 85:2,23
104:8 111:20,
23 112:20
143:11 176:4
177:8,12
185:21 187:12
193:18 197:1

**jobs** 171:20

**jogger** 173:21

**joined** 15:11,
18 22:14 43:9

**Joshua** 91:18,
21 93:6,8,10

**judge** 196:24

**Julia** 7:21
198:15

**jumbled**
154:11

**jump** 191:15

---

**K**

---

**Kentuckiana**
7:6

**Kevin** 151:9

**key** 85:3 104:8
130:1,12
131:13

**keys** 27:4
104:14 129:25
130:4,5,7,11,
13,14,18

**killed** 12:1,13
48:19 74:8
91:21 93:6,10
102:22 108:15
110:13 113:9
156:1 158:10
184:19,25

**kind** 11:16
21:25 31:11

33:5 43:18
102:2 103:19
106:9 109:24
119:13 122:8
124:23 126:6
147:11 173:19
190:12,15,25
191:3,6

**kinds** 81:3
118:14

**knew** 91:22
92:23 99:7,19,
23 106:12,13
132:16 180:13

**knowing** 80:3
98:22 100:14
178:10 189:19

**knowledge**
11:20 105:24
149:21 155:20
161:21 171:9
172:9 189:9

**Kwait** 7:21 8:3
23:21 24:1
28:20 29:11,13
33:20 34:1 35:1
39:6 43:6 45:24
49:21,25 50:4,7
53:6,15,20 54:1
58:19 90:10
168:1 173:10
179:22 188:18
189:6,10
191:14 192:6,
13,22 193:5,25
194:6 195:9
196:12,19
197:24 198:4,7,
16

---

**L**

---

**L5** 165:1

**lady** 186:2

**large** 169:2,5
172:7 173:14,
16 174:13

**larger** 59:22
166:7,8

**lasts** 64:2

**late** 91:1
117:18

**laundry** 15:1,2

**law** 14:3

**lawsuits**
107:5,7 113:18

**lawyer** 9:23

**laying** 104:19
190:8,12

**lead** 55:11,14

**leading** 77:16

**leads** 55:10

**learn** 77:2 92:5
99:8,14 161:15
177:16

**learned** 47:4
52:16,18 92:15

**leave** 15:6
47:17,18 49:8
79:6 118:17,19
141:15 146:3

**leaving** 141:7
187:15 188:4

**led** 51:9

**left** 49:18 79:5
100:3 132:10,
17 133:1 134:3
141:19 142:19
146:5 150:13
190:15

**legal** 11:17

**legs** 36:1

**letting** 75:24
77:3 79:4
118:11 129:23

**level** 94:19
123:13 170:15

**lie** 177:22,24

**lieu** 186:6,15,
24,25 187:14

**lieutenant**
17:16,17 25:24
26:3,6,7 27:6
50:19 52:9,12
57:19 69:17,20,

22,25 70:2,4
71:21 72:15
100:21 102:8,
12,15 111:17,
21 112:1
119:17 120:12,
18 123:15
139:25 140:22
142:17 143:13
145:4 151:9,11
153:8 161:3
193:16,24

**Lieutenants**
57:16

**life** 85:22 98:23
104:24 134:21
179:15 196:25
197:7,17,22

**light** 71:17
98:11

**lights** 69:19
71:1 180:23,24

**limited** 180:21

**limits** 59:10

**lines** 65:18
103:10 118:11
156:13

**lineup** 65:17

**linked** 191:3

**list** 156:6

**listen** 33:21
34:6 96:25

**listening** 33:19
96:4,20 176:21

**literally** 154:16
162:5 194:15,
22

**litigation** 12:10
13:9,12

**living** 19:5
23:7,12

**located** 7:6
81:12 139:22

**location** 32:8
67:1,3 103:15

**locked** 24:3,6



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

116:19 117:1
150:7,10,13
169:25 188:11

**locks** 69:9

**log** 16:17
66:22,25

**long** 10:24
13:20,25 14:9
15:4 17:19 25:5
27:15 32:9
46:15 47:18
48:5,7,12 49:17
54:22 64:1
67:16 83:20
86:2 89:13
111:7 116:14
127:6,12
131:18 141:4
145:21 146:8,
17 180:17
191:17 194:17

**longer** 10:5
164:13

**looked** 13:1
103:24 121:1
122:1,22
132:14 139:1,4,
21 164:25
172:12,21
173:2,3 178:14,
17 180:3,6

**loose** 180:13

**losing** 104:23

**lost** 42:19
98:23 134:21

**lot** 19:9 45:22
73:3 91:13
98:13 103:8
106:8 119:20
168:16 179:15,
19

**Lott** 111:17,21
112:1 161:3

**loud** 114:12
115:1,11

**louder** 45:21
126:1

**lower** 51:22
170:15

**lower-level**
43:24

**lower-security**
51:20

**lunch** 10:5
86:2,3

**lying** 192:8

---

**M**

---

**made** 45:16
46:6 57:21 58:3
93:18,24 108:6
113:11,17,18,
21,25 114:22
115:10 132:14
137:5 171:14
174:4,5,7,13,14
178:23 184:12
188:10

**magnitude**
134:22

**main** 29:7,25
31:3

**maintenance**
69:14 70:5,9,17

**major** 55:11,13
59:15,17 86:25
144:5

**majority** 33:7,8
74:6 118:8

**make** 9:19
21:15 23:12
31:10,13 35:4,
19,21 36:17
40:4,14 49:5
55:19 60:11,17
65:8,9 71:16,17
79:5 80:2,11
96:21 98:2
104:8 109:14
116:21 132:14
168:22 173:24
175:9 191:9
192:21

**makes** 52:3

**making** 19:5
23:7 68:10,11
70:1 106:21

120:23

**man** 98:22
134:21 185:17

**manager**
187:9

**manner** 170:8,
11

**marijuana**
124:14

**mark** 136:18
138:12 148:1
162:14 163:13
164:21 181:16

**marked** 136:19
138:14 148:3
155:6 162:18
163:16 164:22
166:2 168:13
172:18 181:18
184:1

**massage**
14:13,16

**master** 32:8
103:14

**materials** 82:9
83:14

**matter** 7:10
115:4,6

**meaning** 10:19
15:25 34:15
41:18 58:10
60:25 65:17,20
126:2 149:18
160:24 166:17

**means** 85:1

**meant** 58:22

**medical** 10:14
23:16 24:8
33:5,11 49:8
65:22 107:25
128:24 160:21
190:14

**medication**
10:10

**meet** 32:2

**meeting** 54:22,
25 55:16,18

56:4,13,17,21
57:8 58:17
59:9,12 63:18
64:1 146:11
147:5

**meetings**
54:13,14,15,17,
18 55:5,10 56:8
57:6,10 63:12,
13,14,16 93:5
117:22

**Megan** 7:19
8:15 49:21 50:5
198:8

**member** 61:10,
14 75:4,6 80:9

**members** 80:5
104:13 106:22
128:12,17
147:1

**memory** 10:11,
15 46:17 98:20
120:1 152:6
153:3,4

**men** 197:22

**mental** 109:10

**mentioned**
23:6 29:24
50:17 84:6
125:22 188:24

**messages**
13:2

**met** 99:25

**metal** 195:22

**Michael** 7:12
12:1,14 48:19
74:8 98:21
102:23 108:15
110:13 113:9,
15 131:22
133:2 148:21
156:1 184:20
185:12

**middle** 146:5

**mindful** 119:6,
23

**mine** 175:22

**minute** 29:11
53:6 118:13
166:1 168:9

**minutes** 11:1
24:21,23,24,25
25:2,8,12 27:17
50:1,2,5 64:3,
24 86:4 90:23,
25 91:1,4
116:18 149:14
150:1,15,16,22
177:9 178:16

