**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| MYSTI VALENCIA, | ) |
| PERSONAL REPRESENTATIVE OF THE | ) |
| ESTATE OF MICHAEL SMITH, | ) |
|       Plaintiff, | ) No. 3:24-cv-00185-DRL |
| | ) |
| v. | ) |
| | ) |
| NEAL, *et al.,* | ) |
|       Defendants. | ) |

**AFFIDAVIT OF SGT. JENIENE WALTON**

1.      I am over the age of 18, of sound mind, and competent to testify.

2.      I am employed by the Indiana Department of Correction at the Indiana State Prison in the rank of Sergeant.

3.      On January 14, 2023, I was assigned as Sergeant to A Cell House.

4.      There was no real time video surveillance in the officers' station from January 2023 through May 2024.

5.      However, the real time video surveillance monitors in all the cell houses, even when working, usually show only the front view of each range, meaning the view from the stairway down the range "hallway". On occasion, a side view of part of the range might be accessible on the monitors (meaning the view that shows into the cells), but the monitors do not have access to all cameras in the cell house.

6.      Sergeants have no control over which camera feeds are accessible on the monitors.

7.      Therefore, the monitors, even if working, may not have shown the view into Cell 252.

FURTHER AFFIANT SAYETH NOT.

1

**Exhibit E**

I affirm under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

3-25-26
Date

_Signature_

2

**Exhibit E**