

LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA

**CASE NO. 3:24-CV-00185**

# MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON HER OWN BEHALF

## V.

## RON NEAL, ET AL.

**DEPONENT:**

**LT. NADINE SMITH-ROBINSON**

**DATE:**

**January 23, 2025**



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

**Exhibit F**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185

MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE OF THE

ESTATE OF MICHAEL SMITH, AND ON HER OWN BEHALF,

Plaintiff

V.

RON NEAL, ET AL.,

Defendants

DEPONENT:  LT. NADINE SMITH-ROBINSON

DATE:     JANUARY 23, 2025

REPORTER:  SYDNEY LITTLE

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Megan Pierce, Esquire

Loevy & Loevy

311 North Aberdeen Street

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: megan@loevy.com

(Appeared via videoconference)

**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

**Exhibit F**

APPEARANCES (CONTINUED)

ON BEHALF OF THE DEFENDANTS, LT. DENNIS KOEN, CAPT. VINCENT MCCORMICK, SGT. AMON LEE, SGT. JENIENE WALTON, OFFICER DARNELL CROCKETT, STEVEN MCCANN, LT. LATRICE JONES, SGT. ERNEST WILLIAMS, SGT. MICHAEL EVERETT, OFFICER JAYLON SINGLETON, WARDEN RON NEAL, CHRISTOPHER BEAL, KEVIN CROSS, ART KAUFMAN, ANDREW KMITTA, JASON NOWATZKE, NADINE SMITH, DOUGLAS WARDLOW, DEBORAH TAYLOR, JANILLE WHITAKER, AND DANIELLE BROWN:

Brandyn Arnold, Esquire

Gustavo Jimenez, Esquire

Thomas Pratt, Esquire

Office of the Indiana Attorney General

Indiana Government Center South

302 West Washington Street

Fifth Floor

Indianapolis, Indiana 46204

Telephone No.: (317) 232-6201

E-mail: brandyn.arnold@atg.in.gov

gustavo.jimenez@atg.in.gov

thomas.pratt@atg.in.gov

(Appeared via videoconference)

**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

**Exhibit F**

INDEX

                                                      Page

PROCEEDINGS                                              7

DIRECT EXAMINATION BY MS. PIERCE                         9

CROSS-EXAMINATION BY MR. ARNOLD                        229


EXHIBITS

Exhibit                                                Page

1 - A-Cellhouse Post Orders - STATE
    019717-019723 (Attorney's Eyes Only)      90

2 - General Post Orders for Indiana State
    Prison - STATE 020182-020199
    (Attorney's Eyes Only)                    94

3 - Indiana State Prison Emergency Manual
    Appendix C Fire Plan - STATE
    020467-020477 (Attorney's Eyes Only)     117

4 - Lt. Smith-Robinson's Learning History
    - STATE 019342-019387 (CONFIDENTIAL)     141

5 - Fire Drill Evacuation - STATE
    022309-022310                            149

6 - Handwritten Statement - STATE 000081     177

7 - Handwritten Statement - STATE 000082     177

8 - Incident Report - PL 000022              182

9 - Fire Chief Incident Report - STATE
    00009-000010                             185



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

EXHIBITS (CONTINUED)

Exhibit                                                     Page

10 - Internal Affairs' Investigation Report

     - STATE 000015-000018                                  189

11 - Evacuation Map of A-Cellhouse              203

12 - Still Photograph 10:59:41                  207

13 - Still Photograph 10:59:45                  210

14 - Still Photograph 10:59:25                  212

15 - Still Photograph 10:58:00                  215

16 - Still Photograph 10:57:00                  219

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

STIPULATION

The VIDEO deposition of LT. NADINE SMITH-ROBINSON was taken at KENTUCKIANA COURT REPORTERS, 110 NORTH WACKER DRIVE, CHICAGO, ILLINOIS 60606, via videoconference in which all participants attended remotely, on THURSDAY the 23rd day of JANUARY 2025 at 10:03 a.m. (CT); said VIDEO deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. THE OATH IN THIS MATTER WAS SWORN REMOTELY PURSUANT TO FRCP 30.

It is agreed that SYDNEY LITTLE, being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

PROCEEDINGS

THE REPORTER:  On record.  My name is Sydney Little.  I'm the online video technician and court reporter today representing Kentuckiana Court Reporters located at 110 North Wacker Drive, Chicago, Illinois, 60606.  Today is the 23rd day of January, 2025, and the time is 10:03 a.m. Central.  We are convened by videoconference to take the deposition of Lieutenant Nadine Smith-Robinson in the matter of Mysti Valencia as personal representative of the Estate of Michael Smith and on her own behalf v. Ron Neal, et al., pending in the United States District Court for the Northern District of Indiana, South Bend Division, Case number 3:24-CV-00185.  Will everyone, but the witness, please state your appearance, how you're attending, and the location you're attending from starting with Plaintiff's counsel?

MS. PIERCE:  My name is Megan Pierce.  I am on here on behalf of the plaintiff, and I am attending remotely from Portland, Oregon.

MR. ARNOLD:  Brandyn Arnold, counsel for Defendant, and I'm attending remotely from Indiana.

THE REPORTER:  Sorry, Brandyn.  That kind of cut out.  Can you repeat your appearance for me?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

MR. ARNOLD:  Yeah.  Brandyn Arnold, counsel for Defendant.  I'm appearing remotely from Indiana.

THE REPORTER:  Did that cut out for anyone else or --

MS. PIERCE:  Yeah.  I'm sorry.  I can't hear you either, Brandyn.

MR. ARNOLD:  I'm sorry.  I don't know what's going on today.

THE REPORTER:  Okay.  That's a little better.  Try.

MR. ARNOLD:  Okay.  Brandyn Arnold, counsel for defendants, attending remotely from Indianapolis, Indiana.

THE REPORTER:  All right.  Great.  That came through.  Thank you.  Lieutenant, will you please state your name for the record?

THE WITNESS:  My name is Nadine Smith-Robinson.  I am in Michigan City, Indiana, at Indiana State Prison.

THE REPORTER:  Great.  Thank you.  And do all parties stipulate that the witness is, in fact, Nadine Smith-Robinson?

MS. PIERCE:  Yes.

MR. ARNOLD:  Yes.

THE REPORTER:  Great.  Thank you.  And will you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

please raise your right hand for me?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THE REPORTER:  Thank you.  Counsel may begin.

DIRECT EXAMINATION

BY MS. PIERCE:

Q.    Good morning, Ms. Smith-Robinson.  Thank you for being here today.  My name is Megan Pierce.  As I mentioned, I am an attorney who's representing the plaintiff in this matter, Mysti Valencia.  Can you tell me where you are currently sitting for your deposition right now?

A.    I'm -- I don't know what this office is, but I'm up where they do the legal work up front.

Q.    Is that at Indiana State Prison?

A.    Yes.

Q.    Okay.  And is there anyone else in the room with you?

THE WITNESS:  Hey, what's your name again?

MS. POLLAK:  Ms. Pollak.

THE WITNESS:  Ms. Polly [sic].  She's the -- one of the people for the legal department.

BY MS. PIERCE:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit F

Q.   Okay.   And anyone else in the room with you?

A.   No.

Q.   Okay.   And I'll just ask that you don't confer with her or talk with her while I'm asking you questions, okay?

A.   Okay.

Q.   Have you ever been deposed before?

A.   No.

Q.   I'm just going to go through the basic rules of the deposition, just so we're all on the same page, okay?

A.   All right.

Q.   I'm going to ask you questions, and when you answer, your answers will be under oath, just as if you're in a courtroom.   Do you understand that?

A.   Yes.

Q.   Okay.   And if you don't understand a question -- I'm sure at times I will, you know, say something that might not be totally clear to you.   If you don't understand a question, please ask for clarification. If you don't ask for clarification, I'll assume that you understood the question; is that fair?

A.   Yes.

Q.   Please wait until I'm done asking a question to answer and I'll do my very best not to interrupt you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

or start a new question until you're totally done answering. And that way, the court reporter will be able to get down a clear record, okay?

A. Okay.

Q. And please make sure to give verbal answers. So yes and no, and try to avoid nodding or shaking your head or saying uh-huh or uh-uh because that's hard for the court reporter to get down, okay?

A. Okay.

Q. And then we can take a break at any point. I just ask that if a question is pending, you answer the question and then we can take a break right after that, okay?

A. Okay.

Q. Great. Ms. Nadine Smith, do you have any medical conditions that would affect your ability to testify here today?

A. No.

Q. Is there any reason that you can't give full and accurate testimony here today?

A. No.

Q. Are you taking any medications that would affect your ability to testify or your memory?

A. No.

Q. Did you do anything to prepare for your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

deposition today?

A.    I just basically tried to remember what happened, so I just talked to the lawyer.  Other than that, no.

Q.    How many times did you talk to your lawyer?

A.    I only talked to him, what, once a month.  That's about it.

Q.    I'm sorry?

A.    Once -- once -- once this month.

Q.    Okay.  And about how long did you talk to him?

A.    Not long.  Maybe ten minutes.  Five to ten minutes.

Q.    Have you spoken with anyone besides your lawyer about your deposition today?

A.    No.

Q.    Have you --

A.    My supervisor, they already know that I had -- had to be away.  Just my supervisor.  Let him know I was going up here.

Q.    Besides telling your supervisor that you had a deposition, did you tell them anything about the lawsuit?

A.    No.

Q.    Have you spoken to any of the other defendants about this case?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.    No.   Not -- not since -- basically since it happened.   No.   We -- I haven't really talked to them. We see them -- I see them in the pass.   You know, I work with them here and there.

Q.    And when you say since it happened, you mean since the fire happened or since the lawsuit was brought?

A.    Since the lawsuit.

Q.    So have you spoken to them at all about the lawsuit itself?

A.    No.   No.

Q.    Have you spoken to Warden Neal at all about this lawsuit?

A.    No.

Q.    Did you review any documents in preparation for your deposition?

A.    I did look at my incident report.   That's pretty much it because it was over three years ago -- almost two -- well, two years ago.   So I did look --

Q.    And --

A.    -- at my incident report.

Q.    And was that incident report, was that handwritten or typed?

A.    It was typed.

Q.    Did you look at anything else?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.  No.

Q.  Did you do anything else to prepare?  Look at any videos, any pictures, anything like that?

A.  I didn't look at any pictures.  Didn't get a chance to look at the videos.

Q.  When you said you didn't get a chance to look at the videos, do you have copies of videos?

A.  It was only one from my interview that I kind of got a chance to look at.  But other than that, I didn't get a chance to look at nothing else other than looking at my report.

Q.  Okay.  And sorry.  Just to clarify, you didn't watch the video of your interview with Internal Affairs?

A.  I watched the one -- my interview with Internal Affairs.  I really couldn't hear it.  So I got a chance to look at that one, but anything else?  No.  Because it was bad quality.  Didn't come in clearly.

Q.  Okay.  So besides talking to your attorney, looking at the incident report that you wrote, and then trying to watch the video of your interview, is there anything else you did to prepare for your deposition?

A.  No.

Q.  And Ms. Nadine Smith, how old are -- or sorry.  Ms. Nadine Robin -- Nadine Smith-Robinson, how old are you?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    I'm 32.

Q.    And where did you grow up?

A.    In the Miller Beach area of Gary, Indiana.

Q.    And did you graduate from high school?

A.    Yes.

Q.    After high school, did you go on to any other education or training?

A.    Yeah.  I was at college briefly for a year and a half, but I didn't obtain the degree.

Q.    What college did you attend?

A.    Calumet College of St. Joseph and Indiana State, IUN.

Q.    And what were you studying?

A.    Dental hygiene and, at one time, criminal justice.

Q.    And why did you decide to leave college?

A.    Well, my car got stolen from the school, and my parents wasn't able to keep taking me back and forth. My dad worked in Chicago.  My mom wasn't going to take me, so that's that.

Q.    And what did you do after college?

A.    I was a direct support professional, and then I drove buses.  And then I came to work at the prison.

Q.    Sorry.  What was the first thing you said? You were a what professional?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

A.   A direct support professional for people with disabilities, and then I started driving school buses, and then I drove for a daycare.  Then I came to work at Indiana State Prison.

Q.   And why did you come to -- why did you decide to come work at the prison?

A.   I was interested in criminal justice and advancing my career and a better -- a better living for myself and my family.

Q.   And when did you start working with IDOC?

A.   2018.  July 23, 2018.

Q.   And did you start at Indiana State Prison?

A.   Yes.

Q.   Have you been at Indiana State Prison the whole time that you've been working with IDOC?

A.   Well, in 2020, I went to Miami Prison.  I came back in 2022, so yeah.

Q.   Why did you move to Miami Prison?

A.   For a -- a better position.  So I went down there.  A better position and more training.

Q.   The lights going out there?  What's that?

A.   Yeah.  It's -- it's snowing here and it's pretty windy out.

Q.   Okay.  Well, hopefully you'll keep power.  So you went down to Miami Prison in 2020.  What month was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

that, more or less, in 2020?

A.    January, if I recall.

Q.    And what was the position that you were offered there?

A.    A sergeant position.

Q.    And before that, were you an officer?

A.    Yes.

Q.    Okay.  So just to make sure I understand correctly, you were at Indiana State Prison from July 23, 2018 until sometime in January 2020 when you were offered a sergeant position in Miami?

A.    Uh-huh.

Q.    Okay.  And you stayed at Miami Prison until what month in 2022?

A.    December.

Q.    And then in December 2022, did you come back to ISP?

A.    Yeah.  I came back to ISP.

Q.    Why'd you come back to ISP?

A.    It was always my goal to come back up this way because Miami was far.  I -- I just always -- I liked working at Indiana State Prison better.  I think it was more of a family here, so --

Q.    When you say more of a family, are you talking about with your coworkers and things?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    Yeah.  With my coworkers.

Q.    And then have you been at Indiana State Prison since December 2022?

A.    Yes.

Q.    And seems like you're still at ISP today?

A.    Yes.

Q.    What is your -- let's see.  So you were a officer from 2018 to 2020 and then a sergeant from January 2020 through -- what -- when were you promoted to lieutenant?

A.    Well, I was a sergeant at Miami, like, I think, a few months and then I got promoted to lieutenant there.  And then when I came back to Indiana State Prison in December, I was a sergeant for, like -- I came back as a sergeant.  So it was, like, a few months.  I came back to work.  I went on medical leave. Came back to work in, I think, March.  I came back to work and then I got promoted up to lieutenant, like, towards the end of March, April of 2023.  Yeah, 2023. I think 2023.  2024, I think.

Q.    Okay.  So you went on a brief medical leave and then when you came back, it was --

A.    Yeah, I was -- yeah.  I was on a -- like, a month.  I had did the interview and stuff while I was off, so I came back.  Yeah.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

Q.    When did you start that medical leave?

A.    When was it?  I had my -- so that had to be -- I'm sorry.  I had my surgery February of 2021.  So I came back, like, in March of, like, 2021.  So I was a lieutenant.  I've been a lieutenant at ISP since 2021.

Q.    Okay.  I think I got a little lost in the timeline.  Let me see if I can get it.

A.    Oh, no.  It's -- wait a minute.  Might have been -- so -- hold on.

Q.    Sure.  Take your time.

A.    Yeah.  2021, because I came back to Indiana State Prison and -- oh, goodness.  I got these days all mixed up.  Had my surgery in 2021.  I came back.

Q.    Were you at Miami Prison for two years?  Is that right?

A.    Yeah.  Yeah.  I was there for two years.

Q.    Okay.  So I think then -- would it be correct that you went to Miami Prison at the beginning of 2020, and you left at the end of 2021?  So you were there for 2020 and 2021?

A.    Yeah.  I -- yeah.  Because then it turned 2022 in January, so yeah.  That was --

Q.    Got you.  Okay.  So then you came back to ISP December 2021?

A.    Uh-huh.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   And you came back as a sergeant and you were a sergeant.  Then you went on medical leave briefly in February and came back in March 2023 and you were promoted -- or March 2022 and you were promoted to lieutenant?

A.   Yes.

Q.   Is that right?

A.   Uh-huh.

Q.   All right.  I always get the end of the year, the beginning of the new year confused, too.  So I got it.  So you were promoted to lieutenant in -- at ISP in March 2022 and you've been a lieutenant since then?

A.   Yes.

Q.   Okay.  And you're still a lieutenant today?

A.   Yes.

Q.   Have you -- the next highest rank is captain; is that correct?

A.   Yes.

Q.   Have you taken any steps to become a captain?

A.   No.  Not since I've been back at Indiana State Prison, no.

Q.   And when you were brought back to ISP as a sergeant, was that a demotion or was there another reason that you were brought back at a lower level?

A.   No.  That was volunteer.  You have to reapply

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

whenever you go to any facility. At that time, I did lieutenant interviews. I didn't get it. So I went for sergeant. So self-demotion on my -- my own self. Wasn't any disciplinary or anything.

Q. **What are your responsibilities as a lieutenant at Indiana State Prison?**

A. For the safety and security of the incarcerated individuals and the staff, walking the unit to make sure it's clean, safe, and it's running correctly. So make sure my subordinates are doing their job correctly and make sure the incarcerated individuals are doing what they're supposed to be doing, make sure they get to their classes and things of that sort, any programmings, getting chow, making sure that the unit is running correctly.

Q. **And who do you -- who are your subordinates? Who do you oversee as lieutenant?**

A. Sergeants and officers.

Q. **And is there any, you know, rank among the lieutenants who are working?**

A. We have the assistants that work in the shift office that assist the captain. So at times, we do take orders from them, even though they're our peers. So they are in an active -- they could be in an active role as the captain when the captain is not present.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

Q.    Okay.  So you would take instruction from them basically only if they were taking the role of captain; is that --

A.    Yeah.  For the -- for the most part. Sometimes, we might -- I might call and get some instructions from them if need, but most times, it has to be run through the captain.

Q.    And then who directly supervises you as a lieutenant?

A.    On the shift, it's -- at the shift rank, it's the captain that's there.  Then we have lead captains, head captains.  We have the major, the deputy warden, and the warden, so --

Q.    Okay.

A.    All of that.  It's a lot of numbers.  The chain of command depends on what exactly do you need at that time, but if it's just basic shift, it's the captain.

Q.    Okay.  So if you needed something about running a housing unit during a shift, you would most likely reach out to the captain?

A.    Yep.  Or anything on -- yeah.  For anything that's not within the post order that I might need help with that I can't figure out, yeah, I'll call the captain.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Are there different posts or assignments that lieutenants are assigned to?

A.    Yes.

Q.    And what are the different lieutenant posts?

A.    So you have the assistant shift supervisors. You have the unit supervisors.  Like, the different units have the lieutenants.  That's pretty much the -- the -- the shift office, the units.

Q.    Okay.

A.    So each unit has a -- a -- the way our facility is made, it's a lieutenant for each unit.

Q.    Okay.  So there's a lieutenant for each unit, each housing unit.  So a cellhouse would have their own lieutenant?

A.    Yes.  But it's -- it was off shift.  So it's one for each shift because we worked twelves.  It's one for each shift.  And then on night shift, it's that person that's over it on the night shift.  They -- the lieutenant up front personally will take over what's going on.  If there's any information needs to be related, they'll e-mail or put in a shift note of what's going on.

Q.    Okay.  So there might -- on the night shift, there might not be a lieutenant for each housing unit?

A.    Right.  There's just two supervisors up front.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

So it's a captain and it's a lieutenant normally up front all night.

Q. Have you ever worked as the assistant shift lieutenant?

A. Not at Indiana State Prison.

Q. Okay. But you have at Miami Prison?

A. Yes.

Q. Okay.

A. Yes.

Q. Do you know why you haven't worked as the assistant shift lieutenant at Indiana State Prison?

A. No, I do not. The major is the one that makes the post assignments, so no, I do not.

Q. Okay. But it's not any sort of ranking or seniority thing?

A. No. It's whoever they choose.

Q. Okay. So if I refer to the position of the lieutenant over the housing unit, if I refer to that as the unit lieutenant, would you know what I was talking about?

A. You said the unit lieutenant?

Q. Yeah.

A. Yes. The -- the unit -- unit lieutenant. Yes, ma'am.

Q. Okay. So unit lieutenant is the phrase you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

use to refer to the lieutenant in charge of a housing unit?

A.    Yes.  The unit lieutenant.

Q.    Okay.  Thanks.  I just want to make sure we're using the same language and words to describe things.

A.    Yes.

Q.    So on a typical -- let me strike that.  Let me ask a different question.  Do you typically work day shift only, or do you work night shift as well?

A.    When they give us our assignments for the year, they tell us.  Sometimes, it goes longer than a year.  They tell us where we're going.  So you work that assigned unit unless the supervisor changes it, which is the major.  If things --

Q.    Okay.  So your assignment for the whole year would be, for example, A-cellhouse and you'd work A-cellhouse the entire year in the assignment?

A.    Yes.  Unless another supervisor is not present and they might need a supervisor in a unit, but it's very rare.  Like, our segregation, there has to be a lieutenant there or it has to be two supervisors.  So at that day, they might say, hey, I need for you to go work this unit.

Q.    Okay.

A.    But it's -- it's still -- you still have that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

same assignment, but it can differ to change due to maybe somebody being off on medical leave or the number of staff.

Q. Okay. So what unit do you work now?

A. B-cellhouse.

Q. Okay. And how long have you been working B-cellhouse?

A. It's been over a year now.

Q. Okay. And at some point, you worked A-cellhouse, correct?

A. Yes.

Q. Okay. When did you start working A-cellhouse?

A. Well, I worked A-cellhouse as a sergeant when I came back. So I did a lot of time at A-cellhouse even before I left and went to Miami Prison. That was the first cellhouse I ever worked in as an officer.

Q. So you talked about how lieutenants would be assigned basically for the year to a single cellhouse. Is that true for officers and sergeants as well?

A. The sergeants, they do it -- they do assign them to a unit as well, but also, it can change with staff. The supervisors being out, they might need somebody a supervisor over their unit. But officers, no, they move where they need to be placed. They're rotated.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   Okay.  So before you went to Miami Prison as a sergeant, you also worked A-cellhouse?

A.   No.  As a -- when I went -- so I was an officer here at Indiana State Prison before I went to Miami.  So when I came back in, what, 2020, I was a officer -- I mean, a sergeant over A-cellhouse on night bracket, J bracket.

Q.   Okay.  And so long when you came back from Miami Prison were you a sergeant over A-cellhouse?

A.   From December when I came back in 2020 all the way until I was promoted to lieutenant and then I became the lieutenant over A-cellhouse on I bracket.

Q.   Okay.  So you've been on -- and I think if -- we talked about it earlier.  You said you went to Miami Prison in January 2020, and you came back in December 2021.

A.   So I went to Miami in January of, like, 2020.  I came back to Indiana State Prison -- it had to be -- I stayed down there two years.  So I -- when I came back, it had to been December of 2021.

Q.   Okay.

A.   So it was about to be -- I was there almost close to two years.

Q.   Right.  Okay.

A.   So January -- I was a sergeant in A-cellhouse

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit F

from the end of December, it was a little before Christmas, all the way until March.  And then I became a lieutenant over -- no.  Hold on.  No.  I became a lieutenant over at D-cellhouse in -- I stayed there, like, for a -- a year.  January, so 2021 -- 2022. 2022, I came back to A.  It had been 2022 when we switched again, and I became the lieutenant back over A-cellhouse.

Q.   Okay.  So you were briefly a lieutenant over D-cellhouse --

A.   Uh-huh.

Q.   -- and then you came back to A-cellhouse?

A.   Yes.

Q.   At some point in 2022.  You can't remember when?

A.   I don't -- I don't remember when he changed us because it's not always January, so I can't remember when we got changed.  But I know I've been out of A-cellhouse since March of 2024, and that's when I went to B-cellhouse.  That's when they changed us to 9:00 to 5:00.

Q.   But fair to say in, you know, January 2023, you knew A-cellhouse pretty well and how to run it?

A.   Yes.

Q.   So I want to talk, you know, generally about,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit F

you know, the 2023 timeline when you were a lieutenant. What would you do on a typical shift when you were running A-cellhouse?

A.   Okay.  I'll come in, do roll call.  We'd get refreshed.  Then I'll go talk to my supervisors after roll call.  They'll talk here and there about if it's anything that changed, but mostly in roll call, they tell us all the events and we also get the e-mails of what has occurred in the units, you know, from the previous evening.  So I will go to my unit.  I'll talk to my officers and my sergeant, check the paperwork, make sure that the passes and -- and classes of the offenders -- or incarcerated individuals get to their passes -- their classes.  I'll also review PIPEs, PIPE walks, look at the review cameras, doing a count.  Then I'll go on the ranges to do my daily rounds.  I normally help my officers and sergeants secure for count.  So I'll go up on the range, just help them secure for count, make sure that everyone's secured. Do my daily -- try to do my daily inspections, make sure that the unit is clean, try to hit the cells to make sure they're in compliance.  So that's my daily thing, making sure that people are where they're supposed to be, watching line movement with the staff.

Q.   I'm sorry.  What was that last part?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.   Watching the line movement with the staff.  We do line movements at the top of the hour, and they go to lunch -- breakfast, lunch, and dinner every day.  So talking with the incarcerated individuals, work orders, checking their clothing requests, things of -- my paperwork, my daily paperwork that they drop in the box or give me.

Q.   Okay.  So I want to just go through some of that and just get a little bit more detail about what some of that means.  So you said when you -- well, let me back up.  So you start -- when you do a 12-hour shift, it's from 6:00 a.m. to 6:00 p.m.; is that right?

A.   Yeah.  We all have to sit at roll call at 5:45.

Q.   Okay.  And roll call, you know, I assume that is some sort of check in and then you hear about the events that happened the evening before; --

A.   Yes.

Q.   -- is that right?

A.   Yes.

Q.   Anything else that you do at roll call?

A.   They check the uniforms, make sure -- and give information on what has happened with the previous shifts, any updates, and things of that sort.

Q.   If there's changes to policies or anything



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

like that, do you hear about it at roll call?

A.    If there's a change in the policy, yes, they will tell us, and they also e-mail.  They have some stuff that they e-mail out.  The ACA policy coordinator will e-mail things out, things that are going to change, or HR.  It depends on what the policy procedure that is being changed.

Q.    Do they always tell you about it at roll call, or would it mostly just come through e-mail?

A.    Most -- most parts they do tell us at roll call when things are changed.

Q.    Okay.  And usually how long does roll call take?

A.    Five -- five minutes at the -- at the most.

Q.    And is everybody joining in roll call?  Is that the officers, the sergeants, lieutenants, captains, or just certain people?

A.    Mostly it's custody -- custody for our roll call.

Q.    And custody would include all of those ranks, right?

A.    Yes, uh-huh.  Sometimes the deputy wardens or -- will come and things of that sort or a unit team. It depends on what needs to be said or whatever is going on.  It all depends.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Q.    Who usually runs the roll call?

A.    The shift captain, or the shift lieutenant if the shift captain isn't available.

Q.    Besides the roll call, do you have any sort of regular meetings in your role as lieutenant?

A.    Yes, we have a -- a monthly meeting.

Q.    When is that?

A.    It's normally the last Tuesday of the month.

Q.    And what -- let's see that.  Who attends that meeting?

A.    The deputy warden, deputy warden of custody, the -- all the captains, the lieutenants, the major, the major's secretary.  She does the writing for the meeting.  Someone -- sometimes some of the unit team managers come, but mostly it's just the custody staff, custody and administrative staff.

Q.    Does anyone with a lower ranking than lieutenant attend that meeting, or is it just lieutenants and above?

A.    Just lieutenants and above unless they're requested.  They have to be requested, but they don't -- they just stay for what they are requested for and they are dismissed.

Q.    How long do these meetings usually last?

A.    It's an hour.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    And what kind of things do you talk about at these meetings?

A.    Staffing, incidents.  Basically -- with incidents, they basically say what, you know, could be doing -- what could have been done better, what things, you know -- pretty much our numbers, protocols, things, our staffing.  Pretty much stuff like that.

Q.    Okay.  So basically just how things are running, things that you guys could be doing better, --

A.    Uh-huh.

Q.    -- problems that are coming up, stuff like that; is that fair?

A.    Yes.

Q.    Any other meetings -- regular meetings that you are a part of as a lieutenant?

A.    If there's an incident, we have a -- oh, I can't think of the name right now, but we have an incident -- whenever there is an incident and you are involved in it, they have a -- a meeting to go over the incident, what, you know, the -- what could been done better, what was done correctly, things of that sort.

Q.    Is that kind of meeting given a name?  Is there a name for that?

A.    Yeah, it's a name for it.  I'm trying to think of it right now.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Is it called an after-action review?

A.    It's a review.  I can't -- I can't think of the name right now, but it is a -- a review.  Basically like an incident review, so it's deputies -- the people that's involved, the deputy warden, sometimes the major, sometimes somebody from training to go over -- sometimes safety hazards.  There's a few people that's included that -- when we talk about the incident, that could put the input of the incident, could have been, you know, prevented, X, Y, Z.

Q.    **How do you determine whether an incident is, you know, serious enough to have one of these review meetings?**

A.    Any time that it's -- most times they have them anytime that the quick response team or anything that has to be called, they normally have it.  It's basically the warden and the deputy warden, they are the ones that put out what incidents.  But any time there is any use of force or any type of quick response team that has to be called, most times they have them. Any kind of bodily injury, harm, any things of that sort that may mean a meeting is called, any disasters, or anything of that sort.

Q.    **How soon after the event are these held?**

A.    Within a week.  More than likely it's within a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

week.

Q.    And usually how long do they last?

A.    It all depends because normally it's about a few of them that happens when it's a meeting, so -- so it could be up to a hour.  Normally they do it for an hour because most times it's more than one incident that they are reviewing.

Q.    So if you were just there about one incident, do you just stay for that then you get to go?

A.    Yes.

Q.    About how many of those would you say you've participated in?

A.    It's been a few.  I don't technically have to be -- if it's my unit, I don't technically have to be involved in the incident, so if it's on my unit, I am required to go.  So I can -- it could be a day that I missed work and something happened, or I might not even have been on the unit.  I might not been involved, but it was my unit, so I normally am requested to go.  So I have been in a -- a few.

Q.    Okay.  So I want to back up to your -- sorry.  So after roll call is over, you said you -- then you go straight to your unit; is that right?

A.    Yes.

Q.    Okay.  And you said you talk to your staff in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

the unit.  What do you usually talk to them about when you get there?

A.   It all depends on they have that day.  Making sure that they are doing their rounds, making sure that they are -- if they are new to the unit or if it is a new month, that they are signing off on their post orders, that they understand, and they are reading them.  Making sure that they are seeing living, breathing bodies as they do their rounds.  Making sure that the unit is clean, in order, and anybody that is out, other than going to chow or rec, that they -- they are out for a reason, that they are going where they are supposed to be going.  Just the daily things. Checking on them, making sure that they understand what is going on in the unit and they understand what they are doing on their job.

Q.   Okay.  And when you get there and you start talking to them, where are you usually when you talk to them?  Is that in the --

A.   We're in the officer's station.

Q.   And how long do you usually stay in the officer's station talking to them at the beginning of the shift?

A.   I normally would say about -- I -- I try to cut it short.  Three -- three minutes at the most.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Sometimes we have to start then stop talking because they have to do their rounds or things of that sort, but I normally try to talk with them once we are done with counting and did our rounds and things of that sort.

Q.    What's the first count?  What time is the first count done?

A.    On day shift, the first count for day shift is 10:00.  The second one is 2:00.  The last one is 5:30. On nights, the next count is at 9:00, 12:00, 2:00, and then 5:30.

Q.    Okay.  So when you get to your cellhouse, there is no count until around 10:00 a.m.?

A.    Right.  Uh-huh.

Q.    Okay.  So you get there.  You go into the officer's station.  You talk to your officers and your sergeant for, you know, three minutes or whatever, make sure that they know what they are supposed to be doing; is that right?

A.    Yeah, just briefly, and I'm not even going to say completely three minutes because we are briefly getting everything together for the day.  They are getting the papers together, so we are talking and working.  Sometimes I have to take one and talk as we move, walk and talk a lot of times because it's a -- it's a fast-paced environment.  So most time I get --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

really to get a little talk in with them is after we do count and they did their rounds, so if I have something that needs to be a little longer talk to.

Q. All right. And you said when you get in, you know, oftentimes you have to kind of interrupt talking to them because there is something that needs to be done. What is usually the first thing that you guys are doing on a shift in the officer's station?

A. They're checking their equipment, making sure all their equipment and things are accounted for. They are doing shift change, so as they do shift change, you got to get your keys out. You have to get your sheets set up for people that has to go to work, classes, programs, and then they set that up. They set their lines up, and they do their rounds with their PIPEs, and when the lines are called for them to go out, they let the people out that have to go out.

Q. You said the lines for people to go out. Is that, you know, some kind of dashboard you have where it shows that somebody needs to be released?

A. Yeah. We have count letters. We have medical pass. We have pass logs, and we have count letters. And then we have our worker count letters as well, so we have -- for everything other than chow. Everybody goes out for chow and rec, so other than that, anybody that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

is out on the line movement, they have a reason to be out. So we do that at the top of the hour, every hour, except for count.

Q. You said it's -- but what about count?

A. Except for count. We don't do any line movements at count, and nighttime they don't do any movements until, like, workers, and that is, like, at midnight.

Q. Okay. And so you said you do line movements at the top of the hour, every hour, except when you are doing count; is that right?

A. Yes. And on night shift, other than night shift. They are in place, so nobody is going anywhere until breakfast or things of that sort, but we are -- we are -- we have to do rounds every 30 minutes. So technically it's an officer, and the sergeants they're assigned to the range with. I am normally just the overseer of the unit and the staff.

Q. So can you explain line movement to me as someone who has never seen line movement before?

A. Okay. So at the beginning of the hour, they -- some people have classes, work, school, passes that they have to go to, so their passes are set for them to go like at 9:00. They are -- they will get let out when that line is called for them to go to their passes or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

school or a count letter.

Q.    Okay.  So people are let out at the top of the hour if they have something that hour?

A.    Yes.

Q.    And who usually handles that?  Is that the whole shift or the whole --

A.    The sergeant and the officers.

Q.    And do you usually oversee it or have any role in line movement?

A.    Yeah, I oversee.  They make their run sheets. I oversee when they let them out.  I normally -- I am -- I am an active supervisor, so I am there helping them if they need me.  I am standing at the door if there is line movement and if they might need a hand setting up their lines.  Sometimes I do because we sometimes don't have -- make -- somebody might have to go upfront or something or whatever needs to get called out for something, so I will step in and help the staff as well if they need it.  So pretty much I am the overseer.

Q.    And what's the process of letting people out of their cells when they have a pass to go somewhere?

A.    We set up lines.  So we have a bar, so we'll set up the lines for that hour.  So when it's time for them to come out, we just unroll it, and we announce on the intercom that the line movement is beginning.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

Q.    Okay.  So you roll a bar.  Where is that?

A.    It's at the front of the range.

Q.    Okay.  And you have to roll each range individually?

A.    Yes.

Q.    Okay.  And each side of the range, you also --

A.    Yes.

Q.    The north side and the south side, you also roll individually?

A.    Yes.

Q.    Okay.  After you roll it, do you have to go to their cell to unlock it?

A.    No.  We unroll the bar, so we roll the bar for it to be so they can't come out until we let them out. So we go there and unlock the doors to set it up, so when it's time for the lines to go, we unroll the bar and they are able to open their doors to go out.

Q.    I see.  Okay.  So you would -- before you roll the bar, you would have to go to their individual doors, unlock them with a key, and then come back and roll the bar?

A.    So we -- okay.  So we roll the bar first so that it's locking -- it's a second locking division. Most times it's already rolled because they are in their

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

cells, but yeah, you go there, it should be already locked.  You go down to unlock the doors that have passes, classes, or whatever going on in that line movement.  So they are unlocked, so when the line is about to run, instead of going to each door one by one, we unroll it so they can get to their passes in a reasonable amount of time.

Q.    Okay.  Understood.  My -- I just want to clarify one thing.  So the bar would already be rolled to -- as, like, a secondary lock?

A.    Uh-huh.

Q.    Before you unroll it, you would have to go to the -- each cell of each person who has a pass, unlock it with the key at that door, and then you would go roll the bar so they can all come out at once?

A.    Yes.  Correct.

Q.    Thank you.  Okay.  And you do that every hour during the day shift?

A.    Yes.

Q.    And you said staff, the officers and the sergeants, are required to do rounds every 30 minutes; is that right?

A.    Yes.

Q.    Okay.  And where is that policy?  Is that policy written down anywhere?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.    For the PIPEs, I -- I couldn't even tell you where it's at in the -- in the policy, but I know in the -- in our post orders, it does say rounds every 30 minutes.

Q.    Okay.  And do you know why you are supposed to do rounds every 30 minutes?

A.    To make sure the safety and security of the incarcerated individuals in the facility, make sure that they are where they are supposed to be, make sure they are living and breathing.  Checking on them because we are basically overseeing them while they are here, making sure that they are okay.

Q.    And fair to say that you know there could be an emergency that these incarcerated individuals can't help themselves when they are locked in their cells, correct?

A.    Correct.

Q.    Okay.  What kind of emergencies are you usually worried about happening?

A.    I'm -- I mean, not to say -- I can't really say worried about happening.  You know the -- the prison is unpredictable.  It's changing every day.  We house so many different type of people.  I mean, I just want it to -- to be a safe environment and make sure we do our rounds, check on them, make sure they are okay. It's not

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

any incident that I am -- I don't want any incidents to happen, so it's not one that I am saying one is less important than the other, no.

Q.   Sure.  Yeah.  And, sorry, I think I asked that question poorly.  I will ask it differently.  So, you know, as a lieutenant or, you know, anyone working as a correctional officer, you know that someone could have some kind of medical emergency, like a heart attack or a stroke.  You know, there could be a suicide attempt, things like that, that would require quick action and intervention, correct?

A.   Yes.

Q.   Okay.  So it's important to be, you know, aware and vigilant of what is happening in the prison and in the locked cells because, you know, something could -- something serious could happen at any time, right?

A.   Yes.  Correct.

Q.   And, you know, if someone has a heart attack or a stroke, you know, seconds and minutes definitely matter, correct?

A.   Correct.

Q.   Okay.  So is it fair to say, you know, that anybody working, you know, in a correctional cellhouse would understand that, you know, they need to be aware

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

at all times of what is going on in the cells when prisoners are locked in their cells?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  As our job and our duty, we are required to walk and see living, breathing bodies, check on the incarcerated individuals.  So that is our duty.  That is all I have to say about that question.

BY MS. PIERCE:

Q.  **If a prisoner who's locked in their cell has some kind of emergency, you know, they are having a stroke or a heart attack or a fire starts in their cell, how can they communicate that emergency to staff?**

A.  We do our PIPE rounds every 30 minutes. Sometimes we have -- we do our PIPE rounds every 30 minutes, and if there is -- we have fire alarms as well, so we just do our best to be vigilant and see, you know -- make sure we see living, breathing bodies, checking on the incarcerated, doing our rounds. Sometimes people do them more than every 30 minutes. It's just being aware of your surroundings and where you are, and knowing the population.  We -- our officers do change, but we do have some that, kind of, stay in the unit, and sometimes we -- basically, you know, we get to know some

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

of them.  Like, if they have any medical conditions, sometimes they do relate to us, or me as a lieutenant, we get the incidents reports. If they are a heart patient or whatever, they have seizures, we try to check and look at more -- a little bit be a little more diligent on looking, even though we do treat everyone the same.

Q.    **If someone is having, like, a real emergency, it's not really reasonable to ask -- to expect them to wait 30 minutes for PIPE rounds to tell an officer, right?**

A.    We do our rounds with them, policy and procedure.  If someone is not feeling well, sometimes they scream out, and sometimes another officer might be walking around.  So if they have any issues, we will call medical, or if it's something that they feel like they having chest pains, whatever, we do call signals. So we will call a signal 3000 and wait for staff to come.  It has to be two people to go in the cell with them to get the incarcerated person up and give them medical -- give them the medical attention that they need.

Q.    **Okay.  So you need two people to respond and let somebody out of their cell?**

A.    Yes.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit F**

Q.    In an emergency as well?

A.    In an emergency.

Q.    And so I think you said, you know, they would holler or yell if they needed your attention.  Is that sort of an expectation that if something was going on and somebody really needed your attention, they would yell or scream or something so you would hear them?

A.    Well, and actually, this is an old prison, so we don't have push buttons inside the cell versus newer prisons have the intercom.  So we rely on us doing our rounds.  So most times somebody would say or scream out, "Hey, CO," but we rely on during our rounds more and more.  So like I said, some people do their rounds a little bit more than that 30 minutes, but --

Q.    Can you generally hear anywhere in the cellhouse if somebody is yelling out to you for help?

A.    For the most part, yeah, but it all depends on what is going on.  If they are locked in and it's like count time, it's normally a little bit quieter in here.  But if people is out, moving around, probably not as much, but that is why we are -- we are supposed to do our rounds every 30 minutes.

Q.    Okay.  Excuse me, I'm sorry.  So in a -- in the A-cellhouse, for example, you would have the unit lieutenant, who would be you, and then you would have



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

one sergeant, and how many officers would be assigned to the unit?

A.   It could be -- it could be as little as another officer, or it could be up to four or five officers.  It all depends on the staffing.

Q.   What are the responsibilities of the sergeant and the officers in A-cellhouse?

A.   Their responsibilities are to make sure that they are letting the incarcerated individuals out for their passes, count letters, safety and security of them, making sure that they are doing what they are supposed to be doing.  If they are not supposed to be out, they need to be in.  Sanitation, make sure the workers are doing their jobs, their sanitation.

Q.   Are they assigned to -- are each of the other officers and sergeants assigned to the unit, are they given specific areas that they are in charge of?

A.   Yeah.  The sergeant is -- normally is on the flat in the 200, but they are -- they are overseeing the -- the officers, so they are supposed to make sure the house is running as well on all ranges, but they are assigned to certain ranges.

Q.   And the other ranges are divided between the other officers who are available?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   And do the officers have keys just for the ranges they are responsible for, or what keys would they have on a given shift?

A.   They have the keys to the doors that they're assigned to.  Yes, the ranges that they are assigned to.

Q.   Okay.  But they don't have the keys for the other doors -- other ranges that are assigned to someone else?

A.   No, they -- we all have the same, like the gates to get on the ranges, but the cells, no.  That officer is the only one that has the keys to that range, unless they take out a spare set, but most times they wouldn't take out a spare set.

Q.   Okay.  So if you, for example, were assigned to the 300 range, would you have any keys to open the front door of the 200 range?

A.   Yes.  You can open up the front door.  You just can't open the cells.

Q.   Okay.  Would you be able to roll the bar on the 200 range?

A.   No, because you won't have the key to the box.

Q.   Okay.  So only the person assigned to that range would have the key to roll the box on that range?

A.   Yes, unless they take a key, a spare key out of the box, but nine times I am saying they don't.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    And am I correct that there is a staircase on the east and west side of the ranges?

A.    Yes.

Q.    Okay.  And are they both open?

A.    Are you saying, are they open?

Q.    Yeah.  Are they both open?

A.    To get up the stairs, it's locked, so you have to unlock and come up the stairs and walk up.  The front of the gates are locked.

Q.    Okay.  And is the entrance to the stairs locked?

A.    The incarcerated individuals come up through the back.  We could come up there too, but the front of the staircase, where the boxes are, are locked because that is where the staff comes.

Q.    Okay.  But the back is open for the inmates to come up and down?

A.    Yes.

Q.    Okay.  And on the side where the inmates come up and down, there's no bars or nothing to unlock those areas, right?

A.    No.

Q.    When the officers and the sergeant, if they are assigned to a range, do their rounds, do they do it all at the same time, or is there any requirement that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

they stagger, or they just do it whenever they can?

A.   So when they do their rounds, they're doing the rounds that they are assigned to, which range they are assigned to.  So sometimes they might do them at the same time, and some people do theirs different, different times, but I -- I like for them to do it at the same time, but sometimes they do them different times.  Just has to be 30 minutes from when you did your last one.

Q.   And why do you like them to do them at the same time?

A.   To me, I like that they do it at the same time so the sergeant can keep track of when the person went to do the rounds because we have to log down when we do our rounds.

Q.   And how do you log that?

A.   In the daily log.

Q.   And do you do that manually, or is it done --

A.   They do it by hand.  They do it by hand.  It's a written log.

Q.   In the A-cellhouse, is there any sort of electric, you know, the -- they call it -- it is called PIPE, the PIPE system, right?  Where you go around and do the rounds?

A.   Yeah.  We have sensors.  Yes, we have the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

sensors.  We have three sensors on each side of the ranges.

Q.    Okay.  So when you do your rounds, you're supposed to tap the sensor; is that correct?

A.    Yes.

Q.    Okay.  And that'll also record when you do your rounds, right?

A.    Yes.

Q.    After the officers do their round, where do they go after that?

A.    They sometimes go to the officer's station. Sometimes they have other assignments that they have to do.  They might have a property to pack.  Line movement might be running, so they might have to be at the door. They might have to go talk to another incarcerated individual in the cellhouse.

Q.    Okay.  You said when you know, when you get to the A-cellhouse and you talk to your staff, they do line movements, things like that.  You said you also check your paperwork.  What paperwork are you checking?

A.    The incarcerated individuals put in if they need clothing or they need a work order, or sometimes I have, like, different tort claims or theft reports, things I have to go back and review the camera for, e-mails, things of that sort.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   So do you have -- strike that.  Where are you reviewing your paperwork?  Is that in the officer station?

A.   No.  I have my own office, a lieutenant office, so I have my own office.

Q.   And where is the lieutenant office?

A.   Well, in A, Adam, it's in the office with the counselors.

Q.   And is that on the north or the south side of the home?

A.   It's on the -- where is that.  I think that's the north side.  The north side of the -- hold on. It's -- it's the south side.  It's on the south side.

Q.   Is it on the same side as the officer station?

A.   No.  The officer station is on the other side.

Q.   Okay.  And is anyone else allowed in the counselors' station?

A.   The counselors' office, so I do -- in A, they do have a door to the lieutenant's office you can close inside of the counselor's office.  But if I'm reviewing or doing anything, I'll close that door.  But yeah, the counselors have their own work to do, so the other individuals come out and talk to them.

Q.   And you have a computer in there?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Is that connected to the internet?

A.    Yes.

Q.    Okay.  And do you have any -- well, let me go back.  There's a lot of surveillance cameras in A-cellhouse, right?

A.    Uh-huh.

Q.    Do you know how many there are?

A.    I can't recall off-back (phonetic) how many it is, but it's cameras on each range.  It's cameras in the front of the door.  So I would say it's -- it's got to be over 15, 20 of them.

Q.    And can you see -- are there any monitors that show live feeds of the surveillance videos anywhere in the cellhouse?

A.    I -- so it's only some select people that have access to the cameras.  They have some in the officer station that's for the unit, but they cannot go back and look and review it, things that happened.  The only people that could do it is the lieutenants and above, so those are the other people that have access to it.

Q.    Okay.  And do you have monitors showing the live feed that you can look at in the lieutenant's office?

A.    Yeah.  We have a log-in, so I have to log into it to be on it.  So it's under my name.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Q.    Okay.  So it's not up all the time, you actually have to log into it?

A.    Correct.

Q.    And it -- do you just look at it on the normal computer?

A.    I look at it on my office computer, yeah, the computer that's in my office.  I'm required to review cameras.  I have needed to go back to check things that people have grieved about, or had theft reports, or whatever, and just to check units to make sure things are being done correctly, looking around to see what's going on, things in the unit.

Q.    And so could you, like, check your e-mail and see the cameras at the same time, or, like, no, you'd only be able to look at one thing at a time?

A.    No.  You can have both screens up.

Q.    Okay.  And are there any policies about who should be monitoring the cameras or how often they should be being monitored?

A.    Not to my knowledge is any policy about who -- the warden is the -- the one that allow who has access to the cameras, so I don't -- not to my knowledge, it's a policy on that.

Q.    Okay.  So it's not like when you're the lieutenant's office, there's no requirement that you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

have the monitors for the cellhouse up so you can watch those and keep an eye on things?

A.    Not to my knowledge, but I always have them. If I'm in there -- I'm very seldom in the office.  I like -- I'm a hands-on supervisor.  I'm normally in -- out -- in the unit with the officers and the sergeant. So normal times I do go in the office, it's normally doing count and look back at things, or unless I have something that has to be answered or looked back on at a certain time.

Q.    Okay.  And usually, if you're in there, you have the monitors up so you can see what's going on?

A.    Yes.  Uh-huh.

Q.    And why do you do that?

A.    To make sure that things are going according on unit.  I might see something that happened -- that's happening that my officers can't see at that time on the camera, so we'd be able to react to the situation faster.

Q.    And is there any sound on the surveillance videos?

A.    No.  No sound.

Q.    And the computer -- well, strike that.  Is there a computer in the officer station as well?

A.    Yeah.  It's a computer in there.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Okay.  And does that computer have internet?

A.    Some of them don't, some of them do.  But the internet is limited, what you can do.  You only even can go on your e-mails, do reports, and things of that sort.

Q.    And are the surveillance feeds, are those always up in the officer station?

A.    Yes.  It's -- most times on some of the computers, that's the only thing you can see.  They don't have a lot of internet access, so they just want the cameras to be up on that -- on that unit so the person will be able to see what's going on.

Q.    Okay.

A.    Check --

Q.    So --

A.    -- the cameras.

Q.    So is there any policy that requires the camera feeds to be up at all times in the officer station?

A.    Not that I have knowledge of.

Q.    Okay.  But the -- your understanding is that they should be up at all times?

A.    I mean, to me, they should be up if you're in there, and the sergeant should be reviewing what's going on, to my knowledge.  But any policy, I don't know.  I have no knowledge of that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Is that an instruction that you would give sergeants working under you, to always be monitoring the feed if they were in the officer station?

A.    Yeah.  I -- I will give that to -- for them to be able to monitor and be able to do rounds in the unit, they should be doing rounds other than just their range because they're responsible for, you know, the people that's working under them.  So they should do rounds.  I do rounds as well, so they should be doing rounds as well.

Q.    Okay.  If, on a given day, the monitors in the officer station weren't working, would it be important to do extra rounds or to make sure that someone was out on the floor more often?

A.    Yeah.  We're required to be out anyways.  We shouldn't -- like I said, we don't really -- they shouldn't really be just lingering around the office station, so they should be out and about as well.  If the monitors go down, we do call the tech to come and fix them, so -- the monitors do go down.

Q.    So regardless of whether the monitors are working, officers aren't supposed to just hang out in the officer station, they're supposed to be out doing things?

A.    Going out, moving around, making sure that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

things are going according.  But most times, they're normally in there to have their lunch, maybe doing after they're done with count.  So most times, they're just in there, regrouping on who is supposed to come out and things of that sort.

Q.   Is there any policy that limits how long officers can be in the officer station or instructs them not to just hang out and linger in the officer station?

A.   To my knowledge, I haven't seen a policy of how long that the officers could be in the officer station.  Now --

Q.   Is there any policy that -- oh, I'm sorry.  I interrupted you.

A.   I'm sorry.  But we are required to do our rounds and be at the doors when lines are running.  So when we're running lines at the top of the hour, we're setting -- setting up, really -- really don't have too much time to be in the office and be doing your job.

Q.   Is there any policy that prohibits all of the staff in the cellhouse from being in the officer station at the same time?

A.   Not to my knowledge.

Q.   Have you ever had to reprimand or, kind of, counsel staff when you saw them just kind of hanging out in the officer station?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.   No.  I haven't really had to reprimand.  I just, you know, talk with them, let them know why it's important about being vigilant, and standing on line movement, and being able to be seen by the incarcerated individuals.  Now, I have for people not doing their rounds like they're supposed to, so, obviously, that's a dereliction of duty.  So other than that, no.

Q.   Okay.  But you said you've, like, counseled them on the importance of being vigilant --

A.   Yes.

Q.   -- and making sure that they're seen by the incarcerated individuals?

A.   Yes.

Q.   If you wanted to review the policies that, you know, applied to your position and the work that you were supposed to be doing on a given shift, where would you look for those?

A.   That -- you could look on the -- the career website, or you can ask the -- it could -- it could be sent to you as well.  So I've -- I've looked on the career website on my duties of my position.  So I've looked on there, my requirements.  It's also -- it's also printed out for you when you have your interview, so I kept mine.

Q.   But what about, like, the policies that apply

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

to running the cellhouse?  Where would you find those?

A.   So we have the post orders, which is inside the cell, the unit, which is secure.  It's in a secure area.  But if you have any other things of the operation or any other concerns or any other questions, you have to contact the ACA coordinator, and then we see if it's -- but then you to be able to review it. It's only select people that can review select things. So the ACA person can send you that.

Q.   Okay.  So who's the ACA coordinator?

A.   Rhonda Brenda [sic].

Q.   And what does that stand for, ACA coordinator?

A.   The policy -- they do the policies and procedures, and they -- normally, at the beginning of the year, they go back and look to see when things were intimate (phonetic), to be able to redo the post orders and things of that sort during the year.

Q.   Okay.  So what post orders would actually be in the officer station?

A.   They're normally locked in a -- a black box with a lock on it, so they're secure.  We're -- we're supposed to review them every 30 days, or whenever you come to a new unit that you haven't been on, you have to review them and sign them that you understand it.

Q.   Do people generally review them every 30 days?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.   Yes.  You're supposed to by policy.  You're supposed to review them every 30 days, and I go back through the book to look at the signatures, and sometimes I talk with officers or the sergeant to make sure they understand the operations of the unit.

Q.   Okay.

A.   Make sure they not just signing off on it.

Q.   So there's, like, signatures that are required to show that people are reading them?

A.   Yes.

Q.   And so there's no post orders that are just out in the cell in the officer station.  They're all locked in a black box?

A.   Yeah.  They're all locked up.

Q.   Okay.  Would the cellhouse have all of the post orders that apply to Indiana State Prison, or just the ones that apply to that cell unit, or that cellhouse?

A.   Just -- just the one that applies to that cellhouse.  But it's also a general area that is for the facility completely, which the general is the same in all of them, but it's a post order that's for that direct unit that's inside that --

Q.   Okay.

A.   -- one.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   And so every month, people are supposed to review the general post orders and the cellhouse post orders for the cellhouse they're in; is that right?

A.   Yes.  Yes.

Q.   Okay.

A.   Because things can change.  So if anything changed, it's normally printed out and put in the post orders, so when they do redo -- the ACA coordinator, policy coordinator, they redo the post orders, that is put in consideration to add to it or take from.  So yes.

Q.   Anything else they are supposed to look at every month?

A.   The staff?

Q.   Yeah.

A.   The post orders.  But daily, we look at the equipment, and weekly, we're supposed to do -- the sergeant or the lieutenant does a -- a unit inspection. So that's pretty much it for the daily -- they check all the tools and the keys, accountability daily.

Q.   Okay.  So every day, you check the equipment -- the staff checks the equipment, they check the keys, the radios, monitors, things like that?

A.   Uh-huh.

Q.   Okay.  And then weekly --

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    -- the lieutenant or the sergeant does an inspection of the sole -- the whole cellhouse?

A.    Yes.  It's the windows, the -- the ranges, the midway.  It's midway inspection.  Things of that sort.

Q.    And when you do that weekly inspection, are you looking in the cells themselves to check, you know, lighting and, you know, what's in there, things like that?

A.    So we're -- we -- we're supposed to do two shakedowns each shift, and when we're walking, we're supposed to be making sure that the cells are -- sorry.  Excuse me.  That they are -- their -- what their -- what their -- what their policy, what they're supposed to have, that it's not too much, they don't have things that they're not supposed to have.  So we are supposed to do inspections as we go on during the day.

Q.    Okay.

A.    You see something, you know, making sure they -- if they have -- you see if they have too much, then, you know, have them to get in compliance, cell compliance.  So --

Q.    I see.  Oh.  Sorry.  Go ahead.

A.    So just to make sure that they get into cell compliance.  Some people have too much, so we try to get them in cell compliance, where we're supposed to do two

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

shakedowns a day.  Then that shakedown, you're making sure that they're in compliance.  But as we walk and do our rounds, we're also still looking at the cells, the conditions.  If somebody needs a work order, they normally come and tell me, or they put it in my box.  Or if staff see something, they give it to me and I'll report it to the maintenance.  If something that's a dire at that time, then I'll call maintenance, or they do have maintenance that do come in and fix these emergencies.

Q.    Do you ever -- is anyone supposed to do any searches or inspections to make sure that, like, electrical outlets and lighting are working okay?

A.    We do the -- the custody, I can speak on the custody side.  We do a -- just when they move in and move out of a cell, we do an inspection to see if water is working, the light is working, if it's intact, not intact.  So we do that when they move in and move out. If they have an issue, like if I see something, I'll write it down to get it fixed.  But if -- if I'm doing a shakedown or something, I see some of that sort, I'll write it down, get it -- you know, get it looked at. But the offenders, for the most part, if it's something wrong with their light or fixture or water or anything, or they see anything, they tell us so we can put in a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

work order, and -- but that's pretty much.

Q.   Okay.  So it's custody staff, unless you're doing a shakedown, you're not -- or if someone is moving into a cell or out of a cell, you're not really going in to inspect inside the cell; is that right?

A.   Yeah.  We go in -- other than that, we go in and do, like I said, where we try to get the -- the cell in compliance.  But I'm custody.  Maintenance, I don't know when they do their audits or how they come in or how they write it because that's maintenance.  So other than the maintenance side, I have no knowledge of that.

Q.   Okay.  And when you say you're trying to get the cell in compliance, that's like when you're doing a shakedown or if you see something, you go in and you say, this needs to be changed?

A.   Yeah.  Or talk to the incarcerated and go, hey, I'm going to let you change this.  I'll be back to make sure that you're in compliance.  Or if it's something that they're not supposed to have, we confiscate it, we give them a confiscation paper.

Q.   Okay.  And this is just when you're doing your rounds, if you see something, or if you're doing a shakedown, --

A.   Yes.

Q.   -- right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.   Yes.

Q.   Okay.  But otherwise, you're not doing a full inspection of the cell unless it's, you know, they're moving in or out; is that right?

A.   Right.  Or unless we're going in.  But I see, like, there's a broken light, something that I see -- physically see, unless they tell me, no, I wouldn't know.  I'm custody.  I don't know nothing about maintenance.  I just know the small amount.

Q.   Okay.

A.   If the water is running, if the light is cutting on, if the toilet is running, that's all I know.

Q.   And can incarcerated individuals themselves submit maintenance requests, or do they have to submit them through you or through an officer?

A.   They have to submit them to me or the counselors, the unit team.  At this time, the only people that can really put them in is the lieutenants and the captains, or the counselors.  So they submit them to me, I submit them to maintenance.

Q.   Going back to the policy documents, have you ever requested to review something from the ACA coordinator and been told that you're not allowed to review it?

A.   No.  Not to my knowledge, no.  Anything that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

I've asked to review, I've been able to review.

Q.   And have you asked to review documents from the ACA coordinator?

A.   Only thing I asked to review was, like, the operations policy when I worked in D-cellhouse.  Other than that, pretty much, haven't had any issues, I'll review it, or I go to the handbook, or I'll look in the captain's office, see if they have anything that I might need to know about.  Like, emergency stuff, I'll look in the book to see XYZ on how to do something if I don't know how to do it.  I'll look in the -- the manual.  It's one in the supervisor's office.  Or if I don't know something, I'll ask my supervisor, or where -- if -- where -- or where can I find it.

Q.   Okay.  So there's a set of the -- there's a copy of the emergency manual in the shift supervisor's office?

A.   Well, it's -- it's a -- it's a book to tell you, like, how to handle different situations that come across the office, like if things -- a natural disaster or anything like that, you can look on that to see who to -- who to contact, who XYZ, or things of that sort.

Q.   And is there --

A.   So --

Q.   -- any requirement for you to review that?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit F**

A.    No.  No.  Not that I -- not that I'm aware of, no.

Q.    And --

A.    I'm just -- if I'm -- if I'm in a situation and I need to -- it's -- it's pretty much like the policy and procedures, like the post order, pretty much. So with that, if I have a situation that happens, I need to make sure I'm talking to the correct people in -- in which order I need to do, so --

Q.    Okay.  So if you're going to review that, it's because -- if you're going to review the emergency manual or other policies, it's because an issue is coming up -- has come up and you're trying to figure out how to solve it and deal --

A.    Yeah.

Q.    -- with it?

A.    Or something that I -- I need to get knowledge of for me to be able to do something.  That's just like if I have to discipline someone.  I have to have a policy and procedure on why am I disciplining.  So I'll look at the handbook, the employee handbook.  I'll look at the policy and procedures to see what -- what was broken, what was done, so you have to come with something.  You can't just say this person did XYZ.  I have to have something to back that up.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   Got you.   Okay.   So when an issue comes up and you're unsure of the policy or the rule, that's when you would go to look at policies or manuals or whatever?

A.   Correct.

Q.   Okay.   You said that, sometimes, you would follow up with officers or subordinates to make sure that they were reviewing policies; is that right?

A.   Make sure they're reviewing the post orders, yes.  Make sure they're reviewing the post orders, not just signing off on them.

Q.   Oh.   Just the post orders?

A.   Yeah.   Make -- make sure they're reviewing the post orders, or if it's something -- most times, like I said, if it's a new -- a new policy or something that comes, they normally talk about it in roll call.   Or if things change in the unit, I do kind of try to let them know and have them make sure they're reviewing the changes and things of that sort.

Q.   And how would you go about making sure that officers were reviewing the post orders?

A.   Well, they have a sign-off sheet.   So in their timing, when they get time to review it, before I sign off on it, I try to talk to them to see, did they read it?  You know, sometimes I might ask questions.   But for the most part, if they're signing off on it, they're

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

supposed to read it, not just signing off on it. But it holds them accountable of XYZ if something happens. You signed off on it, you said you understand.

Q. Okay. Do you mostly trust them to be honest that they're looking at it and signing off?

A. Yes.

Q. You talked about doing weekly inspections. Were there any inspections that were done at other intervals, like monthly inspections as well?

A. What's the weekly -- it -- I'm trying to think of what will be an inspection. It's weekly inspections for the unit. Monthly, only thing I -- I do monthly is, they turn in all the -- we turn in all the paperwork, so I do review the monthly -- monthly unit paperwork. So I do review it monthly before I turn it in if there's any questions to make sure that everything is documented correctly before it's turned in to the supervisors.

Q. And that's, like, logs and line movement sheets and --

A. Yeah. Uh-huh.

Q. ISP is a pretty old prison, right?

A. Yes.

Q. There are a lot of maintenance problems that you find when you're doing inspections and things like that?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.   I mean, to me, for it being a prison that was opened in the 1800s, I think the maintenance staff do -- does their job.  If it's something that goes on, we put the orders in, they try to answer them the best of their ability.  I wouldn't say it's a lot of issues. It's just an old prison.

Q.   **What are the most frequent problems that orders are being put in for?**

A.   These days, light bulbs, the toilet might leak a little bit.  It is an old prison that works off boiler heat, so that's pretty much -- pretty much it for me.

Q.   **Did you say light bulbs?**

A.   Uh-huh.

Q.   **Okay.  So, like, a light bulb burns out?**

A.   Yeah.

Q.   **Have you seen many, like, electrical problems or problems with outlets in the cells?**

A.   Not -- I haven't seen a lot of that, but a lot of the guys try to take them off to smoke on -- smoke with them, so that's why we try to look to make sure that everything is intact.

Q.   **Okay.  When you say, "Take them off to smoke with them," what do you mean?**

A.   Using it -- using the electric as a lighter.

Q.   **And so when you look around, can you see the**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

outlets when you're going by the cells?

A.   Yeah.  Outlet is right by the light, so if we -- we see it, we try to write it down to get it done, ask them what happened, look at the -- try to go back to look at the -- when the person moved in, was it broken or anything of that sort, did it get fixed yet.

MS. PIERCE:  Been going for a little bit over an hour and a half.  Why don't we take a short break? I'm fine with five minutes.  Do you guys want longer than that or --

THE REPORTER:  Let me take us off the record. The time is 11:34.

(OFF THE RECORD)

THE REPORTER:  We are back on the record for the deposition of Lieutenant Nadine Smith-Robinson. Today is January 23, 2025, and the time is 11:49 a.m. Central.

BY MS. PIERCE:

Q.   Ms. Smith-Robinson, before the break, we were talking a little bit about how A-cellhouse was run. Did each of the staff that was assigned to A-cellhouse have a radio?

A.   Yes.

Q.   And what were the policies about when and how to use the radio?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.    We use radio elikit (phonetic), so if we -- our radio lingo, if we need to talk to someone, you say their name first, then your name, and then also if there's a signal, you call it.

Q.    And so if there's a signal, you call that over the radio?

A.    Yep.  And all the radio traffic stops.  The control stops, all radio traffic, so they can get to the area of emergency.

Q.    Okay.  And is that how you contact the control room as well?

A.    The control room, other than -- we call the control -- the control person then our name, yes.

Q.    Okay.  And so you would talk to the control room on the radio, you wouldn't call them on the phone or something like that?

A.    Right.  It goes over the radio if it's --

Q.    Okay.

A.    -- an incident.  You call the control and your unit, what -- what -- I mean, who you are, and you call the signal, so that stops all the radio traffic.

Q.    Okay.  And if you call the control room, everybody else who had a radio would hear the signal that you called as well, right?

A.    Correct.  Because that's how the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

quick-response team hears what's going on and get to where the emergency is at.

Q.    Okay.  And if there is a fire in a cellhouse, what signal do you call?

A.    A 1071.

Q.    And is there also a 1070 code?

A.    Yes.

Q.    And what's that code for?

A.    When the fire alarm is going off.

Q.    Okay.  So if the fire alarm goes off, you call 1070, but if you just see a fire and there's no fire alarm, it's a 1071?

A.    Even if the fire -- sometimes, the fire alarm will go off before you even see what's going on.  Once you do your rounds, you just call the 1070 because you hear the alarm.  Then if it's a fire, you call a 1071.

Q.    Okay.

A.    So it's an active fire going.

Q.    Okay.  So what -- I'm not sure I quite understand the difference between a 1070, 1071.  What's the difference that you understand between the two?

A.    One is the fire alarm, and then one is an actual fire.

Q.    Okay.  And if you hear a 1070 or a 1071 called over the radio from a different cellhouse, what are your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit F

obligations in A-cellhouse?

A.    So if I'm not on the quick-response team, I'm not supposed to respond unless my supervisor says otherwise.

Q.    Okay.  Are you ever on the quick-response team?

A.    Sometimes.  Not all the time.

Q.    Have you been trained to be on the quick-response team?

A.    Yes.

Q.    And what kind of training do you get to be on the quick-response team?

A.    So we have to go to training.  They teach -- teach us different situations, how to respond, things of that sort, different equipment that we have to use and things of that sort.

Q.    How often do you get training as part of the quick response team?

A.    Every year.

Q.    Just once a year?

A.    Yes.

Q.    And how long is that training?

A.    Well, I believe it's eight hours, 12 hours.

Q.    And is it, like, classroom training or situational training or --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.   It's classroom and it's physical and it's also other training for the weapons.

Q.   **When you say physical, what do you mean by that?**

A.   We -- so with the quick response team, they have, like, two sections.  You have the regular respond, then you have, like, the cell extract.  So we get taught how to respond to situations, what to do when we at the situations, who's in charge.  There's different people that's in charge.  That's the number one, then the two, then the three, then the -- so it's different people that's in charge.  First, the first person in charge is normally a supervisor, sergeant or above.

Q.   **Okay.  So you're given this information in a classroom setting; is that right?**

A.   Yes.

Q.   **Are there any, like, drills that you do or any, like, mock scenarios or things like that?**

A.   Yeah, we do mocks, too.  Also, the facility on each shift is required to do a mock every month so --

Q.   **And what's a mock?**

A.   Basically a drill.  So if it -- you know, you call whatever the situation is, then the people that's on quick response for that day respond.  So that's why we go to yearly training to teach us how to respond in



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

the different equipment and things of that sort.

Q. And when you do the mocks, do you talk through the scenario and the response or do you actually go through and act it out like it's a real --

A. They act it out like it's a real thing, like it's a drill.

Q. Okay.

A. It's -- it's -- when it's called, it's -- nobody knows that it's a drill but the supervisor --

Q. Uh-huh.

A. -- or when we go in the classroom and they take you out to, like -- into a, like, a scenario, that's how you get tested out as well so --

Q. What types of scenarios do you practice?

A. I mean, it -- it all depends. It could be when they're a person's button, a -- a officer's button could go off, it declare emergency, it could be a signal, a medical emergency, or anything of that sort. It's -- it's different drills.

Q. Okay. How are you -- how do they decide who's going to be on the -- trained to be on the QRT team?

A. The supervisor chooses who they want to go to the class and you have to go through a weapons board and things of that sort. So they have to pass all these different screenings.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Are all the supervisors trained to be on the QRT?

A.    Majority of them.  Majority of them.

Q.    Did you request to be on the QRT team or were you asked to do it?

A.    I was asked to do it.  I -- I mean, majority of the supervisors are, but not every single one of them.

Q.    So we talked about when a 1070 or a 1071 is called over the radio, you said, unless you're instructed to do something, you don't have any obligation to respond unless you're on the QRT team; is that right?

A.    Or on that unit or you're -- you're on that unit, yes.  If you're not on the quick response team, they don't want you to respond unless the supervisor says other and that's majority of the -- it's the captain.  So when the 1071 is called, normally the incarcerated -- mean, I'm sorry -- fire department. They will come as well with the quick response team.

Q.    If you're in another cellhouse, not the cellhouse where the fire is, do you wait for instruction to release the firefighters, or do you do it as soon as you hear a code?

A.    We do it as soon as we hear the code for the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

1071, unless the supervisor say otherwise that they got it under control.

Q.   Okay.  And is that written in a policy anywhere that you're supposed to immediately release the firefighters?

A.   Not to my knowledge, ma'am.

Q.   Have you ever released the firefighters in response to a 1070 or a 1071?

A.   Yes.  In my years of working here, yes, I have.

Q.   Let's talk a little bit about fires.  What are the policies relating to what you're supposed to do when you realize there's a fire in the cellhouse you're working in?

A.   If there's a fire in the cellhouse that I work in, I'm pose the rags (phonetic).  If call a signal, get the fire extinguisher, go -- try to go to the incident to put out the fire.

Q.   Okay.  So when there's a -- when you realize there's a fire in your cellhouse, you are supposed to first call the signal; is that right?

A.   Call the signal, get your -- get the fire extinguisher, the -- and water extinguisher and go up there and to wherever it's at and try to put the fire out.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    And where are these policies written down?

A.    To my knowledge, ma'am, I don't know where that policy is at.  We -- well, it is our duty to react and there's emergency situation.  So I don't know where -- I don't -- I couldn't tell you where the policy is at for that.

Q.    And where are the fire extinguishers kept?

A.    We have some in the office and some on the range -- in the front of the ranges.

Q.    Are they in front of each range?

A.    Yeah.  It's supposed to be -- yeah, one in front of each range, except for the flag because they have them in the office.  There's a note, so no incarcerated individual can get access to them.  So it's in the front of the ranges where it's locked and secured.

Q.    Okay.  And who has the keys to unlock the fire extinguisher?  Is it only the person who has the keys for the range or can anybody open the area to get the fire extinguisher?

A.    My knowledge right now, it -- it should be a key on each ring.  Each officer ring to my knowledge.

Q.    Okay.  So everybody would have a key for every fire extinguisher; is that right?

A.    To my knowledge, it should be a key on each

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

ring.  If it's a -- a lock on a fire extinguisher on the range.

Q.    Okay.  But you can't remember, as you sit here today?

A.    I -- I can't remember off back.  So let me just rephrase that.  To my knowledge, if right now, I can't recall if there's a -- if the fire extinguisher is locked or is it -- or if it's open.  I can't -- right now, I -- I -- I can't recall right now, no.

Q.    Okay.  And can you recall if the fire extinguishers in the officer station are locked or open?

A.    There -- it's in the officer station.  So when we're out of the office, it's -- the office is locked. So it's in a secured area.

Q.    Okay.

A.    So we could just grab them from in the officer station.

Q.    Oh, but there's no additional lock inside the officer station?

A.    No.  No.

Q.    And the officer station should be locked whenever you're not in there?

A.    Correct?

Q.    Okay.  Is it locked when you're in there as well?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    We close it when we're in there, yeah.  The gate is supposed to be closed.

Q.    And so would you have to, like, manually unlock it to get out or can you just open the door?

A.    It has a slide.  Some offices have a slide, some have a lock.

Q.    And what about A-cellhouse?

A.    It has a slide.

Q.    Okay.  So you can just slide it open without unlocking anything?

A.    Yeah.  You could just -- it's a slide in there so it can slide it in a lock.  But if you want to have the second lock on it, you could lock that, too.  But it's, like, a divider.  Like, so for that incarcerated individual, they want to talk to us, we have a top part. It's open and the bottom part is secure, so they can't just walk in there.

Q.    Okay.  So is it fair to say there's bars all around the officer's station?

A.    Yes.

Q.    Oh, but it's open --

A.    Like an office --

Q.    Oh, I'm sorry.

A.    It's like an office.  It's -- it's kind of like a little cage, so yeah, it's a little hard.  It's

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

kind of like a little wire, like, cage, kind of like.

Q.    Okay.  So open air.  So you have, like, open air flowing between you and the rest of the cellhouse, right?

A.    Yes.

Q.    Okay.  So you can hear what's going on in the cellhouse as well?

A.    Uh-huh.

Q.    Is there anything over the top of the officer station, or can you see up through the top?

A.    It's a -- it's like a wire.  It's same as -- it's -- it's like a little roof kind of like.  I -- I mean, it's kind of, like, old fashioned.  It's like a -- it's covered.  So if somebody do climb up there, they can't just come on inside.

Q.    But if you're -- oh, I'm sorry.  Go ahead.  I keep interrupting you.

A.    No, go ahead.

Q.    If you're in the officer station, can you -- the officer station is on the north side, you said, in A-cellhouse, right?

A.    Yeah.

Q.    Okay.  And can you see the entire range of the north cellhouse when you're in the officer station?

A.    You could see majority of it from the officer

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

station.  I mean, but you still have to get up to see some of it, but you can still see -- you could -- of course, you could see down the flag, you have to get up to look -- look upwards.  But if you -- if you standing up, you could see it little bit, but you still have to be able to come out.

Q.  Okay.  So if you stood up in the officer station, you could pretty much see the entire north side of the range, right?

A.  Not really.  Because it's -- the officer station's at the front of the range.  You only could see what's going on at the front part for the most part.  Like, I could see, like, the one at two or three because it's five tiers.  So I only could see so much upwards from standing in the officer station.

Q.  Okay.  Can you see, like, the first few levels, like, the 100 level, the 200 level, the 300 level?

A.  A little bit.  You could basically see the beginning, some of the beginning cells of the -- the 200, but to really see, you need to go off in the -- off onto the range to look up.

Q.  Okay.  From the officer station, can you see all the way down to -- I guess it would be like the west side, the -- you know, the backside where the stairs

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

are?

A.   I can kind of -- yeah, I can kind of see down the flag.  Yeah.  If I'm in the officer station, I'll -- and you have to -- if I'm standing at the door, yeah, I can see down the flag.  But if I'm sitting down, not really.  You could see a little bit, but not really because it's -- it's like a little cage, like, so you still have to get up and kind of look.

Q.   Okay.  But if you get up, you can see more?

A.   Yeah.

Q.   Okay.

A.   If you get up.

Q.   And can you see -- I mean, I understand, in A-cellhouse, there is, like, fencing that goes all the way up the range, right?

A.   Correct.

Q.   And that is between the walkway and, like, the open air, right?

A.   Uh-huh.

Q.   Okay.  Can you see most of that fencing at least from the officer station?

A.   Yeah.  You could see the fencing.  Some of it, yeah.  I won't say all of it, but a little bit.

Q.   Are there chairs in the officer station?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   How many chairs are there?

A.   It all depends.  Some of them might have three.  Some might have four.

Q.   And how many computers and monitors are there in there?

A.   One.

Q.   And is there, like, a table or anything else in there?

A.   A desk.

Q.   So if people are not at the desk, where are they usually in the officer station?

A.   They sit down.  It's the refrigerator and the microwave.  So the chairs are just, like, sitting by the wall side -- side of the wall that way.

Q.   And is there, like, any kind of table or anything to eat lunch on or anything like that?

A.   No, just that desk.  It's just a desk and pretty much the refrigerator, microwave.

Q.   If, for instance, you were in the A-cellhouse officer station and someone else wanted to come in, you know, another officer, would they have to unlock the door or could they just be able to come in while you were in there?

A.   We'd have to unlock it.

Q.   Oh.  The counselor's office, is that also open

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

like the officer station?

A.   It's more like a little brick area.  It's more -- theirs is more covered.  It's like a little -- kind of looking like a little building, but theirs is pretty much covered.

Q.   Is it open at all to the rest of the cellhouse, or is it, like, closed with windows and things like that?

A.   Yeah.  Windows.  So it's like little windows, but they want to talk to the staff.  They also have a swing door that's locked.  So finish the talk at the door and the ones that need to come in, they have come in and do whatever work they have to do.

Q.   And the swing door, is that bars?

A.   No, it is just like -- it's just a door, like -- just, like, a door, like, the top part can open.  So it's like a window kind of, like, so you'd be able to talk.

Q.   Okay.  So I just want to understand.  I mean, is there -- is it open air between the counselor's office and the rest of the cellhouse so that you can hear what's going on or is it closed off so they can't really hear?

A.   Their -- I mean, their door, it's -- I don't -- it's, like, a little -- I guess it's like -- it's --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

it has windows on it. So it's closed off because they do deal with, you know, a lot of their personal stuff that doesn't need to be out like the officer station. We don't really -- we talk to them, but, you know, we're not dealing with their exit and entry, they release, and all that and things of that sort. So theirs is more closed up because they're on the computer dealing with, you know, confidential information. Theirs is closed up.

Q. And is it the same thing for the lieutenant's office? Can anybody come directly to you or do they have to go through the whole counselor's office?

A. So for them to come to me, they have to go through the counselor's office, but they have to come to the door and request to be able to come in. So they can't just walk in -- walk in there.

Q. Okay. And can you hear what's happening in the rest of the cellhouse when you're in the lieutenant's station -- or the lieutenant's office?

A. I can hear stuff. I mean, I can hear stuff, but I won't say to the best I can hear everything in there, but I can still hear what's going on, but I always keep my cameras up, but I'm not really ever in the office. I'm an active supervisor. I'm majority out with the staff.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

MS. PIERCE:  Okay.  I'm going to share what I'll mark as Exhibit 1.

(EXHIBIT 1 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.    I'll just share it on the screen so you can see it all right.  Okay.  Can you see what I've shared on the screen?

A.    Yep.

Q.    Okay.  And this, for the record, is State 019717 to State 019723.  And this is the A-cellhouse post orders, correct?

A.    From what I see, and they have them on there.

Q.    Okay.  And these are the post orders that we talked about earlier that would be in a locked box inside the officer station?

A.    Correct.

Q.    Okay.  And this is something you'd have to review once a month?

A.    Yes.

Q.    Okay.  Would you ever go through it with the officers, like, go through it page by page?

A.    I have.

Q.    How often do you do that?

A.    It all depends.  Sometimes I get officers in training and I go through it with them and explain it to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

them, read it with them.  And then sometimes, when I get newer officers on the unit, I'll go through it with them as well.

Q.    And this is -- I'm going to go down to Page 4 of the post order, this "24-hour post chronological." Do you see that?

A.    Uh-huh.

Q.    Is this sort of the timeline of when things should happen in A-cellhouse?

A.    Yes.  Pretty much.

Q.    Okay.  Is this consistent with your understanding of the timeline for when things should happen in A-cellhouse?

A.    Yes.

Q.    After the 820 census count right here at the top of Page 5 --

A.    Uh-huh.

Q.    -- in A-cellhouse, would all of the incarcerated individuals who didn't have some kind of pass to be out, after this count, would they be locked in their cell?

A.    Yes.

Q.    Okay.  And they would be locked both with the individual cell and the bar?

A.    Yes.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Okay.  If incarcerated individuals in A-cellhouse don't have a pass, are there any other times where they're allowed to just be freely walking around?

A.    We have workers -- cellhouse workers.

Q.    Okay.  And what are the cellhouse workers?

A.    We have range tenders, which they clean the ranges.  We have shower workers.  We have the clerks that helps with making a -- a board for us for the incarcerated individual's names and things when we have moves, we have the mentors, the dorm reps.

Q.    What are the mentors and dorm reps?

A.    The dorm reps, they advocate for the unit, things that they feel that the incarcerated individuals should get or things -- or things should be ran within their rights.  And the mentors, they help -- help the guys that might need some mentoring.  There's maybe some that's just getting incarcerated, haven't been incarcerated, or some guys sometimes need help.  Some of the guys, I know, to read very well, so they might need help.  Other than the counselors, they might, you know, have -- help them or whatever.  During the holidays, sometimes they walk around and talk with the other incarcerated individuals.

Q.    And these individuals who you just mentioned, you know, the mentors, the house reps, the cleaners, do

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

they have passes when they're allowed to be out or are they just generally allowed to be out?

A.    They're on a count letter.  So they're -- they get paid.  The count letter, it says when they're supposed to be out.  Normally they're out seven days a week.  Some of them request their days off, they get paid for their duties.

Q.    Okay.  And so they -- are they released at, like, line movement times or they're just allowed to be out all day doing their duties?

A.    So when we're not -- once we're done with count and we release our lines, they come out and do their assignments.  If they clean the shower, they supposed to clean the shower.  If they're range tender, they're supposed to clean the range.

Q.    Okay.  So they're basically released with line movement; is that right?

A.    Pretty much, yes.

Q.    Okay.  Anyone else who's just allowed to be out, you know, with their cell unlocked?

A.    No, that's it.  The workers and people that's going to their passes, that's it.  And then everybody goes out for chow and rec.

Q.    Okay.  And when is rec?

A.    We have a three -- three ways we do rec.  We

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

have 7:00 rec, we have 11:00 rec, and we have 3:00 rec. So that's normally the people that have first chow for 2:00 -- I mean, for 3:00 and for 11:00 in the morning, it's a -- it's a rotation, how they go or when they go to chow.

Q.    Okay.  And so they can choose whether or not to go to rec and if they don't go to rec, are they still locked in their cell?

A.    Yep.  We're supposed to secure them back in their cells after we give a 15 minute.  Once everybody goes and come back, we give then 15 minute and they're supposed to be secured back in their cells.

MS. PIERCE:  I'm going to stop sharing Exhibit 1.  Okay.  I'm going to share with you what I will mark as Exhibit 2.

(EXHIBIT 2 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.    Okay.  Can you see this okay?

A.    Yes.

Q.    Okay.  Great.  So for the record, again, this is State 020182.

A.    Uh-huh.

Q.    It's State 020199.  I mark that as Exhibit 2.

A.    Uh-huh.

Q.    And you're familiar with this document?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    Yes.

Q.    This is the general post orders for Indiana State Prison?

A.    Yes.

Q.    And a copy of this would be in each cellhouse in the locked box, correct?

A.    Correct.

Q.    And this was supposed to be reviewed monthly?

A.    Yes.

Q.    And would you ever go through this with your subordinate officers?

A.    Yeah, I'll go -- go over it with them and make sure.  You know, I ask them how they went over the post orders.  And I also looked to make sure that they did, make sure they signed off on it, and make sure they understand.  So sometimes I do go over with them the post orders, but they're required to read them.  Every time they're switched, the -- a unit, they haven't worked in that unit in that month and they haven't signed off on it, they have to read and sign off.  So it's every unit that you go to.  If you haven't been to that unit and you haven't been to that unit in 30 days, you have to still read and sign off.

Q.    Did you ever have to discipline people for not reviewing and signing off on the post orders?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.   For the most part, no.  I haven't had to just blame them off for not signing off on the post orders.

Q.   Okay.  Okay.  I'm going to go down to Section P, which is about fires.  Do you recognize this section here, Section P?

A.   Okay.  Yes, I see it.

Q.   Okay.  Have you reviewed this before?

A.   I have reviewed the post orders, yes.

Q.   Okay.  So this is the instructions of what to do in the case of a fire, correct?

A.   Uh-huh.

Q.   Okay.  So the first thing you do is you contact the control room via radio?

A.   Yes.

Q.   Okay.  And then the second thing you -- you're supposed to do is get bolt cutters; is that right?

A.   So -- okay.  I see it, but it said get the bolt cutters immediately.

Q.   Okay.  Is that different than what you remember the policy to be?

A.   From the emergency manual, I don't -- I mean, I'm sorry.  From the post orders, I don't remember having to grab the bolt cutters immediately.  I know I need to grab the fire extinguisher.  I didn't -- I don't recall -- I don't recall it, so --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   Okay.   And then you're supposed to assess the scene of the fire; is that right?

A.   Correct.

Q.   Okay.   And then you remove any offenders that are in the immediate area of the fire?

A.   Yes.

Q.   Okay.   So the first thing you should do is release the firefighters from their cells; is that right?  Right.  Sorry.  The firefighters.  The prisoners from their cells who are near the fire?

A.   Okay.  So --

MR. JIMENEZ:  Objection as to form.  You can answer.

THE WITNESS:  -- first thing you do, you call for the -- the -- you call the signal on the radio and first you assessing the situation.  So if you see the fire, you see the fire alarm, you'll call a 1070.  If it's fire alarm, that's the fire alarm going off.  But you still have to walk the range to assess the situation.  If you see a fire, you call a 1071 and then you should grab the fire extinguisher to be able -- if it's a fire, to get the fire -- spray the fire to get it out, so --

BY MS. PIERCE:

Q.   Okay.  When you see -- strike that.  When

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

there's a fire in A-cellhouse, who's in charge of the response to the fire?

A.    Okay.  So we call the signal and we get to the situation and get -- try to get the fire out.  So quick response team come to respond and the nurses -- the medical staff come to respond as well.  So when we're there, we have to get the -- try to spray it out with the fire extinguishers that's on hand.  And then when quick response team comes, they take over from there, which normally they come pretty fast.

Q.    And until the quick response team gets there, who's in charge of the response to the fire in the cellhouse?

A.    The staff that's on unit, we all are.  We all have to get up there.  If we see it, we have to get up there and spray and put the -- put the fire out.

Q.    Okay.  So if there's a fire, everybody should respond to it and work to address it; is that correct?

A.    Correct.  Correct.

Q.    And the first thing you want to do after you call the 1070 is get there with the fire extinguisher; is that right?

A.    Yes.  Yes.  To get it out.

Q.    Okay.

A.    Open the door, get there with the fire

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

extinguisher so the team could get in to get the situation under control.  So we do our best ability to get it out -- to get the person out safely.

Q.    And when you say open the door, what door are you talking about?

A.    We have to open the front door so the response team can get there to get inside of the building.

Q.    And who's supposed to go and open the front door?

A.    At that time, whoever has the key.  It could be the sergeant.  It could be me, it could be the officer, but we still should be getting -- somebody should be still getting up to get the -- the fire out.

Q.    And does only one person have the key to the front of the cellhouse?

A.    Some cellhouses have two keys, the front and the back door, like A has a front and back door key and the back door and the front door key could open both doors.

Q.    Okay.

A.    So normally --

Q.    And who --

A.    The sergeant and the -- the sergeant. Normally it's the sergeant and the officer that's on the -- on the lower range.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Q.   Okay.  So normally whoever has the flag range keys also has the front and the back door keys; is that right?

A.   Yeah.  The back door key, sometimes the person that's on the two and the three will have that key to be able to assist with the door.

Q.   And how does it work in A-cellhouse?  Are those -- are the front and back doors open with the same key?

A.   Yeah.  It could be open with the same key.

Q.   In A-cellhouse?

A.   Yes.

Q.   And who would have the front and back door keys in A-cellhouse?

A.   The sergeant and the officer that was working the 200 and the 300 range.

Q.   They would both have the front and the back door keys?

A.   One of them will have the front door key and one of them will have the back door key.

Q.   Okay.  But I want to make sure that I understand you correctly.  In A-cellhouse, does the same key open the front and the back door?

A.   Yes.  The key opens both.  Both keys can open the front and the back door.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Q.   Okay.  So, basically, the 100 range person and the 200 and 300 range person would have those keys?

A.   Yes.  Or me, as the unit lieutenant.  I could possibly have the key because they could be up on the range and I'm helping man -- man the door while they're doing their job.

Q.   But they would have to give the key to you, right?  As a general matter, they'd be assigned the key and then they might give it to you if they need some assistance or something; is that right?

A.   Correct.  Correct.

Q.   Okay.  So as the unit lieutenant, you wouldn't normally just be holding the front and back door keys; is that right?

A.   Correct.  But, like, we do -- the lieutenants do assist, especially with the front door, when they have to let them out for their passes and things because then the other -- the person has to go onto the range.  But technically, yes.  It's -- it's the -- those -- the officers and the sergeant are the ones that have the key.  If I have it, it's because I'm assisting.

Q.   Okay.  And if there's a fire, how do you determine whether or not to release prisoners in the nearby area from their cell?

A.   We call the supervisor for orders on what to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

do in emergency situations.

Q.    So you don't release anyone until you get an order from the shift supervisor?

A.    Correct.

Q.    And is that true --

A.    But the --

Q.    Oh, I'm sorry.  Go ahead.

A.    The -- the situation that's at hand, we're trying to get that person out of the situation, and we get -- contact the shift supervisor for the next -- or most times, they'll tell us on the radio what's the next do -- to do in that emergency situation.

Q.    Okay.  So after you call a 1070 or 1071, you might start getting instructions and asking questions over the radio to the shift supervisor; is that right?

A.    Correct.

Q.    Okay.  And if there's a fire in somebody's cell, do you have to wait for permission from the shift supervisor to let them out or can you just decide to let them out --

A.    No.

Q.    -- of the cell?

A.    No.  We can get them out of the situation.  We -- the staff will get them out of the -- the situation at hand if there's a fire.  We get them out.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Q.    And to be clear, if they're locked in their cell, you'd have to go to their door in A-cellhouse and manually unlock it as well as rolling the bar, right?

A.    Correct.

Q.    And there's no way to open the cell door from anywhere else.  You have to be in front of the door and unlock it manually; is that right?

A.    Correct.  Unless A-cellhouse has half electronic from the two -- two up to the five.  So if it's on an electronic side, then we can hit the lock for it to unlock, but more than likely, you'll still have to try to pull the doors open.  It's a -- it's a lock -- it's a key and it's a -- a manual.  I mean, it's a key for the door, and then, on the electronic box, it's a switch.  So all depends.

Q.    Okay.  So if there's an electronic box, you don't have to manually open it at the door?

A.    You could just -- you could pop it.  You can pop it, but if it's on fire, you might have to use the key, too, so --

Q.    Okay.

A.    -- it's -- if it's manual, it's -- it's a thing you can pop to open the door, but --

Q.    And you said the 200 range in A-cellhouse has the electronic; is that right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.    Two to the -- I'm trying to think.  I think it's the north side.  The 200 to the five.  I mean, 300. I'm sorry.  300 to the five.  No, the manual -- 200 don't have -- it's key lock.  It's keys.

**Q.    Okay.  So 200 on the A-cellhouse on the north side has keys.  It doesn't have the electronic pop?**

A.    Correct.  It's 300 and up that has the electronic.  On three, four, five north, but one and two is all key.  So you have to actually go to the door and unlock it, and you have to unroll the bar.

**Q.    So when there's a fire, one person should go and open the cellhouse door and everyone else should go respond to the fire; is that right?**

A.    Correct.

**Q.    And you should grab fire extinguishers; is that right?**

A.    Correct.

**Q.    And how many fire extinguishers are in the officer station?**

A.    I believe it's three water and two of the other ones.  I believe it's at least five in the officer station.

**Q.    Okay.  And you said there's -- so is it correct that there's two types of fire extinguishers?**

A.    Yeah, there's one -- the silver ones are water

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
—COURT REPORTERS—

**Exhibit F**

and the red ones are the -- I forgot the name of the stuff that's in that.  Yeah.

Q.    ABC firefighter -- or fire --

A.    Yeah.

Q.    -- extinguisher sound right?

A.    Yes.  Uh-huh.

Q.    And what's the difference between those fire extinguishers?

A.    One has water in it.  The other one has the -- is a -- a -- one is just water.  The other one is the -- a -- that's different.  One has water, one has the -- I forgot the name of the stuff that's in it, but --

Q.    Okay.  It has something else other than water in it?

A.    Yes.

Q.    Is that right?  And what's the difference -- what instruction have you been given about when to use the different fire extinguishers?  Well, let me ask a different question.  Have you been given any instruction about when to use the different fire extinguishers?

A.    We have a training over fire extinctions that we do on the computer for, like, the safety -- safety part.  But from my knowledge, you wouldn't use the water for electric, but I'm not sure.

Q.    And when do you do the computer training about

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

fire extinguisher?

A.   We do it once a year.  It's -- it's like a safety part of the training.

Q.   And how long is that training?

A.   It's computer-based, so it could be an hour.

Q.   And does that touch on other things besides fire safety or is it just fire safety?

A.   It touch on other things, chemicals and things of that sort.

Q.   And it -- what information does it give you about the fire extinguisher?

A.   It gives us the different type of fire extinguishers, what to use on certain fires, when to not use the water one, when to use the -- it gives you different information on that, which -- which fire extinguisher that used for what type of fires.

Q.   Any other information it gives you about fire response?

A.   No.

Q.   Okay.

A.   Not that I recall.

Q.   And do you ever at any point practice using the fire extinguishers?

A.   No.  Not -- no.  I haven't practiced using the fire extinguishers.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q. Are firefighters housed in all of the housing units?

A. No. They can technically -- most of them are in the honor dorms, but technically it's, like, some in the unit that I live -- work in now. So they're kind of a little bit spread out.

Q. Are they generally housed in the A-cellhouse?

A. No. I think it might have been one that lived in there, but the majority of them are in the honor dorms. Like, I cellhouse, E Dorm, things of that sort. There's a few in B. So --

Q. The next Section, Q -- I'm sorry. I'm -- back up at P. Is there anywhere else that you're aware of where instructions about how to respond to a fire are contained?

A. Not to my knowledge.

Q. Okay. And this doesn't provide any information about who should respond to the fire and -- when a fire occurs, correct?

A. Okay. Can you repeat your question, ma'am?

Q. Yeah. Does this instruct you anywhere about who should respond to the fire when it occurs in a cellhouse?

A. It doesn't say exactly who. They're just basically saying if there's a fire, basically, you --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

you, you know, respond and whoever -- if there is other incarcerated individuals in danger, you remove them. And the firemen are to be released immediately unless it's a lockdown. And that's what I got from it.

Q. Okay. And is there any discussion, you know -- or strike that. Is there any instruction that you're given about who should do what when a fire occurs or it's just like the fire occurs and you all start doing what you can?

A. We all start doing what we can. The quick -- we -- we -- the -- the goal is to get the fire out and the person out safely. So the quick response team -- until the quick response team come, our duty is to try to get the situation under -- at hand to the most of our ability.

Q. And then when the quick response team comes, what's -- what is your responsibility after that?

A. The team lead tell us if they -- what they need from us because they're now they're in charge. Whoever is the -- the lead person of the team, they tell us what they need from us. Do they need us to start releasing people? Do they need for us to do crowd control? Or whatever is happening at that time.

Q. Okay. And so you should check in with them when they get there and get instruction from them about

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

what to do next; is that right?

A.    Correct.

Q.    All right.  And then next section is Q, "Evacuation Procedures," correct?

A.    Okay.

Q.    Are you familiar with this section?

A.    I'm -- I'm looking at it, ma'am.

Q.    Oh, okay.  Take your time.

A.    Yeah.  The cellhouses do have evacuation plans inside of the cellhouse.

Q.    Is there anywhere else where evacuation procedures are posted?

A.    They're posted in the cellhouse.  There's one by each door.  The front door, it's one by the officer station, how to evacuate, where we evacuate it.  We normally -- it all depends on the situation.  We evacuate -- we have the front and the back door of A for evacuation --

Q.    But those are --

A.    -- where they go into the field house.

Q.    And those evacuation procedures that are posted in the cellhouse, are those instructions, or are they like a map with arrows, or what is it?

A.    It's a map -- it's a map with arrows.

Q.    Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.    Basically saying where -- where they go.

Q.    Okay.  And that's the entirety of the procedures that are posted, right?  It's just a map showing people where to go during an emergency evacuation?

A.    Yes.

Q.    And do you ever run through evacuation -- like, mock evacuations?

A.    Yes.  The fire safety manager, she comes like once a month and we'll do a evacuation.  And they time to see how long it takes for us to get out.

Q.    Okay.  And when those happen, do you know it's, like, a drill or was it, like -- does some kind of alarm go off and you don't know it's a drill?

A.    The alarm is -- it gets set off.  Sometimes you might know it's a drill, sometimes you don't, but most times no, it -- they'll -- most times, if it's the drill for the cellhouse, I don't know that it's the drill.  The incarcerated individuals don't know.

Q.    And when they do -- okay.  So usually the staff will know, but not the incarcerated individuals; is that fair?

A.    Yes.

Q.    Okay.  And you say the alarm goes off.  Is that like -- the fire alarm goes off?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.   Yes.

Q.   Okay.  So when they do a drill, the fire alarm will go off and you're supposed to start evacuating the cellhouse?

A.   Yes.

Q.   Is there anything else you're supposed to do?

A.   We normally have a board or it's a packet that you bring with you to know who all -- who's all in the cellhouse, make sure you have accountability once we get everybody out.

Q.   And what instructions -- strike that.  When the fire alarm goes off for a drill, do you start getting instructions from somebody?

A.   We tell -- we tell the incarcerated individual they have to evacuate the cellhouse.  Everybody must go. So we're opening and -- we're unlocking doors, making sure that everybody's out.  We're sweeping the unit.

Q.   And so do you evacuate an entire cellhouse every time the firearm alarm goes off?

A.   It -- most of the time we get directions from the captain.  Now, if it's a situation that it's an incident by someone, that it's a fire and it's going to cause harm to the people that's by it, we -- we evacuate them.  We -- when -- once we're -- we evacuate who is by the -- the situation that's going on that can -- that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

can cause someone to get any bodily energy [sic], but to completely evacuate the cellhouse, we have to get that order from the supervisor.

Q. Okay. So it's not automatic that you start evacuating a cellhouse just because the fire alarm goes off, right?

A. Correct.

Q. Okay. So if it's a drill and the fire alarm goes off, how do you know what to start doing?

A. If it's a drill, we get everybody out. So if the fire alarm goes out and it's supposed -- we want to -- we evacuate everybody, we're going to evacuate everybody out to the destination where they're supposed to go when there's a fire.

Q. Okay. So is it fair to say if there's a drill happening, you're notified, the alarm goes off and you know that you're supposed to start evacuating people, so you just start giving instructions and evacuating; is that right?

A. Correct.

Q. Okay. But if it's a real incident and the fire alarm goes off, you basically wait for instruction to start evacuating people unless you think someone's in imminent danger; is that right?

A. Yeah. We'll go investigate to see where is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

the -- where the fire alarm is going off at. Some of the panels will kind of tell you what range or whatever that it's at, so we'll start investigating to see what's going on, and why it's going off, and what's going on. So if it's an active fire, then we're going to, you know, get to the situation, and call a signal, and get the fire out. And if it's people that could be in danger as well by where the situation is going, we're going to get them out of the situation and evacuate them, and then get further instructions from the supervisor. But nine times out of ten, the supervisor is already seeing what's going on because of the cameras, and they'll give orders of what's going on.

Q.   Okay.  So the shift supervisor, if a fire alarm goes off, will get notification, right?

A.   Correct.

Q.   Okay.  And then they can look on the camera and see what's going on?

A.   So if we call a signal, they're going to look on the camera to see where it's at to see -- to advise the situation. So if it's somebody we seen that's in eminent threat, we get them out, and then they give us instructions on what's going on, what's the next step. Because we have levels of emergency. So if it's -- some way it's going to cause somebody bodily harm, it's our

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

duty to reserve life to get them out of the situation.

Q.   You said when the fire alarm goes off, sometimes you can see on the panel where the fire is. Is that true in A-cellhouse?

A.   You could kind of see what range it's going off on.  So we'll go and look at the situation, go up each range to see what's going on.

Q.   Okay.  So there's different fire alarms on each range and you can see what one is going off; is that right?

A.   There's fire alarms all around the house, but the panel was inside the officer station.  So it'll tell us where -- what, like, fire alarm is going off, so we can go up to that area to see where it's going off at, but all staff is going to go and look in their area to see what's going on.

Q.   Okay.

A.   If everybody's safe and secure.

Q.   Okay.  And just to go back to the drills, when you know you have a drill going on, the only thing you're focusing on is the evacuation, right?  You're not doing investigation or fire response, you're just evacuating the cellhouse, right?

A.   We're evacuating the cellhouse, making sure everybody's getting out, make sure that we have the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

document so we can know who is who, calling them out to make sure that everybody's out, making sure the house is completely swept.

Q.    Okay.  I want to go down to Section GG.  You see where I'm talking about here?  Section GG?

A.    Uh-huh.

Q.    Okay.  So this is the curtain policy.  Are you familiar with the curtain policy?

A.    Yes.

Q.    Okay.  So it says, "Using curtains, coverings, or any other matter or object in an unauthorized manner that obstructs or otherwise impairs the line of vision into an offender's cell or room, or which otherwise obstructs or impairs any viewing panel or surveillance equipment, either audio or visual, within the facility, including blocking staff's view down a range."  Did I read that correctly?

A.    Yes.  It's a Class B 209.

Q.    Okay.  So are incarcerated individuals allowed to use curtains at all in their cells?

A.    No, they're not supposed to.

Q.    Okay.  And you say they're not supposed to. Do they generally do it anyways?

A.    They do.  When they get rolled up, yeah, we have curtain pullers.  We go around, we pull curtains.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

So they're not supposed to.

Q.   Okay.  So any time an officer does a round, if there's a curtain up in someone's cell, they're supposed to remove it; is that right?

A.   Yep.  We ask them, "Remove it."  If they don't, you can write them up and confiscate the cover that they're using as a curtain.

Q.   Is this generally enforced while you been a lieutenant at -- in A-cellhouse?

A.   I mean, I enforce it.  I do do my rounds, but I can't be everywhere at all times, so I do, you know, look at the camera.  So we do use our cameras to go back and look to see who had a curtain up, XYZ.

Q.   And where do the incarcerated individuals get these curtains?

A.   Their -- their covers.  Their -- their covers that were issued to them.

Q.   Like covers for their bed or --

A.   Yes, bedding covers.

Q.   Oh, okay.  So they're using blankets as a curtain?

A.   Correct.  So instead of them using it on their bed, they're using it as a curtain.

Q.   Okay.  And you say that you try to enforce this when you can.  Do you think other officers, and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

sergeants, and lieutenants enforce this policy regularly?

A. Yes. I would say we enforce it. I would say Indiana State Prison does enforce it regularly.

Q. What's the reason behind having the curtain policy?

MR. ARNOLD: Object to foundation. You can answer.

THE REPORTER: I'm sorry. What was your objection?

MR. ARNOLD: Foundation. But you can answer.

THE REPORTER: Thank you.

THE WITNESS: I don't -- I don't know what -- from my knowledge, I don't know why it was put in. I guess over last things that has happened.

BY MS. PIERCE:

Q. And what kind of things are you aware of that have happened relating to a curtain?

A. Well, from my knowledge, a lot of rules are made because things have happened. So.

Q. And you're not aware of any problems that have occurred because someone had a curtain up in their cell?

A. Nope.

MS. PIERCE: Stop sharing Exhibit 2. I'm going to share what I'll mark as Exhibit 3. All right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

For the record, this is State 020467 to State 020477.

(EXHIBIT 3 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   **And the title of this document is "Indiana State Prison Emergency Manual Appendix C Fire Plan." Is that correct?**

A.   Yeah, I see it.

Q.   **Okay.  Have you seen this document before?**

A.   I have seen some of the stuff in Emergency Manual, but I don't know it verbatim verbatim.  The book is as big as -- that's why I said we -- when the situation occurs, if I need knowledge on how to do the situation, I will go to a manual, which most times the supervisors, the captains in the office, they have to go to the manual to go -- how -- who to contact and what to do, and what to go from there.

Q.   **Okay.  So the emergency manual is big; is that fair?**

A.   Extremely big, yes.

Q.   **Okay.  More than 100 pages?**

A.   Yes.  It's -- this manual is for the whole Indiana Department of Corrections, so it's -- it's huge from -- you can go from a simple as a -- a riot, or like an incident, or things of the sort that -- that it's

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273** Phone
**502.584.0119** Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

your -- it's your -- basically your -- your walk -- walk you through to how to address it a -- a situation.

Q.   Okay.  And so you're not expected to memorize this or to know it verbatim.  If there's an emergency, it's here for reference and you can look at it for reference; is that right?

A.   Correct.  Correct.

Q.   Okay.  And there's a copy of it in the shift supervisor's office.  Is there a copy anywhere else?

A.   I believe there's one in the warden's office, so --

Q.   Anywhere else that you're aware of?

A.   It might be in training, but far as I know, it's one -- I think it's in the warden's office, it's in the custody hall, and the captain/lieutenant's office.

Q.   So there might be an -- a copy in the training office.  Is that what you said?

A.   Yeah, I -- I believe so.

Q.   Okay.  But you're never given a copy of this, correct?

A.   No.

Q.   Are you ever instructed to go review it?

A.   No.

Q.   Do you ever instruct staff to go review it?

A.   No.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    And you say you've looked at the emergency manual before.  Do you recall ever looking at this Appendix C about the fire plan?

A.    No.  The book -- the book is so big, ma'am.  I mean, I -- verbatim, verbatim, I wouldn't remember when I looked at -- looked at this manual.

Q.    Oh.  And not just verbatim, but I mean do you recall ever specifically looking at this part, Appendix C?

A.    No.  No.  No.  I don't recall.

Q.    Okay.  Is there anywhere else, you know, that there would be plans about what to do in a fire besides this Appendix C and then the general post orders that we looked at?

A.    I would say the safety -- safety hazard manager would have all the stuff for the fires.

Q.    Do you know anything specific that the safety hazard manager has?

A.    I would say that more than like she has the documents -- the things on how to handle the fires, what to use, and things of that sort.

Q.    Is that something you're guessing about or is that something you know that the safety hazard manager has?

A.    I know -- from my knowledge, I know they have

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

to keep books of the incidents and things of that sort. If it's anything with fires of that sort, the safety -- fire safety hazard manager is supposed to -- who we can call on to know the knowledge of the information. Other than that, no.

Q. Okay. So just to make sure I understand you correctly, you know the safety hazard manager has information about what to do in a fire. But you don't know anything about specific documents or information that they have; is that right?

A. Correct.

Q. Okay. And I just want to look here. There's definitions here, minor fire and major fire. Do you see that?

A. Yeah, I see it.

Q. Prior to looking at this now, have you ever been instructed about the distinction between a minor fire and a major fire?

A. I was -- I think so in our -- our computer training.

Q. You think so?

A. And I believe in the computer training.

Q. Okay. And what does the computer training tell you about that?

A. I think it gave us -- I think it gave us the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**KENTUCKIANA**
— COURT REPORTERS —

**Exhibit F**

definition -- I can't recall.  I can't recall.  We do the training once a year, but verbatim, verbatim, I don't remember exactly which one.

Q.    So I want to look at Section 3, "Procedures." It says, "The most important element of fire safety is prevention.  Staff should be continually vigilant to elements that contribute to a fire.  Excess papers in area, altered electrical outlets and wiring, expending or missing fire extinguishers, et cetera."  Did I read that correctly?

A.    Uh-huh.  Yes.

Q.    And then it says, "All staff should be mindful of housekeeping standards and enforcement.  Fire safety is the job of all staff, and a knowledgeable staff benefits both staff and offender safety.  All staff will be familiar with ISP Operational 1-14 Facility Housekeeping Plan."  Did I read that correctly?

A.    Yes.

Q.    Okay.  Were you ever given any instruction about being vigilant for the risk of fire?

A.    With the job in general, it's being vigilant, and paying attention, and doing -- when I do my rounds, I'm checking for any hazards and things of that sort, safety and any fire hazards, any -- anything that could cause anybody to get hurt.  Like I said, we -- we look

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

into the cells.  If we see something that we think needs to be fixed or is something that can cause an issue, we do try to get it corrected.

Q.   Okay.  So you understand, as -- you know, just from working at the prison, that you need to be vigilant at all time for safety hazards.  Is that a fair statement of --

A.   Yes.  Yes.

Q.   Okay.  But slightly differently.  Were you ever given instruction about specifically being vigilant for the risks of a fire in the cellhouse?

A.   I don't recall.

Q.   And this refers to ISP Operational director -- Directive 1-14 Facility Housekeeping Plan.  Do you know anything about what that operational directive is?

A.   I know about the housekeeping, and the safety and security of the facility.  Yes.  I -- I do know about that.

Q.   And what's the house -- the facility housekeeping plan say?

A.   So within my duty of a lieutenant, I do do my rounds to make sure there's no fire hazards, make sure that the -- the unit is safe and secure, making sure the incarcerated individuals are safe and secure.  And the staff as well.  Like I said, we do do the in and outs of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

a person moving in and out of a cell.  We do try to be vigilant on what's going on and looking into the cells to see if there's any destruction of the state property.

Q.    What's the difference between an operational directive and a post order?

A.    So the post order is for that unit, operations is for the facility itself.  So that's the difference. It's -- the operation is what the operation of that -- that, I mean, the -- I'm sorry.  Post order is the how to directly work that unit.  Operations is for the complete facility of how things are to run.

Q.    And how are you informed about the contents of operational directives?

A.    If there's a change or anything of that sort, the ACA director, she'll put it out.  If I want to look anything between the operations, I have to contact -- it's -- it's not on the share drive, you have to request it.  And if it's, like, something that's -- I'm able to look at, they'll send it to you.  If -- send it to you, tell you how you could go about looking at it, but -- you know.

Q.    So basically the operational directives aren't easily available.  You have to request them if you ever need to look at them; is that right?

A.    Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   Okay.  Have you ever requested to look at the operational directives?

A.   The only operation directive I ever asked was for restrictive housing unit for Indiana State Prison.  That's it.  I'm not asked to see the fire operation for Indiana State Prison or anything else.

Q.   Okay.  All right.  I'll stop sharing Exhibit 3.  You mentioned that, you know, when you would do your rounds, you would look for fire hazards.  What fire hazards in particular would you look for?

A.   So if I'm going past a cell and they -- they don't have a cover on their electric socket, if I see it, I'm going to write it down and put in a work order.  That's -- that's a fire hazard.  If things are not secured to the ground, that's a safety hazard.  Maybe if a door isn't open, closing, that's a security hazard.  Things of that sort.  Anything that could bring hurt, harm, danger to incarcerated individuals, staff, or the facility, or a safety and security thing is supposed to be reported.

Q.   Are you given any instruction about the firefighter program and when to activate the firefighters?

A.   So when -- they said you call a -- a 1071 when it's an actual fire, that's when we're supposed to let

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit F

them out of the unit.

Q.   And how do you know who's a firefighter?

A.   We have job codes on the boards and we also have count letters.

Q.   Okay.  So if you hear a 1070 or 1071 called over the radio and it's not in your cellhouse, the first thing you want to do is check to see if you've got a firefighter in your cellhouse; is that right?

A.   Yes.  Uh-huh.

Q.   And they should be released immediately?

A.   Yes.

Q.   Okay.  Without further instruction from anyone else; is that right?

A.   They know to go straight to the firehouse and Checkpoint 2, we'll guide them to go over to the unit.

Q.   Okay.  And you work in the cellhouse, so you don't need to wait for instruction from the supervisor or the control room, you just immediately let them out, correct?

A.   Correct.

Q.   Okay.  And it's important to do that because they need to timely respond to a fire, correct?

A.   Yes.  Other than if we're on lockdown or something, other than that, they're to respond.  They go down to the firehouse and Checkpoint 2 or communicate

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit F**

with the supervisor from there, and they go over to wherever the unit is.

Q.   And if you're on lockdown, you don't release the firefighters if a 1070 or 1071 is called?

A.   Unless the supervisors tell us otherwise.

Q.   Okay.  So if you're on lockdown, you have to wait for the supervisor to tell you to release them; is that right?

A.   Or just call them.  We call the -- you call the supervisor to ask should we release them.

Q.   And do you call them over the phone at that time?

A.   It could be over the phone or the radio.  It all depends.

Q.   But the radio is supposed to be silent after somebody calls a code, right?

A.   Oh, yeah.  You'll call over the phone.  Yeah. It's supposed to be just emergency traffic only.

Q.   When a fire happens, it's important to act quickly, right?

A.   Correct.

Q.   The seconds can matter in a fire, right?

A.   Correct.

Q.   The fire can escalate really quickly, and it's important to respond to it as fast as you can, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    Yes.

Q.    So it's important not to delay in letting the firefighters out?

A.    So if -- most time there's multiple people in the house, so we're going to -- it's going to be somebody letting out the firefighters, somebody opening the door, and somebody going straight to the situation. So we have different -- we have staff and we all have roles.  So we go to the -- you know, you got somebody that's going to let out the firefighters, you got somebody that's going to go to the door, you got people that's going to the -- the scene that's at hand.

Q.    Okay.  And you, as the unit lieutenant, would be telling -- delegating to people what to do, right? Telling somebody you go let the firefighters out, you go open the door; is that right?

A.    Yes.

Q.    And that would be your responsibility for being in charge of the cellhouse, right?

A.    Yes.

Q.    Okay.  We talked a little bit about how, as a lieutenant, you're responsible for making sure that the sergeants and the officers are familiar with the post orders and are doing their monthly reviews, correct?

A.    Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Q.    Is there any other training that you're responsible for providing to officers and sergeants?

A.    So when I do get officers and sergeants, my thing is to make sure -- my job is to make sure that they're able to do their job, making sure they know how to do their account [sic] correctly, operate the unit correctly and things of that sort.  But that's pretty much my job as in the unit for them.  But they -- we all have trainings that we go through yearly.

Q.    So how do you go about making sure that they know how to do their job?  Like, count and how to run the unit correctly?

A.    I go onto the unit.  I go onto the ranges with the staff, and I also look at the cameras as well.

Q.    Okay.

A.    And also get --

Q.    Oh, I'm sorry.  Go ahead.

A.    And I also get feedback from my sergeant as well on their -- on their weakness and their strengths. And I also work with the staff as well.

Q.    Okay.  So you basically try to watch what they're doing and give them feedback as you watch them doing it?

A.    Yes.

Q.    Okay.  So you're not giving instructions on

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit F

things that, you know, aren't coming up.  You're giving instructions about their day-to-day tasks as they're doing them, right?

A.    Correct.

Q.    Okay.  Any other sort of training that you lead or, you know, like, do you have anybody shadow you at any point as you go about your job?

A.    I'm a field training officer, but I don't get them as much because every position has to have a field training officer.  So sometimes I do train officers on the job, that -- that, sort of, how to do the -- the daily job of the unit.

Q.    What's a field training officer?

A.    So when they get hired, they do on the job training.  So they'll actually go into the cellhouses and work and learn how to operate a unit with the training officer with them.  So they're being trained with somebody with them.

Q.    Okay.  The -- with the field training officer?

A.    Yes.

Q.    Okay.  So this is while they're on the job, they're getting -- they're, kind of, shadowing a field training officer who has the same job as them to make sure they learn how to do it from them; is that right?

A.    Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Am I saying that a little bit wrong?  Is there --

A.    Yeah.  I mean, correct.  So, like, it's -- if their custody, it could be a lieutenant or a sergeant that's there that can help a officer to learn their job. So anybody that's within the custody bracket can teach a starting off officer their job.

Q.    And is this, like, a formal position being a field training officer?  Like, is that -- when you're acting as a field training officer, is that different than how you're acting just as a regular lieutenant on the cellhouse?

A.    Well -- well, when I'm helping as a full -- a field training officer, technically their job is -- my job is technically a little different than theirs. Mines is more overseeing.  I don't work completely on the range.  So I do take them under my wing and I might take a range from one of the officers and help that person learn how to actually work a -- a -- a range, how to do their count, how to read the count letters, things of that sort.  I'll take the post orders out and go over with them about the post orders.  And they also have a -- a checklist that they go over as we go on with the on-the-job training.

Q.    Okay.  So you go through checklist with them,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

and you basically run the post with them; is that fair?

A.    Yes.

Q.    And this checklist, is it just used for the field training period or is it used at other points too?

A.    Even through promotion we have to do a packet. Every time you get promoted, any time you go to another department, you have to shadow with another supervisor of your rank.

Q.    Okay.  And you do, like, a field training packet; is that right?

A.    Yes.

Q.    Okay.  And what's in that packet?

A.    Different operations, daily operations that we do, like the kitchen, the cellhouses, things of that sort.  It tells you what different jobs and things of that sort we sign off.  We actually go through it and show them how to do it.  And they show us how they're -- you know, the way to do it.  And we, kind of -- we, kind of, show them how to correctly do the things.  We -- we do it for them and then we -- they do it and we show them how to correctly be able to do the job.

Q.    Okay.  So let me just make sure I understand correctly.  So whenever you get either -- you start as an officer or you get promoted, you get this, kind of, field training packet; is that right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.    Uh-huh.

Q.    And it has a checklist of, like, different duties that you're supposed to do.  So, like, maybe count, it would have a checklist about how to do count?

A.    Yeah.

Q.    Does it have a checklist for other things as well?

A.    Yeah.  Different things that -- what's within the position.  It's -- it's a big -- they have multiple packets.  So it's different things that you're supposed to know that sometimes we have to go look.  Sometimes they have information in the packet.  Sometimes you might have to -- when I've had somebody, I've had to look something up to make sure that it was the correct information in the handbook.  So I mean --

Q.    Okay.  So they have this field training packet, you go through -- it has several checklists in it, right?  Several bits of information?

A.    Yes.

Q.    Okay.  And you go through it with them.  So you do it once for them, you show them how it's done, and then they try to do it themselves and you give them feedback about whether they did it correctly?

A.    Yeah.  And then we continue to work with them.  And then we do write in the notes.  They -- we don't do

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

the whole packet at one time.  This is over -- over time.

Q.  Okay.

A.  So we do give, you know, feedback on what they could work on, and we write it in the book and we talk to them as well.

Q.  Okay.  And do you do -- you know, you said you do it over time.  Do you do each checklist multiple times, or you just, kind of, work your way all the way through the book?

A.  They don't just work with you.  They work with different people.  Like today, they might be with me, tomorrow they might be with somebody else.  Next week, they might be with somebody else.  They might be that when -- you know, it's over time.

Q.  Okay.  So someone in field training will work with multiple training officers and they will go through everything that's required to be done and this field training officer with the officers who are training them, correct?

A.  Correct.

Q.  Okay.  And as the field training officer, you're supposed to show them how to do it and then make sure that they can do it themselves and you give them feedback, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    Correct.

Q.    And then does the field training officer sign off that they know how to do certain tasks?

A.    Yes.  And we also leave remarks.

Q.    And what do the remarks say, usually?

A.    It all depends on the person.  I mean, it all depends on the person.

Q.    What kind of information do you put in the remarks?  Like, hard worker or they can't do XYZ or --

A.    Or they say -- you could say they're a hard worker.  You could say this person needs a little more time on how to correctly secure a cellhouse or correctly do counts, needs to pick up their pace, or things of that sort.  It all depends.  Because it -- it goes through the whole position is packets.  They go through training, like, for three months, so --

Q.    Okay.  And this field training, you said it lasts about three months?

A.    The officers in training?  Yeah, I think it's about, like, three months.  Things change over time within the training department.

Q.    Okay.

A.    I'm not quite sure at this time.

Q.    Okay.  And that field training packet, that comes from the ISP training department?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    Uh-huh.

Q.    Okay.  And you said sometimes you have to check to make sure information is correct with the handbook.  What did you mean by that?

A.    Well, it might be something that they added to the OJT's packet that I didn't understand.  So I might go check the handbook.  I don't want to tell somebody something wrong.

Q.    Okay.

A.    Things are consistently changing in the DOC. So things are updated, things are eliminated.  So they do send out e-mails, but sometimes might have skipped over that e-mail.  I don't know.

Q.    And what's OJT?

A.    A officer -- on-the-job training.  Officer in training.  So on-the-job training.

Q.    Got you.  Okay.  And you referred to the handbook.  What is the handbook?  What --

A.    We have a state handbook that's for all state employees.  We have policy and procedures.  It might be something that changed or something I might not understand.  It might be something in the book that I wasn't too sure about, that I need to -- before I tell somebody or show somebody or give them information to make sure that I'm correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    And where do you have copies of the handbook?

A.    The handbook is on the Indiana -- Indiana State Workers website.

Q.    Okay.

A.    It's -- it's public.  Don't have to -- it's -- it's public.

Q.    Okay.

A.    It's not something that has -- that's sealed.

Q.    Okay.  So it doesn't have, like, all the post orders or anything like that, correct?

A.    No, that's confidential.  It's -- if there's anything that's 02, it's confidential.  Like, you know, the paper you showed me it said person confidential for whoever's only select people that could see it.

Q.    Okay.  In the handbook, if you wanted to look that up while you were working a shift, would you look on the computer or would you look somewhere else at it?

A.    It's -- it's right on our state website.  So the -- the personnel has a copy of the handbook, but it's right on our state website.  So that's somewhere that we are able to go to.

Q.    Okay.  So say you had a question about something that you were training someone on, you wanted to look in the handbook, you'd just go in the officer station or lieutenant's office and look on the website

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

at the handbook?

A.    Yeah.  You could look on the website or call personnel.  They could tell you where to look or who to talk to.

Q.    And are prisoners given handbooks as well?

A.    Not our handbooks.  They get a handbook when they come in.

Q.    Right.  They get their own handbook?

A.    Yeah.

Q.    Okay.  Yeah.  Have you ever looked at a copy of that handbook?

A.    No, I haven't looked at a copy of the handbook.

Q.    We've talked a little bit about, you know, your understanding of what your responsibilities are for monitoring a cellhouse.  Have you been given any other instruction about how to monitor a cellhouse for safety and security risks?

A.    Yeah.  They tell us about the safety and secure risks.  We make sure that everything is intact. Everything around that's safe, keep sanitation, making sure that the officers at night, they do a PIPE ringing, make sure that everything is secure.  We have PIPE reports for that, making sure that, like I said, the offenders are up to code, not having things that they're

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

not supposed to have, so -- yeah.

Q.   Okay.  And is there -- we touched on this a little bit before, but is there any instruction that you're given to make sure that somebody has an eye on the ranges at all times?

A.   Yes.  They're supposed to do their rounds every 30 minutes.

Q.   But other than the rounds, is there any instruction you're given about, in between rounds, somebody should have an eye on the ranges at all times?

A.   Not to my knowledge.  I know our -- our rounds are supposed to be done every 30 minutes.  We're still supposed to be out diligent, paying attention, and seeing what's going on, always being aware.

Q.   And if someone's in the officer station, are they given any instruction about making sure that they are keeping an eye on the surveillance feed as well?

A.   The sergeant normally is the one or the OIC is the one normally looking at the cameras, making -- going through them and writing down when they're doing the log sheet and things of that sort.  But in those times, majority, it's not too much time to be in office because they have to do rounds.  They have to stand at the door on line movement.  Sometimes we have to get people out for the counselors.  Also, we have the incarcerated --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

some of the incarcerated individuals out working, cleaning, and doing things of that sort. So we do, you know, advise and be aware of their surroundings and everyone's safety.

Q. Okay. And if people are out, if incarcerated individuals are out working in the cellhouse, is someone supposed to be supervising and keeping an eye on what they're doing, right?

A. Yeah. We keep an eye on what they're doing, making sure that they're doing their jobs and things of that sort. So yeah, we -- we're keeping an eye on them.

Q. And is there any instruction that when somebody is in the office or station, they should be monitoring the surveillance video? Or someone should be monitoring the surveillance video?

A. I don't recall that being written anywhere, but, I mean, I would say if you're in there, you should be. That's why a majority of the computers don't have the internet. They just have the cameras. So to my knowledge, it's not written anywhere.

Q. And how do you move? Can you see all the cameras at once in a cellhouse?

A. You can set it that you can see most of the cameras at once. They just get really small, so you have to blow them up.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    We talked about the evacuation drills earlier. Did you ever participate in any other types of emergency drills at Indiana State Prison?

A.    I haven't been on any of the drills.  No.  I think, if I can recall, we had a -- a drill when I was on QRT, but I -- I -- I don't recall.  No.

Q.    And that drill that you had on QRT, do you remember what that was for?  Like, what the drill was?

A.    I think it was a signal 7, like a officer -- someone was missing or something happened.  So I think that was it.  I don't think I've been in any of the drills that they've had here.

Q.    Okay.  So that one that you recall in the QRT that didn't have to do with a fire drill, it was a response for, like, a -- something like a missing officer or something like that; is that right?

A.    Yeah.  Yep.

Q.    Okay.  In the evacuation drills that we talked about, those happen once a month?

A.    Yes.  To my knowledge.  Once a month, yes.

MS. PIERCE:  I am going to show you what I'll mark as Exhibit 4.  For the record, this is State 019342, State 019387.  Give me one second, and I'll share it.  Okay.

(EXHIBIT 4 MARKED FOR IDENTIFICATION)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit F

BY MS. PIERCE:

Q.    This is a printout of what's called "Learning History," and it has your name here, Nadine Smith-Robinson; is that correct?

A.    Uh-huh.

Q.    Have you ever seen this document before?

A.    Yeah, I know they have the -- yeah, I do it every year, but I haven't seen it this way, but go ahead.

Q.    Okay.  So what -- based on what you see here, what is your understanding of what this document is?

A.    It's the E-learnings, the computer learnings, for the year for training.

Q.    Okay.

A.    And not -- it's showing I successfully completed it.  That's -- that's for this year, for the 2024 that just passed, so ==

Q.    And this -- well, I'll go down, you know, a few pages.  It also has some stuff from 2022.  So that would be the year -- two years ago; is that right?

A.    Uh-huh.

Q.    Okay.  So this is a copy of your -- the E-learning that you -- the online training that you've done with IDOC; is that right?

A.    Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Is that correct?

A.    Yeah.  I -- I see that.  I mean, that's they said from SuccessFactor.  I'm -- I'm following.

Q.    Okay.  And you said you do your computer training once a year?

A.    Yes.

Q.    And how long does that usually take?

A.    Our -- well, they give us the training, the computer trainings, before we go to our regular in-service.  So you basically have a year to complete it until you go to your in-service.

Q.    Okay.  So you have a whole year to complete your computer training?

A.    Well, it's -- it's give or take whenever you go to in-service, you could do it while you're in-service.  You could do it before in-service, but it gives you time to be able to go over the trainings.

Q.    Okay.  And if you did all of your computer trainings at one time, what's your estimate of how long that would take you for the year?

A.    I mean, some hours.  Probably like five hours.

Q.    Okay.  So it's about five hours of training a year is your estimate?

A.    It might.  I mean, it might be longer.  I mean, you know, it might be longer.  It all depends on

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

the person's comprehension and how, you know, computer savvy they are or how they take in the information.

Q. Okay. Given, you know, with some fluctuation for how good a person is and how efficient they are, it should take about five hours or so to complete?

A. Well, for -- I would say give and take. If you -- you -- actually, like, I would say about -- it might be like 15 hours. It all depends on the person. But if you been here and timing and you -- you know majority of the annual stuff, I mean, it all depends on the person. Like, well, let's say 15 hours.

Q. Okay.

A. You give a person at the least 15.

Q. And what is the computer training like? Is it videos? Is it written? Something that you read? Are there quizzes? How does it work?

A. It's video and reading and then it's questions.

Q. Okay. Like a little quiz at the end to make sure you comprehend it?

A. Yeah.

Q. Do you ever have to repeat if you don't pass the quiz at the end?

A. Yes. You only get three time for passing and it locks you out. So you have to get training to unlock



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

it.

Q.   Okay.  Has that ever happened to you when you've been locked out?

A.   Yeah, I've been locked out of some of them.

Q.   And what kind of training do you have to go to get back into it?

A.   We go -- the -- I contact training and they'll unlock it, so --

Q.   Okay.

A.   And you have to redo it again.

Q.   Okay.  And this -- down here at the bottom of the page is a -- the training event is the annual in-service.  Did I read that correctly?

A.   Yes.

Q.   Is that done on the computer?

A.   So annual in-service is in classroom, but some -- some of the classes are converted to computer training.  So they always have computer training, but some classes are converted into computer training.  So some of -- some of it's classroom and then you have to do computer training as well.  So some of the class has in-class and computer.  Some has computers.  Some of the things are in class and you still have to do some on the computer.

Q.   In the annual in-service training, how long is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

that program?  Like, the classroom training?

A.    It's two days, 12 hours --

Q.    And some of that will be in physical class?

A.    I'm sorry, it's eight hours.  It's a eight- hour day.  So two -- it's three days now.  It used to be a week, so it all depends.  Was at three days.  One time it used to be five days.

Q.    When did it change from five to three days?

A.    It all depends.  I -- I -- I think last in-service was -- I think last -- I think my last in-service might have been -- I'll take it back.  It might have been -- it -- the last one was five days, so it all depends on the training department, what they switch, what they change.  So I believe the last one was five days.  I -- I can't remember if it was three or five.

Q.    Are there any kind of, like, agenda or calendar or schedule that you get for the in-service?

A.    They send us an e-mail what days we're supposed to be in training.

Q.    And do you get, like, an agenda of, like, what the different trainings are for the day?

A.    Yeah, we get it in the classroom when we get there.

Q.    Okay.  And do you get handouts and other

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

things as well?

A.    Yeah.  We get some handouts, yes.

Q.    And are you instructed to keep those handouts or you can do whatever you want with them?

A.    We don't have to keep the handouts.

Q.    And so the in-service training is sometimes three days, sometimes five days, and parts of it will be on the computer and parts of it are in classroom training; is that right?

A.    Yes.

Q.    Okay.  Is there any other components besides classroom and computer training?

A.    We have physical -- we have to do restraining on our handcuffs and our OC, and all that is recert for that as well.

Q.    Okay.  So you have to do some physical stuff that -- that's sort of like acting things out; is that right?

A.    Yeah, we have to do -- yes, we have to do that.  We have to do our use of force, things of that sort as well.

Q.    Okay.

A.    So some of it we have to do -- yes, we have to act it out.  We have to do training for that, too.

Q.    And what types of things are those that you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

sort of do physical training or act it out?

A.    We have to do our use of force, so we have to do physical handling.  We have to do our handcuffs.  We have to do our restrictive housing unit, things of that sort.

Q.    Is there any sort of emergency response that you have to do physical training for?

A.    That's if you are going through QRT, the quick response team, so you learn that in QRT.  But I have to -- I'm trying to think, is there something that's in the annual in-service for emergency situations.  I can't recall offhand right now.

Q.    So you don't recall anything in particular that you do physical training on emergency response in the annual in-service; is that fair?

A.    Not that I recall, no.

Q.    As far as you know, are there any other records of the training that you have received besides this computer printout here?

A.    I mean -- I mean, that's -- everything should be on there.  I've been in DOC since 2018, so that should have all the tracks on there that I see.

Q.    Okay.  And some of the stuff that's on here is not computer based, right?  Like, this CPR training is not computer based, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    Right.

Q.    So this captures both the computer-based and the classroom-based training that you've received?

A.    Right.  Uh-huh.

MS. PIERCE:  Okay.  I've stopped sharing Exhibit 4.  I'm going to show you what I'll mark as Exhibit 5.  And this is -- I'm just going to show you the -- well, I'll show you both.  So this is State 022309 to State 022310.

(EXHIBIT 5 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.    All right.  Have you ever seen a document like this before?

A.    Yes.

Q.    And what is this?

A.    It's the fire drill evaluation.

Q.    Okay.  So this is what we were talking about earlier when the alarm would go off and you would do a mock evacuation of the -- or you would do an evacuation of the cellhouse, correct?

A.    Uh-huh.

Q.    Okay.  Did you fill this out?

A.    No, I did not fill that out.

Q.    But you signed it here, correct?  This is you?

A.    Okay.  As you see, "Signatures of some or all



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

staff members on duty and participating in the drill." The fire safety manager comes in with the fire department -- the offender firemen.  Yes, I was there, so, yes, I did sign.

Q.  Okay.  So what would happen is you would know that there was a drill coming on.  The incarcerated individuals wouldn't know, but you know it's a drill. The safety hazard manager would come with the prison -- some people from the prison fire department and you would evacuate the cellhouse in response to the fire alarm, correct?

A.  Uh-huh.

Q.  Okay.  Anything else that would happen?

A.  We have -- the board used to come off -- the board used to come off where we have a book that has all the offenders in it.  So we'll do a count, make sure that everyone's out and everybody's accounted for. We'll sweep the house, make sure that everybody's off the unit.

Q.  Okay.  And then you would sign this after the fact?

A.  Yes.

Q.  Would you have any kind of debrief about what went well and what didn't go well?

A.  The fire safety has a manager.  She normally

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

is present.  She tell us how long it take, what -- you know, what has -- what should be changed or things of that sort.

Q.   Okay.  And this here, the evacuation time, that's the amount of time it took you all to evacuate? Sorry.

A.   I am trying to see where -- where you're looking at.

Q.   Oh yeah, sorry, I'll highlight it for you. Down here.  Evacuation time.

A.   Yes.  12:09 and 12:35.

Q.   How many times do you recall participating in these types of fire drill evacuations?

A.   I could say a number of times.  I've been in DOC almost seven years, so more than I can count.

Q.   Okay.  This here, it says the quarter that it happens.  Does it happen once a quarter, these fire drill evacuations?

A.   I'm guessing -- I'm guessing this is the quarter.  I -- I thought we do one -- from my knowledge, I thought we do them once a month.  If we do it quarterly, I -- I -- it might be another paper.  I don't -- the fire safety hazard manager is the one that fill this out.

Q.   Okay.  And I'm going to go down to this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

quarterly fire drill questions for fire preparedness. Have you seen this before?

A.   Yes.  They asked us that when they come in there.

Q.   And this is done quarterly, correct?

A.   As I see, yes.  This -- this is the quarterly drill.

Q.   Is this done the same time as the evacuation?

A.   No, they do -- they do the questions before. And then at the end, that's when they finish filling out the paper.

Q.   Okay.  So they do this question and then they do the evacuation drill and then they fill out the paperwork; is that right?

A.   Yes.

Q.   Okay.  But -- so these -- the fire drill questions are done essentially at the same time -- the same day or the same event --

A.   Same day, yeah.

Q.   Okay.  Thank you.  And are these questions always the same here?  The questions that are asked?

A.   Yeah.  For the most part.  To my knowledge.

Q.   Is there anything else that you go over during these fire drill questions?

A.   I think that's it.  To my knowledge, we go

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

over the questions, we talk about everybody must get out, so we -- they cut the alarm on and we evacuate the house.

Q.   And how does this work?  Who asks you these questions?

A.   So we have the Incarcerated Individual Fire Department, so they assist the fire safety hazard manager with the question -- when they're answering the questions, she's present.  So they -- they ask us the questions.

Q.   Okay.  So the fire -- the safety hazard manager is generally present, but the firefighters, the prisoner firefighters, are generally asking them to you directly?

A.   Correct.

Q.   And do they ask -- do the firefighters ask these questions to each person individually, or do they ask them to everyone working in the cellhouse as a group?

A.   Most times as a group when we're there because it's majority of all the staff in there.

Q.   Okay.  So you kind of group answer these questions; is that right?

A.   That I recall.

Q.   Okay.  Do you have to write down the answers

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

anywhere or they just given orally?

A.   Orally.

Q.   Okay.  So if you were there -- this one, you weren't there, it doesn't look like, or at least you didn't -- there is nowhere written that you were there for the questions.  But if you were there with Mr. Crockett and Mr. Cross and P. Isenblatter, you know, one of you might answer a question orally and you would all be there together and could add something if something needed to be added, correct?

A.   Correct.

Q.   So there was nothing done to make sure that each person knew the answers on their own, correct?

A.   So from what I recall, no.  From what I recall, no.  But there's nowhere that says that it has to be answered individually as well, that I see.

MS. PIERCE:  Okay.  All right.  I think now is a good time to take another quick break.  Would you like to take five or ten minutes or more if you need it?

THE REPORTER:  Taking us off the record.  The time is 1:41 Central.

(OFF THE RECORD)

THE REPORTER:  We are back on the record for the deposition of Lieutenant Nadine Smith-Robinson.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Today is January 23, 2025.  The time is 1:53.

BY MS. PIERCE:

Q.    Ms. Smith-Robinson, as you sit here today, do you have an independent memory of the fire that happened on January 14, 2023?

A.    Yeah, I -- I can remember what happened.

Q.    And what do you remember about reporting to your shift on that day?

A.    When I reported to the shift on that day, it was just like a -- a normal day.  That cellhouse, the unit was running like it normally does.  When we'd conduct a count, it went like the day normally does.

Q.    Okay.  So the day seemed normal.  It was a Saturday, if I remember correctly, right?

A.    I believe it was a Saturday.

Q.    You remember the count was conducted.  What do you remember -- did -- strike that.  Did you participate in conducting the count?

A.    I helped secure the unit.  I don't do the count.  I just help with the securing of the incarcerated individuals.

Q.    And what do you mean by that?

A.    The sergeant and the officers does the count. I had the key -- some -- a few of the keys and was securing with the key or pushing, you know -- some of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

the ranges are automatic, so when they hit the button, I just push the door, so just helping secure the unit.

Q. Okay. So you would help lock the doors, roll the bars, things like that?

A. Uh-huh.

Q. Would you lock the individual doors on the ones that were not automatic?

A. Mostly I do the flag, which is the 100. I don't normally -- I'll go up on the other sides and push the automatics. And if I went to the other side, majority of the officers that I had, they were pretty good, so they normally pushed everybody in. I just normally just go on range to help get them in and they will secure them.

Q. Okay. Do you remember the people that you were working with that day?

A. Yes.

Q. And who was it?

A. Sergeant Walton, Officer Crockett, and Officer Cross.

Q. And are those people that you had worked with a lot prior to that?

A. Yes.

Q. Were they people you knew well?

A. Yeah. For the most part, I knew them well. I



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

knew Walton and Crockett my whole career. Cross, I just met him when I came back to Indiana State Prison.

Q.   Were you involved in any of their training?

A.   Their training? No. They -- they have been in the DOC longer than I have, so no.

Q.   No. Were you friends with them outside of work?

A.   No.

Q.   But you were friendly with them at work?

A.   Yes.

Q.   And did you have any, you know, opinion or impression about whether they were good at their job?

A.   From my -- my time of working with them in the units, I felt they were very knowledgeable of their job. And the incarcerated individuals gave them the respect that they gave them. And our -- our unit normally run very well, so they did their job.

Q.   And they were all normally assigned to A-cellhouse around that time; is that right?

A.   Yes.

Q.   And Sergeant Walton, she was the only sergeant on duty in the A-cellhouse on that day, right?

A.   Correct.

Q.   Okay. And the other two, Crockett and Cross, they were officers?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    Yes.

Q.    And who was the -- considered the officer in charge of A-cellhouse on that day?

A.    Sergeant Walton.

Q.    And what were the duties of the officer in charge?

A.    The sergeant is supposed to make sure that the count is conducted correctly, making sure that the incarcerated individuals get to their passes, the correct people are -- they are let out, making sure that the safety and security of the unit.  She is overseeing the officers, so her job is to oversee them in making sure that the job is being conducted correctly.

Q.    And do you remember who was assigned to what ranges on that day?

A.    I believe that Sergeant Walton was on the 100 range and I believe Crockett was on the two and three and Cross was on the four and the five range.

Q.    And do you remember -- you know, you said that you remember it being a normal day.  Do you remember doing anything besides helping with the count before the count happened?

MR. ARNOLD:  Objection as to form.  But you can answer.

THE WITNESS:  I mean, on that day, I'm -- I'm

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

normally -- I'm -- like I said, I'm a -- I'm an active supervisor. About stood at the door, the line movement, about talked to the unit team people, so --

BY MS. PIERCE:

Q. And as far as you can remember, it was just a normal day of you hopping in and carrying out your duties, correct?

A. Correct.

Q. And what time was count conducted?

A. We do count at 10:00 a.m. We -- I mean, yes, 10:00 a.m. We could start 15 minutes before 10:00. So once they ran the line movement, the 9:45 started securing for count.

Q. Okay. And then what's the next event that happens after count at 10:00 a.m.?

A. After count, they -- we call in the count and then after that, they look to see -- about time -- about 10:30-ish, they should be starting back to do a security round.

Q. Okay. And then at 11:00, is there another line movement?

A. Yes. That's the early lines.

Q. And then what time is their rec or chow or anything like that?



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.   It depends on what is on the rotation.  Like I said, the -- the rec rotates with the -- the chow of the units.

Q.   Okay.  And you don't remember what time rec or chow was happening that day?

A.   No, ma'am.  Between 11:00 and 12:00, more than likely, is when they have chow.

Q.   What do you remember -- well, strike.  What did you do after you helped with the count?  What did you do after that?

A.   We went -- went back to the officer station. They called in their count, and I was in the officer station with the officers before they went back to, you know, get ready to maybe eat some lunch or something, before they have to start back going out.  So I was just in the officer station with the officers and the sergeant.

Q.   Okay.  So all of you were in the officer station together after count?

A.   Yes.  After the count cleared and they're getting they're list out ready to, you know, set up for the next line movement.  And some people -- one of them might have grabbed some food or something in there beforehand.  That's the time where we normally get a little time to eat something before you have to start

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

back setting up and doing your rounds.

Q.   And that was consistent with policy at the prison for you-all to be in there at the same time together?

A.   We can be in the office together at the same time as long as you are doing your rounds.  At that time, like I said, everybody was secured and count had just finished.  They had just finished calling in a count.  So they were getting prepared to continue to set up for the next line movement and getting ready to do their next rounds.

Q.   And what were you doing in the officer station after count?

A.   Making sure that their count cleared.  Making sure that everything is going according.

Q.   And about how long did you stay in there?

A.   It wasn't too -- too long after count cleared that the fire alarm went off.  So they looked at the panel and we all went to investigate, and it was -- I was coming out the door, seen fire coming off the range. So we all grabbed the fire extinguishers. Sergeant Walton called a 1070 and opened the doors.  So the two officers, they went towards the range with the fire extinguishers.  I had my fire extinguisher, so I went towards down the flag to try to spray up.  But at that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

time, I seen, like, a little towel or something hanging and I'm like, this probably will spread more. So I went back up the range and by that time, medical had came and they came up with us and I had handed my fire exchanger to Cross and Crockett. They were spraying the fire. And QRT came on-scene and they took over with the fire department, the offender fire department.

Q. I want to back up just a second. So before you realized there was a fire, was anybody monitoring the surveillance cameras in the officers' station?

A. Like I said, we were just finishing counts, so they had to call in the count. They were getting their run sheets together, grabbing them a little something to eat because we just -- before the fire alarm, we just finished with counts. So they are preparation things to be able to get back out on the range and set up.

Q. Okay. So what -- does that mean no one was watching the surveillance monitors?

A. The cameras -- the cameras are up at all times. So they are up at all times. So for me to say, was somebody looking at the camera? I mean, if you are writing -- you are writing, you are getting -- the sergeant is getting the sheets set up and writing and finishing count. I mean, I wouldn't say that time your eyes would be completely on the camera.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

Q.   In order to make sure that everything was safe and secure in the cellhouse, it would be important for someone to be watching the camera if everybody was in the cell -- in the officers' station, right?

A.   Yeah.  I mean, don't get me wrong, the sergeant might have looked up at the camera.  They was finishing up count.  They were about to get set up.  Might -- might have grabbed him something to eat because they was going to have to get ready, back to set up for the 11:00 lines, which we have early lines, so --

Q.   Okay.  My question is a little bit different.  You know, in a -- we have talked a lot about, you know, the risks and the emergencies that can happen in a cellhouse.  It is important for somebody to be monitoring the cellhouse at all times.  Either out on the floor, doing their rounds, or watching the surveillance cameras, right?

A.   Yeah.  They just completed a round.  They completed their round and the cameras -- we -- it is always somebody looking at the cameras.  But at that time, I don't think -- we was still getting ready to set up to do the daily line movement.  They just completed count, so --

Q.   Okay.  Do you remember anything you were doing in the officer station besides making sure that count

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

was cleared?

A.   Making sure that the house count cleared because we just completed count.  That's what I was doing in the officer station.

Q.   And the count would have been done around 10:00, right?

A.   We -- we start count between 9:45, 10:00.  So the count -- it takes up -- so what they secure the cellhouse, I mean, it all depends how long it takes for the officers to secure the incarcerated individuals.

Q.   And generally, how long does that take?

A.   Well, count could be up to an hour.  So the facility should be cleared within an hour.

Q.   Okay.  So before 11:00, it should be clear?

A.   Yep.  11:00 and 11:05, and it's emergency count, so within an hour.

Q.   Okay.  Okay.  How did you first realize that there was something wrong in A-cellhouse after count cleared?

A.   Well, the alarm went off and seen it went off, so we all got up to go investigate.  And as we go -- I'm about to go out the door, we look up the flag, you see flames coming over the range.

Q.   So you saw the flames actually coming out over the top of the range?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

The Deposition of LT. NADINE SMITH-ROBINSON, taken on January 23, 2025
USDC IN/ND case 3:24-cv-00185-DRL    document 147-8    filed 04/17/26    page 166 of 263
165

A.    Yes.

Q.    Did you see a lot of smoke?

A.    I seen flames.  I don't -- I seen the flames. I didn't -- at that time coming out, I didn't see any smoke.

Q.    Do you smell any smoke?

A.    From -- from my recall, I seen the flames.  I didn't smell really any smoke until I actually got up on the range, so I don't know.  I -- I might have been shocked and I -- my senses probably wasn't kicking in, but I don't remember smelling the smoke.  I know I seen flames because we had just -- just finished doing count.

Q.    Did you hear anything at -- besides the fire alarm when you heard the fire alarm go off?

A.    No.

Q.    Did you hear anybody yelling or banging on their bars or anything like that?

A.    I didn't really hear anything until we got up. We heard -- when the alarm went off, I heard a little bit of people saying -- like, a little bit of noise, but that's when we -- when I got down and we heard them saying, "It's a fire, it's a fire."  So other than that, no.

Q.    When you say you heard a little bit of noise, was that when you were still in the officers' station?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.   No, I was out, out going with the fire extinguisher to try to spray up.  That's when I heard them saying, "It's a fire.  It's a fire."

Q.   Okay.  So you didn't hear any noise, anything -- anybody yelling or anything like that, until after you went out of the officers' station?

A.   Uh-huh.

Q.   And even then, you didn't hear it until you got right up next to the area where the fire was?

A.   I didn't hear any -- yeah, right.  When I got up to towards where the area was, that's when I started hearing the offenders screaming, talking about it's a fire.

Q.   Okay.

A.   That I -- that I recall.

Q.   Okay.  So you walked out of the fire [sic] station, you heard the alarm, but you didn't really hear anyone yelling.  And you saw the flames coming out; is that right?

A.   Right.  And we all grabbed the fire extinguishers.  Sergeant Walton called a 1070.  Cross and Crockett went up to the cell -- the range, the 200 range.  Sergeant Walton opened the door.  I went up the range with fire extinguisher.  I was going to spray up.  And I seen, like, a towels hanging out.  I'm like, this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

-- this going to probably spread more, so I went up on the range.

Q.    Okay.

A.    By that time -- going up the range, the nurses had responded, got up on the range.  Cross and Crockett was spraying.  I handed off my fire extinguisher to them and quick response team was on unit with the offender fire department.

Q.    Okay.  I just want to walk through it a little more slowly.  So you-all walk out together because you hear the fire alarm.  Did anybody look at the monitors, or do you remember anyone looking at the monitors before that?

A.    No, I don't -- I don't recall nobody looking at the monitors.  But the fire alarm said that the fire -- it was a fire, like, on the 200 range.  So it has a sensor that tells you, like, exactly what area it could possibly be in.

Q.    Okay.  And prior to that, you don't recall seeing anyone watching the monitors, right?  They might have been, but you don't recall it?

A.    I don't recall.

Q.    Okay.  So you-all hear the alarm, you open the door, you-all walk out together, and you pretty much immediately see the fire on the -- coming out of the 200

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

range, right?

A.    Yes.

Q.    Okay.  And do you hear Sergeant Walton call the 1071?

A.    Yeah, she called it on the radio.  Opened the door and Officer Cross and Crockett went straight up to the range with the fire extinguishers.

Q.    When you say she opened the door, what door did she open?

A.    The front door, so the quick response team could get in.

Q.    Okay.  Did you see her open that or you just saw her go in that direction?

A.    I seen her open the door when I was going up the flag to try to spray it out.

Q.    Okay.  So you-all see the fire.  Cross and Crockett pretty much immediately go up to the 200 range; is that right?

A.    Yes.

Q.    They got to unlock the door to the stairs and then they go up themselves?

A.    Uh-huh.

Q.    Okay.  Did you see them grab any fire extinguishers?

A.    Yeah.  They grabbed some out the office as

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

well.

Q.    Out of the office?

A.    Yep.

Q.    Okay.  And then you grabbed one out of the office?

A.    Yes.

Q.    And do you know which kind you grabbed?

A.    I grabbed a silver one, so I guess that's the water extinguisher.

Q.    And what did they grab?

A.    I don't recall which ones they grabbed.

Q.    Okay.

A.    Sorry.

Q.    And then Sergeant Walton went straight for the front door.  Where did you go right when you saw the fire?

A.    I grabbed the fire station and ran up the flag to try to spray up to the fire.  And I seen some towels and things hanging out and I'm like, okay, this is going -- because it was already -- it was going to expand more.  So to me, my judgment, I felt to go up to the range and spray on the actual range.  But when I was going towards to go up, the medical staff came.  I went up the stairs.  I handed off my extinguisher to -- I can't believe it.  I can't remember if it was Cross or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Crockett. I handed off to them. They continued to spray, and then QRT and the offender fire department responded and they took over from there.

Q. Okay. And so when you went down the 100 range, you said you ran down the 100 range, toward -- it was kind of on the other end of the cellhouse from the officer station, correct, on the north side?

A. It was on the same -- same side as the officer station.

Q. Okay.

A. So on the same side as the officer station.

Q. Okay. So you just went down toward where that cell was, and your intention was to spray up?

A. Yeah.

Q. Did you spray at all, or you just realized that you shouldn't spray?

A. From my judgment, I didn't think I should have sprayed it because it was like a little towel or something hanging on. It was coming out. I felt like it would have spread it, the fire, more because there was something on the railing.

Q. Okay.

A. So I went back to go up to spray.

Q. Okay. So -- and that was just based on your own, like, intuition about what would happen. It's not



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

based on any training or anything.

A.   Uh-huh.

Q.   You were just like, I'm worried if I spray this, it'll spread the fire; is that right?

A.   Correct.

Q.   Okay.

A.   Yeah.  Correct.

Q.   So you didn't spray at all?

A.   No, I didn't spray.

Q.   Okay.  And so you had walked over -- walked or ran over toward right below where the fire was.  You looked up, decided not to spray.  What did you do after that?  Where did you go?

A.   I ran back towards the front to go up the range to spray while I was up there.  But as I was going up, the nurses came.  We got up.  I handed my fire extinguisher to Cross or Crockett, I can't recall which one, and they continued to spray.  So the quick response team came, and offender fire department.  They continued to spray and got it out, and they -- and they took over.  So I went back down to call the captain to see what to do next, and we started evacuating.

Q.   Okay.  So just to make sure that I understand.  So you were over there on the 100 range, on the flag range.  You looked up.  You decided not to spray.  You

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

ran, and you were going to run up to the 200 range, but before you got there, you handed off the fire extinguisher; is that right?

A.   No, I handed off the fire extinguisher on the 200 range to them, so I took it up to them.

Q.   Okay.  So you ran back to -- so as soon as you saw you shouldn't spray, you ran back and went up the 200 range.

A.   Yes.

Q.   And got to the front of the 200 range, correct?

A.   Correct.

Q.   Okay.  And then who did you see when you got up to the 200 range?

A.   Cross and Crockett was up there.  They were still spraying out the fire.  And when I was going towards the front, the nurses came -- the medical staff came, and they came up with the -- with me.  And as I was going up, I was going to spray while I was up there, but Cross and Crockett was still spraying, so I gave them -- handed them off to them the extinguisher. And then the quick response team and the offender fire department came and took over.

Q.   Okay.  And when you handed the fire extinguisher off to Cross and Crockett, were you over by

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

the fire, or were you closer to the front of the range where the roll bar and the keys are?

A.    It was over by the fire.

Q.    Okay.  So you ran all the way down with the nurse to the fire area and gave them your fire extinguisher?

A.    Yes.

Q.    Okay.  And how long did you stay there?

A.    I stayed up there until the quick response team came and took over.

Q.    And about how long was that, do you think?

A.    They got there pretty fast.  After they came and took over, I had went down and called the captain.

Q.    Okay.  And where did you call the captain? Was that on the phone or a radio?

A.    On -- on the phone.

Q.    In the officer station?

A.    Yes.

Q.    Okay.  And you asked the captain about evacuating?

A.    Yes.

Q.    Anything else you asked the captain about?

A.    Do he want us to evacuate, what steps he wanted us to take.  That was it.

Q.    And that was McCann, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

A.    Correct.

Q.    And after you talked to the captain, what did you do then?

A.    We all grabbed keys, started evacuating.  We started up, grabbed the keys, and everybody just -- different -- I can't remember who all helped us get everybody out, but we evacuated the house and got them over into the rec yard.

Q.    And which levels did you evacuate?

A.    All.

Q.    You did all of them?

A.    The whole cellhouse.

Q.    Okay.  And did you do that personally or did you personally do just certain ranges?

A.    I mean, I don't remember exactly what ranges I unsecured, but I just helped until we got the whole house out and followed instructions on what the supervisor wanted us to do, and helped with the -- getting them their medical attention that they asked for, so I was evacuating.  We evacuated the whole house. Do I know exactly which ranges I evacuated? No.  I don't recall.

Q.    So when you brought the fire extinguisher to the 200 level to Cross and Crockett, what was the conditions like at the cell?  How big was the fire?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit F

A.   No.  Fire was pretty big.

Q.   **Was it hot?**

A.   Yeah.  But they -- they did do a lot with the fire extinguishers, getting it out.  And then when the QRT and the firefighters came, they had the actual hoses, so it helped -- helped get it out more.

Q.   **Was there a lot of smoke at that time?**

A.   Yeah, it was smoke at that time.

Q.   **Was it hard to breathe?**

A.   Yeah, it's -- it's a little hard to breathe.

Q.   **What did it smell like?  Was it -- like, what -- was it really powerful smoke, or --**

A.   I don't even recall what the smell was that day.  It's -- it's just a -- a smell I tried to put in the back of my head because it's -- I don't -- it's -- it's just a lot of smoke, a lot of invasion [sic], so it wasn't a good smell.  It wasn't -- something -- I've never smelt it being --

Q.   **Was it loud when you got up there?**

A.   Yeah.  I mean, we're spraying out a fire. People were screaming.  There was a lot going on at one time.

Q.   **Were a lot of people screaming?**

A.   Yeah.  I mean, it was a -- a lot going on at one time that I recall.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Could you hear Mr. Smith screaming?

A.    Not that I recall.  It was just a lot going on.  Not that I -- not that I can recall.

Q.    I'll show you -- do you know if Mr. Smith was still alive when you got up to the 200 range?

A.    Ma'am, not to my knowledge.  I don't know if he was or -- or not.

Q.    And when you got the fire extinguisher as you left the officer station, why did you run down the 100, the flag range, instead of going up to the 200 level?

A.    Because it was coming over the 200, kind of, towards -- down, like, the 100, so it was, kind of, coming out far.  I thought that I would be able to spray up to try maybe to hit the fire there, and they hit the fire there to try to make it go down.  But me seeing stuff hanging on the rail, to me, that would have caused it to -- the fire to expand.

Q.    And is there a reason you didn't run up the backside and try to get it from the other side on the 200 range?

A.    At that time, me -- I was just thinking to go back up the front.  I don't -- I mean, I don't recall why I didn't go through the back, but I -- when I was trying to go up the front, that was in my mind, go up the front.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Q.    I'm going to share --

MS. POLLAK:  Sorry.

BY MS. PIERCE:

Q.    -- what I'll mark as -- this will be Exhibit 6 and 7.  They got produced to us separately, but it's the two pages of your written incident report, I think.  So the Bates numbers are State 000082 and State 000081. We'll mark those as Exhibit 6 and 7.  I'm going to share that with you -- the first page with you now.  Do you recognize this?

(EXHIBIT 6 MARKED FOR IDENTIFICATION)

(EXHIBIT 7 MARKED FOR IDENTIFICATION)

A.    Yeah.

BY MS. PIERCE:

Q.    Is this the report that you wrote or handwrote right after the fire?

A.    No.  That's from Internal Affairs when I went to go meet with them.

Q.    Did you write any reports about the fire before you wrote this?

A.    Yes.  The one that we submit on the day of.

Q.    Is that a typed, like, incident report?

A.    Yes.

Q.    Okay.  So this was after you wrote your typed incident report.  This was something you did for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

Internal Affairs?

A.    Yes.

Q.    And when did you meet with Internal Affairs?

A.    Well, from the paper, it says the 24th.  So that's what I say, the 24th from the paperwork.

Q.    Okay.  So that's ten days after the fire; is that right?

A.    I don't even remember the exact date of the fire.  I just know it was in January, so I'm guessing so, ma'am.

Q.    And the date that you wrote this for Internal Affairs is the same day you gave the video interview to Internal Affairs?

A.    Correct.

Q.    And who instructed you to talk with Internal Affairs?

A.    Any time it's an incident at the facility, we are -- we have to go down and talk with Internal Affairs.  My supervisor told me to go down there, and that's what I did.

Q.    Did you participate in any kind of review meeting for this fire that we had talked about earlier?  The --

A.    When they had it, I don't think I was there because at this time I was dealing with some medical

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

stuff, so I don't even think I was there when they did the review.

Q.    Okay.  So you don't believe you participated in any kind of review for this fire?

A.    I don't think I was there for the review.

Q.    And did anyone come and talk to you about what takeaways they reached from the review or any feedback about the response to the fire?

A.    No.  Not that I recall.

Q.    Did you ever have any conversation with the warden about the fire?

A.    No.

Q.    Did you ever have any conversations with any other administrative staff about the fire?

A.    No.

Q.    Did you ever see any summaries or anything like that from the review meeting about this incident?

A.    Not that I recall.  Like I said, at that time, I -- I had -- was off.  I took some -- I know I was off some days, and so I was here, but I wasn't here.  So that's probably why I missed -- that's why I missed a review.

Q.    And were you off for any reason related to the fire and what happened, or was it separate?

A.    It was separate.  My own medical issues I had

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

going on.

Q.   I -- excuse me.  I'm sorry.  I just want to read through this report.  It says, "I, Lieutenant Smith, was sitting in the ACA officer station, and about 10:50 the fire alarm went off in the office.  All staff got up to go investigate and walked the ranges. We looked up the 100 range and looked up at the 200 range, and it was a fire and black smoke coming off the 200. I, Lieutenant Smith, grabbed a red fire extinguisher and went up to the flag off the north side to try to put the fire out from the flag.  To me, it was going pretty high, and I seen few towels hanging from the top.  So I went up the flag, passed off the red fire extinguisher, and went up behind the nurses and QRT, and started helping get inmates out of the cells, and called shift command to see which ranges should be cleared out."  Did I read that correctly?

A.   Yes.

Q.   Is that all consistent with what you remember?

A.   Yeah.

Q.   So you recall seeing a lot of black smoke coming off of the range when you left the officer station?

A.   I mean, from my vision, I just remember it being a lot of smoke -- I mean, not a lot of smoke. I'm

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit F

sorry, flames, big flames.  So I'm trying to -- now that I'm kind of remembering, it was some black smoke coming off with the flames that I recall.

Q.    The person in charge of the shift at the time of the fire was Mr. McCann, right?

A.    Yes.

Q.    He's the captain?

A.    Yeah.  He was the captain.

Q.    And Lieutenant Jones, she was the assistant shift supervisor, correct?

A.    Correct.

Q.    Do you know where she was at the time of the fire?

A.    They -- she was up in the front shift office, to my knowledge.

Q.    Do you recall who was on the QRT team on that day?

A.    I can't even -- I can't even remember who was on the team.  I think it was Lieutenant Koen.  I think it was Sergeant Williams, Sergeant Everett.  I can't recall who else.

Q.    And did you see them all respond to the fire?

A.    Yeah.  The -- the people I mentioned, yeah, they responded.  I can't remember who else was on the team that day.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Did anyone from the QR team give you any instructions about what to do?

A.    They had took over -- the quick response team, when they came, they took over the situation.  I went down to call the shift supervisor.  They -- at that time, they start -- other staff had started to get the ones -- some of the ones off the 200.  And I called shift the supervisor, and that's when we start -- they told us to evacuate everybody.

Q.    And did anyone from the QR team tell you to go down and call the shift commander -- shift supervisor?

A.    No, they didn't tell me to go down and call anybody, but that's what -- if -- once they got there and got the -- and took over the situation, they -- quick response are the ones that are supposed to continue with the ongoing -- what's going on.  So I had to get some more directions from the shift command on what to do next.

MS. PIERCE:  Okay.  I am going to share what I'll mark as Exhibit 8.  This is just one page.  It's Plaintiff 000022.

(EXHIBIT 8 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.    Okay.  Do you recognize this document?

A.    Uh-huh.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   What is this document?

A.   It's the Department of Correction incident report form.

Q.   Okay.  And did you complete this incident report form?

A.   Yes, I did.

Q.   Okay.  And when did you report this?  When did you complete this incident report form?

A.   The same day.

Q.   Before you left that day?

A.   Yes.

Q.   Do you know about how long after the fire?

A.   Can you stroll back up to the top?

Q.   Yeah, of course.

A.   I don't -- once -- I guess, once we got the whole house situated, that's when we had to sit down and do a report, so I don't know.  I was going to say it was less -- less than an hour from the incident.

Q.   Okay.  And where did you fill this out; do you remember?

A.   On my computer in my office.

Q.   Okay.  So it would have been the lieutenant's office in A-cellhouse?

A.   Uh-huh.

Q.   So it says, "At approximately 10:58 on January

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

14, 2023, I, Lieutenant Nadine Smith, was sitting in the A-cellhouse officer station and the fire alarm in the ACA officer station went off. And myself and staff got up to walk the ranges, and we noticed there was fire coming from the 200 north side from a cell. Officer K. Cross grabbed the water fire extinguisher and his cell and Officer D. Crockett -- and his self and Officer D. Crockett went up to the 200 north range to put out the fire. I, Lieutenant Nadine Smith, grabbed the fire extinguisher and went up the 100 range to see if I could put it out. The fire was to flames, was going too high to safely put out the fire on the 100 north range, so I went up to the 200 range and handed the fire extinguisher to Officer D. Crockett and noticed it was 252 North, which houses incarcerated individual, Smith, Michael, DOC 953102. Sergeant J. Walton called a 1071." Did I read that correctly?

A.    Yes.

Q.    Is this consistent with what you remember?

A.    Yes, ma'am.

Q.    And what did you do? Did you submit this on your computer?

A.    Yeah. I sent it to the shift supervisor.

Q.    Okay. So you would have sent that to Mr. McCann?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.   Uh-huh.

Q.   **And would he have approved it?**

A.   Yeah.  He has to approve it to issue it out -- for it to be sent out, yes.

Q.   **And did anyone ever come talk to you about your incident report?**

A.   Internal Affairs.

Q.   **Okay.  Anyone other than Internal Affairs?**

A.   No.

Q.   **And did you have any conversations with the Internal Affairs about the fire other than the recorded video?**

A.   No.

MS. PIERCE:  Okay.  I'll stop sharing Exhibit 8.  All right.  I'm going to share what's -- I'll mark as Exhibit 9.  This is State 00009 to State 000010.

(EXHIBIT 9 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   **All right.  So have you ever seen this document before?**

A.   No, ma'am.

Q.   **Okay.  Do you know who Matthews Stidham is?**

A.   I guess, he's the -- one of the -- the incarcerated individual fire -- one of the firemen.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   Did you know him at that time?

A.   I mean, I know of him, but --

Q.   Do you have a lot of familiarity or a lot of interactions with him?

A.   No, ma'am.

Q.   Okay.  But you would have known who the fire chief was, correct?

A.   Yeah, I know of him.  I -- I've never, like, had a complete conversation with him.

Q.   Okay.  So this is labeled as a -- his incident report relating to the January 14th fire, so I -- I'm just going to scroll down to the bottom of the page. You know, he talks about -- I'll represent to you that he talks about responding to the fire alarm.  Down at the second line from the bottom, he says, "Because I was not in any protective gear, I began to exit the fire scene and informed other firefighters of the situation I had encountered.  Once I was outside, I spoke with Lieutenant Smith and Sergeant Walton about getting the back door to the cellhouse opened.  There seemed to be some confusion about who had the keys to the back door. I then asked Sergeant Pietrowski to take me to Checkpoint number 2 so I could retrieve the fire alarm panel keys.  Once I had the keys, I gave a few instructions to other firefighters and headed into the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

cellhouse to silence the alarm panel."  Did I read that correctly?

A.    Uh-huh.  Yes.

Q.    So you-all were outside the cellhouse at some point while the fire was going on?

A.    When we were evacuating the offenders into the field house -- I mean, you know, on the field -- the field area, so yeah, we -- we were in and out.  We were evacuating them out.  So I'm -- maybe at that time, when he -- I don't even remember him saying nothing to us.  But at that time, I believe everybody was outside.

Q.    Okay.  And do you remember having any conversation with Mr. Stidham at any point during the fire?

A.    I don't recall even talking to him.  Only thing about -- he probably asked to get out the gate because we had locked.  Once -- once everybody got out, we had locked the other side of the gates.  So when -- to -- you know, so people not going in and out of the scene area.  So other than that, that's the only time I -- I really see him.  He didn't ask me nothing about the back door or anything of that sort.

Q.    And do you recall who had the keys for the back door?

A.    Sergeant Walton had the key for the front

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

door, and I would believe that Crockett would have had the other key for the back door.  The keys worked for -- both keys worked for the front and the back door.

Q.  **Okay.  So your understanding is Sergeant Walton should have had the keys to open the back door at this point?**

A.  Yeah.  Yes.

Q.  **All right.**

A.  But the incarcerated individuals was going out the front door, and they got the back door open, so the door got open.  So when it comes to keys, the incarcerated individuals, that's not their concern about keys.  When we open, we have to -- we have to unlock the doors to get it out, so I don't know why he would be concerned about the key for the back door.

MS. PIERCE:  Okay.  I'm going to share what I'll mark as Exhibit 9.

THE REPORTER:  This will actually be 10.

MS. PIERCE:  Oh, I'm sorry.

THE REPORTER:  That's okay.

MS. PIERCE:  It's 10?  I thought the last one was 8, wasn't it?

THE REPORTER:  No, the last one was 9, the fire chief incident report.  8 was the incident report that the lieutenant wrote.  6 and 7 were her



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

handwritten statements.  5 was the fire drill evacuation.  4 is Lieutenant's learning history.  3 is ISP Emergency Manual Appendix C.  2 is general post orders for ISP State, and 1 is A-cellhouse post orders.

MS. PIERCE:  Got it.  Thank you so much.

THE REPORTER:  Uh-huh.

MS. PIERCE:  I appreciate you clarifying that.

THE REPORTER:  Sure.

MS. PIERCE:  Okay.  So this is Exhibit 10. Sorry, I'm struggling with counting.  Okay.  So this is State 000015 to State 000018.  And this is the Internal Affairs investigation report relating to the January 14, 2023 fire.

(EXHIBIT 10 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.    Have you ever seen this document before?

A.    No.  I don't work in Internal Affairs, so I'm not knowledgeable of this document.

Q.    Okay.  Are you generally aware of the fact that on an incident like this Internal Affairs would conduct an investigation and write a report?

A.    Yes.

Q.    Okay.  And have you ever seen other IA reports like this?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    No.

Q.    Okay.  So I want to just look at their -- they've got this section called "Narrative" where they seem to report the results of their investigation.  And they say from the camera footage that you could start to see a flame in the cell at 10:53.  Do you see that?

A.    Uh-huh.

Q.    Do you have any reason to dispute that?

A.    Okay.  He's looking at camera footage, so I can't dispute nothing, not to my knowledge.  If he's looking at the camera, he's going to be able to see what's going on on the camera footage.

Q.    Okay.  And then in -- at 10:55, they find that the fire is visible, but it hasn't yet left the cell; is that right?

A.    As I see -- as in his report.

Q.    Okay.  And then at 10:57, "The flames have completely engulfed the cell and are moving outward." Is that correct?

A.    As I see on the report, yes.

Q.    Okay.  And then at 10:58 it says, "The flames are spreading outward and upwards out of the cell." And then at the same time, 10:58, it says, Officers Crockett and -- excuse me, "Officers Cross and Crockett arrive at the cell with the water fire extinguisher." Is that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

correct?

A. Yes, as I see.

Q. Okay. And you don't have any reason to dispute this timing as you sit here today, right?

A. I -- I'm thinking it's accurate, to my knowledge, but he's going off his camera view, so --

Q. So what's the reason that it took five minutes from when the fire first started, or was at first apparent from outside the cell, for officers to respond to the fire?

A. So what I can acknowledge to, if the fire alarm didn't go off, we didn't see it, or we just completely, really, mostly didn't complete it doing the rounds. I mean, is it saying that it was within the cell itself? It was -- everybody was secured and locked in, so I was saying it was a flame in the cell, and the fire wasn't visible until two minutes after. And -- and then at night, completely out to 57, and staff started to respond at 58. I mean, how I feel that we reacted when we -- as soon as we learned that the incident was occurring.

Q. And how long does it take to get from the officer station up under the 200 range if you're hustling?

A. If I -- I'd say less than a minute.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Okay.  Fair to say you could probably get up there if you're hustling in 30 seconds?

A.    Probably so.  You got to get through the gate. You got to get up the stairs and get me onto the range for the -- up to this landing.  I would say about a minute.

Q.    Ma'am, it says here, "On January 14, 2023, at approximately 10:09 a.m., Officer Darnell Crockett conducted a count and secured Offender Michael Smith's cell door at 8252."  So according to this report, Officer Crockett conducted his count and secured the doors around 10:09; is that right?

A.    Yes.  But you have to keep in mind, he still has 200 other incarcerated individuals he has to go around -- but not 200, but like 100.  If it's two ranges, about 100 inmates he has to still go around on each side to secure.

Q.    Okay.  About how long would you say that would take him to do?

A.    Well, he is a seasoned officer.  I would say a good 20, 25 minutes or so.

Q.    Okay.

A.    30.  It all depends.

Q.    So say it took him 25 minutes to finish up, that'd take us to about 10:34.  Would it be appropriate

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

for Officer Crockett to stay in the officer's station from 10:34 until 10:58?

A.    My -- my -- the sergeant probably called in a count.  He probably finished his PIPE walk and was probably getting ready to get ready to start to go back on the ranges to set up for the next line movement.  So I was -- I would say give and take.

Q.    Okay.  So it's fair to say that staying in the officer's station for 25 minutes is consistent with Indiana State Prison policy?

A.    What I'm saying, ma'am, we don't get paid for -- we get paid for lunches, so we can't leave out.  So at that time, we still have to preperate [sic] to start our next movement.  So he's more than likely getting the next direction for him to let out his 11:00 lines, maybe grabbing something to eat, maybe using the restroom, maybe have to -- so he can conduct to get back up on the ranges to start his next round and settle for his next lines.

Q.    Okay.  So if you saw, you know, that an officer was in the officer's station for 25 minutes, you wouldn't have any concerns about that?

A.    That -- I don't -- I don't think those officers are consistently in the officer's station for 20, 25 minutes.  You still have to get back up and do

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

things.  You have to call your county in.  Same as to say at that time, he might have to go to the restroom.  He might been warming his food up.

Q.    Okay.  And I just want, you know, assuming, you know, we can treat this as a hypothetical.  I want you to assume that, you know, Officer Crockett, after he did this, he went and sat in the officer's station and stayed there for 25 minutes.  Would you have any concerns about that as the lieutenant responsible for A-cellhouse?

A.    Yeah, I don't -- to my knowledge, I don't think they sat in the office for no 25 minutes.  If so -- if they're in the office, it should be for some -- any particular reason.  If --

Q.    But assuming that he was sitting in the office for 25 minutes, I just want you to assume that, you would have concerns about that, right?

A.    I mean, at that time, I would say something about if it's longer than that time.  But normally, around that time, after we finish count, they try to get their bite in they're going to get, use the restroom, set up for the next line -- get ready to set up for the next line.  So on that day, I don't recall if he was in the restroom or whatever the -- what the amount of time that he was in the office.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   Okay.  But I just want to be clear, if someone were sitting in the office for 25 minutes at any point during their shift, you would say something to them, right, because you would think that that's not --

A.   I would say something.  I would say something to them.

Q.   Okay.  Because that wouldn't be properly monitoring the in -- monitoring the cellhouse, correct?

A.   Correct.

Q.   Okay.  And is it appropriate for multiple officers in the cellhouse to all eat and go to the bathroom at the same time?

A.   Okay.  We do our 30-minute rounds.  Sometimes they get up and do them longer.  But our count time, after we do our count, normally they're getting their run sheets together so they can begin to do the next line movement.  So the count has to be called in, the -- the supervisor, which is the sergeant that's in that unit, is putting down who's supposed to come out for the next line movement.  So --

Q.   And the sergeant is in charge of that, right?

A.   Huh?

Q.   The sergeant is in charge of that, right?

A.   Correct.  She has to do it for all of the staff that's in the cellhouse.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Q.    Okay.  But the officers aren't getting together information for the line movement.  The sergeant is doing that and telling them who needs to come out, right?

A.    She's doing a run sheet, which they have to go off, and go up, and set up to get the people out for who has to come out.

Q.    Okay.  And to do that, the officers need to be up on the range.  They don't need to be in the officer's station doing anything because the sergeant is handling the paperwork, correct?  Is that correct?

A.    Okay.  Again, 10:00 is count.  Once they get done with their count, most time [sic], a lot of people, which they do, they'll probably get their food warmed up to get ready for their next line movement. So they could be able to maybe take a bite to eat or use the restroom or things of that sort.  But they -- majority of the officers, to my knowledge, do their rounds every 30 minutes.  Some do them a little bit more.

Q.    Okay.  And so I just want to make sure that I'm understanding things clearly.  So the person who wants to get the paperwork ready for line movement is the sergeant, correct?

A.    Correct.

Q.    Okay.  So the officers aren't getting

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

paperwork ready for line movement.  That's just the sergeant?

A.  The sergeant most times does the -- all the papers for the officers.

Q.  Okay.  And the way that the officers are prepared for a line movement is to go up and start unlocking the doors before that the -- before the bar is rolled, correct?

A.  But they have to have their run sheet to know who to set up.  So that's what the sergeant is supposed to do.  Some -- some of the sergeants do it early in the morning.  Some have to do it in the middle of the day to get the 11:00s and 3:00s.

Q.  Okay.  So the sergeant will prepare all that and give that to the officers, correct?

A.  Correct.

Q.  Okay.  Is there any paperwork that the officers have to do in the officer's station after count?

A.  They turn in their count sheets.  And that's pretty much it after count.

Q.  Okay.  And then they'll -- then they will start doing their rounds and start do -- getting, you know, start unlocking the doors later for the next line movement, correct?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

A.    Correct.

Q.    Okay.  Now, I understand that you get paid for lunch and you eat in the officer's station.  Is there any policy or rule against officers in the station eating their lunch at the same time in the officer's station?

A.    Not to my knowledge.

Q.    Okay.  So it's consistent with Indiana State policy for all of the officers and all of the staff working in the station to be in the officer's station eating together; is that right?

A.    Not to my knowledge.

Q.    That's not consistent with policy.

A.    I -- so -- oh, Lord.

Q.    Sorry.  I'll ask the question again.  I think I asked it confusing [sic].  I'm sorry.

A.    No, I'm saying, to my knowledge, I have not seen anything that says that we have a select time to eat our lunches.

Q.    Okay.  So it's fine.  As far as you know, it's fine with policy to all eat together; is that right?

A.    To my knowledge, we eat at the time that it's kind of convenient.  If they're locked in or secured, most people, from my knowledge, eat between count time.

Q.    Okay.  And does it happen that often -- strike

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

that.  Is it common for all staff in a cellhouse to eat their lunch at the same time together?

A.    No.

Q.    Okay.

A.    Some people --

Q.    Does it raise any concerns -- oh, I'm sorry. Go ahead.

A.    Some people eat at different times.  Some people basically stand at the door and eat their food, so --

Q.    Does it raise any concerns for you if all staff in a cellhouse are in the officer's station together, eating their lunch, and no one is out on the floor?

MR. ARNOLD:  Objection as to form.  You can answer.

THE WITNESS:  Like I said, we have to eat as we go.  We have our PIPE rounds, and there's nothing that says when or when we can't eat our food.  It just says we have to do our PIPE rounds every 30 minutes for the safety and security of the facility and the incarcerated individuals.

BY MS. PIERCE:

Q.    And you, based on your experience and training, if you were in charge of a cellhouse and you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

saw that all the staff were in the officer's station together, eating their lunch, would you say something like, "Hey, somebody should be out monitoring what's going on.  We shouldn't all be in here together"?  Or would you think that it was okay?

A.   I believe that --

MR. ARNOLD:  Objection.  Lack of foundation.  But you can answer.

THE WITNESS:  I believe that staff should do their rounds according [sic].  If they can do more, then do just that.  Do more.  There's nothing wrong with doing more rounds, being more on top of things.

BY MS. PIERCE:

Q.   And my question is just a little bit different.  And I want to make sure that I understand your answer on it.  So do you, as a lieutenant, with your training and experience, if you saw that all of the officers and staff assigned to a cellhouse were in the officer's station together, eating their lunch, and taking a break together, would you have concerns about that or would you think that it was okay?

MR. ARNOLD:  Objection as to form and lack of foundation.  But you can answer.

THE WITNESS:  I would rather my staff to eat their food when there's no line movement and they've

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

done their rounds.  I -- I mean, I wouldn't want them to be standing up eating at the door because where's their -- their -- their safety and security? Their hands are not available if something occurs. So, I mean, I'm not saying that everybody eats their lunch at 10:00, everybody eats their lunch at 2:00, or everybody eats their lunch at 5:30.

BY MS. PIERCE:

Q.    Okay.  I want to look down at the interview section.  It says, "On January 14, 2023, Sergeant Jeniene Walton was working in A-cellhouse.  The count had just cleared.  And she conducted a security walk on both 100 north and south ranges.  She went back into the officer's station with the lieutenant, Nadine Smith, Officer Kevin Cross, and Officer Darnell Crockett were at."  Did I read that correctly?

A.    Yes.

Q.    Okay.  So you were in the officer's station with Crockett and Cross when Sergeant Walton came in. Do you recall that?

A.    Yes.

Q.    Okay.  And do you remember what you were doing in the officer's station at that time?

A.    In the officer's station, like I said, they got done conducting count.  We made sure the count

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

cleared.  I -- sometimes at those times, I might talk with staff about things in the unit because that's when majority -- the incarcerated individuals are secured. I -- I always work with my officers.  I don't just go sit in my own office.  I'm always there working with my staff.

Q.   And it says next, "As Sergeant Walton was talking to Lieutenant Smith, the fire alarm panel sounded."

A.   Uh-huh.

Q.   Do you recall talking to Sergeant Walton when the fire alarm went off?

A.   We were talking when it went off.  I don't know what we were talking about.  I don't -- something -- some -- within the job.  I don't know.  I don't remember what we was talking about.

Q.   Okay.  All right.

MR. ARNOLD:  Can we take a break for a minute here in a second because I think the facility -- someone's leaving at the facility and I think they need to do something or something?

MS. PIERCE:  Okay.  Do you know how long we'll be?

MR. ARNOLD:  It just says, "Can you" -- I got an e-mail saying, "Can you pause for a minute so we

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

can explain to Ms. Smith what she'll need to do so we can end our day and leave?"  So --

MS. PIERCE:  Okay.  Yeah.

THE REPORTER:  Okay.

MR. ARNOLD:  I don't know, but it sounds like --

THE REPORTER:  Off the record --

MR. ARNOLD:  -- someone needs to leave.  So --

THE REPORTER:  Take us off the record.  The time is 2:59 p.m. Central.

(OFF THE RECORD)

THE REPORTER:  Okay.  We are back on the record for the deposition of Lieutenant Nadine Smith-Robinson via video conference.  Today is January 23, 2025.  The time is 3:08 p.m. Central.

MS. PIERCE:  Okay.  I want to show you some pictures of the fire.  Actually -- and, Sydney, correct me if I'm wrong, but I think I'm on Exhibit 11 now.

THE REPORTER:  Yes.  11.

(EXHIBIT 11 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   Okay.  And this is the evacuation map, A-cellhouse.  Right.  Okay.  This is labeled as the ISP A cellhouse fire evacuation plans.  Have you seen this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

before?

A.   Yes, it's posted.

Q.   Okay.  So this is the evacuation plans that we were talking about earlier that are posted by the doors for everybody to see?

A.   Uh-huh.

Q.   Okay.  And so I just want to orient myself. So this side over here where there's the N on the left side, that's the north side of the range; is that right?

A.   Yes.

Q.   Okay.  And so the primary entrance to the cellhouse where you'd come in and out is on the east side; is that right?

A.   Okay.  We -- we was -- the way the house divided up it's -- okay.

Q.   Is that right?  I want to make sure that I'm understanding the layout correctly.

A.   It's on the north side of the range, so the door.

Q.   The door?

A.   Uh-huh.

Q.   So the door up here where I'm highlighting, where it says primary exit, is that the door to the cellhouse?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Okay.  And then if you look over at the compass, that shows that that direction is east, right?

A.    Yes.

Q.    Okay.  So is that consistent with your understanding of the cellhouse?

A.    Yes.

Q.    Okay.  So the entrance and the exit is sort of on the sort -- short side of the cellhouse range by the front stairs, correct?

A.    Can you repeat that?

Q.    Yeah.  So these staircases that are at the top of the cells up here closest to the little square that says, "You are here," those are stairs, right?

A.    Correct.

Q.    And are those the stairs that the officers would use or the incarcerated individuals would use?

A.    That's the stairs that the officers use. Incarcerated individuals come out the back.

Q.    Okay.  So those ones way back here at the bottom of the page, right?

A.    Yes.

Q.    Okay.  And then these -- so the officer's station is actually pretty close to the stairs on the north range, right?

A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    Okay.  Is -- would you guess that's maybe, like, ten feet or so, 15 feet?

A.    I don't know.

Q.    Okay.  How quickly do you think you could walk from the officer's station to the bottom of the stairs?

A.    Less than a minute.  I mean, it's -- it's right by the officer's station.

Q.    Okay.  Probably a few seconds, right?  I mean, it looks like it's quite close just to walk a few -- a few --

A.    A few seconds.

Q.    What'd you say?

A.    I would say, yeah, with -- a few seconds or so.

Q.    Okay.  And the officer's station is right here on the north side of the range, right by the stairs that the officers use, correct?

A.    Yes.

Q.    Okay.  And then where did you -- so -- and then over here on the south side, this is the counselor's office; is that right?

A.    Yes.

Q.    Where it's labeled counselor's office?

A.    Yes.

Q.    And your lieutenant's office would have been

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

in there?

A.    Yes.

Q.    Okay.  And then these white arrows, did those show the evacuation route?

A.    Say it -- yes.  Yes.  It shows the secondary exit, which is in the back.

Q.    And is that how you evacuated the prisoners during the January 14, 2023, fire?

A.    We started evacuating in the front and then once -- we opened the back door as well.

MS. PIERCE:  Okay.  All right.  All right.  I am going to show you what I'll mark as Exhibit 12. Yeah.  Sorry.  One second.  Okay.

(EXHIBIT 12 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.    Okay.  Okay.  So this is a picture of, you know, a still taken from the surveillance video from the time of the fire.  Does this look familiar to you?

A.    I can't even see who that is, the officer or nothing, so --

Q.    Okay.  But does this look like the -- A-cellhouse as you knew it at the time of the fire, correct?

A.    I don't even -- I don't even remember it being that smokey.  I mean, I can't recall because I'm trying

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

to see -- that doesn't even look like the two officers I normally work with.  I don't -- I don't -- that don't look like Crockett.  It kind of do, but it kind of don't.  I don't --

Q.    Okay.  I'm going to just zoom in on the time frame.  So the timestamp on this is 10:59:41, correct, up here at the top?

A.    Yes.

Q.    Okay.  And so this is several minutes after the fire started, correct?

A.    Yes.  From the report, yes.

Q.    Okay.  And this -- so there is somebody here that you say you can't recognize who's in the middle of the picture shooting the fire extinguisher at the fire; is that right?

A.    I believe that's -- I -- I'm -- I don't -- ma'am, it doesn't look like that to him, but it could be him because it's -- it's a whole bunch of smoke and stuff.  So it kind of know -- kind of look like -- I don't --

Q.    When you say him, who do you mean by that?

A.    Kind of look like Crockett, but I'm not sure. I'm trying to see.

Q.    Well, we'll look at some more photos.

A.    Okay.  So what was your -- what was your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

question about it?

Q.    Just if you knew who that was.  But that's all right.  Okay.  So I want to look down at this person in the bottom.  Do you know who that is there?

A.    It kind of look like me.

Q.    Okay.  And that's when you went down to try to shoot up from the 100 range, correct?

A.    When I went down, there was still smoke coming up.  So I don't -- I'm -- I'm confused at this.  I remember running up the range, so I'm --

Q.    Okay.  And that looks like you though, correct?

A.    Yeah.  It kind of look like me, but I don't know.  I'm -- I'm still --

Q.    Does that look like Sergeant Walton at all?

A.    No, that's not Walton.  It look like me, but I don't know.  I'm up here trying to see.  The picture is blurry.

Q.    Could that be Jones at all?

A.    No, I don't think it's Jones.

Q.    Okay.  So is it Crockett or Cross?

A.    In this -- this picture is not clear.  So I can't give you a -- a reasonable answer because, to me, the picture doesn't look clear.

Q.    Okay.  Your best guess of who this is, you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

think is you though, right?

A.   The one I'm looking at, it don't -- I don't even remember completely.  That -- that still picture right there because soon as I ran up, ran down there, and I felt I couldn't get it, I remember running back.  So my recall, it don't look right to me.

MS. PIERCE:  Okay.  Let me show you the next video that I'll show you.  Or the next picture.  All right.  So this is -- I'll mark it as Exhibit 13.

(EXHIBIT 13 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   And this is five seconds later, 10:59:46.  All right.  And I just -- zoom in on the timestamp.  You confirmed that -- oh, I'm sorry.  10:59:45; is that right?

A.   I was going to say 10:59.

Q.   Sorry?

A.   It says 10:59, yes.

Q.   And 45 seconds, correct?

A.   Yes.

Q.   Okay.  And then this is just about four seconds after the last one we looked at.  Can you recognize this person now shooting the fire extinguisher?

A.   Yeah.  It's Crockett.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   Okay.  And then do you recognize this individual now who has turned back with the fire extinguisher?

A.   That looks like me.

Q.   Okay.  So you think that it's you after looking at the second video -- or the second picture?

A.   Yeah, because the first one just look like I'm just standing there just looking.

Q.   Okay.  But it's at one second in time, right? And this is four seconds in time you've turned around and started going back the opposite way?

A.   Yes, I went back to go back the opposite way. But that first one looked like whoever screenshotted it, it was just like -- that don't even -- but okay.

Q.   Okay.  But looking at this one now, this Exhibit 13, which is at 10:59:45, this person who's going back with the fire extinguisher toward the front of the range is you, right?

A.   It's what I see.  Yes.

Q.   Okay.  And this is consistent with what you remembered.  You came.  You were going to shoot up, but -- the fire extinguisher up, but you decided not to. And you ran back with the fire extinguisher, right?

A.   Yeah.

Q.   Okay.  So this is consistent with what you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

told me about the time -- well, you know, you heard the fire, you went down, you looked, and then you ran back with the fire extinguisher, right?

A.    Correct.

Q.    Okay.  And you just came down this way just one time, correct?

A.    From what I recall, I came down one time.

Q.    I'm sorry.

A.    For what I recall, I only came down there one time.

Q.    Okay.

A.    From what I recall.

Q.    All right.  So I'm going to stop.  And is this, you know, consistent with the amount of smoke you remember seeing when you went down there?

A.    I mean, I'm down on the floor.  So this is on a camera.  I don't -- I don't know if it -- I can't recall if it was that much smoke.  I just know the flames was bulging out, so --

MS. PIERCE:  All right.  I will stop sharing that.  I'm going to share Exhibit 14.

(EXHIBIT 14 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.    Okay.  So this is Exhibit 14.  I'm just going to zoom in.  The timestamp now is 10:59:25; is that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

right?

A.    Yes.  As I see, 10:59.

Q.    Okay.  10:59:25, right?  You see the 25?

A.    Uh-huh.  I see it.

Q.    Okay.  In this, you can see the flames coming out of the cell 252 quite far, right?

A.    Yes.

Q.    Okay.  Is this consistent with what you remember seeing when you came out of the cell -- out of the officer's station?

A.    Yes.

Q.    Okay.  So this is what it looked like when you first saw the fire, right?

A.    Yes.

Q.    Okay.  And down here, it's hard to see, but there's someone, it looks like, right over here near the officer's station.  Do you see that person there?

A.    Yeah.

Q.    Is that you there coming out of the officer's station seeing the fire?

A.    I think so.  I'm -- I'm not completely sure --

Q.    Okay.  And this is just a few seconds before you were down here -- about 20 seconds before you were running back with the fire extinguisher, right?  About

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

20 seconds before the last photo we looked at?

A.    Okay.

Q.    Okay.  And so you saw this fire and you thought if you spray this, it's going to make the fire worse; is that right?

A.    I said when I looked up, I seen, like, it was -- looked like it was maybe a towel or something hanging off the range.  If you look right here --

Q.    Yeah --

A.    -- look right there, I thought that would have made the fire spread more to me.  That's off my judgment.

Q.    Okay.  And at this point, the fire is pretty bad, right?

A.    Uh-huh.

Q.    Whoever is in there is in serious -- seriously hurt, in serious trouble, right?  Is that fair?

MR. ARNOLD:  Objection as to form.  But you can answer.

THE WITNESS:  I mean, the fire was very, very bad.  So I would think -- I guess the person needs -- as -- as I see, as the officer who were doing it, they were trying to get him out of the -- the flames, so --

BY MS. PIERCE:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.    And people were screaming pretty loudly at this point, right?

MR. ARNOLD:  Objection as to lack of foundation.  But you can answer.

THE WITNESS:  I don't recall.  I don't -- I don't recall.

BY MS. PIERCE:

Q.    And this would have been visible to anybody who was looking at the monitors of A-cellhouse, correct?

A.    If the -- if the cameras -- we have different sets of the cameras on there.  That side, you have to be looking at the camera on that side or have all the cameras up at -- at once.

Q.    But anybody who was looking at the 200 range on a camera would have been able to see this fire, yeah?

MR. ARNOLD:  Objection.  Just a lack of foundation.  You can answer.

THE WITNESS:  Everyone doesn't have camera access.  Yes, it's one in the officer station, but you, at that time, we would have to have all the little cameras up and be able to see.  I'm trying to think if it's a -- yeah, the side view on the camera for the officer station.

Q.    All right.  All right.  I am going to show you what I'll mark as Exhibit 15.  And the timestamp on this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

is 10:58:00, correct?

(EXHIBIT 15 MARKED FOR IDENTIFICATION)

A.    Yes.

BY MS. PIERCE:

Q.    And here the fire's pretty big, right?

A.    Yeah.  It's starting to get big.  It's big in --

Q.    You can see a lot of smoke coming out up here, covering the 300 range, in the top of the 200 range, right?

A.    Yes, I see some smoke.

Q.    Okay.  And it looks like some of the flames are starting to come out of the top of the cell right here; is that right?

A.    Yeah, it started to come out of the cell, as I see.

Q.    And you can see Mr. Smith down here, kind of, pressed up against the bars of the cellhouse, right?

A.    I do.  I see, yeah, I see his pants and jacket.

Q.    This is about over a minute and a half before you're down here with the fire -- about a minute and a half before you're down here with the fire extinguisher, right?

A.    I believe it was a minute and a half.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   Well, we looked at that still of you, and that -- you were down here around 10:59:25.  That's about a minute -- a little shy of a minute and a half after this, right?

A.   Yeah.  It was a -- a -- a minute after.

Q.   And you didn't spend a lot of time just looking up at the cell, right?  You looked up, you decided not to use the fire extinguisher, and you ran back pretty quickly, right?

A.   Yes.

Q.   Okay.  Do you know whether people were yelling a lot at this point?

A.   I don't recall exactly where the majority of the yelling was coming from.

Q.   This would have been an important time to get somebody to let Mr. Smith out of his cell, right?

MR. ARNOLD:  Objection.  Form.

BY MS. PIERCE:

Q.   Is that right?

A.   I feel that when the situation became known, I feel that we reacted as soon as the situation was -- became known.  And I feel that we did our rounds, and things of that sort.  As soon as we seen that this was occurring, I think we reacted according.

Q.   And if you were in the officer station, the



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

monitors were up, you said you could have seen all the cameras at the same time; is that right?

A.    It doesn't -- so if I'm looking at the cameras one by one, or pull them up, doesn't necessarily be able to directly see on that side.  The cameras are in the office, but if I'm strolling through the cameras, or I have the monitors up, they are -- if they are all up there, smaller.

Q.    You have the -- you can have all the camera options up there at the same time, and you can click on one to blow it up, right?

A.    Correct.

Q.    But you can still see the other ones, right?

A.    Yes.

Q.    Okay.

A.    No.  When you blow it up, it's -- it's going to go to that one, and you have to click it to go back into the individual cameras.

Q.    Okay.  And do you normally have it just blown up to one camera at a time?

A.    I have, when I'm looking at the cameras, I look at all of them, but I -- I stroll through the cameras when I'm -- when I'm looking at the cameras.

Q.    And if you scrolled through the camera and you got to this one, you would have seen this, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.    Yeah.  I would have reacted.

MR. ARNOLD:  Objection as to form.

MS. PIERCE:  I'm going to share with you now what I'll mark as Exhibit 16.

(EXHIBIT 16 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.    And I'm just -- blow this up a little bit so you can see.  The timestamp up here now is 10:57:00, right?

A.    Okay.

Q.    Okay.  And here at this time, you can see the fire pretty well in 252, right?

A.    I could see smoke from right here on the camera, but if I was sitting in the officer station, I wouldn't be able to just see it.  Right -- you have to get all the way up to be able to see at the range. It's at the end of the range.

Q.    Okay.  But you can see smoke coming out, going up towards the other ranges, and coming out of the fencing, right?

A.    Yeah, I see it on camera.  Yes.

Q.    And there's a good amount of smoke, right?

A.    From me seeing it on the camera, on the -- on the screenshot, yes.  But if I'm in the office, I technically have to be out to see smoke is coming up.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   Okay.  And you can see here, you know, on the camera view, that the fire looks pretty sizable at this point, right?

A.   Yeah, I could see from, in the cell, the fire was in a big amount inside the cell.

Q.   Okay.  And you can see here, Mr. Smith, he has a curtain up; is that right?

A.   Yeah.  It look like he have his blanket up. Yes.

Q.   And that -- the cell next to him also has one up, and the cell on the other side of that, right?

A.   Look like their shirt?  Yeah, I see a shirt.

Q.   And so that would all be violating ISP policy, right?

A.   Yeah.  They are not supposed to have curtains up, but I see a shirt, and the curtain.

Q.   Okay.  So those shouldn't be there, right? That's against policy?

A.   Correct.

Q.   Sorry, I didn't mean to stop sharing that. All right.  So just looking at this now, this is the 10:57 clip, Exhibit 16.  This is a pretty serious emergency already, right?

A.   From me looking at the picture, yes, it's an emergency situation.  But I'm seeing that it's right

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

inside the cell.  I see some of the smoke is coming out.

Q.    And the person in the cell at this point is in pretty serious danger, right?

A.    From the flames, and the smoke, the situation, yes.  I would say they are.

Q.    And they can't get out of their cell.  They need somebody to help and get them out of their cell, right?

A.    Correct.

Q.    Okay.  And would you be surprised to know that people at this point were yelling pretty loudly for help?

A.    I mean, I wouldn't say they was yelling pretty loudly for staff.  Because when -- when we were made aware of the situation, when the alarm went off, and we went to investigate, we see the flames when we came out the cell.  I mean, the -- the -- the officer's cage.

Q.    So you would be surprised if prisoners said that they were yelling pretty loudly at this point for help?  That there was a fire?

MR. ARNOLD:  Objection as to form.

BY MS. PIERCE:

Q.    You can answer.

A.    And like I said earlier, we did rounds, we did count.  The fire alarm had went off.  We went to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

investigate.

Q.   So you don't think at this point that Mr. Smith, inside cell 252, with all this smoke and this fire, was yelling pretty loudly for his life?

A.   For -- I -- I'm not saying he wasn't saying anything or anything, but I didn't hear any yelling until -- we heard -- I heard a little bit of -- when I came out, we was checking to see the fire.  We heard incarcerated -- other incarcerated individuals yelling, "Fire, fire."  So we were coming out the office to investigate.  Once --

Q.   You came out of the office and people were yelling, "Fire, fire," right?

A.   When I -- what I'm saying, the officer station, when the alarm went off, we got up to get out to go investigate.  So when I came off the -- out the office, and seen the flames, grabbed the extinguisher, that's when I started hearing people yelling, "Fire, fire," once I was coming up the range.

Q.   Okay.  And, again, in a place without emergency call buttons in the cells, it's really important to be vigilant to listen for people yelling for help, right?

A.   And I will say myself, and my staff that was on the unit, were very vigilant.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit F

Q.    But you didn't hear anyone yelling for help until you got all the way down the range?

A.    I didn't hear anybody screaming, saying anything until I got closer down the range.  From my knowledge of what I can remember.

Q.    Do you think that the response to this fire was a good response?

A.    I think staff and myself responded in a reasonable amount of time.  Now -- I think we responded in a reasonable amount of time.  We do our rounds.  I do -- I do wish we could have responded faster, but when we became knowledgeable of the situation, we did respond, we did act, and I feel that we did respond to the best of our abilities in -- over responding in a reasonable amount of time.

Q.    After going through this, is there anything that you would take away from this that you would do differently when you responded to a fire when you were just monitoring the cellhouse for emergencies?

A.    What then?  I already do.  I always check to try to -- I do my things, pull up curtains, write things up, make sure that everything is intact, check the cells.  And while I'm doing my rounds, make sure there's no obstruction of the outlets, and of the state property.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   So nothing you would do differently, or nothing that you took away from this to do differently?

A.   I, kind of, second guessed I should have went up the back way.  I might have -- should have just still sprayed up, even though it might have caused something else to catch on fire.  Might of -- you know? My only thing is, I wish I probably would have went up through the back, but do I think going up through the back would have made a difference?  I don't think so. And I just -- I mean, I hate the whole situation happened itself.

Q.   Anything you would have done differently in the lead up to the fire when you were just monitoring the cellhouse?

A.   No.  No, because I'm -- I'm -- I'm actually -- I'm always out and about.  I help my staff.  I do review cameras.  It's -- it's nothing that I can recall to say.

Q.   Do you think you and your staff had the training to deal with this fire?

A.   I think the training they give us to reserve life, to risk our own to help the incarcerated individuals to be safe and secure.  I think they give us that training.

Q.   My question is a little bit different.  Do you think you got adequate training about how to respond to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

a fire in order for you and the other people assigned to A-cellhouse to effectively respond to this fire?

MR. ARNOLD:  Objection as to form.  But you can answer.

THE WITNESS:  Again, like I said, I feel that the training they give us to help keep the incarcerated individuals safe, and the data we do and the risk daily to help them to be safe and secure.  I think they gave us enough training, but it's always room for more training.

BY MS. PIERCE:

Q.    How many fires have you encountered working at Indiana State Prison?

A.    A few, but most of them is they set little fires in front of their cells if they don't get something that they want.  So maybe one, two, but it was self-inflicted fires.

Q.    And that's over your whole time at ISP?

A.    Yes.

Q.    In those fires, those little fires that you mentioned, are those documented in the incident reports?

A.    Yes.

Q.    Have you ever been involved in another serious fire where there was an injury to anyone?

A.    No, not that I recall.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit F**

Q.   Do you recall any other serious fires happening while you were at Indiana State Prison?

A.   No.

Q.   Did you know Michael Smith?

A.   No, I don't from my knowledge.  I haven't had any -- conversations that I can recall.

Q.   Did you have any impressions of him, or had you heard anything about his reputation or anything like that?

A.   No.

Q.   As far as you know, he was appropriately behaved, stayed out of trouble?

A.   I don't -- I don't have knowledge of his rap sheet or things of that sort.  I don't have any knowledge of that.

Q.   Okay.  So one way or the other, you don't really have any sense of, you know, what his behavior was like while he was incarcerated?

A.   He didn't -- he didn't cause me any problems. I -- from my knowledge, the staff that I worked with, he didn't cause any problems, so --

Q.   Okay.

A.   Other than that, I didn't -- I haven't -- or I have -- I didn't look at his conduct history or anything of that sort.  And hasn't came across my desk from

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit F

anything from him, to my knowledge.

Q.    And we talked earlier -- I'm sorry, one other question.  Did you -- were you ever aware of any issues with Mr. Smith's cell?  Any problems about, you know, maintenance in his cell or anything like that?

A.    Not that I can recall.

Q.    We talked earlier about your interview with Internal Affairs about the January 14, 2023 fire.  Were you honest and forthright with Internal Affairs about your experience during the fire?

A.    Yes.

Q.    Have you been disciplined at any point while working for IDOC?

A.    I've had some written reprimands, but it wasn't -- it was probably like attendance, or something like that.  It wasn't -- you know, I haven't been suspended.

Q.    And you don't remember any written -- reprimands for anything other than attendance issues?

A.    And I had a one or -- for a situation when I worked at Miami.  Other than that, not at Indiana State Prison, just a written reprimand from attendance.

Q.    And what was the issue at Miami?

A.    I mean, do I -- I mean, I was running shift, and another -- it was a -- on a unit that another

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

officer -- I didn't replace the officer on the -- on the roster. And at the whole time, I thought it was three people in there, but it was only two. And it resulted in staff not doing their rounds, like they were supposed to, and the offender passed away.

Q. And how did the offender pass away?

A. I believe he hung his self.

Q. And that was at some point before the fire?

A. That was like in -- a little before I came. I came back to -- it was like in -- it was in 2020. It was -- yeah, 2020.

Q. Have you, other than Mr. Smith and that offender in 2020 who killed himself, have you ever had any other prisoners die in your cellhouse on your shift?

A. One -- one, I believe.

Q. And how did he die?

A. Yeah, I believe, from what we seen, when we got -- see, he -- he committed suicide. That's all I have from that.

Q. You don't know how he committed suicide?

A. He tied a -- a -- a cover around his neck. So that's from, like -- after that, once we write the report, I don't know what else happened after that. When they did the autopsy or whatever, I don't get that information.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Q.   And when was that?

A.   Maybe 2023, I believe.

Q.   And that was at Indiana State Prison?

A.   Yes.

MS. PIERCE:  All right.  I don't have any other questions.

MR. ARNOLD:  I just have very few.  I don't know.  Can you guys hear me okay?

THE WITNESS:  Yes.

MS. PIERCE:  Yeah.

CROSS-EXAMINATION

BY MR. ARNOLD:

Q.   Okay.  So earlier, you talked -- there was a lot of discussion about post orders.  Do you remember that?

A.   Yes.

Q.   And do you know what the purpose of the post orders is?

A.   To correctly run the unit, so you know exactly what's supposed to happen at every hour of the day, and the knowledge of how to operate it.

Q.   And the instructions in the post orders, who would those generally be applicable to?

A.   Staff on the unit that's running -- that's working the post.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

Q.  All right.  And then you said earlier, that once count was done, you stay and make sure count is cleared; is that right?

A.  Yeah.  I'll -- - I sometimes stay in office. Make sure when officers call in that the count is cleared.  Sometimes we might have to -- the sergeant starts the run sheet.  Sometimes I might talk with staff about things that might need to be done while the sergeant's getting the paperwork together for them to continue to start their setting up for their line movement.

Q.  Okay.  So what kind of paperwork do you need to do to make sure count is clear?

A.  No, I don't have any paperwork to do to make sure count is clear, but it's my job to make sure that count is done and cleared at a reasonable time of the unit.

Q.  All right.  And then earlier you talked about having a paid lunch; is that right?

A.  Yeah.  I'm -- I'm saying we basically eat when we can.  So you still want to be alert.  So most people will try to eat their lunch, or go to the restroom, around after we finish counts.  So we don't leave -- you know, custody don't leave.  So we have to fit it in when we can fit it in.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

Q.    Okay.   And is after count a good time to fit it in, or why do people generally eat after count?

MS. PIERCE:  Object to the form.

THE REPORTER:  Go ahead, sir.

MR. ARNOLD:  You can --

THE WITNESS:  Most times, people generally eat after count because, at that time, the incarcerated individuals are secure, able to use the restroom. Don't have to, you know, worry about folks running around, trying to go to the restroom, trying to get your food.  And normally, when they're out, they're asking questions, and things of that sort.  So you could be able to be attentive to them.  Instead of I'm sitting up here eating my sandwich, or my food, and line movements are running in.  You constantly have to be up and around, and alert.  You got to be alert at all times.  But doing when they're out, it's -- you just have to be up more, moving around line movement, things of that sort, versus you still want to have self safety awareness.  I don't want to be sitting at the door eating my soup, or something, and something occurs.

BY MR. ARNOLD:

Q.    And then you said you've dealt with a few other fires during your time with IDOC; is that right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

A.   I mean, and when I worked in segregation, like, they might set little fires in front of their cell.  Most times, you can put them out with water. But not -- not anything like -- like, no -- not any big fires.

Q.   Is it common in your experience for inmates to set fires?

A.   Yes.

MS. PIERCE:  Object to form.

BY MR. ARNOLD:

Q.   And you said -- were the -- and you said those were generally smaller fires that could be put out with water?

A.   Yes.  Most times, they will set them in front of their cells.

Q.   Like what do you mean in front of their cells? Like outside the cell?

A.   Now, I did -- I had to think about it.  I -- it was a fire when I worked at Miami.  The offenders set the fire.  They had, like, indoor rec, and they built -- they started throwing stuff out their cells when the QRT and them had to be responded.  They made like a bonfire, and set it on fire.  So the teams had to be activated to get it under control.  So I -- I forgot about that one.  That -- that was when I worked at

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit F

Miami, but not at Indiana State Prison.  I haven't had any other big experience.

Q.    Do you know how inmates are able to start fires?

A.    From my knowledge, they normally mess with the sockets to strike a fire, and light something like toilet paper.  Things that are provided to them, toilet paper.  And they will set a fire.  Their books, they use their books, things that are -- they are allowed to have.

MR. ARNOLD:  Okay.  All right.  That's all the questions I have.

MS. PIERCE:  No follow-up from me.  Thank you for your time.

THE WITNESS:  Thank you.  Appreciate it.

THE REPORTER:  All right.  Before we go off the Record, how would we like to handle signature?

MR. ARNOLD:  We'll review and sign.

THE REPORTER:  You'll review it.  Okay.  And then, Megan, would you like a copy of the transcript?

MS. PIERCE:  Not at this time.

THE REPORTER:  Okay.

MS. PIERCE:  We'll reach out if we're going to need one.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

THE REPORTER:  Brandyn, would you like a copy?

MR. ARNOLD:  Yeah.  We'll take an electronic copy.

THE REPORTER:  Electronic.  Okay.  Let me take us off the record.

(DEPOSITION CONCLUDED AT 3:58 P.M. CT)

**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**



**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

**Exhibit F**

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skills and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

SYDNEY ELIZABETH LITTLE
COMMISSION NUMBER NP0737853
MY COMMISSION EXPIRES
DECEMBER 9, 2029

SYDNEY LITTLE,

COURT REPORTER / NOTARY

COMMISSION EXPIRES ON: 12/09/2029

SUBMITTED ON: 02/03/2025

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

**EXHIBITS**

| | |
|---|---|
| EXHIBIT 6 - Handwritten Statement - STATE 000081 | 177 |
| EXHIBIT 7 - Handwritten Statement - STATE 000082 | 177 |
| EXHIBIT 8 - Incident Report - PL 000022 | 182 |
| EXHIBIT 00009-000010 | 185 |
| EXHIBIT 11 - Evacuation Map of A-Cellhouse | 203 |
| EXHIBIT 12 - Still Photograph 10:59:41 | 207 |
| EXHIBIT 13 - Still Photograph 10:59:45 | 210 |
| EXHIBIT 14 - Still Photograph 10:59:25 | 212 |
| EXHIBIT 15 - Still Photograph 10:58:00 | 215 |
| EXHIBIT 16 - Still Photograph 10:57:00 | 219 |
| EXHIBIT 019717-019723 (Attorney's Eyes Only) | 90 |
| EXHIBIT 020467-020477 (Attorney's Eyes Only) | 117 |
| EXHIBIT 022309-022310 | 149 |
| EXHIBIT (Attorney's Eyes Only) | 94 |
| EXHIBIT - STATE 019342-019387 (CONFIDENTIAL) | 141 |
| EXHIBIT - STATE 000015-000018 | 189 |

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F**

**Exhibit 1_ Smith-Robinson ( AEO)** 90:2,3 94:13,14

**Exhibit 2_ Smith-Robinson ( AEO)** 94:15,16, 23 117:24

**Exhibit 3_ Smith-Robinson ( AEO)** 117:25 118:3 125:7,8

**Exhibit 4_ Smith-Robinson ( CONFIDENTIAL)** 141:22,25 149:6

**Exhibit 5_ Smith-Robinson** 149:7,10

**Exhibit 6_ Smith-Robinson** 177:4,8,11

**Exhibit 7_ Smith-Robinson** 177:12

**Exhibit 8_ Smith-Robinson** 182:20,22 185:14,15

**Exhibit 9_ Smith-Robinson** 185:16,18 188:17

**Exhibit 10_ Smith-Robinson** 189:10,15

**Exhibit 11_ Smith-Robinson** 203:18,19,21

**Exhibit 12_ Smith-Robinson** 207:12,14

**Exhibit 13_ Smith-Robinson** 210:9,10 211:16

**Exhibit 14_ Smith-Robinson** 212:21,22,24

**Exhibit 15_ Smith-Robinson** 215:25 216:2

**Exhibit 16_ Smith-Robinson** 219:4,5 220:22

---

**0**

**000010** 185:17

**000015** 189:12

**000018** 189:12

**000022** 182:21

**000081** 177:7

**000082** 177:7

**00009** 185:16

**019342** 141:23

**019387** 141:23

**019717** 90:10

**019723** 90:10

**02** 137:12

**020182** 94:21

**020199** 94:23

**020467** 118:1

**020477** 118:2

**022309** 149:9

**022310** 149:9

---

**1**

---

**1** 90:2,3 94:14 189:4

**1-14** 122:16 123:14

**10** 188:18,21 189:10,15

**100** 85:17 101:1 118:21 156:8 158:16 170:4,5 171:24 176:9,12 180:7 184:10,12 192:15,16 201:13 209:7

**1070** 75:6,11, 15,20,24 79:9 80:8 97:18 98:21 102:13 126:5 127:4 161:22 166:21

**1071** 75:5,12, 16,20,24 79:9, 18 80:1,8 97:21 102:13 125:24 126:5 127:4 168:4 184:16

**10:00** 37:8,12 159:11,12,16 164:6,7 196:12 201:6

**10:03** 7:7

**10:09** 192:8,12

**10:30-ish** 159:19

**10:34** 192:25 193:2

**10:50** 180:5

**10:53** 190:6

**10:55** 190:13

**10:57** 190:17 220:21

**10:57:00** 219:8

**10:58** 183:25 190:21,23 193:2

**10:58:00** 216:1

**10:59** 210:16, 18 213:2

**10:59:25** 212:25 213:3 217:2

**10:59:41** 208:6

**10:59:45** 210:14 211:16

**10:59:46** 210:12

**11** 203:19,20,21

**110** 7:5

**11:00** 94:1,3 159:21 160:6 163:10 164:14, 15 193:15

**11:00s** 197:13

**11:05** 164:15

**11:34** 73:12

**11:49** 73:16

**12** 76:23 146:2 207:12,14

**12-hour** 30:11

**12:00** 37:9 160:6

**12:09** 151:11

**12:35** 151:11

**13** 210:9,10 211:16

**14** 155:5 184:1 189:14 192:7 201:10 207:8 212:21,22,24 227:8

**14th** 186:11

**15** 54:11 94:10, 11 144:8,11,13 159:12 206:2 215:25 216:2

**16** 219:4,5 220:22

**1800s** 72:2

**1:41** 154:22

**1:53** 155:1

---

**2**

---

**2** 94:15,16,23 117:24 126:15, 25 186:23 189:3

**20** 54:11 192:21 193:25 213:24 214:1

**200** 48:19 49:16,20 85:17, 21 100:16 101:2 103:24 104:2,3,5 166:22 167:16, 25 168:17 172:1,5,8,10,14 174:24 176:5, 10,11,20 180:7, 8 182:7 184:5, 8,13 191:23 192:14,15 215:14 216:9

**2018** 16:11 17:10 18:8 148:21

**2020** 16:16,25 17:1,10 18:8,9 19:18,20 27:5, 10,15,17 228:10,11,13

**2021** 19:3,4,5, 11,13,19,20,24 27:16,20 28:5

**2022** 16:17 17:14,16 18:3 19:21 20:4,12 28:5,6,14 142:19

**2023** 18:19,20 20:3 28:22 29:1 155:5 184:1 189:14 192:7 201:10 207:8

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

227:8 229:2

**2024** 18:20 28:19 142:17

**2025** 7:7 73:16 155:1 203:15

**209** 115:18

**23** 16:11 17:10 73:16 155:1 203:14

**23rd** 7:6

**24-hour** 91:5

**24th** 178:4,5

**25** 192:21,24 193:9,21,25 194:8,12,16 195:2 213:3

**252** 184:15 213:6 219:12 222:3

**2:00** 37:8,9 94:3 201:6

**2:59** 203:10

---

**3**

**3** 117:25 118:3 122:4 125:8 189:2

**30** 39:15 42:21 43:3,6 45:15, 16,21 46:10 47:14,22 51:8 61:22,25 62:2 95:22 139:7,12 192:2,23 196:18 199:20

**30-minute** 195:13

**300** 49:15 85:17 100:16 101:2 104:2,3,7 216:9

**3000** 46:18

**32** 15:1

**3:00** 94:1,3

**3:00s** 197:13

**3:08** 203:15

**3:24-CV-00185** 7:15

**3:58** 234:6

---

**4**

**4** 91:4 141:22, 25 149:6 189:2

**45** 210:19

---

**5**

**5** 91:16 149:7, 10 189:1

**57** 191:18

**58** 191:19

**5:00** 28:21

**5:30** 37:8,10 201:7

**5:45** 30:14

---

**6**

**6** 177:4,8,11 188:25

**60606** 7:6

**6:00** 30:12

---

**7**

**7** 141:9 177:5,8, 12 188:25

**7:00** 94:1

---

**8**

**8** 182:20,22 185:15 188:22, 24

**820** 91:15

**8252** 192:10

---

**9**

**9** 185:16,18 188:17,23

**953102** 184:16

**9:00** 28:20 37:9 39:24

**9:45** 159:13 164:7

---

**A**

**A-** 207:21

**A-CELLHOUSE** 25:16,17 26:10, 12,13,14 27:2, 6,9,12,25 28:8, 12,19,23 29:3 47:24 48:7 51:21 52:18 54:5 73:20,21 76:1 83:7 84:21 86:14 87:19 90:10 91:9,13, 18 92:2 98:1 100:7,11,14,22 103:2,8,24 104:5 107:7 114:4 116:9 157:19,22 158:3 164:18 183:23 184:2 189:4 194:10 201:11 203:24 215:9 225:2

**a.m.** 7:7 30:12 37:12 73:17 159:11,12,16 192:8

**ABC** 105:3

**abilities** 223:14

**ability** 11:16,23 72:5 99:2 108:15

**ACA** 31:4 61:6, 8,10,12 63:8 67:22 68:3

124:15 180:4 184:3

**access** 54:16, 20 55:22 57:9 81:14 215:19

**account** 129:6

**accountability** 63:19 111:9

**accountable** 71:2

**accounted** 38:10 150:17

**accurate** 11:20 191:5

**acknowledge** 191:11

**act** 78:4,5 127:19 147:24 148:1 223:13

**acting** 131:10, 11 147:17

**action** 44:10

**activate** 125:22

**activated** 232:24

**active** 21:24 40:12 75:18 89:24 113:5 159:2

**actual** 75:23 125:25 169:22 175:5

**Adam** 53:7

**add** 63:10 154:9

**added** 136:5 154:10

**additional** 82:18

**address** 98:18 119:2

**adequate** 224:25

**administrative** 32:16 179:14

**advancing** 16:8

**advise** 113:20 140:3

**advocate** 92:12

**Affairs** 14:13, 15 177:17 178:1,3,12,13, 16,19 185:7,8, 11 189:13,18, 21 227:8,9

**affect** 11:16,23

**affirm** 9:2

**after-action** 34:1

**agenda** 146:17,21

**ahead** 64:22 84:16,18 102:7 129:17 142:9 199:7 231:4

**air** 84:2,3 86:18 88:20

**alarm** 75:9,10, 12,13,16,22 97:17,18 110:14,15,24, 25 111:2,12,19 112:5,8,11,16, 22 113:1,15 114:2,13 149:18 150:11 153:2 161:18 162:14 164:20 165:14,19 166:17 167:11, 15,23 180:5 184:2 186:14, 23 187:1 191:12 202:8, 12 221:15,25 222:15

**alarms** 45:17 114:8,11

**alert** 230:21 231:16,17



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

alive 176:5

allowed 53:16 67:23 92:3 93:1,2,9,19 115:19 233:9

altered 122:8

amount 42:7 67:9 151:5 194:24 212:14 219:22 220:5 223:9,10,15

announce 40:24

annual 144:10 145:12,16,25 148:11,15

answering 11:2 153:8

answers 10:14 11:5 153:25 154:13

anytime 34:15

apparent 191:9

appearance 7:16,25

appearing 8:2

Appendix 118:6 120:3,8, 13 189:3

applicable 229:23

applied 60:15

applies 62:19

apply 60:25 62:16,17

appropriately 226:11

approve 185:3

approved 185:2

approximately 183:25 192:8

April 18:19

area 15:3 61:4 62:20 74:9 81:19 82:14 88:2 97:5 101:24 114:14, 15 122:8 166:9, 11 167:17 173:5 187:8,20

areas 48:17 50:21

Arnold 7:22 8:1,7,11,24 45:3 117:7,11 158:23 199:15 200:7,22 202:18,24 203:5,8 214:18 215:3,16 217:17 219:2 221:21 225:3 229:7,12 231:5, 23 232:10 233:11,18 234:2

arrive 190:24

arrows 109:23, 24 207:3

asks 153:4

assess 97:1,20

assessing 97:16

assign 26:20

assigned 23:2 25:13 26:18 39:17 48:1,15, 16,22 49:5,7, 14,22 50:24 51:3,4 73:21 101:8 157:18 158:14 200:18 225:1

assignment 25:15,17 26:1

assignments 23:1 24:13 25:10 52:12 93:13

assist 21:22 100:6 101:16

153:7

assistance 101:10

assistant 23:5 24:3,11 181:9

assistants 21:21

assisting 101:21

assume 10:21 30:15 194:6,16

assuming 194:4,15

attack 44:8,19 45:13

attempt 44:9

attend 15:10 32:18

attendance 227:15,19,22

attending 7:17,20,23 8:12

attends 32:9

attention 46:21 47:4,6 122:22 139:13 174:19

attentive 231:13

attorney 9:11 14:18

audio 115:15

audits 66:9

automatic 112:4 156:1,7

automatics 156:10

autopsy 228:24

avoid 11:6

aware 44:14,25 45:22 69:1 107:13 117:17, 21 119:12

139:14 140:3 189:20 221:15 227:3

awareness 231:20

———————

B

———————

B-CELLHOUSE 26:5,7 28:20

back 15:18 16:17 17:16,18, 19,20 18:13,15, 16,17,22,25 19:4,11,13,23 20:1,3,20,22,24 26:14 27:5,8, 10,15,18,19 28:6,7,12 30:11 35:21 41:21 50:13,16 52:24 54:4,17 55:8 56:8,9 61:15 62:2 66:17 67:21 69:25 73:4,14 82:5 94:9,11,12 99:17,18 100:2, 4,8,13,17,20, 23,25 101:13 107:12 109:17 114:19 116:12 145:6 146:11 154:24 157:2 159:19 160:11, 13,15 161:1 162:3,8,16 163:9 170:23 171:14,21 172:6,7 175:15 176:22,23 183:13 186:20, 21 187:22,24 188:2,3,5,10,15 193:5,17,25 201:13 203:12 205:18,19 207:6,10 210:5 211:2,11,12,17, 23 212:2 213:25 217:9 218:17 224:4,8 228:10

backside 85:25 176:19

bad 14:17 214:14,21

banging 165:16

bar 40:22 41:1, 14,17,20,22,23 42:9,15 49:19 91:24 103:3 104:10 173:2 197:7

bars 50:20 83:18 88:14 156:4 165:17 216:18

based 142:10 148:24,25 170:24 171:1 199:24

basic 10:9 22:17

basically 12:2 13:1 22:2 26:18 33:3,4,8 34:3, 17 43:11 45:25 77:22 85:19 93:16 101:1 107:25 110:1 112:22 119:1 124:22 129:21 132:1 143:10 199:9 230:20

Bates 177:7

bathroom 195:12

Beach 15:3

bed 116:18,23

bedding 116:19

began 186:16

begin 9:6 195:16

beginning 19:18 20:10 36:22 39:21 40:25 61:14 85:20



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

**behalf** 7:12,20

**behaved** 226:12

**behavior** 226:17

**Bend** 7:14

**benefits** 122:15

**big** 118:12,18, 20 120:4 133:9 174:25 175:1 181:1 216:5,6 220:5 232:4 233:2

**bit** 30:9 46:5 47:14,19 72:10 73:7,20 80:11 85:5,19 86:6,23 107:6 128:21 131:1 138:14 139:3 163:11 165:20,24 196:19 200:14 219:7 222:7 224:24

**bite** 194:21 196:16

**bits** 133:18

**black** 61:20 62:13 180:8,21 181:2

**blame** 96:2

**blanket** 220:8

**blankets** 116:20

**blocking** 115:16

**blow** 140:25 218:11,16 219:7

**blown** 218:19

**blurry** 209:18

**board** 78:23 92:8 111:7 150:14,15

**boards** 126:3

**bodies** 36:9 45:6,19

**bodily** 34:21 112:1 113:25

**boiler** 72:10

**bolt** 96:16,18, 23

**bonfire** 232:23

**book** 62:3 68:10,18 118:11 120:4 134:5,10 136:22 150:15

**books** 121:1 233:8,9

**bottom** 83:16 145:11 186:12, 15 205:20 206:5 209:4

**box** 30:6 49:21, 23,25 61:20 62:13 65:5 90:14 95:6 103:14,16

**boxes** 50:14

**bracket** 27:7, 12 131:6

**Brandyn** 7:22, 24 8:1,6,11 234:1

**break** 11:10,12 73:9,19 154:18 200:20 202:18

**breakfast** 30:3 39:14

**breathe** 175:9, 10

**breathing** 36:8 43:10 45:6,19

**Brenda** 61:11

**brick** 88:2

**briefly** 15:8 20:2 28:9 37:19,20

**bring** 111:8 125:17

**broken** 67:6 69:23 73:5

**brought** 13:7 20:22,24 174:23

**building** 88:4 99:7

**built** 232:20

**bulb** 72:14

**bulbs** 72:9,12

**bulging** 212:19

**bunch** 208:18

**burns** 72:14

**buses** 15:23 16:2

**button** 78:16 156:1

**buttons** 47:9 222:21

———————

**C**

———————

**cage** 83:25 84:1 86:7 221:17

**calendar** 146:18

**call** 22:5,24 29:4,6,7 30:13, 15,21 31:1,8, 11,12,15,19 32:1,4 35:22 46:16,17,18 51:22 58:19 65:8 70:15 74:4,5,12,15, 19,20,22 75:4, 10,15,16 77:23 80:16,21,22 97:14,15,17,20 98:3,21 101:25 102:13 113:6, 19 121:4 125:24 127:9, 11,17 138:2 159:17 162:12 168:3 171:21 173:14 182:5,

11,12 194:1 222:21 230:5

**called** 34:1,16, 20,22 38:16 39:25 40:17 51:22 74:24 75:24 78:8 79:10,18 126:5 127:4 142:2 160:12 161:22 166:21 168:5 173:13 180:15 182:7 184:16 190:3 193:3 195:17

**calling** 115:1 161:8

**calls** 127:16

**Calumet** 15:11

**camera** 52:24 56:18 57:17 113:17,20 116:12 162:21, 25 163:3,6 190:5,9,11,12 191:6 212:17 215:12,15,18, 22 218:9,20,24 219:14,21,23 220:2

**cameras** 29:15 54:4,9,16 55:8, 14,18,22 57:10, 15 89:23 113:13 116:12 129:14 139:19 140:19,22,24 162:10,19 163:17,19,20 215:10,11,13, 21 218:2,3,5,6, 18,21,23 224:16

**captain** 20:16, 19 21:22,25 22:2,7,11,18, 21,25 24:1 32:2,3 79:18 111:21 171:21 173:13,14,19, 22 174:2 181:7, 8

**captain's** 68:8

**captain/ lieutenant's** 119:15

**captains** 22:11,12 31:16 32:12 67:19 118:15

**captures** 149:2

**car** 15:17

**career** 16:8 60:18,21 157:1

**carrying** 159:7

**case** 7:14 12:25 96:10

**catch** 224:6

**caused** 176:16 224:5

**cell** 41:13 42:13 45:11,13 46:19,24 47:9 61:3 62:12,17 64:20,23,25 65:16 66:4,5,7, 13 67:3 77:7 91:21,24 93:20 94:8 101:24 102:18,22 103:2,5 115:13 116:3 117:22 124:1 125:11 163:4 166:22 170:13 174:25 184:5,6 190:6, 14,18,22,25 191:9,15,16 192:10 213:6,9 216:13,15 217:7,16 220:4, 5,10,11 221:1, 2,6,7,17 222:3 227:4,5 232:3, 17

**cellhouse** 23:13 26:16,18 37:11 44:24 47:16 52:16 54:14 56:1 59:20 61:1

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

62:15,18,20 63:2,3 64:2 75:3,25 79:21, 22 80:13,15,20 84:3,7,24 88:7, 21 89:18 92:4,5 95:5 98:13 99:15 104:12 107:10,23 109:10,13,22 110:18 111:4,9, 15,18 112:2,5 114:23,24 123:11 126:6,8, 16 128:19 131:12 135:12 138:16,17 140:6,22 149:20 150:10 153:18 155:10 163:2,14,15 164:9 170:6 174:12 186:20 187:1,4 195:8, 11,25 199:1,12, 25 200:18 203:25 204:12, 24 205:5,8 207:22 216:18 223:19 224:13 228:14

**cellhouses** 99:16 109:9 130:15 132:14

**cells** 29:21 40:21 42:1 43:15 44:15 45:1,2 49:10,18 64:6,11 65:3 72:17 73:1 85:20 94:10,12 97:8,10 115:20 123:1 124:2 180:15 205:12 222:21 223:23 225:15 232:15, 16,21

**census** 91:15

**Central** 7:7 73:17 154:22 203:10,15

**cetera** 122:9

**chain** 22:16

**chairs** 86:24 87:1,13

**chance** 14:5,6, 9,10,16

**change** 26:1, 21 31:2,5 38:11 45:23 63:6 66:17 70:16 124:14 135:20 146:8,14

**changed** 28:16,18,20 29:7 31:7,11 63:7 66:15 136:21 151:2

**changing** 43:22 136:10

**charge** 25:1 48:17 77:9,10, 12 98:1,12 108:19 128:19 158:3,6 181:4 195:21,23 199:25

**check** 29:11 30:16,22 43:25 45:7 46:4 52:19 55:8,10,13 57:13 63:18,20, 21 64:6 108:24 126:7 136:3,7 223:20,22

**checking** 30:5 36:13 38:9 43:10 45:19 52:20 122:23 222:8

**checklist** 131:23,25 132:3 133:2,4,6 134:8

**checklists** 133:17

**Checkpoint** 126:15,25 186:23

**checks** 63:21

**chemicals** 106:8

**chest** 46:17

**Chicago** 7:6 15:19

**chief** 186:7 188:24

**choose** 24:16 94:6

**chooses** 78:22

**chow** 21:14 36:11 38:24,25 93:23 94:2,5 159:24 160:2,5, 7

**Christmas** 28:2

**chronological** 91:5

**City** 8:18

**claims** 52:23

**clarification** 10:20,21

**clarify** 14:12 42:9

**clarifying** 189:8

**class** 78:23 115:18 145:21, 23 146:3

**classes** 21:13 29:12,14 38:13 39:22 42:3 145:17,19

**classroom** 76:24 77:1,15 78:11 145:16, 20 146:1,23 147:8,12

**classroom-based** 149:3

**clean** 21:9 29:21 36:10 92:6 93:13,14, 15

**cleaners** 92:25

**cleaning** 140:2

**clear** 10:19 11:3 103:1 164:14 195:1 209:22,24 230:13,15

**cleared** 160:20 161:14,17 164:1,2,13,19 180:16 201:12 202:1 230:3,6, 16

**clerks** 92:7

**click** 218:10,17

**climb** 84:14

**clip** 220:22

**close** 27:23 53:19,21 83:1 205:23 206:9

**closed** 83:2 88:7,22 89:1,7, 8

**closer** 173:1 223:4

**closest** 205:12

**closing** 125:16

**clothing** 30:5 52:22

**code** 75:6,8 79:24,25 127:16 138:25

**codes** 126:3

**college** 15:8, 10,11,16,21

**command** 22:16 180:16 182:17

**commander** 182:11

**committed** 228:18,20

**common** 199:1 232:6

**communicate** 45:14 126:25

**compass** 205:2

**complete** 124:11 143:10, 12 144:5 183:4, 8 186:9 191:13

**completed** 142:16 163:18, 19,22 164:3

**completely** 37:20 62:21 112:2 115:3 131:16 162:25 190:18 191:13, 18 210:3 213:21

**compliance** 29:22 64:20,21, 24,25 65:2 66:8,13,18

**components** 147:11

**comprehend** 144:20

**comprehension** 144:1

**computer** 53:24 55:5,6,7 56:23,24,25 57:1 89:7 105:22,25 121:19,22,23 137:17 142:12 143:4,9,13,18 144:1,14 145:15,17,18, 19,21,22,24 147:8,12 148:19,24,25 183:21 184:22

**computer-based** 106:5 149:2

**computers** 57:8 87:4 140:18 145:22

**concern**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

188:12

**concerned**
188:15

**concerns** 61:5
193:22 194:9,
17 199:6,11
200:20

**CONCLUDED**
234:6

**conditions**
11:16 46:1 65:4
174:25

**conduct**
155:12 189:22
193:17 226:24

**conducted**
155:16 158:8,
13 159:10
192:9,11
201:12

**conducting**
155:18 201:25

**confer** 10:3

**conference**
203:14

**confidential**
89:8 137:11,12,
13

**confirmed**
210:14

**confiscate**
66:20 116:6

**confiscation**
66:20

**confused**
20:10 209:9

**confusing**
198:16

**confusion**
186:21

**connected**
54:1

**consideration**
63:10

**considered**
158:2

**consistent**
91:11 161:2
180:19 184:19
193:9 198:8,13
205:4 211:20,
25 212:14
213:8

**consistently**
136:10 193:24

**constantly**
231:15

**contact** 61:6
68:22 74:10
96:13 102:10
118:16 124:16
145:7

**contained**
107:15

**contents**
124:12

**continually**
122:6

**continue**
133:24 161:9
182:16 230:10

**continued**
170:1 171:18,
19

**contribute**
122:7

**control** 74:8,
10,12,13,14,19,
22 80:2 96:13
99:2 108:23
126:18 232:24

**convened** 7:8

**convenient**
198:23

**conversation**
179:10 186:9
187:13

**conversations**
179:13 185:10
226:6

**converted**
145:17,19

**coordinator**

31:4 61:6,10,12
63:8,9 67:23
68:3

**copies** 14:7
137:1

**copy** 68:16
95:5 119:8,9,
16,19 137:19
138:10,12
142:22 233:20
234:1,3

**correct** 19:17
20:17 26:10
42:16 43:16,17
44:11,18,21,22
50:1 52:4 55:3
69:8 70:4 74:25
82:23 86:16
90:11,16 95:6,7
96:10 97:3
98:18,19
101:11,15
102:4,16 103:4,
8 104:7,14,17,
24 107:19
109:2,4 112:7,
20 113:16
116:22 118:7
119:7,20
121:11 124:25
126:19,20,22
127:21,23
128:24,25
130:4,25 131:3
133:14 134:20,
21 135:1 136:3,
25 137:10
142:4 143:1
149:20,24
150:11 152:5
153:15 154:10,
11,13 157:23
158:10 159:8,9
170:7 171:5,7
172:11,12
173:25 174:1
178:14 181:10,
11 186:7
190:19 191:1
195:8,9,24
196:11,23,24
197:8,15,16,25
198:1 203:18
205:9,14

206:17 207:23
208:6,10 209:7,
12 210:19
212:4,6 215:9
216:1 218:12
220:19 221:9

**corrected**
123:3

**Correction**
183:2

**correctional**
44:7,24

**Corrections**
118:23

**correctly** 17:9
21:10,11,15
33:21 55:11
71:17 100:22
115:17 121:7
122:10,17
129:6,7,12
132:19,21,23
133:23 135:12
145:13 155:14
158:8,13
180:17 184:17
187:2 201:16
204:17 229:19

**counsel** 7:18,
22 8:1,11 9:6
59:24

**counseled**
60:8

**counselor's**
53:20 87:25
88:20 89:12,14
206:21,23

**counselors**
53:8,22 67:17,
19 92:20
139:25

**counselors'**
53:17,18

**count** 29:15,
17,19 37:5,6,7,
9,12 38:2,21,
22,23 39:3,4,5,
6,11 40:1 47:19
48:10 56:8 59:3
91:15,20 93:3,

4,12 126:4
129:11 131:20
133:4 150:16
151:15 155:12,
16,18,20,23
158:8,21,22
159:10,11,14,
16,17 160:9,12,
19,20 161:7,9,
13,14,17
162:12,24
163:7,23,25
164:2,3,5,7,8,
12,16,18
165:12 192:9,
11 193:4
194:20 195:14,
15,17 196:12,
13 197:19,20,
21 198:24
201:11,25
221:25 230:2,5,
13,15,16 231:1,
2,7

**counting** 37:4
189:11

**counts** 135:13
162:11,15
230:23

**county** 194:1

**court** 7:3,4,13
11:2,8

**courtroom**
10:15

**cover** 116:6
125:12 228:21

**covered** 84:14
88:3,5

**covering**
216:9

**coverings**
115:10

**covers** 116:16,
18,19

**coworkers**
17:25 18:1

**CPR** 148:24

**criminal** 15:14
16:7

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

Crockett 154:7 156:19 157:1, 24 158:17 162:5 166:22 167:5 168:6,17 170:1 171:17 172:15,20,25 174:24 184:7,8, 14 188:1 190:23,24 192:8,11 193:1 194:6 201:15, 19 208:3,22 209:21 210:25

Cross 154:7 156:20 157:1, 24 158:18 162:5 166:21 167:5 168:6,16 169:25 171:17 172:15,20,25 174:24 184:6 190:24 201:15, 19 209:21

CROSS-EXAMINATION 229:11

crowd 108:22

CT 234:6

curtain 115:7, 8,25 116:3,7, 13,21,23 117:5, 18,22 220:7,16

curtains 115:10,20,25 116:15 220:15 223:21

custody 31:18, 20 32:11,15,16 65:14,15 66:2,8 67:8 119:15 131:4,6 230:24

cut 7:25 8:3 36:25 153:2

cutters 96:16, 18,23

cutting 67:12

**D**

D-CELLHOUSE 28:4,10 68:5

dad 15:19

daily 29:16,19, 20,22 30:6 36:13 51:17 63:15,18,19 130:12 132:13 163:22 225:8

danger 108:2 112:24 113:8 125:18 221:3

Darnell 192:8 201:15

dashboard 38:19

data 225:7

date 178:8,11

day 7:6 25:8,22 30:3 35:16 36:3 37:7,21 42:18 43:22 58:11 63:20 64:16 65:1 77:24 93:10 146:5,22 152:18,19 155:8,9,10,12, 13 156:16 157:22 158:3, 15,20,25 159:7 160:5 175:14 177:21 178:12 181:17,25 183:9,10 194:23 197:12 203:2 229:20

day-to-day 130:2

daycare 16:3

days 19:12 61:22,25 62:2 72:9 93:5,6 95:22 146:2,5, 7,8,12,15,19 147:7 178:6 179:20

deal 69:14 89:2 224:19

dealing 89:5,7 178:25

dealt 231:24

debrief 150:23

December 17:15,16 18:3, 14 19:24 27:10, 15,20 28:1

decide 15:16 16:5 78:20 102:19

decided 171:12,25 211:22 217:8

declare 78:17

Defendant 7:23 8:2

defendants 8:12 12:24

definition 122:1

definitions 121:13

degree 15:9

delay 128:2

delegating 128:14

demotion 20:23

Dental 15:14

department 9:24 79:19 118:23 132:7 135:21,25 146:13 150:3,9 153:7 162:7 167:8 170:2 171:19 172:23 183:2

depends 22:16 31:6,24,25 35:3 36:3 47:17 48:5 78:15 87:2 90:24 103:15

109:16 127:14 135:6,7,14 143:25 144:8, 10 146:6,9,13 160:1 164:9 192:23

deposed 10:7

deposition 7:9 9:13 10:10 12:1,14,21 13:16 14:21 73:15 154:25 203:13 234:6

deputies 34:4

deputy 22:12 31:22 32:11 34:5,17

dereliction 60:7

describe 25:5

desk 87:9,10, 17 226:25

destination 112:13

destruction 124:3

detail 30:9

determine 34:11 101:23

die 228:14,16

differ 26:1

difference 75:20,21 105:7, 16 124:4,7 224:9

differently 44:5 123:9 223:18 224:1,2, 11

diligent 46:6 139:13

dinner 30:3

dire 65:8

direct 9:7 15:22 16:1 62:23

direction 168:13 193:15 205:2

directions 111:20 182:17

directive 123:14,15 124:5 125:3

directives 124:13,22 125:2

directly 22:8 89:11 124:10 153:14 218:5

director 123:13 124:15

disabilities 16:2

disaster 68:20

disasters 34:22

disciplinary 21:4

discipline 69:19 95:24

disciplined 227:12

disciplining 69:20

discussion 108:5 229:14

dismissed 32:23

dispute 190:8, 10 191:4

distinction 121:17

District 7:13, 14

divided 48:23 204:15

divider 83:14

division 7:14 41:24

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

**DOC** 136:10 148:21 151:15 157:5 184:16

**document** 94:25 115:1 118:5,9 142:6, 11 149:12 182:24 183:1 185:21 189:17, 19

**documented** 71:16 225:21

**documents** 13:15 67:21 68:2 120:20 121:9

**door** 40:13 42:5,14 49:16, 17 52:14 53:19, 21 54:10 83:4 86:4 87:22 88:11,12,14,15, 16,24 89:15 98:25 99:4,6,9, 17,18 100:2,4, 6,13,18,19,20, 23,25 101:5,13, 16 103:2,5,6, 14,17,23 104:9, 12 109:14,17 125:16 128:7, 11,16 139:23 156:2 159:2 161:20 164:22 166:23 167:24 168:6,8,10,14, 20 169:15 186:20,21 187:22,24 188:1,2,3,5,10, 11,15 192:10 199:9 201:2 204:19,20,22, 23 207:10 231:21

**doors** 41:16, 18,20 42:2 49:4,7 59:15 99:19 100:8 103:12 111:16 156:3,6 161:22 188:14 192:12 197:7,24 204:4

**dorm** 92:10,11, 12 107:10

**dorms** 107:4, 10

**drill** 77:22 78:6, 9 110:13,14,16, 18,19 111:2,12 112:8,10,15 114:20 141:5,7, 8,14 149:16 150:1,6,7 151:13,18 152:1,7,13,16, 24 189:1

**drills** 77:17 78:19 114:19 141:1,3,4,12,18

**drive** 7:5 124:17

**driving** 16:2

**drop** 30:6

**drove** 15:23 16:3

**due** 26:1

**duties** 60:21 93:7,10 133:3 158:5 159:8

**duty** 45:5,8 60:7 81:3 108:13 114:1 123:21 150:1 157:22

------

**E**

**E-LEARNING** 142:23

**E-LEARNINGS** 142:12

**e-mail** 23:21 31:3,4,5,9 55:13 136:13 146:19 202:25

**e-mails** 29:8 52:25 57:4 136:12

**earlier** 27:14 90:14 141:1

149:18 178:22 204:4 221:24 227:2,7 229:13 230:1,18

**early** 159:23 163:10 197:11

**easily** 124:23

**east** 50:2 204:12 205:2

**eat** 87:16 160:14,25 162:14 163:8 193:16 195:11 196:16 198:3, 19,21,22,24 199:1,8,9,17,19 200:24 230:20, 22 231:2,6

**eating** 198:5, 11 199:13 200:2,19 201:2 231:14,21

**eats** 201:5,6,7

**education** 15:7

**effectively** 225:2

**efficient** 144:4

**eight-** 146:5

**electric** 51:22 72:24 105:24 125:12

**electrical** 65:13 72:16 122:8

**electronic** 103:9,10,14,16, 25 104:6,8 234:2,4

**element** 122:5

**elements** 122:7

**elikit** 74:1

**eliminated** 136:11

**emergencies**

43:18 65:10 163:13 223:19

**emergency** 43:14 44:8 45:12,14 46:8 47:1,2 68:9,16 69:11 74:9 75:2 78:17,18 81:4 96:21 102:1,12 110:4 113:24 118:6,10,18 119:4 120:1 127:18 141:2 148:6,11,14 164:15 189:3 220:22,25 222:21

**eminent** 113:22

**employee** 69:21

**employees** 136:20

**encountered** 186:18 225:12

**end** 18:19 19:19 20:9 28:1 144:19,23 152:10 170:6 203:2 219:17

**energy** 112:1

**enforce** 116:10,24 117:1,3,4

**enforced** 116:8

**enforcement** 122:13

**engulfed** 190:18

**entire** 25:17 84:23 85:8 111:18

**entirety** 110:2

**entrance** 50:10 204:11 205:7

**entry** 89:5

**environment** 37:25 43:24

**equipment** 38:9,10 63:16, 20,21 76:15 78:1 115:15

**escalate** 127:24

**essentially** 152:17

**Estate** 7:11

**estimate** 143:19,23

**et al** 7:12

**evacuate** 109:15,17 111:15,18,23, 24 112:2,12 113:9 150:10 151:5 153:2 173:23 174:9 182:9

**evacuated** 174:7,20,21 207:7

**evacuating** 111:3 112:5,17, 18,23 114:23, 24 171:22 173:20 174:4, 20 187:6,9 207:9

**evacuation** 109:4,9,11,18, 21 110:5,7,10 114:21 141:1, 18 149:19 151:4,10 152:8, 13 189:2 203:23,25 204:3 207:4

**evacuations** 110:8 151:13, 18

**evaluation** 149:16

**evening** 29:10

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

30:17

**event** 34:24 145:12 152:18 159:15

**events** 29:8 30:17

**Everett** 181:20

**everybody's** 111:17 114:18, 25 115:2 150:17,18

**everyone's** 29:19 140:4 150:17

**exact** 178:8

**EXAMINATION** 9:7

**Excess** 122:7

**exchanger** 162:4

**excuse** 47:23 64:12 180:2 190:24

**exhibit** 90:2,3 94:13,15,16,23 117:24,25 118:3 125:7 141:22,25 149:6,7,10 177:4,8,11,12 182:20,22 185:14,16,18 188:17 189:10, 15 203:18,21 207:12,14 210:9,10 211:16 212:21, 22,24 215:25 216:2 219:4,5 220:22

**exit** 89:5 186:16 204:23 205:7 207:6

**expand** 169:20 176:17

**expect** 46:9

**expectation** 47:5

**expected** 119:3

**expending** 122:8

**experience** 199:24 200:17 227:10 232:6 233:2

**explain** 39:19 90:25 203:1

**extinctions** 105:21

**extinguisher** 80:17,23 81:18, 20,24 82:1,7 96:24 97:21 98:21 99:1 105:5 106:1,11, 16 161:24 166:2,24 167:6 169:9,24 171:17 172:3,4, 21,25 173:6 174:23 176:8 180:9,13 184:6, 10,14 190:25 208:14 210:24 211:3,17,22,23 212:3 213:25 216:23 217:8 222:17

**extinguishers** 81:7 82:11 98:8 104:15,18,24 105:8,18,20 106:13,23,25 122:9 161:21, 24 166:21 168:7,24 175:4

**extra** 58:13

**extract** 77:7

**Extremely** 118:20

**eye** 56:2 139:4, 10,17 140:7,9, 11

**eyes** 162:25

**F**

**facility** 21:1 23:11 43:8 62:21 77:19 115:15 122:16 123:14,17,19 124:7,11 125:19 164:13 178:17 199:21 202:19,20

**fact** 8:21 150:21 189:20

**fair** 10:22 28:22 33:12 43:13 44:23 83:18 110:22 112:15 118:19 123:6 132:1 148:15 192:1 193:8 214:17

**familiar** 94:25 109:6 115:8 122:16 128:23 207:18

**familiarity** 186:3

**family** 16:9 17:23,24

**fashioned** 84:13

**fast** 98:10 127:25 173:12

**fast-paced** 37:25

**faster** 56:19 223:11

**February** 19:3 20:3

**feed** 54:22 58:3 139:17

**feedback** 129:18,22 133:23 134:4, 25 179:7

**feeds** 54:13 57:5,17

**feel** 46:16 92:13 191:19 217:20,21,22 223:13 225:5

**feeling** 46:13

**feet** 206:2

**felt** 157:14 169:21 170:19 210:5

**fencing** 86:14, 20,22 219:20

**field** 109:20 130:8,9,13,19, 22 131:9,10,14 132:4,9,25 133:16 134:16, 18,22 135:2,17, 24 187:7,8

**figure** 22:24 69:13

**fill** 149:22,23 151:23 152:13 183:19

**filling** 152:10

**find** 61:1 68:14 71:24 190:13

**fine** 73:9 198:20,21

**finish** 88:11 152:10 192:24 194:20 230:23

**finished** 161:8 162:15 165:12 193:4

**finishing** 162:11,24 163:7

**fire** 13:6 45:13, 17 75:3,9,10, 11,13,16,18,22, 23 79:19,22 80:13,15,17,18, 20,22,24 81:7, 17,20,24 82:1, 7,10 96:10,24 97:2,5,10,17, 18,20,21,22,23 98:1,2,4,8,12,

16,17,21,25 99:13 101:22 102:17,25 103:19 104:11, 13,15,18,24 105:3,7,18,20, 21 106:1,7,11, 12,15,17,23,25 107:14,18,19, 22,25 108:7,8, 11 110:9,25 111:2,12,22 112:5,8,11,14, 22 113:1,5,7,14 114:2,3,8,11, 13,22 118:6 120:3,12 121:3, 8,13,18 122:5, 7,9,13,20,24 123:11,22 125:5,9,14,25 126:22 127:19, 22,24 141:14 149:16 150:2,9, 10,25 151:13, 17,23 152:1,16, 24 153:6,7,11 155:4 161:18, 20,21,23,24 162:4,5,6,7,9, 14 165:13,14, 22 166:1,3,9, 13,16,20,24 167:6,8,11,15, 16,25 168:7,16, 23 169:16,17, 18 170:2,20 171:4,11,16,19 172:2,4,16,22, 24 173:1,3,5 174:23,25 175:1,4,20 176:8,14,15,17 177:16,19 178:6,9,22 179:4,8,11,14, 24 180:5,8,9, 11,13 181:5,13, 22 183:12 184:2,4,6,9,11, 12,13 185:11, 25 186:6,11,14, 16,23 187:5,14 188:23 189:1, 14 190:14,25 191:8,10,11,17

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

202:8,12 203:17,25 207:8,18,22 208:10,14 210:23 211:2, 17,22,23 212:2, 3 213:13,20,25 214:3,4,11,13, 20 215:15 216:22,23 217:8 219:12 220:2,4 221:20, 25 222:4,8,10, 13,18,19 223:6, 18 224:6,12,19 225:1,2,24 227:8,10 228:8 232:19,20,23 233:6,8

**fire's** 216:5

**firearm** 111:19

**firefighter** 105:3 125:22 126:2,8

**firefighters** 79:23 80:5,7 97:8,9 107:1 125:23 127:4 128:3,6,10,15 153:12,13,16 175:5 186:17, 25

**firehouse** 126:14,25

**firemen** 108:3 150:3 185:25

**fires** 80:11 96:4 106:13,16 120:16,20 121:2 225:12, 15,17,20 226:1 231:25 232:2,5, 7,12 233:4

**fit** 230:24,25 231:1

**fix** 58:20 65:9

**fixed** 65:20 73:6 123:2

**fixture** 65:24

**flag** 81:12 85:3 86:3,5 100:1 156:8 161:25 164:22 168:15 169:17 171:24 176:10 180:10, 11,13

**flame** 190:6 191:16

**flames** 164:23, 24 165:3,7,12 166:18 181:1,3 184:11 190:17, 21 212:19 213:5 214:24 216:12 221:4, 16 222:17

**flat** 48:19

**floor** 58:14 163:16 199:14 212:16

**flowing** 84:3

**fluctuation** 144:3

**focusing** 114:21

**folks** 231:9

**follow** 70:6

**follow-up** 233:13

**food** 160:23 194:3 196:14 199:9,19 200:25 231:11, 14

**footage** 190:5, 9,12

**force** 34:19 147:20 148:2

**forgot** 105:1,12 232:24

**form** 45:3 97:12 158:23 183:3,5,8 199:15 200:22 214:18 217:17 219:2 221:21 225:3 231:3

232:9

**formal** 131:8

**forthright** 227:9

**foundation** 117:7,11 200:7, 23 215:4,17

**frame** 208:6

**freely** 92:3

**frequent** 72:7

**friendly** 157:9

**friends** 157:6

**front** 9:16 23:19,25 24:2 41:2 49:16,17 50:8,13 54:10 81:9,10,12,15 85:11,12 99:6, 8,15,16,17,18 100:2,8,13,17, 19,23,25 101:13,16 103:6 109:14, 17 168:10 169:15 171:14 172:10,17 173:1 176:22, 24,25 181:14 187:25 188:3, 10 205:9 207:9 211:17 225:15 232:2,14,16

**full** 11:19 67:2 131:13

_____

G

**Gary** 15:3

**gate** 83:2 187:16 192:3

**gates** 49:10 50:9 187:18

**gave** 121:25 157:15,16 172:20 173:5 178:12 186:24 225:9

**gear** 186:16

**general** 62:20, 21 63:2 95:2 101:8 120:13 122:21 189:3

**generally** 28:25 47:15 61:25 93:2 107:7 115:23 116:8 153:12, 13 164:11 189:20 229:23 231:2,6 232:12

**get all** 219:16

**GG** 115:4,5

**give** 9:3 11:5, 19 25:10 30:7, 22 46:20,21 58:1,4 65:6 66:20 94:10,11 101:7,9 106:10 113:13,22 129:22 133:22 134:4,24 136:24 141:23 143:8,14 144:6, 13 182:1 193:7 197:15 209:23 224:20,22 225:6

**giving** 112:18 129:25 130:1

**goal** 17:20 108:11

**good** 9:9 144:4 154:18 156:12 157:12 175:17 192:21 219:22 223:7 231:1

**goodness** 19:12

**grab** 82:16 96:23,24 97:21 104:15 168:23 169:10

**grabbed** 160:23 161:21 163:8 166:20 168:25 169:4,7, 8,11,17 174:4,5

180:9 184:6,9 222:17

**grabbing** 162:13 193:16

**graduate** 15:4

**Great** 8:14,20, 25 11:15 94:20

**grieved** 55:9

**ground** 125:15

**group** 153:19, 20,22

**grow** 15:2

**guess** 85:24 88:25 117:15 169:8 183:15 185:24 206:1 209:25 214:21

**guessed** 224:3

**guessing** 120:22 151:19 178:9

**guide** 126:15

**guys** 33:9 38:7 72:19 73:9 92:16,18,19 229:8

_____

H

**half** 15:9 73:8 103:8 216:21, 23,25 217:3

**hall** 119:15

**hand** 9:1 40:14 51:19 98:8 102:8,25 108:14 128:12

**handbook** 68:7 69:21 133:15 136:4,7, 18,19 137:1,2, 15,19,24 138:1, 6,8,11,13

**handbooks** 138:5,6

**handcuffs**

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

147:14 148:3

**handed** 162:4 167:6 169:24 170:1 171:16 172:2,4,21,24 184:13

**handle** 68:19 120:20 233:17

**handles** 40:5

**handling** 148:3 196:10

**handouts** 146:25 147:2,3,5

**hands** 201:4

**hands-on** 56:5

**handwritten** 13:23 189:1

**handwrote** 177:15

**hang** 58:22 59:8

**hanging** 59:24 162:1 166:25 169:19 170:19 176:16 180:12 214:7

**happen** 44:2, 16 91:9,13 110:12 141:19 150:5,13 151:17 163:13 170:25 198:25 229:20

**happened** 12:3 13:2,5,6 30:17,23 35:17 54:18 56:16 73:4 117:15,18, 20 141:10 145:2 155:4,6 158:22 179:24 224:10 228:23

**happening** 43:19,21 44:14 56:17 89:17 108:23 112:16 160:5 226:2

**hard** 11:7 83:25 135:9,10 175:9,10 213:15

**harm** 34:21 111:23 113:25 125:18

**hate** 224:10

**hazard** 120:15, 18,23 121:3,7 125:14,15,16 150:8 151:23 153:7,11

**hazards** 34:7 122:23,24 123:6,22 125:9, 10

**head** 11:7 22:12 175:15

**headed** 186:25

**hear** 8:5 14:15 30:16 31:1 47:7,15 74:23 75:16,24 79:24, 25 84:6 88:22, 23 89:17,20,21, 22 126:5 165:13,16,18 166:4,8,10,17 167:11,23 168:3 176:1 222:6 223:1,3 229:8

**heard** 165:14, 19,21,24 166:2, 17 212:1 222:7, 8 226:8

**hearing** 166:12 222:18

**hears** 75:1

**heart** 44:8,19 45:13 46:3

**heat** 72:11

**held** 34:24

**helped** 155:19 160:9 174:6,16, 18 175:6

**helping** 40:12 101:5 131:13 156:2 158:21 180:15

**helps** 92:8

**hey** 9:21 25:22 47:12 66:17 200:3

**high** 15:4,6 180:12 184:11

**highest** 20:16

**highlight** 151:9

**highlighting** 204:22

**hired** 130:14

**history** 142:3 189:2 226:24

**hit** 29:21 103:10 156:1 176:14

**hold** 19:9 28:3 53:12

**holding** 101:13

**holds** 71:2

**holidays** 92:21

**holler** 47:4

**home** 53:10

**honest** 71:4 227:9

**honor** 107:4,9

**hopping** 159:7

**hoses** 175:6

**hot** 175:2

**hour** 30:2 32:25 35:5,6 39:2,10,21 40:3,23 42:17 59:16 73:8 106:5 146:5 164:12,13,16 183:18 229:20

**hours** 76:23 143:21,22

**house** 43:22 48:21 92:25 109:20 114:11 115:2 123:19 128:5 150:18 153:3 164:2 174:7,17,20 183:16 187:7 204:14

**housed** 107:1, 7

**housekeeping** 122:13,17 123:14,16,20

**houses** 184:15

**housing** 22:20 23:13,24 24:18 25:1 107:1 125:4 148:4

**HR** 31:6

**huge** 118:23

**hung** 228:7

**hurt** 122:25 125:17 214:17

**hustling** 191:24 192:2

**hygiene** 15:14

**hypothetical** 194:5

— I —

**IA** 189:24

**IDENTIFICATI ON** 90:3 94:16 118:3 141:25 149:10 177:11, 12 182:22 185:18 189:15 203:21 207:14 210:10 212:22 216:2 219:5

**IDOC** 16:10,15 142:24 227:13 231:25

**Illinois** 7:6

**immediately** 80:4 96:18,23 108:3 126:10, 18 167:25 168:17

**imminent** 112:24

**impairs** 115:12,14

**importance** 60:9

**important** 44:3,13 58:12 60:3 122:5 126:21 127:19, 25 128:2 163:2, 14 217:15 222:22

**impression** 157:12

**impressions** 226:7

**in-class** 145:22

**in-service** 143:10,11,15, 16 145:13,16, 25 146:10,11, 18 147:6 148:11,15

**incarcerated** 21:8,11 29:13 30:4 43:8,14 45:7,20 46:20 48:9 50:12 52:15,21 60:4, 12 66:16 67:13 79:19 81:14 83:14 91:19 92:1,9,13,17, 18,23 108:2 110:19,21 111:14 115:19 116:14 123:24 125:18 139:25 140:1,5 150:6 153:6 155:21 157:15 158:9 164:10 184:15

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit F**

185:25 188:9, 12 192:14 199:22 202:3 205:16,18 222:9 224:21 225:7 226:18 231:7

**incident** 13:17, 21,22 14:19 33:16,18,20 34:4,8,9,11 35:6,8,15 44:1 74:19 80:17 111:22 112:21 118:25 177:6, 22,25 178:17 179:17 183:2,4, 8,18 185:6 186:10 188:24 189:21 191:20 225:21

**incidents** 33:3, 4 34:18 44:1 46:3 121:1

**include** 31:20

**included** 34:7

**including** 115:16

**independent** 155:4

**Indiana** 7:14, 23 8:2,13,18,19 9:17 15:3,11 16:4,12,14 17:9,22 18:2,13 19:11 20:20 21:6 24:5,11 27:4,18 62:16 95:2 117:4 118:5,23 125:4, 6 137:2 141:3 157:2 193:10 198:8 225:13 226:2 227:21 229:3 233:1

**Indianapolis** 8:12

**individual** 41:20 52:16 81:14 83:15 91:24 111:14

153:6 156:6 184:15 185:25 211:2 218:18

**individual's** 92:9

**individually** 41:4,10 153:17 154:16

**individuals** 21:8,11 29:13 30:4 43:8,14 45:7 48:9 50:12 52:21 53:23 60:5,12 67:13 91:19 92:1,13, 23,24 108:2 110:19,21 115:19 116:14 123:24 125:18 140:1,6 150:7 155:21 157:15 158:9 164:10 188:9,12 192:14 199:22 202:3 205:16, 18 222:9 224:22 225:7 231:8

**indoor** 232:20

**information** 23:20 30:23 77:14 89:8 106:10,15,17 107:18 121:4,8, 9 133:12,15,18 135:8 136:3,24 144:2 196:2 228:25

**informed** 124:12 186:17

**injury** 34:21 225:24

**inmates** 50:16, 19 180:15 192:16 232:6 233:3

**input** 34:9

**inside** 47:9 53:20 61:2 62:23 66:5

82:18 84:15 90:15 99:7 109:10 114:12 220:5 221:1 222:3

**inspect** 66:5

**inspection** 63:17 64:2,4,5 65:16 67:3 71:11

**inspections** 29:20 64:16 65:12 71:7,8,9, 11,24

**instance** 87:19

**instruct** 107:21 119:24

**instructed** 79:11 119:22 121:17 147:3 178:15

**instruction** 22:1 58:1 79:22 105:17,19 108:6,25 112:22 122:19 123:10 125:21 126:12,17 138:17 139:3,9, 16 140:12

**instructions** 22:6 96:9 102:14 107:14 109:22 111:11, 13 112:18 113:10,23 129:25 130:2 174:17 182:2 186:25 229:22

**instructs** 59:7

**intact** 65:17,18 72:21 138:20 223:22

**intention** 170:13

**interactions** 186:4

**intercom** 40:25 47:10

**interested** 16:7

**Internal** 14:13, 15 177:17 178:1,3,11,13, 15,18 185:7,8, 11 189:13,18, 21 227:8,9

**internet** 54:1 57:1,3,9 140:19

**interrupt** 10:25 38:5

**interrupted** 59:13

**interrupting** 84:17

**intervals** 71:9

**intervention** 44:11

**interview** 14:8, 13,14,20 18:24 60:23 178:12 201:9 227:7

**interviews** 21:2

**intimate** 61:16

**intuition** 170:25

**invasion** 175:16

**investigate** 112:25 161:19 164:21 180:6 221:16 222:1, 11,16

**investigating** 113:3

**investigation** 114:22 189:13, 22 190:4

**involved** 33:19 34:5 35:15,18 157:3 225:23

**Isenblatter** 154:7

**ISP** 17:17,18,19

18:5 19:5,23 20:11,22 71:21 122:16 123:13 135:25 189:3,4 203:24 220:13 225:18

**issue** 65:19 69:12 70:1 123:2 185:3 227:23

**issued** 116:17

**issues** 46:15 68:6 72:5 179:25 227:3, 19

**IUN** 15:12

_____

**J**

_____

**jacket** 216:20

**January** 7:7 17:2,10 18:9 19:22 27:15,17, 25 28:5,17,22 73:16 155:1,5 178:9 183:25 186:11 189:14 192:7 201:10 203:14 207:8 227:8

**Jeniene** 201:11

**JIMENEZ** 97:12

**job** 21:11 36:16 45:5 59:18 72:3 101:6 122:14, 21 126:3 129:4, 5,8,11 130:7, 11,12,14,21,23 131:5,7,14,15 132:21 157:12, 14,17 158:12, 13 202:15 230:15

**jobs** 48:14 132:15 140:10

**joining** 31:15

**Jones** 181:9

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

209:19,20

**Joseph** 15:11

**judgment** 169:21 170:17 214:12

**July** 16:11 17:9

**justice** 15:15 16:7

---

**K**

---

**keeping** 139:17 140:7, 11

**Kentuckiana** 7:4

**Kevin** 201:15

**key** 41:21 42:14 49:21,23, 24 81:22,23,25 99:10,14,17,18 100:4,5,9,10, 19,20,23,24 101:4,7,8,21 103:13,20 104:4,9 155:24, 25 187:25 188:2,15

**keys** 38:12 49:1,2,4,6,11, 15 63:19,21 81:17,18 99:16 100:2,14,18,24 101:2,13 104:4, 6 155:24 173:2 174:4,5 186:21, 24 187:23 188:2,3,5,11,13

**kicking** 165:10

**killed** 228:13

**kind** 7:24 14:8 33:1,22 34:20 38:5,19 43:18 44:8 45:12,24 59:23,24 70:16 76:11 83:24 84:1,12,13 86:2,8 87:15 88:3,17 91:19

107:5 110:13 113:2 114:5 117:17 130:22 132:18,19,24 134:9 135:8 145:5 146:17 150:23 153:22 169:7 170:6 176:11,12 178:21 179:4 181:2 198:23 208:3,19,22 209:5,13 216:17 224:3 230:12

**kitchen** 132:14

**knew** 28:23 154:13 156:24, 25 157:1 207:22 209:2

**knowing** 45:23

**knowledge** 55:20,23 56:3 57:19,24,25 59:9,22 66:11 67:25 69:17 80:6 81:2,21, 22,25 82:6 105:23 107:16 117:14,19 118:13 120:25 121:4 139:11 140:20 141:20 151:20 152:22, 25 176:6 181:15 190:10 191:6 194:11 196:18 198:7, 12,17,22,24 223:5 226:5,13, 15,20 227:1 229:21 233:5

**knowledgeabl e** 122:14 157:14 189:19 223:12

**Koen** 181:19

---

**L**

---

**labeled** 186:10 203:24 206:23

**lack** 200:7,22 215:3,16

**landing** 192:5

**language** 25:5

**lasts** 135:18

**lawsuit** 12:22 13:6,8,10,13

**lawyer** 12:3,5, 14

**layout** 204:17

**lead** 22:11 108:18,20 130:6 224:12

**leak** 72:9

**learn** 130:16,24 131:5,19 148:9

**learned** 191:20

**learning** 142:2 189:2

**learnings** 142:12

**leave** 15:16 18:16,21 19:1 20:2 26:2 135:4 193:12 203:2,8 230:23,24

**leaving** 202:20

**left** 19:19 26:15 176:9 180:22 183:10 190:14 204:8

**legal** 9:16,24

**letter** 40:1 93:3,4

**letters** 38:21, 22,23 48:10 126:4 131:20

**letting** 40:20 48:9 128:2,6

**level** 20:24 85:17,18 174:24 176:10

**levels** 85:17 113:24 174:9

**lieutenant** 7:9 8:15 18:10,13, 18 19:5 20:5, 11,12,14 21:2, 5,17 22:9 23:4, 11,12,14,19,24 24:1,4,11,18, 19,21,23,25 25:1,3,21 27:11,12 28:3, 4,7,9 29:1 32:2, 5,18 33:15 44:6 46:2 47:25 53:4,6 63:17 64:1 73:15 101:3,12 116:9 123:21 128:13, 22 131:4,11 154:25 180:3,9 181:9,19 184:1, 9 186:19 188:25 194:9 200:16 201:14 202:8 203:13

**lieutenant's** 53:19 54:22 55:25 89:10,19 137:25 183:22 189:2 206:25

**lieutenants** 21:20 23:2,7 26:17 31:16 32:12,19,20 54:19 67:18 101:15 117:1

**life** 114:1 222:4 224:21

**light** 65:17,24 67:6,11 72:9, 12,14 73:2 233:6

**lighter** 72:24

**lighting** 64:7 65:13

**lights** 16:21

**limited** 57:3

**limits** 59:6

**lines** 38:15,16, 18 40:15,22,23 41:17 59:15,16

93:12 159:23 163:10 193:15, 19

**linger** 59:8

**lingering** 58:17

**lingo** 74:2

**list** 160:21

**listen** 222:22

**live** 54:13,22 107:5

**lived** 107:8

**living** 16:8 36:8 43:10 45:6,19

**located** 7:5

**location** 7:17

**lock** 42:10 61:21 82:1,18 83:6,12,13 103:10,12 104:4 156:3,6

**lockdown** 108:4 126:23 127:3,6

**locked** 42:2 43:15 44:15 45:2,11 47:18 50:7,9,11,14 61:20 62:13,14 81:15 82:8,11, 13,21,24 88:11 90:14 91:20,23 94:8 95:6 103:1 145:3,4 187:17, 18 191:15 198:23

**locking** 41:24

**locks** 144:25

**log** 51:14,16, 17,20 54:24 55:2 139:20

**log-in** 54:24

**logs** 38:22 71:18

**long** 12:10,11 26:6 27:8 31:12

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

32:24 35:2 36:21 59:6,10 76:22 106:4 110:11 143:7, 19 145:25 151:1 161:6,16, 17 164:9,11 173:8,11 183:12 191:22 192:18 202:22

**longer** 25:11 38:3 73:10 143:24,25 157:5 194:19 195:14

**looked** 56:9 60:20,22 65:22 95:14 120:1,6, 14 138:10,12 161:18 163:6 171:12,25 180:7 210:22 211:13 212:2 213:12 214:1,6, 7 217:1,7

**Lord** 198:14

**lost** 19:6

**lot** 22:15 26:14 37:24 54:4 57:9 71:23 72:5,18 89:2 117:19 156:22 163:12 165:2 175:3,7, 16,21,23,24 176:2 180:21, 25 186:3 196:13 216:8 217:6,12 229:14

**loud** 175:19

**loudly** 215:1 221:11,14,19 222:4

**lower** 20:24 32:17 99:25

**lunch** 30:3 59:2 87:16 160:14 198:3,5 199:2,13 200:2, 19 201:6,7 230:19,22

**lunches** 193:12 198:19

---

**M**

**made** 23:11 117:20 201:25 214:11 221:14 224:9 232:22

**maintenance** 65:7,8,9 66:8, 10,11 67:9,14, 20 71:23 72:2 227:5

**major** 22:12 24:12 25:14 32:12 34:5 121:13,18

**major's** 32:13

**majority** 79:3, 6,17 84:25 89:24 107:9 139:22 140:18 144:10 153:21 156:11 196:17 202:3 217:13

**make** 11:5 17:8 21:9,10,11,12 25:4 29:12,19, 20,21 30:22 37:16 40:10,16 43:7,8,9,24,25 45:19 48:8,13, 20 55:10 56:15 58:13 62:4,7 64:23 65:12 66:18 69:8 70:6,8,9,12,17 71:16 72:20 95:12,14,15 100:21 111:9 114:25 115:2 121:6 123:22 129:4 130:23 132:22 133:14 134:23 136:3, 25 138:20,23 139:4 144:19 150:16,18 154:12 158:7 163:1 171:23 176:15 196:20

200:15 204:16 214:4 223:22, 23 230:2,5,13, 14,15

**makes** 24:12

**making** 21:14 29:22 36:3,4,8, 9,14 38:9 43:12 48:11 58:25 60:11 64:11,18 65:1 70:19 92:8 111:16 114:24 115:2 123:23 128:22 129:5, 10 138:21,24 139:16,19 140:10 158:8, 10,12 161:14 163:25 164:2

**man** 101:5

**manager** 110:9 120:16, 18,23 121:3,7 150:2,8,25 151:23 153:8, 12

**managers** 32:15

**manner** 115:11

**manual** 68:11, 16 69:12 96:21 103:13,22 104:3 118:6,11, 14,16,18,22 120:2,6 189:3

**manually** 51:18 83:3 103:3,7,17

**manuals** 70:3

**map** 109:23,24 110:3 203:23

**March** 18:17, 19 19:4 20:3,4, 12 28:2,19

**mark** 90:2 94:15,23 117:25 141:22 149:6 177:4,8 182:20 185:16

188:17 207:12 210:9 215:25 219:4

**MARKED** 90:3 94:16 118:3 141:25 149:10 177:11,12 182:22 185:18 189:15 203:21 207:14 210:10 212:22 216:2 219:5

**matter** 7:10 9:12 44:21 101:8 115:11 127:22

**Matthews** 185:23

**Mccann** 173:25 181:5 184:25

**means** 30:10

**medical** 11:16 18:16,21 19:1 20:2 26:2 38:21 44:8 46:1,16,21 78:18 98:6 162:3 169:23 172:17 174:19 178:25 179:25

**medications** 11:22

**meet** 177:18 178:3

**meeting** 32:6, 10,14,18 33:19, 22 34:22 35:4 178:22 179:17

**meetings** 32:5, 24 33:2,14 34:13

**Megan** 7:19 9:10 233:20

**members** 150:1

**memorize** 119:3

**memory** 11:23

155:4

**mentioned** 9:11 92:24 125:8 181:23 225:21

**mentoring** 92:16

**mentors** 92:10,11,15,25

**mess** 233:5

**met** 157:2

**Miami** 16:16, 18,25 17:11,13, 21 18:11 19:14, 18 24:6 26:15 27:1,5,9,14,17 227:21,23 232:19 233:1

**Michael** 7:11 184:16 192:9 226:4

**Michigan** 8:18

**microwave** 87:13,18

**middle** 197:12 208:13

**midnight** 39:8

**midway** 64:4

**Miller** 15:3

**mind** 176:24 192:13

**mindful** 122:12

**mine** 60:24

**Mines** 131:15

**minor** 121:13, 17

**minute** 19:8 94:10,11 191:25 192:6 202:18,25 206:6 216:21, 22,25 217:3,5

**minutes** 12:11, 12 31:14 36:25 37:16,20 39:15

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273** Phone
**502.584.0119** Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

42:21 43:4,6 44:20 45:15,17, 21 46:10 47:14, 22 51:8 73:9 139:7,12 154:19 159:12 191:7,17 192:21,24 193:9,21,25 194:8,12,16 195:2 196:19 199:21 208:9

**missed** 35:17 179:21

**missing** 122:9 141:10,15

**mixed** 19:13

**mock** 77:18,20, 21 110:8 149:19

**mocks** 77:19 78:2

**mom** 15:19

**monitor** 58:5 138:17

**monitored** 55:19

**monitoring** 55:18 58:2 138:16 140:14, 15 162:9 163:15 195:8 200:3 223:19 224:12

**monitors** 54:12,21 56:1, 12 58:11,19,20, 21 63:22 87:4 162:18 167:11, 12,15,20 215:9 218:1,7

**month** 12:6,9 16:25 17:14 18:24 32:8 36:6 63:1,12 77:20 90:18 95:19 110:10 141:19, 20 151:21

**monthly** 32:6

71:9,12,14,15 95:8 128:24

**months** 18:12, 16 135:16,18, 20

**morning** 9:9 94:3 197:12

**move** 16:18 26:24 37:24 65:15,16,18 140:21

**moved** 73:5

**movement** 29:24 30:1 39:1,19,20 40:9,14,25 42:4 52:13 60:4 71:18 93:9,17 139:24 159:3, 13,22 160:22 161:10 163:22 193:6,14 195:17,20 196:2,15,22 197:1,6,25 200:25 230:11 231:19

**movements** 30:2 39:6,7,9 52:19 231:15

**moves** 92:10

**moving** 47:20 58:25 66:3 67:4 124:1 190:18 231:18

**multiple** 128:4 133:9 134:8,17 195:10

**Mysti** 7:10 9:12

_____

**N**

_____

**Nadine** 7:9 8:17,22 11:15 14:23,24 73:15 142:3 154:25 184:1,9 201:14 203:13

**names** 92:9

**Narrative** 190:3

**natural** 68:20

**Neal** 7:12 13:12

**nearby** 101:24

**necessarily** 218:4

**neck** 228:21

**needed** 22:19 47:4,6 55:8 154:10

**newer** 47:9 91:2

**night** 23:17,18, 23 24:2 25:9 27:6 39:12 138:22 191:18

**nights** 37:9

**nighttime** 39:6

**nodding** 11:6

**noise** 165:20, 24 166:4

**normal** 55:4 56:7 155:10,13 158:20 159:7

**north** 7:5 41:9 53:9,12 84:20, 24 85:8 104:2, 5,8 170:7 180:10 184:5,8, 12,15 201:13 204:9,18 205:24 206:16

**Northern** 7:13

**note** 23:21 81:13

**notes** 133:25

**noticed** 184:4, 14

**notification** 113:15

**notified** 112:16

**number** 7:15 26:2 77:10 151:14 186:23

**numbers** 22:15 33:6 177:7

**nurse** 173:5

**nurses** 98:5 167:4 171:16 172:17 180:14

_____

**O**

_____

**oath** 10:14

**object** 115:11 117:7 231:3 232:9

**objection** 45:3 97:12 117:10 158:23 199:15 200:7,22 214:18 215:3, 16 217:17 219:2 221:21 225:3

**obligation** 79:12

**obligations** 76:1

**obstruction** 223:24

**obstructs** 115:12,14

**obtain** 15:9

**OC** 147:14

**occurred** 29:9 117:22

**occurring** 191:21 217:24

**occurs** 107:19, 22 108:7,8 118:13 201:4 231:22

**off-back** 54:8

**offender** 122:15 150:3 162:7 167:7 170:2 171:19 172:22 192:9 228:5,6,13

**offender's** 115:13

**offenders** 29:13 65:23 97:4 138:25 150:16 166:12 187:6 232:19

**offered** 17:4,11

**offhand** 148:12

**office** 9:15 21:22 23:8 53:4,5,6,7,18, 19,20 54:23 55:6,7,25 56:4, 7 58:17 59:18 68:8,12,17,20 81:8,13 82:13 83:22,24 87:25 88:21 89:11,12, 14,19,24 118:15 119:9, 10,14,15,17 137:25 139:22 140:13 161:5 168:25 169:2,5 180:5 181:14 183:21,23 194:12,13,15, 25 195:2 202:5 206:21,23,25 218:6 219:24 222:10,12,17 230:4

**officer** 17:6 18:8 26:16 27:4,6 39:16 44:7 46:10,14 48:4 49:11 53:2,14,15 54:16 56:24 57:6,17 58:3, 12,23 59:7,8, 10,20,25 61:19 62:12 67:15 81:22 82:11,12, 16,19,21 84:9, 19,20,24,25 85:7,10,15,23 86:3,21,24 87:11,20,21 88:1 89:3 90:15 99:12,24 100:15 104:19,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

21 109:14 114:12 116:2 130:8,10,13,17, 19,23 131:5,7, 9,10,14 132:24 134:19,22 135:2 136:15 137:24 139:15 141:9,16 156:19 158:2,5 160:11,12,16, 18 161:12 163:25 164:4 168:6 170:7,8, 11 173:17 176:9 180:4,22 184:2,3,5,7,14 191:23 192:8, 11,20 193:1,21 194:6 201:15 207:19 214:22 215:19,23 217:25 219:14 222:14 228:1

**officer's** 36:20, 22 37:15 38:8 52:11 78:16 83:19 193:1,9, 21,24 194:7 196:9 197:18 198:3,5,10 199:12 200:1, 19 201:14,18, 23,24 205:22 206:5,7,15 213:10,17,19 221:17

**officers** 21:18 26:19,23 29:11, 17 31:16 37:15 40:7 42:20 45:23 48:1,5,7, 16,20,24 49:1 50:23 52:9 56:6,17 58:22 59:7,10 62:4 70:6,20 90:21, 24 91:2 95:11 101:20 116:25 128:23 129:2,3 130:10 131:18 134:17,19 135:19 138:22 155:23 156:11 157:25 158:12

160:13,16 161:23 164:10 190:23,24 191:9 193:24 195:11 196:1,8, 18,25 197:4,5, 15,18 198:4,9 200:18 202:4 205:15,17 206:17 208:1 230:5

**officers'** 162:10 163:4 165:25 166:6

**offices** 83:5

**oftentimes** 38:5

**OIC** 139:18

**OJT** 136:14

**OJT's** 136:6

**on-** 131:23

**on-scene** 162:6

**on-the-job** 136:15,16

**ongoing** 182:16

**online** 7:3 142:23

**open** 41:18 49:15,17,18 50:4,5,6,16 81:19 82:8,11 83:4,9,16,21 84:2 86:18 87:25 88:6,16, 20 98:25 99:4, 6,8,18 100:8, 10,23,24 103:5, 12,17,23 104:12 125:16 128:16 167:23 168:9,12,14 188:5,10,11,13

**opened** 72:2 161:22 166:23 168:5,8 186:20 207:10

**opening** 111:16 128:6

**opens** 100:24

**operate** 129:6 130:16 229:21

**operation** 61:4 124:8 125:3,5

**operational** 122:16 123:13, 15 124:4,13,22 125:2

**operations** 62:5 68:5 124:6,10,16 132:13

**opinion** 157:11

**opposite** 211:11,12

**options** 218:10

**orally** 154:1,2, 8

**order** 22:23 36:10 52:22 62:22 65:4 66:1 69:6,9 91:5 102:3 112:3 124:5,6,9 125:13 163:1 225:1

**orders** 21:23 30:4 36:7 43:3 61:2,16,18 62:11,16 63:2, 3,8,9,15 70:8,9, 11,13,20 72:4,8 90:11,13 95:2, 14,17,25 96:2, 8,22 101:25 113:13 120:13 128:24 131:21, 22 137:10 189:4,5 229:14, 18,22

**Oregon** 7:21

**orient** 204:7

**Outlet** 73:2

**outlets** 65:13 72:17 73:1

122:8 223:24

**outs** 123:25

**outward** 190:18,22

**oversee** 21:17 40:8,10,11 158:12

**overseeing** 43:11 48:19 131:16 158:11

**overseer** 39:18 40:19

———————

**P**

———————

**p.m.** 30:12 203:10,15 234:6

**pace** 135:13

**pack** 52:13

**packet** 111:7 132:5,10,12,25 133:12,17 134:1 135:24 136:6

**packets** 133:10 135:15

**pages** 118:21 142:19 177:6

**paid** 93:4,7 193:11,12 198:2 230:19

**pains** 46:17

**panel** 114:3,12 115:14 161:19 186:24 187:1 202:8

**panels** 113:2

**pants** 216:19

**paper** 66:20 137:13 151:22 152:11 178:4 233:7,8

**papers** 37:22 122:7 197:4

**paperwork** 29:11 30:6 52:20 53:2 71:13,14 152:14 178:5 196:11,22 197:1,17 230:9, 12,14

**parents** 15:18

**part** 22:4 29:25 33:15 47:17 65:23 70:25 76:17 83:15,16 85:12 88:16 96:1 105:23 106:3 120:8 152:22 156:25

**participate** 141:2 155:17 178:21

**participated** 35:12 179:3

**participating** 150:1 151:12

**parties** 8:21

**parts** 31:10 147:7,8

**pass** 13:3 38:22 40:21 42:13 78:24 91:20 92:2 144:22 228:6

**passed** 142:17 180:13 228:5

**passes** 29:12, 14 39:22,23,25 42:3,6 48:10 93:1,22 101:17 158:9

**passing** 144:24

**past** 125:11

**patient** 46:4

**pause** 202:25

**paying** 122:22 139:13

**peers** 21:23



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

**pending** 7:12 11:11

**people** 9:24 16:1 29:23 31:17 34:4,7 38:13,17,18 39:22 40:2,20 43:23 45:20 46:19,23 47:13, 20 51:5 54:15, 19,20 55:9 58:7 60:5 61:8,25 62:9 63:1 64:24 67:18 69:8 77:9,11,23 87:10 93:21 94:2 95:24 108:22 110:4 111:23 112:17, 23 113:7 128:4, 11,14 134:12 137:14 139:24 140:5 150:9 156:15,21,24 158:10 159:3 160:22 165:20 175:21,23 181:23 187:19 196:6,13 198:24 199:5,8, 9 215:1 217:11 221:11 222:12, 18,22 225:1 228:3 230:21 231:2,6

**period** 132:4

**permission** 102:18

**person** 23:18 42:13 46:20 49:22 51:13 57:11 61:9 69:24 73:5 74:13 77:12 81:18 99:3,14 100:4 101:1,2, 18 102:9 104:11 108:12, 20 124:1 131:18 135:6,7, 11 137:13 144:4,8,11,13 153:17 154:13 181:4 196:21

**209:3 210:23** 211:16 213:17 214:21 221:2

**person's** 78:16 144:1

**personal** 7:10 89:2

**personally** 23:19 174:13, 14

**personnel** 137:19 138:3

**phone** 74:15 127:11,13,17 173:15,16

**phonetic** 54:8 61:16 74:1 80:16

**photo** 214:1

**photos** 208:24

**phrase** 24:25

**physical** 77:1, 3 146:3 147:13, 16 148:1,3,7,14

**physically** 67:7

**pick** 135:13

**picture** 207:16 208:14 209:17, 22,24 210:3,8 211:6 220:24

**pictures** 14:3,4 203:17

**Pierce** 7:19 8:5,23 9:8,10, 25 45:10 73:7, 18 90:1,4 94:13,17 97:24 117:16,24 118:4 141:21 142:1 149:5,11 154:17 155:2 159:5 177:3,14 182:19,23 185:14,19 188:16,19,21 189:6,8,10,16 199:23 200:13

**201:8 202:22** 203:3,16,22 207:11,15 210:7,11 212:20,23 214:25 215:7 216:4 217:18 219:3,6 221:22 225:11 229:5, 10 231:3 232:9 233:13,22,24

**Pietrowski** 186:22

**PIPE** 29:14 45:15,16 46:10 51:23 138:22, 23 193:4 199:18,20

**PIPES** 29:14 38:15 43:1

**place** 39:13 222:20

**plaintiff** 7:20 9:12 182:21

**Plaintiff's** 7:18

**plan** 118:6 120:3 122:17 123:14,20

**plans** 109:9 120:12 203:25 204:3

**point** 11:10 26:9 28:14 106:22 130:7 187:5,13 188:6 195:2 214:13 215:2 217:12 220:3 221:2,11, 19 222:2 227:12 228:8

**points** 132:4

**policies** 30:25 55:17 60:14,25 61:13 69:12 70:3,7 73:24 80:12 81:1

**policy** 31:2,4,6 42:24,25 43:2 46:12 55:20,23

**57:16,24 59:6,** 9,12,19 61:13 62:1 63:9 64:13 67:21 68:5 69:6,20,22 70:2,14 80:3 81:3,5 96:20 115:7,8 117:1,6 136:20 161:2 193:10 198:4,9, 13,21 220:13, 18

**Pollak** 9:22 177:2

**Polly** 9:23

**poorly** 44:5

**pop** 103:18,19, 23 104:6

**population** 45:23

**Portland** 7:21

**pose** 80:16

**position** 16:19, 20 17:3,5,11 24:17 60:15,21 130:9 131:8 133:9 135:15

**possibly** 101:4 167:18

**post** 22:23 24:13 36:6 43:3 61:2,16,18 62:11,16,22 63:2,7,9,15 69:6 70:8,9,11, 13,20 90:11,13 91:5 95:2,13, 17,25 96:2,8,22 120:13 124:5,6, 9 128:23 131:21,22 132:1 137:9 189:4 229:14, 17,22,25

**posted** 109:12, 13,22 110:3 204:2,4

**posts** 23:1,4

**power** 16:24

**powerful** 175:12

**practice** 78:14 106:22

**practiced** 106:24

**preparation** 13:15 162:15

**prepare** 11:25 14:2,21 197:14

**prepared** 161:9 197:6

**preparedness** 152:1

**preperate** 193:13

**present** 21:25 25:18 151:1 153:9,12

**pressed** 216:18

**pretty** 13:18 16:23 23:7 28:23 33:6,7 40:19 63:18 66:1 68:6 69:5, 6 71:21 72:11 85:8 87:18 88:4 91:10 93:18 98:10 129:7 156:11 167:24 168:17 173:12 175:1 180:11 197:21 205:23 214:13 215:1 216:5 217:9 219:12 220:2, 22 221:3,11,13, 19 222:4

**prevented** 34:10

**prevention** 122:6

**previous** 29:10 30:23

**primary** 204:11,23



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

**printed** 60:23 63:7

**printout** 142:2 148:19

**prior** 121:16 156:22 167:19

**prison** 8:19 9:17 15:23 16:4,6,12,14, 16,18,25 17:9, 13,22 18:2,14 19:12,14,18 20:21 21:6 24:5,6,11 26:15 27:1,4,9,15,18 43:21 44:14 47:8 62:16 71:21 72:1,6,10 95:3 117:4 118:6 123:5 125:4,6 141:3 150:8,9 157:2 161:3 193:10 225:13 226:2 227:22 229:3 233:1

**prisoner** 45:11 153:13

**prisoners** 45:2 97:9 101:23 138:5 207:7 221:18 228:14

**prisons** 47:10

**problems** 33:11 71:23 72:7,16,17 117:21 226:19, 21 227:4

**procedure** 31:6 46:13 69:20

**procedures** 61:14 69:6,22 109:4,12,21 110:3 122:4 136:20

**PROCEEDINGS** 7:1

**process** 40:20

**produced** 177:5

**professional** 15:22,25 16:1

**program** 125:22 146:1

**programmings** 21:14

**programs** 38:14

**prohibits** 59:19

**promoted** 18:9,12,18 20:4,11 27:11 132:6,24

**promotion** 132:5

**properly** 195:7

**property** 52:13 124:3 223:25

**protective** 186:16

**protocols** 33:6

**provide** 107:17

**provided** 233:7

**providing** 129:2

**public** 137:5,6

**pull** 103:12 115:25 218:4 223:21

**pullers** 115:25

**purpose** 229:17

**push** 47:9 156:2,9

**pushed** 156:12

**pushing** 155:25

**put** 23:21 34:8, 18 52:21 63:7, 10 65:5,25

67:18 72:4,8 80:18,24 98:16 117:14 124:15 125:13 135:8 175:14 180:10 184:8,11,12 232:3,12

**putting** 195:19

---

**Q**

**QR** 182:1,10

**QRT** 78:21 79:2,4,12 141:6,7,13 148:8,9 162:6 170:2 175:5 180:14 181:16 232:22

**quality** 14:17

**quarter** 151:16,17,20

**quarterly** 151:22 152:1,5, 6

**question** 10:17,20,22,24 11:1,11,12 25:8 44:5 45:9 105:19 107:20 137:22 152:12 153:8 154:8 163:11 198:15 200:14 209:1 224:24 227:3

**questions** 10:5,13 61:5 70:24 71:16 102:14 144:18 152:1,9,17,20, 21,24 153:1,5, 9,10,17,23 154:6 229:6 231:12 233:12

**quick** 34:15,19 44:10 76:18 77:5,24 79:15, 20 98:4,9,11 108:10,12,13, 16 148:8 154:18 167:7

168:10 171:18 172:22 173:9 182:3,15

**quick-** 76:8

**quick-response** 75:1 76:2,5,12

**quickly** 127:20,24 206:4 217:9

**quieter** 47:19

**quiz** 144:19,23

**quizzes** 144:16

---

**R**

**radio** 73:22,25 74:1,2,6,7,8,15, 17,21,23 75:25 79:10 96:13 97:15 102:11, 15 126:6 127:13,15 168:5 173:15

**radios** 63:22

**rags** 80:16

**rail** 176:16

**railing** 170:21

**raise** 9:1 199:6, 11

**ran** 92:14 159:13 169:17 170:5 171:11, 14 172:1,6,7 173:4 210:4 211:23 212:2 217:8

**range** 29:18 39:17 41:2,3,6 49:11,15,16,20, 23 50:24 51:3 54:9 58:6 81:9, 10,12,19 82:2 84:23 85:9,11, 22 86:15 92:6 93:14,15 97:19 99:25 100:1,16 101:1,2,5,18

103:24 113:2 114:5,7,9 115:16 131:17, 18,19 156:13 158:17,18 161:20,23 162:3,16 164:23,25 165:9 166:22, 23,24 167:2,4, 5,16 168:1,7,17 169:22 170:5 171:15,24,25 172:1,5,8,10,14 173:1 176:5,10, 20 180:7,22 184:8,10,12,13 191:23 192:4 196:9 204:9,18 205:8,24 206:16 209:7, 10 211:18 214:8 215:14 216:9 219:16, 17 222:19 223:2,4

**ranges** 29:16 48:21,22,23 49:2,5,7,10 50:2 52:2 64:3 81:9,15 92:7 129:13 139:5, 10 156:1 158:15 174:14, 15,21 180:6,16 184:4 192:16 193:6,18 201:13 219:19

**rank** 20:16 21:19 22:10 132:8

**ranking** 24:14 32:17

**ranks** 31:20

**rap** 226:13

**rare** 25:20

**reach** 22:21 233:24

**reached** 179:7

**react** 56:18 81:3

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

**reacted** 191:19 217:21,24 219:1

**read** 70:23 71:1 91:1 92:19 95:17,20,23 115:17 122:9, 17 131:20 144:15 145:13 180:3,17 184:17 187:1 201:16

**reading** 36:7 62:9 144:17

**ready** 160:14, 21 161:10 163:9,21 193:5 194:22 196:15, 22 197:1

**real** 46:8 78:4,5 112:21

**realize** 80:13, 19 164:17

**realized** 162:9 170:15

**reapply** 20:25

**reason** 11:19 20:24 36:12 39:1 117:5 176:18 179:23 190:8 191:3,7 194:14

**reasonable** 42:7 46:9 209:23 223:9, 10,14 230:16

**rec** 36:11 38:25 93:23,24,25 94:1,7 159:24 160:2,4 174:8 232:20

**recall** 17:2 54:8 82:7,9,10 96:25 106:21 120:2,8, 10 122:1 123:12 140:16 141:5,6,13 148:12,13,16 151:12 153:24 154:14,15

165:7 166:15 167:14,19,21, 22 169:11 171:17 174:22 175:13,25 176:2,3,22 179:9,18 180:21 181:3, 16,21 187:15, 23 194:23 201:20 202:11 207:25 210:6 212:7,9,12,18 215:5,6 217:13 224:16 225:25 226:1,6 227:6

**received** 148:18 149:3

**recert** 147:14

**recognize** 96:4 177:10 182:24 208:13 210:23 211:1

**record** 7:2 8:16 11:3 52:6 73:11,13,14 90:9 94:20 118:1 141:22 154:21,23,24 203:7,9,11,12 233:17 234:5

**recorded** 185:11

**records** 148:18

**red** 105:1 180:9,13

**redo** 61:16 63:8,9 145:10

**refer** 24:17,18 25:1

**reference** 119:5,6

**referred** 136:17

**refers** 123:13

**refreshed** 29:5

**refrigerator**

87:12,18

**regrouping** 59:4

**regular** 32:5 33:14 77:6 131:11 143:9

**regularly** 117:2,4

**relate** 46:2

**related** 23:21 179:23

**relating** 80:12 117:18 186:11 189:13

**release** 79:23 80:4 89:5 93:12 97:8 101:23 102:2 127:3,7, 10

**released** 38:20 80:7 93:8,16 108:3 126:10

**releasing** 108:22

**rely** 47:10,12

**remarks** 135:4, 5,9

**remember** 12:2 28:14,16, 17 82:3,5 96:20,22 120:5 122:3 141:8 146:15 155:6,7, 14,16,17 156:15 158:14, 19,20 159:6 160:4,8 163:24 165:11 167:12 169:25 174:6, 15 178:8 180:19,24 181:18,24 183:20 184:19 187:10,12 201:22 202:16 207:24 209:10 210:3,5 212:15 213:9 223:5 227:18 229:14

**remembered** 211:21

**remembering** 181:2

**remotely** 7:21, 23 8:2,12

**remove** 97:4 108:2 116:4,5

**repeat** 7:25 107:20 144:22 205:10

**rephrase** 82:6

**replace** 228:1

**report** 13:17, 21,22 14:11,19 65:7 177:6,15, 22,25 180:3 183:3,5,7,8,17 185:6 186:11 188:24 189:13, 22 190:4,16,20 192:10 208:11 228:23

**reported** 125:20 155:9

**reporter** 7:2,4, 24 8:3,9,14,20, 25 9:6 11:2,8 73:11,14 117:9, 12 154:21,24 188:18,20,23 189:7,9 203:4, 7,9,12,20 231:4 233:16,19,23 234:1,4

**Reporters** 7:5

**reporting** 155:7

**reports** 46:3 52:23 55:9 57:4 138:24 177:19 189:24 225:21

**represent** 186:13

**representative** 7:11

**representing** 7:4 9:11

**remembered** 211:21

**reprimand** 59:23 60:1 227:22

**reprimands** 227:14,19

**reps** 92:10,11, 12,25

**reputation** 226:8

**request** 79:4 89:15 93:6 124:17,23

**requested** 32:21,22 35:19 67:22 125:1

**requests** 30:5 67:14

**require** 44:10

**required** 35:16 42:21 45:6 55:7 58:15 59:14 62:8 77:20 95:17 134:18

**requirement** 50:25 55:25 68:25

**requirements** 60:22

**requires** 57:16

**reserve** 114:1 224:20

**respect** 157:15

**respond** 46:23 76:3,14 77:6,8, 24,25 79:12,16 98:5,6,18 104:13 107:14, 18,22 108:1 126:22,24 127:25 181:22 191:9,19 223:12,13 224:25 225:2

**responded** 167:5 170:3 181:24 223:8,9, 11,18 232:22

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

responding 186:14 223:14

response 34:15,19 76:9, 18 77:5,24 78:3 79:15,20 80:8 98:2,5,9,11,12 99:6 106:18 108:12,13,16 114:22 141:15 148:6,9,14 150:10 167:7 168:10 171:18 172:22 173:9 179:8 182:3,15 223:6,7

responsibilities 21:5 48:6,8 138:15

responsibility 108:17 128:18

responsible 49:2 58:7 128:22 129:2 194:9

rest 84:3 88:6, 21 89:18

restraining 147:13

restrictive 125:4 148:4

restroom 193:16 194:2, 21,24 196:16 230:22 231:8, 10

resulted 228:3

results 190:4

retrieve 186:23

review 13:15 29:14,15 34:1, 2,3,4,12 52:24 54:18 55:7 60:14 61:7,8, 22,24,25 62:2 63:2 67:22,24 68:1,2,4,7,25 69:10,11 70:22 71:14,15 90:18

119:22,24 178:21 179:2,4, 5,7,17,22 224:16 233:18, 19

reviewed 95:8 96:7,8

reviewing 35:7 53:2,20 57:23 70:7,8,9,12,17, 20 95:25

reviews 128:24

Rhonda 61:11

rights 92:15

ring 81:22 82:1

ringing 138:22

riot 118:24

risk 122:20 224:21 225:8

risks 123:11 138:18,20 163:13

Robin 14:24

Robinson 203:14

role 21:24 22:2 32:5 40:8

roles 128:9

roll 29:4,6,7 30:13,15,21 31:1,8,10,12, 15,18 32:1,4 35:22 41:1,3, 10,12,14,19,21, 23 42:14 49:19, 23 70:15 156:3 173:2

rolled 41:25 42:9 115:24 197:8

rolling 103:3

Ron 7:12

roof 84:12

room 9:19 10:1

74:11,12,15,22 96:13 115:13 126:18 225:10

roster 228:2

rotated 26:25

rotates 160:2

rotation 94:4 160:1

round 52:9 116:2 159:20 163:18,19 193:18

rounds 29:16 36:4,9 37:2,4 38:2,15 39:15 42:21 43:3,6,25 45:15,16,20 46:10,12 47:11, 12,13,22 50:24 51:2,3,14,15,24 52:3,7 58:5,6,8, 9,13 59:15 60:6 65:3 66:22 75:15 116:10 122:22 123:22 125:9 139:6,8, 9,11,23 161:1, 6,11 163:16 191:14 195:13 196:18 197:23 199:18,20 200:10,12 201:1 217:22 221:24 223:10, 23 228:4

route 207:4

rule 70:2 198:4

rules 10:9 117:19

run 22:7 28:23 40:10 42:5 73:20 110:7 124:11 129:11 132:1 157:16 162:13 172:1 176:9,18 195:16 196:5 197:9 229:19 230:7

running 21:9, 15 22:20 29:3 33:9 48:21 52:14 59:15,16 61:1 67:11,12 155:11 209:10 210:5 213:25 227:24 229:24 231:9,15

runs 32:1

S

safe 21:9 43:24 114:18 123:23, 24 138:21 163:1 224:22 225:7,8

safely 99:3 108:12 184:12

safety 21:7 34:7 43:7 48:10 105:22 106:3,7 110:9 120:15, 17,23 121:2,3,7 122:5,13,15,24 123:6,16 125:15,19 138:17,19 140:4 150:2,8, 25 151:23 153:7,11 158:11 199:21 201:3 231:20

sandwich 231:14

sanitation 48:13,14 138:21

sat 194:7,12

Saturday 155:14,15

savvy 144:2

scenario 78:3, 12

scenarios 77:18 78:14

scene 97:2 128:12 186:16

187:20

schedule 146:18

school 15:4,6, 17 16:2 39:22 40:1

scream 46:14 47:7,11

screaming 166:12 175:21, 23 176:1 215:1 223:3

screen 90:5,7

screenings 78:25

screens 55:16

screenshot 219:24

screenshotted 211:13

scroll 186:12

scrolled 218:24

sealed 137:8

searches 65:12

seasoned 192:20

secondary 42:10 207:5

seconds 44:20 127:22 192:2 206:8,11,13 210:12,19,22 211:10 213:23, 24 214:1

secretary 32:13

section 96:3,4, 5 107:12 109:3, 6 115:4,5 122:4 190:3 201:10

sections 77:6

secure 29:17, 18 61:3,21

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

83:16 94:9 114:18 123:23, 24 135:12 138:20,23 155:19 156:2, 14 163:2 164:8, 10 192:17 224:22 225:9 231:8

**secured** 29:19 81:16 82:14 94:12 125:15 161:7 191:15 192:9,11 198:23 202:3

**securing** 155:20,25 159:14

**security** 21:7 43:7 48:10 123:17 125:16, 19 138:18 158:11 159:19 199:21 201:3, 12

**segregation** 25:20 232:1

**seizures** 46:4

**seldom** 56:4

**select** 54:15 61:8 137:14 198:18

**self-demotion** 21:3

**self-inflicted** 225:17

**send** 61:9 124:19 136:12 146:19

**seniority** 24:15

**sense** 226:17

**senses** 165:10

**sensor** 52:4 167:17

**sensors** 51:25 52:1

**separate** 179:24,25

**separately** 177:5

**sergeant** 17:5, 11 18:8,11,14, 15 20:1,2,23 21:3 26:13 27:2,6,9,25 29:11 37:16 40:7 48:1,6,18 50:23 51:13 56:6 57:23 62:4 63:17 64:1 77:13 99:11,23, 24 100:15 101:20 129:18 131:4 139:18 155:23 156:19 157:21 158:4,7, 16 160:17 161:21 162:23 163:6 166:21, 23 168:3 169:14 181:20 184:16 186:19, 22 187:25 188:4 193:3 195:18,21,23 196:3,10,23 197:2,3,10,14 201:10,19 202:7,11 209:15 230:6

**sergeant's** 230:9

**sergeants** 21:18 26:19,20 29:17 31:16 39:16 42:21 48:16 58:2 117:1 128:23 129:2,3 197:11

**set** 38:13,14 39:23 40:22,23 41:16 49:12,13 68:15 110:15 140:23 160:21 161:9 162:16, 23 163:7,9,21 193:6 194:22 196:6 197:10 225:14 232:2,7,

14,19,23 233:8

**sets** 215:11

**setting** 40:14 59:17 77:15 161:1 230:10

**settle** 193:18

**shadow** 130:6 132:7

**shadowing** 130:22

**shakedown** 65:1,21 66:3, 14,23

**shakedowns** 64:10 65:1

**shaking** 11:6

**share** 90:1,5 94:14 117:25 124:17 141:24 177:1,8 182:19 185:15 188:16 212:21 219:3

**shared** 90:6

**sharing** 94:13 117:24 125:7 149:5 185:14 212:20 220:20

**she'll** 124:15 203:1

**sheet** 70:21 139:21 196:5 197:9 226:14 230:7

**sheets** 38:12 40:10 71:19 162:13,23 195:16 197:20

**shift** 21:21 22:10,17,20 23:5,8,15,16, 17,18,21,23 24:3,11 25:9 29:2 30:12 32:2,3 36:23 37:7 38:8,11 39:12,13 40:6 42:18 49:3 60:16 64:10

68:16 77:20 102:3,10,15,18 113:14 119:8 137:16 155:8,9 180:15 181:4, 10,14 182:5,8, 11,17 184:23 195:3 227:24 228:14

**shifts** 30:24

**shirt** 220:12,16

**shocked** 165:10

**shoot** 209:7 211:21

**shooting** 208:14 210:23

**short** 36:25 73:8 205:8

**show** 54:13 62:9 132:17,19, 21 133:21 134:23 136:24 141:21 149:6,7, 8 176:4 203:16 207:4,12 210:7, 8 215:24

**showed** 137:13

**shower** 92:7 93:13,14

**showing** 54:21 110:4 142:15

**shows** 38:20 205:2 207:5

**shy** 217:3

**sic** 9:23 61:11 112:1 129:6 166:16 175:16 193:13 196:13 198:16 200:10

**side** 41:6,9 50:2,19 52:1 53:9,12,13,14, 15 65:15 66:11 84:20 85:8,25 87:14 103:10 104:2,6 156:10

170:7,8,11 176:19 180:10 184:5 187:18 192:17 204:8,9, 13,18 205:8 206:16,20 215:11,12,22 218:5 220:11

**sides** 156:9

**sign** 61:24 70:22 95:20,23 132:16 135:2 150:4,20 233:18

**sign-off** 70:21

**signal** 46:18 74:4,5,21,23 75:4 78:18 80:16,21,22 97:15 98:3 113:6,19 141:9

**signals** 46:17

**signature** 233:17

**signatures** 62:3,8 149:25

**signed** 71:3 95:15,20 149:24

**signing** 36:6 62:7 70:10,25 71:1,5 95:25 96:2

**silence** 187:1

**silent** 127:15

**silver** 104:25 169:8

**simple** 118:24

**single** 26:18 79:7

**sir** 231:4

**sit** 30:13 82:3 87:12 155:3 183:16 191:4 202:4

**sitting** 9:13 86:5 87:13

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit F**

180:4 184:1 194:15 195:2 219:14 231:14, 21

**situated** 183:16

**situation** 56:18 69:4,7 77:23 81:4 97:16,20 98:4 99:2 102:8,9,12,23, 24 108:14 109:16 111:21, 25 113:6,8,9,21 114:1,6 118:13, 14 119:2 128:7 182:4,14 186:17 217:20, 21 220:25 221:4,15 223:12 224:10 227:20

**situational** 76:25

**situations** 68:19 76:14 77:8,9 102:1 148:11

**sizable** 220:2

**skipped** 136:12

**slide** 83:5,8,9, 11,12

**slightly** 123:9

**slowly** 167:10

**small** 67:9 140:24

**smaller** 218:8 232:12

**smell** 165:6,8 175:11,13,14, 17

**smelling** 165:11

**smelt** 175:18

**Smith** 7:11 11:15 14:23 176:1,4 180:4,9

184:1,9,15 186:19 201:14 202:8 203:1 216:17 217:16 220:6 222:3 226:4 228:12

**Smith's** 192:9 227:4

**Smith-** 203:13

**Smith-robinson** 7:9 8:18,22 9:9 14:24 73:15,19 142:4 154:25 155:3

**smoke** 72:19, 22 165:2,5,6,8, 11 175:7,8,12, 16 180:8,21,25 181:2 208:18 209:8 212:14, 18 216:8,11 219:13,18,22, 25 221:1,4 222:3

**smokey** 207:25

**snowing** 16:22

**socket** 125:12

**sockets** 233:6

**sole** 64:2

**solemnly** 9:2

**solve** 69:14

**somebody's** 102:17

**someone's** 112:23 116:3 139:15 202:20

**sort** 21:13 24:14 30:16,24 31:23 32:4 33:21 34:21,23 37:2,4 39:14 47:5 51:21 52:25 57:4 59:5 61:17 64:4 65:21 68:22 70:18 73:6

76:15,16 78:1, 18,24 89:6 91:8 106:9 107:10 118:25 120:21 121:1,2 122:23 124:14 125:17 129:7 130:5,11 131:21 132:15, 16 135:14 139:21 140:2, 11 147:17,21 148:1,5,6 151:3 187:22 196:17 205:7,8 217:23 226:14,25 231:12,19

**sound** 56:20, 22 105:5

**sounded** 202:9

**sounds** 203:5

**soup** 231:21

**south** 7:14 41:9 53:9,13 201:13 206:20

**spare** 49:12, 13,24

**speak** 65:14

**specific** 48:17 120:17 121:9

**specifically** 120:8 123:10

**spend** 217:6

**spoke** 186:18

**spoken** 12:13, 24 13:9,12

**spray** 97:23 98:7,16 161:25 166:2,24 168:15 169:18, 22 170:2,13,15, 16,23 171:3,8, 9,12,15,18,20, 25 172:7,19 176:13 214:4

**sprayed** 170:18 224:5

**spraying** 162:5 167:6

172:16,20 175:20

**spread** 107:6 162:2 167:1 170:20 171:4 214:11

**spreading** 190:22

**square** 205:12

**St** 15:11

**staff** 21:8 26:3, 22 29:24 30:1 32:15,16 35:25 39:18 40:18 42:20 45:14 46:18 50:15 52:18 59:20,24 63:13,21 65:6 66:2 72:2 73:21 88:10 89:25 98:6,14 102:24 110:21 114:15 119:24 122:6, 12,14,15 123:25 125:18 128:8 129:14, 20 150:1 153:21 169:23 172:17 179:14 180:5 182:6 184:3 191:18 195:25 198:9 199:1,12 200:1, 9,18,24 202:2,6 221:14 222:24 223:8 224:15, 18 226:20 228:4 229:24 230:7

**staff's** 115:16

**staffing** 33:3,7 48:5

**stagger** 51:1

**staircase** 50:1, 14

**staircases** 205:11

**stairs** 50:7,8, 10 85:25 168:20 169:24

192:4 205:9,13, 15,17,23 206:5, 16

**stand** 61:12 139:23 199:9

**standards** 122:13

**standing** 40:13 60:3 85:4,15 86:4 201:2 211:8

**start** 11:1 16:10,12 19:1 26:12 30:11 36:17 37:1 102:14 108:8, 10,21 111:3,12 112:4,9,17,18, 23 113:3 132:23 159:12 160:15,25 164:7 182:6,8 190:5 193:5,13, 18 197:6,23,24 230:10 233:3

**started** 16:2 159:13 166:11 171:22 174:4,5 180:14 182:6 191:8,18 207:9 208:10 211:11 216:15 222:18 232:21

**starting** 7:18 131:7 159:19 216:6,13

**starts** 45:13 230:7

**state** 7:16 8:16, 19 9:17 15:12 16:4,12,14 17:9,22 18:2,14 19:12 20:20 21:6 24:5,11 27:4,18 62:16 90:9,10 94:21, 23 95:3 117:4 118:1,6 124:3 125:4,6 136:19 137:3,18,20 141:3,22,23 149:9 157:2

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

177:7 185:16 189:4,12 193:10 198:8 223:24 225:13 226:2 227:21 229:3 233:1

**statement** 123:7

**statements** 189:1

**States** 7:13

**station** 36:20, 22 37:15 38:8 52:11 53:3,14, 15,17 54:17 56:24 57:6,18 58:3,12,18,23 59:7,8,11,20,25 61:19 62:12 82:11,12,17,19, 21 83:19 84:10, 19,20,24 85:1, 8,15,23 86:3, 21,24 87:11,20 88:1 89:3,19 90:15 104:19, 22 109:15 114:12 137:25 139:15 140:13 160:11,13,16, 19 161:12 162:10 163:4, 25 164:4 165:25 166:6, 17 169:17 170:7,9,11 173:17 176:9 180:4,23 184:2, 3 191:23 193:1, 9,21,24 194:7 196:10 197:18 198:3,4,6,10 199:12 200:1, 19 201:14,18, 23,24 205:23 206:5,7,15 213:10,17,20 215:19,23 217:25 219:14 222:15

**station's** 85:11

**stay** 32:22 35:9 36:21 45:24

161:16 173:8 193:1 230:2,4

**stayed** 17:13 27:19 28:4 173:9 194:8 226:12

**staying** 193:8

**step** 40:18 113:23

**steps** 20:19 173:23

**Stidham** 185:23 187:13

**stipulate** 8:21

**stolen** 15:17

**stood** 85:7 159:2

**stop** 37:1 94:13 117:24 125:7 185:14 212:13, 20 220:20

**stopped** 149:5

**stops** 74:7,8, 21

**straight** 35:23 126:14 128:7 168:6 169:14

**strengths** 129:19

**strike** 25:7 53:1 56:23 97:25 108:6 111:11 155:17 160:8 198:25 233:6

**stroke** 44:9,20 45:13

**stroll** 183:13 218:22

**strolling** 218:6

**struggling** 189:11

**studying** 15:13

**stuff** 18:24 31:4 33:7,11 68:9

89:2,20 105:2, 12 118:10 120:16 142:19 144:10 147:16 148:23 176:16 179:1 208:19 232:21

**submit** 67:14, 16,19,20 177:21 184:21

**subordinate** 95:11

**subordinates** 21:10,16 70:6

**Successfactor** 143:3

**successfully** 142:15

**suicide** 44:9 228:18,20

**summaries** 179:16

**supervises** 22:8

**supervising** 140:7

**supervisor** 12:17,18,20 25:13,18,19 26:23 40:12 56:5 68:13 76:3 77:13 78:9,22 79:16 80:1 89:24 101:25 102:3,10,15,19 112:3 113:11, 14 126:17 127:1,7,10 132:7 159:2 174:18 178:19 181:10 182:5,8, 11 184:23 195:18

**supervisor's** 68:12,16 119:9

**supervisors** 23:5,6,25 25:21 26:22 29:5 71:17 79:1,7

118:15 127:5

**support** 15:22 16:1

**supposed** 21:12 29:23 36:12 37:17 43:5,9 47:21 48:12,20 52:4 58:22,23 59:4 60:6,16 61:22 62:1,2 63:1,11, 16 64:9,11,13, 15,25 65:11 66:19 71:1 76:3 80:4,12,20 81:11 83:2 93:5,14,15 94:9,12 95:8 96:16 97:1 99:8 111:3,6 112:11, 13,17 115:21, 22 116:1,3 121:3 125:19, 25 127:15,18 133:3,10 134:23 139:1,6, 12,13 140:7 146:20 158:7 182:15 195:19 197:10 220:15 228:4 229:20

**surgery** 19:3, 13

**surprised** 221:10,18

**surroundings** 45:22 140:3

**surveillance** 54:4,13 56:20 57:5 115:14 139:17 140:14, 15 162:10,18 163:17 207:17

**suspended** 227:17

**swear** 9:2

**sweep** 150:18

**sweeping** 111:17

**swept** 115:3

**swing** 88:11,14

**switch** 103:15 146:14

**switched** 28:6 95:18

**Sydney** 7:2 203:17

**system** 51:23

---

**T**

**table** 87:7,15

**takeaways** 179:7

**takes** 110:11 164:8,9

**taking** 11:22 15:18 22:2 154:21 200:20

**talk** 10:4 12:5, 10 28:25 29:5, 6,10 33:1 34:8 35:25 36:1,18 37:3,15,23,24 38:1,3 52:15,18 53:23 60:2 62:4 66:16 70:15,23 74:2,14 78:2 80:11 83:15 88:10,11,18 89:4 92:22 134:5 138:4 153:1 178:15, 18 179:6 185:5 202:1 230:7

**talked** 12:3,6 13:2 26:17 27:14 71:7 79:9 90:14 128:21 138:14 141:1, 18 159:3 163:12 174:2 178:22 227:2,7 229:13 230:18

**talking** 14:18 17:24 24:19 30:4 36:18,22 37:1,22 38:5

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

69:8 73:20 99:5 115:5 149:17 166:12 187:15 202:8,11,13,14,16 204:4

**talks** 186:13,14

**tap** 52:4

**tasks** 130:2 135:3

**taught** 77:7

**teach** 76:13,14 77:25 131:6

**team** 31:23 32:14 34:15,19 67:17 75:1 76:2,6,9,12,18 77:5 78:21 79:4,12,15,20 98:5,9,11 99:1,7 108:12,13,16,18,20 148:9 159:3 167:7 168:10 171:19 172:22 173:10 181:16,19,25 182:1,3,10

**teams** 232:23

**tech** 58:19

**technically** 35:13,14 39:16 101:19 107:3,4 131:14,15 219:25

**technician** 7:3

**telling** 12:20 128:14,15 196:3

**tells** 132:15 167:17

**ten** 12:11 113:11 154:19 178:6 206:2

**tender** 93:14

**tenders** 92:6

**tested** 78:13

**testify** 11:17,23

**testimony** 9:2 11:20

**that'd** 192:25

**that'll** 52:6

**the-job** 131:24

**theft** 52:23 55:9

**thing** 15:24 24:15 29:22 38:7 42:9 55:15 57:8 68:4 71:12 78:5 89:10 96:12,15 97:7,14 98:20 103:23 114:20 125:19 126:7 129:4 187:16 224:7

**things** 17:25 21:13 25:5,14 30:5,24 31:5,11,23 33:1,5,6,8,9,21 34:21 36:13 37:2,4 38:10 39:14 44:10 52:19,24,25 54:18 55:8,10,12 56:2,8,15 57:4 58:24 59:1,5 61:4,8,15,17 63:6,22 64:4,7,14 68:20,22 70:16,18 71:24 76:14,16 77:18 78:1,24 88:8 89:6 91:8,12 92:9,13,14 101:17 106:6,8 107:10 117:15,17,20 118:25 120:20,21 121:1 122:23 124:11 125:14,17 129:7 130:1 131:20 132:14,15,19 133:6,8,10 135:13,20 136:10,11 138:25 139:21 140:2,10 145:23 147:1,17,20,25 148:4 151:2 156:4

162:15 169:19 194:1 196:17,21 200:12 202:2 217:23 223:21 226:14 230:8 231:12,19 233:7,9

**thinking** 176:21 191:5

**thought** 151:20,21 176:13 188:21 214:4,10 228:2

**threat** 113:22

**throwing** 232:21

**tied** 228:21

**tiers** 85:14

**time** 7:7 15:14 16:15 19:10 21:1 22:17 26:14 34:14,18 37:5,25 40:23 41:17 42:7 44:16 47:19 50:25 51:5,7,11,12 55:1,14,15 56:10,17 59:18,21 65:8 67:17 70:22 73:12,16 76:7 95:18 99:10 108:23 109:8 110:10 111:19,20 116:2 123:6 127:12 128:4 132:6 134:1,2,8,15 135:12,20,23 139:22 143:17,19 144:24 146:7 151:4,5,10 152:8,17 154:18,22 155:1 157:13,19 159:10,18,24 160:4,24,25 161:3,6,7 162:1,3,24 163:21 165:4 167:4 175:7,8,22,25 176:21

178:17,25 179:18 181:4,12 182:6 186:1 187:9,11,20 190:23 193:13 194:2,18,19,20,24 195:12,14 196:13 198:5,18,22,24 199:2 201:23 203:10,15 207:18,22 208:5 211:9,10 212:1,6,7,10 215:20 217:6,15 218:2,10,20 219:11 223:9,10,15 225:18 228:2 230:16 231:1,7,25 233:14,22

**timeline** 19:7 29:1 91:8,12

**timely** 126:22

**times** 10:18 12:5 21:22 22:6 34:14,20 35:6 37:24 41:25 45:1 47:11 49:12,25 51:6,8 56:7 57:7,17,21 59:1,3 70:13 92:2 93:9 102:11 110:17 113:11 116:11 118:14 134:9 139:5,10,21 151:12,14 153:20 162:20 163:15 197:3 199:8 202:1 231:6,17 232:3,14

**timestamp** 208:6 210:13 212:25 215:25 219:8

**timing** 70:22 144:9 191:4

**title** 118:5

**today** 7:4,6 8:8 9:10 11:17,20 12:1,14 18:5

20:14 73:16 82:4 134:12 155:1,3 191:4 203:14

**toilet** 67:12 72:9 233:7

**told** 67:23 178:19 182:9 212:1

**tomorrow** 134:13

**tools** 63:19

**top** 30:2 39:2,10 40:2 59:16 83:15 84:9,10 88:16 91:16 164:25 180:12 183:13 200:12 205:11 208:7 216:9,13

**tort** 52:23

**totally** 10:19 11:1

**touch** 106:6,8

**touched** 139:2

**towel** 162:1 170:18 214:7

**towels** 166:25 169:18 180:12

**track** 51:13

**tracks** 148:22

**traffic** 74:7,8,21 127:18

**train** 130:10

**trained** 76:8 78:21 79:1 130:17

**training** 15:7 16:20 34:6 76:11,13,17,22,24,25 77:2,25 90:25 105:21,25 106:3,4 119:13,16 121:20,22,23 122:2 129:1 130:5,8,10,13,

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

15,17,19,23 131:9,10,14,24 132:4,9,25 133:16 134:16, 17,19,22 135:2, 16,17,19,21,24, 25 136:15,16 137:23 142:13, 23 143:5,8,13, 22 144:14,25 145:5,7,12,18, 19,21,25 146:1, 13,20 147:6,9, 12,24 148:1,7, 14,18,24 149:3 157:3,4 171:1 199:25 200:17 224:19,20,23, 25 225:6,9,10

**trainings** 129:9 143:9,17, 19 146:22

**transcript** 233:21

**treat** 46:6 194:5

**trouble** 214:17 226:12

**true** 26:19 102:5 114:4

**trust** 71:4

**truth** 9:3,4

**Tuesday** 32:8

**turn** 71:13,15 197:20

**turned** 19:21 71:17 211:2,10

**twelves** 23:16

**type** 34:19 43:23 106:12, 16

**typed** 13:23,24 177:22,24

**types** 78:14 104:24 141:2 147:25 151:13

**typical** 25:7 29:2

**typically** 25:8

---

**U**

---

**uh-huh** 11:7 17:12 19:25 20:8 28:11 31:22 33:10 37:13 42:11 54:6 56:13 63:23 71:20 72:13 78:10 84:8 86:19 91:7,17 94:22, 24 96:11 105:6 115:6 122:11 126:9 133:1 136:1 142:5,21 149:4,21 150:12 156:5 166:7 168:22 171:2 182:25 183:24 185:1 187:3 189:7 190:7 202:10 204:6,21 213:4 214:15

**uh-uh** 11:7

**unauthorized** 115:11

**understand** 10:15,17,20 17:8 36:7,14,15 44:25 61:24 62:5 71:3 75:20,21 86:13 88:19 95:16 100:22 121:6 123:4 132:22 136:6,22 171:23 198:2 200:15

**understanding** 57:20 91:12 138:15 142:11 188:4 196:21 204:17 205:5

**understood** 10:22 42:8

**uniforms** 30:22

**unit** 21:8,14 22:20 23:6,10, 11,12,13,24 24:18,19,21,23, 25 25:2,3,13, 19,23 26:4,21, 23 29:10,21 31:23 32:14 35:14,15,18,19, 23 36:1,5,10,15 39:18 45:24 47:24 48:2,16 54:17 55:12 56:6,16 57:10 58:5 61:3,23 62:5,17,23 63:17 67:17 70:16 71:12,14 74:20 79:14,15 91:2 92:12 95:18,19,21,22 98:14 101:3,12 107:5 111:17 123:23 124:6, 10 125:4 126:1, 15 127:2 128:13 129:6,8, 12,13 130:12, 16 148:4 150:19 155:11, 19 156:2 157:16 158:11 159:3 167:7 195:19 202:2 222:25 227:25 229:19,24 230:17

**United** 7:13

**units** 23:7,8 29:9 55:10 107:2 157:14 160:3

**unlock** 41:13, 16,21 42:2,13 50:8,20 81:17 83:4 87:21,24 103:3,7,11 104:10 144:25 145:8 168:20 188:13

**unlocked** 42:4 93:20

**unlocking**

83:10 111:16 197:7,24

**unpredictable** 43:22

**unroll** 40:24 41:14,17 42:6, 12 104:10

**unsecured** 174:16

**unsure** 70:2

**updated** 136:11

**updates** 30:24

**upfront** 40:16

**upwards** 85:4, 14 190:22

---

**V**

---

**Valencia** 7:10 9:12

**verbal** 11:5

**verbatim** 118:11 119:4 120:5,7 122:2

**versus** 47:9 231:19

**video** 7:3 14:13,20 140:14,15 144:17 178:12 185:12 203:14 207:17 210:8 211:6

**videoconferen ce** 7:8

**videos** 14:3,5, 7 54:13 56:21 144:15

**view** 115:16 191:6 215:22 220:2

**viewing** 115:14

**vigilant** 44:14 45:18 60:3,9

122:6,20,21 123:5,10 124:2 222:22,25

**violating** 220:13

**visible** 190:14 191:17 215:8

**vision** 115:12 180:24

**visual** 115:15

**volunteer** 20:25

---

**W**

---

**Wacker** 7:5

**wait** 10:24 19:8 46:10,18 79:22 102:18 112:22 126:17 127:7

**walk** 37:24 45:6 50:8 65:2 83:17 89:16 92:22 97:19 119:1 167:9,10, 24 184:4 193:4 201:12 206:4,9

**walked** 166:16 171:10 180:6

**walking** 21:8 46:15 64:10 92:3

**walks** 29:15

**walkway** 86:17

**wall** 87:14

**Walton** 156:19 157:1,21 158:4, 16 161:22 166:21,23 168:3 169:14 184:16 186:19 187:25 188:5 201:11,19 202:7,11 209:15,16

**wanted** 60:14 87:20 137:15, 23 173:24

**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**


KENTUCKIANA
—COURT REPORTERS—

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

**Exhibit F**

174:18

**warden** 13:12 22:12,13 32:11 34:5,17 55:21 179:11

**warden's** 119:10,14

**wardens** 31:22

**warmed** 196:14

**warming** 194:3

**watch** 14:13,20 56:1 129:21,22

**watched** 14:14

**watching** 29:23 30:1 162:18 163:3, 16 167:20

**water** 65:16,24 67:11 80:23 104:20,25 105:9,10,11,13, 23 106:14 169:9 184:6 190:25 232:3, 13

**ways** 93:25

**weakness** 129:19

**weapons** 77:2 78:23

**website** 60:19, 21 137:3,18,20, 25 138:2

**week** 34:25 35:1 93:6 134:13 146:6

**weekly** 63:16, 24 64:5 71:7, 10,11

**west** 50:2 85:24

**What'd** 206:12

**white** 207:3

**whoever's** 137:14

**Why'd** 17:19

**Williams** 181:20

**window** 88:17

**windows** 64:3 88:7,9 89:1

**windy** 16:23

**wing** 131:17

**wire** 84:1,11

**wiring** 122:8

**words** 25:5

**work** 9:16 13:3 15:23 16:3,6 18:16,17,18 21:21 25:8,9, 12,16,22 26:4 30:4 35:17 38:13 39:22 52:22 53:22 60:15 65:4 66:1 80:15 88:13 98:18 100:7 107:5 124:10 125:13 126:16 129:20 130:16 131:16,19 133:24 134:5,9, 11,16 144:16 153:4 157:7,9 189:18 202:4 208:2

**worked** 15:19 23:16 24:3,10 26:9,13,16 27:2 68:5 95:19 156:21 188:2,3 226:20 227:21 232:1,19,25

**worker** 38:23 135:9,11

**workers** 39:7 48:14 92:4,5,7 93:21 137:3

**working** 16:10, 15 17:22 21:20 26:6,12 37:23 44:6,24 58:2,8, 12,22 65:13,17 80:9,14 100:15

123:5 137:16 140:1,6 153:18 156:16 157:13 198:10 201:11 202:5 225:12 227:13 229:25

**works** 72:10

**worried** 43:19, 21 171:3

**worry** 231:9

**worse** 214:5

**write** 65:20,22 66:10 73:3 116:6 125:13 133:25 134:5 153:25 177:19 189:22 223:21 228:22

**writing** 32:13 139:20 162:22, 23

**written** 42:25 51:20 80:3 81:1 140:16,20 144:15 154:5 177:6 227:14, 18,22

**wrong** 65:24 131:1 136:8 163:5 164:18 200:11 203:18

**wrote** 14:19 177:15,20,24 178:11 188:25

_____

**X**

_____

**XYZ** 68:10,22 69:24 71:2 116:13 135:9

_____

**Y**

_____

**yard** 174:8

**year** 15:8 20:9, 10 25:11,12,15, 17 26:8,18 28:5 61:15,17 76:19, 20 106:2 122:2

142:8,13,16,20 143:5,10,12,20, 23

**yearly** 77:25 129:9

**years** 13:18,19 19:14,16 27:19, 23 80:9 142:20 151:15

**yell** 47:4,7

**yelling** 47:16 165:16 166:5, 18 217:11,14 221:11,13,19 222:4,6,9,13, 18,22 223:1

**you-all** 161:3 167:10,23,24 168:16 187:4

_____

**Z**

_____

**zoom** 208:5 210:13 212:25



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**