

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CASE NO. 3:24-CV-00185

# MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

# OF THE ESTATE OF MICHAEL SMITH, AND ON

# HER OWN BEHALF

# V.

# RON NEAL, ET AL.

# DEPONENT:

# DENNIS KOEN

# DATE:

# MARCH 18, 2025





schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

**Exhibit G**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185


MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF,

Plaintiff


V.


RON NEAL, ET AL.,

Defendants


DEPONENT:  DENNIS KOEN

DATE:      MARCH 18, 2025

REPORTER:  EMMA MCGAHA

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA

KENTUCKIANA
— COURT REPORTERS —

**Exhibit G**

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Megan Pierce, Esquire

Loevy & Loevy

311 North Aberdeen

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: megan@loevy.com

(Appeared via videoconference)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

APPEARANCES (CONTINUED)


ON BEHALF OF THE DEFENDANTS, LIEUTENANT DENNIS KOEN,

CAPTAIN VINCENT MCCORMICK, SERGEANT AMON LEE, SERGEANT

JENIENE WALTON, OFFICER DARNELL CROCKETT, STEVEN

MCCANN, LIEUTENANT LATRICE JONES, SERGEANT ERNEST

WILLIAMS, SERGEANT MICHAEL EVERETT, OFFICER JAYLON

SINGLETON, WARDEN RON NEAL, CHRISTOPHER BEAL, KEVIN

CROSS, ART KAUFMAN, ANDREW KMITTA, JASON NOWATZKE,

NADINE SMITH, DOUGLAS WARDLOW, DEBORAH TAYLOR, JANILLE

WHITAKER, AND DANIELLE BROWN:

Brandyn L. Arnold, Esquire

Office of the Indiana Attorney General

Indiana Government Center South

302 West Washington Street

5th Floor

Indianapolis, Indiana 46204

Telephone No.: (317) 234-7121

E-mail: brandyn.arnold@atg.in.gov

(Appeared via videoconference)


Also Present: Kaitlin Pollak, Assistant to the Public

Information Officer at Indiana State Prison

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

INDEX

                                              Page

PROCEEDINGS                                    7

DIRECT EXAMINATION BY MS. PIERCE               8

CROSS-EXAMINATION BY MR. ARNOLD               120


                    EXHIBITS

Exhibit                                       Page

1 - Department Of Correction Incident Report
      Form by Lt. Koen, Dated 1-14-23
      (State 000097-98)                        85

2 - Still Photograph from the Surveillance
      Video, ACH North L5 Camera, at
      10:57:00 AM 1-14-23                       91

3 - Still Photograph from the Surveillance
      Video, ACH North L5 Camera, at
      10:58:00 AM 1-14-23                       94

4 - Still Photograph from the Surveillance
      Video, ACH North L5 Camera, at
      10:58:23 AM 1-14-23                       95

5 - Still Photograph from the Surveillance
      Video, ACH North L5 Camera, at
      11:00:12 AM 1-14-23                       96

**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

**Exhibit G**

EXHIBITS (CONTINUED)

Exhibit                                                          Page

6 - Still Photograph from the Surveillance
    Video, ACH North L5 Camera, at
    11:00:19 AM 1-14-23                                           98

7 - Still Photograph from the Surveillance
    Video, ACH North L5 Camera, at
    11:00:45 AM 1-14-23                                           99

8 - Still Photograph from the Surveillance
    Video, ACH North L5 Camera, at
    11:00:54 AM 1-14-23                                          100

9 - Still Photograph from the Surveillance
    Video, ACH North L5 Camera, at
    11:02:37 AM 1-14-23                                          100

10 - Indiana State Prison Critical Incident
     Debriefing Report Dated 2-21-23, For
     Incident On 1-14-23 (State 011475-476)  101

11 - Reports Of Weekly Inspection,
     completed by Lt. Dennis Koen, Beginning
     10-11-21 (State 010808-870)                                107

12 - State Of Indiana Department of
     Corrections Written Reprimand for
     Lt. Dennis Koen, Dated 7-10-23
     (State 28080)                                               119

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

STIPULATION

The VIDEO deposition of DENNIS KOEN was taken at KENTUCKIANA COURT REPORTERS, 730 WEST MAIN STREET, SUITE 101, LOUISVILLE, KENTUCKY 40202, via videoconference in which all participants attended remotely, on TUESDAY the 18th day of MARCH 2025 at 11:04 a.m. (ET); said VIDEO deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. The oath in this matter was sworn remotely pursuant to FRCP 30.

It is agreed that EMMA MCGAHA, being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
—— COURT REPORTERS ——

**Exhibit G**

PROCEEDINGS

THE REPORTER:  We are now on record.  My name is Emma McGaha.  I'm the online video technician and court reporter today, representing Kentuckiana Court Reporters located at 730 West Main Street, Suite 101, Louisville, Kentucky 40202.  Today is the 18th day of March 2025.  The time is 11:04 a.m. Eastern Time.

We are convened by videoconference to take the deposition of Dennis Koen in the matter of Mysti Valencia, as Personal Representative of the Estate of Michael Smith and On Her Own Behalf v. Ron Neal, et al., pending in the U.S. District Court for the Northern District of Indiana, South Bend Division, Case number 3:24-CV-00185.  Will everyone but the witness please state your appearance, how you're attending, and the location you're attending from, starting with the plaintiff's counsel?

MS. PIERCE:  Megan Pierce, on behalf of the plaintiff.  I am attending remotely via Zoom from Portland, Oregon.

MR. ARNOLD:  Brandyn Arnold with the Attorney -- Indiana Attorney General's Office, on behalf of the defendants.  And I'm appearing remotely via

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

Zoom from Indianapolis, Indiana.

THE REPORTER:  Thank you.  Mr. Koen, will you please state your full name for the record and hold your ID up to the camera at this time?

THE WITNESS:  Dennis Edward Koen.

THE REPORTER:  Do all parties agree that the witness is in fact Dennis Koen?

MS. PIERCE:  Yes.

MR. ARNOLD:  Yes.

THE REPORTER:  All right.  Mr. Koen, will you please raise your right hand?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I do.

THE REPORTER:  Thank you.  You guys may begin.

MS. PIERCE:  Thank you.

DIRECT EXAMINATION

BY MS. PIERCE:

Q.  Morning, Mr. Koen.

A.  Good morning.

Q.  As I said, my name is Megan Pierce and I'm a lawyer on behalf of the plaintiff in this case, Mysti Valencia.  Where are you currently sitting for this deposition?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

A.   I'm currently in our legal services office here at Indiana State Prison.

Q.   Okay.  And is anyone else in the room with you?

A.   Yes, there is.

THE WITNESS:  Katie, right?

MS. POLLAK:  Uh-huh.

THE WITNESS:  Okay.  Yeah.  She's the assistant to Pamela James, our legal services administrator here.

BY MS. PIERCE:

Q.   Okay.  And that's the only person in the room today?

A.   Yes, ma'am.

Q.   Have you ever been deposed before?

A.   No.  I do not believe so.

Q.   I'll just go through the rules of the deposition, so we're all on the same page, okay?

A.   Okay.

Q.   I'm going to ask you questions and you're going to answer them under oath just as if you're in a courtroom.  Do you understand that?

A.   Yeah.

Q.   If you don't understand a question, please ask for clarification.  If you don't ask for clarification,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

I'll assume that you understood the question; is that fair?

A.   That's fair.

Q.   And then please wait until I'm done asking a question to start your answer.  You might be able to anticipate what I'm asking, but it's important to let me completely finish my questions so that the court reporter can get it down for the record, okay?

A.   Okay.

Q.   And then along those same lines, please make sure to give verbal answers.  So try to avoid shaking or nodding your head, because that's difficult, again, for the court reporter to get a clear record.  And then we can take a break at any point, if you'd like.  I just ask that you answer whatever question is pending and then we can take a break whenever you need one. Just let me know?

A.   Okay.

Q.   All right.  Mr. Koen, do you have any medical conditions?  Are you taking any medication that would affect your ability to testify here today?

A.   No.

Q.   Do you have any medical conditions?  Are you taking any medications that would affect your memory?

A.   No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.    Did you do anything to prepare for your deposition today?

A.    Just read over my -- the incident report, I mean, that I completed that day.  Other than that, I haven't done anything.

Q.    Okay.  And you -- when you say, "The incident report," you mean the incident report that you created related to the January 14th, 2023 fire; is that right?

A.    That's correct.

Q.    Okay.  Anything else that you reviewed?

A.    No.

Q.    Did you speak to anyone about your deposition today?

A.    Other than Mr. Arnold, no.

Q.    And without getting into any of the substance of any of the conversation you had with Mr. Arnold, how many times did you speak with him about your deposition?

A.    A couple different times.

Q.    And when was the last time that you spoke with him?

A.    It was -- it was this last weekend, I believe. Friday, I believe it was.

Q.    And about how long did you talk to him for?

A.    I believe it was around 30 to 40 minutes, possibly.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.    Have you spoken to Warden Neal at all about this deposition?

A.    About this deposition?  No.

Q.    You -- have you spoken to Warden Neal about the lawsuit outside the presence of your attorneys?

A.    No, I have not.

Q.    Mr. Koen, when did you graduate high school?

A.    I graduated -- graduated high school in 2012.

Q.    And where did you graduate from?

A.    I graduated from Michigan City High School near Michigan City.

Q.    And did you go on to any higher education after high school?

A.    No.  No, I did not.

Q.    What was your first job outside of high school?

A.    I worked at White Castle, the fast-food restaurant here in Michigan City.

Q.    And how long did you work there?

A.    I worked there two years.

Q.    And what did you do after you left White Castle?

A.    After I left White Castle, I was hired here at Indiana State Prison.

Q.    And have you been working at Indiana State

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Prison since then?

A. Yes, I have. Since October 31st of 2014.

Q. And what made you want to work at Indiana State Prison?

A. I wanted to get into a law enforcement career and my -- my mother had worked here or was working here at the time, so she suggested that I could get a start in that field working here.

Q. And when you started, did you start as a correctional officer?

A. Yes, ma'am.

Q. And what were your responsibilities as a correctional officer?

A. Ensuring the safety and security of the incarcerated population here. I mean, that's -- those are my main duties. There's --

Q. How long did you work as a correctional officer?

A. I think it was around four years until I was promoted to Sergeant.

Q. And how long did you work as a sergeant?

A. I believe I was a sergeant for -- let's see -- maybe around three years before -- or two to three years before I made Lieutenant.

Q. And when did you make Lieutenant? In 2020,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

2021?

A.    I believe it was in 2020.

Q.    And are you still a Lieutenant now?

A.    Yes, ma'am.

Q.    And what post -- strike that.  Do you have a specific post that you're generally assigned to as Lieutenant or do you move around to different posts?

A.    I get moved around to different posts.  It can vary on the -- the amount of time I'm assigned to one area.

Q.    Where are you currently assigned?

A.    I'm currently the assistant shift supervisor on J Bracket, which is a night shift here.

Q.    And how long have you been on the night shift?

A.    I've been on J Bracket since March of last year, 2024.

Q.    And prior to that, were you on days?

A.    Yes, ma'am.

Q.    What are your responsibilities as a lieutenant?

A.    I supervise the staff that are on shift, assist with any issues or needs that arise.  As a -- shift supervisor, though, my main responsibilities are just making sure that the shift runs smoothly.  And --

Q.    And do you generally work as the shift



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

supervisor or the assistant shift supervisor?

A.   Generally, the assistant shift supervisor.  If the captain of the shift is there, then he's in charge or she's in charge.  When they're not there, then I would be in charge of running the shift.

Q.   As a lieutenant, are you responsible -- strike that.  As an assistant shift supervisor, are you responsible for conducting rounds of the facility?

A.   Yes.

Q.   And how often are you supposed to conduct rounds?

A.   I am to do rounds in at least three units, one of those being our restrictive housing unit and then two other units.  That could be random, not specific units.

Q.   And how long does each round take, generally?

A.   I would say, generally, maybe a half hour.  It depends.  If I get stopped by some of the offender population who have questions and stuff like that, it could take longer.

Q.   And what types of things are you supposed to be doing or looking for when you do a round?

A.   Cleanliness of the unit.  Compliance with the offenders as far as not having any curtains on their cell bars or anything along those lines.  Checking locks and doors.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.   Do you check the locks and doors on every cell or just a random selection?

A.   I visually inspect them and I will pull, physically check, some of the doors, just ensuring that they're secure.

Q.   Do you do a -- so for example, if you did a round in a cell house, would you go on each of the ranges all the way up to the top?

A.   Yeah.  I can.  Yeah.  Yes.

Q.   Is that your typical practice?

A.   It would just depend.  But yeah, I would say normally that's what I would do.

Q.   Okay.  When you say, "It would depend," what does it depend on?

A.   I -- I -- my preference, I would -- I would say, I mean, it doesn't specify, to my knowledge, that I would have to walk every single range in there.  So --

Q.   But that's your preference in your practice?

A.   Yeah.  I -- I would prefer to walk all the ranges, yes.

Q.   Okay.  And you do that, I assume, to make sure that everything is safe and secure; is that correct?

A.   That's correct.  Yes.

Q.   Are there anyone -- any other positions, you know, zone lieutenants, sergeants, officers in charge of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit G**

a cell house, are they responsible for doing similar rounds, as well?

A.   Yes.

Q.   And what rounds are a zone lieutenant in charge of doing?

A.   A zone lieutenant would be in charge of conducting rounds in the cell houses or units that they're assigned to.

Q.   Okay.  And is that for a similar purpose, to check the cells, make sure curtains and things like that aren't in cells?

A.   Yes.

Q.   Okay.  And how many rounds should a zone lieutenant do in their shift, in each shift that they're on?

A.   I would say at least -- at least one.  Some -- some lieutenants would do more.  Some would just do the one, I would assume.

Q.   How many cell houses is a zone lieutenant in charge of?

A.   That would just depend on which zone you're assigned to.  Some lieutenants are assigned to multiple different units.  Some, just one.

Q.   And what are the current zone lieutenant positions?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

A.    Zone lieutenants?  There's a backstreet lieutenant, which is in charge of all the backstreet buildings.  As for cell houses, though, you're usually assigned to just one cell house or, you know, like, at one time they had the A Cell House lieutenant who was also over E Dorm, which is one of our dorms here.  So they would be over both of those units.

Q.    **Is that but still -- is the A cell house lieutenant still over E as well, or is that two separate positions now?**

A.    I'm not sure.

Q.    **As a -- as an assistant shift supervisor, are you responsible for reviewing any records from the shift, like duty logs, search records, things like that?**

A.    Yes.  That would be something that I would look at.  When I go on the units, there's their general log checking, making sure that that's being completed.

Q.    **Is that the only thing you look at when you're doing rounds, the general housing log?**

A.    No.  I could -- I could look at the visitor -- visitor's log.  So when you go into a unit, you're supposed to sign in.  But yeah, that's not something that I would do every time I go in a unit would be to check all the paperwork there if -- if there's a lieutenant assigned to that unit, you know, that would

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

be their main responsibility, ensuring that all of their stuff is taken care of in the unit.

Q.    Okay.  So you --

A.    And then I would just be checking up as I'm doing my rounds.

Q.    Got you.  Okay.  So you might check it as you're doing your rounds, but the person ultimately in charge for making sure that the shift paperwork is being done in a cell house, is the zone lieutenant or the cell house lieutenant in charge, right?

A.    Yes.

Q.    Okay.  As an assistant shift supervisor, do you have any responsibility for conducting inspections of the facility in the cell houses?

A.    As a shift -- assistant shift supervisor?  No. I mean, part of my rounds is checking, inspecting for sanitation, cleanliness, things of -- of that nature, and talking to the staff to get any issues resolved. Did that answer your question?  I'm sorry.

Q.    Yeah.  Thank you.  So when you say you talk to incarcerated individuals and staff, you're talking to them about maintenance issues among other things; is that correct?

A.    Yeah.  That could be one of the things.  Yes.

Q.    Okay.  What other types of things are you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

talking with them about?

A.    Just checking in and seeing how the unit's been -- been running that day.  Just trying to get an awareness of what -- what's been going on for them.  If they have any issues or anything that I could assist them with or help them with, I try to.

Q.    Okay.  And going back to inspections.  So each cell house is supposed to have a weekly inspection, right?

A.    Yes.  That's correct.

Q.    And who is responsible for making sure that the weekly inspection is carried out in a cell house?

A.    That would be, overall, I believe, the safety hazmat managers role.  As shift supervisors, we have the -- on Mondays is when we do our weekly inspections. So we would make sure that the units are doing those and turning in their paperwork, so we could get that turned into the safety hazmat manager.

Q.    Okay.  So all the weekly inspections are done on Mondays throughout the whole prison?

A.    Yes.

Q.    Okay.  And in, like, a particular cell house, who in the cell house would actually carry out that inspection?  Is it multiple people, one person?

A.    It would be various different people just

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

depending on who's there that day.  If the shelter lieutenant wouldn't be there, then the sergeant could do the inspection.  It could be an officer if there's not a sergeant there, but --

Q.   Okay.

A.   -- somebody should be doing the inspection weekly.  Yes.

Q.   Okay.  And it's somebody usually assigned that cell house who's doing the inspection?

A.   Yes.

Q.   Okay.  And then as the assistant shift supervisor, you help collect all of the inspection sheets, but you don't review them.  You give them to the safety hazmat hazard manager; is that right?

A.   That's correct.  If there are inspections that have issues that would need a work order placed per se, I would be able to submit a work order to try to get any issues resolved.

Q.   Okay.  Are you reviewing them for completeness or to see if they were done correctly, things like that?

A.   Yes.

Q.   Okay.  So that's part of your responsibility as assistant shift supervisor?

A.   Not at this time.  Usually the inspections are done on during the day shift.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

Q.    Okay.  But the assistant shift supervisor on the day shift has responsibility for making sure they're done correctly; is that right?

A.    Yeah.  The shift supervisors, that's something that we've been doing.  Yes.  Ensuring that all the weekly inspections are done and turned in.

Q.    Okay.  And when you say "shift supervisors," do you mean it's a combined effort from the assistant shift supervisor and the shift supervisor, or is it one person's responsibility more than the other?

A.    No.  It -- it would be a combined effort.

Q.    Okay.  And so, inspections are done every week on Monday.  Are there other intervals where other inspections are done?  Monthly inspections, daily inspections, things like that?

A.    Yes.  Monthly.  We have monthly inspections as well.

Q.    Okay.  And how do the monthly inspections differ from the weekly inspections?

A.    I believe they're just done in a monthly interval instead of a weekly.  I -- I couldn't tell you the exact differences of them.

Q.    Okay.  And who carries those out?  The same people?

A.    I believe the monthly inspections would be the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

safety hazmat manager.  I could be wrong on that.

Q.   And do you review those records at all for the monthly inspections?

A.   No, ma'am.

Q.   And officers in the cell house, are they supposed to do any type of daily inspection of the cell house?

A.   I would say we should be constantly inspecting when we're doing our rounds and stuff.  It's not just like a one -- one inspection and done type deal.

Q.   And when you're doing your rounds, should officers be looking in the cells themselves, making sure everything looks safe, making sure people don't have some type of contraband, making sure, you know, outlets and lights are working, things like that?

A.   Yes.  That would be part of their rounds.

Q.   Okay.  And if they do notice an issue during their rounds in a cell, how is that communicated or documented?

A.   Depending on the issue, it would be if there's -- most of the time, the offenders would let us know if they have any maintenance issues, so we could put in a work order or try to get maintenance over there to get anything resolved.  But mainly just word of mouth, unless you have to send an e-mail to somebody about

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

something or put in a work order.

Q.   If somebody had, you know, some type of contraband in their cell and that had to be taken, would that be documented somewhere?

A.   Yes, it would be.  Depending on what it is that was taken, if it's trash, we would just throw the trash away.  If it is personal property, we would fill out a confiscation slip.

Q.   And what if it's something like drugs or a weapon or something like that?

A.   Yes.  A confiscation slip evidence card would be filled out.  And then that contraband would be turned into the investigations and intelligence locker, so it could go to their department.

Q.   And if, for example, you walk by -- well, strike that.  Let me back up.  If someone is doing their rounds and they see that an incarcerated individual has a sheet or a curtain or something up, what are they supposed to do in response?

A.   In response?  They would ask the offender to take their curtain down or move it so we could be able to physically and visually see them in their cell, making sure that they're living and breathing.  And if not, then we would confiscate the curtain and do a conduct report.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

Q.   Okay.  So if you have to -- so the first step is to ask them to comply themselves, and hopefully they'll take the curtain down; is that right?

A.   Yeah.  Most of the time, yes.

Q.   Okay.  And then if they don't or they put it back up, then you've got to take the next step to confiscate it and do some kind of discipline; is that correct?

A.   Yeah.  If -- if you deem necessary.  I -- I've taken curtains or confiscated curtains from offenders and didn't do a conduct report for it, just for safety and security reasons, just to get the curtain down or whatever, but yeah.

Q.   Okay.  So there's some discretion about whether to discipline somebody in relation to that?

A.   Yes.

Q.   Okay.  And you said it's a -- it's called a conduct slip.  Is that how you refer to it as?

A.   Conduct report.  Yes.

Q.   Conduct report.  And that's a disciplinary or some way to start a disciplinary process; is that right?

A.   Yes, ma'am.

Q.   As an assistant shift supervisor, where is your office?

A.   My office is located in the Custody Hall of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

our facility.

Q. And as the assistant shift supervisor, do you have in your office a monitor with the feeds from the different surveillance cameras throughout the facility?

A. As a shift supervisor, you would be granted camera access to our program that we use. And you would have access to view the cameras throughout the facility. Yes.

Q. And is that something you would regularly do as in your role as assistant shift supervisor?

A. Yes. That's something that I would do -- that I do. Yes.

Q. And how often are you looking at the cameras during your shift?

A. It would just -- it would vary between what I -- you know, I'm glancing at it in between doing my other reports and -- and stuff like that.

Q. Okay. And when you have it up on the monitor, you know, how many different areas of the prison can you see at one time?

A. That would just depend on the settings that you have set up for the camera. There's different tabs that you can select that would view, say, three or four cameras at a time that you can change or you can have it -- there's some where it's like you could see 30

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

different cameras on the screen.  So --

Q.    And do you know about how many different cameras there are in the facility?

A.    No, I do not.

Q.    And what's your reason for looking at the cameras and checking it as you're doing other work in your office?

A.    It's just another way for me to supervise what's going on on the units without actually physically being there.

Q.    And if you notice an issue in a unit as you're doing that, how do you communicate that with the officers in the unit?

A.    I could -- I would get ahold of them either via radio or telephone and let them know, "Hey, this is what I see on the camera.  Can you go check that out or do something about it?"

