

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CASE NO. 3:24-CV-00185

# MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

# OF THE ESTATE OF MICAHEL SMITH, AND ON

# HER OWN BEHALF

# V.

# RON NEAL, ET AL.

# DEPONENT:

# DOUGLAS WARDLOW

# DATE:

# June 26, 2025



a courtroom
**powerhouse**

schedule@kentuckianareporters.com

☎ 877.808.5856  |  502.589.2273



www.kentuckianareporters.com

**Exhibit I**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185

MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF,

Plaintiff

V.

RON NEAL, ET AL.,

Defendants

DEPONENT:  DOUGLAS WARDLOW

DATE:      JUNE 26, 2025

REPORTER:  KORTNEY CHASE

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Megan Pierce, Esquire

Loevy + Loevy

311 North Aberdeen

3rd Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: megan@loevy.com

 (Appeared via videoconference)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit I**

APPEARANCES (CONTINUED)

ON BEHALF OF THE DEFENDANTS, LT. DENNIS KOEN,

CAPT. VINCENT MCCORMICK, SGT. AMON LEE,

SGT. JENIENE WALTON, OFFICER DARNELL CROCKETT,

STEVEN MCCANN, LT. LATRICE JONES, SGT. ERNEST WILLIAMS,

SGT. MICHAEL EVERETT, OFFICER JAYLON SINGLETON,

WARDEN RON NEAL, CHRISTOPHER BEAL, KEVIN CROSS,

ART KAUFMAN, ANDREW KMITTA, JASON NOWATZKE,

NADINE SMITH, DOUGLAS WARDLOW, DEBORAH TAYLOR,

JANILLE WHITAKER, AND DANIELLE BROWN:

Gustavo Jimenez, Esquire

Office of the Indiana Attorney General

Indiana Government Center South

302 West Washington Street

5th Floor

Indianapolis, Indiana 46204

Telephone No.: (317) 232-6201

E-mail: gustavo.jimenez@atg.in.gov

(Appeared via videoconference)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

INDEX

|                                          | Page |
|------------------------------------------|------|
| PROCEEDINGS                              | 6    |
| DIRECT EXAMINATION BY MS. PIERCE         | 7    |
| CROSS-EXAMINATION BY MR. JIMENEZ         | 171  |

EXHIBITS

| Exhibit                                  | Page |
|------------------------------------------|------|
| 1 - STATE 011475-011476                  | 102  |
| 2 - I & I Report - STATE 000015-000018   | 119  |
| 3 - Still Photo at 10:56:00              | 127  |
| 4 - Still Photo at 10:57                 | 129  |
| 5 - Still Photo at 10:58                 | 132  |
| 6 - Still Photo at 10:58:18              | 138  |
| 7 - Still Photo at 10:58:23              | 139  |
| 8 - STATE 035408                         | 142  |
| 9 - STATE 017381-017383                  | 146  |
| 10 - E-mail Regarding Filzern Fire       | 152  |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

STIPULATION

The VIDEO deposition of DOUGLAS WARDLOW was taken at KENTUCKIANA COURT REPORTERS, 201 NORTH ILLINOIS STREET, 16TH FLOOR, INDIANAPOLIS, INDIANA 46204, via videoconference in which all participants attended remotely, on THURSDAY the 26TH day of JUNE 2025 at 10:01 a.m. (CT); said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure.  THE OATH IN THIS MATTER WAS SWORN REMOTELY PURSUANT TO FRCP 30.

It is agreed that KORTNEY CHASE being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

PROCEEDINGS

THE REPORTER:  We are now on the record. My name is Kortney Chase.  I'm the online video technician and court reporter today representing Kentuckiana Reporters located at 201 North Illinois Street, Indianapolis, Indiana 46204.  Today is the 26th day of June 2025, and the time is 10:01 a.m. Central Time.

We are convened by videoconference to take the deposition of Douglas Wardlow in the matter of Mysti Valencia as personal representative of the Estate of Michael Smith, and on her own behalf v. Ron Neal et al., pending in the United States District Court for the Northern District of Indiana, South Bend Division, case number 3:24-CV-00185.

Will everyone but the witness please state your appearance, how you are attending, and location you are attending from, starting with Plaintiff's counsel?

MS. PIERCE:  Megan Pierce on behalf of the plaintiff, attending remotely via Zoom.

MR. JIMENEZ:  And Gustavo Jimenez on behalf of the defendants, attending remotely via Zoom.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

THE REPORTER:  And, Mr. Wardlow, will you please state your full name for the record?

THE WITNESS:  Douglas Wardlow.

THE REPORTER:  And do all parties agree that the witness is, in fact, Douglas Wardlow?

MS. PIERCE:  Yes.

MR. JIMENEZ:  Yes.

THE REPORTER:  Thank you.  Mr. Wardlow, will you please raise your right hand?  Do you solemnly swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I do.

THE REPORTER:  Thank you.  You can begin, Counsel.

DIRECT EXAMINATION

BY MS. PIERCE:

Q.   Good morning, Mr. Wardlow.  As I mentioned, my name is Megan Pierce, and I represent the plaintiff in this case, Mysti Valencia.  Could you state and spell your name for the record one more time?

A.   Douglas Wardlow, D-O-U-G-L-A-S, W-A-R-D-L-O-W.

Q.   Thank you.  And where are you currently while you sit for this deposition?

A.   In the deputy warden's office at Indiana State

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit I**

Prison.

Q.    And is anyone else in that office with you?

A.    No.

Q.    Have you ever been deposed before?

A.    Yes.

Q.    About how many times?

A.    Just once.

Q.    And was that in relation to your job at ISP?

A.    Yes.

Q.    And when was that?

A.    I do not recall that one.  It's been several years ago.  I just don't know when it was.

Q.    Okay.  And were you a defendant in that lawsuit?

A.    I believe so, yes.  And I was --

Q.    Did you -- oh, I'm sorry.

A.    I was a defendant.  Yes.

Q.    And do you know how that lawsuit resolved?

A.    It was dismissed.

Q.    All right.  I'll go through the rules of the deposition just to make sure we're all on the same page, okay?

A.    Okay.

Q.    I'll ask questions and you'll give answers under oath just as if we were in a courtroom.  If you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

don't understand a question or you can't hear me clearly, please ask for clarification.  If you don't ask for clarification, I'll assume that you understood my question, okay?

A.   Okay.

Q.   And then, so that the court reporter can get a clear record, please try to wait until I finish my question.  Even if you know where it's going, even if it's very clear, just wait until I completely finish before you start answering, okay?

A.   Okay.

Q.   And then along those same lines, try to make sure to give verbal answers, so say yes or no instead of a nodding or shaking your head, just so that the court reporter, again, can get a clear record of your answers. And then, your lawyer may object from time to time.

Once they state their objection, you should still answer unless they instruct you not to.  And then as I mentioned before we got on the record, we can take a break at any point.  If you'd like to take a lunch break, anything like that, just let me know.  We can take a break.

I just ask that if a question is pending, you answer that question, and then we'll go on the break.

A.   Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Mr. Wardlow, do you have any medical conditions or are you taking any medication that would affect your ability to testify here today?

A.   No.

Q.   And do you have any medical conditions or are you taking any medication that affect your memory?

A.   No.

Q.   Did you do anything to prepare for your deposition today?

A.   I talked to my lawyer.

Q.   And without going into the substance of that conversation, when did you speak with them?

A.   Yesterday.

Q.   And about how long did you speak with them?

A.   About an hour.

Q.   Did you speak with them at any other point in preparation for your deposition?

A.   I talked to him a couple other times.  I don't know when.  Just a phone call.

Q.   And about how long were those calls?

A.   Half hour to an hour.

Q.   And did you speak with anyone else besides your attorneys in preparation for your deposition?

A.   No.

Q.   Did you speak with any of the defendants about

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

your deposition?

A. No.

Q. Did you review any documents in preparation for your deposition?

A. I did, yes.

Q. And what -- oh, what documents did you review?

A. I reviewed the I&I report and -- oh, what is it called? The actual court document that was sent out with the lawsuit on it.

Q. Okay. You -- the complaint where the plaintiff --

A. Yes.

Q. -- has the allegations?

A. Yes.

Q. Anything else that you reviewed?

A. A couple policies and procedures.

Q. Okay. And what policies and procedures did you review?

A. The emergency manual and fire and evacuation.

Q. Any other policy documents that you reviewed?

A. Post orders. Sorry, that was the other one.

Q. Which post order did you review?

A. Cell house.

Q. Okay. A Cell House?

A. Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



**Exhibit I**

Q.    Any other post orders?

A.    No.

Q.    Any facility directives?

A.    No.  I think they were all emergency manual ones.  The fire and the evacuation plan.

Q.    Okay.  Any administrative regulations, other things like that?

A.    No.

Q.    Did you review any other -- any other documents that we haven't discussed?

A.    No.

Q.    Any photos or videos?

A.    No.

Q.    And about how long did you spend reviewing documents?

A.    A couple hours.

Q.    Maybe two or three?  Around there?

A.    Two at the most.  One to two hours at the most.

Q.    Anything else that you did to prepare for your deposition that we haven't discussed?

A.    No.

Q.    All right.  Mr. Wardlow, what year did you graduate from high school?

A.    1993.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   And did you -- excuse me.  Did you complete any higher education?

A.   No.  I had Marine Corps after that.

Q.   And -- excuse me.  How long were you in the Marine Corps?

A.   Four years.

Q.   And what did you do after the Marine Corps?

A.   I'm sorry, what was that?

Q.   Yeah.  Sorry.  What did you do after the Marine Corps?

A.   Worked at some factories and fast food, and then came to work here.

Q.   And what year did you start with the IDOC?

A.   2005.

Q.   And have you been at IDOC since 2005?

A.   Yes.

Q.   Have you been at Indiana State Prison the entire time?

A.   Yes.

Q.   And when you started in 2005, I assume you started as a correctional officer?

A.   That is correct.

Q.   And were you working night shift or day shift?

A.   Started on night shift, probably four months, and then came on day shift from there.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

Q.    And have you been mostly on day shift since then or kind of back and forth?

A.    Did a stint of two-and-a-half, three years on nights before I became the major.

Q.    And when you were a correctional officer, did you work in all the different cell houses?

A.    I worked all of them, but mainly in our SEG unit.

Q.    Okay.  But you had experience working in A Cell House?

A.    Yes.

Q.    And A Cell House may have some upgrades and things like that, but it's largely the same as when you started, right?

A.    Yes.  It's pretty much the same.

Q.    All right.  And how long did you work as a correctional officer?

A.    I want to say a year-and-a-half before I got promoted to sergeant.

Q.    So you got promoted to sergeant sometime in 2006 or 2007?

A.    Somewhere in there.  I think '7.

Q.    And how long did you work as a sergeant?

A.    Three or four years.  I'm not quite sure.  I think in 2011 I got lieutenant, if I remember correctly.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   And then how long --

MR. JIMENEZ:  Hey, Megan.  Sorry.  Sorry. The -- people are here.  They're -- just give me a couple minutes.  Let's go off the record.

THE REPORTER:  Okay.  We're --

MR. JIMENEZ:  And then -- let me get them situated, and then I'll be back.  Sorry.  One second.

THE REPORTER:  We're off the record at 10:11 a.m. Central Time.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Douglas Wardlow being conducted by videoconference.  My name is Kortney Chase. Today is June 26, 2025, and the time is 10:19 a.m. Central Time. Counsel, you can begin.

BY MS. PIERCE:

Q.   Okay.  Before we went on break, I think we were talking about your work history at Indiana State Prison.  So you said you believe you got promoted to lieutenant sometime around 2011; is that right?

A.   Yes.  '10 or '11.  I just --

Q.   Okay.

A.   -- don't remember when.

Q.   Understood.  So around 2010, 2011, you were

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit I

promoted to lieutenant.  And how long did you work as a lieutenant?

A.    I think 2014 or '15 is when I got captain.

Q.    Okay.  And while you were a lieutenant, you sometimes worked as assistant shift supervisor, right?

A.    Yes.

Q.    Okay.  Was that your general post or was that --

A.    I was assigned to our SEG unit as the lieutenant in there, but I did get assigned to shift supervisor for a year or two, I think, somewhere in there.

Q.    And then 2014, 2015, you were promoted to captain.  As captain, did you generally work on day shift or night shift?

A.    I started on day shift and then went to nights for two or three years.

Q.    And then, when were you promoted to major?

A.    December of 2019.  December, January.  It was right at the beginning of the year.  29 -- 2019, '20.

Q.    And that's the position you're in now, correct?

A.    Yes.

Q.    Okay.  And that's also the custody supervisor, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.   Yes.

Q.   So what are your responsibilities as the custody supervisor?

A.   Monitor, make sure the custody staff -- we have enough custody staff on each shift.  We have the -- in charge of sanitation.  Ultimately in charge of it, but we have officers that are in charge of it.  Anything that has to do with the custody and operations of the daily operations of the facility.

Q.   So fair to say you're the one directly supervising all of the custody staff on a day-to-day basis?

A.   Directly?  No.  I have shift supervisors that do that.

Q.   Okay.  So who are you directly supervising?

A.   Really, the shift supervisors are ultimately my direct reports.

Q.   Okay.  And those are the captains, correct?  Usually?

A.   Yes.

Q.   Anyone else that you directly supervise to?

A.   My secretary and the laundry department.

Q.   Anybody else?

A.   Nope.

Q.   And who is your direct supervisor?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    Mr. Neal, the warden.

Q.    And is -- has that been true the entire time that you were a major?

A.    No.  We used to report to the deputy warden of operations.  They changed that a few years ago, and we report directly to the warden.  But the direct -- deputy warden is still under our command.  They can still tell us what to do.

Q.    And so, that -- at some point while you were custody supervisor, initially, you were supervised by the deputy warden, but that has changed during the period that you were a custody supervisor?

A.    Yes.

Q.    Do you remember more or less when that changed?

A.    I do not.  A couple years ago.  Two or three, maybe.

Q.    And you mentioned that you still -- the deputy warden is still above you in the chain of command, so you might report to them, or they might give you instructions or tasks to do, correct?

A.    Yes.

Q.    As custody supervisor, what responsibilities do you have for disciplining staff?

A.    I do recommendations if I see it.  I also do

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

some of the disciplinary process for staff and the hearing officer for it.

Q.   Are you in charge of overseeing the discipline of staff?

A.   I'm not sure what you're asking on that one.

Q.   Yeah.  Who's ultimately overseeing the disciplinary process for staff?

A.   I mean, the disciplinary goes through the deputy warden of operations.

Q.   Okay.  And so, you are mostly just participating as a hearing officer on occasion, and if you see something, you're recommending discipline when appropriate?

A.   Yes.

Q.   As a -- the custody supervisor, what are your responsibilities with regard to facility inspections?

A.   I do my rounds, daily rounds.  They are monthly and weekly inspections that get done.  Those are done by a shift supervisor and turned in to a safety hazmat.

Q.   Okay.  So you just do your daily rounds, but the monthly and weekly inspections are done by the shift supervisor and turned in to safety hazard; is that right?

A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.    And do you have any role in that process of reviewing the monthly and weekly inspections or making sure they're done appropriately?

A.    Safety hazmat sends me a list of the ones that they don't get, and I just get ahold of the head of department to make sure they're done and turned in.

Q.    Okay.  Any other role that you play in making sure they're done correctly or making sure issues are addressed?

A.    No.  Not a role I play, but do I look at them? Yes.  And I do, if there's a work order needed, have -- put it in for that.

Q.    Okay.  Are you looking at all of the inspection reports, or just the ones that have issues?

A.    I don't look at all of them.  I just glance through them sometimes to make sure they're being done and actually look at them.

Q.    Okay.  So from time to --

A.    Ultimately, it's a safety hazmat --

Q.    Okay.

A.    -- that look at them and does all that.

Q.    Okay.  So ultimately, the safety hazard manager is in charge of making sure that they are done appropriately, but you kind of spot check from time to time; is that right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
COURT REPORTERS

**Exhibit I**

A.   Correct.

Q.   Okay.  Has there ever been any concerns that you're aware of that shift supervisors are kind of going through the motions and not actually doing thorough inspections?

A.   No.  None of that at all.

Q.   When you do daily rounds, what do you do during those rounds?

A.   I talk to staff, talk to offenders, look at the sanitation, look at any incidents or any windows out, any maintenance issues, make sure the sanitation and everything is done correctly and doesn't need improved.

Q.   Okay.  But you're not looking from, you know, cell to cell, make sure everything looks okay in each cell?

A.   No.  Look at the cells, too.  That's part of the security round.

Q.   Okay.  And what are you looking for when you look inside the cells?

A.   I look for the cleanliness of the cell. Anything out of ordinary, if there's contraband or anything in there.  If the offender is in there, if they have any issues, they tell me, and I put work orders in for them.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit I**

Q.    Okay.  Are you looking also for, like, maintenance issues in the cell, electrical problems, faulty outlets, things like that?

A.    Yes.  What I can see from outside of the cell, yes, because I don't enter the cells.  But as you're walking, if you see something out of the ordinary and it looks like it needs it, yes.  I look for that as well.

Q.    And I assume you don't do a daily round of the whole facility, or is that --

A.    Not for the whole facility, no.

Q.    Okay.  What -- how do you decide what areas you're going to, and generally, how much do you do each day?

A.    It's pretty much a day-to-day basis, depending on my workload for the day, how long I can be out, what I have going on with meetings or anything else.

Q.    Okay.

A.    There's not really a routine to it.

Q.    Got you.  Okay.  So you just kind of go to different areas of the cell house -- or excuse me, different areas of the prison each day; is that fair?

A.    Yes.

Q.    Any other responsibilities that you have for inspections or -- yeah, for inspections or reviewing inspection reports?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    No.

Q.    As custody supervisor, do you have any responsibilities over maintenance and repairs?

A.    The only thing I have is if I see it or get notified of it, I put in a work order.  The maintenance department is supervised by the deputy warden.

Q.    As custody supervisor, you have some responsibility for policy review and policy changes, right?

A.    Yes.

Q.    Okay.  So what are your responsibilities for reviewing and amending policies?

A.    I review them on a -- there's a schedule for review, gets sent to us, the policy gets reviewed, any changes or anything gets sent in, and then the changes get made.

Q.    Okay.

A.    So you change a -- a procedure or something that gets changed.

Q.    Okay.  And that's your main -- or not your main responsibility, but you are the one primarily responsible for reviewing policies as custody supervisor, right?

A.    And the deputy warden, yes.

Q.    I'm sorry, can you repeat that again?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.   And the deputy warden.

Q.   Okay.  So you and the deputy warden are both responsible?

A.   Yes.

Q.   Okay.  And you -- the two of you will review all the policies that apply to the facility, correct?

A.   Throughout the year.

Q.   Okay.  And they're on a set schedule, and they'll get sent to you periodically, and when they get sent to you, you take some time to review them, correct?

A.   (Inaudible).

Q.   And when you take time to review them, what are you looking for?

A.   Changes or anything that we implemented that's not in there to make those changes on there.

Q.   Okay.  So you are looking both if -- let me make sure I understand this.  So are you looking to see if other people made changes?

A.   No.  There shouldn't be any other changes on there unless it's approved and then goes on -- up the chain of command.

Q.   I see.  Okay.  So you're looking for, you know, things that you might be doing differently or holes in the policy or things that need to be changed to make the facility run better, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    Yes.  Something that changed policy-wise goes downstate.  They put out the policies.  Executive directives and administrative operations for the facility is what we review.  So let me rephrase.  We don't review the actual policy-policy.

Q.    Okay.

A.    The policy put out from downstate.

Q.    Got you.  Okay.  I think --

A.    Director and operations.

Q.    Yeah.  Let me pull back.  So there's different types of policies that apply to the facility, right?

A.    Yes.

Q.    So let's go through what those are.  There's policies from downstate.  What -- how would you refer to those?

A.    That's the main policy.  The policy overall for it.

Q.    That'd be like the IDOC-wide policies, correct?

A.    Yes.

Q.    I'm sorry?

A.    Yes.  IODOC-wide [sic] policy.

Q.    Okay.  And what other types of policies apply to the facility?

A.    Objective directives.  And you have operations

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

directors and administrative directors.

Q.   Okay.  And who's in charge of the -- so there's the facility directives, the operations directives, and the administrative directives, right?

A.   Yes.

Q.   And those apply only to Indiana State Prison, correct?

A.   Yes.

Q.   And who is responsible for drafting and making changes to those?

A.   That would be myself and the deputy warden.

Q.   Okay.  And what's the difference between the facility directives, the operation directives, and the administrative directives?

A.   They're facility-based.  So if the facility's structure is different, it changes its facilities.  So they're facility-based operation directives.

Q.   Okay.  And what's the difference between the three type?  You mentioned facility directives and then operation directives and then administrative directive.

A.   The policy is -- oh, you mean the executive directive and the admin operations policy.  Operations is how you operate the facility.  That specific facility, administrative directives is what the administrator puts out to say as a -- I don't want to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

say guideline, but it's -- has to do with all the operations as well.

But it's -- I don't even know how to explain that one.

Q.   Is it --

A.   Policies and procedures, but the operations is operations of the facility itself.

Q.   Okay.  And then administrative might be more like administrative work rather than operational?

A.   Right.  Yes.

Q.   Understood.  And then, what's the difference of -- what is a facility directive in comparison to an operation directive?

A.   Facility based as on what we have implemented policy and procedures for the facility itself.

Q.   Okay.  And how do they differ from operation directives?

A.   I think they're the same.

Q.   Okay.  And again, you and the deputy warden are responsible for drafting those and updating them as they're needed, right?

A.   Yes.

Q.   Okay.  So if, like, some incident happens, you know, there's an escape and you realize that there's a gap in your policy that needs to be changed to prevent a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

similar escape from happening, you two would talk and you would come up with some amendment to the policies to implement that, correct?

A.   Yes.  If we change something in there because of an incident or something, we would go back in and change that, yes.

Q.   Okay.  And that would be -- again, that would be you and the deputy warden, correct?

A.   Yes.

Q.   Okay.  And this is true for all facility, operation, administrative directives, right?

A.   I don't know -- yes.

Q.   Okay.  And then there are also post orders. Those are another type of policy document, right?

A.   Yes.

Q.   Okay.  And who's responsible for reviewing, updating, and amending the post orders?

A.   Myself and my lead captain, whoever that is at the time.  The lead captain starts it, he makes changes compared to what our policy -- what we've changed as our procedures, and then he sends it to myself and the deputy warden.  We review and then send it up to the warden to sign off.

Q.   Okay.  All right.  So between you and the deputy warden and the captain, you-all are responsible

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

for making sure necessary post order changes happen, right?

A.    Yes.

Q.    And what's the schedule for amending -- reviewing and amending post orders?

A.    It's another set schedule.  I don't have it in front of me.  That -- we try and do it periodically for all of them because there's so many post orders, so we're not doing all at once.

Q.    Okay.  Am I right that each policy and post order is supposed to be reviewed once a year?

A.    Yes.

Q.    And then that could be more as necessary, right?  Like if an incident happens and you're like, we need to change something, you could review it more often, correct?

A.    Yes.

Q.    Okay.  And do you do that sometimes, an incident happens and you're like, we need to change this policy and review it out of the schedule?

A.    Yes.

Q.    And we were talking about the facility operations and administrative directives.  You said that you and the deputy warden would make those changes. What is the warden's involvement in those decisions?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.    He reviews them and signs off on them.

Q.    Okay.

A.    If there's any changes he feels that weren't in there, then he'll tell us, and we'll redo.

Q.    Okay.  So if the warden has notes or thoughts or additional changes, the warden will make those or instruct you to?

A.    Yes.

Q.    And as warden, he is ultimately responsible for making sure the policies are complete and adequate, right?

A.    I don't know if he's ultimately -- I'm not the warden, so I don't know.  But he does sign off on that.

Q.    Sure.  Okay.  When you are making changes to policies, how do you do that?  Do you do that in, like, a electronic document and track changes, or do you just do it directly, or do you make, you know, handwritten notes and have somebody else make the changes?

A.    So it's sent to us on e-mail, and it's a Word document most likely.  Yeah.  I think they're all Word documents.  And we use the scratch mark if we're taking something out.  We add something, we highlight it.  And we send it to our (inaudible) in policy, Rhonda Brennan, and she puts it all together, prints it out, and sends it to the warden.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

Q.   Any other responsibilities that you have with regard to policies and practices at the facility?

A.   No, not that I believe so.

Q.   You're in charge of -- well, strike that. You're also responsible for implementing them as part of your job, correct?

A.   Yes.

Q.   Okay.

A.   Implementing and allowing the custody to know the changes and everything, yes.

Q.   Okay.  So if there are changes, you would be involved in making sure that all staff are made aware of those changes, correct?

A.   Yes.

Q.   And how is that done, that staff are made aware of changes to policy?

A.   We print the policy, and they read them in roll calls, or they'll have them sign.  There's a sign-off sheet form them for the sign off.

Q.   And did they sign off on all the facility and operations and administrative directives or just the post orders?

A.   I don't recall on that one.  I think they sign off on all of them, but I have to double check that one.

Q.   And then part of your responsibility is making

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

sure that you are enforcing the rules and making sure that your subordinate staff are enforcing the rules, right?

A.   Correct.

Q.   Okay.  So that would include making sure people are doing their rounds, making sure people are doing their inspections, things like that, you are responsible for enforcing?

A.   Correct.

Q.   As the custody supervisor, do you have any responsibility for training?

A.   No responsibility for it, but I do help, like, assist staff if they need help in training or didn't know what they're going on.  But I do not have any responsibility for training the staff themselves.

Q.   Okay.  And how exactly do you assist and help out?

A.   If they have questions on how to do run sheets, how to do anything that has to do with their job, I assist them and say, hey, this is what we should do.  This is what's in the policy procedures or in the post orders.  And this is what you should be following, if they have questions on how to do their job.

Q.   Okay.  So just to make sure I understand you correctly, you're involved in sort of informal training,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit I**

making sure people know how to do things, but you're not involved in the actual formal training program?

A.    Correct.

Q.    Okay.  And are you involved in any of the, like, as an official field training officer or anything like that?

A.    I am a field training officer, yes, but I don't get anybody because of my rank and position.

Q.    Understood.  Okay.  And who is responsible for making sure that training is adequate and making any changes in the training program to affect -- reflect changes in the facility directives and the operations directives and things like that?

A.    The training department, the training coordinator does all the training and gets with downstate training, STE -- ST -- SDE?  I'm drawing a blank.  It's sit-down training.  We have so many acronyms, but the training coordinator makes all them changes.

And we do have a field training manager as well, that dispatches all the new staff.

Q.    Okay.  And have you ever been involved in any discussions about changes that are needed for training or made any recommendations for different or additional training?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit I

A.    Yes.  I've done some story boarding for different positions for their FTO packet if they get promoted to that.  Yes.

Q.    Sorry.  You've done -- what did you say?  Story?

A.    A storyboarding.  It's called a DACUM which they put a bunch of index cards up, and we all get to what needs to be policy or what needs to be trained or what they need to do in their training.

Q.    Oh, okay.  So you are involved in sort of coming up with some of the ideas of what needs to actually be done during the field training program, right?

A.    Yeah, I -- not ultimately, but I have been on a board that has done that, yes.

Q.    Okay.  And where is that?  Is that board at Indiana State Prison or is that at IDOC?

A.    IDOC.

Q.    Okay.

A.    Yes.  We did it.

Q.    And are there any conversations or discussions at ISP about changes or specific things that needed to be included in the training based on your specific facility?

A.    We have training meetings and we discuss any

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

issues or anything that we see with training or needs to be addressed. But the training, what they do in a 40-hour training in the training is all a set standard throughout the state.

Q.   And is that true for the field training as well? Or is that facility-specific?

A.   That's -- now, it used to be facility had their own FTO packets, but now I believe it's all combined now. So it's all one throughout the state --

Q.   Okay.

A.   -- is what they're going through.

Q.   Is that a recent change?

A.   It's been a few years.

Q.   Okay.

A.   I don't know a date.

Q.   Okay. So the field training program used to be done internally at ISP, but at some point in the last few years, it's changed?

A.   Yeah, they put set standards. That was that DACUM that we did. They kind of had all the facilities together in one and did a set standard what should be in the packets.

Q.   Okay. And you said you have regular training meetings. How often do those happen?

A.   Quarterly.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   And who attends those?

A.   Myself, the deputy warden, field training manager, and the training coordinator and training officers.

Q.   And what types of things do you discuss at the training meeting?

A.   What's going on, any changes that we need that we see or any problems we have with FTO program, how many people we have as new officers, what changes are going to be made into the new training policy or training for the next year.  I think that's about it.

Q.   Do you-all ever determine that, hey, like, we need a refresher or we need an additional training session on this issue, even though it's, you know, it's not time for the annual training, but we want to do this, like, little one off training during the year?

A.   It has happened.  Yes.  I've done one myself.

Q.   Okay.  What was the topic that you did yours on?

A.   Cuffing offenders in an RHU unit.

Q.   Okay.  And do you-all need to get permission from IDOC Central to do those or is that just something you can do specifically at the facility?

A.   Just something we can do at the facility.

Q.   Okay.  So if you see a need, you're, like,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit I**

there's a repeat problem with this issue, you can do a one-off training session and you can just do that internally at ISP, correct?

A.   Yeah.  When I did the one for the handcuffing, I asked Mr. Neal, I said, we have some issues.  Can we do this?  And he approved it and we went and did it.

Q.   Okay.  And was the training coordinator, any training staff involved in that, or did you just do that with permission from the warden?

A.   Myself and a couple supervisors that work RHU units that made those and trained and make sure everybody knew how to use the cuffs and handcuff properly, the safety and the leads, which was a -- a lead, we used for -- that go around the handcuffs for escort.

Q.   All right.  Any other responsibilities or role you've had in training as a custody supervisor?

A.   No.

Q.   And what about emergency response?  Do you have any role or responsibility in emergency response as the custody supervisor?

A.   I am the emergency response commander.  So I'm over the E squad and the K9 units that we have.

Q.   Okay.  And do you handle training for the E squad and the K9 units?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.   I do not.  I will attend them at times, but that is ran by the field -- field training commander or field commander.  And I'm the commander ultima over it, but the field commander actually does the training.

Q.   Okay.  And so, what is your role as the emergency response commander?

A.   I'm in charge of them when an emergency comes up.  Usually, I'm up in the ICP, incident command post, and they directly contact me, and I give them orders from there.

Q.   Any other role that you have in emergency response?

A.   I assign the QRTs, people wanting to -- the classes.  Anybody wanting to become a quick-response team, which is a first responder or weapons team or a cell extraction, I assign those.

Q.   Okay.

A.   Training wise, I don't do any of the training for them.

Q.   Does everybody who wants to be involved in the QRT allowed to do so?

A.   Yes.  As long as they pass the weapons screening board.

Q.   Okay.  Okay.  So you're sort of in charge of facilitating that when people request, you make sure

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

that they get into the QRT program and get trained?

