

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CASE NO. 3:24-CV-00185

# MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

# OF THE ESTATE OF MICHAEL SMITH,

# AND ON HER OWN BEHALF

# V.

# RON NEAL, ET AL.

# DEPONENT:

# JASON NOWATZKE, ON BEHALF OF THE

# INDIANA DEPARTMENT OF CORRECTION

# DATE:

# JUNE 25, 2025



a courtroom
**powerhouse**

schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

**Exhibit J**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185

MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF,

Plaintiff

V.

RON NEAL, ET AL.,

Defendants

DEPONENT:  JASON NOWATZKE, ON BEHALF OF THE INDIANA

DEPARTMENT OF CORRECTION

DATE:    JUNE 25, 2025

REPORTER:  OLIVIA M. SIS

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA

KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICAHEL SMITH, AND ON

HER OWN BEHALF:

Megan Pierce, Esquire

Loevy & Loevy

311 North Aberdeen Street

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: megan@loevy.com

(Appeared via videoconference)

**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**

KENTUCKIANA
—— COURT REPORTERS ——

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

**Exhibit J**

APPEARANCES (CONTINUED)


ON BEHALF OF THE DEFENDANTS, LT. DENNIS KOEN,

CAPT. VINCENT MCCORMICK, SGT. AMON LEE, SGT. JENIENE

WALTON, OFFICER DARNELL CROCKETT, STEVEN MCCANN,

LT. LATRICE JONES, SGT. ERNEST WILLIAMS, SGT. MICHAEL

EVERETT, OFFICER JAYLON SINGLETON, WARDEN RON NEAL,

CHRISTOPHER BEAL, KEVIN CROSS, ART KAUFMAN, ANDREW

KMITTA, ASON NOWATZKE, NADINE SMITH, DOUGLAS WARDLOW,

DEBORAH TAYLOR, JANILLE WHITAKER, AND DANIELLE BROWN:

Brandyn Arnold, Esquire

Office of the Indiana Attorney General

Indiana Government Center South

302 West Washington Street

Fifth Floor

Indianapolis, Indiana 46204

Telephone No.: (317) 232-6201

E-mail: brandyn.arnold@atg.in.gov

(Appeared via videoconference)


Also Present: Kaleigh Allen, Law Clerk with the Office

of the Indiana Attorney General (Appeared via

videoconference)

**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

**Exhibit J**

INDEX

Page

PROCEEDINGS                                                    7

DIRECT EXAMINATION BY MS. PIERCE                               8


EXHIBITS

Exhibit                                                      Page


1  - Inter-Departmental Memorandum -
     STATE021328-021330                                     70
2  - Indiana State Prison Department Head
     Meeting - January 18, 2023 -
     STATE026231-026233                                     72
3  - ISP 00-9 Fire Prevention Regulations
     and Practices - STATE009143-009148        88
4  - Indiana Department of Correction General
     Post Orders - STATE020958-020974          123
5  - E-mail Chain - STATE021368-021379         160
6  - Critical Incident Debriefing -
     February 21, 2023 - STATE000104-000105   165
7  - Internal Affairs Division Report of
     Investigation - March 7, 2023 -
     STATE000015-000018                         181

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

EXHIBITS (CONT'D)

Exhibit                                          Page

8  - Surveillance Video Still -
      January 14, 2023, 10:56:00                  185

9  - Surveillance Video Still -
      January 14, 2023, 10:57:00                  188

10 - Surveillance Video Still -
      January 14, 2023, 10:58:00                  189

11 - Surveillance Video Still -
      January 14, 2023, 10:58:18                  194

12 - Surveillance Video Still -
      January 14, 2023, 10:58:23                  196


FORMAL REQUESTS

1 - Any documents Mr. Nowatzke reviewed in preparation
    for the deposition that have not been previously
    produced



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

STIPULATION


The VIDEO 30(b)(6) deposition of JASON NOWATZKE ON BEHALF OF THE INDIANA DEPARTMENT OF CORRECTION was taken at KENTUCKIANA COURT REPORTERS, 201 NORTH ILLINOIS STREET, 16TH FLOOR, INDIANAPOLIS, INDIANA 46204, via videoconference in which all participants attended remotely, on WEDNESDAY the 25th day of JUNE 2025 at 10:01 a.m. (CT); said deposition was taken pursuant to the INDIANA Rules of Civil Procedure. THE OATH IN THIS MATTER WAS REMOTELY ADMINISTERED AS PERMITTED BY INDIANA SUPREME COURT CASE NO. 20S-CB-123.

It is agreed that OLIVIA M. SIS being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

PROCEEDINGS

THE REPORTER:  We are now on the record. My name is Olivia Sis.  I'm the court reporter and legal videographer with Kentuckiana Court Reporters located at 201 North Illinois Street, 16th Floor, Indianapolis, Indiana 46204.  Today is June 25th, 2025 and the current time is 10:02 a.m. Central Time.  We are here to take the remote deposition of Jason Nowatzke via Zoom in the matter of Mysti Valencia, as personal representative of the Estate of Michael Smith, and on her own behalf v. Ron Neal, et al., pending in the United States District Court for the Northern District of Indiana, South Bend Division.  Case number 3:24-CV- 00185. This deposition is being conducted on behalf of the plaintiff's counsel.  Will everyone but the witness please state your appearance starting with the plaintiff's counsel?

MS. PIERCE:  This is Megan Pierce on behalf of the plaintiff, Mysti Valencia, appearing remotely via Zoom.

MR. ARNOLD:  The Indiana Attorney General's Office on behalf of the defendants.

THE REPORTER:  I'm sorry, Mr. Arnold, could you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

repeat that?  Your audio cut out there.

MR. ARNOLD:  Yeah.  Brandyn Arnold with the Indiana Attorney General's office appearing remotely via Zoom on behalf of the defendants.

THE REPORTER: All right.  Perfect.  That came through better.  Thank you.  And previously, off the record, we agreed to stipulate to the identity of Mr. Nowatzke as I had the opportunity to ID him.  Does Counsel still agree to stipulate at this time?

MS. PIERCE:  Yes.

MR. ARNOLD:  Yes.

THE REPORTER:  All right.  Thank you. Mr. Nowatzke, will you please raise your right hand to be sworn in?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I do.

THE REPORTER:  All right.  Thank you. Counsel, you may proceed.

DIRECT EXAMINATION

BY MS. PIERCE:

Q.   Good morning, Mr. Nowatzke.  As I mentioned, I'm Megan Pierce and I represent the plaintiff, Mysti Valencia, in this case.  Can you please just state and spell your name for the record one more time?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    Jason Nowatzke.  Last name is N-O-W-A-T-Z-K-E.

Q.    Thank you.  And where are you currently sitting for this deposition?

A.    Currently in the deputy warden's office at the Indiana State Prison in Michigan City, Indiana.

Q.    And that's your office, correct?

A.    Correct.

Q.    Is anyone else in the office with you?

A.    No.

Q.    Have you ever been deposed before?

A.    Yes.

Q.    Okay.  How many times have you been deposed before?

A.    Several.  I don't have an exact number. Last time I did one on Zoom was probably in 2017.

Q.    Okay.  And I'll just go over the rules of the deposition just to make sure we're all on the same page, okay?

A.    Okay.

Q.    So I'll ask you questions and you give answers under oath just as if you are in a courtroom, okay?

A.    Okay.

Q.    If you don't understand a question, please ask for clarification.  If you don't ask for clarification, I'll assume that you understood the question, okay?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.   Okay.

Q.   And then so the court reporter can get down a clear record, please wait until I'm done asking my question.  Even if you know where the question is going, let me get the whole question out and then you can begin your answer.

A.   Okay.

Q.   And then do your best to give verbal answers. So try to avoid nodding or shaking your head or giving nonverbal answers so that the court reporter, again, can get a clear record.  And then your lawyer may object. You should -- you still have to answer the question unless they instruct you not to.  So just let your lawyer get his objection on the record and then go ahead with your answer.  And then lastly, we can take a break at any point that you need one.  Just if a question is pending, I ask that you answer the question and then, you know, we can take a break after that.

A.   Okay.

Q.   Do you have any medical conditions or are you taking any medication that affect your memory or your ability to testify here today?

A.   No.

Q.   Did you do anything to prepare for your deposition today?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.   I looked over some policies and the report from the incident that occurred that day.

Q.   I don't know if anyone else is having trouble hearing.  I'm having a little bit of trouble hearing you.  You're just a little bit quiet.  So if you could just make sure to speak as loudly as possible, I think that will help.  Okay.  So you said you looked at some policy documents and you looked at the -- at an incident report; is that correct?

A.   That's correct.

Q.   Okay.  Anything else that you looked at?

A.   No.

Q.   And about how long did you take to review those documents?

A.   A couple of hours this morning.

Q.   And did you speak with anyone in preparation for your deposition?

A.   No.

Q.   Did you speak with -- without going into the substance of your conversation with them, did you speak with your attorney in preparation for your deposition?

A.   Yes.

Q.   And when did you speak with your attorney in preparation for your deposition?

A.   Mainly about the policies.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    And when was that?  Sorry.

A.    Yesterday.

Q.    Okay.  And how long did you speak with your attorney?

A.    Maybe 15 minutes.

Q.    And you said you reviewed policy documents. What types of policy documents were they?  Were they post orders?  Were they administrative regulations?

A.    Administrative policies.

Q.    And those would be from IDOC Central?

A.    Yes.

Q.    Anything else that you reviewed?

A.    No.

Q.    And how many IDOC policies did you review?

A.    I believe there's one, three -- five of them.

Q.    And can you tell me the numbers of those policies?

A.    One is 0203114.  The other one is 0002101, 0203102, 0002201.  And then the other one was an ISP facility directive 00-9.

Q.    Okay.  Any other policy documents or training documents that you reviewed?

A.    As far as policy?  No.

Q.    Any other training documents you reviewed?

A.    No training documents.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.   Did you review any e-mails, communications?

A.   No.

Q.   Did you review any videos or any photos?

A.   How long -- I haven't recently.

Q.   Okay.  At some point you reviewed videos and photos related to the death of Michael Smith; is that correct?

A.   That's correct.

Q.   Okay.  And was that in preparation for this litigation today or as part of your job as deputy warden?

A.   No, part of my job as deputy warden.

Q.   Okay.  And so would that be sometime in, probably, 2023 close to the time that Mr. Smith died?

A.   Correct.

Q.   Okay.  So outside of your reviewing of photos and videos relating to Michael Smith's death close to the time of his death in January 2023, have you reviewed any photos or videos related to this case?

A.   No.

Q.   You said that you -- was it -- am I correct that you said you reviewed an incident report relating to Michael Smith's death?

A.   Right.

Q.   And who authored that incident report?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.    I believe it would've been Captain McCann.

Q.    Okay.  Anything else that you reviewed in preparation for your deposition?

A.    Probably the critical incident debriefing, which goes along with the actual incident report.

Q.    Anything else that you can recall?

A.    There were also some other documents, I guess, that I looked at pertaining to the deposition that I'm going to give for the state.  Those would've been, like, deficiency reports and plans of correction and stuff like that.

Q.    Okay.  And you looked at those this morning; is that right?

A.    Yeah.  Yesterday or this morning.

Q.    Okay.  And how long did you spend preparing yesterday?

A.    Probably about two hours.

Q.    And what are deficiency reports?

A.    It's a report that -- every year we do an annual safety inspection.  Construction services does those inspections, and then they provide us with a deficiency report, and that's what I reviewed.

Q.    And how many of those did you review?  Just for one year or multiple years?

A.    Multiple years.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    And what years did you look at?

A.    2017, 2018, 2019, 2020, '21, '22, '23, '24, and '25.

Q.    And what are plans of correction?

A.    So once they give us a deficiency, we have to come up with a plan of correction to fix that deficiency or to abate it.  I mean, for an example, if -- let's just say there was an electrical outlet that was damaged, we would have to put in a work order -- would be -- our plan of correction would be to put a work order in and have maintenance repair that.

Q.    And what types of deficiencies do the deficiency reports identify?  Is it physical plant, physical facility deficiencies, is it policy deficiencies?  Is it both?

A.    It's kind of both.  Mainly they're, like, fire, health, and safety codes that they inspect.

Q.    And are they reviewing facility policies, like facility directives, or are they just looking at state regulations and codes?

A.    They're just looking at the codes and specific things like storage of chemicals, sanitation of the facility, buildings and structures, things like that.

Q.    Okay.  And they're looking at whether or not you're in compliance with those, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.   Correct.

Q.   Okay.  So those deficiencies aren't really looking at -- correct me if I'm wrong, but those deficiencies aren't looking at -- or strike that. Let me ask this differently.  Those reports aren't identifying deficiencies with ISP's policies, they're just identifying things that are out of compliance with code -- fire, health, and safety code, right?

A.   Yes, that's correct.

Q.   Okay.  And who is responsible for organizing and responding to the deficiency reports?

A.   The -- the facility would, which would be the safety hazard manager of the facility.

Q.   Okay.  So the safety hazard manager would be responsible for reviewing the deficiency reports, making sure the audits were done, and then leading the plan of correction; is that right?

A.   Correct.

Q.   And do you have -- as Deputy Warden, would you have any role in reviewing the deficiency report and coming up with a response?

A.   Yeah, I -- I would assist with that.

Q.   Okay.

A.   As well as the physical plant director usually assists with that because there's a lot of things that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

involve physical plant that -- you know, and he's in charge of maintenance, so he would assist with that as well.

Q.   Okay.  And what types of things usually go into the plan of correction?

A.   Some things as far as, like, maybe a work order, maybe just a phone call or highlight certain codes that were in violation and send them to specific people to get them corrected or fixed is usually, kind of, how it goes.

Q.   Okay.  So fair to say it's mostly about fixing issues at the physical plant, correct?

A.   Not -- not always, but -- a -- a lot of it is, but not always.  I mean, it could be just a general sanitation issue as well, like they found a fan to be dirty, so it needs to be cleaned.  So something like that would be sent to the sanitation department so that they can make sure that they get that cleaned so we're in compliance with it.

Q.   Got you.  Okay.  But it generally is -- it's fair to say it has to do with maintaining or fixing the physical plant and items in it.  It's not so much we need to change training or changed instructions or things like that, correct?

A.   That's correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

Q.    All right.  Anything else that you reviewed in preparation for your deposition today?

A.    Not that I can recall, no.

Q.    And you said you spoke with your attorney. Did you speak with anyone else from IDOC or any of the other defendants or anyone else from ISP in preparation for your deposition?

A.    I did speak to the safety hazard manager in order to get some of these deficiencies and plan of corrections.

Q.    Okay.  And did you have any conversation with them other than asking for the documents you were looking for?

A.    No, just that I needed the documents.

MS. PIERCE:  And, Brandyn, I -- if anything that was reviewed hasn't been produced today, can we just make sure it gets produced to us?

MR. ARNOLD:  Yeah.

MS. PIERCE:  I think we have most of those, but anything that was reviewed, we would want produced. Thanks.

BY MS. PIERCE:

Q.    Okay.  And just to make sure I understand. So basically, over yesterday and today, you probably spent maybe three or four hours preparing.  Does that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

sound right?

A.    Sounds close.  Yes.

Q.    And, Mr. Nowatzke, you are the currently the deputy warden at Indiana State Prison, correct?

A.    Correct.

Q.    And when did you first start working with IDOC?

A.    July 3rd, 1995.

Q.    And did you have any other jobs before you started working with IDOC?

A.    Yes.  I had a factory job and I worked retail and worked at a campground.

Q.    What year did you graduate from high school?

A.    '92.

Q.    Did you go on to any college or higher education?

A.    Yes.

Q.    How -- did you complete your higher education degree?

A.    Yes.

Q.    And what year did you complete it?

A.    '95.

Q.    And where did you graduate from?

A.    From college or --

Q.    From college, yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.    Vincennes University.

Q.    And what was your degree in?

A.    Criminal justice.  Law enforcement.

Q.    Okay.  And you joined IDOC in July of 1995. What was your position?

A.    An officer -- correctional officer.

Q.    And was that at Indiana State Prison?

A.    Yes.

Q.    Have you worked at any facilities aside from Indiana State Prison during your career?

A.    No.

Q.    And how long were you a correctional officer at Indiana State Prison?

A.    From '95 to 2007.

Q.    And is the facility itself largely the same as it was when you started in 1995?

A.    Mostly.  There's been changes, but it's mostly the same.

Q.    And did you, as a correction officer, ever work in A-Cell House?

A.    Yes.

Q.    And what happened in 2007?

A.    I was promoted to Correctional Sergeant.

Q.    And how long were you a correctional sergeant?

A.    Until 2010.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

Q.   And then were you promoted again?

A.   Correct.

Q.   To what position?

A.   Correctional Lieutenant.

Q.   And how long were you a lieutenant?

A.   Until 2015.

Q.   And then what happened in 2015?

A.   I was promoted to Correctional Captain.

Q.   And how long were you a correctional captain?

A.   Until 2016.

Q.   And then were you promoted to major?

A.   Correct.

Q.   And as major, you were also the custody supervisor, correct?

A.   Correct.

Q.   And how long were you the major?

A.   Until 2019, when I got promoted to my current position.

Q.   And you're currently the deputy warden, correct?

A.   Yes.

Q.   Is there more than one deputy warden at ISP?

A.   Yes.

Q.   How many deputy wardens are there?

A.   There's myself and one other.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

Q.   And what's the breakdown between your responsibilities and theirs?

A.   I'm over the operations of the facility and the other deputy warden is over programs and reentry.

Q.   And so you, as the deputy warden over operations, oversee all custody officers, correct?

A.   Yes and no.  So at one point, the custody supervisor reported to the deputy warden of operations, but that has since changed, and the deputy the custody supervisor now reports to the warden.

Q.   And when did that change?

A.   I'm not sure.

Q.   Would you say within the last two years, the last five years?

A.   I would say probably within the last five years.  If I had to guess, I would say maybe around 2017, 20 -- or I mean, 2020, 2019, somewhere in there, maybe.

Q.   Okay.  When you were the custody supervisor, were -- who were you reporting to?

A.   I reported to the deputy warden at that time.

Q.   Okay.  So it happened sometime after you were promoted; is that fair?

A.   Right.

Q.   Do you know why that change was made?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.   It was -- my understanding of why it was made is because the -- I'm trying to remember what his title would've been.  The deputy commissioner over operations, I believe at the time, changed that so that the custody supervisor would report to the warden.  And I believe that was done because he felt that they wanted the custody supervisor to have a -- be a direct report to the warden that there shouldn't be somebody between the two of them, is my understanding as why it changed.

Q.   Okay.  So did that change at other facilities as well?

A.   Yeah, it affected the whole department.

Q.   So as deputy warden of operations, do you still have any supervisory responsibility over the custody supervisor?

A.   I work with him.  So things that need to be done, I don't necessarily supervise him, but I work with him to get things done.

Q.   Okay.  But you are not responsible for making sure that he carries out his responsibilities.  That would be the warden; is that fair?

A.   Correct.

Q.   As the deputy warden over operations, who do you directly supervise?

A.   I directly supervise maintenance, training,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

and ICII or correctional industries.

Q.   And who are the maintenance staff that you -- sorry.  There was a little echo.  Who are the maintenance staff that you directly supervise?

A.   Art Kaufman.  He's a physical plant director.

Q.   And who are the training staff that you directly supervise?

A.   Currently, we do not have a training coordinator.  That's normally the person that I would supervise, but I am now supervising the training officers that we have, which is Amanda Sparks, Hawkins -- David Hawkins, and Christie Wilson.

Q.   Okay.  So normally you --

A.   And there is one more, it would be Brittany Dory (phonetic).

Q.   So, fair to say, normally you would directly supervise the training coordinator, but since that position is empty, you are supervising the training officers; is that right?

A.   Yes, that's right.

Q.   Okay.  And the training coordinator was previously Mr. Beal; is that right?

A.   No, previously it was Mr. Newkirk.

Q.   Okay.  And who was the training coordinator before Mr. Newkirk?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.    That would've been Mr. Beal.

Q.    **And what were the responsibilities of the training coordinator?**

A.    To ensure that training is in compliance with all the training needs that they got going on, make sure classes are done, staff are being trained.

Q.    **And the training coordinator has the ability to change the field training program as needs arise, correct?**

A.    I don't necessarily think he can change it on his own.  He can make recommendations that things may need to be changed, but there's policies that he has to follow as well.

Q.    **Okay.  But if there are -- is the training -- strike that.  So fair to say the training coordinator is responsible for assessing the current training and seeing if there are needs or holes that need to be addressed?**

A.    I -- I mean, yes and no.  Yes, he -- he -- if he finds something that he doesn't think is right, then he could make a suggestion that something needs to be changed or corrected.  But he also has to report to DWE, which is the Department of Workforce Engagement, which is where the training comes from for the entire state for the whole department.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.   Okay.  And the DWE, does that have, like, you know, general things like you need to cover these topics and these -- this information about each topic, or does it like set out exactly how each type of training will go?

A.   Yeah, they -- they pretty much set the -- the training curriculum for the -- for the year for each facility for staff, and they also write most of the lesson plans and handle all that type of stuff.

Q.   Okay.  And who creates the field training lesson -- field training plans?

A.   Would be our FTM, which would be our field training manager, but that would also, too, have to be approved or come from DWE.

Q.   Okay.  And who oversees the field training manager?

A.   The -- it would be the training coordinator and the major.

Q.   Is there anyone who is responsible for reviewing the field training program and making sure that the staff are coming out of it adequately trained?

A.   That would be the responsibility of the FTM, the field training manager, and also DWE audits, the field training program.

Q.   If it's determined that, you know, staff need

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

to be trained on a certain issue differently or in greater volume, who -- how does that go about happening? That's a bad question.  Let me re-ask it. If -- you know, if it comes to the prison's attention that staff are not adequately trained on a certain issue, what happens to address that?

A.   I guess it really depends on what the issue is.  In the past, we've had an issue with staff not properly putting on restraints.  So we held a refresher course for all the staff in the facility.  We called them out, did a little training session with our security skills instructors, and put everybody through the -- a little, I guess, half-hour class to make sure that everyone -- everybody knew how to put on the restraints correctly and could demonstrate.

Q.   Okay.  And so if there -- if it's needed, the facility can put on a refresher course on any topic; is that right?

A.   Yes.

Q.   Okay.  And who would organize and put that on?

A.   Usually the training coordinator, myself, or the custody supervisor.

Q.   Okay.  And any senior staff at the facility, the warden, the deputy wardens, the custody major could propose or put this on, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.   Correct.

Q.    And no approval would be needed from IDOC Central or was it DFW?

A.   DWE.

Q.    DWE.  Sorry.

A.   No, as long as it was part of our current lesson plans or our current training curriculum, we -- there would really need -- no need to have any approval from them.

Q.    Okay.  So with -- you-all at the facility wanted to put on additional refresher courses on emergency response or fire safety, you could put those on, correct?

A.   Correct.

Q.    And then you said -- I want to go back. You said you supervise Art Kaufman as the physical plant director.  What are Mr. Kaufman's responsibilities?

A.   Mr. Kaufman's responsible for the physical plant of the facility.

Q.    So would that include maintenance inspections as well?

A.   Yes.

Q.    And fair to say Mr. Kaufman's responsible for making sure inspections are done at the facility?

A.   The inspections that he needs to do for his

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

area, yes.

Q.   And what inspections are those?

A.   He -- I believe he has to do tool control inspections.  He has to do power -- there's inspections that they have to do for the power plant or for the powerhouse, he has to make sure those are done, water inspections with the water department, are the ones that I can think of right off the top of my head.

Q.   Who is responsible for -- well, strike that. Let me back up.  Are there inspections that are required to be done in the housing units, in the living areas?

A.   Yes.

Q.   And how often are those required to be done?

A.   Weekly.

Q.   And who's responsible for carrying those out?

A.   The staff that are in the cell house.

Q.   So whoever's in charge of the cell house has to make sure weekly inspections are done?

A.   Correct.

Q.   And who's responsible for making sure that those are actually carried out?

A.   So the shift supervisor directs the staff to do the weekly inspections and then those are sent to the safety hazmat manager.

Q.   Okay.  So the safety hazmat manager is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

ultimately responsible for making sure those weekly inspections are carried out?

A.   Yes.

Q.   Okay.  And who's responsible for making sure that any issues identified during those weekly inspections are addressed?

A.   So the safety hazmat manager, if anything came up that needed addressed, she would take care of that and put out work orders or whatever needed to be done to have those things fixed.

Q.   In addition to those weekly inspections, are there additional monthly inspections that are supposed to happen in the housing units?

A.   Yes.

Q.   And who carries those out?

A.   Usually the same staff, sometimes the supervisors of that unit, like the lieutenants.

Q.   And what's the difference in what's done during those, the weekly inspections and the monthly inspections?

A.   It's pretty much the same.

Q.   And is that also, again, the responsibility of the safety hazmat manager?

A.   Yes.

Q.   As the deputy warden, do you have any

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit J

responsibility for making sure that inspections are done and issues are addressed?

A.    Not that the inspections are done, but I could be responsible to make sure that some of those issues are addressed since maintenance reports to me.

Q.    Are there inspections done of the electrical system or any parts of the electrical system at ISP?

A.    Yes.

Q.    And who's responsible for doing those?

A.    It would be the physical plant director.

Q.    And that would be Mr. Kaufman, correct?

A.    Correct.

Q.    And do you know how often those are supposed to occur?

A.    I believe bi-annually.  He does inspections for the generator testing or load testing on the facility.

Q.    Any other electrical inspections that he's required to carry out?

A.    Not that I'm aware of.

Q.    Are there any individual cell inspections that are supposed to be carried out?

A.    Yes.

Q.    And when are those supposed to be carried out?

A.    Those could be carried out at any time.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

The most common time that they're carried out is when an offender moves out of a cell from one to another.

Q.   Are they required to be carried out at that time?

A.   Yes.

Q.   And who would carry those out?

A.   The staff that are on the unit that are there conducting that move at that time.

Q.   Are there any other points in time when individual cell inspections are required to be carried out?

A.   Not as far as, like, written down documented inspections, but there are, like, daily inspections. Like when you're walking the unit and doing your rounds, you're supposed to be looking into cells, making sure things are like they're supposed to be.

Q.   Okay.  So on a daily basis, when you're doing your rounds, you're supposed to be checking to make sure everything looks safe and sound in the cell, correct?

A.   Correct.

Q.   And if there's an issue, that's supposed to be documented, right?

A.   Right.

Q.   So if you're walking around doing your rounds in a cell house and you see a light hanging down off of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

a wire, you would need to write that down in some kind of report, right?

A.    Correct.  That would be taken care of via work order.

Q.    Okay.  So you would put in a work order. Anywhere else that would be written down?

A.    It may be in the log book, possibly.

Q.    And I think the third area that you said you had direct supervision over was ICI; is that right?

A.    Right.

Q.    And what's ICI?

A.    It's Indiana Correctional Industries.

Q.    And what is that?

A.    So they -- they're part of the state. I supervise them as far as what they do in our facility, but I don't supervise them as far as their direct reports to me.  Like, I don't do their appraisals or anything like that because it's kind of a separate entity.  They do -- at our facility currently, they make boxes, they make grills, they powder coat different kinds of metal things that they sell.

Q.    I see.  So this is jobs that the incarcerated individuals are doing with ICI; is that right?

A.    Correct.

Q.    Okay.  And you supervise their process, more

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

or less?

A.   Yes, that's right.

Q.   And do you have any responsibilities -- supervision responsibilities over the captains, lieutenants?

A.   No.  That would fall under the custody supervisor of the major.

Q.   Okay.  And then ultimately, the warden, correct?

A.   Correct.

Q.   At any point since you have been the deputy warden, were you responsible for supervising the custody supervisor?

A.   Yes.  In the -- in the very beginning, when I first got promoted.

Q.   Do you know about how long that lasted?

A.   I would guess maybe a year.

Q.   Okay.  So probably until about 2020; is that fair?

A.   Yeah, that's fair.

Q.   Okay.  So in 2023, you were no longer supervising the custody supervisor, correct?

A.   I don't believe I was.  No.

Q.   And as the deputy warden, did you have any responsibility for training beyond supervising the



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

training coordinator?

A.   No.

Q.   Did you ever reach out to DWE or the training coordinator and discuss any issues that you believe existed relating to the training program?

A.   I'm sure I have.  The one that comes to mind is the cuffing procedures, but I'm sure there's been more.  I just don't recall.

Q.   Okay.  So if you thought there was a deficiency in the training program, the thing to do would be to reach out to DWE, correct?

A.   That or the training coordinator.

Q.   And if you thought there was a deficiency in the training program, what would you tell the training coordinator?

A.   I guess it depends what the deficiency would be, but that, you know, things need to be changed or something needs to be done to make sure staff understand what we're trying to train them to do. Something along those lines.

Q.   Okay.  And the training coordinator would have the ability to make small adjustments to make sure that the training was effective and comprehensive, right?

A.   Yes.

Q.   Okay.  Who is responsible for training staff

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

on emergency response?

A.   It would be the instructors.  So it would be the -- Emergency Response Operations trains the staff or the trainers to go back to the facilities to train the staff.

Q.   Okay.  So they would get trained -- so some -- the training coordinator and the training officers would get trained by someone at IDOC Central and then they would come and train the staff?

A.   Yes, but not -- not necessarily the training officers or the training coordinator.  They could be lieutenants, sergeants that are currently on shift working in that capacity that show interest that they want to be a trainer.  So then they go to an academy or an instruction week to learn how to be an instructor for QRT, is what they call it.

Q.   Okay.  So I want to clarify two different things.  So QRT is the Quick Response Team, right?

A.   That's correct.

Q.   Okay.  And so those are a specific identified group of people at the facility who handle the emergency response, correct?

A.   Yes.

Q.   Okay.  And so not everybody at the facility is given QRT training, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    Correct.

Q.    Okay.  And so individuals who express interest are able to become part of the QRT team; is that right?

A.    That's correct.

Q.    Okay.  And they go and they get training on that?

A.    Yes.

Q.    And who provides that training?

A.    Normally, it's staff at the facility, whoever the instructors are.  The QRT instructors.

Q.    Okay.  So that would be someone within the facility?

A.    More than likely, yes, it's somebody from our own facility that does that.

Q.    And who would oversee that?

A.    The training coordinator would -- would assist to make sure that they had the training space and the -- the equipment that they needed.  Ultimately, it would be overseen by the ERO, Emergency Response Operations.

Q.    And who is in charge of ERO at ISP?

A.    There's nobody at ISP in charge of it. Central office staff would be Richard Curry.

Q.    And so you have the QRT-trained individuals. Is -- are they basically relied on to do the emergency response or is emergency response training provided to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

other staff members as well?

A.    It's also provided to other staff members as well.  Not in detail like it is for the QRT staff.

Q.    And what training do the general staff get on emergency response?

A.    Basic first aid, how to respond in -- in -- in case of a fire, evacuation of the cell house, things like that.

Q.    And what training do they get on how to respond in the case of a fire?

A.    Tells them what signals to call, what to do, how to operate the fire extinguisher.  All staff gets stuff like that, so --

Q.    And when is that given to staff?

A.    Normally either in -- in your NEO training or your new employee training or annually --

Q.    Okay.

A.    -- in your 40-hour training.

Q.    Okay.  So it's possible it's just given at the new employee training; is that right?

A.    Well, it's that and the 40 hours, yes.

Q.    Okay.  So it's also given annually?

A.    Correct.

Q.    And how long is the annual training?

A.    40 hours.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    Okay.  And how much of that is spent on emergency response?

A.    I don't -- I don't know if I could put a time on it, so I -- I really wouldn't know.  Some of the 40-hour training is done is computer-based training.  So some of that may be in there, and I guess it depends on the individual how long that takes.  So I really don't know how long it would be.

Q.    Okay.  When's the last time that you did the annual training?

A.    This year.

Q.    And the fire response training is online, right?

A.    Yeah.  It's -- it's a CBT.

Q.    Okay.  And there's no classroom-based or hands-on fire response training, correct?

A.    No.

Q.    Sorry.  I asked that poorly.  I don't know if the answer is clear.  So is it correct that there is no classroom-based or hands-on fire response training?

A.    Yes.  It's just on the computer.

Q.    Beyond the new employee training and the annual training, is there any additional fire response training that's given?

A.    They would do fire drills would be another

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

thing that they perform in the facility.

Q. And who's responsible for the fire drills?

A. The safety hazard manager.

Q. And do you have any role in the fire drills?

A. No.

Q. And those fire drills are mostly mock evacuation drills, right?

A. I guess it -- it depends what -- how you describe mock. So currently what -- what she does is, she'll run those during a time, either at day or at night, but they'll actually let everyone out of their cells and make sure that the cells are cleared out, so --

Q. Okay. And how often are those fire drills done?

A. I believe she's doing them quarterly.

Q. Any other training or instruction that you're aware of that's given on fire response?

A. Not that I can think of, no.

Q. And the new employee training on fire response, that's also the same online training, correct?

A. I'm not sure.

Q. Okay. That's fair. You were a new employee in 1995, so.

A. Long time. I'm -- so I'm not sure if it's --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.   Okay.  All right.  Anyone else that you would say that you supervise as the deputy warden at Indiana State Prison?

A.   The only other person would be my administrative assistant.

Q.   Okay.  All right.  And no one else at any point since you've been deputy warden, correct?

A.   No.

Q.   And who is your direct supervisor as the deputy warden?

A.   The warden.

Q.   And how does the warden generally go about supervising you?

A.   I guess I really don't know how to answer that.

Q.   That's okay.

A.   I mean, we --

Q.   Let me ask that differently.  Do you-all have, like, regular meetings?  Do you provide any reports or summaries or updates to the warden on a regular basis?

A.   Yeah.  We communicate daily, I would say, about things that are going on and things that are happening throughout the facility.

Q.   Okay.  And are those informal conversations or are they regularly scheduled meetings that you have?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit J

A.    Some are scheduled meetings.  Some are just, you know, I just go over there and talk to him, so --

Q.    And are you required to provide him with any reports or summaries on any specific topics?

A.    Yes.  There's, like, critical incident debriefings.  He gets those so that he's aware of what's going on.

Q.    Okay.  Any other reports that you're responsible for putting together for the warden?

A.    I mean, I also do quarterly tracking reports of incidents and also take care of, out of this office, they used to be bi-weekly reports that were report out to the central office staff and the commissioner. Those have since been changed to, like, bi-monthly.

Q.    Okay.  What goes in those bi-weekly or bimonthly reports?

A.    Happenings, any kind of incidents that -- significant events that happen in the facility, sometimes morale of the offender population and morale of staff, population numbers, contraband findings.

Q.    And you're responsible for putting that together?

A.    Yes.  We put that together for the warden.

Q.    And is that basically the same thing as the quarterly incident reports you were discussing for the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

warden?

A.   Yeah, it's kind of the same thing.  The -- the same information.

Q.   Okay.  Anything additional that's in the quarterly incident reports?

A.   No.  The quarterly is more vague than the bi-weekly.  Bi-weekly has more information in it.

Q.   Okay.  And what types of information are you putting in there about those incidents?

A.   Just the incidents in general, like what happened, who was involved.  Just kind of a brief synopsis of the incident.

Q.   And are you involved either in creating -- when you create these reports or at some other time in assessing these incidents and identifying issues that need to be addressed at the facility?

A.   Not when -- not when putting these reports together.  That would be more along the lines of doing a debriefing.

Q.   Okay.  All right.  And then any other, you know, oral or written reports that you regularly provide to the warden about what's going on at the facility?

A.   No, not that I can think of.

Q.   All right.  And you mentioned the critical incident debriefing.  Is that also the same thing as an

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

after action review?

A. Yeah. You can call it either or.

Q. Okay. And tell me what those entail.

A. So those are -- so if you have a critical incident, then those entail meeting with some staff to discuss the incident. There's a list of actual questions that are asked during the debriefing that have to be answered or addressed. And then, like you said, any changes or things that might have went wrong or went right, are usually addressed or talked about at that time.

