

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

# CASE NO. 3:24-CV-00185

# MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

# OF THE ESTATE OF MICHAEL SMITH, AND ON HER OWN BEHALF

# V.

# RON NEAL, ET AL.

## DEPONENT:

## ART KAUFMAN

## DATE:

## AUGUST 20, 2025



schedule@kentuckianareporters.com

☎ 877.808.5856  |  502.589.2273

www.kentuckianareporters.com

**Exhibit K**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185

MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF,

Plaintiff

V.

RON NEAL, ET AL.,

Defendants

DEPONENT:      ART KAUFMAN

DATE:          AUGUST 20, 2025

REPORTER:      LYDIA RYAN

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Maria Makar, Esquire

Loevy & Loevy

311 North Aberdeen Street

3rd Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: makar@loevy.com

(Appeared via videoconference)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



**Exhibit K**

APPEARANCES (CONTINUED)


ON BEHALF OF THE DEFENDANTS, RON NEAL, JASON NOWATZKE, CHRISTOPHER BEAL, DANIELLE BROWN, DEBORAH TAYLOR, DOUGLAS WARDLOW, ART KAUFMAN, ANDREW KMITTA, JANILLE WHITAKER, LIEUTENANT NADINE SMITH, OFFICER KEVIN CROSS, DENNIS KOEN, VINCENT MCCORMICK, AMON LEE, JENIENE WALTON, DARNELL CROCKETT, STEVEN MCCANN, LATRICE JONES, ERNEST WILLIAMS, MICHAEL EVERETT, AND JAYLON SINGLETON:

Brandyn L. Arnold, Esquire

Office of the Indiana Attorney General

Indiana Government Center North

302 West Washington Street

5th Floor

Indianapolis, Indiana 46204

Telephone No.: (317) 232-6201

E-mail: brandyn.arnold@atg.in.gov

(Appeared via videoconference)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

INDEX

|                                          | Page |
| ---------------------------------------- | ---- |
| PROCEEDINGS                              | 6    |
| DIRECT EXAMINATION BY MS. MAKAR          | 7    |
| CROSS-EXAMINATION BY MR. ARNOLD          | 34   |
| REDIRECT EXAMINATION BY MS. MAKAR        | 35   |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

STIPULATION

The VIDEO deposition of ART KAUFMAN was taken at KENTUCKIANA COURT REPORTERS, 730 WEST MAIN STREET, SUITE 101, LOUISVILLE, KENTUCKY 40202, via videoconference in which all participants attended remotely, on WEDNESDAY the 20th day of AUGUST 2025 at 10:02 a.m. (CT); said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure.  THE OATH IN THIS MATTER WAS REMOTELY ADMINISTERED AS PERMITTED BY INDIANA SUPREME COURT CASE NO. 20S-CB-123.

It is agreed that LYDIA RYAN, being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

PROCEEDINGS

THE REPORTER:  We are now on record.  My name is Lydia Ryan.  I'm the online video technician and court reporter today representing Kentuckiana Court Reporters, located at 730 West Main Street, Suite 101, Louisville, Kentucky 40202.  Today is the 20th day of August 2025.  The time is 10:02 a.m. Central Time.

We are convened by videoconference to take the deposition of Art Kaufman in the matter of Mysti Valencia, as the personal representative of the Estate of Michael Smith, and on her own behalf, v. Ron Neal, et al.  Pending in the United States District Court for the Northern District of Indiana South Bend Division.  Case number 3:24-cv-00185.

Will everyone, except for the witness, please state your appearance, how you're attending, and the location you're attending from?

MS. MAKAR:  Good morning, Maria Makar for Plaintiff Mysti Valencia, attending from my office in Chicago, Illinois.

MR. ARNOLD:  Good morning, Brandyn Arnold for the defendants, attending remotely from Indianapolis, Indiana.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

THE REPORTER:  Thank you.  And Mr. Kaufman, will you please state your name for the record and hold your ID up to the camera?

THE WITNESS:  Art Kaufman.

THE REPORTER:  Can you raise it up just a little bit for me?  Perfect.  Thank you.  Do all parties agree that the witness is, in fact, Art Kaufman?

MS. MAKAR:  Yes.

MR. ARNOLD:  Yes.

THE REPORTER:  Thank you.  And Mr. Kaufman, will you please raise your right hand?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yeah, I do.

THE REPORTER:  Thank you.  You may begin.

MS. MAKAR:  Thank you.

DIRECT EXAMINATION

BY MS. MAKAR:

Q.   Good morning, Mr. Kaufman.

A.   Good morning.

Q.   Have you ever been deposed before?

A.   No.

Q.   So since you haven't, we'll just go over some

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

basic ground rules, and let me know if you have any questions. And can you bring the mic any closer to you or sit any closer?

A.    I'm at the edge of my desk.

Q.    Okay.

A.    It's kind of loud. I'm sorry.

Q.    Oh, no. It's okay. There's just a little echo, but as long as Lydia can take down what you're saying, we should be okay.

So I will ask you questions and if you don't understand the question, if you could please ask me to clarify. If you answer the question, we'll understand that to mean that you understood the question. Does that make sense?

A.    Yeah.

Q.    And since the court reporter is taking down everything we say, I'll try to wait until you finish the answer to your question. And if you could try to wait until I finish my question -- sorry, I'll wait for you to finish your answer. If you could wait for me to finish my question and we'll try not to talk over each other.

One other thing is in normal conversation it's normal to say, "Uh-huh," or, "Uh-uh," or shake your head, or nod your head. But again, since the court

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

reporter is taking down everything it -- you could instead say, "Yes," or, "No," and we will go from there. Any questions?

A.    Nope.

Q.    Okay.  What is your current position at the Indiana Department of Correction?

A.    Physical plant director.

Q.    And were you employed at Indiana State Prison on January 14th, 2023?

A.    Yes.

Q.    When did you begin working at ISP?

A.    I -- I'm sorry?

Q.    When did you begin working at ISP?

A.    September/October area of 2009.

Q.    Okay.  And what was your title when you joined?

A.    Before I came here or when I came to ISP?

Q.    When you got to ISP?

A.    Physical plant director.

Q.    Okay.  So your title hasn't changed?

A.    No.

Q.    And your duties haven't changed?

A.    No.

Q.    Okay.  And you're currently the physical plant director.  Were you -- and you were the physical plant

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

director on January 14, 2023, correct?

A. Yes.

Q. So what are your responsibilities as physical plant director?

A. Maintaining the facility from lawn care, to the air conditioning, to the plumbing, you know, and shops like that. And then ordering materials, you know -- yeah. You know, the -- yeah, you know, materials as needed, you know, for -- for the facility.

