**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

|  |  |  |
|---|---|---|
| MYSTI VALENCIA, individually and as Personal Representative of the ESTATE OF MICHAEL SMITH, | ) ) ) ) | Case No: 3:24-cv-00185-DRL-SJF |
| Plaintiff, | ) ) | |
| v. | ) ) ) | The Hon. Damon R Leichty Judge Presiding |
| RON NEAL, et al., | ) ) | |
| Defendants. | ) | |

**APPENDIX OF EVIDENCE**

| Exhibit | Description |
|---|---|
| 1 | Warden Job Description (STATE022776-022777) |
| 2 | Deputy Warden Job Description (STATE022747-022748) |
| 3 | Major Job Description (STATE022768-022769) |
| 4 | Matthew Richardson Incident Report (STATE000058) |
| 5 | Daniel Milne Incident Report (STATE000125) |
| 6 | Kelly Holland Incident Report (STATE000057) |
| 7 | Steven McCann Second Deposition (02/05/2025) |
| 8 | Dan Pacholke Expert Report |
| 9 | Map of ACH Cameras (STATE026897) **(File under seal)** |
| 10 | Brandyn Arnold Email 01/07/2025 |
| 11 | Dan Pacholke Declaration |
| 12 | General Post Orders (STATE020958-020974) **(File under seal)** |
| 13 | ISP Staff Rosters from 12/14/23-01/13/23 |
| 14 | Duty log ACH (STATE044724-44725) |
| 15 | Amon Lee Deposition (03/21/2025) |
| 16 | Examples of Prisoner Firefighter Reports |
| 17 | Preservation Letter to ISP (Plaintiff 000099-000106) |
| 18 | Safety Committee Meeting Minutes |
| 19 | Vincent McCormick Deposition (03/20/2025) |
| 20 | Examples of Maintenance Reports |
| 21 | Emergency Manual – Appendix C Fire Plan (STATE020467-020477) **(File under seal)** |
| 22 | Daniel Milne Deposition in *Devine* (Plaintiff 001002-001018) |
| 23 | Devine Internal Affairs Report (STATE047790) |
| 24 | Devine After Action Review (STATE047788) |
| 25 | Warden Neal Email 4/6/2022 (STATE038021-038022) |
| 26 | Fire Marshal Report (STATE044466-044501) |

| | |
|---|---|
| 27 | ACH Post Orders (STATE019717-019723) **(File under seal)** |
| 28 | Screenshot of Fire at 8:58:00 From Surveillance Video |
| 29 | Facility Directive 00-9 (STATE009143-009147) **(File Under Seal)** |
| 30 | Examples of Weekly Inspection Reports |
| 31 | Shift Roster Jan 14 and 15 (STATE001202-001203) |
| 32 | Smith Internal Affairs Report (STATE000015- STATE000018) |
| 33 | Guard One Patrol Report (Excel Spreadsheet) (STATE025740) **(Filed Conventionally)** |
| 34 | James Jones Declaration (PLAINTIFF 002497- 002498) |
| 35 | Jonathan Triplett Declaration (PLAINTIFF 002490) |
| 36 | Terrence Parker Declaration (PLAINTIFF 002493-002494) |
| 37 | Edward Miller Declaration (PLAINTIFF 002495-002496) |
| 38 | Dustin Weldon Declaration (PLAINTIFF 002499-002500) |
| 39 | Dennis Zollman Declaration (PLAINTIFF 002501-002502) |
| 40 | Jeremy Bauer Expert Report |
| 41 | Sgt. Walton Internal Affairs Statement (STATE026406) |
| 42 | Matthew Stidham Report (STATE000040-000041) |
| 43 | Critical Incident Review (STATE000104-0000105) |
| 44 | Warden Neal Email 01/16/2023 (STATE035210) |
| 45 | Lt. Jones Email 01/19/2023 (STATE035408) |
| Group Ex. 46-A | Internal Affairs Interview Lt. Jones (STATE023571) **(Filed Conventionally)** |
| Group Ex. 46-B | Internal Affairs Interview Lt. Smith (STATE023572) **(Filed Conventionally)** |
| Group Ex. 46-C | Internal Affairs Interview Nurse Turner (STATE023573) **(Filed Conventionally)** |
| Group Ex. 46-D | Internal Affairs Interview Officer Crockett (STATE023574) **(Filed Conventionally)** |
| Group Ex. 46-E | Internal Affairs Interview Sgt. Walton (STATE023576) **(Filed Conventionally)** |
| Group Ex. 46-F | Internal Affairs Interview Officer Cross (STATE026822) **(Filed Conventionally)** |
| 47 | Latrice Jones Deposition |
| 48 | 3/15/26 Fire Incident Report |
| 49 | 4/7/26 Fire Incident Report |
| 50 | Preservation Letter to IDOC (STATE027093-027100) |
| 51 | Calvin Patton Declaration (Plaintiff 000731-000732) |
| 52 | Lee Travis Griffin Deposition |
| 53 | 7/21/16 Incident Report (Plaintiff 001422) |
| 54 | 8/31/2022 Incident Report (STATE008257-008258) |
| 55 | Alvin Christmas Declaration (Plaintiff 000724-000726) |
| 56 | 8/6/2022 Incident Report (STATE008327) |
| 57 | 11/13/2018 Incident Report (STATE006995) |
| 58 | 3/29/2018 Incident Report (STATE007387) |
| 59 | 1/14/2023 Sgt. Walton Incident Report (STATE026403) |

/s/ Megan Pierce
*Counsel for Plaintiff*

Jon Loevy
Locke E. Bowman
Megan Pierce
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
megan@loevy.com

## CERTIFICATE OF SERVICE

I, Megan Pierce, an attorney, hereby certify that on May 19, 2026, I filed the foregoing Appendix of Evidence via the Court's CM/ECF System and thereby served a copy on all counsel of record.

/s/ Megan Pierce