

# JOB DESCRIPTION
State Form

This document is used to provide a basic description of essential duties and other work elements.

| | |
|---|---|
| **Employee Name:** | **PCN:** |
| **Agency:** (Adult Facility) | **BU:** |
| **Division:** | **Section/District:** |
| **Job Title:** Warden | **Job Code:** EXBB |
| **Working Title (if different from above):** | |
| **Reports To:** Deputy Commissioner | **PCN:** |
| **FLSA Status:** ☐ Non-Exempt (OT Eligible)    ☒ Exempt | |

### Purpose of Position/Summary:

This is a highly responsible position managing a state correctional institution, with responsibility for all programs and custody operations.  Incumbent is responsible for the formulation of all operating and security functions and all program functions of the institution; interprets and carries out the policies of the Department of Correction.  Incumbent supervises a large staff in maintaining and enforcing, disciplinary, safety, security, and custodial measures and reports to the director of Adult Institutions.

### Essential Duties/Responsibilities:

- Provides overall management of institution or facility

- Directs the programs and operations of the institutions or facility in accordance with the policy guidelines and program directives provided by the Department

- Coordinates the operations of the institutions or with other central office divisions

- Controls the internal operations of the institution and the management of the inmate population

- Oversees the completion of institution budget

- Exercises responsibility for the discipline of inmates

- Confers with inmate-families on such things as program and discipline

- Speaks to lay and professional groups regarding the institution, DOC programs and community relations

- Investigates breaches of discipline, conducts hearings, and takes disciplinary action

- Oversees the development, establishment and implementation of institutional policies, procedures, and objectives

STATE022776

Ex. 1

**Job Requirements:**

Minimum Qualifications:  A bachelor's degree from an accredited college or university.

Substitution:  At least ten (10) years of experience in public safety work.

In addition to the requirements described in subsections an incumbent must have held a management position in correctional or related work for a minimum of five (5) years.

**Difficulty of Work:**

Incumbent works within the Department of Correction rules and regulations, correctional related laws and court decisions, and the policies of the Department of Correction.  Incumbent uses considerable judgment in developing institutional procedures to implement Department policies.  Few guidelines exist as incumbent supervises and manages a staff of many different disciplines and custody staff.  Work is very complex, involving constantly changing variables in either determining the kind of and extent of programs, and in supervising the custody staff and insuring accountability of the total inmate population at one time.  The inmates are housed in the institution for a long period of time, which requires extensive rehabilitation and educational programs.  The complexity of the work is increased because of the large number of inmates and the type of inmates housed in the institution.

**Responsibility:**

Incumbent works independently but receives general instructions and policy directions from the Central Office.  Incumbent has the authority to decide program content and extent of program and how the security of the institution will be kept, including correctional officer posts and all inmate movement.  The Superintendent often serves as the Department's spokesperson to the news media, community groups, and community officials.  Incumbent has a major impact on the achievement of the Department's overall goals

**Personal Work Relationships:**

Incumbent has contact with administrative, program and custody staff for the purpose of coordinating and managing the activities of the institution.  This involves a great deal of tactfulness and persuasion.  Incumbent has contact with inmates for the general purpose of providing custody and treatment care.  Direct contact with inmates occurs through inspections or personal counseling.  Contracts are also with community groups; organizations concerned with corrections; and the families of inmates.  Incumbent may also have contact with legislators and local state and federal agencies

STATE022777

Ex. 1