

# JOB DESCRIPTION

State Form 52468 (12-05)

This document is used to provide a basic description of essential duties and other work elements.

| | |
|---|---|
| **Employee Name:** | |

| | |
|---|---|
| **Agency:** Department of Correction | **BU:** 00620 |

| | |
|---|---|
| **Division:** | **Section/District:** |

| | |
|---|---|
| **Job Title:** Deputy Warden | **Job Code:** 00EKI6 |

**Working Title (if different from above):**

**Reports To:** Warden

**FLSA Status:** ☐ Non-Exempt (OT Eligible)   ☒ Exempt   Effective Date :

### Purpose of Position/Summary:
The position is responsible to perform highly responsible administrative work assisting the appointing authority in the direction, supervision, and organization of the program or operations areas.  The incumbent formulates both security and operating functions or program functions, interprets, and carries out the policies of the Department of Correction.  The incumbent supervises a large staff in maintaining and enforcing discipline, safety, security, and custodial measures and directs the management of the institution in the absence of the Warden.

### Essential Duties/Responsibilities:
•Develops, establishes, and implements institutional policies, procedures, and  objectives
•Formulates operating procedures for areas of assignment and recommends operational or program improvements to Warden
*Supervises directs and evaluates the Custody Department in accordance with policy
*Performs inspection of assigned department to determine effectiveness of operations
•Participates in staff selection and training and evaluates staff performance
•Exercises responsibility for the discipline of offenders
•Confers with offender's family on issues such as programs
•Assists with facility budget preparation
•Speaks to lay and professional groups concerning facility programs
•Investigates breaches of discipline, conducts hearings, and takes disciplinary action
•Coordinates activities of the Conduct Adjustment Board
•Manages business office activities to maximize use of available funds
•Performs related work as required

### Job Requirements:
•Knowledge and skill normally acquired through a Baccalaureate Degree; related work experience may substitute for formal education where appropriate
•Extensive knowledge of the correctional  law, regulations, and court decisions
•Thorough knowledge of custodial practices and operations or extensive knowledge of program and clinical services
•Thorough knowledge of the operations and procedures utilized at a large facility
•Advanced knowledge of  methods and operations used in treatment, rehabilitation and resocialication
•Advanced knowledge of public administration principles
•Ability to supervise, plan, organize, and coordinate the programs and activities of the facility
•Ability to effectively handle unforeseen difficulties that may arise in a large correctional facility
•Ability to enforce disciplinary, safety, security, and custodial measures
•Ability to speak before professional and lay groups regarding the field of corrections

### Supervisory Responsibilities/Direct Reports:
Custody and Operations duties:
•Administers all phases of the intuition's custodial program
•Directs the formulation and installation of policies, rules, and regulations for the custody of residents
•Transmits and enforces orders to custody staff
•Directs the activities of fire department, armory, and emergency squad

STATE022747

Ex. 2

•Makes routine inspections of the facility and reports on equipment cleanliness, sanitation, and operating efficiency of the facility
•Utilizes custodial staff in an efficient manner to ensure that strategic posts are always covered
•Oversees activities of the inmate kitchen and dining room
•Coordinates matters which affect facility security with the National Guard, State Police, and other law enforcement agencies

Program duties:

•Plans, organizes, and directs all phases of the clinical and program service for the facility
•Coordinates clinical and program services with other areas within the facility
•Organizes and conducts staff meetings for the classification and proper placement of offenders in vocational, educational, recreation, dental, medical, and counseling programs
•Works with School Administrator in developing an adequate school program
•Organizes and directs unit teams throughout the facility

**Difficulty of Work:**
Incumbent works within the Department of Correction rules and regulations, related correctional laws and court decisions, the policies of the Department of Correction, and institutional policies.  Significant judgement is used in developing facility procedures for implementing department policies.  Few guidelines exist as incumbent supervises and manages either a staff of many different disciplines or  a large custody custody staff.   The work is very complex, involving constantly changing variables in either determining the extent of programs or in supervising the custody staff and insuring accountability of the total offender population.   Because the offenders are housed in the facility for a long period of time,  extensive rehabilitation and educational programs are required.  The complexity of the work is increased because of the large number and the type of offenders are  housed in the facility.

**Responsibility:**
The incumbent works independently receiving general instructions and policy directions from the Warden.  The incumbent has the authority to decide content and extent of programs or how the facility security will be maintained (including assignment of correctional officer posts and offender movement).  Because of the demands of such groups as the news media, community groups, and community officials, the Warden is out often.  As a result, the management of the facility falls on the incumbent.

**Personal Work Relationships:**
The incumbent has contact with administrative, program and custody staff for the purpose of coordinating and managing the activities of the facility.  Because of the nature of this contact, tactfulness and persuasiveness are required.  The incumbent has contact with offenders for the general purpose of providing custody care.  Direct contact with offenders occurs during inspections or personal counseling.

**Physical Effort:**
Because of the possibility of disturbances and riots, the incumbent is continually subject to injury or loss of life.

**Working Conditions:**

STATE022748

Ex. 2