

# Fire Department Incident Report

**Fire Fighter Name: Matthew Richardson**                    **Date and Time of Incident: 01-14-2023**

**Incident Report:** I, **Matthew Richardson** states, on 01/14/2023 I was in E-Dorm when officer Hendricks announced on the unit intercom and asked for East 2 and East 4 to report to the officers station. I was in east 2 and reported to the officer's station. While the other fire fighter John Serwatska was already at the fire station prior. I was informed to go to the Fire Department. Upon exiting E-Dorm by myself I smelled smoke and I started running towards the Direction where the smoke was coming from upon turning the corner I found that the smoke was coming from the top and sides of A-Cell house. I ran into the station and grabbed my P.P.E. and donned my bunker pants and grabbed my coat and helemet and started to go towars A-Cell house. John Serwatska was pulling both supply carts towards A-Cell house. I grabbed one of the supply carts and started to run with it towards the hydrant to do the hook up. Lt. Danny Means was also present and I contiuned to hook up everything to the hydrant and to the fire truck. After that I put on my Coat and gloves and manned the hydrant and paid attention to situation awareness. I watched our fire fighters enter the building with the attack lines and fan blowers. The people in the cell house that were in cells were being evaucated. The smoke was extremly strong even though I was at the hydrant. Upon paying attention I heard other inmates talking that a C.O said she did not care that she would let him burn up. Other people at the fence on the side of A-Cell house were talking to each other and they said they think the guy was asleep at first and believe that his sauder or hot pot caught on fire. They were saying once he woke up he started to scream for help saying "CO my cell is on fire help" they said other people yelled out fire on 200 and they were yelling for over 10 minutes along with the victim. I was informed that the Victim was expired before we even arrived. The inmates were mad about the CO's not responding but were thankful for our response. This is true and accurate events to which I observed, heard and done.

_____

STATE000058

Ex. 4