


# Fire Department Incident Report

**Fire Fighter Name: Daniel David Milne # 902885**                         **Date and Time of Incident: 1/14/23**

**Incident Report**

**Incident Report: I was sitting the front office of the fire station when I had heard an alarm. I went out to locate the sound and realized it was ACH. An officer from ACH yelled down to the Check Point 2 Sgt. that they needed the fire chief. The Sgt. did not hear the officer, so I relayed the message and gave the location of the Chief. I went back into the fire station, 2 to 3 minutes later Fireman Harris came into the station and told me that there was a 10-71 in ACH. I got dressed and went to ACH. I am one of the leaders of the 1st responder SCBA men and we coordinated our response. I told the officers in Ach that the back door of the cellhouse needs to be open because the Chief had made the call to get some exhaust fans over there. The officers told me they didn't have a key. I seen Fire Chief Stidham and he relayed what he wanted done, then I relayed it to the men. Team 1 (Harris and White) went down to the scene (A-252) with 2 enforcers and expelled the contents onto the fire. It did not put out the fire, so Team 2 (Holland and Engram-Bey) were told to set up line and bring the Pro Pak to Team 1. With the help of Team 3 (Pattison and Andrews) the line was set up and Team 1 expelled the water into the cell. The fire slowly went out. I found Firemen Applewhite and asked him to start opening windows to release some of the smoke.  The body was removed from the cell, the man was deceased before we got there. Fireman Engram-Bey and Lt. Kuen started to bring the body down to the gurney. I assited with putting the man on the gurney and asked for a sheet to cover him up. They gave me one and he was covered. Lt. McCormick started compressions and Mr. Smith (deceased) was taken off the unit. I asked the officers in ACH to turn off the power to the cell. It should have been done immediately, but wasn't. They told me that they didn't no how to do this. Then they told me that they were told not to do the de-energizing. I asked by whom, they wouldn't say. I went back to the scene and noticed that there was a lot of ABC extinguisher in the cells on both sides of the fire scene. I believe that the fire was so bad that they couldn't get directly in front of the cell. So my question is, how did it get so bad in the few minute from the call. I spoke with a few of the men on the range. They said the fire had been going on 15 to 20 minutes before we got there. Sound familiar?  Fire Chief Stidham asked us to breakdown the lines and we did. I had questions about Why they just asked for the Fire Chief ? In the couple minutes it took for him to get there, the man was deceased and fire was shooting out the cell. In my opinion,and by experience , it had to be going on for awhile.I was the Fire Chief back in 2017 when Mr. Devine passed, with similar circumstances. I see that staff took it upon themselves and when it got to hard to deal with, they called for us and then it was to late. The I.S.P. Firemen have been trained to deal with these types of situations. I.S.P staff has not. This is a very true statement: "If we don't learn from the history, we will be doomed to repeat it." Something similar to that. Its very sad that," lessons not learned, leads to a life not fullfilled." This is as accurate description of the events as I witnessed.**

**:**

STATE000125

Ex. 5