

# Fire Department Incident Report

**Fire Fighter Name: Kelly Holland #116194**          **Date and Time of Incident: 1/14/2023 10:50am**

**Incident Report:**

On Saturday January 14th 2023, between 10:50 a.m. and 11:00 a.m., I responded to a 10/71 in A-Cell house. On the way to the fire station to don my gear, I noticed after turning the corner on main street smoke rolling out of the back windows on the north side of A-Cell house. After donning my gear, I reported to A-Cell house and was appointed to be on team two: "second tank team" to go into the cell house. I went in with Engram-Bey. I took in the foam pack along with 100 foot of attack line and my partner on Team two took in the 50 foot of supply line that has a water thief preconnected to it. Engram-Bey strapped the Supply line to the railing at the front of the block and then I attached the 100 foot of attack line to the water thief. Knowing that 100 foot would not make it to the cell, another 100 foot of attack line was attached to the first 100 foot for a total of 200 feet of attack line and it was advanced to the cell. (The additional 100 foot of attack line is brought in by team three as part of our SOP).  I stayed at the water thief and opened up the valve when he water was called for.

Once the fire was out, I along with Nate Utely relieved Captain Milne and Lt. Pattison at the scene to make sure nothing rekindled in the cell. We stayed there until the investigators arrived along with Safety Officer Taylor. I was there until everyone left.

Personal observation in responding to fire scene:

This is a suggestion and I don't know if it would have changed the outcome of the day. In the cell, the only thing he had was a metal grey box to store property and food. He did not have a Cabinet or shelves in his cell. You can see this in the other cells throughout the camp. The outlet is next to the toilet and this means that all electronics have to be placed on the toilet or hung from the outlet in the cell. I noticed one cell on the same range that had a Bubble television sitting on the sink part of the toilet. So in order for this man to flush his toilet, he actually has to move his television. Or to plug in his hotpot, he has to unplug his television and sit it on the floor or his bed to make a space for his hotpot. Or if he wants to plug in his fan, he has to move his television in order to have a space for his fan. In doing this, the fan sits directly of the toilet with the chance of falling into the toilet.

What I am getting at is this, if this man had a metal cabinet to store the majority of his combustible property, the fire may have been contained and the outcome may have turned out differently. When everything an inmate has in his cell is lying out, the more surface area you have as a fuel load.

The cells need shelves to cabinets to be able to securely place our electronic (fan, hot pot, television and tablet). As of now many of the cells do not have a proper place to have their electronics.

The more you have to move them around because of lack of shelving the more the wire components can become compromised and short out.

Assistant Chief Kelly Holland

STATE000057

Ex. 6