# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

MYSTI VALENCIA, individually
and as Personal Representative
of the ESTATE OF MICHAEL SMITH,

      Plaintiff,

  v.

RON NEAL, et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 3:24-cv-00185-DRL-SJF

The Hon. Damon R Leichty
Judge Presiding

# EXHIBIT 9 - (FILE UNDER SEAL)

Map of ACH Cameras (STATE026897)