**LOEVY + LOEVY**                                                    Megan Pierce <megan@loevy.com>

## Valencia - Surveillance videos

**Arnold, Brandyn** <Brandyn.Arnold@atg.in.gov>                     Tue, Jan 7, 2025 at 8:58 PM
To: Megan Pierce <megan@loevy.com>, "Jimenez, Gustavo" <Gustavo.Jimenez@atg.in.gov>, "Sawyer, Erica L" <Erica.Sawyer@atg.in.gov>, "Pratt, Thomas" <Thomas.Pratt@atg.in.gov>, Locke Bowman <locke@loevy.com>, Maria Makar <makar@loevy.com>, jessie <jessie@loevy.com>, Lilia Martinez <martinez@loevy.com>, Ixsel Zavala <zavala@loevy.com>

Counsel:


We have produced all of the preserved video. The facility specifically preserved the video depicting the fire itself, and this video has been sent.  The grievance specialist also requested that video footage be preserved as part of his investigation into certain grievances filed by individual inmates, and this video has been produced as well. Any video footage that was not preserved would have been automatically overwritten as new video footage was recorded. There are currently 34 cameras in the A-cellhouse. The litigation liaison is unsure if there would have been the same amount or a different number in January 2023. No video footage was manually destroyed or failed to be preserved in bad faith.


Thank you,


Brandyn Arnold

Deputy Attorney General

Government Litigation Section

Office of Attorney General Todd Rokita

302 West Washington Street

IGCS-5th Floor

Indianapolis, IN  46204

p: 317.234.7121 | f: 317.232.7979

Brandyn.Arnold@atg.in.gov


**From:** Megan Pierce <megan@loevy.com>
**Sent:** Thursday, December 19, 2024 6:36 PM
**To:** Arnold, Brandyn <Brandyn.Arnold@atg.in.gov>; Jimenez, Gustavo <Gustavo.Jimenez@atg.in.gov>; Sawyer, Erica L <Erica.Sawyer@atg.in.gov>; Pratt, Thomas <Thomas.Pratt@atg.in.gov>; Locke Bowman <locke@loevy.com>; Maria Makar <makar@loevy.com>; jessie <jessie@loevy.com>; Lilia Martinez <martinez@loevy.com>; Ixsel Zavala <zavala@loevy.com>
**Subject:** Valencia - Surveillance videos

Ex. 10

**EXTERNAL EMAIL:** This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Counsel:

We have reviewed the additional surveillance videos that you produced and have serious concerns.

First, in the Devine matter, we received video of the B Cell house that continuously rotated and spanned the cell house. We have received no such surveillance for A Cell house related to the fire that killed Mr. Smith.

Second, in Devine, we received videos of the control/command center and the entrance to the cell house. We have received no such surveillance video for the January 2023 fire.

Third, the majority of surveillance footage you have provided for the A cell house is from the south side. The fire occurred on the north side, so it is not visible from the south side cameras. Indeed you have provided 5 videos for the south side that appear to be on the opposite wall facing the ranges. You have provided only one such video for the north side. The other north side videos are limited to the walkway of specific ranges. As it stands, there is very limited surveillance video of the gallery floor on the north side of A cell house.

Fourth, you have provided no videos of other parts of the prison, particularly other cell houses, for the January 2023 fire. These videos are relevant to the response to the fire and whether firefighters were timely released, among other things.

Given the above, please (1) provide us with all additional surveillance video from the time of the fire, including video from the command/control center and the entrance to the A cell house; (2) identify all cameras that were present in the A cell house on January 14, 2023 when Mr. Smith was killed in the fire in his cell; (3) identify all video surveillance that has been destroyed from the time of the fire.

We requested this video months ago, have sent several follow-up messages, and need to move this case forward. Please provide a response by Monday January 6.

**Megan Pierce** (She/Her)

**LOEVY + LOEVY**

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

Ex. 10