**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| MYSTI VALENCIA, individually and as Personal Representative of the ESTATE OF MICHAEL SMITH, | ) ) ) ) | Case No: 3:24-cv-00185-DRL-SJF |
| Plaintiff, | ) ) | |
| v. | ) ) | The Hon. Damon R Leichty Judge Presiding |
| RON NEAL, et al., | ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF DAN PACHOLKE**

Dan Pacholke, being on oath and under penalty of perjury, states as follows:

1. I am Dan Pacholke. I am the former Secretary of the Washington State Department of Corrections. I have served as the Chief Administrative Officer of multiple correctional facilities. I have worked in the corrections field for more than 40 years. I was retained by Plaintiff to provide expert opinions in the above-captioned matter.

2. On July 14, 2025, I toured A Cellhouse at the Indiana State Prison (ISP) in the company of Plaintiff's counsel, defense counsel, and a number of ISP staff.

3. I am aware that one of the issues in this litigation is the ability of staff to monitor individual cells in A Cellhouse. I therefore wanted to see the officers' station in the cellhouse and spent some time examining that environment during the tour.

4. While in the officers' station, I asked a staff member present to show me the live surveillance feeds on the monitor, and to show me how staff could toggle between the different views. A female staff member did this, and I was able to see how staff can view the video feeds from the various surveillance cameras in the cellhouse, including how

Ex. 11

many cameras were visible at a time, the various configurations, and how large they appeared on the screen.

5.    I do not recall exactly how many different camera views were available, but there were many. I was particularly interested in the ability of staff members in the officers' station to access the feed from the surveillance cameras located on the north and south walls of A Cellhouse and pointed toward the cells, including the camera on the north wall with a direct view toward Cell 252, where Michael Smith was housed. I specifically recall being able to confirm that the monitor in the officers' station displayed the feed from multiple surveillance cameras on the north and south walls with direct, frontal views of the cells from that wall..

6.    I have read Defendant Jeniene Walton's March 25, 2026 affidavit in which she describes that the only video feeds displayed on the officers' station monitor are those from surveillance cameras pointed down the "hallways" of the ranges looking west to east and asserts that the monitor does not usually display the feeds from the surveillance cameras on the north and south walls. The available views of the cell house that she describes contradict my direct observations during my tour. Specifically, the monitor was not limited to feeds showing the "hallways" of the ranges. There were many more camera viewpoints available on the monitor, including the video feeds from cameras with direct views toward the fronts of the cells, as I have described above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2026

Ex. 11

Ex. 11

_____
Dan Pacholke

Ex. 11