**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| MYSTI VALENCIA, individually and as Personal Representative of the ESTATE OF MICHAEL SMITH, | ) ) ) ) | Case No: 3:24-cv-00185-DRL-SJF |
| Plaintiff, | ) ) ) | The Hon. Damon R Leichty |
| v. | ) ) | Judge Presiding |
| RON NEAL, et al., | ) ) | |
| Defendants. | ) ) | |

# <u>EXHIBIT 12</u> - (FILE UNDER SEAL)

General Post Orders (STATE020958-020974)