General Housing Daily Log
Indiana State Prison    SF 48342 (3-17)

Location: _ACH_    Temperature: _70.7_    Shift: _I Group_    Date: _1/14-23_

| Time | Activities and Incidents: (Log entries must in blue or black ink and in the order they occur) |
|------|-----|
| 6:00 | Relieved Sgt. Mitchell of Keys & Equip. |
| 6:30 | Line Movement |
| 6:45 | ACH/E Dorm Rec |
| 7:00 | Line Movement |
| 8:00 | Line Movement |
| 9:00 | Line Movement |
| 9:45 | Line Movement |
| 10:00 | Signal 1000 |
| 10:30 | BCH, ICH Dorm Rec/Chow |
| 10:58 | 10-71 300 North |
| 11:01 | Signal 3000 |
| 11:16 | 10-10 PAR |
| 11:18 | 3000 / 10-10 Cleared |
| 3:30 | 10-71 Cleared |
| 4:16 | Count Cleared |

**Count Reference**

| | |
|---|---|
| Starting Count Total | 303 |
| Minus | 1 |
| Add | |
| Ending Count Total | 302 |

**Counts**

| Time | Count Total | Cleared By |
|------|-------------|------------|
| | | |

**Property Packed**

| Location | Name | DOC |
|----------|------|-----|
| | | |

**Property to be Packed**

| Location | Name | DOC |
|----------|------|-----|
| | | |

**Security Checks**

| Time | Officer |
|------|---------|
| 6:00 | Singleton |
| 7:00 | Singleton |
| 8:00 | JW JS KC |
| 9:00 | JW DC KC |
| 10:00 | JW DC KC |

**Staffing**

| | |
|---|---|
| Sgt. / OIC | D. Walton |
| Officer | B. Crockett |
| Officer | R. Cross |
| Officer | J. Singleton |
| Officer | |
| Officer | |
| Officer | |
| Officer | |
| Officer | |
| Officer | |
| Zone Supv. | Cpt. McCaula |

**Shake Downs**

| Location | Name | DOC |
|----------|------|-----|
| | | |

**In House Moves**

| Name | DOC | From | To |
|------|-----|------|-----|
| | | | |

**Security Checks**

| Time | Officer |
|------|---------|
| | |

**RESTRICTIONS**

| NAME | DOC | LOCATION | REASONS FOR RESTRICTION |
|------|-----|----------|-------------------------|
| | | | |
| | | | |
| | | | |

**Key and Equipment Inventory Check:** Are All Keys and Equipment Accounted For? Yes ( ✓ ) No ( )
**Tool Inventory Check:** Are All Tools Accounted For? Yes ( ✓ ) No ( )
If "NO" is selected, list the problem here:

The offgoing shift Sergeant / OIC Signature indicates that the log entries are true and correct to the best of their knowledge and that the key and equipment inventory check was completed in front of the oncoming shift. The oncoming shift Sergeant / OIC signature assumes full responsibility of the unit. The offgoing shift is not relieved until the oncoming shift signs taking responsibility. This is a legal document.

Off Going Shift Sergeant / OIC
D. Walton
Signature

On Coming Shift Sergeant / OIC
Sgt. Mitchell
Signature

Lt. L. Jones    1/14/23

STATE044724

Ex. 14

General Housing Daily Log **B** Unit Lockdown    Location: ACH    Temperature: 65°    Shift: 6p-6a    Date: 1-14-23
Indiana State Prison    SF 48342 (3-17)

| Time | Activities and Incidents: (Log entries must in blue or black ink and in the order they occur) |
|------|---|
| 600 | Relieve I-Group of all keys & equipment |
| 630 | Dinner trays on unit - OFC. Woolen on unit |
| 700 | Notified food service (missing trays) |
| 800 | Medline - OFC. Merrell on unit |
| 900 | Count |
| 914 | Signal 1000 |
| 930 | OFC. Woolen escort 347 Phillips #197458 to medical |
| | stayed @ MSV til Approx. 1045 (431 Rich #269813 Refused) |
| 1000 | Security Check |
| 1100 | Security check |
| 1106 | Knox said he was suicidal but refused to go to medical, says he on |
| | phone with mom he wasn't really serious |
| 1200 | Count |
| 1216 | Signal 1000 |
| 1235 | OFC. Woolen off unit |
| 100 | Security check |
| 110 | OFC. Woolen & Sgt. Trieu |
| 130 | Sgt. Trieu off unit |
| 200 | Security check |
| 245 | Sgt. Mitchell escort 228 #870260 Underwoods to medical |
| 300 | Count |
| 325 | Signal 1000    Insulin |
| 400 | Security check |
| 415 | trays on unit |
| 500 | Security check |
| 530 | Count |

### Count Reference

| | |
|---|---|
| Starting Count Total | 320 |
| Minus | 1 |
| Add | 0 |
| Ending Count Total | 319 |

### Counts

| Time | Count Total | Cleared By |
|------|-------------|-----------|
| 9pm | 320 | Small |
| 12am | 320 | Small |
| 3am | 319 | Small |
| 530am | 319 | Small |

### Property Packed

| Location | Name | DOC |
|----------|------|-----|
| | | |

### Property to be Packed

| Location | Name | DOC |
|----------|------|-----|
| | | |

### Security Checks

| Time | Officer |
|------|---------|
| 600 | mm, SR, BF |
| 700 | mm, SR, BF |
| 800 | mm, SR, BF |
| 900 | mm, SR, BF, CW |
| 1000 | mm, SR, BF, CW |
| 1100 | mm, SR, BF, CW |
| 1200 | mm, SR, BF, CW |
| 100 | mm, SR, BF |
| 200 | mm, SR, BF, CW |
| 300 | mm, SR, BF, CW |
| 400 | SR, BF, CW |
| 500 | mm, SR, BF CW |

### Staffing

| | |
|---|---|
| Sgt./OIC | M. Mitchell 100 |
| Officer | S. Robinson 200 |
| Officer | C. Woolen 300 |
| Officer | B. Fabunmi 400-500 |
| Officer | |
| Officer | |
| Officer | |
| Officer | |
| Officer | |
| Officer | |
| Officer | |
| Officer | Lt. Winn |
| Zone Supv. | Capt. Gillespie 6 |

### Shake Downs

| Location | Name | DOC |
|----------|------|-----|
| | | |

### In House Moves

| Name | DOC | From | To |
|------|-----|------|----|
| | | | |

### Security Checks

| Time | Officer |
|------|---------|
| 530 | mm, SR, BF, CW |

### RESTRICTIONS

| NAME | DOC | LOCATION | REASONS FOR RESTRICTION |
|------|-----|----------|------------------------|
| Kast | 129830 | A108 | Keylock |
| Knox | 128840 | A110 | Keylock |

Key and Equipment Inventory Check:    Are All Keys and Equipment Accounted For?    Yes (✓) No ( )
Tool Inventory Check:    Are All Tools Accounted For?    Yes (✓) No ( )
If "NO" is selected, list the problem here:

Off Going Shift Sergeant / OIC    _M. Mitchell_    Signature

On Coming Shift Sergeant / OIC    _D. Crahl_    Signature

The offgoing shift Sergeant / OIC Signature indicates that the log entries are true and correct to the best of their knowledge and that the key and equipment inventory check was completed in front of the oncoming shift. The oncoming shift Sergeant / OIC signature assumes full responsibility of the unit. The offgoing shift is not relieved until the oncoming shift signs taking responsibility. This is a legal document.

All Times are Approx.

STATE044725

Ex. 14