

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CASE NO. 3:24-CV-00185

# MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON HER OWN BEHALF

# V.

# RON NEAL, ET AL.

## DEPONENT:

## AMON LEE

## DATE:

## March 21, 2025



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Ex. 15

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185


MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF,

Plaintiff


V.


RON NEAL, ET AL.,

Defendants


DEPONENT:  AMON LEE

DATE:      MARCH 21, 2025

REPORTER:  SYDNEY LITTLE

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

2

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Megan Pierce, Esquire

Loevy & Loevy

311 North Aberdeen Street

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: megan@loevy.com

(Appeared via videoconference)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

APPEARENCES (CONTINUED)


ON BEHALF OF THE DEFENDANTS, LT. DENNIS KOEN, CAPT. VINCENT MCCORMICK, SGT. AMON LEE, SGT. JENIENE WALTON, OFFICER DARNELL CROCKETT, STEVEN MCCANN, LT. LATRICE JONES, SGT. ERNEST WILLIAMS, SGT. MICHAEL EVERETT, OFFICER JAYLON SINGLETON, WARDEN RON NEAL, CHRISTOPHER BEAL, KEVIN CROSS, ART KAUFMAN, ANDREW KMITTA, JASON NOWATZKE, NADINE SMITH, DOUGLAS WARDLOW, DEBORAH TAYLOR, JANILLE WHITAKER, AND DANIELLE BROWN:

Brandyn Arnold, Esquire

Office of the Indiana Attorney General

Indiana Government Center South

302 West Washington Street

Fifth Floor

Indianapolis, Indiana 46204

Telephone No.: (317) 232-6201

E-mail: brandyn.arnold@atg.in.gov

(Appeared via videoconference)


Also Present: Katie Pollak, Indiana State Prison Employee

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

4

INDEX

                                                        Page

PROCEEDINGS                                                6

DIRECT EXAMINATION BY MS. PIERCE                           7

CROSS-EXAMINATION BY MR. ARNOLD                           69


                            EXHIBITS

Exhibit                                                  Page

1 - Department of Corrections Incident Report

      Form - STATE 021552                                 48

2 - Debriefing E-Mail - STATE 027082-027083    53

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

STIPULATION

The VIDEO deposition of AMON LEE was taken at KENTUCKIANA COURT REPORTERS, 110 NORTH WACKER DRIVE, CHICAGO, ILLINOIS 60606, via videoconference in which all participants attended remotely, on FRIDAY the 21ST day of MARCH 2025 at 10:02 a.m. (CT); said VIDEO deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. The oath in this matter was sworn remotely pursuant to FRCP 30.

It is agreed that SYDNEY LITTLE, being a Notary Public and Court Reporter for the State of ILLINOIS, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

6

PROCEEDINGS

THE REPORTER:  We are now on the record.  My name is Sydney Little.  I'm the online video technician and court reporter today representing Kentuckiana Court Reporters located at 110 North Wacker Drive, Chicago, Illinois 60606.  Today is the 21st day of March 2025, and the time is 10:02 Central.  We are here to take the remote deposition of Amon Lee via Zoom in the matter of Mysti Valencia, as personal representative of the estate of Michael Smith and on her own behalf, v. Ron Neal et al., pending in the United States District Court for the Northern District of Indiana South Bend Division, case number 3:24-CV-00185.  This deposition is being conducted on behalf of the plaintiff's counsel.  Will everyone but the witness please state your appearance starting with Plaintiff's counsel.

MS. PIERCE:  Megan Harris on behalf of the plaintiff, Mysti Valencia, appearing remotely from Portland, Oregon.

MR. ARNOLD:  Brandyn Arnold with the Indiana Attorney General's office on behalf of the defendants, appearing remotely from Indianapolis,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

7

Indiana.

THE REPORTER:  Thank you.  Sergeant Lee, will you please state your name for the record?

THE WITNESS:  Sergeant Amon Lee, Amon Mouse Lee, from Indiana State Prison.

THE REPORTER:  Great.  Thank you.  And do all parties stipulate that the witness is in fact Amon Lee?

MS. PIERCE:  Yes.

MR. ARNOLD:  Yes.

THE REPORTER:  Great.  Thank you.  Sergeant, can you please raise your right hand.  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THE REPORTER:  Thank you.  Counsel, you may begin.

DIRECT EXAMINATION

BY MS. PIERCE:

Q.   Morning, Mr. Lee.  As I -- sorry.  I don't know if you can hear my dogs.  As I mentioned, my name is Megan Pierce and I'm representing the plaintiff in this matter, Mysti Valencia.  Where are you currently sitting for this deposition?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

8

A.   I'm in the --

THE WITNESS:  Where is this located at?  It's an office.  Office at the present.  I can't remember the --

BY MS. PIERCE:

Q.   Okay.

A.   -- name of the office, though.

Q.   And is anyone in the office with you?

A.   There's one person in here, Katie Pollak.

Q.   Okay.  And have you discussed this lawsuit at all with Katie Pollak?

A.   No.

Q.   Okay.  Have you ever been deposed before, Mr. Lee?

A.   Yes.

Q.   And how many times have you been deposed before?

A.   I think one -- one time before this.

Q.   And what were the circumstances of that deposition?

A.   The circumstances?  I had to go to court and sit across the table from a person that was a defendant in a murder -- murder of a correctional officer.

Q.   Murder of a correctional officer?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

9

Q.   Okay.  So was this a civil or a criminal case, if you know?

A.   That one?  That was a criminal.

Q.   Okay.  And you were a witness in that matter?

A.   In a roundabout way, yes.

Q.   Okay.  Have you ever been in a deposition in any type of civil lawsuit?

A.   No.

Q.   Well, I'll just go over the rules, so we're all on the same page, okay?

A.   Okay.

Q.   I'll ask you questions and you'll give answers under oath just as if we were in a courtroom.  If you don't understand a question, please ask for clarification.  If you don't ask for clarification, I'll assume that you understood the question; is that fair?

A.   Yes.

Q.   And then please wait until I'm done asking a question before you start your answer so that the court reporter can get a clear record of what we're saying, okay?

A.   Yes.

Q.   And along those same lines, please make sure to give verbal answers, so try to avoid nodding or shaking your head so that the court reporter can get a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

clear transcript.

A.   Yes.

Q.   And then your lawyer may object from time to time.  Wait for them to get their objection on the record and then you can answer unless they instruct you not to, okay?

A.   Yes.

Q.   And then I'm happy to take a break at any point that you need one.  Just let me know and we'll pause.  The only thing is, if I have a question pending, I ask that you answer that question and then we can take a break, okay?

A.   Okay.

Q.   Mr. Lee, do you have any health conditions?  Are you taking any medication that would affect your ability to testify here today?

A.   No.

Q.   Do you have any health conditions?  Are you taking any medication that affect your memory?

A.   No.

Q.   Did you do anything to prepare for your deposition today?

A.   Not too much, no.

Q.   Did you review any documents?

A.   What I could come up with, yeah.  I looked at

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

11

a few things that was on the computer I was at.

Q.   What did you look at specifically?

A.   I -- I believe I looked at just what would appear like an incident report.  That was it.

Q.   Okay.  Just one incident report?

A.   Yes.

Q.   And who wrote that incident report?

A.   I want to say it was Captain McCann was on there.

Q.   Did you look at any incident reports that you authored?

A.   No.

Q.   Did you talk to your -- without going into the substance of any conversations with your attorneys, did you talk to your attorneys in preparation for your deposition?

A.   Yes, I did.

Q.   And when was the last time that you spoke with them?

A.   Oh, it was a few days ago, I believe, that I got to talk to Mr. Arnold right here.

Q.   And how long did you speak to Mr. Arnold for?

A.   I -- I -- I don't know, remember how long I spoke to him.  I wasn't keeping track of it or --

Q.   Would you say less than a half an hour?  More

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

12

than a half an hour?

