# Incident Report

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 7/25/2021 | 12:20 PM | D-Cell House | Cell Fire | 10/71 | Yes |

Panal Alarm Notification      Fire Department Activated
Smoke Detector Activated         Fire Chief, Yes

Notification of Staff:
Lt. Kane

Report of Incident

Around 12:20 pm a 10-71 was called in D-cellhouse. Lt. Kane made the notification directly in the fire station to the Fire Chief and Asst. Chief. When I (Fire Chief Stidham) arrived to D-cellhouse the fire alarm was active and smoke could be seen and smelled on the unit. The OIC informed me that there had been a cell fire in the Eastside 100 range. I was informed that the person in the cell had been removed and that the fire was out. All five (5) extinguishers on the unit had been used to put out the fire. This includes 5 class A water extinguishers and 1 ABC. When the other firefighters arrived I informed them that the fire was out but we still need an overhaul of the cell. I sent firefighters Engram and Washington to inspect the cell. I also sent firefighter Pattison back to the fire station to retrieve an ejector fan to aid in the ventilation of the unit. Firefighters Engram and Washington gave the all clear for the cell and helped remove the burnt mattress and other property. I was informed that the individual living in the cell was not harmed in the fire. The cause of the fire is unknown at this time. Lieutenant Lott informed me that photos of the cell and property were taken and would be sent to Safety Hazard Manager Brown. The signal 10-71 was cleared and the firefighters returned to the station. All fire extinguishers were refilled and replaced on the unit.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 12/17/2021 | 12:20 AM | A-Cell House | Cell Fire | 10/71 | Yes |

| Panal Alarm Notification | Fire Department Activated |
|---|---|
| Smoke Detector Activated | Fire Chief, Yes |

Notification of Staff:
Officer Keller

Report of Incident

A little after 12:00am I (Fire Chief Stidham) was woken up and informed that there was a fire alarm in A-Cellhouse. As I was leaving my housing unit I heard the I Cellhouse officer announce that there was a 10-71 in A-cellhouse. I retrieved the fire station keys from the OIC and headed to the fire station. When I got on main street I could see smoke coming out of the exhaust vents of A -cellhouse. I gave the station keys to another firefighter and ran to A-cellhouse. When I arrived at A-cellhouse I could see smoke and flames coming out of cell 108 on the North side of the cellhouse. I checked the office for any usable extinguishers as I was checking for extinguishers I seen that medical staff had a prisoner on the gurney and they were giving him oxygen. I then headed toward the fire to assess the situation. When I arrived at the cell I check the nearby extinguishers and found that they had all been emptied. At that time flames and smoke were still pouring out of the cell. I then made a decision to leave the unit and retrieve more extinguisher from the station and to inform the other firefighters of the seriousness of the situation. I retrieved the enforcer foam pack from the fire truck and headed back to A-cellhouse. I use the pack on the fire which knocked down most of the flames. Once the pack was empty the flames roared back and I once again returned to the station to retrieve another foam back. As I was leaving for the second time the other firefighters had arrived on scene and began to set up on the hydrant and pump. I retrieved the other foam back form the station and returned back to A-cellhouse. By then the firefighter had entered A-cellhouse and began to set up an attack line to fight the fire. I turned over the enforcer to one of the lead firefighters and headed outside to access the situation and give instructions. When I got outside the attack line was still being put in to action.  Myself and another firefighter went back to the station to retrieve two portable electric fans. When I  returned to A-cellhouse, I placed the fans on the back of both ranges to help exhaust the smoke from the building. I then returned back to the front of the unit to assess the situation. I was informed that the fire had been put out and that an over haul was being conducted for any hot spots. I then silenced the fire alarm and informed the cellhouse Sergeant that the 10-71 was clear. We left the cell as is so that I&I could conduct their investigation. There were no injuries to report and all systems and extinguishers were renewed and put back into service.

