*Safety Committee Meeting Minutes First Quarter 2022*

**Date:**

**Members Present:** SHM Deborah Taylor _____    _____

_____    _____

_____    _____

**Presiding**
**Member:** SHM Deborah Taylor _____

**Meeting Opened:**

## Business:

## PEST CONTROL

### January thru March

- There were three bed bug incidents reported with no positive cases found. Preventative maintenance done in each case.
- Mouse Control: 81 mice trapped in DCH from January to March. Traps replaced and liquid-tox refilled, powder (earth) put down.
- ACH/CCH: Riptide sprayed in midways for cockroaches, spiders and ect.
- ICH/IN/NSB: Perimeters sprayed with Riptide. Monthly routine spraying was completed throughout.

## HAZARDOUS MATERIALS

- It has come to my attention that there has been a RECALL on all Fire Fighting Foam. Currently there is foam in the outside warehouse and the fire dept. This material will be removed and sent out as soon as I have more information. Replacement foam will be ordered by Gordon Beacher the new Director of Fire Risk Management.

## FIRE/SAFETY

First quarter fire drills were conducted in January. Due to COVID-19 mock fire drills were conducted. Second quarter fire drills will be conducted in April. Drills will be conducted as normal as long as COVID numbers are down.

## FIRE

**Facility Fire Reports:** There have been multiple fire issues and calls this first quarter. The Fire Dept. has recorded over a dozen calls this 2022 year; however there is a continuing issue with staff not filing fire reports with the facility or the Safety Hazard Manager. Due to current and past law suits it is imperative that all fire incident reports are recorded and reported to the facility.

**Fire Calls and Incidents:**
- Several calls in the **PDR** due to a ground default issue with the fire alarm panel.

Ex. 18

- Multiple fire alarm activations in **D-C-H** related to protest fires by single and multiple individuals.
- There was a fire panel activation in **I-C-H** due to a cooking incident.
- There was a fire panel activation in **F-Dorm** to do maintenance working being conducted.
- There was a hot pot fire in **B-C-H** on 500 North.
- There was a fire panel activation in **MSU** due to maintenance work being conducted.
- There was a hot pot fire in **I-North** west 100.
- All fire alarm panels were reset when the power outage occurred within the facility.
- The fire alarm panel in **MSU** has been offline for several days due to water damage in one of the smoke detector heads in the basement. The issue is being addressed.

**Fire/Safety Compliance Inspections:**

- In January "**Ryan**" conducted an **Annual Sprinkler Backflow Preventer Test** in the Hot Room outside the wall, SSB, ISO and the PDR.
- In January "**Koorsen**" conducted **Semi-Annual Hood Inspections in Food Service areas PDR, ISO Kitchen, Culinary Arts.**
- On Feb 28th and March 1st "**Multi-Guard**" conducted **Fire Alarm System Inspections / Sensitivity Testing**
- On March 3rd "Ryan" conducted a **Sprinkler System 5 Year internal pipe inspection and Gauge replacement** in the PDR, ISO and Hot Room
- On March 11th"KOORSEN" conducted **Annual Portable Fire Extinguisher Testing.** All extinguishers were inspected throughout the facility and all inspection tags were replaced.

**Fire Safety Issues:**
- Currently there is an issue with the MSU fire alarm panel. Water was found in one of the smoke detector heads in the basement. This caused the panel to be taken offline for a day and then it was placed in trouble mode until the situation could be dealt with. If a solution is not found then Multi-Guard will need to be contacted for a service call.
- The Fire Dept. will be conducting annual fire **Hydrant Static and Flow testing** throughout the facility. This year's inspections will include hydrant maintenance.
- During the Annual Fire Extinguisher inspection Koorsen found several damaged fire extinguishers that had to be taken out of service. Most damage was located around the tops and bottoms of the

Ex. 18

extinguishers. Staff needs to be mindful of how they handle these extinguishers during emergency situations.

**COVID 19 Reports**

**Staff and Offender Injury Reports**

**Weekly and Monthly Fire and Safety Inspection**
- The facility needs to do a better job at completing and submitting the weekly inspections forms. These forms are necessary in combating law suits and other complaints being made. All reports are due on Monday's.

- **Week 1-  43** reports out of **94** were submitted
- **Week 2-  25** reports out of **94** were submitted
- **Week 3-  34** reports out of **94** were submitted
- **Week 4-  17** reports out of **94** were submitted
- **Week 5-  54** reports out of **94** were submitted
- **Week 6-  58** reports out of **94** were submitted
- **Week 7-  0** reports out of **94** were submitted
- **Week 8-  48** reports out of **94** were submitted
- **Week 9-  2** reports out of **94** were submitted
- **Week 10-  36** reports out of **94** were submitted

- **Work Orders submitted: Deficiency Reports**

Ex. 18

**Safety Committee Meeting Minutes 2nd Quarter Meeting**

**Date:**

**Members Present:**   SHM Deborah Taylor

**Presiding**
**Member:**     SHM Deborah Taylor
**Meeting Opened:**

## Business:

## PEST CONTROL

## HAZARDOUS MATERIALS

- The **Recalled** Fire Fighting Foam has been removed from the facility and has been replaced with approved non-toxic foam. The Enforcer Foam packs and Pro-Pac are now back in service at the Fire Station and will be utilized during fire calls. Ten gallons of the new foam substance was brought to the fire station and the remaining foam is being stored in the warehouse. This new product will make firefighting in the facility more efficient. We are looking into adding this new product to our Class A water extinguishers.

## FIRE/SAFETY

Second quarter fire drills have been completed. In May a night time fire drill was conducted where the entire cellhouse was fully evacuated. The fire department did a full entry set up as if a cell was on fire. The entire drill took 18 minutes and 36 seconds. This time was found to be acceptable especially being the fire drill of its kind. Similar drills will be conducted every quarter moving forward.

A decision has been made to mount new fire extinguisher brackets to the front of D-cellhouse. The brackets will be placed on the inside of the door box on the front of the range. The fire dept will do daily inspections to ensure that the extinguishers are still operable and ready for use. We will attempt to place an ABC extinguisher and Class A water extinguisher on each side.

## FIRE

**Facility Fire Reports:**   There have been multiple fires and other issues this second quarter. There is a continuing issue with a ground fault alarm in the PDR. Multi-Guard has been contacted over this issue and will be addressed during the next inspection. Multi-Guard is scheduled to finish yearly Fire Alarm inspection in July. This will complete the yearly required inspections for the facility.

Ex. 18

**Fire Calls and Incidents:**

- Several calls in the **PDR** due to a ground default issue with the fire alarm panel.
- Multiple fire alarm activations in **D-C-H** related to protest fires by single and multiple individuals.
- The was a major fire in D-C-H in cell 433. The fire was deemed intentional and the offender was sent to the outside hospital. An incident report is on file.
- There was a fire panel activation in **F-Dorm** due to a dirty smoke detector. The detector was cleaned and placed back into service.
- There was a hot pot fire in **C-C-H.** The hot pot was confiscated and an incident report was written.
- There was a cell fire in cell 538. The fire was deemed intentional. An incident report is on file.
- The fire panel was activation in **MSU** due to maintenance work being conducted.
- All fire alarm panels were reset when the power outage occurred within the facility.

