LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA



**KENTUCKIANA**

COURT REPORTERS

**CASE NO. 3:24-CV-00185**

**MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON HER OWN BEHALF**

**V.**

**RON NEAL, ET AL.**

**DEPONENT:**

**VINCENT MCCORMICK**

**DATE:**

**March 20, 2025**



a courtroom **powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856  |  502.589.2273

**www.kentuckianareporters.com**

Ex. 19

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185


MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF,

Plaintiff


V.


RON NEAL, ET AL.,

Defendants


DEPONENT:  VINCENT MCCORMICK

DATE:      MARCH 20, 2025

REPORTER:  SYDNEY LITTLE

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

2

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Megan Pierce, Esquire

Loevy & Loevy

311 North Aberdeen Street

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: megan@loevy.com

(Appeared via videoconference)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

3

APPEARANCES (CONTINUED)


ON BEHALF OF THE DEFENDANTS, LT. DENNIS KOEN,

CAPT. VINCENT MCCORMICK, SGT. AMON LEE,

SGT. JENIENE WALTON, OFFICER DARNELL CROCKETT,

STEVEN MCCANN, LT. LATRICE JONES, SGT. ERNEST WILLIAMS,

SGT. MICHAEL EVERETT, OFFICER JAYLON SINGLETON,

WARDEN RON NEAL, CHRISTOPHER BEAL, KEVIN CROSS,

ART KAUFMAN, ANDREW KMITTA, JASON NOWATZKE, NADINE SMITH,

DOUGLAS WARDLOW, DEBORAH TAYLOR, JANILLE WHITAKER, AND

DANIELLE BROWN:

Erica Sawyer, Esquire

Office of the Indiana Attorney General

Indiana Government Center South

302 West Washington Street

5th Floor

Indianapolis, Indiana 46204

Telephone No.: (317) 232-6201

E-mail: erica.sawyer@atg.in.gov

(Appeared via videoconference)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

4

INDEX

                                                    Page

PROCEEDINGS                                           7

DIRECT EXAMINATION BY MS. PIERCE                      8


                        EXHIBITS

Exhibit                                             Page

1  - Department of Corrections Incident
     Report Form - State 021364                      33

2  - Indiana State Prison Critical Incident
     Debriefing February 21, 2023 -
     State 011475-011476                             46

3  - Incident Report November 11, 2018 -
     State 006971                                    56

4  - Incident Report May 8, 2022 -
     State 008462-008463                             61

5  - Maintenance Request Form
     February 21, 2023 - State 006463                64

6  - Maintenance Request Form June 7, 2023 -
     State 006478                                    66

7  - Video Still 10:37:30                            71

8  - Video Still 10:56:00                            71

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

EXHIBITS (CONTINUED)

| Exhibit | Page |
|---|---|
| 9  - Video Still 10:58:00 | 76 |
| 10 - Video Still 11:00:12 | 81 |
| 11 - Video Still 11:00:45 | 83 |

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

6

STIPULATION

The VIDEO deposition of VINCENT MCCORMICK was taken at KENTUCKIANA COURT REPORTERS, 110 NORTH WACKER DRIVE, CHICAGO, ILLINOIS 60606, via videoconference in which all participants attended remotely, on THURSDAY the 20th day of MARCH 2025 at 10:02 a.m. (CT); said VIDEO deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. THE OATH IN THIS MATTER WAS SWORN REMOTELY PURSUANT TO FRCP 30.

It is agreed that SYDNEY LITTLE, being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

PROCEEDINGS

THE REPORTER:  We are now on the record. My name is Sydney Little.  I'm the online video technician and court reporter today representing Kentuckiana Court Reporters located at 110 North Wacker Drive, Chicago, Illinois 60606.  Today is the 20th day of March 2025 and the time is 10:02 a.m. Central.  We are here to take the remote deposition of Vincent McCormick via Zoom in the matter of Mysti Valencia, as personal representative of the Estate of Michael Smith, and on her own behalf v. Ron Neal, et al., pending in the United States District Court for the Northern District of Indiana, South Bend Division. Case number 3:24-CV-00185. This deposition is being conducted on behalf of the Plaintiff's counsel.  Will everyone but the witness please state your appearance starting with Plaintiff's counsel?

MS. PIERCE:  My name is Megan Pierce on behalf of the plaintiff, Mysti Valencia.  I'm appearing remotely via Zoom from Portland, Oregon.

MS. SAWYER:  Erica Sawyer, counsel for all of the Defendants in this matter, appearing via Zoom from Indianapolis, Indiana.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

8

THE REPORTER:  Thank you.  Captain McCormick, will you please state your name for the record?

THE WITNESS:  My name is Vincent McCormick.

THE REPORTER:  Thank you.  And do all parties stipulate that the witness is in fact Vincent McCormick?

MS. PIERCE:  Yes.

MS. SAWYER:  Yes.

THE REPORTER:  Thank you.  And Captain, will you please raise your right hand?  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THE REPORTER:  Thank you.  Counsel, you may begin.

DIRECT EXAMINATION

BY MS. PIERCE:

Q.   Morning, Mr. McCormick.  As I mentioned, my name is Megan Pierce and I'm an attorney on behalf of the Plaintiff in this case.  Can you tell me where you're sitting for this deposition?

A.   Sitting in our legal office.

Q.   Okay.  Is there anyone else --

A.   In Ms. James' office.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

9

Q. Oh, I'm so sorry for interrupting you. Go ahead.

A. Ms. James's office.

Q. Is there anyone else in the room with you?

A. No, ma'am.

Q. Have you ever been deposed before?

A. Once for an injury settlement with a car accident, but that was it.

Q. Okay. Was that related to your work at all?

A. No, ma'am.

Q. Let me just go through some of the rules of the deposition just so we're on the same page, okay?

A. Yes.

Q. I'll ask you questions, and you'll answer under oath just as if you were in a courtroom, okay?

A. Yep.

Q. If you don't understand a question, please ask me for clarification. And if you don't ask for clarification, I'll assume that you understood the question; is that fair?

A. Yep.

Q. Please -- so that the court reporter can get a clear record, please make sure to say -- to use verbal answers. So instead of nodding or shaking your head, make sure to say yes or no and make sure to wait until I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

finish my question before you start your answer, okay?

A. Yes.

Q. Thank you. And I'm sorry, got a cough. If your lawyer objects, wait for her to get her objection on the record and then you should still answer the question unless she instructs you not to answer, okay?

A. Yep.

Q. And then I'm happy to take a break at any point. I cannot imagine this deposition will go all day. So if you'd like to take a break, just let me know. We can do that. I just ask if a question is pending, you answer the question and then we can go for a break. All right?

A. No problem.

Q. All right. Thank you. Mr. McCormick, do you have any medical conditions? Are you taking any medication that would affect your memory or your ability to testify here today?

A. No.

Q. Did you do anything to prepare for your deposition today?

A. The only thing I did was review my incident notes.

Q. When you say incident notes, is that your



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

Incident Report or is that some type of notes that --

A.    My Incident Report.

Q.    Your Incident Report.  Okay.  And again, just make sure -- you might be able to anticipate what I'm asking.  It might be very clear, but so the court reporter can get a clear record, just wait until I finish and then go ahead and answer.

A.    Okay.

Q.    Thanks.  Okay.  So you reviewed the Incident Report that you wrote.  Did you review anything else in preparation for the deposition?

A.    No.

Q.    Did you speak with your counsel -- without going into the substance of your conversation with your attorney, did you speak with your attorney in preparation for your deposition?

A.    Yes.

Q.    About how many times did you speak with her?

A.    Her?  None.

Q.    Your attorneys representing you in this matter.  Any of your attorneys.

A.    Two or three times, I believe.

Q.    And when was the last time you spoke to them about the deposition?

A.    Monday night.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

12

Q.   And about how long did you speak with them Monday night?

A.   Ten, 15 minutes.

Q.   Okay.  And prior to that, about how long had you talked to them about this deposition?

A.   The first time was when he would ask me those -- some questions concerning my personal life and stuff. And that was probably a half hour, 45 minutes. And then the time before that was just getting general background information.

Q.   Okay.  The one -- you were talking about, questions, were those written interrogatory questions?

A.   Yes.

Q.   Okay.  Did you speak with anyone else about your deposition today?  Any coworkers or the warden, anything like that?

A.   Nope.

Q.   Have you spoken to any coworkers or former coworkers outside of the presence of your attorneys about this case?

A.   Nope.

Q.   Mr. McCormick, when did you graduate from high school?

A.   1997.

Q.   And where did you work after you graduated

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

13

from high school?  Or did you go on to higher education?

A.   I had several different jobs.  I was -- I worked at Burger King for a point.  I worked at Pine Chevy in La Porte, which is no longer open.  I worked at a couple factories in La Porte, one of them field container and the other one is Ampcor II.  But the Ampcor II is now closed.  It's been closed for a while.

Q.   Okay.  And when did you start with Indiana Department of Correction?

A.   July 17th of 2000.

Q.   And why did you decide to go work with Indiana Department of Correction?

A.   My dad worked here when I was younger, I knew the pay was good, and my wife was pregnant with our first child.

Q.   And do you and your dad have the same name?

A.   No.

Q.   Okay.  And when you started at Indiana Department of Correction, did you start at Indiana State Prison?

A.   Yes.

Q.   Have you worked at any other facilities?

A.   No.

Q.   Have you worked there continuously over the last 25 years?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

14

A.   Yes, ma'am.

Q.   When you started, did you start as a correctional officer?

A.   Yes.

Q.   How long did you work as a correctional officer?

A.   I believe three years.

Q.   Okay.  And what happened three years in?  Did you start a new position?

A.   I got promoted to sergeant.

Q.   Okay.  And how long did you work as a sergeant?

A.   Approximately four years, give or take.

Q.   And then were you promoted to lieutenant at that point?

A.   Correct.

Q.   And how long did you work as a lieutenant?

A.   Approximately another four years.

Q.   And then what happened after four years?

A.   I was demoted.

Q.   What were you demoted to?

A.   Officer.

Q.   And why were you demoted?

A.   Disciplinary action.

Q.   What did the disciplinary action relate to?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

A.   A use of force issue.

Q.   Can you describe that to me?  The -- what happened with the use of force?

A.   I didn't have a camera when we were -- had to use force on an offender at the time, and I was expired from QRT.

Q.   What force did you use?  Tell me about the situation where you used force.

A.   Had an offender barricaded in a cell who was refusing to come out.  We sprayed him multiple times with OC.  Still refused to come out.  I requested for the pepper ball gun.  When the pepper ball gun arrived, I figured once it would've came up there, that the camera would've been with it and it wasn't.  I ordered the person to fire the four rounds on and four rounds off.  And the offender still wouldn't cuff up, so I went downstairs to talk to shift supervisor to get a cell extraction team together to go get him.

