**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| MYSTI VALENCIA, individually and as Personal Representative of the ESTATE OF MICHAEL SMITH, | ) ) ) | Case No: 3:24-cv-00185-DRL-SJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Hon. Damon R Leichty |
| v. | ) | Judge Presiding |
| | ) | |
| RON NEAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 21 - (FILE UNDER SEAL)

Emergency Manual – Appendix C Fire Plan
(STATE020467-020477)