**Indiana Department of Correction**
**Internal Affairs Division**

## REPORT OF INVESTIGATION
**Monday, May 1 2017**

**CASE NO:    17-ISP-0080**

| | | | |
|---|---|---|---|
| **Primary Offense Description** | | **Date of Offense** | 07-APR-2017 |
| Death - Accidental - Offender | | **Referred By** | |
| **Offense Location** | Bed Area | **Person Completing Rpt** | Charles Whelan / |
| **Investigator Name** | Charles Whelan / | **Date Rpt Completed** | 01-MAY-2017 |
| **Case Status** | Substantiated | | |

**Other (secondary) Offenses**

**Physical Evidence  N**        **Evidence Disp Facility  N**        **Evidence Disp Agency  N**

**Other Facility Referred To**                        **Referred By**

**Narrative** At approximately 9:45 pm on 04/07/2017 a 10-71, fire emergency, was called in BCH due to a fire in cell 540.  At 10:13 pm a signal seven, emergency fight  weapon or staff assault,  was called due to staff being assaulted while the shelter was being evacuated due to the fire and offenders destroyed check point seven (see case file 17ISP0082 for details on that investigation).  Offender Devine, Joshua 119856 was removed from his cell at approximately 10:00 pm with severe burns. CPR/first aid was initiated but the offender was determined to be deceased. La Porte County EMS and Fire were dispatched to the facility along with La Porte County Coroners Jennifer Banks and Coroner Carrie Shear.  Coroners Banks and Sear took possession of Devine's body and transported it to St. Anthony Hospital.

An investigation was initiated into the fire and death of offender Devine.  Investigations and Intelligence staff from the Indiana State Prison reviewed video from the north side of BCH cell house.  An initial time line was determined from the video review which is listed below:

| | |
|---|---|
| 9:06 pm | Officer Counts- no offenders are out |
| 9:34:43 | Large flash of light in cell |
| 9:35 pm | Flash of light that appears to be flame |
| 9:43pm | Light and smoke coming from cell |
| 9:43 pm | Officer Rodriquez seen running up the stairs |
| 9:46 pm | First responders arrive on unit |
| 9:47 pm-9:50 pm | Fire being extinguished |
| 9:57 pm | Fire Fighters, Custody Staff get offender Devine out of cell |

Initial reports were received by Investigations and interviews were conducted with offender living around offender Devine's cell, staff assigned to shelter and staff responding to the emergency call. Below is summary of the interviews conducted.  All interviews were video recorded.

Offender  Ochea (cell 542) was interviewed by Investigator William Lessner  but spoke broken

**01-MAY-17 11:21 AM**                        **Page 1 of 10**

Ex. 23



**Indiana Department of Correction**
**Internal Affairs Division**

## REPORT OF INVESTIGATION
**Monday, May 1 2017**

**CASE NO:  17-ISP-0080**

English so an interpreter was called .  Initial interview he stated he heard offender calling for help and before the dark black smoke came the male Hispanic came up on the range and to the cell then ran to the front.  He was asked when the fire alarm went off and he stated when he saw the black smoke.  He was asked at that time if he wanted an interpreter to make the interview easier and he stated yes.  The interview was stopped until an interpreter came.  Officer Rivera joined the interview for translation and the interview continued.   At first he saw white smoke, then he saw black smoke.  He saw the Hispanic Officer come by look in the cell and left.  He didn't know when staff returned because the smoke returned but he remembered hearing the offender say to the Officer  both times to open the door.  He stated when the Officer came down the alarm was ringing but before that everyone was screaming.  He was asked if he knew how the fire started.  He stated he did not know. He was asked if the offender smoked and he stated he did not know.

Offender Brown 136446 cell 544 was interviewed by Mr. Lessner.   He was asked to explain what happened.  He stated he smelled smoke and everyone was yelling "fire, fire 540" and about ten minutes later the Officer came up and then walked away.  He stated another ten minutes past and they came back.  He heard the offender screaming  to let him out the whole time.  He couldn't identify which Officer came down because he only saw them leaving the area.  He was asked if the smoke alarm went off and he stated eventually they did.   He was asked how much time between the time the alarm went off and staff getting there.  He did not give a direct answer to the question. He stated the whole left side of the cell house was yelling.  He stated it was over twenty minutes  he was in the cell.  He was asked if he saw how many staff came back and he did not know but when they came back the second time they came with an extinguisher and put the fire out but it came back.  When asked who was the staff who came back the second time he thought it was Lt. Watson.

