# AFTER ACTION REVIEW
# April 24, 2017

Those present were: Robert Curry-Executive Director of Staff Development; William Wilson-Executive of Adult Facility; D. Hoffer;  S. Abbassi;  E. Trute;  Sgt. C. Puetzer; K. Fahey;  E. Niccum; F.Vanihel-Major/ERO Field Supervisor; K.Gann-Deputy Warden; Capt. J. Dykstra, P.Bakley; C.Dustin; R. Neal-Warden; M. Rular; St. W. Taylor; C. Chambers; Lt.T. Redden; D. Bate, T.Dillon, C.Burke; A. Watson, S.Fritter-RN; E.Lasco; D.McBride-Deputy Warden; Major J. Nowatzke; Capt.D.Boyan; R. Stattham; Lt.C.Wilson; D.Koen; W.Parnell, J.Brown; Sgt. J.Fizer, Sgt. D. Henning

- A video was show of the fire in B-Cell house. You could see a flash of light and a few minutes later you could see a little smoke.
  Mr. Curry asked if anyone at that time saw any smoke.  No one did.

- Lt. Watson explained his account of what happen.  Stated approximately 5 minutes before signal opened door to BCH from Custody Hall no noise or smoke.
  In the video it shows OIC Rodriquez going to find what the commotion was about, saw him going to the cell and going down back down the range to get the key.
  Mr. Curry – Why did he not have the key? The officer assigned to range would have the keys (Blakley) for that range and the OIC did not know what range the commotion was coming from.

- First Responders explained their account of what they did. First was getting the other offenders to safety. Someone heard to evacuate the offenders and move them to safety.  All the offenders we released at once which had the staff moving them to a safe area as which time several offenders started to assault and destroy check point 7.  The staff secured them in the check point and the area adjacent to the area and removed themselves from the area.

- Mr. Curry-Was the weapon team deployed? They were on stand-but not deployed.
  Policy states any time an emergency call is made should be call and set up when any moves are made
  The system in made for QRT to help.
  The team supervisor has to make the calls of what's to do during an emergency situation.
  Lt. Redden explain what occurred and how the body had to be taken out by the back stairs.  Lt. Watson handled that area and he handled the evacuation.

- E-Squad explained what they did.

Ex. 24

Ex. 24

- Was the MC Fire Department notified? They were and were waiting out front for instructions.
Who cleared the scene and gave the okay for the offenders to return to their cells?
Mr. Steven Griffin Haz-Mat Director.
Thoughts discussed of working with offender Fire Crew, all positive comments from staff.

- Lt. Redden and Capt Dykstra explain how they returned the offenders back to B-Cell house

- Was a Tiache area set up?  No MSU used for medical care.  When securing each asked if they needed medical attention.

- Medical Supervisor-Sherri Fritter explained per policy there only needs to be 1 RN nurse for night shift. She also explained what they did that evening.

- Was there a debriefing? Yes.  What time? Directly after offenders were secured.

- Was CISM called in, no,  all staff declined CISM

- Over the weekend some offenders were still agitated, Staff/Offenders helped to calm them down.

Some suggestion where made in what we need to aid in being prepared for similar incidents were discussed.
.
Mr. Curry asked what have we learned from this:

Better communication is key to any emergency
Active weapons team when emergency called, deploy during mass movement
Make sure you know who's in charge of first responders
Work on fire drills and plan of action for staff.


Meeting was dismissed and tour was given

Ex. 24