**From:** "Brown, Richard L." <RBrown@idoc.IN.gov>
**To:** "Neal, Ron (DOC)" <rneal@idoc.IN.gov>
**Subject:** Re: Devine Summary Judgment Denial
**Date:** Wed, 06 Apr 2022 21:18:51 +0000
**Importance:** Normal
**Attachments:** devine_summary_judgment_denial.pdf

---

That is ridiculous.

Sent from my iPhone


On Apr 6, 2022, at 3:53 PM, Neal, Ron (DOC) <rneal@idoc.in.gov> wrote:


Dick – FYI on this as I'm sure you'll hear about it.   But, besides the Court misunderstanding the "sparking of outlets" issue and our Representation not catching it, I was also really bothered by the fact that we don't even get the Judgements in our own cases, we get them from Reporters asking questions.

Ron Neal, Warden
Indiana State Prison
1 Park Row
Michigan City, Indiana 46360
219-874-7256, Ext. 1130 – Office
FAX – 219-874-0339
219-877-8856 – Cell

---

**From:** Neal, Ron (DOC)
**Sent:** Wednesday, April 06, 2022 2:51 PM
**To:** Ferguson, Jon <JFerguson1@idoc.IN.gov>
**Subject:** Devine Summary Judgment Denial

Privileged

Ron Neal, Warden
Indiana State Prison
1 Park Row
Michigan City, Indiana 46360
219-874-7256, Ext. 1130 – Office
FAX – 219-874-0339
219-877-8856 – Cell

STATE038021

Ex. 25

STATE038022

Ex. 25