

**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**  Fire
**Agency Incident ID:**  2023-46-027          **BATS ID: 1458225**

## Incident Date/Time/Location

| | |
|---|---|
| **Status** | **Jurisdiction** |
| Investigation Open | Assisting |
| **Start Date/Time** | **End Date/Time** |
| 1/14/2023 10:55 Saturday | N/A |
| **Address - N/A** | |
| 1  Park Row St | |
| **City/State/Zip** | **County** |
| Michigan City, IN 46360 | LaPorte County |
| **Additional Directions** | |
| N/A | |

## Investigator Information

| **Name** | **Phone** | **Email** |
|---|---|---|
| Jeffrey A Roseboom | 317-232-6435 | jroseboom@dhs.in.gov |
| **Title** | **Badge Number** | |
| Investigator | N/A | |

## Property Use or Target Information

| **Type** | **Subtype** | **Status** |
|---|---|---|
| Detention/Corrections/Government | Jail/Prison | Occupied And Operating |
| **Secondary Type** | **Secondary Subtype** | |
| N/A | N/A | |

## Custom Agency Information

| **Custom Info 1** | **Custom Info 2** | **Custom Info 3** | **Custom Info 4** | **Custom Info 5** |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     1

STATE044466

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire
**Agency Incident ID:** 2023-46-027          **BATS ID: 1458225**

## Scene Details

### *Motivational Factors*

| **Primary Motivation** | **Primary Bias** | **Group Involvements** |
|---|---|---|
| N/A | N/A | |

### *Collateral Crimes*

### *Area of Origin/Device Placement*

**Area of Origin**

Function Areas

**Area of Origin Subtype**

Bedroom - < 5 persons; included are jail or prison

**Fire Descriptors**

### *Damage and Casualties*

| **Est. Damage** | **Number of Fatalities** | **Number of Injured** |
|---|---|---|
| N/A | 1 | N/A |

| **Pre Incident Value** | **Primary Gov't Association** | |
|---|---|---|
| N/A | Property is Associated With State Government | |

### *Miscellaneous Information*

| **Other Agencies Involved** | **External Case Number** | **ATF Involved** |
|---|---|---|
| Indiana State Prison / Michigan City FD /ISP | N/A | N/A |

| | **Canine Alert** | **Lab Report Number** |
|---|---|---|
| **Sky Conditions** | N/A | N/A |
| | **Precipitation** | **Wind Speed/Direction** |
| N/A | N/A | N/A |
| **Temperature** | **Precipitation Amount** | **Humidity** |
| N/A | N/A | N/A |

**Method of Entry**

N/A

| **Latitude** | **Longitude** | **Investigator Right of Entry** |
|---|---|---|
| 41.703467 | -86.913697 | Exigent Circumstances |

### *Custom Agency Information (Scene Details)*

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     2

STATE044467

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**  Fire
**Agency Incident ID:**    2023-46-027          **BATS ID: 1458225**

| Custom Info 1 | Custom Info 2 | Custom Info 3 | Custom Info 4 | Custom Info 5 |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     3

STATE044468

Ex. 26



### Indiana Dept of Homeland Security / State Fire Marshal
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**  Fire
**Agency Incident ID:**  2023-46-027    **BATS ID: 1458225**

## Person/Organization Information

| **Name** | **Business Name** | |
|---|---|---|
| SMITH, MICHAEL W | N/A | |

| **DOB** | **Race** | **Ethnicity** |
|---|---|---|
| ▮▮▮▮ | White | N/A |

| **Sex** | **Age at time of Incident** |
|---|---|
| M | 48 |

| **Juvenile** | **SSN** |
|---|---|
| No | ▮▮▮▮ |

**Relationship(s)**

Deceased

**Other Name(s) Used:**

N/A

| **Eye Color** | **Hair Color** | **Height** | **Weight** |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **Scars** | **Marks** | **Tattoos** | **Notes** |
| N/A | N/A | N/A | N/A |

## Arrest Information

| **Arrest Status** | **Date of Warrant** | **Date of Arrest** |
|---|---|---|
| N/A | N/A | N/A |
| **Fingerprint Classification** | | **DNA Profile** |
| N/A | | N/A |

