ACH North L-5 10:58:00.563 AM (GMT-6:00) 1/14/2023

Ex. 28