**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

MYSTI VALENCIA, individually )
and as Personal Representative )
of the ESTATE OF MICHAEL SMITH, )        Case No: 3:24-cv-00185-DRL-SJF
)
Plaintiff, )
)        The Hon. Damon R Leichty
v. )        Judge Presiding
)
RON NEAL, et al., )
)
Defendants. )

# EXHIBIT 29 - (FILE UNDER SEAL)

Facility Directive 00-9 (STATE009143-009147)