# INDIANA STATE PRISON

## A.M. Shift Roster 1-14-23

### 5&2 Staff

| Post | Assignment |
|---|---|
| Major | Closed |
| Utility Captain | Closed |
| Shelter Captain | Closed |
| P.D.R. Lieutenant | Closed |
| Zone Lieutenant ISO | Closed |
| Zone Lieutenant DHB | Closed |
| Zone Lieutenant Back Street | Closed |
| Master Location Sergeant | Closed |
| Northgate Sergeant | Closed |
| Lock Shop Sergeant | Closed |
| Armory Sergeant | Closed |
| Mail Room Sergeant | Closed |
| Store Room Officer | Closed |
| Operations Sergeant | Closed |
| Operations Officer | Closed |
| Shakedown Sergeant | Closed |
| Shakedown Officer | Closed |
| MSU Sergeant | Closed |
| ISO Garden/ DOL Officer | Closed |
| Barbershop | Closed |
| DHB | Closed |
| Screening | Closed |
| Screening | Closed |
| Industries Check Pt. | Closed |
| Lock Shop Officer | Closed |
| Northgate Officer | Closed |
| Property Room | Closed |
| Receiving/Offender Clothing | Closed |
| Recycle | Closed |
| Sanitation | Closed |
| Sanitation Out | Closed |
| Tool Control | Closed |
| Tunnel | Closed |
| Tunnel | Closed |
| Vocational Education | Closed |
| Yard | Closed |
| Checkpoint #5 | Closed |
| Medical Escort | Closed |
| Medical Escort | Closed |
| ISO Community Service | Closed |
| Checkpoint #9 | Closed |
| Contractor Escort | Closed |

| Post | Assignment |
|---|---|
| Shift Supervisor | Cpt. Steve McCann |
| Asst. Shift Supervisor | Lt. Latrice Jones |
| Zone Sgt. NSB/PCU/G/X-Row/ICH | Sgt. Larry Pietrowski |
| Zone Lt ACH/E Dorm | Lt. Nadine Smith |
| Zone Lt B/F Dorm | Lt. Vincent McCormick |
| Zone Lieutenant CCH | Closed |
| Zone Lieutenant DCH | Lt. Dennis Koen |
| Control Sergeant | Sgt. Wendell Springfield |
| Main St. Check Pt. 2 | Sgt. Ernest Williams |
| Main St. Check Pt.4 | Sgt. Michael Everett |
| PDR Sergeant | Sgt. Amon Lee |
| PDR Officer | Thangerarine Kowar |
| K-9 | Closed |
| K-9 Main Street | Closed |
| ACH Sergeant | Sgt. Joniene Walton |
| ACH Range Officer | Kevin Cross |
| ACH Range Officer | Darnell Crockett |
| ACH Range Officer | Jaylon Singleton |
| ACH Range Officer | Closed |
| BCH Sergeant | Sgt. Nkechnere Ogunmusi |
| BCH Range Officer | Shawntay Gill |
| BCH Range Officer | Derek Zaveri |
| BCH Range Officer | Closed |
| BCH Range Officer | Closed |
| CCH Sergeant | Sgt. Alyssa Weldon |
| CCH Range Officer | Nathaniel Gast |
| CCH Range Officer | Cole Stoker-Lusby |
| CCH Range Officer | Demetrius Rais |
| CCH Range Officer | Closed |
| CCH Range Officer | Closed |
| DU Sergeant 100 EAST | Closed |

