

**Indiana Department of Correction**
**Internal Affairs Division**

## REPORT OF INVESTIGATION
### Tuesday, March 7 2023

**CASE NO:  23-ISP-0006**

| | | | |
|---|---|---|---|
| **Primary Offense Description** | | **Date of Offense** | 14-JAN-2023 |
| Death - Accidental - Offender | | **Referred By** | |
| **Offense Location** | CELL -- | **Person Completing Rpt** | Larry Haskell / |
| **Investigator Name** | Larry Haskell / | **Date Rpt Completed** | 20-FEB-2023 |
| **Case Status** | Substantiated | | |

**Other (secondary) Offenses**

**Physical Evidence  N**      **Evidence Disp Facility  N**      **Evidence Disp Agency  N**

**Other Facility Referred To**                          **Referred By**

**Narrative** On January 14, 2023, at approximately 10:09 am Officer (Ofc.) Darnell Crockett conducted a count and secured Offender Michael Smith's DOC #953102 cell door A-252.  At 10:53 am, flickers of flame came from in the cell. The fire grew quickly inside the offender's cell.  A signal 10-71 indicating that it was a fire in the cell house was called in A Cell House. First Responders and the Offender Firemen responded to the signal.

Camera Footage
10:53 am flickers of flame in the cell.
10:55 am the fire is visible but still in the cell.
10:57 am the flames completely engulfed the cell and are moving outward.
10:58 am the flames are spreading out and upwards out of the cell.
10:58 am Ofc. Cross and Ofc. Crockett arrived at the cell with the water fire extinguisher.
10:59 am staff returned with an ABC fire extinguisher.
11:00 am Offender Smith's movements stop.
11:01 am First Responders and offender firemen were on the range.

Interviews

On January 14, 2023, Sergeant (Sgt.) Jeniene Walton was working in A Cell House (ACH). The count had just cleared and she conducted a security walk on both 100 North and South ranges.  She went back into the Officer Station where Lieutenant ( Lt.) Nadine Smith, Ofc. Kevin Cross, and Ofc. Darnell Crockett were at.  As Sgt. Walton was talking to Lt. Smith the fire alarm panel sounded.  As they walked out of the Officer's Station they noticed smoke coming from the 200 North range. Sgt. Walton called a 10-71 (fire) signal in ACH.  Ofc. Cross and Ofc. Crockett reported to 200 North range with a water fire extinguisher in hand.  Lt. Smith took the ABC fire extinguisher and went down the 100 North range.  Sgt. Walton stayed at the front door due to her having the front door key and had to let the First Responders in the cell house.  She then started clearing out the cell house and getting the other offenders to safety.  A written statement was provided and an incident report was completed on January 14, 2023.

On January 14, 2023, Ofc. Kevin Cross was working in A Cell House. Ofc. Cross was in the Officer's Station when he heard the fire alarm panel in the office go off.  He saw the smoke

STATE000015

Ex. 32



Indiana Department of Correction
Internal Affairs Division

## REPORT OF INVESTIGATION
Tuesday, March 7 2023

CASE NO:   23-ISP-0006

coming from the 200 North range as he walked out of the office and saw the flames coming from a cell. Ofc. Cross and Ofc. Darnell Crockett grabbed the water fire extinguisher and went to the 200 North range. As they got in front of the cell they started to use the water fire extinguisher but they saw that it wasn't working. Ofc. Cross went downstairs to get the ABC fire extinguisher. Lt. Smith gave him the ABC extinguisher and he returned to the cell. He gave the ABC fire extinguisher to Ofc. Crockett attempted to control the fire but it wasn't effective. Once the First Responders arrived on the 200 North range, Ofc. Cross started opening the cell doors of the other offenders to get them into a controlled setting. A written statement was provided and an incident report was completed on January 14, 2023.

On January 14, 2023, Lt. Nadine Smith was working in A Cell House. She was in the Officer's Station with her officers. When the fire alarm panel went off they all saw smoke and fire coming from the 200 North range. She grabbed the ABC fire extinguisher and went down the 100 North range to tend to the fire. As she arrived on the 100 North range she saw the fire was bad and assumed if she had used the extinguisher the fire would have spread due to where she was at. She walked back to the front of the cell house and that's when she was able to hand off the fire extinguisher to Ofc. Cross. She grabbed a set of keys and started opening the cell doors of the other offenders to get them out of the cell house. She started escorting the offenders outside into the Recreation Yard. A written statement was provided and an incident report was completed on January 14, 2023.

