## DECLARATION OF JAMES JONES

James Jones, being on oath and under penalty of perjury, states as follows:

1.    I am James Jones. I am currently a prisoner at the Indiana State Prison in Michigan City, Indiana.

2.    I was imprisoned at the Indiana State Prison in A Cellhouse on January 14, 2023 in Cell # 124. I was acquainted with Michael Smith, who also resided in A Cellhouse in Cell # 254.

3.    On the morning of January 13, 2023, after the 10:00 a.m. count, I heard Michael Smith begin to scream. I remember his screams to this day.

4.    When Smith began screaming, the prisoners around him also began to scream and shout. The shouts moved down along the row, from the back of the cell house where Michael Smith lived toward the other end where the Officers' Station is located. In the back of the cellhouse on the upper tiers, you're in trouble if you have a medical emergency or something else happens to you. Everyone knows that, so the prisoners in the cellhouse begin to shout all down the cellhouse to sound the alarm. That morning, the prisoners were shouting "fire on the range" over and over.

5.    From my cell, I could see the officers in the Officers' Station. They were just hanging around there in the Station like they usually are. They did not respond to the prisoners' shouts. There is no way the officers could not have heard the prisoners shouting "fire on the range" over and over.

Plaintiff 002497

Ex. 34

6. As the prisoners were shouting, you could see flames on the glazed wall across from the tiers. The wall was glowing orange. The cellhouse began to fill up with smoke. It was everywhere.

7. It was only after Michael Smith and the other prisoners had been screaming and the guards had been ignoring the screams that the fire alarm went off.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 27, 2025

James Jones

Plaintiff 002498

Ex. 34