Declaration of Johnnathen Triplett

I John Triplett being under oath and under penalty of perjury state as follows

I was in A cell house living on 200 range on Jan 14th 2023 - ~~III~~

I remember people yelling and I remember smelling the smoke.

I remember inhaling smoke and the people around me were yelling "get us out of here"

Awhile later the fire alarm went off and people started being evacuated, and I was one of the last ones, let out

Out side I found out the Michael ~~Alexander~~ was actually dead that day

Since I've been here in 2018 I only remember participating in a couple Fire drills!

Pursuant to 28 U.S.C § 1746 I declare under penalty of perjury under the Laws of the United States that the above is true and correct.
October 27, 2025    Johnnathen Triplett

Plaintiff 002490
Ex. 35