10-27-25

Declaration Terrence Parker Sr.

It was a Saturday morning I had just gotten back from a visit January 14,23 it was about to be count time.

I was in ACH 138 north at count time Mike was right above me on 200 north everybody smelled smoke everyone was yelling check your Hot Pot something is burning. Mike neighbor tried to wake him up by hitting on the wall to get his attention but it was know respone for maybe a while.

Inmates started to yell for the CO to come in check to see were the smell was coming from but they didn't come this was like maybe a long time after we started to yell. No CO responed when we called we started yelling fire & signal 3000 I held out my mirror to see if anyone was coming but didnt see know one. I could see the officer cage and one officer went inside & didn't come to check to see what was going on until they heard Mike yelling for his life bout time they got there it was over for Mike.

Mike was yelling for a long time know one came around for a long time Mike was screaming please help somebody please help me get the fire off I can't put it out somebody please help. At that time you could see the fire & smoke pouring out his cell over the ranges.

Plaintiff 002493
Ex. 36

One Co came running up the 1st floor & another came running up 200 north he seen the fire and ran back to tell them to call the fire men to come in put the fire out.

They came with the fire extinguisher but the fire was to much for them to use extinguisher they could not fight the fire with it.

Once the fire department got there they came and put the fire out it really didn't take no time for the firemen to put the fire out.

They made everybody in the cell house leave out they started from 500 hundred & worked there way down to 100 do to heavy smoke they took use out to the rec yard until everything was over.

Pursuant to 28 USC 1746 I declare under penalty prejury under the laws of the United States of America that the forgoing is true and correct

Executed on October 27, 2025

*[signature]*

Plaintiff 002494

Ex. 36