declaration of Edward Miller

I Edward Miller being under oath and under penalty of perjury state as Follows.

I was living in A cellhouse in 404 N on January 14th 2023.
I smelled smoke right around lunch time in the cellhouse.
I heard alot of inmates yelling fire in the cellhouse. people were yelling for a while before anybody came to help and by that time black smoke had already filled half the cellhouse.
I heard inmates crying and begging for help.
I remember smelling burnt hair I could hear him screaming for help.

I remember that it took them so long to let us out that I thought other inmates would die of smoke inhalation

everytime I smell something burning I get PTSD wondering if the officers on duty will come and save us.

Plaintiff 002495
Ex. 37

pursuant to 28 USC Section 1746
I declare under penalty of perjury under the
laws of the United States that the above
is true and correct.

Edward Miller
October 27th 2025

Plaintiff 002496
Ex. 37