## DECLARATION OF DUSTIN WELDON

Dustin Weldon, being on oath and under penalty of perjury, states as follows:

1.      I am Dustin Weldon. I am currently a prisoner at the Indiana State Prison in Michigan City, Indiana.

2.      I was imprisoned at the Indiana State Prison in A Cellhouse on January 14, 2023 in Cell # 348. I was acquainted with Michael Smith, who also resided in A Cellhouse in Cell # 254. My cell was above his and two cells to the right as you look at the tiers from the range.

3.      On the morning of January 13, 2023, after the 10:00 a.m. count, I heard guys in the cells around me start to shout, "Hot pot's gone up! Check your hot pots!" (Hot pots are available for purchase at Commissary. They can run out of water and then catch on fire.)

4.      Then I heard Smith starting to scream. He screamed, "Let me out! My cell's on fire!" The sound of his screams was loud and awful.

5.      Soon, all the guys on the north side of A Cellhouse began screaming and shouting for help. No guards came.

6.      There was smoke. It got unbelievably thick. I felt a lot of heat. It felt so toxic that I put a rag on my face and lay down on the floor so I wouldn't be exposed.

Plaintiff 002499
Ex. 38

7.    I never heard a fire alarm. I was overcome by smoke. I am certain there was no alarm sounding when Smith and the other prisoners were shouting for help.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 27, 2025

*Dustin Weldon*

Dustin Weldon

Plaintiff 002500
Ex. 38