## DECLARATION OF DENNIS ZOLLMAN

Dennis Zollman, being on oath and under penalty of perjury, states as follows:

1.    I am Dennis Zollman. I am currently a prison at the Indiana State Prison in Michigan City, Indiana.

2.    I was imprisoned at the Indiana State Prison in A Cellhouse on January 13, 2023 in Cell # 154. I was acquainted with Michael Smith, who also resided in A Cellhouse in Cell # 254, directly above my cell.

3.    On the morning of January 13, 2023, after the 10:00 a.m. count, I heard Michael Smith begin to scream. As Smith began screaming, other prisoners began shouting "roll the bar." Everyone in A Cellhouse, staff and prisoners, knew that "roll the bar" meant there was an emergency and the cell doors needed to be opened.

4.    The shouts continued for what seemed like a very long time. No correctional staff responded even though there was no way they could not have heard the shouting from many prisoners. As others were shouting, Michael Smith continued to scream. I will never forget the sound of his screams. He died a horrible death.

5.    As the shouting went on, I became aware of smoke and heat. Going to the front of my cell, I was able to look up at the terrace above the front of my cell.

Plaintiff 002501
Ex. 39

I could see flames shooting out from the cell above me where Michael lived and where he was screaming.

6.      It was not until after the prisoners shouts and Michael's screams had been going on for what seemed like a very long time that the fire alarm went off. It was after the alarm that correctional staff finally responded.

7.      As the fire continued, I could smell burning flesh. Everything got very hot. There was thick smoke. Chunks of paint began peeling and falling off the terrace ceiling in front of my cell.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 27, 2025

Dennis Zollman
Dennis Zollman