**mistaken**
187:9

**mixed** 188:2

**Mm** 184:8

**mock** 78:20

**mom** 13:20

**moment** 41:15
110:7 120:4
188:23 194:1

**Monday** 68:24
181:24 194:18

**monitor** 15:24
28:18 29:23
30:24,25 36:8
38:13,23 39:12,
17 40:2,7,16,18
60:24 150:18,
24 169:15
170:13,19

**monitored**
150:2 171:18

**monitoring**
16:16 36:12
38:1,5 39:4
40:5 171:7
174:1,2 175:4

**monitors**
37:22

**month** 12:18
54:19,20 73:2
77:14 80:12
185:2

**monthly** 68:4

**months** 46:18
47:19,20 48:8
49:10,13

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273** Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

**Moon** 17:16,17 50:19

**morning** 8:14 67:23

**mother** 13:19 197:9

**motor** 180:13

**mouth** 104:4 140:15

**move** 67:9

**moved** 191:7 194:15

**movement** 65:20,22 66:7, 11,13,17

**moves** 191:7

**moving** 38:21 71:14

**multiple** 26:11 72:20 87:9 118:16

**music** 114:20 120:9

**mute** 29:13 53:7

**Mysti** 7:10,20 8:16

---

**N**

---

**Nadine** 151:9 153:8

**Narrative** 148:18

**nature** 18:16 32:2,16 51:2 71:18 79:15 91:1 98:8,12 99:10 117:19 118:12 119:17 136:3 169:10, 19 176:14 195:24 196:6

**Neal** 7:13 13:11

**nearby** 167:15

**necessarily** 44:2 55:7 56:22 59:12 73:24 80:10 95:23 192:2 196:8

**needed** 28:11 74:10 95:17 96:13 98:11 150:23 170:25 191:4

**needing** 98:18

**Negative** 37:4 115:2

**neighbor** 34:18

**newer** 80:1

**newest** 80:8,10

**night** 43:10,12 63:21 67:25

**nightmares** 107:24

**nodding** 9:20

**norm** 103:7

**normal** 103:11 120:9

**north** 7:6 40:20 104:3,6,12,17 131:15 133:9 139:24 151:7 153:22 162:21 165:1,5

**Northern** 7:14

**note** 69:5

**Notes** 13:2

**noticed** 88:23 89:5 151:13

**nourishing** 177:3

**Nowatzke** 144:6

**number** 25:18 41:15 77:12 104:1

**numbered** 156:12

**numbers** 58:1 116:10

---

**O**

---

**oath** 9:6

**object** 9:23 189:4,8 191:13 192:4,9,18 193:3,13 194:4 195:6 196:10, 15 197:20

**objection** 9:24 23:21 24:1 28:20 33:20 34:1 35:1 39:6 43:6 45:24 58:19 90:10 168:1 173:10 179:22

**observe** 190:22

**observed** 190:5

**occasion** 11:2

**occur** 67:13 70:9 72:17 90:24 122:8 155:21 184:23

**occurred** 48:19,24 63:20 74:9 92:5,8,10, 19 96:15 99:23 102:22 135:25 137:16 147:14 160:15

**occurring** 42:22 185:11

**occurs** 42:7 90:22 155:15

**October** 7:8

**offender** 34:18 57:10 61:11 107:11 108:8 117:16 134:16 135:9 136:2 148:21 149:1 156:16 177:20, 24 181:1

**offender's** 91:22 148:23 181:1

**offenders** 105:5,10 114:17 122:5 177:22 181:5

**offered** 146:12

**offhand** 139:13

**office** 53:12 87:21 116:20 161:5

**officer** 15:13, 21,23 17:7 18:5,13,16,18, 21 19:2,3 20:2, 7,9,25 21:6,9 22:8 26:20,23 27:9,11,15 31:20 32:13,22, 25 33:18 37:23 38:13 39:3,16, 25 40:8,16,24 41:2,4,12,17, 21,24 42:4 46:25 47:2,6 51:1,4,6,7,9 70:8 76:23 81:14 89:9,13 90:2,15 91:14 100:17,19 101:5,9,10,11, 13 103:13,17 104:4,5,6,18 105:8 112:7,19 119:10,12,13 120:12,13,19 121:4,7,10,14 123:1,2,8 125:7 127:1 137:23, 24 139:23 140:7 141:18 143:9,10 145:3, 4 148:20 151:8, 9,10,12 153:20, 21 154:20 163:23 183:15 185:5,8,9 187:14 188:4 189:12,17,20, 25 190:8

**officer's** 130:3, 8 139:22 141:7

142:19

**officers** 24:9 26:4,17 27:14 28:2 32:9,12,25 39:14 60:20 64:7 66:1 116:9 117:5 176:20 185:6 193:21

**officers'** 33:6 42:8

**OIC** 27:7,8 32:7 51:1 65:6 68:21

**oils** 82:3

**one-off** 98:17

**one-stall** 118:23

**online** 7:4

**ooh** 48:13

**open** 51:17 125:7 147:25 188:5

**opening** 85:4

**operates** 48:3

**opinion** 101:8 112:19 143:11 151:1 177:7,9, 12,15 178:21 179:8

**opinions** 111:20

**opportunity** 13:6 118:7 192:25

**opposed** 51:14 167:4

**opposite** 129:19

**optional** 19:21

**order** 20:15

**orders** 12:17, 18 70:2 93:18 178:25

**originally** 47:16



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

outlet 71:7,23 83:1,4,15

outlets 71:4, 10,12,19,23 72:12 158:5,9, 20

**P**

p.m. 67:25 198:19

packet 17:23 18:2 50:19

packets 106:24,25

panel 151:11

paperwork 66:20 117:15

paragraph 153:15,20 157:23 158:12

paraphrasing 191:20,25

Pardon 183:5

part 36:3 38:8, 11 44:7 47:4 56:23 59:21,25 60:6 73:24,25 74:24 75:2,3 76:20 77:3 79:17,19 80:17, 21 84:2 85:23 94:21 96:15 111:1,3,5 113:22 157:11 160:4 172:24 185:21 195:12 197:11