Q.    And where is the telephone in the cell houses?

A.    For the officers, it would be in the officer station.  There's also telephones in the unit team, which is our counselor's office and stuff.  So but for the staff, the custody staff working in a unit, it'd be in the officer station.

Q.    As the assistant shift supervisor, are you overseeing the zone lieutenants?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

A.   Yes.

Q.   And what's your responsibility for overseeing the zone lieutenants?  How do you go about supervising them and making sure they're carrying out their responsibilities?

A.   Just communicating with them.  If I see any issues that have -- in regards to the units that they're assigned to, I would let them know so that they could do their responsibilities and handle the issues.

Q.   Who is responsible for making sure that the officers and sergeants in a cell house conduct their required rounds?

A.   Well, that would be the -- the shelter lieutenant of that cell house and mainly the sergeant of that unit.  That would be their responsibility, ensuring that themselves and the officers are conducting their rounds at the -- at the intervals that they should be.

Q.   And how often are rounds supposed to be conducted in a cell house, like A cell house?

A.   That would be every 30 minutes.  That's in all of our post orders or the orders that are for each unit is we're supposed to do walks every 30 minutes.

Q.   And when you say, "Every 30 minutes," is that 30 minutes you start -- you know, after you end one, 30 minutes and then you start a new one, or 30 minutes

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

from the start of one to the start of another one?

A. Say it would -- it would be if I did one -- if I did a round at 10:30, then I would do the next round at 11:00.

Q. So you would start the next one at 11:00?

A. Yes.

Q. Got you. And when you finish -- strike that. When an officer or a sergeant finishes a round, are they -- what steps should they take to supervise the cell house in between their rounds?

A. I would say just constantly being alert and vigilant to what's going on around them in their -- in their surroundings. There's -- I mean, some of the units have a monitor in there where there's camera access, but some -- I -- I'm not sure if everybody is able to view all the cameras at any given time.

Q. And when you say there's a monitor with camera access, that's in the officer station?

A. Yes.

Q. Okay. And do you know -- when you say you don't know whether everyone would have access to it, what do you mean by that?

A. We've had times where the monitor wasn't in the cell house, it needed repaired or something like that. So I would say that would be a time when they

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

wouldn't be able to view the cameras.

Q.   Okay.  But everyone -- you know, if there's an officer in A Cell house, any officer in A Cell house would have permission to view and review the monitor in the officer station, correct?

A.   Yes, that's -- that's correct.

Q.   Okay.  And if an officer is in the officer station, are they supposed to be keeping an eye on the monitor to make sure that they're still viewing what's happening in the cell house?

A.   Would -- yes.  They should be viewing it periodically.

Q.   And is it appropriate, you know, if everybody in the cell house finishes a round, is it appropriate for them all to be in the officers stationed together?  Or did -- do individuals need to make sure that somebody's out on the floor, or on the range, watching the cell house at all times?

A.   No.  They're -- well, you know, capable of being in the officer station at the same time.  That's where the staff members' food and water is, so when they have some downtime, they would go in there and, you know, get some food, get some water.

Q.   Okay.  And if they're all in the cell house together, or the officer station together, at the same

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

time, does somebody need to be monitoring the surveillance video?

A.   I would say yes.  Yeah.

Q.   And what is that based on?  You mean -- I -- you said, "I would say yes."  Is that based on your training or your instruction?

A.   That's just based on what I would do, if I was assigned as a Sergeant in -- or when I was a sergeant in A cell house, I was viewing the cameras, you know, in between writing in the log, or doing whatever else I was doing.

Q.   Have you ever been stationed in A cell house before?

A.   Yes, ma'am.  I was a sergeant in there.

Q.   So you're familiar with A cell house?

A.   Yes, ma'am.

Q.   If you're the officer station in A cell house, is it -- are you able to hear what's going on in the rest of the cell house pretty well?

A.   I would say it depends on what's going on, as far as what the offenders are doing.  If there's a -- a big game, as far as the sports event or something on that they're watching, they could be hooping and hollering, or yelling to each other on different ranges and stuff like that.  So it just depends on the time of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

the day in the cell house sometimes it could be very loud and sometimes not so much.

Q. Okay. So if the cell house is pretty quiet, is it fair to say you can hear, you know, people talking or yelling to you from pretty much anywhere in the cell house?

A. From the officer's -- it would depend on who's -- yeah -- who is yelling. Yeah. But yes, you should be able to hear something.

Q. When you say it depends on who is yelling, what do you mean by that?

A. Just some -- some people yell louder than others.

Q. Okay. But it's not based on -- I mean, you could probably -- well, strike that. But in the officer station, if somebody yells loud, you should be able to hear them, even on the farthest cell; is that right? If it's quiet?

A. Yeah, I would say that's safe to assume.

Q. And if the cell house is loud, if there's a big game going on and everybody's yelling, and yelling back and forth, are there any special steps that need to be taken to make sure that somebody's out and monitoring the cell house, to make sure that everything is okay?

A. We would just follow the guidelines of our

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

post orders in ensuring that we're doing the rounds every 30 minutes.

Q.   Okay.  So there's no requirement or instruction to take extra steps to make sure you're out supervising the unit if it's particularly loud?

A.   Correct.

Q.   And if a prisoner who's locked in their cells and experience -- is experiencing some kind of an emergency, how are they supposed to communicate that emergency to staff?

A.   Well, I -- from my personal experience in the past, usually some of the other offenders on that range, or in that area, will start yelling together, to try to get the attention of the staff to come up there.

Q.   And so is it fair to say offenders know that that's what they do, and so they'll start yelling pretty quickly, once they realize somebody needs help?

A.   Yes.

Q.   Okay.  And so once they realize somebody needs help, everybody kind of joins in and starts yelling to get the staff member's attention?

A.   Most of the time, yes.

Q.   When you say, "Most of the time," what do you mean?

A.   I would say some of the offenders don't really

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

care about some of the other ones, so depending on who it is would be if they decide that they want to yell to try to help them out or not.

Q.    **So is it fair to say, you know, if somebody is having a heart attack, or a stroke, or, you know, they have a fire in their cell, you're depending on the prisoners themselves to yell loud enough to get your attention so that you know there's an issue going on?**

MR. ARNOLD:  Objection as to form.  But you can answer.

THE WITNESS:  Could you repeat your question?  I'm -- I'm sorry.

BY MS. PIERCE:

Q.    **Yeah.  Sorry.  I -- so is it fair to say that, you know, if there's an emergency going on, like somebody's having a heart attack, or a stroke, or there's a fire in somebody's cell, you, as the staff, are basically depending on the prisoners themselves to start yelling to communicate that to you; is that right?**

A.    Well, I would say we're not depending on the offenders to yell to get our attention.  We would do our -- you know, we're supposed to be doing our rounds. But if their staff weren't on the range or in the area, then, at times, yes, the offenders would have yelled to get our attention to get them assistance.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.   If everyone in the cell house is at -- in the officer station, is it appropriate and in line with policy for several minutes to go by before someone either goes out onto the ranges or checks the monitor to make sure that things are safe and secure?

A.   Could you repeat that one more time, please?

Q.   Yeah.  Sorry.  That was a little bit complicated.  If all of the officers are in the -- well, strike that.  If everyone assigned to the cell house; the officers, sergeants, lieutenants, are all in the officer station, is it in line with policy for the facility for them to allow several minutes to go by without either going out to check the ranges, or to check the surveillance monitors in the officer station?

A.   With our post orders and policy, we're supposed to do our rounds every half hour.  So I -- to -- not to my knowledge, there's nothing in there that would say that.

Q.   Okay.  And in your time at with IDOC and Indiana State Prison, have you ever been given any additional instruction or training about how to monitor the cell house to make sure that things are safe and secure, in addition to what's in the post orders?

A.   No, just the training that I received when I hired in, or the on the job training I received as a new

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

officer.

Q.    Okay.  And all of that training is basically contained within the post orders as well; is that correct?

A.    Yes.

Q.    Okay.  So there's no additional instruction or policies that you've been provided about steps you should take to monitor the cell houses that you're assigned to, correct?

A.    Correct.  Not to my knowledge.

Q.    As a lieutenant, did you participate in any regular meetings?

A.    Could you clarify?

Q.    Yeah.  So are there any regular meetings that supervisory staff, you know, the other wardens, maybe the -- excuse me.  I'm sorry.  Strike that.  Let me start again.  Are there any regular meetings that supervisory staff would have, you know, with the wardens, or the captains, the shift supervisors?  Is there some type of regular meeting that you guys would all conduct to talk about issues that are going on at the facility, and incidents that have arisen, things like that?

A.    Yeah.  So in the mornings, we have an 8:00 meeting, which the supervisors, mainly the lieutenants

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

and other department heads, would come to to talk over the incidents that occurred on the previous shift. And -- and then we have monthly meetings, captain and lieutenant meetings, where also we have the custody supervisor, the major there, and the warden and deputy wardens could be there as well.

Q. Okay. So those are two different meetings you're talking about, the --

A. Yes.

Q. -- morning meetings, is that every morning that you are on the day shift?

A. Yes. When I was on day shift, we had -- they were daily, unless sometimes that they would get canceled if something else came up and we weren't able to conduct them, but -- yes.

Q. And how long would those last?

A. It would vary, depending on how many incidents occurred on the previous shift, and what we had to talk about in go over.

Q. And how in depth are you talking about those incidents? Is it, you know, a brief summary to update you? If it's a more serious incident, are you talking about, you know, what issues or problems led to that incident? You know, what's the conversation like?

A. Yes. Yeah. You -- you hit the nail on the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

head.  If it's just a -- it could just be a summary.  So some incidents are fairly cut and dry.  And others, the more serious ones, then, yes, you know, there could be a more in-depth conversation about the incident, things that we could do better in the future to handle those situations, or things like that.

Q.  And if you all determined, during those meetings, that, you know, there was something that could have been done better to handle that situation, maybe a policy change that's needed, or, you know, additional training or instruction that's needed, how would you go about implementing that?

A.  Excuse me.  As far as a policy change, that would be something that the administrative staff would be more inclined to be able to fix.  I'm not able to, per se, get policy changes enacted.  And if it's a training thing, it would depend on what area they needed to be trained in, or retrained in, where we could train them up to a level so that they can handle a similar situation in the future better.

Q.  And, I guess, let me back up a little bit.  During those morning meetings, when you're discussing a more serious incident, did you guys ever reach those types of conclusions that additional training, or maybe policy changes were needed, that you wanted to recommend

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

to the administrative staff?

A.    To my -- none that I could think of, ma'am.

Q.    Okay.  So what type of things would you all come up with that those morning meetings, that needed to be done differently?  If you can give me any examples.

A.    No, I'm -- I'm having a hard time thinking of anything that come to mind, off the top of my head.

Q.    The monthly meetings, how long did those usually last?

A.    They usually last an hour.

Q.    And what types of things would you talk about at those meetings?

A.    In the monthly meetings, we talk about our vacancy rate, is one of the things, and then any other changes or things that are upcoming, or that we need to start doing, are brought up in those meetings.

Q.    Do you ever discuss incidents or, you know, repeat problems, safety concerns that are coming up repeatedly, things like that?

A.    They -- they could be brought up in those meetings, but, no, that's not usually what we discuss.

Q.    In your time at Indiana State Prison, did you ever have any safety concerns that you raised to higher up administrative staff?

A.    I mean, when I was assigned to our lockup

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

unit, or our segregation unit, I -- I mean, I brought up the concern about having open cell doors, as far as their -- our cell doors.  Some of them are bars, open bars, so the offender inside the cell able to have access to a staff member.  We've had staff get what we call gunned down, you know, with liquids or whatever, thrown on him, stuff like that.  So that's been brought up.

Q.    Any other issues like that that you've raised?

A.    No, ma'am.

Q.    As a lieutenant, do you have any responsibility, with regard to maintenance request and making sure that they're carried out, and issues are addressed?

A.    Yes.  If a maintenance issue is brought to my attention, I would submit a work order for our maintenance department to come in and fix it.  If it was something that I could just contact the maintenance department via radio or telephone, if they weren't doing anything and they could come over to the unit and get it fixed, sometimes we would do that, too.

Q.    And are there people below the level of lieutenant who can also fill out maintenance requests?

A.    Yes.

Q.    Who else can fill out maintenance requests?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

A.   Sergeants and -- and officers, too, to my knowledge.

Q.   So basically, as the lieutenant, you'd only be filling out maintenance requests if for some reason the maintenance issue came to your attention through one issue or another?

A.   Yes, essentially.

Q.   If there's a major incident at the facility, you know, a major assault, a death, something like that, there's a specific meeting to review that incident, correct?

A.   Yes.

Q.   And what do you -- what are those meetings called?

A.   A debriefing.

Q.   And have you ever participated in a debriefing?

A.   Many times.

Q.   About how many times, would you estimate?

A.   Probably over 50.

Q.   And how is it determined who will participate in a debriefing on a certain event?

A.   From my experience, it would be staff that were involved in the incident would be called to the debriefing.  Any, you know -- that's from my experience.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.    And what administrative staff, what supervisors would participate in the debriefing?

A.    Warden, deputy warden, custody supervisor.

Q.    And, generally, how long did these debriefings last?

A.    I guess it would just -- it -- in my experience, it depended on how -- what they incident was, per se.  Some major incidents have lasted an hour or longer, and some of them 30 minutes or so.  It just depends on the situation and what happened.

Q.    And what's the purpose of the debriefing meeting?

A.    Would be to discuss what happened in the incident, and what things could have done better, or what improvements we can make, or what we did right.

Q.    During these debriefing meetings, do you, you know, look at video of the event, look at incident reports, look at other documentation of what happened?

A.    Yes, that happens.

Q.    Is it typical for you all to watch surveillance video of an incident, especially if it's like an assault or something like that, during the debriefing?

A.    No.

Q.    In what circumstances would you look at video

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

of the event?

A.    I would say in a debriefing, that would be up to the administrative staff and the custody supervisor, if they want to show it or not.  That's from my experience.

Q.    Who usually runs the debriefing events?

A.    From my experience, it's our deputy warden of operations.

Q.    And is it something that's sort of top down, you know, so all the individuals involved come, and the deputy staff -- or, excuse me, I'm sorry -- the deputy warden is, like, you know, "This is my review.  This is what I think we need to do differently."  Or is it a collaborative thing where they're soliciting viewpoints from everybody who was there about how the event went?

A.    It's a collaborative.

Q.    Okay.  Have you ever raised concerns or recommendations for changes at a debriefing event?

A.    Yes, I have.

Q.    Did you attend any debriefing relating to the January 14th, 2023 fire?

A.    I can't recall.

Q.    Did you raise any concerns or recommend any changes after the January 14th, 2023 fire?

A.    No, ma'am.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.    Indiana State Prison is a pretty old prison, right?

A.    Yes, ma'am.

Q.    Are there a lot of maintenance issues at the facility?

A.    No.  I mean, it's an old facility, so you -- things do break down, yes.

Q.    What are some of the most common maintenance issues that you've seen, working at Indiana State Prison?

A.    Well, I would say plumbing, toilet issues, electrical sockets, at times, just depending -- various offenders, I guess, would -- you would say, use contraband, smoke things.  So they would stick something in their socket to get a spark to light, and smoke whatever they're going to smoke, when staff aren't around.  So it could burn out the outlet and that would need repaired.

Q.    Okay.  So common issues are plumbing issues, electrical and socket issues.  Have you ever seen issues with sockets sparking or catching fire?

A.    From my experience, when an outlet sparks or something, usually there's something stuck in there that shouldn't be.  I haven't ever seen any functional working outlet that wasn't tampered with that sparked.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

Q.   Okay.  But you have seen outlet sparking because they've been tampered with in some way, correct?

A.   Yes, that's correct.

Q.   Is that something you see -- you've seen, fairly common?

A.   Yes.

Q.   What training are you provided, with regard to responding to an emergency at Indiana State Prison?

A.   Well, I guess it would -- it would depend on the emergency.  As far as training, we're -- we're trained on, as -- as an officer.  We have a thing called Quick Response Team.  So those are your -- our first responders who respond to emergencies or signals that are called.  But as far as regular officers, that would be the training you receive when you go through your field officer training, or your on-the-job training.  And then the computer-based training and stuff that they go through, up in the training department.

Q.   So the emergency training you would get would either be, you know, your initial starting training, which is your classroom and on-the-job training, when you get hired, or it would be in your computer-based training that you do.  Is that every year?

A.   Yes, that's every year.

Q.   Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



**Exhibit G**

A.   And then --

Q.   **Sorry, go ahead.  Did I interrupt you?**

A.   No, I would say also we conduct emergency drills, yearly.  There's facility emergency drills and QRT drills, monthly.

Q.   **You were talking about the Quick Response Team.  About how many people are a part of the Quick Response Team at Indiana State Prison?**

A.   The Quick Response Team is consisted of three different teams:  Your first responders, your weapons team, and cell extraction team.  You have four first responders.  There would be four people assigned to the weapons team.  And then for cell extraction, there's five people on the cell extraction team, and the team supervisor.  So six.  And then we also have a support staff for cell extraction; camera operator, somebody who would physically write down, on a log, the events that are happening.

Q.   **And have you worked on all those different teams?**

A.   Yes, ma'am.

Q.   **And, sorry, did -- I'm worried I interrupted you.  Were you --**

A.   No -- no, you're fine.

Q.   **Okay.  How -- strike that.  Can anybody who**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

works at Indiana State Prison be on the first responder team?

A.   The first responders are picked by the shift supervisors to go to and receive Quick Response Team training.  And then they have to be approved by the facility head.

Q.   Okay.  And at any given time, how many people are, you know, trained and qualified to be on a first responder team?

A.   Initial QRT training classes would be a minimum of six -- six staff, and then that could be up to 10.

Q.   Okay.  But this QRT training, that's not something that everybody who works at the facility has, correct?

A.   That is correct.

Q.   You basically have to be selected to be part of that, and then you get the training, and then you can be qualified to serve as a QRT team member?

A.   Yes, ma'am.

Q.   When did you first do the QRT training?

A.   Probably -- I'd have -- probably around 2015, 2016.  I would have to look.  It's been some time.

Q.   And what kind of training does the QRT get?

A.   You go over policy and procedure, weapons, the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

weapons system, OC, which is our -- the pepper spray that we carry, cell extraction, restrain chair, four-way restraints.

Q.   Does the QRT get any special training related to fire response?

A.   No, ma'am.

Q.   And so if you are on the first responder team on a shift, and some kind of emergency event happens, you know, an assault, a fire, a medical condition, the first responders are supposed to respond to that immediately, correct?

A.   That's correct.

Q.   And how do they know that they should respond to an event that is happening?

A.   They would be alerted via radio.  The control -- the staff member in the area that the situation is occurring would call the signal over a radio, and then control would relay that over all radio channels, and then the responders would respond to this -- to the area.

Q.   And you said there's four individuals.  I think you said there's four individuals on the first responder team on a shift; is that right?

A.   Yes, that's correct.

Q.   Is there somebody who is in charge on the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

first responder team, or is everybody just a member of the team?

A.   That would be the -- there is a team supervisor, who is to be a sergeant or above.  They would be the one in charge of the first responders.

Q.   Okay.  And how is it determined who is going to be in charge of the first responders on the shift?

A.   That would be the shift supervisor's choice, when they put the team together, when they make their roster.

Q.   So you mentioned that the quick -- the QRT, those drills, monthly; is that right?

A.   Yes.

Q.   And is the whole facility involved in those drills or is it just specifically the QRT members?

A.   For the QRT drills, it would just be the QRT team members, depending --

Q.   And what types -- oh, I'm sorry.  Go ahead.

A.   No.  I would say depending on the drill, you could have the weapons team.  It could be something simulated where you would need the weapons team to show up so they could, you know, go through the process of putting on their gear, responding to a situation, and maybe setting up a perimeter or something along those lines.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.    And so you gave me one example of, like, a weapons team responding with weapons.  What other types of drills do you recall doing as a QRT member?

A.    Sometimes, it could be a -- a declaration of emergency, which would be a staff member pressing the emergency button on their radio.  So then the responders would have to try to find where that staff member is to test the -- how much time it would take. It could be a mock medical emergency.  It would really be up to the person that is running the scenario or the training drill on what that mock simulation training would be.

Q.    And who usually runs that scenario?

A.    A QRT instructor.

Q.    Do you recall at any time doing a simulated fire response as part of the QRT drills?

A.    No.  Not that I can recall.

Q.    And you said there's also yearly emergency drills that happen at the facility; is that right?

A.    That's right.

Q.    Are those announced in advance?

A.    To some.  To the, I would say, people that need to be aware of it.  Mainly, that's not announced because they want to try to simulate it being a realistic event as possible.

Q.    And that's something that the whole facility,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

everybody on the shift, would -- participated in, correct?

A. Yes. In some form or another, yes.

Q. And what types of simulations do you generally do for those yearly emergency drills?

A. They -- they have varied. I -- I don't have any process in selecting that.

Q. Okay. Do you recall ever doing any type of fire responses in a yearly emergency drill?

A. There may have -- may have been one that occurred that I can recall. But no, not that -- I'm trying to remember if there -- if there was strictly fire-based or if that was just part of the drill, but no, I can't recall.

Q. And what do you remember about that drill?

A. That it occurred at our Level 1 facility, ISO, which is outside the walls of Indiana State Prison. And it happened in the -- the basement of that facility, where there's steam lines and stuff like that, but I can't recall the exact details of it.

Q. Okay. And do you remember anything else about what you all had to do or what the problem was supposed to be?

A. No, ma'am.

Q. Okay. And did you actively participate in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

responding to whatever the issue was supposed to be in the basement of the ISO facility?

A.    Yes, ma'am.

Q.    And what did you do as part of that?

A.    At the time, I was on our facilities emergency squad, so I was a team member on the team.  So I was activated to come in and respond to the emergency situation.

Q.    Okay.  And as part of that, did you all simulate putting out a fire, get fire drills, you know, activate firefighters, anything like that?

A.    Nah.  For that -- for that drill, no.  Not that I recall.

Q.    Okay.  As a -- you know, not as part of your role on the QRT, but just as, you know, an officer, sergeant, lieutenant at ISP, what training have you received on fire response specifically?

A.    That would be the computer-based training that we take in our annual in-service.  If there is a fire spotted where -- we have 10 codes, a 1071 or a 1070, that we could call, which would activate the first responders.  And at our facility, if it happened behind the wall, then our offender fire brigade would be activated, and then fire extinguisher safety and how to use a fire extinguisher in an emergency situation.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.   Okay.  And the training that you described, that's -- you're describing the online training? That's what the online training provides?