A.   Yes.

Q.   And then, do you have any responsibility for reviewing and amending the emergency manual?

A.   Yes, I do review and amend the emergency manual by the department manual.  So if the department manual changes, we change ours to match theirs with the changes they make, or if we have something that changed here for our operations, I amend that as well.

Q.   Okay.  And you're the one who's responsible for that?

A.   Yes.

Q.   And does anyone sign off on those changes?

A.   Yes, Mr. Neal signs off on all them and I believe the deputy warden would sign off on all them as well.

Q.   And is that done -- is a review of the emergency manual done on a set schedule or is it just when changes happen at the facility or in IDOC?

A.   Annually.  Just once a year.

Q.   Any other responsibilities that you have as custody supervisor that we haven't discussed?

A.   None that I can think of.  No.

Q.   As custody supervisor, are you notified of all incidents that happened at Indiana State Prison?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.   Notified right away or notified all together?

Q.   **Notified all together.**

A.   All together, I get the e-mails and the incident reports every day that --

Q.   **Okay.**

A.   -- comes up.

Q.   **So every incident that has an incident report done for it, you'll get a copy of that incident report via e-mail?**

A.   Yes.

Q.   **And that'll happen every day?**

A.   Yes.  Every day.  Every shift.

Q.   **Okay.  And every incident should be put into an incident report, right?**

A.   Not every incident should be put into an incident report.  It depends on what it is.  If it's a minor incident or a de-escalation or something, not necessarily the need for an incident report on some of that.

Q.   **Okay.  Should a incident report be done for every fire at the facility?**

A.   There is a -- what is it?  There's a fire log that we do and turn into the safety hazmat manager.  So if we use the fire extinguisher, some of them do not get put on an incident report.  It may be just some offender

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit I**

that started a fire on the range with a little paper, and it was put out in matter of two seconds or something, so they don't write an incident report on that.

Q.   Okay.  But any of those things should be that documented in a fire log?

A.   Yes.

Q.   And any fire that, you know, requires actually putting out with a fire extinguisher or is more than just a two-second little fire should be documented in an incident report, right?

A.   I mean, any fire?  No.  I mean, there's fires that you can put out with -- and like it is -- so some offenders will start it right in front of you, and it's not needed for a whole signal or anything be called because if staff get up there and they respond and they put it out right away.

Q.   So what's the policy rule on when an incident report should be done?

A.   Any major or incident of use of force or fights, 3000s, something that's major, not a minor fire, which was it just a piece of paper or something that a offender started on the range in front of an officer to say, hey, I just need something, and they stop.  That's how --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit I

Q.   What about if, like, a hot pot catches on fire?  Does that need to be put in an incident report?

A.   No, we don't necessarily put them in a incident report.  Sometimes we have, sometimes we haven't.  It's not a direct policy to say it has to be an incident report.

Q.   Okay.  So basically anything that somebody would deem significant needs to be put in an incident report?

A.   Yes.

Q.   But there's no hard and fast rule of what goes in an incident report and what can just be left out?

A.   I mean, there's no -- yes.  I mean, some stuff that is minor is not necessary for an incident report.

Q.   And I just want to make sure I understand. It's sort of a subjective assessment of whether it's sign significant enough to be put in an incident report; is that right?

A.   I don't know what you mean by subjective.  I don't know if -- how you mean subjective on that.

Q.   Sure.  So let me ask that a little differently.  So if a new correctional officer came up to you and was, like, when do I need to write an incident report and when do I not, what would you tell them as a general matter?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit I**

A. If they're reporting it to the shift supervisor, shift supervisor would tell them, hey, we're reporting it. We're doing an incident report, and they will tell them I need an incident report from them.

Q. I see. Okay. So it's sort of a decision by the shift supervisor about whether or not to do an incident report?

A. If it's reported to them, yes.

Q. So how does someone know whether or not to report something to the shift supervisor?

A. It is just on their knowledge. They say, hey, an incident happened. And they feel they need to report it. They report it.

Q. Okay. So that's what I'm getting at, I guess, is it's just sort of a decision about whether you as an individual think that what you just witnessed is important enough to report and do an incident report, right?

A. Yes.

Q. Okay. But anything major obviously should go in an incident report, right?

A. That's a major incident and commotion and use of force, it will go in an incident report automatically.

Q. Okay. And if it's a significant fire with a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

1070 called and the fire department comes, that goes in incident report?

A.    There was a signal called on it.  Yes.

Q.    Okay.  So anytime a signal is called, you need an incident report?

A.    Yeah, we do do a -- anytime a signal has been called, we do an incident report.

Q.    Okay.  And when you get copies of incident reports, you review those, right?

A.    I review them, but like I said, periodically. I don't review all of them.  We get incidents that will sit me at a desk all day long and just review.

Q.    Do you get any sort of report daily that summarizes the incidents that happened?

A.    Shift report from all the shift captains. They send a shift report with a summary.  So if there's something that I see out of hand on a shift report where I think I should review it, then I review it.

Q.    Okay.  So the shift report will also have a list -- a, like, brief summary of all the incidents as well?

A.    Absolutely.  Yes.

Q.    Okay.  And you'll read that every day?

A.    Yes.

Q.    Okay.  So you will, you know, be aware of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

every incident that gets reported?

A.    Yes.

Q.    And do you have any responsibility once you're notified, are you reviewing these or, you know, following up with discipline, do you have any, like, follow-up responsibilities?

A.    No.  Just review.  And if there's some issues or something I see, I can mention it to the shift supervisor or say, hey, this report's incomplete or something like that.  Nothing really to follow up training wise or anything or changes.

Q.    Okay.  And if you see an incident report and you're, like, I think there needs to be some discipline here, do you follow up with discipline?

A.    Absolutely.  If I see something where they messed up then I -- or I feel they messed up or they violated a policy, I will recommend discipline.

Q.    How often do you recommend discipline as a shift supervisor?  I mean, sorry.  As a custody supervisor?

A.    I couldn't -- I couldn't give you a how often, but I do it.  I did two of them last week.

Q.    When incidents happen, are you responsible for doing any sort of investigation into that incident or any sort of assessment of how that incident occurred and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

what was done to stop it?

A.    No.

Q.    And who has responsibility for doing that?

A.    The investigations are done by Internal Affairs.  I&I.

Q.    And do you get copies of the I&I reports after they're completed?

A.    I do.

Q.    And what do you do with the I&I reports?

A.    Well, I don't get a copy of it.  I get to see it.  It's a copy, and I sign -- read it, sign off on it and then I turn it back into I&I.

Q.    Okay.  And if I&I determines that there was a policy violation or a problem or something like that, do you have any steps to follow up on that?

A.    So usually, the warden will say recommend discipline, if he sees it in there.  If they recommend, say they say somebody was in dereliction of duty or something.  He puts on his remarks recommend discipline or set for a hearing.  It goes to a deputy warden.

Deputy warden sets it to a hearing officer, which is usually me for -- recently for the -- all incidents that have a -- a I&I report, and then I do the hearing on it.

Q.    Okay.  And if you -- you know, does it ever

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

happen that you-all review the I&A reports -- or I&I reports and you say, hey, I think staff needs additional guidance on this, or we might need to train -- change training or policy on this?  Does that -- is that a common occurrence?

A.   It's a possibility, but I don't remember the last time we did it on them.

Q.   Okay.  But that's one of the things you're looking out for when you review the I&I reports, right?

A.   If you see something that may need change or they recommended something to be changed, yes, we can do that.

Q.   Okay.  And that's something that you and the warden and the deputy warden would handle?

A.   I mean, anybody that sees an I&I report that could say, hey, we see this, we might need some changes. They can suggest that, yes.

Q.   Okay.  As the custody supervisor, do you participate in any regular meetings?

A.   8:00 meetings.  It's a IRC, an incident report, incident -- critical incident report review, and then also debriefings at times.

Q.   Okay.  So every day or every weekday, you have an 8:00 a.m. incident review committee meeting?

A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.    And generally, how long do those last?

A.    Half hour, 45 minutes, maybe, depending on the incidents.

Q.    And who is responsible for running those?

A.    It is deputy warden that's in charge of those operations.

Q.    And are they -- are you-all just getting basically debriefed, or are you discussing what went wrong and what changes might need to be made?  What discipline might need to be made?

A.    We discussed the incident itself, we read the incident to everybody that's in the room and then anybody that has any opinions or knowledge of the incident or anything that they know that's not in -- then we discussed that, yes.

Q.    Okay.  So you are discussing, like, things that may have gone wrong or things that might need to be changed, right?

A.    Or why it happened or --

Q.    Okay.

A.    -- what happened and the reasoning why or something like that.  Yes.

Q.    Okay.  So this is more than just a debrief?  You're actually, like, trying to figure out what went wrong or what could have been done better?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    Yes.  We discussed the incident to see what we can do.

Q.    Okay.  And are notes taken at these meetings?

A.    Yes.

Q.    Do you know who takes the notes?

A.    Deputy warden secretary.

Q.    And are those circulated to everybody after the meeting?

A.    Yes.  We put out the IRC meeting on a PowerPoint now.  I don't know when that started.  I think it started right after COVID or right during COVID.

Q.    And do you also participate in any regular leadership meetings with the warden and deputy warden and --

A.    We have a department head meeting quarterly.

Q.    And how long do those usually last?

A.    Hour.

Q.    And who runs those?

A.    The warden.

Q.    And what types of things do you discuss at the department head meeting?

A.    What's going on in each department, changes that needs done.

Q.    Sorry, I interrupted you.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.    Changes or what's going on, shortages to staff, or what that department has going on at that time.

Q.    **And you discuss any major incidents at those meeting?**

A.    No.  It's mainly a department head meeting to let everybody know what's going on, some changes or something that he gets from downstate meeting wise he'll mention or something that's coming up.  But no, the incidents aren't.  No.

Q.    **Any other regular meetings that you participate in?**

A.    8:00, department heads, training.  Nope.  I think that's it.

Q.    **And we talked about the shift reports, the incident reports.  Are there any other reports that you regularly get?**

A.    I get all the reports, like, general housing reports.  They all come to me to be stored.  My secretary gets them and stores them.  Visitor logs, stuff like that.  I also get some QRT drills and security drills.

Q.    **Anything else that you get regularly?**

A.    Not that I can think of, no.

Q.    **Any other reports that you're responsible for**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

making?

A.    Just my K9 report monthly, but none other that I know of offhand.

Q.    What is your -- I know -- I'm sure it can change from day to day, but what is your general daily routine as the custody supervisor?

A.    I mean, generally there's not really a routine.  It all depends on what I have going on that day.  What, like -- I can use today as an example.  I haven't been to my office yet.  We have a family day going on, and I had to set all that up.  I mean, but I have rounds to do.

I go make rounds.  I get out on the streets during line movements and help the street sergeants run the line movements and monitor them.  I do legal mail. I do property.  I do -- I mean, on a daily basis, I could be doing 20 different things.

Q.    Okay.  And what is the shift that you typically work or the hours that you typical -- typically work?

A.    7:00 to 3:00, Monday through Friday.

Q.    Okay.  You understand that you've been designated to provide testimony on behalf of IDOC on three different topics, correct?

A.    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Okay.  I'm going to read those topics and just make sure that we are on the same page about what you've been designated to testify about.

So topic 2 on the subpoena is, "IDOC's policies, practices, customs, rules, regulations, and/or systems in effect at Indiana State Prison between January 2017 and the present relating to removing and/or releasing prisoners from their cells in the case of an emergency, including during a fire, medical problem, or other event presenting a risk to health and safety."

You understand that you've been designated to provide testimony on this topic, correct?

A.   Yes.

Q.   Okay.  And you're prepared to provide testimony on that topic?

A.   Yes.

Q.   And then topic 3 is, "IDOC's policies, practices, customs, rules, regulations, and/or systems in effect at Indiana State Prison between January 2017 and the present relating to the manner in which a prisoner communicates a request for help to staff or otherwise alerts staff to an emergency situation at ISP."

And you understand your designated to provide testimony on behalf of IDOC on that topic?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A. Yes.

Q. And you're prepared to do so?

A. Yes.

Q. And then topic 4, "IDOC's policies, practices, customs, rules, regulations, and/or systems in effect at Indiana State Prison between January 2017 and the present relating to the manner in which custody staff supervise and monitor a cell house, including between security rounds and prisoner counts."

And you understand you're designated to provide testimony on behalf of ADOC -- IDOC on that topic?

A. Yes.

Q. And you're prepared to do so?

A. Yes.

Q. And everything you did to prepare for these three topics was covered by what we discussed earlier, correct?

A. Yes.

Q. Okay. There's nothing else you did to prepare on these topics specifically?

A. No.

Q. And in January 2017, your position was captain, correct?

A. Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

Q.   Okay.  So you were a shift supervisor at that time?

A.   That is correct.

Q.   And were you working days or nights in 2017?

A.   Night shift, sorry.

Q.   All right.  When a emergency -- well, strike that.  There are various types of emergencies that can occur inside a locked prisoner cell, correct?

A.   Yes.

Q.   So those could be attempted suicide, they could be heart attacks, they could be fires, they could be, you know, other types of immediate health emergencies, right?

A.   Yes.

Q.   Is there a policy in place about how -- what to do when a prisoner is experiencing an emergency in their locked cell?

A.   There's post orders.  There's signals that we can call.  I mean, that's -- there -- the policy -- I mean, it is just there's post orders in the staff.  If they see an emergency, they're going to call a signal and then they're going to respond and open the doors.

Q.   Okay.  So --

A.   (Inaudible) offender.

Q.   If, for example, a prisoner is having an

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

emergency in their locked cell, are staff required to immediately open the cell and release that individual from their cell?

A.   They wait for assistance if they're alone, because it could be a setup.  They could just want the staff to go in and then assault them.  It could be a fake one.  I mean, if they know they're hanging and everything, they -- as soon as staff get there, they open the door and go in and assist them.

Q.   Okay.  So even if someone is -- has attempted suicide and they are hanging, you have to wait for backup to come before you go in to help them?

A.   They don't have to wait to go in there.  If you know that they're not going to be assaulted.  But if they're just passed out, laying dead on -- or, like, pretending on the cell -- on the cell floor, and you can't tell if there's any medical, then they wait for somebody to assist them to go in because it could be a setup for them.

Q.   I see.  Okay.  So if you can look in and see clearly that there's a real emergency that you know is a legit emergency, you should go in immediately and help them or let them out, correct?

A.   Depending on the situation.  I mean, you're not going to go into a situation that is harmful for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

you.

Q. Okay. And if there is a fire in someone's locked cell, should you open the door immediately?

A. I mean, I think my first would be to try and put the fire out. It may take -- you may waste your time trying to open the door when you could try to put the fire out.

Q. Okay.

A. I'm not in that situation to be able to tell, hey, what to do or tell that officer what to do. If their safety is in harm, they're not going to open that door.

Q. Okay. So would it be fair to say that the policy or -- is more or less, if there's a concern about the officer's safety, they should wait for backup before opening the door? But otherwise, if there's an emergency, they should open the door, takes other steps to respond appropriately?

A. Correct.

Q. Okay. In a cell house in 2023, there was two different types of locking mechanisms, right?

A. Correct.

Q. Okay. So some of the levels had newer locks, correct?

A. Correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.    And tell me how those worked.

A.    They're electronic doors.  There's a board up front that you pop them and it unlocks the door or there's a key for them.

Q.    Okay.  So you can -- when you say there's a board up front, where is that exactly?

A.    The front of the range.

Q.    Okay.  And that is where the stairs are; is that right?

A.    Front stairs.  There's a box up there that you open up, and it's got all the lights and all the switches for each door.  You just pop it to unlock it. You put it back to open it.  There's also a override that will unlock all of them all together.

Q.    Oh, okay.  So you can go up to the board and you can just hit a button and that will automatically open a cell door, correct?

A.    Yes.

Q.    Okay.

A.    It is right on there.

Q.    And you can also hit a button and open all the cell doors?

A.    Yeah.  You can unlock them.  They won't open because they don't swing on their own.  You just unlock them and the offender has to push them open.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Got you.  Okay.  And is that kind of loud, like, the offender would be able to hear their door unlocking?

A.   As far as I know, yes.  Because we do it the same way when we run chow lines and they know when they'll push their door open once it unlocks.

Q.   And then, if the buttons weren't working for whatever reason, you also have a key and you can go and manually open the door, right?

A.   Yes.

Q.   Okay.  And then there are older locks.  Tell me about how those work.

A.   They're all key locks.  They're just a big steel key or brass key.  You just go down and you have to unlock all the doors.

Q.   Okay.  So there's no button or anything like that, that you --

A.   Popped in it all manually, you have to open it by hand in front of the cell.

Q.   And then there's also a bar that gets rolled and unrolled, correct?

A.   On the old-style doors, there is a bar that rolls shut.  It's a double locking mechanism.

Q.   Okay.  So that also has to be unlocked to let somebody out of their cell?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    If it's rolled, yes.

Q.    And how often is that -- when is that rolled versus left open?

A.    It's rolled at count times and everything. Sometimes during the day, operation wise, if you're, like, a mobile cell house that you have to do it all the time, they leave it unrolled unless it's count time.

Q.    Does a cell house still have both types of locks?

A.    Yes.

Q.    In a cell house, who has the keys for the different ranges?

A.    Whoever the officer is that's running that range, plus there's also an extra set in the box downstairs for emergencies or if somebody else needs a set of keys.

Q.    Okay.  Do you need keys to do the automatic -- the automatic locks at the front of the range?

A.    Yeah.  The box is locked on the front of the range so nobody can unlock cells.  If an offender was on the front of the range, they can't get to the box and unlock somebody else's cell.  So they'll need it to open the box.

Q.    And who has the key for each box?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.    The range officer.

Q.    Okay.  So each range has a different key for their box?

A.    I don't know if they're the same or they're different.  I think we were trying to get them the same so they can just open, but I'm not sure if that is or not right now.  But usually, it is when -- before, in the prior, it was all separate keys, and they were on the range key.

Q.    Okay.  Since 2017, have there been any changes to ISP policy relating to when and how you should release a prisoner from their cell in the case of an emergency?

A.    I don't know if there was any updates or remember if there was any updates.  I know that releasing them, we reviewed the policy and -- or the evacuation plan, but I don't know if there was any changes, offhand, that was made to them.

Q.    Okay.  If there were any changes, those would be reflected in either the facility or operations or administrative directives or in the post orders, right?

A.    Yeah.  The executive -- the emergency manual has the evacuation plans and the fire plans in there.

Q.    Okay.  So any changes would be reflected in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

those documents, right?

A.   Yes.

Q.   Okay.  And fair to say that the entirety of the facility's policy on those issues is intended to be encompassed in those documents, right?

A.   I'm not sure what you mean on that.  Like, everything?

Q.   Sure.  I mean -- so let me ask that a little differently.  So are there, you know -- the facility's policy on what to do in the case of an emergency.  Is there -- are there sources for that, other than the specific policy and emergency manual documents that we've talked about?

A.   Just -- just policy and emergency manuals.

Q.   Okay.

A.   And staff responding if they're in that situation.

Q.   Well, what do you mean by that?

A.   So if they're in that situation, they can make that decision, what needs to be done.  I mean, a policy can't make a decision, necessarily, if there's something that is not covered in that policy, I guess. So the staff have brains and they can actually make a decision and say, hey, this is for the safety of the facility, and to do that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.    I see.  Okay.  So the -- fair to say the staff has some discretion about how to respond in the case of an emergency, right?

A.    Yes.

Q.    So as we discussed, you know, if they -- there's an emergency in the cell and they're not sure whether it's a trap or it's a real emergency, they can decide whether or not to delay on opening the door, right?

A.    Yes.

Q.    Okay.  But fair to say, if it's a real, obvious emergency, like a large fire in the cell, they know that they shouldn't delay an opening the door, right?

A.    Their safety.  If it's a large fire, their safety's not going to be safe opening that door. Depending on where the flames are coming out, how hot the door is, there's factors that only they would know on the range.

Q.    Okay.  So taking their own -- taking their own safety in account -- into account, if they can open the door, and there's a large fire in the cell, they should open it?

A.    If they can, yes.

Q.    Okay.  We talked about the different types of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit I

emergencies that can happen in a locked cell.  I'm sure there are many others that we didn't mention, right?

A.    Yeah.  There could be others.  Some -- I don't know which ones.  I mean, every day at a facility is different.

Q.    When prisoners are locked in their cells, is there any policy or instruction or guidance that the prisoners themselves are given about how to alert staff to the -- an emergency?

A.    Yeah, there's a offender handbook.  There's request slips.  There's staff doing rounds that they can notify.  There's also some workers out at times, that they send down to notify staff.  And they can scream, and yeah, if it's an emergency.

Q.    Okay.  So the different things they can do in an emergency are: Fill out a request slip, which probably isn't that helpful in an -- a real emergency.  They can flag staff if they're out on the range.

A.    Yep.

Q.    And they can yell for help.  Is there anything else that they can do?

A.    I mean, they can bang or -- bang on something to get attention so they can hear it in the cell houses.  They can -- did you say, send an offender down?

Q.    Oh, send an offender down?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    Send an offender down to say, hey, there's a medical emergency or they need your help up there.

Q.    Okay.  So there's another -- oh, I'm sorry --

A.    I was done, sorry.

Q.    So if there's another offender out, they could send them down for help?

A.    Yes.

Q.    Okay.  Anything else that they can do in the case of an emergency?

A.    We do now have a new informal grievance policy, which is done on tablets.  It is automatic -- electronic.  If somebody -- I mean, if somebody gets it in time then I guess it's not really an emergency, but they have that option to -- and their tablets can make phone calls now from their cells.  So they can do the tip -- tip line.

Q.    Okay.

A.    And try and call somebody that way.

Q.    Okay.  So they could submit a grievance that someone might see at any time -- whatever time, or they could try to reach somebody by phone.  And that's a new thing, right?  That hasn't been a around for very long?

A.    No.

Q.    Was that around in 2023?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.   No, we just got them.

Q.   Okay.  Okay, so just to summarize, again, it seems like they can yell or bang their cells or something in their cells.  They can flag down staff if they are on the range, or they can send down another incarcerated individual, if that individual is out of their cell?

A.   Yes.

Q.   Okay.  But there's no emergency call button in their cells, anything like that, right?

A.   No.

Q.   Okay.

A.   No.

Q.   And are inmates given instruction about what to do if there's an emergency?

A.   Yes.  We talk to them, tell them, and they know it as a common sense thing.  Hey, there's a emergency, we need to get help, and they start -- it's like anybody else says, common sense, hey, if you're in an emergency, you're going to scream for help if you can, and you're going to try and get help.

Q.   Okay.  So common sense, sure, they know they need to yell.  Is there any, like -- you know, is there any like policy they're given and is it in the handbook or they --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    I don't -- there's an offender handbook for them that tells them how to communicate with the staff.

Q.    Okay.  Do you know if that has a provision about what to do in an emergency?

A.    I do not.

Q.    Okay.  Any other, like, you know, meeting that they have where you tell them what to do, or written instruction or anything like that?  Or it's mostly just common sense?

A.    I mean, that and staff talking to them.  I mean, staff tell them, hey, call for us.

Q.    Okay.  You don't know whether or not that happens?  That might just be informal conversations, right?

A.    I've had that conversation with somebody.  I mean, they have came and told me and said, hey, I've had emergency and nobody was around and responded.  I said, did you scream and yell and just try and get help?  And they didn't.  And I said, well, you can do that.

I mean, nobody's going to hold that against you.  You needed medical treatment --

Q.    Okay.

A.    -- and you need help.  I mean, so I know conversations like that happen.

Q.    Okay.  So you've had conversations telling

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

people that they should scream if there's an emergency?

A.    If there's nobody around, yes.  To get somebody's attention.

Q.    Okay.  And at least in this case that you're talking about, it seemed like he didn't know that until you told him, right?

A.    He said he didn't want to scream and yell, yes.  Because they didn't know if they'd come anyways, and they might not respond.  And I'm like -- or they might hold it against him for being disruptive or not.  And I'm like, no, if you seriously have a condition, then yes, we're not going to hold that against you.

Q.    Okay.  So fair to say he didn't really understand it until you talk to him that he should yell in an emergency, right?

A.    Yes.

Q.    Okay.  So it's unclear whether or not prisoners understand they should yell in an emergency?

A.    I can't answer for the offenders, but I know they scream and yell in every emergency.

Q.    Okay.  So in your experience, anytime there's an emergency, they scream and yell, right?

A.    Well, anytime I ran a cell house or anything, I've had people screaming and yelling, a medical emergency in the cell, fire in the cell, whatever it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

was.  They were screaming and yelling, and we heard it, and we went and responded.

Q.  Okay.  And when you say they scream and yell, is it just the person having the emergency or do other people join in to help?

A.  No.  Other people join in and help.

Q.  Okay.  So there's no -- if there's an emergency, you hear it, right?

A.  Yes.

Q.  Okay.  In any cell house that you're in?

A.  Absolutely.  I have, yes.  In my experience.

Q.  And the prisoners generally want to help each other out, right?  If somebody's having an emergency, they want to make sure that they get help, right?

A.  Absolutely.  I haven't not heard nobody scream and yell if there's been an emergency.

Q.  Okay.  Every time there's been an emergency, you've heard them screaming and yelling?

A.  When I've been present, yes.

Q.  Are staff given any instruction about what to do when they hear inmates screaming and yelling?

A.  They're told to go respond and see what's going on.  It's a disruption of the daily operation, so they will respond and see what's going on and what's going -- what they need to do.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.    And they're told that it could be an emergency, right?

A.    Yes.

Q.    Okay.  So they know they need to go quickly when there's yelling?

A.    They should, yes.

Q.    Okay.  They shouldn't wait a few minutes to see if it stops?  They should immediately go and check out what's going on?

A.    They respond, and they go up there and check on it.  Yes.

Q.    Okay.  And this is an instruction and training that they're given, right?

A.    They're told in FTOs that, hey, they're -- if they're screaming and yelling to go see and check on it. They go and check on it.  Especially if somebody's calling medical emergency in a cell.

Q.    Okay.  So especially if there's some sort of urgent cry, you know, fire or medical emergency, then you really need to respond with real haste, right?

A.    I mean, you should respond.  Yes.  As fast as you can.

Q.    If there's an emergency, do prisoners also tend to bang on their bars and bang things in their cells?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.    Yeah.  We used to have cabinets, and I think we took them out in 2021.  They used to bang those. Some of the beds, they slam up and down.  They bang on their bars, yeah.

Q.    Have there been concerns or issues raised from incarcerated individuals or other staff members that people aren't responding when prisoners yell for help?

A.    I have not had any, no.

Q.    I want to talk about supervising A Cell House. Let's talk about -- to the extent it might differ from cell house to cell house, I want to know about A Cell House, specifically.

A.    Okay.

Q.    Have there been any changes that you're aware of in the procedures for monitoring and supervising a cell house since 2017

A.    For A Cell House?  I don't think there's been any changes.  For monitoring offenders, there's been a couple in other cell houses and changes in the post orders.  But A Cell House, I don't believe there's been any changes in there.

Q.    Okay.  What other cell houses have there been changes in?

A.    Our RHU usually makes a lot of the changes. There's been a couple other changes in, like, general

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

housings that have changed, the programs that have been in there. So they get a little more time or they have something out or something's changed in their daily operations.

Q. Okay. And just to make sure the record is good, the RHU is the restricted housing unit, right?

A. Yeah. Sorry, yeah.

Q. And that's D Cell House?

A. Yes. Correct.

Q. And then changes might be made in other ones where the program and that specific housing unit shifts, right?

A. Yes.

Q. Okay. Any other changes that you're aware of?

A. Not in the operations of how to monitor offenders, no.

Q. Okay. And in A Cell House, generally how many people are working in A Cell House on the day shift?

A. It varies every day depending on the staffing or call offs or vacations and operations going on, scheduled with a sergeant and three officers. But mainly, it runs with a sergeant and two officers. And then, you have a lieutenant when -- on their shift, whenever they're here.

They're on a 5:00 and 2:00 schedule.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Okay.  So usually, there's at least three people in A Cell House, right?

A.   I will not say usually, but at times there may be two.

Q.   Okay.  There can be as few as two, but ideally, there should be four plus a lieutenant if they're on shift?

A.   Three to four.  Yes.

Q.   Okay.  And how often -- well, strike that. Each individual is assigned to certain ranges in the cell house, right?

A.   Correct.

Q.   And there's five ranges in A Cell House?

A.   Correct.

Q.   So depending on how many people are in there, they'll get one or two ranges that they're assigned to?

A.   Correct.

Q.   All right.  And they're responsible for doing rounds on those ranges?

A.   Yes.  I mean, everybody's responsible to do rounds in the cell house, whether they get up on a range or they have to go and do something, or that officer's gone, the other officers can.  But yes, they're ultimately in charge of making their rounds on their ranges.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

Q.   Okay.  So there might be something that comes up, somebody has to escort an inmate somewhere, but rounds have to be done on each level no matter what, right?

A.   Correct.

Q.   Okay.  And how often do those ranges have to be done?

A.   Well so, they're on the ranges pretty much throughout the day.  You have line movement that moves at the top of the hour, our census count at 20 minutes after the hour.  You have to let staff out at, like, a quarter -- or an offender out, that's going to work or on a pass on a quarter of the hour.

But it's supposed to be make every two hour -- twice every half hour for actual security round.  But they're on the range throughout the whole day.

Q.   Okay.  So ranges have to be done at least twice an hour, right?

A.   Yep.

Q.   Okay.  On the half hour, at least?

A.   I wouldn't say on a half hour.  We try and do them periodically so they don't know we're coming.  So if there's something going on or something illegal being happening or something, we can catch it.  If we do the same time every time, they'll do something as we're not

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

coming up because they know when we're coming.

Q.    I see.  Okay.  But it should be done twice an hour?

A.    Yes.

Q.    Okay.  And then, there's line movement.  Is that every hour?

A.    Line movement's every hour, yes.

Q.    Okay.  And then there's also count, which happens how many times a day?

A.    Six times a day.

Q.    Okay.

A.    Seven times?

Q.    All right.  So basically, people should be out on the ranges at all times?

A.    Not at all times.  We are a working -- we don't get a lunch.  It's a working lunch.  They may have to go to the restroom.  They may have to go down and get something out of the office.  They may sit down and eat real fast.  I mean, I'm not going to say they should be on there at all times.

Q.    Sorry, I (inaudible) poorly, let me clarify.  So somebody should be out on the range at all times?

A.    Not at all times.  I mean, there may be times that somebody may not be on the range.  They may be going -- I mean, each of them run their own range.  So

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

they may go down at one time, and then the -- the other officer may be in the bathroom.  Maybe the other one's doing an escort.

So I can't tell you all times that somebody will be on the range at all times.