Q. And as the deputy warden, are you responsible for the critical incident debriefing?

A. Yes.

Q. Okay. So that's your -- you are the one who is ultimately responsible for handling that and leading it?

A. Yes.

Q. Okay. So do you participate in every critical incident debriefing?

A. Yes.

Q. And how often do they have -- how often do they happen? Excuse me.

A. It -- usually I -- it depends on if we have a critical incident or not, but I would say a good guess

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

is at least weekly or every two weeks we're doing some critical incident debriefing.

Q.   And what qualifies as a critical incident?

A.   It's -- so there's a list of serious significant incidences that occur that have to be -- that have to have a debriefing.  Those incidents are usually reported to the op center prior to a debriefing, and it would be like an escape, a death, a sexual conduct, serious injury to staff or visitors, if staff get assaulted, offender fights, things like that.

Q.   Are fires included on the critical incident debriefings?

A.   If -- if the fire was a serious fire or resulted in injury, then, yes, we would do a debriefing on it.

Q.   Okay.  So if it was a serious fire, you know, it was a big fire, even if no one was injured, a debriefing should be done?

A.   Yeah, if it was a -- a serious fire.

Q.   Who's required to attend the -- well, strike that.  Is anyone required to attend the critical incident debriefing?

A.   Myself, I believe the warden -- or the -- the major, the safety hazmat manager, usually the supervisor, whoever was in charge that day or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

supervising the incident, attend those meetings.

Q.    Anyone else?

A.    Sometimes the staff who were there or involved in it attend.

Q.    Are they required to attend?

A.    I would say no, they're not necessarily required, but it is nice to have them sometimes, so --

Q.    If staff who were involved in the incident were not able to attend the critical incident debriefing, would any effort be made to speak to them and get their thoughts about what happened and things that went wrong?

A.    Yes.  And we would also have, you know, their reports or their written documentation of what happened at that time.

Q.    So if you had their reports, would you make any effort to also speak with them, or would you just rely on their reports?

A.    I try to speak to all of them, but it's not necessarily feasible to talk to everybody.  But if there was something or questions that were brought up during the debriefing that we needed to speak to them further, then we would reach out to them.

Q.    And how soon after an incident are the critical incident debriefings supposed to occur?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    I don't know the exact time frame, but they don't always occur within that time frame.  I want to say it's like -- but I'm just guessing if I say, like, 15 days.

Q.    Okay.

A.    But a lot of times, we don't have all the information to actually, I guess, perform a -- a debriefing if the incident is being, like, investigated or something like that.

Q.    Okay.  So there's a general time frame, but it doesn't always happen within that time frame.  Fair to say?

A.    That's fair to say.

Q.    Okay.  You mentioned an investigation.  So for critical incidents, there would most likely also be an Internal Affairs investigation into the incident, correct?

A.    Not always, but for some, yes.

Q.    And how was it determined whether or not there's an Internal Affairs investigation?

A.    I guess that would -- that would be up to the warden and Internal Affairs to decide whether they're doing an investigation on an incident or not.

Q.    Okay.  So the warden would play a part in that role?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    Correct.

Q.    Or in that meeting?  And what is the difference between what Internal Affairs is doing versus what the critical incident debriefing is doing?

A.    Internal Affairs is investigating the incident to find out what happened.  The critical incident debriefing is also looking at what happened, but more along the lines as why did it happen and is there anything else that maybe we could have done differently or done better to -- in handling the situation.

Q.    Okay.  So fair to say Internal Affairs is trying to figure out more what happened and you-all are trying to figure out how you can avoid this happening again in the future?

A.    Yeah, I think that's fair to say.

Q.    And do you generally wait for the Internal Affairs investigation to be completed before you do the critical incident debriefing, or do they go on simultaneously?

A.    Sometimes they go on simultaneously.

Q.    And what information are you collecting before the critical incident debriefing about the incident?

A.    The incident reports that are completed by the shift supervisor and the staff that were on duty that day.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    Anything else?

A.    If there's video evidence, possibly reviewing the video, or if there's photograph, but usually the photographs are attached with the incident report, but that would probably be all.

Q.    Do you speak with any of the incarcerated individuals who are involved in the incident?

A.    No.

Q.    And why not?

A.    Well, I guess because most of those incidents are actually due to the incarcerated individual's behavior, and, more than likely, they're not going to want to talk to me about why they assaulted a staff member or something anyway, so --

Q.    Do you ever make an effort to speak with them?

A.    No.

Q.    Do you ever make an effort to speak to incarcerated individuals who may have witnessed an incident?

A.    No.

Q.    An incarcerated individual who witnessed an incident might have important information to offer, right?  So for example, if they saw a staff member failing to intervene in a fight, you know, that might be important information that you would want to know,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

right?

A.   Right.  But that would probably be completed in the Internal Affairs -- Internal Affairs investigation.

Q.   Okay.  So you would rely on Internal Affairs to speak to the incarcerated individuals?

A.   Right.

Q.   But sometimes you would do the debriefing before you would get Internal Affairs reports, correct?

A.   Correct.

Q.   You personally, as a deputy warden, would you get all Internal Affairs reports?

A.   I would say yes.

Q.   And would you review every Internal Affair report?

A.   Yes.

Q.   And what is your responsibility or role with regard to Internal Affairs reports?

A.   So I'm also responsible to do discipline. So the main focus on, when the warden sends me that report, may be to conduct disciplinary meetings or assign them to a -- assign those cases to a hearing officer, if needed.

Q.   Anything else that you're responsible for doing with regard to Internal Affairs reports?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.   No.   Other than that those reports would just be informational for me.

Q.   You said you were responsible for discipline. Are you responsible for discipline of both staff and incarcerated individuals?

A.   Yes and no.  Staff, yes.  Incarcerated individuals, we have what's called a disciplinary hearing body.  They're the ones that take care of the discipline for the incarcerated individuals.  And I -- I'm kind of over them.  Like the -- the head chairman reports to me, but he -- but they do their own -- you know, they do their own thing.  They -- they're -- it's their own, I guess, disciplinary hearing board.

Q.   Okay.  And you --

A.   So I don't.

Q.   -- ultimately oversee the discipline hearing board, but you don't actively participate in it. Is that fair to say?

A.   That's correct.

Q.   And do you independently decide whether or not subordinate staff should be disciplined for failing to comply with ISP or IDOC policies?

A.   I can, yes.

Q.   And your responsibility is to look at incidents both during the critical incident debriefing

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

and reviewing Internal Affairs reports to determine whether staff complied with policy, right?

A.   Right.

Q.   Okay.  So in any critical incident, part of your responsibility is determining whether staff violated policy, right?

A.   I mean, that -- that's part of it, yes.

Q.   And then once you've determined whether or not they violated policy, you then decide whether to institute discipline, correct?

A.   Correct.  And it doesn't necessarily have to be a critical incident to have that occur either. I mean, I could witness it, somebody violating policy, and, you know, recommend them for a disciplinary meeting at any point for any -- for any violation, so --

Q.   And do you ever get reports from staff that there are issues with policy compliance?

A.   I would say yes.  I probably have in my career a few times.

Q.   Okay.  So as an example, one of the policies at ISP is that incarcerated individuals are not allowed to have curtains up in front of their cells, right?

A.   Correct.

Q.   And so policy requires staff to take those down if they see them, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

A.   Correct.

Q.   And have there been issues with that being enforced at Indiana State Prison?

A.   Yeah, I would say there's -- there's definitely issues with curtains, but there's many reasons as to why, I guess.

Q.   Okay.  But you are the one who is responsible for looking at that issue of non-compliance and determining how to deal with it, correct?

A.   Correct.  I'm one of the people that -- yeah.

Q.   And who else would be responsible for that?

A.   Warden, the other deputy warden, the major, the unit managers, the captains.  I mean, it's kind of everybody's responsibility.

Q.   Okay.  And who's ultimately responsible if there's a, you know, recurring problem with compliance relating to a certain policy?

A.   I would say ultimately would be the warden.

Q.   Okay.  And if you thought there was an issue -- reoccurring compliance issue with policy, you would notify the warden, right?

A.   Correct.

Q.   Okay.  So looking back at our example of the curtains, you know, if that's a recurring problem, you would talk to the warden about it, you guys would

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

discuss the different reasons for the curtains, and come up with some idea of how to respond or address it?

A.    Correct.  Yes.

Q.    And would anybody else be involved in those conversations?

A.    The custody supervisor would more than likely be involved in those as well as the other deputy warden. Possibly, like I said, captains, lieutenants, unit managers.

Q.    As the deputy warden, do you have any responsibilities for developing emergency response policies or participating in emergency response?

A.    If I was the warden or acting at the time, I mean, I could be the -- in charge of the command center if there was an -- a big incident that occurred at the facility and the warden wasn't here.

Q.    Okay.  Aside from that, any other responsibilities you have?

A.    No.

Q.    As the deputy warden, do you have any responsibility for reviewing, editing, drafting policies and post orders?

A.    I do review them and make suggestions on things that may need to be changed, but ultimately that is the custody supervisor's responsibility for post



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

orders.

Q.    Okay.  So that would be the major, the custody supervisor who's ultimately responsible?

A.    Yes.

Q.    Okay.  And how often would you review them?

A.    So if he's going to make changes or update them, usually he'd send them to me and we look at them together or I look at them and give him my thoughts in case I see something in there that I think may need to be changed.

Q.    I see.  Okay.  So the only time you would look at them is if the custody supervisor was proposing changes to you?

A.    I mean, I could also look at them if a situation came up or somebody may have been not doing something within -- or following the post orders and I needed to look at them to review them to see what exactly they said.  Because, obviously, there's a lot of them.  Every post has their own post orders, so I don't really know them all by heart.  So it's -- an incident that comes up or something happens and I may need to review them review in that instance as well.

Q.    Okay.  So you would review them as part of your assessment of incidents that happened at the facility when needed?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

A.    Yeah.

Q.    Okay.  And then you would also review them when the major sent recommendations for changes to you, correct?

A.    Correct.

Q.    Are you -- do you have any responsibility for performance evaluations?

A.    Yes.

Q.    And what's your responsibility there?

A.    To complete a performance evaluation on the staff that directly report to me.

Q.    Okay.  Do you review the performance evaluations for anyone else?

A.    No.

Q.    What is the process for disciplining staff at ISP?

A.    So if someone would submit a recommendation for staff who are in violation of a policy, procedure, or a post order, I would usually get the recommendation, then I would send that recommendation. Either I would hear the case myself, or I would send that to a hearing officer or assign it to a hearing officer.  And then they would hold an informal meeting with that staff member.  They would submit their findings or recommendations during that meeting back to myself and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

to HR to get approval to move forward with whatever discipline that they were going to give those staff.

Q. As the deputy warden, do you get notified of every incident that happens at the facility?

A. Every incident that they complete an incident report on, yes.

Q. And when are incident reports required?

A. When -- when there's an incident.

Q. Okay. So you should be getting notification of every incident that happens at the facility, correct?

A. As long as they're doing a report, yes.

Q. Okay. And you don't have any reason to believe that there's widespread non-compliance with filling out incident reports, correct?

A. No.

Q. And how often do you get the incident reports from the facility?

A. So at the end of each shift, they'll send me a shift report along with the incident reports attached to that as far as what happened on their shift.

Q. Okay.

A. So I'm usually getting one from the day shift, one from the night shift every day.

Q. And you'll review this every day and see if there's any incidents that need your review or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

follow-up, correct?

A.   Correct.

Q.   And at that point, are you identifying what you would categorize as a critical incident or a major incident?

A.   Yes, but usually the shift supervisor has already taken care of that because they have to report those incidents to the op center.

Q.   Okay.  So the shift supervisor is ultimately deciding whether something is a critical incident?

A.   I mean, at the time of his shift, yes.  Yeah. I -- that's fair to say.

Q.   Do you have any role in identifying what is a critical incident?

A.   No, because they would already have that reported by the time I got the report.

Q.   And as the deputy warden getting notification of all incidents, you'd be notified every time there was a fire, right?

A.   Not every time there was a fire because, I mean, there's a lot of fires that the offenders sent -- set that are, like, nuisance fires, and they wouldn't report that.  It -- so those, no, but if it was a serious fire, then, yes, then I would get incident report on those.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.   Okay.  So fair to say your testimony is that if there's a small fire that a prisoner set, that doesn't have to be put in an incident report?

A.   Not necessarily because the offenders -- I mean, if somebody is mad that, I don't know, they didn't get a tray or something that day, so they light their toilet paper on fire and throw it out on the range, by the time the officer gets there, it's out. They not -- they wouldn't necessarily file an incident report on that.  They may file a conduct report on it for the offender for starting a fire, but that would be all.

Q.   But if the staff has to take any steps to put out a fire, that's got to go in an incident report, right?

A.   Yeah.  Then they would put out an -- an incident report on that.

Q.   And any time a fire is started from another source, that would need to be put in an incident report, correct?

A.   Correct.

Q.   And sounds like fires happen fairly frequently at Indiana State Prison, correct?

A.   I -- I guess it -- I guess it would be determined by what -- like I said, there's, like, nuisance fires, like, fires that people start.  And then

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit J

there's also -- there's fires that occur.  I guess, for an example, like, a laundry cart might've been left out and, you know, the -- the laundry was hot, it smoldered, and started a fire.  Nobody intentionally started that.  It was -- but then there's fires where offenders or somebody starts a fire.  That -- that would be -- there's kind of two different things.  So I would say fires don't occur a lot at the facility just on their own.  Usually, somebody starts a fire in order for it to, you know -- those fires where the people intentionally start them happen more often than fires that just naturally happen.

Q.   Okay.  Thank you for clarifying that.
So fires that are intentionally started, those can still be a real safety threat, right?

A.   Oh, absolutely.

Q.   They can turn into a -- quickly turn into something that's out of control and put staff and inmates at risk, right?

A.   Correct.

Q.   So those need to be taken seriously as well, right?

A.   Yes.

Q.   Okay.  And how often do those inmate-started fires occur?  Are they several times a week?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



Exhibit J

A.   I mean --

Q.   Once a week?

A.   Yeah.  At least once a week that we're aware of.  I mean, they could start fires in their cell to heat up food or heat up water that we're not even aware of, so -- or to light a cigarette or some illegal substance that they're smoking.

Q.   Okay.  And then what are the ways that other fires start?

A.   Like I said, the only one --

Q.   Can you give --

A.   The only one that I can give you, that I can recall that happened in recent memory, would be I think we had a laundry cart that started on fire and smoldered in -- I believe it was one of the dorms.  And I think we also had it happen in one of the cell houses.  But maybe once a year, something like that would happen.

Q.   Okay.  There's also been hot pots started -- the hot pots that have caught fire, correct?

A.   Yeah.  There's also been hot pot -- hot pots that have caught fire.  Yes.

Q.   Okay.  That's happened multiple times, correct?

A.   Correct.

Q.   How often would you say that happens?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    Maybe one a month if I had to put a number on it.

Q.    And sometimes there's electrical problems that start fires, correct?

A.    I guess it -- I guess it depends how you define electrical problems.  So, normally, those hot pots start on fire because the offenders alter the hot pots and take out the thermostat out of them, which results in them getting hotter than what they're supposed to be.  And then that usually melts them. And electrical fires that usually happen at the facility are usually outlet fires that are usually caused because somebody has jammed something in the outlet, like pencil lead, or wires, or something in there to do multiple different things.  They do it to get a light for, like, a cigarette.  They make homemade power strips out of pop cans and cardboard, and stick the wires in the -- the outlets to try to get multiple outlets for their cells. I mean, so I -- I can't recall a fire that started electrically without somebody else being involved in helping that outlet, you know, start on fire.

Q.    Okay.  So if I understand your testimony correctly, electrical fires happen.  It's usually because something has been altered or messed with, but they happen, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

A.   Correct.

Q.   Okay.  And how often do those happen?

A.   I would say they're like a hot pot, maybe one every couple weeks.

Q.   Okay.  And to be clear, those aren't necessarily intentionally set, right?  Those could just -- a fire could start because something's been altered, but no one's trying to set a fire, correct?

A.   I mean, that's a possibility.  Correct.

Q.   It's different than what we were talking about earlier when you were talking about offenders setting nuisance fires, correct?

A.   Correct.

Q.   Okay.  So whether or not -- or strike that.  So there are cases that you know of that happen every few weeks where outlets are sparking or small fires start from -- oh, strike that.  Let me ask -- strike that.  I'll move on.  Is anyone responsible for inspecting outlets and electrical outputs in the cells to make sure that they haven't been altered or messed with?

A.   So all staff should be doing that, one, when they do their cell inspections, but staff are also taught to look for that stuff when they're conducting their rounds on a daily basis.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.   Okay.

A.   I mean --

Q.   And all staff, fair to say, based on the frequency of outlet problems, know that there are outlet issues, that they should be looking out for this, and that fires can result if they're not inspecting the outlets, correct?

A.   I would say that's correct.

Q.   Okay.  Because this is a common-enough thing at Indiana State Prison that outlets are having issues, whether -- from whatever source, correct?

A.   As -- I mean, I -- again, it's -- it's -- it's some -- I've never seen an outlet have an issue if the outlet wasn't already, you know what I mean, tampered with or something.  So they're not really looking at an outlet if the outlet is normal for it to start on fire.  They're looking more at the outlet to make sure there's nothing jammed in it, like there's no wires, or pencil leads, or homemade extension cords, or they haven't altered their cords for, like, their TVs, or their hot pots, or their tablets to, you know, do things like -- that's kind of what they're looking for, not necessarily just at the outlet, I guess.

Q.   Okay.  And in prison, individuals have two plugs in their cell, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

A.    Correct.

Q.    Okay.  So they are making homemade extension cords so that they can plug in additional things, right?

A.    Yes.

Q.    Because what types of things do they have to plug in?  They have TVs, fans, hot pots, lights.  Anything else?

A.    I mean, some have illegal cell phones that they're plugging in.  They have tablets, so they -- they charge their tablets.

Q.    Are tablets permitted?

A.    Yeah.  Tablets are provided.

Q.    Okay.  And how common is it for inmates to use homemade extension cords?

A.    It's -- I would say it's pretty common.  Like, I -- it's common enough that I feel that if I went to a cell house right now today, I could probably walk through that cell house and -- and find at least -- at least five to ten of them in a cell house.  And that cell house would probably hold around 200 people.

Q.    And staff know that they're supposed to be confiscating these, correct?

A.    Absolutely, yes.

Q.    Okay.  And they are visible when you go around doing your rounds if they're plugged into the walls,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit J

correct?

A.    Sometimes they are.  Sometimes it -- they're kind of difficult to -- to find.  They may have a long cord and have the -- the homemade power strip at the end of a long cord, so it's, like, hidden behind something where you can't see it, so you just see a cord coming out of the outlet and the cord looks normal.

Q.    Okay.

A.    So some, you have to really look or you might have to go in the cell to find out.  But I guess that's experience because you kind of know what the cords look like from the hot pots, or the TVs, or the stuff that they're allowed to have.  And if you see a cord that may be a little different than that, that should tell you you need to go in and check that one out because it might be altered.

Q.    Okay.  And fair to say all staff would know that these are dangerous, right?

A.    Yes.

Q.    All staff know they can start fires, right?

A.    Yes.

Q.    Are legitimate extension cords or, you know, additional plug adapters available to inmates?

A.    At one time, they sold them power strips, but that had stopped, like, many, many years ago.  So there

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

are -- there may be still a few offenders that may still have a power strip that was legally sold through our commissary, but those aren't -- those are very few, I would say.

Q.    Is there a reason that power strips aren't made available?

A.    Just I -- I would say it's because the power, I guess.  If -- if everybody had a power strip, I don't think the facility would be able to supply that much power to all those power strips if they were all fully plugged in.

Q.    And what is that based on?

A.    I -- I wouldn't know other than I know that we tried to -- or the offenders had asked at one point during my time here that they wanted to purchase those again or be allowed to.  The physical plant director, who was Art -- Art Kaufman at the time, said that there's no way that the -- the load -- that the facility would be able to keep up with that load if all the offenders had a power strip in their cell and had them all plugged into something.  I don't know how he figured that out.  I mean, he's the physical plant director, so he knows more about electricity and that type of stuff than I do.

Q.    Okay.  Throughout your career at Indiana State

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

Prison, have you worked both the day and the night shift?

A.    Yes.

Q.    But as the deputy warden, you only work days, correct?

A.    Correct.

Q.    What is your schedule generally as the deputy warden?

A.    Well, my -- my actual hours are 6:00 a.m. to 2:00 p.m., but that can change.  I mean, I could be here before shift, after shift, at night.  It -- it just depends on what's happening.

Q.    Okay.  And what is your general routine on a -- you know, a given normal day?

A.    So in the morning, I come in, check my e-mails, look at all the incidents and the shift report from the previous shift.  At 8:00 every morning, we have the IRC meeting, which is the incident review committee meeting.  So we take a lot of those incidents that happened on the shifts prior to that meeting, we read the incident reports, and discuss what happened, kind of like -- almost, like, a -- a debriefing.  If there's anybody that has any issues, if there was something more that needs to be said, if there's something we could have done differently.  So those are often discussed in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

the IRC meetings in the morning. Then in the afternoon, I mean, there's rounds to be made in the facility. There's policies to review.  I mean, e-mails to answer, meetings to attend.  So I mean, that's kind of, like, a typical day.

Q.   So the IRC meetings, those happen daily?

A.   Monday through Friday, yes.

Q.   And who participates in those?

A.   Myself, the other deputy warden, the -- the major, the unit managers, lieutenants, the captains who are on shift that day, sometimes sergeants, sometimes officers.  It just depends.  Anybody is welcome to come to that meeting in the morning.

Q.   Okay.  So that's open to any staff?

A.   Yeah.  It's an open meeting.

Q.   And how long do those generally last?

A.   Probably, I would say, 15, 20 minutes.

Q.   Any other regular meetings that you have?

A.   Daily, no.  But I mean, I do attend other meetings, like PREA meetings because I'm the PREA coordinator, department head meetings, I -- training meetings that I attend, but those aren't always daily.

Q.   Do you have any regular meetings with the warden about operations and custody issues besides the IRC meeting?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

A.    No.  Nothing that's, like, officially scheduled.

Q.    If there are changes in policy or additional instructions that's given out to staff, do you handle that directly, or how is that given?

A.    Normally, the policy coordinator would put that out in the e-mail to all staff.  Everybody gets the changes to policy, and it goes out in, like, a mass e-mail to everybody at the facility.

MS. PIERCE:  All right.  We've been going for about an hour and a half.  Let's take a quick break.

THE REPORTER:  All right.  We are off the record.  It is 11:30 p.m.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Jason Nowatzke being conducted by Zoom.  My name is Olivia Sis.  Today is June 25th, 2025, and the current time is 11:44 a.m. Central. Counsel, you may proceed.

BY MS. PIERCE:

Q.    Thank you.  Okay.  I'm going to share with you what I'll mark as Exhibit 1.  All right.  And for the record, this is State 021328 to State 021330.  And at the top it says, "Interdepartmental Memorandum." Can you see this okay, Mr. Nowatzke?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

(Exhibit 1 was marked for identification.)

A.   Yes.

BY MS. PIERCE:

Q.   Okay.  And have you seen this type of document before?

A.   Yes.

Q.   And tell me what this is?

A.   A daily shift report.

Q.   Okay.  So this is what we discussed earlier, that you would get at the end of every shift identifying the incidents that happened during that shift, correct?

A.   Correct.

Q.   Okay.  And this is one that was sent to you by Captain McCann and Lieutenant Jones on January 14th, 2023, correct?

A.   Correct.

Q.   Okay.  And in addition to this, what else would you -- would you get the incident reports attached to this document?

A.   Yes.  They're -- they're required to send me this document along with the actual incident reports attached to that.

Q.   Okay.  And this here, if we scroll down to the bottom of Page 1 at 10:58, it has an incident in red; is that right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    That's correct.

Q.    And why are some incidents in red?

A.    They just put them on there to highlight that a -- a significant event had took place on their shift.

Q.    Okay.  And this here, at 10:58, refers to the fire that occurred in A-Cell House and that killed Michael Smith, correct?

A.    Correct.

Q.    Okay.  So after you got this shift report, what would you do with this information?

A.    So that information would be then taken to our 8:00 a.m. IRC meeting, and we would've read the report of the incident at that meeting and -- and had a discussion about it.

Q.    Okay.

A.    And it wouldn't -- but I don't think it would've been necessarily on that day because I think that day was a weekend day, so it would've been that following Monday.

Q.    Okay.

A.    Or the next time we came back to work.

Q.    All right.  I am going to stop sharing Exhibit 1.  All right.  I will share what I'm marking as an Exhibit 2.  And this is State 026231 to 026233.  All right.  And this is a document that says, "Indiana

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

State Prison Department Head Meeting January 18th, 2023."  Is that right?

(Exhibit 2 was marked for identification.)

A.    That's correct.

BY MS. PIERCE:

Q.    Okay.  And is this a -- basically minutes or a summary from an IRC meeting on January 18th, 2023?

A.    No, that's -- these are minutes, it looks like, from a department head meeting that occurred on the 18th.

Q.    Okay.  And what's the difference between a department head meeting and an IRC meeting?

A.    An IRC meeting is, like I said, an incident review committee meeting where we review incidents that happened on the previous shifts.  A department head meeting is the warden holds department head meetings with all the department heads in the facility, usually on a monthly basis, to discuss any -- anything that he would like to discuss with staff or any changes or -- or just updates.

Q.    Okay.  And are those ever -- they're -- you said they're held usually once a month.  Are they ever held like additional meetings when one is needed?

A.    For a department head meeting?

Q.    Yeah.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.   Yes.  He can call a department head meeting whenever he wants to call a department head meeting. He's the warden, so --

Q.   Okay.  And how long do the department head meetings usually last?

A.   Usually an hour.

Q.   And this one says that you were present, correct?

A.   Correct.

Q.   And who -- does someone usually take notes at these meetings?

A.   Yeah, usually the warden's administrative assistant.

Q.   Okay.  So the warden's administrative assistant, they would've written these -- this summary that I have here?

A.   Yes.

Q.   Okay.  And would this be sent around after the meeting?

A.   Possibly.  I don't always get the minutes from the meeting.  I -- I believe he, the warden, usually forwards those minutes to his supervisor.

Q.   Okay.  And so this meeting was held four days after the fire that killed Michael Smith, correct?

A.   I believe so, yes.  That's correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

Q.   All right.  And I want to go down.  So it looks like Warden Neal spoke first, correct?

A.   Correct.

Q.   Okay.  And then it appears that you spoke next?

A.   Correct.

Q.   Okay.  And the first thing you say is that staff and offender morale are upbeat and positive for the most part; is that right?

A.   That's correct.

Q.   And how did you determine that?

A.   Just by, I guess, talking to offenders, talking to staff.  Just being out and about with them to see how things are going.  I guess once you're in the department for any length of time, you kind of get a feel for how things are going, just by observing how people are behaving.

Q.   And is staff and offender morale something you would generally comment at these meetings?

A.   Back then?  At that time?  Yeah.  It was a -- a big thing that we had to report out on during our department head meetings as well as when we had those bi-weekly meetings.

Q.   And why is that?

A.   That was something that the commissioner at

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

the time wanted to keep in touch with on how staff and the offender population were both doing at the facilities.

Q.   And is that still something you pay attention to?

A.   I pay attention to it, but it's -- I don't think it's always reported as much as it was back then.

Q.   And what's the reason for that change?

A.   I -- I don't know.  I'm not aware.

Q.   And did you talk to staff in the A -- or excuse me, inmates in A-Cell House when you -- before you made this statement?

A.   Probably not.

Q.   But you reported that inmates were in generally good morale four days after they listened to one of their fellow inmates burned to death in his cell. Isn't that right?

A.   Well, that's right, but I -- I don't know if they all knew that at that time.

Q.   Did you do any assessment to see how the other incarcerated individuals were feeling relating to the death of Michael Smith?

A.   No.  No other assessments.

Q.   Did you make any efforts to speak with them to determine how they were doing after Michael Smith was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

killed?

A.    To speak with who in -- in particular?

Q.    The incarcerated in individuals in A-Cell House.

A.    No.

Q.    I want to go down here to the top of the second page.  There's one line that says, "Death of Incarcerated Individual 1/14 Smith, Michael."  I see that correctly?

A.    Correct.

Q.    There's no additional information here about that incident, correct?

A.    Correct.

Q.    Okay.  So is that fair to say that no additional information was discussed about that incident?

A.    Correct.

Q.    Okay.  And these meetings happened once a month, right?

A.    Yes.

Q.    Okay.  So at this meeting four days after Michael Smith was killed, there was really no discussion of Michael Smith or the fire that killed him?

A.    Nothing other than that he died in a fire in A-Cell House on that day.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.   Okay.   And there was no discussion of what happened, the staff response, what went wrong or right?

A.   No, not at that point.

Q.   No discussion of how this was impacting incarcerated individuals or staff at the facility?

A.   There may have been.  That wasn't documented. As far as maybe because -- maybe a staff needed to speak to CISM or if they were going to activate CISM, that may have been discussed, but I didn't discuss it, no.

Q.   Okay.   And whoever takes notes at these meetings generally takes notes of the topics that are discussed, right?

A.   Correct.

Q.   Okay.   So if something was discussed, you would expect it to be at least generally referred to in here, correct?

A.   Correct.

Q.   Okay.   I just want to scroll down to the bottom of the rest of Page 2 and Page 3.  I don't see any other reference to the fire.  Do you?

A.   No.

Q.   Okay.   And at this meeting, do you recall any other discussion of the fire that killed Michael Smith?

A.   No.

Q.   Are there generally meeting minutes for the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

IRC meetings?

A.   I'm not sure if there would've been at that time.  We do keep minutes now for the meeting.

Q.   **What was the purpose of the department head meetings?**

A.   For the warden to inform staff of any changes or just for a chance for everyone to get together to report out on what was going on in their area that they're in charge of so that the warden could be aware, but mainly for the warden to give information to staff from meetings and things that he's had out of his office from his supervisors to the department head staff.

Q.   **Okay.  And major incidents would also be discussed, right?**

A.   Yes.

Q.   **And there would be some assessment or discussion of what happened during these major incidents, right?**

A.   Not -- not other than the -- the incident that happened.  So kind of like what was in that already. That there was a fire and he had died in the fire. But not detailed conversation about why it happened, what could we have done different, stuff like that. It would just be reporting out what was happening at the facility, but not necessarily a discussion on how we

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

were going to fix it or how we were going to correct any issues or things like that.

Q.    Would the warden be involved in any discussions about how to fix or correct issues related to major incidents that occurred?

A.    I don't know if he was.

Q.    You weren't involved in any, correct?

A.    I weren't involved in any with -- that I can recall -- with the warden.

Q.    Okay.  And then Warden didn't participate in the critical incident debriefings?

A.    No, he was not present at the -- at the debriefing.

Q.    Okay.  And you did not have discussions with him about the critical incident debriefings, correct?

A.    I'm sure I had discussions with him after we conducted the critical incident debriefing, but I couldn't tell you exactly when.

Q.    And those discussions were more or less just to let him know what had happened, correct?

A.    Right.  How the debriefing went, what happened, and what we had come up with.

Q.    Okay.  So he wasn't involved, as far as you know, in any conversations to assess these incidents and decide what should be done differently, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.   Not that I'm aware of.

Q.   All right.  I want to switch over to the topics that you've been designated to speak on as a 30(b)(6) representative for the IDOC.  And you know what I'm referring to, correct?

A.   Correct.

Q.   And so you understand that you've been designated to provide testimony on behalf of IDOC on two topics, and we'll go over those in a sec -- in a second, but you understand that, correct?

A.   Yes.

Q.   Okay.  And you're prepared and ready to do that?

A.   Yes.

Q.   And the first topic is -- it's Topic 8 on the notice.  It is IDOC's policies, practices, customs, rules, regulations, and/or systems in effect at Indiana State Prison from January 2017 through the present relating to reviewing or auditing fire safety policies, systems, infrastructure, plans, or programs, including the number and substance of reviews or audits, including any conclusions reached or corrective action plans imposed as a result.  Did I read that correctly?

A.   Yes.

Q.   Okay.  And you're prepared to testify on this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

topic?

A.   Yes.

Q.   And beyond the documents that we discussed earlier, have you reviewed any documents or did anything else to prepare on this topic?

A.   No.

Q.   What are the sources of written policies relating to fire safety in response at Indiana State Prison?

A.   So policy 0002201, which is compliance with federal and state fire, health, and safety regulations.

Q.   Okay.  Anything else?

A.   You also have the facility directive, ISP 00-9, which is fire prevention, regulation, and practices.

Q.   Okay.  Anything else?

A.   It would probably be also the Emergency Response Operations policy 0203102.

Q.   Okay.  And of these documents that we just mentioned, are these available to staff to review?

A.   Yes.

Q.   And where are they available for staff?

A.   Online, on the shared files that all the staff at the facility can access.  It's also available in the warden's office and as policy manual as well as in the



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

policy coordinator's office.

Q.   Okay.  Who is responsible for drafting and reviewing these various policies?  Let's start with the funds.  The -- sorry.  Is it echoing for anyone else?

THE REPORTER:  Yeah.  If you could repeat that, Megan, it was cutting out towards the end.

BY MS. PIERCE:

Q.   Yeah.  Okay.  So I want to -- let's start with the administrative policies.  Who is responsible for creating and reviewing those?

A.   So central office staff would be responsible for creating those.  We at the facility also review those policies, but those are -- that would come from Rhonda Brennan, who is our policy coordinator.  And she would send that to specific staff, depending on the policy, to have them review it on a monthly basis.

Q.   Okay.  So Rhonda Brennan, is she at IDOC or is she specific for Indiana State Prison?

A.   She's here at the Indiana State Prison.

Q.   Okay.  And how would she determine who should review what policy?

A.   Usually -- I don't know how she does it, but usually if it's a -- a department head who's over a specific section, she would assign those to those people to review.  So I guess, for an example, if it was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

something to do with maintenance staff, then those policies would be assigned by my -- to myself or to Mr. Kaufman to review.

Q. And who would be responsible for reviewing fire safety policies?

A. Definitely the safety hazmat manager would do those.

Q. Okay. And what would be the purpose of reviewing those?

A. Just to see if there was any changes that need to be made or anything that was wrong with the policy or something that had -- basically had changed that we no longer do or maybe we don't have a certain building that's listed in the policy or something like that. So it's basically review just to make sure there was no changes.

Q. Okay. You-all at ISP, do you have the authority and ability to actually amend or change those policies?

A. We can -- if it's a -- a policy that we got from Central Office, then no, but we can -- we can always make suggestions to those policies. So if there was an issue and I found something was changed, I send that to Rhonda Brennan and Rhonda Brennan then sends it down to Central Office saying that we had found this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

error in the policy or we want to make these changes and then it would be addressed down there.

Q.   And do you recall ever suggesting or identifying -- suggesting changes or identifying problems for IDOC Central?

A.   I don't recall ever finding any recently that I can remember, so --

Q.   And how often did you say those would be reviewed?

A.   So I -- I believe she does all of them yearly, but every month she puts out a list of policies to be reviewed.

Q.   Okay.  And with those monthly ones, is that when there are specific changes made to the policies?

A.   No.  I think she has a schedule that she just assigns them so that they're done at least annually.

Q.   I see.  Okay.  So they're sort of staggered reviews.  Certain policies will be reviewed one month, other policies the next month, but they'll all be done on an annual basis, correct?

A.   Correct.

Q.   And is the warden responsible for overview -- for reviewing any specific policies?

A.   I'm not sure.  I'm looking at the list for last month and I don't see his name on it, but that's

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

not to say that he doesn't have any.  I -- I don't -- I'm not aware of.