Q. So your responsibilities include ensuring the safety and functionality of building systems, correct? And -- such as electrical, plumbing, HVAC?

A. Yeah. To repair -- to repair those, that type of items. Yes.

Q. Okay. Does that include the safety and functionality of the fire suppression system?

A. I'm not really sure on -- on that. It -- like the, you know, you -- you have your safety manager that -- that kind of oversee stuff and if things like need to be ordered, then it would come through me to order stuff. I think maybe that's about the best way I can answer that to you.

Q. Okay. So you communicate to the safety manager if you need new parts for any of your repairs or things like that?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

A.   No, no.   I -- I mean, depending on where things, you know, fall, you -- you -- you know, then the safety manager would say, hey, I need this.  And then I would --

Q.   Oh, I see.  And then you would order the part?

A.   Yeah.

Q.   Okay.  So it -- it's senior staff that's responsible for the fire suppression system, correct?

A.   Senior staff?

MR. ARNOLD:  She means the foreman.

BY MS. MAKAR:

Q.   Like the warden is responsible for the fire suppression system safety?

A.   Yeah.  I don't -- I don't really know how to answer that.

Q.   Who's responsible for maintaining or overseeing fire safety at the prison?

A.   Fire safety?  I -- best of my knowledge would be the safety manager.

Q.   Okay.  And that's Deborah Taylor?

A.   Yes.

Q.   Okay.  And do your responsibilities include prevention maintenance at ISP, or...

A.   Excuse me.  I'm sorry about that.

Q.   Oh, that's okay.  So do you do preventative

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit K

maintenance at ISP or mostly fixed things after the fact?

A. Well, let -- let me ask you this, just so I can be -- you know, clarify more. What do you mean by, "Preventative maintenance"?

Q. So when you -- you're in charge of repairs, correct?

A. Yes.

Q. And so are those reactive repairs, meaning fixing things that are broken, or are you also in charge of preventative maintenance?

A. Well, as far as preventative, like if you're talking like, okay, you check -- you check belts, you oil -- oil motors and that, yes, we -- we do that.

Q. Okay. And do you do that in the cell houses?

A. As to -- I'm trying to think. I'm trying to think. I -- I -- I mean, yes. If it comes to like, say changing belts, yeah, or changing air filters, stuff like that.

Q. I see. Okay. And so generally, it's your job to make the place as structurally sound as you can, right?

A. To keep things maintaining.

Q. Okay. Got it.

A. Yeah. You know.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

Q.    And --

A.    Structural, I don't build the buildings or nothing, you know.

Q.    Sorry, I didn't catch that.

A.    Well, when you say structural, I don't change, you know, I mean, we don't build the buildings.

Q.    Right.  Right.  Right.  Within your limits, your job is maintenance for safety and functionality, I guess is what I was trying to ask.

A.    Yeah.

Q.    Okay.  Who reports to you, in your role as physical plant director?

A.    Who reports to me?

Q.    Yes.

A.    My supervisory staff and there the -- the foremans report to them.

Q.    So that would be like the shift managers?

A.    What do you mean by, "Shift manager"?

Q.    What's the title of the supervisory staff that reports to you?

A.    One's is -- well, one's is steam plant -- I'm trying to think of his title.  Steam plant supervisor 2, there's a maintenance supervisor 2, and a maintenance supervisor 3.

Q.    I see.  And who do you report to?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

A.    The deputy warden, Mr. Nowatzke.

Q.    **Who do you report maintenance issues to?**

A.    As in -- can you clarify a little bit on, "Issues"?

Q.    **So if you encountered a functionality or safety issue with one of the systems you're in charge of, but you didn't have what you needed to fix the problem or you needed to report the problem, would that also go to the deputy warden?**

A.    Well, I -- I -- if, you know, if it's for like materials, obviously we don't have materials or -- or yeah.  Or, you know, I'd have to, you know, purchase if it's -- I would go to if it's something that's beyond my capability, I -- I would -- I guess the best way I could say it is, I would go to Mr. Nowatzke and I would -- would contact the -- the regional director on the maintenance end to --

Q.    **Okay.**

A.    -- go from there.

Q.    **And that's the regional director at Indiana Department of Correction?**

A.    Yeah.  I'm -- think he's the regional director of the northern district.

Q.    **Oh, okay.**

A.    I -- I think that -- I'm not really quite sure

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

his title title.

Q.   Okay.  And is that the same process for systemic issues, like electrical issues that are beyond your capabilities?

A.   Yeah.  It'd be -- yeah, anything that'd be beyond, you know.

Q.   Okay.  And do you regularly meet with the safety hazard managers, Danielle Brown or Deborah Taylor, regarding safety issues?

A.   You say on what?  On a regular basis?

Q.   Right.

A.   No, I can't -- I can't -- no, I can't say that she would -- she'll contact if -- yeah, otherwise on a say, a day-to-day basis, no.

Q.   I see.  So more as needed?

A.   Yeah.

Q.   Okay.  And do you have any certifications?

A.   At the moment, no.

Q.   Are any certifications required for your job?

A.   Not that I know of.

Q.   Okay.  And do you work with Mr. Kmitta, correct?

A.   Who?

Q.   Kmitta.  K-M-I-T-T-A?

A.   Oh, Kmitta?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

Q.    Yeah.

A.    Yeah.  He's off at the -- at the moment.  I haven't spoken to him for a good while.

Q.    What's his role?

A.    Oh, jeez.  I think the last that I knew of -- and I'm sorry, because I was out of work for a while.  I think he was in the garage at that time, or the last time I saw him while he was working.

Q.    Understood.  And you're aware that A Cell House did not have a working sprinkler system on January 14, 2023, correct?

A.    A sprinkler system?

Q.    Yes.

A.    No.

Q.    I'm getting that from your interrogatory answer where you listed the fire prevention materials in A Cell House, says, "Smoke alarms, smoke detectors, fire extinguishers, and the facility firefighting crew," correct?

A.    Yeah.  But you said sprinkler system.

Q.    Right.

A.    I thought you said sprinklers.

Q.    There are not sprinklers in A Cell House, right?

A.    No, not to my knowledge, no.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

Q.   Has that been the case as long as you've been at ISP?

A.   I believe so.

Q.   Okay.  And in A Cell House, the fire sensors are only on the Fifth Range, correct?

A.   I believe so.

Q.   Has that been the case since you've been at ISP?

A.   Yeah, I believe so.

Q.   As far as you know, did the warden make any requests for funding or repairs to install a sprinkler system or more fire sensors in A Cell House?