A.   Probably less -- less than a half an hour.

Q.   Have you spoken to anyone else in preparation for your deposition or about your deposition today?

A.   No.  I -- I told my shift supervisor.  I -- I'm at work right now.  I let her know that I had a deposition.  That was it.

Q.   Okay.

A.   Let the -- my lieutenant know actually so that I can get relieved to come here.

Q.   And any --

A.   I didn't go into detail about it, though.  I just told them I need to get relieved.  That was it.

Q.   Okay.  Anyone else that you've talked to about your deposition?

A.   No.

Q.   Anything else that you did to prepare that we haven't talked about already?

A.   No.

Q.   Okay.  Mr. Lee, when did you graduate from high school?

A.   In 2018.  I don't know what month it was.

Q.   That's fine.  Where did you go to high school?

A.   Michigan City High School in Michigan City, Indiana 46360.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

13

Q.   Thank you.  Did you go on to any higher education after you finished high school?

A.   Immediately, I joined the Army.  I did do a little community college at Brown Mackie College.  I done a little bit of college.

Q.   Okay.  How long were you in the Army?

A.   Say that again?

Q.   How long were you in the Army?

A.   I think approximately, like, three years, but it was, like, an eight-year contract.

Q.   Okay.  Are you still in the Army now or Army Reserves or --

A.   Negative.

Q.   And why did you leave the Army?

A.   It was just a lot of things that was going on and I just -- it wasn't working out.  Things happened.  Things were good and bad about it, but things weren't working out, so I was -- I was getting out.  I was transitioning out.  You want me to go --

Q.   What was it about?

A.   You want me go deeper than that?  It was -- I had some issues, basically.  I -- I got moved in the middle of my duties and I went to a unit where nobody knew me, so it was a little bit complicated.

Q.   I'm sorry, what did you say about your duties?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

14

A.   In the middle of my -- the three years, my time, I got moved to another unit where nobody knew me.

Q.   Okay.  And was your decision to leave voluntary or were you asked to leave the Army?

A.   It was voluntary.  It was definitely voluntary.

Q.   Okay.  So fair to say that you left the military around 2019, 2020?

A.   That was, like -- it was in 2001, actually.  I think that's right.  It was right by September 11th, kind of.  I was -- I was still in the Army when September 11th actually happened, but I was out.  Does that make sense?  I was on deep leave.  I leave the ETS at the same time.  I had some vacation leave, so I was off for two months, but I had to set up that I went ETS at home, basically.

Q.   Okay.  So just to back up, when did you say you graduated from high school again?

A.   In 1998.

Q.   Oh, okay.  For some reason, I think I misunderstood and thought you said 2018, but 1998 --

A.   No.

Q.   -- you graduated from high school?

A.   I'm sorry.  I meant 1998.  I'm sorry.

Q.   No, no.  That's okay.  This is all making a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

15

little more sense now.

A. Yeah. Okay. Sorry.

Q. Okay. So you graduated from high school in 1998?

A. Yep.

Q. You joined the Army?

A. Yep.

Q. And you left the Army right before September 11th?

A. Yep. Yep. I was still in at home when September 11th actually happened, but I was on leave and I was ETS, so I thought they were going to call me back. It's weird, but --

Q. Okay. And then after you actually left the Army officially, what did you do next?

A. I got my old job back at Toys "R" Us.

Q. And how long did you work at Toys "R" Us?

A. Actually, I don't know exact because I was still employed there while I was in the Army. They -- they couldn't do nothing with my employments, so I don't know exactly how many years. I -- I couldn't tell you offhand. I'm sorry.

Q. Okay. Approximately, how long do you think you worked at Toys "R" Us actively?

A. Oh, I -- I was employed at -- at Toys "R" Us

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

16

before I left the Army, so it had to been from '98.

Q.   Well, hold on.  Let me ask it differently. I'll ask a different question.  When did you leave Toys "R" Us about?  It doesn't have to be --

A.   I don't know the exact time because when I was at Toys "R" Us, I got another job and I started working at this -- at the Honda dealership also, so I had two jobs around that September 11th time.  Right after I got out the Army, I had two jobs.  I don't know exactly when I stopped working there, though.  I don't know, remember when I stopped working there, okay?

Q.   Okay.  So you were working at Toys "R" Us and that overlapped with the job at the Honda dealership. Where did you go work next?

A.   I stopped working both those jobs and went to auto recycle place called LKQ Star Auto Parts.

Q.   Okay.  And how long did you work there about?

A.   About seven years.

Q.   And when did you leave that job?

A.   I left that job and came to DOC.  I left that job to come here to the Department of Correction, but I started at Westville in, like, 2012.

Q.   Why did you leave your job at Star Auto Parts to come to IDOC?

A.   Because I applied for a managerial position

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

17

and they laughed at me and didn't take me seriously, so I assumed that job was not going anywhere.

Q.   All right.  So you applied to IDOC and you started at Westville.  Did you start as a correctional officer?

A.   Yes, I did.

Q.   And I'm sorry, what year did you say that was?

A.   2012.

Q.   And how long were you a correctional officer at Westville?

A.   I transferred from Westville to Indiana State Prison, I believe, in 2015.  I transferred here to Indiana State Prison from Westville.

Q.   And did you transfer as a correctional officer still?

A.   Yes, ma'am.

Q.   And how long were you a correctional officer at ISP?

A.   That I don't know exact.  I don't know.  I've been -- I've been a sergeant for quite a while, but I don't know the exact days or times when I got promoted.

Q.   Okay.  Does about 2016 sound right?  I think that's what your record showed.

A.   Yeah.  I believe around that time, yes, ma'am.

Q.   Okay.  And are you still a sergeant now?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

18

A.   Yes, ma'am.

Q.   **Have you applied to be a lieutenant at all?**

A.   Due to circumstances, it's -- it wasn't beneficial.  My -- my -- my wife just recently got breast cancers, ma'am, so I need to step back from a lot of my responsibilities and take care of home and family first.  I have five kids, so things got a little bit complicated with her diagnosis of breast cancer. She has since been in remission, so I'm -- I'm -- we -- we're taking it a day at a time, basically.

Q.   **Well, I'm really sorry to hear that and I'm glad she's in remission.  I hope she's doing all right.**

A.   All right.  Thank you.  God bless.

Q.   **Okay.  So you're a sergeant at Indiana State Prison.  You've been there since you transferred from Westville; is that right?**

A.   Yes, ma'am.

Q.   **And are you currently working day shifts or night shifts?**

A.   Yes.  I'm currently working day shifts.

Q.   **Okay.  And have you worked both day and night shift at Indiana State Prison?**

A.   Yes, ma'am.  Even when I was at Westville, I worked pretty much K Group nights.  I transitioned over here and I've been on a little bit of all the groups. I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

just recently came back from J Group, which is a night shift.

Q.   And on day shift, do you have a regular post as sergeant?

A.   Yes.  I'm the kitchen sergeant right now. That's my post.  It's called the PDR, the prison dining room.

Q.   Have you ever worked A Cell House in Indiana State Prison?

A.   Yes, I have.  Some years back, I was in A.

Q.   So you're familiar with A Cell House; fair to say?

A.   Yes -- yes.

Q.   When you worked in A Cell House, were you a sergeant or a correctional officer?

A.   I was a sergeant.  Just when I got pinned sergeant, I was in A, I don't know, for probably, like, a year.

Q.   What are your responsibilities as a correctional sergeant?

A.   It's a plethora of responsibilities.  As far as geared towards my job at the kitchen, responsible of safety and security of the facility, responsible for running this kitchen, making sure everybody gets fed essentially.  Also, in the back, there's a -- there's a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

20

door that food trucks get delivered there, so food trucks come from time to time.  And also, waste management truck comes, too, to take the stuff out. Only a supervisor can operate that back part of the PDR. Like I said, we essentially feed.  I come in early on overtime, so I usually feed breakfast, lunch, and dinner at this prison.  And it -- it's in excess about 2,000 inmates or something like that.  Other responsibilities, like you said, is, yeah, like, if I'm QRT, quick response teams, I actually respond to those, like, signals and stuff like that and I would have to leave the PDR to respond to those type of emergencies and such.