Tools Used

SNOW SHOVELS, FLAT SHOVELS, 6' STEP LADDER, GARDEN RAKES, SALVAGE RAKE, BIG FLASH LIGHTS, SPANNER WRENCH, FOAM BACKPACK EXTINGUISHERS, 50' 1-1/2" HOSE, ACCOUNTABILITY BOARD, HYDRANT WRENCH, PUMP, 2-1/2" GATED WYE, 2-1/2" HOSE 50FT., SPANNER WRENCH, MSA AIR TANKS, STAGING MAT, 2-1/2"GATED HYDRANT VALVE, WATER

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 1/11/2022 | 10:12 PM | D-Cell House | Alarm | None | Yes |

Panal Alarm Notification     Fire Department Activated
Smoke Detector Activated          Fire Chief

Notification of Staff:
D-cellhouse OIC

Report of Incident
The fire alarm was activated in D-cellhouse due to a small range fire on 500 east. No cause for the alarm was not given. There was no smell of smoke on the unit. Chief Stidham reset the alarm panel and the situation was cleared.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 2/1/2022 | 9 :15 PM | I-Celll House | Alarm | None | Yes |

| Panal Alarm Notification | Fire Department Activated |
|---|---|
| Smoke Detector Activated | Fire Chief |

Notification of Staff:
Fire Chief Stidham

Report of Incident
The fire alarm panel was activated by a tripped smoke detector from I-South. The panel indicated that there was a fire in I-south on the 300 west side. Chief Stidham notified the I south officer that there was an triggered smoke detector. A walk thru was conducted and there was heavy smoke on the West side of 300. There was a hot pot that was smoking due to something being burnt. There was no active fire. The panel was reset and placed back in normal mode.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 3/3/2022 | 2 :00 AM | B-Cell House | Hot Pot Fire, | None | Yes |

Panal Alarm Notification    Fire Department Activated
Smoke Detector Activated         Fire Chief, No

Notification of Staff:
Sgt. Lee Off. Keller


Report of Incident
Around 2:00am I (Fire Chief Stidham) was called out to address an active fire alarm in B-cellhouse.   I retrieved the panel keys from checkpoint #2 and went to the cellhouse to check on the fire call. When I arrived I was informed that a hot pot had been left unattended and caught fire. The OIC of the cellhouse said that the fire was out and there was no further threat. I reset the alarm panel and no other action was needed.


Tools Used


Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 3/5/2022 | 11:00 PM | I-North | Hot Pot Fire | None | No |

| Panal Alarm Notification | Fire Department Activated |
|---|---|
| None | Fire Chief |

Notification of Staff:
Officer Keller

Report of Incident

Around 11:00 pm I (Fire Chief Stidham) was released from my cell to do a welfare check of I-North. There was a heavy smell of smoke in the air and when I stepped out of my cell I could see smoke coming from one of the cells on the 100 range of the west side of the cellhouse. The OIC and myself walked the range checking cell to cell until we arrived at cell 113. A hot pot was left plugged in and over heated and caught fire. The person living in the cell caught the situation before it got out of hand. I determined that the situation was under control and asked officer Keller to let the shift supervisor know of the situation. No further action was needed.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 4/17/2022 | 6 :30 PM | D-Cell House | Alarm, Fire | None | Yes |

Panal Alarm Notification        Fire Department Activated
Smoke Detector Activated                Fire Chief

Notification of Staff:
Sgt. Stone, Capt. Calloway

Report of Incident
The fire alarm was activated in D-cellhouse due to a demonstration fire on 100 east. The fire was put out by officers on the unit. After the fire was out the alarm panel was reset and no further action was needed.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 5/8/2022 | 8 :00 AM | D-Cell House | Cell Fire | None | Yes |

Panal Alarm Notification      Fire Department Activated
Smoke Detector Activated           Fire Chief, No

Notification of Staff:
Capt. McCann

Report of Incident

Around 8:00am the fire alarm system was activated in D-cellhouse. I (Chief Stidham) was called out to reset the alarm. When I walked onto the unit there was heavy smoke throughout the cellhouse. I reset the alarm and waited around a few minutes to see if the alarm would reactivate. The exhaust fans and walls fans were on and the backdoor was opened to help remove the smoke. While I was waiting for the smoke to clear one of the cellhouse officers stated that when he used one of the water extinguishers to put out the fire the television made a pop sound. He went on to say that he thought the fire might have been an caused by the television or the electrical outlet. Once informed of this I asked to speak with the shift supervisor so he could call the Safety Hazard Manager and let her know of the fire. I also asked that photos of the cell be taken. I was then escorted back to D-cellhouse with Lt. Moon so he could take photos of the cell. When we arrived at  cell 433 on the Westside, there was heavy smoke coming out of the cell and some of the clothing items were still smoldering in front of the toilet. I informed Lt. Moon that there was still a possibility of a fire reigniting in the cell and that I needed to clear out some of the material. I went back to the fire station and retrieved a shovel, rake and salvage bucket. Myself and firefighter Donald Mahone went back to D-cellhouse to clear out some of the smoldering material. We were escorted by one of the cellhouse officers. When I arrived back at the cell I used a water extinguisher to try and put out any hot spots remaining in the pile of material in front of the toilet. When I tried using the rake to spread the material out there was a lot of concrete and clothing in the pile along with hot coals. We tried spreading the material out to cool things off but there was still smoke and heat coming off the burnt items. We removed a small pile of materials from the cell and placed it in the salvage bucket. I asked to officer to take the television and tablet and give those items to  the shift supervisor. I took the salvage bucket and its contents to the fire station until needed.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 5/21/2022 | 2 :15 AM | C-Cell House | Alarm | 10/70 | No |