**Fire/Safety Compliance Inspections:**

- In April Shambaugh conducted a 5 year internal sprinkler pipe and gauge inspection. A report is on file.
- The facility fire dept. conducted its yearly hydrostatic and pressure test of the facilities fire hydrants. There was an issue with the testing equipment, but the firemen were able to fix the situation and all hydrants tested fine.
- The fire dept did its yearly pressure testing of the facilities fire hoses. There were 64 total hose that were pressure tested, only one hose failed.

**Fire Safety Issues:**

- A work order was put in the have the HORN STROB replaced in C-cellhouse. The electric shop attempted to replace the device but was unable to due to a programming issue. Multi-guard was contacted about the issue.
- The issue of no horn strobes in ICH & IN will also be addressed with Multi-guard when they come in July.

Ex. 18

**Staff and Offender Injury Reports**

### Weekly and Monthly Fire and Safety Inspection

- The facility needs to do a better job at completing and submitting the weekly inspections forms. These forms are necessary in combating law suits and other complaints being made. All reports are due on Monday's. Work orders are being submitted when issues are labeled on the inspection sheets.

- **Week 14-  57** reports out of **94** were submitted
- **Week 15-  68** reports out of **94** were submitted
- **Week 16-  35** reports out of **94** were submitted
- **Week 17-  37** reports out of **94** were submitted
- **Week 18- 41** reports out of **94** were submitted
- **Week 19-  55** reports out of **94** were submitted
- **Week 20-  50** reports out of **94** were submitted
- **Week 21-  50** reports out of **94** were submitted
- **Week 22-  43** reports out of **94** were submitted
- **Week 23-  42** reports out of **94** were submitted

### Work Orders submitted: Deficiency Reports are on file

- **April for May-23 work orders**
- **May for June-27 work orders**
- **June for July- 37 work orders**

Ex. 18

**Safety Committee Meeting Minutes 3rd Quarter Meeting**

Date:

Members Present:  SHM Deborah Taylor _____        _____

                  _____        _____

                  _____        _____


Presiding
Member:           SHM Deborah Taylor _____

Meeting Opened:



**Business:**

**PEST CONTROL**

**Bed Bugs:**

- 8 Bed Bug incidents reported and all 8 were inspected and confirmed. Bed Bug process began and completed. Follow ups were done 2-3 days after completion.

**Mouse Control:**

- 125 mice were trapped in D-cellhouse, traps were replaced and liquid-tox refilled. Applied Contrac Blocks.

**Ants and Insects**

- B-C-H, I-C-H, I-North, F-Dorm applied Ant Bait in select corners, followed up the next day.
- NSB, I & I, PDR, Riptide sprayed along perimeter fo rants and cockroaches.



**HAZARDOUS MATERIALS**

- The **Recalled** Fire Fighting Foam has been removed from the facility and has been replaced with approved non-toxic foam F 500. A live burn was conducted in July to see how effective the new product is in fighting fires. Brian Snow and Gordon Becher worked alongside the I.S.P. firefighters in testing the product. They tested its effectiveness in the Enforcer Foam Pac and the Pro Pac as well as a Class A water extinguisher. All methods of foam applications worked better than expected. The new produce has been placed in service and will become the primary tool used in fighting cell fires.

Ex. 18

**FIRE/SAFETY**

Third quarter fire drills have been completed. On August 4th a night time fire drill was conducted in both F and E dorms. During the F-Form fire drill the fire department was activated and they conducted a full set-up and fire response. The total time for evacuation was 12 minutes and 32 seconds. The evacuation of E-Dorm took 3 minutes. There are a few things that need to be worked on when conducting nighttime fire drills and they will be addressed as we continue in the future.

**FIRE**

**Facility Fire Reports:** Currently the fire alarm panel in F-dorm is totally offline. There was a steam leak in the steam room on August 7th and the leak damaged the smoke detector head in that area. To prevent further damage to the fire alarm panel system it was decided that the panel should be taken completely offline. A fire watch has been in effect since the 7th. However due to the panel being completely offline monitoring of fire watch logs will be done daily so that the facility is in compliance with the State Fire Marshalls directives.

**Fire Calls and Incidents:**
- **There were no fire reports or calls for July**
- On August 1st there was a fire in cell 410 in C-cellhouse. The cause of the cell fire could not be determined. The fire was concentrated near the front of the cell bars. Some clothing was burnt and there was fire damage to the mattress.
- On August 5th the fire alarm panel in F-dorm was activated due to a faulty smoke detector head on the Eastside of the dorm. The panel indicated trouble and had to be silenced. A new smoke detector head is on back order.
- On August 6th the Fire Chief was called out to the PDR to look at an electrical outlet fire on the Eastside dining room. The outlet is positioned near the water fountain. The power to the outlet was shut off and maintenance was informed of the situation.
- On August 7th the fire alarm panel in F-dorm was activated due to a burst steam pipe in the steam room. The panel was silenced and maintenance was informed of the leak.

Ex. 18

**Fire/Safety Compliance Inspections:**

- In July Multiguard completed the facilities fire alarm inspections with all systems passing inspections. However, several fire alarm panels need to have their batteries replaced. The order for new batteries will be placed next quarter. Code calls for fire alarm panel batteries to be replaced every 4 years whether needed or not.
- Koorsen completed the semi-annual Hood inspections in July. Areas inspected were ISP PDR, ISO PDR, ISP Culinary Arts, and ISP Kosher kitchen. All areas passed inspection, however it was recommended that the hoods go through a deep cleaning.
- August Mack did an Air Quality Test & Inspection on August 4th. The final report is pending.
- PRO-AIR did an air quality test on August 16th for the fire departments SCBA fill station. Test results are pending.

**Fire Safety Issues:**

- A new horn/strobe was installed in C-cellhouse. This puts C-cellhouse back in compliance.
- A work order has been submitted for the addition of a hone/strobe for I-cellhouse, I-North and X-Row. Currently there is no audio or visual warning system on the units.
- In July Major Wardlow approved the daily inspections of fire extinguishers in D-cellhouse. A fire fighter has been doing daily inspections since July and since those inspections started there has been little to no issues with extinguishers being used and not reported.

**Staff and Offender Injury Reports**

**Weekly Inspections**

- The facility needs to do a better job at completing and submitting the weekly inspections forms. These forms are necessary in combating law suits and other complaints being made. All reports are due on Monday's. Work orders are being submitted when issues are labeled on the inspection sheets.
- **Week 27- 40** reports out of **94** were submitted
- **Week 28- 58** reports out of **94** were submitted
- **Week 29- 57** reports out of **94** were submitted
- **Week 30- 45** reports out of **94** were submitted
- **Week 31- 50** reports out of **94** were submitted

Ex. 18

**Ongoing Projects**

- There has been an on-going issue to keep all of the Flammable Cabinets up to date and in compliance. Work is under way to go shop by shop and cabinet by cabinet to address SDS sheets and caustic logs sheets. An up to date database is being constructed and monthly inspections will continue.
- The replacement and removal of Tower #11 is in a holding pattern due to unforeseen structural issues.
- 

**Work Orders submitted: Deficiency Reports are on file**

- **July - 32 work orders**
- **Aug- 43 work orders**

Ex. 18

*Safety Committee Meeting Minutes*

**Date:**
**Members Present:**  SHM Deborah Taylor

**Presiding**
**Member:**   SHM Deborah Taylor
**Meeting Opened:**

## Business:

## PEST CONTROL

- Pest Control detail was conducted on 11/8/22 in the PRD. Mouse traps were checked and insect spray was applied.
- There is a bed bug issue in E-Dorm E-74. The heat tent was used and cloths were isolated and washed.
- There was a case of Scabies reported in NSB. MSU addressed the issue.
- The midways in ICH and I-North were sprayed for pest.
- E-Dorm midways were sprayed for pest.
- All checkpoints were sprayed for pest.
- Mouse traps were inspected around the facility

## HAZARDOUS MATERIALS

## FIRE/SAFETY

## FIRE

### Facility Fire Reports

There are no fire incidents reports so far for the 4th quarter.