Q.   What's the cannon -- did you call it a cannon ball gun?

A.   Pepper ball.

Q.   Pepper ball.

A.   SA 2000.

Q.   What is a pepper ball gun exactly?

A.   It's a less than lethal projectile fired into

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

16

the cell that contains OC powder.  So when it hits the wall, it -- it pops out and the OC powder can contaminate the area.

Q.   And so what was the discipline for?  Was it for unnecessary force?  Excessive?

A.   No.  It was because I did not have the camera. It was the exact reason why and I was expired on QRT.

Q.   And when you say you were expired on QRT, what does that mean?

A.   We are certified every year.  I was a few months overdue from being requalified.

Q.   So once you were demoted back to officer, how long did you work as an officer at Indiana State Prison?

A.   A year.

Q.   And then were you promoted back to sergeant?

A.   Correct.  I was a sergeant for approximately another three years and then I made lieutenant again.

Q.   And is that about, maybe, 2016 that you made lieutenant again?

A.   Yes.  '15, '16.  Somewhere in there.  Yes.

Q.   And are you still a lieutenant?

A.   No, ma'am.  I was promoted almost a year ago to captain.

Q.   Do you currently work day shift or night shift?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

A.   Night shift.

Q.   Have you worked night shift the entire time that you've been captain?

A.   Yes.

Q.   And I assume over the years you've worked both day and night shift at various points?

A.   Correct.

Q.   Have you been assigned to work in A Cell House at points throughout your career?

A.   Yes.

Q.   So you're familiar with A Cell House?

A.   Yes.

Q.   Have you been assigned to work in all the various posts at the facility?  Custody posts?

A.   Yes.

Q.   Do you know who Michael Smith is?

A.   Did I know him?  No.

Q.   Okay.  Did you have any familiarity with Michael Smith prior to the fire that killed him?

A.   No.

Q.   Do you know him at all by reputation?

A.   No.

Q.   Do you recall having any interactions with him at any point while he was incarcerated?

A.   No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

18

Q.   As you sit here today, do you have a memory of January 14, 2023, the day of the fire?

A.   For the most part, yes.

Q.   What position were you assigned to that day?

A.   I was the B Cell House lieutenant.

Q.   And what were your responsibilities as B Cell House lieutenant?

A.   Oversee, make sure the unit is being ran properly, make sure that the offenders are let out in a timely manner for their rec or for chow lines to make sure the unit stays secured unless they're -- I have line movement.

Q.   Were you actually posted inside B Cell House?

A.   Yes, I was.

Q.   And you had an office in there?

A.   Yes, ma'am.

Q.   What time did you report to work that day?

A.   Usually I came in between 5:15 and 5:30. Shift starts at 5:45.

Q.   What time does shift usually end?

A.   6:00 p.m.

Q.   Why don't -- can you walk me through what you remember from that day from the moment when you realized that there was an incident in A Cell House happening?

A.   There was a radio call for a fire in A, Adam.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

I ordered my sergeant of B, boy, to open up the front door because I don't have the front door key.  She ran over to the front door, opened the front door.

I stepped out, at which time I met Lieutenant Koen and Lieutenant Jones.  As we were all heading up to A Cell House, the closer we got, the more smoke we seen coming out of the window.  As soon as we got into A Cell House, I asked where it was at.  They said 200 North. At that time, myself and Lieutenant Koen ran straight up there. When we got there, the cell was pretty well engulfed in flames.  Officer Crockett and Officer Cross were there trying to get the fire out and get the cell door unlocked to pull Mr. Smith out.  They were using a water extinguisher at that point.  It wasn't working. I called for the powdered ABC extinguisher to come up there.

Once it arrived, I was able to -- myself and Officer Crockett were able to get the flames down enough to where Lieutenant Koen could safely unlock the door.

Once we got the cell door unlocked, myself and Lieutenant Koen and one of the offender firefighters pulled Mr. Smith out.  I immediately called a Signal 3000 due to Mr. Smith's condition, which is our medical emergency.  I then ordered the 200 range to be evacuated due to the heat and the smoke on the range.  And as the smoke started filtering up in the unit, I ordered for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

the entire north side to be evacuated, which it was, at which point the nurses arrived on unit.  Myself, Lieutenant Koen, and the offender firefighter put Mr. Smith -- excuse me, put Mr. Smith on a medical gurney and carried him down to the 100 range and placed him on a medical gurney.  And myself and Lieutenant Koen rushed him to the custody hall to meet EMS.

Q.    Is that everything you remember from that day?

A.    Yes.

Q.    I'm going to back up a little bit.  Just, kind of, go through it a little bit slower.  So what were you doing when you heard the -- is it -- I'm sorry, is it a 1070 or 1071?

A.    1071.

Q.    1071.  So what were you doing when you heard the 1071 called?

A.    I was in my office doing reports.

Q.    So you got up, you immediately went to your sergeant and asked her to open up the door so you could leave the cell?

A.    I didn't go -- I'm sorry.  I didn't immediately go to her as I was coming up -- or out of my office.  I yelled, which I have a very loud voice, and it carries very far, and she heard me, and she ran to the door and met me at the door.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

Q.   Okay.  I see.  Okay.  So you sort of headed straight for the door from your office and yelled for her, and she came down and got you out?

A.   Correct.

Q.   Okay.  And only one person in each cell house has the front door keys; is that right?

A.   Correct.

Q.   Okay.  Is there a backup set of keys if you needed it for the cell?

A.   Yes.

Q.   Yes.  And where is that?

A.   It's in a control room at the Indiana State Prison.

Q.   Okay.  And that's not in the cell house, that's outside of the cell house?

A.   Correct.

Q.   So there's no backup keys inside the cell house if you needed another set to leave?

A.   No, ma'am.

Q.   Okay.  So you head to the door, she lets you out, and do you immediately see Lieutenant Jones and Lieutenant Koen?  I'm sorry.

A.   Yes.

Q.   Okay.

A.   All three of us met right there.  As I was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

22

walking out of B, they were coming out of the custody hall.

Q.   Okay.  And B comes right out into the custody hall, right?

A.   Right next to the custody hall.  Correct.

Q.   Okay.  And about how long does it take you to get from B to A Cell House?

A.   Less than a minute.

Q.   Okay.  It's pretty close, right?

A.   Yes.

Q.   Is B next to A?

A.   No.  It's --

Q.   Okay.

A.   -- less than a -- less than a football field apart.

Q.   Okay.  And were you all running, walking?

A.   Yes.

Q.   Running?

A.   Yes.

Q.   And you could see -- you said that you could see smoke before you got to A Cell House, correct?

A.   Correct.  Once we got past the chapel, we could see the smoke coming from the -- one of the windows in A Cell House.

Q.   Okay.  Was there a lot of smoke?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

23

A.   Yeah.  It wasn't from a lot of areas, but it was coming from one concentrated area.  Yes.

Q.   Okay.  So a good amount of smoke coming from one concentrated area?

A.   Yes.

Q.   Could you smell it?

A.   I -- my sense of smell is not great because I've had multiple surgeries on my nose.  At that point, I could not smell it.  No.

Q.   Could you hear the fire alarm or yelling or anything like that before you got to A Cell House?

A.   I heard the fire alarm for A, yes.

Q.   Okay.

A.   As we got closer, yes, I did hear the fire alarm.

Q.   Okay.  And when the fire alarm goes off in A, it doesn't go off in the whole facility, right?

A.   No.

Q.   Is there anywhere else that you can see or hear that the fire alarm has gone off in A Cell House?  Does it show up on a dashboard or -- could you hear yelling, anything like that as you got closer?

A.   As I got closer, yes.

Q.   Was there a lot of yelling when you got closer?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

24

A.   Yes.

Q.   What kind of things did you hear being yelled?

A.   Honestly, I really don't remember what all was said.  I was more singularly focused on trying to get to that cell to do my job.  So I really -- they could have been saying the moon is bright and I wouldn't have understood them.

Q.   Okay.  But there was a lot of yelling?  It was a lot of prisoners that were yelling?

A.   A lot of noise, yes.

Q.   Okay.  And people in their cells in the cell house were yelling?

A.   Correct.

Q.   Had anybody -- had any incarcerated individuals been released at the point that you got to the cell house?

A.   No.

Q.   When you got to A Cell House, were you still with both Koen and Jones?

A.   Yes.

Q.   Was the door open when you got there?

A.   Yes, I believe so.

Q.   Was there anybody at the door waiting?

A.   Sergeant Walton.

Q.   Okay.  And what did -- did you have any

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

exchange with her?  Did she say anything?

A.    Yeah.  I asked her where it was at, and she said 200 North.

Q.    Okay.  And so I think you said Koen ran up ahead fast; is that right?

A.    Me and him got on the range at the same time.

Q.    Oh, okay.  All right.  And what about Jones? Where did Jones go?

A.    I don't know.  I think she was trying to get with the sergeant to -- if we needed to start doing evacuation procedures, getting keys and stuff.