Offender   Miller  148638 cell 538  was interviewed next by Investigator Chris Dustin .  He was asked to explain what he saw and heard during the fire.  He stated the smell of smoke woke him up.  He went to the bars and put his mirror out and asked him (Devine) what's going on and he stated "I'm alright" at first.  He stated Devine asked him for some water and he told Devine everyone locked in.  He continued that Devine stated he can't put it out.  He stated both him and 536 both started yelling there is a fire in 540.  He stated it took a little time (he stated he would not put a time on it) and the Officer showed up on the range.   He stated the Officer looked and he thought he panicked and he thought the Officer did not have the keys with him because he ran back down the range.  The guy in the cell (Devine) kept yelling let me out.   A little while longer another Officer showed up and the dude  was screaming and other shows up and he did not have a fire extinguisher.   He was asked if knew the staff and he stated only one was one of the first responders.  He stated the flames were so bad it came around into his cell so he laid down.   He stated him and his neighbor were yelling for at least 15 minutes before the whole cell house started in.   He identified Rodriquez as the first staff who came up on the range.   He stated the next staff was Redden and another staff.  Then staff showed up with fire extinguishers.   The second staff arrived about five minutes after Rodriquez.  He stated another offender said it was nine thirty when they started yelling.  Investigator Dustin asked Miller did Devine ever say what was on fire and he stated he said his TV.

**01-MAY-17 11:21 AM**                            **Page 2 of 10**

Ex. 23



**Indiana Department of Correction**
**Internal Affairs Division**

## REPORT OF INVESTIGATION
**Monday, May 1 2017**

**CASE NO:   17-ISP-0080**

Offender Dunn 212869 cell 536 was interviewed by Investigator Dustin.   He stated realized something was going on when his neighbor started yelling fire.  He asked  him what was burning and he stated his TV.  He stated he and "Lee" his neighbor began to yell fire.  He stated about 5-10 minutes later the Officer showed up.  He said this Officer was Rodriquez.  He stated he looked in and turned and ran toward the box.  He stated after Rodriquez left other staff arrived about a minute later with a fire extinguisher.  He was asked how long was it from the time they started yelling to the time the last staff came was about twelve minute at the most. He stated that after that a lot of staff was running back and forth trying to put the fire out.    He stated after everything it took a long time to get them out of the cells.

Officer  P. Blakely was interviewed by Investigator Lessner.   She was read her investigative interview notice which she signed understanding same.   She asked to explain what happened.  She stated it was after count time and it had cleared and we were  secured.  She continued  they had asked and Lt. Watson had given them the keys to open the unit team office to do their payroll (A4).  She stated they were listening and heard some yelling.  They stepped out and they heard Rodriquez say he needed the five hundred keys and  for them to call the signal.  She stated Abassi ran up stairs  and she had the door key.  Abassi  came down to get a fire extinguisher.  She stated first responders arrived and she gave them the keys to the 500.  After she gave the 500 range keys she was told to stay down on the flag in case she was needed.  She stated when they were in the Unit team Office nothing had been going on.  She stated initially Rodriquez never left the five hundred and Abassi came down to lower ranges to get the fire extinguisher.  She was asked if she ever had any problems with Devine.  She stated she never had any problems with him.   She had the 4 and 5 ranges that evening.  She stated she seen him and he was quiet all night and did not have a curtain up.  She stated she was assigned to ACH mostly and this was the first time in BCH in a while.