**Comments**

N/A

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    4

STATE044469

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
Official Law Enforcement Report - Unauthorized Dissemination is Prohibited



**Incident Type:** Fire
**Agency Incident ID:**   2023-46-027        **BATS ID: 1458225**

| **Name** | | **Business Name** | |
|---|---|---|---|
| N/A | | Michigan City State Prison | |
| **DOB** | | **Race** | **Ethnicity** |
| N/A | | N/A | N/A |
| **Sex** | | **Age at time of Incident** | |
| N/A | | N/A | |
| **Juvenile** | | **SSN** | |
| No | | N/A | |

**Relationship(s)**

N/A

**Other Name(s) Used:**

N/A

| **Eye Color** | **Hair Color** | **Height** | **Weight** |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **Scars** | **Marks** | **Tattoos** | **Notes** |
| N/A | N/A | N/A | N/A |

## Address Information

**Street Address**
1  Park Row St

| **City/State/Zip** | **County** | **Country** |
|---|---|---|
| Michigan City, IN 46360 | LaPorte County | N/A |

**Additional Directions**
N/A

## Contact Information

| **Primary Phone** | **Secondary Phone** | **Email** |
|---|---|---|
| | | N/A |

## Arrest Information

| **Arrest Status** | | **Date of Warrant** | **Date of Arrest** |
|---|---|---|---|

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    5

STATE044470

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**  Fire
**Agency Incident ID:**    2023-46-027          **BATS ID: 1458225**

N/A                                          N/A                    N/A

**Fingerprint Classification**                                    **DNA Profile**

N/A                                                                N/A

**Comments**

N/A

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    6

STATE044471

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire

**Agency Incident ID:**    2023-46-027          **BATS ID: 1458225**

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    7

STATE044472

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:**  Fire
**Agency Incident ID:**    2023-46-027          **BATS ID: 1458225**



## Attachments

| Filename | Description | Date |
| --- | --- | --- |
| P1010033.JPG | Inside Cell | 1/14/2023 |



This report may not be disseminated outside your agency without permission from the originating agency.
Law Enforcement Sensitive

STATE044473

Ex. 26



### Indiana Dept of Homeland Security / State Fire Marshal
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**      2023-46-027          **BATS ID: 1458225**

P1010034.JPG                    Inside Cell                              1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044474

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**      2023-46-027            **BATS ID: 1458225**

P1010052.JPG                    End of bed                              1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:      10

STATE044475

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire
**Agency Incident ID:** 2023-46-027          **BATS ID: 1458225**



P1010063.JPG                    Under bed                              1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044476

Ex. 26

**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**





**Incident Type:**   Fire
**Agency Incident ID:**      2023-46-027              **BATS ID: 1458225**

P1010065.JPG                    Under bed                              1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044477

Ex. 26



### Indiana Dept of Homeland Security / State Fire Marshal
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:**  Fire
**Agency Incident ID:**     2023-46-027          **BATS ID: 1458225**



P1010083.JPG                    Dual outlet on south wall                    1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044478

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**      2023-46-027          **BATS ID: 1458225**

P1010086.JPG                Electrical Wiring found on bed                1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044479

Ex. 26



### Indiana Dept of Homeland Security / State Fire Marshal
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:**   Fire
**Agency Incident ID:**      2023-46-027      **BATS ID: 1458225**



P1010092.JPG                    Electrical wiring found on bed                    1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044480

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:**  Fire
**Agency Incident ID:**    2023-46-027          **BATS ID: 1458225**



P1010099.JPG                Remains of box containing wiring                1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    16

STATE044481

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**     2023-46-027          **BATS ID: 1458225**

P1010104.JPG                    Melted remains of a fan                    1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044482

Ex. 26



### Indiana Dept of Homeland Security / State Fire Marshal
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**      2023-46-027          **BATS ID: 1458225**

P1010109.JPG                On top of bed                                    1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044483

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:**  Fire
**Agency Incident ID:**     2023-46-027          **BATS ID: 1458225**



P1010117.JPG                    Porcelain light base                    1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     19