### SHIFT

| Post | Assignment |
|---|---|
| DU Range Officer 200 EAST | Kollin Newcomb |
| DU Range Officer 300 EAST | Jeilynn Mathey |
| DCH Range Officer 400 EAST | Coby Camp |
| DCH Range Officer 500 EAST | Luciano Oliva |
| DCH Sergeant WEST | Sgt. Ashley Hudson |
| DCH Range Officer 100 WEST | Closed |
| DCH Range Officer 200 WEST | Closed |
| DCH Range Officer 300 WEST | Closed |
| DCH Range Officer 400 WEST | Closed |
| DCH Range Officer 500 WEST | Closed |
| DCH REC Officer | Closed |
| E Dorm Patrol | Cole Hendryx |
| E Dorm Patrol | Closed |
| F Dorm Patrol | Erica Hulett |
| F Dorm Patrol | Closed |
| G Dorm Patrol | Cynthia Edwards |
| G Dorm Patrol | Closed |
| ICH Range Officer | Brenda Thompson |
| ICH Range Officer | James Podgorny |
| ICH Range Officer | Closed |
| ICH North Range Officer | Paige Finch |
| ICH North Range Officer | Closed |
| MSU Officer | Karen Skaggs |
| NSB Range Officer | Nylah Patterson |
| NSB Range Officer | Closed |
| NSB Range Officer | Closed |
| PCU Range Seargent | Closed |
| PCU Range Officer | Allison Everly |
| PCU Range Officer | Closed |
| X Row Range Officer | David Haas |
| Check Point 1 | Mark Stump |
| Check Point 7 | Closed |
| Gate 4 | Christian Burnside |
| Information Desk | Izonia Chism |
| Information Desk | Kelly Everott |
| Information Desk | Closed |
| Visiting Room | Keith Diakow |
| Visiting Room | Closed |
| Visiting Room Shakedown | Closed |
| Master Location Officer | Kandis Sankey |
| Recreation | Closed |
| Recreation Gate | Joseph Kessler |
| Education Gate | Closed |
| Key Control | Tiffany Lewis |
| Tower 1 | James Malek |
| Tower 3 | Nichole Rodriguez |
| Tower 4 | Steve Bane |
| Tower 5 | Scott Bos |
| Tower 6 | Ramone Naz |
| Tower 8 | Jeff Martin |
| Tower 9 | Ezachery Bailey |
| Tower 10 | Closed |
| Tower 11 | Closed |
| Tower 12 | Eric Prosser |
| Perimeter | Sgt. David Fredinburg |
| ISO Sergeant | Sgt. Padrick Schmitt |
| ISO Control | Annie Thomas |
| ISO Security | Charles Harris |
| ISO Shakedown | Heather Hasza |
| ISO Visiting Room | Closed |
| ISO E2 | Taleya Beck |
| ISO E2 | Closed |
| ISO W1 | Iona Horde |
| ISO W1 | Closed |
| ISO W2 | Airriah Ferguson |
| ISO W2 | Closed |
| Armed Mobile Perimeter | Chris Smith |
| Trip Officer | Sgt. Chis Frey |
| Trip Officer | |
| Trip Officer | |
| Trip Officer | |
| Trip Officer | |
| Trip Officer | |
| Trip Officer | |

### Shift

| | | OJT | FTO |
|---|---|---|---|
| | | | Sgt. Mike Everett |
| | | | Sgt. Jose Zepeda |
| | | Kyrle Robinson | |
| | | Darnell Crockett | |
| | | Brenda Thompson | |
| | | Kelly Everett | |

#### MISC

#### OTHER DUTIES ASSIGNED

| | |
|---|---|
| Sgt. Amon Lee | PDR |
| Thangerarine Kowar | PDR |
| Jaylon Singleton | PDR |
| Derek Zaveri | PDR |
| Sgt. Chris Frey | PDR |
| Sgt. Michael Everett | PDR |
| | PDR |
| | PDR |

#### OVERTIME

| | |
|---|---|
| Sgt. Chris Frey | 12hrs Perimeter/PDR |
| James Malek 12Hrs | TWR 1 |
| Sgt. David Fredinburg | 12hrs Perimeter |
| Jeff Martin | 12hrs TWR 8 |
| Ramon Naz | 12hrs TWR 6 |
| Nichole Rodriguez | 12hrs TWR 3 |
| Cynthia Edwards | 12hrs G Dorm |

### Daily Operations

| QRT | Cell Extraction |
|---|---|
| Sgt. Ernest Williams | Sgt. Jose Zepeda |
| Sgt. Richard Arnold | Cody Proctor |
| Sgt. Thetis Tyus | Thangerarine Kowar |
| Sgt. Kyrie Robinson | Jaylon Singleton |
| | Sgt. Kyrie Robinson |
| | Lt. Rice |

| Weapons Team | |
|---|---|
| Sgt. Jose Zepeda | |
| Paige Finch | |
| Cody Proctor | |
| Shawntay Gill | |

| DIF | MIL |
|---|---|
| | |

| STD/WC | FMLA |
|---|---|
| | Robert Doran |
| | Sgt. Sherman Day |
| | Brian Olig |
| | Michelle Hanley |

| VACATION | PERSONAL |
|---|---|
| Jocelyn Hernandez | |
| Lt. DuJuan Lott | |
| Molly Draper | |
| Sgt. Jose Zepeda | |
| Ron Anderson | |
| Jacob Tawney | |
| Cody Proctor | |

| TRAINING | SICK |
|---|---|
| | |

| ON LOAN | COVID-19/ESPL |
|---|---|
| Kim Watkins-Bradley (LAW) | Sgt. Shanalee Stacy |
| Joshua Wallen (Griev) | |