On January 14, 2023, Officer Darnell Crockett was working in A Cell House and he was working on the North and South of the 200 and 300 range. As he was conducting the 10:00 am count the offender, Michael Smith was in his cell sleeping. Ofc. Crockett woke Offender Michael Smith up to see if he was breathing and everything appeared to be fine. Ofc. Crockett was inside the Officer's Station when the fire alarm panel went off. Ofc. Cross grabbed the water fire extinguisher and they went up to the 200 North range and went to the cell. They started using the water fire extinguisher but it wasn't effective. Ofc. Cross went down to obtain the ABC fire extinguisher while Ofc. Crockett had gone to the front of the range to unroll the security bar. They both came back to the cell and Ofc. Crockett used the ABC fire extinguisher and was attempting to put the fire out but it didn't have any effect due to the fire already being at its peak. As he went to open the cell door he couldn't open it due to the heat making the cell door expand. At that time First Responder Lieutenant Dennis Keon came and assisted Ofc. Crockett with getting the cell door unlocked but they still weren't able to get it unlocked due to the fire. The Inmate Fire Chief came along and used another ABC fire extinguisher and the other firemen showed up and were able to get the fire handled. A written statement was provided and an incident report were completed on January 14, 2023.

NOTE:  All First Responder's written statements were provided with their incident reports stating what took place and the life saving measures that were taken.

Michigan City Fire Chief Statement :
On January 14, 2022, scene examination revealed the general area of origin to be the central front area of the bed located in the cell. Charred and melted remains of electrical cords, small flat-screen televisions, computer tablets, altered/homemade electrical devices, and an altered light fixture (not associated with the cell's installed lighting) were found in the area of origin. Due to the damage to the found items, a definitive ignition source could not be determined.

07-MAR-23 08:48 AM                     Page 2 of 4

STATE000016

Ex. 32



**Indiana Department of Correction**
**Internal Affairs Division**

## REPORT OF INVESTIGATION

### Tuesday, March 7 2023

**CASE NO:  23-ISP-0006**

However, neither an unknown electrical failure in electrical items identified in the area of origin nor a human error could be refuted as a possible cause. The case is still under investigation.

TOXICOLOGY/FINAL AUTOPSY
Final Autopsy results show the manner of death was determined to be thermal burns/heat exposure. The toxicology report also shows a positive result for methamphetamine.

**Disposition**
Based on physical evidence along with the autopsy results, case 23-ISP-0006 is SUBSTANTIATED for an accidental offender's death. This case will be forwarded to Warden Ron Neal for review.

---

## PRINCIPALS

**Type: Victim**

**Name: Michael Smith**

**Address** 1 Park Row Michigan City, IN 46360

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC# |
|-----|-----|------|-----|--------|--------|------|------|-------|---------------|
| ███ | ███ | White | M | 6.0 | 195 | Bald | Brown | | 953102 |

**Other Information**
**EPRD:**

STATE000017
Ex. 32



Indiana Department of Correction
Internal Affairs Division

## REPORT OF INVESTIGATION

Tuesday, March 7 2023

CASE NO:  23-ISP-0006

---

### WITNESSES

**Name: Darnell Crockett**

**Address:**  1 Park Row, Michigan City, In 46360

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC |
|---|---|---|---|---|---|---|---|---|---|
| -- | ▉ | Black | M | 5.11 | 225 | Black | Brown | ▉ | Correctional Officer |

**Other Information**
EPRD:

**Name: Kevin Cross**

**Address:**  1 Park Row, Michigan City, In 46360

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC |
|---|---|---|---|---|---|---|---|---|---|
| -- | ▉ | Black | M | . | | Black | Brown | ▉ | Correctional Officer |

**Other Information**
EPRD:

**Name: Nadine Smith**

**Address:**  1 Park Row, Michigan City, In 46360

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC |
|---|---|---|---|---|---|---|---|---|---|
| -- | ▉ | Black | F | . | | Brown | Brown | ▉ | Sergeant |

**Other Information**
EPRD:

**Name: Jeniene Walton**

**Address:**  1 Park Row, Michigan City, In

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC |
|---|---|---|---|---|---|---|---|---|---|
| -- | | Black | F | 5.5 | 272 | Brown | Brown | | Custody |

**Other Information**
EPRD:

STATE000018

Ex. 32