participate 54:12,15

participated 77:8,10 94:11, 14,24 144:25

parties 7:25

pass 65:8,22

passed 82:11 92:18,24 99:8, 15

past 128:9

pause 53:23

paying 168:3

pending 7:13 10:6

people 25:14, 20,24,25 26:1 39:24 43:4 55:14 66:9 67:4,9 87:9 89:9 90:2,7 100:14,16 111:13 117:2 118:4,11,16 119:13,20 120:9,10 122:4 127:20,21 129:15 145:2, 16 169:25 178:24 179:6, 13,16,17,21 180:4,9 197:4

people's 169:18

percent 42:24

perception 127:10

perfect 170:16

period 37:1,6 46:19 85:22 92:13

permanently 48:20

permitted 17:22

persistent 55:22,24

persists 88:18 89:1

person 11:18 19:6,7 23:7 40:19 44:2 59:16,19 60:11 79:4 80:2,12 87:8,10 95:6 96:23 98:1,5 99:18 104:16 109:7 114:20

129:17,18 130:24 132:22 137:5 150:7,9 162:24 167:6 168:19 169:17 173:7,24 176:16,25 180:14 186:3 189:23 193:16 194:24 197:7

personal 7:11 89:21,25 107:9 109:7 135:10, 16 159:5 161:21

personally 74:12 82:24 83:9 84:23 87:25 88:15,21 92:7 93:23 95:17 99:9 106:20 107:23 108:14 155:1 173:23 189:20

phone 53:11 135:10,16

photo 165:2 166:4,6 172:21

photographs 160:7

photos 12:13

physical 53:4 54:4 67:4 69:7, 8 134:17,19

physically 78:18 151:2

picking 173:22

pictures 196:6

piece 161:5

Pierce 7:19 8:4,13,15 23:22 24:5 28:24 29:20 33:22 34:4 35:3 39:8 43:8 46:2 50:6, 13 53:10,18 54:2 58:23 86:7,14 90:13 125:11,19

136:17,21,23 138:16 147:25 148:4 155:2,7 162:20 163:18 164:6,13,20,23 165:23 166:3 168:7,15 172:16,19 173:11 179:24 181:15,19 188:15 189:4,8 191:13 192:4,9, 18 193:3,13 194:4 195:6 196:10,15 197:20 198:1, 10,12

pinpoint 172:10

pipe 103:11

place 94:9 95:10 144:16 169:15 170:6, 13

places 43:19

plaintiff 7:20 8:15

plaintiff's 7:16,18

plans 158:13, 16

playing 120:9

point 10:4,5 16:16 43:13 51:6 52:10 59:8,13,14 60:10 76:23 80:7 89:10 95:10 103:25 104:11 109:1 110:17 112:24 114:22 116:5, 25 118:10 121:24 123:25 125:2 126:4,11 127:24 129:4,6 130:4,20 131:22,25 133:8,23 138:6, 9 146:12 147:20 153:17

157:18 159:10 160:11,20 161:1,6,8,9,10 162:4 163:3 164:1 165:17 166:12,15 167:24 169:3,7 171:2,9 172:6 173:7,18,22 174:9 175:17 177:3 185:4 191:2 195:5

points 51:8 155:14

policies 87:24 88:7,11 93:17, 22 95:21 97:6,7 101:19 113:11 156:18 170:6, 12 180:8,21

policy 12:16 60:6 88:14 93:12,25 95:14, 23 142:9 150:23 156:23 157:1,12,16 169:15 180:18

popping 180:12

portion 191:24

position 15:6, 11 16:10,11,13 47:14 48:9,12 50:25 52:9,13, 17 176:14 187:10

positions 13:24

positive 101:16 102:13

possibly 19:7 25:8,23 27:18 31:11 32:24 36:6 46:20 47:19 55:1 64:2 67:22 70:20 71:13 91:13 116:17

post 12:16,18 43:16 64:24

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

65:4,5 93:18

**posted** 64:21

**posts** 43:17 44:5 47:8,11,24

**pot** 73:18,20 83:1,4

**pots** 73:10,13, 14

**powder** 82:1,2 84:17

**power** 61:18, 23 62:1,9,22 63:1,10

**practice** 150:23

**practices** 170:6,12

**predict** 169:20 170:9

**preference** 38:19

**preparation** 11:11 12:24 13:5

**prepare** 10:17

**presents** 88:18

**pressed** 168:20

**pretend** 78:21

**pretty** 52:25 70:14 101:8,9 105:17 114:9, 12 127:8 165:17

**prevention** 146:21,24

**previous** 65:6

**previously** 70:7 186:2

**prior** 29:21 47:5 52:6 92:20 98:25 99:11 100:8 102:9 120:8 140:7

160:14

**prison** 8:18 15:10,15 16:3 24:20 46:5 48:4 58:4,9,13,14,25 62:14 64:12,19 70:14 72:17 76:20 77:3,8 85:23,24 91:7, 11 92:8 94:9,17 97:10 99:6 109:4 114:4 134:13 137:10 144:22 158:20 170:7 177:23 179:10,14,16, 21 180:5,10 184:7,17,21 185:21,24 193:7

**prisoner** 28:14 60:9 69:18 71:11 75:12,19, 24 76:15 77:4 91:17 114:25 133:20 135:16 159:14

**prisoners** 33:19 59:22 79:1 97:25 98:6 113:18 126:10, 15 132:8 133:14 167:14 177:17 178:7, 15 180:22 181:12

**prisoners'** 33:2

**private** 111:17

**privileged** 36:16

**problem** 58:8 59:18,22 60:1 61:20 62:4,5, 14,21 63:6 71:7 193:21

**problematic** 102:6

**problems** 56:16 58:4,16, 24 60:13,20

61:17 69:5,14 70:4,5,9,10,23, 25 71:3,9 72:11 95:20 96:7 98:17 101:18 102:14 106:1 147:4,14 190:23