A.   The computer-based training, yes.

Q.   Okay.  And did you ever have any, like, physical training about using a fire extinguisher or physically responding to a fire where you simulated doing that?

A.   No, ma'am.

Q.   And what instructions specifically did the online training provide about fire extinguishers?

A.   It gave a -- it listed the various types of extinguishers.  Water-based, an ABC extinguisher, and some of the other ones that I can't recall off the top of my head, and which instances you would use which fire extinguisher for.  If it was an electric fire, you wouldn't -- you -- like, if it was a grease fire or something, you wouldn't use a water extinguisher and stuff like that.

Q.   Okay.  Any other differences that you remember between the water and the other types of fire extinguishers?

A.   No, ma'am.

Q.   And aside from that online-based training that you described to me, is there any other training that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

you recall receiving about responding to a fire?

A.    Training?  No.  No.

Q.    And what policies are there about what to do in the case of a fire?

A.    That would be in our emergency plans, I believe, but the specific policy number I'm unsure of.

Q.    And where are the emergency plans kept?

A.    In our warden's office.

Q.    And have you ever looked through the emergency plans?

A.    Yes, ma'am.

Q.    And in what circumstances have you looked through the emergency plans?

A.    When I was the facility's emergency squad and field commander, I reviewed -- reviewed the plans just because as an emergency squad, we respond to the emergencies that happen at the facility or another facility if needed.  So -- just so I had an idea of what steps and stuff needed to be taken in certain situations.

Q.    Okay.  And any other time that you had looked through the emergency plan at any point?

A.    No, ma'am.

Q.    So you sort of walked through a little bit what you're supposed to do when there's a fire, based on

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

your computer training.  You call a 1070/1071.  What are the next steps after you've called a 1070/1071?

A.  It would -- I would say it would depend on my role in the situation.  If I was working in a unit and saw a fire, I would call the signal.  I'd grab one of the fire extinguishers, and go to where the fire was, assess the situation, and see what I -- you know, what I could do to try to help extinguish the fire.  That would be what I would do.

Q.  And when a 1070/1071 is called, what steps are supposed to be taken to release the firefighters?  Is that an automatic thing that's supposed to happen as soon as the signal is called?

A.  Yes.  If there's a -- a fire related signal called, the -- the staff working in the -- the firefighters are -- they live in various housing units throughout the facility.  So the staff would have to announce that there's a fire, and then let the firefighters out so that they could respond to the firehouse here and get their gear.

Q.  Okay.  And how do staff know who's on the firefighter team?

A.  They would know -- one, knowing their -- their population, but in -- in the units, they would have a list of their firefighters, so they would know who to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

let out.

Q. And you mentioned getting a fire extinguisher. Where are the fire extinguishers kept in the cell houses?

A. Mainly, they're on the front of the ranges.

Q. And are they locked up?

A. No.

Q. Is that where they were in 2023 as well, on the front of the ranges?

A. I don't recall. They -- they also have fire extinguishers in the officer station.

Q. In your experience at Indiana State Prison, are fires common?

A. No. They'll usually -- from my experience, most of the time the offenders are the ones setting fires because they're unhappy about something.

Q. How often does that occur, that a -- an offender sets a fire?

A. I don't -- I couldn't tell you an exact time. It's kind of spontaneous.

Q. Does it happen, you know, once a week, once a month, several times a week?

A. Yeah. Well, there isn't, like, a specific amount. It just varies.

Q. How many fires have you responded to or put

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

out in your time at Indiana State Prison?

A.    I couldn't tell you an exact number.  I would say over 15.  Most of the time, it's just little fires that they set out on the range in front of their cell.

Q.    Have you responded to anything that you would classify as a large or significant fire besides the January 14th, 2023 fire?

A.    Yeah.  There was an incident that happened in our lockup unit, where an inmate had set a food cart on fire.  So that was bigger than most of the ones that are on the range, but yes.

Q.    Any others?

A.    No.  Not that I can recall.

Q.    And did you ever see or hear about fires that weren't set intentionally?  You know, that were from a hot pot or a smoking outlet or, you know, something else in a cell?

A.    I mean, I've seen hot pots that have been left on and then they catch on fire.  I've seen that happen before.

Q.    Anything else that you've seen lead to fires?

A.    No, ma'am.

Q.    If you see a fire, even a small one, does policy require you to call the signal before you take steps to start putting the fire out?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

A.   Yes.

Q.   (Sneezes).

A.   Bless you.

Q.   Thank you.  So you should call the fire at any -- excuse me.  You should call the signal anytime you see a fire?

A.   Yes.

Q.   We talked a little bit about on-the-job training or field officer training.  Those are the same thing, right?

A.   Yes, ma'am.

Q.   Okay.  And that's -- fair to say that's the training that you get.  After you finish your classroom training, you go and start basically --

A.   Yeah.

Q.   -- shadowing someone and someone actively supervises you in carrying out your job responsibilities at the prison?

A.   Yes, ma'am.

Q.   Are you a field training officer?

A.   Yes, ma'am.

Q.   And when did you first start acting as a field training officer?

A.   It's before 2019.  I couldn't -- I can't remember the exact year.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

Q.   And what types of -- well, strike that.  Did -- tell me a little bit about how you would go about supervising someone as a field training officer on a given day.

A.   Well, they have a training packet that has various job-related things on there that you would talk to the -- the new officer about, go over.  And then -- then there would be a time where they would have to perform the -- the task or whatever to show that they knew -- or comprehended and knew what we were trying to teach them.

Q.   As a field training officer, do you go over the policies with the person you're training, like, go over the written policies?

A.   You can.  From my experience, it -- it was mainly just going over the training packet that they -- you know, that they had to go over the training that they needed to get covered or trained on.  But yeah, you could go over the policies.

Q.   Okay.  And is the field training -- is it focused on more of, like, the day-to-day tasks of carrying out your job responsibilities than, like, you know, dealing with emergencies or things that come up less frequently?

A.   Yes.  Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.    Do you recall at any point in your time at Indiana State Prison participating in any fire drills?

A.    Yes.

Q.    And how many fire drills have you participated in?

A.    I can't -- I can't recall and can't give you an exact number.  I'm sorry.

Q.    How often do you think they occur, to your best estimate?

A.    Monthly.

Q.    Is that on the day shift and the night shift?

A.    Yes.

Q.    And what happens during a fire drill?

A.    They would call a 1071.  So a fire.  The staff in the units would be responsible for letting out the offenders and having them follow the fire evacuation route plan to get them out of the housing unit.  And then when we ensure that everybody has been vacated from the cell house, our ISP fire brigade would do their simulation that they needed to do, and that would be the end of the drill.  We would have the offenders go back into their units and secure.

Q.    Usually, how long does that take?

A.    I would say it would vary on the housing unit, and some units have older offenders that don't move as

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit G**

fast or guys don't take -- I would say the offenders wouldn't take it serious or whatever, so they want to lollygag and walk around, not get out of the door.  So it could -- ten minutes.  Maybe longer.  It depends.

Q.    Okay.  So you're talking about people lollygagging and things like that.  Is it fair to say everybody knows it's a drill?

A.    Yeah.  Yes.

Q.    And every time there's a fire drill, do you do a full evacuation or sometimes do you just talk about how the evacuation would be carried out?

A.    No.  We would do an evacuation.

Q.    Okay.  And that's on the night shift as well?

A.    Yes, ma'am.

Q.    As the staff in the cell house, do you have any participation in the firefighters' simulation or is that just their own thing that they do?

A.    No.  That's their own thing.

Q.    Okay.  And so when the 1070 or 1071 is called -- well, strike that.  You said they call the 1070/1071.  Does somebody come into the cell house to lead the fire drill?

A.    The safety hazmat manager is there.  And then from my experience, we'll have the lead captain or one of the other higher supervisors be there for it as well.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

Q.    And do fire drills happen in all the cell house at the same time, or is it different times for different fire drills?

A.    Different housing units.  We would, from my experience, do one housing unit at a time, but -- yeah.

Q.    Do they all happen on the same day --

A.    Well, I'm sorry, but it would -- it would be, like, per se, "We're going to do a fire drill in A cell house this day."  And then that would be the cell house that they would call -- simulate the fire, and we'd evacuate that cell house for our -- our drill for the month.

Q.    Okay.  And when you're evacuating the cell house in response to a fire, are you doing any simulated fire response, like, to put out a fire, or are you just focusing on evacuating the cell house?

A.    From my experience, it's just focusing on the evacuation and maintaining the offender population.

Q.    And are you doing that, you know, with the speed and urgency of which you would respond to a real fire or is it a little bit more slow, since everybody understands it's a drill?

A.    I would -- I still take the drill serious and would respond to it as if it was an actual emergency.

Q.    Does -- you say you would.  Does everybody do

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

that?

A. Yeah. From my experience, the staff, they -- they take it serious.

Q. And so you talked about, you know, the safety hazard manager, and maybe a captain come and lead the drill. You do the evacuation, and then the firefighters do some type of simulation themselves, and then you bring everybody back in. Is there any other thing that happens during those fire drills?

A. No, ma'am. Not from my experience.

Q. Okay. So we talked about, you know, your computer-based training. We talked about these fire drills. Is there anything else that you remember that's provided in instruction or training to you about how to respond to a fire?

A. Not that I can recall.

MS. PIERCE: We've been going for about an hour and a half, and I'm at a good breaking point. Do you guys want to take a quick five-minute break, use the restroom or get a drink if anyone needs one?

MR. ARNOLD: Yeah. I could use a restroom break.

MS. PIERCE: Okay.

THE REPORTER: Okay. We're going off-record.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

The time is 12:25 p.m. Eastern Time.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Dennis Koen via -- conducted via video conference.  My name's Emma McGaha.  Today is March 18th 2025.  The time is 12:35 p.m. Eastern Time. Thank you.

BY MS. PIERCE:

Q.    Mr. Koen, as you sit here today, do you have a memory of the January 14th, 2023, fire?

A.    Yes, ma'am.

Q.    What do you recall about that day?

A.    Would you like me to go over my -- like, my perspective of the incident and how it, like -- what happened for me?  I was a first responder, so --

Q.    Yeah.  I -- why don't you walk me through what you remember of that whole day, starting from when you arrived at the facility?  I don't need you to tell me what you had for breakfast or anything like that, but once you got to the facility, what your post was and what's -- what you remember happening during the day through the fire.

A.    Okay.  I reported to work that morning and went to D cell house, which was the cell house I was assigned to as a lieutenant, and was going through my

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit G**

daily operations there. And then the 1071 signal was announced over the radio in A cell house, so I responded from D cell house to A cell house.

When I got into A cell house, I was instructed by the staff that the fire was on 200 North. When I went up to 200 North and looked down the range, I remember seeing Officer Crockett down there, and there was flames and smoke coming out of the cell that he was by. I went down the range.

There was a fire extinguisher sitting on the floor that I instinctively grabbed to try to use to start putting out the fire, but it had already -- it was empty. It had been expended already. Officer Crockett was trying to get the door open and wasn't able to. I asked him for the keys and -- so I could try to get the door open. I was able to get the door open. I was knelt down just due to the flames that were coming out of the cell front, and I had -- I had attempted to pull Mr. Smith out of the cell, but I was unable to do so.

And I don't -- I didn't have the proper -- I don't have -- you know, we don't have firefighting equipment as far as first responders that respond to stuff like that. And I was up on the range. I remember the ISP firefighters showed up. They were attempting to put out the fire with the gear that they had, which

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

wasn't really working.

One of the firefighters was able to get in the cell and help get Mr. Smith out of the cell.  He was then placed on one of our cloth carry-tarp things that we used, and carried Mr. Smith down the back stairwell and placed him on a medical gurney, and then took him out of the cell house up to our custody hall.

From that point, I was with Mr. Smith for a -- a -- quite some time in there with Captain -- or -- well, now Captain McCormick.  At the time, Lieutenant McCormick.  And then I had gone back to A cell house at some point to assist with any other things, making sure that we got, you know -- evacuating the offenders out of the cell house.

And once that was completed, I -- I remember that I had gone back up to the custody hall and then they had a fire investigator, I think.  I don't -- show up and then went with them back to the cell to try to -- they were investigating to try to see what caused the fire and stuff like that.

Q.    Anything else that you recall from that day?

A.    No, ma'am.

Q.    You mentioned earlier that you had created an incident report relating to the fire.  Did you fill that out the same day of the fire?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

A.    Yes, ma'am.  I did.

Q.    About how soon after the fire did you fill that out?

A.    After -- after the fire and after the -- the signal itself was finally cleared, which had been a few hours from the time it was initially called until the time it was cleared.  After it was all completed, that's when I had filled out my report.

Q.    And you filled that out on a computer?

A.    Yes, ma'am.

Q.    Did you do that in your office?

A.    I don't recall if it was my lieutenant's office in D cell house or one of the other computers that we have here at the facility.

Q.    Did anybody come in and speak to you or interview you about the response to the fire on that day or afterward?

A.    Not that I can recall, no.

Q.    When I mentioned -- if I use the term I&I, do you know who I'm talking about?

A.    Investigations and Intelligence, yes.

Q.    Did you ever speak to anyone from I&I about the fire?

A.    Not -- not that I can recall.  They -- they may have interviewed me, but I don't -- not that I can

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

recall, no.

Q.   Do you recall ever speaking with the warden or the deputy warden, any other administrators about the response to the fire and what happened?

A.   I -- I had sent a text message to the warden, asking if he had thought -- like, how did we -- how did he think we did in -- in regards to that situation one time, yes.

Q.   To Warden Neal?

A.   Yes, ma'am.

Q.   And when did you send that?

A.   I can't -- I can't recall the exact date that I had sent that text message.  I --

Q.   Was it the same day as the fire?  Several days later?  Several weeks later?

A.   I don't believe it was the day of the fire. It happened -- it was afterwards.  The time frame I -- I don't recall.

Q.   And what did he say back to you?

A.   I believe that it was something along the lines of, overall, that we did a good job, given the -- the situation and stuff.

Q.   Anything else he said about what could have been done better?  Any details about the response?

A.   No, ma'am.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.    Did you have any other conversations with Warden Neal or any of the other deputy wardens or administrators, safety hazmat manager?

A.    No, ma'am.

Q.    Did the QRT members ever have any debrief about that incident or talk about their response to that incident?

A.    Not -- not that I can recall.

Q.    And besides the incident report that you completed that day, did you fill out any other paperwork or statements about what happened?

A.    No, ma'am.  Just my incident report.

Q.    And you were part of the first responder team that day, correct?

A.    Yes, ma'am.

Q.    Were you the person in charge of the first responder team?

A.    No, I don't believe I was.

Q.    Do you know who was?

A.    I can't -- I can't recall.

Q.    Who else was on the first responder team with you that day?

A.    I have a copy of my incident report.  It would've been myself, Lieutenant Latrice Jones, Lieutenant Vincent McCormick, and Sergeant Amon Lee were

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

the first responders.

Q.   I'm sorry, you said it was you, Latrice Jones, Sergeant Lee, and McCormick, was that the --

A.   Yes, ma'am.

Q.   And the person who would've made those assignments was Captain McCann, who was the shift supervisor that day, correct?

A.   That's correct.

Q.   So I want to back up a little bit to when the 10-70, 10-71 was called.  What were you doing when you heard the 10-70, 1-71 [sic] called over the radio?

A.   I was working in the D cell house at the time.

Q.   And do you recall what you were doing specifically?

A.   No, I don't recall specifically what I was doing at the time it was called.

Q.   And the D cell house is the restrictive housing segregation unit, correct?

A.   Yes, that's correct.

Q.   Okay.  And so you were the lieutenant in charge of that unit that day?

A.   Yes, ma'am.

Q.   And your other responsibilities were as a first responder, right?

A.   Yes, ma'am.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.   Any other responsibilities or positions that you were covering that day?

A.   No, ma'am.

Q.   Do you remember about what time you heard the 10-70, 10-71?

A.   I think it was around 11:00 a.m.  My report says 10:58 a.m.

Q.   And when you heard that call, did you know that it was a serious emergency?  Did you know anything about what was happening?

A.   No, ma'am.  I didn't know the severity or what type of -- no.  I just heard the -- there was a fire called in the cell house, so.

Q.   And how long does it take you to get from D cell house to A cell house?

MR. ARNOLD:  Objection as to form.  But you can answer.

THE WITNESS:  Okay.  Say under a minute, probably 30 seconds or so.

BY MS. PIERCE:

Q.   And are you -- if a code is called and you're responding as a QRT member, are you running from where you are to the place where the code has been called?

A.   Yes, ma'am.

Q.   Did you see anyone else going to A cell house

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

as you left D cell house to go?

A.   Not that I can recall.  I think --

Q.   And do you have -- oh, I'm sorry.  Go ahead.

A.   No.  I would say where D cell house is compared to A cell house, it's kind of on the opposite corner of the facility, so --

Q.   Okay.  So that's maybe the farthest cell house that you could have to come from to get to A cell house?

A.   Yes.

Q.   But you still think, you know, if you're hustling, you can get there in 30 seconds, more or less?

A.   Yeah, I could get -- yes, I could get there.

Q.   When you arrived at -- well, strike that.  As you are getting close to A cell house going through the custody hall, are -- do you hear anything, see anything coming from A cell house?

A.   No, ma'am.

Q.   When you got to A cell house, was the door to the housing unit open?

A.   Yes.

Q.   And who was -- did you see anyone there at the door?

A.   I'm -- not that I could remember who was at the door, but there were staff that had directed me to go up.  It was -- they said that it was on the 200 North

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Range.  So they were telling me where to go to respond to.

Q.   And when you got there, I mean, you said there was staff who told you.  Do you remember seeing anyone in particular?  How many people you saw?  What they were doing?

A.   No, ma'am.  I don't recall.

Q.   When you arrived to the cell house, what did you hear?

A.   A fire alarm going off.  That was mainly what I heard.

Q.   Were -- was the cell house loud?  Were people yelling?

A.   I'm sure that they were.  I can't recall anything specifically, though.

Q.   Could you smell the smoke before you actually got inside the cell house?

A.   No, ma'am.

Q.   Could you see the smoke as soon as you got to the door of the cell house?

A.   Once I got into the cell house, I could see that there was smoke in the unit, yes.

Q.   Was there a good amount of smoke by that point?

A.   I would say, yes.  There was a -- there was a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

pretty decent amount.

Q. I think you said either now or in your report that when you got up to the 200 range you could see flames and smoke coming out of the cell; is that right?

A. Yes. I saw flames and smoke coming out of a cell down the range.

Q. Okay. And on the range, you said you saw Officer Crockett. Did you see anybody else on the range at that time or just Officer Crockett?

A. At the time that I arrived on the range, it was just Officer Crockett.

Q. And when you got up -- strike that. Did -- when you got to the cell house door, did you run up to the 200 range?

A. Yes, ma'am.

Q. So when you got to the cell house, you knew pretty quickly that it was a really serious emergency, right?

A. Yes.

Q. And did you stop at the front of the cell house or did you run all the way down to where you saw the fire was?

A. Once I -- well, once I got in the door and was told where to go, I ran up to the range. And then when I got to the front of the range and saw the fire and saw



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Officer Crockett down there, I ran down the range to go and assist.

Q.   And you didn't have a fire extinguisher with you at that time, right?

A.   Yes, that's correct.

Q.   Okay.  So you got down there, didn't have a fire extinguisher, saw Officer Crockett, saw the fire, and what did you do then?

A.   I saw -- I saw a fire.  When I got down there, there was an extinguisher on the range already that I had picked up and had attempted to use, but it was empty.  And I set the fire extinguisher down.  And then Officer Crockett, I got the keys from him so I could try to attempt to open the door.

Q.   And what was Officer Crockett doing as you ran down the range toward him?

A.   At the time, he was trying to get the cell door open.

Q.   And did he have a fire extinguisher that he was using?

A.   I -- I believe he had already used the -- there was just the one extinguisher on the range that I could recall.  I believe that's what he had already tried to use to put the fire out.

Q.   Okay.  And when you say it was on the range,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

it was just sort of on the floor next to him near where he was standing?

A.    Yes, ma'am.

Q.    And A cell house, the locks to the cell doors, there are two parts, right?  There's the bar that has to be rolled at the front of the range and then you have to manually unlock the cell doors in front of the cell, right?

A.    In A cell house, there are manual locking doors with the key.  And then on some of the ranges, the 300 North, 300, 400, and 500 North Ranges are electronic locks.  But yes, on the 200 range, it's a manual locking device.

Q.    So when you got there, do you know if the bar had already been rolled at the front of the range?

A.    I don't recall, ma'am.  Well, I would say the bar was rolled to the unlock position because once I was able to get the door unlocked, I was able to open it.

Q.    Okay.  And you said you saw Officer Crockett trying to unlock the door.  He was trying to unlock it with a manual key in the lock of the cell door?

A.    Yes, ma'am.

Q.    And when you got down there to the cell, the fire was still pretty big, correct?

A.    Yes, ma'am.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.  At that time, was Mr. Smith alive?

A.  I don't believe so.  He was unresponsive.  He wasn't screaming or anything like that.

Q.  Was he actively on fire when you saw him?

A.  No, ma'am.  His -- his body was not on -- on fire.

Q.  How long was it -- strike that.  Who came up next to the range with you and Officer Crockett?

A.  I believe it was Lieutenant McCormick was up there with me.

Q.  And how long after you arrived, did Lieutenant McCormick get there?

A.  I don't recall.

Q.  Do you recall seeing anyone else up on the range?

A.  No, ma'am.

Q.  Do you recall seeing Lieutenant -- well, strike that.  Do you know who Lieutenant Nadine Smith is?

A.  Yes, ma'am.

Q.  And do you recall seeing her at any point while you were in A Cell House responding to the fire?

A.  Yes.

Q.  And where did you see her?

A.  She was on the 100 range, I believe, at some

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

point in time.  My main focus was the fire and -- and dealing with that.

Q.  **Did you ever see her up on the 200 range helping to put out the fire?**

A.  When I -- by -- from the time that I had got there, no.  I don't know if she was on the range before I got there or not, but --

Q.  **Do you recall ever seeing Officer Cross at any point when you were responding to the fire?**

A.  Yes.  I -- I recall seeing him.  Where at and at what time, I'm -- I don't recall that, though.  But he was assigned to the cell house that day.

Q.  **And what about Latrice Jones?**

A.  She was one of the responders and I recall her being there, too.  Where exactly she was at during the situation, I don't -- I don't recall, though.  There was kind of a lot going on.

Q.  **Besides picking up the fire extinguisher that was empty, did you at any point get another fire extinguisher or try to put out the fire with a fire extinguisher that had -- that wasn't empty?**

A.  I don't recall attempting to use any other fire extinguishers.  I know that the ones that were in the cell house, to my knowledge, were all expended in attempts to try to quell the fire, though.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.    And how do you know that they were all expended?