Q.   Okay.  Would it be fair to say, if possible, if they're not doing anything else, they should be out on the ranges, directly supervising the cell house?

A.   I mean, they should be on the ranges when they're doing their rounds and they're letting the staff out and securing them.  Now, we still have to take breaks.  We still have to eat.  We still have to get water.  They're old cell houses.  Like, today is 110 degrees, I think probably even hotter in there.

So they're probably getting water.  They're probably getting their account slip set up.  They're trying to get all kinds of stuff.  So you're not going to have an officer on the range at all times.

Q.   Okay.

A.   And -- oh, sorry.

Q.   Oh, no.  Go ahead, please.

A.   Are they present in the cell house at all times?  Yes.

Q.   When -- you mentioned -- well, strike that. What types of things should they -- should officers go

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

into the officers station to do?

A.   I mean, they have to set up run sheets, which is what we utilize to let out offenders for their passes.  Count letters.  They go in and take a break and eat.  They sit -- sit down for five, ten minutes for fresh air.  Because, like I said, it's hot in the cell houses.

They go down and count -- call in count, do conduct reports, do incident reports.  There's a number of things they could go in the officer station for.

Q.   Okay.  As we mentioned, you know, an emergency could happen in a locked cell at any time, right?

A.   Yes.

Q.   Okay.  And the best way to be able to respond to that is to be out on the range, right?

A.   I wouldn't say -- I mean, the best way?  I mean, you can respond from the office.  You're going to hear it, and you respond.

Q.   Okay.

A.   They don't necessarily have to be on the range.  They could be in the bathroom and probably hear it and go respond.

Q.   Okay.  So you've got to be alert if you're not out on the range, right?

A.   Absolutely.  Staff should be alert, yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



**Exhibit I**

Q.   And so, if they're in the officer station, you got to be ready and listening for something going on so you can go respond quickly, right?

A.   I mean, staff should be ready, yes.  And they should be alert whether they're in the officer station, in the -- on the range, whatever, they should be alert.

Q.   Okay.  And staff understand that?

A.   Yes.

Q.   Okay.  And fair to say, based on -- I want to, make sure I'm understanding you correctly, but it doesn't matter too much whether you're in the officer station or on the range, because you'll hear when there's emergency quickly, and you'll know to go?

A.   From my experience, yes.  You'll hear it, and you'll see them.

Q.   Okay.  Does it concern you, as the custody supervisor, if all of the staff assigned to a cell house are sitting in the officer station together?

A.   No.  I mean, they may be taking a break.  They may be calling in count.  They may be setting up their ranges or their count slips.  I mean, if it's several hours or hour or they're not doing their job, then yes, it would be concerning.  But if they're just in there, they just got in there they said (inaudible).

Q.   Oh, you got muted.  Sorry.  I don't know --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.   Oh, I don't know how I got muted.  I didn't touch anything but the inner button, so maybe it did that.  Yeah.  I mean, it's not concerning unless it's a -- a abundance of time in there because they need to get -- take a break.  I mean, if they're not at their best, they're not going to be able to respond to the offenders either.

Q.   Okay.  So if all the staff are in there for, say, 15 minutes, sitting together, is that a problem?

A.   I wouldn't say 15 minutes is a problem.

Q.   Okay.  There are, in A Cell House and the other cell houses, surveillance cameras, right?

A.   Yes.

Q.   And they have a monitor there that shows them the feeds and they can look at it and look at the different cameras, and also have a screen that shows all the cameras, right?

A.   Yes.

Q.   Okay.  Is someone supposed to be monitoring that --

A.   No.

Q.   -- throughout the shift?

A.   No.  I mean, when they're in the office, if they're doing, like, paperwork or something, a sergeant's calling in count or something, they sit

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

there, and they -- they can monitor that through the ranges, through the camera system.

Q.   Okay.

A.   Nobody throughout the whole shift is assigned that.

Q.   Sorry.  Say that again?

A.   Nobody throughout the whole shift is assigned to sit there and watch it.

Q.   Okay.  If everybody is in the officer station, should somebody be watching the cameras?

A.   I mean, they should be watching it or can watch it.  I mean, yeah.

Q.   Well, can and should are pretty different.  Is it that they are -- somebody should and is instructed to be monitoring that?

A.   Monitoring?  Yes.  I mean, they monitor it when they're in there.  They can watch the cameras as long as it's working.  I don't know if it was working. The sergeant sits at the desk, and the camera's right in front of him, so when they're calling in the count, it's -- the camera's right there.  So yeah, they were -- they should be watching it.

Q.   Okay.  So if they're in there doing count or other paperwork, they should also be monitoring the camera that's in front of them, right?  Or the monitor

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

that's in front of them?

A.    Look up and watch it and monitor it, yes.

Q.    Okay.  And if that's not working, you should call it in immediately, right?

A.    Absolutely.

Q.    Because that's an important thing if people are in the office or station, that they can have eyes on the cell house by looking at the monitor, right?

A.    I mean, yes.  They have eyes on it, yes.

Q.    Okay.

A.    That's what it's in there for, so they can -- if they're in the office and they can just -- they hear a noise, they can watch the camera and say, hey, something's going on.

Q.    Okay.  So would you agree that if people aren't out on the ranges and everyone's in the officer station, it's especially important that somebody's keeping an eye on the monitors, right?

A.    I mean, I -- yes.  They should watch the monitors.  Or not, like, straight in and keep an eye on it because you can't eat, you can't take water, and you can't make the phone calls.  But you should kind of look at the monitors every once in a while and look at them, yes.  But not a continuous monitoring.

Q.    Are staff given any instruction or training or

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

guidance on how to be alert for an emergency and to watch out for an emergency if they aren't out actively on the ranges?

A.   I'm not sure what's in the FTO packets, but they -- it covers emergencies and what you should do, yes.

Q.   Okay.  You don't know what the content of that training is?

A.   No.

Q.   You just know, generally, it talks about emergencies, right?

A.   It tells you how to respond to an emergency, I believe.

Q.   Okay.  Is it -- it's possible that the FTO packet might not say anything about how to monitor the ranges when you're not actively out on the ranges, right?

A.   I can't answer that.  I don't know what it actually says in there.

Q.   Okay.  So I just want to make sure you -- I understand.  You know that there is some discussion of emergencies in the FTO packet, but you don't know what the content is?

A.   Correct.

Q.   Okay.  So is there any instruction, training,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

or guidance that you are aware of to staff about how to specifically watch out for an emergency when they're not actively on the ranges?

A.    No.  I mean, it's -- no.

Q.    If staff are not out on the ranges and they're alerted to an emergency, you know, because inmates are yelling and calling for help, should all of the assigned staff go and report?  Or go and respond to the emergency?

A.    Not necessarily.  I mean, you -- like I said, it could be a trap.  If you have everybody in one area, then something else is breaking out on some other way.  Or somewhere else.  So if you put your -- all your men in one basket, it could happen and then something else could happen over something.  And then you don't have anybody to respond to it.

Q.    So if officers are all in the officer station and the prisoners start yelling for help, what should they do?

A.    I mean, somebody should get up and go look and investigate it and see what's going on.

Q.    Okay.  And if, specifically the prisoners are yelling fire, what should they do?

A.    They should go look and see where the fire is. And if there's a fire, go get the fire extinguisher and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

go try and put it out.  Or assist the offender and help.

Q.    Okay.  And all of them should go or just one person?

A.    I mean, there's no policy, no procedure that says all of them should go, one should go, anybody should go.  Everybody responds to a situation on their own or what they want -- or how their mind is set.  So if they all went, there's nothing wrong with it.  If they only one or two went, there's nothing wrong with that as well.

Q.    Someone should go?

A.    Somebody should go.

Q.    We discussed there are monitors showing the surveillance feed in the officer's station.  Are there any other -- well, strike that.  There's also a counselor's station where there's a -- an office for the lieutenant -- the lieutenant for that cell house, correct?

A.    Yes.  They have an office.

Q.    And do they also have a monitor that shows the surveillance videos?

A.    They have access to the cameras.  Yes.  It's not a straight monitor camera, but they have access to view cameras, yes.

Q.    And is there anywhere else in the facility

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

that people have access to the -- all of the surveillance cameras in the facility?

A.    I mean, I&I.  I have access.  Supervisors have access, other supervisors.  The captain's office -- shift office has access.

Q.    And is anyone supposed to be monitoring those throughout the day?

A.    I believe I&I has a monitor -- a -- what is there?  (Inaudible).

Q.    Oh, you're muted again.

A.    But I hit the button again.  Sorry.  I believe I&I has an analyst that watches cameras.  I'm not sure if they watch them all day or whatever their job is.  Shift supervisors have all kinds of other things up, the camera's up.  We have big screen TV up there that they're on, but we have several cameras that you can't watch all the cameras at one time.

Q.    Okay.  But fair to say the shift supervisor -- cameras are -- oh, there's a monitor that has feed up all the time, and it's a big screen?

A.    Yes.

Q.    Okay.  And you can switch through the different ones, right?

A.    Yes.

Q.    Okay.  So if somebody calls a code in a cell

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

house, you can switch to that one immediately and see what's going on?

A.    Yeah.

Q.    Okay.  Anywhere else that has, like, a feed up all the time?

A.    Not that I know of, no.

Q.    Were you aware of the fire that killed Joshua Devine in 2017?

A.    I heard about it.  Yes.

Q.    Okay.  You were not at the facility on that shift, correct?

A.    No.  I was off that day.

Q.    Okay.  And that was Captain Dykstra who was on that shift, correct?

A.    I'm not sure who was in charge, but yeah, it sounds right.  Yes.

Q.    How did you first learn about that fire?

A.    The Devine case?

Q.    Yes.

A.    I really don't recall.  It was probably on the incident report because all our captains have it on a e-mail.

Q.    Were you involved in any discussions about that incident and what went wrong and what could have been done better?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.   I don't believe I was.  I wasn't on any of it because I wasn't here.

Q.   **Were you involved in any discussions about any changes that should be made to policy or procedures at the facility in response to that fire?**

A.   Not on that one, no.

Q.   **And do you recall any changes being made after that fire?**

A.   I know they got some foaming stuff to put in the hydrants, but I don't know if it worked, and they tried that, and they put extra water and a chemical on each range in the cell houses, fire extinguishers.

Q.   **Okay.  So they got -- I think it was like a foam backpack?**

A.   Yeah.  That's what it was.

Q.   **Okay.  And that was given to the firefighters, right?**

A.   Correct.

Q.   **Okay.  And then they -- I want to make sure I understand correctly.  They put additional fire extinguishers on the ranges?**

A.   Yes.

Q.   **Okay.  And what additional fire extinguishers did they put on the ranges?**

A.   There was a water and a chemical, if I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

remember right, after that incident.

Q.    Okay.  And that was put on each range in each cell house?

A.    The front of the ranges.

Q.    Okay.  Any other changes in policy or training or instruction that you recall?

A.    Not that I recall, no.

Q.    Okay.

A.    Like I said, I was on night shift and wasn't involved in it.

Q.    Sure.  But you worked at the facility, so if changes were made, you would've been told and instructed, right?

A.    Yes.

Q.    Okay.  And a shift supervisor, it would be important for you to know changes in policy and instruction and training, right?

A.    Correct.

Q.    Okay.  And you don't recall any as you sit here today?

A.    I don't recall any of the changes.  No.

Q.    And you don't recall being involved in any discussions about, you know, what could be changed or what could be done better, right?

A.    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   And you weren't involved in that critical incident, debrief?

A.   No.  I was on night shift.  Wasn't involved in that, no.

Q.   There was some criticism about the response to the Devine fire, right?

A.   I have no --

MR. JIMENEZ:  Object to form.  You can answer.

MS. PIERCE:  So you --

THE WITNESS:  I don't -- I don't know any criticism that was.  Again, I was on night shift and didn't get involved in any of it.

BY MS. PIERCE:

Q.   Were there any concerns about individuals responding timely to the fire?

A.   Again, I don't know.

Q.   Did you -- were there any complaints from inmates about the response to the fire?

A.   To me?  No.  I didn't hear any of them or have any complaints that I know of.

Q.   And you weren't made aware of any potential issues in the response to the fire or anything like that?

A.   No.

MS. PIERCE:  All right.  We've been going for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit I

almost two hours.  Let's take a quick break and go off the record.

THE REPORTER:  We are off the record at 11:48 a.m. Central Time.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Douglas Wardlow being conducted by videoconference.  My name is Kortney Chase.  Today is June 26, 2025, and the time is 11:59 a.m. Central Time.

BY MS. PIERCE:

Q.    Okay.  Mr. Wardlow, before we went on break, we were talking about different emergencies that can happen in a locked cell.  One of the things we talked about was fires, right?

A.    Correct.

Q.    How common were fires at Indiana State Prison?

A.    I don't think they're common at all.  I mean, we have them a few here and there and here and there, but I don't think they're common.

Q.    When you say a few here and there, you know, would you have a fire once a week?

A.    No.  I can't give you a number.  I mean, we have fires, but I don't know a number, and I don't think they're common ones --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit I

Q.   Okay.

A.   -- as, like, a everyday thing.

Q.   **Not every day, but maybe happen once a week?**

A.   I don't even know if it's once a week.

Q.   **Maybe a few a month?**

A.   Maybe a few a month, I would say.  Maybe.  At the most.

Q.   **And what are some of the causes of fires?**

A.   The ones that we see mainly is offenders are setting the fires.  We've seen a hot pot fire.  That's about it.  Offenders set the fire or a hot pot fire or something in their cell.

Q.   Okay.  **Are there problems with sparking outlets and electrical equipment that sometimes catch fire?**

A.   I've never seen a fire catch on a sparking outlet or electrical fire.

Q.   Okay.  **Fires, no matter how they start, are a serious risk to health and safety at the facility, right?**

A.   Absolutely.  Fires can go anywhere when they start.

Q.   **Okay.**

A.   They have a mind of their own.

Q.   **So it's important to respond to fires quickly,**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

right?

A.    Correct.

Q.    **And all staff know that, right?**

A.    Yes.

Q.    **Are electrical problems a significant problem at the prison?**

A.    I mean, what kind of electrical problems are you asking?

Q.    **Are there common problems with electrical outlets, including in the prisoner cells?**

A.    I mean, not working?  Yes.

Q.    **Okay.  Does that pose a fire risk at the facility?**

A.    If it's not working, I don't believe so.

Q.    **Are there other electrical problems that you're aware of that pose a fire risk?**

A.    I mean, at the prison?  Not that I know of. I've never seen an electrical -- something electrical cause a fire.

Q.    **And there hasn't been any discussion about any electrical problems or fires from electrical sources that you're aware of?**

A.    No.

Q.    **You're aware of the fire that killed Michael Smith on January 14th, 2023, correct?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    Yes.

Q.    Were you on duty at the facility at that -- when the fire occurred?

A.    I was not.

Q.    When did -- when were you alerted about the fire?

A.    I do not recall.  I believe Mr. Neal called me or e-mailed me and said something about a -- a cell inspection sheet and when it was done last.  And that's when I realized there was a fire that killed somebody in there, or when I got in and read the e-mails.

Q.    Cell --

A.    I don't --

Q.    Oh, I'm sorry.  I interrupted you.  Go ahead?

A.    I don't believe I got a call that day --

Q.    Okay.

A.    -- but I don't -- I don't remember offhand.

Q.    Okay.  You think you learned about it through a call from Warden Neal, but you don't remember exactly when you got that call; is that right?

A.    Call or an e-mail.  Yes.

Q.    Call or an e-mail.  Right.  Sorry.  Okay.  And do you generally check your e-mail over the weekend?

A.    Periodically, sometimes, but not all the time. I play a lot of softball.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.    Okay.  And you said that Warden Neal called and asked you for the last cell inspection sheet; is that right?

A.    Well, I don't know if it was a call, e-mail, or what it was.  I just know he did ask me for it. Yes.

Q.    Okay. Apologies.  Yes.  He -- you -- he asked you either what -- through e-mail or a call for a cell inspection sheet.  What is a cell inspection sheet?

A.    So we do a cell inspection on a move-in or a move-out on an offender, to make sure all the -- there's a whole box of stuff that is listed.  The electrical outlet works.  Toilet works.  Water works. Lights work. Needs painted.  Cabinet in good area -- condition.

Just a bunch of questionnaires on there.  We do it on a move-in and a move-out for all offenders. And I also do a standardization quarterly, and the shakedown crew does those slips as well.

Q.    Okay.  So the cell inspection sheet, is that used for the quarterly -- what was the word you used -- quarterly --

A.    Shakedown?  Standardization?

Q.    Yeah.

A.    Well, yes.  They do one as they shake them down and standardize them, and they send it to my office, and at the end of the quarter, and it gets

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

stored.

Q.    Okay.  So a cell inspection sheet is used when a -- when incarcerated individual moves in or out of a cell, right?

A.    Correct.

Q.    And then there is a quarterly standardization for every cell?

A.    Yes.

Q.    Okay.  And that same cell inspection sheet is used?

A.    Yes.

Q.    Okay.  And is that done for all the cells in the cell house at the same time, or are they staggered?

A.    Throughout the whole quarter.

Q.    Okay.

A.    They're staggered throughout the quarter.

Q.    So you might do five cells on one day, five cells the next day, something like that?

A.    Yeah.  I think average to get every cell done is 25.

Q.    25 in a day?

A.    Yes.

Q.    Okay.  And so, officers go in, they take the incarcerated individual out, and they do a full inspection of the cell?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    They do a full shakedown of the cell, and then they do a full inspection and say if there's any issues or problems in the cell.

Q.    Okay.  And all of that would be documented on a cell inspection sheet?

A.    Well, not the shakedown or what they were found.  Just what medical -- or the sheet says specific areas to look at for maintenance issues.  That would be documented.  Yes.

Q.    Got it.  So when they do the quarterly standardization, they fill out a cell inspection sheet and then also additional shakedown reports?

A.    Yeah.  If they find something, they do the conduct reports.  They confiscate it and all that, yes.

Q.    Okay.  All right.  But if they don't find anything, they wouldn't do a shakedown report?

A.    No.

Q.    But they would still do the spell -- cell inspection sheet?

A.    Yes.

Q.    Okay.  And that's important because it documents whether everything is in working order, right?

A.    Correct.

Q.    Okay.  And part of that would be to inspect the outlet, inspect the lights, inspect the other

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

equipment in the room, right?

A.   Correct.

Q.   Okay.  And who conducts those cell inspections?

A.   My shakedown team.

Q.   Okay.  And --

A.   And then it's move-in, move-outs.  It's whoever is in charge of that range or the lieutenant or whoever does that inspection before somebody moves out or moves in.

Q.   And who are those cell inspection sheets turned in to?

A.   Myself.

Q.   Okay.

A.   Into office.  And then, they get stored by my secretary to keep as records.

Q.   And do you review all those cell inspection sheets?

A.   I review all of them.  Again, that's a periodic one, but my shakedown does them.  And if there's any issues, they let me know or they do the work order themselves.

Q.   And do you take any steps to make sure that they are done?

A.   I have them give me the report every month and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

make sure all the cells were done.

Q.    Okay.  So you would check to make sure that they -- you've gotten a report for every cell or every cell house?

A.    Yes.

Q.    Do you ever have issues with those not being done on time?

A.    I mean, there's been a few times.  I mean, there's 23-, 2,400 cells that they got to do in a three-month period.  It's like I said, 25 a day.  But if we're short-staffed, if we're not -- we have vacations.  We have holidays.  But then they just continue, finish it, and then start back over.

Q.    Okay.  So it might be slightly delayed, but they're usually done more or less on time, right?

A.    Yes.

Q.    Okay.  And did these standardization -- quarterly standardizations, did they usually identify problems in the cells?

A.    Do they usually?  I mean, every once in a while we find problems in a cell, maybe a light not working or water not working or squirting too much. Maybe it needs painted.  I mean, it could be a number of times.

I don't -- I wouldn't say usually.  I mean,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

there are times that there are issues because offenders tear up their lights or they tear up something in their cell, and we have to go and fix it before they move. Or they steal the light bulb and we have to go in and say, oh, we need a light bulb now for this cell.

Q. Okay. But it's not the -- it's more -- well, strike that. Strike that. Okay. So you learned about the fire that killed Michael Smith when you got a inquiry from Warden Neal about the cell inspection sheets; is that right?

A. Yes.

Q. Okay. And did you look for cell inspection sheets for his cell?

A. I did.

Q. And what did you find?

A. I believe I found one. I have not looked at it since the last time -- that report, so I don't know when the date was or what it was, but I believe I sent him one on that.

Q. Okay. And do you recall there being any issues with his cell or anything confiscated?

A. If I recall right, there was nothing marked as being wrong on it.

Q. Okay. And nothing confiscated?

A. No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Sorry.  I just want to make sure the record is clear.  I asked that poorly.  Was there anything confiscated?

A.   I do not know personally offhand, but I don't recall there being anything confiscated, but...

Q.   Okay.  And that would've been indicated either from a shakedown report or in a cell inspection report, right?

A.   Conduct report, if it was something they weren't supposed to have.  There would be something, yes.

Q.   Okay.  When you got to the prison on Monday after the fire or Tuesday or whatever day you came back, were there any discussions about the fire that killed Michael Smith?

A.   I don't believe so.  That might've been the e-mail.  I don't know when that e-mail came in.  I don't know if it was a Monday that I got it or what, but that might've been the only discussion on that one.

Q.   After you got that e-mail or phone call from Warden Neal, did you have any further discussions about the fire?

A.   I did not.

Q.   Did you have any involvement in assessing the fire or the response to the fire?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    No.

Q.    As the custody supervisor, did you take any steps to learn about what happened and to figure out what was done in the response?

A.    I just reviewed the incident and the I&I report when it got finished, but I mean, I didn't think there was any response problems or anything in there.

Q.    Okay.  So when you looked at the incident reports and the I&I report, you didn't think anything needed to be done differently or changed, right?

A.    No.

Q.    Okay.  And you didn't take any steps to change anything or implement any new policies or new training or anything like that?

A.    No.

Q.    And did you raise any concerns about the response or the fire itself with any -- with Warden Neal or any anyone from IDOC or the deputy warden?

A.    I don't recall.  No, I don't believe so.

Q.    You don't believe so?

A.    Nope.

Q.    Did anyone like Warden Neal, the deputy warden, safety hazard manager, anyone from IDOC raise any concerns with you?

A.    Not with me, no.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Did you take any steps to speak with any of the officers, sergeants, or lieutenants who were involved in the fire and the response?

A.   I did not.

Q.   Did you take any steps to speak with any of the incarcerated individuals who were in a cell house at the time of the fire?

A.   I did not.

Q.   Did you take any steps to speak with any of the firefighters who responded to the fire?

A.   I did not.

Q.   Did you review the surveillance video relating to the fire?

A.   I don't recall if I reviewed it or not, to be honest.  Usually I don't review it unless there's an issues or something, so I -- I don't really recall if I did or not.

Q.   Okay.  And so, you think, since you looked at the incident reports and the NI -- I&I report, didn't see any issues, that you probably wouldn't have looked at the video; is that right?

A.   Correct.

Q.   Okay.  Did you take any other steps at all to learn about what problems there might have been in that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

response to the fire?

A. No.

Q. Did anybody raise any concerns to you?

A. Not that I recall of, no.

Q. And again, you don't remember any changes in policy, infrastructure, training, instruction --

A. I --

Q. -- being implemented after the fire, right?

A. Sorry. No, I do not.

Q. All right. I'm going to share with you what I'll mark as Exhibit 1. As I'm pulling this up, when you say you looked at the incident reports, did you look at the incident report from the captain or did you look at all of the incident reports?

            (Exhibit 1 was marked for
            identification.)

A. All of them.

BY MS. PIERCE:

Q. Okay. Did you look at any of the reports from the firefighters?

A. No.

Q. Did you -- strike that. Okay. I have shared with you Exhibit 1, which for the record is State 011475 to State 011476. And this is titled, "Indiana State Prison, Indiana Department of Correction

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

Critical Incident Debriefing, Indiana Conference Room, 2-21-2023."

I read that correctly?

A.   Yep.

Q.   Okay.  And this is a report from a critical incident debriefing, right?

A.   That is true.

Q.   And the critical incident debriefings are meetings that you have about major incidents to assess those incidents and figure out what could have done better -- been done better, right?

A.   Correct.

Q.   That's a fair assessment of what's done?

A.   Correct.

Q.   Okay.  And then it says that this one here is related to the death of Michael Smith, correct?

A.   Yes.

Q.   Okay.  And before we get into this -- the substance of this, do you have any memory of Michael Smith?

A.   I do not.

Q.   Okay.  Do you recall having any interactions with him at any point while you were working at Indiana State Prison?

A.   I do not.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q. Do you remember about hearing about him by reputation or anything like that?

A. No.

Q. Okay. So fair to say you just don't really have any personal knowledge about Mr. Smith, right?

A. I do not.

Q. And then here, the staff in attendance, it is Deputy Warden Nowatzke, you, Captain Gillespie (phonetic), Deputy Warden Buss (phonetic), Lieutenant Jones, Lieutenant McCormick, Deborah Taylor, and Lieutenant Wynn (phonetic); is that right?

A. That's correct.

Q. Do you recall participating in this debriefing?

A. I did not until you just showed me. I don't attend all the critical incident reports, and I don't remember who -- going to this one, but I obviously did.

Q. Okay. So this doesn't refresh your memory about what actually happened during the debriefing, right?

A. I mean, no, it does not.

Q. Okay. So as you sit --

A. It's --

Q. -- here today, you don't have any memory of the debriefing on this issue?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.   No, I do not.

Q.   And who usually is in charge or leads these debriefing?

A.   Deputy Warden --

Q.   Okay.

A.   -- Nowatzke.

Q.   And would you have any role in deciding who came or what was discussed?

A.   No.  That gets put out by him who -- usually, whoever is on the incident reports and whoever is on -- involved.  I come to them because I'm custody supervisor.  I don't make all of them.  That's why I don't remember this one, but I don't have any say in it. They send out the e-mail, say that this incident -- critical incident report will be on this date, and then they attend.

Q.   And obviously you can't speak for other people, but you take these seriously, right?

A.   I do when I get there.  Yes.

Q.   Because it's important to assess what could have been done to prevent issues like these in the future, right?

A.   Correct.

Q.   Do you generally do anything to prepare for these so you know what happened and you're up to speed?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.   I look at the incident reports.  If I see issues with incident reports or something, I mention them, or if they're not filled out completely.  If I see something that's out of the ordinary, yes, I will make suggestions to staff.

Q.   Okay.  Well, besides looking at the incident reports, you don't do anything to prepare for these, right?

A.   No.

Q.   Okay.  How long do they usually last?

A.   It depends on how many people is there, what we talk about, any of the issues that are in there.  I mean, there is no time frame from it.  We can be up there from half hour to an hour to an hour-and-a-half.  It just depends on how many incident reports we're reviewing and how much people have to say about the incident report.

Q.   Okay.  And if staff who are involved can't make it to these debriefings, does anyone go to speak to them and get their input beforehand, or do you just rely on their incident reports?

A.   I do not know what they do on that.  Like I said, I don't run the critical incident debriefings.  That would be Deputy Warden Nowatzke, whether he contacts them after or not, but I believe we just --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit I

when we do the incidents and they're not there, we rely on their incident reports.

Q.   Okay.  And again, your assessment of the event and the response is just based on the incident reports and the information you receive at the debriefing, right?

A.   Correct.

Q.   Okay.  Do you know who writes the description of the incident here?

A.   I do not.  I think it's Deputy Warden Nowatzke, though.

Q.   Okay.  And then here, .1, it says, "Review of staff and offender actions during the incident.  The staff response and actions were deemed within the scope of policies and procedures."  Did you have any participation in reading that -- reaching that conclusion?

A.   Not that I know of.  I don't -- I -- off the incident reports, it looked like they responded right away to it as soon as they noticed it.  So I could have put something in that, yes.

Q.   Okay.  But you don't remember being involved in this conclusion here in .1, right?

A.   I did not remember going to this incident report, but...

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Okay.  And you don't know what this conclusion was based off of, then, other than the incident reports?

A.   Right.

Q.   "Factors that may have contributed to the fire: Paint on a cell wall, curtain hanging in cell trapped smoke, and fire intensity escalated quickly." Do you remember any discussion of these issues?

A.   That's normal for a fire.  I mean, those are common occurrences that will help a fire.  I mean, if you have a curtain up, it's going to trap it and not get oxygen.  It's going to explode or whatever.  Cell walls? There's paint on the wall.  I mean, paint can cause a fire, and it can burn if it gets caught on fire, so...

Q.   Okay.  So fair to say these are all common fire problems that you-all were aware of prior to Mr. Smith's death, right?

MR. JIMENEZ:  Objection to form.  You can answer.

THE WITNESS:  Yes.  I mean, they're -- they don't cause fires, no, but they can contribute to a fire getting out of hand.

BY MS. PIERCE:

Q.   Okay.  And they can contribute to possible injury and damage from the fire, right?

A.   I mean, depending on how bad the fire gets,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

yes.

Q.    Okay.  "Review of impact on staff and offenders: The stoppage of normal operations in the cell house for a brief period of time."  Did I read that correctly?

A.    Yeah.

Q.    Were you involved in reaching this conclusion?

A.    Review impact and staff, I don't believe -- no.

Q.    And you weren't involved in any effort to determine the impact that this had on other prisoners in A Cell House; is that right?

A.    No.

Q.    Sorry.  Just -- correct, you weren't involved in that, right?

A.    I wasn't involved in it, yes.

Q.    And then 7, "Critique of decisions made." This section is meant to be as critical as possible, right?

A.    I have no clue.  I don't fill this out.

Q.    Oh, okay.  As a general matter, in critical incident debriefs, you want to be as critical as possible so you can learn from the incident, right?

A.    I mean, you want to get to any issues or problems, correct.  Yes.

Q.    Okay.  So if there's an issue there, you want

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

to identify it, not to put blame on anyone, but so you can do better, right?

A.   Correct, to correct or help in the next situation.  Yes.

Q.   Okay.  So you want to take -- you want to really take it seriously and try to figure out anything that could have been done better or just change for the future, right?

A.   I mean, yes, you should.  If there's something that you feel that -- I would say that would go under that situation, yes.

Q.   Okay.  Because every incident is a learning opportunity, right?

A.   I mean, you can learn from everything.  I don't know if it's just necessarily incidents.

Q.   Okay.  So here it says, "Appropriate decisions were made by shift supervisors, sergeants, and officers involved."  Do you remember being involved in that conclusion?

A.   I -- I don't remember any of the critical incident report, so I don't know if I was in that decision or if that was talked about and came up that -- to that conclusion in there.

Q.   Okay.  And so, fair to say you don't remember what it was based off of, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    Correct.  I mean, the only thing I can say is off of incident reports.