Q.    Anything else that you are looking for besides issues or problems that need to be corrected in the policies?

A.    No, I think that's basically it.

Q.    And then for the facility directive.  When is that reviewed?

A.    So those are also on -- on a monthly schedule that she puts out and she tries to do all those again, like I said, annually.

Q.    Okay.  And who's responsible for actually drafting or amending the facility directive?

A.    That would be the policy coordinator, Rhonda Brennan.

Q.    Okay.  And how does she know what amendments or changes to be made?

A.    It -- due to her putting those out to staff to review.  If staff finds something that needs to be changed or added, then they send her their changes or their recommendations, and then she goes ahead and adds those or changes those and then sends those to the warden for approval.

Q.    Okay.  So the warden is ultimately responsible for approving any changes to facility directives?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    Yes.  He -- he'll have to sign off on the -- on the directive after it's approved.

Q.    **Who is responsible for reviewing the emergency manual?**

A.    The -- or the warden, myself, and the major all review the emergency manual.  The major's actually responsible to update the emergency manual when he gets the information from ERO staff about changes or updates that they made.  That usually occurs on a yearly basis.

Q.    **And can you-all edit or amend the emergency manual?**

A.    No.  Like I said, the major can add.  I guess he can edit or add what ERO had adjusted in their emergency manual for our facility emergency manual. But if there was something that they didn't specifically put out for us to change, then we would have to request to change something through them.

Q.    **Do you remember being ever involved in any requests to change any parts of the emergency manual?**

A.    I don't recall being involved in any, no.

Q.    **I am going to -- sorry.  I want to go back to the facility directives.  So the person ultimately responsible for the facility directives is the warden, correct?**

A.    Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    Okay.  And then certain people, depending on the topic, will have responsibility for editing or amending the facility directives, correct?

A.    Correct.

Q.    Okay.  All right.  I am going to share what I'll mark as Exhibit 3.  And for the record, this is State 009143 to 9148.  And this is the ISP facility directive 009, correct?

(Exhibit 3 was marked for identification.)

A.    Correct.

BY MS. PIERCE:

Q.    Okay.  And this would've been in place -- is this the one that you reviewed in preparation for your deposition today?

A.    Correct.

Q.    Okay.  And this is -- would've been in place in 2023, correct?

A.    Yes.

Q.    All right.  And who would be responsible for reviewing and making amendments to this policy?

A.    Rhonda Brennan would -- is -- all -- would be the -- she's the policy coordinator, but whoever she sent that to at -- at that time to review it.  But I don't -- I don't have that information.

Q.    Okay.  You -- based on your preparation and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

review today, you can't say who would've been responsible at the facility for amending this policy?

A.    Other than Rhonda Brennan, no.

Q.    Okay.  And who would've ultimately -- well, strike that.  Fair to say that ultimately the warden would've overseen and been responsible for making sure that any amendments were actually implemented, correct?

A.    Correct.

Q.    And the warden would've reviewed and signed off on any amendments to this policy?

A.    Correct.

Q.    And if it was determined that no amendments needed to be made, the warden would've been told about that as well, correct?

A.    Correct.

Q.    Okay.  And based on your knowledge and experience, would it be fair to assume that the safety hazmat manager would be involved in the review of this policy?

A.    Yes.

Q.    Okay.  How many facility directives are there at Indiana State Prison?

A.    I'm not sure on the exact number.

Q.    There's a lot though, right?

A.    Oh, yes.  There's a lot.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    And you don't know offhand the content of all of the facility directives, right?

A.    That's fair to say.  Yes.

Q.    Okay.  Have you ever seen a, you know, a physical compilation of all the facility directives?

A.    Yes.

Q.    Is it big?  It's several inches thick?

A.    Yeah.

Q.    Okay.  Are copies of these given to all staff?

A.    They would be sent to staff if there was changes made to them or adjustments, then, yes, they would be e-mailed out to all staff, just like the policies.

Q.    Okay.  But staff don't generally just get a full set of these facility directives, right?

A.    Correct.

Q.    Are these available in the officer stations or in the cell houses for reference?

A.    No.

Q.    Are these -- you said there's a copy in the warden's office?

A.    Yes.  There'd be a copy in the warden's office.

Q.    Is there anywhere else where there would be a copy of this accessible?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A. The policy coordinator's office and the shift supervisor's office has those that aren't confidential.

Q. Okay. So some of these are confidential; is that right?

A. Correct.

Q. Is this one confidential?

A. No.

Q. Is there any requirement that staff read and sign off on these policies?

A. No.

Q. Do you know if staff are shown copies of these policies during any annual training?

A. Not that I'm aware of, no.

Q. So there's no point that you know of where staff are required to review these policies, correct?

A. I mean, staff are just required to know the policies and they know where they're at to review them, but there's no, like, documentation saying that they have to do it at a specific time.

Q. Okay. And there's no instruction given to staff saying to go read all the facility directives, right?

A. No, I've never gave an instruction like that.

Q. Okay. So fair to say that the information that staff know is information that they're given during

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

trainings and things like that, but they're never told to go read the facility directives, right?

A. I mean, there's situations where they might be told to do it, but not -- not in general overall.

Q. Okay. Besides this facility directive 009, do you know of any facility directives or policies specifically related to fire prevention and safety?

A. Do I know of any additional ones?

Q. Yes.

A. Other than the emergency plans, no.

Q. All right. And then I want to look at -- I am going to look down at the procedures. A1. So the first one is, "All staff should recognize potential fire hazards such as altered or overloaded electrical outlets, the improper storage of personal property, expended fire extinguishers, and improper trash storage." Did I read that correctly?

A. Yes.

Q. Okay. So it's well known and well understood at the facility that altered or overloaded electrical outlets are a significant fire hazard, correct?

A. Correct.

Q. And staff are required to look out at all times for issues related to the outlets, correct?

A. Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.   Section 2, "Regular checking of fire control equipment," who is responsible for checking fire control equipment?

A.   The safety hazmat manager.

Q.   Okay.  Anyone else who's responsible for checking that?

A.   She's the only one that signs off on that, and she may use, but I'm not 100 percent sure, sometimes the firefighters do check fire extinguishers.

Q.   Okay.  But someone would have to oversee the firefighters checking the fire extinguishers, right?

A.   And that would be the safety hazmat manager.

Q.   Okay.  And then reporting potential fire hazards to the fire chief, are potential fire hazards supposed to be reported to anyone else?

A.   The safety hazmat manager should get that report.  I -- I would also imagine that if there was a potential fire hazard that the warden, myself, the other deputy warden, and the major would also get that information.

Q.   Okay.  And that would include altered outlets and things like that, correct?

A.   Correct.

Q.   So you, the custody supervisor, and the warden, and the safety hazmat manager would all be

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

advised of any outlet problems, correct?

A.    Not necessarily.

Q.    **Well, when would you be informed about those?**

A.    I'm thinking more along the lines of if there was something major wrong with the cell.  Like, let's say the outlet was hanging out by wires, the light was tore off the wall, that's obviously a -- a fire hazard, and that's something that I would be notified about. But it -- but just an outlet that -- itself, I don't think I would be notified about it or just an outlet that may have been damaged or altered, I don't necessarily think I would be notified by all of them or I know I haven't been notified by -- about all of them.

Q.    **If an outlet was sparking or caught fire, would you be notified?**

A.    I would say if it was a fire and it was put in an incident report, yes.  If it was sparking, I -- I don't think I would always be notified because somebody may be -- I mean, somebody could have altered it to cause it to spark or it might have been sparking unintentionally.  I -- I'm not aware of that.  So I don't --

Q.    **Is this something that you're -- you should be notified of?**

A.    If an outlet is sparking or --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

Q.    Yeah.

A.    If it's -- if it's sparking on its own, because it's been altered and it's a hazard, then I would say yes, I probably should be notified about that so we can get it repaired or fixed.

Q.    Okay.

A.    But I -- I don't -- I don't think I always would be notified because they could just simply call maintenance or do a work order and have it replaced right away, and then I would -- I wouldn't have to be notified.

Q.    **Sparking out which is a serious safety hazard, right?**

A.    I would say yes.

Q.    **So it's important for somebody at the supervisory level to be understanding how often this is happening, right?**

A.    I would agree.

Q.    **So who is responsible for being informed every time that there is a sparking outlet?**

A.    I -- I guess it would -- we'd have to define what a sparking outlet is.  So I -- I have never seen an outlet at the facility spark without somebody intentionally causing it to spark, I guess, is what I'm trying to say.  Like I've never had a report or never

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

seen an officer walk by a cell and say, hey, that outlet's just sitting there sparking, unless there was an inmate actually sparking the outlet to try to light something.

Q.   Okay.  Is somebody tracking how often outlets are altered or creating a -- otherwise creating a safety hazard?

A.   I don't -- I don't believe so.  Other than a work order for them to replace outlets, I don't believe there's any list of -- like that.

Q.   I'm going to go down to Section B.  So it says that, "Each department head or designee will conduct weekly fire, safety, and sanitation inspections in their assigned areas."  Are these part of the same weekly inspection reports that we discussed earlier?

A.   Yes.

Q.   Okay.  And then there's additional -- Paragraph 3 talks about monthly inspections.  Those are the same monthly inspections that we talked about earlier?

A.   Yes.

Q.   Okay.  And those are essentially the same as the weekly inspections, correct?

A.   I think it's a -- it's a different form that they use, but they're essentially the same.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

Q.   And are you a department head?

A.   Yes.

Q.   Okay.  So what areas are you responsible for making sure these weekly and monthly inspections are done?

A.   So I would be -- I guess I would be responsible for the maintenance area, the training area, but I also have department heads in those areas, so they take care of that.  So I guess I -- I guess I'm not a department head.  I'm more of an administration and then I have department heads below me.

Q.   Okay.  So I want to go down to Section 3.  Paragraph 1 says, "All employees will familiarize themselves with the institution fire plan and the procedures to be followed."  What is the institution fire plan?

A.   It's in the emergency manual, also in the post orders.

Q.   And where is it in the post orders?

A.   It's in the general section of the post orders, which it -- which the general section is included in all the post orders.

Q.   Okay.  We'll turn to the post orders in a second.  But -- so the fire plan, the place where it is readily accessible to staff is in the general post

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

orders.  Is that fair to say?

A.  Yes.

Q.  Okay.  And unlike these facility directives, the general post orders, or at least some of them, are available in the cell houses, correct?

A.  Correct.

Q.  Okay.  So the place where you would expect staff to familiarize themselves with the fire plan is in the post orders, correct?

A.  Correct.

Q.  And Paragraphs 2 through 5 refer to the fire chief.  Is that the inmate fire chief?

A.  I would say that's the safety hazmat manager would be considered the fire chief in this directive.

Q.  Okay.  Do you have any responsibility in the inmate firefighter program or overseeing the inmate firefighter program?

A.  I don't -- no, I don't oversee the offender firefighters, no.

Q.  And who's responsible for that?

A.  The safety hazmat manager.

Q.  And then here, Section D, the "Fire Protection Equipment and Testing," talks about, "The fire chief with the assistance and direction of the safety hazard manager."  So given this, do you think the fire chief is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

the safety hazard manager, or do you think that refers to the inmate fire chief?

A.    That -- in this portion, it would probably refer to the offender fire chief.

Q.    So I want to go down to Paragraph 3, "Automatic fire suppression systems shall be inspected monthly by the fire chief."  What are the automatic fire suppression systems at Indiana State Prison?

A.    The sprinkler systems, but there's only a few areas that have those sprinkler systems in them.

Q.    Okay.  There's no sprinkler systems in the housing units, correct?

A.    No, not inside the wall, no.

Q.    Do you know if there's been any discussion about putting sprinkler systems inside the housing units?

A.    Not that I'm aware of, no.

Q.    Aside from the sprinkler systems, what other fire alert infrastructure and fire suppression infrastructure is present at Indiana State Prison?

A.    They have fire alarms with smoke detection equipment.  There's also -- I can't think of the exact name, but it is smoke evacuator system.  So once the alarm goes off, the system opens up the ventilation to evacuate the smoke.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

Q.    Who is responsible for inspecting the fire alarms and determining whether there are sufficiently placed fire alarms in the facility?

A.    So that would be the safety hazmat manager. But those are usually heard -- the inspections of those are usually done by outside contractors.

Q.    Okay.  But the safety hazard manager would be involved in assessing the fire alarm system and determining whether additional fire alarms were needed, correct?

A.    Yes.  She'd be responsible to have them come in and inspect, yes.

Q.    Okay.  And also doing an assessment of whether additional fire -- smoke detectors or fire alarms were needed, correct?

A.    Correct.

Q.    There are fire extinguishers in every cell house, correct?

A.    Yes.

Q.    Where are the fire extinguishers kept in the cell house?

A.    There's some in the officer stations and then on each range, at the end of each range.

Q.    And have they always been on each range in the cell houses?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

A.    Not always, no.

Q.    And when was that change made?

A.    Probably in -- sometime in 2017.

Q.    Are you guessing or are you confident when that?

A.    Guessing.  It would -- it -- it would have been -- so back in 2017 after the Devine fire, they were added to the outside of the cell houses.  Prior to that, they were in the midways, which is at the end of the range.  But those were -- you had to have a key to access those and then they were moved outside the range.  So now they're accessible to anyone, but I don't know the exact date when that was done.

Q.    Okay.  So sometime after the Devine fire happened, the fire extinguishers were moved; is that right?

A.    Correct.

Q.    Did that happen after the Michael Smith fire or are you --

A.    No, that -- that happened after the -- after the Devine fire.

Q.    And so where were they prior to the Devine fire?  They were in the mid-range, which is --

A.    Right.

Q.    -- where stairs are, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



**Exhibit J**

A.    Right.  Behind -- yeah.

Q.    Okay.  And they were locked?  That's --

A.    I believe -- it's been a while, but I believe so.  They were -- they were locked, secured behind there, so you couldn't get them.

Q.    Okay.  And now where were they added to after the Devine fire?

A.    To the outside of the range so that anyone can access them.  There's actually a roll bar at the front of all the ranges that's used to secure all the cells.  It's actually attached to that roll bar.

Q.    Okay.  And how many fire extinguishers are on the -- in that area?

A.    Currently, there's two.  So on a range, there's two sides to the cell house.  There's one on each side, so that'd be two.

Q.    Okay.  And what types of fire extinguishers are there?

A.    There's water extinguishers and then chemical extinguishers.

Q.    And when do you use each type of fire extinguisher?

A.    Water -- water is typically used for, like, wood and paper.  Chemical fire extinguishers are used -- could be used for, like, electrical or grease type

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

fires, or they could also be used on paper and wood as well.

Q.    And who is -- what -- strike that.  Would it be fair to say that it's the safety hazard manager who's responsible for assessing the locations of the fire extinguishers and determining if there's an adequate placement and number of fire extinguishers in a cell house?

A.    Yes.

Q.    Okay.  And the safety hazard manager is responsible for making sure that staff are adequately trained on how to use the fire extinguishers?

A.    It would -- that would fall under the training department and the training coordinator to make sure staff are adequately trained -- adequately trained. That goes back to new staff and veteran staff with the CBTs about how to use a fire extinguisher, classifier extinguishers, or classifiers and stuff like that.

Q.    And would the safety hazard manager have any responsibility for that as well?

A.    I mean, she would have input in it, but mainly the training department would teach that.

Q.    Okay.  And then I'm going to go down to Page 5 of this exhibit.  This is the weekly inspection report that's required to be done, correct?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.   Yes.

Q.   And then what kind of comments should go in the inspector's comments section?

A.   Whatever comments that they've -- that they found because it's kind of general.  Say, just for example, the -- the wet, slippery floors, if there was -- maybe there was a leak or a pipe was leaking or the water was coming from somewhere, you would expect someone to write in the comments that the floors were wet and slippery due to, you know, a pipe being broken or something like that.

Q.   Okay.  So any issues, even minor issues, should be noted here, correct?

A.   Correct.

Q.   And then monthly inspection report, same process, correct?

A.   Correct.

Q.   And then I want to look down at the bottom, it says, "Three or below standard requires a plan of correction."  Did I see that correctly?

A.   Correct.

Q.   So what is the plan of correction?

A.   So that would be whatever, once the safety hazmat manager gets this report, it would be what she would have to put in a plan of correction to get that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

fixed.

Q.   Okay.  And so that would be a separate document?

A.   It could be that or it could be just as simple as a work order being put in to have something fixed.

Q.   Okay.  And so if something gets a three or below, there needs to be some note so that the safety hazard manager understands what the problem is so she can create a plan of correction, right?

A.   I would say that's correct.

Q.   Okay.  Otherwise, there's no way to do a plan of correction if there's no note of what's wrong, correct?

A.   Correct.  She would have to physically go out and check it herself then.

Q.   Okay.  And so plans of correction should be done pretty much every time there's a weekly inspection, there should be some plan of correction from the safety hazard manager?

A.   Not always.  As long as it's -- I mean, if it meets standards or it exceeds, it's okay.  But if it's unacceptable or below standards and some things need to be corrected right away, some things need to have a plan of correction, so --

Q.   Okay.  And so if there's anything that's a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

three or below, there would need to be a plan of correction, right?

A.    Right.  Yes.

Q.    Okay.  The -- as we discussed, the safety hazard manager is in charge of overseeing the firefighter program, correct?

A.    Correct.

Q.    Is there any process for the offender firefighters to identify problems or issues for staff relating to fire safety at the prison?

A.    Could you repeat that?

Q.    Yeah.  The fire -- the inmate firefighters probably have a good sense of what issues and problems there are relating to fire safety, correct?

A.    Correct.

Q.    Is there any process in place or anyone who's responsible for getting information and feedback from them on issues related to fire safety at the prison?

A.    Not that I'm aware of.  I would guess that they would report anything that they saw like that to their -- the safety hazmat manager.

Q.    And do you have any responsibility for communicating or overseeing the offender firefighter program?

A.    No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    The safety hazard manager has direct supervision over the offender firefighters, but would it be fair to say that Warden Neal has the ultimate authority and supervision over the offender firefighter program?

A.    Yes.  Because, you know, the safety hazmat manager reports to the warden.  So yes.

Q.    We've talked about how fires pose a serious danger to both staff and inmates at the prison, correct?

A.    Did you say how -- that fires?

Q.    Yes.  Sorry.

A.    I didn't hear.  Yes.

Q.    Okay.  Is there any way -- any process in place for inmates to alert staff to fires or other emergencies that are occurring in the cell houses?

A.    Other than -- than them going to staff or yelling at staff, there -- no.

Q.    Okay.  So fair to say that, in order to quickly and efficiently address emergencies at the prison, staff need to be alert to developments in the cell houses and to prisoners trying to get their attention about what's going on, correct?

A.    Correct.

Q.    And would it also be fair to say that staff in the cell houses should be out monitoring the cell houses

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

at all times?

A.   Correct.

Q.   And is this -- is training and instruction given to staff that they need to be monitoring the cell house at all time?

A.   Yes.

Q.   Is it appropriate for staff to stay in the officer station and sit in the officer station during their shift?

A.   No.

Q.   Okay.  At what point should they go into the officer station?

A.   When they need to.  If -- if you're assigned or you're the supervisor, that would be your post, but mainly you should be on your ranges, doing -- conducting your rounds.  I would imagine staff go to -- staff go there during, like, lunch or they have to go down there when they have to turn in their count information. But yeah, it's definitely not somewhere where staff are supposed to just congregate.

Q.   Is it appropriate for all the staff assigned to a cell house to be in the officer's station at the same time?

A.   No, but it's a possibility.  Like I said, if they're -- if you're turning in your count, you may all

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

be down there at the same time, turning your count slips in, if it's count time.

Q.   And how long would that take to all turn in your count slips?

A.   Not very long.

Q.   A few --

A.   Five minutes maybe.

Q.   Okay.  So fair to say it should be pretty rare that all staff are in the officer station at the same time?

A.   Yeah, I would say that's fair.

Q.   And staff are made aware that -- of the importance of someone always being out to monitor the cell house at all times, right?

A.   Correct.  Yes.

Q.   And they know that if they're not out monitoring, they might not realize that there's an emergency going on, right?

A.   Right.

Q.   And if, for whatever reason, all staff are in the officer's station together, someone should be monitoring the surveillance video, right?

A.   I guess it -- someone in that cell house?

Q.   Yeah.

A.   Possibly, yes.  I guess it depends on what

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

they were doing.

Q.   What are the requirements for monitoring the surveillance video in the officer's station?

A.   So there -- there are no requirements that I'm aware of other than it's there for them to utilize so that they can see what's going on in their cell house.

Q.   Okay.  So there's no policy requiring anybody to monitor the surveillance video in the officer's station?

A.   No.

Q.   And is there any policy or requirement for someone to always be out on the floor or on the ranges at all time?

A.   There is requirements for them to be -- to conduct their security rounds at least every half hour.

Q.   Other than that policy, is there anything requiring some member of the staff to be out at all times?

A.   Not that I'm aware of.

Q.   If someone is in the officer's station, are they able to hear what's going on in the cell house pretty well?

A.   Yeah.  It's not -- it's not an enclosed area. It's -- it's like a half wall with expanded metal.

Q.   Is there any policy about what to do if



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

inmates are yelling on the ranges?

A.    Not that I'm aware of, no.

Q.    Who would be responsible for reviewing facility policies to make sure there were adequate policies in place relating to identifying and responding to an emergency situation in the cell house?

A.    I am not sure how to answer that.  So there's our emergency plans that tell you how you should respond to emergencies that occur in -- in the cell houses. So I don't necessarily know that there's a -- a specific, like, person.  The -- the major would be responsible for emergency plans.  The ERO would be help -- be responsible for emergency plans.  It would go back to Rhonda Brennan, who's a policy coordinator, reviews policies as well as she assigns other staff to review policies.  So I'm not quite sure how to answer that one.

Q.    There's a variety of different types of emergencies that can occur in a locked cell, right?

A.    Correct.

Q.    It could be a suicide attempt, a heart attack, overdose, fire.  All of those things are urgent problems, correct?

A.    Correct.

Q.    And every minute, every second of delay matters in response to something like that, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.    Correct.

Q.    And the existence of these types of emergencies, that's well known in corrections, right?

A.    Correct.

Q.    Everybody knows that when a prisoner is locked in their cells and they have this type of emergency, they're basically deprived of the ability to help themselves, right?

A.    Yeah.  Depending on the situation, yeah.

Q.    But if they're having some type of medical emergency, for example, they're depending on staff to come identify the problem and help them, right?

A.    Right.

Q.    Because they don't have a phone to call out. They don't have, you know, access to health professionals.  They can't unlock their cell, right?

A.    Well, right.

Q.    Generally.  I guess there could be a broken cell.  Someone could do something, right?  But that's rare, right?

A.    Yeah.  There are offenders that, on certain units, can block their locking devices and get themselves in and out of their cells.

Q.    Okay.

A.    But that's rare.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.    Okay.  That's not the norm.  You don't count on inmates blocking the lock to be able to help themselves during an emergency, right?

A.    No.

Q.    So who is in charge of making sure that there are policies and instruction and training in place for staff to quickly identify and respond to the types of emergencies in a locked cell that we've just discussed?

A.    So those -- those -- those emergencies would be covered under the emergency plans under QRT.  So that would fall back onto ERO again, who puts together the training for QRT staff.

Q.    Okay.  So, basically, what the supervisors have done at ISP is rely on ERO staff to train the QRT team in order to address these types of emergencies; is that right?

A.    Correct.

Q.    Okay.  Is there any other steps that you or Warden Neal have taken that you're aware of to make sure that there is policy and training and instruction in place to identify and respond to the types of emergencies we just discussed?

A.    Not that I've done specifically.  Other than like we talked about earlier with, you know, basic first aid, that staff receive training on basic first aid and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

stuff like that. So no.

Q. Okay. And again, the QRT stuff -- strike that. The QRT training, that is not received by everybody at the facility, right?

A. That's correct.

Q. And to your knowledge -- well, strike that. Have you ever gone through the QRT training?

A. Yes.

Q. Have you ever led the QRT training?

A. No. I was never an instructor for QRT.

Q. Based on your experience, does the QRT training have any specific instruction about how to monitor the cell house for an emergency like the ones we've been discussing?

A. No.

Q. Any steps that you are aware of anyone else taking to make sure that staff are trained and instructed about how to monitor and respond to the type of emergencies that we've just discussed besides the QRT training?

A. I mean, other than the training that they've already received through their 40 hours or their in-service, about doing their rounds, conducting their jobs, you know, basic first aid type stuff, obviously if they're walking the cell house and they see somebody

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

that needs medical attention, they're -- they're taught to call, signal 3000, which is a medical emergency, which activates the QRT team and get -- and medical staff and gets them there as soon as possible.

Q. Okay. So based on your training and experience, the training that they are given is to do their rounds every hour, basic first aid training, and then what signals to call depending on what emergency they see, correct?

A. Correct.

Q. Any other training or instruction that they are given?

A. Not that I can think of.

Q. Are inmates given any policies, or instructions, or training about how to notify staff in the case of an emergency?

A. Not to my knowledge, no.

Q. Based on your experience, if there is some type of emergency in the cell house, do inmates generally understand that they all need to start yelling to get staff attention?

A. Sometimes. So in my experience, if somebody needs help and they yell in the cell house such as A-Cell House, no matter where they're at in that cell house, if they yell and let's say I'm in the officer's

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit J

station, you can hear somebody yelling. Generally, if nobody's responding quick enough, or the offenders don't feel like somebody's handling the situation, yes, they will all start yelling. I guess it really depends on the situation. There have been times when offenders just yell just to yell and nobody else will yell for them because the guy's just yelling to cry wolf, I guess. Or the offenders in the cell house know that he's not really under any duress or anything like that. But generally, if there's a -- a real serious medical emergency or some kind of emergency where the offender needs assistance and he starts yelling out, the others will yell out to get staff's attention to get them up there.

Q. Okay. And they'll start joining in pretty quickly, right, once they realize it's an emergency?

A. Yeah. Yes.

Q. Okay. And they'll yell pretty loud. There's no mistaking that there's an emergency, right when they --

A. No, you can definitely tell.

Q. When we talked about the policies -- strike that. Policies related to cell house supervision and monitoring, those would generally fall under the custody supervisor, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit J

A.    Correct.

Q.    Okay.  So the custody supervisor would generally be the one who's responsible for making sure that there are adequate policies and instruction in place relating to how to monitor and supervise the cell house, correct?

A.    I'd say that's correct.

Q.    Okay.  And then the person who would ultimately be responsible and signing off on any decision to amend or not amend, those policies would be the warden, right?

A.    Right.  Correct.

Q.    And as the deputy warden, do you have any role in that?

A.    I mean, I -- I would assist the -- the custody supervisor, maybe help him or review some of the policies if he needed them looked at.

Q.    Okay.  So you would assess -- assist the custody supervisor in that role?

A.    Yeah.

Q.    After the Devine fire, were any changes made to the policies and post orders relating to custody -- strike that.  After the Devine fire, were any changes made to the policy, post orders, or instruction given to custody staff relating to monitoring and supervising the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

cell houses?

A.    I -- I don't remember.

Q.    You don't recall any changes being made as you sit here today?

A.    I -- I'm sure there probably was changes made, but I -- I don't recall.  So I don't want to say that there was or there wasn't because I really don't remember.

Q.    Okay.  So, as you sit here today, you don't recall any being made; is that right?

A.    Right.

Q.    And you were the custody supervisor at that time, correct?

A.    Correct.

Q.    And if there were changes that were made, that would be documented somewhere, correct?

A.    Yes.

Q.    And where would that be documented?

A.    It -- it would be documented that the policy was changed, so there'd be a revision or something made. The policy coordinator would probably have that information.

Q.    Okay.  And if there were changes that were

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



Kentuckiana
COURT REPORTERS

**Exhibit J**

done in training for staff, where would that be documented?

A.    In the staff's training packet.

Q.    And what is the staff training packet?

A.    That's the -- every staff member has a packet that shows all the training that they've completed or done since they've been in the facility.

Q.    Okay.  And that's in an electronic document, right?

A.    I believe it's electronic now, yes.  There -- there are still some hard copies, I believe.

Q.    And if any changes were made to the content of the training, where would that be documented?

A.    It would -- I would say it would be documented in the -- the change in the lesson plan for that train -- that particular training.

Q.    Where are the lesson plans kept?

A.    That would be another -- probably in -- lesson plans are at the facility, for current things that they're teaching, but there may be lesson plans also for DWE.

Q.    How often would the safety hazard manager be responsible for auditing the smoke detectors, and the fire extinguishers, and the other fire safety equipment at the facility?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.   I don't know exactly the time frames for that, so I -- I couldn't answer that.

Q.   **You said outside contractors would come in to inspect some of the equipment.  What equipment and infrastructure would they inspect?**

A.   Like the sprinkler systems, the -- the fire alarm systems, they come and inspect the actual fire extinguishers.

Q.   **And those outside contractors, are they just looking to see whether the equipment is in working order or are they making recommendations or suggestions about where equipment should be placed, what type of equipment you should have, et cetera?**

A.   I know they're here to expect it -- inspect the equipment.  I'm not sure if they're -- they make any changes or recommendations to the safety hazard manager.

Q.   **After the 2017 fire that killed Joshua Devine, was there any assessment of the fire safety infrastructure and equipment at Indiana State prison?**

A.   I know that there was equipment that was added as a result of that fire.

Q.   **And what equipment was added?**

A.   There was a smoke evacuation fans, there was a backpack -- foam backpack, suppression fire equipment stuff that we had at that time for the offender

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

firefighters.  Those are the two --

Q.    Anything else?

A.    Those are the two things I can remember off the top of my head.

Q.    And whose decision was it to add that equipment?

A.    I'm not 100 percent sure whose -- ultimately it would probably fall in the warden since it's his facility, but I don't know who specifically said we should get this equipment.

Q.    And are you aware of any other auditor or assessments being done of the fire safety infrastructure equipment?

A.    Not that I'm aware of, no.  I know there is a -- the fire, safety -- fire, health, and safety, they call it a construction service audit that's conducted yearly.  That audit also covers to make sure that those systems have been inspected by someone during that year period.  So I know they request documentations for their inspection to make sure that those outside contractors did come in and inspect, and that those systems are in working order and all passed.

Q.    Okay.  And those outside contractors, again, are basically mainly looking to see whether the equipment and systems are in working order, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

A.   Correct.

Q.   Okay.  And then the facility directive 9 that we discussed on fire safety, that is audited yearly by the safety hazard manager, correct?

A.   I'm not 100 percent sure if she's doing it, I would assume she was, but I know it -- they should be looked at every year.

Q.   The foam backpack that you're discussing that you mentioned that was added, where is that kept and who's responsible for using it?

A.   The offender firefighters, it was kept in the fire station.

Q.   And do you know whether that was used in response to this fire that killed Michael Smith?

A.   I do not -- I do not know if it was used.

Q.   And I think when we looked at facility directive 9, that was last revised in 2013, correct?

A.   Correct.

Q.   Okay.  So that would mean that there hadn't been any changes to that policy since 2013, correct?

A.   Correct.

Q.   Okay.  So the yearly audits haven't led to any changes in that policy since 2013, correct?

A.   Correct.

Q.   Who is responsible for doing the annual --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

well, strike that.  Are annual reviews and audits done of the post orders as well?

A.    Yes.

Q.    And who's responsible for doing those?

A.    Custody supervisor.

Q.    Okay.  So the general post order that we referred to, the custody supervisor would be responsible for reviewing that and determining whether any changes were needed, correct?

A.    Correct.

Q.    And would you participate in that as well?

A.    Yes, if he had any changes or something that he wanted to change, or things that he found in there, he would communicate with me.

Q.    Okay.  And again, that general post order is the main source of instruction to staff about how to respond in the -- when a fire occurs, correct?

A.    Correct.

Q.    Okay.  I am going to share what I will mark as Exhibit 4.  This is State 020958 to State 020974. Okay. And this is -- can you see this okay?

(Exhibit 4 was marked for identification.)

A.    Yes.

BY MS. PIERCE:

Q.    Okay.  So this is the general post orders that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

you are discussing, correct?

A.   Correct.

Q.   And this is present in every cell house, correct?

A.   Correct.  Every post.

Q.   I'm sorry?

A.   Every post.  So there's also posts that aren't in cell houses.  It would be in there as well.

Q.   Okay.  Understood.  And where in the cell houses would it be located?

A.   In the officer's station.

Q.   And where in the officer's station would it be?

A.   In a cabinet, some kind of locked box.

Q.   Okay.  And who has the key to unlock the cabinet?

A.   The OIC or the sergeant in that cell house.

Q.   Okay.  And are staff required to review these at any certain intervals?

A.   Staff are required to sign off on their post orders monthly, or if they've been -- if they went to a post that they haven't been before.

Q.   Okay.  And are those the post specific orders or do they sign off on all post orders?

A.   The generals and the post specifics.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.    Okay.  So each post will have the general order and the post specific order; is that right?

A.    Yes.

Q.    Okay.  And they're required to review both and sign off on both?

A.    Yes.

Q.    And who makes sure that staff are reviewing the post orders?

A.    So the supervisors on the units, the lieutenants, the captains, the custody supervisor, they're all required to make sure the staff are signed off on those.

Q.    And I'm going to scroll down to Section P here that says, "Fire."  This is the only section in the post order is relating to fire safety and response, correct?

A.    Yes.

Q.    Okay.  And the instructions here are, "When there is a fire to contact control room via radio or telephone to report a 10-70."  Is that right?

A.    That's correct.

Q.    And then, "In the case of a cell fire, bolt cutters are located in the officer's station of each shelter where chains are permitted for use by offenders. Bolt cutters will be dispatched to all cell fires immediately.  Do not wait to see if bolt cutters are

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

needed."  Did I read that correctly?

A.    Yes.

Q.    Okay.  So staff are required to take bolt cutters to every fire?

A.    Correct.

Q.    And then, third, they're supposed to assess the scene of the fire?

A.    Yes.

Q.    Does that mean that all staff are required -- all staff in the cell house are required to respond to where the fire is?

A.    No.

Q.    Okay.  How does staff determine whether or not they should respond to the scene of the fire?

A.    Just for example, I guess if there's three -- three staff in the cell house, two of them would respond to the fire, the other one would make sure that they opened the cell house door so that responders could get there.

Q.    Okay.  And how does staff know that?

A.    I -- it's -- I don't know.  I don't know where -- I -- I guess I can't answer that.  It's just kind of a -- a thing that's always been that way that if -- if all three of them go to the fire, who's going to let the firemen or the other people in the cell house to help

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

them?

Q.   Okay.  But you don't know where that instruction or training is given or whether it's given?

A.   No, I don't know.

Q.   And then Step 4 is, "Remove offenders that are in the immediate area of the fire."  Is that right?

A.   Correct.

Q.   Okay.  And then 5, "If possible, extinguish the fire with extinguishers."  Is that right?

A.   Correct.

Q.   Okay.  And there's nowhere in here where it says, to bring a fire extinguisher when you respond to the scene, correct?

A.   Correct.

Q.   And then 6 is, "Remove offenders in the general area of the fire if they are in immediate danger."  Is that right?

A.   That's correct.

Q.   If you work -- and then 7 is, "If you work in a unit with firefighters, their tag will be labeled on the Population Control Board.  Firemen are to be released from their unit any time a 10-70 or 10-71 is called unless the facility is locked down, then contact the shift supervisor or custody supervisor for guidance, and are to report to the fire station only. A member of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

the first responders will call Checkpoint 2 via the radio to request firemen if needed."  Did I read that correctly?

A.   Yes.

Q.   So is there any instruction here to activate the fire department?

A.   Yes.  To activate them, that means, if you have a fire department or a firefighter on your unit, once they call a 10-70 or 10-71, staff are supposed to release the firefighter so that they can go to the fire station.