A.   Yeah.  I don't know.

Q.   Are you aware of any written reports or memos that identified the sprinkler deficiency prior to January 14, 2023?

A.   Can you repeat that again?

Q.   Yes.  Are you aware of any written reports or memos that identified the lack of sprinklers in A Cell House prior to January 14, 2023?

A.   Not to my knowledge.

Q.   Who's responsible for ensuring that fire extinguishers and A Cell House are maintained and functional?

A.   I believe the safety manager that oversees the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

fire department.

Q.   Okay.  And do you know the schedule for inspecting or replacing the fire extinguishers?

Or let me ask it differently.  Are you involved in that process?

A.   If like say my building, if I -- you -- you know, if I see it or one of the supervisors will check it on, you know, but in -- inside in the -- in the cell houses in there, no, I don't do that.

Q.   Okay.  So in the areas you work, if you see a fire extinguisher that needs replacing, you report that up or you order it?

A.   I would get with the -- I would get with the safety manager.

Q.   Okay. Got it.  Thank you.  Did you ever report or escalate concerns about fire safety deficiencies in A Cell House?

A.   Could you repeat that?

Q.   Did you ever report or escalate concerns about fire safety deficiencies in A Cell House?

A.   I don't think so.

Q.   So I want to move on to the electrical at ISP. Is it part of your role to monitor and respond to electrical issues in the prison?

A.   Can you add -- can you say that again?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

Q.    Is it part of your role to monitor and respond to electrical issues in the prison?

A.    It -- when -- when something's reported about, yeah, a crew will go over and repair things.

Q.    And electrical problems are very common at ISP, correct?

A.    I mean, are -- is there -- are there work orders for -- for electrical issues?  Yes.

Q.    So that includes sparking outlets or overloaded circuits in the cell houses, correct?

A.    What do you mean by sparking?

Q.    Faulty wiring or faulty outlets?

A.    I haven't seen that.  I -- I've seen where if something's stuck in them, like an outlet, they'll burn, but --

Q.    Okay.

A.    -- you know, as an outlet sitting by itself, no.

Q.    Okay.  And are you responsible for addressing or assigning staff to respond to those work orders?

A.    I would say usually it's the supervisors sending their crews, that the -- the work orders go, you know, would go to them and then they would assign.

Q.    Okay.

A.    So on -- on a daily thing, I don't necessarily

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

have somebody do -- that's what the supervisors positions are for.

Q.   I see.  And if you encounter electrical problems, do you report those problems or communicate those problems to supervisors?

A.   Yes.

Q.   Okay.  Have you ever had any discussion with anyone at ISP about addressing systemic electrical problems in the facility?

A.   What do you mean, "Systemic"?

Q.   Repeated or, you know, system-wide?

A.   Not really sure how to -- I -- I mean, to answer that.  I -- I mean, we go and we -- we repair items, but -- so I, yeah, you know, if it's -- I haven't seen anything like if -- if you're asking, like, repeated and repeated, over and over.  Is that what you're trying to ask me or not?

Q.   Yeah.  If you've had a conversation with anyone about that?

A.   Yeah, I'm not sure.  Not -- I'm -- I'm not sure.

Q.   Are you aware of any problem in A Cell House with flammable materials in the cells?

A.   I've seen, like, people having the paperwork and stuff like that in them.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

Q.   Do you know about a problem with makeshift power strips in the cell houses?

A.   I've seen them, yes.

Q.   To your knowledge, what, if anything, was being done about that or is being done about that?

A.   I know I have taken -- taken some when I've seen them, my understanding is if they're -- if they're seen that they are taking, you know, away from the, you know, the person.

Q.   Do you know if that happens in every case?

A.   I'm not there, so I couldn't -- I couldn't answer that.

Q.   Do you know why legitimate power strips are not available for the prisoners?

A.   I mean, they -- they have -- they have outlets in their cell and I don't know what the need would be for them.

Q.   And so you mentioned prison property in the cell, including paper.  Are you aware of any problem with curtains in the cell or sheets?

A.   I have seen some hanging there at times.

Q.   Are those confiscated?

A.   I believe so.

Q.   And TVs and hot pots, are those confiscated from the cell?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

A.   Yeah.  I don't know.  That -- that's not what that did.  Yeah.  I don't know.

Q.   Are you familiar with the April 2017 death of Joshua Devine in a cell fire at ISP?

A.   Not really.

Q.   Were you working at the prison that day?

A.   With -- with -- with Mr. Devine, you said?

Q.   Yes.

A.   It -- to the best of my knowledge, I was not here when that happened.

Q.   And when did you learn of the fire that killed Mr. Devine?

A.   Oh, jeez.  I -- I'm not -- I -- I'm not sure on that.

Q.   That -- that's perfectly fine.  Do you recall any safety reviews or investigations conducted after the fire that killed Mr. Devine?

A.   I think that the only thing I -- that I really know on that is obviously we would have to repair anything that would, you know, in the cell, but we can't touch it or do nothing until an investigation's been done.  So whatever happened prior, I have -- I don't know.

Q.   Were you asked to participate in any meetings or reviews concerning fire safety improvements following

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

the fire that killed Mr. Devine?

A.   I do not believe so.

Q.   Are you aware that in February 2022 a federal court issued findings criticizing fire safety practices at ISP?

MR. ARNOLD:  Objection as to form.  You can answer that.

THE WITNESS:  Do what?

BY MS. MAKAR:

Q.   Are you aware that in February 2022, a federal court issued findings criticizing fire safety practices at ISP?

A.   No, I -- I don't believe so.

Q.   You didn't read a copy of the Court's findings in the Devine case?

A.   No.

Q.   Okay.  Were you instructed by your supervisors to make any changes in response to the 2017 fire?

A.   I don't recall any.

Q.   And you were not at work on January 14, 2023, correct?

A.   No, I don't believe so.  No.

Q.   And you learned of the fire when you returned to work the following Tuesday, correct?

A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

Q.   And you said you learned of the fire when reading the shift report, correct?

A.   Yeah.

Q.   Who sent you the shift report?

A.   I -- I don't -- I'm not sure.  The shift reports are done by whoever is the captain or whoever on duty that day.  So I -- I don't recall who it was.

Q.   At that time did you speak about the fire with anyone?

A.   I had told my supervisory staff that we would need -- we would have to repair a cell whenever we are allowed to.

Q.   Do you usually receive --

A.   I -- I'm sorry.

Q.   Oh, sorry.  Do you usually receive reports of fatal incidents in the prison?

A.   To what degree are you saying fatal or fatal reports?

Q.   If someone dies in the prison, do you get a report or does it depend on what happened?

A.   I -- the -- there would be -- there would be like a shift report, but other than that, I don't see any other reports.