Q.   Are you still an active member of the QRT?

A.   I'm still -- yes.  I still have my qualifications to be a QRT team -- on QRT teams.

Q.   And when did you first get your qualifications for QRT?

A.   It had to have been years ago, but -- but I maintained my certification.  So before my wife was sick, I was on E-Squad, and E-Squad required me to maintain my -- those type of credentials like that and such, so I've -- I've been QRT for a long time.  I -- I don't have exactly what time I was re-certified.  I might have a thing in my bag to say the days and stuff,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

but --

Q.    That's okay.

A.    I've been a QRT for quite some time there, ma'am.

Q.    Okay.  Is there a difference between QRT and E-Squad?

A.    Yes, there is.

Q.    What's the difference?

A.    E-Squads is actually an ERO team.  That's kind of separate from that.  E-Squad is like a -- how do I explain it?  It's an emergency response team just like sitcom and all these other teams.  They have, like -- it's -- it's basically some more teams that, in certain situations, they're required also, basically.  I don't know how to explain it more than that.

Q.    Well, what -- for -- can you give me an example of what E-Squad would be responsible for doing in comparison to QRT?

A.    E-Squad helps assist with different things because to include, like, bomb threats, escapes, stuff of that nature, riots, a little bit all that type of stuff.  That's what that entails in, that we get activated and help with those type of situations.

Q.    Okay.  And does E-Squad respond to other prisons as well?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

22

A.    Yes, ma'am.

Q.    Okay.  Understood.  So QRT is more like emergencies that --

A.    In-house, yes.  It's, like, more of in-house, just has to do with this prison in a way.  Although the training sometimes has to do with possibly going downstate for the training.  It just depends.

Q.    Okay.  And you're no longer a member of E-Squad, but you are an active member of QRT, correct?

A.    Yes, ma'am.  Yes, ma'am.

Q.    Okay.  How often would you say you're assigned to the QRT position on a shift?

A.    Lately, it's not been so much.  It -- it -- it's like a rotating schedule.  I don't -- I can't tell you the frequently -- how frequent, though, but every now and then, yes, I'm still assigned it.  It's kind of hard because, like I said, I'm in the kitchen.  Due to circumstances, it's kind of harder for me to get to where I got to go.  Like, the kitchen is far corner of the prison.

Q.    Okay.  So as an example, how long would it take you to get from the prison to, like, A Cell House?

A.    The A Cell House is actually really close.  I would say an example of other dorms.  A, Adam, is not that far away from where the host -- the -- the kitchen

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

23

is -- the PDR is.

Q.   Got you.  Okay.  What would you say would be -- you know, if you're hustling, how long do you think it would take you to get from the kitchen area to A Cell House?

MR. ARNOLD:  Objection as to form.  But you can answer.

THE WITNESS:  I can answer?

MR. ARNOLD:  Yeah, you can answer.

THE WITNESS:  It'll take me probably four minutes.  Probably less than that.

BY MS. PIERCE:

Q.   Okay.

A.   It might take longer though if the walk was full of people and stuff of that nature.

Q.   What's the farthest cell house from the kitchen?

A.   I would say it'd be probably F, Frank.

Q.   And how long would it take you to get to F from the kitchen?

A.   Like I said, it's still the -- the variability of, like I said, if there's people all over the walk, probably take me probably, like, six or seven minutes to get there.

Q.   How long have you been working the kitchen

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

24

position?

A.   Offhand, I -- I'd say for at least a year, but for a -- a while, I was out of the kitchen for a second, too, though.

Q.   And you were in the kitchen position in 2023 as well, right?

A.   Yes.  I believe so.

Q.   Okay.  So sometime after the January 14, 2023, fire, did you leave the kitchen position?

A.   Yeah.  I believe so.  I think I -- I went to nights for a while and I think I came back -- back to the kitchen.

Q.   And what posts were you handling on night shift?

A.   I was checkpoint two.

Q.   Okay.

A.   J Group.  Nights.

Q.   And when was the last time that you've been a sergeant in a cell house?

A.   In a cell house?

Q.   Uh-huh.

A.   Would probably -- you talking about, like -- like, assigned there?

Q.   Yeah.

A.   It might have been around -- I think I was a -

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

25

- I was -- I was -- so I was -- sometimes, I rotate schedule, so I -- I would fill in when there's a sergeant not there.  I would fill in, but assigned an actual -- would probably be A, Adam, when I was a sergeant back then was the last time I was actually assigned a cell house because I -- I went from A, Adam, to ISO, to level one, about almost a year and a half after that -- after I left A, Adam.  And then like I said, I came back here.  I went to nights and I was checkpoint two for a while, so yeah, it had to have been probably A, Adam, back then what you were talking about --

Q.    Okay.

A.    -- back in '16.

Q.    And the ISO is the separate building that has the lower custody level?

A.    Yes, ma'am.  Yes, ma'am.  But that -- you said cell house and that's not -- I don't think that's a cell house.

Q.    Right.

A.    That's an actual unit.  Different.

Q.    Right.  Yeah.  I just wanted to confirm what you were talking about.

A.    Yes.

Q.    Okay.  So you haven't really been permanently

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

assigned to a cell house since you were in A Cell House after you were promoted to sergeant, correct?

A. Yes, ma'am.

Q. Okay. Checkpoint two, does that have special responsibilities in relation to the firefighters?

A. Yes. The fire -- the fire -- the checkpoint is actually kitty-corner right to the fire department, and yes, during the day a lot of times and at night, we're responsible for that, make sure they can get access to that and everything for that, like, fires and stuff of that nature, ma'am.

Q. Okay. And how often have you worked with the firefighters to make sure they can get into their fire station to help them get activated, things like that?

A. Yeah. The checkpoint is, like, right there kitty-corner to it, so yes, frequently, it's all the time. Like, we -- we get them in and get them going --

Q. Okay.

A. -- ASAP.

Q. And are fires pretty common at Indiana State Prison?

A. I wouldn't say so, no.

Q. About how often do you think fires occur?

A. I would -- I need you to clarify because I can't -- how would you -- how frequent? Is -- is that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

27

what you're referring to?

Q.    Yeah.  Yeah.  Several times a week or --

A.    I wouldn't even say that.  I -- I don't think it's, like, several times a week.  I wouldn't say that.  I'd say sometimes, it happens, but I wouldn't say seven -- well, you said several times a week?

Q.    Yeah.

A.    I still -- not fires.  Maybe fire alarms or stuff like that.  Not fires, though, no, I wouldn't say that.  Not several times a week.

Q.    Have you seen or responded to fires in your time at Indiana State Prison?

A.    Yes, I have.

Q.    About how many do you think you've seen or responded to?

A.    Over the years, offhand, I don't know.  I -- you talking about, like, yearly or my whole time at -- at the prison?

Q.    Either one.  Either one is okay.  Has it -- you know, over your time at the prison, do you think you've responded and seen more than 50 fires?

A.    I would say it was probably less than 50 fires.  Less -- way less than 50.

Q.    More than 25?

A.    Probably more than 25.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

28

Q.   So somewhere in between 25 and 50 fires in your time?

A.   Yeah.  Or like -- what -- I would put the alarms and stuff like that to be in that category, too, though.  Does that make sense?  So usually, when there's an alarm that goes off, we respond as if it's like that, too.  Does -- does that make sense?  Like, we get the firemen out, have them get ready, start staging and everything until it gets clear.  So that would be in there, too.

Q.   How many actual fires do you think you've seen or responded to?

A.   I don't -- I didn't -- I would say maybe 30 or something like that maybe.  I don't know because I -- I -- like, I feel like some situations, stuff like that, weird stuff like -- I can recall one where a dude left his hot pot on.  He left his hot pot on.  It didn't have to do with nobody getting injured, though, but I believe it was in A, Adam.  Left his hot pot on and it -- it got too hot and it caused the fire and we ended up responding and putting it out in the cell house.  So I -- I can think of a few different scenarios where it's happened, but --

Q.   Have you responded --

A.   Rarely do people get injured and hurt like

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

29

that.  Rarely.