Panal Alarm Notification     Fire Department Activated
Smoke Detector Activated            Fire Chief

Notification of Staff:
Lt. Jones


Report of Incident

Around 2:15am the fire alarm in C-cellhouse was activated. I (Fire Chief Stidham) was called out to investigate the situation. When I arrived in C-cellhouse there was no indication of a fire. There was no oblivious smell of smoke nor could I see smoke in the air. The officer in charge of the unit said that a walk through had been conducted and no sign of smoke could be found. I reset the alarm panel and returned the alarm keys to the checkpoint with the checkpoint sergeant. On my was back to the housing unit the alarm in C-cellhouse was reactivated. I was escorted back to the unit to investigate the situation. When I arrived on the unit the person living in cell 538 was being escorted out of the unit. The OIC stated that there was a small fire in cell 538. I silenced the alarm panel and went to make sure that there was no hot spots in the cell. When I arrived at the cell two officers were using a water extinguisher to put out the remaining hot spots. I did a check of the cell to make sure that the fire was completely out. Inside the cell there was part of a mattress and clothing that had caught fire. The fire had burned toward the front of the cell bars. I informed the officers that photos needed to be talked and the Safety Hazard Manager needed to be informed of the situation. I also explained that I and I might need to investigate the situation and not to remove anything from the cell. Once the cell was cleared of hot spots I went to the custody hall and explained the situation to the shift supervisor.


Tools Used


Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 8/1/2022 | 2 :00 AM | C-Cell House | Cell Fire | 10/70 | Yes |

Panal Alarm Notification     Fire Department Activated
Smoke Detector Activated          Fire Chief

Notification of Staff:
Shift Supervisor Lieutenant Jones

Report of Incident

At 2:00 am the fire alarm panel in C-cellhouse was activated. I (Fire Chief Stidham) was called out to address the situation. When I arrived to the cellhouse I was informed that there was cell fire on 400 west. When I arrived to 400 west there was heavy smoke coming from cell 410. The man living in that cell had been removed and taken to MSU. When I looked in the cell the smoke was still to thick to see anything. After a few minutes the smoke cleared and I could see that the fire had been concentrated near the cell door. There were still a few smoking hotspots and I used a water extinguisher to put out the remaining hotspots. I could not see any direct cause of the fire. The electrical outlet and lighting fixture was still intact and in working order. I informed the OIC that pictures needed to be taken and that the Safety Hazard Manager and I&I needed to be made aware of the fire. Once the photos were taken I did another check of the cell for any remaining hotspots. Once none were found the cell was secured until the following day when myself and the Safety Hazard Manager went back to the cell to look for signs of what caused the fire. There was no direct signs of what caused to the fire.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 8/6/2022 | 4 :30 PM | PDR | Electrical Fire | None | No |

| Panal Alarm Notification | Fire Department Activated |
|---|---|
| None | Fire Chief |

Notification of Staff:
Capt. Calloway

Report of Incident
Around 4:30pm I (Fire Chief Stidham) was called to the PDR to inspect an electrical fire that occurred on the Eastside of the dining room. When I arrived to the PDR I could see scorch marks around an electrical outlet next to the water fountain. The water fountain had been unplugged and there was smoke coming from the outlet. I informed the PDR Sergeant that I needed to cut the power to the outlet and I needed access to the breaker box. I found the breaker to the outlet and cut the power. I informed the shift supervisor that maintenance or the 24 hour electrician needed to be contacted about the outlet fire.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 8/15/2022 | 4 :30 PM | B-Cell House | Hot Pot Fire, | None | Yes |

| Panal Alarm Notification | Fire Department Activated |
|---|---|
| Smoke Detector Activated | Fire Chief |