### Up Coming Fire Safety Issues

- Winterizing of Fire Hydrants will be completed by the Fire Department

- Maintenance and cleaning of Fire Alarm Panels will be completed by the Fire Department

Ex. 18

**Fire/Safety Compliance Inspection:**

- SCBA Harness inspections were done in October. All harness passed inspection. One harness needed to be sent out for minor maintenance and was returned.

- 4th Quarter Fire Drills were completed. A nighttime fire drill evacuation was conducted in B-Cellhouse and the Fire Department an entry response drill. The total evacuation time and response took 13 minutes.

- The fire alarm panel in MSU was repaired and placed back into service. A burned out smoke detector was the issue.

- The Fire alarm panel in F-Dorm was repaired and placed back into service. A burned out smoke detector was the issue.

- The fire alarm panel in the Special Service Building was repaired and placed back into service. A carbon monoxide detector was the issue.

**Staff and Offender Injury Reports**

**11 Staff Injuries**

**1   missed work**
**2   are on restrictions**

**Weekly and Monthly Fire and Safety Inspections**

- **Week 40-  75** reports out of **94** were submitted
- **Week 41-  64** reports out of **94** were submitted
- **Week 42-  68** reports out of **94** were submitted
- **Week 43-  73** reports out of **94** were submitted

Ex. 18

- **Week 44- 39** reports out of **94** were submitted
- **Week 45- 33** reports out of **94** were submitted

**Work Orders submitted: Deficiency Reports**

- **October- 28 work orders**

Ex. 18



*First Quarter Safety Committee Meeting Minutes*

**Date:  2/15/2023**

**Members Present:**  SHM Deborah Taylor  _____      _____

_____      _____

_____

**Presiding
Member:**      SHM Deborah Taylor  _____

**Meeting Opened:**

**Business:**

**PEST CONTROL**

**HAZARDOUS MATERIALS**

**FIRE/SAFETY**

**FIRE**

**Facility Fire Reports**
- On January 1st there was a range fire in D-cellhouse on 500 range. The Fire Chief was called out to reset the fire alarm panel and needed to replace a Class A water extinguisher.

- On January 7th there were (2) two fires in C-cellhouse. The first call occurred around 5:00am. A hot pot caught fire. Officers removed the hot pot and photos were taken. The Fire Chief reset the alarm and the signal was cancelled. Around 5:45 the fire alarm panel was activated again. The Fire Chief was called out to reset the alarm. When the Fire Chief arrived there was a trash fire on the front of the block on 500 range, the same range that the hot pot caught fire. The Fire Chief extinguished the trash fire and concluded that smoldering material from the hot pot fire caught the trash on fire.

- On January 14th there was a major fire in A-cellhouse cell 252 around 10:50 am. Fire reports of this situation have been submitted to I&I. **See Fire Reports for additional information.**

- ❖ **SPECIAL NOTE:** There were 9 fire extinguishers in D-cellhouse that needed re-servicing through January 2023 and February 2023. No call or report has been made in these situations. Any use of an extinguisher on a fire needs to be recorded.

Ex. 18

**Fire Safety Issues**

**Safety Issues:**

- The PDR fire alarm system has been offline since December 24th. A fire watch has been in effect since then. Repairs are scheduled for February 17th.

- MSU fire alarm panel was taken offline on December 21st due to a water leak in G-dorm. The Fire Chief was able to get the system back online in February 6th. Fire watch logs were kept and are on file.

- On January 19th a report of the smell of gas was reported in Culinary Arts. The Fire Chief took the gas detector to culinary arts and there was a small reading of gas detected. It was decided that the gas line be shut off until the Culinary arts supervisor returns to class.

- A request to have an AED placed in ICI has been submitted. This request will be addressed with medical staff.

- Due to the recent fire in A-cellhouse several proposals and projects have been submitted to improve the fire safety of the facility.

  o The Fire Department is currently working on a PowerPoint about the identification and application of the facilities fire extinguishers.
  o The Fire Department is currently working to update the information needed when a fire drill is conducted.
  o The fire department will be start going around to each shelter on each shift every quarter to conduct fire drill questionnaires.
  o A proposal to add additional fire extinguishers on the front of the ranges has been approved. The new extinguishers will contain a fire suppression agent (F 500) to help combat larger fires. More information will be made available once the extinguishers arrive.
  o A proposal to have the Fire Chief live at the fire station full time has also been submitted.
  o The Fire Chief will also be going around on the night shift to talk with staff about evacuation procedures and fire safety.

Ex. 18

**Fire/Safety Compliance Inspection:**

- Otis Elevation inspectors did inspections in MSU on January 4th. A notice was posted in MSU on the use of the elevator. The elevator is only to be used for the transportation of those offenders who are in wheelchairs and who have medical conditions that require the use of an elevator. The elevator is not to be used for the transportation of property, food trays, or regular daily transportation.

- On January 5th Nelbud set a representative to give an estimate for the damaged sprinkler pipes in the PDR. Nelbud will be in on February 17th to make repairs and place the system back online.

- On January 13th Koorsen complete the 6 month required inspection of the Hood Suppression Systems in the PDR, Kosher Room, Culinary Arts and ISO Kitchen. All systems passed their inspections. Cleaning of the hood systems is being scheduled for sometime later this year.

- Koorsen is scheduled for February 20th the complete the quarterly sprinkler inspections for the PDR, SSB, ISO and Warehouse.

- Pro Air completed the quarterly air quality test for the SCBA fill station in the Fire Station on February 7th.

- Koorsen is scheduled to come in March for the yearly to inspection of the facilities fire extinguishers.

**COVID 19 Reports**

**Staff and Offender Injury Reports**

Ex. 18

**Weekly and Monthly Fire and Safety Inspections**

The following numbers represent the number of weekly inspection forms turned in for the month of January.

- Week 1- 58 out of 92 were submitted.  34- Department did not submit the required weekly inspection form.
- Week 2- 58 out of 92 were submitted.  34- Department did not submit the required weekly inspection form.
- Week 3- 62 out of 92 were submitted.  30- Department did not submit the required weekly inspection form.
- Week 4- 67 out of 92 were submitted.  25- Department did not submit the required weekly inspection form.
- Week 5- 79 out of 92 were submitted.  13- Department did not submit the required weekly inspection form.
- Week 6- 55 out of 92 were submitted.  37- Department did not submit the required weekly inspection form.

**Monthly Deficiency Report/ Work Orders Submitted**
- **January 13    Work orders submitted**
- **February 42   Work Orders submitted**

Ex. 18

*Safety Committee Meeting Minutes*

**Date: //**
**Members Present:**   SHM Deborah Taylor

**Presiding**
**Member:**   SHM Deborah Taylor
**Meeting Opened:**

## Business:

## PEST CONTROL

PDR: 6 mice caught. 2 tubes of Maxforce put down, along with 4 Combat Roach Houses.