Q.    Okay.  And did you see -- do -- are you familiar with Lieutenant Nadine Smith?

A.    Yes.

Q.    Did you see her at any point when you got to the cell house?

A.    No, I did not.

Q.    Okay.  And so you got up to the range with Koen.  And what did you see when you got up to the 200 range?

A.    When we got to the range, I seen flames, kind of, shooting out of the cell.  I seen Officer Crockett and Officer Cross trying to unlock the door, trying to get the -- offender Smith's cell door open.  They were having difficulties because of the intense heat and the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025
26

flames that kept coming out of the cell.

Q.   Were there any fire extinguishers that were being used at that time?

A.   Yes.  They were using a water extinguisher at that point.

Q.   Okay.  Did you see any of the -- there's two types of extinguishers, right?

A.   Correct.

Q.   What is the other type of extinguisher?

A.   The ABC extinguisher.

Q.   And did you see any of those being used or up on the range?

A.   Not at that point, no.

Q.   When you saw Officer Crockett, Officer Cross, did you see anybody else out on the range?

A.   No, I did not.  Or I don't recall.

Q.   When you got up to the range, did you see Mr. Smith?

A.   He was laying in front of his door.

Q.   Was he responsive or moving?

A.   No and no.

Q.   You were one of the QRT first responders that day, right?

A.   Correct.

Q.   Okay.  And there were four of you, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

A.   Correct.

Q.   Who were the four first responders?

A.   I was the number one, Lieutenant Koen, Lieutenant Jones.  I'm wanting to say it might have been Officer Crockett, but I'm not 100 percent sure.

Q.   Is it -- I think from the records, it was Sergeant Lee.  Does that sound correct?

A.   Yes.  Yes.  It was Sergeant Lee.  He was on PDR.

Q.   Okay.  So it was you -- you were in charge of the team; is that right?

A.   Correct.

Q.   Okay.  And so what does it mean for you to be in charge of the team?

A.   It means I call, notify the shift supervisor of what's going on, make any pertinent emergency decisions that need to be made at that -- at that point in time.

Q.   Okay.  So you're, sort of, in charge of directing the emergency response; is that fair?

A.   Yes.

Q.   Okay.  Did you radio Captain McCann or anyone at any point to update them on what was going on?

A.   Yes.

Q.   At what point did you radio McCann or other

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

staff?

A.   As soon as we got up to the cell, I was requesting the offender fire brigade.

Q.   Okay.  And do you know whether they had already been requested at that point or were you the first one to request them?

A.   I don't know.  I know when the fire alarm was going off and then we were running over to A, that I seen some of the offenders start -- or some of the offender fire brigade gathering in front of the fire station.

Q.   Okay.  But there were no firefighters in A Cell House when you arrived, right?

A.   No.

Q.   Did you communicate any other information or ask any other information over the radio?

A.   Yeah.  I asked for somebody to bring me the ABC fire extinguisher so I could get the fire knocked down so we can get the door unlocked.

Q.   Okay.  And you asked for that over the radio?

A.   Yes.

Q.   Do you know where the ABC fire extinguishers were kept at that time?

A.   No, I do not.  I'm wanting to -- I believe they were kept in front of the midway at that point, but

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

I'm not 100 percent sure on that.

Q.    And when you say the front of the midway, what does that mean?

A.    In between the two ranges and the front of the block.

Q.    I see.  So when you go up the stairs, at the end there's like a little area where there's, like, a key or a, you know -- the cell lock buttons and things like that, right?

A.    It's where the box is, yes, to unroll the bar or roll the bar or whatever, yes.  But it was in between those two.  There's what they -- some people refer to it as a pipe chase or it's basically the access to the back of the cells if you got to fix their toilets or whatever.

Q.    Okay.  And so you think the fire extinguishers were there?

A.    I believe, yes.  I'm not 100 percent sure on that, though.

Q.    Okay.  And you didn't bring any fire extinguishers with you to the fire?

A.    No, ma'am.

Q.    Did Lieutenant Koen or Lieutenant Jones bring any fire extinguishers?

A.    No.  I believe Lieutenant Jones is actually

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

the one that ran me up the ABC fire extinguisher.

Q.    And that was you called for it over the radio?

A.    Right.

Q.    Okay.  You all knew you were responding to a fire, but you didn't grab any fire extinguishers, correct?

A.    When we got on the -- when we got to the area, at that point Officer Cross and Officer Crockett were using the water fire extinguisher.

Q.    Okay.  And just to confirm, you -- none of the three of you brought any fire extinguishers up to the 200 range on your way to respond, correct?

A.    No.  We're going to immediately report to that area.

Q.    Okay.  I'm not sure -- I just want to make sure that I asked that clearly.  So when you say no, you mean correct, you did not bring any fire extinguishers up when you responded to the fire, correct?

A.    No.  We are to report to the area of the fire immediately, or area of the incident.  Once we are there, then we can make what determinations we need to make for what equipment we need then and there.

Q.    Okay.  So when you got up to the range you saw -- you believe you saw Crockett and Cross trying to put out the fire with a water extinguisher, that wasn't



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

really working, correct?

A.   Correct.

Q.   Okay.  And then what happened next?  Did you provide any instruction or did --

A.   I immediately ordered for the ABC fire extinguisher.

Q.   Okay.  And then what happened directly after that?

A.   Lieutenant Jones ran up to the 200 range with the fire extinguisher, the ABC fire extinguisher.

Q.   And how long did that take after you called for the fire extinguisher?

A.   Less than a minute.

Q.   And what all -- what all did you do on the range while you were waiting for the fire extinguisher?

A.   I used one of the water extinguishers trying to knock the -- some of the fire down so we could get to the lock.  But as soon as I'd hit it with the water extinguisher, it was almost like we'd knock it down a little bit, and then the fires and flames would start right back up.

Q.   And do you know which type of fire extinguisher was the appropriate one to use on that type of fire?

A.   Coming into that area, at that time, I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

wouldn't have known until once I tried the water extinguisher and it didn't work.  I used the ABC because it's the general one.  Sometimes it could be just clothing on fire, which we would use the water extinguisher.  I couldn't see inside the cell due to the flames and everything else going on.  So I made the best judgment call I could at that point and used the water extinguisher.  And when I realized it wasn't working, I'd already had the ABC fire extinguisher en route.

Q.    And do you know -- did you ever receive any training or instruction about when to use the ABC fire extinguisher versus the water fire extinguisher?

A.    It's in our 40-hour training every year.

Q.    Okay.  And what's the difference between the two fire extinguishers?

A.    The ABC is more for -- excuse me, more for, like, electrical fires, chemical fires, stuff along that lines.

Q.    And what's the water fire extinguisher for?

A.    More for natural products, like wood, clothing, cotton, stuff like that.  Cardboard, paper, et cetera.

Q.    And so did you all start trying to unlock the door before Jones arrived with the ABC fire extinguisher?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

33

A.   Yes.

Q.   Okay.

A.   We were trying.

Q.   And were you able to open it before it -- the fire extinguisher arrived?

A.   No.  We weren't able to open it until -- once I got the powder extinguisher, myself and Officer Crockett were able to knock the flames down enough for Lieutenant Koen to pop the door.  And that's when me and Koen grabbed offender Smith out of the cell with the help of the firemen.

Q.   Okay.  So some of the firemen started arriving at some point in between when you got up there and --

A.   Right.

Q.   -- pulled him out?  Do you remember which firemen arrived?

A.   No, I do not offhand.

Q.   And did they have their fire gear on?

A.   Yes, they did.

Q.   Just share what I'll mark as Exhibit 1. This is State 021364.  And again, it'll be Exhibit 1. Can you see that okay, Mr. McCormick?

      (Exhibit 1 was marked for identification.)

A.   Yes.

BY MS. PIERCE:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

34

Q. Okay. Is this the -- this is an IDOC Incident Report, correct?

A. Correct.

Q. Dated 1-14-23?

A. Yep.

Q. Is this the Incident Report that you completed in relation to the fire on January 14, 2023?

A. Yes.

Q. And this is the report that you reviewed in advance of your deposition?

A. Correct.

Q. So I'm just going to read this description of the incident. "On January 14, '23, at approximately 10:58 a.m., a Signal 1071 was called, an ACH. Upon the arrival of the first responders at cell 252, the cell was engulfed in flames. Lieutenant Koen and Officer Crockett tried to get the door unlocked, but the Inmate Smith, Michael -- excuse me, to pull the Inmate Smith, Michael out of his cell, but the flames were too large. Officer Crockett then went and got another fire extinguisher. Myself and Officer Crockett were able to get the flames down enough so that Lieutenant Koen was able to get the cell unlocked. At this time, my order for the 200 North range to be evacuated due to the excessive heat and smoke. As the smoke got worse, I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

then ordered the north side of ACH to be evacuated. We then grabbed Inmate Smith out of the cell. I called a Signal 3000 due to the condition of the individual. Medical arrived on scene.  Me, Lieutenant Koen, and a fireman carried Inmate Smith down to the 100 range, and placed him on the gurney.  Lieutenant Koen and I grabbed the gurney and rushed him to the custody hall to send to the outside hospital.  Once the EMT arrived, they pronounced the inmate deceased.  The Signal 3000 was cleared at 11:18 a.m.  At approximately 2:00 p.m., the scene was cleared so we could get the offenders all back into ACH and secured.  Once the ACH was secured, I and Lieutenant McCormick cleared the Signal 1071 at 3:30 p.m."  Did I read that correctly?

A.    Yes.

Q.    Reading that, do you believe there's any inaccuracies, or anything that needs to be corrected in your Incident Report?

A.    The only thing -- the only difference between what I told you, and the Incident Report, was that Officer Crockett went and got the fire extinguisher, and I said, Lieutenant Jones brought it up.  Officer Crockett met Lieutenant Jones about halfway down the 200 range and grabbed the fire extinguisher.