Officer Abassi,   Sarah was interviewed by Investigator Dustin.  The interview was video recorded.  She stated that Officer Blakley and her were in the Unit Team office doing their A4.  Lt. Watson had told them to go to the Unit team Office and get it down.  Officer  Rodriquez was in the Officers Station.  They finished their A4 and heard Rodriquez yelling their names.  They came out and he told them to call a 10-71 so she did.  She stated she ran up the stairs to look for Rodriquez and found him on 500 north.   She saw the huge fire coming out of the cell.  She stated she began to yell for Blakley for the 500 range keys but she had already given her keys to Lt. Watson so he came up to unlock the door.  She was asked who Rodriguez called for she stated she did hear her name but don't know for sure if he called for Blakley.  She stated when she came out she smelled smoke and the offenders were yelling fire.  She was asked where Rodriquez was at when she got on the 500 range she stated at the cell and both started running back to the front of the range yelling for the 500 range keys.  She stated she thought Rodriquez's  radio was dead.  She was asked if she heard any yelling from the Unit Team Office and she stated only Rodriquez yelling her name.  She said after that she began to hear other offenders.  She stated Rodriquez told her he started to hear the offenders yell and ran upstairs.  She was asked if they did anything other than their payroll and she stated just payroll because they were only in the Unit team Office for a few minutes before Rodriquez began to call for them.   She stated she thought that Rodriquez didn't even make it to the

**01-MAY-17 11:21 AM**                              **Page 3 of 10**

Ex. 23



**Indiana Department of Correction**
**Internal Affairs Division**

## REPORT OF INVESTIGATION
**Monday, May 1 2017**

**CASE NO:   17-ISP-0080**

500 range before yelling for them to call the signal.  She was asked why did she not grab the 500 range keys and she stated she did not know what range the fire was on.  She then began yelling for them but Lt. Watson showed up with them.   She stated they had done their security walk through at 9:00 pm and count had just cleared when everything happened.  She was asked when they went into the Unit Team Office and she stated it was about five minutes before everything happened.  The rest of the interview consisted of a over view of what was discussed previously.


Officer Justin Rodriguez was interviewed next by Investigator Dustin.  He stated he was the OIC of the shelter and had been assigned there for the past three months.  He was asked if he knew offender Devine he stated he saw him but didn't know him well.  He stated around 9:40-9:45 he began to hear something but did not know where it was coming from.  He stated that the other two were doing their A4 in the Unit Team Office.  He stated he was in the Officers Station when he heard yelling and ran up stairs.  He got to the two hundred range and heard offender yelling fire on the five hundred range.   He stated he called to the other two staff to come and assist.  He could smell the smoke and tried to call the signal for a fire but his radio was not working so he called to Abassi  to call the signal.  He got to the five hundred range and ran down the range and saw the offender hanging on the bars and half his stuff was on fire.  He ran back down the range to yell for the five hundred keys but she had the door keys and was opening up the door for first responders.  He continued that about that time Lt. Watson and Lt. Redden came up and they popped the door (opened the door electronically) and they told Abbassi and him to get fire extinguishers.  They got the fire extinguishers and gave them to the Lt.'s and they handled it from there.  He was asked how long they were doing their A4's done and he stated about five minutes.  When questioned further he stated that when the offenders were yelling five hundred they were stating cell 540.  He was asked how long the whole process took from the time of yelling to first responders getting their he stated overall about six to seven minutes.   He was asked about the rounds and he stated they just got done counting and doing rounds.

Officer Statham was interviewed by Investigator Abram .  He stated he was working at Checkpoint Four and was heading to BCH because they (Sgt. Peutzer and him) heard the fire alarm.  That's when they heard Officer Abassi call a 10-71 over the radio.   The call was on five hundred north. He stated the time was around 9:45.  When he got in the cell house he saw all the fire extinguishers in the Office so he had the door opened to get a fire extinguisher (ABC).  He heard Lt. Redden ask for a fire extinguisher for the 500 hundred so he went to 5 with it.  When he got there no one had a fire extinguisher.  He got to the cell and flames were rolling out of the cell.  He began to hit areas with the most fire with the extinguisher in the cell.  He stated he hit the fire with the entire red extinguisher  and the fire kept starting back up.  At that time two more extinguishers (water) showed up.  He stated the offender was at the cell bars trying to breath and he is on fire.  They first hit him with one of the water extinguishers to get the fire off him.  He stated ever time they would hit the fire it would start back up.  He stated Lt. Watson and him kept hitting the fire with the extinguishers.  Lt. redden went to try to use the phone to talk to the Captain because it was so loud they could not communicate over the radio.  At that time he could hear the offender talking and the door was popped opened but only swung a little open.   They could not get into the cell because of the heat.   When he got done with his water extinguisher the offender stopped talking to us.  He then grabbed the cell bars and fell to the ground.    During this entire time they were fighting the fire