STATE044484

Ex. 26



### Indiana Dept of Homeland Security / State Fire Marshal
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**        2023-46-027                **BATS ID: 1458225**

P1010136.JPG                    Electrical cords melted to bed                    1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:      20

STATE044485

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire
**Agency Incident ID:**    2023-46-027            **BATS ID: 1458225**

P1010143.JPG                Electrical wire traveling from dual outlet            1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044486
Ex. 26



### Indiana Dept of Homeland Security / State Fire Marshal
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire
**Agency Incident ID:** 2023-46-027 **BATS ID: 1458225**



P1010148.JPG                         Light balast                         1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    22

STATE044487

Ex. 26



## Indiana Dept of Homeland Security / State Fire Marshal
### INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**    2023-46-027         **BATS ID: 1458225**

P1010173.JPG                        Cell                                  1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044488
Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**      2023-46-027          **BATS ID: 1458225**

P1010001.JPG                    Electronics taken from the cell                    1/19/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:      24

STATE044489

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire
**Agency Incident ID:**    2023-46-027         **BATS ID: 1458225**

P1010002.JPG                Electronics taken from cell                1/19/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    25

STATE044490

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**  Fire
**Agency Incident ID:**    2023-46-027          **BATS ID: 1458225**

P1010009.JPG                    Electrical wiring                    1/19/2023



This report may not be disseminated outside your agency without permission from the originating agency.
Law Enforcement Sensitive

Page:      26

STATE044491

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**  Fire
**Agency Incident ID:**    2023-46-027            **BATS ID: 1458225**

P1010012.JPG                    Homemade item                            1/19/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044492

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:**   Fire
**Agency Incident ID:**      2023-46-027          **BATS ID: 1458225**



P1010049.JPG                     Misc items                                    1/19/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:      28

STATE044493

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**   2023-46-027          **BATS ID: 1458225**

P1010078.JPG                 TV's Computer tablets                    1/19/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044494

Ex. 26



### Indiana Dept of Homeland Security / State Fire Marshal
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**       2023-46-027          **BATS ID: 1458225**

P1010079.JPG                    TV's Tablets phones                         1/19/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044495

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:**   Fire
**Agency Incident ID:**   2023-46-027            **BATS ID: 1458225**



Scene Sketch.jpg                Rough Scene Sketch                        1/14/2023



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044496
Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire
**Agency Incident ID:**    2023-46-027          **BATS ID: 1458225**



## Narrative(s)

**Title**

Origin & Cause

**Author**

Jeffrey Roseboom
3172326435
jroseboom@dhs.in.gov

**Description**

SYNOPSIS
The fire scene examination of a prison cell located at Indiana State Prison 1 Park Row Street Cell House D, Cell 433W in Michigan City, LaPorte County, Indiana was conducted on January 14, 2023.  The fire occurred on January 14,2023 at approximately 10:55 am CST hours.  The request for this investigation was made by Investigator Bill Lessner Indiana State Prison Investigation and Intelligence Section. The cell sustained fire damage and all interior walls and ceiling were intact.  Based on the facts and evidence gathered as a result of this investigation fire originates on the central front area of the bed located in the cell. Charred, melted remains of electrical cords, small flat screen televisions, computer tablets, altered/homemade electrical devices, and an altered light fixture (not associated with the cell's installed lighting) were found in the area of origin. Due to the damage of the found items, a definitive ignition source could not be determined. However, neither an unknown electrical failure in the electrical items identified in the area of origin nor a human error could be refuted as possible cause.

BACKGROUND
On January 14,2023 at approximately 10:58 am CST hours, officers were alerted to a fire in ACH where they found flames and smoke in ACH 252 N. Officers found offender Michael W. Smith lying inside the cell on the floor next to the secured cell door. Officers made several attempts to extinguish the flames with fire extinguishers until they were able to open the cell door and remove offender Michael Smith from the cell and short time later pronounced dead by medical responders. Decedent was later taken to another location in the structure.

BUILDING SYSTEMS
The structure is a four-level prison facing the east direction.  Cell # ACH 252 is constructed of concrete walls, ceiling and floors. Electricity and Hvac system were supplied to the cell from the primary cell house structure's electrical and Hvac systems. No evidence was found that the primary cell house structure's electrical system or Hvac system was the cause of the fire.