**Unauthorized Leave**

| | |
|---|---|

#### Post Color Key:
GREEN = Okay to close post
YELLOW = Can close w/ permission from Major

STATE001202

Ex. 31

# INDIANA STATE PRISON

## A.M. Shift Roster 1-15-23

### 5&2 Staff

| Post | Assignment |
|---|---|
| Major | Closed |
| Utility Captain | Closed |
| Shelter Captain | Closed |
| P.D.R. Lieutenant | Closed |
| Zone Lieutenant ISO | Closed |
| Zone Lieutenant DHB | Closed |
| Zone Lieutenant Back Street | Closed |
| Master Location Sergeant | Closed |
| Northgate Sergeant | Closed |
| Lock Shop Sergeant | Closed |
| Armory Sergeant | Closed |
| Mail Room Sergeant | Closed |
| Store Room Officer | Closed |
| Operations Sergeant | Closed |
| Operations Officer | Closed |
| Shakedown Sergeant | Closed |
| Shakedown Officer | Closed |
| MSU Sergeant | Closed |
| ISO Garden/ DOL Officer | Closed |
| Barbershop | Closed |
| DHB | Closed |
| Screening | Closed |
| Screening | Closed |
| Industries Check Pt. | Closed |
| Lock Shop Officer | Closed |
| Northgate Officer | Closed |
| Property Room | Closed |
| Receiving/Offender Clothing | Closed |
| Recycle | Closed |
| Sanitation | Closed |
| Sanitation Out | Closed |
| Tool Control | Closed |
| Tunnel | Closed |
| Tunnel | Closed |
| Vocational Education | Closed |
| Yard | Closed |
| Checkpoint #5 | Closed |
| Medical Escort | Closed |
| Medical Escort | Closed |
| ISO Community Service | Closed |
| Checkpoint #9 | Closed |
| Contractor Escort | Closed |

| Post | Assignment |
|---|---|
| Shift Supervisor | Cpt. Steve McCann |
| Asst. Shift Supervisor | Lt. Latrice Jones |
| Zone Lt. NSB/PCU/G/X-Row/ICH | Closed |
| Zone Lt ACH/E Dorm | Lt. Nadine Smith |
| Zone Lt B/F Dorm | Closed |
| Zone Lieutenant CCH | Closed |
| Zone Lieutenant DCH | Lt. Dennis Koen |
| Control Sergeant | Sgt. Wendell Springfield |
| Main St. Check Pt. 2 | Sgt. Ernest Williams |
| Main St. Check Pt.4 | Sgt. Michael Everett |
| PDR Sergeant | Sgt. Amon Lee |
| PDR Officer | Closed |
| K-9 | Ron Anderson |
| K-9 Main Street | Closed |
| ACH Sergeant | Darnell Crockett |
| ACH Range Officer | Kevin Cross |
| ACH Range Officer | Luciano Oliva @7a |
| ACH Range Officer | Closed |
| ACH Range Officer | Closed |
| BCH Sergeant | Sgt. Nkechnero Ogunmusi |
| BCH Range Officer | Shawntay Gill |
| BCH Range Officer | Closed |
| BCH Range Officer | Closed |
| BCH Range Officer | Closed |
| CCH Sergeant | Sgt. Alyssa Weldon |
| CCH Range Officer | Nathaniel Gast |
| CCH Range Officer | Cole Stoker-Lusby |
| CCH Range Officer | Closed |
| CCH Range Officer | Closed |
| CCH Range Officer | Closed |
| DU Sergeant 100 EAST | Closed |