**procedure** 60:6 93:25 147:4 156:23 157:1,12,17 169:15 180:18

**procedures** 56:2 95:21,23 97:7 101:19 113:11 156:18 189:3

**PROCEEDINGS** 7:1

**process** 86:24 116:22 117:20

**professional** 174:21

**program** 75:12 90:8

**prohibited** 180:8

**promoted** 49:6 52:7

**proper** 95:25

**properly** 150:2

**property** 28:11 57:11,13,15,18, 20,23,24 58:5 59:10,16,19,23 158:5,9 159:21

**protect** 194:8

**protocol** 95:14 147:5

**proud** 112:25 113:3

**provide** 138:3, 8 139:5

**provided** 149:9

**proximity** 127:2

**pull** 81:9 129:25 130:4 164:7

**PUSH** 81:1

**pushed** 196:1, 7

**pushing** 173:19

**put** 15:9 21:12 29:13 50:24 53:7 67:2 85:15,17,21 97:23 107:1 137:22 165:3 180:14,18 185:10,17 196:2

**puts** 149:6

**putting** 74:11 98:3

——————

**Q**

——————

**QRT** 19:16 21:4,14 22:4, 14,21 56:18,23, 24 75:4,6 127:17,21,22 128:1,3,12,16

**QRT-CERTIFIED** 19:15

**QRT-QUALIFIED** 20:7

**question** 9:8,9, 11,14,25 10:6,7 21:2 31:1 34:20 35:5,21 36:17, 18 44:19 46:1 79:17 135:8 150:20 175:23 180:1 187:8 191:17 196:21

**questioned** 135:3 136:1,4

**questions** 9:5 18:15,24 28:10 66:18 79:12,18 80:5,14 81:3 187:5,6 188:16, 21 197:24 198:1

**quick** 19:16 29:21 86:6 106:19 125:12 127:8,12 164:8, 9 190:24

**quickly** 34:8, 25 35:7,11,16, 24 36:1,4 79:7 148:23 169:22 170:2 175:15

**quiet** 106:9 114:9,10,14

**quieter** 45:21 114:7

——————

**R**

——————

**radio** 96:3,19, 20 108:4 122:24 129:17 130:23 174:15

**radios** 34:16 77:1

**raise** 8:6 39:25 98:6 146:20,23 147:13 149:12, 16 175:13,19, 25 176:10

**raised** 96:11, 12 97:3,12,15 98:9 147:22 175:23 176:2 179:20

**raising** 95:13 97:2,5,9

**ran** 104:5 112:21 139:24 140:1,20,23 142:2 147:12

**range** 27:15 30:15 31:15 32:5 38:20 39:21 41:16



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

61:9,10,12,14
65:16 66:3
81:19 84:12,15
124:18,19
131:3,12,20
132:6 137:25
140:1,23 141:1,
6,12,22 142:2,
10 150:7,14,25
151:13,25
153:22 160:1,
11 162:25
165:6 173:23
185:15 190:8,
13

**ranges** 25:11
26:18,20,24
29:25 30:4,8,18
31:4 36:8
38:18,24 39:5
40:23 41:8 61:3
63:10 64:8
65:25 78:19
79:2,4 81:15,
17,18 117:2
124:18 130:13
131:6 150:2,8,
18 151:8
165:21 176:20
193:19

**ranked** 111:13

**rapport** 105:20
106:3

**reached** 174:7

**react** 167:4

**reacted** 186:13

**reaction** 143:5

**read** 11:22,24
12:18 95:6
138:1 140:2
141:2 149:1
151:14 156:19
158:5,13

**reading** 151:19
153:2

**ready** 103:10

**real** 38:2,6 54:9
78:10 86:6
173:8,9,13

**real-time**
37:24 38:13
39:4

**realize** 167:16

**realized** 120:5
122:11

**realizing** 167:1
169:14

**reason** 32:12,
21 36:3 39:2
91:5 138:3
151:19 152:1
153:3 177:23
185:22 186:16

**reasonable**
43:4

**reasons** 23:11
24:12 49:8 87:5
197:6

**reassigned**
195:3

**rec** 132:9

**recall** 11:3
12:11,12 22:13
56:20 57:6
59:8,13 62:19
63:1 72:9
77:12,15 79:16
90:15,18 91:12
93:20,23 97:5,9
98:24 99:3,18
103:18 105:6
106:15 110:18
111:3,5 112:23
113:12 116:8
126:22 134:23
135:19 139:7,8
141:5 142:7
144:14 146:10,
25 147:3,6
153:6 154:10
156:8 157:22
163:2 164:5
188:13 191:21
192:3 193:7
195:17

**recalled**
146:14

**recalling**
144:15 154:12

**receive** 21:8

**received**
98:12,13,17
189:13

**recent** 72:2,3
76:3

**recently** 89:8,
17 195:2

**recess** 29:17
50:10 86:11
125:16 164:17

**recite** 58:2

**reciting**
154:12,17

**recognize** 19:7

**recollection**
151:16,22

**recommend**
86:21,23 87:12
88:12

**Recommendat
ions** 158:12

**recommended**
87:2,9 88:5,19
89:2 158:16

**recommendin
g** 87:22

**record** 7:3,23
9:15,16,21,24
29:16,18 50:8,
11 86:6,10,12
125:15,17
164:15,18
198:3,18

**red** 82:17,18,22
83:4,8

**reduce** 93:2

**reenter** 105:3

**referred**
159:10

**referring**
195:20

**refresh** 151:16

**regard** 84:21
96:8 120:22

143:13 152:20,
25 180:4
181:12 188:4,7

**regular** 17:24,
25 18:13 50:18
54:13 58:12
82:8 114:16

**regularly**
43:16 46:23
100:11 101:21
183:3,6,9

**reiterate** 55:5,
7

**related** 11:25
12:13 14:1 62:8
107:12 155:25
187:23

**relation** 12:6
113:19 126:11
133:24 158:19
161:25 174:2
187:4,12

**relationship**
105:18,19

**release** 78:22

**released** 76:17

**relieved** 67:24

**relying** 24:8

**remember**
12:7,8,10 17:20
80:16,23 81:6
82:4 87:7,15,18
89:14 91:17,20
97:1 99:5
100:2,5 102:21
103:1,5,6,9,10,
12,18,22
104:11,17,18,
20,21,23 105:7,
8,10 109:19
110:11,12,15,
21 111:8,13,16,
25 112:5,10
113:4 116:4
117:21 124:1
127:18,20
129:15 130:9,
25 131:14
134:6,8 139:10
140:6,25 141:3,

7,8 144:4,8,18,
20,24 145:1,6,
22,24 147:12
153:9 156:11,
22,25 160:20
161:4,5 162:1
163:8,9 164:3
185:5,6,11,15,
18 190:6,7
191:8

**reminders**
90:3

**remote** 7:9

**remotes** 99:10

**removed**
133:2,5 185:17

**repeat** 30:16
62:13 150:20

**repeatedly**
62:4

**report** 12:5
68:12 69:12,23
71:21 95:4
109:15,19
137:1,5,9,19
138:6,25 139:4,
15 148:9,12,14
155:10 181:20
183:19

**reported** 70:25
71:3,10,22
72:1,6 135:14
153:21 177:17

**reporter** 7:3,5,
22,25 8:5,11
9:21 29:15,18
50:8,11 86:5,9,
12 125:14,17
136:20,22
164:11,15,18
198:2,5,8,11,
14,17

**Reporters** 7:6

**reporting**
178:7

**reports** 11:24
69:18 72:11,14
139:6,11



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

**represent** 8:15 48:23

**representative** 7:11

**representing** 7:5

**reputation** 46:3,6 99:6,20

**request** 97:22, 25 145:11,12, 13

**requesting** 87:1

**requests** 69:14

**required** 94:19

**requirements** 157:2

**requires** 89:23

**reserve** 198:4, 5

**reset** 103:21

**resort** 193:20

**respond** 19:14 20:5,10,25 22:8,12 23:1 35:7,24 42:13 75:6 76:10 106:19 150:1, 17,22 169:10 170:11,20,22 171:12 177:6 184:20,22 194:8