A.    Well, they -- I -- I recall that the -- I -- if it was Cross or somebody else brought in another extinguisher on the range that we were trying to use. The extinguishers weren't able to put out the fire.

Q.    Okay.  So there were other extinguishers that brought up, but you don't have any knowledge one way or the other whether all of the fire extinguishers in the cell house were expended and used up, right?

A.    Yeah.  That -- that's -- that's correct, ma'am.

Q.    Okay.  And do you recall, as you sit here today, ever using a fire extinguisher or attempting to use a fire extinguisher that wasn't empty?

A.    Not that I can recall.

Q.    And the fire extinguisher that you picked up off of the range when you first arrived, what color was that fire extinguisher?

A.    It was silver.  It was a water fire extinguisher.

Q.    Do you know if a -- the water fire extinguisher or the -- was the correct type of extinguisher to be used on that fire?

A.    No, I'm not sure.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q. And what other colors of fire extinguishers are there in the cell house?

A. There's a red fire extinguisher, which is an ABC fire extinguisher.

Q. And do you recall seeing any of those on the range at any point?

A. I don't recall seeing any.

Q. So you said when you were there Officer Crockett was trying to open the cell door. And you asked him to give you the keys, and he did that. About how long was it from the time that you arrived until he gave you the keys?

A. I would say maybe 30 seconds or so. I had got there. I had picked up the extinguisher to try to put out the fire as he was trying to unlock the door. It was empty. The fire extinguisher was empty. And then he wasn't able to get the cell door unlocked. So I -- I took the keys so I could try to get the cell door unlocked. And at first, I wasn't able to, but -- and then -- I then was able to get the cell door unlocked and able to open the door.

Q. When you say at first you were unable to what was preventing you from opening it?

A. Sometimes the locks are a bit finicky. You got to operate them a certain way to get -- to get it to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

unlock. So it just -- I didn't know if the metal had expanded from the heat of the fire. That was something that had crossed my mind. But, yeah, at first it just wasn't unlocking, and then I was able to get it.

Q. Once you got it unlocked, you said you tried to get Mr. Smith out of the cell; is that right?

A. Yes, ma'am.

Q. Were you able to get him out?

A. No, ma'am. I was not.

Q. And why not?

A. The position of his body at the front of the cell and in relation to the door and the flames coming out of the front of the cell, I -- I was unable to be able to pull him out.

Q. So what did you do after you realized you couldn't get him out?

A. I stayed on the range until the firefighters got there. I was on the range from the time I got up there until the time that we were able to get Mr. Smith out of the cell and then brought up to the custody hall.

Q. And who actually pulled Mr. Smith out of the cell?

A. It was one of our ISP firefighters. One of the offender firefighters.

Q. Do you remember which one?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

A.    I believe his name was -- his last name is Engram, I believe.

Q.    And did you help Mr. Engram carry Mr. Smith's body downstairs and out of the cell house?

A.    Once -- once he was able to get him out of the cell, he assisted with placing him on the cloth carry tarp that we use to carry unresponsive offenders in a medical situation.  And I -- I don't recall if it was the firefighter or Lieutenant McCormick that helped me carry him downstairs and place him on the medical gurney.

Q.    After you got the cell door open and before you started helping to carry Mr. Smith's body down the stairs, was there anything else that you did on the range to try to put out the fire, to evacuate anyone, to get Mr. Smith out of his cell?

A.    After I got the cell door open and -- and attempted to get him out of the cell and -- and was unable to, no, I had -- I had stayed on the range in the area.  That's what I did.

Q.    Do you know when you got up to the -- when you first got up to the 200 range, to the fire, had the prisoners in the nearby cells already been released or were they still in their cells?

A.    At that time, they were still in their cells.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.   Were they yelling or trying to communicate to you in any way?

A.   Yeah.  I'm sure that they were yelling.  I don't -- can't recall what they were yelling at me about.  I'm sure it was along the lines of, let me out of -- of the of the cell, or whatever the case may be.

Q.   Did you take any steps to evacuate the nearby prisoners from their cells while this was happening?

A.   Not -- not at that time.

Q.   You did help with the evacuation later after you transported Mr. Smith's body down to -- well, where did you transport his body to?

A.   We brought him to the custody hall and then he was moved to a room called the Hoosier room until, I believe, it was the coroner showed up.

Q.   Okay.  And how long did you wait before you went back to help with the evacuation?

A.   Might have been there five minutes, ten minutes.  It was a break from all the smoke and stuff that I was around and -- and stuff up there on the range, so.

Q.   And when you went back, were there incarcerated individuals still in the A cell house or had everybody been evacuated by that time?

A.   I believe they were -- we were in the process

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

of doing the evacuation when I had gone back.

Q.   Okay.  So you still helped to evacuate and get individuals out after you returned from the Hoosier Room?

A.   Yes, ma'am.

Q.   After the fire, did you have any conversations with any of your coworkers or any of the other individuals who responded to the fire about what happened?

A.   No, ma'am.

Q.   Did you have any conversations with any of your coworkers, you know, in the weeks after the fire about what happened?

A.   Yeah.  I believe that I had sent a message to one of my friends that works here that -- after that incident that, you know, it was kind of tough to see something like that happen.

Q.   Anything else you said to that friend?

A.   No, ma'am.

Q.   Was that friend involved in the response?

A.   No, ma'am.

Q.   Anyone else that you recall speaking to at ISP about the fire?

A.   No, ma'am.

Q.   Did any of the incarcerated individuals speak

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

to you about the fire at any point afterward?

A.   No.

Q.   Do you know if any of the prisoners were upset about what had happened in the response?

A.   Not -- not that I can recall.

Q.   Before this fire, did you have any familiarity with Michael Smith?

A.   No, ma'am.

Q.   Did you know anything about him or his reputation or anything like that?

A.   No.

Q.   Do you recall having any encounters with him at any point while you worked at the prison?

A.   No.

Q.   And I'm going to pull up an exhibit.  All right.  I'll mark this as Exhibit 1.  Actually, before I share this with you, you talked about how the next person you recall seeing come up to the 200 range was Lieutenant McCormick, correct?

(Exhibit 1 was marked for identification.)

A.   I believe so.  Yes.  Yes.

BY MS. PIERCE:

Q.   Do you recall seeing anybody else come up to the 200 range while you were up there before you removed

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Mr. Smith's body?

A.    There may have been another staff member.  I -- I don't recall.

Q.    Okay.  And you recall seeing the firefighters, but you can't recall what specific staff members you might have seen come up?

A.    Correct.  Yes.

Q.    Okay.  So this is Exhibit 1.  The Bates number is State 000097-000098.  Mr. Koen, can you see this okay?

A.    Yes, ma'am.

Q.    And I'll just scroll down to the bottom.  This is your -- and the section that says, "Name a person making report," that's your name there, correct?

A.    Yes, it is.

Q.    Okay.  Is this the report that you filled out after the fire?

A.    Yes.

Q.    Okay.  And this is -- again, this is the only report that you recall -- only report or only statement that you recall completing, right?

A.    Yes, ma'am.

Q.    And after you completed this report -- well, strike that.  Did you complete this electronically and submit it electronically?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

A.   I completed it electronically and then printed it off and gave a hard paper copy to the shift supervisor for his report.

Q.   And that would've been Captain McCann, right?

A.   Yes, ma'am.

Q.   And he would've reviewed your incident report?

A.   Yes, that's correct.

Q.   And did he ever have any discussions with you about your incident report or any follow-up questions?

A.   No, ma'am.

Q.   So I'm just going to read this to you now.  So it says, "Incident description: On 1-14-2023 at approximately 10:58 a.m., a 10-71 fire was called in A cell house.  I, Lieutenant Koen, responded with other first responders and was directed to the 200 North Range.  When I arrived on the range, I could observe large amounts of black smoke coming out of a cell near the end of the range.  When I got near the cell, I saw Officer Crockett attempting to open cell 252, which housed incarcerated individual Michael Smith, DOC 953102.  I observed incarcerated individual Smith lying on the floor near his cell door unresponsive.  At 11:01 a.m., a signal 3000 medical emergency was called for incarcerated individual Smith.

"I, Lieutenant Koen, was able to get the cell

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

door opened and attempted to drag the incarcerated individual out of the cell, but the flames and smoke were too bad at this time. Members of ISP's fire brigade came to the cell and utilized other fire extinguishers to quell the fire, which was unsuccessful. Once incarcerated individual Smith was brought out of his cell, he was placed on a cloth gurney and then carried downstairs and placed on a medical gurney.

"I, Lieutenant Koen, along with other first responders then took incarcerated individual Smith to the Custody Hall. At 11:18 a.m., the signal 3000 was cleared. I, Lieutenant Koen, then went back to A cell house to assist with evacuating the cell house. After the cell house was evacuated and declared safe, I, Lieutenant Koen, assisted with securing the rest of the A cell house. The 10-71 was cleared at 3:30 p.m." Did I read that correctly?

A.    Yes, ma'am.

Q.    Is this incident description consistent with your memory of the fire?

A.    Yes, ma'am.

Q.    Is there anything you see here that you think is incorrect or needs to be changed?

A.    No.

Q.    And you said here, "At 11:01, a signal 3000

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

was called."  Did you call that signal?

A.   No, I -- it -- it wasn't me.  I believe it was Lieutenant McCormick that called it.

Q.   And when you were responding to the fire, did you provide any direction or instruction to anyone in the cell house about what they should be doing?

A.   Not that I can recall.

Q.   Besides directing you to go to the 200 North Range, did anyone provide you with any direction or instruction about what to do?

A.   No, ma'am.

Q.   Do you recall hearing any instruction or direction coming over the radio about evacuating the cell house?

A.   No, ma'am.

Q.   After the -- well, I think you testified earlier that you don't recall whether or not you participated in the debriefing for this event, right?

A.   That's correct.

Q.   Do you recall any policy changes or additional training or other changes that were implemented in response to this fire in the days, weeks, or months afterward?

A.   Nothing comes to mind, no.

Q.   As far as you know, was anyone disciplined in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

relation to the response to this fire?

A.   I don't have any knowledge of -- of that.  No.

Q.   Based on your participation and knowledge of the fire, do you believe that the response to the fire was appropriate?

A.   Yes.

Q.   Do you believe that staff complied with policy in response to the fire?

MR. ARNOLD:  Objection as to form, but you can answer.

THE WITNESS:  I believe -- I believe that they did, yes.

BY MS. PIERCE:

Q.   Did you ever get any information about what was done in response to the fire prior to your arrival?

A.   No, ma'am.

Q.   And as far as you recall, did you ever participate in any analysis or review about the entire response to the fire?

A.   No, ma'am.

Q.   Okay.  So you were -- the 10-71 was called over the radio at 10:58, right, according to your report?

A.   Yes, ma'am.

Q.   All right.  I'm going to share an exhibit with



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

you that I will mark as Exhibit 2. And this is a still from the surveillance video from ACH North L5 Camera at -- and I will zoom in so you can see it. In the top left-hand corner, it says 10:57 and zero seconds. Do you see that?

(Exhibit 2 was marked for identification.)

A. Yes, ma'am. I see it.

BY MS. PIERCE:

Q. Okay. And do you recognize A cell house here?

A. Yes, that's A cell house.

Q. Okay. And looking at Cell 252, this is where the fire occurred, correct?

A. Correct.

Q. Okay. And looking at this still here, you can see the fire, it's pretty large at this point, correct?

A. Yes.

Q. And you can see up here -- you know, at the top of the 200 range and going up, you can see a good amount of smoke already coming out of the cell, correct?

A. Yes, that's correct.

Q. Okay. And you can see here -- in Cell 252, you can see a curtain up, correct?

A. Yes.

Q. And you can see that in a number of the cells

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

nearby -- or it looks like 248, 256.  You see curtains there as well?

A.    Yes.

Q.    And that's against policy, correct?

A.    Yes.  The offender shouldn't have curtains up.

Q.    And that doing walkthroughs should make sure that those curtains came down, correct?

MR. ARNOLD:  Objection as to form, but you can answer.

THE WITNESS:  Yes, that's correct.

BY MS. PIERCE:

Q.    And there's a curtain up in Cell 252, but it's only covered in part, and you can still see the large fire in the cell, correct?

A.    Yes.

Q.    And looking at this picture here, there's already a pretty serious emergency going on in this cell, correct?

A.    Yes.

Q.    Mr. Smith, the person in the cell, is already in some pretty serious danger, right?

A.    Yes, ma'am.

Q.    Okay.  As a lieutenant, you would expect somebody in the cell house to be responding to this fire at this point, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

A.    If they were aware of it, yes.  Yeah.

Q.    And they should be monitoring the cell house for emergencies like this, right?

A.    Yes, that's correct.

Q.    Okay.  And based on your experience at Indiana State Prison, if a fire is this big, the prisoners are going to be yelling, right?

MR. ARNOLD:  Objection as to form and speculation, but you can answer.

THE WITNESS:  Not -- I would say that's not always the case.  I would say once the other offenders in the area were aware of what was going on, that they would start yelling.  But yes, it would depend on what the other offenders were doing in their cell.  Some of them might be watching TV or on their tablets, not aware of what's going on.

BY MS. PIERCE:

Q.    And there's a lot of smoke coming out of the cell, right?

A.    Yes.  Yeah.

Q.    And given the size of the fire in the cell, it's hard to imagine that Mr. Smith isn't yelling, right?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  Yes.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

BY MS. PIERCE:

Q.    So if Mr. Smith is yelling and there's all this smoke coming out, you'd expect that prisoners in the area would be yelling, right?

MR. ARNOLD:  Objection as to form and speculation.

THE WITNESS:  Yeah.

BY MS. PIERCE:

Q.    And in responding to a fire, every second counts, right?

A.    Yes, ma'am.

Q.    It's important that somebody would be responding to this fire at this point, right?

A.    Yes.

Q.    All right.  I'm going to stop sharing Exhibit 2.  I'll share what I'm going to mark as Exhibit 3. All right.  This is a still from the same camera.  Can you see it okay, Mr. Koen?

(Exhibit 3 was marked for identification.)

A.    Yes, ma'am.

BY MS. PIERCE:

Q.    Okay.  And up here in the left-hand corner, the time on this is 10:58 and zero seconds.  Can you see that?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

A.   Yes.

Q.   Okay.  And this is a whole minute later from the last shot that I showed you.  The fire is even larger at this time, right?

A.   Yes.

Q.   And as we can see, there's still no one up here on the range responding to the fire, correct?

A.   Yes.

Q.   Does that raise concerns for you that, you know, it's a whole minute later, the fire is this size, and no one has responded?

A.   Yeah.  Yeah.

Q.   Someone could get from the officer station up to the 200 range in ten, 15 seconds, right, if they're hustling?

A.   Yes.

Q.   I'll stop sharing Exhibit 3.  I'll share what's Exhibit 4.  This is, again, the -- a still from the same camera.  This time at 10:58 and 23 seconds. And this will be Exhibit 4.  I -- can you see the timestamp up there of 10:58:23?

            (Exhibit 4 was marked for
            identification.)

A.   Yes, ma'am.

BY MS. PIERCE:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

Q.   Okay.  And now, at this point, we can see someone here.  Do you know who that is who's spraying the fire?

A.   Yeah, that appears to be Officer Cross.

Q.   Officer Cross?  Okay.  And he's using what looks like a water fire extinguisher, correct?

A.   Yes.

Q.   And at this point, the fire is very large. It's going up onto the 300 range.  It's coming well out of the cell, and there's a lot of smoke, right?

A.   Yes, ma'am.

Q.   And at this point, it appears that whoever in -- is in the cell is on fire or surrounded by fire; is that right?

A.   Yes, ma'am.

Q.   Is this similar to how the fire looked when you arrived?

A.   Yes.

Q.   It was about this level?

A.   There were flames coming out of the front of the cell, so I mean, yeah.

Q.   I'll stop sharing that.  That's Exhibit 4. Right.  Okay.  I am going to share with you what I'll mark as Exhibit 5.  And this is a still from the same camera, and this time, it's 11:00 and 12 seconds.  Do



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

The Deposition of DENNIS KOEN, taken on March 18, 2025
USDC IN/ND case 3:24-cv-00185-DRL    document 147-9    filed 04/17/26    page 98 of 143

you see that in the corner, the timestamp?

(Exhibit 5 was marked for identification.)

A.   Yes, ma'am.

BY MS. PIERCE:

Q.   Okay.  And this here, it looks like there's two individuals here standing in front of like cell 250. The one on the left, is that you there?

A.   Yes.

Q.   Okay.  And is this when you arrived to the cell house?

A.   Yeah.  Yes.

Q.   And is that -- who's the individual next to you?  Is that Officer Crockett?

A.   Yes, ma'am.

Q.   And at this point, it looks like the fire is still going.  The cell is still closed.  There's a fire extinguisher on the ground, and you're speaking with Officer Crockett; is that right?

A.   Yes.

Q.   Can you tell me what you remember going on in this moment?

A.   I was asking him if he was able to get the -- the door unlocked, I believe, as he looks like he's messing with the keys there, so.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

Q.   Anything else you remember about this moment?

A.   No.

Q.   All right.  Okay.  I'm going to share next what I'll mark as Exhibit 6.  This is, again, from the same camera at 11:00 and 19 seconds.  And can you describe to me what's happening here in this still at 11 minutes and -- or 11 -- 11:00 and 19 seconds?

(Exhibit 6 was marked for identification.)

A.   Yeah, it looks like I'm trying to use an ABC fire extinguisher to try to quell the fire.

BY MS. PIERCE:

Q.   And that was the fire extinguisher that was empty when you tried to use it?

A.   I don't -- I don't recall.  I -- thought it was a -- a water fire extinguisher, but I don't recall.

Q.   And who's that right behind you?

A.   That's Officer Crockett.

Q.   And do you see anyone else on the range?

A.   No.

Q.   I think the only other person you can really see here, besides Mr. Smith's body, is this individual who's down on the 100 range, correct?

A.   Correct.

Q.   And based on the clothing, that's an

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit G

incarcerated individual, correct?

A.   Yes.

Q.   Right.  Next, I'm going to show you what I'll mark as Exhibit 7.  This will be 11:00 and 45 seconds. And again, this is from the same camera, ACH North L5. Can you see this okay?

(Exhibit 7 was marked for identification.)

A.   Yes, ma'am.

BY MS. PIERCE:

Q.   Okay.  Describe to me what's happening here?

A.   This was the time that I was trying to get the cell door unlocked.

Q.   Okay.  It's still closed at this point, correct?

A.   Yes, ma'am.

Q.   And you're trying to unlock it?

A.   Yes.

Q.   And who are these individuals?  It looks like there's three individuals behind you.  Can you tell me who those people are?

A.   Yes, that's Officer Crockett, Officer -- or Lieutenant McCormick, and I believe the third person is Lieutenant Jones.

Q.   So the first person closest to you, that's

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Crockett.  Then right behind Crockett, that's McCormick.  And then back -- a few feet back, that's Lieutenant Jones?

A.  Yes, ma'am.

Q.  All right.  Do Exhibit 8.  This is again the same camera, 11:00:54.  Mr. Koen, can you tell me what's happening in this picture?

(Exhibit 8 was marked for identification.)

A.  Yes, ma'am.  That's when I was trying to get Mr. Smith out of the cell.

BY MS. PIERCE:

Q.  Okay.  And here you -- it looks like you're trying to grab his hand and pull him out?

A.  Yes, ma'am.

Q.  All right.  This is the last still I'm going to show.  Same camera.  Again, this is 11:02 and 37 seconds.

THE REPORTER:  I'm guessing this one will be Exhibit 9?

BY MS. PIERCE:

Q.  Yes.  Thank you.  Exhibit 9.  All right.  Can you tell me what's happening here?

(Exhibit 9 was marked for identification.)



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

A.    Yeah.    Those are members of the ISP Fire Brigade using fire extinguishers to try to get the fire stopped.

BY MS. PIERCE:

Q.    And is this you on the right-hand corner of the picture in son of -- in front of Cell 254, kind of kneeling down?

A.    Yes, ma'am.    That's me.

Q.    And so at this point, Mr. Smith had not been pulled out of his cell.    You were there sort of waiting while the firefighters put the rest of the fire out and pulled him out of his cell, correct?

A.    Yes, I was waiting.    After they used those extinguishers, I believe that's when the firefighter had gone in there and was able to get Mr. Smith out.

Q.    Did it take you several tries to unlock the door, or were you able to unlock Mr. Smith's door on the first try?

A.    It took me a couple of tries.

Q.    I'd like to share -- this will be Exhibit 10. This is State 011475 to State 011476.    All right. Mr. Koen, can you see this document?

              (Exhibit 10 was marked for

               identification.)

A.    Yes.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

BY MS. PIERCE:

Q.   Do you know what this document is?

A.   A Critical Incident Debriefing form.

Q.   But this is the -- maybe a -- would it be fair to call it a report for the debriefings that we discussed earlier?

A.   Yes.

Q.   When you participated in a debriefing, would you participate in making this report?

A.   No, ma'am.

Q.   Do you know who did make the report?

A.   No, I don't know who made that report.

Q.   Do you know who generally was responsible for making the debriefing report?

A.   No, ma'am.

Q.   Did you ever receive reports like this after a debriefing?

A.   No.

Q.   So have you ever seen a report like this before?

A.   No, not that I can recall.

Q.   And this debriefing report appears to be about the January 14th, 2023, fire that killed Mr. Smith, correct?

A.   Yes, ma'am.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.   At the top, it says, "Staff in attendance." It lists Deputy Warden Nowatzke, Major Wardlow, Captain Gillespie, Deputy Warden Booth or Buss, Lieutenant Jones, Lieutenant McCormick, Deborah Taylor, and Lieutenant Winn.  Did I read that correctly?

A.   Yes, ma'am.

Q.   So it appears that you were not at this debriefing, correct?

A.   Correct.

Q.   Do you know why you didn't attend?

A.   No, I'm not sure.

Q.   I just want to look at the -- and no one asked you about your thoughts or opinions about the response to the fire, correct?

A.   Not that I can recall.  That's correct.

Q.   All right.  So in Section 1, it says, "Staff response and actions were deemed within the scope of policies and procedures."  Did I read that correctly?

A.   Yes.

Q.   Do you agree with that, based on your knowledge of the response to the fire?

A.   Yes.

Q.   In Section 2 and 8, it talks about factors that may have contributed to the fire or factors or conditions that still exist and could result in a



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

similar incident.  Do you see those sections?