Q.    Understood.  8 is "Factors or conditions which still exist and which could result in similar incidents. Excess incarcerated individual property and damaged outlets."  Were you at -- do you recall being involved in this decision?

A.    I do not.

Q.    Do you know what this was based off of?

A.    Excess property in the cells is an issue that we've always had, more than 4.5 cubic feet of property, and offenders making an -- homemade surge protectors or whatever else they need or sparking their light outlets with -- so they can light their cigarettes or drugs. Excess property is the one I deal with the most.

Q.    Okay.  And that's been -- you said that's been known for a long time?

A.    I mean, yes, we've been working on excess property for a while.

Q.    And how does that contribute to fires or the damage that results from fires?

A.    I mean, excess fire -- excess property in a fire gives it more -- I don't want to say ammunition, but more -- more property to catch on fire and spread further.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.    So has there been any changes in the rules relating to what property an individual can have, or is it just an ongoing effort to control it?

A.    An ongoing effort to control it.

Q.    Okay.

A.    Anytime we see it, we take it.

Q.    I'm sorry?

A.    I said anytime we see excess property, we have them get rid of it or take it.

Q.    Okay.  And how long has the sparking of the outlets, has that been a long -- longtime problem?

A.    Again, I don't know if it's a long-term problem.  I don't -- I've never seen any spark myself. I just know what they do is they light their cigarettes and stuff through their outlets.

Q.    And has there been any discussion about how to address that?

A.    I mean, just conduct reports and writing them up when we find it.

Q.    And then damaged outlets, do you know anything about that?

A.    I've never seen a damaged outlet, just one that doesn't work.  I mean, I guess that's damaged, if you wanted to say that.

Q.    And you said homemade -- sorry.  What -- you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

said homemade --

A.    Like, surge protectors or adapters.

Q.    And is that a common problem?

A.    Not a common problem, but we find them here and there.

Q.    And how long has that been going on?

A.    As far as I know, it's been a while.  As far as I've been here, I've always found some.

Q.    Okay.  So it's been a decades-long problem?

A.    I would say so, yes.

Q.    Has there been any discussion about how to address that?

A.    I mean, the only discussion we do to address it, to stop it, is start writing them up.  And when we find them, we confiscate them.  We watch when we do our rounds for them, when we take them.  So we make sure they're out of the cell house, and they're out of the cell.

Q.    And those pose a risk of injury and fire, right?

A.    Absolutely could, yes.  I don't know if they pose every risk, but they could, yes.

Q.    Okay.  And so, that's something that staff understand they need to remove immediately and to look out for, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    If they see it, yes, they take it.

Q.    Have you or other supervisors given staff instruction about the importance of doing this?

A.    Yeah.

Q.    Have there been any issues with failure to confiscate or look for those?

A.    None that I know of.

Q.    And beyond instructing staff to confiscate them, has there been any discussion about how to address that problem?

A.    Again, to address the problem with it, we use the conduct reports, and we confiscate them, and they go through the disciplinary hearing board and get disciplined or lose privileges when they have them lit.

Q.    And do you know why the prisoners are making them?

A.    I do not.

Q.    All right.  Recommendations for plans of improvement.  The first one is, "One ABC and one water foam extinguisher.  Both will be installed on each range."  Did I read that correctly?

A.    Yep.

Q.    So is that a change that was made after the Smith Fire?

A.    I do not know.  I thought it was made before

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

that.

Q.   Do you remember being involved in this discussion at all?

A.   I do not remember the whole critical incident report.

Q.   Okay.  So none of this has refreshed your memory in any way about the debrief, right?

A.   No

Q.   "Excess property, homemade electrical items are being confiscated."  That's something we discussed, right?

A.   Correct.

Q.   Okay.  So this looks like maybe there's a recommendation that that be done better, right?

A.   Yeah.  I mean, that we make sure we're taking them and we're confiscating them and writing them up, yes.

Q.   Okay.  "More staff training on use of extinguishers."  Do you remember any discussion of that?

A.   I do not know anything about that.  I mean, we get the CBT and the training in a 40-hour, and that's it.

Q.   Okay.  And that's the online training, right?

A.   Correct.

Q.   And then, "Staffer to call a signal for the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

fire department right away." Do you remember any discussion or issues with calling the fire department timely?

A.   No.  As far as I read on the incident report, they called it as soon as they seen the fire.

Q.   Do you remember that being an issue in other fires at the facility?

A.   No.

Q.   And then "Staff are to inspect outlets."  Do you remember any discussion of that?

A.   No.  I mean, that's part of the cell inspection and the quarterly, annually cell inspection sheets.

Q.   Do you remember there being any problem or issue with staff not doing a good job or not doing their inspections of outlets?

A.   Again, no.

Q.   And that's something that should be done during the quarterly standardization, right?

A.   Again, quarterly standardization does the cell inspections.  That's also where they're dealing with the excess property.  And also when they move in and move out.

Q.   This debrief mentions curtains.  Does policy require curtains to be removed if they're hanging up in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

the cell?

A.    Yes.  We remove them and they get a conduct report.

Q.    And were there any issues with staff not complying with this requirement?

A.    No.  I mean, I get conduct reports all the time.  I mean, usually, when staff tell them to remove a curtain, they remove it.  And then when they leave the range, they put it back up and then they give a conduct report.  And --

Q.    Do you receive all conduct reports?

A.    I do not.

Q.    Conduct reports -- anytime there's a discipline of a incarcerated individual, that goes in a conduct report, right?

A.    Yes.

Q.    And who do those go to?

A.    We now have a system -- computerized system they do them on.  It's Delta -- called Delta, and they open up the account, and they do a conduct report and it goes to the DHP chairman and screening officers.

Q.    And do you -- as the custody supervisor, you don't review those, right?

A.    I do not.

Q.    Are you made aware of any trends or problems

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

related to inmate discipline?

A.    Aware of any trends or problems from any offender or --

Q.    Sure.  If there's a recurring problem that you're having with inmates, like curtains or, you know, makeshift extension cords or, you know, drugs, anything that is like a recurring persistent problem, are you made aware of those trends?

A.    Yeah.  I mean, staff will come and tell me, or if DHP sees something where it's continuous, they'll say, hey, this guy has been a continuous problem, staff will.  Yes.

Q.    And those, you know, persistent conduct problems, those are things that you want to consider when you're deciding what changes need to be made to policies and post orders, right?

A.    No.  I mean, comment reports are something they're doing that they shouldn't be doing.  I don't know why that would have to do anything with policy and procedures.

Q.    Okay.  If you're having trouble enforcing certain problems or, you know, things are going undetected, that might be something you want to consider when determining how often and how thoroughly inspections should be done, for example, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.   I don't know any problems that haven't been addressed.

Q.   Okay.

A.   Or -- or have had issues being addressed or doing what they're supposed to on --

Q.   Okay.  So as far as you know, inspections are thorough and regularly and timely, right?

A.   Yes.

Q.   Okay.  And supervision and rounds of cell houses are being done generally as required and without problems?

A.   I mean, if they're being done or found not being done, then discipline is recommended and we handle it.

Q.   And as far as you know, is it a persistent problem of staff failing to follow through on their responsibilities to monitor cell houses?

A.   No.

Q.   All right.  I am going to pull up what I will mark as Exhibit 2.  All right.  This is State 00015 to State 000018.  And this is the Internal Affairs report relating to the fire that killed Michael Smith, correct?

                (Exhibit 2 was marked for
                identification.)

A.   Looks like it, yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

BY MS. PIERCE:

Q. Okay. And so, you would've -- you said you wouldn't have been given a copy, but you would've seen this and reviewed it, right?

A. Well, I mean, they send me the copy. I review it, and I sign off on saying I've reviewed and send it back.

Q. I see.

A. But I -- I don't get a copy-copy of it.

Q. But you do review it and you sign off on it?

A. Yes.

Q. And part of your responsibility as custody supervisor when you review it is to see if there are issues I -- based on the investigation that need to be addressed, right?

A. No, I'm just reviewing for the outcome to make sure -- see what went on.

Q. What do you mean by that?

A. So I look at the outcome of the investigation, is all I look at.

Q. Okay.

A. And then if there's discipline needed, it comes down from Mr. Neal. He says, hey, the -- or I&I and I says they failed to do something then, yes, discipline is done.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Okay.  So is I&I determining whether policies were violated?

A.   No.

Q.   Okay.  So who determines whether or not policies were violated in an incident?

A.   Sorry.  Yes.  So during their investigation, they're not determining it, but if they determine that a staff member is in derelicts in their duty or they violated policy, they will put it in those reports.

Q.   Okay.  And are you doing any independent assessment of whether a policy was violated?

A.   Just reviewing the incident reports, when I review that, if there's something I see, but usually that's the investigation report, and they feel there's nothing violated.  But if I see something in the incident report, yes.

Q.   Okay.  So you might disagree with I&I and decide that there was a policy violation and take steps to address it, right?

A.   I could, yes.

Q.   Okay.  And that's part of your responsibility in looking at the I&I report, right?

A.   I mean, I do that based on the incident reports.  I don't do that off of the I&I report.

Q.   Okay.  But the I&I report will have additional

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

information, right?

A. Correct.

Q. And that might make --

A. Sorry.

Q. Oh, sorry. Go ahead.

A. They will have information in there that I wasn't privy to at -- off -- off of the incident reports.

Q. Okay. So it's possible that you might take in this new information and decide that there was a policy violation that you didn't see from the incident reports, right?

A. It's possible I could see something in there that they didn't, yes.

Q. Okay. And it's important to look at incidents with a critical eye, right?

A. I mean, yeah. I -- I mean, you should look at incidents and make sure everything was done correctly. Correct.

Q. And you don't want to solely rely on the incident reports because they're self-serving, right? I mean, these officers don't want to necessarily admit to you that they may have violated a policy or done something wrong, right?

MR. JIMENEZ: Objection to form. You can

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

answer.

THE WITNESS:  I have no clue what the officers think and do on the incident report.  What I read off the incident report is what I believe they are telling the truth and saying, hey, this is what happened.

BY MS. PIERCE:

Q.    Okay.  So you don't take any additional steps to speak with anyone or verify the incident reports are correct, right?

A.    Not unless it's necessary.  I have a shift supervisor that reviews all of them before turning it in.

Q.    Okay.  And so, you count on the shift supervisor to tell you if it's necessary to do some additional investigation or confirmation, right?

A.    Correct.

Q.    Okay.  Otherwise, you just assume that the incident reports are correct?

A.    Yes.

Q.    Okay.  I want to look at the narrative section here.  It has a timeline for the incident from the camera footage.  And if I remember correctly, you say you don't remember viewing the camera footage in this case, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    I do not.

Q.    Okay.  So it's possible you viewed it, but you don't have any memory of doing it?

A.    Correct.

Q.    All right.  But it's not your normal practice to review surveillance video, right?

A.    No.

Q.    So it says here that at 10:53, you can see flickers of flame in the cell; is that right?

A.    That's what it says, yes.

Q.    Okay.  And then at 10:55, it says the fire is readily visible and -- but still inside the cell, right?

A.    Correct.

Q.    And then at 10:57 the flames have completely engulfed the cell and are moving outward, right?

A.    What it says, correct.

Q.    And then at 10:58, the flames are spreading out and upwards out of the cell, right?

A.    Correct.

Q.    And then, sometime after that, at 10:58, Officer Cross and Officer Crockett arrive at the cell with the water fire extinguisher, right?

A.    Correct.

Q.    Does this timeline raise any concerns to you that the fire is going on for at least five minutes

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

before somebody responds to the cell?

A. Absolutely not.

Q. Okay. You think that's a reasonable time to respond to a fire?

A. I mean, I don't know what view of the camera footage says that they seen this flicker. I don't know if -- what offenders were doing. I don't know what the staff were doing. So I mean, five minutes, I mean, that -- that offender could be trying to put the fire out and not calling anything.

Q. Okay. Did you take any steps to determine, you know, what was happening during those five minutes?

A. I did not.

Q. And you didn't talk to any incarcerated individuals in A Cell House to determine what was happening, correct?

A. Correct.

Q. Does this raise any concerns to you that they responded to the fire with the water fire extinguisher?

A. No.

Q. Is the water fire extinguisher the correct fire extinguisher to use when responding to a cell fire?

A. I don't know what kind of fire it was. I don't know if it was just paper, electrical, or what. So without knowing, you don't know which one. At least you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

grabbed the fire extinguisher to try and put it out.

Q.    Is there any instruction about which one to bring to a fire or whether to bring both?

A.    No.

Q.    All right.  If, when you reviewed this I&I report, you saw anything that concerned you, would you note that anywhere?

A.    No.

Q.    Would you raise that with Warden Neal?

A.    No.  I would've just handled the -- the situation and corrected it, unless it had to go further.

Q.    What do you mean if it had to go further?

A.    Like if it was more training or something where it needed discipline or something I felt that was very violent or outside of the policy, I would've raised it with him, but if it was something minor or something that I just feel they could have done, I would've talked to them about it.

Q.    Okay.  So if you read this, you would've taken a critical eye to it, and if you thought there was something differently they should have done, you would've talked to the officers involved, right?

A.    Correct.

Q.    Okay.  Did you talk to the officers involved in this fire?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    Again, no, I didn't.

Q.    And -- but if you looked at this and you were like, oh, man, I think additional training and instruction is needed, you would've talked to Warden Neal about that?

A.    Yeah.

Q.    Okay.  And did you raise any concerns like that with Warden Neal here?

A.    I did not.

Q.    All right.  All right.  I'm going to show you what I will mark as Exhibit 3.  Okay.  This is a still from the surveillance camera showing cell 252 and that side of the range at 10:56:00.  Okay.  Can you see this all right?

(Exhibit 3 was marked for identification.)

A.    Yes.

BY MS. PIERCE:

Q.    Okay.  And you can see cell 252 here, right?

A.    Correct.

Q.    Okay.  It looks like there's a pretty big fire inside that cell, right?

A.    I have no clue what that is inside there.  It could be the light on.  They could have something over the light that makes it red.  I can't tell that's a fire

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

from this picture.

Q.    Okay.  If that is a fire, that's a pretty big fire, right?

A.    I don't know.  I mean, I can't see it.

Q.    And would you expect, once there's a fire starting, for inmates to be yelling?

A.    Oh, yeah.  I mean, if they know there's a fire, they start screaming.

Q.    Okay.  So if there's smoke coming out of there and there's some flames, you'd expect them to start screaming, right?

A.    Correct.

Q.    Okay.  Because the ones nearby, they're locked in their cells and they're worried about getting trapped in there with a fire, right?

A.    Yeah.

Q.    Okay.  So assuming this is a fire here and there's some smoke coming out, inmates would be yelling, right, in your experience?

A.    Yes.

Q.    Okay.  All right.  So that is 10:56.  And according to the I&I report and the investigation, we know that that was a fire, right?  Because the fire started at 10:53, right?

A.    I mean, that's what they put on the report.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
COURT REPORTERS

**Exhibit I**

And how they determined it, I do not know, but I cannot tell that's a fire.

Q.    Okay.  But I&I did determine there was a fire, right, at that time?

A.    That's what's in their report.  Yes.

Q.    Okay.  So we can be pretty sure that the inmates were yelling, right?

A.    No, because usually when they're yelling, they're at their doors with their mirrors out, waiting for staff to come.  So I can't tell if they were yelling or not.

Q.    Okay.  But in --

A.    I -- in seeing it, they're all at their cells, screaming and yelling, at the front of the doors.

Q.    Okay.  But in your experience, if there's a fire, they're yelling, right?

A.    If they know about it, yes.

Q.    And if there's smoke, significant smoke going to the cell house, they would know there's a fire, right?

A.    Well, yes.

Q.    All right.  I am going to share now what I will mark as Exhibit 4.   And this is a still from the same camera at 10:57.  Okay.  Can you see this okay?

                    (Exhibit 4 was marked for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40371


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

identification.)

A.   I can.

BY MS. PIERCE:

Q.   Okay.  And we can see now the fire is bigger, right?

A.   I can see lights in there.  I still cannot tell if it's fire in there.  I don't see -- with a still picture, I don't see any flickering or anything. I just see, like, a light in there.

Q.   Okay.  So you can't tell if it's flickering, but you can see substantially more smoke coming out of the top, right?

A.   I mean, I can see something.  I don't know what that is.  It could be smoke.

Q.   Okay.  We can see a good amount of something dark coming out of the top of the cell going up, right?

A.   Yep.

Q.   Okay.  Assuming that is smoke, that's a good amount of smoke going through the cell house, right?

A.   It is.

Q.   Okay.  So at this point inmates know there's a fire, right?

A.   Yes.  First --

Q.   Okay.  And in fact -- oh, I'm sorry.  Go ahead.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

A.    They should know.  Yes.

Q.    And it looks like we can see actually some hands, maybe down a few cells.  It's hard to see whether people are at the front of their cells, but it looks like some people are, right?

A.    There are a couple of people.  I can pretty much say 249 looks like a guy standing there.

Q.    Okay.  And that would be 248, I think, right?

A.    Oh, yeah.  It -- it is.  You're right.  Odd -- or even number.

Q.    Okay.  All right.  So at this point, we'd assume people are yelling, right?

A.    I would assume, yes.  Somebody may be yelling, but that's an assumption.  I don't know if they are or not.

Q.    Okay.  Right.  Because you weren't there, you don't know exactly what was happening, but based on your experience, people would be yelling, right?

A.    Yes.

Q.    Okay.  And the officer's station is just out of screen up on the left side, right?

A.    Correct.

Q.    Okay.  So someone could leave there and in a hustle get here in, you know, 30 seconds or so, right?

A.    I don't know about 30 seconds, but they could

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

get there in a timely manner, yes.

Q.   Okay.  Definitely under a minute, right?

A.   I don't know.  They may have had trouble with the front gate door.  They may have trouble with the gates, opening them.  I mean, I can't assume anything or why -- how they could get there.

Q.   Okay.

A.   Or how fast.

Q.   Do you have any concerns, looking at this video, that no one is here responding to the fire?

A.   No, because I don't know if they'd known about it.  I don't know if they seen it.

Q.   Okay.

A.   Or even -- I don't know if the offenders were screaming or yelling.

Q.   Okay.

A.   So they may not have even noticed it yet.

Q.   And again, you didn't take any steps to talk to the offenders to determine when or how long they were yelling, right?

A.   I did not.

Q.   All right.  I will share what I'm marking as Exhibit 5.  This is the same -- a still from the same camera a minute later at 10:58:00.  Okay.  Can you see this okay?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

(Exhibit 5 was marked for

identification.)

A.    That is a fire.

BY MS. PIERCE:

Q.    Okay.  We can definitely tell it's a fire now, right?  It's huge.

A.    True.

Q.    Flames are coming out of the top of the cell, right?

A.    Right.

Q.    There's a lot of smoke?

A.    Yep.

Q.    Do you have any doubt in your mind that people were yelling?

A.    I don't see anybody at the cell doors except for 248 still, which I would assume, and it's only an assumption, that he was yelling, but I don't know.

Q.    Okay.  But you don't see anyone else at the other cells here?

A.    No.  They could be sleeping.  That could be not in their cell.  They could have been out-counts.  I don't know.

Q.    Okay.

A.    But I definitely see 248 at his cell door.

Q.    Okay.  Do you have any concerns that we don't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

see anyone here responding to the fire?

A.   No, because it's a still picture, so they could be responding.  They should be coming on the ranges right now.

Q.   Okay.

A.   And they may have just seen it just now.

Q.   Okay.  But you don't have any concerns that no one is already here trying to put the fire out?

A.   No, because I don't know when they know -- found out there was a fire or noticed there was a fire.

Q.   Okay.

A.   This may be the first time they notice it, and they may be moving right now, but this is a still picture.

Q.   Does that raise concerns with -- to you if no one has noticed the fire until this point?

A.   No, because this is the first time in the still pictures that you've shown that it actually looks like a fire and is coming out at the cell.

Q.   Okay.  Does that raise any concerns for you that maybe there need to be different policies or procedures about monitoring for emergencies?

A.   I mean, no, because they're monitoring it. You don't know what they were doing.  I mean, this is the only still picture you got that shows that there is an

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

actual fire.  So they may be monitoring it down on the cameras and seeing it and now they're responding. I don't know when they responded, when they seen the fire.

Q.  Okay.  But it doesn't raise any concerns for you that it's -- that based on your testimony, they might not have noticed there was a fire until now?

A.  Based on my testimony that this is the first time they could have possibly did it and they could be responding.  But with the still picture, I can't tell when they're responding.  So I don't know where -- how fast their response was.

Q.  Okay.

A.  Or what they were doing.

Q.  So your testimony here is that it's totally within policy and a reasonable response to allow a fire to get this big before responding to put it out?

MR. JIMENEZ:  I'm going to object to the mischaracterization of his testimony and an objection of form, but you can go ahead and answer, Major Wardlow.

THE WITNESS:  What was the question again?

BY MS. PIERCE:

Q.  It's your testimony that it is within policy and a reasonable response to let a fire get this big before arriving to the cell to try to put it out?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

MR. JIMENEZ:  Same objections.  You can answer.

THE WITNESS:  I do not know how fast it got to that point, so I don't know if it was in policy for a response time.

BY MS. PIERCE:

Q.   Okay.  And you didn't take any steps to determine whether it was in policy, right?

A.   I did not.

Q.   And we've looked at pictures here, right?  I mean, we saw a fire at 10:56.  We know it was a fire, right?

A.   Well, I don't.  You said it was a fire.  I&I's report says it was a fire, but we can only assume it was a fire with the flames now, but with the picture that you showed and the angle, that's coming from the backside, that -- and the staff are up front so they wouldn't have been able to see that inside that cell at that time.

Q.   Okay.  And the only policy that you have in place to alert staff to a fire or other emergency is for inmates to yell, right?

A.   No.  We have the fire alarms that would go off.

Q.   Okay.  Did you ever -- were you involved in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

any assessment of whether the fire alarm went off timely here, or whether additional smoke detectors were needed?

A.    I was not.

Q.    Did you consider that at all?

A.    I did not.

Q.    Okay.  We know based on the I&I report that the fire started at 10:53, right?

A.    That's what's in the report, yes.

Q.    Okay.  And we can look at this -- this -- this picture here, five minutes later, it shows that the fire has now gotten very large over five minutes and there's no one here putting it out.  And just to make sure I understand your testimony, your testimony is that you don't see anything wrong with this response to the fire; is that right?

A.    I see a fire, and I don't see staff on the range, but that does not mean they're not responding.

Q.    Okay.  And you don't have any criticism or concerns that it took five minutes for somebody -- it's taken five minutes and no one has noticed a fire getting this large?

A.    No, because I don't know if they noticed it.

Q.    Okay.  And you have no concerns that they might not have noticed a fire getting this large in a cell house where they know their prisoners are locked in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

their cells and they're in charge of supervising and helping them?

A. So even on the camera view, I couldn't tell it was a fire. So how are they supposed to respond to something they don't know what it is or if anything's going on? It was behind his curtain.

Q. All right. I am going to share what I will mark as Exhibit 6. And this is a still from the same camera at 10:58:18. All right. You can tell this is a fire, right?

(Exhibit 6 was marked for identification.)

A. Yeah.

BY MS. PIERCE:

Q. Okay. It's quite large, coming out onto the next range, right?

A. Correct.

Q. Do you see anyone here responding or trying to put out the fire?

A. I can't see the whole range, so I have no clue. But they are not in front of the cell, no.

Q. Okay. And no one is actively trying to put out the fire, correct?

A. At this time, no.

Q. Does that raise concerns for you?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.   I mean, it raises concern that there's a fire, but I don't know where the staff are or whether or not they're responding.

Q.   Okay.  And it's been over five -- and over five minutes since this fire started, we know that from the I&I report, right?

A.   Well, from what report started, yes.  The report says it started at 10:53.

Q.   Okay.

A.   How they determined that, I do not know.

Q.   And you didn't take any steps to determine whether or not staff were timely responding to this or whether changes needed to be made in policy regarding the supervision and emergency response, right?

A.   Did not.

Q.   And again, you have no concerns about the response to this fire based on this photo?

A.   Based on the still photo, I do not, because I don't know if they're responding or not.  I cannot see the whole range and whether they're not on it.  I mean, if I had to guess, if I looked down there by the gray box on the 2- and 300, it looks like a body.

Q.   Okay.  And you didn't take any steps to assess this, correct?

A.   I did not.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   All right.  I'm going to show what I will mark as Exhibit 7.  All right.  This is a still from the same camera again, this time at 10:58:23.  All right. Can you see this?

(Exhibit 7 was marked for identification.)

A.   I can.

BY MS. PIERCE:

Q.   Okay.  So now, we see somebody responding, and it looks like two people responding and one of them is spraying the fire, correct?

A.   Absolutely.

Q.   Okay.  So this is the first time that we see somebody responding to the fire, right?

A.   That's the first time you can actually see them, yes.

Q.   Okay. And again, you have no concerns that it is, oh, about five-and-a-half minutes before somebody responds and starts spraying the fire, right?

A.   No, I don't -- I have a concern it's a fire, and they responded.  I don't know when they caught it was a fire.  So the response time, I have no clue because I don't know when they knew -- noticed there was a fire.

Q.   Okay.  And again, you didn't take any steps to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit I**

determine the response time, right?

A. I did not.

Q. And it would be important to know both when they knew it was a fire, but also when they knew there was an emergency, right?

A. Correct.

Q. Because there could be yelling, letting them know there's an emergency before there's a fire, right?

A. Correct.

Q. And if they ignored that, that would be a problem, right?

A. Correct.

Q. And you didn't take any steps to determine whether or not they ignored inmates yelling, right?

A. On the incident reports that I reviewed, it said 10:58 is when they noticed the fire, and that's them responding right there.

Q. Okay. And you didn't take any additional steps besides looking at the incident report to determine if they ignored inmates yelling for help, right?

A. Correct.

Q. Okay. Do you have any concerns that he's using a water fire extinguisher to try to put out this fire?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.    I do not.

Q.    **Is that the correct fire extinguisher to use?**

A.    I don't know what kind of fire it is, so I couldn't answer that.

Q.    **Okay.**

A.    There's different fire extinguishers for every fire, and we don't know which one it is.  So they're using a fire to extinguisher to try and put it out.

Q.    **And if you don't know what kind of fire it is, is there any guidance on what type of fire extinguisher should be your default one?**

A.    I don't believe so, no.

Q.    **So if you don't know what kind of fire it is, just use either extinguisher and see what works?**

A.    We have to try and get the fire out.  Yes.  Respond to the fire and try and assist people.

Q.    **Okay.  And there's no instruction to bring both types of extinguishers.  You just grab one, see if it works?**

A.    There is not.

Q.    **All right.  I will share now what I mark as Exhibit 8.  All right.  And this is State 035408. Okay.  This is a e-mail between you and Latrice Jones who's a shift -- assistant shift supervisor, correct?**

(Exhibit 8 was marked for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

identification.)

A.    Correct.  She was.

BY MS. PIERCE:

Q.    And she was the assistant shift supervisor at the time of the fire, correct?

A.    Yes.  I'm going to say yes.

Q.    Okay.  And she e-mails you and says, "I'm e-mailing you to send you a special thank you.  Because of the fire drill that was conducted in ACH on night shift, we were able to come up with a game plan in evacuating ACH on Saturday during that fire.  I believe that every lesson learned is a" helpful -- "helping tool for the future.  So I just wanted to say thank you, and I appreciate it."

A.    Okay.

Q.    Do you know why she was thanking you with regard to a fire drill that was done in ACH?

A.    Because I helped their staff and was there that night all night with them when we did a fire drill.

Q.    And did you regularly participate in fire drills?

A.    I do not regularly, but sometimes I go, I leave my lead captain to get with the safety hazmat and perform them now.

Q.    Okay.  But generally the safety hazard

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

manager's in charge of fire drills, right?

A.    In charge of them, and we work -- and she works with me and my lead captain.

Q.    Okay.  So you are also in charge of making sure fire drills are done and adequate to train staff, correct?

A.    Well, I'm not in charge of making sure they get done.  I'm in charge of helping her and assisting her to make sure they get done or to get them done. She sets up the times and the dates and everything to do them.

Q.    And who determines what's actually done during a fire drill?

A.    She does.

Q.    Do you have any role in that?

A.    I do not.

Q.    Okay.  So you basically just help with logistics; is that right?

A.    Correct.

Q.    Have you ever had any conversations with any of the safety hazard managers to say, hey, I think these need to be done differently?  I think staff need different or additional instruction or training?

A.    No.

Q.    And your response to Ms. Jones is, "You are

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

USDC IN/ND case 3:24-cv-00185-DRL    document 147-11    filed 04/17/26    page 146 of 204

welcome.  I'm glad the drill helped in this situation. You guys did a good job making sure everyone got out and was safe."  Did I read that right?

A.   Yep.

Q.   Okay.  Everybody wasn't safe, right?

A.   I mean, no.  If you're talking about Mr. Smith, no, he was -- did not get out.

Q.   Okay.  And did you have any conversations with Ms. Jones about exactly what happened and what could have been done differently to save Mr. Smith's life?

A.   Just this incident or this e-mail is all the conversation I had with her about it.

Q.   Okay.  And what is this based on, you telling her that they did a good job making sure everyone got out?

A.   I mean, based on that they evacuated the whole cell house and nobody else was injured after the initial report.

Q.   And are you confident that no one else was injured?

A.   I have not seen any injury reports after it, so yes.

Q.   Do you know what -- whether anyone else had a (inaudible) with smoke inhalation or anything like that?

A.   I do not.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Did you look into that at all?

A.   No.

Q.   Would you have been alerted if that happened?

A.   Would I have been what?

Q.   Would you have been notified if other inmates had, you know, breathing problems or other issues relating to the smoke inhalation?

A.   No, not at unless it was on the incident report.

Q.   All right.  Share now what I'll mark as Exhibit 9.  Okay.  This, for the record, Exhibit 9 is State 017381 to State 017383.  Okay.  And I -- this is a e-mail exchange between you and Warden Neal, and there's some other people on it at different points as well, correct?

(Exhibit 9 was marked for identification.)

A.   Yep.  That was the e-mail I was talking about a notification.

BY MS. PIERCE:

Q.   Okay.  I'm going to go down to the first one that was sent.  It looks like it's a e-mail from Kelly Burke (phonetic) to Warden Neal and some other individuals about the fire.

A.   Correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.    And then Mr. Wessner (phonetic) says, "Investigation into the fire in the ACH was conducted by Michigan City Fire Marshal, Indiana State Police, State Fire Marshal, along with Investigators Haskell (phonetic), Miller (phonetic), and Burke."

A.    Okay.

Q.    "Preliminary indication is that the fire was started by a short circuit in an electrical device. Recovered in the cell was two cell phones, both burned, approximately four tablets, again, burned, and approximately four TVs, burned, plus miscellaneous wiring.  An autopsy has not been scheduled at this time. The cell will be red tagged until the autopsy is complete, per request of the state fire marshal."