Q.   Okay.  So immediately upon hearing a 10-70 or 10-71 called over the radio, you release the firefighters, correct?

A.   Correct.

Q.   Is there any other instruction or direction in the post orders that you're aware of about how to respond to a fire?

A.   Not that I'm aware of.  I don't believe, no.

Q.   Okay.  And there's nothing here about what fire extinguishers to use and when to get them or where to get them from, correct?

A.   Correct.

Q.   And the person who would be responsible for reviewing this section of Exhibit 4 of the post --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

general post orders is the custody supervisor, correct?

A.   Correct.

Q.   We talked about altered electrical equipment and outlets being a risk for fire, correct?

A.   Correct.

Q.   Other altered equipment can be a risk for fire as well, like altered TVs, altered lightings, altered hotpots, right?

A.   Correct.

Q.   Okay.  And this is a pretty -- as you mentioned, a fairly common occurrence at the prison, right?

A.   Yeah.

Q.   Who is responsible for assessing these issues and coming up with ways to address or reduce the risk of fire posed by these electrical problems?

A.   I don't know that there's one specific person that would be responsible for, I mean, the offenders altering their equipment or their stuff to cause a fire. Ultimately anything that happens at the facility falls on the warden, but anybody that sees any of that type of stuff has the ability to speak up and say, hey, things need to be changed, or this is not right. Inmates get conduct reports for altering stuff.  So I -- it's kind of everybody's responsibility, I would get -- I would

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

assume.

Q.   Have you specifically been involved in any conversations about how to reduce the risk posed by altered electrical equipment?

A.   Yes, I have been.

Q.   And what are the outcomes of those conversation?

A.   Those out -- outcomes were to -- when staff are walking the units to make sure that they are -- when they're conducting their rounds, make sure that they are looking at the outlets and looking for that type of stuff.  And if they find that type of stuff, they are supposed to confiscate that stuff immediately and then report any type of other issues that -- that are going on.  But mainly it's that staff are told to confiscate and look for stuff that's altered and make sure that they take that, especially when they're doing their rounds.

Q.   Anything else?

A.   No, that was pretty much the conversation.

Q.   And when did you have that conversation?

A.   Oh.  I mean, I've had that conversation probably -- probably before I was the custody supervisor at the time.  So that conversation has probably been an ongoing thing since 2016.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

Q.    And what was done to implement that?

A.    Well, we -- we told supervisors, we actually walked with supervisors.  Other supervisors walked with their subordinates, showed them what they were looking for, showed them what a unauthorized, like, cigarette lighter or a hot pot was.  Just passing that down from supervisors down to line staff and then supporting line staff by actually going out and doing it ourselves to show them that, you know, hey, this is what we're doing. We're actually making an effort taking -- taking these unauthorized items.  This is what you should be looking for and what you should be taking.

Q.    How often do you go out and actually do those yourself?

A.    Any time I go out and do a walk or an inspection, I'm out there looking in cells for the same things and taking that stuff.  I recently went to the dorm and probably confiscated ten or 15 altered power strips.

Q.    Anything else that you have done besides talking to supervisors and going out and doing inspections yourself?

A.    I would say mentioning it in like IRC meetings

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

and stuff like that. Just trying to inform staff, talk to staff at roll call, just talk to staff in general about what they should be looking for and what they should be taking. That's probably about it.

Q. Have you ever disciplined staff or -- strike that. Have you ever disciplined staff for failing to confiscate altered electrical equipment or failing to conduct meaningful inspections during their rounds for altered electrical equipment?

A. I don't recall any discipline for -- for that, no.

Q. Do you have concerns that staff are not adequately inspecting the cells for altered electrical equipment?

A. No. I -- I -- I think for the most part staff are trying, but it's -- there's a lot of it, but for the most part, I think staff are doing it.

Q. Who's responsible for -- well, strike that. I think you said earlier that the safety hazard manager is responsible for overseeing and conducting fire drills, correct?

A. Correct.

Q. And they are also responsible for making sure that fire drills are adequately preparing staff to respond in the case of a fire, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.    Correct.

Q.    **Anyone else who is responsible for that?**

A.    No, but the custody supervisor does help her or assist her in that --

Q.    **Okay.**

A.    -- when she is doing those drills, and the firefighters also assist her in that, the offender firefighters.  They have a list of questions and things when they're conducting these drills that they talk to staff about, you know, like where are the fire extinguishers?  How do you -- you know, how do you use the fire extinguisher?  What do you do if there was a fire on this range?  Stuff like that.  They kind of drill them by asking them questions on how they would respond or what they do.

Q.    **And have the firefighters ever raised concerns that staff aren't prepared to respond in the case of a fire?**

A.    I -- I don't know.  Personally, I'm assuming they probably would if they asked a staff member that and the staff member didn't know, I'm sure that would be addressed back to the safety hazard manager.  But I don't recall any.  I don't know.

Q.    **And then ultimately, the warden is responsible for making sure that staff are prepared and ready to**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

respond in the case of a fire, correct?

A.   Right.

MS. PIERCE:  All right.  Let's take another quick break.

THE REPORTER:  All right.  We are off the record.  It is 1:17 p.m. Central.

(A recess was taken.)

THE REPORTER:  All right.  We are back on the record for the deposition of Jason Nowatzke being conducted by Zoom.  My name is Olivia Sis.  Today is June 25th, 2025, and the current time is 1:33 p.m. Central.  Counsel, you may proceed.

BY MS. PIERCE:

Q.   Mr. Nowatzke, we discussed Topic 8, which you were designated to provide testimony on.  I'd like to take a look at Topic 9.  So that topic is, "IDOC's policies, practices, customs, rules, regulations, and/or systems in effect, at Indiana State Prison from January 2017, through the present, relating to after-action reviews, critical incident debriefs, or any other review process, for assessing emergencies or other serious incidents at IDOC facilities."  Is that the topic that you have been designated to provide -- binding topic -- binding testimony on behalf of?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.   All right.  Are you prepared to testify on this topic?

A.   Yes.

Q.   Besides the steps that we discussed earlier in the deposition, did you take anything -- did you take any steps to prepare on this topic specifically?

A.   No.

Q.   We discussed briefly earlier that you, as deputy warden, are the person in charge of critical incident reviews, correct?

A.   Correct.

Q.   And critical incident debriefs, critical incident reviews, after-action reviews, these are all the same thing, correct?

A.   Correct.

Q.   Okay.  So if I refer to any of those names, you know what I'm talking about?

A.   Okay.

Q.   Are there any other review processes for assessing emergencies or serious incidents that IDOC facilities, besides critical incident reviews?

A.   There are -- let me make sure I get the name right, after-action -- or not after-action reviews, post-event analysis.

Q.   And what is post-event analysis?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

A.    So the post-event analysis is a -- a formal evaluation or review of the emergency situation that's conducted by emergency response operations.

Q.    **And who is the emergency response operation?**

A.    The head of that is Richard Curry.  That's the group of individuals that does the QRT training and stuff like that.

Q.    **And who else, besides the -- Mr. Curry, participates in these post-event analyses?**

A.    Normally it would be like the warden, myself, sometimes it's regional directors, or other department staff that are not at this facility, that will participate in that.

Q.    **And how long do those usually last?**

A.    I would say a day, as far as them coming to talk to staff and review things, and maybe take a -- a -- a tour of the areas that was affected.  It's usually a day.  Usually we get a report.  I don't know exactly how long after that when they'll submit their report, it might be like a week.

Q.    **So there's some facts-gathering in this, right?  They come to the facility, they speak to people, they do a tour; is that right?**

A.    That's correct.

Q.    **Do they get documents to review?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

A.   I'm sure they do because they get, like, the incident reports, and staff statements, and all that, so --

Q.   Okay.  So they do get the incident reports and things like that?

A.   Uh-huh.

Q.   Does this usually occur after the critical incident review or --

A.   Yeah, usually it's after.

Q.   Okay.  And what is your role exactly in the post-event analysis as the deputy warden?

A.   All right.  I really don't have a role other than I'm usually there when they come.  Like I said, it's usually a team or a group of people from -- that are not from this facility.  They come talk to the warden, myself, the custody supervisor, the other deputy warden, before they proceed with their review.

Q.   And do they generally interview lower-level staff and inmates?

A.   I didn't quite catch that.

Q.   Yeah.  Did they generally interview lower-level staff as well, correction officers, sergeants?

A.   Oh, yeah.  I'm pretty sure they talked to all -- all kinds of staff, so --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.   And did they talk to incarcerated individuals as well?

A.   I -- I'm not sure if they do or they don't with the offender population.

Q.   Does the warden have any kind of role in this, besides just being present when they're there?

A.   No, he doesn't actually conduct the -- the audit or any of that.  He's just there in the beginning to give them the information that they're requesting.

Q.   Was a post-event analysis done after the fire that killed Joshua Devine in 2017?

A.   Yes, there was.

Q.   Did you receive a copy of that?

A.   I -- I've seen it, but I don't think I currently have a copy.

Q.   Okay.  And again, once --

A.   I don't.

Q.   Oh, I'm sorry.  Go ahead.

A.   I wasn't specifically sent a copy of it, but I have seen it.  I believe that copy gets forwarded to the warden, but I have seen it and I don't think I have a copy of it currently.

Q.   And that, again, is separate from the after-action review, correct?

A.   Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.    Was a post-event analysis done with regard to the Michael Smith fire?

A.    Not that I'm aware of, no.

Q.    Do you know why it wasn't done?

A.    I do not.

Q.    How long are these post-event analysis reports?

A.    I -- the -- I don't know.  I mean, if I gave you an answer, I'd probably guess, but there are several pages.

Q.    And did they generally come with recommendations for changes to implement at the facility?

A.    Yes.

Q.    Do you remember what some of the changes were in the post-event analysis from the Devine fire?

A.    No, I do not.

Q.    And who would've been responsible for implementing those changes?

A.    Like I said, that -- that would've went to the warden.  So the warden would have some responsibility in -- in that.  I would also assume that the department would have some responsibility in that since they're doing it.

Q.    As either the custody supervisor or later as

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

the deputy warden, were you instructed or charged with implementing any changes in response to the Devine fire?

A.   No.

Q.   Do you recall anyone else being instructed or charged with implementing changes in response to the Devine fire?

A.   Yes.  When we -- when we moved the fire extinguishers out, that was done by the maintenance and safety hazmat manager.  I --

Q.   Anything --

A.   But that's all I can remember was, you know, I guess my part in it would've been making sure that maintenance was hanging the hooks properly, but the safety hazmat manager was making sure that they were also being in the right spot and that they were accessible for staff.

Q.   And anything else that you can recall?

A.   Nothing else that I can recall.

Q.   Any other types of analyses that are done of emergency or other critical incidents?

A.   No, not that I'm aware of.

Q.   We talked a little bit about the critical incident reviews earlier.  How long did those critical incident reviews generally take?

A.   I would say maybe 15, 20 minutes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    And would --

A.    As far --

Q.    I'm sorry, go ahead.  I didn't mean to interrupt you.

A.    So 15, 20 minutes as far as reviewing -- actually discussing the incident.  So let's say a half hour, I would -- by the time you read the incident and then discuss with the staff that are present, it's probably a half hour.

Q.    Are any incident reports, or pictures, or videos circulated to staff either prior to or at the debrief?

A.    At the debriefing, the incident reports -- the incident reports, and photos, and things like that are there.  There would've been no videos presented at a -- at the critical incident debriefing.

Q.    Okay.  But the incidents and photos would be made available to people participating, correct?

A.    Whatever was on the incident report, that was sent, that -- that's all the stuff that would be presented to them or they would have ability to view that at the critical incident debriefing.

Q.    Okay.  And generally, there's several different incident reports that are written for an incident like the Michael Smith fire, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

A.    Correct.

Q.    Would all of those incident reports be reviewed or just the one from the captain of the shift?

A.    All of them -- all of them would be present and be reviewed.

Q.    Okay.  And do you -- as the deputy warden, would you review the video -- surveillance video before the critical incident review?

A.    Not always, but sometimes, yes.

Q.    Did you review the video before the critical incident review relating to Michael Smith's death?

A.    I know I have reviewed a video, but I couldn't tell you if I did it before or after the -- the debriefing.

Q.    Okay.

A.    But I have reviewed it.

Q.    Would anyone else review the video before the debriefing?

A.    Not to my knowledge.  I mean, they could have, but not to my -- I -- I don't know.

Q.    There's a lot of cameras in A-Cell House, right?

A.    Correct.

Q.    Okay.  So the cameras would show the most accurate and timely evidence of the response to the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Exhibit J

fire, right?

A.   Correct.

Q.   Okay.  And so that would be helpful to review when trying to assess whether changes needed to be made, right?

A.   Correct.

Q.   Okay.  So you would want everybody who participated to see that video so that they would know as much information as possible about what actually happened, right?

A.   I -- I guess depending on the situation. So if there was an investigation going on, they might not be able to review it because I -- Internal Affairs may have that video secured so that nobody can -- can access it.  Not everyone has access to the camera system to be able to view anything that's been previously recorded.  So, yes, I would agree with you that it would be nice to that everybody could watch it, but I don't -- I don't know that everybody did or didn't.

Q.   Okay.  But you could watch it, right? You have the authority to watch the surveillance video at any point, right?

A.   Yes.

Q.   Okay.  And if you're leading the critical incident debrief, it's important for you to know what

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

actually happened in response to the fire, right?

A.    Yes.

Q.    Okay.  And the critical incident reviews are important, right?

A.    Absolutely.

Q.    They are the best way to make sure that something horrible, like an offender burning to death in their cell, does not happen again, right?

A.    Correct.

Q.    And incarcerated individual burning to death in their cell is pretty horrific, right?

A.    Yes.

Q.    Something you don't want to happen again?

A.    Correct.

Q.    Okay.  And so it's important to be as critical as possible to identify what steps can be taken to avoid something so horrific happening again, correct?

A.    Correct.

Q.    What steps did you take to identify what each individual assigned to A-Cell House was doing at the time that the fire was started?

A.    I don't -- I don't think I took any steps, other than their reports that they wrote -- their incident reports that they sent me.

Q.    Okay.  And what steps did you take to identify

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

what each person did and how quickly they responded to the fire?

A.   Like I said, I watched the video so I could see like when the fire started, and when they responded, and how they responded, and how they acted.

Q.   Okay.  But you're not sure whether you watched that before or after the critical incident review, correct?

A.   I would say I watched it before, but I'm not -- I -- I can't be a 100 percent sure.  I -- my normal practice is to watch those videos.  As soon as I get that incident report sent to me, which it's the next business day or the next day, I usually try to watch those immediately so that I have some kind of idea of what's going on going into it.  But I can't -- like I said, I'm pretty sure I probably did it before, but I can't 100 percent tell you today that, "Yes, I watched it before the -- the debriefing."

Q.   Okay.  But you did watch it at some point?

A.   Correct.

Q.   And you watched the different -- the cameras from different angles, correct?

A.   There was like two cameras, I think, that I watched.

Q.   Okay.  And how did you determine which cameras

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com


KENTUCKIANA
COURT REPORTERS

**Exhibit J**

to watch?

A.   They were the only two cameras that you could see the incident on.

Q.   And are there cameras that show you the officer's station?

A.   Yeah, from quite a distance away, but it -- it looks at the officer's station.

Q.   Okay.  And so you could see from that camera when people are coming or leaving the officer's station, correct?

A.   Yes.

Q.   Okay.  Did you look at that to see when people left the officer's station in response to the Michael Smith fire?

A.   Not that I recall, no.

Q.   What steps did you take to determine whether staff timely responded to the emergency?

A.   Watching the video to see what time the fire started, what time they actually called the fire.  And I believe there was a -- probably an e-mail from I&I. I&I usually puts out a -- a brief synopsis immediately when -- before they start or within the first, I would say, 24 hours of their investigation, they put out a little brief synopsis via e-mail of like, "Hey, this is what we've seen.  This is what's going on."

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.   Okay.  Do the critical incident reviews ever result in discipline of staff?

A.   Not that I can recall.  Yeah, not that I can recall.

Q.   Okay.  But part of your responsibility is to determine whether or not staff has complied with policy and whether they need to be disciplined, correct?

A.   Correct.

Q.   So if you saw from a critical incident review that staff had not complied with policy, that's something you'd be looking for and something you would take action to address, right?

A.   Correct.

Q.   Where does the critical incident debriefs usually occur?

A.   They usually occur in the Indiana Room here at the facility.

Q.   And do you usually lead the discussion?

A.   Yes.

Q.   So tell me about how that discussion works.

A.   So what happens is, I read the incident and the incident reports, and explain to everybody what's going on.  We go around the room, talk to everybody that's present at that time and get their -- their thoughts, or what they observed, or what they seen since



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

some of them were actually involved in the incident. And then we go around the room and discuss -- there's questions per policy that we have to ask and answer on those debriefings.

Q.    And are any notes taken at those debriefings?

A.    The administrative assistant, or my administrative assistant, will take notes because, at the end of this critical incident debriefing, we have to fill out a report and submit that to the SharePoint drive.

Q.    And what happens to those notes?

A.    I think they're probably discarded.  I don't think she saves them.  We just take those notes and use them to fill out the -- the -- the completion of the critical incident report that we submit.

Q.    And do you encourage people to be self-critical when assessing the response to an incident?

A.    Absolutely.

Q.    Do you specifically ask people what they believe could have been done better?

A.    Yep.  Usually that's one of the first things. Like, "Is there something that we -- that we -- you -- that you think we did wrong?  Is there something that we think we could have done better?"  And then I also give

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

my opinion as well as some of the other staff in there, on what maybe they think could have happened or could have done better.  And a lot of times, after talking to staff in these debriefings, some of the things that other people that aren't involved in see, aren't necessarily what they see and couldn't have happened at that time because of, you know, the situation.  And I guess just an example is, if you -- if you're not there and you're not present, and you don't understand how hot a fire is, you wouldn't -- watching the video, you wouldn't understand that the officer couldn't get close to the cell -- cell, but if you watched it before that and you weren't there, you'd be like, "Why didn't you get closer before you used the fire extinguisher?" And obviously, then they tell you, "Well, I couldn't. It was so hot and that's as close as I could get."

Q.    Okay.  And the main purpose of these critical incident debrief is really to figure out how you can keep this from happening again, right?

A.    Right, right.

Q.    And how you could do better so you want to do everything you can to identify how you could have prevented this from happening, right?

A.    Well, I would say the main purpose is, how we could have responded better to -- to help that person

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

more so than how we could have prevented it.  At least for that critical debriefing part.

Q.    I see.

A.    There is an element in there on how we could have stopped that, but at that point we don't really know how that even came about.

Q.    Got you.  Okay.  So you're mostly looking at how you all as a custody staff could have responded better to the fire, correct?

A.    Correct.

Q.    After the critical incident reviews are done, what is -- you said they're put on the shared drive; is that right?

A.    Yeah.  There's a SharePoint emergency response share drive, that's where they're uploaded.  So when I first get the incident report and it's a critical incident, it gets uploaded -- and all that information gets uploaded into that shared drive.  After we do the debriefing, then the information, as a result of the briefing, gets uploaded.  Basically, that form just gets edited and gets completely filled out.

Q.    And then that goes to the warden, correct?

A.    Yeah.  The warden can see that.  Anybody can see that because that has access to that shared drive.

Q.    And you would discuss the after-action review

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Kentuckiana
COURT REPORTERS

**Exhibit J**

with the warden, correct?

A.    Yes.

Q.    Anything else that's done during the critical incident review that we haven't discussed?

A.    Not that I can think of.

Q.    You were the custody supervisor when Joshua Devine was killed in 2017, correct?

A.    Correct.

Q.    But you were not at the facility at the time of his death, correct?

A.    Correct.

Q.    Aside from the fire extinguishers being moved, you don't recall any other changes that were made following the Joshua Devine fire, correct?

A.    Other than the -- the equipment that we added, the fire -- smoke evacuation stuff and the suppressing backpack foamer, yeah.

Q.    Okay.  Do you recall there being any discussion about making sure that staff were adequately trained to respond to a fire?

A.    Not that I can recall.

Q.    And were you involved in any discussion about making sure that staff were out monitoring the range at all time to look out for fires and other emergencies?

A.    Not that I can recall off the top -- yeah, not

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

that I can recall.

Q. You previously testified in a deposition as part of the -- as part of a lawsuit relating to Mr. Devine's death, correct?

A. Yes.

Q. And you testified truthfully at that deposition, correct?

A. Correct.

Q. You would've done your best to make sure that your testimony was accurate and complete, correct?

A. Correct.

Q. And fair to say your memory was probably a little better at that point than it is now in relation to the Joshua Devine fire, right?

A. Correct.

Q. Okay. So you would stand by the testimony that you gave in that case relating to Indiana State Prison and the response to the Joshua Devine fire, correct?

A. Correct.

Q. Have you ever reviewed that deposition testimony?

A. I -- I -- I had to -- I had to review it at some point because, you know, I gave it. But I don't recall.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.   Okay.  And as you sit here today, do you recall there being anything inaccurate or incorrect in that testimony?

A.   No.

Q.   All right.  Michael Smith was killed in a fire in his cell on January 14th, 2023, correct?

A.   Correct.

Q.   Prior to his death, did you know Mr. Smith personally?

A.   No.

Q.   As you sit here today, do you recall anything about Mr. Smith, or his reputation, or any interactions you had with him?

A.   Just that he was known in the cell house to be, like, Mr. Fix-it.  Like, he -- he could fix anything that if you needed something repaired or fixed, he'd be the guy you go to.

Q.   And how do you know that?

A.   I only know that after the fact that that's what offenders were talking about after the fire. That, you know, he was known as Mr. Fix-it.  That's the guy that used to fix our TVs or -- and stuff like that.

Q.   Okay.  The -- and that was told to you directly by prisoners in the cell house?

A.   Yeah.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    But prior to that, you don't recall any specific interactions or knowledge of Mr. Smith, correct?

A.    No.

Q.    And in what context were you speaking with prisoners in the cell house about Michael Smith?

A.    Not really speaking to them.  It was just, like, doing rounds and they brought that information to you.  You know, they would just, hey, you know, he was the guy that was in the cell house fixing stuff, you know, I liked him, he used to fix all TVs.  Things like that.  Just general conversation as I was doing rounds.

Q.    And this was after Michael Smith was killed?

A.    Correct.

Q.    And the prisoners at that time, they also raised concerns to you about the response to the fire, right?

A.    No, I can't recall anybody raising concerns about the response.  Obviously, lots of guys were upset, but they were upset for different reasons.  But I can't recall anybody specifically about a response.

Q.    Okay.  So they just randomly told you that he was the fix-it guy in the cell?

A.    Yeah.  And not all of them.  Just, like, maybe one or two of the guys that said something about it.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

But --

Q.    You said that they were upset for different reasons.  What reasons were they upset?

A.    They were on lockdown, they weren't -- they -- they were upset because they were locked down.  They were upset because they had to leave the cell house, and go to rec, and then come back.  We -- you know, I interfered with -- I mean, those -- just general things like that.  Nothing that seemed, I guess, important.  You know, it's just things that they would normally complain about, like, hey, you interrupted my TV show by making me go out to rec that day, you know, why did I have to go out there?  Things like that.

Q.    And none of the prisoners expressed to you any concern about the response to the fire?

THE REPORTER:  I'm sorry.  Could you repeat that question, Megan?  You --

MS. PIERCE:  Yeah.  Sorry.  I heard that echo.  Sorry.

BY MS. PIERCE:

Q.    So none of the prisoners expressed any concern to you about the response to the fire?

A.    No.  No, not that I can recall.

Q.    Did you ever look at the firefighter statements about the response to the Michael Smith fire?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

A.    I don't recall ever seeing those, no.

Q.    You didn't look at those as part of the critical incident debrief?

A.    No, I -- I did not have those at a -- at a critical incident debrief, no.

Q.    Those would've been something important to look at, correct?

A.    I mean, they would -- yeah, I would've said yes.

Q.    And are you aware that the firefighters reported that prisoners in A-Cell House were upset because they said they were yelling for help for several minutes before staff came to help and put out the fire?

A.    No, I wasn't aware of that.

Q.    Does that raise concerns for you?

A.    That's concerning.

Q.    That's something that should be investigated, right?

A.    I would say so.

Q.    Okay.  And so who is responsible for looking at those reports from the firefighters and making sure that those concerns are investigated and addressed?

A.    I would say the investigator.

Q.    The I&I investigator?

A.    Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.   And you would expect the I&I investigator to discuss those concerns with you, right?

A.   No, they -- he would discuss those concerns with the warden.

Q.   Okay.  And you would expect the I&I investigator to tell the warden if there was allegations that staff waited for several minutes to respond to the fire, right?

A.   Right.

Q.   Okay.  So the warden would be told, hey, there's these allegations that staff were sitting on this and not responding timely to the fire, right?

A.   Correct.

Q.   Okay.  Was there any discussion about that that you were involved in?

A.   Not that I can recall, no.

Q.   When you were doing the critical incident debrief, did you make any effort to make sure that you had all of the statements and reports relating to the fire?

A.   Yes.  All the ones that were sent to me, I did have.  But I didn't know that there was something from offender firefighters that they had wrote.

Q.   Well, who collects the reports that you review?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.    The shift supervisor.

Q.    Okay.  So that would've been Captain Mann?

A.    Captain McCann.  Yeah.

Q.    McCann, excuse me.  Sorry.  Captain McCann would've been responsible for making sure that you had all reports relating to the fire?

A.    Uh-huh.

Q.    Okay.

A.    That's correct.

Q.    And he would've gotten the firefighter reports, right?

A.    No.

Q.    Who would've gotten the firefighter reports?

A.    Well, the firefighters don't write reports for incidences that occur at the facility.  So I don't know where they came from or who they would write them to. I would assume that they would write them to the safety hazmat manager or the warden.  But they don't -- they don't fill out reports and send them to the shift supervisor to be added into the incident report.

Q.    Okay.  This -- a fire leading to a death like this is a major, major event, right?

A.    I agree.

Q.    It requires a detailed and thoughtful review and assessment, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.   Correct.

Q.   Especially given that this is the second fire to happen at Indiana State prison in six years, right?

A.   Correct.

Q.   That led to a death?

A.   I agree.

Q.   So as the person in charge of the critical incident debrief, you would want to make sure that you were getting as much information as possible about what actually happened and what the timeline was for the response, right?

A.   Correct.

Q.   As a timeline for a response to a fire, that's really the most important part of responding to a fire, right?

A.   Correct.

Q.   If you don't respond immediately, the risk of somebody dying or getting seriously injured goes up?

A.   I agree.

Q.   And so what steps did you take as the deputy warden to make sure that you understood the timeline of how staff responded to the fire?

A.   Reviewed the -- the video and also the brief description from the I&I person who sent that out, which I -- I believe was -- I can't think of her name.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

Q.    If we can pull it up, we can --

A.    Let me see.

Q.    -- look at it.

A.    Callie Burke, it would've been.

Q.    And do you have that e-mail in front of you?

A.    Yes.

Q.    All right.  Let's look at this e-mail.  Okay. I'll mark this as Exhibit 5.  And this is State 021163 to 65.  Again, I think we're on Exhibit 5.

THE REPORTER:  That's correct.  Yes.

MS. PIERCE:  Thank you.

BY MS. PIERCE:

Q.    Okay.  So there -- this is an e-mail chain. I'm going to go down to the e-mail from Callie Burke. But this is the e-mail you received, correct?

A.    It's not quite the same.

Q.    Yeah.  Hold on one second.  I -- let's do a different -- okay.  Sorry.  We will -- scratch that last document as Exhibit 5.  We will make Exhibit 5 this document, which is State 021368 to State 021379.  Okay. So this will be Exhibit 5.  All right.  So this e-mail was forwarded to you by Warden Neal on January 14th, at around 2:00 p.m., right?

(Exhibit 5 was marked for identification.)

A.    Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

BY MS. PIERCE:

Q.    Is that right?

A.    Yes.

Q.    Okay.  And the e-mail below is forwarded from Investigator Burke, correct?

A.    I think so.  I couldn't --

Q.    Okay.  So it says here, "Note the update below from Investigative Supervisor C. Burke"?

A.    Correct.

Q.    Okay.  So down here, there's a timeline of the fire.  Is this more or less the timeline that you received and reviewed?

A.    That's not the timeline that I have.

Q.    Okay.  What is the document -- tell me the Bates number on the document you have?

A.    I think if you go down a little further.

Q.    I see.  Okay.  This one from McCann?

A.    No.  The -- the document I have is from -- William Lessner sent the document to Warden Neal, myself, Dawn Buss, Casie Klepinger, Todd Tappy.  It's titled Very Brief Summary, with Smith's name and DOC number on it.

Q.    I got it.  Okay.  So if we scroll down to the last page, this is it here, right?  Lessner --

A.    Yeah.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.   William Lessner on 7 -- or sorry, January 14th, at 3:11 p.m.?

A.   Correct.  That's the one.

Q.   Okay.  Thank you.  Okay.  So this says that, "At approximately 10:09 a.m., Officer D. Crockett conducted count and secured offender Michael Smith's DOC number 953102 door.  At 10:53 a.m., you can slightly see flickers of flame in the cell.  At 10:55 a.m., the fire is very visible, but still in the cell. Offender Smith can be seen the entire time at the front floor of the cell at the door.  At 10:57 a.m., the flames have completely engulfed the cell and are moving outward. By 10:58, the flames are spread out and upwards out of the cell.  Staff are on the range and attempt to use a water fire extinguisher, which has no effect."  So this indicates that at least five minutes went by before staff responded to the fire, correct? After it started?

A.   Correct.  From the first time it was visible, yes.

Q.   Okay.  And that -- that's the first time it's visible from the surveillance video, right?

A.   Correct.

Q.   Okay.  Does this timeline raise any concerns for you that it took staff five minutes to get up to the range after the fire started?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.   Yes and -- and no.  So staff weren't alerted, according to their reports, until the actual -- a fire alarm went off, which was at -- at 10:58, they were alerted that the fire alarm went off.

Q.   **Okay.  Are you concerned that staff said they weren't alerted to the fire until the fire alarm went off, when the flames were coming out of the cell, at least a minute before that?**

A.   It is.  I mean, they would have to be there to see that.  And if they weren't on the range at the time to see the flames, then they wouldn't have been alerted to it.  And I don't -- I don't know if anybody called out or anything else happened, just that, in their reports, they say that at 10:58, they called the 10-71 and then they responded to the fire at -- according to the video at 10:58.

Q.   **Okay.  Did you take any steps to determine whether or not inmates were alerting staff to the fire before the fire alarm went off?**

A.   Other than watching the video, no.  I mean, I -- I don't know how I would have known that.

Q.   **You could speak to offenders in the cell house, right?**

A.   Right.

Q.   **Okay.  You could look at video that -- strike**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

that. Let's -- taking five minutes to identify and respond to a fire is a long time, right?

A. I would say so, yes.

Q. And one of the reasons that Mr. Smith died is because they didn't get to the fire sooner, right?

A. Correct.

Q. If someone had arrived at the fire shortly after it started with a fire extinguisher, Mr. Smith might've been saved, right?

A. Correct.

Q. So did you take any steps to determine what could have been done to make sure that prisoners are timely let out of their cells if a fire starts in their cell?

A. Other than reviewing the -- the video, no.

Q. If staff aren't identifying a fire for five minutes in a cell house, some changes need to be made, right?

A. I would agree.

Q. Okay. Did you implement any changes?

A. For this incident as a result of the debriefing?

Q. Yes.

A. Yes.

Q. Okay. And what changes did you make to make

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit J

sure that staff would more quickly identify and respond to a fire?

A.   So I didn't make any changes for them to be able to respond more quickly, but there were other changes that were made as a result of the debriefing.

Q.   And what are those?

A.   The one -- the one change that we made was incorporating a chemical fire extinguisher on all the ranges, as well as a water fire extinguisher.

Q.   Okay.  So prior to this, some ranges just had water fire extinguishers?

A.   Correct.  They just had water on all the ranges.

Q.   Anything else that you did?

A.   No.  I think that was the one change that -- that we implemented as a result of that.

Q.   Okay.  And so there were no other changes that were implemented as a result of this fire, correct?

A.   Not that I'm aware of.

Q.   All right.  And we'll stop sharing this. Let's take a look at the critical incident debriefing that I will mark as Exhibit 6.  All right.  This is State 000104 to 105.  All right.  This is the critical incident debriefing that was done in response to the fire that killed Mr. Smith, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

(Exhibit 6 was marked for identification.)

A.    Correct.

BY MS. PIERCE:

Q.    And this is the typical form that's used, right?

A.    Correct.

Q.    All right.  So the staff -- this was done, it looks like, about a week after the fire, right?

A.    Correct.

Q.    And then the people in attendance were you, Major Wardlow, who's the custody supervisor, correct?

A.    Correct.

Q.    Captain Gillespie, Deputy Warden Buss, Lieutenant Jones, Lieutenant McCormick, Deborah Taylor, and Lieutenant Winn, correct?

A.    Correct.

Q.    Okay.  So besides Lieutenant Jones -- or strike that.  There's no one here who was actually assigned to A-Cell House, correct?

A.    I don't know or I don't recall where Lieutenant Jones, and Lieutenant McCormick, or Lieutenant Winn was assigned that day.

Q.    I will tell you that -- or I will represent to you that the people assigned to the cell house were Nadine Smith was the lieutenant in charge, Walton was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

the sergeant in charge, and then Cross and Crockett were the officers assigned to the cell house. None of them are present here.

A. Okay. I thought -- Jones and McCormick, I thought you said were -- they were assigned to A-Cell House. They may have been assigned to a different cell house.

Q. Does it raise any concerns to you that none of the people actually assigned A-Cell House were here to discuss what could have been done differently in response to the fire?

A. A little, yes.

Q. Can you really have an effective conversation about what was done and what could have been done differently if they weren't here?

A. Yes, I think you could.

Q. Well, if they don't come, you can't ask them when they first started hearing people yell in the cell house, right?

A. Right.

Q. Okay. So as far as you know, there's no indication here that you did any assessment of when they first started to hear people yelling, right?

A. Correct.

Q. Okay. So it's totally possible that they

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

heard people yelling and just didn't do anything until they heard a fire alarm, right?

A.    I mean, I guess it's possible, yes.

Q.    Okay.  This is something you would want to know when you're doing a debrief, right?

A.    Yeah.

Q.    Okay.  So if we look down at staff -- review of staff and offender actions during the incident, it says, "Staff response and actions were deemed within the scope of policy and procedure."  Did I read that correctly?

A.    Correct.

Q.    Okay.  What is this -- strike that. You didn't actually speak with any of the staff to determine what exactly they did in response to the fire, right?  You just relied on their incident reports?

A.    Their incident reports and the video.

Q.    Okay.

A.    And the staff that were there.

Q.    Okay.  So you wrote this without knowing whether staff actually just ignored offenders yelling for help, right?

MR. ARNOLD:  Objection as to form.  You can answer.

BY MS. PIERCE:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Kentuckiana
COURT REPORTERS

**Exhibit J**

Q.   That's correct, right?  You wrote this without determining whether or not staff actually ignored inmates yelling for help, right?

A.   Right.  I -- yeah, I don't know.

Q.   Okay.  So you wrote that they complied with policies and procedures, but you don't know whether they were actually monitoring the cell house or ignoring cries for help from the inmates in the cell house, correct?

A.   Correct.

MR. ARNOLD:  Objection as to form.

BY MS. PIERCE:

Q.   Okay.  And you don't know what they were doing at the time that the fire started, right?

A.   Correct.  I -- I -- I don't know.

Q.   Okay.  Factor 2 -- or Item 2, it says, "Factors that may have contributed.  Paint" -- the first one is, "Paint on the cell wall."  What about the paint on the cell wall may have contributed to the fire?

A.   So over the years, paint on the cell walls, if the fire gets going hot enough, it will flash over and that will literally burn the paint right off the walls.

Q.   So has anything been done in response to the paint on the cell walls?

A.   A lot of the cells we've scraped and repainted

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

in some of the cell houses to get rid of that.