Q.   Did you visit the scene following the fire?

A.   I didn't look at anything until we were

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit K**

allowed to repair.

Q.    And do you remember when it is that you went in and repaired?

A.    No.

Q.    Okay.  Did you review surveillance video of the fire or the staff's response?

A.    No.

Q.    Did you save any video from that day?

A.    No.

Q.    Were you asked to assess the condition of any fire safety equipment after the fire?

A.    No.

Q.    Did anyone request that you provide information for an internal or external investigation?

A.    Can you ask me that again?

Q.    Yes.  Did anyone request that you provide information for an internal or external investigation of the fire?

A.    I don't believe so.

Q.    Were you involved in any after action review or meeting about the -- how the fire happened?

A.    No.

Q.    Following the fire, were you asked to implement any specific changes to fire safety infrastructure at ISP?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

A.   No, I don't believe so.  No.

Q.   You said in your interrogatory that you were involved in the post orders getting updated.  What does that mean?

A.   I -- I'm not involved with an update.

Q.   Oh, sorry.  So the post orders were updated, correct?

A.   I believe they may have been, but I'm not sure.

Q.   Okay.  And what are post orders?

A.   Well, the best of my knowledge, I mean, that's on the operational side, so I can only really guess, but the -- it's the steps, or rules, or whatever they have to follow, I believe.

Q.   Okay.  So you believe the post orders were updated?  The operations orders, but you're not sure which ones, correct?

A.   Yeah.

Q.   Okay.

A.   I -- yeah.

Q.   Did senior staff make any changes to the sprinkler system or electrical wiring in A Cell House in 2023?

A.   Can you ask me that again, please?

Q.   Did senior staff make any changes to the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

sprinkler system or electrical wiring system in A Cell House in 2023?

A.    Yeah.  I don't know.

Q.    Were additional fire extinguishers installed in A Cell House after Mr. Smith's death?

A.    I believe so.  I'm not sure, but I thought that there --

Q.    Do you know of -- oh, sorry, please go ahead.

A.    I thought there were extra put in.  I -- I -- I think.

Q.    Okay.  Do you know of any fire drills or inspections that have been conducted in A Cell House since January 2023?

A.    Say that again, please?

Q.    Do you know of any fire drills or inspections conducted in A Cell House since January 2023?

A.    Specifically, no.  I know they do, do fire drills, but specifically, I couldn't say.

Q.    Do you know how often they do fire drills?

A.    No, I don't.

Q.    And do you know what time of day they do fire drills?

A.    No, I don't.

Q.    And you said you think there might have been additional fire extinguishers installed in A Cell House

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

after Mr. Smith's death.  Do you know anything about how many or where they were put?

A.    No.  No, I don't.

Q.    Okay.  Do you believe that ISPs current infrastructure is sufficient to protect incarcerated people in the event of a fire?

A.    Can you ask me that again, please?

Q.    Do you believe that ISPs current infrastructure is sufficient to protect incarcerated people in the event of a fire?

A.    Well, I -- I mean, I'm not a -- the -- an expert, but I would think everything's in place.

Q.    Did you receive training regarding your responsibilities for emergency preparedness and fire safety?

A.    Can you clarify that?

Q.    Sure.  So when you first started as physical plant director, did you receive training on emergency preparedness or fire safety?

A.    I'm not really sure how to answer that.  I'm not -- I'm not -- I don't know if I quite understand what you're asking.

Q.    So do you receive training on fire safety, or participate in drills, or anything like that?

A.    I don't participate in the fire drills.  I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

mean, the use of a fire extinguisher and -- yes.

Q.    Okay.  So you were trained on the use of a fire extinguisher?

A.    Yes, I have been.

Q.    And was that a one-time training or is it repeated?

A.    I believe -- I believe it's a yearly.  I know there's -- I'm trying to think.  I'm just trying to think of the name what -- where -- where you -- like a yearly in service, you know?  And I -- and I believe that's still in it.

Q.    And have you ever been disciplined, or reprimanded formally, or informally in your job at ISP?

A.    What do you mean as disciplined?  Like?

Q.    Like received a consequence for something done wrong at work?

A.    Well -- well, in all my years, I'd say one time.  One time.

Q.    Okay.  And was that related to fire safety or emergency preparedness?

A.    No.

Q.    Okay.  And have you reviewed your interrogatory responses related to this case before today's deposition?

A.    What do you mean?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



KENTUCKIANA
— COURT REPORTERS —

**Exhibit K**

Q.   Did you prepare for this deposition by reviewing your interrogatory responses?

A.   No, I've never done anything like this.  I -- I -- I was a little lost to what this was going to be. I don't know.

Q.   Did you review any documents or video?

A.   No.

Q.   Did you meet with your attorney?

A.   Talked to him at a -- talked to him at, you know, about, but nothing --

Q.   I mean, yeah.  And without saying what you talked about, how long was that meeting?

A.   Couple minutes.

Q.   Okay.  And did he show you or send you any documents or video?

A.   I don't believe so.

Q.   Okay.  So the document I was asking about is your interrogatory responses.  Do you remember reviewing and answering certain questions on a document?

A.   Yeah, a little.  I don't remember a lot of it. It's been quite a while.

Q.   Are those answers in your interrogatories true and correct, to the best of your knowledge?

A.   I believe so.

Q.   I want to move on to accreditation.  Are you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

the point person for accreditation?

A.    What do you mean appoint for accreditation?

Q.    On some of the accreditation reports, you're listed as a contact.  So I'm just wondering what that -- what your involvement with the accreditation process is?

A.    Well, I know when they have -- I -- I think just when -- when they have their accreditation, if something needs to be repaired and I repair it or whatever, I -- I think that's -- would be my involvement in it.

Q.    Okay.  And that's the extent of your involvement with the process?

A.    Yeah, I believe so.

Q.    Okay.  Does the same go for any fire and security certifications or inspections?

A.    That's not in my -- the certifications that -- that, yeah, I have nothing to do on that end of it.

Q.    Okay.  How about the ISP fire plan in the manual, who's responsible for adherence to the fire plan?  I can show it to you if --

A.    Yeah, I would say, I -- I -- I don't know.  I would think the safety manager, but that's just thinking.

Q.    Okay.  I'm going to show it to you.  Let me know if you can see it okay.  Can you see this here?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

A.    Yeah.

Q.    And this is the manual section about the emergency fire plan, correct?

A.    Yeah.  From what I can see, it looks like it.

Q.    Do you have any involvement in drafting this?

A.    No.

Q.    Okay.  So you're listed on here just because of your position as physical plant director, correct?

A.    Yeah.

Q.    And to the extent it says that you have responsibility over adherence to the plan, is that just in your role as doing as-needed repairs?