Q.   Have you responded or seen other fires where people got hurt?

A.   Yes.

Q.   What other times can you think of when inmates got hurt in fires?

A.   Off the top of my head right now, like I said, the scenario with this one and there was only, like, one other one that I could recall.  Yeah.  One other one, so two, where people got, like, injured, injured bad.

Q.   What other -- have you seen fires caused by other electrical issues besides hot pots?

A.   No.  I think that some -- a lot of the stuff that I've seen, too, is that the actual inmates are doing stuff like that, too.

Q.   What do you mean inmates are doing stuff like that?

A.   At least sometimes, the inmates will do different things to start fires and cause fires, too.

Q.   As you sit here today, do you have a memory of the January 14th, 2023, fire that killed Michael Smith?

A.   Yeah.

Q.   Walk me through that day from getting to Indiana State Prison through the fire response what you remember.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

30

A.   I think I really remember I was in the PDR when it happened, when it was called out that there was a fire, and I responded and I was -- when I got on the street, I could see there was smoke billowing out the building, so I really knew it wasn't just, like, an alarm.  It was something real, real serious, so I -- I ran over there and got over as fast as I possibly could. I believe when we got up there, there were people in the range there and stuff like that in front of the range and I was trying to get them either to go -- get in or go off -- get off the range and stuff like that.  And then I believe when we got to the fire, we were trying to get firemen up there to get -- come get him and help with the response and everything.  Firemen got up there with, like, this machine.  It was -- there were -- it's like a backpack fire extinguisher type thing that they had and they were trying to put the -- put the fire out and control it.  I believe he's -- oh, Captain McCann was up there and Lieutenant Kane was up there on the range, too.  It was -- it was a sight to see.  It was -- we -- we were doing best we could.  We were trying to get him out there and get him safe.  Due to circumstance, he -- he didn't make it.  We --

Q.   Oh, go ahead.  I'm sorry, I interrupted you.

A.   I think mid kind of thing of what was going

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

31

on, I -- I knew I had to go get that medical gurney and stuff of that nature, so I actually went back down, got that gurney and -- to get down the range and everything and got it up there so we can get him on a gurney and kind of get him -- get him -- try to get him help and attention and everything else and get him to an ambulance.  That's what we were trying to do.

Q.   Okay.  So on that day, January 14th, 2023, you were assigned to the kitchen as the sergeant there?

A.   Yes -- yes, ma'am.

Q.   And you were a member of the QRT team as well?

A.   I believe so.

Q.   And that's why you responded to the fire, right?  Because you were a member of the QRT?

A.   I believe so.

Q.   What were you doing when you -- let's strike that.  How did you realize that there was a fire at the prison?

A.   That -- it called over the radio.  That's what I remember.  First was hearing it over the radio.  They call, like, a -- a signal.  And then like I said, I responded and I got outside in front of the PDR and you can look and just see the smoke billowing out of the cell house.  You know, it was something serious.

Q.   Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

32

A.    That's not a normal sight to see.

Q.    So you were in the kitchen.  Do you know what you were doing when you heard the signal call?

A.    No.  Not at -- no.  I don't remember what I was doing at the time.

Q.    Okay.  So you stepped out of the kitchen, and immediately after stepping out, you could see all the smoke billing -- billowing out of A Cell House?

A.    Yes.

Q.    And so you knew there was a real problem when you saw that?

A.    Yes.

Q.    So you started running all the way to A Cell House?

A.    Yes.  I believe so.

Q.    Okay.  And you mentioned the street.  What are you referring to when you say you went out onto the street?

A.    Well, there's a walk.  So there's a PDR walk and then there's an A, Adam, walk that we use now.  So portion of it is, like, the PDR walk, and then it goes through a gate, and then the next portion is, like, the A, Adam, walk, and it's a walk that goes right next to the cell house.

Q.    Okay.  And is that outside or is it indoors?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

33

A.    No.  That's outside, ma'am.

Q.    Okay.  So you went outside, you were going along the walk outside, and you immediately see the -- a lot of smoke coming out.  Could you hear any noise coming from the cell house?

A.    No.

Q.    You start running.  Fair to say it took you a few minutes to get there?

A.    Yes.

Q.    Did you see anyone else -- did you run into anyone else going to A Cell House on the way there?

A.    No.  I don't -- like I said, I -- I don't -- I've -- to be honest, I don't know if the walk had people or not.  I've been responding to so many signals, but I would say if there was some people on the walk, I had to dodge them to get there, too, which may have slowed me down a little bit, but yes, I got there and we got to trying to help out and put the fire out and everything.

Q.    When you got to A Cell House, was the door open to the cell house?

A.    I believe so.  I believe it was open.

Q.    Was there anybody there at the door when you arrived?

A.    That I don't recall.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

Q.   Okay.  So how did you know where to go once you got to the cell house?

A.   Oh, you could see the smoke and I think I want to say there was people there telling me that it was up on the 200 range.  There was staff.  They were telling me that.

Q.   Do you remember which staff?

A.   No.  I don't recall.

Q.   When you got to the cell house, was it loud? Could you hear people yelling?

A.   I think when we got in, yeah.  I believe you could hear people yelling once I got close to that door and close to the entrance.  You could hear people yelling.

Q.   Okay.  What kind of things were they yelling?

A.   I just think that they -- it was a lot of smoke and they were yelling multiple things.  I couldn't make out of more or less trying to make sure and put the fire out.

Q.   And when you got to the cell house, was the smoke pretty thick inside the cell house?

A.   I would say, yeah.  It was going up, but yeah.

Q.   When you got up to the 200 range, who did you see up there already?

A.   I want to say, like I said, I think I saw

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

35

Lieutenant Kane and I want to say -- he's, like, captain now, but I want to say Lieutenant McCormick, I -- I believe, was on that range, too.

Q.   Did you see what they were doing?

A.   There were a few inmates that I was more focused on when I first got on that range to get them off that range.

Q.   Were those inmates that you saw, were they in their cell or were they out of their cell?

A.   They were out of their cell walking around.

Q.   Oh, okay.  Were they from that range?  Do you know?  Were they living on that range?

A.   I'm not for sure.

Q.   Okay.

A.   I think some might have been, some might have not been.

Q.   Do you know when you got up there had the evacuation already started?

A.   I don't think it had already started the evacuation, but we were trying to see and assess the situation.

Q.   Do you know how the inmates that you saw had gotten out?

A.   I want to say there might have been a line movement or something going on at that time.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

36

Q.   Oh, but you don't know?  You're just guessing?

A.   Actually, I -- I think there might have been some type of line movement or something going on, but --

Q.   What is that based on?  Did somebody tell you there was line movement going on or --

A.   I want to say there might have been a fight, I think, later on right back to back of this -- this situation that happened here.

Q.   There was a fight after this?

A.   I think there was a fight in the PDR.  I think I might -- I recall.  I don't know.  I think there might have been a fight at the PDR right after this happened, I want to say.

Q.   But what is your testimony that you think there was a line movement in A Cell House?  What is that based on?

A.   The fight that happened shortly after that, I think, is what I would say had to do with that.

Q.   Okay.

A.   So for the kitchen to get people in there like that, it had to have been a line movement for them to get there to actually have a fight or whatever.  That's what I want to say.

Q.   Oh, I see.  Okay.  So you're saying there was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

37

a fight between people in A Cell House?

A.    There's a fight in the kitchen.  I don't know who was fighting, but there was another signal called after this signal, I want to say, and it had to do with the kitchen, and I'm the kitchen sergeant, so --

Q.    Okay.  So did you -- when that fight broke out, did you leave A Cell House to go respond to the fight?

A.    I want to say we might have been in the custody hall, I think, when -- I'm not for sure.  I think I was in the custody hall at that time, I want to say, when that next thing was called, but --

Q.    Okay.  So when you got up to the 200 range, you saw some inmates who were out.  Do you know about how many inmates you saw that were out?