Notification of Staff:
Lt. Rice

Report of Incident

Around 4:30pm the fire alarm was activated in B-cellhouse. The fire chief was called out to reset the alarm. When I (Fire Chief Stidham) arrived to B-cellhouse I was in formed that there had been a hot pot fire in cell 404. I reset the alarm panel and instructed the OIC to notify the Safety Hazard Manager of the fire. I then went to cell 404 to make sure that the fire had been put out. Once the cell was cleared I waited for the SHM to arrive and take photos. Once photos were taken the hot pot was taken as evidence to the custody hall. No further action was taken

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 8/25/2022 | 1 :00 PM | D-Cell House | Demo Fire | 10/71 | Yes |

Panal Alarm Notification     Fire Department Activated
Smoke Detector Activated       Fire Chief, Yes

Notification of Staff:
D. Taylor SHM

Report of Incident

Around 1:00 pm the fire alarm in D-cellhouse was active and a 10-71 was called. The fire department was activated and the fire chief was called to the unit. When I (Fire Chief Stidham) arrived to D-cellhouse I was informed that there had been a fire on the 300 eastside of the unit. Staff stated that the had used a water extinguisher to put out the fire. I had the OIC call the SHM and to notify the shift supervisor that photo's needed to be taken and the cell needed to be red tagged until I & I cleared the cell. The fire department did a full set up and had a fast response time. The signal was cleared and the panel was reset. The next day the SHM and Fire Chief inspected the cell and took photos.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 8/30/2022 | 7 :00 PM | A-Cell House | Electrical Fire | None | No |

| Panal Alarm Notification | Fire Department Activated |
|---|---|
| None | Fire Chief, No |

Notification of Staff:
Sgt. Stoval

Report of Incident
At around 7:00pm I(Fire Chief Stidham) was called to A-cellhouse due to an electrical outlet fire next to the water fountain. An ABC extinguisher was needed to put out the fire. I informed the OIC that the breaker needed to be turned off and that the 24 hour on call electrician   needed to be called out. No further action was needed.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 8/30/2022 | 7 :30 PM | A-Cell House | Electrical Fire | None | No |

| Panal Alarm Notification | Fire Department Activated |
|---|---|
| None | Fire Chief, No |

Notification of Staff:
Sgt. Stoval

<u>Report of Incident</u>
I (Fire Chief Stidham) was called out to A-cellhouse for an electrical fire. The Sergeant in A-cellhouse stated that the electrical outlet next to the water fountain sparked and caught fire. He stated that he had to use an ABC extinguisher to extinguish the out let. I inspected the out let to make sure noting else was plugged in and informed the cellhouse staff that they needed to call the 24hour electrician to make sure that the breaker to the outlet was de-energized. No other action was needed.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 9/9/2022 | 1 :10 PM | A-Cell House | Cell Fire | None | No |

| Panal Alarm Notification | Fire Department Activated |
|---|---|
| None | Fire Chief, No |

Notification of Staff:
SHM TAYLOR

Report of Incident

A 1:10pm a smell of smoke call was made in A-cellhouse. I (Fire Chief Stidham) was called to the cellhouse to investigate. When myself and SHM Taylor arrived on the unit there was heavy smoke coming from the wall vents on both the North and South side. Due to the smoke and smell it was thought that someone might have caught on of the cell vents on fire and maybe there might be an issue in the basement. The cellhouse officers walked the unit and found that there had been a fire next to the vent in cell 511 on the south side of the unit. There was no direct evidence to what caused the fire. However there were issues with the light fixture and wiring. The SHM is reviewing camera to learn the cause of the fire. No further action was needed.

Tools Used

Fire Chief D.D. Milne

Wednesday, July 16, 2025

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 12/2/2022 | 3 :20 PM | C-Cell House | Cell Fire | None | No |

| Panal Alarm Notification | Fire Department Activated |
|---|---|
| None | No |

Notification of Staff:
NONE

<u>Report of Incident</u>
The was a fire in C-cellhouse on Friday December 2nd at 3:20pm. There was no signal called or alarm activated. The fire department did replace a used fire extinguisher on the 200 range midway door. A facility report was filed and will be attached to this report.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 12/19/2022 | 10:15 AM | D-Cell House | Fire Department | 10/70 | Yes |

Panal Alarm Notification     Fire Department Activated
Smoke Detector Activated            Fire Chief