ACH-BCH-CCH: Sprayed midways with Bifenthrin /Archer. Put down 40 Contrac Blocks (crushed) on bottom of midway floor.

DCH: Strayed Riptide in midway and picked up old traps. Found 0 mice in midway. Put down new traps and 20 (crushed) Contrac Blocks. Refilled bait stations with Liquid-Tox.

## HAZARDOUS MATERIALS

## FIRE/SAFETY

**Facility Compliance Fire Records**

- **Fire Alarm System Inspections / Sensitivity Testing** The last of the facilities fire alarm sensitivity testing was completed in August, all systems passed their inspections. The only issue occurred in MSU where several smoke detectors needed to be replaced and reprogrammed due to dirty detector heads. The Fire Chief and several Firefighters were able to complete the job.
- **Semi-Annual Hood Inspection PDR** The Hood inspections were conducted in January and July, all systems are in compliance.
- **Annual Cleaning of Kitchen Hoods** The annual cleaning of kitchen hoods has not taken place yet. Several quotes for this service have been sent out and as of the completion of this report there has not been any response to our request.
- **Semi-Annual Hood Culinary Arts/ISO Kitchen** The Hood inspections were conducted in January and July, all systems are in compliance.
- **Quarterly Sprinkler Inspections** The Inspections were completed for the 1st quarter, 3rd quarter and 4th quarter. There were no inspections done in the 2nd quarter due to a facility lockdown and scheduling conflicts.
- **Annual Sprinkler Backflow Preventer Test** The backflow preventer test was conducted in May for the following areas, PDR, ISO Kitchen, SSB and Pen Warehouse. All systems passed and are in compliance.

Ex. 18

- **Sprinkler System 5 Year** A five year system inspection was conducted in February of 2022. The next systems test is scheduled for 2027.
- **Fire Dept Connection 5 year Hydro Test** The Fire Dept Connection 5 year Hydro Test has not taken place yet. Several quotes for this service have been sent out and as of the completion of this report there has not been any response to our request.
- **Annual Fire Hydrant Inspection Flow Test** The Annual Fire Hydrant Inspection Flow Test was completed in June by the ISP Fire Department. All hydrants met the required Static Pressure and Flow requirements. The Department needed to borrow a hydrant flow testing device from Gordon Becker until a new pressure gauge could be ordered for this facilities testing device. A new pressure gauge was ordered and the facilities static pressure tester and flow meter in once again in working order.
- **Annual Portable Fire Extinguisher Test** The Annual Portable Fire Extinguisher Test was conducted in March. New yearly inspection tags were installed and 30 ABC extinguishers were taken out of service and replaced.
- **Fire Drills 2023** Facility Fire Drills have been completed for the year.


**Facility Fire Department Report**

- The Fire Department reported 8 fire activations so far for 2023. There was one major fire incident that occurred in A-cellhouse in early January.  There were 7 minor fire calls between January and May. Since May there has not been any fire signals called in the facility. This is a major improvement from previous years which would see 8 calls in a single month. The Fire Department contributes the decline in Fire Calls to the age change in General Population and a progressive information campaign conducted by the Firemen for both Incarcerated Individuals and Staff.  Since starting this report there was an electrical fire in C-cellhouse on 10-24-2023. The electronic shop was called and the outlet was replaced.
- Apparatus Services came in on 10-25-2023 to test all of the fire stations MSA SCBA harnesses. Seventeen (17) sets were tested and all units passed their inspection. Mr. Pickett also recalibrated 4 of the harnesses from low pressure to high pressure.


**Up Coming Fire Safety Issues**

**Safety Issues:**

**Facility Compliance Safety Records**


- **Quarterly Safety Committee Meeting-** All Quarterly Safety Committee Meetings were conducted and the minutes of those meetings have been recorded with both a digital copy and a paper copy placed in the Facility Compliance Safety Records.
- **Quarterly Food Service Inspection by Contract Monitor-**
- **Weekly Food Service Inspections-** All Weekly Food Service inspection reports have been logged and recorded with both a digital copy and a paper copy placed in the Facility Compliance Safety Records
- **Weekly Health Care/ Hospital Inspections-** All Health Care/ Hospital Inspections reports have been logged and recorded with both a digital copy and a paper copy placed in the Facility Compliance Safety Records

Ex. 18

- **Weekly Inspection Report-** All Weekly Inspection Report have been logged and recorded with both a digital copy and a paper copy placed in the Facility Compliance Safety Records. We are still having issues with many areas not completing and turning in their weekly reports.
- **Monthly Summary of Staff Injury Reports**
- **Monthly Facility Inspections by Safety Hazard Manager-** All Monthly Deficiency Inspections reports have been logged and recorded with both a digital copy and a paper copy placed in the Facility Compliance Safety Records

**Facility Compliance Safety**

- **August Mack came to the facility to inspect ICI for Air, Light and Sound qualities on 10-26-2023. All areas passed inspection**

## Staff and Offender Injury Reports

## Weekly and Monthly Fire and Safety Inspections

- Week 40- 58 out of 92 were submitted.  34- Department did not submit the required weekly inspection form.
- Week 41- 58 out of 92 were submitted.  34- Department did not submit the required weekly inspection form.
- Week 42- 62 out of 92 were submitted.  30- Department did not submit the required weekly inspection form.
- Week 43- 67 out of 92 were submitted.  25- Department did not submit the required weekly inspection form.
- Week 44- 79 out of 92 were submitted.  13- Department did not submit the required weekly inspection form.
- Week 45- 55 out of 92 were submitted.  37- Department did not submit the required weekly inspection form.
- Week 46- 39 out of 92 were submitted.  53- Department did not submit the required weekly inspection form.
- Week 47- 55 out of 92 were submitted.  37- Department did not submit the required weekly inspection form.
- Week 48- 57 out of 92 were submitted.  35- Department did not submit the required weekly inspection form.

Ex. 18

- Week 49- 53 out of 92 were submitted.  39- Department did not submit the required weekly inspection form.
- Week 50- 28 out of 92 were submitted.  64- Department did not submit the required weekly inspection form.
- Week 51- 57 out of 92 were submitted.  35- Department did not submit the required weekly inspection form.
- Week 52- 47 out of 92 were submitted.  45- Department did not submit the required weekly inspection form.

**Monthly Deficiency Report/ Work Orders Submitted**
- **October      11   Work orders submitted**
- **November          Work Orders submitted**
- **December          Work Orders submitted**

Ex. 18



*First Quarter Safety Committee Meeting Minutes 2024*

**Date: January 31, 2024**
**Members Present:**   SHM Deborah Taylor

**Presiding**
**Member:**        SHM Deborah Taylor
**Meeting Opened:**

## Business:

## PEST CONTROL

- PDR- Weekly Pest Control checks. Mouse traps checked and changed as needed. Mouse counts down from last year. We will continue to inspect weekly. Maxforce Roach Gel will be continued to be used quarterly.
- Advion Ant Gel- With warmer temperatures this winter we are seeing ants in several units. We have treated BCH, E-Dorm, and ICH. Each of the 3 units treated with the ant gel.
- ACH/CCH/DCH- Each unit has been sprayed with, Earth+Archer or DemonMax. Traps were checked and changed where needed. Contract Blocks were put down. This seems to be the key to the decrease in numbers and is now applying this method to the other cell house midways.
- General Pest Control- Spraying is scheduled to be done in the remaining units and some departments such as: Commissary, Chapel, Laundry, and Check Points.