Q.    Okay.  But as you read -- as you look at this



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

36

Incident Report today, you believe this is a correct summary of what happened during the fire --

A.    Yeah.

Q.    -- correct?  Sorry; is that correct?

A.    Yes.

Q.    Okay, thanks.  Did you complete any other reports related to the fire?

A.    No.

Q.    Did you speak with any investigators or INI in relation to the fire?

A.    Yes.

Q.    And when did you speak with INI?

A.    When they arrived at the facility, myself and Lieutenant Koen were stationed with INI Smith's body in the Indiana, or Hoosier Room.  Sorry.

Q.    Okay.  So you and Lieutenant Koen were stationed with Mr. Smith's body in the Hoosier Room when INI arrived?

A.    Correct.

Q.    Okay.  And did they ask you any questions about what happened?

A.    I believe so, but that was so long ago, I wouldn't have remembered what questions they asked.

Q.    Okay.  But you didn't do a full sit-down interview with INI, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

37

A.   No.

Q.   Okay.  So to the extent you provided any information to INI, it was while you were stationed with the body when they arrived, if they asked you any questions about what happened, right?

A.   Correct.

Q.   Okay.  But you don't remember any questions they asked you and you're not positive that you talked to them about the fire?

A.   I know I talked to them about the fire, but I don't remember what questions they had asked me.

Q.   Do you know how long you spoke with them?

A.   It was only a few minutes because they had the State Fire Investigators there, too.

Q.   Okay.  Was there anyone else in the room with INI, and you, and Lieutenant Koen?

A.   The State Fire Marshal, I think it was or a fire investigator.

Q.   Okay.  So fair to say you were some of the first people they spoke to when they were trying to figure out what had happened, right?

A.   Correct.

Q.   Okay.  And you never filled out any statements or anything like that for INI?

A.   No, ma'am.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

Q.   Did any of the administrators like the warden or deputy warden ever come and ask you questions and -- about the fire?

A.   No, ma'am.

Q.   Did any administrators from IDOC come and speak to you about the fire?

A.   No, ma'am.

Q.   Did any of the incarcerated individuals come and speak to you about what happened during the fire, afterward?

A.   Not that I recall.

Q.   Do you know whether or not the incarcerated individuals were upset about the response to the fire?

A.   No.

Q.   Did you speak with the QRT team after the fire, about the response to the fire?

A.   No, I did not.

Q.   Did you speak with any of the individuals stationed in A Cell House about the response to the fire?

A.   No, I did not.

Q.   At any time, did you speak with Captain McCann about the response to the fire?

A.   Only when I gave him my Incident Report.

Q.   Okay.  So you filled out your Incident Report



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

and gave it to McCann and said, here's my Incident Report; is that right?

A.   Correct.

Q.   Okay.  Did you have any further conversation about the response to the fire at that time?

A.   Nope.

Q.   Did you yourself do any review of the incident, or any assessment of whether staff complied with policy when they responded to the fire?

A.   You always run the incidents back in your head, see what you could do better, what could be done quicker, what can happen here or there, or what needed to improve, what didn't need to improve.  But as far as doing -- I did the best job that I could that day.

Q.   Do you think there was anything that should have been done differently in response to the fire either by yourself or anyone else?

A.   The only thing different I would've said was the -- maybe would have been had the powdered extinguisher with them at that point be -- as they were starting to first put the fire out, but they didn't know what kind of fire it was.  So it was best for them to start with the water extinguisher.  So outside of that -- that would've been the only difference.

Q.   Do you know if any changes were implemented at



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

40

Indiana State Prison in response to this fire?  Policy or training changes, any -- anything like that?

A.   Yes.  They began to limit the allowed property in their cells.

Q.   In what -- in what way did they limit the property allowed in inmate cells?

A.   They made them cut down quite a bit of their property because a lot -- several of the offenders had large amounts of property in their cell, and they started -- I think we did a mass -- or not a mass. There was a shake down within the year where we went through and condensed a lot of their property.  They were all given notice, you know, that they were needing to send some of their excess property and that they needed to fit their property in a metal box that they were given.

Q.   Anything else that was done?

A.   Not to my knowledge, no.

Q.   And do you know why that was done to decrease property?  Was there some assessment done that excessive property contributed to the fire?

A.   It could have been one of the reasons, yes.

Q.   Do you know whether that assessment was ever made or that conclusion was ever made?

A.   I have no idea.

Q.   And you said they were -- the incarcerated

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

41

individuals were told they needed to be able to fit their property in a box that they were given.  Was there any other restriction or rule about what property they could have in their cells that was changed?

A.    Not that I'm aware of.

Q.    Were fires pretty common at Indiana State Prison?

A.    I've been with the department 25 years, that was the third major fire in my time there, so I would say no.

Q.    What were the other two major fires?

A.    There was the fire and B Cell House.  I think it was 2016, 2017.  And before that, there was one in like 2005 in D, David, 2004, somewhere in there.

Q.    Okay.  Were there other fires that you would categorize as not major fires that happened?

A.    Yes.

Q.    And how often did those happen?

A.    It's hard to say.  Depending on what unit you were on.  Sometimes, you could have one, two or three fires in a day, or you could go months without one. It would depend on, you know, if the offenders were upset over something and they decided to let a roll -- light a roll of toilet paper on fire and set it on the range.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

42

Q.   Okay.  So one of the causes of fires was prisoners setting them themselves, correct?

A.   Correct.

Q.   What other causes of fires were there at Indiana State Prison?

A.   Those were the main ones.  It was usually either that or altered equipment that they had in their cell that they altered themselves.

Q.   Okay.  So altered electrical equipment caused fires at some time -- at points?

A.   Yes.

Q.   Did hot pots ever catch on fire?

A.   Yes.  That was actually what happened with that fire in, I'm wanting to say it was '03, '04 in D, David.  The offender had a -- a jerry-rigged hot pot, and it caught on fire out -- because he had it sitting on top of his legal work, and it caught on fire. And that's what happened with that.

Q.   Was he badly injured?

A.   He -- yes.  He was badly injured and ended up dying from the -- the incident.

Q.   He did, okay.  Did he die at the prison or later at the hospital?

A.   Later at the hospital.

Q.   Were you on duty that day?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

43

A. No, ma'am, I wasn't. I was called in to take the trip.

Q. What does that mean?

A. They called me from home because I only -- at that point, I only lived a few blocks from the facility and asked me to come in because the offender was being transferred, Life Flighted to Chicago. I couldn't -- one of the hospitals in Chicago. I don't remember exactly which one, and they knew -- they wanted me to, along with another officer, go there and sit on the offender until -- sorry. It's what our normal policy is, is when an offender goes out on a trip.

Q. I see. Okay. So they wanted you to accompany him to the hospital basically?

A. Correct.

Q. Is it possible that there were other significant fires over the years that you just were not a -- aware of?

A. None that I recall.

Q. Do you know whether any other prisoners have been injured and in fires or had issues with smoke inhalation during -- in fires at Indiana State Prison?

A. The only one -- besides that one in D, Mr. Smith, and then the guy in B boy that died from the injuries, no, I haven't heard of any other -- any other

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

44

issues.

Q.   The fire you're talking about in B Cell House, I believe that was the 2017 fire that killed Joshua Devine, correct?

A.   Correct.

Q.   Did you know Mr. Devine?

A.   What?

Q.   I'm sorry.  Did you know Mr. Devine, before his death?

A.   Yes.  I had him on one of my units.

Q.   So you knew him personally?

A.   No, not personally.  I knew him as a -- his lieutenant of his unit.

Q.   Were you present at the time that Mr. Devine was killed?

A.   No, ma'am.

Q.   Were you involved in any reviews of the death that killed Mr. Devine?

A.   No, ma'am.

Q.   Was any action taken at Indiana State Prison in response to the fire?  For example, changes in policies or changing -- changes in training?

A.   I do not know for sure exactly what all was changed.  I don't remember, it was very -- a -- sorry.  It was a while ago.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

Q.   Do you remember if any changes were made?

A.   I believe they started once again with the knocking the property back down.

Q.   But you can't remember any other changes that were implemented --

A.   No.

Q.   -- correct?  Sorry.

A.   And oh, wait.  That's when they did put the extinguishers in the front of the midways on all the units, so that way they'd be readily available.

Q.   Okay.  So you believe that happened sometime after Mr. Devine's death?

A.   Correct.

Q.   Okay.  Any other changes that you can recall?

A.   No, ma'am.

Q.   Did you speak with any of the prisoner firefighters after either the death of Joshua Devine or Mr. Smith?

A.   Offender Devine, no.  I was off.  I was on vacation that week.  The offender, I can't remember his name, that was up there with me and Lieutenant Koen, when we pulled the offender, Mr. Smith, out of his cell. I do remember speaking to him, but it was only to give him instructions on what we needed him to do.

Q.   Okay.  So did you have any conversation with

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

him after the fire about the response to the fire?

A.   Not about the response to the fire, I just wanted to make sure he was okay.

Q.   All right, I'm going to share Exhibit 2.  This is State 011475 to State 011476.  Okay.  This is what's titled as a Critical Incident Debriefing from February 21, 2023.  Have you ever seen a -- an -- a document like this before?

(Exhibit 2 was marked for identification.)

A.   Document itself no, but I do recall being at the debriefing.

BY MS. PIERCE:

Q.   Okay.  And debriefings are meetings to talk about major incidents that happened at the facility, correct?

A.   Correct.

Q.   Okay.  And those are -- happen pretty regularly whenever there's a significant incident, correct?

A.   Correct.

Q.   Okay.  Have you participated in debriefings before this one?

A.   Yes.

Q.   Okay.  And it says here, staff in attendance, your name is listed.  So you do -- you do recall

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

participating in this debriefing, correct?