**01-MAY-17 11:21 AM**                              **Page 4 of 10**

Ex. 23



Indiana Department of Correction
Internal Affairs Division

## REPORT OF INVESTIGATION
### Monday, May 1 2017

CASE NO:   17-ISP-0080

no fire fighters were on the range.  He stated they eventually made it and put the fire out completely and got the door open.  He stated it was about ten minutes before they got there and the evacuation was being conducted when they got on the range.  He stated the offender fire fighters pulled the door open ( he remembered one of the fire fighters stated it was burning threw his gloves) and went in and dragged the offender out on the range.  He stated he called a signal 3000 at that time.  He thought it was around 10:00 pm. He stated they put him on the rescue chair  and began going down the back stairs to the custody hall.  He stated they started CPR on the way to the custody hall.  He stated he stayed with the body until the body went thru gate three and he went to the weapons locker.  He was asked by Ms. Abram if he was on the weapons team he stated he was not he was a first responder but they only had two staff available for weapons team so Cpt. Dykstra asked him to get ready and stand by with the weapons team.   He was asked about the order to evacuate in the cell house.  He stated heard the orders to evacuate 400 and 500 range but at that time the offenders from all ranges were being released.  He stated he did not see anything that happened outside of BCH.  The interview was concluded and was video recorded.


Sgt. Peutzer was interviewed by Investigator Dustin.  He stated he was a first responder that night and was position three.  He stated team supervisor for the first responders was Lt. Redden, Lt. Watson was number two and Officer Statham was number four.   He stated officer Statham and him came out of the hospital  and heard the fire alarm.  He stated Statham went to the cell house and he opened up the Fire Station for the offender Fire Crew.  He stated he went to B and got a few more fire extinguishers.  He stated he went up the ranges in the cell house but could not get past three hundred.  He heard the direction over the radio to evacuate the cell house and he called to unit six (Cpt. Dykstra) that he would open check point seven to  have the offenders move through there to the Chapel area.     While assisting in the evacuation it was initially going well but there were several offenders who were yelling and screaming about the incident.  These offenders did not want to go through the check point.  Officer Trute and Officer Bottas  came through the area.  Officer Bottas came by and then Officer Trute hit the ground  struck by one of the offenders.  He stated OC was deployed by who he did not know.  He stated they backed into BCH.  He stated while moving back out of the area a wave of offenders came at them and was hitting them.  He stated he was struck about five times.  This all occurred about four feet outside the front door of BCH.

Lt. Redden was interviewed next by Investigator Whelan.  He was asked to explain what had happened earlier that night.  He stated he just got back to the Custody Hall and had asked the Captain if he needed to do an incident report about an offender tripping out in ACH since they did not call a signal.  He stated he didn't even get the question out when he heard the 10-71 in BCH.  He stated they got through the door and saw the smoke.  He stated they got up to 540 and went down the range and saw roaring flames coming out of the cell.  He stated Statham tried to put the fire out with an ABC fire extinguisher and it didn't work.  They tried two water extinguishers and it was not all the way out.  They had popped the door but it did not open all the way and he saw the cell door bars red hot.  He saw the cell house begin to fill up with smoke and he radioed to Dykstra about evacuating the cell house and he said something but with all the noise around him and in the cell house he did not hear his response.  He stated he went down to the flag and opened the door to the Custody Hall  and went in and spoke directly to Dykstra asking him what he wanted him to

Ex. 23



**Indiana Department of Correction**
**Internal Affairs Division**

**REPORT OF INVESTIGATION**
**Monday, May 1 2017**

**CASE NO:   17-ISP-0080**

do.  Dykstra  stated the 500 or maybe the 400 ranges only. He turned back into BCH and all the offenders were released and were evacuating.  He stated they got them outside and one offender Campbell was running his mouth.  He stated he was radioed that they were removing the body so he notified them to go out the back door because of all the offenders being out.  He went down the side walk toward Main Street to lock the gate when he heard the signal seven.   He went out on Main Street and to the Custody Hall.  He then told Tower one to get out with a weapon and get out on the walk.  He stated they destroyed check point seven and after E Squad got to the facility they began securing the unit five at a time.   He was asked who gave the order to evacuate the whole cell house at once and he stated he did not know can only assume that when he radio's to Dykstra they thought he was directing the evacuation.