No electrical panel, furnace or water heater was installed in the cell # 433 prior to the fire.

SCENE EXAMINATION
I arrived on scene on January 14,2023 to conduct the scene examination. The scene was examined from exterior to interior utilizing a systematic approach and accepted procedures and practices outlined in NFPA 921, Guide for Fire and Explosion Investigations 2021 Edition.  Photographs were taken throughout the scene examination process, and a plan view sketch of the cell was completed.

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044497

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire
**Agency Incident ID:** 2023-46-027          **BATS ID: 1458225**



Prior to the scene examination, I met with investigators from the Prison along with investigators from Indiana State Police, Michigan City Fire Department and LaPorte County Coroner's Office in a room where the decedent was located. Information was gathered and decedent was photographed. Decedent was identified as offender Michael W. Smith. Decedent was lying supine on a stretcher covered with a white sheet. Decedent revealed 3rd degree burns over majority of his body. Decedent was later removed from the scene by members of the LaPorte County Coroners Office.

Scene Examination was assisted by:
Investigators from the Prison DOC
Det. Nate Wolfe - Indiana State Police
Inv. Jeff Bruder - Michigan City Fire Department

The scene examination commenced with an examination of the exterior of cell #252. The upper portion of the exterior wall revealed damage caused by venting fire gases and radiant heat.

Examination of the interior of the cell revealed majority of the cells floor, walls, bed and toilet had severe fire damage.

Analysis was conducted of the fire and heat-related patterns, their movement and intensity, in combination with the degrees of consumption of, and degradation to the combustible materials in the cell as well as, the effects of ventilation during the various stages of the fire. As a result of these efforts, sufficient evidence and information was identified which supports the determination that the room of fire origin is in Cell #252.  After identifying the room of origin, efforts were focused on identifying the specific area of origin.

Similar analysis was conducted of the fire and heat-related patterns, as well. as, the consumption of, and degradations involving combustible materials. These efforts also included identifying and considering the available fuels and the analysis of effects of ventilation on the fire.  As a result of analysis of the fire patterns, witness statements, and fire flow patterns the fire was determined to have originated at the central front area of the bed that was fixed along the north wall of the cell.

Debris was delayered and sifted in the area of fire origin.  The debris consisted of ordinary combustibles. Charred remains of clothing and small cardboard boxes containing wiring and personal items.

Analysis was conducted in an effort to identify the pre-fire available ignition sources. within the general area of origin. During this process ignition sources were located. Specifically, within the general area of origin a number of ignition sources were identified. These ignition sources included: the three tablets (computers), four 13 in flat screen televisions, two cellphones and electrical cords.

Charred and melted remains of one tablet and one television was found on the bed near the center front of bed and another tablet and television was found on the floor. Examination revealed these items to have various stages of severe fire damage.
The one tablet found on the floor had an electrical wire melted onto the back of tablet. The electrical wire

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     33

STATE044498

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire
**Agency Incident ID:**   2023-46-027        **BATS ID: 1458225**



traveled to the south wall of the cell and plugged into the lower outlet of a 120votlage dual receptacle that was attached to the south wall. No determination could be made if the electrical wire was plugged into the back of the tablet or melted onto the back of the tablet.

Examination of the 120-voltage dual receptacle attached to the south wall of the cell revealed damage resulting from fire progression. Directly above the receptacle attached to the south wall was a porcelain light base. Examination revealed that the lower section of a light bulb was screwed into the socket. The light base and remains of light bulb revealed damage resulting from fire progression.

Part of a porcelain light base was found on the bed and revealed fire damage. Examination revealed a small motor positioned in the light socket of the light base. Electrical wires were protruding out the back side of the light base.

Charred and melted remains of two cellphones were also found on the bed.

Prison staff mentioned that they believed the other prisoners considered decedent a handyman type and would bring him items to fix or repair.

On January 15,2023 this investigator attended the autopsy of Michael W. Smith 11/13/1974 at St. Anthony Hospital located in Michigan City, Indiana. Autopsy was performed by Dr. John Feczko. Dr. Feczko advised the preliminary cause of death was thermal burns/heat exposure pending the toxicology results.