### SHIFT

| Post | Assignment |
|---|---|
| DU Range Officer 200 EAST | Cody Proctor |
| DU Range Officer 300 EAST | Jeilynn Mathey |
| DCH Range Officer 400 EAST | Coby Camp |
| DCH Range Officer 500 EAST | Kollin Newcomb |
| DCH Sergeant WEST | Sgt. Ashley Hudson |
| DCH Range Officer 100 WEST | Closed |
| DCH Range Officer 200 WEST | Closed |
| DCH Range Officer 300 WEST | Closed |
| DCH Range Officer 400 WEST | Closed |
| DCH Range Officer 500 WEST | Closed |
| DCH REC Officer | Closed |
| E Dorm Patrol | Cole Hendryx |
| E Dorm Patrol | Closed |
| F Dorm Patrol | Erica Hulett |
| F Dorm Patrol | Closed |
| G Dorm Patrol | Derek Zaveri |
| G Dorm Patrol | Closed |
| ICH Range Officer | Brenda Thompson |
| ICH Range Officer | Closed |
| ICH Range Officer | Closed |
| ICH North Range Officer | Thangerarine Kowar |
| ICH North Range Officer | Closed |
| MSU Officer | Jaylon Singleton |
| NSB Range Officer | Paige Finch |
| NSB Range Officer | Closed |
| NSB Range Officer | Closed |
| PCU Range Seargent | Closed |
| PCU Range Officer | Allison Everly |
| PCU Range Officer | Closed |
| X Row Range Officer | David Haas |
| Check Point 1 | Mark Stump |
| Check Point 7 | Closed |
| Gate 4 | Christian Burnside |
| Information Desk | Closed |
| Information Desk | Kelly Everett |
| Information Desk | Closed |
| Visiting Room | Closed |
| Visiting Room | Closed |
| Visiting Room Shakedown | Closed |
| Master Location Officer | Kandis Sankey |
| Recreation | Closed |
| Recreation Gate | Closed |
| Education Gate | Closed |
| Key Control | Charles Harris |
| Tower 1 | James Malek |
| Tower 3 | Ramone Naz |
| Tower 4 | Closed |
| Tower 5 | Larry McGee |
| Tower 6 | Izonia Chism |
| Tower 8 | Steve Bane |
| Tower 9 | Ezachery Bailey |
| Tower 10 | Closed |
| Tower 11 | Closed |
| Tower 12 | Eric Prosser |
| Perimeter | Closed |
| ISO Sergeant | Sgt. Padrick Schmitt |
| ISO Control | Annie Thomas |
| ISO Security | Heather Hasza |
| ISO Shakedown | Closed |
| ISO Visiting Room | Closed |
| ISO E2 | Taleya Beck |
| ISO E2 | Closed |
| ISO W1 | Iona Horde |
| ISO W1 | Closed |
| ISO W2 | Airriah Ferguson |
| ISO W2 | Closed |
| Armed Moblie Perimeter | Chris Smith |
| Trip Officer | Jacob Tawney  ED 16 |
| Trip Officer | Keith Diakow |
| Trip Officer | James Podgorny  510 |
| Trip Officer | Demetrius Rais |
| Trip Officer | |
| Trip Officer | |

### Shift

| | OJT | FTO |
|---|---|---|
| | | Sgt. Mike Everett |
| | | Sgt. Jose Zepeda |
| | Kyrie Robinson | |
| | Darnell Crockett | |
| | Brenda Thompson | |
| | Kelly Everett | |

#### MISC

#### OTHER DUTIES ASSIGNED

| | | |
|---|---|---|
| Sgt. Amon Lee | PDR | |
| | PDR | |
| | PDR | |
| | PDR | |
| | PDR | |
| | PDR | |
| | PDR | |
| | PDR | |
| | PDR | |

#### OVERTIME

| | |
|---|---|
| James Malek | 12hrs TWR 1 |
| Ramono Naz | 12hrs TWR 3 |
| Larry McGee | 12hrs TWR 5 |

### Daily Operations

| QRT | Cell Extraction |
|---|---|
| Lt. Latrice Jones | Darnell Crockett |
| | Thangerarine Kowar |
| Lt. Dennis Koen | Sgt. Alyssa Weldon |
| Darnell Crockett | Shawntay Gill |
| | Sgt. Ernest Williams |

| Weapons Team | SART |
|---|---|
| Sgt. Alyssa Weldon | Sgt. Michael Everett |
| Jaylon Singleton | |
| Sgt. Ashley Hudson | |
| Sgt. | |

| DIF | MIL |
|---|---|
| | |

| STD/WC | FMLA |
|---|---|
| | Robert Doran |
| | Tiffany Lewis |
| | Michelle Hanley |

| VACATION | PERSONAL |
|---|---|
| Jocelyn Hernandez | Sgt. Joniene Walton 7.5 |
| Lt. Vincent McCormick | |
| Molly Draper | |
| Sgt. Jose Zepeda | |
| Sgt. Larry Pietrowski | |
| Scott Bos | |

| TRAINING | SICK |
|---|---|
| | Lt. DeJuan Lott |
| | Karen Skaggs |
| | Sgt. Joniene Walton 4.0 |
| | Joseph Kessler |
| | Luciano Oliva 1.0 |

| ON LOAN | COVID-19/ESPL |
|---|---|
| Kim Watkins-Bradley (LAW) | |
| Joshua Wallen (Griev) | |

| Unauthorized Leave |
|---|
| |

#### Post Color Key:
GREEN = O.K. to close post
YELLOW = Can close w/ permission from Major

STATE001203

Ex. 31