**responded** 149:1 166:13, 16 169:7 170:18 173:18 174:19,25 175:8

**responders** 85:1 104:9 123:21 126:18 140:1 148:25

**responding** 34:8 56:25 75:1 78:10 171:6

174:2 191:21

**responds** 177:10

**response** 19:16 20:18 21:9,10 22:15, 22 56:17,21 57:5 75:15,16, 24 76:17 78:21 92:3 93:1,12,21 95:13,14 106:18 107:5, 12,16,18 108:17 109:8, 22 110:25 112:20 113:6, 10,14 142:5,17 143:14,19,25 144:3 146:21, 24 149:20 156:17,23,24 157:1,4,8,12 171:7,11,22 174:11,13,14, 17 175:5 177:11,13 188:25 189:12 197:17

**responsibilitie s** 16:2 17:25 18:7 26:2,5,13, 17 28:6,9 38:11 50:15 55:6,8 68:8 69:13 86:19

**responsibility** 56:25 57:3,17 65:25 68:3,14 70:5 75:11 84:19 86:16

**responsible** 17:14 26:24 39:14 48:2 52:20 54:16 61:14 64:6 66:4,14,20 68:20 69:25 85:7,13 117:2 176:5 181:25 183:18

**restroom** 118:7,13,20,22,

23 119:8 125:12

**result** 158:1

**results** 52:16 108:1

**resume** 33:10

**returned** 105:11

**review** 10:21 11:11 12:12,16, 23 94:3,4 156:16

**reviewing** 12:10

**ring** 53:21

**risk** 93:2 181:7, 11 189:18

**risks** 62:8,10 181:5

**role** 89:20,23 90:14 185:3 197:8,9

**roll** 63:16,19 64:1,2,14,22,23 103:5 145:14

**Ron** 7:12

**room** 8:19 51:17 76:24 91:14

**roughly** 46:18 67:22 150:14

**round** 24:22,24 25:1,4,6 27:15 61:8

**rounds** 18:15, 24 19:2 23:5 24:17,19 27:19, 21 28:3,7,19,22 29:23 30:25 33:13,25 34:3, 22 36:7 61:1,4, 5 63:10 90:21 91:3,5 196:9

**routine** 68:15

**row** 17:21

**rule** 60:14,16, 21,24

**rules** 9:2 56:1

**run** 17:1,24 44:15 45:9,12, 16 47:11,13 52:1,6 54:6,10 141:1 142:10 174:16 179:16, 19 193:18

**runner** 173:20

**running** 16:22 47:9 52:21 103:9 108:12, 13 118:11 140:8,15 141:5 173:22,23

**runs** 26:15 64:4 124:23

---

**S**

**safe** 60:12

**safety** 18:24 19:6 31:10 38:23 39:17 40:2,5,8,16 57:2 60:6 77:18 79:11,13 80:6 93:21 97:9 113:10 167:2 170:3 175:21 176:4,5,17,23 178:3 180:7 183:25 189:24 194:2

**sat** 122:23

**Saturday** 102:25 194:21

**save** 197:10,17

**scene** 126:18

**school** 13:15, 18 14:12

**schooling** 14:17

**scope** 156:18, 23 189:15

**scorching** 189:22

**screaming** 108:13 131:23 177:17 191:20 192:25

**screen** 165:3

**screenshot** 162:15

**scroll** 137:4

**seconds** 127:3 172:11,21 173:19,24 174:11,20,22, 23

**section** 148:18 149:4 160:9 184:1

**secure** 60:12

**secured** 87:17, 19 148:20

**securing** 87:16

**security** 14:3, 4,5,7,8 18:25 19:6 31:10 38:23 39:18 40:3,6,8,16 51:22 57:2 60:7 97:10 103:11 151:7 152:11 153:1 170:4,14 176:4,6,23

**send** 69:22 125:5 198:5

**September** 48:13,15 182:25

**sequence** 67:6

**sergeant** 16:11 17:8,10 23:2 26:3,14, 15,18 27:6,11 28:1 32:7 37:20 38:8,12 44:18, 21,25 45:5,7 46:12,24 47:5, 12,15 48:1,2,3,

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

6,11 49:3,6,9, 13 50:15,23 51:6 52:7,20 54:12,14,16,22 56:23 60:19 64:9,17 65:3,6, 12,15,24 66:2, 21 67:17 68:2, 9,19,21 69:15 70:3,7 77:7 85:3 86:15 87:2 89:4 90:6,20,23 99:22 104:7 137:25 139:21 151:5,10 181:24 183:12, 14 188:10,20 194:16 197:8

**sergeant's** 57:6,8,10 63:12

**sergeants** 17:3,6 47:8,11, 13 57:12

**sergeants'** 54:17,18,25 55:16 56:4,13, 17,20

**serves** 46:17

**set** 74:1,6 82:10 83:14 137:23 154:4 160:18

**sets** 78:2,3

**setting** 66:10 73:8

**shaking** 9:20

**shape** 196:24

**share** 136:17 138:11 155:3 162:13 163:13 164:20 181:15

**sharing** 155:2 160:3 164:6 172:16

**sheet** 117:6,13

**sheets** 116:10, 15 118:1,5

**shelter** 55:11,

13 57:20

**shelves** 196:6

**shelving** 196:2

**shift** 17:24 31:21 43:11 50:18 64:5,8, 13,17 65:7,14 66:8,14 67:3,18 69:4 91:15 92:10 95:4 115:16,20,21 129:12 145:15

**shifts** 43:10,12 67:16 144:21

**shooting** 103:25 121:1, 23 139:25 140:17 172:13

**short** 49:23 87:22 94:8 188:19 190:24

**short-staffed** 39:20 193:7,11

**shortages** 39:23

**shot** 80:3

**show** 145:10 162:10 165:24 168:9 172:17

**showed** 160:10 171:24

**showing** 165:23 168:8 171:25

**shown** 160:23, 24

**sic** 153:21

**side** 40:20,21, 22 41:22 104:7, 12,17,22 129:19 131:14, 15,16 133:9 162:21 165:5 173:5

**sides** 104:16 131:4

**signal** 20:15, 20,22 21:11,14, 17,21,24 22:1, 19 74:15 75:20, 25 94:21 96:3,5 126:17,24 140:2,14 148:23 149:1 158:23 159:3 178:24 189:5