A.    Yes, ma'am.

Q.    Do you know -- were you ever informed about any analysis or conclusion about what caused the fire here?

A.    No, not that I can recall.

Q.    The factors that are mentioned in Section 2 that may have contributed are paint on the cell wall, curtain hanging that trapped smoke.  Do you know if anything was done after this to address risk posed by paint or hanging curtains?

A.    I believe the administrative staff got on us supervisors to ensure, you know, that we're having these guys take curtains down, enforcing that.

Q.    When you say they got on you, what did they do exactly?

A.    Just letting us know, "Hey, we're having an issue with these curtains."  So as we're doing our rounds and stuff like that, make sure we're having these guys take their curtains down or move them out of the way.

Q.    Any other steps to make sure that the curtain policy was being enforced?

A.    Not that I recall.

Q.    And then in Section 8, factors or conditions

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit G

that still exist and could result in similar incidents, one is, "Excess incarcerated individual property." Did I read that correctly?

A.   Yes, ma'am.

Q.   To your knowledge, was anything done in response to this concern?

A.   I believe they had a -- had standardization shakedowns occur, but I -- I could be -- I'm not 100 percent on that.

Q.   Okay. So standardization shakedowns many have occurred, but you're not sure?

A.   Yes.

Q.   And standardization shakedown, is that just a cell search to remove property that prisoners aren't supposed to have in their cells?

A.   Yes, that's correct.

Q.   With regard to damaged outlets, do you know if any action was taken to address this concern?

A.   Not that I'm -- I wasn't made aware of anything, so.

Q.   And then for recommendations for plans of improvement, it says, "One ABC and one water foam extinguisher will be installed on each range." Did I read that correctly?

A.   Yes, ma'am.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.   So based on this, to your knowledge, were extinguishers already installed on each range prior to this fire?

A.   They may have been stored in the officer's station at that time, so they probably moved them to the front of the ranges after this incident.

Q.   It says, "Excess property and homemade electrical items are being confiscated."  Prior to this fire, was it common to see prisoners with homemade electrical items in their cells?

A.   Yes.

Q.   What types of homemade electrical items would they have?

A.   I'm trying to think of the wording for it.  It would be along the lines of a homemade surge protector that they fashioned out of pop cans and cardboard and a wire, so that they could plug in multiple different electronic items into it.  Because their cells only have a two plug-in outlet.

Q.   Okay.  So the -- it was pretty common for them to make basically additional outlets so that they could plug in additional things?

A.   Yes.

Q.   Do you know whether there was ever any discussion about just providing or making available

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

extensions so that individuals could have additional plugs in their cells?

A.    To my knowledge, they sell cleared surge protector type items on commissary.  I've seen offenders that have had those in their cells.

Q.    Here the last three points are additional training on the use of extinguishers, staffer to call a signal for the fire department right away, and staff are to inspect cell outlets.  Do you know of any change -- do you recall any changes being implemented regarding these three items?

A.    Not that I recall, ma'am.

Q.    For what I'll mark as Exhibit 11.  Okay.  And this is State 010808 to State 010870.  And this is, again, Exhibit 11.  All right.  Mr. Koen, can you see this?

                  (Exhibit 11 was marked for
                   identification.)

A.    Yes, ma'am.

BY MS. PIERCE:

Q.    And what is this document?

A.    That is a weekly inspection form.

Q.    Okay.  And so these are the forms that would be filled out every Monday when inspection of a cell house was carried out, correct?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

A.   Correct.

Q.   Okay.  And this one, the area that's inspected is A cell house, correct?

A.   Correct.

Q.   Okay.  And then here down at the bottom, the person who completed it, that's you, correct?

A.   Yes, ma'am.

Q.   Okay.  And then the different ratings that are done here are, there's, "1 is unacceptable, needs immediate attention.  2 is unsatisfactory, needs correction within 48 hours.  3 is below standard, requires a plan of correction.  4 is meets intent of standard.  Continue to improve.  And 5 is exceed standard, continue at this level;" is that right?

A.   Yes.

Q.   So if something meets a 3 or below, some sort of additional action needs to be taken to address the condition, right?

A.   Yes.

Q.   And would that be put into the notes in these inspection forms, or where would that be documented?

A.   Yeah, it should be placed in the notes.

Q.   Okay.  And here on this one for A cell house, looks like you marked everything as a three, correct?

A.   Yes.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.    And why did you mark everything as a three?

A.    I don't recall.  I --

Q.    And you didn't put any comments about things that needed to be improved, any issues like that, right?

A.    Correct.

Q.    And I want to look at the fire safety section.  It says sprinkler system was the second one there.  Do you see that?

A.    Yes, ma'am.  I see that.

Q.    There's no sprinkler system in A cell house, right?

A.    Correct.

Q.    Do you know why you marked this as a three then?

A.    No, ma'am.

Q.    Were you taking this -- these inspections seriously?

A.    Yes.  I don't recall filling out this specific form, but yes, ma'am.  I take them serious.

Q.    Here, this looks like it's not actually reflecting the conditions of the cell house, right?  Everything is just marked as a three, whether it exists or not, right?

A.    Yes.

          MR. ARNOLD:  Objection as to form.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit G

BY MS. PIERCE:

Q.    Do you think this is an appropriate way to do an inspection report?

A.    No, ma'am.  I -- I could have done a better job.

Q.    Do you know whether other individuals -- well, strike that.  Part of your responsibility was to review inspection forms as a lieutenant, correct?

A.    Yes.

Q.    Do you know whether other individuals were doing these in a similarly perfunctory or just sort of marking off the boxes manner?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  Not that I'm aware of, ma'am.

BY MS. PIERCE:

Q.    Did you ever discipline anyone for failing to conduct meaningful inspections?

A.    No, ma'am.

Q.    Were you ever disciplined for failing to conduct meaningful inspections?

A.    No, ma'am.

Q.    I'll just scroll down to the next page.  This is the admin building, second floor.  This, again, is completed by you.  And this one, they are all marked off as fours, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

A.    Yes, ma'am.

Q.    And then if we go on to the next one, this one again is filled out by you.  It's the administrative building, first floor.  And these are all marked off as fours again, right?

A.    Yes.

Q.    And then if we go to the next page, backstreet, this one again is filled out by you on 10-11-2021.  And these are all marked as threes, correct?

A.    Yes, ma'am.

Q.    And there's no comments here?

A.    Correct.

Q.    And then if we go to the next one, it's the armory.  And this one again, all marked off as fours; correct?

A.    Yes, ma'am.

Q.    And this is again you who completed this?

A.    Yes.

Q.    Did you have a practice of completing inspections in this manner?

A.    No, ma'am.  I wouldn't say that.

Q.    All right.  And we'll stop sharing Exhibit 11. Are there risks or concerns that are posed by not completing meaningful inspections of the facilities at

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

Indiana State Prison?

A.    It could -- yeah.  It could pose a risk.

Q.    **What types of risks is that?**

A.    If there -- I would say, if there are problem areas that aren't getting the appropriate attention needed, that could pose risk.

Q.    **Is it also possible that serious safety concerns as like malfunctioning outlets and things like that could go undetected?**

A.    It could, but that would be part of the cell inspection of -- of the cell.  That's something that's checked on the cell inspection, is the electrical outlet.

Q.    **So that should be checked on a daily basis as well?**

A.    I'm not sure -- I'm not sure on the parameters of how often each cell should be inspected.

Q.    **As lieutenant, did you have any responsibility for making sure that cell inspections were carried out?**

A.    When I was assigned to D cell house, if we had offenders moving in and out of cells, then yeah, cell inspections were to be completed.

Q.    **Only when they were moving in and out of cells?**

A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.   Okay.  Any other time that cell inspections needed to be carried out?

A.   Not that I'm aware of, ma'am.

Q.   Is that true for other cell houses as well?

A.   I would say yes.  As general practice, when offenders are moved in and out of cells, that we do an inspection to ensure everything's in a good working condition before we move another offender into that cell.

Q.   And any other points that in A cell house, for example, cell inspections would need to be done?

A.   We do cell inspections when we perform shakedowns on cells.

Q.   And how often is -- are shakedowns of cells conducted?

A.   They could be at random times.  I believe per post orders you're supposed to do two in your unit each shift.

Q.   So generally about two cells should be shaken down each shift; is that right?

A.   Yes, ma'am.

Q.   Other than shakedowns and when you're moving a prisoner in and out of a cell, is there any other point when cell inspections are required to be done in A cell house?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

A.    Not to my knowledge, ma'am.

Q.    **But they should be inspected as part of the weekly inspection, correct?**

A.    The cells?  No.  I would say that when we do our rounds and stuff we're -- we're visually looking in the cells and seeing if there's anything that stands out that could be fixed or brought attention to.  But I don't believe in checking each cell as part of the weekly inspection, ma'am.

Q.    **And who would be responsible for making sure the weekly inspection was done in A cell house?**

A.    The overall responsibility would be the safety hazmat manager.

Q.    **And it looked like, from the Critical Incident Debriefing Report, that there was some concerns that staff were not confiscating homemade electrical surge protectors, extenders.  Were you aware of that problem?**

A.    Before the incident or after the incident?

Q.    **Before the incident.**

A.    No, ma'am.  If I -- if I did a shakedown or saw -- saw something like that, I would -- I would take it.  Yes.

Q.    **And after the incident, were you aware that it was a problem?**

A.    After the incident, yeah, I was made aware

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

that that's something that we needed to do a better job on paying attention to.

Q. You were working at Indiana State Prison in April of 2017, correct?

A. Yes, ma'am.

Q. Do you recall a prisoner named Joshua Devine?

A. Yes, ma'am.

Q. Did you know him prior to his death?

A. No, I did not.

Q. Were you -- well, Mr. Devine was, like Mr. Smith, killed in a fire in his locked cell, correct?

A. Yes.

Q. Were you working at the time that he was killed?

A. No, I was not working on the shift that it happened on, but I was part of the -- the emergency squad and we were activated that evening. So I -- I did show up to the facility that night.

Q. Okay. So you were at home at the time of the fire, but you got activated because of the incident and you came in to respond?

A. Yes, ma'am.

Q. What do you recall about responding to that incident?

A. When I came into the facility, the cell -- B

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

cell house was already evacuated, and then the offenders were starting to damage the state property and stuff outside the cell house.  And then we were tasked with placing those offenders back in their cells after the -- the fire and the situation had kind of died down.

Q.    Were the prisoners from B cell house upset after that fire?

A.    Yes, ma'am.

Q.    Were they angry?

A.    I believe some of them were, yes.

Q.    Do you think they were scared?

A.    Some of them, yes.

Q.    Did they tell you anything about what happened during the fire or the response to the fire?

A.    No, ma'am.

Q.    Did they make any complaints to you about how the response was handled?

A.    No.

Q.    Did you ask them any questions about what happened?

A.    No, ma'am, I did not.

Q.    Were you involved in any debriefing of that fire?

A.    Yes, ma'am.  I was.

Q.    And what happened during that debriefing?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

A.   We talked about the incident and what we could do better in moving forward, from what I recall.

Q.   **And what things were discussed that you could do better?**

A.   Oh, there was miscommunication amongst the staff and they had let out all of the offenders at the same time instead of doing it in a controlled manner, which put the staff at risk.  Because there were the -- the offenders tried to get back in the cell house to harm the staff.  So that was -- that was one of the things that was brought up, that I recall.

Q.   **Anything else that you recall?**

A.   No, ma'am.

Q.   **Anything else that you recall being discussed that should have been differently in responding to the fire itself and trying to save Mr. Devine's life?**

A.   In response -- in response to that, no, ma'am.

Q.   **No.  Who was leading that debriefing event?**

A.   I don't -- I don't recall.

Q.   **Did you have any conversations with other staff members or administrators about that fire besides the debriefing of it?**

A.   No.

Q.   **Did you make any recommendations about anything that should have been done differently?**



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

A.   No.

Q.   Do you remember any changes being implemented after that fire in response to it?

A.   Yeah, there was -- they had us do a mass shakedown and take excess property.  At that time, the offenders here were allowed to have quite a bit of stuff.  They had various music.  Some dudes had keyboards or arts and craft stuff in their cell that they would do in their spare time.  So removing excess property out of the cell was one of the things.

Q.   Anything else that you remember being done besides that?

A.   No, not that I recall, ma'am.

Q.   Any changes to policy you remember being implemented?

A.   Not that -- not that I can recall, no.

Q.   Mr. Koen, have you ever been disciplined at any point while working at Indiana State Prison?

A.   Yes, ma'am.

Q.   And what have you been disciplined for?

A.   For unauthorized leave.  Failing to call in my count one time, but.

Q.   Anything else that you recall?

A.   I'm sure I've gotten a written reprimand or something for something else, but I -- I can't recall

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

what it was, ma'am.

Q.    I'm going to share what I'll mark as Exhibit 12.  And this is State 28080.  Have you seen this document before?

(Exhibit 12 was marked for identification.)

A.    Yes, ma'am.

BY MS. PIERCE:

Q.    And this is a written reprimand for failing to complete or ensure that the ACA-required restricted housing status sheets were being completed; is that right?

A.    Yes, ma'am.

Q.    Do you recall what happened here that you were disciplined for?

A.    Yes, I recall.

Q.    And what happened specifically?

A.    When I was assigned to D cell house as a lieutenant, I found restrictive housing sheets.  I turned them in, which should have been turned in before I even took over the unit.  They were incomplete and sent back to us to get completed, and I didn't get it completed in the allotted time that was given to me.

MS. PIERCE:  I think I am almost done.  Can we take a five-minute break and I'll just look over my

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

notes, and we can wrap up.

THE WITNESS:  Yeah.

THE REPORTER:  We're going off the record. The time is 2:06 p.m. Eastern Time.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Dennis Koen being conducted via video conference.  My name is Emma McGaha.  Today is March 18th, 2025.  The time is 2:12 p.m. ET. Thank you.

MS. PIERCE:  All right.  I have no further questions at this time, Mr. Koen.

CROSS-EXAMINATION

BY MR. ARNOLD:

Q.   All right.  Mr. Koen, I just have a few quick questions here.  I wanted to clarify a couple things. One thing that was mentioned earlier, we -- you talked about doing rounds.  I believe you said -- you testified each round was supposed to be -- there -- a round was supposed to be completed every half hour. Does that sound right?

A.   Yes.

Q.   Is that correct?

A.   Yeah.

Q.   I think you also testified that it could take

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

about a half an hour or so to complete a round --

MS. PIERCE:  Object --

BY MR. ARNOLD:

Q.    -- is that right?

MS. PIERCE:  Object to form.

THE WITNESS:  I would --

MS. PIERCE:  Go ahead.

THE WITNESS:  I would say --

BY MR. ARNOLD:

Q.    Or do you know how long it takes -- how long it can take to complete a round?

A.    As an assistant shift supervisor, if I'm doing a round, I'm walking the whole cell house by myself, which could take a half hour.  On day-to-day operations in a unit, there's multiple staff.  Most of the times they're assigned.  Depending on how many staff are in a cell house, it could be one staff per range or one staff that has to work.  They're assigned to two ranges, as in four or 500, but there's two sides, so I guess that would be four total ranges.  So doing a walk on there could -- it would take less than a half hour.

Q.    It would take what -- it would take how long?

A.    To walk, a couple minutes per range, so about ten minutes, I would say.

Q.    Okay.  And then you said you usually do



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit G**

range --

      MS. PIERCE:  Did he break up for everybody else too, or is it just me?

      THE REPORTER:  Yeah, I think Mr. Arnold --

      THE WITNESS:  Yeah, me, too.

      THE REPORTER:  -- froze.  I'll take us off record.  The time is 2:14.

      (A recess was taken.)

      THE REPORTER:  We're back on the record for the deposition of Dennis Koen, being conducted video conference.  My name is Emma McGaha.  Today is 3-18-2025.  The time is 2:15 ET.  Thank you.

BY MR. ARNOLD:

Q.  So if you start a round at 11:00 and you get that round done, say, at 11:10, when would you do the next round?

A.  Would be 30 minutes after the stop of my round, after the completion of it.

Q.  Okay.  So you do it 30 minutes after the completion of the round?

A.  Yes.

Q.  And then there were -- there was discussion about inspections.  As part of your duties, you did weekly inspections; is that right?

A.  Yes.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

Q.   What all did you do when you did a -- when you actually did an inspection?

A.   I would walk around the assigned area and checking the -- the spots that are on the sheet.

Q.   Okay.  So when you did the weekly inspections, you did check each of the individual spots on the sheet?

MS. PIERCE:  Object to form.

BY MR. ARNOLD:

Q.   Is that right?

A.   Yes.

Q.   And if you noted any safety risk or concerns, would you do something about that?

A.   Yes.  Depending on what it -- if it was something that needed a work order put in or something that needed to be communicated to another department, say the sanitation department, I would do that.

MR. ARNOLD:  Okay.  I have no further questions.

MS. PIERCE:  I think I have no additional questions, so I think we're all done.  Mr. Koen, I --

THE REPORTER:  All right.

MS. PIERCE:  Oh, go ahead.

THE REPORTER:  So sorry.  Real quick while we're on the record, Mr. Arnold, do you want to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

explain read or waive to the witness, or do you guys have a preference on that?

MR. ARNOLD:  So Mr. Koen, there's -- the court reporter has taken a transcript.  Basically, you have the option, you can review the transcript if you want. You can't make substantive changes, but if there are typos or something was misheard or if there's typos, you can correct those.  So you can review it and sign off on it, or you can waive that right.  It's up to you.  Would you like to review and sign or waive?

THE WITNESS:  I'll waive.

THE REPORTER:  All right.  Thank you.  And then Ms. Pierce, do you want a copy of the transcript today?

MS. PIERCE:  Not yet.  We'll reach out, and I will also send you the exhibits after a while.

THE REPORTER:  Perfect.  I'm going to assume you're going to hold on video for now too, then?

MS. PIERCE:  Yeah.  We'll hold on both.

THE REPORTER:  All right.  Mr. Arnold, do you want to order at this time, or would you like to hold?

MR. ARNOLD:  We'll go ahead and order a copy.

THE REPORTER:  Okay.  Is electronic all right,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit G**

or would you like on paper?

MR. ARNOLD:  Electronic is fine.

THE REPORTER:  Perfect.  Would you like a copy of the video as well?

MR. ARNOLD:  No.

THE REPORTER:  Okay.

MR. ARNOLD:  Not at this time.

THE REPORTER:  All right.  We're going off record.  The time is 2:19 p.m. Eastern Time.

(Deposition concluded at 2:19 p.m. ET)



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.

EMMA MCGAHA
Notary Public
Ohio County - State of Indiana
Commission Number NP0757972
My Commission Expires Aug 6, 2032

EMMA MCGAHA,

COURT REPORTER/NOTARY

MY COMMISSION EXPIRES: 08/06/2032

SUBMITTED ON:  03/27/2025

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

## Exhibits

**Exhibit 1_ Koen** 85:16,20 86:8

**Exhibit 2_ Koen** 91:1,6 94:15,16

**Exhibit 3_ Koen** 94:16,19 95:17

**Exhibit 4_ Koen** 95:18,20, 22 96:22

**Exhibit 5_ Koen** 96:24 97:2

**Exhibit 6_ Koen** 98:4,8

**Exhibit 7_ Koen** 99:4,7

**Exhibit 8_ Koen** 100:5,8

**Exhibit 9_ Koen** 100:20, 22,24

**Exhibit 10_ Koen** 101:20, 23

**Exhibit 11_ Koen** 107:13, 15,17 111:23

**Exhibit 12_ Koen** 119:3,5

## 0

**000097-000098** 86:9

**010808** 107:14

**010870** 107:14

**011475** 101:21

**011476** 101:21

## 1

**1** 51:16 85:16, 20 86:8 103:16 108:9

**1-14-2023** 87:12

**1-71** 70:11

**10** 47:12 52:20 101:20,23

**10-11-2021** 111:9

**10-70** 70:10,11 71:5

**10-71** 70:10 71:5 87:13 88:16 90:21

**100** 77:25 98:23 105:8

**101** 7:7

**1070** 52:20 61:19

**1070/1071** 55:1,2,10 61:20

**1071** 52:20 60:14 61:19 65:1

**10:30** 29:3

**10:57** 91:4

**10:58** 71:7 87:13 90:22 94:24 95:19

**10:58:23** 95:21

**11** 98:7 107:13, 15,17 111:23

**11:00** 29:4,5 71:6 96:25 98:5,7 99:4 122:14

**11:00:54** 100:6

**11:01** 87:23 88:25

**11:02** 100:17

**11:04** 7:8

**11:10** 122:15

**11:18** 88:11

**12** 96:25 119:3, 5

**12:25** 64:1

**12:35** 64:6

**14th** 11:8 43:21,24 57:7 64:10 102:23

**15** 57:3 95:14

**18th** 7:8 64:6 120:9

**19** 98:5,7

## 2

**2** 91:1,6 94:16 103:23 104:7 108:10

**200** 65:5,6 72:25 74:3,14 76:12 78:3 82:22 85:18,25 87:15 89:8 91:19 95:14

**2012** 12:8

**2014** 13:2

**2015** 47:22

**2016** 47:23

**2017** 115:4

**2019** 58:24

**2020** 13:25 14:2

**2021** 14:1

**2023** 11:8 43:21,24 56:8 57:7 64:10 102:23

**2024** 14:16

**2025** 7:8 64:6 120:9

**23** 95:19

**248** 92:1

**250** 97:7

**252** 87:19 91:12,22 92:12

**254** 101:6

**256** 92:1

**28080** 119:3

**2:06** 120:4

**2:12** 120:9

**2:14** 122:7

**2:15** 122:12

**2:19** 125:9,10

## 3

**3** 94:16,19 95:17 108:11, 16

**3-18-2025** 122:12

**30** 11:24 26:25 28:20,22,23,24, 25 33:2 42:9 71:19 72:11 80:13 122:17, 19

**300** 76:11 96:9

**3000** 87:23 88:11,25

**31st** 13:2

**37** 100:18

**3:24-CV-00185** 7:16

**3:30** 88:16

## 4

**4** 95:18,20,22 96:22 108:12

**40** 11:24

**400** 76:11

**40202** 7:7

**45** 99:4

**48** 108:11

## 5

**5** 96:24 97:2 108:13

**50** 41:20

**500** 76:11 121:19

## 6

**6** 98:4,8

## 7

**7** 99:4,7

**730** 7:6

## 8

**8** 100:5,8 103:23 104:25

**8:00** 36:24

## 9

**9** 100:20,22,24

**953102** 87:21

## A

**a.m.** 7:8 71:6,7 87:13,23 88:11

**ABC** 53:13 80:4 98:10 105:22

**ability** 10:21

**ACA-REQUIRED** 119:10

**access** 26:6,7 29:15,18,21 40:5

**ACH** 91:2 99:5



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

acting 58:22

action 105:18 108:17

actions 103:17

activate 52:11, 21

activated 52:7, 24 115:17,20

actively 51:25 58:16 77:4

actual 62:24

addition 35:23

additional 35:21 36:6 38:10,24 89:20 106:21,22 107:1,6 108:17 123:19

address 104:10 105:18 108:17

addressed 40:14

admin 110:23

administrative 38:14 39:1,24 42:1 43:3 104:12 111:3

administrator 9:10

administrators 68:3 69:3 117:21

advance 50:20

affect 10:21,24

affirm 8:12

afterward 67:17 85:1 89:23

agree 8:6 103:20

ahead 46:2 49:18 72:3 121:7 123:23 124:24

ahold 27:14

alarm 73:10

alert 29:11

alerted 48:15

alive 77:1

allotted 119:23

allowed 118:6

Amon 69:25

amount 14:9 56:24 73:23 74:1 91:20

amounts 87:17

analysis 90:18 104:4

angry 116:9

announce 55:18

announced 50:20,22 65:2

annual 52:19

answers 10:11

anticipate 10:6

anytime 58:5

appearance 7:17

appearing 7:25

appears 96:4, 12 102:22 103:7

approved 47:5

approximately 87:13

April 115:4

area 14:10 33:13 34:23 38:17 48:16,20 82:20 93:12 94:4 108:2 123:3

areas 26:19 112:5

arise 14:22

arisen 36:22

armory 111:15

Arnold 7:23 8:9 11:14,16 34:9 63:22 71:16 90:9 92:8 93:8,24 94:5 109:25 110:13 120:14 121:3,9 122:4,13 123:8, 17,25 124:3,21, 24 125:2,5,7

arrival 90:15

arrived 64:18 72:13 73:8 74:10 77:11 79:18 80:11 87:16 96:17 97:10

arts 118:8

assault 41:9 42:22 48:9

assess 55:7

assigned 14:6, 9,11 17:8,22 18:4,25 21:8 28:8 31:8 35:9 36:9 39:25 46:12 64:25 78:12 112:20 119:18 121:16, 18 123:3

assignments 70:6

assist 14:22 20:5 66:12 75:2 88:13

assistance 34:25

assistant 9:9 14:12 15:1,2,7 18:12 19:12,15 21:11,23 22:1,8 25:23 26:2,10 27:24 121:12

assisted 82:6 88:15

assume 10:1 16:21 17:18 32:19 124:18

attack 34:5,16

attempt 75:14

attempted 65:18 75:11 82:18 88:1

attempting 65:24 78:22 79:14 87:19

attempts 78:25

attend 43:20 103:10

attendance 103:1

attending 7:18,21

attention 33:14,21 34:8, 21,25 40:16 41:5 108:10 112:5 114:7 115:2

Attorney 7:23, 24

attorneys 12:5

automatic 55:12

avoid 10:11

aware 50:22 93:1,12,16 105:19 110:14 113:3 114:17, 23,25

awareness 20:4

———————

**B**

———————

back 20:7 24:16 25:6 32:22 38:21 60:21 63:8 64:3 66:5,11,16,18 68:19 70:9 83:17,22 84:1