Did I read that correctly?

A.    Yep.

Q.    Was that part of the e-mail that you received, this information here?

A.    It's on the e-mail thread, but I wasn't on the original one.  No.

Q.    Okay.  But do you know if you got this information?

A.    I didn't read, but what Mr. Neal questioned me, I didn't read the whole e-mail thread.  Mr. Neal sent me an e-mail saying about the cells, and that's

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

what I read and that's what I responded to.  I did not read the whole e-mail thread because the e-mail thread was not to me.  The only question was what Mr. Neal sent.

Q.   Okay.  So let's go up to what Mr. Neal says to you.  He CCs you, and he says, "Hopefully we have something on the quarterly shakedown report from the shakedown team."

A.   Correct.

Q.   And that's the extent of his e-mail, right?

A.   Yep.

Q.   Okay.  So to see what he is talking about, you have to read the rest of the e-mail, right?

A.   No.  I know what he's talking about, quarterly shakedown report.

Q.   Okay.  How do you know what cell you're looking at?

A.   It's in the brief summary, the subject says his name.

Q.   Okay.

A.   So I just --

Q.   So you know -- you testimony, you would've just read this one line, looked at the subject line and said, okay.  I got to look for quarterly shakedown reports for Smith, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.   Correct.

Q.   Okay.  And you wouldn't have read anything else in the e-mail?

A.   Not necessarily.

Q.   Okay.  And you respond, "I have the quarterly ones that I will check and send it to you.  Every cell was done last quarter.  He has been in there since March of 2033."  It must be wrong, right?  It --

A.   10-23, I think.

Q.   So would've been done twice since he was in there.  Okay?  Did I read that correctly?

A.   Correct.

Q.   Okay.  So in response to him, you go to look at the quarterly standard -- standardizations, right?

A.   Correct.

Q.   And then, so Warden Neal says to you, "That's what I need.  We just need to show that it was done and if anything was found or confiscated.  He has a history of hoarding electronics in his cell to fix them for others.  This brings us back to previous discussions about shakedown staff, confiscating trash, debris, and other items found in the cells other than drugs and weapons."

Did I read that correctly?

A.   Correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Do you know what discussions he's talking about?

A.   That was our shakedowns on the curtains being up, the homemade surge protectors, and excess property.

**Q.   Okay.  So fair to say you had conversations that staff maybe weren't confiscating or looking for things other than drugs and weapons, and so you had discussions that staff needed to be told to do this, right?**

A.   Didn't have anything to do with staff being needing being told to do that.  It had to have been us doing it when we see it.  So not necessarily that they weren't doing it already.  Just more discussions that, hey, we need to make sure we're taking this stuff and confiscating it and putting it on the reports.

**Q.   Okay.  So you had a discussion that you need to make sure you were doing it.  Why did that come up?**

A.   Annual reports that there are construction service audit or ACA that says we have excess property or curtains.

**Q.   Okay.  So there's some concern that there's issues with excess property and curtains that prompt a need for additional searching or changes, right?**

A.   Not additional.  I mean, we do it.  It's been in policy to do it.  I don't know when it came into

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

policy, but we're supposed to do every cell in a quarter.  So nothing additional onto it because of this.  It was just we needed more -- more vigilant and make sure we are taking that stuff.

Not that they weren't taking it, just more vigilant.  Because obviously, he had stuff in his cell that he wasn't supposed to.  But we didn't know when he got it.

Q.   So before Mr. Smith's death, there was at least some concern from some source that there needed to be more vigilance in searching for excess property, right?

A.   We have concerns of excess property and curtains, yes.

Q.   Okay.  So there was a discussion of making sure that staff were being vigilant and enforcing this policy, right?

A.   Being more vigilant, yes.

Q.   Okay.

A.   Not enforcing it, because they were enforcing it.

Q.   Okay.  And then your response is, "Nothing found in cell that I can find"; is that right?

A.   That is correct.

Q.   Okay.  So you -- this means you looked back at

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

the previous quarterly standardizations for this cell and nothing was confiscated from him, right?

A.    Correct.

Q.    Okay.  All right.  I'm going to share what I will mark now as Exhibit 10.  Before I do that, we talked about other fires occurring at the prison. Besides the Joshua Devine fire, do you remember any other fires that resulted in injury at the prison?

                (Exhibit 10 was marked for

                identification.)

A.    I believe there was one on my shift after the Devine case, but I don't recall when it was or what it was.

BY MS. PIERCE:

Q.    And what kind of injury resulted?

A.    I think he ended up with third-degree burns.

Q.    And you were working at the time?

A.    Yes.

Q.    And what cell house were you working in?

A.    A -- I was the shift supervisor.

Q.    Okay.  So you were a captain at the time?

A.    Correct.

Q.    And where did the fire occur?

A.    A Cell House.

Q.    Okay.  And did you actually respond to the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

fire as it was going on?

A.   I did not.

Q.   Do you remember the name of the prisoner who was involved?

A.   I do not.

Q.   Do you recall how the fire started?

A.   I believe he was trying to commit suicide and started on his -- fire on his bed while he was laying on it.

Q.   Do you remember any changes or additional instruction or training that were given after the fire?

A.   Nope.  Staff responded, got it out, got him out, got him to medical.

Q.   Were you involved in any critical incident debriefing relating to that?

A.   I do not recall.  I'm sure there was one, but I don't recall it.  That was probably -- whenever I was on nights, so '18, maybe, '17, late '17, '18.

Q.   Do you remember being notified of any additional fires that occurred?

A.   I'm sure I've been notified about a bunch of fires or a few fires, but I don't know when they were or what they were or how bad they were.

Q.   All right.  I'm going to share Exhibit 10. And this is a e-mail relating to an incident with an

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

offender named Filzern.  Are you familiar with that incarcerated individual?

A.    I am not.

Q.    Okay.  Do you remember a fire in May of 2022 involving Mr. Filzern?

A.    I do not.

Q.    And you were a custody supervisor at this time, correct?

A.    2022?  Yes.

Q.    Great.  So you would've been notified of this, right?

A.    I mean, by e-mail or by the incident report, yes.

Q.    Okay.  And I'm going to just read this description of the incident from -- it's Captain McCann, right?

A.    Yes.

Q.    Okay.  So "On 5-8-22 at approximately 7:51 a.m., Officer J. Tani (phonetic) and Sergeant R. Arnold (phonetic) were running offenders out for recreation when they heard yelling from the west side of the cell house.  Upon reaching the 400 west range, they observed smoke and flames coming from cell 433 W, which is occupied by offender Filzern, Kortel (phonetic), number 190610.  Offender Filzern was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

at front of his cell.  He was immediately placed in restraints and removed from his cell.  He was then escorted to MSU for treatment. The fire was put out by" DHS -- or "DCH staff and the offender fire battalion. RN T. Turner (phonetic) requested an ambulance due to burns on Offender Filzern's left arm, back, face, neck, and groin area. Also, his oxygen level was low.

A trip team consisting of number one Officer C. Smith (phonetic) and number two Officer C. Camp (phonetic) was assembled.  EMTs on grounds at 8:16 a.m. and off grounds en route to Franciscan Health ER in Michigan City.  Warden Neal was contacted concerning the incident.  I&I Mr. Wessner was contacted and will report to the facility, as well as safety manager D. Taylor.  The 400 west and DCH will be considered a crime scene until released by I&I.  The crime scene log is being maintained.  Trip Officer C. Smith advised the offender, Filzern, will be airlifted to Lutheran Hospital Burn Center in Fort Wayne."

        Did I read that correctly?

    A.    Yep.

    Q.    Does this refresh your memory at all about this fire?

    A.    I mean, I remember one in D and it could be this one, but I mean, I don't know the incident

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

personally, no.

Q.   Okay.  You don't have any specific recollection about this fire?  This doesn't really refresh your memory?

A.   No.  I mean, there's fires in D all the time. Well, not all the time, but there's fires in D periodically that get reported.  This specific one, no, I don't recall anything on this specific one.

Q.   And this one resulted in pretty significant injury if he was airlifted to another hospital, right?

A.   Correct.

Q.   And this one doesn't stick out in your mind at all?

A.   No.  As you can see, I wasn't notified according to the report, when this happened.  So I mean, I could have been notified, but I don't know.

Q.   You would've been notified eventually, right? Through incident reports and --

A.   Correct.

Q.   -- shift report, right?

A.   Correct.

Q.   Okay.  Do you remember having any discussions about this fire and the response and what caused it?

A.   I do not.

Q.   Do you -- were you involved in any discussions

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

about what could be done differently or additional training or changes to policy?

A.    I do not.

Q.    Do you know what caused this fire?

A.    I do not.

Q.    So fair to say, before Mr. Smith was killed, there had been several fires in the last few years at Indiana State Prison resulting in serious injury or death, right?

A.    I don't know about several.  You showed me one, and I know of one, so two.

Q.    And then Mr. Devine as well, correct?

A.    That was after.  You said after the Smith fire.

Q.    Before the Smith fire?

A.    Oh.  And Devine, yeah.  So three.  I don't know if that's several or not.  I mean, there's three that I've known of.

Q.    Okay.  At least three resulting in serious injury or death in the years leading to Mr. Smith's death, right?

A.    Correct.

MS. PIERCE:  All right.  Let's take a quick break and come back in about five minutes unless anybody wants longer.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

MR. JIMENEZ:  That's fine with me.

THE REPORTER:  All right.

MS. PIERCE:  Can we go off the record, Kortney?

THE REPORTER:  Yep.  We're off the record at 1:25 p.m. Central Time.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Douglas Wardlow being conducted by videoconference.  My name is Kortney Chase.  Today is June 26th, 2025, and the time is 1:38 p.m. Central Time.

BY MS. PIERCE:

Q.   Okay.  Mr. Wardlow, I want to pull up the exhibits again.  So this is again, it's -- one second. This will be Exhibit 3 and Exhibit 7.  And I'm going to try to put them side by side.  These are the two bills. Let's see if I can do it.  Okay.  So -- let's see. Okay. Can you see that okay?

A.   I can.

Q.   Okay.  So this is Exhibit -- this is the still from 10:58:23 and the still from 10:56 side by side, correct?

A.   I can't see what the times are on them, but...

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit I**

Q.   Sure.  I will -- I will represent to you that's what they are.  I know they've gotten a little smaller since I put them side by side.  Okay, so we know that in two-and-a-half minutes, this fire gets substantially larger, right?

A.   Yes.

Q.   Okay.  And I want you to assume that on this one over here at 10:56, that that is a fire in the cell, okay?  I know you said that you couldn't tell from looking at it whether it was a fire, but assuming that's a fire in the cell, okay?

A.   Okay.

Q.   And assume that, at this point, inmates are yelling because they understand that there's a fire in the cell, correct?

A.   I can't assume that because there's nobody at the cell doors and they may not even know it's a fire because there -- there's nothing going out on the range.

Q.   Okay.  Sorry, let me ask -- let me restate my question.  So I want you -- I want you to assume, looking at this photo, that that is a fire and that inmates are yelling to get staff's attention at this point because they know it's a fire, okay?  I want you to make that assumption, okay?

A.   Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

Q.   All right.   So assuming those two things, what should staff do when they hear the inmates yelling that there's a fire?

A.   I mean --

MR. JIMENEZ:   I'm going to object.   Hold on, Major Wardlow.   I'm going to object to -- for lack of foundation, form, and to the extent it calls for speculation, but you can go ahead and answer, Major Wardlow, to the best of your ability to answer the question.

THE WITNESS:   Assumption-wise, if that is a fire and the offenders notice it is a fire, and they're at their cell bars screaming and yelling, staff would know and hear it, and they would be responding at this time.

BY MS. PIERCE:

Q.   Okay.   And the thing they should do is what?

A.   I mean, if they're saying it's a fire, you would grab a fire extinguisher and at least respond to -- and try and find the cell fire where it's at.

Q.   Okay.   And you would do that as quickly as possible, right?

A.   Yeah.

Q.   They should be running over to the fire if they know there is a fire, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit I

A.    If they know where it's at, yes.  But it's not on the range, so you can't see where the fire is.  So they would have to check all five ranges and see where the fire is.

Q.    Okay.  So as soon as they can determine, they should run out and try to determine where the fire is and get there as quickly as possible, right?

A.    Correct.

Q.    Okay.  And they'd look for smoke, they'd look for other signs of fire.  Inmates would maybe be yelling at them where to go, right?

A.    I mean, they could be, yes.

Q.    Okay.  How -- what is a -- once they know that there is an emergency, what is an appropriate response time?  Is two-and-a-half minutes an appropriate response time?

A.    I -- there is no --

MR. JIMENEZ:  I'll object to form.  Go ahead.

THE WITNESS:  There is no appropriate response time.  I mean, what's the response time for a fire department to get to your house when you have a fire? Is there an appropriate response time to it?

BY MS. PIERCE:

Q.    So your testimony here is that there's -- you don't know what the appropriate response time -- there

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

isn't one?

A.   I don't think you put a response on a response.  A time limit on a response.  You're -- it should be as soon as you notify it and you find it, you're responding.

Q.   Okay.  So you want to get there as quickly as you possibly can as when -- once you know there's an emergency?

A.   Correct.  Once you find it.

Q.   Okay.  So once you know there's an emergency, you are doing everything in your power to get there as quickly as possible, and that's the expectation, right?

A.   To find it and get there, yes.

Q.   Okay.  And that's because these situations, something can happen quickly, right?

A.   Absolutely.

Q.   Two minutes in a fire or a heart attack, that's a long time, right?

A.   Correct.

Q.   And everybody in corrections knows that an emergency, things can change very quickly, right?

A.   It could.  It could change in a second.

Q.   Okay.  Okay.  And then I just want to make sure I understand.  Again, assuming on this photo on the right, at 10:56, that inmates are yelling and that this

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

is a fire, you have no concerns or problem with it taking two-and-a-half minutes for the staff to get here and start fighting the fire, as we see in the exhibit at 10:58:23, right?

MR. JIMENEZ:  Objection.  Form and foundation and mischaracterization of the testimony.  You can go ahead and answer.

THE WITNESS:  Okay.  So assuming it is a fire, and they're screaming and yelling, but I cannot see the whole range.  There's 30-some cells right there.  20- some, if I'm correct, on that range up to that cell. So I can't see that in the still picture that they're not responding.

BY MS. PIERCE:

Q.    At 10:56?

A.    Yep.

Q.    Well, they're not putting the fire out, right?

A.    Well, that doesn't mean they're not responding.

Q.    Okay.  What do you think they would be doing between 10:56 and 10:58 if they were responding but not there putting the fire out?

A.    Assuming it was a fire and they're screaming and yelling, they are probably looking for the fire, trying to see where it's at, get the necessary equipment

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

like the fire extinguisher, and going through gates. There's a gate in the front. Maybe it's not working. I don't know.

That's an assumption with -- that only staff in that cell house can make, where they were and what they were -- what time they responded and when they noticed it was a fire. That's a different view than what they're going to have sitting in -- in the officer station or on any other range.

Q.   Okay.  And so, you don't have any concerns with taking two-and-a-half minutes to respond to that fire?

A.   I don't know it took --

MR. JIMENEZ:  Objection.

THE WITNESS:  -- them two-and-a-half minutes.

BY MS. PIERCE:

Q.   Well, it took two-and-a-half minutes for them to go and start putting out the fire, right?  From 10:56, at least?

A.   I do not know.  I don't know when they actually noticed it was a fire.  So you have it -- would have to go -- their response time, when they first noticed it was a fire.  So I have no clue when they first noticed it was a fire.  According to incident reports, it was 2:58 they noticed fire, and they

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

responded.

Q. Okay. And my -- remember I asked you to make an assumption that at this time, at 10:56, there's a fire and inmates are yelling for help, right?

A. Yeah.

Q. So assuming that, you have no concerns that it took two-and-a-half minutes before they were actually trying -- making attempts to put the fire out, correct?

A. I mean, I have no concerns because I don't know if they're responding right now or not.

Q. Okay.

A. On a still picture, I don't know. They could be responding. They could be looking for the fire. There's a whole other half of range on the other side. There's five other ranges above them. So the concern -- I can't say there's a concern with it because I don't know if they know that's a fire.

Q. Okay. And it would be important to learn, as a supervisor, what they did do once they learned there was a fire, right?

A. I went off their reports and that -- what they reported into it. And they said they seen the fire, I believe at 10:58 on the incident report, and called the signal, and then -- and they responded as soon as they seen the report. So yes, I went off of that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

Q.    You talked a little bit about fire drills earlier, right?

A.    Yep.

Q.    Are there any drills that are done to have staff quickly respond to emergency situations in the cell?

A.    QRT drills.  Not necessarily in the cell. That's just any incident that we think of and we can do.

Q.    And what are QRT drills?

A.    They're quick response drills.  Our first responder will call like a signal 7, a fight, or emergency, or a signal 3000, or a hostage situation, and they respond.

Q.    Okay.  And who is involved in those QRT drills?

A.    The shift supervisors run them with a QRT instructor on the shift, and then whoever they have on as a QRT that day -- member or first responder for that day.

Q.    Okay.  So the QRT engages in those drills, but not regular staff; is that right?

A.    Regular staff are assigned QRT as well. They're qualified, and they just rotate it on shifts.

Q.    Okay.  But if you are not part of QRT, you're not participating in those drills, right?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

A.   No, they are because sometimes we do it in the cell house and that means they have to respond and call it.  They have to respond until first responders gets there.  It just depends on what the drill is that we're doing.  If it's in their area, yes.  So everybody gets involved in it.

Just depends on what the drill is and where it's happening at that time, and we rotate drills, so everybody should be getting a part of it.

Q.   **How often are these drills done?**

A.   Once a month.

Q.   **Okay.**

A.   On -- on each shift, so...

Q.   **Once a month on each shift?  Okay.**

MR. JIMENEZ:  Form.

BY MS. PIERCE:

Q.   **So once on day shift and once on month -- on night shift, each month?**

A.   Four different shifts.  So four a month.  And then we do four at ISO actually as well.  So you can say eight a month for the whole facility, because ISO is still part of our facility.

Q.   **Okay.  ISO is a separate building with lower security, right?**

A.   Outside, yes.  Indiana State Prison Outside

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Lower Minimum.

Q. What types of drills are done during the QRT drills?

A. Anything from assaults, hostage situations to signal 3000s, fires, fire drills. I mean, it could be anything that has to do with first responders responding. Yeah.

Q. And do staff know that these are drills or do they believe they're real situations?

A. They not know until they get to the situation and whether we have somebody playing an offender or not.

Q. Okay. So they wouldn't know until they actually got and saw that it was not actually a real thing happening?

A. Nope.

Q. Okay. So they are required to respond just as if it were a real event?

A. Yes.

Q. Do you ever do medical emergencies as part of these?

A. Yeah. Yeah.

Q. Do you ever do fire emergencies?

A. I believe there's been some done, yes.

Q. Do you recall any actually being done?

A. I'd have to go back through all the files, but

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

again, that's ran by my shift supervisors.  All they do is turn them in, and I file them and make sure they're being done.  So I don't really look and -- at each one and remember each one.

Q.    Okay.  So have there ever been any assessments done or discussion about whether our staff are timely responding to emergencies?

A.    So during the QRT drill, the QRT instructor will get the all the first responders out after it and have a debriefing with them and say, hey, this is what went wrong, this is what we can improve, this is what we can do.

Q.    Okay.  And that discussion is had with the QRT team?

A.    Yes.

Q.    And with these QRT drills, say there's a medical emergency drill, is it just the first responders who are responding or is it everybody in the cell house?

A.    Well, it depends on the situation and who we have call it, who we involve in it, so they won't know who it is so it's more of a real situation.

Q.    Okay.

A.    But usually, we don't tell the cell houses that we're doing it or wherever we're doing it, so they would respond as well.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Okay.  And are you mainly assessing the QRT team's response or are you assessing everybody's response?

A.   Really mainly assessing QRT first responders.

Q.   Okay.  So this is about making sure that the QRT team is trained, really?

A.   Trained and ready, yes.

Q.   And are these QRT drills documented in a specific document?

A.   It's a Excel form on the computer, and then it gets sent to me, and I print them out.

Q.   And what is in the documentation?  Is it a -- an assessment of how things went down or just, like, a basic information about what the drill was and when it was done?

A.   Basic information of what the drill was when it was done, and the response, and the QRTs.

Q.   Is there anywhere where any sort of assessment of the response or the drill is documented?

A.   There's a section that I believe says comments or something like that, that they put in there, yes.

Q.   During your time at Indiana State Prison, have you ever been disciplined for any reason?

A.   No.

Q.   Have you ever received a negative performance

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

review?

A.   No.

Q.   Have you ever been counseled about any rule violation?

A.   No.

MS. PIERCE:  Okay.  I don't have any additional questions.

CROSS-EXAMINATION

BY MR. JIMENEZ:

Q.   All right.  Major Wardlow, I just have a couple of clarifying questions, so it shouldn't take too long.  We spoke about the shift reports towards the beginning of the deposition.  Do you remember talking about shift reports?

A.   Yes.

Q.   And for -- just for clarification of the record, the shift reports as you mentioned, contains a summary of the incidents that would occur.  Is that -- am I remembering that correctly?

A.   Correct.

Q.   And would those shift reports be the -- in -- a summary of the incidents for the entire facility or for housing -- or for the different housing units specifically, if that makes sense?

A.   The entire -- the entire --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

MS. PIERCE: Hold on, hold on. Sorry. Object to form. Go ahead.

MR. JIMENEZ: You can answer.

THE WITNESS: Yes. It's the whole facility.

BY MR. JIMENEZ:

Q. All right. And you also mentioned, or we talked about the different ways in which an inmate can notify staff if there were to be an emergency. Do you recall questions regarding that topic?

A. Correct.

Q. And you mentioned -- among the things you mentioned, you mentioned, you know, yelling, banging on their doors, or notifying staff, correct?

A. Yes.

Q. With respect to the -- with respect to emergencies, it -- are there ways -- you also mentioned one of the -- one of the more recent ways are an inmate submitting some sort of, like, grievance form through -- electronically, is -- and you said that was new. Am I remembering that right?

MS. PIERCE: Object to form.

THE WITNESS: Correct.

BY MR. JIMENEZ:

Q. And so, with respect to other mechanisms in writing by which an inmate can notify staff, if

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

they -- you know, if they perceive an emergency of some sort, what are some of those ways?

MS. PIERCE:  Object to form.

MR. JIMENEZ:  You can answer.

THE WITNESS:  They have grievances, paper. They have request slips.  They can get ahold of the nurses when they're walking.  Unit team when they walk. When they go out to chow, they can put their request slips in the unit team box.  They can stop in the staff's -- stop -- talk to staff, or get the unit team's attention.

BY MR. JIMENEZ:

Q.    And you're familiar with the grievance policy at ISP?

A.    Yes.

Q.    And within the grievance policy, the grievance policy has a section in there for any grievances that an -- that an inmate believes is an emergency grievance, correct?

MS. PIERCE:  Object --

THE WITNESS:  Correct.

MS. PIERCE:  Object to form.

MR. JIMENEZ:  You can answer.

THE WITNESS:  Correct.

BY MR. JIMENEZ:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.    With respect to what is an emergency, would you agree with me that an emergency can be subjective?

          MS. PIERCE:  Object to form.

          MR. JIMENEZ:  You can answer.

          THE WITNESS:  Yes, it can be.

BY MR. JIMENEZ:

Q.    All right.  And with respect to the -- just the makeup of a cell house, I want to make sure that the record is clear on a couple of things.  Obviously, we saw a couple of still pictures that were shown as exhibits to you as part of the deposition.  The cells in a cell house, they are -- the doors to those cells, they are all, like, bars rather than, like, a steel metal door; is that correct?

A.    Correct.

Q.    Okay.  And you also mentioned that there are cells in A Cell House that have -- some of them that have older locks and then some of them that have newer locks, and you went over that with Ms. Pierce.  Do you remember that?

A.    Yes.

Q.    Which ranges on the north side of A Cell House would have those newer locks compared to which ranges would have the older locks?

          MS. PIERCE:  Object to form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

MR. JIMENEZ:  You can answer.

THE WITNESS:  Two, three, and I think part of four or maybe four.  Two and three for sure.

BY MR. JIMENEZ:

Q.    Two and three would have which lock -- which kind of locks?

A.    Newer locks.  I think we stopped somewhere and offhand, I cannot remember where we stopped on the doors.  It might be even further than two and three.

Q.    Okay.  And on the north side of A Cell House, there are five different ranges, right?

A.    Correct.

Q.    And in order for an inmate to go up -- if, say an inmate lives on the third, four -- second, third, fourth, or fifth range, they obviously would have to go up a flight of stairs in order to get there, right?

A.    Correct.

Q.    And then similarly, if staff wanted to go up to the second, third, fourth, or fifth range, they also have to use a set of stairs?

A.    Correct.

Q.    And my understanding is that there are two separate sides of stairs within the north side of A Cell House; is that right?

A.    Correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

MS. PIERCE:  Object to form.

THE WITNESS:  Sorry.

BY MR. JIMENEZ:

Q.    And -- and -- and is my understanding right that the inmates only use one side, whereas the other side is used by staff?

MS. PIERCE:  Object to form.

THE WITNESS:  So it's correct, the offenders use the back stairs to go up and down the ranges and staff use the front stairs, which have two -- one, two -- two gates to get into on the range. You'll have one to get to the stairwell and then one to get on the range.

BY MR. JIMENEZ:

Q.    Okay.  You talked about -- we talked about fires, and Ms. Pierce asked you a couple questions about how often fires occur at ISP or how fires begin. Do you remember that?

A.    Yes.

Q.    And one of the things you mentioned, I -- if I'm remembering right and correct me if I'm wrong, I believe you said the inmates will at times set fires at ISP; is that right?

A.    Correct.

Q.    What are some of the ways that inmates start

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit I**

fires at ISP?

A.  If they trafficked in a lighter, they may have a lighter, actual lighter to start it.  Some I see put, like, metal -- the razors in the outlets on, like, a pencil lid or something or spark them together to start the fires.

I think that's mainly the two biggest ones. Or they may have a fan or something with the two wires and they cut it and spark it to spark some paper to set it on fire.

Q.  Obviously the actions of those inmates -- you know, through those actions as you just described them, obviously, that poses a risk to their safety, correct?

A.  Correct.

Q.  And that's a risk that the inmate himself is creating?

MS. PIERCE:  Object to form.

MR. JIMENEZ:  You can answer.

THE WITNESS:  That -- that is correct.

BY MR. JIMENEZ:

Q.  All right.  You were shown several images, still images from a surveillance camera for A Cell House on the morning of the fire, January 14th of 2023. Do you recall seeing all those exhibits?

A.  Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Q.   Now, there were several questions that were asked of you regarding the timing and timestamps of those still images, right?

A.   Yes.

Q.   Now just to be clear, you yourself, you were not present in A Cell House at the time of the fire?

A.   Correct.

Q.   And you don't know at what point the staff that were working became aware of there being any type of fire?

A.   Correct.

Q.   You don't know what they heard?

A.   Correct.

Q.   You don't know if there were inmates yelling?

A.   Correct.

MS. PIERCE:  Object to form.

BY MR. JIMENEZ:

Q.   And if there were inmates yelling, don't know what it is that they were yelling?

MS. PIERCE:  Object to form.

BY MR. JIMENEZ:

Q.   All right.  Can you say with any -- with certainty, at what point -- at what time that morning staff first became aware that there was any fire in Mr. Smith's cell?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

MS. PIERCE:  Object to form.

THE WITNESS:  I cannot.

BY MR. JIMENEZ:

Q.   Can you say -- can you say what, if anything, staff heard from anyone within the cell house?

MS. PIERCE:  Object to form.

MR. JIMENEZ:  You can answer.

THE WITNESS:  I cannot.

BY MR. JIMENEZ:

Q.   And from what your testimony has been throughout the deposition, is it correct that your knowledge of what happened, it comes from, you know, the reports that you heard -- that you read, including the I&I report and then the incident reports related to the fire?

MS. PIERCE:  Object to form.

MR. JIMENEZ:  You can answer.

THE WITNESS:  That is -- yes.

BY MR. JIMENEZ:

Q.   All right.  And then lastly, Major Wardlow, you know, we spoke about -- I mean, we spoke about the fire obviously from January 14th, and -- and -- and you saw the still images.  We spoke about some of the, you know, other fires that inmates start within the facility.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

Would you -- would it be fair to say that -- I mean, the size of a fire can differ from, you know, from one fire to the other, that the sizes or the intensity of the fire can differ?

MS. PIERCE:  Object to form.

MR. JIMENEZ:  You can answer.

THE WITNESS:  Yes.  Sizes and everything could differ.

BY MR. JIMENEZ:

Q.  And the situation about -- you know, about what the -- and obviously, the response to the fire may differ depending on the size of a fire or what it is that the fire is, correct?

MS. PIERCE:  Object to form.

MR. JIMENEZ:  You can answer.

THE WITNESS:  Correct.

MR. JIMENEZ:  All right, Major Wardlow.  Thank you.  That's all I have for you.

THE WITNESS:  Okay.  Thank you.

MS. PIERCE:  No additional questions.

THE REPORTER:  Okay.  Thank you.  Mr. Jimenez, do you know if we're going to reserve or waive signature today?

MR. JIMENEZ:  We'll go ahead and reserve.

THE REPORTER:  Okay.  And would you like me to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I

send that to you directly?

MR. JIMENEZ:  Yes.

THE REPORTER:  Okay, perfect.  And then Ms. Pierce, would you like a copy of this transcript?

MS. PIERCE:  Not yet.  We'll reach out if we're going to order it.

THE REPORTER:  Okay.  Do you want a copy of the video?

MS. PIERCE:  Not at this time.

THE REPORTER:  Okay.  And Mr. Jimenez, do you want a copy of the transcript and/or video?

MR. JIMENEZ:  I will take a copy of the transcript, but I don't need the video at this time.

THE REPORTER:  Okay.  And E-tran is okay?

MR. JIMENEZ:  Yes.

THE REPORTER:  Okay, perfect.  We are off the record then at 2:05 p.m. Central Time.

(Deposition concluded at 2:05 p.m. CT)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.