Q.    And when was that done?

A.    I couldn't give you a date, actually.

Q.    Was it after Mr. Smith was killed?

A.    It was --

THE REPORTER:  I'm sorry, could you --

THE WITNESS:  I --

THE REPORTER:  Oh, go ahead.

THE WITNESS:  I -- I guess I really don't -- I -- I don't -- I can't recall a date.  I think -- I guess the important part of that was the factors that may have contributed was more so the curtain hanging that trapped the smoke into the cell, which then, as a result, caused the flashover of the fire and the paint on the walls to be burnt off.

BY MS. PIERCE:

Q.    And what is that based on?

A.    The video observation.

Q.    Okay.  So that's an observation that you made from watching the video?

A.    Correct.

Q.    And do you have any training or education in fire science?

A.    No.

Q.    And then the fire intensity escalating

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

quickly, that was a -- another factor identified?

A.    Correct.

Q.    Okay.  And that's something you knew about, right?  That fires can escalate quickly?

A.    I mean, they can, yes.

Q.    Okay.  And so that's a reason to be alert and respond quickly to fires, right?

A.    Yes.

Q.    Number 5, "Review of impact on staff and offenders."  There's, "The stoppage of normal operations in the cell house for a brief period."  Did I read that correctly?

A.    Correct.

Q.    Did you-all do any assessment of how this impacted the offenders who listened to Mr. Smith die?

A.    I do believe that mental health staff walked the unit and talked to the offenders.

Q.    And did you include any of that information in your discussion?

A.    No.

Q.    Are you aware of what mental health staff learned when they walked around and talked to the offenders?

A.    No, I'm not.

Q.    Did you take any steps to learn what mental

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

health staff learned?

A.   No, I did not.

Q.   "Critique of decisions made.  Appropriate decisions were made by shift supervisors, sergeants, and officers involved."  Did I read that correctly?

A.   Correct.

Q.   What is this based on that appropriate decisions were made?

A.   They made the appropriate decisions to call the signal.  They let the firefighters out. Firefighters reported to the fire station.  They got the fire extinguishers.  They attempted to put out the fire. They evacuated the offenders from the cell house. All that stuff is -- was looked at when that decision was made.

Q.   Okay.  We talked about earlier it's important to be as critical as possible, right?

A.   Correct.

Q.   You want to identify anything that could have been done differently or better to respond to the fire, right?

A.   Right.

Q.   You want to learn from incidents that happened and mistakes that happened, right?

A.   Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
COURT REPORTERS

**Exhibit J**

Q.   Did you look at what each individual officer and supervisor did?

A.   Yes.

Q.   Okay.  And so you know that one of the officers responded with a water fire extinguisher instead of an ABC fire extinguisher, right?

A.   Correct.

Q.   Was that the right thing to do?

A.   I would say yes.

Q.   Okay.  And why is that?

A.   That was the closest fire extinguisher for him to grab to go to the fire.

Q.   Okay.

A.   That was -- that was the one that was placed at the end of the range.

Q.   And other staff responded to the fire without any fire extinguisher at all.  Was that the correct mistake -- the correct step to take?

A.   No.

Q.   So should that have been noted here?

A.   Yeah, but I don't know that other staff didn't have a fire extinguisher.

Q.   Okay.  Well, if that did, that would be something that should be noted here, right?

A.   Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    And if one staff member went down to the bottom range, the 100 level, and just looked up at the fire, is that a correct step to take in response to a fire?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  Yeah.  I don't -- I don't know that a staff member did that.

BY MS. PIERCE:

Q.    Okay.  That would be something important to consider and to note here if it was done, right?

A.    Right.

Q.    Okay.  And if that is what happened, that's not the correct step to take in response to a fire, right?

A.    Correct.

Q.    Okay.  Here, Mr. Smith had a fire -- excuse me.  Had a curtain up in his cell, as we discussed, right?

A.    Correct.

Q.    So staff, during their rounds, didn't remove that curtain, right?

A.    Correct.

Q.    Okay.  That's something that should have been done differently, right?

A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    Okay.  Staff were all -- the reports show that staff were all inside the officer's station at the time the fire alarm went off.  That would be something to note here, right?

A.    Correct.

Q.    And that would be improper, right?  Staff members should be out whenever possible, walking the range, and looking around, right?

A.    Yes.

Q.    Okay.  So you would want to figure out if reports show that staff were all in the officer's station together, why they were all in the officer's station, right?

A.    Correct.

Q.    Okay.  And you would want to have some sort of discussion or assessment here of whether that was proper, right?

A.    Correct.

Q.    Do you see any assessment or discussion of that?

A.    No.

Q.    Did you have any discussion here about the time that it took a staff to respond to the fire?

A.    Yes, there was discussion.

Q.    And where is that noted here?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.   It's not.

Q.   Okay.  And what was the content of the discussion?

A.   As far as responding when they called the emergency, how long it took them to respond, and what they did was they did respond.

Q.   Okay.  And again, you didn't have anybody here who was in the cell when it -- the fire started, right?  In the cell house when the fire started?

A.   Not that I'm aware of, no.

Q.   Okay.  So hard to have a discussion about whether the response -- the -- they timely responded to the fire if there's no one here to talk about what they did, right?

A.   Correct.

Q.   I'm going to look down at Factor 8.  It says, "Factors or conditions which still exist and which could result in similar incident.  Excess incarcerated individual property."  How did that contribute to this fire?

A.   So excess property is a fuel load that will cause a fire to spread quickly.  So ever since the Devine fire, we -- he also had excess property in his cell, so we make an effort to try to reduce the property in the -- in the cell houses from the offenders to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

reduce the -- the amount of fire load that's in there.

Q.   And then damaged outlets.  That's something that's been a problem for years at Indiana State Prison, right?

A.   Right, as far as -- not so much damage, but more altered.

Q.   Okay.  And were any changes or additional steps taken to make sure that this problem was being addressed?

A.   Yes.  So now staff are -- are told that if they get to a cell that has excess property, that they are to e-mail the custody supervisor and we get a shakedown team together, and we go in and confiscate all that excess property.  We no longer allow the offenders to possess cardboard in their cells, or boxes, or material like that so that they can accumulate a lot of items that are very flammable.

Q.   And what about the damaged outlets?

A.   Again, those -- that's more like altered outlets.  And like I said before, staff are told to make sure, when they're doing their rounds, that they're looking at those to see if anybody has any kind of damage or alternation done to those outlets.

Q.   Here, Item 10, "Recommendations for a plan for improvement.  Staff are to call a signal for a fire

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

department right away." Based on your assessment, was there a delay in calling for the fire department?

A. There was conversation during the debriefing that there may have been a delay, but a view of all the reports and all the documents that I had really don't show that there was a delay.

Q. Okay. And what evidence showed that there -- what indication was there that there was a delay?

A. It was just somebody had -- had commented that there may have been a delay of them for calling. If I recall right, the firefighters had training that day and there was -- somebody had commented that the staff member didn't utilize the radio to call for help, that they had went outside and yelled for the offender firefighter, who was supposedly outside of the fire station. But I'm not sure that that happened.

Q. And then, "Staff are to inspect outlets." Was there a concern that outlets in the cells weren't properly inspected prior to Mr. Smith's death?

A. No. That -- that went back to the staffer [sic] to make sure that they're looking at the outlets to make sure that they're not damaged or have items shoved in the outlet that shouldn't be shoved in the outlet.

Q. Okay. So there was no concern here that staff

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

hadn't actually inspected to look for damaged cells or other issues in Mr. Smith's cell, right?

A.   No.  It was just written on there to make sure that we enforce that to staff to make sure that they are inspecting those so that, you know, it doesn't happen again.

Q.   Okay.  And then the training on the fire extinguisher, is that -- again, is just the online training that they get annually about how to use fire extinguishers, correct?

A.   That is something we're actually doing or implementing this next training cycle for in-service training to do an actual hands-on class.  I believe the safety hazmat manager will be putting together a class, or has put together a class, to give to staff.

Q.   Okay.  And that's something that's new, right? That's never happened before?

A.   In my 30 years here, it's happened before many, many years ago when I first started.  So it's something that we want -- as a result of this, we wanted to bring back to staff so that they have a more hands-on.

Q.   Okay.  So besides when you first started, this hands-on fire extinguisher training has never happened before, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

A.    Yeah.  I would say my first five years, we did it a lot, and then, after that, it kind of went to the CBT route.

Q.    Okay.  And so in the re -- last few years, there's been no hands-on fire extinguisher training, right?  It's just --

A.    No.

Q.    -- the annual computer training, right?

A.    Correct.

Q.    Okay.  All right.  And so that was all of the recommendations -- any recommendations that came out of your critical incident review were on that form that we just looked at, right?

A.    Correct.

Q.    And any criticisms, critiques, analysis, all of that was included on this form, correct?

A.    Correct.

Q.    So based on your review of the incident, you didn't find that staff did anything wrong in relation to preventing or responding to the fire, correct?

A.    Correct.

Q.    And no changes were implemented in response -- in regard to instructing or training staff in the aftermath of this fire, correct?

A.    Yes, there -- there will be in this next

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

training cycle.  So yes, it's been discussed, but it's had to been put together before we could do it, and now, it'll be done our next -- actually, coming up in July.

Q.   Okay.  But in the aftermath of this, there hasn't yet, to date, been any changes in staff training or instruction relating to how to prevent or respond to a fire, correct?

A.   No.

MS. PIERCE:  All right.  I'm going to have -- share with you what I'll mark as Exhibit 7?

THE REPORTER:  Let me double-check.  I believe that's correct.  Yes.  Exhibit 7.

(Exhibit 7 was marked for identification.)

MS. PIERCE:  Okay.  Thank you.  I do get off sometimes, so I appreciate that.

THE REPORTER:  That's okay.  We all do.

BY MS. PIERCE:

Q.   Okay.  This is the -- a copy of the Internal Affairs investigative report related to the Devine fire. This -- excuse me.  I'm sorry.  Michael Smith fire. This is State 000015 to State 000018.  Have you seen this before, Mr. Nowatzke?

A.   I believe so, yes.

Q.   Okay.  And Warden Neal would have received this as well, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    Correct.

Q.    And the safety hazard manager Taylor would have received this as well, correct?

A.    I'm not sure.

Q.    Okay.  Would Mr. Wardlow, the custody supervisor, have received this?

A.    Yes, he would have.

Q.    What about the captains and lieutenants?

A.    No.

Q.    But there had been a discussion amongst you and Warden Neal and Major Wardlow about what happened?

A.    Possibly, but I don't recall.

Q.    All right.  So this sets out a timeline from the camera footage.  Again, it shows that the fire started at least by 10:53, correct?

A.    Correct.

Q.    And that officers didn't respond until some time in -- at 10:58?

A.    Correct.

Q.    And it says here, at 10:58, "Officer Cross and Officer Crockett arrived at the cell with a water fire extinguisher"?

A.    Correct.

Q.    And then they later returned with an ABC fire extinguisher?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.   Correct.

Q.   So I want to look down at the interviews. It says, "On January 14th, 2023, Sergeant Jeniene Walton was working in A-Cell House, the count had just cleared, and she conducted a security walk on both 100 North and South ranges.  She went back into the officer's station with Lieutenant Nadine Smith, Officer Kevin Cross, and Officer Darnell Crockett were at."  Do you see that?

A.   Correct.

Q.   Okay.  So is that appropriate for all of them to be sitting there in the officer's station together?

A.   No, but it's a possibility.

Q.   Okay.  You would want to determine whether they'd all been sitting there for a long time or what was going on, right?

A.   Yeah.

Q.   Okay.  And then it says, "As they walked out of the officer's station, they noticed smoke coming out of the 200 North range," right?

A.   Correct.

Q.   So if somebody had been out there, they would have seen the smoke, right?  It was already coming out of the cell?

A.   Yes.

Q.   Okay.  And if smoke was coming out of a cell

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

like that, you'd expect the fire -- excuse me.  You'd expect the inmates in the cell house to be yelling, right?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  I mean, yeah.  They -- they could have been.

BY MS. PIERCE:

Q.    Well, you just read earlier that if they knew there was a real issue going on, they'd be yelling, right?

A.    Yeah, they normally yell.  I mean, I was -- I wasn't there, so I don't know.

Q.    Sure.  But based on your, you know, 30 years of experience or 20 years of experience in corrections, if inmates are locked in their cells and there's a fire in the cell house, they're going to yell about it, right?

A.    Yeah.

Q.    That's dangerous and scary, right?

A.    Absolutely.

Q.    Okay.  So you would expect, if a fire is big enough for smoke to be coming out and a fire to be coming out of the cell, that inmates are yelling, right?

A.    I would expect that, yeah.

Q.    And so a real question here looking at this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

report would be how long were the inmates yelling before the fire alarm went off, right?

A.    Right.

Q.    That's something you'd want to look into and something you'd want to make sure that they're looking for, right?

A.    Right.

Q.    If staff aren't aware to emergencies, that's one of the biggest risks you can have in a cell house, right?

A.    I would agree.

Q.    Okay.  So that's something you need to pay attention to and you need to address if staff aren't paying attention, right?

A.    I would agree.

Q.    Okay.  And so here, it would need to be investigated whether staff were ignoring cries for help, right?

A.    Correct.

Q.    After you reviewed this report, did it raise any concerns for you?

A.    I don't recall.

Q.    Did you have any discussions with Warden Neal or Major Wardlow about any concerns that were apparent after reviewing this report?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.    Not that I can recall.

MS. PIERCE:  All right.  So this is Exhibit 8?

THE REPORTER:  That's correct, yes.

(Exhibit 8 was marked for identification.)

MS. PIERCE:  Thank you.

BY MS. PIERCE:

Q.    All right.  This is a still, so just a screen grab from the surveillance video of the fire in A-Cell house on January 14th, 2023.  All right.  Can you see this okay?

A.    Yes.

Q.    All right.  So at this point, we can see Cell 252 here.  There is a pretty visible, large fire in that cell, right?

A.    Correct.

Q.    There's smoke coming out of it?

A.    Maybe very little.

Q.    Okay.  Well, we can see some smoke up here, right?  It'd be easier to see probably if we were watching the video, but you can see some smoke at the top of the cell house, right?

A.    If -- if there is, very little.

Q.    Okay.  At this point, given the size of that fire, you'd expect somebody to be yelling, right?

A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

Q.    Okay.  In fact, you -- they'd probably be yelling for a little bit already, right?  They'd be loud.  They'd have all known there was a fire and be yelling for help?

A.    Correct.

Q.    All right.  And then the officer station is down here on the left side, right?

A.    Yeah, but it's further down than that. That's the commissary cage.

Q.    Right.  It's just down past that building a little bit, right?

A.    Correct.

Q.    And does this raise concerns for you that there's no one out responding to this fire?

A.    At this point in time, no.

Q.    Even though there's a rogue fire here and people would have been yelling?

A.    If they -- if they were yelling and they could see the fire, then yes.  But I don't -- if somebody was standing at the end of the range at that time, I don't think they would see that fire.

Q.    They'd hear the yelling, right?  You said you could hear that loudly?

A.    Yes, ma'am.  Right.  If they were yelling.

Q.    And you'd assume, based on your experience,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

that they'd be yelling at this point, right?

A.   I would assume.  But also my experience, if they were yelling, they would be at their cell doors yelling and I don't see anyone at their cell doors.

Q.   Okay.  Hard to see whether they're at their cell doors, right?

A.   Well, if they were yelling for help, they'd be at their doors with their mirrors out screaming. I mean, you would -- you would definitely be able to tell on camera that they were yelling for help.

Q.   Okay.  I'm going to stop sharing that.  We'll do Exhibit 9.  Or I'm sorry.  Exhibit -- yes. Exhibit 9.  All right.  So this is a still from the same camera at 10:57:00.  The fire is much bigger now, right?

(Exhibit 9 was marked for identification.)

A.   Correct.

BY MS. PIERCE:

Q.   And there's a lot of smoke coming out now, right?

A.   Correct.

Q.   Almost certainly, at this point, they're yelling very loud, right?  They've been yelling for a minute probably now?

MR. ARNOLD:  Object to form.

THE WITNESS:  I mean, you would -- I would

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

assume they would be, but again, they would -- they would definitely be at their doors --

BY MS. PIERCE:

Q.    But it looks like somebody's hands are out here, maybe, at Cell 246.  It's a little hard to see, right?

A.    I just -- that looks like there's something on his locking box.

Q.    Okay.  But there's a lot of curtains up. We can't really tell whether people are there or not, right?

A.    Right.

Q.    Okay.  Do you have concerns that no one is out responding to this fire yet?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  I mean, I -- from the picture, I can't tell if anybody is responding at this time or -- or where they're at.

BY MS. PIERCE:

Q.    Okay.  Well, we don't see anyone, right?

A.    No, I don't see anyone.

Q.    Okay.  All right.  I'll share what I'll mark as Exhibit 10.  And this is going to be a still from the same camera a minute later at 10:58:00.  All right. Now the fire is coming all the way out of the cell and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

there is a lot of smoke, right?

(Exhibit 10 was marked for identification.)

A.    Correct.

BY MS. PIERCE:

Q.    All right.  Still, it's kind of hard to see if we can tell -- if we can see anyone at the front of their gates.  But people are absolutely yelling at this point, right?

A.    I -- I mean, I would assume that.  There is a guy at Cell 249 standing there with his -- his mirror out of his cell, so I would assume that he would be yelling at that time.

Q.    Well, 249 is on the other side, right?  This is -- are you talking about 248?

A.    248, yeah.

Q.    All right.  Hard to -- hard to see, I think, who is there or if there is someone there.  But yes.  But so you would assume people are yelling at this point, right?

A.    I would assume, yeah.

Q.    Okay.  And if anybody walked out, you'd see this fire, right?  It's coming out, there's smoke filling the cell house?

A.    Correct.

MR. ARNOLD:  Objection as to form.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

BY MS. PIERCE:

Q.   Are you concerned that, as you look here, there is no one responding to the fire?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  Yeah.  I -- I -- again, I don't know if there -- I mean, I don't see anybody on this shot, but I don't know if they're -- they might just be down the road and they might be responding already.  I don't -- I don't know.

BY MS. PIERCE:

Q.   Okay.  But it's concerning that there's no one here actually trying to put out the fire, right?  You can't see anyone at least all the way down, you know, a good 40 feet, right?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  Yes.

BY MS. PIERCE:

Q.   Sorry, could you repeat your answer?  It got cut off.

A.   Yeah, I don't know if it's -- it's 40 feet, but yeah.  Yeah.  I can't see anybody on this camera.

Q.   Okay.  This is not a proper response to a fire, right?  No one has responded in several minutes to a fire that is growing and emitting a lot of smoke, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit J**

MR. ARNOLD:  Objection as to form.

BY MS. PIERCE:

Q.   **Would you agree?**

A.   Yeah.  Based on the picture, I can't see anybody responding, but I don't -- I mean, I don't know what time this is, if they've already called the signal, if they're on their way up the stairs.  I mean, I don't know from the picture.

Q.   **Okay.  Well, this is 10:58.  We can look at the time, 10:58:00.  We can look at the size of the fire.  At this point, no one is trying to put out the fire.  Something has gone wrong in the fire response, right?  This is not how a fire response should go.**

A.   Right.  But at -- at that time --

MR. ARNOLD:  Objection as to form.

THE WITNESS:  -- that's -- at 10:58 is when they said they called the signal and they responded to the fire.

BY MS. PIERCE:

Q.   **Okay.  We don't know 10:58 and what seconds, right?**

A.   Correct.

Q.   **Okay.  But I think we're on the same page. You can agree that if no one is here putting out the fire when the fire has gotten this big over the time**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

that we've looked at it, something has gone wrong in this fire response, right?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  I -- I would say not necessarily that it's gone wrong.  If this is the time when they saw it or first initially -- or the alarm first initially went off, obviously response is going to take time from when they were alerted or when they'd seen it.

BY MS. PIERCE:

Q.  Okay.  So am I understanding your testimony correctly that, based on what you see here, you still believe this cell house was being properly monitored and supervised?

A.  I would say yes because I don't know where everybody else is at based on just this picture.

Q.  Okay.  Well, you know that when they learned about the fire alarm going off, they were in the -- at 10:58, when the fire alarm went off, they were in the officer's station, right?

A.  Okay.  So if this is at 10:58, then they're probably on their way responding and calling for help.

Q.  Okay.  So the fire alarm went off at some time in 10:58.  This is the earliest it could have gone off, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    Correct.

Q.    Okay.  So if this is when they first -- the fire alarm first went off, they are, at best, calling the 10-70 and leaving now, right?

A.    Correct.

Q.    Okay.  So it could still be several seconds, even more, before anybody calls -- before the fire alarm goes off and anybody calls a 10-70, right?

A.    Right.  It could be a few seconds.

Q.    Okay.  So based on this that we see right here, you have no concerns about whether this cell house is being properly monitored and supervised?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  I mean, obviously I have concerns because there's a fire in the cell and there's nobody around it putting it out.  But I don't -- again, I don't know where they're -- where they're at at this time or what they're doing.

BY MS. PIERCE:

Q.    Okay.  And you didn't take any steps to assess that because you didn't talk to them, right?

MR. ARNOLD:  Object to form.

THE WITNESS:  Correct.

MS. PIERCE:  All right.  I am going to share what I will mark as Exhibit 11.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

(Exhibit 11 was marked for identification.)

BY MS. PIERCE:

Q. And this is a still from the same camera at 10:58:23. No, I'm sorry. 10:58:18. All right. The fire is really coming out of the cell now. It's going onto the next range, right?

A. Correct.

Q. There is a ton of smoke. It's going all the way down the cell house, right?

A. Correct.

Q. People are yelling at this point, right?

A. I would expect that, yes.

Q. Okay. And we still don't see anyone at 10:58:18, right?

A. It's hard to tell, but it looks like there might be somebody down the range there.

Q. Okay. It looks like maybe there's possibly somebody coming down the range, but we don't see anyone actually trying to put out the fire yet, right?

A. Yeah, no.

Q. Okay. Again, does this raise concerns for you?

A. Yes.

Q. Okay. And you watched this video, right?

A. Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit J

Q.   Okay.   Is this one of the angles of the camera video that you watched?

A.   Yes.

Q.   All right.   And now, this will be Exhibit 12. 10:58:23.   All right.   At this point, we finally see somebody here spraying the fire, right?

(Exhibit 12 was marked for identification.)

A.   Yes.

BY MS. PIERCE:

Q.   Okay.   This is, we know from the investigative report, a water fire extinguisher, right?

A.   Yes.

Q.   Okay.   So at 10:58:23, this is the first time that we see someone actually trying to put out the fire. They're using a water extinguisher rather than a ABC fire extinguisher, right?

A.   Correct.

Q.   Okay.   Based on what we've looked at here, has something gone wrong in this fire response?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  Not -- just based on looking at this picture, I would say no.

BY MS. PIERCE:

Q.   Okay.   So you don't have any concerns that something went wrong in this fire response?  This was a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A-okay fire response based on your assessment?

A.    I mean, just based on this picture, staff is there and they're attempting to put the fire out with a fire extinguisher.

Q.    Okay.  They're using the wrong fire extinguisher, right?

A.    I would -- I would not say they're using the wrong fire extinguisher.  I -- yeah.  I would say they're there using a fire extinguisher that they were able to get a hold of probably the quickest.

Q.    Okay.  And the timing of this response, based on what we look at, you have no concerns about the timing of the response?

A.    I mean, obviously I would have liked the response to be a lot quicker.  From the minute that the fire was noticed on camera, I would have liked somebody to respond.  But, I mean, it didn't happen, so -- and I wasn't there, so I don't know what was taking place at that time other than watching the video.

Q.    Okay.  And you're in charge of the analysis, right?  You're in charge of the critical incident review, right?

A.    Right.

Q.    Okay.  And you did not note anywhere in your critical incident review that a more timely response was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

needed, right?

A.   Correct.

Q.   And you didn't initiate any discussions with anybody about how a more timely response could have been conducted, right?

A.   I mean, that -- that was discussed in the how we could have made it more timely, but it wasn't documented anywhere in the report.

Q.   And what did you do -- what did you say could have been done to make a more timely response?

A.   I mean, if they were alert -- had been alerted to the fire earlier, if the curtain was not up to prevent the smoke from coming out of the cell to activate the alarm system.  Basically, that was what was discussed.

Q.   Well, you don't know whether they were alerted to the fire earlier because you don't -- you didn't take any steps to learn when the fire -- when the inmates were yelling, right?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  Correct.

BY MS. PIERCE:

Q.   Okay.  And did you say, you know, hey, maybe we should look at adding more smoke alarms because it took a long time for this smoke alarm to go off?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

A.   No, I didn't.

Q.   And did you say, hey, maybe we want to make sure that people are on the range at all times so that they will see something like this occurring more quickly, so that they can respond more quickly?

A.   No.  We did not.

Q.   There were similar problems with the Joshua Devine fire, correct?

MR. ARNOLD:  Objection as to form.

BY MS. PIERCE:

Q.   You can answer.

A.   With response?  Yes.

Q.   Okay.  And so there was a problem where staff didn't respond timely enough to the cell with a fire extinguisher, correct?

A.   Correct.

Q.   And, in fact, in the case of the Devine fire, by the time they tried to open the cell door, the -- they were unable to because the heat had caused it to get stuck, is what they said, right?

A.   I -- I don't recall, but I'm sure that -- yeah, probably that was in there.

Q.   Okay.  So you-all were aware, after the Devine fire, that a timely response to a fire was critical, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

A.    Correct.

Q.    And you-all knew that the only way to identify an emergency, like a fire, in time was to have somebody out monitoring the cell houses, right?

MR. ARNOLD:  Form.

THE WITNESS:  Correct.

BY MS. PIERCE:

Q.    Is that right?

A.    That's correct.

Q.    Mr. Nowatzke, have you ever been disciplined at any time while you've been working at Indiana State Prison?

A.    Yes.

Q.    What have you been disciplined for?

A.    I was counseled at one point for -- so it wasn't really a formal discipline, but it was a written counseling for not reporting an incident that happened between two staff members.

Q.    And what was that incident?

A.    It was something to do with sexual harassment or -- or something along those lines, that I failed to act in a timely manner.

Q.    Any other times that you've been disciplined or counseled?

A.    Not that I can recall.  No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

Q.    Have you ever received any kind of negative performance review?

A.    No.

Q.    Have you ever disciplined staff for failing to adequately monitor a cell house?

A.    Not for that specifically.  But in a roundabout way, yes.  So like, let's say a staff member has been caught sleeping, obviously, that's the dereliction of their duties, and they are not doing what they are required to do, which could be considered not doing their rounds and all that too, so yeah.
It wouldn't be specifically for not doing your rounds, it would just be for a dereliction of duty because you were sleeping on the job.

Q.    Okay.  So the only time that you recall disciplining anyone for not -- in one way or another not monitoring the cell house correctly, is when they have been caught sleeping, right?

A.    It would be that.  And then we also discipline staff for not conducting PIPE rounds --

Q.    Okay.

A.    -- which are the required half-hour walks.

Q.    Is that a common problem?

A.    It had been in the past, yes.

Q.    Was it a problem in 2023?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

A.    I would say it probably was, yes.

Q.    Based on what happened with the Michael Smith fire, do you wish that you and other supervisors at ISP had implemented any other changes following that fire that you didn't implement?

A.    Follow-up -- could you repeat that again?

Q.    Yeah.  We talked about all the changes that were made following the Devine fire, right?

A.    Correct.

Q.    Based on what happened with the death of Michael Smith, looking back, do you wish that you had -- you or other supervisors at ISP had implement different or additional changes?

A.    Not that I can recall, no.

MS. PIERCE:  Can we go off record for a moment?

THE REPORTER:  Sure.  We are off the record. It is 3:08 p.m. Central Time.

(A recess was taken.)

THE REPORTER:  All right.  We are back on the record for the deposition of Jason Nowatzke being conducted by Zoom.  My name is Olivia Sis.  Today is June 25th, 2025, and it is 3:21 p.m. Central. Counsel, you may proceed.

BY MS. PIERCE:

Q.    Mr. Nowatzke, were you present at the facility

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

when Michael Smith was killed in the fire?

A.   No, I was not.

Q.   And how were you notified about the fire?

A.   Via e-mail.

Q.   Was that on the day of the fire?

A.   Yes.  I believe so.

Q.   And did you actually get and review that e-mail on the day of the fire?

A.   I believe I did, yes.

Q.   And did you go to the facility on that day? I know it was a Saturday.

A.   No, I did not.

Q.   When was the next time you went to the facility?

A.   I believe it would've been on Tuesday because I think Monday was a holiday.  So Tuesday would've been the next time.

Q.   And did you engage in any type of response, or conversations, or communications before you went into the facility on Tuesday?

A.   Not that I can recall, no.

Q.   But you would've found out about it over the weekend when you got the e-mail on Saturday, right?

A.   Correct.

Q.   What did you do -- what did you first do with

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

relation to the fire when you got there on Tuesday?

A.   I don't recall exactly what I did that day.

Q.   Besides the critical incident debrief, you didn't have any -- you didn't take any action with regard to the fire, correct?

A.   No.  I -- well, I guess the only action I would've took is at some point, I went to the cell after it was released from I&I, or by I&I, so that repairs could be made to it.

Q.   Okay.  You didn't actually do the repairs. You just went to --

A.   No.  Right.

Q.   What was your role in going to the cell for repairs to be done?

A.   Just to assess to see how much damage was done, and to let the IPD know that -- what needed to be repaired.

Q.   Okay.  Any other steps that you took in relation to the fire beyond what we have discussed here?

A.   Not that I can recall.

Q.   Did you have any conversations with -- besides the critical incident debrief itself, did you have any conversations with Safety Hazard Manager Taylor about the fire?

A.   Not that I can recall, no.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

MS. PIERCE: And -- strike that. Okay. I have no additional questions. Thanks.

MR. ARNOLD: I don't have any questions.

THE REPORTER: All right. Perfect. Mr. Arnold, would you like to advise Mr. Nowatzke on read and sign, or would you like for me to explain?

MR. ARNOLD: I can do it.

THE REPORTER: Okay.

MR. ARNOLD: So, as you know, the court reporter has taken a transcript of what's said. You can review the transcript. And you can't, you know, make substantive changes to your testimony, but you can fix typos, or spelling errors, or anything, or you can waive that. Deputy Warden Nowatzke, it's -- did you want to review for -- the transcript for typos?

THE WITNESS: No. I think I'm okay with that.

MR. ARNOLD: All right. We'll just waive.

THE REPORTER: All right. Perfect. And I will go ahead and get transcript and video orders at this time. Megan, do you plan on ordering a copy of the transcript or video?

MS. PIERCE: Yeah. We will order it.

THE REPORTER: Okay. Transcript and video? Just transcript? Just video?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

**Exhibit J**

MS. PIERCE:  Just transcript for now.

THE REPORTER:  Just transcript for now. All right.  Perfect.  And then same question for you, Mr. Arnold, do you plan on ordering a copy of the transcript or video at this time?

MR. ARNOLD:  Yes for the transcript.

THE REPORTER:  Sorry.  Your audio cut out there a little bit.  Could you repeat that?

MR. ARNOLD:  Yeah.  We'll order a copy of the transcript.

THE REPORTER:  Order a copy of the transcript. All right.  Perfect.  And with that, I will go ahead and take us off the record.  It is 3:25 p.m. Central, and this concludes the deposition of Jason Nowatzke.

(Deposition concluded at 3:25 p.m. CT)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit J

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.