A.    I would believe so.

Q.    Okay.  Have you seen this fire plan before?

A.    I'm not sure --

Q.    Okay.

A.    -- if I have or not.

Q.    Okay.  Do you agree that fire prevention is a critical component of prison safety and maintenance?

A.    Can you repeat that, please?

Q.    Do you agree that fire prevention is a critical component of prison maintenance?

A.    I would think so.

Q.    Do you agree that ISP's age and electrical problems create a fire risk?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Exhibit K

A.    I can't say that.

Q.    Would you say, that ISP's age and electrical problems make your job more difficult?

A.    No, I can't say that.

Q.    Are there limits to what you can do to keep such an old building safe?

A.    What do you -- can you kind of clarify that a little bit for me?

Q.    Yeah.  Would you agree that a prison in ISP's condition wouldn't open in the present day?

MR. ARNOLD:  Objection as to form.

BY MS. MAKAR:

Q.    Or wouldn't be built that way in the present day?

A.    I don't know.  I'm not an engineer.  I don't know what they -- how they would want to build anything.

Q.    Do you believe -- oh, sorry.  Do you believe that more could have been done to prevent Mr. Smith's death?

A.    Do I believe?  Say -- please say that again?

Q.    Do you believe that more could have been done to prevent Mr. Smith's death?

A.    Not that I know of.

Q.    Is there anything else you believe the Court should know about your role or your actions in this

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

case?

A.   I don't think so.

MS. MAKAR:  All right.  Those are all the questions I have for you, unless I have any questions in response to your attorney's questions.  Thank you, Mr. Kaufman.

THE WITNESS:  Well, okay.  You're welcome.

MS. MAKAR:  Brandyn, do you have any questions?

MR. ARNOLD:  Just a few quick ones.

CROSS-EXAMINATION

BY MR. ARNOLD:

Q.   There was some talk about the safety hazard mat -- manager, Deborah Taylor, correct?  Do you remember that, Mr. Kaufman?

A.   Well, about -- about what?  I -- I mean, you kind of lost me on that one.

Q.   Yeah.  So you can't speak specifically as to everything, as the  -- all of Deborah Taylor's job duties, correct?

THE WITNESS:  No, I -- no, I --

MS. MAKAR:  Objection to the form.

BY MR. ARNOLD:

Q.   Are you involved as part of your job in setting fire safety policies at the facility or for DOC?

A.   No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201




KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

Q.   Is it part of your job duties to decide what additional actions should be taken to ensure fire safety?

A.   No.

MR. ARNOLD:  That's all I have.

MS MAKAR:  Okay.  I just have a couple questions.

REDIRECT EXAMINATION

BY MS. MAKAR:

Q.   You said you are not in charge of setting fire safety policies at ISP.  Who is in charge of that?

A.   Who's in charge of setting the policies?

Q.   Yes.

A.   I'm not sure.

Q.   Who's in charge of enforcing the policies?

MR. ARNOLD:  Objection as to form.

THE WITNESS:  I am sorry.  Are -- are -- are you waiting on me?

BY MS. MAKAR:

Q.   Yes.  You can still answer when your attorney objects, unless he instructs you not to answer.

A.   I didn't know.  Okay.  Yeah.  I was a little lost.  Can you repeat that question again?  I'm sorry.

Q.   Yes.  Who is in charge of enforcing the fire safety policies at ISP?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

A.   I would -- to the best of my knowledge, the safety manager, but I don't know that for sure.

Q.   And you said you're not in charge of determining what additional action should be taken to ensure fire safety, who is in charge of determining what additional action should be taken to ensure fire safety?

A.   Yeah.  I'm not -- I'm not -- I'm not sure on -- on that end.

Q.   If you saw a problem with fire safety at ISP, who would you communicate that to?

A.   I would say my -- my best answer I think on that would be if it -- if it was a safety issue on -- on something, I would -- I would report that to the safety manager as well as my boss.

Q.   And by your boss, who do you mean?

A.   Mr. Nowatzke -- Deputy Warden Nowatzke.

MS. MAKAR:  Okay.  Thank you, Mr. Kaufman, that's all my questions.

MR. ARNOLD:  All my questions as well.

THE REPORTER:  Okay.  Before we go off record. Are we reading and signing today?

MR. ARNOLD:  Yeah, we can do it.

THE REPORTER:  Okay.  And Ms. Makar, would you like a copy of the transcript?

MS. MAKAR:  No, thank you.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

THE REPORTER:  And would you like the video?

MS. MAKAR:  Not at this time.

THE REPORTER:  Okay.  And Mr. Arnold, would you like a copy of the transcript?

MR. ARNOLD:  Yeah, a copy.

THE REPORTER:  I'm sorry, can you repeat that?

MR. ARNOLD:  Yeah, we'll take a copy.

THE REPORTER:  Okay.  And would you like the video?

MR. ARNOLD:  No, not at this time.

THE REPORTER:  Okay.  Thank you.  Give me one moment and I'll get us off record.

We are going off record.  The time is 10:51 a.m.

(Deposition concluded At 10:51 a.m. CT)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.