A.    It was, like, a few.  Like, a couple.  Maybe two or three.

Q.    Okay.  And did you instruct them to do anything or take them anywhere?

A.    Yeah.  I was trying to get them to go -- to leave the range or step in their cells.

Q.    And did you do that?

A.    Yes.

Q.    And what did they -- where did they go?  In their cells or did they leave?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

38

A.   I think one male went in the cell.  One, I think, got off the range.

Q.   And did you -- what did you do after that, after you inspect --

A.   I -- I believe I went down the range to assist and help with them.

Q.   Okay.  And did you have a fire extinguisher with you when you went down there?

A.   I'm not for sure, no.  I don't recall.

Q.   And did you see anyone besides McCormick and Kane down the range?

A.   I think I was, like, asked where the firemen were, and then like I said, I think I saw one coming down the range with, like, full gear on.  He was coming down the range.

Q.   Okay.  So you arrived at the fire before the firemen?

A.   I believe so.

Q.   And when you got to the range, could you see the fire still?

A.   Yes.

Q.   Was it coming out of the cell?

A.   I believe it was smoke until I got closer, yeah.  They were trying to get him out at that moment.  Lieutenant Kane and Lieutenant McCormick were trying to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

39

get him out.

Q.   Okay.  So when you arrived, they were trying to get him out of his cell?

A.   Yeah.

Q.   And what did you do when you got down there?

A.   Just I tried to help.  Like I was saying, I was seeing all that stuff happen and then, like I said, something popped in my mind, let -- let me get the gurney and get -- get the gurney and get medical to them.  So like I said, I went back downstairs and got that gurney and rolled it to the backside of that range.

Q.   And where was the gurney that you got it from?

A.   I believe the gurney was still closer to the front of the door -- the front of the entrance of the -- the cell house.

Q.   Do you know how the gurney had been brought to the front of the cell house?  Who brought it there?

A.   No, I don't know who brought it there.

Q.   Do you know where the gurneys are generally kept in the cell -- in the prison?

A.   Gurneys are generally kept in the MSU.  And usually, when they call the signals and stuff like that, they grab them and push them over to the -- to the -- wherever it's called -- the signal is called.

Q.   So had the signal 3000 already been called

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

40

when you got arrived?

A.    That I -- I don't recall.

Q.    But you went down to look for the gurney and you saw one near the front of the cell house?

A.    Yes, ma'am.

Q.    Okay.  And you brought it up, you said, the back way, so did you bring it up the other way?

A.    We brought it down the 100 range down the flag, the 100 range all the way to the back.

Q.    Okay.  Back to the other staircases?  Those are the staircases that the prisoners use, right?

A.    Yes.  It was kind of closer in -- in my mind frame to do what we need to do.

Q.    Okay.  And then did you help get Mr. Smith onto the gurney?

A.    I believe so.

Q.    When you arrived to respond to the fire, was Mr. Smith responsive?

A.    I believe so.  I think he was -- he -- he was succumbing to whatever was going on.  It was -- it was -- it was a fire.  It was -- you know what I'm saying? It was -- it was a lot going on.  It was like -- it was a lot.

Q.    About how long were you on the range before you went to go get the gurney?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

41

A.    That I don't recall.

Q.    So once Mr. Smith was put on the gurney, what did you do next?

A.    We -- we kind of covered him up and -- and brought him out and took him up to the custody hall to try to get him to the ambulance of the paramedics and stuff like that.

Q.    And you took him to the custody hall.  What did you do once you got there?

A.    We were continuing lifesaving measures until, like, at -- I want to say I believe that there was another signal called in -- there was a signal called in the PDR, the fight.

Q.    And then you went to PDR to respond?

A.    We responded to that one, yes, but they had people there and they were still continuing lifesaving measures.

Q.    Did you participate in the evacuation of A Cell House at all?

A.    Yes.  I went back to help with that, too.

Q.    After the fire?

A.    Yes.

Q.    Or I'm sorry, excuse me.  After the fight.

A.    After the fire and after the fight, yes, ma'am.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

42

Q.   Yeah.  Okay.  After the fight.  Okay.  And when you arrived, was the evacuation already underway?

A.   It was underway, that is correct, and I was with Sergeant Walton.  We were trying to get this guy that was in a wheelchair that had covered up his cell.  We were trying to get him out.  I don't know the inmate's name, but we were arguing with him for a second trying to get him to get out -- get on his chair and get him out of there.

Q.   During the evacuation or afterward, did any incarcerated individuals complain to you about the response to the fire?

A.   I -- I don't recall.

Q.   Did any incarcerated individuals ever express to you that they were upset about the response to the fire?

A.   I still -- I -- I don't recall that -- that during that day and during all that stuff, no.  I don't recall.

Q.   After the fire, did anyone come to talk to you about the response to the fire?

A.   No.

Q.   Did you ever talk with the warden or any administrators?

A.   No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

43

Q.   Did anyone from INI ever come to talk to you?

A.   I don't recall.  I don't -- I don't think they did.  I could be wrong.  I don't -- I don't recall.

Q.   Did you ever talk to any of your other colleagues or staff about the response to the fire?

A.   No.  Not really.

Q.   Do you know what a debriefing of a critical incident is?

A.   Yes.

Q.   Have you participated in debriefings before?

A.   Yes, I have.

Q.   Did you participate in the debriefing for this fire?

A.   No.  No, I didn't.  I was on a --

Q.   Do you know why you didn't participate?

A.   No, I don't.

Q.   Do you think that there were any responses -- strike that.  Do you think there were any problems with the response to the fire?

A.   I can't -- I don't think so.  Not at all it happened, no.

Q.   Do you remember any changes being implemented after this fire?  Any policy or training or protocol changes at the prison?

        MR. ARNOLD:  Objection as to form.  But you can

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

44

answer.

THE WITNESS:  No.  I don't recall anything changing per se.  There might have been policy changes, but I don't -- I -- I don't know directly of it.

BY MS. PIERCE:

Q.    Okay.  Following this fire, did you receive any additional instruction about how to appropriately respond to a fire or other emergencies?

A.    No.

Q.    You were working at Indiana State Prison in April 2017, correct?

A.    Yes.

Q.    Do you remember a fire in April 2017 that killed Joshua Devine?

A.    I heard about it.  I wasn't there.  I wasn't there that day.  I heard about it, I believe, in the morning or maybe, like, a day or two after or something.

Q.    And what do you remember hearing about that fire?

A.    I just remember the checkpoint being torn up.  That's what I remember.  The checkpoint was tore up.  They -- they've vandalized the checkpoint.

Q.    The prisoners from B Cell House?

A.    Yeah.  The checkpoint outside of B Cell House.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

45

Q.   Okay.  Anything else that you remember hearing about that fire?

A.   I -- it just -- I don't -- I know that it was some issues, but nothing concrete about -- all I knew is I remember that checkpoint being torn up pretty bad and I guess things didn't go like they were supposed -- I don't know.  I -- that's -- I don't have any other things to say to that.  I don't -- I don't have definite -- I wasn't there that day, so --

Q.   Do you remember any discussions, announcements, instructions that were made to staff at Indiana State Prison about that fire in April 2017 after the fact?

A.   No.

Q.   Do you remember any discussions --

A.   No, no.  Actually, I take -- wait.  One -- can I say --

Q.   Yeah.

A.   So one of the things was I believe that they were trying to keep down the clutter and to actually -- what is it?  I call it, like, centralization, but to minimize clutter excess stuff in their cells.  They did try to implement that.  It's that they were holding too much stuff and property in their cells, and in -- in essence, I believe that's when we started to cut down

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

46

and minimize the amount of clutter and the amount of stuff that they can have in their cells.  That's what I think had -- has happened since then, so that's an answer to what you were saying is that they want to minimize people from having all that stuff -- excess stuff to include curtains and stuff of that nature.