Notification of Staff:
Sgt. Pete

Report of Incident
The fire alarm was activated in D-cellhouse due to a small range fire on 500 East. Cellhouse officers put the fire out and no further action was needed. One water extinguisher was replaced.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 12/25/2022 | 6 :50 PM | D-Cell House | Fire Department | None | Yes |

Panal Alarm Notification    Fire Department Activated
Smoke Detector Activated       Fire Chief

Notification of Staff:
Sgt. Lee

<u>Report of Incident</u>
The fire alarm was activated in D-cellhouse due to a range fire. The fire alarm panel was reset and no further action was needed.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 1/7/2023 | 5 :00 AM | C-Cell House | Hot Pot Fire | None | Yes |

Panal Alarm Notification    Fire Department Activated
Smoke Detector Activated        Fire Chief

Notification of Staff:
Sgt. Hudson

Report of Incident

Around 5:00 am the fire alarm panel in C-cellhouse was activated. A hot pot in caught fire in cell 502 west. Officers confiscated the damaged hot pot and photos were taken. The alarm panel was reset and the incident was cleared.   Around 5:45am the alarm panel in C-cellhouse was activated again. When (I) Fire Chief Stidham arrived on the unit I could see and smell smoke coming from the front of the block on 500 west. I was informed that a trash bag had caught fire. The bag was brought down and placed outside. A class A water extinguisher was used to put out the fire. There were two heavily charred toilet paper rolls in the trash bag. It is believed that the previous shift disposed of the toilet papers rolls from the earlier fire into the trash not knowing that they contained embers. The alarm was cleared and the fire department exchanged the used fire extinguisher.

Tools Used

Fire Chief D.D. Milne

Ex. 16

| Date of Incident | Time of | Location of Fire | Type of Call | Signal Used | Alarm System Activated |
|---|---|---|---|---|---|
| 1/14/2023 | 10:55 AM | A-Cell House | Cell Fire | 10/71 | Yes |

Panal Alarm Notification    Fire Department Activated
Smoke Detector Activated        Fire Chief, Yes

Notification of Staff:
Facility Wide


Report of Incident

This is a report written by Fire Chief Stidham regarding the cell fire that occurred in A-cellhouse in cell 252 on the North Side. Around 10:55 am I (Fire Chief Stidham) was in my housing unit when I was informed by another firefighter that there was a fire in A-cellhouse and that a 10-71 was called. I immediately left the unit and made my way to A-cellhouse. When I could see A-cellhouse I knew that there was a serious situation because of the amount of smoke coming from the unit. As I passed the fire station I gave instructions for everyone to get to the unit ASAP. I then ran into the unit to find out where the fire was located. I was informed by Sgt. Walden that the fire was located on 200 north. She then handed me a small set of bolt cutters and told that they were needed. I headed to 200 north by the front set of stairs. When I got to   200 range there were several prisoners and staff on the range. I could see that the fire was located close to the back of the range. As I approached the fire I could also see that the door to cell 252 was open and Lt. McCormick was using a ABC dry chemical extinguisher. As I was approaching the cell I could see large amounts of smoke pouring out of the cell. I immediately grabbed a near by fire extinguisher and began to try to extinguish the fire. It was when I started spraying the fire extinguisher that I noticed that the occupant of the cell was still in the cell. I then attempted to pull the occupant out of the cell but stopped when I realized that he was already deceased. I decided not to pull the deceased out of the cell because there was nothing that could have been done. Also, there were several prisoners on the range at that time and I felt that if the deceased was taken from the cell and placed on the range it could become an issue. I then turned my attention back to the fire by using a Class A water extinguisher. Once the extinguisher was emptied, two additional firefighters had arrived with the Enforcer Foam extinguishers. I told the firefighters that the man in the cell was deceased and laying near the door. I instructed them to knock the fire down and wait for medical staff to arrive before any attempt to removing the deceased. Because I was not in any protective gear I began to exit the fire scene and informed other firefighters of the situation I had encountered. Once I was outside I spoke with Lt. Smith and Sgt. Walden about getting the backdoor to the cellhouse opened. There seemed to be some confusion about who had the keys to the back door. I then asked Sgt. Pietrowski to take me to checkpoint #2 so I could retrieve that fire alarm panel keys. Once I had the keys I gave a few instructions to other firefighters and headed inside the cellhouse to silence to alarm panel. I placed the panel on silence to allow the exhaust ducts to keep expelling smoke form the building. While I was in the officers station working on the alarm panel, Lt. Jones asked if the cellhouse needed to be


Tools Used




Fire Chief D.D. Milne

Ex. 16