## HAZARDOUS MATERIALS

- **No report for any hazardous material**

Ex. 18

FIRE/SAFETY

**Facility Fire Reports**

There have only been two fire reports this year.

- **2/13/2024** At 9:27 the fire station was notified that there was a 10/71 in D-cellhouse. The fire chief retrieved the alarm keys from Checkpoint #2 and the firemen responded to the call. When I (Fire Chief Stidham) arrived to D-cellhouse I was informed by officer Golden that there was a range fire on 400 west. I made my way to 400 west with Sgt. Lewis who had an ABC extinguisher. When I arrive to 400 west I seen officers on the range with the occupant of 419 west in cuffs. After the individual was removed from the range I could not see any smoke or fire and was told that the fire was out. Because OC spray had been used I left the range and informed the Asst. Chief that he needed check 419 west for any hot spots. The Asst. Chief took two other firefighters with him and cleared the fire scene. One Class A water extinguisher was used and replaced. A mattress had to be removed due to OC spray.

- **2/19/2024** At 10:16 pm 10/71 was called in A-cellhouse. The fire dept was activated and responded to the fire. When I (Fire Chief Stidham) arrived on scene there was a smell of burnt plastic in the air but visible sign of smoke. After being informed that there was fire on 500 south. When I arrived to 500 range officers told me that a hot pot caught fire. The hotpot in question was laying on the range in front of the cell. I entered the cell to see if anything else was on fire. The room was filled with smoke but there were no signs of fire damage. I told the officers that the smoke needed to clear out form the cell before the put the individual in the cell. I also informed the officer that photo's of the burnt hot pot needed to be taken and that the Safety Hazard manager needed to be informed. After that the 10/71 was cleared and the fire dept stood down.

**Fire Safety Issues**

**Safety Issues:**

- There have been several issues throughout the facility regarding fire extinguishers missing pull pins and nozzles. Most of the issues are isolated to the fire extinguishers kept in the front of the ranges. Staff is encouraged to contact the safety hazard manager or the fire department if they see or notice any issues with their unit's extinguishers.
- There was also a report of an electrical outlet fire in B-cellhouse. There was no fire call and maintenance addressed the issue.
- Another persistent issue throughout the facility is that many units are still not turning in their weekly unit or area inspection forms. These forms need to be turned in weekly so that the facility has a record of recording and dealing with issues on the units. These reports are important it combating lawsuits against the facility.

Ex. 18

**Fire/Safety Compliance Inspection:**

- In January Koorsen completed the kitchen fire hood inspections with no issues being reported.
- Pro-Air came to conduct the quarterly air quality inspection of the SCBA equipment in the Fire Station.
- Koorsen came in to conduct quarterly fire sprinkler inspections for PDR, SSB, Warehouse, ISO
- As a reminder: Koorsen will be in the facility in March to complete the required yearly fire extinguisher inspections.
- On 1/23/2024 **Otis Elevator** was contacted for an repairs, a work order was submitted. On 2/20/2024 the work order was cancelled and resubmitted for 2/22/2024. On 2/22/2024 Otis was a no show for the inspection. Rescheduled again for 2/23/2024 and again Otis was a no show.
- On 2/26/2024 **Otis Elevator** came in and serviced the elevator in MSU. Otis was able to address the issue and the elevator is now back in service.
- The garage door in the fire station broke on 2/20/2024; there had been several issues with the door for several months. On 2/22/2024 a door company came in to give a quote for repairs. Another company was a no bid and a third company is scheduled to come in to give a quote on 2/27/2024.

**Staff and Offender Injury Reports**

**Weekly and Monthly Fire and Safety Inspections**

The following numbers represent the number of weekly inspection forms turned in since the beginning of the year

- **Week 1**   27 out of 92 were submitted.   34- Department did not submit the required weekly inspection form.
- **Week 2**   18 out of 92 were submitted.   34- Department did not submit the required weekly inspection form.
- **Week 3**   27 out of 92 were submitted.   30- Department did not submit the required weekly inspection form.
- **Week 4**   23 out of 92 were submitted.   25- Department did not submit the required weekly inspection form.
- **Week 5**   62 out of 92 were submitted.   13- Department did not submit the required weekly inspection form.

Ex. 18

- **Week 6**    20 out of 92 were submitted.   37- Department did not submit the required weekly inspection form.
- **Week 7**    42 out of 92 were submitted.   53- Department did not submit the required weekly inspection form.
- **Week 8**    20 out of 92 were submitted.   53- Department did not submit the required weekly inspection form.

**Monthly Deficiency Report/ Work Orders Submitted**

- **January**    19  **Work orders were submitted**
- **February**    22  **Work orders were submitted**
- **March**    43  **Work orders were submitted**

Ex. 18



*Second Quarter Safety Committee Meeting Minutes*

**Date:  May 28, 2024**
**Members Present:**   SHM Deborah Taylor  _____

_____   _____

_____   _____

**Presiding**
**Member:**      SHM Deborah Taylor  _____
**Meeting Opened:**

## Business:

## PEST CONTROL

### Pest Control 2nd Quarter

- E-Dorm- Sprayed 125 cubes with both Riptide and Gentrol. We sprayed along the perimeter of the cube. We focused on spraying underneath the bunks and behind the cabinets. Also sprayed was the perimeter on the East and Westside. Traps were changed because they were dirty. Dayroom was then sprayed along its perimeter. We then asked to spray the backroom, so we sprayed the officer bathroom and back storage room. Once we left E-Dorm we sprayed the outside perimeter of the building.

- Property Room- Sprayed the perimeter and underneath the shelves. The dirty traps were changed out with new ones. 5 mice were caught. Room was sprayed with both Gentrol and Precor. The outside of the SSB building was then sprayed with Webout. This will set up a border along the building to help kill and keep out insects.

- BCH- Along with the Fire Department we went into the Midway to clean the sewage out from the backed up pipe. It took 2 days to clean along with a lot of different resources. Some PPE was provided. On the second day of the project it was sprayed down with the hose and the rest of the debris was scooped out the Midway and removed. Midway was treated a couple of days later.

- ACH, CCH, DCH- Routine spraying was done. No mice were found in the midways. Riptide was sprayed along the walls. Traps were changed and liquid-tox cups were refilled. We will continue to do monthly inspections and spraying.

- Culinary Arts and NSB had the perimeters sprayed for insects

- PDR mouse check on 5/6 (1) mouse caught, 5/15 (1) mouse caught, 5/25 (1) mouse caught, on 5/16 a tube of roach bait was applied on the diet line.

- BCH was given 2 apples gnat deterrent for the officer's station and counselor's office. The midway was sprayed with PRECOR, Gentrol and Demon Max

- Steel shop's officers station was sprayed for termites

Ex. 18

- On 5/21 went to BCH to spray a cell for Bed Bugs in cell 109, the offender refused to have the bed bug process done. He did allow the earth spray to be applied.

## HAZARDOUS MATERIALS

### Clogged Sewage Line coming out of B-Cellhouse

On **4-17-2024** I was notified by B-Cellhouse Case Worker Kizman that there was a sewage smell coming out of B-cellhouse's midway. I later learned that the sewage line in B-cellhouse's midway had a major clog in the line due to trash and other debris being flushed down the toilets. Later in the day on 4-17-2024 I sprayed **Bio-Enzyme Ready To Use** in the midway which is a drain maintainer and odor eliminator. The Fire Department assist the Plumbing department in helping clear the clogged sewage line on Main Street by using a fire hydrant and fire hose.