A. Correct.

Q. Do you know how long this debriefing lasted?

A. No, ma'am.

Q. Would you say half an hour? Less than half an hour? More than half an hour?

A. To be honest with you, it was so long ago, ma'am, I do not remember how long it would've been.

Q. Okay.

A. It could have been -- sometimes they go as quickly as 10 minutes, and other times they can go up to an hour. This specific incident, I have no recollection of how long we were up there.

Q. And where did the debriefing take place?

A. The Indiana Room.

Q. Is that the Hoosier Room, the same room you were referring to?

A. No.

Q. Oh.

A. It's a different room. It's on the second floor of the admin building here.

Q. Okay. And I -- did you make any recommendations or offer any viewpoints about how the response to the fire happened?

A. No, I did not.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

Q.    Do you recall whether other people provided recommendations or concerns about the response to the fire?

A.    Not that I'm aware of.

Q.    Do you remember what was discussed at the debriefing?

A.    What all had transpired, what actions were taken.

Q.    Did you speak at the debriefing?

A.    Once again, it was so long ago.  I'm not sure if I did or didn't, but I'm almost sure I would've. I would've had to give my account of the incident from my point of view.

Q.    So basically, everyone is supposed to provide some information about their response to the incident, correct?

A.    Correct.

Q.    Now look down at factor 2, it says factors -- sorry.  Sorry.  Point 2, factors that may have contributed.  Paint on the cell wall, curtain hanging in cell trapped smoke, fire intensity, escalated quickly. Do you recall these factors being discussed?

A.    If it's on there, I'm sure it happened.

Q.    Okay.  But you don't have any memory of those factors being discussed?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

A.   No, ma'am.

Q.   Do you know whether curtains were hanging up in the -- that area of the cellhouse at the time?

A.   I'm sure the offender had a homemade curtain up, yes.

Q.   When you say you're sure that he did, why do you say that?

A.   Because you could see part of the string hanging from the -- in front of the cell when we got there with -- with the flame and stuff.

Q.   Was it common for prisoners at that time to have curtains up?

A.   Yes.

Q.   Were there any issues with enforcing the policy that prohibited them from having curtains up?

A.   Staff were enforcing it.  They were -- offenders were being wrote up.

Q.   I'm going to look down at Point 7, it says, "Critique of decisions made."  It says, "Appropriate decisions were made by shift supervisors, sergeants, and officers involved."  Do you remember there being any discussion of things that could have been done better to respond to the fire?

A.   No, ma'am.

Q.   Point 8 says, "Factors or conditions which



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

still exist, and which could result in a similar incident." It says, "Excess incarcerated individual property damaged outlets." Did I read that correctly?

A. Yes.

Q. Was there a problem with damaged outlets at Indiana State Prison?

A. Yes.

Q. Is that a common issue?

A. Oh, well, that's one of the ways the offenders light their cigarettes -- their homemade cigarettes and one of the ways that they can start fires themselves, yes.

Q. Was anything done to make sure that damage -- that outlets were being inspected regularly?

A. Yes.

Q. When were they supposed to be inspected?

A. Anytime an offender moves in or out of the cell.

Q. Any other time?

A. No, not that I'm aware of.

Q. Did you ever see electrical outlets or other electrical equipment sparking?

A. If I did, I would've had the offender moved immediately and called maintenance in to fix that cell.

Q. And do you recall ever seeing things like that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

while you've worked at Indiana State Prison?

A.   I have been here a long time.  I'm sure it's happened a time or two, yes.

Q.   Point 10, it says, "Recommendations for plans of improvement."  It says, "One ABC and one water foam extinguisher will be installed on each range."  Did I read that correctly?

A.   Yes.

Q.   So does that refresh your recollection at all about when fire extinguishers were installed on the ranges?

A.   Yeah, actually, yes.

Q.   Okay.  So when did that happen?

A.   It was after this fire, I believe.

Q.   Okay.  So prior to this fire, they were not installed on the range, it was changed in response to this 2023 --

A.   They weren't installed on every range.  They were on like every other range, I think, in the front.

Q.   Okay.  And then 0.2, "Excess property, homemade electrical items are being confiscated," did I read that correctly?

A.   Correct.

Q.   Was there an issue with -- oh, sorry.  I think something's echoing.  Let me try again.  Can you hear me

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

52

okay now?

A. Yes.

Q. Okay. Was there an issue with homemade electrical items not being confiscated?

A. Not that I'm aware of. Anytime I saw it, I confiscated them.

Q. It says, the next three points, "More staff training on use of extinguishers. Staff are to call a signal for fire department right away and staff are to inspect outlets." Do you remember any additional training or instruction that was provided in relation to these points after the fire?

A. No, I do not.

Q. Anything else that you recall from that debriefing that we haven't discussed here?

A. No.

Q. Do you remember any concerns about fire safety or fire response being raised at the debriefing?

A. They just wanted to make sure that the staff were okay. The offender of fire department -- the offender firefighters were fine. Make sure that we were both mentally and physically okay. They did have CISM come and speak to all the first responders, and I do believe that the offender fire brigade, some of them went and spoke to mental health if they were having any

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

issues or whatever, dealing with the aftermath of the fire.

Q.   What is CISM?

A.   Critical Incident Stress Management team.

Q.   Anything else that you recall?

A.   No, ma'am.

Q.   When a -- and I'm talking about 2023, when a 1070 or 1071 is called, are firefighters supposed to be released immediately --

A.   Yeah.

Q.   -- to respond to the fire or is there supposed to be a separate call for firefighters to be released?

A.   They're to be released immediately to report to the fire station.

Q.   Do you know whether there was any concerns at that time about firefighters being released immediately in response to a fire?

A.   Not that I was aware of.  I said in my statement earlier that as we were running over to A Cell House, I seen some of the offender fire brigade in front of the fire station then.

Q.   As a lieutenant in 2023, did you have any responsibility for conducting inspections of the cell houses?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

54

Q.   And what was your responsibility with regard to inspections?

A.   It was just a general cell house inspection of like, are the floors wet?  Is there any mice, vermin? Overall condition of the cell house?

Q.   When were you supposed to do those types of inspection?

A.   We do them weekly.

Q.   Okay.  And when those weekly inspections are done, is there any inspection that's done inside the individual cells?

A.   Usually the individual cells don't get inspected until they either move in or move out.

Q.   Okay.  Besides the weekly inspection, are there any other inspections that were done on the cell houses that you're aware of?

A.   They do the -- monthly inspections to go check the midways, make sure that they're clean of debris and/or any garbage or make sure there's no loose anything in the midways.  Outside of that, no.

Q.   And who's responsible for doing those monthly inspections?

A.   The cell house lieutenant or sergeant.

Q.   And just to confirm again, the midway is the area when you go up and down.  The ranges, it's that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

55

area in front of the range, right?

A.   No.

Q.   No?

A.   It's the -- it's in the middle.  You have range on say 300 North and then you have 300 South. It's the area in -- in the middle where basically all their plumbing pipes and their cable lines are ran into that way.

Q.   Okay.  So it's the area in between the north and the south side of the range, correct?

A.   Right.

Q.   Okay.  And are prisoners generally allowed in that midway area or is that staff only?

A.   It's staff only.  The only time offenders are allowed in there is when they're being escorted by either a maintenance foreman or a -- a -- a staff member.

MS. PIERCE:  All right.  We've been going for a little over an hour.  Let's take a five-minute break. Come back.

THE WITNESS:  Okay.

THE REPORTER:  We're off the record and the time is 11:09.

(A recess was taken.)

THE REPORTER:  We are back on the record for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

the deposition of Vincent McCormick, being conducted by video conference.  My name is Sydney Little. Today is March 20, 2025.  The time is 11:16 a.m. Central.

BY MS. PIERCE:

Q.   Okay.  I'm going to share with you what I'll mark as Exhibit 3.  This is 69 -- State 006971.  This is an Incident Report from 11-11-2018, correct?

(Exhibit 3 was marked for identification.)

A.   Yes.

BY MS. PIERCE:

Q.   Okay.  And you're listed as one of the employees involved in responding to this incident, correct?  Up in the top-right?

A.   I'm listed on there, but if I remember right, I wasn't involved directly in this.  I was one of the supervisors that did the report, if I remember right. I don't -- I remember the incident, but I don't remember being physically involved.  Unless you have a copy of my Incident Report with it.

Q.   Okay.  But you do recall this incident, correct?

A.   Vaguely, yes.

Q.   Okay.  So it looks like from the description of the incident that in A Cell House on the 100 North

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

57

range, a prisoner's fan caught on fire while he was sleeping; is that right?

A.    Yes, I believe so.

Q.    Okay.  And a 1071 was called; is that right?

A.    Correct.

Q.    And the fire department had to bring in big fans to clear out all the smoke afterwards?

A.    Correct.

Q.    Do you remember seeing this fire?

A.    No.

Q.    Okay.  Did you remember any debrief about this fire?

A.    No.

Q.    Would you classify this as a significant fire?

A.    Yes.

Q.    Okay.

A.    But luckily nobody was seriously injured or hurt, including the offender.

Q.    Okay.  So when you testified earlier that there were only three significant fires that you can recall happening during your tenure, there's other fires -- other significant fires that actually happened, correct?

A.    The only thing I consider significant is if somebody perishes during the incident.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

Q.   Okay.  So there were other -- so you would -- you would classify a fire as significant if somebody perishes during the incident, correct?

A.   Correct.  Or somebody seriously injured.

Q.   Okay.  How often would fires like this occur where somebody wasn't seriously injured?

A.   I have no idea.  I -- I mean, it can happen any time, any place, especially sometimes when the offenders have their fans, -- or altered, or using homemade outlets, or anything like that.  Honestly, I couldn't tell you.

Q.   Okay.  But anybody who worked at Indiana State Prison would know there was a risk that a fire could break out at any time in a cell, correct?