Lt. Watson was interviewed by Mr.  Whelan .  He was asked about his night and what he did.  He stated he was waiting for count to clear.  He stated that count cleared.  He opened the door to BCH and gave Officer Rodriquez the keys to the Unit team office door so staff could get their A-4 done. He stated he saw Blakley and Abassi go into the Unit  team office and he closed the door went back to the Custody Hall and about five minutes later he heard the 10-71 on the radio.  He was asked when he opened the door did he smell anything or hear anything.  He stated he smelled nothing nor did he hear anything unusual.  He stated when the 10-71 was called they could hear offenders yelling.  They came in the main door and Officer Blakley gave them the key on the flag and they went to the 500 range.  They opened the box and popped the door and went to the cell. They called for fire extinguishers.  He stated that him and Officer Statham  tried to put the fire out. He stated at that moment a huge fire came out of the cell.  He stated he tried to go to the other side but it was too hot.  He stated he saw a hand hanging out of the cell and he began to spray the body. He stated when they were coming down the range originally they heard an offender yelling but when they started spraying he did not hear anything.  He stated he thought of grabbing the cell door but it was too hot.  The offender Fire Fighters tried to open the door with protective gloves and they had to kick and pull the door open.  The Fire Fighters put the rest of the fire out and they began to pull the body out and put him on the medical chair.  He stated as they were doing this offenders began to come out of their cells.  They began to slowly get the body off the range and he began to move offenders off the range.  He stated they went from the five hundred to the 300 range.  He called Lt. Redden and stated they were coming down and he told them to come down the back stairs that something was going on.  They got him down the back stairs to the stretcher and moved the body through the back door to the Custody Hall.  He was asked again about opening the door and giving them the keys to the Unit Team office and he stated there was nothing unusual.  No smoke or yelling and it was about five minutes before they called for the fire in the cell house over the radio.

Cpt. Dykstra was interviewed next by Investigator Abram.   He was asked about his involvement in the incident.  He stated the 10-71 was called about 9:45 and he turned on the camera and saw the fire.  He stated as soon as it was called first responders went to the cell house.  He stated he could not see who was on the range.  He was watching the camera and it appeared to go out and started back up again.  He stated Lt.   Redden activated the fire fighters.  He stated Lt. Redden opened

Ex. 23



**Indiana Department of Correction**
**Internal Affairs Division**

## REPORT OF INVESTIGATION

**Monday, May 1 2017**

**CASE NO:   17-ISP-0080**

the door talking about evacuating 400 and 500 ranges and he saw all the offenders evacuating. He was asked who opened check point to run the offender that way and he did not know. He stated he was trying to get answers and no one could hear him on the radio because it was so loud in the cell house. He stated he did not know who opened the check point seven door and he stated it had to be a Lt. or Sergeant. He stated he began to notify Administrative staff and try to give them as much information as possible.

With the interviews video was reviewed to verify some statements. Lt. Watson stated he had opened the door to BCH and gave the Unit team office keys to staff to do their A4's . The camera from the Custody Hall facing gate 4 was reviewed. At 9:33:35 he opened the door to BCH and at 9:34:15 he closed the door. Instead of five minutes it was approximately nine minutes before Officer Rodriquez is seen running up the stairs. Lt. Watson stated at that time he heard no noise or smelled any smoke. Officer Abassi and Officer Blakley payroll time of submission was checked and Officer Abassi inputted and submitted her payroll time at 10:40 eastern time (9:40 pm CST). Officer Blakley must have failed to submit her time since it was inputted but not submitted. A review of outside calls during the time showed no activity from the BCH Unit Team office phone.

When staff  were interviewed they stated they just finished rounds and count. Last rounds were completed on 500 range at 2106 and finished on the 100 range at 2116. Next rounds should have been started between 2136 and 2146 to complete rounds by post orders every thirty minutes.

On Saturday April 8th, 2017 Indiana State Police Investigator Brian McCall arrived at the Indiana State Prison and reviewed all action taken the evening and earlier morning of the 7th and 8 by Facility Investigators.