On January 19,2023, this investigator met with Investigator Bill Lessner DOC at the Michigan City Prison and photographed and documented items taken from ACH 252. Items were taken from the cell by prison staff and placed in a secured room prior to my arrival on 1/19/2023. Items had various stages of fire damage. Items consisted of four 13-inch flat screen televisions, three tablets (computers), two cellphones electrical light base and a small motor, small grinding wheels and numerous electrical wires. A wood handled homemade believed to be a soldering device was among the items. Prison staff stated that decedent had been in trouble in the past for altering and damaging property belonging to the prison such as electrical outlet, light fixture and a fan.

On February 10,2023, this investigator received via email the final autopsy results from Dr. Feczko.

CONCLUSION
Based on the facts and evidence gathered as a result of this investigation fire originates on the central front area of the bed located in the cell ACH-252. Charred, melted remains of electrical cords, small flat screen televisions, computer tablets, altered/homemade electrical devices, and an altered light fixture (not associated with the cell's installed lighting) were found in the area of origin. Due to the damage of the found items, a definitive ignition source could not be determined. However, neither an unknown electrical failure in the electrical items identified in the area of origin nor a human error could be refuted as possible cause.

This report is based upon presently known and available facts, data, and information.  Should additional or different facts, data, or information be discovered, this investigator and the Indiana Department of Homeland Security Office of the State Fire Marshal reserves the right to change, alter, or amend this report to reflect the new facts, data, or information.

This report may not be disseminated outside your agency without permission from the originating agency.
Law Enforcement Sensitive

Page:    34

STATE044499

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**   Fire
**Agency Incident ID:**    2023-46-027          **BATS ID: 1458225**

Jeffrey Roseboom CFEI, CFII, CVFI
Investigator
Indiana Department of Homeland Security
Office of the State Fire Marshal
Fire and Explosion Investigation Division

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

STATE044500

Ex. 26



**Indiana Dept of Homeland Security / State Fire Marshal**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:**  Fire
**Agency Incident ID:**   2023-46-027          **BATS ID: 1458225**

| **Title** | **Author** |
|---|---|
| Times of Video Footage | Jeffrey Roseboom |
| | 3172326435 |
| | jroseboom@dhs.in.gov |

**Description**

SYNOPSIS:  Review of Video

Video from surveillance camera inside the prison. Approximate times are based on time shown on video.

11:00:42 – Prisoner seen entering the cell.
11:55:14 – See glow in the right side corner of the cell in video
11:55:54 – See smoke and flames visible in the cell and prisoner moving around in cell
11:57:37 – Flames inside cell and prisoner removes cloth sheet off cell door
11:57:54 – Shows prisoner on floor inside cell trying to cover himself with the sheet and          flames starting to vent from the cell
11:58:24 – Prisoner on floor inside cell and majority of the interior side of cell is involved with flames. Guards attempt to extinguish flames with a water extinguisher.
11:59:33 – Guard uses a CO2 extinguisher on fire.
12:00:49 -  Guards were able to open cell door
12:00:52 – Guards attempt to remove prisoner from cell
12:01:06 – Other guards use CO2 extinguisher on fire.
12:01:54 – During attempts to remove prisoner from cell, another CO2 extinguisher was used.
12:02:12 – Water extinguisher was used on fire
12:02:40 – Fire Crews use other extinguishers on fire
12:07:10 – Fire Crews remove prisoner (deceased) from cell.
12:08:52 – Fire Crew member applies water from fire hose on fire.


This report is based upon presently known and available facts, data, and information.  Should additional or different facts, data, or information be discovered, this investigator and the Indiana Department of Homeland Security Office of the State Fire Marshal reserves the right to change, alter, or amend this report to reflect the new facts, data, or information.

Jeffrey Roseboom CFEI, CFII, CVFI
Investigator
Indiana Department of Homeland Security
Office of the State Fire Marshal
Fire and Explosion Investigation Division

This report may not be disseminated outside your agency without permission from the originating agency.
Law Enforcement Sensitive

STATE044501

Ex. 26