**signals** 19:8, 12 20:3

**signature** 182:9,20 198:3

**signed** 182:16

**significant** 45:2 76:12

**silver** 82:16 83:8 123:7,12

**similar** 52:25 53:3 54:3 158:1

**single** 39:21 194:24 195:13

**sit** 12:9 32:24 39:12 98:20 102:21 119:25 139:9 140:25 154:13 175:6

**sitting** 8:16 121:12,16 150:12

**situation** 24:7, 8 31:22 32:1 38:22 56:19 59:2 60:17 61:23 85:9 88:16,18,25 89:1,11 95:8,24 96:15,16,19 98:3 106:6 119:15 127:10, 25 129:5 134:15,18 135:14 145:23 156:11 162:2,5 167:5,21 169:8 171:15,18 172:9 174:5 175:2 178:3,6, 10,17,23

179:18 187:13

**situations** 31:23 51:1 85:12 90:7 122:7 186:5

**size** 171:5 174:8 175:7,12

**slips** 103:14

**slow** 117:18

**slower** 114:6

**small** 21:12,16, 20 22:3 124:5 180:12 185:1,9, 16 195:13

**smell** 123:23, 25 124:5,11,12, 14,18,24 125:1, 3,8

**smelled** 73:18, 20 124:2 168:3

**smells** 124:4,8, 11,13,14,20

**Smith** 7:12 12:1,14 48:20 74:8 98:21 100:21 102:8, 12,15,23 107:9 108:16 110:13 113:9,15 120:12,18 123:15 131:22 140:1,22 143:13 145:4 148:21 151:9, 11 153:9 156:1 158:10 179:10 184:20,25 185:13 194:11

**Smith's** 99:20 133:2 142:17 197:17

**smoke** 20:14, 19,21 21:11 74:16,22 123:23,25 124:2,24 125:3 131:25 149:22 151:13 165:13 166:9,24

167:22 168:16 176:13

**smoking** 71:24 72:12 73:13,19 124:17

**solemnly** 8:6

**somebody's** 119:1

**someone's** 24:6 192:16

**something's** 88:16

**sort** 21:16 78:20 186:21

**sounded** 151:12,25

**sounds** 11:21 175:11

**south** 7:14 40:22 104:22 131:14,16 151:8

**spare** 104:14 130:13

**sparking** 71:24 72:12

**speak** 10:25 11:8 61:11,13, 22 65:5,17 89:4 97:25 106:9 108:17 109:4,6, 17 110:3,20 111:9 119:19 134:9,16 135:2, 6,17,22 138:20 143:24 144:2 146:8,11,12 154:22 195:22

**speaking** 11:7 106:20 109:22 134:23 153:11 159:6

**special** 179:20

**specific** 28:4 38:3 44:3 55:2 56:11,15 59:18 60:25 65:7 79:8 80:20 90:25



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

92:19 96:16 98:1 103:18 107:10,25 108:2 117:14, 17 138:6 144:9 145:23 150:11 152:3,12,15 156:10 161:5 175:5 180:7,11 185:22

**specifically** 57:7 60:23 61:11 62:20 63:1,9,24 92:17 93:5,14 97:24 99:18,23 100:5 103:8 104:1 107:8 110:7,15, 18 112:11 113:4,24 115:5 120:21 126:12, 20 127:18,25 129:16 130:17 145:1,6 175:3 180:25

**speed** 35:20

**spend** 83:20

**spoke** 10:22 107:20 109:1, 18 110:1,5,16, 18 134:4,6 136:5 138:19 194:10 196:17

**spoken** 13:8, 11 62:17 134:12

**sports** 114:22

**spot** 44:3

**spots** 47:4,13

**sprinkler** 184:1,4,6,10, 14,16

**sprint** 174:16

**sprinter** 173:20

**stabbing** 135:25

**staff** 16:18 25:21 27:20

32:2 33:25 39:3,23 42:17 58:9,10,18,21 59:6 61:2,10, 13,21 65:16 74:15,21,25 78:18 79:3 80:5,8 85:8,13 86:17 87:24 88:1,6,10,17,23 89:4 90:16,21 91:4 96:4 97:12 100:11 103:13 104:13 105:4 106:22 108:16 109:20 117:22 118:6,12 119:18 127:7, 25 147:1 156:4, 16,17,22 157:11 159:2 160:21 169:14 170:1,3 173:21 179:6 181:10 185:16 190:14 197:16

**staffed** 25:21, 23 26:1 193:11, 15

**staffing** 25:16 39:23

**stagger** 119:1

**staggered** 118:15

**staggering** 119:5

**stairs** 104:6,25 133:9,10 193:18

**stand** 29:7,25 31:3 170:15 197:11

**standing** 40:19 103:17 105:1, 11 121:7 129:23 132:18 133:7,8,17 151:2 161:4 185:4

**start** 15:14 24:23,25 25:1,3

65:10 66:9 73:10 78:14 96:5 103:3 123:25 129:8 165:13

**started** 15:10 16:4 25:3 43:15,18,22 73:22 89:15 99:21 101:23 106:23 107:4 125:22 126:17 131:14 160:14 161:9,11,13,16, 19,22 185:7

**starting** 7:18 73:15 102:25

**starts** 116:22 177:10

**state** 7:17,23 8:18 11:14,18 15:10,14 16:3 24:20 72:17 91:7,11 94:17 107:3 136:18 138:12 148:1,2 155:5 170:7 179:14,16 181:17 184:7, 21 185:21,24 193:7

**stated** 189:25 190:19 191:19

**States** 7:13

**stating** 95:5 107:24 195:19

**station** 31:20 32:13,23 33:1 37:23 38:14 39:3,16,25 40:8,17,24 41:2,4,12,17, 21,24 42:4 81:14 103:13, 17 104:6 119:11,12,13 120:13 121:5,8, 10,15 123:8 125:7 127:1 130:4,8 139:22 141:8 142:19 151:8,12