88:12 100:2 116:4 117:9 119:22 120:6 122:9

backstreet 18:1,2 111:8

bad 88:3

bar 76:5,14,17

bars 15:24 40:3,4

based 31:4,5,7 32:14 54:25 90:3 93:5 98:25 103:20 106:1

basement 51:18 52:2

basically 34:18 36:2 41:3 47:17 58:14 106:21 124:4

basis 112:14

Bates 86:8

begin 8:16

behalf 7:13,20, 24 8:23

Bend 7:15

big 31:22 32:21 76:24 93:6

bigger 57:10

bit 35:7 38:21 54:24 58:8 59:2 62:21 70:9 80:24 118:6

black 87:17

Bless 58:3

body 77:5 81:11 82:4,13 83:11,12 86:1 98:22

Booth 103:3

bottom 86:12 108:5

boxes 110:12

Bracket 14:13,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit G**

**Brandyn** 7:23

**break** 10:14,16 44:7 63:19,23 83:19 119:25 122:2

**breakfast** 64:19

**breaking** 63:18

**breathing** 24:23

**brigade** 52:23 60:19 88:4 101:2

**bring** 63:8

**brought** 39:16, 20 40:1,7,15 79:4,8 81:20 83:13 88:6 114:7 117:11

**building** 110:23 111:4

**buildings** 18:3

**burn** 44:17

**Buss** 103:3

**button** 50:6

**C**

**call** 40:6 48:17 52:21 55:1,5 57:24 58:4,5 60:14 61:20 62:10 71:8 89:1 102:5 107:7 118:21

**called** 25:17 41:14,24 45:11, 14 55:2,10,13, 15 61:19 67:6 70:10,11,16 71:13,21,23 83:14 87:13,23 89:1,3 90:21

**camera** 8:4 26:6,22 27:16

29:14,17 46:16 91:2 94:17 95:19 96:25 98:5 99:5 100:6,17

**cameras** 26:4, 7,13,24 27:1,3, 6 29:16 30:1 31:9

**canceled** 37:14

**cans** 106:16

**capable** 30:19

**captain** 15:3 37:3 61:24 63:5 66:9,10 70:6 87:4 103:2

**captains** 36:19

**card** 24:11

**cardboard** 106:16

**care** 19:2 34:1

**career** 13:5

**carried** 20:12 40:13 61:11 66:5 88:8 107:25 112:19 113:2

**carries** 22:23

**carry** 20:23 48:2 82:3,6,7, 10,13

**carry-tarp** 66:4

**carrying** 28:4 58:17 59:22

**cart** 57:9

**case** 7:16 8:23 54:4 83:6 93:11

**Castle** 12:17, 22,23

**catch** 57:19

**catching** 44:21

**caused** 66:19 104:4

**cell** 15:24 16:1, 7 17:1,7,19 18:3,4,5,8 19:9, 14 20:8,12,22, 23 21:9 23:5,6, 18 24:3,22 27:18 28:11,14, 19 29:9,24 30:3,10,14,18, 24 31:9,12,15, 17,19 32:1,3,5, 17,20,24 34:6, 17 35:1,9,22 36:8 40:2,3,4 46:11,13,14,16 48:2 56:3 57:4, 17 60:19 61:15, 21 62:1,8,9,11, 13,16 64:24 65:2,3,4,8,18, 19 66:3,7,11, 14,18 67:13 70:12,17 71:13, 15,25 72:1,4,5, 7,8,14,16,18 73:8,12,17,20, 21 74:4,6,13, 16,20 75:17 76:4,7,9,21,23 77:22 78:12,24 79:10 80:2,9, 17,18,20 81:6, 12,13,20,22 82:4,6,12,16, 17,18 83:6,23 87:14,17,18,19, 22,25 88:2,4,7, 12,13,14,16 89:6,14 91:10, 11,12,20,22 92:12,14,18,20, 24 93:2,15,19, 21 96:10,13,21 97:7,11,17 99:13 100:11 101:6,10,12 104:8 105:14 107:9,24 108:3, 23 109:10,21 112:10,11,12, 17,19,20,21 113:1,4,9,10, 11,12,23,24 114:8,11 115:11,25 116:1,3,6 117:9

118:8,10 119:18 121:13, 17

**cells** 17:10,11 23:12 33:7 82:23,24,25 83:8 91:25 105:15 106:10, 18 107:2,5 112:21,24 113:6,13,14,19 114:4,6 116:4

**chair** 48:2

**change** 26:24 38:10,13 107:9

**changed** 88:23

**channels** 48:18

**charge** 15:3,4, 5 16:25 17:5,6, 20 18:2 19:8,10 48:25 49:5,7 69:16 70:21

**check** 16:1,4 17:10 18:24 19:6 27:16 35:13,14 123:6

**checked** 112:12,14

**checking** 15:24 18:17 19:4,16 20:2 27:6 114:8 123:4

**checks** 35:4

**choice** 49:8

**circumstances** 42:25 54:12

**City** 12:10,11, 18

**clarification** 9:25

**clarify** 36:13 120:16

**classes** 47:10

**classify** 57:6

**classroom** 45:21 58:13

**cleanliness** 15:22 19:17

**clear** 10:13

**cleared** 67:5,7 88:12,16 107:3

**close** 72:14

**closed** 97:17 99:14

**closest** 99:25

**cloth** 66:4 82:6 88:7

**clothing** 98:25

**code** 71:21,23

**codes** 52:20

**collaborative** 43:14,16

**collect** 21:12

**color** 79:18

**colors** 80:1

**combined** 22:8,11

**commander** 54:15

**comments** 109:3 111:12

**commissary** 107:4

**common** 44:8, 19 45:5 56:13 106:9,20

**communicate** 27:12 33:9 34:19 83:1

**communicated** 23:18 123:15

**communicating** 28:6

**compared** 72:5

**complaints** 116:16

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

**complete** 86:24 119:10 121:1,11

**completed** 11:4 18:17 66:15 67:7 69:10 86:23 87:1 108:6 110:24 111:18 112:22 119:11, 22,23 120:20

**completely** 10:7

**completeness** 21:19

**completing** 86:21 111:20, 25

**completion** 122:18,20

**Compliance** 15:22

**complicated** 35:8

**complied** 90:7

**comply** 25:2

**comprehended** 59:10

**computer** 55:1 67:9

**computer-based** 45:17,22 52:18 53:4 63:12

**computers** 67:13

**concern** 40:2 105:6,18

**concerns** 39:18,23 43:17, 23 95:9 111:24 112:8 114:15 123:11

**concluded** 125:10

**conclusion** 104:4

**conclusions** 38:24

**condition** 48:9 108:18 113:8

**conditions** 10:20,23 103:25 104:25 109:21

**conduct** 15:10 24:25 25:11,18, 19,20 28:11 36:21 37:15 46:3 110:17,20

**conducted** 28:19 64:4 113:15 120:7 122:10

**conducting** 15:8 17:7 19:13 28:16

**conference** 64:5 120:8 122:11

**confiscate** 24:24 25:7

**confiscated** 25:10 106:8

**confiscating** 114:16

**confiscation** 24:8,11

**consisted** 46:9

**consistent** 88:19

**constantly** 23:8 29:11

**contact** 40:18

**contained** 36:3

**continue** 108:13,14

**contraband** 23:14 24:3,12 44:14

**contributed** 103:24 104:8

**control** 48:15, 18

**controlled** 117:7

**convened** 7:10

**conversation** 11:16 37:24 38:4

**conversations** 69:1 84:6,11 117:20

**copy** 69:23 87:2 124:14,24 125:3

**corner** 72:6 91:4 94:23 97:1 101:5

**coroner** 83:15

**correct** 11:9 16:22,23 19:23 20:10 21:15 25:8 30:5,6 33:6 36:4,9,10 41:11 45:2,3 47:15,16 48:11, 12,24 51:2 69:14 70:7,8, 18,19 75:5 76:24 79:11,23 85:19 86:7,14 87:7 89:19 91:13,14,16,20, 21,23 92:4,7, 10,14,18 93:4 95:7 96:6 98:23,24 99:1, 15 101:12 102:24 103:8,9, 14,15 105:16 107:25 108:1,3, 4,6,24 109:5,12 110:8,25 111:10,13,16 114:3 115:4,11 120:23 124:8

**correction** 108:11,12

**correctional** 13:10,13,17

**correctly** 21:20 22:3 88:17 103:5,18 105:3,24

**counsel** 7:19

**counselor's** 27:21

**count** 118:22

**counts** 94:10

**couple** 11:18 101:19 120:16 121:23

**court** 7:5,6,14 10:7,13 124:3

**courtroom** 9:22

**covered** 59:18 92:13

**covering** 71:2

**coworkers** 84:7,12

**craft** 118:8

**created** 11:7 66:23

**Critical** 102:3 114:14

**Crockett** 65:7, 13 74:8,9,11 75:1,7,13,15 76:19 77:8 80:9 87:19 97:14,19 98:18 99:22 100:1

**Cross** 78:8 79:4 96:4,5

**CROSS-EXAMINATION** 120:13

**crossed** 81:3

**current** 17:24

**curtain** 24:18, 21,24 25:3,12 91:23 92:12 104:9,22

**curtains** 15:23

17:10 25:10 92:1,5,7 104:11,14,18, 20

**custody** 25:25 27:22 37:4 42:3 43:3 66:7,16 72:15 81:20 83:13 88:11

**cut** 38:2

---

**D**

**daily** 22:14 23:6 37:13 65:1 112:14

**damage** 116:2

**damaged** 105:17

**danger** 92:21

**date** 68:12

**day** 7:8 11:4 20:3 21:1,25 22:2 32:1 37:11,12 59:4 60:11 62:6,9 64:12,17,21 66:21,25 67:16 68:14,16 69:10, 14,22 70:7,21 71:2 78:12

**day-to-day** 59:21 121:14

**days** 14:17 68:14 89:22

**deal** 23:10

**dealing** 59:23 78:2

**death** 41:9 115:8

**Deborah** 103:4

**debrief** 69:5

**debriefing** 41:15,17,22,25 42:2,11,16,23 43:2,6,18,20 89:18 102:3,8,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

14,17,22 103:8
114:15 116:22,
25 117:18,22

**debriefings**
42:4 102:5

**decent** 74:1

**decide** 34:2

**declaration**
50:4

**declared** 88:14

**deem** 25:9

**deemed**
103:17

**defendants**
7:25

**Dennis** 7:11
8:5,7 64:4
120:7 122:10

**department**
24:14 37:1
40:17,19 45:18
107:8 123:15,
16

**depend** 16:11,
13,14 17:21
26:21 32:7
38:17 45:9 55:3
93:14

**depended**
42:7

**depending**
21:1 23:20 24:5
34:1,6,18,20
37:17 44:12
49:17,19
121:16 123:13

**depends** 15:17
31:20,25 32:10
42:10 61:4

**deposed** 9:15

**deposition**
7:11 8:25 9:18
11:2,12,17
12:2,3 64:4
120:7 122:10
125:10

**depth** 37:20

**deputy** 37:5
42:3 43:7,11
68:3 69:2
103:2,3

**describe** 98:6
99:11

**describing**
53:2

**description**
87:12 88:19

**details** 51:20
68:24

**determined**
38:7 41:21 49:6

**device** 76:13

**Devine** 115:6,
10

**Devine's**
117:16

**died** 116:5

**differ** 22:19

**differences**
22:22 53:20

**differently**
39:5 43:13
117:15,25

**difficult** 10:12

**DIRECT** 8:18

**directed** 72:24
87:15

**directing** 89:8

**direction** 89:5,
9,13

**disciplinary**
25:20,21

**discipline**
25:7,15 110:16

**disciplined**
89:25 110:19
118:17,20
119:15

**discretion**
25:14

**discuss** 39:17,
21 42:13

**discussed**
102:6 117:3,14

**discussing**
38:22

**discussion**
106:25 122:22

**discussions**
87:8

**District** 7:14,
15

**Division** 7:15

**DOC** 87:20

**document**
101:22 102:2
107:21 119:4

**documentatio
n** 42:18

**documented**
23:19 24:4
108:21

**door** 61:3
65:14,16 72:18,
22,24 73:20
74:13,23 75:14,
18 76:18,20,21
80:9,15,17,18,
20,21 81:12
82:12,17 87:22
88:1 97:24
99:13 101:17

**doors** 15:25
16:1,4 40:2,3
76:4,7,10

**Dorm** 18:6

**dorms** 18:6

**downstairs**
82:4,10 88:8

**downtime**
30:22

**drag** 88:1

**drill** 49:19
50:11 51:9,13,
15 52:12 60:13,
21 61:7,9,22

62:8,11,22,23
63:6

**drills** 46:4,5
49:12,15,16
50:3,15,18 51:5
52:10 60:2,4
62:1,3 63:9,13

**drink** 63:20

**drugs** 24:9

**dry** 38:2

**dudes** 118:7

**due** 65:17

**duties** 13:16
122:23

**duty** 18:14

---

**E**

---

**e-mail** 23:25

**earlier** 66:23
89:17 102:6
120:17

**Eastern** 7:9
64:1,6 120:4
125:9

**education**
12:12

**Edward** 8:5

**effort** 22:8,11

**electric** 53:16

**electrical**
44:12,20 106:8,
10,12 112:12
114:16

**electronic**
76:11 106:18
124:25 125:2

**electronically**
86:24,25 87:1

**emergencies**
45:13 54:17
59:23 93:3

**emergency**
33:9,10 34:15
45:8,10,19

46:3,4 48:8
50:5,6,9,17
51:5,9 52:5,7,
25 54:5,7,9,13,
14,16,22 62:24
71:9 74:17
87:23 92:17
115:16

**Emma** 7:4 64:5
120:8 122:11

**empty** 65:13
75:12 78:19,21
79:15 80:16
98:14

**enacted** 38:16

**encounters**
85:12

**end** 28:24
60:21 87:18

**enforced**
104:23

**enforcement**
13:5

**enforcing**
104:14

**Engram** 82:2,3

**ensure** 60:18
104:13 113:7
119:10

**ensuring**
13:14 16:4 19:1
22:5 28:15 33:1

**entire** 90:18

**equipment**
65:22

**essentially**
41:7

**Estate** 7:12

**estimate** 41:19
60:9

**et al** 7:14

**evacuate**
62:11 82:15
83:7 84:2

**evacuated**
83:24 88:14

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

116:1

**evacuating** 62:13,16 66:13 88:13 89:13

**evacuation** 60:16 61:10,11, 12 62:18 63:6 83:10,17 84:1

**evening** 115:17

**event** 31:22 41:22 42:17 43:1,15,18 48:8,14 50:24 89:18 117:18

**events** 43:6 46:17

**everybody's** 32:21

**everything's** 113:7

**evidence** 24:11

**exact** 22:22 51:20 56:19 57:2 58:25 60:7 68:12

**EXAMINATION** 8:18

**examples** 39:5

**exceed** 108:13

**excess** 105:2 106:7 118:5,9

**excuse** 36:16 38:13 43:11 58:5

**exhibit** 85:15, 16,20 86:8 90:25 91:1,6 94:15,16,19 95:17,18,20,22 96:22,24 97:2 98:4,8 99:4,7 100:5,8,20,22, 24 101:20,23 107:13,15,17 111:23 119:3,5

**exhibits** 124:17

**exist** 103:25 105:1

**exists** 109:22

**expanded** 81:2

**expect** 92:23 94:3

**expended** 65:13 78:24 79:2,10

**experience** 33:8,11 41:23, 25 42:7 43:5,7 44:22 56:12,14 59:15 61:24 62:5,17 63:2,10 93:5

**experiencing** 33:8

**explain** 124:1

**extenders** 114:17

**extensions** 107:1

**extinguish** 55:8

**extinguisher** 52:24,25 53:6, 13,16,18 56:2 65:10 75:3,7, 10,12,19,22 78:18,20,21 79:5,14,15,17, 19,21,23,24 80:3,4,14,16 96:6 97:18 98:11,13,16 105:23

**extinguishers** 53:11,13,22 55:6 56:3,11 78:23 79:6,7,9 80:1 88:5 101:2,14 106:2 107:7

**extra** 33:4

**extraction** 46:11,13,14,16 48:2

**eye** 30:8

---

**F**

**facilities** 52:5 111:25

**facility** 15:8 19:14 26:1,4,7 27:3 35:12 36:22 41:8 44:5,6 46:4 47:6,14 49:14 50:18,25 51:16, 18 52:2,22 54:17,18 55:17 64:18,20 67:14 72:6 115:18,25

**facility's** 54:14

**fact** 8:7

**factors** 103:23, 24 104:7,25

**failing** 110:16, 19 118:21 119:9

**fair** 10:2,3 32:4 33:15 34:4,14 58:12 61:6 102:4

**fairly** 38:2 45:5

**familiar** 31:15

**familiarity** 85:6

**farthest** 32:17 72:7

**fashioned** 106:16

**fast** 61:1

**fast-food** 12:17

**feeds** 26:3

**feet** 100:2

**field** 13:8 45:16 54:15 58:9,20,

22 59:3,12,20

**fill** 24:7 40:23, 25 66:24 67:2 69:10

**filled** 24:12 67:8,9 86:16 107:24 111:3,8

**filling** 41:4 109:18

**finally** 67:5

**find** 50:7

**fine** 46:24 125:2

**finicky** 80:24

**finish** 10:7 29:7 58:13

**finishes** 29:8 30:14

**fire** 11:8 34:6, 17 43:21,24 44:21 48:5,9 50:15 51:9 52:10,17,19,23, 24,25 53:6,7, 11,15,16,17,21 54:1,4,25 55:5, 6,8,14,18 56:2, 3,10,18 57:6,7, 10,19,23,25 58:4,6 60:2,4, 13,14,16,19 61:9,21 62:1,3, 8,10,14,15,21 63:9,12,15 64:10,22 65:5, 10,12,25 66:17, 20,24,25 67:2, 4,16,23 68:4, 14,16 71:12 73:10 74:22,25 75:3,7,9,12,19, 24 76:24 77:4, 6,22 78:1,4,9, 18,19,20,23,25 79:6,9,14,15, 17,19,20,22,24 80:1,3,4,15,16 81:2 82:15,22 84:6,8,12,23 85:1,6 86:17

22 59:3,12,20

**fill** (see above)

**fire-based** 51:13

**firefighter** 55:22 82:9 101:14

**firefighters** 52:11 55:11,16, 19,25 63:6 65:24 66:2 81:17,23,24 86:4 101:11

**firefighters'** 61:16

**firefighting** 65:21

**firehouse** 55:20

**fires** 56:13,16, 25 57:3,14,21

**five-minute** 63:19 119:25

**fix** 38:15 40:17

**fixed** 40:21 114:7

**flames** 65:8,17 74:4,5 81:12 88:2 96:20

**floor** 30:17 65:11 76:1 87:22 110:23 111:4

87:13 88:3,4,5, 20 89:4,22 90:1,4,8,15,19 91:13,16 92:14, 24 93:6,21 94:9,13 95:3,7, 10 96:3,6,8,13, 16 97:16,17 98:11,13,16 101:1,2,11 102:23 103:14, 21,24 104:4 106:3,9 107:8 109:6 115:11, 20 116:5,7,14, 23 117:16,21 118:3