KORTNEY CHASE
COMMISSION NUMBER NP0735206
MY COMMISSION EXPIRES
AUGUST 3, 2029

KORTNEY CHASE,

COURT REPORTER / NOTARY

COMMISSION EXPIRES ON: 08/03/2029

SUBMITTED ON: 07/08/2025

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

**Exhibits**

**Exhibit 1_ Wardlow**
102:11,15,23

**Exhibit 2_ Wardlow**
119:20,23

**Exhibit 3_ Wardlow**
127:11,15
158:16

**Exhibit 4_ Wardlow**
129:23,25

**Exhibit 5_ Wardlow**
132:23 133:1

**Exhibit 6_ Wardlow**
138:8,11

**Exhibit 7_ Wardlow**
140:2,5 158:16

**Exhibit 8_ Wardlow**
142:22,25

**Exhibit 9_ Wardlow**
146:11,16

**Exhibit 10_ Wardlow**
152:5,9 153:24

**0**

**000018** 119:21

**00015** 119:20

**011475** 102:24

**011476** 102:24

**017381** 146:12

**017383** 146:12

**035408** 142:22

**1**

**1** 102:11,15,23 107:12,23

**10** 15:22 152:5, 9 153:24

**10-23** 149:9

**1070** 44:1

**10:01** 6:8

**10:11** 15:10

**10:19** 15:15

**10:53** 124:8 128:24 137:7 139:8

**10:55** 124:11

**10:56** 128:21 136:11 158:22 159:8 162:25 163:15,21 164:19 165:3

**10:56:00** 127:13

**10:57** 124:14 129:24

**10:58** 124:17, 20 141:16 163:21 165:23

**10:58:00** 132:24

**10:58:18** 138:9

**10:58:23** 140:3 158:22 163:4

**11** 15:22

**110** 75:13

**11:48** 89:4

**11:59** 89:9

**14th** 91:25 177:23 179:22

**15** 16:3 78:9,10

**17** 153:18

**18** 153:18

**190610** 154:25

**1993** 12:25

**1:25** 158:6

**1:38** 158:11

**2**

**2** 52:4 119:20, 23

**2,400** 97:9

**2-** 139:22

**2-21-2023** 103:2

**20** 16:20 51:17 73:10

**20-** 163:11

**2005** 13:14,15, 20

**2006** 14:21

**2007** 14:21

**201** 6:6

**2010** 15:25

**2011** 14:25 15:21,25

**2014** 16:3,13

**2015** 16:13

**2017** 52:7,19 53:6,23 54:4 60:10 70:16 85:8

**2019** 16:19,20

**2021** 70:2

**2022** 154:4,9

**2023** 56:20 64:25 91:25 177:23

**2025** 6:8 15:15 89:9 158:11

**2033** 149:8

**23-** 97:9

**248** 131:8 133:16,24

**249** 131:7

**25** 94:20,21 97:10

**252** 127:12,19

**26** 15:15 89:9

**26th** 6:8 158:11

**29** 16:20

**2:00** 71:25

**2:05** 181:19,21

**2:58** 164:25

**3**

**3** 52:17 127:11, 15 158:16

**30** 131:24,25

**30-some** 163:10

**300** 139:22

**3000** 166:12

**3000s** 41:21 168:5

**3:00** 51:21

**3:24-CV-00185** 6:17

**4**

**4** 53:4 129:23, 25

**4.5** 111:11

**40-hour** 35:3 115:21

**400** 154:22 155:15

**433** 154:24

**45** 48:2

**46204** 6:7

**5**

**5** 132:23 133:1

**5-8-22** 154:18

**5:00** 71:25

**6**

**6** 138:8,11

**7**

**7** 14:22 109:17 140:2,5 158:16 166:11

**7:00** 51:21

**7:51** 154:19

**8**

**8** 111:3 142:22, 25

**8:00** 47:20,24 50:13

**8:16** 155:11

**9**

**9** 146:11,16

**A**

**a.m.** 6:8 15:10, 15 47:24 89:4,9 154:19 155:11

**ABC** 114:19

**ability** 10:3 160:9

**Absolutely** 44:22 45:15 68:11,15 76:25 80:5 90:21 113:21 125:2 140:12 162:16

**abundance** 78:4

**ACA** 150:19

**access** 83:22, 23 84:1,3,4,5



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

account 62:21 75:16 117:20

ACH 143:9,11, 17 147:2

acronyms 33:18

actions 107:13,14 177:11,12

actively 81:2, 16 82:3 138:22

actual 11:8 25:5 33:2 73:15 135:1 177:3

adapters 113:2

add 30:22

additional 30:6 33:24 36:13 47:2 86:20,23 95:12 121:25 123:8, 16 127:3 137:2 141:18 144:23 150:23,24 151:2 153:10, 20 157:1 171:7 180:20

address 112:17 113:12, 13 114:9,11 121:19

addressed 20:9 35:2 119:2,4 120:15

adequate 30:10 33:10 144:5

admin 26:22

administrative 12:6 25:3 26:1, 4,14,20,24 27:8,9 28:11 29:23 31:21 60:22

administrator 26:25

admit 122:22

ADOC 53:11

advised 155:18

Affairs 46:5 119:21

affect 10:3,6 33:11

affirm 7:10

agree 7:4 80:15 174:2

ahead 75:21 92:14 122:5 130:25 135:19 160:8 161:18 163:7 172:2 180:24

ahold 20:5 173:6

air 76:6

airlifted 155:18 156:10

alarm 137:1

alarms 136:23

alert 63:8 76:23,25 77:5,6 81:1 136:21

alerted 82:6 92:5 146:3

alerts 52:22

allegations 11:13

allowed 38:21

allowing 31:9

ambulance 155:5

amend 39:5,9

amending 23:12 28:17 29:4,5 39:4

amendment 28:2

ammunition 111:23

amount 130:15,19

analyst 84:12

and/or 52:5,7, 18 53:5 181:12

angle 136:16

annual 36:15 150:18

annually 39:20 116:12

answering 9:10

answers 8:24 9:13,15

anything's 138:5

anytime 44:4,6 67:21,23 112:6, 8 117:13

Apologies 93:6

appearance 6:19

apply 24:6 25:11,23 26:6

appropriately 20:3,24 56:18

approved 24:20 37:6

approximately 147:10,11 154:18

area 82:11 93:13 155:7 167:5

areas 22:11,20, 21 95:8

arm 155:6

Arnold 154:20

arrive 124:21

arriving 135:25

assault 55:6

assaulted 55:14

assaults 168:4

assembled 155:10

assess 103:9 105:20 139:23

assessing 99:24 170:1,2,4

assessment 42:16 45:25 103:13 107:3 121:11 137:1 170:13,18

assessments 169:5

assign 38:13, 16

assigned 16:9, 10 72:10,16 77:17 79:4,7 82:7 166:22

assist 32:13, 16,20 55:9,18 83:1 142:16

assistance 55:4

assistant 16:5 142:24 143:4

assisting 144:8

assume 9:3 13:20 22:8 123:18 131:12, 13 132:5 133:16 136:14 159:7,13,16,20

assuming 128:17 130:18 159:10 160:1 162:24 163:8, 23 165:6

assumption 131:14 133:17 159:24 164:4 165:3

assaulted 55:14

Assumption-wise 160:11

attack 162:17

attacks 54:11

attempted 54:10 55:10

attempts 165:8

attend 38:1 104:16 105:16

attendance 104:7

attending 6:19,20,23,25

attends 36:1

attention 63:23 67:3 159:22 173:11

attorneys 10:23

audit 150:19

automatic 59:18 64:12

automatically 43:24 57:16

autopsy 147:12,13

average 94:19

aware 21:3 31:12,16 44:25 70:14 71:14 82:1 85:7 88:21 91:16,22,24 108:15 117:25 118:2,8 178:9, 24

---

**B**

---

back 14:2 15:7, 12 25:10 28:5 46:12 57:13 89:6 97:13 99:13 117:9 120:7 149:20 151:25 155:6 157:24 158:8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

168:25 176:9

**backpack**
86:14

**backside**
136:17

**backup** 55:12
56:15

**bad** 108:25
153:23

**bang** 63:22
65:3 69:24
70:2,3

**banging**
172:12

**bar** 58:20,22

**bars** 69:24 70:4
160:13 174:13

**based** 27:14
34:23 77:9
107:4 108:2
110:25 111:9
120:14 121:23
131:17 135:5,7
137:6 139:17,
18 145:13,16

**basic** 170:14,
16

**basically** 42:7
48:8 74:13
144:17

**basis** 17:12
22:14 51:16

**basket** 82:14

**bathroom** 75:2
76:21

**battalion** 155:4

**bed** 153:8

**beds** 70:3

**begin** 7:14
15:16 176:17

**beginning**
16:20 171:13

**behalf** 6:13,22,
24 51:23 52:25
53:11

**believes**
173:18

**Bend** 6:16

**big** 58:13
84:15,20
127:21 128:2
135:16,24

**bigger** 130:4

**biggest** 177:7

**bills** 158:17

**bit** 166:1

**blame** 110:1

**blank** 33:17

**board** 34:15,16
38:23 57:2,6,15
114:13

**boarding** 34:1

**body** 139:22

**box** 57:10
59:14,20,22,24,
25 60:3 93:11
139:22 173:9

**brains** 61:23

**brass** 58:14

**break** 9:20,21,
22,24 15:18
76:4 77:19 78:5
89:1,12 157:24

**breaking**
82:12

**breaks** 75:12

**breathing**
146:6

**Brennan** 30:23

**bring** 126:3
142:17

**brings** 149:20

**building**
167:23

**bulb** 98:4,5

**bunch** 34:7
93:14 153:21

**Burke** 146:23
147:5

**burn** 108:13
155:19

**burned** 147:9,
10,11

**burns** 152:16
155:6

**Buss** 104:9

**button** 57:16,
21 58:16 65:9
78:2 84:11

**buttons** 58:7

---

**C**

---

**Cabinet** 93:13

**cabinets** 70:1

**call** 10:19
54:19,21 64:19
65:9 66:11
71:20 76:8 80:4
92:15,19,20,21,
22 93:4,7 99:20
115:25 166:11
167:2 169:20

**called** 11:8
34:6 41:15
44:1,3,4,7 92:7
93:1 116:5
117:19 165:23

**calling** 69:17
77:20 78:25
79:20 82:7
116:2 125:10

**calls** 10:20
31:18 64:16
80:22 84:25
160:7

**camera** 79:2,
25 80:13 83:23
123:23,24
125:5 127:12
129:24 132:24
138:3,9 140:3
177:22

**camera's**
79:19,21 84:15

**cameras**
78:12,16,17
79:10,17 83:22,
24 84:2,12,16,
17,19 135:2

**Camp** 155:10

**captain** 16:3,
14 28:18,19,25
53:24 85:13
102:13 104:8
143:23 144:3
152:21 154:15

**captain's** 84:4

**captains** 17:18
44:15 85:21

**cards** 34:7

**case** 6:16 7:20
52:8 60:12
61:10 62:2
64:10 67:4
85:18 123:25
152:12

**catch** 73:24
90:14,16
111:24

**catches** 42:1

**caught** 108:13
140:21

**caused** 156:23
157:4

**CBT** 115:21

**CCS** 148:6

**cell** 11:23,24
14:6,10,12
21:15,16,21
22:2,4,20 38:16
53:8 54:8,17
55:1,2,3,16
56:3,20 57:17,
22 58:19,25
59:6,8,11,23
60:12 62:6,12,
22 63:1,23 65:7
67:23,25 68:10
69:17 70:9,11,
16,17,19,20,22
71:8,17,18
72:2,11,13,21
75:8,13,22

76:6,12 77:17
78:11,12 80:8
83:17 84:25
86:12 87:3
89:14 90:12
92:8,12 93:2,7,
8,9,18 94:2,4,7,
9,13,19,25
95:1,3,5,11,18
96:3,11,17
97:3,4,21 98:3,
5,9,12,13,21
99:7 101:7
108:5,11 109:3,
12 113:17,18
116:11,12,20
117:1 119:9,17
124:9,12,15,18,
21 125:1,15,22
127:12,19,22
129:19 130:16,
19 133:8,15,21,
24 134:19
135:25 136:18
137:25 138:21
145:17 147:9,
13 148:16
149:6,19 151:1,
6,23 152:1,19,
24 154:22,23
155:1,2 159:8,
11,15,17
160:13,20
163:12 164:5
166:6,7 167:2
169:18,23
174:8,12,17,22
175:10,23
177:22 178:6,
25 179:5

**cells** 21:17,20
22:5 52:8 59:21
63:6 64:16
65:3,4,10 69:25
91:10 94:12,17,
18 97:1,9,19
111:10 128:14
129:13 131:3,4
133:19 138:1
147:25 149:22
163:10 174:11,
12,17

**census** 73:10

**Center** 155:19

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

**Central** 6:9 15:10,16 36:22 89:4,10 158:6, 12 181:19

**certainty** 178:23

**chain** 18:19 24:21

**chairman** 117:21

**change** 23:18 28:4,6 29:15,19 35:12 39:7 47:3,10 51:5 100:12 110:7 114:23 162:21, 22

**changed** 18:5, 11,15 23:19 24:24 25:1 27:25 28:20 35:18 39:8 47:11 48:18 71:1,3 87:23 100:10

**charge** 17:6,7 19:3 20:23 26:2 31:4 38:7,24 48:5 72:24 85:15 96:8 105:2 138:1 144:1,2,4,7,8

**Chase** 6:4 15:14 89:8 158:10

**check** 20:24 31:24 69:8,10, 15,16 92:23 97:2 149:6 161:3

**chemical** 86:11,25

**chow** 58:5 173:8

**cigarettes** 111:14 112:14

**circuit** 147:8

**circulated** 49:7

**City** 147:3 155:12

**clarification** 9:2,3 171:16

**clarify** 74:21

**clarifying** 171:11

**classes** 38:14

**cleanliness** 21:21

**clear** 9:7,9,15 99:2 174:9 178:5

**clue** 109:19 123:2 127:23 138:21 140:22 164:23

**code** 84:25

**combined** 35:9

**command** 18:7,19 24:21 38:8

**commander** 37:22 38:2,3,4, 6

**comment** 118:17

**comments** 170:20

**commit** 153:7

**committee** 47:24

**common** 47:5 65:17,19,22 66:9 89:17,18, 20,25 91:9 108:9,14 113:3, 4

**commotion** 43:22

**communicate** 66:2

**communicate s** 52:21

**compared** 28:20 174:23

**comparison** 27:12

**complaint** 11:10

**complaints** 88:17,20

**complete** 13:1 30:10 147:14

**completed** 46:7

**completely** 9:9 106:3 124:14

**complying** 117:5

**computer** 170:10

**computerized** 117:18

**concern** 56:14 77:16 139:1 140:20 150:21 151:10 165:16

**concerned** 126:6

**concerns** 21:2 70:5 88:14 100:16,24 102:3 124:24 125:18 127:7 132:9 133:25 134:7,15,20 135:4 137:19, 23 138:25 139:16 140:17 141:23 151:13 163:1 164:10 165:6,9

**concluded** 181:21

**conclusion** 107:17,23 108:1 109:7 110:19,23

**condition** 67:11 93:13

**conditions** 10:2,5 111:3

**conduct** 76:9 95:14 99:9 112:18 114:12 117:2,6,9,11, 13,15,20 118:13

**conducted** 15:13 89:7 143:9 147:2 158:9

**conducts** 96:3

**Conference** 103:1

**confident** 145:19

**confirmation** 123:16

**confiscate** 95:14 113:15 114:6,8,12

**confiscated** 98:21,24 99:3,5 115:10 149:18 152:2

**confiscating** 115:16 149:21 150:6,15

**considered** 155:16

**consisting** 155:8

**construction** 150:18

**contact** 38:9

**contacted** 155:13,14

**contacts** 106:25

**content** 81:7, 23

**continue** 97:12

**continuous** 80:24 118:10, 11

**contraband** 21:22

**contribute** 108:20,23 111:20

**contributed** 108:4

**control** 112:3,4

**convened** 6:10

**conversation** 10:12 66:15 145:12

**conversations** 34:21 66:13,24, 25 144:20 145:8 150:5

**coordinator** 33:15,18 36:3 37:7

**copies** 44:8 46:6

**copy** 40:8 46:10,11 120:3, 5 181:4,8,12,13

**copy-copy** 120:9

**cords** 118:6

**Corps** 13:3,5,7, 10

**correct** 13:22 16:22,25 17:18 18:21 21:1 24:6,10,25 25:19 26:7 28:3,8 29:16 31:6,13 32:4,9 33:3 37:3 51:24 52:12 53:18,24 54:3,8 55:23 56:19,22,24,25 57:17 58:21 71:9 72:12,14, 17 73:5 81:24 83:18 85:11,14 86:18 87:18 89:16 91:2,25 94:5 95:23 96:2 101:23 103:12, 14,16 104:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

105:23 107:7 109:14,24 110:3 111:1 115:12,24 119:22 122:2, 19 123:10,17, 19 124:4,13,16, 19,23 125:16, 17,21 126:23 127:20 128:12 131:22 138:17, 23 139:24 140:11 141:6,9, 12,22 142:2,24 143:2,5 144:6, 19 146:15,25 148:9 149:1,12, 15,25 151:24 152:3,22 154:8 156:11,19,21 157:12,22 158:23 159:15 161:8 162:9,19 163:11 165:8 171:20 172:10, 13,22 173:19, 21,24 174:14, 15 175:12,17, 21,25 176:8,21, 24 177:13,14, 19 178:7,11,13, 15 179:11 180:13,16

**corrected** 126:11

**Correction** 102:25

**correctional** 13:21 14:5,17 42:22

**corrections** 162:20

**correctly** 14:25 20:8 21:12 32:25 77:10 86:20 103:3 109:5 114:21 122:18 123:23 147:15 149:11,24 155:20 171:19

**counsel** 6:21 7:15 15:16

**counseled** 171:3

**counselor's** 83:16

**count** 59:4,7 73:10 74:8 76:4,8 77:20,21 78:25 79:20,23 123:14

**counts** 53:9

**couple** 10:18 11:16 12:16 15:4 18:16 37:10 70:19,25 131:6 171:11 174:9,10 176:16

**court** 6:5,15 9:6,14 11:8

**courtroom** 8:25

**covered** 53:17 61:22

**covers** 81:5

**COVID** 49:11, 12

**creating** 177:16

**crew** 93:17

**crime** 155:16, 17

**critical** 47:21 88:1 103:1,5,8 104:16 105:15 106:23 109:18, 20,21 110:20 115:4 122:16 126:20 153:14

**criticism** 88:5, 11 137:18

**Critique** 109:17

**Crockett** 124:21

**Cross** 124:21

**CROSS-EXAMINATION** 171:8

**cry** 69:19

**CT** 181:21

**cubic** 111:11

**Cuffing** 36:20

**cuffs** 37:12

**curtain** 108:5, 10 117:8 138:6

**curtains** 116:24,25 118:5 150:3,20, 22 151:14

**custody** 16:24 17:3,4,5,8,11 18:10,12,23 19:15 23:2,7,22 31:9 32:10 37:17,21 39:22, 24 45:19 47:18 51:6 53:7 77:16 100:2 105:11 117:22 120:12 154:7

**customs** 52:5, 18 53:5

**cut** 177:9

———

**D**

**D-O-U-G-L-A-S** 7:22

**DACUM** 34:6 35:20

**daily** 17:9 19:17,21 21:7 22:8 44:13 51:5,16 68:23 71:3

**damage** 108:24 111:21

**damaged** 111:5 112:20, 22,23

**dark** 130:16

**date** 35:15 98:18 105:15

**dates** 144:10

**day** 6:8 13:23, 25 14:1 16:14, 16 22:13,15,21 40:4,11,12 44:12,23 47:23 51:5,9,10 59:5 63:4 71:18,19 73:9,16 74:9,10 84:7,13 85:12 90:3 92:15 94:17,18,21 97:10 99:13 166:18,19 167:17

**day-to-day** 17:11 22:14

**days** 54:4

**DCH** 155:4,15

**de-escalation** 40:17

**dead** 55:15

**deal** 111:15

**dealing** 116:21

**death** 103:16 108:16 151:9 157:9,20,21

**Deborah** 104:10

**debrief** 48:23 88:2 115:7 116:24

**debriefed** 48:8

**debriefing** 103:1,6 104:14, 19,25 105:3 107:5 153:15 169:10

**debriefings** 47:22 103:8 106:19,23

**debriefs** 109:21

**debris** 149:21

**decades-long** 113:9

**December** 16:19

**decide** 22:11 62:8 121:18 122:10

**deciding** 105:7 118:15

**decision** 43:5, 15 61:20,21,23 110:22 111:7

**decisions** 29:25 109:17 110:16

**deem** 42:8

**deemed** 107:14

**default** 142:11

**defendant** 8:13,17

**defendants** 6:25 10:25

**degrees** 75:14

**delay** 62:8,13

**delayed** 97:14

**Delta** 117:19

**department** 17:22 20:6 23:6 33:14 39:6 44:1 49:16,22,23 50:2,6,13 102:25 116:1,2 161:21

**depending** 22:14 48:2 55:24 62:17 71:19 72:15 108:25 180:12

**depends** 40:16 51:8 106:11,15 167:4,7 169:19

**deposed** 8:4

**deposition** 6:11 7:24 8:21 10:9,17,23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

11:1,4 12:21 15:13 89:7 158:9 171:13 174:11 179:11 181:21

**deputy** 7:25 18:4,6,11,18 19:9 23:6,24 24:1,2 26:11 27:19 28:8,22, 25 29:24 36:2 39:15 46:20,21 47:14 48:5 49:6,14 100:18, 22 104:8,9 105:4 106:24 107:10

**dereliction** 46:18

**derelicts** 121:8

**description** 107:8 154:15

**designated** 51:23 52:3,11, 24 53:10

**desk** 44:12 79:19

**detectors** 137:2

**determine** 36:12 109:11 121:7 125:11, 15 129:3 132:19 136:8 139:11 141:1, 13,20 161:5,6

**determined** 129:1 139:10

**determines** 46:13 121:4 144:12

**determining** 118:24 121:1,7

**device** 147:8

**Devine** 85:8,18 88:6 152:7,12 157:12,16

**DHP** 117:21

118:10

**DHS** 155:4

**differ** 27:16 70:10 180:2,4, 8,12

**difference** 26:12,18 27:11

**differently** 24:23 42:22 61:9 100:10 126:21 144:22 145:10 157:1

**direct** 7:16 17:17,25 18:6 42:5

**directive** 26:20,22 27:12, 13

**directives** 12:3 25:3,25 26:3,4,13,14, 17,19,20,24 27:17 28:11 29:23 31:21 33:12,13 60:22

**directly** 17:10, 13,15,21 18:6 30:17 38:9 75:8 181:1

**Director** 25:9

**directors** 26:1

**disagree** 121:17

**disciplinary** 19:1,7,8 114:13

**discipline** 19:3,12 45:5, 13,14,17,18 46:17,19 48:10 117:14 118:1 119:13 120:22, 25 126:14

**disciplined** 114:14 170:23

**disciplining** 18:24

**discretion**

62:2

**discuss** 34:25 36:5 49:21 50:4

**discussed** 12:10,21 39:22 48:11,15 49:1 53:17 62:5 83:13 105:8 115:10

**discussing** 48:8,16

**discussion** 81:21 91:20 99:19 108:7 112:16 113:11, 13 114:9 115:3, 19 116:2,10 150:16 151:15 169:6,13

**discussions** 33:23 34:21 85:23 86:3 87:23 99:14,21 149:20 150:1,8, 13 156:22,25

**dismissed** 8:19

**dispatches** 33:21

**disruption** 68:23

**disruptive** 67:10

**District** 6:15

**Division** 6:16

**document** 11:8 28:14 30:16,20 170:9

**documentation** 170:12

**documented** 41:6,10 95:4,9 170:8,19

**documents** 11:3,6,20 12:10,15 30:21 61:1,5,12 95:22

**door** 55:9 56:3, 6,12,16,17 57:3,12,17 58:2,6,9 62:8, 13,16,18,22 132:4 133:24 174:14

**doors** 54:22 57:2,22 58:15, 22 129:9,14 133:15 159:17 172:13 174:12 175:9

**double** 31:24 58:23

**doubt** 133:13

**Douglas** 6:11 7:3,5,22 15:13 89:7 158:9

**downstairs** 59:15

**downstate** 25:2,7,14 33:16 50:8

**drafting** 26:9 27:20

**drawing** 33:16

**drill** 143:9,17, 19 144:13 145:1 167:4,7 169:8,17 170:14,16,19

**drills** 50:21,22 143:21 144:1,5 166:1,4,7,9,10, 15,20,25 167:8, 10 168:2,3,5,8 169:16 170:8

**drugs** 111:14 118:6 149:22 150:7

**due** 155:5

**duty** 46:18 92:2 121:8

**Dykstra** 85:13

---

**E**

---

**e-mail** 30:19 40:9 85:22 92:21,22,23 93:4,7 99:17,20 105:14 142:23 145:11 146:13, 18,22 147:17, 19,24,25 148:2, 10,13 149:3 153:25 154:12

**e-mailed** 92:8

**e-mailing** 143:8

**e-mails** 40:3 92:11 143:7

**E-TRAN** 181:16

**earlier** 53:17 166:2

**eat** 74:18 75:12 76:5 80:21

**education** 13:2

**effect** 52:6,19 53:5

**effort** 109:10 112:3,4

**electrical** 22:2 90:14,17 91:5, 7,9,15,18,21 93:11 115:9 125:24 147:8

**electronic** 30:16 57:2 64:13

**electronically** 172:19

**electronics** 149:19

**else's** 59:23

**emergencies** 54:7,13 59:15 63:1 81:5,11,22 89:13 134:22 168:19,22

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

169:7 172:16

**emergency** 11:19 12:4 37:19,20,22 38:6,7,11 39:4, 5,18 52:9,22 54:6,16,21 55:1,21,22 56:17 60:13,23 61:10,12,14 62:3,6,7,12 63:9,14,16,17 64:2,10,14 65:9,15,18,20 66:4,17 67:1, 15,18,20,22,25 68:4,8,13,16,17 69:2,17,19,23 76:11 77:13 81:1,2,12 82:2, 6,9 136:21 139:14 141:5,8 161:14 162:8, 10,21 166:5,12 169:17 172:8 173:1,18 174:1, 2

**EMTS** 155:10

**en** 155:11

**encompassed** 61:5

**end** 93:25

**ended** 152:16

**enforcing** 32:1,2,8 118:21 151:16,20

**engages** 166:20

**engulfed** 124:15

**enter** 22:5

**entire** 13:18 18:2 171:22,25

**entirety** 61:3

**equipment** 90:14 96:1 163:25

**ER** 155:12

**escalated** 108:6

**escape** 27:24 28:1

**escort** 37:15 73:2 75:3

**escorted** 155:3

**Estate** 6:13

**et al** 6:14

**evacuated** 145:16

**evacuating** 143:11

**evacuation** 11:19 12:5 60:17,24

**event** 52:10 107:3 168:17

**eventually** 156:17

**everybody's** 72:20 170:2

**everyday** 90:2

**everyone's** 80:16

**EXAMINATION** 7:16

**Excel** 170:10

**excess** 111:5, 10,15,18,22 112:8 115:9 116:22 150:4, 19,22 151:11, 13

**exchange** 146:13

**excuse** 13:1,4 22:20

**executive** 25:2 26:21 60:23

**exhibit** 102:11, 15,23 119:20, 23 127:11,15 129:23,25

132:23 133:1 138:8,11 140:2, 5 142:22,25 146:11,16 152:5,9 153:24 158:16,21 163:3

**exhibits** 158:15 174:11 177:24

**exist** 111:4

**expect** 128:5, 10

**expectation** 162:12

**experience** 14:9 67:21 68:11 77:14 128:19 129:15 131:18

**experiencing** 54:16

**explain** 27:3

**explode** 108:11

**extension** 118:6

**extent** 70:10 148:10 160:7

**extinguisher** 40:24 41:9 82:25 114:20 124:22 125:19, 21,22 126:1 141:24 142:2,8, 10,14 160:19 164:1

**extinguishers** 86:12,21,23 115:19 142:6, 18

**extra** 59:14 86:11

**extraction** 38:16

**eye** 80:18,20 122:16 126:20

**eyes** 80:7,9

___

**F**

**face** 155:6

**facilitating** 38:25

**facilities** 26:16 35:20

**facility** 12:3 17:9 19:16 22:9,10 24:6,25 25:4,11,24 26:3,13,19,23, 24 27:7,12,14, 15 28:10 29:22 31:2,20 33:12 34:24 35:7 36:23,24 39:19 40:21 60:21 61:24 63:4 83:25 84:2 85:10 86:5 87:11 90:19 91:13 92:2 116:7 155:14 167:21,22 171:22 172:4 179:25

**facility's** 26:15 61:4,9

**facility-based** 26:15,17

**facility-specific** 35:6

**fact** 7:5 130:24

**factories** 13:11

**factors** 62:18 108:4 111:3

**failed** 120:24

**failing** 119:16

**failure** 114:5

**fair** 17:10 22:21 56:13 61:3 62:1,11 67:13 75:6 77:9 84:18 103:13 104:4

108:14 110:24 150:5 157:6 180:1

**fake** 55:7

**familiar** 154:1 173:13

**family** 51:10

**fan** 177:8

**fast** 13:11 42:11 69:21 74:19 132:8 135:11 136:3

**faulty** 22:3

**feed** 83:14 84:20 85:4

**feeds** 78:15

**feel** 43:12 45:16 110:10 121:14 126:17

**feels** 30:3

**feet** 111:11

**felt** 126:14

**field** 33:5,7,20 34:12 35:5,16 36:2 38:2,3,4

**fight** 166:11

**fighting** 163:3

**fights** 41:21

**figure** 48:24 100:3 103:10 110:6

**file** 169:2

**files** 168:25

**fill** 63:16 95:11 109:19

**filled** 106:3

**Filzern** 154:1, 5,24,25 155:18

**Filzern's** 155:6

**find** 95:13,15 97:21 98:15 112:19 113:4, 15 151:23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

160:20 162:4,9, 13

**fine** 158:1

**finish** 9:7,9 97:12

**finished** 100:6

**fire** 11:19 12:5 40:21,22,24 41:1,6,8,9,10, 12,21 42:2 43:25 44:1 52:9 56:2,5,7 60:24 62:12,15,22 67:25 69:19 82:23,24,25 85:7,17 86:5,8, 12,20,23 88:6, 15,18,22 89:22 90:10,11,15,16, 17 91:12,16,19, 24 92:3,6,10 98:8 99:13,14, 22,25 100:17 101:3,8,11,14 102:1,8 108:5, 6,8,9,13,15,21, 24,25 111:22, 23,24 113:19 114:24 116:1,2, 5 119:22 124:11,22,25 125:4,9,19,21, 22,23 126:1,3, 25 127:21,25 128:2,3,5,8,15, 17,23 129:2,3, 16,19 130:4,7, 22 132:10 133:3,5 134:1, 8,10,16,19 135:1,3,6,15,24 136:11,13,14, 15,21,23 137:1, 7,10,14,16,20, 24 138:4,10,19, 23 139:1,5,17 140:11,14,19, 20,22,24 141:4, 8,16,24,25 142:2,3,6,7,8,9, 10,13,15,16 143:5,9,11,17, 19,20 144:1,5, 13 146:24