OLIVIA M. SIS
COMMISSION NUMBER NP0751861
MY COMMISSION EXPIRES
SEPTEMBER 26, 2031

OLIVIA M. SIS

COURT REPORTER/NOTARY

MY COMMISSION EXPIRES: 09/26/2031

SUBMITTED ON:  07/07/2025

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

**Exhibits**

**Exhibit 1_ Nowatzke**
70:22 71:1 72:23

**Exhibit 2_ Nowatzke**
72:24 73:3

**Exhibit 3_ Nowatzke**
88:6,9

**Exhibit 4_ Nowatzke**
123:20,22 128:25

**Exhibit 5_ Nowatzke**
160:8,9,19,21, 24

**Exhibit 6_ Nowatzke**
165:22 166:1

**Exhibit 7_ Nowatzke**
181:10,12,13

**Exhibit 8_ Nowatzke**
186:2,4

**Exhibit 9_ Nowatzke**
188:12,13,15

**Exhibit 10_ Nowatzke**
189:23 190:2

**Exhibit 11_ Nowatzke**
194:25 195:1

**Exhibit 12_ Nowatzke**
196:4,7

**0**

**00-9** 12:20 82:14

**000015** 181:21

**000018** 181:21

**000104** 165:23

**0002101** 12:18

**0002201** 12:19 82:10

**00185** 7:15

**009** 88:8 92:5

**009143** 88:7

**0203102** 12:19 82:18

**0203114** 12:18

**020958** 123:20

**020974** 123:20

**021163** 160:8

**021328** 70:23

**021330** 70:23

**021368** 160:20

**021379** 160:20

**026231** 72:24

**026233** 72:24

**1**

**1** 70:22 71:1,24 72:23 97:13

**1/14** 77:8

**10** 177:24 189:23 190:2

**10-70** 125:19 127:22 128:9, 12 194:4,8

**10-71** 127:22 128:9,13 163:14

**100** 93:8 121:7 122:5 145:10, 17 174:2 183:5

**105** 165:23

**10:02** 7:8

**10:09** 162:5

**10:53** 162:7 182:15

**10:55** 162:8

**10:57** 162:11

**10:57:00** 188:14

**10:58** 71:24 72:5 162:13 163:3,14,16 182:18,20 192:9,16,20 193:19,21,24

**10:58:00** 189:24 192:10

**10:58:18** 195:4,14

**10:58:23** 195:4 196:5,13

**11** 194:25 195:1

**11:30** 70:13

**11:44** 70:18

**12** 196:4,7

**14th** 71:14 153:6 160:22 162:2 183:3 186:9

**15** 12:5 47:4 69:17 131:20 140:25 141:5

**16th** 7:6

**18th** 73:1,7,10

**1995** 19:8 20:4, 16 40:24

**1:17** 134:6

**1:33** 134:11

**2**

**2** 72:24 73:3 78:19 93:1 98:11 128:1 169:16

**20** 22:17 69:17 140:25 141:5 184:14

**200** 65:20 183:19

**2007** 20:14,22

**201** 7:6

**2010** 20:25

**2013** 122:17, 20,23

**2015** 21:6,7

**2016** 21:10 130:25

**2017** 9:15 15:2 22:17 81:18 101:3,7 120:17 134:19 138:11 151:7

**2018** 15:2

**2019** 15:2 21:17 22:17

**2020** 15:2 22:17 34:18

**2023** 13:14,18 34:21 71:15 73:2,7 88:17 153:6 183:3 186:9 201:25

**2025** 7:8 70:18 134:11 202:22

**21** 15:2

**22** 15:2

**23** 15:2

**24** 15:2 146:23

**246** 189:5

**248** 190:14,15

**249** 190:10,13

**25** 15:3

**252** 186:13

**25th** 7:7 70:17 134:11 202:22

**2:00** 68:10 160:23

**3**

**3** 78:19 88:6,9 96:18 97:12 99:5

**30** 179:18 184:13

**30(b)(6)** 81:4

**3000** 115:2

**3:08** 202:17

**3:11** 162:2

**3:21** 202:22

**3:24-CV-** 7:15

**3:25** 206:13,16

**3rd** 19:8

**4**

**4** 123:20,22 127:5 128:25

**40** 38:21,25 114:22 191:14, 20

**40-hour** 38:18 39:5

**46204** 7:7

**5**

**5** 98:11 103:23 127:8 160:8,9, 19,21,24 171:9

**6**

**6** 127:15 165:22 166:1

**65** 160:9

**6:00** 68:9

**7**

**7** 127:19 162:1 181:10,12,13



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

**8**

**8** 81:15 134:14 176:16 186:2,4

**8:00** 68:17 72:12

**9**

**9** 122:2,17 134:16 188:12, 13,15

**9148** 88:7

**92** 19:14

**95** 19:22 20:14

**953102** 162:7

**A**

**A-CELL** 20:20 72:6 76:11 77:3,25 115:24 142:21 144:20 156:11 166:19 167:5,9 183:4 186:8

**A-OKAY** 197:1

**a.m.** 7:8 68:9 70:18 72:12 162:5,7,8,11

**A1** 92:12

**abate** 15:7

**ABC** 173:6 182:24 196:15

**ability** 10:22 25:7 35:22 84:18 112:7 129:22 141:21

**absolutely** 60:16 65:23 144:5 148:19 184:20 190:7

**academy** 36:14

**access** 82:24 101:11 102:9

112:15 143:15 150:24

**accessible** 90:25 97:25 101:12 140:16

**accumulate** 177:16

**accurate** 142:25 152:10

**act** 200:22

**acted** 145:5

**acting** 54:13

**action** 44:1 81:22 147:12 204:4,6

**actions** 168:8, 9

**activate** 78:8 128:5,7 198:14

**activates** 115:3

**actively** 51:17

**actual** 14:5 44:6 68:9 71:21 120:7 163:2 179:13

**adapters** 66:23

**add** 87:12,13 121:5

**added** 86:20 101:8 102:6 120:20,22 122:9 151:15 158:20

**adding** 198:24

**addition** 30:11 71:17

**additional** 28:11 30:12 39:23 43:4 65:3 66:23 70:3 73:23 77:11,15 92:8 96:17 100:9,14 177:7 202:13 205:2

**address** 27:6 54:2 107:19 113:15 129:15 147:12 185:13

**addressed** 25:18 30:6,8 31:2,5 43:16 44:8,10 85:2 133:22 156:22 177:9

**adds** 86:21

**adequate** 103:6 111:4 117:4

**adequately** 26:21 27:5 103:11,15 132:13,24 151:19 201:5

**adjusted** 87:13

**adjustments** 35:22 90:11

**administration** 97:10

**administrative** 12:8,9 41:5 74:12,14 83:9 148:6,7

**advise** 205:5

**advised** 94:1

**Affair** 50:14

**Affairs** 47:16, 20,22 48:3,5, 11,17 50:3,5,9, 12,18,25 52:1 143:13 181:19

**affect** 10:21

**affected** 23:12 136:17

**affirm** 8:14

**after-action** 134:19 135:13, 23 138:24 150:25

**aftermath** 180:24 181:4

**afternoon** 69:1

**agree** 8:9 95:18 143:17 158:23 159:6, 19 164:19 185:11,15 192:3,24

**agreed** 8:7

**ahead** 10:14 86:21 138:18 141:3 170:8 205:20 206:12

**aid** 38:6 113:25 114:24 115:7

**alarm** 99:24 100:8 120:7 163:3,4,6,19 168:2 175:3 185:2 193:6,18, 19,23 194:3,7 198:14,25

**alarms** 99:21 100:2,3,9,14 198:24

**alert** 99:19 107:14,20 171:6 198:11

**alerted** 163:1, 4,6,11 193:8 198:11,16

**alerting** 163:18

**allegations** 157:6,11

**allowed** 52:21 66:13 67:16

**alter** 62:7

**altered** 62:24 63:7,20 64:20 66:16 92:14,20 93:21 94:11,19 95:3 96:6 129:3,6,7 130:4,16 131:20 132:7,9, 13 177:6,19

**altering** 129:19,24

**alternation** 177:23

**Amanda** 24:11

**amend** 84:18 87:10 117:10

**amending** 86:13 88:3 89:2

**amendments** 86:16 88:20 89:7,10,12

**amount** 177:1

**analyses** 136:9 140:19

**analysis** 135:24,25 136:1 137:11 138:10 139:1,6, 16 180:15 197:20

**and/or** 81:17 134:17

**angles** 145:22 196:1

**annual** 14:20 38:24 39:10,23 85:20 91:12 122:25 123:1 180:8

**annually** 38:16,22 85:16 86:11 179:9

**answers** 9:20 10:8,10

**apparent** 185:24

**appearance** 7:18

**appearing** 7:21 8:3

**appears** 75:4

**appraisals** 33:17

**approval** 28:2, 8 57:1 86:23

**approved** 26:14 87:2



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

**approving** 86:25

**approximately** 162:5

**area** 29:1 33:8 79:8 97:7 102:13 110:23 127:6,16

**areas** 29:11 96:14 97:3,8 99:10 136:17

**arise** 25:8

**Arnold** 7:23,25 8:2,11 18:18 168:23 169:11 174:5 184:4 188:24 189:15 190:25 191:4, 15 192:1,15 193:3 194:13, 22 196:20 198:20 199:9 200:5 205:3,5, 7,9,18 206:4,6, 9

**arrived** 164:7 182:21

**Art** 24:5 28:16 67:17

**assaulted** 45:10 49:13

**assess** 80:24 117:18 126:6 143:4 194:20 204:15

**assessing** 25:16 43:15 100:8 103:5 129:14 134:21 135:20 148:17

**assessment** 55:24 76:20 79:16 100:13 120:18 158:25 167:22 171:14 175:16,19 178:1 197:1

**assessments** 76:23 121:12

**assign** 50:22 56:22 83:24

**assigned** 84:2 96:14 108:13, 21 144:20 166:19,22,24 167:2,5,6,9

**assigns** 85:16 111:15

**assist** 16:22 17:2 37:16 117:15,18 133:4,7

**assistance** 98:24 116:12

**assistant** 41:5 74:13,15 148:6, 7

**assists** 16:25

**assume** 9:25 89:17 122:6 130:1 139:22 158:17 187:25 188:2 189:1 190:9,11,18,20

**assuming** 133:19

**attached** 49:4 57:19 71:18,22 102:11

**attack** 111:20

**attempt** 111:20 162:14

**attempted** 172:12

**attempting** 197:3

**attend** 45:20, 21 46:1,4,5,9 69:4,19,22

**attendance** 166:10

**attention** 27:4 76:4,6 107:22 115:1,21 116:13 185:13, 14

**attorney** 7:23 8:3 11:21,23 12:4 18:4

**audio** 8:1 206:7

**audit** 121:16,17 138:8

**audited** 122:3

**auditing** 81:19 119:23

**auditor** 121:11

**audits** 16:16 26:23 81:21 122:22 123:1

**authored** 13:25

**authority** 84:18 107:4 143:21

**automatic** 99:6,7

**avoid** 10:9 48:13 144:16

**aware** 31:20 40:18 42:6 61:3,5 76:9 79:9 81:1 86:2 91:13 94:21 99:17 106:19 109:12 110:5, 19 111:2 113:19 114:16 121:11,14 128:17,19 139:3 140:21 156:10,14 165:19 171:21 176:10 185:8 199:23

---

**B**

---

**back** 28:15 29:10 36:4 53:23 56:25 70:15 72:21 75:20 76:7 87:21 101:7 103:16 111:13

113:11 133:22 134:8 155:7 178:20 179:21 183:6 202:11, 19

**backpack** 120:24 122:8 151:17

**bad** 27:3

**bar** 102:9,11

**based** 64:3 67:12 88:25 89:16 114:11 115:5,18 170:17 172:7 178:1 180:18 184:13 187:25 192:4 193:12, 16 194:10 196:18,21 197:1,2,11 202:2,10

**basic** 38:6 113:24,25 114:24 115:7

**basically** 18:24 37:24 42:24 73:6 84:12,15 86:6 112:7 113:13 121:24 150:20 198:14

**basis** 32:17 41:20 63:25 73:18 83:16 85:20 87:9

**Bates** 161:15

**Beal** 24:22 25:1

**begin** 10:5

**beginning** 34:14 138:8

**behalf** 7:12,16, 20,24 8:4 81:8 134:24

**behaving** 75:17

**behavior** 49:12

**Bend** 7:15

**bi-annually** 31:15

**bi-monthly** 42:14

**bi-weekly** 42:12,15 43:7 75:23

**big** 45:17 54:15 75:21 90:7 184:21 192:25

**bigger** 188:14

**biggest** 185:9

**bimonthly** 42:16

**binding** 134:23,24

**bit** 11:4,5 140:22 187:2, 11 206:8

**block** 112:22

**blocking** 113:2

**board** 51:13,17 127:21

**body** 51:8

**bolt** 125:21,24, 25 126:3

**book** 33:7

**bottom** 71:24 78:19 104:18 174:2

**box** 124:14 189:8

**boxes** 33:20 177:15

**Brandyn** 8:2 18:15

**break** 10:15,18 70:11 134:4

**breakdown** 22:1

**Brennan** 83:14,17 84:24 86:15 88:21



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

89:3 111:14

**briefing** 150:20

**briefly** 135:8

**bring** 127:12 179:21

**Brittany** 24:14

**broken** 104:10 112:18

**brought** 46:21 154:8

**building** 84:13 187:10

**buildings** 15:23

**Burke** 160:4,14 161:5,8

**burn** 169:22

**burned** 76:16

**burning** 144:7, 10

**burnt** 170:15

**business** 145:13

**Buss** 161:20 166:13

———

**C**

———

**cabinet** 124:14,16

**cage** 187:9

**call** 17:7 36:16 38:11 44:2 74:1,2 95:8 112:14 115:2,8 121:16 128:1,9 132:2 172:9 177:25 178:13

**called** 27:10 51:7 127:23 128:13 146:19 163:12,14 176:4 192:6,17

**Callie** 160:4,14

**calling** 178:2, 10 193:22 194:3

**calls** 194:7,8

**camera** 143:15 146:8 182:14 188:10,14 189:24 191:21 195:3 196:1 197:16

**cameras** 142:21,24 145:21,23,25 146:2,4

**campground** 19:12

**cans** 62:17

**capacity** 36:13

**captain** 14:1 21:8,9 71:14 142:3 158:2,3,4 166:13

**captains** 34:4 53:13 54:8 69:10 125:10 182:8

**cardboard** 62:17 177:15

**care** 30:8 33:3 42:11 51:8 58:7 97:9

**career** 20:10 52:18 67:25

**carried** 29:21 30:2 31:22,24, 25 32:1,3,10

**carries** 23:20 30:15

**carry** 31:19 32:6

**carrying** 29:15

**cart** 60:2 61:14

**case** 7:15 8:24 13:19 38:7,10 55:9 56:21 115:16 125:21 132:25 133:17

134:1 152:17 199:17

**cases** 50:22 63:15

**Casie** 161:20

**catch** 137:20

**categorize** 58:4

**caught** 61:19, 21 94:14 201:8, 18

**caused** 62:12 170:14 199:19

**causing** 95:24

**CBT** 39:14 180:3

**CBTS** 103:16

**cell** 29:16,17 31:21 32:2,10, 19,25 38:7 61:4,16 63:23 64:25 65:8,17, 18,19,20 66:10 67:20 76:16 90:18 94:5 96:1 98:5 100:17,21, 25 101:8 102:15 103:7 107:15,21,25 108:4,22 109:14,23 110:6,21 111:6, 9,18 112:16,19 113:8 114:13, 25 115:19,23, 24 116:8,23 117:5 118:1 124:3,8,9,17 125:21,24 126:10,16,18, 25 144:8,11 149:12 153:6, 14,24 154:6,10, 23 155:6 162:8, 9,11,12,14 163:7,22 164:14,17 166:24 167:2,6, 18 169:7,8,18, 19,20,24 170:1,

13 171:11 172:13 174:17 176:8,9,24,25 177:11 179:2 182:21 183:23, 25 184:2,16,23 185:9 186:12, 14,21 188:3,4,6 189:5,25 190:10,11,23 193:13 194:11, 15 195:5,9 198:13 199:14, 18 200:4 201:5, 17 204:7,13

**cells** 32:15 40:12 52:22 62:18 63:19 102:10 112:6, 23 131:18 132:13 164:13 169:25 177:15 178:18 179:1 184:15

**center** 45:7 54:14 58:8

**central** 7:8 12:10 28:3 36:8 37:21 42:13 70:18 83:11 84:21,25 85:5 134:6,12 202:17,22 206:14

**cetera** 120:13

**chain** 160:13

**chains** 125:23

**chairman** 51:10

**chance** 79:7

**change** 17:23 22:11,25 23:10 25:8,10 68:10 76:8 84:18 87:16,17,19 101:2 119:15 123:13 165:7, 15

**changed** 17:23 22:9 23:4,9

25:12,22 35:17 42:14 54:24 55:10 84:12,23 86:20 118:22 129:23

**charge** 17:2 29:17 37:20,21 45:25 54:14 65:10 79:9 106:5 113:5 135:9 159:7 166:25 167:1 197:20,21

**charged** 140:1, 5

**check** 66:15 68:15 93:9 105:15

**checking** 32:18 93:1,2,6, 11

**Checkpoint** 128:1

**chemical** 102:19,24 165:8

**chemicals** 15:22

**chief** 93:14 98:12,14,23,25 99:2,4,7

**Christie** 24:12

**cigarette** 61:6 62:16 131:5

**circulated** 141:11

**CISM** 78:8

**City** 9:5

**clarification** 9:24

**clarify** 36:17

**clarifying** 60:13

**class** 27:13 179:13,14,15

**classes** 25:6

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

classifier 103:17

classifiers 103:18

classroom-based 39:15,20

cleaned 17:16, 18

clear 10:3,11 39:19 63:5

cleared 40:12 183:4

close 13:14,17 19:2 149:11,16

closer 149:14

closest 173:11

coat 33:20

code 16:8

codes 15:17, 20,21 17:8

collecting 48:21

collects 157:24

college 19:15, 24,25

command 54:14

comment 75:19

commented 178:9,12

comments 104:2,3,4,9

commissary 67:3 187:9

commissioner 23:3 42:13 75:25

committee 68:18 73:14

common 32:1 65:13,15,16 129:11 201:23

common-enough 64:9

communicate 41:21 123:14

communicating 106:23

communications 13:1 203:19

compilation 90:5

complain 155:11

complete 19:18,21 56:10 57:5 152:10

completed 48:17,23 50:2 119:6

completely 150:21 162:12

completion 148:14

compliance 15:25 16:7 17:19 25:4 52:17 53:16,20 82:10

complied 52:2 147:6,10 169:5

comply 51:22

comprehensive 35:23

computer 39:21 180:8

computer-based 39:5

concern 155:15,21 178:18,25

concerned 163:5 191:2

concerns 132:12 133:16 154:16,18 156:15,22 157:2,3 162:23

167:8 185:21, 24 187:13 189:13 194:11, 14 195:21 196:24 197:12

concluded 206:16

concludes 206:14

conclusions 81:22

conditions 10:20 176:17

conduct 45:9 50:21 59:10 96:12 110:15 129:24 132:8 138:7

conducted 7:16 70:16 80:17 121:16 134:10 136:3 162:6 183:5 198:5 202:21

conducting 32:8 63:24 108:15 114:23 130:10 132:20 133:9 201:20

confident 101:4

confidential 91:2,3,6

confiscate 130:13,15 132:7 177:13

confiscated 131:20

confiscating 65:22

congregate 108:20

considered 98:14 201:10

construction 14:20 121:16

contact 125:18

127:23

content 90:1 119:12 176:2

context 154:5

contraband 42:20

contractors 100:6 120:3,9 121:20,23

contribute 176:19

contributed 169:17,19 170:12

control 29:3 60:18 93:1,2 125:18 127:21

conversation 11:20 18:11 79:22 130:7,20, 21,22,24 154:12 167:13 178:3

conversations 41:24 54:5 80:24 130:3 203:19 204:21, 23

coordinator 24:9,17,21,24 25:3,7,15 26:17 27:21 35:1,4, 12,15,21 36:7, 11 37:16 69:21 70:6 83:14 86:14 88:22 103:14 111:14 118:23

coordinator's 83:1 91:1

copies 90:9 91:11 119:11

copy 90:20,22, 25 138:13,15, 19,20,22 181:18 205:21 206:4,9,11

cord 66:4,5,6,

7,13

cords 64:19,20 65:3,14 66:11, 22

correct 9:6,7 11:9,10 13:7,8, 15,21 16:1,3,9, 18 17:12,24,25 19:4,5 21:2,12, 14,15,20 22:6 23:22 25:9 27:25 28:1,13, 14 29:19 31:11, 12 32:19,20 33:3,24 34:9, 10,22 35:11 36:19,22,25 37:1,4 38:23 39:16,19 40:21 41:7 47:17 48:1 50:9,10 51:19 52:10,11,23 53:1,9,10,22 54:3 56:4,5 57:10,14 58:1,2 59:19,20,22 60:20 61:19,23, 24 62:4,25 63:1,8,9,12,13 64:7,8,11,25 65:1,22 66:1 68:5,6 71:11, 12,15,16 72:1, 7,8 73:4 74:8,9, 24,25 75:2,3,6, 10 77:10,12,13, 17 78:13,16,17 80:1,4,7,15,20, 25 81:5,6,10 85:20,21 87:24, 25 88:3,4,8,10, 15,17 89:7,8, 11,14,15 90:16 91:5,15 92:21, 22,24,25 93:22, 23 94:1 96:23 98:5,6,9,10 99:12 100:10, 15,16,18 101:17,25 103:25 104:13, 14,16,17,21 105:10,13,14 106:6,7,14,15 107:9,22,23



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

108:2 109:15 111:19,22,23, 25 112:1,4 113:17 114:5 115:9,10 116:25 117:1,6, 7,12 118:13,14, 18 121:25 122:1,4,17,18, 20,21,23,24 123:9,10,17,18 124:1,2,4,5 125:15,20 126:5 127:7,10, 13,14,18 128:14,15,22, 23 129:1,2,4,5, 9 132:21,22,25 133:1 134:1 135:10,11,14, 15 136:24 138:24,25 141:18,25 142:1,23 143:2, 6 144:9,14,17, 18 145:8,20,22 146:10 147:7,8, 13 150:9,10,22 151:1,7,8,10, 11,14 152:4,7, 8,10,11,15,19, 20 153:6,7 154:3,14 156:7, 25 157:13 158:9 159:1,4, 12,16 160:10, 15 161:5,9 162:3,17,18,22 164:6,10 165:12,18,25 166:2,6,9,11, 12,15,16,19 167:24 168:12 169:1,9,10,15 170:21 171:2, 13 172:6,18,25 173:7,17,18 174:3,13,15,19, 22 175:5,14,18 176:15 179:10 180:9,14,16,17, 20,21,24 181:7, 12,25 182:1,3, 15,16,19,23 183:1,9,20 185:19 186:3,

15 187:5,12 188:16,20 190:3,24 192:22 194:1,5, 23 195:7,10 196:17 198:2, 21 199:8,15,16 200:1,6,9 202:9 203:24 204:5

**corrected** 17:9 25:22 86:4 105:23

**correction** 14:10 15:4,6,10 16:17 17:5 20:19 104:20, 22,25 105:9,12, 16,18,24 106:2 137:22

**correctional** 20:6,12,23,24 21:4,8,9 24:1 33:12

**corrections** 18:10 112:3 184:14

**corrective** 81:22

**correctly** 27:15 62:23 77:9 81:23 92:17 104:20 126:1 128:3 168:11 171:12 172:5 193:12 201:17

**counsel** 7:17, 19 8:9,18 70:19 134:12 202:23

**counseled** 200:15,24

**counseling** 200:17

**count** 108:18, 25 109:1,2,4 113:1 162:6 183:4

**couple** 11:15 63:4

**courses** 28:11

**court** 7:4,5,14 10:2,10 205:9

**courtroom** 9:21

**cover** 26:2

**covered** 113:10

**covers** 121:17

**create** 43:14 105:9

**creates** 26:10

**creating** 43:13 83:10,12 96:6

**cries** 169:8 185:17

**Criminal** 20:3

**critical** 14:4 42:5 43:24 44:4,13,19,25 45:2,3,11,21 46:9,25 47:15 48:4,6,18,22 51:25 52:4,12 58:4,10,14 80:11,15,17 134:20 135:9, 12,21 137:7 140:20,22,23 141:16,22 142:8,10 143:24 144:3, 15 145:7 147:1, 9,14 148:8,15 149:17 150:2, 11,16 151:3 156:3,5 157:17 159:7 165:21, 23 172:17 180:12 197:21, 25 199:24 204:3,22

**criticisms** 180:15

**Critique** 172:3

**critiques** 180:15

**Crockett** 162:5 167:1 182:21 183:8

**Cross** 167:1 182:20 183:7

**cry** 116:7

**CT** 206:16

**cuffing** 35:7

**current** 7:8 21:17 25:16 28:6,7 70:18 119:19 134:11

**curriculum** 26:7 28:7

**Curry** 37:22 136:5,8

**curtain** 170:12 174:17,21 198:12

**curtains** 52:22 53:5,24 54:1 189:9

**custody** 21:13 22:6,7,9,19 23:4,7,15 27:22,24 34:6, 12,22 54:6,25 55:2,12 69:24 93:24 116:24 117:2,15,19,22, 25 118:12 123:5,7 125:10 127:24 129:1 130:23 133:3 137:16 139:25 150:8 151:6 166:11 177:12 182:5

**customs** 81:16 134:17

**cut** 8:1 191:19 206:7

**cutters** 125:22, 24,25 126:4

**cutting** 83:6

**cycle** 179:12 181:1

---

**D**

**daily** 32:13,17 41:21 63:25 69:6,19,22 71:8

**damage** 177:5, 23 204:15

**damaged** 15:9 94:11 177:2,18 178:22 179:1

**danger** 107:9 127:17

**dangerous** 66:18 184:19

**Darnell** 183:8

**date** 101:13 170:3,10 181:5

**David** 24:12

**Dawn** 161:20

**day** 11:2 40:10 45:25 48:25 57:22,23,24 59:6 68:1,14 69:5,11 72:17, 18 77:25 136:15,18 145:13 155:12 166:22 178:11 203:5,8,10 204:2

**days** 47:4 68:4 74:23 76:15 77:21

**deal** 53:9

**death** 13:6,17, 18,23 45:8 76:16,22 77:7 142:11 144:7, 10 151:10 152:4 153:8 158:21 159:5 178:19 202:10

**Deborah** 166:14

**debrief** 141:12 143:25 149:18 156:3,5 157:18

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

159:8 168:5 204:3,22

**debriefing** 14:4 43:19,25 44:7,13,20 45:2,6,7,14,18, 22 46:10,22 47:8 48:4,7,18, 22 50:8 51:25 68:22 80:13,17, 21 141:13,16, 22 142:14,18 145:18 148:8 150:2,19 164:22 165:5, 21,24 178:3

**debriefings** 42:6 45:12 46:25 80:11,15 148:4,5 149:4

**debriefs** 134:20 135:12 147:14

**decide** 47:22 51:20 52:9 80:25

**deciding** 58:10

**decision** 117:10 121:5 172:14

**decisions** 172:3,4,8,9

**deemed** 168:9

**defendants** 7:24 8:4 18:6

**deficiencies** 15:12,14,15 16:2,4,6 18:9

**deficiency** 14:10,18,22 15:5,6,13 16:11,15,20 35:10,13,16

**define** 62:6 95:21

**degree** 19:19 20:2

**delay** 111:24

178:2,4,6,8,10

**demonstrate** 27:15

**department** 17:17 23:12 25:23,25 29:7 69:21 73:1,9, 12,15,16,17,24 74:1,2,4 75:15, 22 79:4,12 83:23 96:12 97:1,8,10,11 103:14,22 128:6,8 136:11 139:22 178:1,2

**depending** 83:15 88:1 112:9,11 115:8 143:11

**depends** 27:7 35:16 39:6 40:8 44:24 62:5 68:12 69:12 109:25 116:4

**deposed** 9:10, 12

**deposition** 7:9,16 9:3,17 10:25 11:17,21, 24 14:3,8 18:2, 7 70:16 88:14 134:9 135:5 152:2,7,21 202:20 206:14, 16

**deprived** 112:7

**deputy** 9:4 13:10,12 16:19 19:4 21:19,22, 24 22:4,5,8,9, 21 23:3,13,23 27:24 30:25 34:11,24 41:2, 7,10 44:12 50:11 53:12 54:7,10,20 57:3 58:17 68:4,7 69:9 93:19 117:13 135:9 137:11,16 140:1 142:6

159:20 166:13 205:14

**dereliction** 201:9,13

**describe** 40:9

**description** 159:24

**designated** 81:3,8 134:15, 23

**designee** 96:12

**detail** 38:3

**detailed** 79:22 158:24

**detection** 99:21

**detectors** 100:14 119:23

**determine** 52:1 75:11 76:25 83:20 126:13 145:25 146:16 147:6 163:17 164:11 168:15 183:13

**determined** 26:25 47:19 52:8 59:24 89:12

**determining** 52:5 53:9 100:2,9 103:6 123:8 169:2

**developing** 54:11

**developments** 107:20

**devices** 112:22

**Devine** 101:7, 14,21,22 102:7 117:21,23 120:17 138:11 139:16 140:2,6 151:7,14 152:14,18

176:23 181:19 199:8,17,23 202:8

**Devine's** 152:4

**DFW** 28:3

**die** 171:15

**died** 13:14 77:24 79:21 164:4

**difference** 30:18 48:3 73:11

**differently** 16:5 27:1 41:18 48:9 68:25 80:25 167:10, 15 172:20 174:24

**difficult** 66:3

**direct** 8:20 23:7 33:9,16 41:9 107:1

**direction** 98:24 128:16

**directive** 12:20 82:13 86:7,13 87:2 88:8 92:5 98:14 122:2,17

**directives** 15:19 86:25 87:22,23 88:3 89:21 90:2,5,15 91:21 92:2,6 98:3

**directly** 23:24, 25 24:4,7,16 56:11 70:5 153:24

**director** 16:24 24:5 28:17 31:10 67:16,22

**directors** 136:11

**directs** 29:22

**dirty** 17:16

**discarded** 148:12

**disciplinary** 50:21 51:7,13 52:14

**discipline** 50:19 51:3,4,9, 16 52:10 57:2 132:10 147:2 200:16 201:19

**disciplined** 51:21 132:5,6 147:7 200:10, 14,23 201:4

**disciplining** 56:15 201:16

**discuss** 35:4 44:6 54:1 68:21 73:18,19 78:9 141:8 148:2 150:25 157:2,3 167:10

**discussed** 68:25 71:9 77:15 78:9,12, 14 79:14 82:3 96:15 106:4 113:8,22 114:19 122:3 134:14 135:4,8 151:4 174:17 181:1 198:6,15 204:19

**discussing** 42:25 114:14 122:8 124:1 141:6

**discussion** 72:14 77:22 78:1,4,23 79:17,25 99:14 147:18,20 151:19,22 157:14 171:19 175:16,19,22, 24 176:3,11 182:10

**discussions** 80:4,14,16,19 185:23 198:3

**dispatched** 125:24

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

distance 146:6

District 7:14

Division 7:15

DOC 161:21 162:7

document 71:4,19,21 72:25 105:3 119:8 160:19, 20 161:14,15, 18,19

documentation 46:14 91:18

documentations 121:19

documented 32:12,22 78:6 118:18,20,21 119:2,13,14 198:8

documents 11:8,14 12:6,7, 21,22,24,25 14:7 18:12,14 82:3,4,19 136:25 178:5

door 126:18 162:7,11 199:18

doors 188:3,4, 6,8 189:2

dorm 131:20

dorms 61:15

Dory 24:15

double-check 181:11

drafting 54:21 83:2 86:13

drill 133:14

drills 39:25 40:2,4,6,7,14 132:21,24 133:6,9

drive 148:10 150:12,15,18, 24

due 49:11 86:18 104:10

duress 116:9

duties 201:9

duty 48:24 201:13

DWE 25:22 26:1,14,23 28:4,5 35:3,11 119:21

dying 159:18

_____

**E**

_____

e-mail 70:7,9 146:20,24 160:5,7,13,14, 15,21 161:4 177:12 203:4,8, 23

e-mailed 90:12

e-mails 13:1 68:16 69:3

earlier 63:11 71:9 82:4 96:15,20 113:24 132:19 135:4,8 140:23 172:16 184:8 198:12,17

earliest 193:24

easier 186:19

echo 24:3 155:18

echoing 83:4

edit 87:10,13

edited 150:21

editing 54:21 88:2

education 19:16,18 170:22

effect 81:17 134:18 162:15

effective 35:23 167:13

efficiently 107:19

effort 46:10,17 49:15,17 131:10 157:18 176:24

efforts 76:24

electrical 15:8 31:6,7,18 62:3, 6,11,23 63:19 92:14,20 102:25 129:3, 16 130:4 132:7, 9,13

electrically 62:20

electricity 67:23

electronic 119:8,10

element 150:4

emergencies 107:15,19 111:9,18 112:3 113:8,9,15,22 114:19 134:21 135:20 151:24 185:8

emergency 28:12 36:1,3,21 37:19,24,25 38:5 39:2 54:11,12 82:17 87:3,6,7,10,14, 19 92:10 97:17 109:18 111:6,8, 12,13 112:6,11 113:3,10 114:13 115:2,8, 16,19 116:11, 16,19 136:2,3,4 140:20 146:17 150:14 176:5 200:3

emitting 191:24

employee 38:16,20 39:22 40:20,23

employees 97:13

empty 24:18

enclosed 110:23

encourage 148:16

end 57:18 66:4 71:10 83:6 100:23 101:9 148:8 173:15 187:20

enforce 179:4

enforced 53:3

enforcement 20:3

engage 203:18

Engagement 25:23

engulfed 162:12

ensure 25:4

entail 44:3,5

entire 25:24 162:10

entity 33:19

equipment 37:18 93:2,3 98:23 99:22 119:24 120:4, 10,12,15,19,20, 22,24 121:6,10, 13,25 129:3,6, 19 130:4 132:7, 9,14 151:15

ERO 37:19,20 87:8,13 111:12 113:11,14

error 85:1

errors 205:13

escalate 171:4

escalating 170:25

escape 45:8

essentially 96:22,25

Estate 7:12

et al 7:13

evacuate 99:25

evacuated 172:13

evacuation 38:7 40:7 120:23 151:16

evacuator 99:23

evaluation 56:10 136:2

evaluations 56:7,13

event 72:4 158:22

events 42:18

everybody's 53:14 129:25

evidence 49:2 142:25 178:7

exact 9:14 47:1 89:23 99:22 101:13

EXAMINATION 8:20

exceeds 105:21

excess 176:18, 21,23 177:11, 14

excuse 44:23 76:11 158:4 174:16 181:20 184:1

exhibit 70:22 71:1 72:23,24 73:3 88:6,9 103:24 123:20, 22 128:25 160:8,9,19,21, 24 165:22 166:1 181:10,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

12,13 186:2,4 188:12,13,15 189:23 190:2 194:25 195:1 196:4,7

**exist** 176:17

**existed** 35:5

**existence** 112:2

**expanded** 110:24

**expect** 78:15 98:7 104:8 120:14 157:1,5 184:1,2,21,24 186:24 195:12

**expended** 92:16

**experience** 66:11 89:17 114:11 115:6, 18,22 184:14 187:25 188:2

**explain** 147:22 205:6

**express** 37:2

**expressed** 155:14,21

**extension** 64:19 65:2,14 66:22

**extinguish** 127:8

**extinguisher** 38:12 102:22 103:17 127:12 133:12 149:14 162:15 164:8 165:8,9 173:5, 6,11,17,22 179:8,24 180:5 182:22,25 196:11,15,16 197:4,6,8,9 199:15

**extinguishers** 92:16 93:9,11 100:17,20

101:15 102:12, 17,19,20,24 103:6,7,12,18 119:24 120:8 127:9 128:21 133:11 140:8 151:12 165:11 172:12 179:10

——————

**F**

——————

**facilities** 20:9 23:10 36:4 76:3 134:22 135:21

**facility** 12:20 15:14,18,19,23 16:12,13 20:15 22:3 26:8 27:10,17,23 28:10,19,24 31:17 33:15,19 36:21,24 37:9, 12,14 40:1 41:23 42:18 43:16,22 54:16 55:25 57:4,10, 17 60:8 62:11 67:9,18 69:2 70:9 73:17 78:5 79:25 82:13,24 83:12 86:7,13, 25 87:14,22,23 88:3,7 89:2,21 90:2,5,15 91:21 92:2,5,6,20 95:23 98:3 100:3 111:4 114:4 119:7,19, 25 121:9 122:2, 16 127:23 129:20 136:12, 22 137:15 139:13 147:17 151:9 158:15 202:25 203:10, 14,20

**fact** 153:19 187:1 199:17

**factor** 169:16 171:1 176:16

**factors** 169:17 170:11 176:17

**factory** 19:11

**facts- gathering** 136:21

**failed** 200:21

**failing** 49:24 51:21 132:6,7 201:4

**fair** 17:11,21 22:23 23:21 24:16 25:15 28:23 34:19,20 40:23 47:11,13 48:11,15 51:18 58:12 59:1 64:3 66:17 77:14 89:5,17 90:3 91:24 98:1 103:4 107:3,18, 24 109:8,11 152:12

**fairly** 59:21 129:11

**fall** 34:6 103:13 113:11 116:24 121:8

**falls** 129:20

**familiarize** 97:13 98:8

**fan** 17:15

**fans** 65:6 120:23

**feasible** 46:20

**federal** 82:11

**feedback** 106:17

**feel** 65:16 75:16 116:3

**feeling** 76:21

**feet** 191:14,20

**fellow** 76:16

**felt** 23:6

**field** 25:8 26:10,11,12,15, 20,23,24

**fight** 49:24

**fights** 45:10

**figure** 48:12,13 149:18 175:10

**figured** 67:21

**file** 59:9,10

**files** 82:23

**fill** 148:9,14 158:19

**filled** 150:21

**filling** 57:14 190:23

**finally** 196:5

**find** 48:6 65:18 66:3,10 130:12 180:19

**finding** 85:6

**findings** 42:20 56:24

**finds** 25:20 86:19

**fire** 15:17 16:8 28:12 38:7,10, 12 39:12,16,20, 23,25 40:2,4,6, 14,18,20 45:13, 16,17,19 58:19, 20,24 59:2,7, 11,13,17 60:4, 6,9 61:14,19,21 62:7,19,21 63:7,8 64:16 72:6 74:24 77:23,24 78:20, 23 79:21 81:19 82:8,11,14 84:5 92:7,13,16,21 93:1,2,9,11,13, 14,18 94:7,14, 16 96:13 97:14, 16,24 98:8,11, 12,14,22,23,25 99:2,4,6,7,19, 21 100:1,3,8,9, 14,17,20 101:7, 14,15,18,21,23 102:7,12,17,21, 24 103:5,7,12,

17 106:10,12, 14,18 111:21 117:21,23 119:24 120:6,7, 17,18,21,24 121:12,15 122:3,12,14 123:17 125:14, 15,18,21 126:4, 7,11,14,17,24 127:6,9,12,16, 25 128:6,8,10, 18,21 129:4,6, 16,19 132:20, 24,25 133:10, 12,13,18 134:1 138:10 139:2, 16 140:2,6,7 141:25 143:1 144:1,21 145:2, 4 146:14,18,19 149:10,14 150:9 151:12, 14,16,20 152:14,18 153:5,20 154:16 155:15, 22,25 156:13 157:8,12,20 158:6,21 159:2, 13,14,22 161:11 162:9, 15,17,25 163:2, 4,6,15,18,19 164:2,5,7,8,13, 16 165:2,8,9, 11,18,25 166:8 167:11 168:2, 15 169:14,19, 21 170:14,23, 25 172:11,12, 20 173:5,6,11, 12,16,17,22 174:3,4,13,16 175:3,23 176:8, 9,13,20,22,23 177:1,25 178:2, 15 179:7,9,24 180:5,20,24 181:7,19,20 182:14,21,24 184:1,15,21,22 185:2 186:8,13, 24 187:3,14,16, 19,21 188:14 189:14,25