LYDIA RYAN,

COURT REPORTER/NOTARY

MY COMMISSION EXPIRES: 09/28/2031

SUBMITTED ON:  08/27/2025

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

**1**

**101** 6:7

**10:02** 6:8

**10:51** 37:13,15

**14** 10:1 16:11 17:16,20 23:20

**14th** 9:9

**2**

**2** 13:22,23

**2009** 9:14

**2017** 22:3 23:18

**2022** 23:3,10

**2023** 9:9 10:1 16:11 17:16,20 23:20 26:23 27:2,13,16

**2025** 6:8

**20th** 6:7

**3**

**3** 13:24

**3:24-cv-00185** 6:16

**4**

**40202** 6:7

**7**

**730** 6:6

**A**

**a.m.** 6:8 37:14, 15

**accreditation** 30:25 31:1,2,3, 5,7

**action** 25:20 36:4,6

**actions** 33:25 35:2

**add** 18:25

**additional** 27:4,25 35:2 36:4,6

**addressing** 19:19 20:8

**adherence** 31:19 32:11

**affirm** 7:13

**age** 32:24 33:2

**agree** 7:7 32:18,21,24 33:9

**ahead** 27:8

**air** 10:6 12:18

**alarms** 16:17

**allowed** 24:12 25:1

**answering** 30:19

**answers** 30:22

**appearance** 6:18

**appoint** 31:2

**April** 22:3

**area** 9:14

**areas** 18:10

**Arnold** 6:23 7:10 11:10 23:6 33:11 34:9,11, 22 35:5,16 36:19,22 37:3, 5,7,10

**Art** 6:11 7:4,7

**as-needed** 32:12

**assess** 25:10

**assign** 19:23

**assigning** 19:20

**attending** 6:18,19,21,24

**attorney** 30:8 35:20

**attorney's** 34:5

**August** 6:8

**aware** 16:9 17:14,18 20:22 21:19 23:3,10

**B**

**basic** 8:1

**basis** 15:10,14

**begin** 7:17 9:11,13

**behalf** 6:13

**belts** 12:13,18

**Bend** 6:16

**bit** 7:6 14:3 33:8

**boss** 36:14,15

**Brandyn** 6:23 34:8

**bring** 8:2

**broken** 12:10

**Brown** 15:8

**build** 13:2,6 33:16

**building** 10:11 18:6 33:6

**buildings** 13:2,6

**built** 33:13

**burn** 19:14

**C**

**camera** 7:3

**capabilities** 15:4

**capability** 14:14

**captain** 24:6

**care** 10:5

**case** 6:16 17:1, 7 21:10 23:15 29:23 34:1

**catch** 13:4

**cell** 12:15 16:9, 17,23 17:4,12, 19,23 18:8,17, 20 19:10 20:22 21:2,16,19,20, 25 22:4,20 24:11 26:22 27:1,5,12,16,25

**cells** 20:23

**Central** 6:8

**certifications** 15:17,19 31:15, 16

**change** 13:5

**changed** 9:20, 22

**changing** 12:18

**charge** 12:6,10 14:6 35:10,11, 12,15,24 36:3,5

**check** 12:13 18:7

**Chicago** 6:22

**circuits** 19:10

**clarify** 8:12 12:4 14:3 28:16 33:7

**closer** 8:2,3

**common** 19:5

**communicate** 10:23 20:4 36:10

**component** 32:19,22

**concerns** 18:16,19

**concluded** 37:15

**condition** 25:10 33:10

**conditioning** 10:6

**conducted** 22:16 27:12,16

**confiscated** 21:22,24

**consequence** 29:15

**contact** 14:16 15:13 31:4

**convened** 6:10

**conversation** 8:23 20:18

**copy** 23:14 36:24 37:4,5,7

**correct** 10:1,11 11:8 12:7 15:22 16:11,19 17:5 19:6,10 23:21, 24 24:2 26:7,17 30:23 32:3,8 34:13,19

**Correction** 9:6 14:21

**couple** 30:13 35:6

**court** 6:5,15 8:16,25 23:4,11 33:24

**Court's** 23:14

**create** 32:25

**crew** 16:18 19:4

**crews** 19:22

**critical** 32:19, 22

**criticizing** 23:4,11

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



**Exhibit K**

**CROSS-EXAMINATION** 34:10

**CT** 37:15

**current** 9:5 28:4,8

**curtains** 21:20

---

**D**

**daily** 19:25

**Danielle** 15:8

**day** 6:8 22:6 24:7 25:8 27:21 33:10,14

**day-to-day** 15:14

**death** 22:3 27:5 28:1 33:19,22

**Deborah** 11:20 15:8 34:13,18

**decide** 35:1

**defendants** 6:24

**deficiencies** 18:17,20

**deficiency** 17:15

**degree** 24:17

**department** 9:6 14:21 18:1

**depend** 24:20

**depending** 11:1

**deposed** 7:23

**deposition** 6:11 29:24 30:1 37:15

**deputy** 14:1,9 36:16

**desk** 8:4

**detectors** 16:17

**determining** 36:4,5

**Devine** 22:4,7, 12,17 23:1,15

**dies** 24:19

**differently** 18:4

**difficult** 33:3

**DIRECT** 7:19

**director** 9:7, 19,25 10:1,4 13:12 14:16,20, 22 28:18 32:8

**disciplined** 29:12,14

**discussion** 20:7

**district** 6:15 14:23

**Division** 6:16

**DOC** 34:24

**document** 30:17,19

**documents** 30:6,15

**drafting** 32:5

**drills** 27:11,15, 18,19,22 28:24, 25

**duties** 9:22 34:19 35:1

**duty** 24:7

---

**E**

**echo** 8:8

**edge** 8:4

**electrical** 10:12 15:3 18:22,24 19:2, 5,8 20:3,8 26:22 27:1 32:24 33:2

**emergency**

28:14,18 29:20 32:3

**employed** 9:8

**encounter** 20:3

**encountered** 14:5

**end** 14:17 31:17 36:8

**enforcing** 35:15,24

**engineer** 33:15

**ensure** 35:2 36:5,6

**ensuring** 10:10 17:22

**equipment** 25:11

**escalate** 18:16,19

**Estate** 6:13

**et al** 6:14

**event** 28:6,10

**everything's** 28:12

**EXAMINATION** 7:19 35:8

**Excuse** 11:24

**expert** 28:12

**extent** 31:11 32:10

**external** 25:14, 17

**extinguisher** 18:11 29:1,3

**extinguishers** 16:18 17:23 18:3 27:4,25

**extra** 27:9

---

**F**

**facility** 10:5,9 16:18 20:9 34:24

**fact** 7:7 12:2

**fall** 11:2

**familiar** 22:3

**fatal** 24:16,17

**faulty** 19:12

**February** 23:3, 10

**federal** 23:3,10

**filters** 12:18

**findings** 23:4, 11,14

**fine** 22:15

**finish** 8:17,19, 20,21

**fire** 10:16 11:8, 12,17,18 16:16, 17 17:4,12,22 18:1,3,11,16,20 22:4,11,17,25 23:1,4,11,18,23 24:1,8,24 25:6, 11,18,21,23,24 27:4,11,15,17, 19,21,25 28:6, 10,14,19,23,25 29:1,3,19 31:14,18,19 32:3,14,18,21, 25 34:24 35:2, 10,24 36:5,6,9