Q.   And that was something that was talked about after the April 2017 fire, right?

A.   Yes.

Q.   Any other changes that you recall happening after that fire?

A.   Say that again?

Q.   Any other changes that you remember being discussed or implemented after that fire?

A.   No.  No other changes other than that.

Q.   Do you remember any discussion about whether the response to the April 2017 fire was sufficient?

A.   I didn't hear anything about that.

Q.   Okay.

A.   I wasn't there.  It was weird because I was on E-Squad at the time and I was wishing that they would've got us all there and it didn't happen that way, ma'am.

Q.   Prior to the January 14th, 2023, fire, did you know Michael Smith?

A.   I don't know if I did or not.  I -- I meet a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

47

lot of people.  I -- so I -- over the years, I'm 14 years, I believe, right now, I've met a lot of people.

Q.   Okay.  But --

A.   I've never had no interaction, good or bad, with him.  If I did, I would know more about him, if that makes --

Q.   Okay.

A.   Does that make sense?

Q.   Yeah.  So just to make sure I understand, so as you sit here today, you don't really have any impression or strong memories of Mr. --

A.   Yes, ma'am.  Yes, ma'am.

Q.   Okay. Yeah.  And just make sure to let me finish my question and then answer.

A.   Okay.  I'm sorry.

Q.   It's okay.  It's totally natural that you can anticipate what I'm asking, but just let me finish and then you can answer so the court reporter can get it down.

A.   Yes, ma'am.

Q.   Thank you.  Okay.  So just to clarify again, as you sit here today, you don't have any specific recollections of Mr. Smith or interacting with him prior to the fire, correct?

A.   Correct.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

48

Q.   And you didn't know anything about him reputationally or anything like that, correct?

A.   No.  Nothing reputationally.

MS. PIERCE:  I'm going to share with you, give me one second, what I'll mark as Exhibit 1.  Okay. This is State 021552.

(Exhibit 1 was marked for identification.)

THE WITNESS:  What is that?

BY MS. PIERCE:

Q.   Can you see this okay, Mr. Lee?

A.   Yes.

Q.   Okay.  This is an incident report, correct?

A.   Yes.

Q.   Okay.  Let me -- I blew it up a little bit, but I'll move out a little bit.  This is from January 14, 2023, and it's relating to the fire that killed Mr. Smith.  Is this the incident report that you wrote after that fire?

A.   That I'm not for sure.

Q.   Let's look at the description of the incident that's written here.  I'll read it aloud.  So "On the date of January 14th, 2023, at approximately 10:58 a.m., a 1071 fire was called by ACH Sergeant J. Walton. I, Sergeant A. Lee, responded from the PDR kitchen. While running up the ACH walk, I noticed smoke coming out of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

49

the windows.  I entered ACH with responders and went to the 200 north range.  When I walked up on the cell 252, Lieutenant Kane and Lieutenant McCormick were attempting to put fire out with a red fire extinguisher.  I noticed that the flame smoke was uncontrollable.  Lieutenant Kane and Lieutenant McCormick were unable to get Inmate Smith 953102 out of the cell.  I, Sergeant A. Lee, retreated several extinguishers and gave them to fire chief.  I, Sergeant

A.  Lee, requested that we need medical staff via radio. When medical arrived on the range, they had trouble getting to the cell due to smoke and the fire. ISP brigade arrived on scene and continued to fight the fire.  I was told to help evacuate the rest of the 200 north range.  After 200 north range was cleared, I was told by Lieutenant Kane to get the medical gurney to the back of the 100 range.  I Sergeant A. Lee, cleared area for Lieutenant Kane and firemen to carry Inmate Smith, DOC 953102.  ACH 252 down and placed him on a medical gurney.  Lieutenant Kane, Lieutenant McCormick, and I, Sergeant A. Lee, rushed the medical gurney to the custody hall.  Once arriving in the custody hall, I continued lifesaving measures until MCFD and EMT crews took over the scene.  Inmate Smith was pronounced deceased at 11:18 a.m."  Did I read that correctly?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

50

A. Yes.

Q. And is this the incident report that you wrote after the fire?

A. I believe so.

Q. Okay. Does this refresh your memory at all about the fire?

A. Yes, it does. It does.

Q. In what ways does it refresh your memory?

A. That was some years ago so, yeah, it refreshes my memory.

Q. Okay.

A. The fire departments, the MCF, Michigan City Fire Department, and the EMTs at the very end.

Q. Okay. So that's the outside fire department, the MCF, that --

A. Uh-huh. Yes, ma'am.

Q. Okay. And the ISP brigade, that refers to the inmate firefighters, correct?

A. Inmate firemen. That is correct.

Q. And again, just let me get the -- finish my sentence and -- or my question and then --

A. Yes, ma'am.

Q. -- answer. It's okay. It's hard to remember. Totally a natural way to talk, so don't worry. Okay. So you -- I want to look here just at the second line -- or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

51

I'm sorry, the third line, you say, "I entered ACH with responders and went to the 200 north range." Do you remember who you entered ACH with?

A.   No, I don't offhand.  No.

Q.   And you said when you got up there, it seems like Kane and McCormick were already up there; is that right?

A.   Yes.

Q.   And you said they were using the red fire extinguisher.  Do you know which one the red fire extinguisher is?

A.   Say that again?  It's an ABC fire extinguisher.  The red ones are.

Q.   Okay.

A.   They're ABC.

Q.   Do you know what other types of fire extinguishers are at the prison?

A.   We have a few different kinds.  Usually, sometimes, we have the silver ones that are just watering them.  The pressurized water.

Q.   And do you know when to use a water versus an ABC fire extinguisher?

A.   Yes.  It depends on what's fueling the fire and what location and stuff like that.

Q.   Do you know which type of fire extinguisher

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

52

should have been used on the cell in Mr. Smith's -- on the fire in Mr. Smith's cell?

A.   I -- it should have been the ABC fire extinguisher, I believe.

Q.   So down here a few lines, you said, "Lieutenant Kane and Lieutenant McCormick were unable to get Inmate Smith out of the cell.  I, Sergeant A. Lee, retrieved several extinguishers and gave them to the fire chief."  So fair to say you didn't bring any fire extinguishers when you came, but you left to go get fire extinguishers and give them to the fire chief; is that right?

A.   Yes.

Q.   Do you know where you got those fire extinguishers?

A.   They usually have them on all the fronts of the ranges.  I believe there's usually one on the 200 range, the 300 range, the 400 range.

Q.   And do you remember where specifically you got these fire extinguishers?

A.   No.  I don't recall.

Q.   And do you remember the chief -- was he in gear or was he in his regular prison clothes?

A.   When I think about it, I thought I saw somebody in full gear -- full fireman gear, I want to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

53

say, but I'm not for sure.  I don't recall what he was in.

Q.   And it says here, "I was told by Lieutenant Kane to get the medical gurney to the back of the 100 north range."  Did Lieutenant Kane instruct you to go get the gurney?

A.   Possibly.  I believe so.

Q.   Anything here, as we look at your report, that you believe is inaccurate or incorrect?

A.   Not that I see.

Q.   Did you fill this out on the day of the fire?

A.   I believe so.

Q.   And what did you do after you filled it out?

A.   Can I see it closer to the bottom of the page?

Q.   Of course, yeah.

A.   Thank you.  I believe I submitted it.

Q.   Do you know who you submitted it to?

A.   I believe I'm -- I'll speak Captain McCann because he's a shift supervisor.

MS. PIERCE:  I'm going to share what I'll mark as Exhibit 2. And this is State 027082, State 027083, and this is an e-mail, it looks like, or a memo of some kind.

(Exhibit 2 was marked for identification.)