On **4-18-2024** I went into B-cellhouse's midway with facilities Fire Department to assess the situation and begin the clean-up process.  During this initial clean up dozens of trash bags of debris was removed from the midway. Again **Bio-Enzyme Ready To Use** was applied in the midway which is a drain maintainer and odor eliminator. The Fire Department assist the Plumbing department in helping clear the clogged sewage line on Main Street by using a fire hydrant and fire hose.

On **4-19-2024** I went with the facilities Fire Department back into B-cellhouse's midway to remove the rest of the debris and sewage. The Fire Department used fire hose and garden hose to spray the midway to help in the removal of sewage and other debris, several more garbage bags of trash were removed as well as over 100 buckets of sewage. The Fire Department assist the Plumbing department in helping clear the clogged sewage line on Main Street by using a fire hydrant and fire hose.

On **4-22-2024** I went back into B-cellhouse's midway with the facilities Fire Department to remove the remaining debris and sewage. The Fire Department again used fire hoses and garden hoses to spray the midway as well as a sub-pump and multiple shop vats to help in the removal of sewage and other debris, again over 100 buckets of sewage. Once the midway has been cleared of debris and sewage **Bio-Enzyme Ready To Use** was applied in the midway which is a drain maintainer and odor eliminator. The Fire Department assist the Plumbing department in helping clear the clogged sewage line on Main Street by using a fire hydrant and fire hose.

On **4-25-2024** I was notified by Case Worker Dominguez that there was once again the smell of sewage in B-cellhouse. After investigating the problem it was discovered that the over flow valve in the midway blew again. To help combat the smell and address the sewage issue **Invade Mop Clean** was sprayed in the midway.

On **4-26-2024** Officer Frazier from the Sanitation Department sprayed **Invade Bio-Foam** in B-cellhouse's midway. The Fire Department assist the Plumbing department in helping clear the clogged sewage line on Main Street by using a fire hydrant and fire hose.

On **4-27-2024** Lieutenant Winn from the Sanitation Department sprayed **Invade Bio-Foam** in B-cellhouse's midway.

Ex. 18

**FIRE/SAFETY**

**FIRE**

**Facility Fire Reports**

- On **3-19-24** there was a hot pot fire on 500 South in **ACH**. The fire department was activated and responded to the fire. There was no major fire damage and the photos were taken by staff.

- On **4-6-24** there was a cell fire in **CCH** in 100 West. This fire was labeled as a demonstration fire. The fire department was activated and did salvage clean up once the fire was out. There was no major fire damage only burnt clothing.

- On **4-6-24** there was a hot pot fire on 200 North in **BCH**. The fire department was activated and responded to the fire. There was some fire damage and the photos were taken by staff.

- On **4-16-24** the Fire Chief was called out to **CCH** to investigate a smell of smoke call. It was determined that someone had burnt out the back vent in their cell. The call was cleared by the Chief

- On **4-19-24** the Fire Chief was called out to **ACH** to investigate a smell of smoke call. It was determined that someone had burnt out the back vent in their cell. The call was cleared by the Chief

- On **4-21-24** the Fire Chief was called out to **ACH** to investigate a smell of smoke call. It was determined that someone had burnt out the back vent in their cell. The call was cleared by the Chief.

- On **4-21-24** the Fire Chief was called out to **DCH** due to a trouble alarm call on the fire panel. The Chief tried to clear he call but the panel indicated that the duct detector was dirty and the trouble alarm could not be cleared at that time. The Fire Chief informed the shift supervisor that DCH was being placed on fire watch until the situation could be addressed. On 4-23-24 the duct detector was cleaned and the trouble alarm was cleared

- On **4/27/24** the Fire Chief was called out due to a trouble alarm in **MSU**. Currently **MSU** and **G-dorm** are on fire watch until the ground fault issue can be fixed.

- On **5/9/2024** there was an electrical fire in CCH in cell 232. The outlet in the cell caught fire and there was a heavy smell of burnt material. No other items in the cell caught fire. The cell was de-energized and maintenance was called to fix the outlet.

- On **5/25/2024** there was an electrical fire in Cell 402. An ABC extinguisher was used. Photos were taken and the offender was removed from the cell.

Ex. 18

**Fire Safety Issues**

- On 3-14-2024 the garage door on the Fire Station was repaired by an outside contractor.

**Fire/Safety Compliance Inspection:**

- On 3-8-24 Koorsen completed the yearly fire extinguisher inspections. Koorsen performed maintenance on (25) 10lbs Class ABC extinguishers hydro testing, (5) Class A water extinguishers for hydro testing, (20) 10lbs ABC extinguishers were taken out of service and replaced as well as (1) 5lbs ABC and (1) 2.5lbs ABC

- Over all **276 ABC** extinguishers were inspected along with **54 Class A water extinguishers**, **(10)** 5lbs extinguishers, **(7)** 2.5lbs extinguishers and **3** Class K extinguishers

- On 3-19-24 Nelbud completed yearly Fire Alarm Panel Inspections for the following units PCU, I-Cellhouse & I-North, PDR and F-Dorm. During the Inspection in F-dorm it was found that the Pull Station was not working and needs to be replaced. A work order and bid have been submitted for replacement and repairs.

- On 5/14/2-24 Koorsen completed the annual Sprinkler System Inspection. They inspected the Outside Warehouse, ISO, SSB, and PDR. No deficiencies were found

- On 5/6/2-24 Koorsen completed the annual BACKFLOW inspections. They inspected the Outside Warehouse, ISO, SSB, and PDR. No deficiencies were found

-

**Staff and Offender Injury Reports**

**Weekly and Monthly Fire and Safety Inspections**

The following numbers represent the number of weekly inspection forms turned in since the beginning of the year

- **Week 1**   27 out of 92 were submitted.   34- Department did not submit the required weekly inspection form.

- **Week 2**    18 out of 92 were submitted.   34- Department did not submit the required weekly inspection form.
- **Week 3**    27 out of 92 were submitted.   30- Department did not submit the required weekly inspection form.
- **Week 4**    23 out of 92 were submitted.   25- Department did not submit the required weekly inspection form.
- **Week 5**     62 out of 92 were submitted.   13- Department did not submit the required weekly inspection form.
- **Week 6**    20 out of 92 were submitted.   37- Department did not submit the required weekly inspection form.
- **Week 7**    42 out of 92 were submitted.   53- Department did not submit the required weekly inspection form.
- **Week 8**    20 out of 92 were submitted.   53- Department did not submit the required weekly inspection form.
- **Week 9**    0 out of 92 were submitted.   53- Department did not submit the required weekly inspection form.
- **Week 10**    0 out of 92 were submitted.   53- Department did not submit the required weekly inspection form.
- **Week 11**    75 out of 92 were submitted.   17- Department did not submit the required weekly inspection form.
- **Week 12**    66 out of 92 were submitted.   26- Department did not submit the required weekly inspection form.
- **Week 13**    64 out of 92 were submitted.   28- Department did not submit the required weekly inspection form.
- **Week 14**    66 out of 92 were submitted.   26- Department did not submit the required weekly inspection form.
- **Week 15**    68 out of 92 were submitted.   24- Department did not submit the required weekly inspection form.
- **Week 16**    67 out of 92 were submitted.   25- Department did not submit the required weekly inspection form.