A.   Ma'am, a risk could happen at your own home, so yes.

Q.   Well, fires were happening with some regularity at the prison, right?

A.   No.

Q.   Well, you said that on a given day, there could be several fires in a day, right?

A.   And most of them sometimes were start -- most of the time were started by other offenders.

Q.   Okay.  But you were aware that it did happen that cells were -- fires were starting inside locked

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

59

cells, like this one here in November 2018, right?

A.    It's happened.

Q.    Okay.  So you were aware that that had happened more than once during your tenure?

A.    Correct.

Q.    Okay.  And other staff who worked at Indiana State Prison would've been aware about these fires happening as well, correct?

A.    Correct.

MS. SAWYER:  Objection to the form.  But again, you can answer.

THE WITNESS:  I'm sorry?

MS. SAWYER:  If you said -- no, you're okay.

BY MS. PIERCE:

Q.    You said correct, right?

A.    Yes.

Q.    Okay.  And incidents like fires were discussed among staff and staff were told about these fires, correct?

A.    What do you mean discussed with staff?

Q.    Sure.  So you know, at morning debriefs, were people made aware of incidents like fires that had happened the day before?

A.    There's -- during a roll call, the incidents from the night before are read off to the staff, yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

Q.   Okay.  So incidents like fires would've been told to staff the next morning during roll call, correct?

A.   Correct.

Q.   Okay.  If a fire starts in a prisoner's locked cell, that poses a significant risk to the prisoner, right?

MS. SAWYER:  I'm going -- again, object to the form, but please answer.

THE WITNESS:  Yes.  It could.

BY MS. PIERCE:

Q.   And prisoners are reliant on you to let them out of their cell when there's a fire, right?

A.   Correct.

Q.   Is there any way that prisoners are supposed to communicate to you if a fire breaks out in their cell, in the cell house?

A.   If there's a fire that breaks out in the cell house, you'll hear them banging, yelling, screaming, you'll smell the smoke.

Q.   Okay.  So whenever a fire happens, people start yelling pretty quickly to let you know that somebody --

A.   Correct.

Q.   -- needs to respond?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

A.   Correct.

Q.   And if somebody realizes there's a fire, does usually everybody in the cell house start joining in to yell to get staff's attention?

A.   Yes.  If staff haven't noticed it already.

Q.   Okay.  And it gets pretty loud when they start yelling to let you know there's an issue?

A.   Yes.

Q.   I'm going to stop sharing that.  I'm going to share with you what I'll mark as Exhibit 4.  This is -- wait, this is State 0084622 to State 008463.  All right. This is an Incident Report from May 8, 2022. It does not list that you've been involved, but this is related to a fire that occurred in D Cell House relating to a prisoner named Filzen.  Are you familiar with this prisoner?

(Exhibit 4 was marked for identification.)

A.   No.

BY MS. PIERCE:

Q.   I'll just go ahead and read the incident description.  "On May 8, 2022, at approximately 7:51 a.m., Officer Tawney and Sergeant R. Arnold were running offenders out for recreation when they heard yelling from the west side of the cell house.  Upon reaching the 400 west range, they observed smokes and --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

62

smoke and flames coming from cell 433W, which is occupied by offender Filzen Korrtel, 190610.  Offender Filzen was at the front of his cell.  He was immediately placed in restraints and removed from his cell.  He was then escorted to MSU for treatment.  The fire was put out by DCH staff and the offender fire battalion.  R.N., T. Turner requested an ambulance due to burns on offender Filzen's left arm, back, face, neck, and groin area. Also, his oxygen level was low.  A trip team consisting of number one, Officer C. Smith and number two, Officer C. Camp was assembled.  EMTs on ground at 8:16 a.m. and off grounds en route to Franciscan Health ER in Michigan City.  Warden Neal was contacted concerning the incident.  I&I, Mr. Lessner was contacted and will report to the facility, as well as safety manager, D. Taylor.  The 400 western DCH will be considered a crime scene until released by I&I. The crime scene log is being maintained.  Trip officer, C. Smith, advised that offender Filzen will be airlifted to Lutheran Hospital Burn Center in Fort Wayne." Did I read that correctly?

A.   Yes.

Q.   Are you familiar with this incident?

A.   No, ma'am.

Q.   Okay.  This -- would you consider this a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

significant fire?

A.   Well, the offender was hurt, so yes.

Q.   Okay.  So there were other significant fires where offenders were hurt, besides the ones you've described to me, correct?

A.   Well, you have evidence of it right here, yes.

Q.   Okay.

A.   I believe at this time of this incident, I was out with the knee surgery, so I wasn't even at work or would've been made aware of it.

Q.   Okay.  I want to go back just to Exhibit 3 quickly, which is the fire incident where the fan caught on fire.  When I was asking you about this incident, you said, you know, fires happened when people jerry-rigged equipment and things like that.  Do you have any reason -- do you -- do you know whether or not any alterations were done to the fan or electrical equipment, in relation to this fire?

A.   I do believe so.  On this cell specifically, he had altered his fan and that was what caused it to catch on fire.

Q.   And how do you know that?

A.   One, if I recall right, I do remember seeing the fan and that's also what the -- the offender had told us when he came out of the -- or when he came out



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

of the cells, what he had told Sergeant Florer, I believe, but I'm not a 100 percent sure. That was a while ago and I don't really even remember the incident.

Q. Is that written anywhere here in the Incident Report that the fire -- that the fan was altered?

A. Not on this one, but it would've been on any of the other ones that was with it.

Q. Let's stop sharing. I'm going to share what I'll mark as Exhibit 5. This is State 006463. This is the maintenance, correct -- request, correct?

(Exhibit 5 was marked for identification.)

A. Yes.

BY MS. PIERCE:

Q. Okay. And this was filled out by you on February 21, 2023?

A. Yes.

Q. Okay. And it says that -- in request description it says, "B503, light fixture is shooting out sparks. Vincent McCormick."

A. Correct.

Q. Do you recall this light fixture shooting out sparks?

A. I don't recall it, but evidently, I put the -- the work order in and as soon as I was made aware of it, I put the work order in and moved the offender out of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

65

the area until I could get that cell fixed immediately.

Q.    And is this concerning when you saw sparks shooting out of the light fixture?

A.    Yes.

Q.    Is this something that you had seen multiple occasions?

A.    Not multiple.  Does it happen --

Q.    Did you see sparks?  Sorry, go ahead.

A.    I said, does it happen?  Yeah, it happens from time to time.

Q.    And the priority on here is medium; is that right?

A.    I don't -- does it say medium on here?

Q.    It says up at the top here, it says, "Additional details, priority."  And then the box next to that says, "Medium."

A.    I see it.  This cell in particular, I do remember because I actually had -- as soon as I was made aware of it by the offender from that cell, I had Mr. Reynolds in the cell house, and I believe he fixed it that same day.

Q.    Okay.  Do you know why you put that as medium priority?

A.    I didn't put that as medium.

Q.    Who filled out this form?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

A.   The only area I filled out or I put in a request, an e-mail request, stating that the 503 light fixture is shooting out sparks.  I believe somebody in our maintenance department would've done that, filled out the form or put it into their system.

Q.   Okay.  So somebody else decided that the priority on this was medium?

A.   Correct.

Q.   All right.  I am going to share what I'm going to mark as Exhibit 6.  And this is State 006478.  This is another maintenance request from B Cell House. And it's from -- or excuse me, June 7, 2023.  It says, "B210," and then light fixture is crossed out and outlet is handwritten.  It said, "Is making sparks" and then, "Vincent McCormick."  Did I read that correctly?

(Exhibit 6 was marked for identification.)

A.   Yes.

BY MS. PIERCE:

Q.   Okay.  Do you recall this outlet sparking?

A.   The specific 210?  Not specifically, no.

Q.   And at this point in 2023, were you regularly assigned to B Cell House?

A.   Yes.

Q.   Okay.  So did you fill out multiple maintenance requests in 2023 relating to sparking

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

67

outlets or light fixtures?

A.    I think there would've been -- I -- honestly, I don't know.  I don't have the log in front of me where I was keeping track of every work order that I have placed.

Q.    Okay.

A.    I couldn't tell you if I did two dozen or if I only did the two that you found, I -- I don't know.

Q.    Okay.  But you weren't necessarily surprised to see electrical equipment sparking, correct?

A.    No.

Q.    And sparking outlets or electrical -- similar electrical problems happened enough that you don't recall every time that you had to respond to a sparking outlet or electrical equipment, right?

A.    That's not what I said.  I said -- I don't -- I wrote so many work orders in a yearly time, I don't remember which one was for what?  I don't know if -- how many changing of the outlets I would've had to put in or the light fixture doesn't work or anything along them lines.  I -- not a 100 percent sure how many I did that year.

Q.    Okay.  And sparking electrical equipment is dangerous, right?

A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

68

MS. SAWYER:  Objection.

BY MS. PIERCE:

Q.   Especially in cells that are locked where prisoners cannot get out on their own, right?

A.   Yes.

MS. SAWYER:  Objection to the form of these past two questions.  But again, please keep answering.

BY MS. PIERCE:

Q.   Sorry.  And your answer was yes, correct?

A.   Yes.

Q.   And that's because a fire could start in a locked cell from a sparkling -- sparking electrical equipment, correct?

A.   Yes.

Q.   And so sparking -- sparking electrical equipment poses a clear risk to prisoners in their cells, correct?

MS. SAWYER:  Objection as to the form.  But again, please answer after I object.

THE WITNESS:  Yes, it could.

BY MS. PIERCE:

Q.   And you don't, as you sit here today, recall all of the times that you saw sparking electrical outlets or sparking electrical equipment, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

A.    Correct.

Q.    And today we've looked at two examples where you found sparking electrical equipment in B Cell House, correct?

A.    Correct.

Q.    And that was all in 2023, correct?

A.    Correct.

Q.    All right.  Give me one moment.  After the January 14, 2023 fire, did you view any surveillance video of the fire?

A.    I don't recall.  I may have, may not have, I don't know.  Usually when it's -- something big like that happens, especially something that traumatic, I try not to review any of the film footage, because I don't want to have to relive it again, and again, and again --

Q.    I'm going to show you a still, a picture from the surveillance video from the ACH North L5 camera at 10:57:30.  Can you see this okay?