On April 9th, 2017 staff from the LaPorte County Coroner's office, Mike Vogely, Fire Investigator from Indiana Department of Homeland Security,   Steve Griffin ISP Safety Hazard Management Officer and Chip Dudley IDOC Fire Risk Officer met at the Indiana State Prison and reviewed the information and video. The cell was processed for cause, origin of fire, along with evidence. A completed report was completed by LaPorte County Deputy Coroner Carrie Shear and Mike Vogely from IDHS Fire Investigator and are attached to this report for review. Through processing the scene evidence was collected or extra unauthorized wiring and apparent stripped wiring. Also the origin of the fire was determined to be were parts of a television were  discovered under a pile of ash on the bed. No flammable liquids or accelerants were detected either.

April 10 an autopsy was conducted at Porter Memorial Hospital. Cause of Death was due to thermal burns.

Ex. 23



**Indiana Department of Correction**
**Internal Affairs Division**

**REPORT OF INVESTIGATION**
**Monday, May 1 2017**

**CASE NO: 17-ISP-0080**

In review of the television that was registered to offender Devine. Records note he arrived at the Indiana State Prison on March 22, 2016 in possession of a 13" RCA television (serial number F063DC1183, Model number S12800CL). A check at previous facilities and through PEN Products (Division of state government who tracks offender purchased televisions) no RCA television have been purchased or offered by the Indiana Department of Correction since 2004. The television taken from the cell had no identification markings or was able to be identified due to the nature it was found in.

Offender Fire Fighters were requested to complete reports and these were received by Mr. Griffin and are available in the case file. No new information that had not been already covered in interviews were in the reports.

All J Pay communications and phone calls by offender Devine saved in case file. No indication of any harm or problems noted in the communication.

Information was given to Captain Calloway from Sgt. Draper that the offender may have been attempting to make homemade synthetic marijuana or Meth in his cell was passed along to Investigators. Sgt. Draper was interviewed via phone on the subject. He stated he heard it from a few offender in DCH (administrative segregation). None could verify the information. Samples of the offender's cabinet were taken and field tested for narcotics. All chemical field tests for narcotics were negative.

Before the cell was cleaned the entire lighting, switch and plug for the cell was secured in evidence. Maintenance Foreman Time Pickett turned in the wiring from the automatic doors from the cell and Lock Smith Tien Wallace completed a report. His report (Sgt. Wallace) is also included in a case file.

Copies of all Fire Drills for the past year and a half were reviewed. Can see no Fire Drills were any of the staff from BCH participated. In report from Mr. Griffin he holds one set of Fire Drills a quarter (one on nights and one on days) . He also stated offender fire Fighters most of the time supervisor the night exercises.

In over review from the investigative interviews and agencies reporting on the fire it has been determined the fire was an accident that resulted in the death of offender Devine. Initial reports from offenders of calling for help for 30 minutes before staff responded were not confirmed since we can verify through video and interviews that no sounds of yelling or smoke were detected at 9:34 pm and Officer Rodriquez is seen responding at 9:43 pm. Also rounds were made of the shelter between 906 pm and 916 pm. The statements that he did run down the range then back to the front are true. He returned to the front of the range to get the range keys.

Ex. 23



**Indiana Department of Correction**
**Internal Affairs Division**

## REPORT OF INVESTIGATION

### Monday, May 1 2017

**CASE NO:   17-ISP-0080**

Cannot find any violations of policy or procedure or Misconduct of all staff and offender Fire Fighters actions and response before or during the fire emergency.

**Disposition**
Case report to Warden Neal.

---

**PRINCIPALS**

**Type: Victim**

**Name: Joshua Devine**

**Address** 1 Park Row Michigan City, IN 46360

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC# |
|---|---|---|---|---|---|---|---|---|---|
| | | White | M | 5.6 | 200 | Brown | Hazel | | 119856 |

**Other Information**
**EPRD:**

Ex. 23

Indiana Department of Correction
Internal Affairs Division

**REPORT OF INVESTIGATION**

**Monday, May 1 2017**

**CASE NO:   17-ISP-0080**

**WITNESSES**

Ex. 23