163:24 185:5,8

**stationed** 26:9 46:23 48:20 72:21 100:23 101:21

**stay** 32:12,22 128:13 146:4,6

**stay-at-home** 13:19,20

**stays** 114:18

**step** 89:19 128:1

**steps** 18:18 19:6 60:23,25 65:13 77:5

**stills** 164:25

**stipulate** 8:1

**stood** 129:2 141:10

**stop** 53:23 155:2 165:23 168:8 172:16

**stopped** 89:8 160:3,12 164:3, 6

**stopwatch** 172:5

**straight** 41:10 64:13 138:6,9

**street** 47:13 48:11 49:3,12

**strike** 22:25 27:14 33:1 34:7 58:12 64:10 70:14 79:17 84:20 90:19 93:9 122:19 131:18 176:18

**strip** 61:23

**strips** 61:18 62:1,9,22 63:2, 10

**structure** 52:4 53:4 54:4 69:7, 8

**struggle** 132:4

**struggling** 190:25

**stuff** 98:18 180:25

**subject** 113:24

**submit** 139:5, 10

**subordinate** 86:17

**substance** 10:23

**substantial** 76:12

**sue** 107:3

**sufficient** 50:1

**suing** 11:14,18

**suited** 56:18

**summaries** 11:25

**Sunday** 194:22

**superiors** 176:10

**supervise** 16:18 17:10

**supervised** 150:3

**supervising** 16:2,16 18:7

**supervisor** 16:6,8,21,25 21:4 63:13 64:5,8 69:4 95:5 145:15

**supervisor's** 129:12

**supervisors** 63:23 108:16 109:21 111:9 112:4 143:21

**superwoman** 197:10

**supposed** 25:20 27:24

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
—COURT REPORTERS—

**Exhibit D**

50:20 75:18
79:22 84:21
145:2 157:14
167:3

**surprised** 71:6
92:15 177:16,
19

**surveillance**
29:4 36:14,19
37:2,5,10,16,
19,21,23 38:2,
6,13 39:5
162:15

**suspended**
187:1 188:3

**suspension**
187:23

**swear** 8:6

**sweep** 81:9

**Sydney** 7:4
86:8

**system** 184:2,
4,10,14,17

**systemic**
59:22

**systems** 184:6

---

**T**

---

**takes** 94:9
127:3 150:21

**taking** 10:10
29:21 173:15
176:9

**talk** 10:20
19:10 21:3 32:2
54:24 60:16
61:2,10,15
63:24 69:24
84:2 90:9 97:23
105:7 109:5
142:1 143:18
145:25 146:17
170:14 179:10

**talked** 57:7
80:18 88:12
89:11 97:24
145:23 162:6

181:21 188:24
191:18,25
193:6

**talkie** 53:16

**talking** 29:22
35:20 50:15
92:20 96:5,22,
23 125:20
147:10 151:11
153:8 155:14
156:11 162:1
177:25 191:21

**talks** 162:3

**targeted**
186:9,11

**taught** 19:11
23:12

**Taylor** 77:19
144:11

**team** 19:17
21:14 22:4
56:24 75:4,19
77:4 113:1,3
114:22 127:17,
21,22 128:1,3,
12,17 187:9

**teams** 75:24

**tear** 71:14

**technician** 7:5

**telling** 71:18
95:9,11 149:22
192:2,16

**tells** 26:18

**ten** 41:14 46:18
50:1,3,5 64:3,
23

**term** 13:25

**terms** 189:13
195:10 197:17

**testified** 133:4
179:9 181:23

**testify** 10:11,
15

**testimony** 8:7
20:1 155:15

**text** 13:2

**thanked**
112:13,15,18
143:10

**therapy** 14:13,
16

**thick** 131:25

**thing** 52:3 53:7
55:4 56:3,15
62:24 65:15
81:9 88:25 99:7
107:20 129:22
142:9 144:8
157:3 170:22
179:13

**things** 16:18
18:15,22,25
19:1 23:4,6
28:10,11 29:4,
24 31:3 32:2,15
39:10 40:14
41:1 50:19
51:2,18 54:24
55:1,8,21 56:5,
8 58:16,21
62:16 63:14,20,
23 66:14,16,17
67:10 69:9
70:21 71:14,18
78:25 79:14,23
80:17 82:3 88:7
90:8,17,24
95:21 96:13
98:18 99:10
103:6 107:17,
22,23 109:23
114:15 118:12,
14 119:16
124:23 147:11
157:15 169:10,
19,20 179:19,
21 180:10,23
181:6 191:7
192:15 195:24,
25 196:4,6

**thinking** 178:3,
4 197:9

**Thirty** 86:4

**thought**
195:15

**Thursday**

194:20

**till** 9:15

**time** 7:8 12:4
13:23 17:16,21,
22 23:14 26:25
27:25 28:12,22
29:16,19 30:8,
21 31:21,25
33:7,8 37:9
38:2,6 39:10,
21,25 42:24
43:22 44:12,21
45:2 47:25
48:11,21 50:9,
12 52:22 58:2,
15 65:9 67:6,19
72:10 74:6
75:22 76:17
79:11,14,24
80:7 86:10,13
89:23 90:21
91:5,11,13
92:8,12 94:16
95:18 97:6
99:22 101:10,
21,23 103:18,
24,25 104:2
109:9 110:17
112:20 115:22
116:4 117:23
118:6,8,10,18,
25 119:7,19,23
120:11 122:23
125:15,18
127:10 130:10
131:16 133:1,
15,19 134:12,
24 135:1,15
137:13,23
139:8,23
141:17 142:13,
20 145:5 146:1,
12 147:20
149:20 150:11
151:2 153:7
156:24 157:4,8,
12 163:10
164:15,18
166:17 169:8
171:2,9,23,24
172:1 174:3,19
177:11,13
183:4,7,14
185:4,6 187:11
190:6 191:2,17

192:24 195:1,
18 197:25

**time-wise** 79:6

**timeline** 149:6,
9 161:25

**timely** 74:21
170:8,11

**times** 26:23
30:12,13 38:12
42:25 43:3 45:3
46:13 50:24
101:12 109:23
119:2,21
139:10 150:19
176:21 188:12
193:17

**tinker** 99:9
179:11

**tinkers** 179:14
180:4

**titled** 148:7

**tobacco**
124:13

**today** 7:5,7
8:17,23 9:16
10:12,15,18
11:9 12:9,24
77:24 98:20
102:21 119:25
135:8 139:9
140:25 154:13
155:15 175:6
188:24 192:23
193:6 196:14,
17

**toilet** 70:21

**toilets** 70:22

**told** 11:13 71:7
74:14,17,23
76:24 77:23
104:13 105:2,4
110:23 128:4
129:10,14
130:20,25
138:5 157:3,18
170:23 174:9
186:18 190:7
191:4 192:20,
24

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit D**

**top** 84:9 91:19 154:10 165:12 189:22 190:11, 17 196:2

**topic** 83:17,21

**total** 103:15

**touching** 72:8 190:12

**towels** 15:3

**traffic** 48:4 96:20,24

**trained** 19:1 22:1 23:5 24:13 28:18 31:7,14 50:20 189:3

**trainee** 22:22

**training** 15:17, 19,21,23,24 16:1,5,15 17:10,11,12,13, 15,19 18:1,5, 17,20,21,22 19:13,19,21,24 20:5,9,10,18,24 21:4,5,8,10 22:7,10,15,17, 18,24,25 23:1 30:23 31:17 37:25 38:3 39:13 40:1 45:11 50:16,23 51:3 52:5 83:19,21,24,25 89:8,12 90:2,3, 8,15 113:13 142:8 147:4 154:8 159:18 175:6 180:20 188:25 189:7, 13