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

**foam** 105:22

**focus** 78:1

**focused** 59:21

**focusing** 62:16,17

**follow** 32:25 60:16

**follow-up** 87:9

**food** 30:21,23 57:9

**form** 34:9 51:3 71:16 90:9 92:8 93:8,24 94:5 102:3 107:22 109:19,25 110:13 121:5 123:7

**forms** 107:23 108:21 110:8

**forward** 117:2

**found** 119:19

**four-** 48:2

**fours** 110:25 111:5,15

**frame** 68:17

**frequently** 59:24

**Friday** 11:22

**friend** 84:18,20

**friends** 84:15

**front** 56:5,9 57:4 65:18 74:20,25 76:6, 7,15 81:11,13 96:20 97:7 101:6 106:6

**froze** 122:6

**full** 8:3 61:10

**functional** 44:24

**future** 38:5,20

### G

**game** 31:22 32:21

**gave** 50:1 53:12 80:12 87:2

**gear** 49:23 55:20 65:25

**general** 18:16, 19 113:5

**General's** 7:24

**generally** 14:6, 25 15:2,15,16 42:4 51:4 102:13 113:19

**Gillespie** 103:3

**give** 8:13 10:11 21:13 39:5 60:6 80:10

**glancing** 26:16

**good** 8:21 63:18 68:21 73:23 91:19 113:7

**grab** 55:5 100:14

**grabbed** 65:11

**graduate** 12:7, 9

**graduated** 12:8,10

**granted** 26:5

**grease** 53:17

**ground** 97:18

**guess** 38:21 42:6 44:13 45:9 121:19

**guessing** 100:19

**guidelines** 32:25

**gunned** 40:6

**gurney** 66:6 82:11 88:7,8

**guys** 8:16 36:20 38:23 61:1 63:19 104:14,20 124:2

### H

**half** 15:16 35:16 63:18 120:20 121:1, 14,21

**hall** 25:25 66:7, 16 72:15 81:20 83:13 88:11

**hand** 8:11 100:14

**handle** 28:9 38:5,9,19

**handled** 116:17

**hanging** 104:9, 11

**happen** 50:18 54:17 55:12 56:21 57:19 62:1,6 84:17

**happened** 42:10,13,18 51:18 52:22 57:8 64:15 68:4,17 69:11 84:9,13 85:4 115:16 116:13, 20,25 119:14, 17

**happening** 30:10 46:18 48:14 64:21 71:10 83:8 98:6 99:11 100:7,23

**hard** 39:6 87:2 93:22

**harm** 117:10

**hazard** 21:14 63:5

**hazmat** 20:14, 18 21:14 23:1 61:23 69:3 114:13

**head** 10:12 38:1 39:7 47:6 53:15

**heads** 37:1

**hear** 31:18 32:4,9,17 57:14 72:15 73:9

**heard** 70:11 71:4,8,12 73:11

**hearing** 89:12

**heart** 34:5,16

**heat** 81:2

**helped** 82:9 84:2

**helping** 78:4 82:13

**Hey** 27:15 104:17

**high** 12:7,8,10, 13,15

**higher** 12:12 39:23 61:25

**hired** 12:23 35:25 45:22

**hit** 37:25

**hold** 8:3 124:19,20,23

**hollering** 31:24

**home** 115:19

**homemade** 106:7,9,12,15 114:16

**hooping** 31:23

**Hoosier** 83:14 84:3

**hot** 57:16,18

**hour** 15:16 35:16 39:10 42:8 63:18

120:20 121:1, 14,21

**hours** 67:6 108:11

**house** 16:7 17:1 18:4,5,8 19:9,10 20:8, 12,22,23 21:9 23:5,7 28:11, 14,19 29:10,24 30:3,10,14,18, 24 31:9,12,15, 17,19 32:1,3,6, 20,24 35:1,9,22 60:19 61:15,21 62:9,11,14,16 64:24 65:2,3,4 66:7,11,14 67:13 70:12,17 71:13,15,25 72:1,4,5,7,8,14, 16,18 73:8,12, 17,20,21 74:13, 16,21 76:4,9 77:22 78:12,24 79:10 80:2 82:4 83:23 87:14 88:13,14,16 89:6,14 91:10, 11 92:24 93:2 97:11 107:25 108:3,23 109:10,21 112:20 113:10, 25 114:11 116:1,3,6 117:9 119:18 121:13, 17

**housed** 87:20

**houses** 17:7, 19 18:3 19:14 27:18 36:8 56:4 62:2 113:4

**housing** 15:13 18:19 55:16 60:17,24 62:4,5 70:18 72:19 119:11,19

**hustling** 72:11 95:15

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

**I**

**I&i** 67:19,22

**ID** 8:4

**idea** 54:18

**identification** 85:21 91:7 94:20 95:23 97:3 98:9 99:8 100:9,25 101:24 107:18 119:6

**IDOC** 35:19

**imagine** 93:22

**immediately** 48:11

**implemented** 89:21 107:10 118:2,15

**implementing** 38:12

**important** 10:6 94:12

**improve** 108:13

**improved** 109:4

**improvement** 105:22

**improvements** 42:15

**in-depth** 38:4

**in-service** 52:19

**incarcerated** 13:15 19:21 24:17 83:23 84:25 87:20,21, 24 88:1,6,10 99:1 105:2

**incident** 11:3, 6,7 37:22,24 38:4,23 41:8, 10,24 42:7,14, 17,21 57:8 64:14 66:24

69:6,7,9,12,23 84:16 87:6,9,12 88:19 102:3 104:1 106:6 114:14,18,19, 23,25 115:20, 24 117:1

**incidents** 36:22 37:2,17, 21 38:2 39:17 42:8 105:1

**inclined** 38:15

**incomplete** 119:21

**incorrect** 88:23

**Indiana** 7:15, 24 8:1 9:2 12:24,25 13:3 35:20 39:22 44:1,9 45:8 46:8 47:1 51:17 56:12 57:1 60:2 93:5 112:1 115:3 118:18

**Indianapolis** 8:1

**individual** 24:17 87:20,21, 24 88:2,6,10 97:13 98:22 99:1 105:2 123:6

**individuals** 19:21 30:16 43:10 48:21,22 83:23 84:3,8,25 97:7 99:19,20 107:1 110:6,10

**information** 90:14

**informed** 104:3

**initial** 45:20 47:10

**initially** 67:6

**inmate** 57:9

**inside** 40:4

73:17

**inspect** 16:3 107:9

**inspected** 108:2 112:17 114:2

**inspecting** 19:16 23:8

**inspection** 20:8,12,24 21:3,6,9,12 23:6,10 107:22, 24 108:21 110:3,8 112:11, 12 113:7 114:3, 9,11 123:2

**inspections** 19:13 20:7,15, 19 21:15,24 22:6,12,14,15, 16,18,19,25 23:3 109:16 110:17,20 111:21,25 112:19,22 113:1,11,12,24 122:23,24 123:5

**installed** 105:23 106:2

**instances** 53:15

**instinctively** 65:11

**instructed** 65:4

**instruction** 31:6 33:4 35:21 36:6 38:11 63:14 89:5,10, 12

**instructions** 53:10

**instructor** 50:13

**intelligence** 24:13 67:21

**intent** 108:12

**intentionally** 57:15

**interrupt** 46:2

**interrupted** 46:22

**interval** 22:21

**intervals** 22:13 28:17

**interview** 67:16

**interviewed** 67:25

**investigating** 66:19

**investigations** 24:13 67:21

**investigator** 66:17

**involved** 41:24 43:10 49:14 84:20 116:22

**ISO** 51:16 52:2

**ISP** 52:16 60:19 65:24 81:23 84:22 101:1

**ISP's** 88:3

**issue** 23:17,20 27:11 34:8 40:15 41:5,6 52:1 104:18

**issues** 14:22 19:18,22 20:5 21:16,18 23:22 28:7,9 36:21 37:23 40:9,13 44:4,9,11,19,20 109:4

**items** 106:8,10, 12,18 107:4,11

**J**

**James** 9:9

**January** 11:8 43:21,24 57:7 64:10 102:23

**job** 12:15 35:25 58:17 59:22 68:21 110:5 115:1

**job-related** 59:6

**joins** 33:20

**Jones** 69:24 70:2 78:13 99:24 100:3 103:4

**Joshua** 115:6

**K**

**Katie** 9:6

**keeping** 30:8

**Kentuckiana** 7:5

**Kentucky** 7:7

**key** 76:10,21

**keyboards** 118:8

**keys** 65:15 75:13 80:10,12, 18 97:25

**killed** 102:23 115:11,14

**kind** 25:7 33:8, 20 47:24 48:8 56:20 72:5 78:17 84:16 101:6 116:5

**kneeling** 101:7

**knelt** 65:17

**knew** 59:10 74:16

**knowing** 55:23

**knowledge** 16:16 35:17 36:10 41:2 78:24 79:8 90:2,3 103:21 105:5 106:1 107:3 114:1

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

**Koen** 7:11 8:2, 5,7,10,20 10:19 12:7 64:4,9 86:9 87:14,25 88:9,12,15 94:18 100:6 101:22 107:15 118:17 120:7, 12,15 122:10 123:20 124:3

---

**L**

**L5** 91:2 99:5

**large** 57:6 87:17 91:16 92:13 96:8

**larger** 95:4

**lasted** 42:8

**Latrice** 69:24 70:2 78:13

**law** 13:5

**lawsuit** 12:5

**lawyer** 8:23

**lead** 57:21 61:21,24 63:5

**leading** 117:18

**leave** 118:21

**led** 37:23

**Lee** 69:25 70:3

**left** 12:21,23 57:18 72:1 97:8

**left-hand** 91:4 94:23

**legal** 9:1,9

**letting** 60:15 104:17

**level** 38:19 40:22 51:16 96:19 108:14

**lieutenant** 13:24,25 14:3, 7,20 15:6 17:4, 6,14,19,24 18:2,5,9,25 19:9,10 21:2 28:14 36:11 37:4 40:11,23 41:3 52:16 64:25 66:10 69:24,25 70:20 77:9,11,17,18 82:9 85:19 87:14,25 88:9, 12,15 89:3 92:23 99:23,24 100:2 103:3,4,5 110:8 112:18 119:19

**lieutenant's** 67:12

**lieutenants** 16:25 17:17,22 18:1 27:25 28:3 35:10 36:25

**life** 117:16

**light** 44:15

**lights** 23:15

**lines** 10:10 15:24 49:25 51:19 68:21 83:5 106:15

**liquids** 40:6

**list** 55:25

**listed** 53:12

**lists** 103:2

**live** 55:16

**living** 24:23

**located** 7:6 25:25

**location** 7:18

**lock** 76:21

**locked** 33:7 56:6 115:11

**locker** 24:13

**locking** 76:9, 12

**locks** 15:24 16:1 76:4,12 80:24

**lockup** 39:25

57:9

**log** 18:17,19,21 31:10 46:17

**logs** 18:14

**lollygag** 61:3

**lollygagging** 61:6

**long** 11:23 12:19 13:17,21 14:14 15:15 37:16 39:8 42:4 60:23 71:14 77:7,11 80:11 83:16 121:10, 22

**longer** 15:19 42:9 61:4

**looked** 54:9, 12,21 65:6 96:16 114:14

**lot** 44:4 78:17 93:18 96:10

**loud** 32:2,16,20 33:5 34:7 73:12

**louder** 32:12

**Louisville** 7:7

**lying** 87:21

---

**M**

**made** 13:3,24 70:5 102:12 105:19 114:25

**main** 7:6 13:16 14:23 19:1 78:1

**maintaining** 62:18

**maintenance** 19:22 23:22,23 40:12,15,17,18, 23,25 41:4,5 44:4,8

**major** 37:5 41:8,9 42:8 103:2

**make** 10:10

13:25 16:21 17:10 20:16 30:9,16 32:23, 24 33:4 35:5,22 42:15 49:9 92:6 102:11 104:19, 22 106:21 116:16 117:24 124:6

**making** 14:24 18:17 19:8 20:11 22:2 23:12,13,14 24:23 28:4,10 40:13 66:12 86:14 102:9,14 106:25 112:19 114:10

**malfunctioning** 112:8

**manager** 20:18 21:14 23:1 61:23 63:5 69:3 114:13

**managers** 20:14

**manner** 110:12 111:21 117:7

**manual** 76:9, 12,21

**manually** 76:7

**March** 7:8 14:15 64:6 120:9

**mark** 85:16 91:1 94:16 96:24 98:4 99:4 107:13 109:1 119:2

**marked** 85:20 91:6 94:19 95:22 97:2 98:8 99:7 100:8,24 101:23 107:17 108:24 109:13, 22 110:24 111:4,9,15 119:5

**marking** 110:12

**mass** 118:4

**matter** 7:11

**Mccann** 70:6 87:4

**Mccormick** 66:10,11 69:25 70:3 77:9,12 82:9 85:19 89:3 99:23 100:1 103:4

**Mcgaha** 7:4 64:5 120:8 122:11

**meaningful** 110:17,20 111:25

**medical** 10:19, 23 48:9 50:9 66:6 82:8,10 87:23 88:8

**medication** 10:20

**medications** 10:24

**meeting** 36:20, 25 41:10 42:12

**meetings** 36:12,14,17 37:3,4,7,10 38:8,22 39:4,8, 12,13,16,21 41:13 42:16

**meets** 108:12, 16

**Megan** 7:20 8:22

**member** 40:5 47:19 48:16 49:1 50:3,5,7 52:6 71:22 86:2

**member's** 33:21

**members** 49:15,17 69:5 86:5 88:3 101:1 117:21

**members'**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

30:21

**memory** 10:24 64:10 88:20

**mentioned** 49:11 56:2 66:23 67:19 104:7 120:17

**message** 68:5, 13 84:14

**messing** 97:25

**metal** 81:1

**Michael** 7:13 85:7 87:20

**Michigan** 12:10,11,18

**mind** 39:7 81:3 89:24

**minimum** 47:11

**minute** 71:18 95:2,10

**minutes** 11:24 28:20,22,23,24, 25 33:2 35:3,12 42:9 61:4 83:18,19 98:7 121:23,24 122:17,19

**miscommunication** 117:5

**misheard** 124:7

**mock** 50:9,11

**moment** 97:22 98:1

**Monday** 22:13 107:24

**Mondays** 20:15,20

**monitor** 26:3, 18 29:14,17,23 30:4,9 35:4,21 36:8

**monitoring** 31:1 32:23 93:2

**monitors** 35:14

**month** 56:22 62:12

**monthly** 22:14, 16,18,20,25 23:3 37:3 39:8, 13 46:5 49:12 60:10

**months** 89:22

**morning** 8:20, 21 37:10 38:22 39:4 64:23

**mornings** 36:24

**mother** 13:6

**mouth** 23:24

**move** 14:7 24:21 60:25 104:20 113:8

**moved** 14:8 83:14 106:5 113:6

**moving** 112:21,23 113:22 117:2

**multiple** 17:22 20:24 106:17 121:15

**music** 118:7

**Mysti** 7:11 8:23

---

**N**

**Nadine** 77:18

**Nah** 52:12

**nail** 37:25

**name's** 64:5

**named** 115:6

**nature** 19:17

**Neal** 7:13 12:1, 4 68:9 69:2

**nearby** 82:23 83:7 92:1

**needed** 29:24 38:10,11,17,25 39:4 54:18,19 59:18 60:20 109:4 112:6 113:2 115:1 123:14,15

**night** 14:13,14 60:11 61:13 115:18

**nodding** 10:12

**North** 65:5,6 72:25 76:11 87:15 89:8 91:2 99:5

**Northern** 7:15

**noted** 123:11

**notes** 108:20, 22 120:1

**notice** 23:17 27:11

**Nowatzke** 103:2

**number** 7:16 54:6 57:2 60:7 86:8 91:25

---

**O**

**oath** 9:21

**Object** 121:2,5 123:7

**Objection** 34:9 71:16 90:9 92:8 93:8,24 94:5 109:25 110:13

**observe** 87:16

**observed** 87:21

**OC** 48:1

**occur** 56:17 60:8 105:8

**occurred** 37:2, 18 51:11,16 91:13 105:11

**occurring**

48:17

**October** 13:2

**off-record** 63:25

**offender** 15:17 24:20 40:4 52:23 56:18 62:18 81:24 92:5 113:8

**offenders** 15:23 23:21 25:10 31:21 33:12,15,25 34:21,24 44:13 56:15 60:16,21, 25 61:1 66:13 82:7 93:12,14 107:4 112:21 113:6 116:1,4 117:6,9 118:6

**office** 7:24 9:1 25:24,25 26:3 27:7,21 54:8 67:11,13

**officer** 13:10, 13,18 21:3 27:19,23 29:8, 18 30:3,5,7,20, 25 31:17 32:15 35:2,11,14 36:1 45:11,16 52:15 56:11 58:9,20, 23 59:3,7,12 65:7,13 74:8,9, 11 75:1,7,13,15 76:19 77:8 78:8 80:8 87:19 95:13 96:4,5 97:14,19 98:18 99:22

**officer's** 32:7 106:4

**officers** 16:25 23:5,12 27:13, 19 28:11,16 30:15 35:8,10 41:1 45:14

**older** 60:25

**on-the-job** 45:16,21 58:8

**online** 7:4 53:2,3,11

**online-based** 53:24

**open** 40:2,3 65:14,16 72:19 75:14,18 76:18 80:9,21 82:12, 17 87:19

**opened** 88:1

**opening** 80:23

**operate** 80:25

**operations** 43:8 65:1 121:14

**operator** 46:16

**opinions** 103:13

**opposite** 72:5

**option** 124:5

**order** 21:16,17 23:23 24:1 40:16 123:14 124:22,24

**orders** 28:21 33:1 35:15,23 36:3 113:17

**Oregon** 7:22

**outlet** 44:17, 22,25 45:1 57:16 106:19 112:13

**outlets** 23:14 105:17 106:21 107:9 112:8

**overseeing** 27:25 28:2

---

**P**

**p.m.** 64:1,6 88:16 120:4,9 125:9,10

**packet** 59:5,16

**paint** 104:8,11

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

**Pamela** 9:9

**paper** 87:2 125:1

**paperwork** 18:24 19:8 20:17 69:10

**parameters** 112:16

**part** 19:16 21:22 23:16 46:7 47:17 50:15 51:13 52:4,9,14 69:13 92:13 110:7 112:10 114:2,8 115:16 122:23

**participate** 36:11 41:21 42:2 51:25 90:18 102:9

**participated** 41:16 51:1 60:4 89:18 102:8

**participating** 60:2

**participation** 61:16 90:3

**parties** 8:6

**parts** 76:5

**past** 33:12

**paying** 115:2

**pending** 7:14 10:15

**people** 20:24, 25 22:24 23:13 32:4,12 40:22 46:7,12,14 47:7 50:21 61:5 73:5,12 99:21

**pepper** 48:1

**percent** 105:9

**Perfect** 124:18 125:3

**perform** 59:9 113:12

**perfunctory** 110:11

**perimeter** 49:24

**periodically** 30:12

**permission** 30:4

**person** 9:12 19:7 20:24 50:10 59:13 69:16 70:5 85:18 86:13 92:20 98:21 99:23,25 108:6

**person's** 22:10

**personal** 7:12 24:7 33:11

**perspective** 64:14

**physical** 53:6

**physically** 16:4 24:22 27:9 46:17 53:7

**picked** 47:3 75:11 79:17 80:14

**picking** 78:18

**picture** 92:16 100:7 101:6

**Pierce** 7:20 8:8,17,19,22 9:11 34:13 63:17,24 64:8 71:20 85:23 90:13 91:9 92:11 93:17 94:1,8,22 95:25 97:5 98:12 99:10 100:12, 21 101:4 102:1 107:20 110:1, 15 119:8,24 120:11 121:2,5, 7 122:2 123:7, 19,23 124:14, 16,20

**place** 71:23 82:10

**placing** 82:6 116:4

**plaintiff** 7:21 8:23

**plaintiff's** 7:19

**plan** 54:22 60:17 108:12

**plans** 54:5,7, 10,13,15 105:21

**plug** 106:17,22

**plug-in** 106:19

**plugs** 107:2

**plumbing** 44:11,19

**point** 10:14 54:22 60:1 63:18 66:8,12 73:24 77:21 78:1,9,19 80:6 85:1,13 91:16 92:25 94:13 96:1,8,12 97:16 99:14 101:9 113:23 118:18

**points** 107:6 113:10

**policies** 36:7 54:3 59:13,14, 19 103:18

**policy** 35:3,11, 15 38:10,13,16, 25 47:25 54:6 57:24 89:20 90:7 92:4 104:23 118:14

**POLLAK** 9:7

**pop** 106:16

**population** 13:15 15:18 55:24 62:18

**Portland** 7:22

**pose** 112:2,6

**posed** 104:10 111:24

**position** 76:17 81:11

**positions** 16:24 17:25 18:10 71:1

**possibly** 11:25

**post** 14:5,6 28:21 33:1 35:15,23 36:3 64:20 113:17

**posts** 14:7,8

**pot** 57:16

**pots** 57:18

**practice** 16:10, 18 111:20 113:5

**prefer** 16:19

**preference** 16:15,18 124:2

**prepare** 11:1

**presence** 12:5

**pressing** 50:5

**pretty** 31:19 32:3,5 33:16 44:1 74:1,17 76:24 91:16 92:17,21 106:20

**preventing** 80:23

**previous** 37:2, 18

**printed** 87:1

**prior** 14:17 90:15 106:2,8 115:8

**prison** 9:2 12:24 13:1,4 20:20 26:19 35:20 39:22 44:1,10 45:8 46:8 47:1 51:17 56:12 57:1 58:18 60:2

**85:13 93:6 112:1 115:3 118:18**

**prisoner** 33:7 113:23 115:6

**prisoners** 34:7,18 82:23 83:8 85:3 93:6 94:3 105:14 106:9 116:6

**problem** 51:22 112:4 114:17, 24

**problems** 37:23 39:18

**procedure** 47:25

**procedures** 103:18

**PROCEEDING S** 7:1

**process** 25:21 49:22 51:7 83:25

**program** 26:6

**promoted** 13:20

**proper** 65:20

**property** 24:7 105:2,14 106:7 116:2 118:5,10

**protector** 106:15 107:4

**protectors** 114:17

**provide** 53:11 89:5,9

**provided** 36:7 45:7 63:14

**providing** 106:25

**pull** 16:3 65:18 81:14 85:15 100:14

**pulled** 81:21 101:10,12



**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**KENTUCKIANA**
— COURT REPORTERS —

**Exhibit G**

**purpose** 17:9 42:11

**put** 23:22 24:1 25:5 49:9 56:25 62:15 65:25 75:24 78:4,20 79:6 80:14 82:15 101:11 108:20 109:3 117:8 123:14

**putting** 49:23 52:10 57:25 65:12

---

### Q

**QRT** 46:5 47:10,13,19,21, 24 48:4 49:11, 15,16 50:3,13, 15 52:15 69:5 71:22

**qualified** 47:8, 19

**quell** 78:25 88:5 98:11

**question** 9:24 10:1,5,15 19:19 34:11

**questions** 9:20 10:7 15:18 87:9 116:19 120:12,16 123:18,20

**quick** 45:12 46:6,7,9 47:4 49:11 63:19 120:15 123:24

**quickly** 33:17 74:17

**quiet** 32:3,18

---

### R

**radio** 27:15 40:19 48:15,17, 18 50:6 65:2 70:11 89:13 90:22

**raise** 8:11 43:23 95:9

**raised** 39:23 40:9 43:17

**ran** 74:24 75:1, 15

**random** 15:14 16:2 113:16

**range** 16:17 30:17 33:12 34:23 57:4,11 65:6,9,23 73:1 74:3,6,7,8,10, 14,24,25 75:1, 10,16,22,25 76:6,12,15 77:8,15,25 78:3,6 79:5,18 80:6 81:17,18 82:15,19,22 83:21 85:18,25 87:16,18 89:9 91:19 95:7,14 96:9 98:19,23 105:23 106:2 121:17,23 122:1