147:2,3,4,7,14 152:7,23 153:1, 6,8,11 154:4 155:3,4,23 156:3,23 157:4, 14,15 159:4,8, 10,11,14,17,21, 23 160:3,12,18, 19,20,24,25 161:2,4,6,10, 20,22 162:17 163:1,3,8,17, 22,23,24 164:1, 7,12,18,21,23, 24,25 165:4,8, 13,17,20,22 166:1 168:5,22 177:10,23 178:6,10,24 179:15,22 180:2,3,4,11, 12,13

**firefighters** 86:16 101:11 102:20

**fires** 41:12 54:11 89:15,17, 24 90:8,10,18, 21,25 91:21 108:20 111:20, 21 116:7 152:6, 8 153:20,22 156:5,6 157:7 168:5 176:16, 17,22 177:1,6 179:24

**five-and-a-half** 140:18

**fix** 98:3 149:19

**flag** 63:18 65:4

**flame** 124:9

**flames** 62:17 124:14,17 128:10 133:8 136:15 154:23

**flicker** 125:6

**flickering** 130:8,10

**flickers** 124:9

**flight** 175:16

**floor** 55:16

**foam** 86:14 114:20

**foaming** 86:9

**follow** 45:10,14 46:15 119:16

**follow-up** 45:6

**food** 13:11

**footage** 123:23,24 125:6

**force** 41:20 43:23

**form** 31:19 88:8 108:17 122:25 135:19 160:7 161:18 163:5 167:15 170:10 172:2, 18,21 173:3,22 174:3,25 176:1, 7 177:17 178:16,20 179:1,6,16 180:5,14

**formal** 33:2

**Fort** 155:19

**found** 95:7 98:16 113:8 119:12 134:10 149:18,22 151:23

**foundation** 160:7 163:5

**fourth** 175:15, 19

**frame** 106:13

**Franciscan** 155:12

**fresh** 76:6

**Friday** 51:21

**front** 29:7 41:14,23 57:3, 6,7,10 58:19 59:18,20,22

79:20,25 80:1 87:4 129:14 131:4 132:4 136:17 138:21 155:1 164:2 176:10

**FTO** 34:2 35:8 36:8 81:4,14,22

**FTOS** 69:14

**full** 7:2 94:24 95:1,2

**future** 105:22 110:8 143:13

---

### G

**game** 143:10

**gap** 27:25

**gate** 132:4 164:2

**gates** 132:5 164:1 176:11

**general** 16:7 42:25 50:18 51:5 70:25 109:20

**generally** 16:14 22:12 48:1 51:7 68:12 71:17 81:10 92:23 105:24 119:10 143:25

**get all** 50:18 75:17

**Gillespie** 104:8

**give** 7:10 8:24 9:13 15:3 18:20 38:9 45:21 89:23 96:25 117:9

**glad** 145:1

**glance** 20:15

**good** 7:18 71:6 93:13 116:15 130:15,18 145:2,14

**grab** 142:18 160:19

**grabbed** 126:1

**graduate** 12:24

**gray** 139:21

**Great** 154:10

**grievance** 64:11,20 172:18 173:13, 16,18

**grievances** 173:5,17

**groin** 155:7

**grounds** 155:11

**guess** 43:14 61:22 64:14 112:23 139:21

**guidance** 47:3 63:7 81:1 82:1 142:10

**guideline** 27:1

**Gustavo** 6:24

**guy** 118:11 131:7

**guys** 145:2

---

### H

**half** 10:21 48:2 73:15,20,21 106:14 165:14

**hand** 7:9 44:17 58:19 108:21

**handbook** 63:10 65:24 66:1

**handcuff** 37:12

**handcuffing** 37:4

**handcuffs** 37:14

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

handle 37:24 47:14 119:13

handled 126:10

hands 131:3

handwritten 30:17

hanging 55:7, 11 108:5 116:25

happen 29:1 35:24 39:19 40:11 45:23 47:1 63:1 66:24 76:12 82:14,15 89:14 90:3 162:15

happened 36:17 39:25 43:12 44:14 48:19,21 100:3 104:19 105:25 123:6 145:9 146:3 156:15 179:12

happening 28:1 73:24 125:12,16 131:17 167:8 168:14

hard 42:11 131:3

harm 56:11

harmful 55:25

Haskell 147:4

haste 69:20

hazard 19:23 20:22 100:23 143:25 144:21

hazmat 19:20 20:4,19 40:23 143:23

he'll 30:4 50:8

head 9:14 20:5 49:16,22 50:6

heads 50:13

health 52:10 54:12 90:19 155:12

hear 9:1 58:2 63:23 68:8,21 76:18,21 77:12, 14 80:13 88:19 160:2,14

heard 68:1,15, 18 85:9 154:21 178:12 179:5, 13

hearing 19:2, 11 46:20,21,24 104:1 114:13

heart 54:11 162:17

helped 143:18 145:1

helpful 63:17 143:12

helping 138:2 143:12 144:8

hey 15:2 32:20 36:12 41:24 43:2,11 45:9 47:2,16 56:10 61:24 64:1 65:17,19 66:11, 16 69:14 80:14 118:11 120:23 123:5 144:21 150:14 169:10

high 12:24

higher 13:2

highlight 30:22

history 15:19 149:18

hit 57:16,21 84:11

hoarding 149:19

hold 66:20 67:10,12 160:5 172:1

holes 24:24

holidays 97:12

homemade 111:12 112:25 113:1 115:9 150:4

honest 101:16

hospital 155:19 156:10

hostage 166:12 168:4

hot 42:1 62:17 76:6 90:10,11

hotter 75:14

hour 10:15,21 48:2 49:18 73:10,11,13,15, 18,20,21 74:3, 6,7 77:22 106:14

hour-and-a-half 106:14

hours 12:16,18 51:19 77:22 89:1

house 11:23, 24 14:10,12 22:20 53:8 56:20 59:6,8,11 67:23 68:10 70:9,11,12,16, 17,20 71:8,17, 18 72:2,11,13, 21 75:8,22 77:17 78:11 80:8 83:17 85:1 87:3 94:13 97:4 101:7 109:4,12 113:17 125:15 129:19 130:19 137:25 145:17 152:19,24 154:22 161:21 164:5 167:2 169:18 174:8, 12,17,22 175:10,24 177:22 178:6 179:5

houses 14:6 63:23 70:19,22

75:13 76:7 78:12 86:12 119:10,17 169:23

housing 50:18 71:6,11 171:23

housings 71:1

huge 133:6

hustle 131:24

hydrants 86:10

———————

I

———————

I&a 47:1

I&i 11:7 46:5,6, 9,12,13,23 47:1,9,15 84:3, 8,12 100:5,9 101:20 120:23 121:1,17,22,24, 25 126:5 128:22 129:3 137:6 139:6 155:13,16 179:14

I&i's 136:13

ICP 38:8

ideally 72:6

ideas 34:11

identification 102:16 119:24 127:16 130:1 133:2 138:12 140:6 143:1 146:17 152:10

identify 97:18 110:1

IDOC 13:13,15 34:17,18 36:22 39:19 51:23 52:25 53:11 100:18,23

IDOC's 52:4,17 53:4

IDOC-WIDE 25:18

illegal 73:23

Illinois 6:6

images 177:21,22 178:3 179:23

immediately 55:2,22 56:3 69:8 80:4 85:1 113:24 155:1

impact 109:2, 8,11

implement 28:3 100:13

implemented 24:14 27:14 102:8

implementing 31:5,9

importance 114:3

important 43:17 80:6,17 87:16 90:25 95:21 105:20 122:15 141:3 165:18

improve 169:11

improved 21:13

improvement 114:19

inaudible 24:11 30:23 54:24 74:21 77:24 84:9 145:24

incarcerated 65:6 70:6 94:3, 24 101:7 111:5 117:14 125:14 154:2

incident 27:23 28:5 29:14,19 38:8 40:4,7,8, 13,14,15,16,17, 18,20,25 41:3, 11,18,20 42:2,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

4,6,8,12,14,17, 24 43:3,4,7,12, 17,21,22,23 44:2,5,7,8 45:1, 12,24,25 47:20, 21,24 48:11,12, 14 49:1 50:16 76:9 85:21,24 87:1 88:2 100:5,8 101:20 102:12,13,14 103:1,6,8 104:16 105:10, 14,15 106:1,2, 6,15,17,21,23 107:2,4,9,13, 19,24 108:2 109:21,22 110:12,21 111:2 115:4 116:4 121:5,12, 16,23 122:7,11, 21 123:3,4,9, 19,22 141:15, 19 145:11 146:8 153:14, 25 154:12,15 155:13,25 156:18 164:24 165:23 166:8 179:14

**incidents** 21:10 39:25 44:11,14,20 45:23 46:23 48:3 50:4,10 103:9,10 107:1 110:15 111:4 122:15,18 171:18,22

**include** 32:5

**included** 34:23

**including** 52:9 53:8 91:10 179:13

**incomplete** 45:9

**independent** 121:10

**index** 34:7

**Indiana** 6:7,16 7:25 13:17

15:19 26:6 34:17 39:25 52:6,19 53:6 89:17 102:24, 25 103:1,23 147:3 157:8 167:25 170:22

**Indianapolis** 6:7

**indication** 147:7

**individual** 43:16 55:2 65:6 72:10 94:3,24 111:5 112:2 117:14 154:2

**individuals** 70:6 88:14 101:7 125:15 146:24

**informal** 32:25 64:11 66:13

**information** 107:5 122:1,6, 10 147:18,22 170:14,16

**infrastructure** 102:6

**inhalation** 145:24 146:7

**initial** 145:17

**initially** 18:10

**injured** 145:17, 20

**injury** 108:24 113:19 145:21 152:8,15 156:10 157:8, 20

**inmate** 73:2 118:1 172:7,18, 25 173:18 175:13,14 177:15

**inmates** 65:14 68:21 82:6 88:18 118:5 128:6,18 129:7

130:21 136:22 141:14,20 146:5 159:13, 22 160:2 161:10 162:25 165:4 176:5,22, 25 177:11 178:14,18 179:24

**input** 106:20

**inquiry** 98:9

**inside** 21:20 54:8 124:12 127:22,23 136:18

**inspect** 95:24, 25 116:9

**inspection** 20:14 22:25 92:9 93:2,8,9, 18 94:2,9,25 95:2,5,11,19 96:9,11,17 98:9,12 99:7 116:12

**inspections** 19:16,18,22 20:2 21:5 22:24 32:7 96:4 116:16,21 118:25 119:6

**installed** 114:20

**instruct** 9:18 30:7

**instructed** 79:14 87:13

**instructing** 114:8

**instruction** 63:7 65:14 66:8 68:20 69:12 80:25 81:25 87:6,17 102:6 114:3 126:2 127:4 142:17 144:23 153:11

**instructions** 18:21

**instructor** 166:17 169:8

**intended** 61:4

**intensity** 108:6 180:3

**interactions** 103:22

**Internal** 46:4 119:21

**internally** 35:17 37:3

**interrupted** 49:25 92:14

**investigate** 82:21

**investigation** 45:24 120:14, 19 121:6,14 123:16 128:22 147:2

**investigations** 46:4

**Investigators** 147:4

**involve** 169:20

**involved** 31:12 32:25 33:2,4,22 34:10 37:8 38:20 85:23 86:3 87:10,22 88:1,3,12 101:3 105:11 106:18 107:22 109:7, 10,14,16 110:18 111:6 115:2 126:22, 24 136:25 153:4,14 156:25 166:14 167:6

**involvement** 29:25 99:24

**involving** 154:5

**IODOC-WIDE** 25:22

**IRC** 47:20 49:9

**ISO** 167:20,21, 23

**ISP** 8:8 34:22 35:17 37:3 52:23 60:11 173:14 176:17, 23 177:1

**issue** 36:14 37:1 104:25 109:25 111:10 116:6,15

**issues** 20:8,14 21:11,24 22:2 35:1 37:5 45:7 61:4 70:5 88:22 95:2,8 96:21 97:6 98:1,21 101:17,21 105:21 106:2, 12 108:7 109:23 114:5 116:2 117:4 119:4 120:14 146:6 150:22

**items** 115:9 149:22

---

**J**

**January** 16:19 52:7,19 53:6,23 91:25 177:23 179:22

**Jimenez** 6:24 7:7 15:2,6 88:8 108:17 122:25 135:17 136:1 158:1 160:5 161:18 163:5 164:14 167:15 171:9 172:3,5, 23 173:4,12,23, 25 174:4,6 175:1,4 176:3, 14 177:18,20 178:17,21 179:3,7,9,17,19 180:6,9,15,17, 21,24 181:2,11, 13,17

**job** 8:8 31:6 32:20,23 77:22

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

84:13 116:15 145:2,14

**join** 68:5,6

**Jones** 104:10 142:23 144:25 145:9

**Joshua** 85:8 152:7

**June** 6:8 15:15 89:9 158:11

**K**

**K9** 37:23,25 51:2

**keeping** 80:18

**Kelly** 146:23

**Kentuckiana** 6:6

**key** 57:4 58:8, 13,14 59:25 60:2,9

**keys** 59:11,16, 17 60:8

**killed** 85:7 91:24 92:10 98:8 99:14 119:22 157:6

**kind** 14:2 20:24 21:3 22:19 35:20 58:1 80:22 91:7 125:23 142:3,9, 13 152:15 175:6

**kinds** 75:17 84:14

**knew** 37:12 140:23 141:4

**knowing** 125:25

**knowledge** 43:11 48:13 104:5 179:12

**Kortel** 154:25

**Kortney** 6:4

15:14 89:8 158:4,10

**L**

**lack** 160:6

**large** 62:12,15, 22 137:11,21, 24 138:15

**largely** 14:13

**larger** 159:5

**lastly** 179:20

**late** 153:18

**Latrice** 142:23

**laundry** 17:22

**lawsuit** 8:14,18 11:9

**lawyer** 9:16 10:10

**laying** 55:15 153:8

**lead** 28:18,19 37:14 143:23 144:3

**leadership** 49:14

**leading** 157:20

**leads** 37:13 105:2

**learn** 85:17 100:3 101:25 109:22 110:14 165:18

**learned** 92:18 98:7 143:12 165:19

**learning** 110:12

**leave** 59:7 117:8 131:23 143:23

**left** 42:12 59:3 131:21 155:6

**legal** 51:15

**legit** 55:22

**lesson** 143:12

**letters** 76:4

**letting** 75:10 141:7

**level** 73:3 155:7

**levels** 56:23

**lid** 177:5

**lieutenant** 14:25 15:21 16:1,2,4,10 71:23 72:6 83:17 96:8 104:9,10,11

**lieutenants** 101:2

**life** 145:10

**light** 97:21 98:4,5 111:13, 14 112:14 127:24,25 130:9

**lighter** 177:2,3

**lights** 57:11 93:12 95:25 98:2 130:6

**limit** 162:3

**lines** 9:12 58:5

**list** 20:4 44:20

**listed** 93:11

**listening** 77:2

**lit** 114:14

**lives** 175:14

**located** 6:6

**location** 6:20

**lock** 175:5

**locked** 54:8,17 55:1 56:3 59:20 63:1,6 76:12 89:14 128:13 137:25

**locking** 56:21

58:23

**locks** 56:23 58:11,13 59:9, 18 174:18,19, 23,24 175:6,7

**log** 40:22 41:6 155:17

**logistics** 144:18

**logs** 50:20

**long** 10:14,20 12:14 13:4 14:16,23 15:1 16:1 22:15 38:22 44:12 48:1 49:17 64:23 79:18 106:10 111:17 112:10,11 113:6 132:19 162:18 171:12

**long-term** 112:12

**longer** 157:25

**longtime** 112:11

**looked** 98:16 100:8 101:19, 21 102:12 107:19 127:2 136:10 139:21 148:23 151:25

**lose** 114:14

**lot** 70:24 92:25 133:11

**loud** 58:1

**low** 155:7

**lower** 167:23 168:1

**lunch** 9:20 74:16

**Lutheran** 155:19

**M**

**made** 23:16

24:18 31:12,15 33:24 36:10 37:11 48:9,10 60:18 71:10 86:4,7 87:12 88:21 109:17 110:17 114:23, 25 117:25 118:8,15 139:13

**mail** 51:15

**main** 23:20,21 25:16

**maintained** 155:17

**maintenance** 21:11 22:2 23:3,5 95:8

**major** 14:4 16:18 18:3 41:20,21 43:20, 22 50:4 103:9 135:20 160:6,9 171:10 179:20 180:17

**make** 8:21 9:12 17:4 20:6,16 21:11,15 24:15, 17,25 29:24 30:6,17,18 32:24 37:11 38:25 39:8 42:15 51:13 52:2 61:19,21, 23 64:15 68:14 71:5 73:14 77:10 80:22 81:20 86:19 93:10 96:23 97:1,2 99:1 105:12 106:4, 19 113:16 115:15 120:16 122:3,18 137:12 144:9 150:14,17 151:3 159:24 162:23 164:5 165:2 169:2 174:8

**makes** 28:19 33:18 70:24

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

127:25 171:24

**makeshift** 118:6

**makeup** 174:8

**making** 20:2,7, 8,23 26:9 29:1 30:10,14 31:12, 25 32:1,5,6 33:1,10 51:1 72:24 111:12 114:15 144:4,7 145:2,14 151:15 165:8 170:5

**man** 127:3

**manager** 20:23 33:20 36:3 40:23 100:23 155:15

**manager's** 144:1

**managers** 144:21

**manner** 52:20 53:7 132:1

**manual** 11:19 12:4 39:4,6,7, 18 60:23 61:12

**manually** 58:9, 18

**manuals** 61:14

**March** 149:8

**Marine** 13:3,5, 7,10

**mark** 30:21 102:11 119:20 127:11 129:23 138:8 140:1 142:21 146:10 152:5

**marked** 98:22 102:15 119:23 127:15 129:25 133:1 138:11 140:5 142:25 146:16 152:9

**marking**

132:22

**marshal** 147:3, 4,14

**match** 39:7

**matter** 6:11 41:2 42:25 73:3 77:11 90:18 109:20

**Mccann** 154:15

**Mccormick** 104:10

**means** 151:25 167:2

**meant** 109:18

**mechanism** 58:23

**mechanisms** 56:21 172:24

**medical** 10:1,5 52:9 55:17 64:2 66:21 67:24 69:17,19 95:7 153:13 168:19 169:17

**medication** 10:2,6

**meeting** 36:6 47:24 49:8,9, 16,22 50:5,6,8 66:6

**meetings** 22:16 34:25 35:24 47:19,20 49:3,14 50:11 103:9

**Megan** 6:22 7:19 15:2

**member** 121:8 166:18

**members** 70:6

**memory** 10:6 103:19 104:18, 24 115:7 124:3 155:22 156:4

**men** 82:13

**mention** 45:8 50:9 63:2 106:2

**mentioned** 7:18 9:19 18:18 26:19 75:24 76:11 171:17 172:6,11,12,17 174:16 176:20

**mentions** 116:24

**messed** 45:16

**metal** 174:13 177:4

**Michael** 6:13 91:25 98:8 99:15 103:16, 20 119:22

**Michigan** 147:3 155:12

**might've** 99:16,19

**Miller** 147:5

**mind** 83:7 90:24 133:13 156:12

**Minimum** 168:1

**minor** 40:17 41:21 42:14 126:16

**minute** 132:2, 24

**minutes** 15:4 48:2 69:7 73:10 76:5 78:9,10 124:25 125:8, 12 137:10,11, 19,20 139:5 140:18 157:24 159:4 161:15 162:17 163:2 164:11,15,17 165:7

**mirrors** 129:9

**miscellaneous** 147:11

**mischaracteri zation** 135:18 163:6

**mobile** 59:6

**Monday** 51:21 99:12,18

**monitor** 17:4 51:15 53:8 71:15 78:14 79:1,16,25 80:2,8 81:15 83:20,23 84:8, 19 119:17

**monitoring** 70:15,18 78:19 79:15,16,24 80:24 84:6 134:22,23 135:1

**monitors** 80:18,20,23 83:13

**month** 90:5,6 96:25 167:11, 14,17,18,19,21

**monthly** 19:18, 22 20:2 51:2

**months** 13:24

**morning** 7:18 177:23 178:23

**motions** 21:4

**move** 98:3 116:22

**move-in** 93:9, 15 96:7

**move-out** 93:10,15

**move-outs** 96:7

**movement** 73:9 74:5

**movement's** 74:7

**movements** 51:14,15

**moves** 73:9

**moving** 124:15 134:13

**MSU** 155:3

**muted** 77:25 78:1 84:10

**Mysti** 6:12 7:20

———————

**N**

———————

**named** 154:1

**narrative** 123:21

**Neal** 6:14 18:1 37:5 39:14 92:7,19 93:1 98:9 99:21 100:17,22 120:23 126:9 127:5,8 146:13, 23 147:23,24 148:3,5 149:16 155:12

**nearby** 128:13

**necessarily** 40:18 42:3 61:21 76:20 82:10 110:15 122:22 149:4 150:12 166:7

**neck** 155:6

**needed** 20:11 27:21 33:23 34:22 41:15 66:21 100:10 120:22 126:14 127:4 137:2 139:13 150:8 151:3,10

**needing** 150:11

**negative** 170:25

**newer** 56:23 174:18,23 175:7

**NI** 101:20

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

night 13:23,24 16:15 54:5 87:9 88:3,11 143:9, 19 167:18

nights 14:4 16:16 54:4 153:18

nobody's 66:20

nodding 9:14

noise 80:13

normal 108:8 109:3 124:5

north 6:6 174:22 175:10, 23

Northern 6:15

note 126:7

notes 30:5,18 49:3,5

notice 134:12 160:12

noticed 107:20 132:17 134:10, 16 135:6 137:20,22,24 140:23 141:16 164:7,21,23,24, 25

notification 146:19

notified 23:5 39:24 40:1,2 45:4 146:5 153:19,21 154:10 156:14, 16,17

notify 63:12,13 162:4 172:8,25

notifying 172:13

Nowatzke 104:8 105:6 106:24 107:11

number 6:16 76:9 89:23,24 97:23 131:10

154:25 155:8,9

nurses 173:7

_____

O

_____

oath 8:25

object 9:16 88:8 135:17 160:5,6 161:18 172:1,21 173:3, 20,22 174:3,25 176:1,7 177:17 178:16,20 179:1,6,16 180:5,14

objection 9:17 108:17 122:25 135:19 163:5 164:14

objections 136:1

Objective 25:25

observed 154:23

obvious 62:12

occasion 19:11

occupied 154:24

occur 54:8 152:23 171:18 176:17

occurred 45:25 92:3 153:20

occurrence 47:5

occurrences 108:9

occurring 152:6

Odd 131:10

offender 21:23 40:25 41:23 54:24 57:25 58:2 59:21

63:10,24,25 64:1,6 66:1 73:12 83:1 93:10 107:13 118:3 125:9 154:1,24,25 155:4,6,18 168:11

offenders 21:9 36:20 41:14 67:19 70:18 71:16 76:3 78:7 90:9,11 93:15 98:1 109:3 111:12 125:7 132:14,19 154:20 160:12 176:8

offhand 51:3 60:18 92:17 99:4 175:8

office 7:25 8:2 51:10 74:18 76:17 78:23 80:7,12 83:16, 19 84:4,5 93:25 96:15

officer 13:21 14:5,17 19:2,11 33:5,7 41:23 42:22 46:21 56:10 59:13 60:1 75:2,18 76:10 77:1,5, 11,18 79:9 80:16 82:17 124:21 154:19 155:9,10,17 164:8

officer's 56:15 72:22 83:14 131:20

officers 17:7 36:4,9 71:21,22 72:23 75:25 76:1 82:17 94:23 101:2 110:17 117:21 122:22 123:2 126:22,24

official 33:5

offs 71:20

old-style 58:22

older 58:11 174:18,24

one's 75:2

one-off 37:2

ongoing 112:3,4

online 6:4 115:23

open 54:22 55:2,9 56:3,6, 11,17 57:11,13, 17,21,23,25 58:6,9,18 59:3, 23 60:6 62:21, 23 117:20

opening 56:16 62:8,13,16 132:5

operate 26:23

operation 26:13,17,20 27:13,16 28:11 59:5 68:23

operational 27:9

operations 17:8,9 18:5 19:9 25:3,9,25 26:3,22 27:2,6, 7 29:23 31:21 33:12 39:9 48:6 60:21 71:4,15, 20 109:3

opinions 48:13

opportunity 110:13

option 64:15

order 11:22 20:11 23:5 29:1,11 95:22 96:22 175:13, 16 181:7

orders 11:21 12:1 21:24 28:13,17 29:5,8

31:22 32:22 38:9 54:18,20 60:22 70:20 118:16

ordinary 21:22 22:6 106:4

original 147:20

out-counts 133:21

outcome 120:16,19

outlet 90:17 93:12 95:25 112:22

outlets 22:3 90:14 91:10 111:6,13 112:11,15,20 116:9,16 177:4

outward 124:15

override 57:13

overseeing 19:3,6

oxygen 108:11 155:7

_____

P

_____

p.m. 158:6,11 181:19,21

packet 34:2 81:15,22

packets 35:8, 22 81:4

paint 108:5,12

painted 93:13 97:23

paper 41:1,22 125:24 173:5 177:9

paperwork 78:24 79:24

part 21:17 31:5, 25 95:24 116:11 120:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

121:21 147:17 166:24 167:9, 22 168:19 174:11 175:2

**participate** 47:19 49:13 50:12 143:20

**participating** 19:11 104:13 166:25

**participation** 107:16

**parties** 7:4

**pass** 38:22 73:13

**passed** 55:15

**passes** 76:4

**pencil** 177:5

**pending** 6:14 9:23

**people** 15:3 24:18 32:6 33:1 36:9 38:13,25 67:1,24 68:5,6 70:7 71:18 72:2,15 74:13 80:6,15 84:1 105:18 106:11, 16 131:4,5,6, 12,18 133:13 140:10 142:16 146:14

**perceive** 173:1

**perfect** 181:3, 18

**perform** 143:24

**performance** 170:25

**period** 18:12 97:10 109:4

**periodic** 96:20

**periodically** 24:9 29:7 44:10 73:22 92:24 156:7

**permission** 36:21 37:9

**persistent** 118:7,13 119:15

**person** 68:4 83:3

**personal** 6:12 104:5

**personally** 99:4 156:1

**phone** 10:19 64:16,22 80:22 99:20

**phones** 147:9

**phonetic** 104:9,11 146:23 147:1,5 154:19,20,25 155:5,9,10

**photo** 139:17, 18 159:21 162:24

**photos** 12:12

**picture** 128:1 130:8 134:2,14, 25 135:9 136:15 137:10 163:13 165:12

**pictures** 134:18 136:10 174:10

**piece** 41:22

**Pierce** 6:22 7:6,17,19 15:17 88:9,13,25 89:11 102:18 108:22 120:1 123:7 127:18 130:3 133:4 135:22 136:6 138:14 140:8 143:3 146:20 152:14 157:23 158:3,13 160:16 161:23 163:14 164:16 167:16 171:6 172:1,21 173:3,

20,22 174:3,19, 25 176:1,7,16 177:17 178:16, 20 179:1,6,16 180:5,14,20 181:4,6,10

**place** 54:15 136:21

**plaintiff** 6:23 7:19 11:11

**Plaintiff's** 6:21

**plan** 12:5 60:17 143:10

**plans** 60:24 114:18

**play** 20:7,10 92:25

**playing** 168:11

**point** 9:20 10:16 18:9 35:17 103:23 130:21 131:11 134:16 136:4 159:13,23 178:8,23

**points** 146:14

**Police** 147:3

**policies** 11:16, 17 23:12,22 24:6 25:2,11, 14,18,23 27:6 28:2 30:10,15 31:2 52:5,17 53:4 100:13 107:15 118:16 121:1,5 134:21

**policy** 11:20 23:8,14 24:24 25:7,16,22 26:21,22 27:15, 25 28:14,20 29:10,20 30:23 31:16,17 32:21 34:8 36:10 41:18 42:5 45:17 46:14 47:4 54:15,19 56:14 60:11,16 61:4,10,12,14,

20,22 63:7 64:12 65:24 83:4 86:4 87:5, 16 102:6 116:24 118:19 121:9,11,18 122:10,23 126:15 135:15, 23 136:4,8,20 139:13 150:25 151:1,17 157:2 173:13,16,17

**policy-policy** 25:5

**policy-wise** 25:1

**poorly** 74:21 99:2

**pop** 57:3,12

**Popped** 58:18

**pose** 91:12,16 113:19,22

**poses** 177:13

**position** 16:21 33:8 53:23

**positions** 34:2

**possibility** 47:6

**possibly** 135:8 162:7

**post** 11:21,22 12:1 16:7 28:13,17 29:1, 5,8,10 31:22 32:22 38:8 54:18,20 60:22 70:19 118:16

**pot** 42:1 90:10, 11

**potential** 88:21

**power** 162:11

**Powerpoint** 49:10

**practice** 124:5

**practices** 31:2 52:5,18 53:4

**Preliminary** 147:7

**preparation** 10:17,23 11:3

**prepare** 10:8 12:20 53:16,20 105:24 106:7

**prepared** 52:14 53:2,14

**present** 52:7, 20 53:7 68:19 75:22 178:6

**presenting** 52:10

**pretending** 55:16

**pretty** 14:15 22:14 73:8 79:13 127:21 128:2 129:6 131:6 156:9

**prevent** 27:25 105:21

**previous** 149:20 152:1

**primarily** 23:21

**print** 31:17 170:11

**prints** 30:24

**prior** 60:8 108:15

**prison** 8:1 13:17 15:20 22:21 26:6 34:17 39:25 52:6,19 53:6 89:17 91:6,17 99:12 102:25 103:24 152:6,8 157:8 167:25 170:22

**prisoner** 52:21 53:9 54:8,16,25 60:12 91:10 153:3

**prisoners** 52:8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

63:6,8 67:18 68:12 69:23 70:7 82:18,22 109:11 114:15 137:25

**privileges** 114:14

**privy** 122:7

**problem** 37:1 46:14 52:9 78:9,10 91:5 112:11,13 113:3,4,9 114:10,11 116:14 118:4,7, 11 119:16 141:11 163:1

**problems** 22:2 36:8 90:13 91:5,7,9,15,21 95:3 97:19,21 100:7 101:25 108:15 109:24 117:25 118:2, 14,22 119:1,11 146:6

**procedure** 23:18 83:4

**procedures** 11:16,17 27:6, 15 28:21 32:21 70:15 86:4 107:15 118:20 134:22

**PROCEEDING S** 6:1

**process** 19:1,7 20:1

**program** 33:2, 11 34:12 35:16 36:8 39:1 71:11

**programs** 71:1

**promoted** 14:19,20 15:20 16:1,13,18 34:3

**prompt** 150:22

**properly** 37:13

**property** 51:16

111:5,10,11,15, 19,22,24 112:2, 8 115:9 116:22 150:4,19,22 151:11,13

**protectors** 111:12 113:2 150:4

**provide** 51:23 52:12,14,24 53:11

**provision** 66:3

**pull** 25:10 119:19 158:14

**pulling** 102:11

**push** 57:25 58:6

**put** 20:12 21:24 23:5 25:2,7 34:7 35:19 40:13,15,25 41:2,13,17 42:2,3,8,17 49:9 56:5,6 57:13 82:13 83:1 86:9,11, 20,24 87:2 105:9 107:21 110:1 117:9 121:9 125:9 126:1 128:25 134:8 135:16, 25 138:19,22 141:24 142:8 155:3 158:17 159:3 162:2 165:8 170:21 173:8 177:3