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273** Phone
**502.584.0119** Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

190:22 191:3, 12,23,24 192:11,12,13, 18,25 193:2,18, 19,23 194:3,7, 15 195:5,19 196:6,11,14,16, 19,25 197:1,3, 4,5,8,9,16 198:12,17,18 199:8,14,17,24 200:3 202:3,4,8 203:1,3,5,8 204:1,5,19,24

**firefighter** 98:16,17 106:6, 23 107:4 128:8, 10 155:24 158:10,13 178:15

**firefighters** 93:9,11 98:19 106:9,12 107:2 121:1 122:11 127:20 128:14 133:7,8,16 156:10,21 157:23 158:14 172:10 178:11

**firemen** 126:25 127:21 128:2

**fires** 45:11 58:21,22 59:21, 25 60:1,5,8,10, 11,14,25 61:4,9 62:4,11,12,23 63:12,16 64:6 66:20 103:1 107:8,10,14 125:24 151:24 171:4,7

**fix** 15:6 80:1,4 153:15,22 154:11 205:13

**fix-it** 153:15,21 154:23

**fixed** 17:9 30:10 95:5 105:1,5 153:16

**fixing** 17:11,21 154:10

**flame** 162:8

**flames** 162:11, 13 163:7,11

**flammable** 177:17

**flash** 169:21

**flashover** 170:14

**flickers** 162:8

**floor** 7:6 110:12 162:10

**floors** 104:6,9

**foam** 120:24 122:8

**foamer** 151:17

**focus** 50:20

**follow** 25:13

**follow-up** 58:1 202:6

**food** 61:5

**footage** 182:14

**form** 96:24 150:20 166:4 168:23 169:11 174:5 180:12, 16 184:4 188:24 189:15 190:25 191:4, 15 192:1,15 193:3 194:13, 22 196:20 198:20 199:9 200:5

**formal** 136:1 200:16

**forward** 57:1

**forwarded** 138:20 160:22 161:4

**forwards** 74:22

**found** 17:15 84:23,25 104:5 123:13 203:22

**frame** 47:1,2, 10,11

**frames** 120:1

**frequency** 64:4

**frequently** 59:21

**Friday** 69:7

**front** 52:22 102:9 160:5 162:10 190:6

**FTM** 26:12,22

**fuel** 176:21

**full** 90:15

**fully** 67:10

**funds** 83:4

**future** 48:14

---

### G

**gates** 190:7

**gave** 91:23 139:8 152:17, 24

**general** 17:14 26:2 38:4 43:10 47:10 68:13 92:4 97:20,21, 25 98:4 104:5 123:6,15,25 125:1 127:16 129:1 132:2 154:12 155:8

**General's** 7:23 8:3

**generally** 17:20 41:12 48:16 68:7 69:16 75:19 76:15 78:11,15, 25 90:14 112:18 115:20 116:1,10,24 117:3 137:18, 21 139:11 140:24 141:23

**generals** 124:25

**generator** 31:16

**get all** 50:12

**Gillespie** 166:13

**give** 8:15 9:20 10:8 14:9 15:5 55:8 57:2 61:11,12 79:10 138:9 148:25 170:3 179:15

**giving** 10:9

**good** 8:22 44:25 76:15 106:13 191:14

**grab** 173:12 186:8

**graduate** 19:13,23

**grease** 102:25

**greater** 27:2

**grills** 33:20

**group** 36:21 136:6 137:14

**growing** 191:24

**guess** 14:7 22:16 27:7,13 34:17 35:16 39:6 40:8 41:14 44:25 47:7,21 49:10 51:13 53:6 59:23 60:1 62:5 64:23 66:10 67:8 75:12,14 83:25 87:12 95:21,24 97:6,9 106:19 109:23,25 112:18 116:4,8 126:15,22 139:9 140:12 143:11 149:8 155:9 168:3 170:9,11 204:6

**guessing** 47:3 101:4,6

**guidance** 127:24

**guy** 153:17,21 154:10,23 190:10

**guy's** 116:7

**guys** 53:25 154:19,25

---

### H

**half** 70:11 110:15,24 141:6,9

**half-hour** 27:13 201:22

**hand** 8:13

**handle** 26:9 36:21 70:4

**handling** 44:16 48:10 116:3

**hands** 189:4

**hands-on** 39:16,20 179:13,22,24 180:5

**hanging** 32:25 94:6 140:13 170:13

**happen** 30:13 42:18 44:23 47:11 48:8 59:21 60:11,12 61:16,17 62:11, 23,25 63:2,15 69:6 101:18 144:8,13 159:3 179:5 197:17

**happened** 20:22 21:7 22:22 43:11 46:11,14 48:6, 7,12 55:24 57:20 61:13,22 68:20,21 71:11 73:15 77:18

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

78:2 79:17,20, 22 80:20,22 101:15,20 143:10 144:1 149:2,6 159:10 163:13 172:23, 24 174:12 178:16 179:17, 18,24 182:11 200:17 202:2, 10

**happening** 27:2 41:23 48:13 68:12 79:24 95:17 144:17 149:19, 23

**Happenings** 42:17

**harassment** 200:20

**hard** 119:11 176:11 188:5 189:5 190:5,16 195:15

**Hawkins** 24:11,12

**hazard** 16:13, 14 18:8 40:3 92:21 93:18 94:7 95:3,12 96:7 98:24 99:1 100:7 103:4,10, 19 105:8,19 106:5 107:1 119:22 120:16 122:4 132:19 133:22 182:2 204:23

**hazards** 92:14 93:14

**hazmat** 29:24, 25 30:7,23 45:24 84:6 89:18 93:4,12, 16,25 98:13,21 100:4 104:24 106:21 107:6 140:9,14 158:18 179:14

**he'll** 87:1

**head** 10:9 29:8 51:10 69:21 73:1,9,12,15, 16,24 74:1,2,4 75:22 79:4,12 83:23 96:12 97:1,10 121:4 136:5

**heads** 73:17 97:8,11

**health** 15:17 16:8 82:11 112:15 121:15 171:16,21 172:1

**hear** 56:21 107:12 110:21 116:1 167:23 187:22,23

**heard** 100:5 155:18 168:1,2

**hearing** 11:4 50:22 51:8,13, 16 56:21,22 128:12 167:18

**heart** 55:20 111:20

**heat** 61:5 199:19

**held** 27:9 73:22,23 74:23

**helpful** 143:3

**helping** 62:21

**hey** 96:1 129:22 131:9 146:24 154:9 155:11 157:10 198:23 199:2

**hidden** 66:5

**high** 19:13

**higher** 19:15, 18

**highlight** 17:7 72:3

**hold** 56:23 65:20 160:17 197:10

**holds** 73:16

**holes** 25:17

**holiday** 203:16

**homemade** 62:16 64:19 65:2,14 66:4

**hooks** 140:13

**horrible** 144:7

**horrific** 144:11,17

**hot** 60:3 61:18, 19,20 62:6,7 63:3 64:20 65:6 66:12 131:6 149:9,16 169:21

**hotpots** 129:8

**hotter** 62:9

**hour** 70:11 74:6 110:15 115:7 141:7,9

**hours** 11:15 14:17 18:25 38:21,25 68:9 114:22 146:23

**house** 20:20 29:16,17 32:25 38:7 65:17,18, 19,20 72:6 76:11 77:4,25 100:18,21 102:15 103:8 108:5,22 109:14,23 110:6,21 111:6 114:13,25 115:19,23,24, 25 116:8,23 117:6 124:3,17 126:10,16,18, 25 142:21 144:20 153:14, 24 154:6,10 155:6 156:11 163:23 164:17 166:19,24 167:2,6,7,9,19 169:7,8 171:11 172:13 176:9

183:4 184:2,16 185:9 186:9,21 190:23 193:13 194:11 195:9 201:5,17

**houses** 61:16 90:18 98:5 100:25 101:8 107:15,21,25 111:9 118:1 124:8,10 170:1 176:25 200:4

**housing** 29:11 30:13 99:12,15

**HR** 57:1

---

**I**

**I&i** 146:20,21 156:24 157:1,5 159:24 204:8

**ICI** 33:9,11,23

**ICII** 24:1

**ID** 8:8

**idea** 54:2 145:14

**identification** 71:1 73:3 88:9 123:22 160:24 166:1 181:13 186:4 188:15 190:2 195:1 196:7

**identified** 30:5 36:20 171:1

**identify** 15:13 106:9 112:12 113:7,21 144:16,19,25 149:22 164:1 165:1 172:19 200:2

**identifying** 16:6,7 43:15 58:3,13 71:10 85:4 111:5 164:16

**identity** 8:7

**IDOC** 12:10,14 18:5 19:7,10 20:4 28:2 36:8 51:22 81:4,8 83:17 85:5 134:22 135:20

**IDOC's** 81:16 134:16

**ignoring** 169:7 185:17

**illegal** 61:6 65:8

**Illinois** 7:6

**imagine** 93:17 108:16

**immediately** 125:25 128:12 130:13 145:14 146:21 159:17

**impact** 171:9

**impacted** 171:15

**impacting** 78:4

**implement** 131:1 139:12 164:20 202:5, 12

**implemented** 89:7 165:16,18 180:22 202:4

**implementing** 139:19 140:2,5 179:12

**importance** 109:13

**important** 49:22,25 95:15 143:25 144:4, 15 155:9 156:6 159:14 170:11 172:16 174:9

**imposed** 81:23

**improper** 92:15,16 175:6

**improvement** 177:25



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

**in-service**
114:23 179:12

**inaccurate**
153:2

**incarcerated**
33:22 49:6,11,
18,21 50:6
51:5,6,9 52:21
76:21 77:3,8
78:5 138:1
144:10 176:18

**inches** 90:7

**incidences**
45:5 158:15

**incident** 11:2,8
13:22,25 14:4,5
42:5,25 43:5,
12,25 44:5,6,
13,20,25 45:2,
3,11,22 46:1,8,
9,24,25 47:8,
16,23 48:4,5,6,
18,22,23 49:4,
7,19,22 51:25
52:4,12 54:15
55:20 57:4,5,7,
8,10,14,16,19
58:4,5,10,14,24
59:3,9,13,16,18
68:18,21 71:18,
21,24 72:13
73:13 77:12,16
79:19 80:11,15,
17 94:17
134:20 135:10,
12,13,21 137:2,
4,8 140:23,24
141:6,7,10,13,
14,16,19,22,24,
25 142:2,8,11
143:25 144:3,
24 145:7,12
146:3 147:1,9,
14,21,22 148:1,
8,15,18 149:18
150:11,16,17
151:4 156:3,5
157:17 158:20
159:8 164:21
165:21,24
168:8,16,17
176:18 180:12,
18 197:21,25

200:17,19
204:3,22

**incidents**
42:11,17 43:9,
10,15 45:6
47:15 49:10
51:25 55:24
57:25 58:8,18
68:16,19 71:11
72:2 73:14
79:13,18 80:5,
24 134:22
135:20 140:20
141:17 172:23

**include** 28:20
93:21 171:18

**included** 45:11
97:22 180:16

**including**
81:20,21

**incorporating**
165:8

**incorrect**
153:2

**independently**
51:20

**Indiana** 7:7,14,
23 8:3 9:5 19:4
20:7,10,13
33:12 41:2 53:3
59:22 64:10
67:25 72:25
81:17 82:8
83:18,19 89:22
99:8,20 120:19
134:18 147:16
152:17 159:3
177:3 200:11

**Indianapolis**
7:7

**indication**
167:22 178:8

**individual**
31:21 32:10
39:7 49:21 77:8
144:10,20
173:1 176:19

**individual's**
49:11

**individuals**
33:23 37:2,23
49:7,18 50:6
51:5,7,9 52:21
64:24 76:21
77:3 78:5 136:6
138:1

**industries**
24:1 33:12

**inform** 79:6
132:1

**informal** 41:24
56:23

**information**
26:3 43:3,7,8
47:7 48:21
49:22,25 72:10,
11 77:11,15
79:10 87:8
88:24 91:24,25
93:20 106:17
108:18 118:24
138:9 143:9
150:17,19
154:8 159:9
171:18

**informational**
51:2

**informed** 94:3
95:19

**infrastructure**
81:20 99:19,20
120:5,19
121:12

**initially** 193:6,
7

**initiate** 198:3

**injured** 45:17
159:18

**injury** 45:9,14

**inmate** 96:3
98:12,16 99:2
106:12

**inmate-started**
60:24

**inmates** 60:19
65:13 66:23
76:11,14,16

107:9,14 111:1
113:2 115:14,
19 129:23
137:19 163:18
169:3,8 184:2,
15,23 185:1
198:18

**input** 103:21

**inside** 99:13,15
175:2

**inspect** 15:17
100:12 120:4,5,
7,14 121:21
178:17

**inspected** 99:6
121:18 178:19
179:1

**inspecting**
63:19 64:6
100:1 132:13
179:5

**inspection**
14:20 96:15
103:24 104:15
105:17 121:20
131:18

**inspections**
14:21 28:20,24,
25 29:2,4,7,10,
18,23 30:2,6,
11,12,19,20
31:1,3,6,15,18,
21 32:10,13
63:23 96:13,18,
19,23 97:4
100:5 131:24
132:8

**inspector's**
104:3

**instance** 55:22

**institute** 52:10

**institution**
97:14,15

**instruct** 10:13

**instructed**
114:18 140:1,4

**instructing**
180:23

**instruction**
36:15 40:17
91:20,23 108:3
113:6,20
114:12 115:11
117:4,24
123:16 127:3
128:5,16 181:6

**instructions**
17:23 70:4
115:15 125:17

**instructor**
36:15 114:10

**instructors**
27:12 36:2
37:10

**intensity**
170:25

**intentionally**
60:4,11,14 63:6
95:24

**interactions**
153:12 154:2

**Interdepartme
ntal** 70:24

**interest** 36:13
37:2

**interfered**
155:8

**Internal** 47:16,
20,22 48:3,5,
11,16 50:3,5,9,
12,14,18,25
52:1 143:13
181:18

**interrupt** 141:4

**interrupted**
155:11

**intervals**
124:19

**intervene**
49:24

**interview**
137:18,21

**interviews**
183:2

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

**investigated** 47:8 156:17,22 185:17

**investigating** 48:5

**investigation** 47:14,16,20,23 48:17 50:4 143:12 146:23

**investigative** 161:8 181:19 196:10

**investigator** 156:23,24 157:1,6 161:5

**involve** 17:1

**involved** 43:11,13 46:3,8 49:7 54:4,7 62:20 80:3,7,8, 23 87:18,20 89:18 100:8 130:2 148:1 149:5 151:22 157:15 172:5

**IPD** 204:16

**IRC** 68:18 69:1, 6,25 72:12 73:7,12,13 79:1 131:25

**ISP** 12:19 18:6 21:22 31:7 37:20,21 51:22 52:21 56:16 82:14 84:17 88:7 113:14 202:3,12

**ISP's** 16:6

**issue** 17:15 27:1,5,7,8 32:21 53:8,19, 20 64:13 84:23 184:9

**issues** 17:12 30:5 31:2,4 35:4 43:15 52:17 53:2,5 64:5,10 68:23 69:24 80:2,4

86:4 92:24 104:12 106:9, 13,18 129:14 130:14 179:2

**Item** 169:16 177:24

**items** 17:22 131:11 177:17 178:22

---

**J**

**jammed** 62:13 64:18

**January** 13:18 71:14 73:1,7 81:18 134:18 153:6 160:22 162:1 183:3 186:9

**Jason** 7:10 9:1 70:16 134:9 202:20 206:15

**Jeniene** 183:3

**job** 13:10,12 19:11 201:14

**jobs** 19:9 33:22 114:24

**joined** 20:4

**joining** 116:15

**Jones** 71:14 166:14,17,21 167:4

**Joshua** 120:17 138:11 151:6, 14 152:14,18 199:8

**July** 19:8 20:4 181:3

**June** 7:7 70:17 134:11 202:22

**justice** 20:3

---

**K**

**Kaufman** 24:5 28:16 31:11

67:17 84:3

**Kaufman's** 28:17,18,23

**Kentuckiana** 7:5

**Kevin** 183:7

**key** 101:10 124:15

**killed** 72:6 74:24 77:1,22, 23 78:23 120:17 122:14 138:11 151:7 153:5 154:13 165:25 170:4 203:1

**kind** 15:16 17:9 33:1,18 42:17 43:2,11 51:10 53:13 60:7 64:22 66:3,11 68:21 69:4 75:15 79:20 104:2,5 116:11 124:14 126:22 129:24 133:13 138:5 145:14 177:22 180:2 190:5 201:1

**kinds** 33:21 137:25

**Klepinger** 161:20

**knew** 27:14 76:19 171:3 184:8 200:2

**knowing** 168:20

**knowledge** 89:16 114:6 115:17 142:19 154:2

---

**L**

**labeled** 127:20

**large** 186:13

**largely** 20:15

**lasted** 34:16

**lastly** 10:15

**laundry** 60:2,3 61:14

**Law** 20:3

**lawsuit** 152:3

**lawyer** 10:11, 14

**lead** 62:14 147:18

**leading** 16:16 44:16 143:24 158:21

**leads** 64:19

**leak** 104:7

**leaking** 104:7

**learn** 36:15 171:25 172:23 198:18

**learned** 171:22 172:1 193:17

**leave** 155:6

**leaving** 146:9 194:4

**led** 114:9 122:22 159:5

**left** 60:2 146:13 187:7

**legal** 7:5

**legally** 67:2

**legitimate** 66:22

**length** 75:15

**Lessner** 161:19,24 162:1

**lesson** 26:9,11 28:7 119:15,17, 18,20

**level** 95:16 174:2

**lieutenant** 21:4,5 71:14

166:14,15,17, 21,22,25 183:7

**lieutenants** 30:17 34:5 36:12 54:8 69:10 125:10 182:8

**light** 32:25 59:6 61:6 62:15 94:6 96:3

**lighter** 131:6

**lightings** 129:7

**lights** 65:6

**lines** 35:20 43:18 48:8 94:4 200:21

**list** 44:6 45:4 85:11,24 96:10 133:8

**listed** 84:14

**listened** 76:15 171:15

**literally** 169:22

**litigation** 13:10

**living** 29:11

**load** 31:16 67:18,19 176:21 177:1

**located** 7:6 124:10 125:22

**locations** 103:5

**lock** 113:2

**lockdown** 155:4

**locked** 102:2,4 111:18 112:5 113:8 124:14 127:23 155:5 184:15

**locking** 112:22 189:8

**log** 33:7

**long** 11:13 12:3 13:4 14:15

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

20:12,24 21:5, 9,16 28:6 34:16 38:24 39:7,8 40:25 57:11 66:3,5 69:16 74:4 105:20 109:3,5 136:14, 19 139:6 140:23 164:2 176:5 183:14 185:1 198:25

**longer** 34:21 84:13 177:14

**looked** 11:1,7, 8,11 14:8,12 117:17 122:7, 16 172:14 174:2 180:13 193:1 196:18

**lot** 16:25 17:13 47:6 55:18 58:21 60:8 68:19 89:24,25 132:16 142:21 149:3 169:25 177:16 180:2 188:18 189:9 190:1 191:24 197:15

**lots** 154:19

**loud** 116:18 187:3 188:22

**loudly** 11:6 187:23

**lower-level** 137:18,22

**lunch** 108:17

──────────

**M**

──────────

**mad** 59:5

**made** 22:25 23:1 46:10 67:6 69:2 76:12 84:11 85:14 86:17 87:9 89:13 90:11 101:2 109:12 117:21,24 118:3,5,10,17,

22 119:12 141:18 143:4 151:13 164:17 165:5,7 170:19 172:3,4,8,9,15 198:7 202:8 204:9

**main** 50:20 123:16 149:17, 24

**maintaining** 17:21

**maintenance** 15:11 17:2 23:25 24:2,4 28:20 31:5 84:1 95:9 97:7 140:8,13

**major** 21:11, 13,16 26:18 27:24 34:7 45:24 53:12 55:2 56:3 58:4 69:10 79:13,17 80:5 87:5,12 93:19 94:5 111:11 158:22 166:11 182:11 185:24

**major's** 87:6

**make** 9:17 11:6 17:18 18:17,23 25:5,11,21 27:13 29:6,18 31:4 32:18 33:19,20 35:18, 22 37:17 40:12 46:16 49:15,17 54:23 55:6 62:16 63:20 64:17 76:24 84:15,22 85:1 103:14 111:4 113:19 114:17 120:15 121:17, 20 125:11 126:17 130:9, 10,16 135:22 144:6 152:9 157:18 159:8, 21 160:19 164:12,25 165:3 176:24

177:8,20 178:21,22 179:3,4 185:5 198:10 199:2 205:12

**makes** 125:7

**making** 16:15 23:19 26:20 28:24 29:20 30:1,4 31:1 32:15 65:2 88:20 89:6 97:4 103:11 113:5 117:3 120:11 131:10 132:23 133:25 140:12, 14 151:19,23 155:12 156:21 158:5

**manager** 16:13,14 18:8 26:13,16,23 29:24,25 30:7, 23 40:3 45:24 84:6 89:18 93:4,12,16,25 98:13,21,25 99:1 100:4,7 103:4,10,19 104:24 105:8, 19 106:5,21 107:1,7 119:22 120:16 122:4 132:19 133:22 140:9,14 158:18 179:14 182:2 204:23

**managers** 53:13 54:9 69:10

**Mann** 158:2

**manner** 200:22

**manual** 82:25 87:4,6,7,11,14, 19 97:17

**mark** 70:22 88:6 123:19 160:8 165:22 181:10 189:22 194:25

**marked** 71:1

73:3 88:9 123:22 160:24 166:1 181:13 186:4 188:15 190:2 195:1 196:7

**marking** 72:23

**mass** 70:8

**material** 177:16

**matter** 7:10 115:24

**matters** 111:25

**Mccann** 14:1 71:14 158:3,4 161:17

**Mccormick** 166:14,21 167:4

**meaningful** 132:8

**means** 128:7

**medical** 10:20 112:10 115:1,2, 3 116:10

**medication** 10:21

**meeting** 44:5 48:2 52:14 56:23,25 68:18, 19,20 69:13,15, 25 72:12,13 73:1,7,9,12,13, 14,16,24 74:1, 2,19,21,23 77:21 78:22,25 79:3

**meetings** 41:19,25 42:1 46:1 50:21 69:1,4,6,18,20, 21,22,23 73:16, 23 74:5,11 75:19,22,23 77:18 78:11 79:1,5,11 131:25

**meets** 105:21

**Megan** 7:20 8:23 83:6 155:17 205:21

**melts** 62:10

**member** 49:14, 23 56:24 110:17 119:5 127:25 133:20, 21 174:1,7 178:13 201:7

**members** 38:1,2 175:7 200:18

**Memorandum** 70:24

**memory** 10:21 61:13 152:12

**mental** 171:16, 21,25

**mentioned** 8:22 43:24 47:14 82:20 122:9 129:11

**mentioning** 131:25

**messed** 62:24 63:20

**metal** 33:21 110:24

**Michael** 7:12 13:6,17,23 72:7 74:24 76:22,25 77:8,22,23 78:23 101:18 122:14 139:2 141:25 142:11 146:13 153:5 154:6,13 155:25 162:6 181:20 202:2, 11 203:1

**Michigan** 9:5

**mid-range** 101:23

**midways** 101:9

**might've** 60:2 164:9



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

mind 35:6

minor 104:12

minute 111:24 163:8 188:23 189:24 197:15

minutes 12:5 69:17 73:6,8 74:20,22 78:25 79:3 109:7 140:25 141:5 156:13 157:7 162:16,24 164:1,17 191:23

mirror 190:10

mirrors 188:8

mistake 173:18

mistakes 172:24

mistaking 116:19

mock 40:6,9

moment 202:15

Monday 69:7 72:19 203:16

monitor 109:13 110:8 114:13,18 117:5 201:5

monitored 193:13 194:12

monitoring 107:25 108:4 109:17,22 110:2 116:24 117:25 151:23 169:7 200:4 201:17

month 62:1 73:22 77:19 85:11,18,19,25

monthly 30:12, 19 73:18 83:16 85:13 86:9 96:18,19 97:4

99:7 104:15 124:21

morale 42:19 75:8,18 76:15

morning 8:22 11:15 14:12,14 68:15,17 69:1, 13

move 32:8 57:1 63:18

moved 101:11, 15 140:7 151:12

moves 32:2

moving 162:12

multiple 14:24, 25 61:22 62:14, 18

Mysti 7:11,21 8:24

---

**N**

N-O-W-A-T-Z-K-E 9:1

Nadine 166:25 183:7

names 135:16

naturally 60:12

Neal 7:13 75:2 107:3 113:19 160:22 161:19 181:24 182:11 185:23

necessarily 23:17 25:10 36:10 46:6,20 52:11 59:4,9 63:6 64:22 72:17 79:25 94:2,12 111:10 149:6 193:4

needed 18:14 27:16 28:2 30:8,9 37:18 46:22 50:23 55:17,25 73:23

78:7 89:13 100:9,15 117:17 123:9 126:1 128:2 143:4 153:16 198:1 204:16

negative 201:1

NEO 38:15

Newkirk 24:23, 25

nice 46:7 143:18

night 40:11 57:23 68:1,11

nobody's 116:2

nodding 10:9

non-compliance 53:8 57:13

nonverbal 10:10

norm 113:1

normal 64:16 66:7 68:14 145:10 171:10

North 7:6 183:5,19

Northern 7:14

note 105:7,12 161:7 174:10 175:4 197:24

noted 104:13 173:20,24 175:25

notes 74:10 78:10,11 148:5, 7,11,13

notice 81:16

noticed 183:18 197:16

notification 57:9 58:17

notified 57:3 58:18 94:8,10,

12,13,15,18,24 95:4,8,11 203:3

notify 53:21 115:15

Nowatzke 7:10 8:8,13,22 9:1 19:3 70:16,25 134:9,14 181:22 200:10 202:20,25 205:5,15 206:15

nuisance 58:22 59:25 63:12

number 7:15 9:14 62:1 81:21 89:23 103:7 161:15,22 162:7 171:9

numbers 12:16 42:20

---

**O**

oath 9:21

object 10:11 188:24 194:22

objection 10:14 168:23 169:11 174:5 184:4 189:15 190:25 191:4, 15 192:1,15 193:3 194:13 196:20 198:20 199:9

observation 170:18,19

observed 147:25

observing 75:16

occur 31:14 45:5 46:25 47:2 52:12 60:1,8,25 111:9,18 137:7 147:15,16 158:15

occurred 11:2 54:15 72:6 73:9 80:5

occurrence 129:11

occurring 107:15 199:4

occurs 87:9 123:17

offender 32:2 42:19 45:10 59:11 75:8,18 76:2 98:18 99:4 106:8,23 107:2, 4 116:11 120:25 122:11 133:7 138:4 144:7 157:23 162:6,9 168:8 178:14

offenders 58:21 59:4 60:5 62:7 63:11 67:1,14,20 75:12 112:21 116:2,5,8 125:23 127:5, 15 129:18 153:20 163:22 168:21 171:10, 15,17,23 172:13 176:25 177:14

offer 49:22

offhand 90:1

office 7:24 8:3 9:4,6,8 37:22 42:11,13 79:11 82:25 83:1,11 84:21,25 90:21, 23 91:1,2

officer 20:6,12, 19 50:23 56:22 59:8 90:17 96:1 100:22 108:8, 12 109:9 149:11 162:5 173:1 182:20, 21 183:7,8 187:6

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

**officer's**
108:22 109:21
110:3,8,20
115:25 124:11,
12 125:22
146:5,7,9,13
175:2,11,12
183:6,11,18
193:20

**officers** 22:6
24:11,19 36:7,
11 69:12
137:22 167:2
172:5 173:5
182:17

**officially** 70:1

**OIC** 124:17

**Olivia** 7:4
70:17 134:10
202:21

**one's** 63:8

**ongoing**
130:25

**online** 39:12
40:21 82:23
179:8

**op** 45:7 58:8

**open** 69:14,15
199:18

**opened** 126:18

**opens** 99:24

**operate** 38:12

**operation**
136:4

**operations**
22:3,6,8 23:3,
13,23 36:3
37:19 69:24
82:18 136:3
171:10

**opinion** 149:1

**opportunity**
8:8

**oral** 43:21

**order** 15:9,11
17:7 18:9 33:4,

5 56:19 60:9
95:9 96:9 105:5
107:18 113:15
120:10 121:22,
25 123:6,15
125:2,15
205:23 206:9,
11

**ordering**
205:21 206:4

**orders** 12:8
30:9 54:22
55:1,16,19
97:18,19,21,22,
23 98:1,4,9
117:22,24
123:2,25
124:21,23,24
125:8 128:17
129:1 205:20

**organize** 27:20

**organizing**
16:10

**outcomes**
130:6,8

**outlet** 15:8
62:12,13,21
64:4,13,14,16,
17,23 66:7
94:1,6,9,10,14,
25 95:20,22,23
96:3 178:23,24

**outlet's** 96:2

**outlets** 62:18
63:16,19 64:7,
10 92:15,21,24
93:21 96:5,9
129:4 130:11
177:2,18,20,23
178:17,18,21

**outputs** 63:19

**outward**
162:12

**overdose**
111:21

**overloaded**
92:14,20

**oversee** 22:6
37:15 51:16

93:10 98:18

**overseeing**
98:16 106:5,23
132:20

**overseen**
37:19 89:6

**oversees**
26:15

**overview**
85:22

---

**P**

**p.m.** 68:10
70:13 134:6,11
160:23 162:2
202:17,22
206:13,16

**packet** 119:3,
4,5

**pages** 139:10

**paint** 169:17,
18,20,22,24
170:15

**paper** 59:7
102:24 103:1

**Paragraph**
96:18 97:13
99:5

**Paragraphs**
98:11

**part** 13:10,12
28:6 33:14 37:3
47:24 52:4,7
55:23 75:9
96:14 132:15,
17 140:12
147:5 150:2
152:3 156:2
159:14 170:11

**participate**
44:19 51:17
80:10 123:11
136:13

**participated**
143:8

**participates**
69:8 136:9

**participating**
54:12 141:18

**parts** 31:7
87:19

**passed** 121:22

**passing** 131:6

**past** 27:8
187:10 201:24

**pay** 76:4,6
185:12

**paying** 185:14

**pencil** 62:13
64:18

**pending** 7:13
10:17

**people** 17:9
36:21 53:10
59:25 60:10
65:20 75:17
83:24 88:1
126:25 136:22
137:14 141:18
146:9,12
148:16,20
149:5 166:10,
24 167:9,18,23
168:1 187:17
189:10 190:7,
18 195:11
199:3

**percent** 93:8
121:7 122:5
145:10,17

**Perfect** 8:5
205:4,19 206:3,
12

**perform** 40:1
47:7

**performance**
56:7,10,12
201:2

**period** 121:19
171:11

**permitted**
65:11 125:23

**person** 24:9
41:4 87:22

111:11 117:8
128:24 129:17
135:9 145:1
149:25 159:7,
24

**personal** 7:11
92:15

**personally**
50:11 133:19
153:9

**pertaining**
14:8

**phone** 17:7
112:14

**phones** 65:8

**phonetic** 24:15

**photograph**
49:3

**photographs**
49:4

**photos** 13:3,6,
16,19 141:14,
17

**physical**
15:13,14 16:24
17:1,12,22 24:5
28:16,18 31:10
67:16,22 90:5

**physically**
105:14

**picture** 189:16
192:4,8 193:16
196:22 197:2

**pictures**
141:10

**Pierce** 7:20
8:10,21,23
18:15,19,22
70:10,20 71:3
73:5 83:7 88:11
123:24 134:3,
13 155:18,20
160:11,12
161:1 166:3
168:25 169:12
170:16 174:8
181:9,14,17
184:7 186:2,5,6

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**KENTUCKIANA**
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

188:17 189:3, 19 190:4 191:1, 10,17 192:2,19 193:10 194:19, 24 195:2 196:9, 23 198:22 199:10 200:7 202:15,24 205:1,23 206:1

**pipe** 104:7,10 201:20

**place** 72:4 88:12,16 97:24 98:7 106:16 107:14 111:5 113:6,21 117:5 197:18

**placement** 103:7

**plaintiff** 7:21 8:23

**plaintiff's** 7:17,19

**plan** 15:6,10 16:16 17:5 18:9 97:14,16,24 98:8 104:19,22, 25 105:9,11,18, 23 106:1 119:15 177:24 205:21 206:4

**plans** 14:10 15:4 26:9,11 28:7 81:20,22 92:10 105:16 111:8,12,13 113:10 119:17, 19,20

**plant** 15:13 16:24 17:1,12, 22 24:5 28:16, 19 29:5 31:10 67:16,22

**play** 47:24

**plug** 65:3,6 66:23

**plugged** 65:25 67:11,21

**plugging** 65:9

**plugs** 64:25

**point** 10:16 13:5 22:7 34:11 41:7 52:15 58:3 67:14 78:3 91:14 108:11 143:22 145:19 150:5 152:13, 24 186:12,23 187:15 188:1, 21 190:8,19 192:11 195:11 196:5 200:15 204:7

**points** 32:9

**policies** 11:1, 25 12:9,14,17 15:18 16:6 25:12 51:22 52:20 54:12,21 69:3 81:16,19 82:7 83:3,9,13 84:2,5,19,22 85:11,14,18,19, 23 86:5 90:13 91:9,12,15,17 92:6 111:4,5, 15,16 113:6 115:14 116:22, 23 117:4,10,17, 22 134:17 169:6

**policy** 11:8 12:6,7,21,23 15:14 52:2,6,9, 13,17,24 53:17, 20 56:18 70:3, 6,8 82:10,18,25 83:1,14,16,21 84:11,14,20 85:1 86:14 88:20,22 89:2, 10,19 91:1 110:7,11,16,25 111:14 113:20 117:24 118:21, 23 122:20,23 147:6,10 148:3 168:10

**poorly** 39:18

**pop** 62:16

**population**

42:19,20 76:2 127:21 138:4

**portion** 99:3

**pose** 107:8

**posed** 129:16 130:3

**position** 20:5 21:3,18 24:18

**positive** 75:8

**possess** 177:15

**possibility** 63:9 108:24 183:12

**possibly** 33:7 49:2 54:8 74:20 109:25 182:12 195:17

**post** 12:8 54:22,25 55:16, 19 56:19 97:17, 19,20,22,23,25 98:4,9 108:14 117:22,24 123:2,6,15,25 124:5,7,20,22, 23,24,25 125:1, 2,8,14 128:17, 25 129:1

**post-event** 135:24,25 136:1,9 137:11 138:10 139:1,6, 16

**posts** 124:7

**pot** 61:20 63:3 131:6

**potential** 92:13 93:13,14,18

**pots** 61:18,19, 20 62:7,8 64:21 65:6 66:12

**powder** 33:20

**power** 29:4,5 62:16 66:4,24 67:2,5,7,8,10, 20 131:20

**powerhouse** 29:6

**practice** 145:11

**practices** 81:16 82:15 134:17

**PREA** 69:20

**preparation** 11:16,21,24 13:9 14:3 18:2, 6 88:13,25

**prepare** 10:24 82:5 135:6

**prepared** 81:12,25 133:17,25 135:1

**preparing** 14:15 18:25 132:24

**present** 74:7 80:12 81:18 99:20 124:3 134:19 138:6 141:8 142:4 147:24 149:9 167:3 202:25

**presented** 141:15,21

**pretty** 26:6 30:21 65:15 105:17 109:8 110:22 116:15, 18 129:10 130:20 137:24 144:11 145:16 186:13

**prevent** 181:6 198:13

**prevented** 149:23 150:1

**preventing** 180:20

**prevention** 82:14 92:7

**previous** 68:17 73:15

**previously** 8:6 24:22,23 143:16 152:2

**prior** 45:7 68:20 101:8,22 141:11 153:8 154:1 165:10 178:19

**prison** 9:5 19:4 20:7,10,13 41:3 53:3 59:22 64:10,24 68:1 73:1 81:18 82:9 83:18,19 89:22 99:8,20 106:10, 18 107:9,20 120:19 129:11 134:18 152:18 159:3 177:3 200:12