**firefighting** 16:18

**fix** 14:7

**fixed** 12:1

**fixing** 12:10

**flammable** 20:23

**follow** 26:14

**foreman** 11:10

**foremans** 13:16

**form** 23:6 33:11 34:21 35:16

**formally** 29:13

**functional** 17:24

**functionality** 10:11,16 13:8 14:5

**funding** 17:11

---

**G**

**garage** 16:7

**generally** 12:20

**give** 7:14 37:11

**good** 6:20,23 7:21,22 16:3

**ground** 8:1

**guess** 13:9 14:14 26:12

---

**H**

**hand** 7:12

**hanging** 21:21

**happened** 22:10,22 24:20 25:21

**hazard** 15:8 34:12

**head** 8:25

**hey** 11:3

**hold** 7:3

**hot** 21:24

**House** 16:10, 17,23 17:4,12, 20,23 18:17,20 20:22 26:22 27:2,5,12,16,25

**houses** 12:15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

18:9 19:10 21:2

**HVAC** 10:12

---

**I**

**ID** 7:3

**identified** 17:15,19

**Illinois** 6:22

**implement** 25:24

**improvements** 22:25

**incarcerated** 28:5,9

**incidents** 24:16

**include** 10:10, 15 11:22

**includes** 19:9

**including** 21:19

**Indiana** 6:15, 25 9:6,8 14:20

**Indianapolis** 6:25

**informally** 29:13

**information** 25:14,17

**infrastructure** 25:25 28:5,9

**inside** 18:8

**inspecting** 18:3

**inspections** 27:12,15 31:15

**install** 17:11

**installed** 27:4, 25

**instructed** 23:17

**instructs**

35:21

**internal** 25:14, 17

**interrogatories** 30:22

**interrogatory** 16:15 26:2 29:23 30:2,18

**investigation** 25:14,17

**investigation's** 22:21

**investigations** 22:16

**involved** 18:5 25:20 26:3,5 34:23

**involvement** 31:5,9,12 32:5

**ISP** 9:11,13,17, 18 11:23 12:1 17:2,8 18:22 19:6 20:8 22:4 23:5,12 25:25 29:13 31:18 35:11,25 36:9

**ISP's** 32:24 33:2,9

**ISPS** 28:4,8

**issue** 14:6 36:12

**issued** 23:4,11

**issues** 14:2,4 15:3,9 18:24 19:2,8

**items** 10:14 20:14

---

**J**

**January** 9:9 10:1 16:10 17:16,20 23:20 27:13,16

**jeez** 16:5 22:13

**job** 12:20 13:8 15:19 29:13 33:3 34:18,23 35:1

**joined** 9:16

**Joshua** 22:4

---

**K**

**K-M-I-T-T-A** 15:24

**Kaufman** 6:11 7:1,4,8,11,21 34:6,14 36:17

**Kentuckiana** 6:5

**Kentucky** 6:7

**killed** 22:11,17 23:1

**kind** 8:6 10:19 33:7 34:16

**Kmitta** 15:21, 24,25

**knew** 16:5

**knowledge** 11:18 16:25 17:21 21:4 22:9 26:11 30:23 36:1

---

**L**

**lack** 17:19

**lawn** 10:5

**learn** 22:11

**learned** 23:23 24:1

**legitimate** 21:13

**limits** 13:7 33:5

**listed** 16:16 31:4 32:7

**located** 6:6

**location** 6:19

**long** 8:8 17:1 30:12

**lost** 30:4 34:16 35:23

**lot** 30:20

**loud** 8:6

**Louisville** 6:7

**Lydia** 6:4 8:8

---

**M**

**Main** 6:6

**maintained** 17:23

**maintaining** 10:5 11:16 12:23

**maintenance** 11:23 12:1,5,11 13:8,23 14:2,17 32:19,22

**Makar** 6:20 7:9, 18,20 11:11 23:9 33:12 34:3,8,21 35:6, 9,19 36:17,23, 25 37:2

**make** 8:14 12:21 17:10 23:18 26:21,25 33:3

**makeshift** 21:1

**manager** 10:18,24 11:3, 19 13:18 17:25 18:14 31:22 34:13 36:2,14

**managers** 13:17 15:8

**manual** 31:19 32:2

**Maria** 6:20

**mat** 34:13

**materials** 10:7, 8 14:11 16:16 20:23

**matter** 6:11

**meaning** 12:9

**means** 11:10

**meet** 15:7 30:8

**meeting** 25:21 30:12

**meetings** 22:24

**memos** 17:14, 19

**mentioned** 21:18

**mic** 8:2

**Michael** 6:13

**minutes** 30:13

**moment** 15:18 16:2 37:12

**monitor** 18:23 19:1

**morning** 6:20, 23 7:21,22

**motors** 12:14

**move** 18:22 30:25

**Mysti** 6:11,21

---

**N**

**Neal** 6:14

**necessarily** 19:25

**needed** 10:9 14:7,8 15:15

**nod** 8:25

**normal** 8:23,24

**northern** 6:15 14:23

**Nowatzke** 14:1,15 36:16

**number** 6:16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

**O**

**Objection** 23:6 33:11 34:21 35:16

**objects** 35:21

**office** 6:21

**oil** 12:14

**one's** 13:21

**one-time** 29:5

**online** 6:4

**open** 33:10

**operational** 26:12

**operations** 26:16

**order** 10:20 11:5 18:12

**ordered** 10:20

**ordering** 10:7

**orders** 19:8,20, 22 26:3,6,10, 15,16

**outlet** 19:14,17

**outlets** 19:9,12 21:15

**overloaded** 19:10

**oversee** 10:19

**overseeing** 11:17

**oversees** 17:25

**P**

**paper** 21:19

**paperwork** 20:24

**part** 11:5 18:23 19:1 34:23 35:1

**participate**

22:24 28:24,25