BY MS. PIERCE:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

54

Q.   Do you recognize this document?

A.   No.

Q.   Okay.  I want to see.

A.   Yeah.  You see --

Q.   So your -- there we go.  So your e-mail is right here, Lee Amon right there, correct?

A.   Yes.  Amon.  Yes.

Q.   Amon.  Sorry.  Sorry about that.  Apologies. Amon.  And it says that this is a debriefing, so this is a critical incident debriefing.  It says, "Please mark your calendar for February 21, 2023, at 6:30 a.m.

for mandatory debriefing in the Indiana room. If, for some reason, you are unable to attend, you must let Major Wardlow or Mr. Nowatzke know before the meeting." And then the incidents listed, there's several, and when -- one of them is the January 14th, 2023, incident involving Mr. Smith; is that right?

A.   Uh-huh.

Q.   Do you know why you didn't attend this debriefing?

A.   No, I do not.  At this time, no.

MS. PIERCE:  All right.  We've been going for a little bit over an hour.  Let's take a quick ten-minute break and come back if that's all right.

THE REPORTER:  All righty.  We're off the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

55

record and the time is 11:06.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Amon Lee being conducted by video conference.  My name is Sydney Little.  Today is March 21st, 2025, and the time is 11:18.

BY MS. PIERCE:

Q.  Mr. Lee, I want to talk a little bit about the training that you've received.  What training and instruction have you received about monitoring the prison for an emergency?

A.  What do you mean by monitoring?

Q.  Yeah.  The super -- strike that.  Let me ask it differently.  Emergencies at the prison can occur at any time, correct?

A.  Yes.

Q.  And emergencies in a locked cell pose particular risks, right?

A.  Yes.

Q.  And that's because a prisoner who is having an emergency, whether it's a health emergency or a fire, they can't get out of their cell, correct?

A.  Yes.

Q.  Okay.  So it's important to be vigilant at all times to be looking out for an emergency, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

56

A.   Yes.

Q.   Okay.  So did you receive any training about how to monitor A Cell House for an emergency?

A.   Usually, I believe that we do walks and checks, like, every 45 to an hour, usually.  We do, like, walks and checks in the cell house, like pipe walks and stuff like that, and security checks.

Q.   And anything that you are instructed or trained to do in between security checks to monitor the cell house for an emergency?

A.   Easily as it -- it could be as easy as walking the flag and just looking up, too.  That could be something you could do periodically, too, if you need be or whatever or whatnot.

Q.   Okay.  So were you ever given any instruction or training that -- steps need to be taken to monitor the cell house in between security rounds?

A.   Yeah.  You're usually assigned your range and you're responsible for your range, so yes.  Like I said, before as I was sergeant or OIC and stuff like that of that nature, even before I was a sergeant, sometimes, I would just walk up the flag -- up and down the flag to kind of check, look up, and make sure everything is fine and the stuff like that -- stuff of that nature, too.  Does that answer your question?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Ex. 15

Q.   Yeah.  So is that something that you just decided to do because you thought it was important or was that something you are trained or instructed to do?

A.   Our job is to keep constant surveillance on these incarcerated individuals --

Q.   Okay.

A.   -- so yes.

Q.   So is it important for somebody to be out on the flag or walking the ranges at all times in a cell house?

A.   Yes.  I wasn't in that cell house though.  I was in the PDR, but okay.  Sorry, I interrupted --

Q.   Sure.

A.   I didn't mean to interrupt you.

Q.   No, no.  You're fine.  You're fine.  I appreciate that clarification.  And just so I'm clear, I'm not asking about, you know, the specific January 14th day of the fire.  I'm just asking generally about your training and practice.

A.   Yes, ma'am.  Yes, ma'am.

Q.   Okay.

A.   Yes.

Q.   So your understanding is that it's important for somebody at all times in a cell house to be out monitoring the ranges or walking the flag, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

58

A.   Yes.

Q.   And the reason that's important is because you need to be monitoring for an emergency, right?

A.   Emergency and -- and a little bit of everything, though, too, because, like I said, it's -- how many characters in there, how many different cells and stuff of that nature.  There's a lot going on in there.

Q.   Oh, but fair to say one of the reasons you've got to be monitoring at all times is to look out for an emergency situation, correct?

A.   Yes, that is correct.

Q.   If there is an emergency in a locked cell, how are the prisoners supposed to convey that information to staff?

A.   Usually, they -- hopefully, they catch you on the walk, but usually, they can tell, they could call to their inmates and stuff of that nature and call out and say something, too.  A lot of times, they usually alert you of the stuff going on in the cells also.

Q.   When you say they call out to other inmates, did they call out for other people to start yelling to get the guard's attention?

A.   Yes, ma'am.

Q.   Okay.  So that's a pretty common thing.  As

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

soon as an emergency arises, staff -- or excuse me, prisoners will start yelling to get staff's attention, right?

A.    Yes.

Q.    Okay.  And does it get loud pretty quickly when they're doing that?

A.    Yes.

MR. ARNOLD:  Objection as to form.  But you can answer.

THE WITNESS:  Yes.

BY MS. PIERCE:

Q.    And prisoners understand that they've got to start yelling to get staff attention, right?

MR. ARNOLD:  Objection as to form.

BY MS. PIERCE:

Q.    Go ahead and answer.  You can answer, Mr. Lee.

A.    Yes.

MR. ARNOLD:  You can answer.

BY MS. PIERCE:

Q.    And --

MR. ARNOLD:  Unless I -- you can pretty much answer any of them after I object.

THE WITNESS:  Okay.  Okay.

MR. ARNOLD:  Just -- yeah.

BY MS. PIERCE:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

60

Q.   And, you know, once a -- once one prisoner realizes there's an emergency, they will all join in to help and start yelling, right?

MR. ARNOLD:   Objection as to form.

THE WITNESS:   Yes.  For the most part, yes.

BY MS. PIERCE:

Q.   What -- strike that.  The training that you received about fire response specifically came as part of your online training, right?

A.   Online training?

Q.   You do some computer-based training, correct?

A.   Some of it, it was the computers training, and then others was the actual QRT training, too, that we -- we respond and reassess the situation and go from there.

Q.   Okay.  So putting the QRT training to the side, just focusing on the staff -- the training that all custody staff get, what training did custody staff receive about fire response?

A.   Yeah.  They're -- you're right.  They're computer-based trainings where they identify the different fire extinguishers and such.  Identify the fire extinguishers and the kind of protocol of dealing with fires.

Q.   And what's the protocol for dealing with fires that you're instructed as part of that computer-based

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

training?

A.   Usually, like, call the signal, get the proper fire extinguisher, and try to extinguish the flower -- the fire.  I think it goes into detail about pass. Like, do the pass type thing where you -- when you activate the fire extinguisher, you use certain type of sweeping standards.

Q.   Okay.  So it gives you instructions about how to make a path with the fire extinguisher?

A.   Yes.

Q.   Okay.  And about how long is that computer-based training about fire extinguishers?

A.   That -- it's -- I think it's kind of -- I'm not for sure how long it is.  It's just like a -- it's a CBT that we do.  I don't -- I don't -- probably 30 minutes -- 30, 40 minutes CBT.

Q.   And that includes topics other than just the fire extinguisher, correct?

A.   That is correct.

Q.   Okay.  So the content specifically about fire response, is that about five minutes long?  Less than five minutes?

A.   I think it's a little longer because it -- it breaks down all the different type of fire extinguishers found at the prison.  You usually have to do, like, a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

62

test on it.

Q.   Okay.  And how often do you go through that training?

A.   Every year.

Q.   Okay.  And you never actually practice using a fire extinguisher yourself, correct?

A.   No.  Not practice, no.

Q.   And you never do any mock responses to a -- putting out a fire, correct?

A.   Sometimes, we do mock drills.  Periodically, throughout the time, we do mock drills where it's -- it's all different scenarios to include, like fires and stuff like that.  And sometimes, we run fire drills.

Q.   Okay.  Let's break that down.  When you say periodically, you do mock drills, who -- participates in those drills?

A.   Usually, the QRT, the first responders, and the shift supervisor.

Q.   Okay.  So this is a QRT first responder drill scenario that's being done, correct?

A.   Yes.

Q.   Okay.  So not everybody in the prison and -- is participating in that.  It's just the QRT and first responder teams?