Ex. 18



*Third Quarter Safety Committee Meeting Minutes*

Date:  September 4, 2024
Members Present:  SHM Deborah Taylor _____    _____

_____    _____

_____    _____

Presiding
Member:        SHM Deborah Taylor _____
Meeting Opened:

**Business:**

PEST CONTROL

- 5/25 PDR 2 mice caught on the dock; traps were changed out.
- 5/30 E-Dorm sprayed with Temprid on the windows sills for gnats, Also Dimitrious Earth was sprayed around the perimeter of both the East and West sides, including the day room area.
- 6/2 F-Dorm FE 25 was confirmed to have Bed Bugs On 6/3 I.I. Patton got the Bed Bug process started, Bedlum was used in the cracks and crevices of the bedding area, and cabinet as well as Dimitrious Earth. Also bedding areas on the east side 26,27,28,29,30,31,12,13, and 84 asked to have their areas treated so Dimitrious Earth was used in those areas as well.
- 6/3 Chapel Offices Back, and Main Entrance were sprayed with Temprid.
- 6/4 F-Dorm West 62 was treated with Bedlum around the cracks and crevices of the bedding area as well as cabinet as Bed Bugs were confirmed, and then Dimitrious Earth was used as well.
  NSB 35 complains of bugs, cell was sprayed with Temprid, as well as spraying the perimeter of NSB and Officer Station.
- 6/6 DCH Sprayed Temprid inside the Counselors Office, Officer Station and Lt Office. Also gave the counselors office a Nuvan Strip and Apple for Gnats.
- 6/7 F-Dorm East 84 and 85 were complaining about bugs again went and re-sprayed with Dimitrious Earth.
- 6/8 F-Dorm East 25 complained again about bugs, re-sprayed with Cirkul CX
- 6/14 BCH 113 (Ware) confirmed bed bugs. Cell was cleaned and steamed, Bedlum was used for the cracks and crevices, and then Dimitrious Earth was laid.
- 6/25 ICH Plus Program East Side complained of Ant used Ant Bait in the back of the range.
- 6/27 ICH Plus Program East Side perimeter was sprayed with Dimitrius Earth.
  PDR Dock was checked 1 mouse was caught and traps were re-laid.
- 6/28 PDR Roach Bait was put down by the Diet Line, and by the outlets, Traps were checked and re-laid as needed. Sprayed Dimitrious Earth in the Break Room, Bathroom, and Locker Area.
  Check Point 4 was sprayed for a Wasp Nest.
- 7/3 PDR Drains were sprayed with Dimitrious Earth.
  E-dorm counselors Office sprayed with Dimitrious Earth.
  Master Location and Staff Bathroom in PCU were sprayed.

Ex. 18

- 7/8 I-North 243 was sprayed with Dimitrious Earth for Ants.
- 7/10 ACH 224 complained of Bed Bugs laundry was completed and mattress was exchanged, also cell was sprayed with Dimitrius Earth.
- 7/16 Property Room was checked for dead mice, as well as Contrac Blocks crushed and put around the perimeter, and traps were also laid and given to Sgt Stacy.
- 7/18 X-ROW A-2-1 and A-2-9 Diatomaceous Earth was sprayed for Ants.
- 7/19 PDR checked for mice, 1 caught, traps re-laid as needed.
- 7/23 CCH all ranges of midways were sprayed with Demon Max and Precor, as well as Contrac Blox laid in the bottom of the Midway.
- 7/31 Property Room was sprayed for gnats, and more traps were given.
  E-dorm perimeter was sprayed with Demon Max, and Pre-cor
  F-Dorm perimeter was sprayed with Demetrious Earth.
  8/14 Rec Gate, Check point 4, Check Point 5, NSB Education, NSB 3rd Floor were all treated.

## HAZARDOUS MATERIALS

## FIRE/SAFETY

## FIRE

- 5/25 2:30 AM Fire Alarm was activated in DCH. Fire Department was released to respond. Once on the scene, the Fire Chief was directed to cell 402 East. When he arrived, he found that the electrical outlet had caught fire. No other items in the cell had caught fire. ABC extinguisher was used and replaced with a new one.
- 6/12 12:57 PM there was a 10/71 called in DCH. The Fire Chief responded to the scene and the rest of the Firemen reported to the station. Firemen reported to DCH, and were told to stand down. The Asst. Chief and two other men reported to cell 427 West and double checked the cell for smoldering embers and extinguished them. Removal of the remaining potential problem. 10/71 was cleared. No Injuries were reported.
- 

Facility Fire Reports

Fire Safety Issues:

Safety Issues:

Ex. 18

**Fire/Safety Compliance Inspection:**

- **7/12 Koorsen Completed the Hood Inspection for Culinary Arts, ISP Kitchen and Kosher Kitchen, ISO Kitchen.**
- **8/7/2024 ESC Indy came in to give a quote on the hood cleanings for the facility**
- **8/12-8/13 Fire Panel Inspections were completed by Nelbud**

**We had a deficiency is the Pen Warehouse, I have contacted Multiguard for a quote.**
**Several Batteries need replaced, and I have reached out for quotes on this as well.**

- **8/20/2024 Fire Marshall Inspection was conducted.**
- **8/27/2024 Construction Services Building Fire Panel Inspection was conducted.**
- **8/29/2024 Multiguard repaired 2 pull stations. One in Inventory Control, and One in F-Dorm. Also horn strobes and annunciators as well as 2 pull stations were installed in ICH and I North**
- **September 18th Nelbud will be here for the Hood Cleaning.**

**Staff and Offender Injury Reports:**

**Weekly and Monthly Fire and Safety Inspections**

**Monthly Deficiency Report/ Work Orders Submitted**

Ex. 18

- January        Work orders submitted
- February      Work Orders submitted
- March        Work Orders submitted

Ex. 18



*Fourth Quarter Safety Committee Meeting Minutes*

**Date:  10/24/2024**

| **Members Present:** | SHM Deborah Taylor | Joe Schneider |
|---|---|---|
| | Terri Hale | Rhonda Brennan |
| | Christine Vorrier | Warden Neal |

**Presiding Member:**        SHM Deborah Taylor

**Meeting Opened:**

**Business:**

**FIRE/SAFETY:**

**Sept 16 Communication Company was here to do an Inspection for Construction Services Building.**

**September 18 Nelbud was at the Facility to do the Bi-Annual Hood cleaning, we had one deficiency for Culinary Arts for the filters to be replaced. Quotes have been given and waiting for approval.**

**September 23rd Schambaugh was here for the facility quarterly sprinkler Inspection.**

**September 30th 3rd Quarter Fire Drills were completed for Days and Night Shift.**

**October 10th Fire Marshall re-inspection. 2 deficiencies were found and corrected.**

**Facility Fire Reports:**

**9/7 DCH** Around 10 AM fire alarm was activated due to a fire starting in the electrical outlet that was damaged by the incarcerated individual cell remain down until maintenance was able to repair the outlet

9/9 DCH 5:20 PM FIRE ALARM WAS ACTIVATED FOR 19 W. FIRE DEPARTMENT ACTIVATED FIRE HAD BEEN EXTINGUISHED BY SERGEANT FRY AND IT APPEARED A TOWEL WAS SET ON FIRE BY THE INCARCERATED INDIVIDUAL LIVING IN THAT CELL

9/12 CCH 1:30 PM FIRE CHIEF WAS SENT TO CCH TO INVESTIGATE THE SMELL OF SMOKE WHEN ARRIVED THE SMELL OF SMOKE OR SOMETHING BURNING WAS PRESENT HOWEVER, THERE WAS NO VISIBLE SIGN OF SMOKE ON THE UNIT ATTACKED BY MAINTENANCE ON TOP OF THE UNIT AS WELL

9/14 BCH. 7 PM fire alarm panel was activated due to a dirty duck detector in the basement

9/16 BACK STREET LIBRARY Around 650 AM fire alarm was activated in backstreet education the fire, chief and assistant chief went to investigate and found that the steam from a deep sink had activated the system. The water was turned off. The alarm was reset.