A.    Yes.

Q.    All right.  Do you see here the fire in cell 252?

A.    Yes.

Q.    Okay.  And you see the -- there's a -- an incarcerated individual standing in the front of his cell at 254, and it looks like possibly down at 248 as

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

70

well, 246. Do you see that?

A. Yes.

Q. Okay. And there's a good amount of smoke coming out of cell 252, correct?

A. Correct.

Q. Okay. So based on your experience at Indiana State Prison, if -- with a fire like this, these prisoners would've been yelling pretty loudly for help, correct?

A. Correct.

Q. There's a pretty significant fire happening in cell 252, correct?

A. Correct.

Q. And you would've been able to hear the fire -- the prisoners yelling from any place in the cell house, correct?

A. Correct --

MS. SAWYER: Object --

THE WITNESS: -- plus the fire alarm would've been going off.

BY MS. PIERCE:

Q. Is -- do you have anything that --

MS. SAWYER: Objection as just -- the form of these questions are to -- speculation, again.

Sorry. I'm trying to fit it in. You're going

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

71

kind of fast, but please proceed.

BY MS. PIERCE:

Q.   As you can see here, there's no staff on the range or anywhere visible in the frame, correct?

A.   In the frame, yes.

Q.   Does that concern you, that no staff have yet come up to the range to respond to this fire?

A.   You're asking for a specific time, a specific second.  I don't know when the fire initially started. I don't know what the -- my -- the staff in that unit were doing at that time.  I cannot make that kind of a judgment call.  If you would've been -- that cell been like that for five minutes, how -- heck, even two to three minutes, I'd have been concerned.  But one picture, one still, showing the one time frame, I can't make that judgment call.

Q.   And I'll stop sharing Exhibit 7, and I'll share Exhibit 6 [sic].  All right.  This is a still from the same camera.  The time on this one is 10:56 and zero seconds.  So about a minute-and-a-half. Exactly a minute and a half before the last one.

(Exhibit 7 was marked for identification.)

(Exhibit 8 was marked for identification.)

A.   Okay.

THE REPORTER:  And you said Exhibit 6.  Do you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

72

mean 8?

MS. PIERCE:  I'm sorry.  Yes --

THE REPORTER:  Okay.

MS. PIERCE:  I went from 7 to 6.

THE WITNESS:  Yeah.

MS. PIERCE:  Exhibit 8.  Thank you.  Having trouble counting.

BY MS. PIERCE:

Q.   Can you see this okay, Mr. McCormick?  I can zoom in a bit.

A.   Okay.  Yeah.  I see it.

Q.   Okay.  And you can see the fire in cell 252 pretty clearly, right?

A.   Correct.

Q.   It looks, at this point, to be a pretty big fire, correct?

A.   Yes.

Q.   And there's a good amount of smoke, again, coming out of the top of the cell.  You can see here it's darker, right?

A.   Correct.

Q.   Okay.  So this is a minute and a half before the last photo we looked at.  The person in this cell is in pretty significant danger, correct?

A.   Correct.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

73

Q.   Now that we've looked at both of these photos about a minute and a half apart, do you have concerns that no one was up at the range at a minute and a half after this?

A.   My question is, do you have exactly when the staff arrived at that scene, or do you know that staff weren't en route to that scene at the previous time mark?

Q.   My question is whether or not you have concerns that no one had responded -- had gotten up to the cell within the minute and a half, since the fire was this large?

A.   Well, once again, you're wanting me to speculate on something that I don't have all the information.  I am not going to speculate on that. At a minute and a half -- within a minute, the staff were made -- probably notified, took them probably 30, 40 seconds or so to figure out where it was coming from, and then probably another 20, 30 seconds to get there. So once again, I'm not 100 percent sure when they arrived on-scene and started combating the fire. So say within a minute, minute and a half, them not being in that area, yes, it is concerning that they're not there yet, but I'm not -- I understand why they wouldn't be at that vicinity at that exact second.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

74

Q.   Fires can develop quickly, correct?

A.   Yes --

MS. SAWYER:  Objection as to form. Speculation.

BY MS. PIERCE:

Q.   So it's important to be vigilant in looking out for fires, correct?

A.   Yes.

Q.   And other safety risks as well, like heart attacks, strokes.  Things like that in a locked cell can present a serious problem, correct?

MS. SAWYER:  Objection as to the form.  Please answer.

THE WITNESS:  Oh, okay.  I mean, they're locked in their cells.  Anything could happen, yes.

BY MS. PIERCE:

Q.   Okay.  So it's important to be monitoring the cell house and to respond quickly if an emergency arises, correct?

A.   Correct.

Q.   Were you provided at any time that you've worked at Indiana State Prison about instruction -- with instruction about how to monitor a cell house for emergencies that might arise?

A.   We're to do routine cell house range walks every half hour to 45 minutes, I believe it's a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

75

half-hour, consistently throughout the day.  At that time of the day, they were probably getting ready to do their range walk.

Q.   Anything other than range walks that you've been instructed to do to monitor the cell house for an emergency?

A.   Yeah.  We're -- check and make sure that every cell, there's a living breathing body.

Q.   And that's during your walks, correct?

A.   Correct.

Q.   Anything else that you're instructed to do between rounds to monitor the cell house for an emergency?

A.   Keep your ears open.  Pay attention to your senses.  You know, 9 times out of 10, if you smell something burning, there's something burning.  Or if you hear the offenders yelling in a medical emergency, I mean, half the time it is them just -- some guys up there complaining that he has a hangnail on his finger or something, but you still need to run -- or go up there and check and see what the issue is.

Q.   And that's because if it is a serious emergency, somebody can die if you don't respond quickly, correct?

A.   Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

76

Q.   I know you said you don't have the best sense of smell, but if there's a fire, even a small fire, can you generally smell the smoke anywhere in the cell house?

A.   For the most part, yes.

Q.   All right.  I'm going to show you the same camera still -- or the same -- a still from the same camera.  This time at 10:58 and zero seconds.  So this is two minutes after the last photo we looked at. And this is Exhibit 9, I think, if I can count correctly. Okay.  So again, this is two minutes after the last photo at Exhibit 8.  The fire is substantially bigger at this time, correct?

(Exhibit 9 was marked for identification.)

A.   Correct.

BY MS. PIERCE:

Q.   It looks like flames are coming out of the top of the cell and there's a lot of smoke that's filling in the cell house?

A.   Correct.

Q.   And you can see -- it looks like Mr. Smith at the front of his cell, trying to get away from the fire, correct?

A.   Is that him or is that just his blue jumpsuit in front of the door?  I can't really tell if that's him

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

77

or not.

Q.   Okay.

A.   I'm not -- and I'm sure it is, but I -- I'm not really -- I really can't tell.

Q.   That's fair.  That's fair.  There is no one else visible -- or excuse me.  There's no staff visible at all on the range, correct?

A.   Correct.

Q.   There's no staff visible anywhere in this cell house, correct?

A.   On this picture, yes.

Q.   Do you have concerns that two minutes after the last photo we looked at, no one has yet responded to this fire?

A.   Well, in the exhibit that you showed of my statement, the Signal 1071 was called at 10:58.  So it was the -- at this time here that -- when the signal was called, and they were en route to that area.

Q.   Okay.  And that was because the fire alarm went off, correct?

A.   Between the fire alarm, I'm sure the offenders yelling, that -- I'm sure they saw the smoke.

Q.   Okay.  So by this time, you're sure they would've seen the smoke and hear the offenders yelling, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

78

A.   Correct.

Q.   Okay.  Because the offenders probably have been yelling for quite some time at this point, right?

        MS. SAWYER:  I'm going to object as to the form and speculation.  But please answer.

        THE WITNESS:  I'm sure within a minute or so of it starting, yes, they were yelling.

BY MS. PIERCE:

Q.   Okay.  When a minute or so -- within a minute, right?  I mean, that fire was pretty big at 10:56, right?

        MS. SAWYER:  Again, I'm going to object for the same reasons.

BY MS. PIERCE:

Q.   You can answer.

A.   Oh.  With him having the curtain up, I couldn't really see how big the fire was.  But yes, you could see that there was a fire in the cell.

Q.   Okay.  So around 10:56, you would've heard people yelling, right?

A.   No, not --

        MS. SAWYER:  I'm going to object again, as -- sorry --

        THE WITNESS:  Sorry --

        MS. SAWYER:  As to the speculation, as to this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

whole line of questioning. You're just asking his opinion for something. He wasn't there --

MS. PIERCE: I'm going to ask you not to give speaking objections. If you want to object to form or foundation, you can, but please don't make speaking objections.

MS. SAWYER: Okay. Objection as to the form. Please go ahead and answer.

BY MS. PIERCE:

Q. Around 10:56, with a fire that large, people would've been yelling, correct?

A. Once again, I wasn't there, so I don't know if they were or not. But I'm assuming as -- with the fire in the back, that they might not have even known what was going on at that point.

Q. Well, you're -- as you mentioned earlier, you're relying on fire -- on prisoners in their cells to yell and let you know when there's an emergency, right?

A. Between that and when you're actually doing your rounds, yes.

Q. Okay. And prisoners know that too, right? They know they have to yell to get your attention in an emergency, right?

A. Correct.

Q. And when prisoners realize there's an



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

80

emergency in another cell, they start yelling, right?

A.   Well, it depends.  If they got a beef with that individual or not, they might not care, but you might -- you'll probably end up with at least a handful or so that are yelling.

Q.   Okay.  So maybe someone has a beef with somebody, but other people will start yelling when they realize there's an emergency, right?

A.   Correct.

MS. SAWYER:  Objection as to form.