**transcript** 198:9

**transferred** 100:10 102:1, 17

**trash** 68:10

**tripped** 103:20

**trouble** 114:24 173:8,9,13

**true** 134:14 147:16

**trust** 197:22

**truth** 8:8,9 136:15 192:2, 17 193:2

**Tuesday** 194:18

**tunnel** 122:8

**turn** 53:22 71:21 116:14 117:12 121:13, 17 193:23

**turned** 103:23 118:5 121:20 122:22 126:18 140:16,19 141:19

**turns** 118:18

**TV** 83:1,4 196:3

**TVS** 99:10 180:9,23

**twist** 180:15

**type** 23:14,18 33:11 45:20 46:3 58:17 77:8 81:9,11 99:6 138:17 148:11 155:23 187:3

**typed** 182:8, 15,19,20

**types** 19:1 29:4 54:24 55:21 58:16 66:16 70:13 71:9 79:18 81:21,24 82:25 84:6,11, 14 98:9 114:15 124:11 155:21

**typical** 114:12 116:15,16 137:8

**typically** 25:14 97:17 98:5 113:21 118:22

---

**U**

---

**Uh-huh** 49:11 184:3

**ultimate** 186:14

**unable** 167:6

**underneath** 104:19 189:21 190:1

**underpaid** 15:7

**understand** 9:8 20:1,17 21:15 29:9 30:20 31:14 35:5,6,8,10,12 40:13,15 55:20 89:3 90:1 95:11 108:5 116:21

**understanding** 31:1 80:3,4 138:7 142:9

**understands** 33:23

**understood** 9:11 135:15

**unit** 67:4 76:23 128:1,25 152:3, 13,15,24 187:9

**United** 7:13

**units** 12:20,22 51:5

**unlock** 104:8, 15,16,18,22 129:10,14,24 130:5,21 131:8 190:7

**unlocked** 66:11 104:20 123:20 127:14 187:15

**unlocking** 104:21 131:15 132:13 160:11, 16

**unreasonable** 43:2

**update** 102:2

**upkeep** 68:12

**upset** 106:5,14

**upstairs** 128:10 173:23 174:16

---

**V**

---

**Valencia** 7:11, 20 8:16

**varies** 25:19 43:1,7 54:23 56:14 114:23 118:24 124:14

**variety** 43:17 44:4

**vary** 25:17 32:11

**verbal** 9:19

**versus** 51:23

**video** 7:4 12:12 29:4 36:15,19 37:2,5,10,16, 19,23 38:2,5,13 39:5 111:19,22 160:5,7,23,24 161:2,7 162:15 172:24

**view** 60:11 95:10 146:13 162:4 173:6

**views** 41:1

**visible** 149:13

**visibly** 168:24

**vision** 122:8

**voice** 147:19

**voices** 169:18

---

**W**

---

**Wacker** 7:7

**wait** 9:13,15 105:2 118:18 129:12 152:21

**waited** 132:7

**waiting** 52:15 132:20

**walk** 25:8 32:5 38:18 64:16 78:18 103:1 119:16 151:7, 24 152:11 153:1 177:2 193:17

**walked** 131:15 151:12 188:10

**walkie-** 53:16

**walking** 33:10 34:15 79:2 104:11,12 132:15 160:10 190:6

**walks** 36:13 103:11 118:10 119:17 169:19 170:14 179:15

**wall** 83:15 165:19

**Walton** 7:10, 22,24 8:2,5,14, 25 10:10 13:14 29:21 49:21 50:14 86:3,15 125:20 136:24 137:25 138:13 139:21 148:5 151:5,10 162:17 163:15 165:2 172:22 182:7,20 188:20

**Waltons** 182:10

**wanted** 31:13 105:7 147:13 161:10,12,13

**warden** 13:11 110:19,22 111:1,6



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**

wardens 110:20

**Wardlow** 144:2,5

**watch** 29:2 31:4 39:20

**watches** 99:10

**watching** 29:1,3 31:12,15 36:8 39:12 114:22 160:12

**water** 82:2,5,15 83:13 84:16 118:14 153:22,25 159:25 177:1

**water-based** 81:14 82:1

**ways** 24:16 29:22 33:9 36:8,11 53:2 55:23 152:2

**Wednesday** 194:20

**week** 42:25 43:3 68:18,22 72:25 103:9 194:17

**weekend** 102:24 103:7 194:21

**weekends** 114:5 116:17

**weekly** 68:4,23,25 181:20 183:19

**weeks** 106:17 144:19

**wellbeing** 178:4

**west** 40:21

**wheeled** 133:12

**whomever** 27:6 65:6,17 97:22

**wide** 59:5

**widely** 25:17

**windows** 68:11 69:9

**wire** 180:12

**wires** 71:17 72:8 180:16

**wished** 13:4

**word** 81:6

**wording-wise** 11:17

**work** 12:22 13:23 14:7 16:25 36:20,24 37:6,18 43:9,20 44:9,16 46:15 47:4,8 48:5 50:18 68:24 70:2 75:14 87:8 91:15 92:6 97:6 144:24 182:25 187:1 194:20,21

**worked** 15:1 33:18 36:22 37:1,15 43:12,19 44:4,14,22,25 45:2,4 46:13 49:9 55:2 70:8 73:25 89:12 91:7 101:4,12 102:8 105:18 145:4 147:8 194:18

**workforce** 14:22

**working** 15:10 17:22 31:19 43:16 44:8 46:11 50:17 66:2 67:5 69:19 91:10,13 92:12 100:13,14 101:7 102:12 125:3 133:21 135:24 151:6 166:25 176:25 183:3,6 184:24 185:12,24

**workings** 16:19 176:12,13

**works** 71:18

**worries** 53:19 86:9 124:7

**would've** 17:21 93:24 136:9 141:12 143:21 176:19 179:7 183:18

**write** 67:5,7 138:24 139:11

**writing** 12:8

**written** 12:6 152:9,23 153:4 186:3,23

**wrong** 142:15 157:4 167:15 171:21

**wrote** 138:25 139:17 140:24

_____

**Y**

_____

**yard** 132:10

**year** 13:14 14:10,25 15:5,20 36:25 46:19 48:14,17 52:14 89:15,17 100:4

**years** 14:5 87:7 89:14 184:11,12

**yell** 33:7,15 126:20 167:16

**yelled** 122:15 126:23

**yelling** 33:19 34:23 35:6,14,22,23 41:25 42:3,7,10,11,17,18,21 108:4 114:17 122:5,13,16 125:22,25 126:2,15 131:23 167:24 178:8,15

**yells** 34:9 166:20

**yesterday** 103:23

**young** 98:22 185:17 186:2

_____

**Z**

_____

**Zoom** 7:10,20



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit D**