**ranges** 16:8,20 31:24 35:4,13 56:5,9 76:10,11 106:6 121:18, 20

**rate** 39:14

**ratings** 108:8

**reach** 38:23 124:16

**read** 11:3 87:11 88:17 103:5,18 105:3,24 124:1

**real** 62:20 123:24

**realistic** 50:24

**realize** 33:17, 19

**realized** 81:15

**reason** 27:5 41:4

**reasons** 25:12

**recall** 43:22 50:3,14,16 51:8,11,14,20 52:13 53:14 54:1 56:10 57:13 60:1,6 63:16 64:12 66:21 67:12,18, 24 68:1,2,12,18 69:8,20 70:13, 15 72:2 73:7,14 75:23 76:16 77:13,14,17,21 78:8,10,11,14, 16,22 79:3,13, 16 80:5,7 82:8 83:4 84:22 85:5,12,18,24 86:3,4,5,20,21 89:7,12,17,20 90:17 98:15,16 102:21 103:15 104:6,24 107:10,12 109:2,18 115:6, 23 117:2,11,12, 14,19 118:13, 16,23,25 119:14,16

**receive** 45:15 47:4 102:16

**received** 35:24,25 52:17

**receiving** 54:1

**recess** 64:2 120:5 122:8

**recognize** 91:10

**recommend** 38:25 43:23

**recommendati ons** 43:18 105:21 117:24

**record** 7:3 8:3 10:8,13 64:3 120:3,6 122:7,9 123:25 125:9

**records** 18:13, 14 23:2

**red** 80:3

**refer** 25:18

**reflecting** 109:21

**regard** 40:12 45:7 105:17

**regular** 36:12, 14,17,20 45:14

**regularly** 26:9

**related** 11:8 48:4 55:14

**relating** 43:20 66:24

**relation** 25:15 81:12 90:1

**relay** 48:18

**release** 55:11

**released** 82:23

**remember** 51:12,15,21 53:20 58:25 63:13 64:17,21 65:7,23 66:15 71:4 72:23 73:4 81:25 97:21 98:1 118:2,11, 14

**remotely** 7:21, 25

**remove** 105:14

**removed** 85:25

**removing** 118:9

**repaired** 29:24 44:18

**repeat** 34:11 35:6 39:18

**repeatedly** 39:19

**report** 11:3,7 24:25 25:11,19, 20 66:24 67:8 69:9,12,23 71:6 74:2 86:14,16,

20,23 87:3,6,9 90:23 102:5,9, 11,12,14,19,22 110:3 114:15

**reported** 64:23

**reporter** 7:3,5 8:2,6,10,16 10:8,13 63:25 64:3 100:19 120:3,6 122:4, 6,9 123:22,24 124:4,13,18,21, 25 125:3,6,8

**Reporters** 7:6

**reports** 26:17 42:18 102:16

**Representativ e** 7:12

**representing** 7:5

**reprimand** 118:24 119:9

**reputation** 85:10

**request** 40:12

**requests** 40:23,25 41:4

**require** 57:24

**required** 28:12 113:24

**requirement** 33:3

**requires** 108:12

**resolved** 19:18 21:18 23:24

**respond** 45:13 48:10,13,19 52:7 54:16 55:19 62:20,24 63:15 65:22 73:1 115:21

**responded** 56:25 57:5 65:2 84:8 87:14 95:11



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

**responder**
47:1,9 48:7,23
49:1 64:15
69:13,17,21
70:24

**responders**
45:13 46:10,12
47:3 48:10,19
49:5,7 50:6
52:22 65:22
70:1 78:14
87:15 88:10

**responding**
45:8 49:23 50:2
52:1 53:7 54:1
71:22 77:22
78:9 89:4 92:24
94:9,13 95:7
115:23 117:15

**response**
24:19,20 45:12
46:6,8,9 47:4
48:5 50:15
52:17 62:14,15
67:16 68:4,24
69:6 84:20 85:4
89:22 90:1,4,8,
15,19 103:13,
17,21 105:6
116:14,17
117:17 118:3

**responses**
51:9

**responsibilities**
13:12 14:19,
23 28:5,9 58:17
59:22 70:23
71:1

**responsibility**
19:1,13 21:22
22:2,10 28:2,15
40:12 110:7
112:18 114:12

**responsible**
15:6,8 17:1
18:13 20:11
28:10 60:15
102:13 114:10

**rest** 31:19
88:15 101:11

**restaurant**
12:18

**restrain** 48:2

**restraints** 48:3

**restricted**
119:10

**restrictive**
15:13 70:17
119:19

**restroom**
63:20,22

**result** 103:25
105:1

**retrained**
38:18

**returned** 84:3

**review** 21:13
23:2 30:4 41:10
43:12 90:18
110:7 124:5,9,
10

**reviewed**
11:10 54:15
87:6

**reviewing**
18:13 21:19

**right-hand**
101:5

**risk** 104:10
112:2,6 117:8
123:11

**risks** 111:24
112:3

**role** 20:14
26:10 52:15
55:4

**rolled** 76:6,15,
17

**Ron** 7:13

**room** 9:3,12
83:14 84:4

**roster** 49:10

**round** 15:15,21
16:7 29:3,8
30:14 120:19

121:1,11,13
122:14,15,16,
18,20

**rounds** 15:8,
11,12 17:2,4,7,
13 18:19 19:5,
7,16 23:9,11,
16,18 24:17
28:12,17,18
29:10 33:1
34:22 35:16
104:19 114:5
120:18

**route** 60:17

**rules** 9:17

**run** 74:13,21

**running** 15:5
20:3 50:10
71:22

**runs** 14:24
43:6 50:12

---

**S**

**safe** 16:22
23:13 32:19
35:5,22 88:14

**safety** 13:14
20:13,18 21:14
23:1 25:11
39:18,23 52:24
61:23 63:4 69:3
109:6 112:7
114:12 123:11

**sanitation**
19:17 123:16

**save** 117:16

**scared** 116:11

**scenario**
50:10,12

**school** 12:7,8,
10,13,16

**scope** 103:17

**screaming**
77:3

**screen** 27:1

**scroll** 86:12
110:22

**search** 18:14
105:14

**seconds** 71:19
72:11 80:13
91:4 94:24
95:14,19 96:25
98:5,7 99:4
100:18

**section** 86:13
103:16,23
104:7,25 109:6

**sections** 104:1

**secure** 16:5,22
35:5,23 60:22

**securing**
88:15

**security** 13:14
25:12

**segregation**
40:1 70:18

**select** 26:23

**selected** 47:17

**selecting** 51:7

**selection** 16:2

**sell** 107:3

**send** 23:25
68:11 124:17

**separate** 18:9

**sergeant**
13:20,21,22
21:2,4 28:14
29:8 31:8,14
49:4 52:16
69:25 70:3

**sergeants**
16:25 28:11
35:10 41:1

**serve** 47:19

**services** 9:1,9

**set** 26:22 57:4,
9,15 75:12

**sets** 56:18

**setting** 49:24
56:15

**settings** 26:21

**severity** 71:11

**shadowing**
58:16

**shakedown**
105:13 114:20
118:5

**shakedowns**
105:8,10
113:13,14,22

**shaken** 113:19

**shaking** 10:11

**share** 85:17
90:25 94:16
95:17 96:23
98:3 101:20
119:2

**sharing** 94:15
95:17 96:22
111:23

**sheet** 24:18
123:4,6

**sheets** 21:13
119:11,19

**shelter** 21:1
28:13

**shift** 14:12,13,
14,21,23,24,25
15:1,2,3,5,7
17:14 18:12,14
19:8,12,15
20:14 21:11,23,
25 22:1,2,4,7,9
25:23 26:2,5,
10,14 27:24
36:19 37:2,11,
12,18 47:3
48:8,23 49:7,8
51:1 60:11
61:13 70:6 87:2
113:18,20
115:15 121:12

**shot** 95:3

**show** 43:4
49:21 59:9
66:17 99:3

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

100:17 115:18

**showed** 65:24 83:15 95:3

**sic** 70:11

**sides** 121:19

**sign** 18:22 124:9,11

**signal** 48:17 55:5,13,14 57:24 58:5 65:1 67:5 87:23 88:11,25 89:1 107:8

**signals** 45:13

**significant** 57:6

**silver** 79:20

**similar** 17:1,9 38:19 96:16 104:1 105:1

**similarly** 110:11

**simulate** 50:23 52:10 62:10

**simulated** 49:21 50:14 53:7 62:14

**simulation** 50:11 60:20 61:16 63:7

**simulations** 51:4

**single** 16:17

**sit** 64:9 79:13

**sitting** 8:24 65:10

**situation** 38:9, 20 42:10 48:16 49:23 52:8,25 55:4,7 68:7,22 78:16 82:8 116:5

**situations** 38:6 54:20

**size** 93:21

95:10

**slip** 24:8,11 25:18

**slow** 62:21

**small** 57:23

**smell** 73:16

**Smith** 7:13 65:19 66:3,5,8 77:1,18 81:6, 19,21 82:16 85:7 87:20,21, 24 88:6,10 92:20 93:22 94:2 100:11 101:9,15 102:23 115:11

**Smith's** 82:3, 13 83:11 86:1 98:22 101:17

**smoke** 44:14, 15,16 65:8 73:16,19,22,23 74:4,5 83:19 87:17 88:2 91:20 93:18 94:3 96:10 104:9

**smoking** 57:16

**smoothly** 14:24

**Sneezes** 58:2

**socket** 44:15, 20

**sockets** 44:12, 21

**solemnly** 8:11

**soliciting** 43:14

**somebody's** 30:17 32:23 34:16,17

**son** 101:6

**sort** 43:9 54:24 76:1 101:10 108:16 110:11

**sound** 120:21

**South** 7:15

**spare** 118:9

**spark** 44:15

**sparked** 44:25

**sparking** 44:21 45:1

**sparks** 44:22

**speak** 11:12,17 67:15,22 84:25

**speaking** 68:2 84:22 97:18

**special** 32:22 48:4

**specific** 14:6 15:14 41:10 54:6 56:23 86:5 109:18

**specifically** 49:15 52:17 53:10 70:14,15 73:15 119:17

**speculation** 93:9 94:6

**speed** 62:20

**spoke** 11:19

**spoken** 12:1,4

**spontaneous** 56:20

**sports** 31:22

**spots** 123:4,6

**spotted** 52:20

**spray** 48:1

**spraying** 96:2

**sprinkler** 109:7,10

**squad** 52:6 54:14,16 115:17

**staff** 14:21 19:18,21 27:22 30:21 33:10,14, 21 34:17,23 36:15,18 38:14 39:1,24 40:5

41:23 42:1 43:3,11 44:16 46:16 47:11 48:16 50:5,7 55:15,17,21 60:14 61:15 63:2 65:5 72:24 73:4 86:2,5 90:7 103:1,16 104:12 107:8 114:16 117:6,8, 10,21 121:15, 16,17

**staffer** 107:7

**stairs** 82:14

**stairwell** 66:5

**standard** 108:11,13,14

**standardizatio n** 105:7,10,13

**standing** 76:2 97:7

**stands** 114:6

**start** 10:5 13:7, 9 25:21 28:24, 25 29:1,5 33:13,16 34:19 36:17 39:16 57:25 58:14,22 65:12 93:13 122:14

**started** 13:9 82:13

**starting** 7:19 45:20 64:17 116:2

**starts** 33:20

**state** 7:17 8:3 9:2 12:24,25 13:4 35:20 39:22 44:1,9 45:8 46:8 47:1 51:17 56:12 57:1 60:2 86:9 93:6 101:21 107:14 112:1 115:3 116:2 118:18 119:3

**statement** 86:20

**statements** 69:11

**station** 27:20, 23 29:18 30:5, 8,20,25 31:17 32:16 35:2,11, 14 56:11 95:13 106:5

**stationed** 30:15 31:12

**status** 119:11

**stayed** 81:17 82:19

**steam** 51:19

**step** 25:1,6

**steps** 29:9 32:22 33:4 36:7 54:19 55:2,10 57:25 83:7 104:22

**stick** 44:14

**stop** 74:20 94:15 95:17 96:22 111:23 122:17

**stopped** 15:17 101:3

**stored** 106:4

**Street** 7:6

**strictly** 51:12

**strike** 14:5 15:6 24:16 29:7 32:15 35:9 36:16 46:25 59:1 61:20 72:13 74:12 77:7,18 86:24 110:7

**stroke** 34:5,16

**stuck** 44:23

**stuff** 15:18 19:2 23:9 26:17 27:21 31:25 40:7 45:17



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

51:19 53:19 54:19 65:23 66:20 68:22 83:19,20 104:19 114:5 116:2 118:7,8

**submit** 21:17 40:16 86:25

**substance** 11:15

**substantive** 124:6

**suggested** 13:7

**Suite** 7:7

**summary** 37:21 38:1

**supervise** 14:21 27:8 29:9

**supervises** 58:17

**supervising** 28:3 33:5 59:3

**supervisor** 14:12,23 15:1, 2,7 18:12 19:12,15 21:12, 23 22:1,9 25:23 26:2,5,10 27:24 37:5 42:3 43:3 46:15 49:4 70:7 87:3 121:12

**supervisor's** 49:8

**supervisors** 20:14 22:4,7 36:19,25 42:2 47:4 61:25 104:13

**supervisory** 36:15,18

**support** 46:15

**supposed** 15:10,20 18:22 20:8 23:6 24:19 28:18,22 30:8 33:9 34:22 35:16 48:10

51:22 52:1 54:25 55:11,12 105:15 113:17 120:19,20

**surge** 106:15 107:3 114:16

**surrounded** 96:13

**surroundings** 29:13

**surveillance** 26:4 31:2 35:14 42:21 91:2

**swear** 8:12

**system** 48:1 109:7,10

———————

**T**

———————

**tablets** 93:16

**tabs** 26:22

**takes** 121:10

**taking** 10:20, 24 109:16

**talk** 11:23 19:20 36:21 37:1,18 39:11, 13 59:6 61:10 69:6

**talked** 58:8 63:4,11,12 85:17 117:1 120:17

**talking** 19:18, 21 20:1 32:4 37:8,20,22 46:6 61:5 67:20

**talks** 103:23

**tampered** 44:25 45:2

**tarp** 82:7

**task** 59:9

**tasked** 116:3

**tasks** 59:21

**Taylor** 103:4

**teach** 59:11

**team** 27:20 45:12 46:7,8,9, 11,13,14 47:2, 4,9,19 48:7,23 49:1,2,3,9,17, 20,21 50:2 52:6 55:22 69:13,17, 21

**teams** 46:10,20

**technician** 7:4

**telephone** 27:15,18 40:19

**telephones** 27:20

**telling** 73:1

**ten** 61:4 83:18 95:14 121:24

**term** 67:19

**test** 50:8

**testified** 89:16 120:18,25

**testify** 10:21

**testimony** 8:12

**text** 68:5,13

**thing** 18:18 38:17 43:14 45:11 55:12 58:10 61:17,18 63:8 120:17

**things** 15:20 17:10 18:14 19:17,22,24,25 21:20 22:15 23:15 35:5,22 36:22 38:4,6 39:3,11,14,15, 19 42:14 44:7, 14 59:6,23 61:6 66:4,12 106:22 109:3 112:8 117:3,11 118:10 120:16

**thinking** 39:6

**thought** 68:6 98:15

**thoughts** 103:13

**threes** 111:9

**throw** 24:6

**thrown** 40:7

**time** 7:8,9 8:4 11:19 13:7 14:9 18:5,23 21:24 23:21 25:4 26:20,24 29:16, 25 30:20 31:1, 25 33:22,23 35:6,19 39:6,22 47:7,23 50:8,14 52:5 54:21 56:15,19 57:1,3 59:8 60:1 61:9 62:2,5 64:1,6,7 66:9,10 67:6,7 68:8,17 70:12, 16 71:4 74:9,10 75:4,17 77:1 78:1,5,11 80:11 81:18,19 82:25 83:9,24 88:3 94:24 95:4,19 96:25 99:12 106:5 113:1 115:13,19 117:7 118:5,9, 22 119:23 120:4,9,12 122:7,12 124:22 125:7,9

**times** 11:17,18 29:23 30:18 34:24 41:18,19 44:12 56:22 62:2 113:16 121:15

**timestamp** 95:20 97:1

**today** 7:5,7 9:13 10:21 11:2,13 64:5,9 79:14 120:8 122:11 124:15

**toilet** 44:11

**told** 73:4 74:24

**top** 16:8 39:7

43:9 53:14 91:3,19 103:1

**total** 121:20

**tough** 84:16

**train** 38:18

**trained** 38:18 45:11 47:8 59:18

**training** 31:6 35:21,24,25 36:2 38:11,17, 24 45:7,10,15, 16,17,18,19,20, 21,23 47:5,10, 13,18,21,24 48:4 50:10,11 52:16,18 53:1, 2,3,4,6,11,24, 25 54:2 55:1 58:9,13,14,20, 23 59:3,5,12, 13,16,17,20 63:12,14 89:21 107:7

**transcript** 124:4,5,15

**transport** 83:12

**transported** 83:11

**trapped** 104:9

**trash** 24:6,7

**true** 113:4

**truth** 8:13,14

**turned** 20:17 22:6 24:12 119:20

**turning** 20:17

**TV** 93:15

**type** 23:6,10,14 24:2 36:20 39:3 51:8 63:7 71:12 79:23 107:4

**types** 15:20 19:25 38:24 39:11 49:18 50:2 51:4

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

53:12,21 59:1 106:12 112:3

**typical** 16:10 42:20

**typos** 124:7,8

**U**

**U.S.** 7:14

**Uh-huh** 9:7

**ultimately** 19:7

**unable** 65:19 80:22 81:13 82:19

**unacceptable** 108:9

**unauthorized** 118:21

**understand** 9:22,24

**understands** 62:22

**understood** 10:1

**undetected** 112:9

**unhappy** 56:16

**unit** 15:13,22 18:21,23,25 19:2 27:11,13, 20,22 28:15,21 33:5 40:1,20 55:4 57:9 60:17,24 62:5 70:18,21 72:19 73:22 113:17 119:21 121:15

**unit's** 20:2

**units** 15:12,14 17:7,23 18:7,16 20:16 27:9 28:7 29:14 55:16,24 60:15,22,25 62:4

**unlock** 76:7, 17,20 80:15 81:1 99:17

101:16,17

**unlocked** 76:18 80:17,19, 20 81:5 97:24 99:13

**unlocking** 81:4

**unresponsive** 77:2 82:7 87:22

**unsatisfactory** 108:10

**unsuccessful** 88:5

**unsure** 54:6

**upcoming** 39:15

**update** 37:21

**upset** 85:3 116:6

**urgency** 62:20

**utilized** 88:4

**V**

**vacancy** 39:14

**vacated** 60:18

**Valencia** 7:12 8:24

**varied** 51:6

**varies** 56:24

**vary** 14:9 26:15 37:17 60:24

**verbal** 10:11

**video** 7:4 31:2 42:17,21,25 64:5 91:2 120:8 122:11 124:19 125:4

**videoconference** 7:10

**view** 26:7,23 29:16 30:1,4

**viewing** 30:9, 11 31:9

**viewpoints** 43:14

**vigilant** 29:12

**Vincent** 69:25

**visitor** 18:20

**visitor's** 18:21

**visually** 16:3 24:22 114:5

**W**

**wait** 10:4 83:16

**waiting** 101:10,13

**waive** 124:1,9, 11,12

**walk** 16:17,19 24:15 61:3 64:16 121:20, 23 123:3

**walked** 54:24

**walking** 121:13

**walks** 28:22

**walkthroughs** 92:6

**wall** 52:23 104:8

**walls** 51:17

**wanted** 13:5 38:25 120:16

**warden** 12:1,4 37:5 42:3 43:7, 12 68:2,3,5,9 69:2 103:2,3

**warden's** 54:8

**wardens** 36:15,19 37:6 69:2

**Wardlow** 103:2

**watch** 42:20

**watching** 30:17 31:23 93:15

**water** 30:21,23 53:18,21 79:20, 22 96:6 98:16 105:22

**Water-based** 53:13

**weapon** 24:10

**weapons** 46:10,13 47:25 48:1 49:20,21 50:2

**week** 22:12 56:21,22

**weekend** 11:21

**weekly** 20:8, 12,15,19 21:7 22:6,19,21 107:22 114:3,9, 11 122:24 123:5

**weeks** 68:15 84:12 89:22

**West** 7:6

**White** 12:17, 21,23

**Winn** 103:5

**wire** 106:17

**word** 23:24

**wording** 106:14

**work** 12:19 13:3,17,21 14:25 21:16,17 23:23 24:1 27:6 40:16 64:23 121:18 123:14

**worked** 12:17, 20 13:6 46:19 85:13

**working** 12:25 13:6,8 23:15 27:22 44:9,25 55:4,15 66:1 70:12 113:7 115:3,13,15 118:18

**works** 47:1,14 84:15

**worried** 46:22

**would've** 69:24 70:5 87:4,6

**wrap** 120:1

**write** 46:17

**writing** 31:10

**written** 59:14 118:24 119:9

**wrong** 23:1

**Y**

**year** 14:16 45:23,24 58:25

**yearly** 46:4 50:17 51:5,9

**years** 12:20 13:19,23

**yell** 32:12 34:2, 7,21

**yelled** 34:24

**yelling** 31:24 32:5,8,10,21 33:13,16,20 34:19 73:13 83:1,3,4 93:7, 13,22 94:2,4

**yells** 32:16

**Z**

**zone** 16:25 17:4,6,13,19, 21,24 18:1 19:9 27:25 28:3

**zoom** 7:21 8:1 91:3

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**