**puts** 26:25 30:24 46:19

**putting** 41:9 137:12 150:15 163:17,22 164:18

---

**Q**

**QRT** 38:21 39:1 50:21 166:7,9, 14,16,18,20,22,

24 168:2 169:8, 13,16 170:1,4, 6,8

**QRTS** 38:13 170:17

**qualified** 166:23

**quarter** 73:12, 13 93:25 94:14, 16 149:7 151:2

**quarterly** 35:25 49:16 93:16,19,20 94:6 95:10 97:18 116:12, 19,20 148:7,14, 24 149:5,14 152:1

**question** 9:1,4, 8,23,24 135:21 148:3 159:20 160:10

**questioned** 147:23

**questionnaire s** 93:14

**questions** 8:24 32:18,23 171:7,11 172:9 176:16 178:1 180:20

**quick** 89:1 157:23 166:10

**quick- response** 38:14

**quickly** 69:4 77:3,13 90:25 108:6 160:21 161:7 162:6,12, 15,21 166:5

---

**R**

**raise** 7:9 100:16,23 102:3 124:24 125:18 126:9 127:7 134:15,

20 135:4 138:25

**raised** 70:5 126:15

**raises** 139:1

**ran** 38:2 67:23 169:1

**range** 41:1,23 57:7 59:14,19, 21,22 60:1,2,9 62:19 63:18 65:5 72:21 73:16 74:22,24, 25 75:5,18 76:15,21,24 77:6,12 86:12 87:2 96:8 114:21 117:9 127:13 137:17 138:16,20 139:20 154:23 159:18 161:2 163:10,11 164:9 165:14 175:15,19 176:11,13

**ranges** 59:12 72:10,13,16,19, 25 73:6,8,17 74:14 75:8,9 77:21 79:2 80:16 81:3,16 82:3,5 86:21,24 87:4 134:4 161:3 165:15 174:22,23 175:11 176:9

**rank** 33:8

**razors** 177:4

**reach** 64:22 181:6

**reaching** 107:16 109:7 154:22

**read** 31:17 44:23 46:11 48:11 52:1 92:11 103:3 109:4 114:21 116:4 123:3

126:19 145:3 147:15,23,24 148:1,2,13,23 149:2,11,24 154:14 155:20 179:13

**readily** 124:12

**reading** 107:16

**ready** 77:2,4 170:7

**real** 55:21 62:7, 11 63:17 69:20 74:19 168:9,13, 17 169:21

**realize** 27:24

**realized** 92:10

**reason** 58:8 170:23

**reasonable** 125:3 135:15, 24

**reasoning** 48:21

**recall** 8:11 31:23 85:20 86:7 87:6,7,19, 21,22 92:7 98:20,22 99:5 100:19 101:15, 17 102:4 103:22 104:13 111:6 152:12 153:6,16,17 156:8 168:24 172:9 177:24

**receive** 107:5 117:11

**received** 147:17 170:25

**recent** 35:12 172:17

**recently** 46:22

**recess** 15:11 89:5 158:7

**recollection** 156:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

recommend 45:17,18 46:16, 17,19

recommendation 115:14

recommendations 18:25 33:24 114:18

recommended 47:11 119:13

recommending 19:12

record 6:3 7:2, 21 9:7,15,19 15:4,9,12 71:5 89:2,3,6 99:1 102:23 146:11 158:3,5,8 171:17 174:9 181:19

records 96:16

Recovered 147:9

recreation 154:21

recurring 118:4,7

red 127:25 147:13

redo 30:4

refer 25:14

reflect 33:11

reflected 60:21,25

refresh 104:18 155:22 156:4

refreshed 115:6

refresher 36:13

regard 19:16 31:2 143:17

regular 35:23 47:19 49:13 50:11 166:21,

22

regularly 50:17,23 119:7 143:20,22

regulations 12:6 52:5,18 53:5

related 103:16 118:1 179:14

relating 52:7, 20 53:7 60:11 101:13 112:2 119:22 146:7 153:15,25

relation 8:8

release 55:2 60:12

released 155:16

releasing 52:8 60:16

rely 106:20 107:1 122:20

remarks 46:19

remember 14:25 15:24 18:14 47:6 60:15 87:1 92:17,19 102:5 104:1,17 105:13 107:22, 24 108:7 110:18,20,24 115:2,4,19 116:1,6,10,14 123:23,24 152:7 153:3,10, 19 154:4 155:24 156:22 165:2 169:4 171:13 174:20 175:8 176:18

remembering 171:19 172:20 176:21

remotely 6:23, 25

remove 113:24

117:2,7,8

removed 116:25 155:2

removing 52:7

repairs 23:3

repeat 23:25 37:1

rephrase 25:4

report 11:7 18:4,6,20 40:7, 8,14,16,18,20, 25 41:3,11,19 42:2,4,6,9,12, 14,17,24 43:3, 4,7,10,12,13, 17,21,23 44:2, 5,7,13,15,16, 17,19 45:12 46:23 47:15,21 51:2 82:8 85:21 95:16 96:25 97:3 98:17 99:7,9 100:6,9 101:20 102:13 103:5 105:15 106:17 107:25 110:21 115:5 116:4 117:3,10, 15,20 119:21 121:14,16,22, 24,25 123:3,4 126:6 128:22, 25 129:5 136:14 137:6,8 139:6,7,8 141:19 145:18 146:9 148:7,15 154:12 155:14 156:15,20 165:23,25 179:14

report's 45:9

reported 43:8 45:1 156:7 165:22

reporter 6:3,5 7:1,4,8,14 9:6, 15 15:5,9,12 89:3,6 158:2,5, 8 180:21,25 181:3,8,11,16,

18

Reporters 6:6

reporting 43:1, 3

reports 17:17 20:14 22:25 40:4 44:9 46:6, 9 47:1,2,9 50:15,16,18,19, 25 76:9 95:12, 14 100:9 101:20 102:12, 14,19 104:16 105:10 106:1,2, 7,15,21 107:2, 4,19 108:2 111:2 112:18 114:12 117:6, 11,13 118:17 121:9,12,24 122:8,11,21 123:9,19 141:15 145:21 148:25 150:15, 18 156:18 164:25 165:21 171:12,14,17, 21 179:13,14

represent 7:19 159:1

representative 6:12

representing 6:5

reputation 104:2

request 38:25 52:21 63:11,16 147:14 173:6,9

requested 155:5

require 116:25

required 55:1 119:10 168:16

requirement 117:5

requires 41:8

reserve

180:22,24

resolved 8:18

respect 172:15,24 174:1,7

respond 41:16 54:22 56:18 62:2 67:9 68:22,24 69:10, 20,21 76:14,17, 18,22 77:3 78:6 81:12 82:8,16 90:25 125:4 138:4 142:16 149:5 152:25 160:19 164:11 166:5,13 167:2, 3 168:16 169:25

responded 66:17 68:2 101:11 107:19 125:19 135:3 140:21 148:1 153:12 164:6 165:1,24

responder 38:15 166:11, 18

responders 167:3 168:6 169:9,17 170:4

responding 61:16 70:7 88:15 125:22 132:10 134:1,3 135:2,9,10,16 137:17 138:18 139:3,12,19 140:9,10,14 141:17 160:15 162:5 163:13, 19,21 165:10, 13 168:7 169:7, 18

responds 83:6 125:1 140:19

response 37:19,20,22 38:6,12 86:5 88:5,18,22

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

99:25 100:4,7, 17 101:3 102:1 107:4,14 135:11,15,24 136:5 137:14 139:14,17 140:22 141:1 144:25 149:13 151:22 156:23 161:14,15,19, 20,22,25 162:2, 3 164:22 166:10 170:2,3, 17,19 180:11

**responsibilities** 17:2 18:23 19:16 22:23 23:3,11 31:1 37:16 39:21 45:6 119:17

**responsibility** 23:8,21 31:25 32:11,12,15 37:20 39:3 45:3 46:3 120:12 121:21

**responsible** 23:22 24:3 26:9 27:20 28:16,25 30:9 31:5 32:8 33:9 39:10 45:23 48:4 50:25 72:18,20

**rest** 148:13

**restate** 159:19

**restraints** 155:2

**restricted** 71:6

**restroom** 74:17

**result** 111:4

**resulted** 152:8, 15 156:9

**resulting** 157:8,19

**results** 111:21

**review** 11:3,6, 18,22 12:9 23:8,13,14

24:5,10,12 25:4,5 28:22 29:15,20 39:5, 17 44:9,10,11, 12,18 45:7 47:1,9,21,24 96:17,19 101:13,16 107:12 109:2,8 117:23 120:5, 10,13 121:13 124:6 171:1

**reviewed** 11:7, 15,20 23:14 29:11 60:16 100:5 101:15 120:4,6 126:5 141:15

**reviewing** 12:14 20:2 22:24 23:12,22 28:16 29:5 39:4 45:4 106:16 120:16 121:12

**reviews** 30:1 123:12

**Rhonda** 30:23

**RHU** 36:20 37:10 70:24 71:6

**rid** 112:9

**risk** 52:10 90:19 91:12,16 113:19,22 177:13,15

**RN** 155:5

**role** 20:1,7,10 37:16,20 38:5, 11 105:7 144:15

**roll** 31:18

**rolled** 58:20 59:1,2,4

**rolls** 58:23

**Ron** 6:14

**room** 48:12 96:1 103:2

**rotate** 166:23 167:8

**round** 21:18 22:8 73:15

**rounds** 19:17, 21 21:7,8 32:6 51:12,13 53:9 63:11 72:19,21, 24 73:3 75:10 113:16 119:9

**route** 155:11

**routine** 22:18 51:6,8

**rule** 41:18 42:11 171:3

**rules** 8:20 32:1, 2 52:5,18 53:5 112:1

**run** 24:25 32:18 51:14 58:5 74:25 76:2 106:23 161:6 166:16

**running** 48:4 59:13 154:20 160:24

**runs** 49:19 71:22

———

**S**

———

**safe** 62:16 145:3,5

**safety** 19:19,23 20:4,19,22 37:13 40:23 52:10 56:11,15 61:24 62:15,21 90:19 100:23 143:23,25 144:21 155:15 177:13

**safety's** 62:16

**sanitation** 17:6 21:10,11

**Saturday** 143:11

**save** 145:10

**scene** 155:16, 17

**schedule** 23:13 24:8 29:4,6,20 39:18 71:25

**scheduled** 71:21 147:12

**school** 12:24

**scope** 107:14

**scratch** 30:21

**scream** 63:13 65:20 66:18 67:1,7,20,22 68:3,15

**screaming** 67:24 68:1,18, 21 69:15 128:8, 11 129:14 132:15 160:13 163:9,23

**screen** 78:16 84:15,20 131:21

**screening** 38:23 117:21

**SDE** 33:16

**searching** 150:23 151:11

**seconds** 41:2 131:24,25

**secretary** 17:22 49:6 50:20 96:16

**section** 109:18 123:21 170:20 173:17

**securing** 75:11

**security** 21:18 50:22 53:9 73:15 167:24

**sees** 46:17 47:15 118:10

**SEG** 14:7 16:9

**self-serving** 122:21

**send** 28:22 30:23 44:16 63:13,24,25 64:1,7 65:5 93:24 105:14 120:5,6 143:8 149:6 181:1

**sends** 20:4 28:21 30:24

**sense** 65:17, 19,22 66:9 171:24

**separate** 60:8 167:23 175:23

**sergeant** 14:19,20,23 71:21,22 79:19 154:20

**sergeant's** 78:25

**sergeants** 51:14 101:2 110:17

**service** 150:19

**session** 36:14 37:2

**set** 24:8 29:6 35:3,19,21 39:18 46:20 59:14,16 75:16 76:2 83:7 90:11 175:20 176:22 177:9

**set all** 51:11

**sets** 46:21 144:10

**setting** 77:20 90:10

**setup** 55:5,19

**shake** 93:23

**shakedown** 93:16,21 95:1, 6,12,16 96:5,20 99:7 148:7,8,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

15,24 149:21

**shakedowns** 150:3

**shaking** 9:14

**share** 102:10 129:22 132:22 138:7 142:21 146:10 152:4 153:24

**shared** 102:22

**sheet** 31:19 92:9 93:2,8,18 94:2,9 95:5,7, 11,19

**sheets** 32:19 76:2 96:11,18 98:10,13 116:13

**shift** 13:23,24, 25 14:1 16:5, 10,15,16 17:5, 13,16 19:19,22 21:3 40:12 43:1,2,6,10 44:15,16,17,19 45:8,19 50:15 51:18 54:1,5 71:18,23 72:7 78:22 79:4,7 84:5,14,18 85:11,14 87:9, 15 88:3,11 110:17 123:11, 14 142:24 143:4,10 152:11,20 156:20 166:16, 17 167:13,14, 17,18 169:1 171:12,14,17, 21

**shifts** 71:11 166:23 167:19

**short** 147:8

**short-staffed** 97:11

**shortages** 50:1

**show** 127:10

140:1 149:17

**showed** 104:15 136:16 157:10

**showing** 83:13 127:12

**shown** 134:18 174:10 177:21

**shows** 78:14, 16 83:20 134:25 137:10

**shut** 58:23

**sic** 25:22

**side** 127:13 131:21 154:22 158:17,22 159:3 165:15 174:22 175:10, 23 176:5,6

**sides** 175:23

**sign** 28:23 30:13 31:18,19, 20,23 39:13,15 42:17 46:11 120:6,10

**sign-off** 31:19

**signal** 41:15 44:3,4,6 54:21 115:25 165:24 166:11,12 168:5

**signals** 54:18

**signature** 180:23

**significant** 42:8,17 43:25 91:5 129:18 156:9

**signs** 30:1 39:14 161:10

**similar** 28:1 111:4

**similarly** 175:18

**sit** 7:24 44:12 74:18 76:5

78:25 79:8 87:19 104:22

**sit-down** 33:17

**sits** 79:19

**sitting** 77:18 78:9 164:8

**situated** 15:7

**situation** 52:22 55:24,25 56:9 61:17,19 83:6 110:4,11 126:11 145:1 166:12 168:10 169:19,21 180:10

**situations** 162:14 166:5 168:4,9

**size** 180:2,12

**sizes** 180:3,7

**slam** 70:3

**sleeping** 133:20

**slightly** 97:14

**slip** 63:16 75:16

**slips** 63:11 77:21 93:17 173:6,9

**smaller** 159:3

**Smith** 6:13 91:25 98:8 99:15 103:16, 20 104:5 114:24 119:22 145:7 148:25 155:9,18 157:6, 13,15

**Smith's** 108:16 145:10 151:9 157:20 178:25

**smoke** 108:6 128:9,18 129:18 130:11, 14,18,19 133:11 137:2 145:24 146:7

154:23 161:9

**softball** 92:25

**solely** 122:20

**solemnly** 7:9

**somebody's** 67:3 68:13 69:16 80:17

**someone's** 56:2

**something's** 71:3 80:14

**sort** 32:25 34:10 38:24 42:16 43:5,15 44:13 45:24,25 69:18 170:18 172:18 173:2

**sounds** 85:16

**source** 151:10

**sources** 61:11 91:21

**South** 6:16

**spark** 112:13 177:5,9

**sparking** 90:13,16 111:13 112:10

**speak** 10:12, 14,16,22,25 101:1,6,10 105:17 106:19 123:9

**special** 143:8

**specific** 26:23 34:22,23 61:12 71:11 95:7 156:2,7,8 170:9

**specifically** 36:23 53:21 70:12 82:2,22 171:24

**speculation** 160:8

**speed** 105:25

**spell** 7:20

95:18

**spend** 12:14

**spoke** 171:12 179:21,23

**spot** 20:24

**spraying** 140:11,19

**spread** 111:24

**spreading** 124:17

**squad** 37:23, 25

**squirting** 97:22

**ST** 33:16

**staff** 17:4,5,11 18:24 19:1,4,7 21:9 31:12,15 32:2,13,15 33:21 37:8 41:16 47:2 50:2 52:21,22 53:7 54:20 55:1,6,8 61:16,23 62:1 63:8,11,13,18 65:4 66:2,10,11 68:20 70:6 73:11 75:10 76:25 77:4,7,17 78:8 80:25 82:1,5,8 91:3 104:7 106:5,18 107:13,14 109:2,8 113:23 114:2,8 115:18 116:9,15 117:4, 7 118:9,11 119:16 121:8 125:8 129:10 136:17,21 137:16 139:2, 12 143:18 144:5,22 149:21 150:6,8, 10 151:16 153:12 155:4 160:2,14 163:2 164:4 166:5,21, 22 168:8 169:6 172:8,13,25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

173:10 175:18 176:6,10 178:8, 24 179:5

**staff's** 159:22 173:10

**Staffer** 115:25

**staffing** 71:19

**staggered** 94:13,16

**stairs** 57:8,10 175:16,20,23 176:9,10

**stairwell** 176:12

**standard** 35:3, 21 149:14

**standardization** 93:16,21 94:6 95:11 97:17 116:19,20

**standardizations** 97:18 149:14 152:1

**standardize** 93:24

**standards** 35:19

**standing** 131:7

**start** 9:10 13:13 41:14 65:18 82:18 90:18,22 97:13 113:14 128:8, 10 163:3 164:18 176:25 177:3,5 179:24

**started** 13:20, 21,24 14:14 16:16 41:1,23 49:10,11 128:24 137:7 139:5,7,8 147:8 153:6,8

**starting** 6:20 128:6

**starts** 28:19 140:19

**state** 6:18 7:2, 20,25 9:17 13:17 15:19 26:6 34:17 35:4,9 39:25 52:6,19 53:6 89:17 102:23, 24,25 103:24 119:20,21 142:22 146:12 147:3,14 157:8 167:25 170:22

**States** 6:14

**station** 76:1,10 77:1,5,12,18 79:9 80:7,17 82:17 83:14,16 131:20 164:9

**STE** 33:16

**steal** 98:4

**steel** 58:14 174:13

**steps** 46:15 56:17 96:23 100:3,12 101:1, 6,10,24 121:18 123:8 125:11 132:18 136:7 139:11,23 140:25 141:13, 19

**stick** 156:12

**stint** 14:3

**stop** 41:24 46:1 113:14 173:9, 10

**stoppage** 109:3

**stopped** 175:7, 8

**stops** 69:8

**stored** 50:19 94:1 96:15

**stores** 50:20

**story** 34:1,5

**storyboarding** 34:6

**straight** 80:20 83:23

**street** 6:7 51:14

**streets** 51:13

**strike** 31:4 54:6 72:9 75:24 83:15 98:7 102:22

**structure** 26:16

**stuff** 42:13 50:21 75:17 86:9 93:11 112:15 150:14 151:4,6

**subject** 148:18,23

**subjective** 42:16,19,20 174:2

**submit** 64:20

**submitting** 172:18

**subordinate** 32:2

**subpoena** 52:4

**substance** 10:11 103:19

**substantially** 130:11 159:5

**suggest** 47:17

**suggestions** 106:5

**suicide** 54:10 55:11 153:7

**summarize** 65:2

**summarizes** 44:14

**summary** 44:16,20 148:18 171:18, 22

**supervise** 17:21 53:8

**supervised** 18:10 23:6

**supervising** 17:11,15 70:9, 15 75:8 138:1

**supervision** 119:9 139:14

**supervisor** 16:5,11,24 17:3,25 18:10, 12,23 19:15,19, 23 23:2,7,23 32:10 37:17,21 39:22,24 43:2, 6,10 45:9,19,20 47:18 51:6 54:1 77:17 84:19 87:15 100:2 105:12 117:22 120:13 123:12, 15 142:24 143:4 152:20 154:7 165:19

**supervisors** 17:13,16 21:3 37:10 84:3,4,14 110:17 114:2 166:16 169:1

**supposed** 29:11 73:14 78:19 84:6 99:10 119:5 138:4 151:1,7

**surge** 111:12 113:2 150:4

**surveillance** 78:12 83:14,21 84:2 101:13 124:6 127:12 177:22

**swear** 7:10

**swing** 57:24

**switch** 84:22 85:1

**switches** 57:12

**system** 79:2 117:18

**systems** 52:6, 18 53:5

---

**T**

---

**tablets** 64:12, 15 147:10

**tagged** 147:13

**takes** 49:5 56:17

**taking** 10:2,6 30:21 62:20 77:19 115:15 150:14 151:4,5 163:2 164:11

**talk** 21:9 28:1 65:16 67:14 70:9,10 106:12 125:14 126:24 132:18 173:10

**talked** 10:10,18 50:15 61:13 62:25 89:14 110:22 126:17, 22 127:4 152:6 166:1 172:7 176:15

**talking** 15:19 29:22 66:10 67:5 89:13 145:6 146:18 148:12,14 150:1 171:13

**talks** 81:10

**Tani** 154:19

**tasks** 18:21

**Taylor** 104:10 155:15

**team** 38:15 96:5 148:8 155:8 169:14 170:6 173:7,9

**team's** 170:2 173:11

**tear** 98:2

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

**technician** 6:5

**telling** 66:25 123:5 145:13

**tells** 66:2 81:12

**ten** 76:5

**tend** 69:24

**testify** 10:3 52:3

**testimony** 7:10 51:23 52:12,15,25 53:11 135:5,7, 14,18,23 137:13 148:22 161:24 163:6 179:10

**thanking** 143:16

**That'd** 25:18

**that'll** 40:11

**thing** 23:4 64:23 65:17 80:6 90:2 111:1 160:17 168:14

**things** 12:7 14:13 22:3 24:23,24 32:7 33:1,13 34:22 36:5 41:5 47:8 48:16,17 49:21 51:17 63:15 69:24 75:25 76:10 84:14 89:14 118:14, 22 150:7 160:1 162:21 170:13 172:11 174:9 176:20

**third-degree** 152:16

**thought** 114:25 126:20

**thoughts** 30:5

**thread** 147:19, 24 148:2

**three-month** 97:10

**time** 6:8,9 7:21 9:16 13:18 15:10,15,16 18:2 20:18,24, 25 24:10,12 28:19 36:15 47:7 50:3 54:2 56:6 59:7 64:14,21 68:17 71:2 73:25 75:1 76:12 78:4 84:17,20 85:5 89:4,9,10 92:24 94:13 97:7,15 98:17 101:8 106:13 109:4 111:17 117:7 125:3 129:4 134:12,17 135:8 136:5,19 138:24 140:3, 13,15,22 141:1 143:5 147:12 152:17,21 154:8 156:5,6 158:6,11,12 160:15 161:15, 16,20,22,25 162:3,18 164:6, 22 165:3 167:8 170:22 178:6, 23 181:10,15, 19

**timeline** 123:22 124:24

**timely** 88:15 116:3 119:7 132:1 137:1 139:12 169:6

**times** 8:6 10:18 38:1 47:22 59:4 63:12 72:3 74:9,10,12,14, 15,20,22,23 75:4,5,18,23 97:8,24 98:1 144:10 158:24 176:22

**timestamps** 178:2

**timing** 178:2

**tip** 64:17

**titled** 102:24

**today** 6:5,7 10:3,9 15:15 51:9 75:13 87:20 89:9 104:24 158:11 180:23

**Toilet** 93:12

**told** 66:16 67:6 68:22 69:1,14 87:12 150:8,11

**tool** 143:12

**top** 73:10 130:12,16 133:8

**topic** 36:18 52:4,12,15,17, 25 53:4,12 172:9

**topics** 51:24 52:1 53:17,21

**totally** 135:14

**touch** 78:2

**track** 30:16

**trafficked** 177:2

**train** 47:3 144:5

**trained** 34:8 37:11 39:1 170:6,7

**training** 32:11, 13,15,25 33:2, 5,7,10,11,14, 15,16,17,18,20, 23,25 34:9,12, 23,25 35:1,2,3, 5,16,23 36:2,3, 6,10,11,13,15, 16 37:2,7,8,17, 24 38:2,4,18 45:11 47:4 50:13 69:12 80:25 81:8,25 87:5,17 100:13 102:6 115:18, 21,23 126:13 127:3 144:23

153:11 157:2

**transcript** 181:5,12,14

**trap** 62:7 82:11 108:10

**trapped** 108:6 128:14

**trash** 149:21

**treatment** 66:21 155:3

**trends** 117:25 118:2,8

**trip** 155:8,17

**trouble** 118:21 132:3,4

**true** 18:2 28:10 35:5 103:7 133:7

**truth** 7:11,12 123:5

**Tuesday** 99:13

**turn** 40:23 46:12 169:2

**turned** 19:19, 23 20:6 96:12

**Turner** 155:5

**turning** 123:12

**TV** 84:15

**TVS** 147:11

**two-and-a-half** 14:3 159:4 161:15 163:2 164:11,15,17 165:7

**two-second** 41:10

**type** 26:19 28:14 142:10 178:9

**types** 25:11,23 36:5 49:21 54:7,12 56:21 59:8 62:25 75:25 142:18 168:2

**typical** 51:19

**typically** 51:19,20

---

**U**

**ultima** 38:3

**ultimately** 17:6,16 19:6 20:19,22 30:9, 12 34:14 72:24

**unclear** 67:17

**understand** 9:1 24:17 32:24 42:15 51:22 52:11,24 53:10 67:14,18 77:7 81:21 86:20 113:24 137:13 159:14 162:24

**understanding** 77:10 175:22 176:4

**understood** 9:3 15:25 27:11 33:9 111:3

**undetected** 118:23

**unit** 14:8 16:9 36:20 71:6,11 173:7,9,11

**United** 6:14

**units** 37:11,23, 25 171:23

**unlock** 57:12, 14,23,24 58:15 59:21,23

**unlocked** 58:24

**unlocking** 58:3

**unlocks** 57:3 58:6

**unrolled** 58:21 59:7

**updates** 60:14, 15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**

**updating** 27:20 28:17

**upgrades** 14:12

**upwards** 124:18

**urgent** 69:19

**utilize** 76:3

---

**V**

---

**vacations** 71:20 97:11

**Valencia** 6:12 7:20

**varies** 71:19

**verbal** 9:13

**verify** 123:9

**versus** 59:3

**video** 6:4 101:13,22 124:6 132:10 181:9,12,14

**videoconference** 6:10 15:14 89:8 158:10

**videos** 12:12 83:21

**view** 83:24 125:5 138:3 164:7

**viewed** 124:2

**viewing** 123:24

**vigilance** 151:11

**vigilant** 151:3, 6,16,18

**violated** 45:17 121:2,5,9,11,15 122:23

**violation** 46:14 121:18 122:11 171:4

**violent** 126:15

**visible** 124:12

**Visitor** 50:20

---

**W**

---

**W-A-R-D-L-O-W** 7:22

**wait** 9:7,9 55:4, 11,13,17 56:15 69:7

**waiting** 129:9

**waive** 180:22

**walk** 173:8

**walking** 22:6 173:7

**wall** 108:5,12

**walls** 108:11

**wanted** 112:24 143:13 175:18

**wanting** 38:13, 14

**warden** 18:1,4, 6,7,11,19 19:9 23:6,24 24:1,2 26:11 27:19 28:8,22,23,25 29:24 30:5,6,9, 13,25 36:2 37:9 39:15 46:16,20, 21 47:14 48:5 49:6,14,20 92:19 93:1 98:9 99:21 100:17, 18,22,23 104:8, 9 105:4 106:24 107:11 126:9 127:5,8 146:13, 23 149:16 155:12

**warden's** 7:25 29:25

**Wardlow** 6:11 7:1,3,5,8,18,22 10:1 12:23 15:13 89:7,12 135:20 158:9, 14 160:6,9

171:10 179:20 180:17

**waste** 56:5

**watch** 79:8,12, 17 80:2,13,19 81:2 82:2 84:13,17 113:15

**watches** 84:12

**watching** 79:10,11,22

**water** 75:13,15 80:21 86:11,25 93:12 97:22 114:19 124:22 125:19,21 141:24

**Wayne** 155:19

**ways** 172:7,16, 17 173:2 176:25

**weapons** 38:15,22 149:23 150:7

**week** 45:22 89:22 90:3,4

**weekday** 47:23

**weekend** 92:23

**weekly** 19:18, 22 20:2

**Wessner** 147:1 155:13

**west** 154:21,22 155:15

**windows** 21:10

**wires** 177:8

**wiring** 147:12

**wise** 38:18 45:11 50:8 59:5

**witnessed** 43:16

**word** 30:19,20

93:19

**work** 13:12 14:6,16,23 15:19 16:1,14 20:11 21:24 23:5 27:9 37:10 51:19,20 58:12 73:12 93:12 96:21 112:23 144:2

**worked** 13:11 14:7 16:5 57:1 86:10 87:11

**workers** 63:12

**working** 13:23 14:9 54:4 58:7 71:18 74:15,16 79:18 80:3 91:11,14 95:22 97:22 103:23 111:18 152:17, 19 164:2 178:9

**workload** 22:15

**works** 93:12 142:14,19 144:3

**worried** 128:14

**would've** 87:12 99:6 120:2,3 126:10, 15,17,19,22 127:4 148:22 149:10 154:10 156:17

**write** 41:3 42:23

**writes** 107:8

**writing** 112:18 113:14 115:16 172:25

**written** 66:7

**wrong** 48:9,17, 25 83:8,9 85:24 98:23 122:24 137:14 149:8 169:11 176:21

**Wynn** 104:11

---

**Y**

---

**year** 12:23 13:13 16:11,20 24:7 29:11 36:11,16 39:20

**year-and-a-half** 14:18

**years** 8:12 13:6 14:3,24 16:17 18:5,16 35:13, 18 157:7,20

**yell** 63:20 65:3, 23 66:18 67:7, 14,18,20,22 68:3,16 70:7 136:22

**yelling** 67:24 68:1,18,21 69:5,15 82:7, 18,23 128:6,18 129:7,8,10,14, 16 131:12,13, 18 132:15,20 133:14,17 141:7,14,20 154:21 159:14, 22 160:2,13 161:10 162:25 163:9,24 165:4 172:12 178:14, 18,19

**Yesterday** 10:13

**you-all** 28:25 36:12,21 47:1 48:7 108:15

---

**Z**

---

**Zoom** 6:23,25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit I**