**prison's** 27:4

**prisoner** 59:2 112:5

**prisoners** 107:21 153:24 154:6,15 155:14,21 156:11 164:12

**problem** 53:16,24 105:8 112:12 177:3,8 199:13 201:23, 25

**problems** 62:3,6 64:4 85:5 86:4 94:1 106:9,13 111:22 129:16 199:7

**procedure** 56:18 168:10

**procedures** 35:7 92:12 97:15 169:6

**proceed** 8:19 70:19 134:12 137:17 202:23

**PROCEEDINGS** 7:1



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit J

**process** 33:25 56:15 104:16 106:8,16 107:13 134:21

**processes** 135:19

**produced** 18:16,17,20

**professionals** 112:16

**program** 25:8 26:20,24 35:5, 10,14 98:16,17 106:6,24 107:5

**programs** 22:4 81:20

**promoted** 20:23 21:1,8, 11,17 22:23 34:15

**proper** 175:17 191:22

**properly** 27:9 140:13 178:19 193:13 194:12

**property** 92:15 176:19,21,23, 24 177:11,14

**propose** 27:25

**proposing** 55:12

**Protection** 98:22

**provide** 14:21 41:19 42:3 43:21 81:8 134:15,23

**provided** 37:25 38:2 65:12

**pull** 160:1

**purchase** 67:15

**purpose** 79:4 84:8 149:17,24

**put** 15:9,10

27:12,14,17,20, 25 28:11,12 30:9 33:5 39:3 42:23 59:3,12, 15,18 60:18 62:1 70:6 72:3 87:16 94:16 104:25 105:5 146:23 150:12 156:13 172:12 179:15 181:2 191:12 192:11 195:19 196:14 197:3

**puts** 85:11 86:10 113:11 146:21

**putting** 27:9 42:9,21 43:9,17 86:18 99:15 179:14 192:24 194:16

---

**Q**

**QRT** 36:16,18, 25 37:3,10 38:3 113:10,12,14 114:2,3,7,9,10, 11,19 115:3 136:6

**QRT-TRAINED** 37:23

**qualifies** 45:3

**quarterly** 40:16 42:10,25 43:5,6

**question** 9:23, 25 10:4,5,12, 16,17 27:3 155:17 184:25 206:3

**questions** 9:20 44:7 46:21 133:8,14 148:3 205:2,3

**quick** 36:18 70:11 116:2 134:4

**quicker** 197:15

**quickest** 197:10

**quickly** 60:17 107:19 113:7 116:16 145:1 165:1,4 171:1, 4,7 176:22 199:5

**quiet** 11:5

---

**R**

**radio** 125:18 128:2,13 178:13

**raise** 8:13 156:15 162:23 167:8 185:20 187:13 195:21

**raised** 133:16 154:16

**raising** 154:18

**randomly** 154:22

**range** 59:7 100:23,24 101:10,11 102:8,14 133:13 151:23 162:14,25 163:10 173:15 174:2 175:8 183:19 187:20 195:6,16,18 199:3

**ranges** 102:10 108:15 110:12 111:1 165:9,10, 13 183:6

**rare** 109:8 112:20,25

**re-ask** 27:3

**reach** 35:3,11 46:23

**reached** 81:22

**read** 68:20 72:12 81:23 91:8,21 92:2,17

126:1 128:2 141:7 147:21 168:10 171:11 172:5 184:8 205:6

**readily** 97:25

**ready** 81:12 133:25

**real** 60:15 116:10 184:9, 25

**realize** 109:17 116:16

**reason** 57:12 67:5 76:8 109:20 171:6

**reasons** 53:6 54:1 154:20 155:3 164:4

**rec** 155:7,12

**recall** 14:6 18:3 35:8 61:13 62:19 78:22 80:9 85:3,6 87:20 118:3,6, 10 132:10 133:23 140:4, 17,18 146:15 147:3,4 151:13, 18,21,25 152:1, 25 153:2,11 154:1,18,21 155:23 156:1 157:16 166:20 170:10 178:11 182:12 185:22 186:1 199:21 200:25 201:15 202:14 203:21 204:2,20,25

**receive** 113:25 138:13

**received** 114:3,22 160:15 161:12 181:24 182:3,6 201:1

**recent** 61:13

**recently** 13:4

85:6 131:19

**recess** 70:14 134:7 202:18

**recognize** 92:13

**recommend** 52:14

**recommendati on** 56:17,19,20

**recommendati ons** 25:11 56:3, 25 86:21 120:11,16 139:12 177:24 180:11

**record** 7:3 8:7, 25 10:3,11,14 70:13,15,23 88:6 134:6,9 202:15,16,20 206:13

**recorded** 143:17

**recurring** 53:16,24

**red** 71:24 72:2

**reduce** 129:15 130:3 176:24 177:1

**reentry** 22:4

**refer** 98:11 99:4 135:16

**reference** 78:20 90:18

**referred** 78:15 123:7

**referring** 81:5

**refers** 72:5 99:1

**refresher** 27:9, 17 28:11

**regard** 50:18, 25 139:1 180:23 204:5

**regional** 136:11



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

**regular** 41:19, 20 69:18,23 93:1

**regularly** 41:25 43:21

**regulation** 82:14

**regulations** 12:8 15:20 81:17 82:11 134:17

**related** 13:6,19 80:4 92:7,24 106:18 116:23 181:19

**relating** 13:17, 22 35:5 53:17 76:21 81:19 82:8 106:10,14 111:5 117:5,22, 25 125:15 134:19 142:11 152:3,17 157:19 158:6 181:6

**relation** 152:13 180:19 204:1, 19

**release** 128:10,13

**released** 127:22 204:8

**relied** 37:24 168:16

**rely** 46:18 50:5 113:14

**remember** 23:2 85:7 87:18 118:2,8 121:3 139:15 140:11

**remote** 7:9

**remotely** 7:21 8:3

**remove** 127:5, 15 174:20

**reoccurring** 53:20

**repainted** 169:25

**repair** 15:11

**repaired** 95:5 153:16 204:17

**repairs** 204:8, 10,14

**repeat** 8:1 83:5 106:11 155:16 191:18 202:6 206:8

**replace** 96:9

**replaced** 95:9

**report** 11:1,9 13:22,25 14:5, 19,22 16:20 23:5,7 25:22 33:2 42:12 49:4 50:15,21 56:11 57:6,11,19 58:7,16,23,25 59:3,9,10,13, 16,18 68:16 71:8 72:9,12 75:21 79:8 93:17 94:17 95:25 103:24 104:15,24 106:20 125:19 127:25 130:14 136:18,19 141:19 145:12 148:9,15 150:16 158:20 181:19 185:1, 20,25 196:11 198:8

**reported** 22:8, 21 45:7 58:16 76:7,14 93:15 156:11 172:11

**reporter** 7:3,4, 25 8:5,12,18 10:2,10 70:12, 15 83:5 134:5,8 155:16 160:10 170:6,8 181:11, 16 186:3 202:16,19 205:4,8,10,19, 24 206:2,7,11

**Reporters** 7:5

**reporting** 22:20 79:24 93:13 200:17

**reports** 14:10, 18 15:13 16:5, 11,15 22:10 31:5 33:17 41:19 42:4,8, 10,12,16,25 43:5,14,17,21 46:14,16,18 48:23 50:9,12, 18,25 51:1,11 52:1,16 57:7, 14,16,19 68:21 71:18,21 96:15 107:7 129:24 137:2,4 139:7 141:10,13,14, 24 142:2 144:23,24 147:22 156:21 157:19,24 158:6,11,13,14, 19 163:2,14 168:16,17 175:1,11 178:5

**represent** 8:23 166:23

**representative** 7:11 81:4

**reputation** 153:12

**request** 87:16 121:19 128:2

**requesting** 138:9

**requests** 87:19

**required** 29:10,13 31:19 32:3,10 42:3 45:20,21 46:5,7 57:7 71:20 91:15,16 92:23 103:25 124:18, 20 125:4,11 126:3,9,10 201:10,22

**requirement** 91:8 110:11

**requirements** 110:2,4,14

**requires** 52:24 104:19 158:24

**requiring** 110:7,17

**respond** 38:6, 10 54:2 111:8 113:7,21 114:18 123:17 126:10,14,16 127:12 128:18 132:25 133:15, 17 134:1 151:20 157:7 159:17 164:2 165:1,4 171:7 172:20 175:23 176:5,6 181:6 182:17 197:17 199:5,14

**responded** 145:1,4,5 146:17 149:25 150:8 159:22 162:17 163:15 173:5,16 176:12 191:23 192:17

**responders** 126:18 128:1

**responding** 16:11 111:5 116:2 157:12 159:14 176:4 180:20 187:14 189:14,17 191:3,8 192:5 193:22

**response** 16:21 28:12 36:1,3,18,22 37:19,25 38:5 39:2,12,16,20, 23 40:18,21 54:11,12 78:2 82:8,18 111:25 122:14 125:15 136:3,4 140:2,5 142:25 144:1

146:13 148:17 150:14 152:18 154:16,19,21 155:15,22,25 159:11,13 165:24 167:11 168:9,15 169:23 174:3, 13 176:12 180:22 191:22 192:12,13 193:2,7 196:19, 25 197:1,11,13, 15,25 198:4,10 199:12,24 203:18

**responsibilitie s** 22:2 23:20 25:2 28:17 34:3,4 54:11,18

**responsibility** 23:14 26:22 30:22 31:1 34:25 50:17 51:24 52:5 53:14 54:21,25 56:6,9 88:2 98:15 103:20 106:22 129:25 139:21,23 147:5

**responsible** 16:10,15 23:19 25:16 26:19 28:18,23 29:9, 15,20 30:1,4 31:4,9 34:12 35:25 40:2 42:9,21 44:12, 16 50:19,24 51:3,4 53:7,11, 15 55:3 63:18 83:2,9,11 84:4 85:22 86:12,24 87:3,7,23 88:19 89:2,6 93:2,5 95:19 97:3,7 98:20 100:1,11 103:5,11 106:17 111:3, 12,13 117:3,9 119:23 122:10, 25 123:4,7 128:24 129:14,

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

18 132:18,20, 23 133:2,24 139:18 156:20 158:5

**rest** 78:19

**restraints** 27:9,15

**result** 64:6 81:23 120:21 147:2 150:19 164:21 165:5, 16,18 170:14 176:18 179:20

**resulted** 45:14

**results** 62:9

**retail** 19:11

**returned** 182:24

**review** 11:13 12:14 13:1,3 14:23 44:1 50:14 54:23 55:5,17,22,23 56:2,12 57:24, 25 68:18 69:3 73:14 82:20 83:12,16,21,25 84:3,15 86:19 87:6 88:23 89:1,18 91:15, 17 111:15 117:16 124:18 125:4 134:20 135:19 136:2, 16,25 137:8,17 138:24 142:7,8, 10,11,17 143:3, 13 145:7 147:9 150:25 151:4 152:23 157:25 158:24 168:7 171:9 180:12, 18 197:22,25 201:2 203:7 205:11,15

**reviewed** 12:6, 12,22,24 13:5, 18,22 14:2,22 18:1,16,20 82:4 85:9,12,18 86:8 88:13 89:9

142:3,5,12,16 152:21 159:23 161:12 185:20

**reviewing** 13:16 15:18 16:15,20 26:20 49:2 52:1 54:21 81:19 83:3,10 84:4,9 85:23 87:3 88:20 111:3 123:8 125:7 128:25 141:5 164:15 185:25

**reviews** 81:21 85:18 111:14 123:1 134:20 135:10,13,21, 23 140:23,24 144:3 147:1 150:11

**revised** 122:17

**revision** 118:22

**Rhonda** 83:14, 17 84:24 86:15 88:21 89:3 111:14

**Richard** 37:22 136:5

**rid** 170:1

**risk** 60:19 129:4,6,15 130:3 159:17

**risks** 185:9

**road** 191:8

**rogue** 187:16

**role** 16:20 40:4 47:25 50:17 58:13 117:13, 19 137:10,12 138:5 204:13

**roll** 102:9,11 132:2

**Ron** 7:13

**room** 125:18 147:16,23 148:2

**roundabout** 201:7

**rounds** 32:14, 18,24 63:25 65:25 69:2 108:16 110:15 114:23 115:7 130:10,18 132:8 154:8,12 174:20 177:21 201:11,12,20

**route** 180:3

**routine** 68:13

**rules** 9:16 81:17 134:17

**run** 40:10

---

### S

**safe** 32:19

**safety** 14:20 15:17 16:8,13, 14 18:8 28:12 29:24,25 30:7, 23 40:3 45:24 60:15 81:19 82:8,11 84:5,6 89:17 92:7 93:4,12,16,25 95:12 96:6,13 98:13,21,24 99:1 100:4,7 103:4,10,19 104:23 105:7, 18 106:4,10,14, 18,21 107:1,6 119:22,24 120:16,18 121:12,15 122:3,4 125:15 132:19 133:22 140:9,14 158:17 179:14 182:2 204:23

**sanitation** 15:22 17:15,17 96:13

**Saturday** 203:11,23

**saved** 164:9

**saves** 148:13

**scary** 184:19

**scene** 126:7,14 127:13

**schedule** 68:7 85:15 86:9

**scheduled** 41:25 42:1 70:2

**school** 19:13

**science** 170:23

**scope** 168:10

**scraped** 169:25

**scratch** 160:18

**screaming** 188:8

**screen** 186:7

**scroll** 71:23 78:18 125:13 161:23

**sec** 81:9

**seconds** 192:20 194:6,9

**section** 83:24 93:1 96:11 97:12,20,21 98:22 104:3 125:13,14 128:25

**secure** 102:10

**secured** 102:4 143:14 162:6

**security** 27:12 110:15 183:5

**sees** 129:21

**self-critical** 148:17

**sell** 33:21

**send** 17:8 55:7 56:20,21 57:18 71:20 83:15 84:23 86:20 158:19

**sends** 50:20 84:24 86:22

**senior** 27:23

**sense** 106:13

**separate** 33:18 105:2 138:23

**sergeant** 20:23,24 124:17 167:1 183:3

**sergeants** 36:12 69:11 137:23 172:4

**service** 121:16

**services** 14:20

**session** 27:11

**set** 26:4,6 58:22 59:2 63:6,8 90:15

**sets** 182:13

**setting** 63:11

**sexual** 45:8 200:20

**shakedown** 177:13

**shaking** 10:9

**share** 70:21 72:23 88:5 123:19 150:15 181:10 189:22 194:24

**shared** 82:23 150:12,18,24

**Sharepoint** 148:9 150:14

**sharing** 72:22 165:20 188:11

**She'd** 100:11

**she'll** 40:10

**shelter** 125:23

**shift** 29:22 36:12 48:24 57:18,19,20,22, 23 58:6,9,11

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

68:2,11,16,17 69:11 71:8,10, 11 72:4,9 91:1 108:9 127:24 142:3 158:1,19 172:4

**shifts** 68:20 73:15

**shortly** 164:7

**shot** 191:7

**shoved** 178:23

**show** 36:13 131:9 142:24 146:4 155:11 175:1,11 178:6

**showed** 131:4, 5 178:7

**shown** 91:11

**shows** 119:6 182:14

**sic** 178:21

**side** 102:16 187:7 190:13

**sides** 102:15

**sign** 87:1 91:9 124:20,24 125:5 205:6

**signal** 115:2 172:10 177:25 192:6,17

**signals** 38:11 115:8

**signed** 89:9 125:11

**significant** 42:18 45:5 72:4 92:21

**signing** 117:9

**signs** 93:7

**similar** 176:18 199:7

**simple** 105:4

**simply** 95:8

**simultaneously** 48:19,20

**Sis** 7:4 70:17 134:10 202:21

**sit** 108:8 118:4, 9 153:1,11

**sitting** 9:3 96:2 157:11 183:11, 14

**situation** 48:10 55:15 111:6 112:9 116:3,5 136:2 143:11 149:7

**situations** 92:3

**size** 186:23 192:10

**skills** 27:12

**sleeping** 201:8,14,18

**slightly** 162:7

**slippery** 104:6, 10

**slips** 109:1,4

**small** 35:22 59:2 63:16

**Smith** 7:12 13:6,14 72:7 74:24 76:22,25 77:8,22,23 78:23 101:18 122:14 139:2 141:25 146:14 153:5,8,12 154:2,6,13 155:25 162:10 164:4,8 165:25 166:25 170:4 171:15 174:16 181:20 183:7 202:2,11 203:1

**Smith's** 13:17, 23 142:11 161:21 162:6 178:19 179:2

**smoke** 99:21, 23,25 100:14

119:23 120:23 151:16 170:13 183:18,22,25 184:22 186:16, 18,20 188:18 190:1,22 191:24 195:8 198:13,24,25

**smoking** 61:7

**smoldered** 60:3 61:14

**sold** 66:24 67:2

**solemnly** 8:14

**somebody's** 116:3 189:4

**something's** 63:7

**sooner** 164:5

**sort** 85:17 175:15

**sound** 19:1 32:19

**sounds** 19:2 59:21

**source** 59:18 64:11 123:16

**sources** 82:7

**South** 7:15 183:6

**space** 37:17

**spark** 94:20 95:23,24

**sparking** 63:16 94:14,17, 20,25 95:2,12, 20,22 96:2,3

**Sparks** 24:11

**speak** 11:6,16, 19,20,23 12:3 18:5,8 46:10, 17,19,22 49:6, 15,17 50:6 76:24 77:2 78:7 81:3 129:22 136:22 163:22 168:14

**speaking** 154:5,7

**specific** 15:21 17:8 36:20 42:4 83:15,18,24 85:14,23 91:19 111:11 114:12 124:23 125:2 129:17 154:2

**specifically** 87:15 92:7 113:23 121:9 130:2 135:6 138:19 148:20 154:21 201:6, 12

**specifics** 124:25

**spell** 8:25

**spelling** 205:13

**spend** 14:15

**spent** 18:25 39:1

**spoke** 18:4 75:2,4

**spot** 140:15

**spraying** 196:6

**spread** 162:13 176:22

**sprinkler** 99:9, 10,11,15,18 120:6

**staff** 24:2,4,6 25:6 26:8,21,25 27:4,8,10,23 29:16,22 30:16 32:7 35:18,25 36:3,5,9 37:9, 22 38:1,2,3,4, 12,14 42:13,20 44:5 45:9 46:3, 8 48:24 49:13, 23 51:4,6,21 52:2,5,16,24 56:11,15,18,23 57:2 59:12 60:18 63:22,23

64:3 65:21 66:17,20 69:14 70:4,7 73:19 75:8,13,18 76:1,10 78:2,5, 7 79:6,10,12 82:20,22,23 83:11,15 84:1 86:18,19 87:8 90:9,10,12,14 91:8,11,15,16, 21,25 92:13,23 97:25 98:8 103:11,15,16 106:9 107:9,14, 16,17,20,24 108:4,7,16,19, 21 109:9,12,20 110:17 111:15 112:11 113:7, 12,14,25 114:17 115:4, 15,21 117:25 119:1,4,5 123:16 124:18, 20 125:7,11 126:3,9,10,13, 16,20 128:9 130:8,15 131:7, 8 132:1,2,5,6, 12,15,17,24 133:10,17,20, 21,25 136:12, 16 137:2,19,22, 25 140:16 141:8,11 146:17 147:2,6, 10 149:1,4 150:8 151:19, 23 156:13 157:7,11 159:22 162:14, 17,24 163:1,5, 18 164:16 165:1 166:7 168:7,8,9,14, 19,21 169:2 171:9,16,21 172:1 173:16, 21 174:1,7,20 175:1,2,6,11,23 177:10,20,25 178:12,17,25 179:4,15,21 180:19,23 181:5 185:8,13,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

17 197:2 199:13 200:18 201:4,7,20

**staff's** 116:13 119:3

**staffer** 178:20

**staggered** 85:17

**stairs** 101:25 192:7

**stand** 152:16

**standard** 104:19

**standards** 105:21,22

**standing** 187:20 190:10

**start** 19:6 59:25 60:11 61:4,9 62:4,7, 21 63:7,17 64:16 66:20 83:3,8 115:20 116:4,15 146:22

**started** 19:10 20:16 59:17 60:4,14 61:14, 18 62:19 144:21 145:4 146:19 162:17, 25 164:8 167:18,23 169:14 176:8,9 179:19,23 182:15

**starting** 7:18 59:11

**starts** 60:6,9 116:12 164:13

**state** 7:18 8:24 9:5 14:9 15:19 19:4 20:7,10,13 25:24 33:14 41:3 53:3 59:22 64:10 67:25 70:23 72:24 73:1 81:18 82:8,11 83:18,

19 88:7 89:22 99:8,20 120:19 123:20 134:18 152:17 159:3 160:8,20 165:22 177:3 181:21 200:11

**statement** 76:12

**statements** 137:2 155:25 157:19

**States** 7:13

**station** 108:8, 12,22 109:9,21 110:3,9,20 116:1 122:12 124:11,12 125:22 127:25 128:11 146:5,7, 9,13 172:11 175:2,12,13 178:16 183:6, 11,18 187:6 193:20

**stations** 90:17 100:22

**stay** 108:7

**step** 127:5 173:18 174:3, 13

**steps** 59:12 113:18 114:16 135:4,6 144:16, 19,22,25 146:16 159:20 163:17 164:11 171:25 177:8 194:20 198:18 204:18

**stick** 62:17

**stipulate** 8:7,9

**stop** 72:22 165:20 188:11

**stoppage** 171:10

**stopped** 66:25 150:5

**storage** 15:22 92:15,17

**Street** 7:6

**strike** 16:4 25:15 29:9 45:20 63:14,17 89:5 103:3 114:2,6 116:22 117:23 123:1 132:5,18 163:25 166:18 168:13 205:1

**strip** 66:4 67:2, 8,20

**strips** 62:16 66:24 67:5,10 131:21

**structures** 15:23

**stuck** 199:20

**stuff** 14:10 26:9 38:13 63:24 66:12 67:23 79:23 103:18 114:1,2,24 120:25 129:19, 22,24 130:12, 13,16 131:19 132:1 133:13 136:7 141:20 151:16 153:22 154:10 172:14

**submit** 56:17, 24 136:19 148:9,15

**subordinate** 51:21

**subordinates** 131:4

**substance** 11:20 61:7 81:21

**substantive** 205:12

**sufficiently** 100:2

**suggesting** 85:3,4

**suggestion** 25:21

**suggestions** 54:23 84:22 120:11

**suicide** 111:20

**summaries** 41:20 42:4

**summary** 73:7 74:15 161:21

**supervise** 23:17,24,25 24:4,7,10,17 28:16 33:15,16, 25 41:2 117:5

**supervised** 193:14 194:12

**supervising** 24:10,18 34:12, 22,25 41:13 46:1 117:25

**supervision** 33:9 34:4 107:2,4 116:23

**supervisor** 21:14 22:8,10, 19 23:5,7,15 27:22 29:22 34:7,13,22 41:9 45:25 48:24 54:6 55:3,12 58:6,9 74:22 93:24 108:14 116:25 117:2, 16,19 118:12 123:5,7 125:10 127:24 129:1 130:23 133:3 137:16 139:25 151:6 158:1,20 161:8 166:11 173:2 177:12 182:6

**supervisor's** 54:25 91:2

**supervisors** 30:17 79:12 113:13 125:9 131:2,3,7,23 172:4 202:3,12

**supervisory** 23:14 95:16

**supply** 67:9

**supporting** 131:7

**supposed** 30:12 31:13,22, 24 32:15,16,18, 21 46:25 62:10 65:21 93:15 108:20 126:6 128:9 130:13

**supposedly** 178:15

**suppressing** 151:16

**suppression** 99:6,8,19 120:24

**surveillance** 109:22 110:3,8 142:7 143:21 162:21 186:8

**swear** 8:14

**switch** 81:2

**sworn** 8:14

**synopsis** 43:12 146:21, 24

**system** 31:7 99:23,24 100:8 143:15 198:14

**systems** 81:17,20 99:6, 8,9,10,11,15,18 120:6,7 121:18, 21,25 134:18

---

**T**

**tablets** 64:21 65:9,10,11,12

**tag** 127:20

**takes** 39:7 78:10,11

**taking** 10:21 114:17 131:10,



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit J**

12,19 132:4
164:1 197:18

**talk** 42:2 46:20
49:13 53:25
76:10 132:1,2
133:9 136:16
137:15 138:1
147:23 176:13
194:21

**talked** 44:10
96:19 107:8
113:24 116:22
129:3 137:24
140:22 171:17,
22 172:16
202:7

**talking** 63:10,
11 75:12,13
131:23 135:17
149:3 153:20
190:14

**talks** 96:18
98:23

**tampered**
64:14

**Tappy** 161:20

**taught** 63:24
115:1

**Taylor** 166:14
182:2 204:23

**teach** 103:22

**teaching**
119:20

**team** 36:18
37:3 113:15
115:3 137:14
177:13

**telephone**
125:19

**Tells** 38:11

**ten** 65:19
131:20

**testified** 152:2,
6

**testify** 10:22
81:25 135:1

**testimony**
8:15 59:1 62:22
81:8 134:15,24
152:10,16,22
153:3 193:11
205:12

**testing** 31:16
98:23

**that'd** 102:16

**there'd** 90:22
118:22

**thermostat**
62:8

**thick** 90:7

**thing** 35:10
40:1 42:24
43:2,25 51:12
64:9 75:7,21
126:23 130:25
135:14 173:8

**things** 15:22,
23 16:7,25
17:4,6,24
23:16,18 25:11
26:2 30:10
32:16 33:21
35:17 36:18
38:7 41:22 44:9
45:10 46:11
54:24 60:7
62:15 64:21
65:3,5 75:14,16
79:11 80:2 92:1
93:22 105:22,
23 111:21
119:19 121:3
123:13 129:22
131:19 133:8
136:16 137:5
141:14 148:22
149:4 154:11
155:8,10,13

**thinking** 94:4

**thought** 35:9,
13 53:19 167:4,
5

**thoughtful**
158:24

**thoughts**
46:11 55:8

147:25

**threat** 60:15

**throw** 59:7

**time** 7:8,9 8:9,
25 9:15 13:14,
18 22:21 23:4
31:25 32:1,4,8,
9 39:3,9 40:10,
25 43:14 44:11
46:15 47:1,2,
10,11 54:13
55:11 58:11,16,
18,20 59:8,17
66:24 67:15,17
70:18 72:21
75:15,20 76:1,
19 79:3 88:23
91:19 95:20
105:17 108:5,
23 109:1,2,10
110:13 118:13
120:1,25
127:22 130:24
131:17 134:11
141:7 144:21
146:18,19
147:24 149:7
151:9,24
154:15 162:10,
18,20 163:10
164:2 169:14
175:2,23
182:18 183:14
187:15,20
189:17 190:12
192:6,10,14,25
193:5,8,23
194:18 196:13
197:19 198:25
199:18 200:3,
11 201:15
202:17 203:13,
17 205:21
206:5

**timeline**
159:10,13,21
161:10,11,13
162:23 182:13

**timely** 142:25
146:17 157:12
164:13 176:12
197:25 198:4,7,
10 199:14,24

200:22

**times** 9:12 47:6
52:19 60:25
61:22 92:24
108:1 109:14
110:18 116:5
149:3 199:3
200:23

**timing** 197:11,
13

**title** 23:2

**titled** 161:21

**today** 7:7
10:22,25 13:10
18:2,16,24
65:17 70:17
88:14 89:1
118:4,9 134:10
145:17 153:1,
11 202:21

**Todd** 161:20

**toilet** 59:7

**told** 89:13 92:1,
4 130:15 131:2
153:23 154:22
157:10 177:10,
20

**ton** 195:8

**tool** 29:3

**top** 29:8 70:24
77:6 121:4
151:25 186:21

**topic** 26:3
27:17 81:15
82:1,5 88:2
134:14,16,22,
23 135:2,6

**topics** 26:2
42:4 78:11
81:3,9

**tore** 94:7

**totally** 167:25

**touch** 76:1

**tour** 136:17,23

**tracking** 42:10
96:5

**train** 35:19
36:4,9 113:14
119:15

**trained** 25:6
26:21 27:1,5
36:6,8 103:12,
15 114:17
151:20

**trainer** 36:14

**trainers** 36:4

**training** 12:21,
24,25 17:23
23:25 24:6,8,
10,17,18,21,24
25:3,4,5,7,8,14,
15,16,24 26:4,
7,10,11,13,15,
17,20,23,24
27:11,21 28:7
34:25 35:1,3,5,
10,12,14,21,23,
25 36:7,10,11,
25 37:5,8,16,
17,25 38:4,9,
15,16,18,20,24
39:5,10,12,16,
20,22,23,24
40:17,20,21
69:21 91:12
97:7 103:13,14,
22 108:3 113:6,
12,20,25 114:3,
7,9,12,20,21
115:5,6,7,11,15
119:1,3,4,6,13,
16 127:3 136:6
170:22 178:11
179:7,9,12,13,
24 180:5,8,23
181:1,5

**trainings** 92:1

**trains** 36:3

**transcript**
205:10,11,16,
20,22,24,25
206:1,2,5,6,10,
11

**trapped** 170:13

**trash** 92:16

**tray** 59:6

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

trouble 11:3,4

truth 8:16

truthfully 152:6

**Tuesday** 203:15,16,20 204:1

turn 60:17 97:23 108:18 109:3

turning 108:25 109:1

**TV** 155:11

**TVS** 64:20 65:6 66:12 129:7 153:22 154:11

type 26:4,9 67:23 71:4 102:21,25 112:6,10 114:18,24 115:19 120:12 129:21 130:11, 12,14 203:18

types 12:7 15:12 17:4 43:8 65:5 102:17 111:17 112:2 113:7,15,21 140:19

typical 69:5 166:4

typically 102:23

typos 205:13, 16

**U**

**Uh-huh** 137:6 158:7

ultimate 107:3

ultimately 30:1 34:8 37:18 44:16 51:16 53:15,18 54:24 55:3 58:9 86:24 87:22 89:4,5

117:9 121:7 129:20 133:24

unable 199:19

unacceptable 105:22

unauthorized 131:5,11

understand 9:23 18:23 35:18 62:22 81:7,10 115:20 149:9,11

understanding 23:1,9 95:16 193:11

understands 105:8

understood 9:25 92:19 124:9 159:21

unintentionall y 94:21

unit 30:17 32:7, 14 53:13 54:8 69:10 127:20, 22 128:8 171:17

**United** 7:13

units 29:11 30:13 99:12,16 112:22 125:9 130:9

**University** 20:1

unlike 98:3

unlock 112:16 124:15

upbeat 75:8

update 55:6 87:7 161:7

updates 41:20 73:20 87:8

uploaded 150:15,17,18, 20

upset 154:19, 20 155:2,3,5,6 156:11

upwards 162:13

urgent 111:21

utilize 110:5 178:13

**V**

vague 43:6

**Valencia** 7:11, 21 8:24

variety 111:17

ventilation 99:24

verbal 10:8

versus 48:3

veteran 103:16

video 49:2,3 109:22 110:3,8 142:7,10,12,17 143:8,14,21 145:3 146:18 149:10 159:23 162:21 163:16, 20,25 164:15 168:17 170:18, 20 186:8,20 195:24 196:2 197:19 205:20, 22,24,25 206:5

videos 13:3,5, 17,19 141:11, 15 145:11

view 141:21 143:16 178:4

**Vincennes** 20:1

violated 52:6,9

violating 52:13

violation 17:8 52:15 56:18

visible 65:24 162:9,18,21

186:13

visitors 45:9

volume 27:2

**W**

wait 10:3 48:16 125:25

waited 157:7

waive 205:14, 18

walk 65:17 96:1 131:17 183:5

walked 131:3 171:16,22 183:17 190:21

walking 32:14, 24 114:25 130:9 175:7

walks 201:22

wall 94:7 99:13 110:24 169:18, 19

walls 65:25 169:20,22,24 170:15

**Walton** 166:25 183:3

wanted 23:6 28:11 67:15 76:1 123:13 179:20

warden 13:11, 12 16:19 19:4 21:19,22 22:4, 5,8,10,21 23:5, 8,13,21,23 27:24 30:25 34:8,12,24 41:2,7,10,11, 12,20 42:9,23 43:1,22 44:12 45:23 47:22,24 50:11,20 53:12, 18,21,25 54:7, 10,13,16,20 57:3 58:17

68:4,8 69:9,24 73:16 74:3,21 75:2 79:6,9,10 80:3,9,10 85:22 86:23,24 87:5, 23 89:5,9,13 93:18,19,25 107:3,7 113:19 117:11,13 121:8 129:21 133:24 135:9 136:10 137:11, 16,17 138:5,21 139:21 140:1 142:6 150:22, 23 151:1 157:4, 6,10 158:18 159:21 160:22 161:19 166:13 181:24 182:11 185:23 205:14

warden's 9:4 74:12,14 82:25 90:21,22

wardens 21:24 27:24

**Wardlow** 166:11 182:5, 11 185:24

watch 143:18, 20,21 145:11, 13,19 146:1

watched 145:3,6,9,17, 21,24 149:12 195:24 196:2

watching 146:18 149:10 163:20 170:20 186:20 197:19

water 29:6,7 61:5 102:19,23 104:8 162:15 165:9,11,12 173:5 182:21 196:11,15

ways 61:8 129:15

week 36:15 60:25 61:2,3 136:20 166:8

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
—COURT REPORTERS—

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**

weekend 72:18 203:23

weekly 29:14, 18,23 30:1,5, 11,19 45:1 96:13,14,23 97:4 103:24 105:17

weeks 45:1 63:4,16

wet 104:6,10

When's 39:9

whoever's 29:17

widespread 57:13

William 161:19 162:1

Wilson 24:12

Winn 166:15, 22

wire 33:1

wires 62:14,17 64:18 94:6

witnessed 49:18,21

wolf 116:7

wood 102:24 103:1

work 15:9,10 17:6 20:20 23:16,17 30:9 33:3,5 68:4 72:21 95:9 96:9 105:5 127:19

worked 19:11, 12 20:9 68:1

Workforce 25:23

working 19:6, 10 36:13 120:10 121:22, 25 183:4 200:11

works 147:20

would've 14:1, 9 23:3 25:1 72:12,17,18 74:15 79:2 88:12,16 89:1, 4,6,9,13 139:18,20 140:12 141:15 152:9 156:6,8 158:2,5,10,13 160:4 203:15, 16,22 204:7

write 26:8 33:1 104:9 158:14, 16,17

written 32:12 33:6 43:21 46:14 74:15 82:7 141:24 179:3 200:16

wrong 16:3 44:9 46:12 78:2 84:11 94:5 105:12 148:24 180:19 192:12 193:1,5 196:19, 25 197:5,8

wrote 144:23 157:23 168:20 169:1,5

---

**Y**

---

year 14:19,24 19:13,21 26:7 34:17 39:11 61:17 121:18 122:7

yearly 85:10 87:9 121:17 122:3,22

years 14:24,25 15:1 22:13,14, 16 66:25 159:3 169:20 177:3 179:18,19 180:1,4 184:13, 14

yell 115:23,25 116:6,13,18 167:18 184:11, 16

yelled 178:14

yelling 107:17 111:1 115:20 116:1,4,7,12 156:12 167:23 168:1,21 169:3 184:2,9,23 185:1 186:24 187:2,4,17,18, 22,24 188:1,3, 4,7,10,22 190:7,12,18 195:11 198:19

yesterday 12:2 14:14,16 18:24

you-all 28:10 41:18 48:12 84:17 87:10 171:14 199:23 200:2

---

**Z**

---

Zoom 7:10,22 8:4 9:15 70:17 134:10 202:21



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit J**