**parties** 7:7

**parts** 10:24

**Pending** 6:14

**people** 20:24 28:6,10

**Perfect** 7:6

**perfectly** 22:15

**person** 21:9 31:1

**personal** 6:12

**physical** 9:7, 19,24,25 10:3 13:12 28:17 32:8

**place** 12:21 28:12

**Plaintiff** 6:21

**plan** 31:18,20 32:3,11,14

**plant** 9:7,19,24, 25 10:4 13:12, 21,22 28:18 32:8

**plumbing** 10:6,12

**point** 31:1

**policies** 34:24 35:11,12,15,25

**position** 9:5 32:8

**positions** 20:2

**post** 26:3,6,10, 15

**pots** 21:24

**power** 21:2,13

**practices** 23:4, 11

**prepare** 30:1

**preparedness** 28:14,19 29:20

**present** 33:10, 13

**prevent** 33:18, 22

**preventative** 11:25 12:5,11, 12

**prevention** 11:23 16:16 32:18,21

**prior** 17:15,20 22:22

**prison** 9:8 11:17 18:24 19:2 21:18 22:6 24:16,19 32:19, 22 33:9

**prisoners** 21:14

**problem** 14:8 20:22 21:1,19 36:9

**problems** 19:5 20:4,5,9 32:25 33:3

**PROCEEDING S** 6:1

**process** 15:2 18:5 31:5,12

**property** 21:18

**protect** 28:5,9

**provide** 25:13, 16

**purchase** 14:12

**put** 27:9 28:2

**Q**

**question** 8:11, 12,13,18,19,21 35:23

**questions** 8:2, 10 9:3 30:19 34:4,5,8 35:7 36:18,19

**quick** 34:9

**R**

**raise** 7:5,12

**Range** 17:5

**reactive** 12:9

**read** 23:14

**reading** 24:2 36:21

**recall** 22:15 23:19 24:7

**receive** 24:13, 15 28:13,18,23

**received** 29:15

**record** 6:3 7:2 36:20 37:12,13

**REDIRECT** 35:8

**regional** 14:16, 20,22

**regular** 15:10

**regularly** 15:7

**related** 29:19, 23

**remember** 25:2 30:18,20 34:14

**remotely** 6:24

**repair** 10:13 19:4 20:13 22:19 24:11 25:1 31:8

**repaired** 25:3 31:8

**repairs** 10:24 12:6,9 17:11 32:12

**repeat** 17:17 18:18 32:20 35:23 37:6

**repeated** 20:11,16 29:6

**replacing** 18:3,11

**report** 13:16,25 14:2,8 18:11, 16,19 20:4 24:2,4,20,22 36:13

**reported** 19:3

**reporter** 6:3,5 7:1,5,11,17 8:16 9:1 36:20, 23 37:1,3,6,8, 11

**Reporters** 6:6

**reports** 13:11, 13,20 17:14,18 24:6,15,18,23 31:3

**representative** 6:12

**representing** 6:5

**reprimanded** 29:13

**request** 25:13, 16

**requests** 17:11

**required** 15:19

**respond** 18:23 19:1,20

**response** 23:18 25:6 34:5

**responses** 29:23 30:2,18

**responsibilitie s** 10:3,10 11:22 28:14

**responsibility** 32:11

**responsible** 11:8,12,16 17:22 19:19 31:19

**returned** 23:23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

**review** 25:5,20 30:6

**reviewed** 29:22

**reviewing** 30:2,18

**reviews** 22:16, 25

**risk** 32:25

**role** 13:11 16:4 18:23 19:1 32:12 33:25

**Ron** 6:14

**rules** 8:1 26:13

**Ryan** 6:4

### S

**safe** 33:6

**safety** 10:11, 15,18,23 11:3, 13,17,18,19 13:8 14:6 15:8, 9 17:25 18:14, 16,20 22:16,25 23:4,11 25:11, 24 28:15,19,23 29:19 31:22 32:19 34:12,24 35:3,11,25 36:2,5,6,9,12, 13

**save** 25:8

**scene** 24:24

**schedule** 18:2

**section** 32:2

**security** 31:15

**send** 30:14

**sending** 19:22

**senior** 11:7,9 26:21,25

**sense** 8:14

**sensors** 17:4, 12

**September/ october** 9:14

**service** 29:10

**setting** 34:24 35:10,12

**shake** 8:24

**she'll** 15:13

**sheets** 21:20

**shift** 13:17,18 24:2,4,5,22

**shops** 10:7

**show** 30:14 31:20,24

**side** 26:12

**signing** 36:21

**sit** 8:3

**sitting** 19:17

**Smith** 6:13

**Smith's** 27:5 28:1 33:18,22

**smoke** 16:17

**solemnly** 7:13

**something's** 19:3,14

**sound** 12:21

**South** 6:16

**sparking** 19:9, 11

**speak** 24:8 34:17

**specific** 25:24

**specifically** 27:17,18 34:17

**spoken** 16:3

**sprinkler** 16:10,12,20 17:11,15 26:22 27:1

**sprinklers** 16:22,23 17:19

**staff** 11:7,9

13:15,19 19:20 24:10 26:21,25

**staff's** 25:6

**started** 28:17

**state** 6:18 7:2 9:8

**States** 6:14

**steam** 13:21,22

**steps** 26:13

**Street** 6:6

**strips** 21:2,13

**structural** 13:2,5

**structurally** 12:21

**stuck** 19:14

**stuff** 10:19,21 12:18 20:25

**sufficient** 28:5,9

**Suite** 6:6

**supervisor** 13:22,23,24

**supervisors** 18:7 19:21 20:1,5 23:17

**supervisory** 13:15,19 24:10

**suppression** 10:16 11:8,13

**surveillance** 25:5

**swear** 7:13

**system** 10:16 11:8,13 16:10, 12,20 17:12 26:22 27:1

**system-wide** 20:11

**systemic** 15:3 20:8,10

**systems** 10:11 14:6

### T

**taking** 8:16 9:1 21:8

**talk** 8:21 34:12

**talked** 30:9,12

**talking** 12:13

**Taylor** 11:20 15:9 34:13

**Taylor's** 34:18

**technician** 6:4

**testimony** 7:13

**that'd** 15:5

**thing** 8:23 19:25 22:18

**things** 10:19, 25 11:2 12:1, 10,23 19:4

**thinking** 31:23

**thought** 16:22 27:6,9

**time** 6:8,9 16:7, 8 24:8 27:21 29:18 37:2,10, 13

**times** 21:21

**title** 9:15,20 13:19,22 15:1

**today** 6:5,7 36:21

**today's** 29:24

**told** 24:10

**touch** 22:21

**trained** 29:2

**training** 28:13, 18,23 29:5

**transcript** 36:24 37:4

**true** 30:22

**truth** 7:14,15

**Tuesday** 23:24

**TVS** 21:24

**type** 10:13

### U

**Uh-huh** 8:24

**Uh-uh** 8:24

**understand** 8:11,12 28:21

**understanding** 21:7

**understood** 8:13 16:9

**United** 6:14

**update** 26:5

**updated** 26:3, 6,16

### V

**Valencia** 6:12, 21

**video** 6:4 25:5, 8 30:6,15 37:1, 9

**videoconferen ce** 6:10

**visit** 24:24

### W

**wait** 8:17,18, 19,20

**waiting** 35:18

**warden** 11:12 14:1,9 17:10 36:16

**West** 6:6

**wiring** 19:12 26:22 27:1

**wondering** 31:4

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**

**work**  15:21
16:6 18:10
19:7,20,22
23:20,24 29:16

**working**  9:11,
13 16:8,10 22:6

**written**  17:14,
18

**wrong**  29:16

---

**Y**

---

**yearly**  29:7,10

**years**  29:17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit K**