A.   Some of the staff and some of that sometimes

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

63

do participate, too.  It just depends.

Q.    And how often are these QRT first responder drills done?

A.    Say once -- once if not more.  Once or twice a month.

Q.    And do you recall any specific QRT first responder drills relating to fires?

A.    I want to say there's been a few, but also, I think that there's been -- what am I trying to say? There might have been a few that turned into, like, actually just overall doing a fire drill afterwards, too, if that makes sense.  Does that make sense?

Q.    Nope.  I want to put aside the regular fire drills and just talk about the QRT drills.

A.    Oh, okay.

Q.    As you sit here today, do you recall ever doing any QRT drills specifically related to fire response?

A.    I -- I don't recall any at this time, no.  No.

Q.    Okay.  And then your annual training -- you know, the annual training that all custody staff get related to fire response, that is strictly computer-based that we discussed, correct?

A.    Yes, that's correct.

Q.    And then you also mentioned fire drills that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

64

occur, correct?

A.   Yes.

Q.   Okay.  And how often do those occur?

A.   I think just periodically.  I've -- I've had a few fire drills.  I think one I did when I came in and worked overtime with E-Squad, although I was still on E-Squad, but we did one for A, Adam.  I don't know the exact date, though.

Q.   Okay.  So you've done a handful of fire drills over your time at Indiana State Prison?

A.   Yes.

Q.   Okay.  And these drills, sometimes, they're fully mocked drills, right?  You don't actually evacuate anyone.  You just talk about the evacuation plan, correct?

A.   Yes.  And then as we go through we -- we have evacuated whole A, Adam, and put them in the rec yard.

Q.   Okay.  And when you do the evacuation, can you walk me through how that fire drill would come -- would start?  Would it be announced before the fire drill would occur?

A.   No.  I think it -- that they just did it, like, as if it was, like, an alarm went off.

Q.   Okay.

A.   And they required everybody, like the staff,



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

65

to get -- get them ready and to run them outside.

Q.    Okay.

A.    We had one and they had them with -- that's what they did.  They sounded the alarm and everything, alerted the staff, and then the staff had to go open up the ranges and do everything and run them out to the outside rec field.

Q.    Okay.  And to carry out this drill, you're focused on the evacuation part, correct?

A.    That's -- yes.  Yes.

Q.    Okay.

A.    That and -- there's more to it than that, but yes, that -- usually, after the fire drills, like, close to the brink of it, we go check and make sure we got everybody out and everything else and that there were no hiccups.  And then right after, I think, we did that fire drill, we kind of did, like, kind of, like, a -- the time frame and all that stuff.  We did that with, like -- I want to say the firemen were involved in that, too.

Q.    When you say time frame, what do you mean?

A.    So like, the -- the time I remember we -- we did the fire alarm, I want to say they started, like, maybe a -- a -- a watch or something for A, Adam.  They turned the alarm on, started the watch, and then had

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

66

them go do that thing.  And I think I want to say that they -- by the time the last person was out, I want to say they might have did, like, a -- you know, that -- where they stopped it, it took this much time.  You know what I'm saying?

Q.   Sort of, like, a debrief of how the evacuation went?

A.   Yes.  Yes, ma'am.

Q.   Okay.  And who comes to run them?  Is it the safety hazmat manager?  The captain?  The --

A.   I want to say that the time I'm talking about the A, Adam, time, the major was involved in that one.

Q.   Okay.  And you only recall doing one fire drill in A, Adam, right?

A.   Yes.

Q.   And you were -- oh, I'm sorry.  I interrupted you.

A.   I was thinking.  Sorry.

Q.   No.  You're fine.  You're fine.  And you were stationed as sergeant in A, Adam, for about a year, right?

A.   Yes.

Q.   And when you do these fire drills, you don't actually go get fire extinguishers and pretend to put out the fire, do that sort of response?  It's just about

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

67

evacuating the prisoners, right?

A.    Evacuating, yes.

Q.    Okay.

A.    But we --

Q.    Go ahead.

A.    They have firemen with us and everything and they're -- they have their own sheet of papers, too, that they kind of critique us, too.

Q.    Okay.  But you're not doing a mock response to a fire?  It's just an evacuation, right?

A.    That is correct.

Q.    Okay.  Any other training or drills that you do related to fire response that we haven't talked about?

A.    I still just think about kind of the E-Squad trainings that we have where we could do something similar to that.  There a training in there where we would do, like, a building or something like that, and there's a lot of smoke, so we would actually have to crawl around because of smokes and everything else, but that was some just E-Squad training stuff we used to do.

Q.    Okay.  And that's not focused on putting out fire or responding to a fire?  It's different emergencies, right?

A.    Yeah.  Yes, ma'am.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

Q.   Okay.  So it could be bomb thread, it could be a riot, it could be an earthquake.  You know, it could be a number of different things, right?

A.   Yes, ma'am.  Yes, ma'am.

Q.   Okay.  Any other training that you had that we haven't discussed about emergency or fire response?

A.   No.

Q.   And where -- I'll strike that.  Is there anywhere where there are written protocols available for what to do in response to a fire?

A.   Yes.  There's usually right by the entrances of the cell houses.  There's usually one at the wall.

Q.   And that's an evacuation map, right?

A.   Yeah.

Q.   Is that what you're talking about?

A.   Yes.  I have one in the PDR also.

Q.   Okay.  And that's just a map with arrows showing you where to go when you evacuate the cell house, right?

A.   It is, correct.

Q.   Okay.  Is there anywhere where there are written protocols about, you know, what to do when you realize there's a fire?

A.   I think it's the same thing.  No.  Well, it's that paperwork the only thing I remember of.  I believe

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

69

in the post orders, there might be something, too.

Q.   Okay.  So there might be some instruction about what to do for -- with a fire in the post orders?

A.   Yes.

Q.   Anywhere else that you recall?

A.   No.

MS. PIERCE:  Okay.  I don't think I have any additional questions, Mr. Lee.

THE REPORTER:  I'm sorry, I didn't catch his last response.

THE WITNESS:  No.

THE REPORTER:  Oh, okay.  Thank you.

THE WITNESS:  Thank you.  Sorry.

THE REPORTER:  No.  You're okay.

CROSS-EXAMINATION

BY MR. ARNOLD:

Q.   I don't have much for you, Mr. Lee.  I do want to clarify one thing.  We -- you talked earlier about the debriefing meeting and we saw the e-mail where you were included on the invite for that or the exhibit anyway.  Do -- so do you -- are you pretty sure you didn't attend that meeting or is it possible you attended and you don't recall?  Do you know?

A.   That -- I don't think I attended that meeting, no, but I'm not for sure.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

70

Q.   Okay.

A.   I don't think I attended it.

Q.   Okay.  And you said you don't recall the reason at this time?

A.   Yeah.  I don't recall the reason.

MR. ARNOLD:  Okay.  That's all I have.

MS. PIERCE:  Great.  Well, I think we're all done.

THE REPORTER:  Okay.  Before we go off the record, how do we want to handle a signature?

MR. ARNOLD:  We'll review.

THE REPORTER:  We'll review?  Okay.

And then Megan, would you like a copy of the transcript?

MS. PIERCE:  Not at this time.

THE REPORTER:  Okay.  And, Brandyn, how about you?

MR. ARNOLD:  We'll take an electronic copy.

THE REPORTER:  Okay.  I'll take us off the record.  Give me one moment.

(Deposition concluded at 11:36 a.m. CT)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15

The Deposition of AMON LEE, taken on March 21, 2025

CERTIFICATE OF DIGITAL REPORTER

STATE OF ILLINOIS

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page here of by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typwritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability.  I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.



OFFICIAL SEAL
SYDNEY LITTLE
Notary Public, State of Illinois
Commission No. 948693
My Commission Expires March 18, 2026

SYDNEY LITTLE,

DIGITAL REPORTER/NOTARY

COMMISSION EXPIRES: 03/18/2026

SUBMITTED ON: 04/01/2025

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 15