Ex. 18

10/11 CCH AROUND 2 PM FIRE STATION REPORTED TO A SELF FIRE ON 100 W. WHERE THE INCARCERATED INDIVIDUAL Decided to start paper in his cell on fire. It was put up by staff with an ABC extinguisher fire chief was there with a few other firemen and the incident was cleared. No injuries minimal damage.

**Fire Safety Issues: When an individual threatens to start a fire in his cell, can we strip cell him for 24 hours?**

**Making Fire Drills a monthly drill to help better staff?**

**Safety Issues:**

**ACH and DCH received mats for their showers. BCH and CCH mats orders have been placed.**

**More bird deterrents have been ordered for CCH and DCH, as well as coming up with a plan to seal the gun boxes as birds are coming in through the tops, sides, bottom.**

**E-dorm drains have been flushed, and F-dorm drains will be done in the near future.**

**2024 Construction Services Audit Deficiencies Pictures are still being taken, but we have about 75% or more completed in pictures. Hoping to have it 100% completed by Friday next week.**

Ex. 18

Ex. 18



*First Quarter Safety Committee Meeting Minutes 2024*

**Date:  March 24, 2025**

**Members Present:**   SHM Deborah Taylor          Ms. Buss

Mr. Neal          Terri Hale

Mr. Nowatzke          Christine Vorrier

**Presiding**
**Member:**          SHM Deborah Taylor

**Meeting Opened:**

## Business:

## PEST CONTROL:

- **1/7 CCH West Side 104, 122, 123, were treated for ants.**
- **1/21 Back dock of the PDR was baited for mice, and fresh traps were laid. Traps were also given to Mr. Peeples.**
- **1/22 Property Room was baited for mice.**
- **1/31 F-Dorm was sprayed.**
- **2/5 Commissary and Law Library were treated for pests.**
- **2/7 Traps were given to Mr. Peeples in the PDR**
- **3/4 I-North Midways were sprayed for pests.**
- **3/7 Culinary arts sprayed for Ants**
- **3/11 Pest Control done for DCH East 533**
- **3/17 DHB removed and replaced traps**

## HAZARDOUS MATERIALS

- **No report for any hazardous material**

## FIRE/SAFETY

### Facility Fire Reports

There have only been two fire reports this year.

- **2/13/2024** At 9:27 the fire station was notified that there was a 10/71 in D-cellhouse. The fire chief retrieved the alarm keys from Checkpoint #2 and the firemen responded to the call. When I (Fire Chief Stidham) arrived to D-cellhouse I was informed by officer Golden that there was a range fire on 400 west. I made my way to 400 west with Sgt. Lewis who had an ABC extinguisher. When I arrive to 400

Ex. 18

west I seen officers on the range with the occupant of 419 west in cuffs. After the individual was removed from the range I could not see any smoke or fire and was told that the fire was out. Because OC spray had been used I left the range and informed the Asst. Chief that he needed check 419 west for any hot spots. The Asst. Chief took two other firefighters with him and cleared the fire scene. One Class A water extinguisher was used and replaced. A mattress had to be removed due to OC spray.

- **2/19/2024** At 10:16 pm 10/71 was called in A-cellhouse. The fire dept was activated and responded to the fire. When I (Fire Chief Stidham) arrived on scene there was a smell of burnt plastic in the air but visible sign of smoke. After being informed that there was fire on 500 south. When I arrived to 500 range officers told me that a hot pot caught fire. The hotpot in question was laying on the range in front of the cell. I entered the cell to see if anything else was on fire. The room was filled with smoke but there were no signs of fire damage. I told the officers that the smoke needed to clear out form the cell before the put the individual in the cell. I also informed the officer that photo's of the burnt hot pot needed to be taken and that the Safety Hazard manager needed to be informed. After that the 10/71 was cleared and the fire dept stood down.

## Fire Safety Issues

**Safety Issues:**

- There have been several issues throughout the facility regarding fire extinguishers missing pull pins and nozzles. Most of the issues are isolated to the fire extinguishers kept in the front of the ranges. Staff is encouraged to contact the safety hazard manager or the fire department if they see or notice any issues with their unit's extinguishers.
- There was also a report of an electrical outlet fire in B-cellhouse. There was no fire call and maintenance addressed the issue.
- Another persistent issue throughout the facility is that many units are still not turning in their weekly unit or area inspection forms. These forms need to be turned in weekly so that the facility has a record of recording and dealing with issues on the units. These reports are important it combating lawsuits against the facility.

**Fire/Safety Compliance Inspection:**

- In January Koorsen completed the kitchen fire hood inspections with no issues being reported.
- Pro-Air came to conduct the quarterly air quality inspection of the SCBA equipment in the Fire Station.
- Koorsen came in to conduct quarterly fire sprinkler inspections for PDR, SSB, Warehouse, ISO
- As a reminder: Koorsen will be in the facility in March to complete the required yearly fire extinguisher inspections.

Ex. 18

- On 1/23/2024 **Otis Elevator** was contacted for an repairs, a work order was submitted. On 2/20/2024 the work order was cancelled and resubmitted for 2/22/2024. On 2/22/2024 Otis was a no show for the inspection. Rescheduled again for 2/23/2024 and again Otis was a no show.
- On 2/26/2024 **Otis Elevator** came in and serviced the elevator in MSU. Otis was able to address the issue and the elevator is now back in service.
- The garage door in the fire station broke on 2/20/2024; there had been several issues with the door for several months. On 2/22/2024 a door company came in to give a quote for repairs. Another company was a no bid and a third company is scheduled to come in to give a quote on 2/27/2024.

**Staff and Offender Injury Reports**

**Weekly and Monthly Fire and Safety Inspections**

The following numbers represent the number of weekly inspection forms turned in since the beginning of the year

- **Week 1**    27 out of 92 were submitted.   34- Department did not submit the required weekly inspection form.
- **Week 2**    18 out of 92 were submitted.   34- Department did not submit the required weekly inspection form.
- **Week 3**    27 out of 92 were submitted.   30- Department did not submit the required weekly inspection form.
- **Week 4**    23 out of 92 were submitted.   25- Department did not submit the required weekly inspection form.
- **Week 5**    62 out of 92 were submitted.   13- Department did not submit the required weekly inspection form.
- **Week 6**    20 out of 92 were submitted.   37- Department did not submit the required weekly inspection form.
- **Week 7**    42 out of 92 were submitted.   53- Department did not submit the required weekly inspection form.
- **Week 8**    20 out of 92 were submitted.   53- Department did not submit the required weekly inspection form.

**Monthly Deficiency Report/ Work Orders Submitted**
- **January    19  Work orders were submitted**

Ex. 18

- February       22   Work orders were submitted
- March          43   Work orders were submitted

Ex. 18