BY MS. PIERCE:

Q.   And prisoners understand, and staff understand, everyone is on the same page that when there's an emergency, the way that that has to be communicated is through yelling and banging on the bars, right?

MS. SAWYER:  Objection as to form.  But again, please answer after my objections.

THE WITNESS:  Not every time do they yell and bang.  Not every time do they do whatever they're going to do, but for the vast majority of the time, yes, they'll yell.  They'll bang.  They'll do whatever they can to get staff's attention.

BY MS. PIERCE:

Q.   Okay.  And you're not testifying now that you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

81

think no one would've been yelling at this point in the fire, right?

A.  I'm sure with the flames poking out of the cell, they'd probably been yelling.

Q.  Okay.  And they've been probably yelling for a while, right?

MS. SAWYER:  Objection as to form.  Please answer.

THE WITNESS:  Okay.  Cool.  All right.  When the cell was -- when the fire initially started in the cell at that 10:56 mark, you could, kind of, see it in the back corner of the cell.  And now, mind you, the smoke rolling out of the cell, some offenders wouldn't have even noticed it or really have cared, because there's times that offenders make their own little homemade -- what's -- they take a roll of toilet paper and they use it to make their own, like, lighters or incense, or use it to heat up a -- whatever they got to heat up.  So that little bit of smoke earlier might not have alerted them.  But once the flames started licking -- or coming out of the cell like they are, I'm 95 percent sure that they would've been yelling and banging.

BY MS. PIERCE:

Q.  All right.  I'm going to show you Exhibit 10,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

which is a still from the same camera at 11:00 and 12 seconds.  This is Exhibit 10.  Okay.  Can you tell me what is going on here?

(Exhibit 10 was marked for identification.)

A.   That's -- looks like Officer Crockett and Lieutenant Koen, it looks like.

BY MS. PIERCE:

Q.   Okay.  Do you see yourself anywhere here?

A.   Not in this picture.  I think I was down for the range.  I was checking on the offenders on the range at that point to make sure everyone -- or if there was any other issues.

Q.   Okay.  So you're not down here, responding to the fire with Lieutenant Koen and Officer Crockett?

A.   I was probably, like I said, past that cell and out of camera view --

Q.   Okay.

A.   -- just making sure that there was nothing else going on at that moment.  And I might have been even -- popped out the guy in 254 and 256 to get them out of the area, just because the smoke --

Q.   And do you recall doing --

A.   Huh?

Q.   Do you recall doing that?

A.   I know I did pop a few of the cell doors right



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

83

there so I can get the offenders out that were in that immediate area.

Q.   Okay.  And why did you do that?

A.   Because of the smoke.

Q.   I'm going to share what I -- I'll mark as Exhibit 11.  The time is 11 minutes -- or excuse me, 11:00 and zero -- 11:00 and 45 seconds.  Excuse me. This is, again, Exhibit 11.  All right.  Can you tell me what is going on here?

(Exhibit 11 was marked for identification.)

A.   Looks like Koen's trying to unlock the cell. I think Jones is coming up behind us.  I believe -- I can't really see what I'm holding.  Or it might have been the -- for -- one of the times that I pulled Koen back because the flames were coming out of the cell so intense and I was afraid he was going to catch on fire, too.

BY MS. PIERCE:

Q.   Okay. And this is around when you came down to the cell where the fire was happening, correct?

A.   I'm there.

Q.   And that's Lieutenant Koen that's closest to the cell, correct?

A.   Correct.

Q.   And then who's between you and Lieutenant

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

Koen?

A.   It looks like Officer Crockett.

Q.   Okay.  And then you're right behind Officer Crockett?

A.   Right next to him, yes.

Q.   And then -- oh, I'm sorry.  Go ahead.

A.   I just answered your question.

Q.   And then back behind you, that -- you believe that's Lieutenant Jones?

A.   Correct.

Q.   And there's no firefighters here yet at this time, correct?

A.   Not at that second, no.

Q.   Okay.  And at this time, was Mr. Smith responsive?

A.   No.

Q.   We talked earlier about the demotion that you received related to the use-of force incident.  Have there been any other times that you've been disciplined while you worked at Indiana State Prison?

A.   There was once.  I was maybe a year in. I refused mandatory overtime because I had a court order to go get my daughter from my ex-wife to have my -- my time with her.  And they were trying to send me on an emergency trip downstate, and I refused it, and I got

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

wrote up for it.  The only other time, I was accused of using a ladder without safety equipment, which I was found not guilty on.  And I was given a written reprimand or a written counseling for not having a -- the D Cell House segregation forms properly filled out by my staff on the unit, but I'd only been on that unit a week and I hadn't had a chance to get it corrected yet.

Q.   Any --

A.   That's the only discipline I've had in 25 years.

Q.   **Anything else that you can think of?**

A.   No.  Not that I can think of.

Q.   **When officers are -- well, when officers, sergeants, lieutenants assigned to a cell house are in-between rounds in that cell house, is it appropriate for all of them to be in the officer station at the same time?**

A.   It depends on what all they are doing. At 10:50, they were probably getting ready to run chow lines, the early lines.

Q.   **Okay.  And so my question still: Is it -- is it appropriate for all of the staff to be in the officer station at the same time?**

A.   They could have been getting whatever



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

information they needed to -- who needed to be let out. I'm not going to speculate why they were all in the office at that time. Or they could have been heating up their food. I -- I -- honestly, I don't know.

Q. Okay. And my question is a little bit different. Is it -- is there any rule or a policy or instruction that you've been given that officers should avoid being in the officer station all at the same time while on shift?

A. Not that I'm aware of.

Q. Based on your training and experience at Indiana State Prison, are there any safety risks with having all of the staff assigned to a cell house in the officer station at the same time?

A. It depends on how long they were in there. Like you -- like I said, I don't know what they were doing. One could have been in there, getting the information for his line movements. The sergeant could have been in there answering a phone, and the other officer could have been heating up his food. I mean, is there times that all of them are going to be in the same area? Yes, it's going to happen, but I -- how long were they in there together? I don't know. I -- I'm not going to speculate as to what they were doing.

Q. Yeah. And to be clear, I'm not asking you to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

87

explain why they were in there or what they were doing, or whether -- or how long they were in there. My question is, removed from this individual situation, based on your experience, do you think it causes safety risks or safety concerns to have everybody, all the staff assigned to a cell house, in the officer station at the same time for several minutes?

A.    It can, yes.  But as I stated, I don't know how long they were in there, so I'm not going to make that judgment call.

Q.    Right.  I'm not talking --

A.    If they've been sitting in there for 30, 40 minutes, then yeah that's a problem.  If they were only in there for five minutes to -- one to heat up his food or the other one is getting whatever line movements -- because that was right after they'd got done clearing their unit count.  I'm not going to speculate on what they were doing.  I don't know.

Q.    So again, listen to my question.  I'm not asking about what these individuals were doing on January 14, 2023.  I want -- I'm asking, in general, based on your experience, if all the staff assigned to a cell house are sitting in the officer station together for five minutes, does that create any safety risks for the cell house?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

88

A. I understand your question. But like I stated, I need to know the reasons why the staff are in that office before I'm going to make that decision. As I said, there could be reasons for them to be in there. We can't be everywhere at once.

Q. And does that pose any risks, if there are no staff out walking the ranges or on the floor in the cell house at any given time?

A. Sure. Because we're not -- we can't be everywhere at once.

Q. Okay. And if people aren't out monitoring, that creates a risk that they may not notice an emergency; is that correct?

A. Sure.

Q. Okay. Is there anything that's supposed to be done to make sure that staff are monitoring for an emergency while they're in the officer station?

A. That's why -- that's why we have the pipe walks. That's why they're supposed to be doing the walks, or their security rounds every 30 minutes.

Q. And are security rounds supposed to be staggered so that there's almost always somebody out on the ranges?

A. Yes.

Q. Okay. And are staff supposed to be watching

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

89

the surveillance video monitors while they are in the officer station?

A.  If it's hooked up in that office and all the cameras are working on that computer.  It's -- usually, what the supervisor does is once they do their rounds on the flag, they're to keep an eye on the cameras to see if there's anything going on, on the ranges themselves.

Q.  Okay.  So that's the supervisor of the cell house's responsibility, to monitor the cameras in between rounds?

A.  Correct.

Q.  And would that be the lieutenant of the cell house or the sergeant?

A.  Honestly, it should be both.

Q.  Okay.

A.  I mean, the lieutenant, if they have access to it in their office, and the sergeant should have access to it on the computer in the cell house.

Q.  Okay.  So both the lieutenant's office and the officer station should have surveillance video access, correct?

A.  Correct.

Q.  And between rounds, one of the supervisors or both should be monitoring it, correct?

A.  Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

90

MS. PIERCE:  All right.  I don't have any additional questions at this time.

MS. SAWYER:  I don't have anything for you, Mr. McCormick.

THE WITNESS:  All righty.

THE REPORTER:  All righty.  Before we go off the record, how would we like to handle signature?

MS. SAWYER:  We'll review and sign.

THE REPORTER:  Okay.  Sounds good.  And then Megan, would you like a copy of the transcript?

MS. PIERCE:  Not at this time.

THE REPORTER:  Okay.  And how about you, Erica?

MS. SAWYER:  Yes, please.

THE REPORTER:  Is electronic, okay?

MS. SAWYER:  Yes.

THE REPORTER:  Excellent.  I'll take us off the record.

(Deposition concluded at 12:09 p.m. CT)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19

The Deposition of VINCENT MCCORMICK, taken on March 20, 2025

91

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.

SYDNEY ELIZABETH LITTLE
COMMISSION NUMBER NP0757853
MY COMMISSION EXPIRES
DECEMBER 9, 2029

SYDNEY LITTLE

COURT REPORTER/NOTARY

MY COMMISSION EXPIRES: 12/09/2029

SUBMITTED ON:  03/31/2025



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 19