

**Jeremy J. Bauer, Ph.D.**
**Bauer Forensics, LLC**
2610 11th Ave. E
Seattle, WA 98102
503.912.8660
jjb@bauerforensics.com
www.bauerforensics.com

December 15, 2025

Mr. Locke Bowman
Loevy + Loevy
311 N Aberdeen St
Chicago, IL 60607

Re:    *Valencia v. Neal, et al.*

Dear Mr. Bowman:

1.    At your request, I am writing this summary of my analysis and opinions in the above-referenced matter.  My opinions are held to a reasonable degree of scientific and biomechanical certainty and founded on my professional education and on my academic and consulting experience in visibility analysis, forensic video analysis, 3D scene reconstruction and forensic incident reconstruction.  If called as a witness, I could and would competently testify as to the opinions set forth in this report.  I reserve the right to amend or supplement these opinions should additional information become available.

### Qualifications

2.    I am the owner of Bauer Forensics, LLC. I am also an accredited accident reconstructionist, as recognized by the Accreditation Commission for Traffic Accident Reconstruction (ACTAR #2763) and a Certified Forensic Photographer as recognized by the International Association for Identification (IAI).  In addition, I am a Certified XL Tribometrist (CXLT) and a member of ASTM Committee E30 on Forensic Sciences, Committee E58 on Forensic Engineering, Committee F13 on Pedestrian/Walkway Safety and Committee F48 on Exoskeletons and Exosuits (Human Factors and Ergonomics).  I graduated with a B.S. in Physical Education (Biomechanics Emphasis) in 1997 from Boise State University and then an M.S. in Human Performance (Biomechanics Concentration), with a minor in Zoology in 2000 from Oregon State University and a Ph.D. in Human Performance (Biomechanics Concentration) in 2006 from Oregon State University.  As an undergraduate and graduate student, I took advanced math and physics courses as well as courses in engineering mechanics/dynamics and anatomy and physiology and thus have extensive training in the fundamental scientific principles upon which injury reconstructions, collision reconstructions and biomechanical analyses are based.  Additionally, I took courses that specifically addressed cognitive and neurologic factors that influence perception-response time using both academic materials and practical demonstrations with simple and complex tasks.  While a graduate student at Oregon State University, I worked as a graduate research assistant on research funded by the National Institutes of Health aimed at biodynamic study and simulation of human movement and relating forces from landings and falls to changes in skeletal tissue.  I have published research in peer-reviewed journals and have presented at major conferences.  I have more than 25 years of research and consulting experience in fields ranging across visibility analysis, forensic video analysis, 3D scene reconstruction and forensic incident reconstruction.  Based upon my education, training and experience, I am familiar with the underlying theory and the applications of video-based forensic scene reconstruction that are raised in this case.

3.    Please find attached a copy of my curriculum vitae (Exhibit 1); Testimony History (Exhibit 2) and a Bauer Forensics, LLC fee schedule (Exhibit 3).

### Case Materials Received

4.    61. Amended Complaint.pdf; Siemens OP921.pdf; Videos (ACH_North_L-5_20230114_100000 - EXTREMELY SENSITIVE CONTENT.exe; STATE000179.avi; STATE022778.exe;

Ex. 40

STATE022779.exe;    STATE022780.exe;    STATE022781.exe;    STATE022782.exe;    STATE022783.exe; STATE022784.exe; STATE022785.exe).

## Background

5.       On January 14, 2023, a fire erupted in cell 252 of A Cell House at the Indiana State Prison in Michigan City, Indiana, resulting in the death of inmate Michael Smith. Security cameras inside the cell house recorded the incident and the response to the incident (Figure 1). Specifically, preserved video from a security camera oriented south-southeast to face the opening of Michael Smith's cell recorded the glow of fire within the cell, followed by smoke, then flames coming out of the cell. Preserved video from a second camera, mounted at the east end of a walkway on the second level, the level where Mr. Smith's cell was located, and oriented such that it was pointed west, captured the first evidence of smoke coming from Mr. Smith's cell followed by fire coming out of the cell. This camera also recorded the timing of the first documented response to the incident by officers.

 

Figure 1. (LEFT) Screen shot from security video (STATE22778.exe) showing fire coming from cell 252 at the opposite end of the walkway. An officer is observed moving toward the fire; and (RIGHT) Screen shot from security video (ACH_North_L-5_20230114_100000 - EXTREMELY SENSITIVE CONTENT.exe) showing coming from cell 252.

## Analysis

6.       I reviewed the video footage and inspected A Cell House to document a timeline of events related to the event to establish an objective timeline of the fire's development and the facility's response, specifically focusing on when visual evidence of the fire would have been detectable by officers stationed at the office location. This report does not address the likelihood of officers detecting the fire using other senses, including smelling the smoke, or hearing shouts and/or screams indicating there was a fire in cell 252.

7.       *Inspection and Investigation*.  On July 14, 2025, I conducted an inspection of the cell house and the cell where the fire occurred.  The interior geometry of A Cell House, including the locations of smoke detectors, security cameras, the office and the cell where the fire occurred was documented using hand-held photography and a 3D Laser Scanner (Figure 2; FARO Focus[3D] M70, FARO, Lake Mary, FL 32746). The 3D scanner has a range of 0.6 m to 70 m [2' - 230'] and a range (distance) accuracy of 3 mm [0.1"] at 10 m [33'] and 25 m [82'].  These instruments are widely used and accepted for documenting vehicles and scenes[1, 2].  The scanner works much like a laser range finder one can buy at a hardware store for measuring distances, but instead of measuring a single distance, the 3D scanner records the position of objects in a 360º arc around its vertical axis (like a 360º panorama) and from -60º to 90º (straight up) with respect to the horizontal plane, creating a point cloud.

Ex. 40



Figure 2.  Photographs taken on July 14, 2025, showing the laser scanner placed in A Cell House, on the lower level, starting from a location in front of cell 252 and working toward the est end of the cell house where the office is located.



Figure 3. Photographs taken on July 14, 2025, showing the laser scanner placed outside cell 252, where the incident fire occurred.

Ex. 40

8.      Laser scans were taken from 20 locations inside A Cell House.  The scans were imported into Autodesk Recap Pro (Figure 4; v. 25.0, Autodesk, Inc., San Rafael, CA 94903) and registered (aligned and combined) for measurement and analysis.  Once registered, measurements were made using the "Distance" tool.  The following measurements were made:

   a.  The direct-line distance from the office to Cell 252 is 158 feet;

   b.  The minimum distance an officer could travel from the opening of the office to the front of cell 252 is 202 feet;

   c.  The vertical distance from the ground to the smoke detectors is 39.2 feet;

   d.  The distance from the ceiling of cell 252 to the smoke detectors is 24.7 feet (Figure 5);



Figure 4.  Screen capture from laser scan processing software (Autodesk Recap v. 25.0) showing an oblique view of the aligned laser scans of A Cell House below the 3rd level of cells. The location of the office relative to cell 252 is labeled. The office is 158 feet away from Cell 252.



Figure 5. Screen capture from laser scan processing software showing the relative location of the smoke alarms with respect to cell 252.

Ex. 40

9.      *Video Review and Analysis*.  Two videos, one recorded from the east end of the level 2 walkway (STATE22778.exe) and one recorded from the north wall across from cell 252 (ACH_North_L-5_20230114_100000 - EXTREMELY SENSITIVE CONTENT.exe), were identified and further analyzed.  The characteristics of those two videos are listed below:

    a.  STATE22778.exe

        i.  Duration: 00:15:00.20 (MINUTES:SECONDS)

        ii.  Pixel Dimension: 1920/1080

        iii.  Frame Rate: 10 frames per second

        iv.  Frame Count: 9002

        v.  File Hash (MD5): 463012851c01962bbd072b518afdb7e2

    b.  ACH_North_L-5_20230114_100000 - EXTREMELY SENSITIVE CONTENT.exe

        i.  Duration: 02:00:01.55

        ii.  Pixel Dimension: 1920/1080

        iii.  Frame Rate: 10 frames per second

        iv.  Frame Count: 72015

        v.  File Hash (MD5): 2ddd66ffc9fc7091e338f9b77bfd8f3c

10.     Both videos were imported into forensic video analysis software (Axon Investigate) for review and processing.  The videos were reviewed to identify key events and to calculate the speed of the smoke. The speed of the smoke was calculated by observing how fast a plume of smoke passed four horizontal railings on the 3rd level. The distance from the bottom railing to the top railing is 2.7 feet. The smoke covered this distance in 11 frames (1.1 seconds, given the video frame rate is 10 frames per second). Therefore, the vertical speed of the smoke was approximately 2.45 feet per second. The distance from the 3rd level walkway (2nd level ceiling) to the smoke detectors is 24.7 feet.  At 2.45 feet per second, it would take approximately 10 seconds for the smoke to reach the smoke detectors once it cleared the 3rd level walkway and entered the space outside the screened in cells. A table containing a timeline of key events was created to demonstrate the elapsed time from when the fire was first observable in the preserved camera footage to the first observable response by officers and to demonstrate the elapsed time from when the smoke likely first reached the smoke detectors to the first observable response by officers. Key video frames for those events are also included below.

| Time | Event | Evidence | Elapsed Time (MM:SS) | |
|---|---|---|---|---|
| 10:54:49 AM | Fire First Observed in Preserved Video | ACH North | 00:00.0 | |
| 10:55:26 AM | Smoke Observed Outside 252 | STATE022778 | 00:37.0 | **Response Gap (MM:SS)** |
| 10:55:43 AM | Smoke Observed Outside 3rd Level Walkway | ACH North | 00:54.0 | Visible from Office |
| 10:55:53 AM | Smoke Reaches Smoke Alarms | ACH North-Calculation | 01:04.0 | 00:10.0 |
| 10:58:05 AM | Officer First Appears in Video | STATE022778 | 03:16.0 | 02:22.0 |
| 10:58:23 AM | Officer Arrived at Cell with Water | ACH North | 03:34.0 | 02:40.0 |
| 10:59:33 AM | Officer Arrived at Cell with Extinguisher | ACH North | 04:44.0 | 03:50.0 |
| 11:00:19 AM | Officer Arrived with 2nd Extinguisher | ACH North | 05:30.0 | 04:36.0 |
| 11:01:06 AM | Officer Arrived with 3rd Extinguisher | ACH North | 06:17.0 | 05:23.0 |
| 11:02:39 AM | Firefighter Arrived at Cell | ACH North | 07:50.0 | 06:56.0 |

Ex. 40

**01/14/2023; 10:54:49 AM**

**Glow from fire observed in cell 252**



**01/14/2023; 10:54:49 AM**

**Smoke observed on the ceiling outside cell 252.**



**01/14/2023; 10:55:43 AM**

**Smoke observed outside 3rd level walkway, indicating smoke is outside the screened cells.**



Ex. 40

**01/14/2023; 10:55:53 AM**

**Smoke reaches the smoke detectors, based on calculation of smoke rising speed. The intensity of the fire has increased.**



**01/14/2023; 10:58:05 AM**

**Officer first appears in video after having climbed the stairs on the east end of A Cell House.**



**01/14/2023; 10:58:22 AM**

**Officer arrives at cell and begins to spray water toward cell 252.**



Ex. 40

**01/14/2023; 10:59:33 AM**

Officer arrives at cell and begins to deploy fire extinguisher toward cell 252.



**01/14/2023; 11:00:21 AM**

Officer arrives with a second extinguisher.



**01/14/2023; 11:01:06 AM**

Officer arrives with a 3rd extinguisher.



Ex. 40

**01/14/2023; 11:02:39 AM**

**Firefighter arrives at cell.**



11.     *Reconstruction.*  To understand what could have been seen from the office, had officers been looking toward cell 252 from the office, the laser scanned geometry of the A Cell House was imported into 3D visualization software (3DS Max v.2025, Autodesk, San Rafael, CA 94903). The software is widely accepted in the peer-reviewed literature as a tool for measuring scene dimensions and recreating the relative position of a camera with respect to the scene being photographed or recorded with video[3, 4]. Once the laser scans were imported in 3D visualization software, a scaled 3D model of the key geometries were modeled.  A virtual camera was then positioned to represent a line-of-sight from the office, looking toward cell 252, to determine how officers standing at the office could have detected visual evidence of the fire. Chaos Phoenix, a physics-based fluid dynamics engine, was used to generate a scientifically informed visual simulation of smoke propagation that is qualitatively consistent with the smoke behavior documented in the security footage. A simulation was then output and synchronized with the time stamp on the objective video evidence showing the time smoke entered the space outside of the screened cells (Figure 6).



Figure 6. Rendered frame from a simulation showing how officers standing at the office could have detected visual evidence of the fire.

Ex. 40

12.     *Visibility Analysis.* The objective video evidence and 3D reconstruction demonstrates that smoke rising from cell 252 would have been visible from the office by 10:55:43 PM (54 seconds after first being visible in security camera footage). The smoke column would have been positioned against the lighter-colored background and ambient lighting, creating a high-contrast visual signature readily detectable by an observer in the office area with an unobstructed line of sight toward cell 252. The visual evidence would have been unmistakable to any officer with visual attention directed toward that section of the cell house.

**Opinions**

13.     Based on my forensic reconstruction of the incident using 3D laser scanning, synchronized video analysis, and physics-based smoke propagation calculations, combined with my background, education and training in visibility analysis, forensic video analysis, 3D scene reconstruction and forensic incident reconstruction, I conclude to a reasonable degree of scientific certainty that:

a.  Smoke was observable from a perspective of a person standing at the office approximately 54 seconds after the first evidence of fire was observable in the preserved security camera footage;

b.  The smoke likely reached the smoke detectors 10 seconds after the smoke was observable from a position standing at the office;

c.  Based on the calculated smoke travel time, smoke detectors should have been activated approximately 1 minute and 4 seconds after the fire was first visible in the preserved security camera footage, or 2 minutes and 12 seconds before the first officer response was observed;

d.  The first officer observed responding to the fire was observed 3 minutes and 16 seconds after the first evidence of fire was observable in the preserved security camera footage, or 2 minutes and 22 seconds after the smoke was observable from a perspective of a person standing at the office;

e.  The first fire extinguisher was deployed 4 minutes and 44 seconds after the first evidence of fire was observable in the preserved security camera footage.

14.     In summary, the forensic timeline establishes that visual evidence of smoke was detectable from the office location 54 seconds after evidence of fire was first observable on preserved security camera footage, yet the first documented officer response occurred 2 minutes and 22 seconds after smoke became visible in the open area of the cell house. Smoke detectors should have activated at the 1:04 mark, yet fire suppression equipment was not deployed until at least 4 minutes and 44 seconds post-ignition, a delay of 3 minutes and 40 seconds after alarm activation should have occurred.

15.     I reserve the right to supplement this report should additional information become available to me.  Thank you for the opportunity to review this case.  Please let me know if I can provide any further information.

Respectfully Submitted,

Jeremy J. Bauer, Ph.D.
Bauer Forensics, LLC

## References

1.    Coleman C, Tandy D, Colborn J, et al. 2015. Applying Camera Matching Methods to Laser Scanned Three Dimensional Scene Data with Comparisons to Other Methods. SAE Technical Paper Series.

2.    Tandy DF, Coleman C, Colborn J, et al. 2012. Benefits and Methodology for Dimensioning a Vehicle Using a 3D Scanner for Accident Reconstruction Purposes. SAE Technical Paper Series.

3.    De Angelis D, Sala R, Cantatore A, et al. 2007. New method for height estimation of subjects represented in photograms taken from video surveillance systems. Int J Legal Med 121:489-492.

4.    Campbell III A, Friedrich R. 1993. Adapting Three-Dimensional Animation Software for Photogrammetry Calculations. SAE International.

12/2/2025

**JEREMY J. BAUER, Ph.D., CFPh, CXLT**

Forensic Biomechanist
Accredited Traffic Accident Reconstructionist
Certified Forensic Photographer
Forensic Illustrator and Animator
and
Certified Remote Pilot for Small Unmanned Aircraft Systems



Bauer Forensics, LLC
2610 11th Ave. E.
Seattle, WA 98102
Office: (503) 912-8660
Email: jjb@bauerforensics.com
Web: www.bauerforensics.com

### Education

| | |
|---|---|
| B.S., Physical Education (Biomechanics Emphasis), Boise State University | May 1997 |
| M.S., Human Performance (Biomechanics), Minor in Zoology, Oregon State University | June 2000 |

    Thesis: Kinetics and Kinematics of Prepubertal Children Participating in Osteogenic Physical Activity.

| | |
|---|---|
| Ph.D., Human Performance (Biomechanics), Minor in Zoology, Oregon State University | June 2006 |

    Dissertation Title: Defining Intensity of Skeletal Loading in Children.

### Experience

| | |
|---|---|
| Instructor of skiing and snowboarding, Bogus Basin Ski Resort, Boise, ID | 1989-1997 |
| Divisional Clinic Leader (DCL), American Association of Snowboard Instructors Northern Intermountain (AASI-NI) | 1996-1998 |
| Graduate Teaching Assistant, Oregon State University (PAC 220 – In-line Skating, HHP 231 Lab, HHP 231 Website) | 1997-2004 |
| Graduate Research Assistant, Bone Research Laboratory, Oregon State University National Institutes of Health, "Fall Biomechanics and Hip Fracture Risk" National Institutes of Health, "The Effects of Jumping on Growing Bones" International Olympic Committee, Biomechanical Analysis of Long Track Speed Skating Technique with new "Clap" skates | 1998-2004 |
| Photographer's Assistant, Sinclair Studio, Boise, ID | 1996-1997 |
| Biomechanist, Reconstructionist, Lab Director, Hayes+Associates, Inc., Corvallis, OR | 1999-2017 |
| Owner, Bauer Forensics, LLC, Seattle, WA | 2017-Present |

### Professional Affiliations

International Society of Biomechanics (ISB) – Member #3813
Accreditation Commission for Traffic Accident Reconstruction – Member #2763
Society of Automotive Engineers (SAE) – Member #6135576500
American Society for Testing Materials (ASTM) – Member #1871062
-Committee E30 on Forensic Sciences
-Committee E58 on Forensic Engineering
-Committee F13 on Pedestrian/Walkway Safety and Footwear
-Committee F15 on Consumer Products (F15.29 Playground Equipment for Public Use)
-Committee F48 on Exoskeletons and Exosuits (Human Factors and Ergonomics)
Institute of Transportation Engineers (ITE) – Member #1068868
Law Enforcement & Emergency Services Video Association International, Inc. (LEVA)
Washington Association of Technical Accident Investigators (W.A.T.A.I.)
International Association for Identification (IAI) – Member #35240

-1-

Ex. 40

12/2/2025

**Specialized Training**

| | |
|---|---|
| Institute of Police Technology and Management (IPTM), Eugene, OR | Nov 2013 |
| Advanced Traffic Crash Investigation | |
| FARO Technologies Laser Scanning Training | Mar 2015 |
| Excel Tribometers CXLT Certification Program (Slip Resistance Training) | Nov 2015 |
| WATAI (Washington Assn. of Technical Accident Investigators) Live Crash Testing | Oct 2018 |
| iNPUT-ACE: Video Evidence Workflow Training | Oct 2018 |
| Institute of Police Technology and Management (IPTM) | Dec 2018 |
| Bosch© CDR Tool Technician Training | |
| WATAI (Washington Assn. of Technical Accident Investigators) Fall Conference | Oct 2019 |
| Occupant Kinematics; Special Uses of Bosch CDR 900 | |
| Institute of Police Technology and Management (IPTM) | Nov 2019 |
| Event Data Recording Use in Traffic Crash Reconstruction | |
| Institute of Police Technology and Management (IPTM) | Oct 2020 |
| Fundamental Techniques of Crash Investigation (Roadway Evidence; Tire Examination; Safety Belt Examinations; Lamp Examinations; Case Preparation) | |
| WATAI (Washington Assn. of Technical Accident Investigators) Spring Conference | May 2021 |
| GoPro Use in Collision Reconstruction; Freightliner ECM Data; 3D Forensics; Autonomous Vehicles; EDR Downloads and Updates | |
| The Mountaineers – Friction Climbing: Basic | May 2021 |
| International Mountain Guides (IMG) 3.5 Day Mt. Rainier DC Summit Climb | Aug 2021 |
| Mountain skills instruction: Self-arrest, crampons and team rope/harness skills | |
| Institute of Transportation Engineers (ITE) | Oct 2021 |
| Webinar "Pavement Markings - What, Where, Why, When and Liability Concerns" | |
| WATAI (Washington Assn. of Technical Accident Investigators) Fall Conference | Oct 2021 |
| Human Factors (Equipment & Tools; Perception Response Time; Nighttime Recognition; Fatigue, Distraction and Impairment; Motorcycle Incidents; Using Photographs/Videos; Object Detection; Stopped or Slow Moving Vehicles on Highway); Lighting (Measuring Light; Headlight Illumination; Retroreflective Materials) | |
| American Institute for Avalanche Research and Education (AIARE) – AIARE 1 | Jan 2022 |
| iNPUT-ACE: 2022 Video Evidence Symposium | Mar 2022 |
| How Filters Affect the Interpretation of Video; Maintaining Chain of Custody; Speed and Motion: Interpreting Use of Force from Video Images; The Evolution of Court Acceptance; The Impact of Allowing Officers to View Video Evidence Prior to Providing a Statement; The Role of Video Evidence in the Kyle Rittenhouse Trial. | |
| WATAI (Washington Assn. of Technical Accident Investigators) Spring Conference | May 2022 |
| Advanced Reconstruction with EDR Applications; Using Excel in Traffic Collision Reconstruction. | |
| WATAI (Washington Assn. of Technical Accident Investigators) Fall Conference | Oct 2022 |
| Traffic Signals 1 & 2; Reconstructing Crashes at Traffic Signals 1 & 2; Multi-Tasking & Sight Distance; Red light cameras; Bicycle Facilities & MUTCD; Traffic Calming & Streetscapes. | |
| Forensic Photography Symposium | Jan 2023 |
| Science of lighting and how to quantify light; Forensic Macrophotography; Lighting on accident scenes for mapping and documentation; Post-mortem surface documentation; Visualizing blood; Ethical considerations in scientific photography; Forensic post-mortem photography and the modern autopsy; Scientific workflow for forensic image and video enhancement. | |
| World Reconstruction Exposition (WREX) 2023 | April 2023 |
| Live crash testing (Semi-trucks, school bus, pedestrians, bicycles, scooter, sedans); Dashboard Cameras and Human Vision; Video Analysis in Collision Reconstruction; The use of Mobile Device Lidar in Collision Reconstruction. | |
| WATAI (Washington Assn. of Technical Accident Investigators) Spring Conference | May 2023 |
| Back to Basics - A Comprehensive Review of Key Topics in the World of Traffic Collision Reconstruction. | |
| WATAI (Washington Assn. of Technical Accident Investigators) Fall Conference | Oct 2023 |

-2-

Ex. 40

12/2/2025

Reconstruction of Collisions Using Alternate Methodologies, Methodologies for Calculating Vehicle Speed from Video.

Forensic Photography Symposium                                                                        Jan 2024

Multi-Camera Photogrammetry; Fire Scene Photography; Camera Matching in Photogrammetry; FBI Large Scene Photography; Expert Testimony in Forensic Photography; Photoshop and Accident Reconstruction Workshop; Bloodstain Documentation; Aerial Photography and Mapping; Determining a Lens' Sharpest Aperture; Post-Mortem Photography; Imaging and IR Techniques; 360 Video and 3D Mapping; Canon Mirrorless Cameras; Kolari Hands-On in Infrared; FFT with ImageJ; Imaging the Unseen; Dynamic Range; Fingerprint Clarifications in a Flash; Spherical Photography for Crime Scene Documentation; Cross Polarization Workshop; Photogrammetry for Forensic Analysts; Forensic Photography in Wildlife Crime Investigations; Photography and the Human Visual System; AI Image Synthesis Detection; Fingerprint Powder, Wavelength and Filter Visualization Combinations of Prints; Immersive Cameras and VR Video; Quality Assurance for Forensics; Documenting Laser Trajectories using Double-Exposure;

Recon-3D User Group Meeting                                                                          Feb 2024

NAMS North Pacific Region Marine Surveyors Fall Conference                                            Oct 2024

Draft Surveys; Commercial Fishing Vessels; Ethics; Cargo Surveys; Wooden Boat Restoration and Refastening; Vessel Fires and Explosions.

Forensic Photography Symposium                                                                        Jan 2025

AI Challenges in Expert Witness Photo Evidence; Photographic Techniques for Ballistic Evidence; Documentation of Bloodstain Scenes; Leveraging Light; Getting Started with Cross-Polarization; Forenscope; Image Authentication; Recording Crime Scene Video; Surveillance Photography; Detection of Objects Hidden Behind Walls by Thermal Imaging; Driver and Witness Perspective with 360 Cameras; Night Time Visibility & Contrast Targets; Admissibility of Digital Images; Camera Conversions and IR; Mastering Photographs For Accurate Photogrammetry; Defying Dynamic Range Through Bracketing & Post-Process Merging Techniques; Using One or More Flashes; Fire Scene Photography to 3D Scans; Getting Started with 360 Photography; Photography by Algorithm; Artificial Intelligence In Administration and Operations; Coaxial Illumination and Direct Reflectance.

WATAI (Washington Assn. of Technical Accident Investigators) Spring Conference                        May 2025

AXON Investigate – Forensic Video Analysis seminar; Case study presentation using latest technologies and investigative strategies.

ITE Washington State Section - Signal Controller Programming Technical Seminar                        June 2025

WATAI (Washington Assn. of Technical Accident Investigators) Fall Conference                          Oct 2025

Motorcycle leaning and turning; Critical speed yaw analysis; Digital integrating and Chart building in Excel; Delta-V from EDR; Collision reconstruction equations; Speed from crush.

AMETEK/FARO Webinar "Next-Gen 3D Forensics: Reconstructing Shooting Incidents                          Dec 2025
with FARO Zone", presented by Brenda Butler and Brian Harvin

**Relevant Academic Coursework Completed-Undergraduate Degree**

P 101 General Psychology
PE 101 Foundations of Physical Education (PE = Physical Education)
PE 230 Applied Anatomy
PE 231 Applied Anatomy Lab
PE 310 Exercise Physiology
PE 312 Exercise Physiology Lab
PE 306 Human Growth and Motor Learning
PE 308 Human Growth and Motor Learning Lab
PE 351 Kinesiology
PE 352 Kinesiology Lab
PE 401 Psycho/Social Aspects of Activity
PE 451 Adapted Physical Education
PE 493 Internship Biomechanics
PE 525 Mechanical Analysis of Motor Activities

Ex. 40

PH 101 General Physics
M 204 Calculus & Analytical Geometry (M = Math)
M 205 Calculus & Analytical Geometry
M206 Calculus & Analytical Geometry
Z 111 Human Anatomy and Physiology (Z = Zoology)
Z 112 Human Anatomy and Physiology
EN 205 Mechanics Statics (EN = Engineering)
EN 206 Dynamics of Rigid Bodies
EN 306 Mechanics of Materials

**Relevant Academic Coursework Completed-Graduate Degrees**
EXSS 523 Biomechanics of Motor Activities (EXSS = Exercise and Sport Science)
EXSS 525 Biomechanics of the Skeletal System
EXSS 526 Biomechanical Analysis Techniques
EXSS 533 Advanced Exercise Physiology
EXSS 538 Skeletal Adaptations to Exercise
EXSS 573 Measurement in Human Movement
EXSS 575 Research in Human Movement
EXSS 577 Multivariate Analysis in Human Performance
ME 317 Dynamics (ME = Mechanical Engineering)
ME 536 Advanced Dynamics
ME 552 Instrumentation
ME 537 Vibration Analysis
MTH 265 Applied Differential Equations (MTH = Math)
MTH 581 Mathematical Methods for Engineers and Scientists
MTH 582 Mathematical Methods for Engineers and Scientists
MTH 583 Mathematical Methods for Engineers and Scientists
ST 511 Methods of Data Analysis (ST = Statistics)
ST 521 Mathematical Statistics
ST 552 Statistical Methods
CH 519 Computer Animation (CH = Computer Science)
CH 595 Electronics for Scientists
CH 596 Computer Interfacing
STC 527 Advanced Technical Writing
Z 530 Principles of Physiology (Z = Zoology)
Z 531 Vertebrate Physiology
Z 532 Vertebrate Physiology

**Certification/Accreditation**
Remote Pilot for Small Unmanned Aircraft Systems (sUAS). Federal Aviation Administration (FAA #3970672)
Certified Forensic Photographer (CFPh).  International Association for Identification (IAI #FP10112)
Accident Reconstructionist. Accreditation Commission for Traffic Accident Reconstruction (ACTAR #2763)
CXLT Certification, Excel Tribometers (Certificate #1511572)
FARO Focus 3D Scanner Certification Program
National Institutes of Health Human Participant Protections Education for Research Teams
American Association of Snowboard Instructors (AASI) Level III/Examiner/Clinician (Non-Active)
Professional Ski Instructors of America (PSIA) Level II Certified (Non-Active)
Technical Diving International (TDI) Nitrox Certification
Professional Association of Dive Instructors (PADI) Rescue Diver Certification
Professional Association of Dive Instructors (PADI) Advanced Open Water Certification
Professional Association of Dive Instructors (PADI) Medic First Aid

**Testimony History**
Webb v. Manorcare Health Services, Inc., *et al.*, County Court at Law #2, Dallas County (TX), Case No. CC-00-03458-B. July 24, 2002 (Deposition).

-4-

Ex. 40

Smith v. Baxano & Zhuge, Superior Court of Washington for Snohomish County (WA), Case No. 13-2-02714-1, September 4, 2014 (Deposition).

Zaltsman v. New Flyer Industries, Inc. and Southeastern Pennsylvania Transport Authority, Court of Common Pleas, Philadelphia County (PA), Case No. 130704088, November 13, 2015 (Trial).

Chin v. New Flyer Industries, Inc. and Southeastern Pennsylvania Transport Authority, Court of Common Pleas, Philadelphia County (PA), Case No. 130900933, December 10, 2015 (Trial).

Schueller v. Cordrey, Superior Court of the State of Delaware, Newcastle County, Case No. N14C-10-201 EMD, February 22, 2017 (Trial).

Wilson v. Frates, United States District Court for the District of Oregon, Case No. 3:16-cv-01690-BR, April 12, 2018 (Deposition).

Teichmann v. Bell-Bernard *et al.*, Superior Court of the State of California for the County of Santa Cruz, Case No. CV182291, April 30, 2018 (Deposition).

Wilson v. Frates, United States District Court for the District of Oregon, Case No. 3:16-cv-01690-BR, August 1, 2018 (Trial).

Burnside v. Peterson, Seventh Judicial District, Jefferson County, Idaho, Case No. CV-2016-493, January 10, 2019 (Trial)

Checchio v. Reuben *et al.*, Superior Court of the State of California for the County of Santa Barbara, Case No. 18CV02779, July 31, 2019 (Deposition)

Checchio v. Reuben *et al.*, Superior Court of the State of California for the County of Santa Barbara, Case No. 18CV02779, August 13, 2019 (Trial)

Cottrell v. Stepp *et al.*, United States District Court Southern District of West Virginia at Charleston, Civil Action No. 2:18-cv-01281, August 20, 2019 (Deposition).

White *et al.* v. City of Topeka *et al.*, United States District Court for the District of Kansas, Case No. 18-CV-4050-DDC-JPO, October 9, 2019 (Deposition).

Knoernschild *et al.* v. Stevens Pass Mountain Resort, Superior Court of Washington for King County, Case No. 18-2-06519-4 SEA, October 16, 2019 (Deposition).

Kollin *et al.* v. McCombs *et al.*, United States District Court Eastern District of California, Case No. 1:18-cv-00617 LJO JLT, December 9, 2019 (Deposition).

McGowan *et al.* v. Stutesman *et al.*, United States District Court for the District of Oregon, Eugene Division, Case No. 6:17-cv-00424-MC, February 24, 2020 (Trial).

Morgan. v. City of Los Angeles *et al.*, United States District Court Central District of California, Case No. 2:17-CV-06693-VAP-JEMx, March 12, 2020 (Deposition).

Beltran-Serrano v. City of Tacoma, Superior Court for the State of Washington Pierce County, Case No. 15-2-11618-1, April 22, 2020 (Deposition)

Estate of Marco Gomez v. Village of Forest Park et al., United States District Court for the Northern District of Illinois Eastern Division, Case No. 18-CV-910, July 17, 2020 (Deposition)

Jeanette Hotes-Aprato v. ACI Northwest Inc., United States District Court for the Western District of Washington at Spokane, Case No. 2:19-cv-200-RMP, August 5, 2020 (Deposition)

Bygum v. City of Montgomery *et al.*, United States District Court for the Southern District of West Virginia Charleston Division, Civil Action No. 2:19-cv-00456, August 19, 2020 (Deposition).

Terdik v. Ziering, United States District Court, County of Eagle, State of Colorado, Case No. 2018CV30081, October 16, 2020 (Deposition).

Flynn v. Town of Normal, Circuit Court of the Eleventh Judicial Circuit McLean County, Illinois, Case No. 12 L 166, October 22, 2020 (Deposition)

King v. City of Columbus, Ohio et al., United States District Court Southern District of Ohio Eastern Division, Case No. 2:18-cv-1060, January 7, 2021 (Deposition)

Cooper v. City of Columbus, Ohio et al., United States District Court Southern District of Ohio Eastern Division, Case No. 2:19-cv-3105, January 7, 2021 (Deposition).

Kraske & Chung v. UW Medicine, King County Superior Court for the State of Washington, Case No. 20-2-00400-6 SEA, January 14, 2021 (Deposition)

Stevenson & Cokes v. City of Chicago and Ewing, United States District Court for the Northern District of Illinois Eastern Division, Case No. 17 CV 04839, February 3, 2021 (Deposition)

Arrington v. City of Chicago and Ewing, United States District Court for the Northern District of Illinois Eastern Division, Case No. 1:17-cv-05345, February 3, 2021 (Deposition)

Estate of Marco Gomez v. Village of Forest Park et al., United States District Court for the Northern District of Illinois Eastern Division, Case No. 18-CV-910, February 12, 2021 (Deposition)

-5-

Ex. 40

Merrick et al. v. State of Washington et al., Superior Court for the State of Washington Snohomish County, Case No. 18-2-10085-31, February 25, 2021 (Deposition)

Flynn v. Town of Normal, Circuit Court of the Eleventh Judicial Circuit McLean County, Illinois, Case No. 12 L 166, April 28, 2021 (Deposition)

Dursteler & Dursteler v. Gibbs Farms, LLC and Kelsey, Sixth Judicial District, Caribou County, Idaho, Case#CV-2018-132, June 3, 2021 (Trial).

Chandler & Short v. Rai Express Lines, Ltd., United States District Court for Eastern District of Washington, Case No. 1:20-CV-03016, August 10, 2021 (Deposition)

Hagarman v. Alaska Waterpark Company, Inc. and Prendeville, Superior Court for the State of Alaska, Case No. 3AN-19-1168, October 1, 2021 (Deposition).

MUELLER v. City of Oceanside et al. Superior Court of California, County of San Diego, North County, Case No. 37-2018-00043090-CU-PO-NC, October 6, 2021 (Deposition).

Burback v. American Medical Response and Moss, Superior Court for the State of Washington Cowlitz County, Case No. 16 2 009167, October 20, 2021 (Deposition).

Prassel v. United States of America, United States District Court Northern District of Illinois Eastern Division, Case No. 20 C 2182, November 10, 2021 (Deposition).

Riedesel v. United States of America, United States District Court for the Western District of Washington at Seattle, Case No. 2:21-cv-00033, November 18, 2021 (Deposition)

Herrera v. City of Los Angeles, Superior Court of the State of California for the County of Los Angeles, Case No. BC647423, December 21, 2021 (Deposition).

Romeo v. City of Chicago et al., Circuit Court of Cook County, Illinois County Department – Law Division, Case No. 18 L 012534, January 7, 2022 (Deposition).

Justad et al. v. Morrow Equipment et al., Superior Court of the State of Washington for King County, Consolidated Case Nos. 19-2-33287-7 SEA and 20-2-14782-6 SEA, January 7, 2022 (Deposition).

Shaw v. Thrasher and City of Chicago, Circuit Court of Cook County, Illinois County Department – Law Division, Case No. 2018-L008034, January 28, 2022 (Deposition).

Justad et al. v. Morrow Equipment et al., Superior Court of the State of Washington for King County, Consolidated Case Nos. 19-2-33287-7 SEA and 20-2-14782-6 SEA, February 2, 2022 (Deposition).

Cutting et al. v. Yoke Industrial Corp. et al., United States District Court Western District of Washington at Tacoma, Case No. 3:20-cv-05346-BHS-JRC, February 4, 2022 (Deposition).

Justad et al. v. Morrow Equipment et al., Superior Court of the State of Washington for King County, Consolidated Case Nos. 19-2-33287-7 SEA and 20-2-14782-6 SEA, February 7, 2022 (Trial).

West et al. v. Giese and Village of Mt. Pleasant., United States District Court Eastern District of Wisconsin, Milwaukee Division, Case No. 2:19 CV 1843-PP, February 10, 2022 (Deposition).

Blaylock v. Central Puget Sound Transit Authority et al., Superior Court of the State of Washington in and for the County of King, Case No. 19-2-04009-2 SEA, March 22, 2022 (Deposition).

Riley v. Central Puget Sound Transit Authority, United States District Court for the Western District of Washington, Case No. 2:20-cv-01498-JCC, April 5, 2022 (Deposition).

Estate of Millard McKinley Jimerson, Jr. v. Grieco, Superior Court of the State of Washington in and for the County of King, Case No. 20-2-13431-7 KNT, April 21, 2022 (Perpetual Deposition).

Comer v. Muckleshoot Indian Tribe, Muckleshoot Tribal Court of the Muckleshoot Reservation, Case No. MUC-CIV-01/21-008, May 13, 2022 (Deposition).

Logiudici v. City and County of San Francisco et al., Superior Court of the State of California for the County of San Francisco, Case No. CGC-21-588917, July 7, 2022 (Deposition).

Stevenson and Cokes v. City of Chicago and Ewing, United States District Court for the Northern District of Illinois Eastern Division, Case No. 17 CV 04839; Arrington v. City of Chicago and Ewing, United States District Court for the Northern District of Illinois Eastern Division, Case No. 17 CV 05345, August 25, 2022 (Trial).

Haskins v. Goodwin, District Court, Arapahoe County, State of Colorado, Case No. 2021CV32139, September 13, 2022 (Deposition).

Harris et al. v. Entergy Arkansas, Inc., Circuit Court of Jefferson County, Arkansas Civil Division, Case No. 35cv-18-683, September 19, 2022 (Deposition).

Green v. Kootenai Heart Clinics et al., Superior Court of the State of Washington, County of Spokane, Case No. 19-2-04491-32, September 20, 2022 (Deposition).

Vandivere et al. v. Vertical World and C3 Manufacturing, Superior Court of the State of Washington in and for the County of King, Case No. 19-2-27385-2 SEA, September 29, 2022 (Deposition).

-6-

Balfanz v. Friday et al., Circuit Court of Cook County, Illinois County Department – Law Division, Case No. 2019 L 009641, November 10, 2022 (Deposition).

Castillo et al. v. J.T. McKinney Co., Inc. et al., Superior Court of the State of Washington in and for the County of King, Case No. 20-2-07273-7-SEA, December 8, 2022 (Deposition).

Hirmas and Alqasem v. Amazon.com et al., Superior Court for the State of Washington in the County of King, Case No. 21-2-06569-1 SEA, December 12, 2022 (Trial).

Pierce and Baxter v. Santiago-Miranda et al., US District Court for the Middle District of Florida, Case No. 6:2021cv00718, December 16, 2022 (Deposition).

Anderson v. Olson and Olson, Superior Court of the State of Washington in and for Snohomish County, Case No. 22-2-03092-31, January 13, 2023 (Deposition).

King v. City of Columbus, Ohio et al., United States District Court for the District for the Southern District of Ohio Eastern District, Case#2:18-cv-1060, January 18, 2023 (Trial).

Stocker v. University of Washington, Superior Court of the State of Washington in and for the County of King, Case No. 20-2-13171-7 SEA, January 27, 2023 (Deposition).

Shannon v. Hill et al., United States District Court Middle District of North Carolina, Case No. 1:21-cv-00629-WO-JLW, February 3, 2023 (Deposition).

Gunn et al. v. City of Chicago et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case#2019-L-006416, March 27, 2023 (Trial).

Kackley v. The City of Seattle, Superior Court of the State of Washington for King County, Case No. 20-2-15189-1 SEA, March 29, 2023 (Deposition).

Hoksbergen v. Whatcom Transportation Authority et al., Superior Court of the State of Washington in and for the County of Whatcom, Case No. 21-2-00716-37, April 5, 2023 (Deposition).

Baros v. Mayfield's Hoisting Service, Inc., Superior Court of the State of Washington in and for the County of King, Case No. 22-2-06399-8 SEA, April 26, 2023 (Deposition).

Kinne v. Sai River Oaks, PLLC et al., District Court 270th Judicial District of Harris County, Texas, CAUSE NO. 2022-38872, May 31, 2023 (Deposition).

Schwartz v. King County, Superior Court of the State of Washington in and for the County of Pierce, Case No. 17-2-12349-3, June 1, 2023 (Deposition).

Stocker v. University of Washington, Superior Court of the State of Washington in and for the County of King, Case No. 20-2-13171-7 SEA, May 24, 2023 and May 31, 2023 (Trial).

Strickland et al. v. City of Auburn and Lyman, United States District Court For The State of Washington at Seattle, Case No. 2:22-cv-00528-JNW, June 15, 2023 (Deposition).

Romeo v. University of Washington, City of Chicago et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case#18-L-12534, July 6, 2023 (Trial).

Harder v. The City of Seattle, Superior Court of the State of Washington for King County, Case No. 22-2-02867-0 SEA, August 18, 2023 (Deposition).

Glover & Griffin v. City of Atlanta et al., United States Court for the Northern District of Georgia Atlanta Division, Case No. 1:20-cv-04302-VMC, September 6, 2023 (Deposition).

Ma v. Larios and GoGreen Landscaping, LLC, Superior Court for the State of Washington Snohomish County, Case No. 21-2-04009-31, September 13, 2023 (Deposition).

Estate of Ford v. Sierra Pacific Industries, Inc. et al., Superior Court of Washington for County of Pierce, Case No. 22-2-06558-9, October 12, 2023 (Deposition).

Kissel v. Banner Estrella Medical Center et al., Superior Court of Arizona in and for the County of Maricopa, Case No. CV2022-051493, October 18, 2023 (Deposition).

Schaffer v. Robles et al., Superior Court of the State of California County of Los Angeles – Spring Street Courthouse, Case No. 22STCV04149, October 19, 2023 (Deposition).

Evans v. Reece Construction Company and Hoglund, Superior Court of the State of Washington in and for Snohomish County, Case No. 21-2-03830-31, October 25, 2023 (Deposition).

McCoy v. DePuy Orthopaedics, et al., United States District Court Northern District of Texas Dallas Division, Case No. 3:11-cv-03206-K, November 15, 2023 (Deposition).

Grimes v. State of Washington et al., Superior Court of the State of Washington in and for the County of King, Case No. 21-2-16824-4 SEA, November 16, 2023 (Deposition).

Edmondson v. ASC Clyde Hill-Queen Bee DBA et al., Superior Court of the State of Washington in and for the County of King, Case No. 22-2-15087-4 SEA, December 6, 2023 (Deposition).

Martin v. City of Portland, Circuit Court of the State of Oregon for the County of Multnomah, Case#21-CV-46376, December 5, 2023 (Trial).

Ex. 40

Padilla v. Baxter and Federal Express, District Court, County of El Paso, State of Colorado, Case No. 22CV31245, January 16, 2024 (Deposition).

Gordon et al. v. Wetzel et al., United States District Court for the District of New Jersey Camden Vicinage, Case No. 1-21-cv-04861, February 13, 2024 (Deposition).

Kimball v. City of Santa Barbara et al., Superior Court of California, County of Santa Barbara – Anacapa Division, Case No. 22CV01181, February 28 (Cont. March 1), 2024 (Deposition).

Meline et al. v. State of Idaho, Idaho Transportation Department, In the District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Bingham, Case#CV-2018-1548, February 29, 2024 (Deposition).

Meyerink v. Academy of Motion Picture Arts and Sciences et al., Superior Court of the State of California, County of Los Angeles, Central District, Case No. 21STCV01810, March 4, 2024 (Deposition).

Meline et al. v. State of Idaho, Idaho Transportation Department, In the District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Bingham, Case#CV-2018-1548, (Trial) April 4, 2024 (Direct), April 8, 2024 (Rebuttal).

Korter et al. v. City of Lakewood et al., United States District Court of Washington at Tacoma, Case No. 3:22-CV-05647-DGE, April 24, 2024 (Deposition).

Bufford et al. v. City of St. Louis et al., United States District Court Eastern District of Missouri Eastern Division, Case No. 4:22-cv-01319-NCC, May 2, 2024 (Deposition).

Greer v. Kohl's et al., United States District Court District of Nevada, Case No. 2:23-cv-00871-JCM-NJK, May 7, 2024 (Deposition).

Phifer et al. v. City of Chicago et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case#2021-L-81, May 9, 2024 (Deposition).

Hernandez & Hernandez v. Hamilton, Montezuma County Combined Courts, State of Colorado, Case# 022CV030002, May 21, 2024 (Deposition).

Bronson & Grady v. State of Washington and Grady, Superior Court for the State of Washington King County, Case No. 23-2-13541-5 SEA, May 23, 2024 (Trial).

Shipstad v. Orcas Island, et al., Superior Court for the State of Washington in and for the County of San Juan, Case No. 20-2-0501028, June 11, 2024 (Deposition).

Johnson v. JCL Management Inc., et al., Superior Court for the State of Washington in and for Pierce County, Case No. 23-2-06924-8, June 12, 2024 (Deposition).

Creed et al. v. Puget Sound Healthcare, et al., Superior Court of the State of Washington in and for the County of Thurston, Case No. 23-2-00987-34, July 9, 2024 (Deposition).

Spencer v. University of Washington, Superior Court of the State of Washington in and for the County of King, Case No. 22-2-15042-4, July 17, 2024 (Deposition).

Shipstad v. Orcas Island, et al., Superior Court for the State of Washington in and for the County of San Juan, Case No. 20-2-0501028, July 19 and 22, 2024 (Trial).

Parks v. City of Chicago, Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 21 L 3920, July 23, 2024 (Deposition).

Gallardo v. Schachner et al., Superior Court of the State of Washington in and for the County of King, Case No. 22-2-15767-4 KNT, July 30, 2024 (Deposition).

Powell v. City of Chicago et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case#2020L007622, August 15, 2024 (Deposition).

Summary v. City of Chicago et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case#2022 L 005103, September 5, 2024 (Deposition).

Spencer v. University of Washington, Superior Court of the State of Washington in and for the County of King, Case No. 22-2-15042-4, September 23, 2024 (Trial).

State of Washington v. Light, Superior Court for the State of Washington, King County, Case No. 21-1-00012-9 SEA, October 22, 2024 (Trial).

Wright v. Town of Tiburon et al., Superior Court of the State of California, County of Marin, Case No. CIV2201660, October 22, 2024 (Deposition).

Lidstrom v. Scotlynn Commodities Inc., United States District Court For the Eastern District of Washington, Case#4:23-CV-05144-MKD, November 7, 2024 (Deposition).

Ortiz v. Trident Seafoods Corp., Superior Court of the State of Washington in and for the County of King, Case# 23-2-14220-9, December 6, 2024 (Deposition).

Tourtellott v. Holladay Construction Group, LLC et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2022 L 007677, January 16, 2025 (Deposition).

Ex. 40

Risher v. City of Los Angeles et al., United States District Court, Central District of California, Case No. 5:17-CV-00995, February 7, 2025 (Trial).

Rogel v. City of Chicago et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 22 L 10886, February 11, 2025 (Deposition).

Braden v. U-Haul Company et al., Superior Court of the State of Washington in and for the County of King, Case# 23-2-18742-3, February 14, 2025 (Deposition).

Bybee and Bybee v. City of West Des Moines, Iowa District Court for Polk County, Case# LACL153383, March 10, 2025 (Deposition).

Hapgood et al. v. Auberge Resorts LLC, State Court of California County of Marin, Case#CIV 2000143, March 18, 2025 (Deposition).

Steffens & Steffens v. Royal Cup, et al., Circuit Court of the State of Washington for the County of Spokane, Case#22-2-03736-32, April 23, 2025 (Deposition).

Barrera v. Alberto Villanueva and Windmill Estates, LLC, Superior Court of the State of Washington for the County of Yakima, Case#23-2-02292-39, May 12, 2025 (Deposition).

Komatsu v. Warm Beach Christian Camps and Conference Center dba Black Diamond Camp, Superior Court of the State of Washington in and for the County of King, Case#24-2-18333-7, May 20, 2025 (Deposition).

Narvaja v. University of Washington et al., Superior Court for the State of Washington King County, Case No. 23-2-10932-5, June 20, 2025 (Deposition).

Riley v. Waste Connections of Washington, Inc. et al., Superior Court of the State of Washington in and for the County of Clark, Case No. 23-2-01756-06, June 25, 2025 (Trial).

Flanders v. City of Huntington Beach, Superior Court of the State of California for the County of Orange – West Justice Center, Case No. 30-2023-01328127-CU-PA-WJC, August 7, 2025 (Deposition).

Estate of Riebe v. King County and Shawn Riebe, Superior Court of Washington for King County, Case No. 23-2-17321-0 KNT, September 23, 2025 (Deposition).

Kriesel-Roth v. King County, Superior Court for the State of Washington in and for the County of King, Case No. 24-2-19213-1 SEA, September 24, 2025 (Trial).

Deibel v. Columbia Tech Center, LLC et al., Superior Court of the State of Washington for Clark County, Case No. 24-2-0655-06, October 7, 2025 (Trial).

Hoksbergen v. Whatcom Transportation Authority et al., Superior Court of the State of Washington in and for the County of Whatcom, Case No. 21-2-00716-37, November 4, 2025 (Trial).

Ohio v. Grubb, In the Court of Common Pleas, Franklin County, Ohio, Case#24 CR 4561, November 14, 2025 (Trial).

Riebe v. King County and Shawn Riebe, Superior Court of Washington for King County, Case No. 23-2-17321-0 KNT, November 25, 2025 (Trial).

**Academic Services**

Peer review for manuscripts submitted to the following journals:
*Journal of Biomechanics*
*Journal of Biomechanical Engineering*
*Medical Engineering & Physics*
*Medicine and Science in Sports and Exercise*
*Measurement Science & Technology*
*Sports Biomechanics*

**Honors and Awards**

| | |
|---|---|
| Physical Education Department Student of the Year, Boise State University | 1997 |
| Northwest American College of Sports Medicine Conference Highlighted Research | 2000 |
| Oregon State University Graduate Student Conference "Best Oral Presentation" | 2000 |
| Oregon State University Graduate Student Conference "1st Place Oral Presentation" | 2001 |
| Inductee into the Keith Stein Blue Thunder Marching Band Hall of Fame – Boise State University | 2007 |

**Publications**

**A. Peer-Reviewed Publications**

-9-

1.  Fuchs, R.K., Bauer, J.J., and Snow, C.M.: Jumping improves hip and lumbar spine bone mass in prepubescent children: a randomized controlled trial. J. Bone Mineral Res. 16: 148-56, 2001.

2.  Bauer, J.J., Fuchs, R.K., Smith, G.A., and Snow C.M.: Quantifying force magnitude and loading rate from drop landings that induce osteogenesis. J. Appl. Biomech., 17: 142-152, 2001.

3.  Kosma, M., Gardner, R.E., Cardinal, B.J., Bauer, J.J., and McCubbin, J.A.: Psychosocial determinants of stages of change and physical activity among adults with physical disabilities.  Adapted P Act Q, 23 (1): 49-64, 2006.

4.  Kosma, M., Ellis Gardner, R., Cardinal, B.J., Bauer, J.J., and McCubbin, J.A.: The mediating role of intention and stages of change in physical activity among adults with physical disabilities: An integrative framework. Journal of Sport and Exercise Psychology, 29:20-37, 2007.

5.  Bauer, J.J., Pavol, M.J., Snow, C.M., and Hayes, W.C.: MRI-derived body segment parameters of children differ from age-based estimates derived using photogrammetry. J. Biomech., 40(13): 2904-10, 2007.

6.  Ellis, R., Kosma, M., Cardinal, B.J., Bauer, J.J., and McCubbin, J.A.: Physical activity beliefs and behavior of adults with physical disabilities.  Disability and Rehabilitation. An International Multidisciplinary Journal, 29:1221-1227, 2007.

7.  Kosma, M., Ellis, R., Cardinal, B.J., Bauer, J.J., and McCubbin, J.A.: Psychosocial predictors of physical activity and health-related quality of life among adults with physical disabilities: An integrative framework.  Disability and Health Journal, 2:104-109, 2009.

8.  Ellis, R., Kosma, M., Cardinal, B.J., Bauer, J.J., and McCubbin, J.A.: A Comparison of Two Measures of Physical Activity Among Adults with Physical Disabilities: The Issue of Scale Correspondence.  J Dev Phys Disabil, 2009, DOI 10.1007/s10882-009-9150-z.

9.  Kosma, M., Ellis, R., and Bauer, J.J.: Longitudinal Changes in Psychosocial Constructs and Physical Activity Among Adults with Physical Disabilities.  Disability and Health Journal, 5:1-8, 2012.

10. Erickson, M.S., Bauer, J.J. and Hayes, W.C.: The accuracy of photo-based three-dimensional scanning for collision reconstruction using 123D catch. SAE International, 2013-01-0784, 2013.

11. Power, E., Bauer, J.J., & Hayes, W.C. Reconstruction of a Shooting Incident to Determine Position of Shooter and Timing of Each Shot Fired. Ann Forensic Res Anal 5(1):1050, 1-3, 2018.

12. Ellis, R., Kosma, M., Agnew, S. and Bauer, J.J.: Do Temporal Scores of Motivational Constructs Correspond with Physical Activity Levels?  Disability and Health Journal, 12:51-57, 2019.

13. Power, E.D., Bauer, J.J., & Hayes, W.C. Impact Forces and Injury Potential from Landing on Large Inflatable Airbags. J Forensic Biomed 10(1):142, 2-6, 2019.

**B.  Peer-Reviewed Abstracts**

1.  Bauer, J.J., Fuchs, R.K., Smith, G.A., Costello, M., and Snow, C.M.: Kinetic and kinematic characteristics of children participating in osteogenic exercise.  Med. Sci. Sports Exerc. 32:S268. (Presented on poster Mach 18, 2000, at NWACSM meeting in Boise, ID, and orally June 1, 2000, at National ACSM meeting in Indianapolis, IN).

2.  Bauer, J.J., Fuchs, R.K., and Snow, C.M.: Force characteristics from drop landings are not greater in trained children versus untrained children.  Med. Sci. Sports Exerc. 33:S43. (Presented on poster March 16, 2001, at NWACSM meeting in Salem, OR, and presented orally May 29, 2001, at National ACSM meeting in Baltimore, MD).

Ex. 40

12/2/2025

3.  Bauer, J.J. and Snow, C.M.: Independent analysis of load magnitude and loading rate: Variables in osteogensis. (Presented on poster August 10, 2001, at the ASB meeting in San Diego, CA).

4.  Owings, T.M., Bauer, J.J., Grabiner, M.D., and Snow, C.M.: Knee joint kinematics of healthy youth during a landing task are not influenced by gender. Med. Sci. Sports Exerc. 34:S85. (Presented orally on May 29, 2002, at the National ACSM meeting in St. Louis, MO).

5.   Bauer, J.J., Snow, C.M., and Hayes, W.C.: How do ground reaction forces from drop landings compare to those from running? Med. Sci. Sports Exerc. 34:S85. (Presented orally on May 29, 2002, at the National ACSM meeting in St. Louis, MO).

6.  Bauer, J.J., Hayes, W.C., and Snow, C.M.: Force characteristics from drop landings are asymmetrical between legs in 7-11 year old children. [CD-ROM]. IV World Congress Biomechanics Proceedings CD. (Presented orally on August 7, 2002 at the IV World Congress Biomechanics meeting in Calgary, AB, Canada).

7.  Bauer, J.J., Maddalozzo, G.F., and Snow, C.M.: Side-side forces and loading rates in a jumping program for increasing bone mass in postmenopausal women. Med. Sci. Sports Exerc. 35:S323. (Presented on poster May 31, 2003, at the National ACSM meeting in San Francisco, CA).

8.  Bauer, J.J., Miller, K.R., Hayes, W.C., and Snow, C.M.: Loading rates at the ground are unattenuated to the hip during drop landings. Med. Sci. Sports Exerc. 36:S229. (Presented orally on June 2, 2004, at the National ACSM meeting in Indianapolis, IN).

9.  Lulay, A.T., Bauer, J.J., Snow, C.M., and Pavol, M.J.: Drop Jump Exercise does not increase maximum jump height in children.  28th Annual Meeting of the American Society of Biomechanics. (Presented on poster September 9-10, 2004, at ASB meeting in Portland, OR).

10. Bauer, J.J., Pavol, M.J., Hayes, W.C. & Snow, C.M.: Coronal knee motion in children performing drop landings is not influenced by gender. 28th Annual Meeting of the American Society of Biomechanics. (Presented on poster September 9-10, 2004, at the ASB meeting in Portland, OR).

11. Bauer, J.J., Pavol, M.J., Edwards, D.C., Snow, C.M., and Hayes, W.C.: Pelvic width predicts hip joint center location in children. Med. Sci. Sports Exerc. 37:S409. (Presented orally on June 2, 2005, at the National ACSM meeting in Nashville, TN).

12. Ellis Gardner, R., Kosma, M., Cardinal, B.J., Bauer, J.J., and McCubbin, J.A. Physical activity beliefs and behavior of adults with physical disabilities. Poster presentation at the NASPSPA conference, Denver, CO, June, 2006.

13. Ellis Gardner, R., Kosma, M., Cardinal, B.J., Bauer, J.J., and McCubbin, J.A.: The mediating role of intention in physical activity among adults with physical disabilities.  Paper presentation at the North American Society for the Psychology of Sport and Physical Activity (NASPSA) conference, Denver, CO, June, 2006.

14. Kosma, M., Ellis Gardner, R., Cardinal, B.J., Bauer, J.J., and McCubbin, J.A.: The mediating role of the stages of change in physical activity among adults with physical disabilities.  Paper presentation at the 26th International Congress of Applied Psychology, Athens, Greece, July, 2006.

15. Kosma, M., Ellis Gardner, R., Cardinal, B.J., Bauer, J.J., & McCubbin, J.A. Health-related quality of life predictors for adults with physical disabilities. Poster presentation at the American Alliance for Health, Physical Education, Recreation and Dance convention, Baltimore, MD, March, 2007.

16. Kosma, M., Ellis, R., & Bauer, J.J.  Longitudinal changes in psychosocial constructs and physical activity among adults with physical disabilities. Paper presentation at the International Conference of the Athens Institute for Education and Research (ATINER), Athens, Greece, June, 2011.

Ex. 40

12/2/2025

17. Ellis, R., Kosma, M., & Bauer, J.J. Changes in physical activity levels and motivational constructs by disability severity and type. Annals of Behavioral Medicine, 49 (Supplement 1), S29, 2015.

**C.  Invited Talks**

1. Bauer, J.J. and Snow, C.M. Developing an exercise prescription for bone: Are we closer? 50th annual meeting of the American College of Sports Medicine, San Francisco, CA, May 2003.

2. Bauer, J.J. and Snow, C.M.: What is the prescription for healthy bones? 33rd International Sun Valley Hard Tissue Workshop, Sun Valley, ID, August, 2003.

3. Bauer, J.J. and Snow, C.M.: What is the prescription for healthy bones? J. Musculoskeletal Neuron Interact, 3 (4): 352-355, 2003.

4. Bauer, J.J.: Gunshot Wounds in a Digital Human Clear Police in Wrongful Death.  Technology Association of Oregon Ignite TAO! v5, Portland, OR, March 2014.

5. Bauer, J.J.: The Forensic Biomechanist.  Lecture to Graduate Students in "Law A 504 Torts" class, University of Washington School of Law, Professor William Bailey, Seattle, WA, October 18, 2018.

6. Bauer, J.J.: The Forensic Biomechanist.  Lecture to Graduate Students in "Law B 519 Pre-Trial Practice" class, University of Washington School of Law, Professor William Bailey, Seattle, WA, February 21, 2019.

7. Stroth, A. and Bauer, J.J.: Anatomy of a Section 1983 Police Case.  Lecture to Law Students in "Anti-Discrimination Law" class, Northwestern University, Professor Cliff Zimmerman, Video Conference Presentation, October 9, 2020.

8. Stroth, A. and Bauer, J.J.: Anatomy of a Section 1983 Police Case.  Lecture to Law Students in "Anti-Discrimination Law" class, Northwestern University, Professor Cliff Zimmerman, Video Conference Presentation, February 22, 2022.

9. Stroth, A. and Bauer, J.J.: Anatomy of a Section 1983 Police Case.  Lecture to Law Students in "Anti-Discrimination Law" class, Northwestern University, Professor Cliff Zimmerman, Video Conference Presentation, March 1, 2023.

10. Bauer, J.J.: Settling Cases with Science. NAMS North Pacific Region Marine Surveyors, Fall 2024 Conference, Bremerton, WA, October 19, 2024.

11. Bauer, J.D. Forensic Biomechanics.  Presentation to Grade 7 and Grade 8 Science Class at Cascade Middle School, Bend, OR, January 24, 2025.

**D.  Media Contributions**

1. Siddique, H. "Mark Duggan Police Shooting: Can Forensic Tech Cast Doubt on Official Report?" The Guardian, June 10, 2020. – ROLE: Performed biomechanical analysis of gun toss and visibility analysis from Officers' point-of-view. (https://www.theguardian.com/uk-news/ng-interactive/2020/jun/10/mark-duggan-shooting-can-forensic-tech-cast-doubt-on-official-report).

2. Ziv, O. "WATCH: Forensic analysis undermines Israeli police narrative of checkpoint killing." +972 Magazine, February 23, 2021. – ROLE: Consulted regarding vehicle acceleration capabilities. (https://www.972mag.com/forensic-ahmad-erekat-killing/)    See    Also:    https://forensic-architecture.org/investigation/the-extrajudicial-execution-of-ahmad-erekat

-12-

Ex. 40

12/2/2025

3. **\*Awarded Pulitzer Prize on May 9, 2022\*** Barker, K., Eder, S., Kirkpatrick, D.D. "How Police Justify Killing Drivers: The Vehicle Was a Weapon." New York Times, November 6, 2021. – ROLE: Performed shooting incident reconstruction and created demonstratives for published article. (https://www.nytimes.com/2021/11/06/us/police-traffic-stops-shooting.html)

4. Flowers, A. "Blood Moon: A Forensic Investigation of a St. Louis Police Killing." Riverfront Times, January 12, 2022. – ROLE: Consulted regarding shooting incident reconstruction and visibility analysis, lighting and contrast measurement. (https://www.riverfronttimes.com/news/blood-moon-a-forensic-investigation-of-a-st-louis-police-killing-36940280)

5. Hassan, Hind and Al Arian, Lama. "Death of a Palestinian Protester: How Did Walid al-Sharif Die?" Vice News, March 18, 2023. – ROLE: Examined video evidence showing a protestor fall to the ground. Evaluated biomechanics of the protestor leading up to his fall to determine his level of consciousness at the time of the fall and the timing of his loss of consciousness. (Article: https://www.vice.com/en/article/bvj8z3/walid-al-sharif-al-aqsa-death-jerusalem; Video: https://youtu.be/pelTbCHYGVs?t=1205)

-13-

Ex. 40



**Jeremy J. Bauer, Ph.D.**
**Bauer Forensics, LLC**
2610 11th Ave. E
Seattle, WA 98102
503.912.8660
jjb@bauerforensics.com
www.bauerforensics.com

# Testimony History of Jeremy J. Bauer, Ph.D. (Last 4 Years)

## DEPOSITION (Retaining Party is <u>Underlined</u>):

1. **Herrera v. <u>City of Los Angeles</u>**, Superior Court of the State of California for the County of Los Angeles, Case No. BC647423, December 21, 2021.

2. **<u>Romeo</u> v. City of Chicago et al.**, Circuit Court of Cook County, Illinois County Department – Law Division, Case No. 18 L 012534, January 7, 2022.

3. **<u>Justad et al.</u> v. Morrow Equipment et al.**, Superior Court of the State of Washington for King County, Consolidated Case Nos. 19-2-33287-7 SEA and 20-2-14782-6 SEA, January 7, 2022.

4. **<u>Shaw</u> v. Thrasher and City of Chicago**, Circuit Court of Cook County, Illinois County Department – Law Division, Case No. 2018-L008034, January 28, 2022.

5. **<u>Justad et al.</u> v. Morrow Equipment et al.**, Superior Court of the State of Washington for King County, Consolidated Case Nos. 19-2-33287-7 SEA and 20-2-14782-6 SEA, February 2, 2022.

6. **<u>Cutting et al.</u> v. Yoke Industrial Corp. et al.**, United States District Court Western District of Washington at Tacoma, Case No. 3:20-cv-05346-BHS-JRC, February 4, 2022.

7. **<u>West et al.</u> v. Giese and Village of Mt. Pleasant.**, United States District Court Eastern District of Wisconsin, Milwaukee Division, Case No. 2:19 CV 1843-PP, February 10, 2022.

8. **<u>Blaylock</u> v. Central Puget Sound Transit Authority et al.**, Superior Court of the State of Washington in and for the County of King, Case No. 19-2-04009-2 SEA, March 22, 2022.

9. **<u>Riley</u> v. Central Puget Sound Transit Authority**, United States District Court for the Western District of Washington, Case No. 2:20-cv-01498-JCC, April 5, 2022.

10. **<u>Estate of Millard McKinley Jimerson, Jr.</u> v. Grieco**, Superior Court of the State of Washington in and for the County of King, Case No. 20-2-13431-7 KNT, April 21, 2022. (Perpetual Deposition).

11. **<u>Comer</u> v. Muckleshoot Indian Tribe**, Muckleshoot Tribal Court of the Muckleshoot Reservation, Case No. MUC-CIV-01/21-008, May 13, 2022.

12. **<u>Logiudici</u> v. City and County of San Francisco et al.**, Superior Court of the State of California for the County of San Francisco, Case No. CGC-21-588917, July 7, 2022.

13. **<u>Haskins</u> v. Goodwin**, District Court, Arapahoe County, State of Colorado, Case No. 2021CV32139, September 13, 2022.

Ex. 40

14. **Harris et al. v. Entergy Arkansas, Inc.**, Circuit Court of Jefferson County, Arkansas Civil Division, Case No. 35cv-18-683, September 19, 2022.

15. **Green v. Kootenai Heart Clinics et al.**, Superior Court of the State of Washington, County of Spokane, Case No. 19-2-04491-32, September 20, 2022.

16. **Vandivere et al. v. Vertical World and C3 Manufacturing**, Superior Court of the State of Washington in and for the County of King, Case No. 19-2-27385-2 SEA, September 29, 2022.

17. **Balfanz v. Friday et al.**, Circuit Court of Cook County, Illinois County Department – Law Division, Case No. 2019 L 009641, November 10, 2022.

18. **Castillo et al. v. J.T. McKinney Co., Inc. et al.**, Superior Court of the State of Washington in and for the County of King, Case No. 20-2-07273-7-SEA, December 8, 2022.

19. **Pierce and Baxter v. Santiago-Miranda et al.**, US District Court for the Middle District of Florida, Case No. 6:2021cv00718, December 16, 2022.

20. **Anderson v. Olson and Olson**, Superior Court of the State of Washington in and for Snohomish County, Case No. 22-2-03092-31, January 13, 2023.

21. **Stocker v. University of Washington**, Superior Court of the State of Washington in and for the County of King, Case No. 20-2-13171-7 SEA, January 27, 2023.

22. **Shannon v. Hill et al.,** United States District Court Middle District of North Carolina, Case No. 1:21-cv-00629-WO-JLW, February 3, 2023.

23. **Kackley v. The City of Seattle**, Superior Court of the State of Washington for King County, Case No. 20-2-15189-1 SEA, March 29, 2023.

24. **Hoksbergen v. Whatcom Transportation Authority et al.**, Superior Court of the State of Washington in and for the County of Whatcom, Case No. 21-2-00716-37, April 5, 2023.

25. **Baros v. Mayfield's Hoisting Service, Inc.**, Superior Court of the State of Washington in and for the County of King, Case No. 22-2-06399-8 SEA, April 26, 2023.

26. **Kinne v. Sai River Oaks, PLLC et al.**, District Court 270th Judicial District of Harris County, Texas, CAUSE NO. 2022-38872, May 31, 2023.

27. **Schwartz v. King County**, Superior Court of the State of Washington in and for the County of Pierce, Case No. 17-2-12349-3, June 1, 2023.

28. **Strickland et al. v. City of Auburn and Lyman**, United States District Court for the State of Washington at Seattle, Case No. 2:22-cv-00528-JNW, June 15, 2023.

29. **Harder v. The City of Seattle**, Superior Court of the State of Washington for King County, Case No. 22-2-02867-0 SEA, August 18, 2023.

30. **Glover & Griffin v. City of Atlanta et al.**, United States Court for the Northern District of Georgia Atlanta Division, Case No. 1:20-cv-04302-VMC, September 6, 2023.

31. **Ma v. Larios and GoGreen Landscaping, LLC**, Superior Court for the State of Washington Snohomish County, Case No. 21-2-04009-31, September 13, 2023.

32. **Estate of Ford v. Sierra Pacific Industries, Inc. et al.**, Superior Court of Washington for County of Pierce, Case No. 22-2-06558-9, October 12, 2023.

33. **Kissel v. Banner Estrella Medical Center et al.**, Superior Court of Arizona in and for the County of Maricopa, Case No. CV2022-051493, October 18, 2023.

34. **Schaffer v. Robles et al.**, Superior Court of the State of California County of Los Angeles – Spring Street Courthouse, Case No. 22STCV04149, October 19, 2023.

35. **Evans v. Reece Construction Company and Hoglund**, Superior Court of the State of Washington in and for Snohomish County, Case No. 21-2-03830-31, October 25, 2023.

36. **McCoy v. DePuy Orthopaedics, et al.**, United States District Court Northern District of Texas Dallas Division, Case No. 3:11-cv-03206-K, November 15, 2023.

37. **Grimes v. State of Washington et al.**, Superior Court of the State of Washington in and for the County of King, Case No. 21-2-16824-4 SEA, November 16, 2023.

38. **Edmondson v. ASC Clyde Hill-Queen Bee DBA et al.**, Superior Court of the State of Washington in and for the County of King, Case No. 22-2-15087-4 SEA, December 6, 2023.

39. **Padilla v. Baxter and Federal Express**, District Court, County of El Paso, State of Colorado, Case No. 22CV31245, January 16, 2024.

40. **Gordon et al. v. Wetzel et al.**, United States District Court for the District of New Jersey Camden Vicinage, Case No. 1-21-cv-04861, February 13, 2024.

41. **Kimball v. City of Santa Barbara et al.**, Superior Court of California, County of Santa Barbara – Anacapa Division, Case No. 22CV01181, February 28 (Cont. March 1), 2024.

42. **Meline v. State of Idaho**, In the District Court for the Seventh Judicial District, State of Idaho for the County of Bingham, Case No. CV-2018-1548, February 29, 2024.

43. **Meyerink v. Academy of Motion Picture Arts and Sciences et al.**, Superior Court of the State of California, County of Los Angeles, Central District, Case No. 21STCV01810, March 4, 2024.

44. **Korter et al. v. City of Lakewood et al.**, United States District Court of Washington at Tacoma, Case No. 3:22-CV-05647-DGE, April 24, 2024.

45. **Bufford et al. v. City of St. Louis et al.**, United States District Court Eastern District of Missouri Eastern Division, Case No. 4:22-cv-01319-NCC, May 2, 2024.

46. **Greer v. Kohl's et al.**, United States District Court District of Nevada, Case No. 2:23-cv-00871-JCM-NJK, May 7, 2024.

47. **Phifer et al. v. City of Chicago et al.**, Circuit Court of Cook County, Illinois County Department, Law Division, Case#2021-L-81, May 9, 2024.

48. **Bronson & Grady v. State of Washington and Grady**, Superior Court for the State of Washington King County, Case No. 23-2-13541-5 SEA, May 23, 2024.

49. **Shipstad v. Orcas Island, et al.**, Superior Court for the State of Washington in and for the County of San Juan, Case No. 20-2-0501028, June 11, 2024.

Ex. 40

50. **Johnson** v. **JCL Management Inc., et al.**, Superior Court for the State of Washington in and for Pierce County, Case No. 23-2-06924-8, June 12, 2024.

51. **Creed et al.** v. **Puget Sound Healthcare, et al.**, Superior Court of the State of Washington in and for the County of Thurston, Case No. 23-2-00987-34, July 9, 2024.

52. **Spencer** v. **University of Washington**, Superior Court of the State of Washington in and for the County of King, Case No. 22-2-15042-4, July 17, 2024.

53. **Parks** v. **City of Chicago**, Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 21 L 3920, July 23, 2024.

54. **Gallardo** v. **Schachner et al.**, Superior Court of the State of Washington in and for the County of King, Case No. 22-2-15767-4 KNT, July 30, 2024.

55. **Powell** v. **City of Chicago et al.**, Circuit Court of Cook County, Illinois County Department, Law Division, Case#2020 L 007622, August 15, 2024.

56. **Summary** v. **City of Chicago et al.**, Circuit Court of Cook County, Illinois County Department, Law Division, Case#2022 L 005103, September 5, 2024.

57. **Wright** v. **Town of Tiburon et al.**, Superior Court of the State of California, County of Marin, Case# CIV2201660, October 22, 2024.

58. **Lidstrom** v. **Scotlynn Commodities Inc.**, United States District Court For the Eastern District of Washington, Case#4:23-CV-05144-MKD, November 7, 2024.

59. **Ortiz** v. **Trident Seafoods Corp.**, Superior Court of the State of Washington in and for the County of King, Case# 23-2-14220-9, December 6, 2024.

60. **Tourtellott** v. **Holladay Construction Group, LLC et al.**, Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2022 L 007677, January 16, 2025.

61. **Rogel** v. **City of Chicago et al.**, Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 22 L 10886, February 11, 2025.

62. **Braden** v. **U-Haul Company et al.**, Superior Court of the State of Washington in and for the County of King, Case# 23-2-18742-3, February 14, 2025.

63. **Bybee and Bybee** v. **City of West Des Moines**, Iowa District Court for Polk County, Case#LACL153383, March 10, 2025.

64. **Hapgood et al.** v. **Auberge Resorts LLC**, State Court of California County of Marin, Case#CIV 2000143, March 18, 2025.

65. **Steffens & Steffens** v. **Royal Cup, et al.**, Circuit Court of the State of Washington for the County of Spokane, Case#22-2-03736-32, April 23, 2025.

66. **Barrera** v. Alberto Villanueva and Windmill Estates, LLC, Superior Court of the State of Washington for the County of Yakima, Case#23-2-02292-39, May 12, 2025.

67. **Komatsu** v. **Warm Beach Christian Camps and Conference Center dba Black Diamond Camp**, Superior Court of the State of Washington in and for the County of King, Case#24-2-18333-7, May 20, 2025.

Ex. 40

68. **Narvaja v. University of Washington et al.**, Superior Court for the State of Washington King County, Case No. 23-2-10932-5, June 20, 2025.

69. **Flanders v. City of Huntington Beach**, Superior Court of the State of California for the County of Orange – West Justice Center, Case No. 30-2023-01328127-CU-PA-WJC, August 7, 2025.

70. **Estate of Riebe v. King County and Shawn Riebe**, Superior Court of Washington for King County, Case No. 23-2-17321-0 KNT, September 23, 2025.

**TRIAL (Retaining Party is <u>Underlined</u>):**

1. **Stevenson and Cokes v. <u>City of Chicago and Ewing</u>**, United States District Court for the Northern District of Illinois Eastern Division, Case No. 17 CV 04839; **Arrington v. <u>City of Chicago and Ewing</u>**, United States District Court for the Northern District of Illinois Eastern Division, Case No. 17 CV 05345, August 25, 2022.

2. **<u>Hirmas and Algasem</u> v. Amazon.com et al.**, Superior Court for the State of Washington in the County of King, Case No. 21-2-06569-1 SEA, December 12, 2022.

3. **<u>King</u> v. City of Columbus, Ohio et al.**, United States District Court for the District for the Southern District of Ohio Eastern District, Case#2:18-cv-1060, January 18, 2023.

4. **<u>Gunn et al.</u> v. City of Chicago et al.**, Circuit Court of Cook County, Illinois County Department, Law Division, Case#2019-L-006416, March 27, 2023.

5. **<u>Stocker</u> v. University of Washington**, Superior Court of the State of Washington in and for the County of King, Case No. 20-2-13171-7 SEA, May 24, 2023 and May 31, 2023.

6. **<u>Romeo</u> v. City of Chicago et al.**, Circuit Court of Cook County, Illinois County Department, Law Division, Case#18-L-12534, July 6, 2023.

7. **<u>Martin</u> v. City of Portland**, Circuit Court of the State of Oregon for the County of Multnomah, Case#21-CV-46376, December 5, 2023.

8. **<u>Meline et al.</u> v. State of Idaho, Idaho Transportation Department**, In the District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Bingham, Case#CV-2018-1548, April 4, 2024 (Direct), April 8, 2024 (Rebuttal).

9. **<u>Hernandez & Hernandez</u> v. Hamilton**, Montezuma County Combined Courts, State of Colorado, Case# 022CV030002, May 21, 2024.

10. **<u>Shipstad</u> v. Orcas Island Market et al.**, Superior Court for the State of Washington in and for the County of San Juan, Case No. 20-2-0501028, July 19 and 22, 2024.

11. **<u>Spencer</u> v. University of Washington**, Superior Court of the State of Washington in and for the County of King, Case No. 22-2-15042-4, September 23, 2024.

12. **State of Washington v. <u>Light</u>**, Superior Court for the State of Washington, King County, Case No. 21-1-00012-9 SEA, October 22, 2024.

13. **Risher v. <u>City of Los Angeles et al.</u>**, United States District Court, Central District of California, Case No. 5:17-CV-00995, February 7, 2025.

Ex. 40

14. **Riley v. Waste Connections of Washington, Inc. et al.**, Superior Court of the State of Washington in and for the County of Clark, Case No. 23-2-01756-06, June 25, 2025.

15. **Kriesel-Roth v. King County**, Superior Court for the State of Washington in and for the County of King, Case No. 24-2-19213-1 SEA, September 24, 2025.

16. **Deibel v. Columbia Tech Center, LLC et al.**, Superior Court of the State of Washington for Clark County, Case No. 24-2-0655-06, October 7, 2025.

17. **Hoksbergen v. Whatcom Transportation Authority et al.**, Superior Court of the State of Washington in and for the County of Whatcom, Case No. 21-2-00716-37, November 4, 2025.

18. **Ohio v. Grubb**, In the Court of Common Pleas, Franklin County, Ohio, Case#24 CR 4561, November 14, 2025.

19. **Riebe v. King County and Shawn Riebe**, Superior Court of Washington for King County, Case No. 23-2-17321-0 KNT, November 25, 2025.

Ex. 40

BAUER FORENSICS, LLC
TERMS AND CONDITIONS
Effective April 15, 2025

To ensure that the services provided to our Client ("Client") by Bauer Forensics, LLC., and its related entities (hereinafter "Company") can be performed in a responsive manner, these Terms and Conditions apply to Company's retention and work. These terms also clarify steps to be taken in the event our assignment may involve legal matters or the judicial process, or in cases where multiple Clients are represented by Company on the same assignment. Unless stated in writing otherwise, our services are limited to providing professional advice, judgments and/or opinions for the exclusive use of our client.

Any of the following acts by Client shall constitute acceptance of these Terms and Conditions: signing and returning a copy of the Retention Letter; the continued use of Company on the assignment; or any request for services to be performed by Company after Client's receipt of the Terms and Conditions.

Client represents that the work performed hereunder will be used exclusively by Client and solely for Client's benefit. There shall be no third-party beneficiaries to this Agreement. If the Client uses an agent to retain Company, Client represents that its agent has full authority to act for the Client and Client assumes complete responsibility for the acts of its agent and shall be responsible for payment to Company for all work performed at the request of Client's agent. An agent includes a Client's attorney or third-party adjuster or administrator.

Client may terminate Company during the pendency of a project under these Terms and Conditions at any time and without cause, including, but not limited to the development of a material conflict of interest, judicially required participation in onerous discovery or other legal process outside the intended scope of the work, the presence of circumstances beyond the control of Client such as natural disasters or government intervention. Client maintains the ability to instruct Company to cease work under any ongoing assignment without need to terminate these Terms and Conditions.

Company may terminate any assignment under these Terms and Conditions at any time and without cause, including, but not limited to the development of a material conflict of interest, judicially required participation in onerous discovery or other legal process outside the intended scope of the work, the presence of circumstances beyond the control of Company such as natural disasters or government intervention, failure of Client to pay amounts due Company within 60 days of invoicing, and Client restrictions that the impede or impair Company's ability to comply with generally accepted professional practices or engineering rules and regulations.

Company files and reports are developed for Client's use. Company will treat all information, conclusions and results of investigations as confidential. Company will release information to others only upon Client's specific instructions or court order. To the extent possible, Company will use reasonable efforts to notify Client of any ordered production.

For Company to consistently maintain the quality of its services, Client agrees to promptly notify Company of any legal proceeding challenging the basis, opinion or testimony of Company professional(s) assigned to Client's project. The notice provided by Client following the assertion of any objection, motion, or other legal proceeding in the nature of a challenge to the admissibility or basis of the expert work of Company professional shall be in writing and include the style of the case, the case number, and court in which the challenge has been asserted as well as the nature of the challenge. Company reserves the right to take all steps necessary to respond to any challenge to the professional's opinion or testimony, including interceding on the professional's behalf with written motion and briefing, and client agrees to cooperate with Company to facilitate Company's response.

**EXECUTION AND SCOPE OF WORK**

Client assumes full and complete responsibility for all uses of the work, Company's report(s), the items stored by Company at the request of Client, and all recommendations developed under the assignment.  Company will perform its work in accordance with generally accepted professional practices and consistent with the professional skill and care ordinarily provided by professionals practicing in the same or similar locality under the same or similar circumstances. Except for the foregoing express warranty Company hereby disclaims all warranties, whether express, implied, statutory or other. Company makes no warranties, express or implied, regarding the outcome of any investigation. Company makes no guarantees or warranties and assumes no obligations except those expressly stated herein.

**BAUER** FORENSICS, LLC  |  2610 11th Ave. E  |  Seattle, WA 98102  |  503.912.8660  |  jjb@bauerforensics.com

Ex. 40

Company shall retain all rights, title, and interest in and to its proprietary information (along with any modifications or improvements to such information), including, but not limited to Company's know-how, methodologies, techniques, processes, tools, test fixtures, technologies, trade secrets, software, data, databases, algorithms, source code, computational engines, logic formulas, noninterface worksheets, macros, and other materials used by Company in connection with providing its services. Company's policy is to maintain a complete written file on each assignment for a period of three years from the last professional services performed on the assignment. Thereafter, the complete written file will be maintained only on written instructions to do so from Client and payment of applicable storage fees.

When requested, Company will take possession of, and store for up to one year, items that are pertinent to Company's investigation and report. Client will be charged storage and disposal fees as set forth herein for all items stored by Company. By written request of Client, stored items will be retained for additional periods. Client represents that any items Company stores at the request of Client are the property of Client and Client has all right and title to such items. Any and all expenses, fees, costs, penalties, legal fees or other charges of any kind claimed against or incurred by Company as a result of Client's request that Company store items shall be paid by Client, or reimbursed by Client to Company.

In any project, claim, cause of action, investigation, inquiry, or other circumstance (specifically including requests by governmental agencies or representatives) wherein Company is requested, required, cited, subpoenaed, ordered or compelled to appear, testify, submit to questions, provide deposition testimony, produce documents or records (including electronic media) or in any other way respond regarding or arising out of work performed by Company for Client, Client shall compensate Company for all time spent and expenses incurred, including time spent in preparation and reasonable attorneys' fees and expenses, in connection with Company's response. To the extent possible, Company will give notice to Client of the requested action; however, failure of Company to give notice or failure of Client to respond will not obviate Client's obligation to compensate Company in conformity with the foregoing.

**LIMITATION OF LIABILITY**

THE TOTAL LIABILITY OF COMPANY, ITS DIRECTORS, OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, AND AFFILIATES, FOR ANY CONDUCT OR SERVICES RELATED TO OR ARISING UNDER THE AGREEMENT, WHETHER IN TORT OR CONTRACT, SHALL BE LIMITED TO ACTUAL DAMAGES SUSTAINED BY CLIENT AND SHALL NOT EXCEED THE TOTAL AMOUNT OF PAYMENTS CLIENT MADE TO COMPANY ON THE ASSIGNMENT, AND SUCH AMOUNT SHALL BE THE SOLE, COMPLETE AND EXCLUSIVE REMEDY OF CLIENT. IN NO EVENT SHALL COMPANY, ITS DIRECTORS, OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS OR AFFILIATES BE LIABLE FOR ANY OTHER DAMAGES, EXPENSES, OR COSTS, INCLUDING DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, LOSS OF USE, LOSS OF PROFIT, LOSS OF INVESTMENT DAMAGES, COSTS OF SUIT, OR ATTORNEYS' FEES. COMPANY SHALL HAVE THE RIGHT TO OFFSET ANY DAMAGES CLAIMED BY CLIENT BY THE AMOUNT OF ANY OUTSTANDING INVOICES OWED BY CLIENT TO COMPANY.

The Terms and Conditions and the Retention Letter shall form the entire agreement between the parties hereto with respect to the subject matter. No oral representations of any officer, agent or employee of Company or Client, either before or after acceptance of this agreement, shall affect or modify any obligation of either party hereunder. Client agrees that it has not relied on or been induced to enter into this agreement by any representations, statements or warranties of Company or any officer, agent or employee of Company, other than those expressively stated herein. Any additional or different terms or conditions are expressly excluded and shall not form part of this contract unless specifically agreed to in writing and signed by an authorized representative of Company.

Ex. 40

**PROFESSIONAL FEES SCHEDULE**

All time expended for the assignment will be billed, including but not limited to review of case materials, investigations, site visits, travel, Client meetings (including email, phone calls, web conferences and in-person meetings), calculations, review of standards and authorities, creation or review of specifications and drawings and documents, preparation of reports, peer reviews, preparation for testimony, testimony in deposition or trial, court waiting time and/or standby time. Client may request an estimate of time or cost required for a project, but unless expressly agreed to by Company writing to the contrary, estimates are for Client's budgeting purposes only and are based upon the information provided to Company at the time of the estimate. No cost estimate shall be construed as a fixed-price quotation.

Work performed on a time and expense basis will be charged in accordance with the Professional Fees Schedule listed below. Work performed on any fixed price contracts will be charged at the agreed fixed amount. Rates for professional consulting services, forensic photographic services, report preparation, depositions, demonstrative preparation and court appearances are:

| | |
|---|---|
| Professional Consulting by Jeremy J. Bauer, Ph.D. | $400/hour |
| Deposition and Trial Testimony by Jeremy J. Bauer, Ph.D. | $600/hour |

TRAVEL EXPENSES: Travel time is billed at 50% PROFESSIONAL FEES rates from office to site (or lodging), and return, except for when case work is being conducted, during which time full rates apply. Company will use its best efforts to minimize travel costs on domestic and international trips associated with project work. Subject to availability, on flights under five hours in duration, Company will utilize economy class refundable airfare. For flights in excess of three hours, Company professionals will fly business class, if available, or first class, if not available. Automobile mileage is billed at .75 cents per mile. Other travel expenses (food, taxi, ride-share) will be passed on to Client at the completion of travel with receipts.

EXPENSES NECESSARY TO COMPLETE REQUESTED WORK: Laboratory fees, materials, equipment/software rental, tradespeople and specialized commercial services are billed at cost plus 10 percent. Specialized equipment may be used both during in-house laboratory work and during off-premises site/equipment inspections. Select equipment expenses are charged according to the fixed-rate schedule below.

| | |
|---|---|
| 3D Laser Scanner | $500/day |
| Small Unmanned Aerial System (sUAS)/Drone | $300/day |
| English XL Slip Meter | $300/file |
| Sound Level Meter | $300/file |
| Force Gauges & Accelerometers | $500/file |
| Luminance & Illuminance Meters | $300/file |
| Event Data Recorder (EDR) | $300/vehicle |

TERMS: Bauer Forensics, LLC requires a non-refundable $4000 case retainer prior to initiating work. Disclosure of Dr. Bauer as an expert prior to the retention of Bauer Forensics, LLC requires prior written consent of Bauer Forensics, LLC and a $1000 non-refundable payment by Client. If Company is then retained, this $1000 fee is applied to the standard $4000 case retainer. Company will bill against the case retainer and invoice additionally, depending on the time and cost expended. Review and signing of affidavits and similar legal documents will be billed at a 1/2-hour PROFESSIONAL CONSULTING minimum. Preparation for trial or deposition requires a three (3) hour minimum preparation charge for the testifying expert. Company will invoice Client at the end of each month for services provided and expenses incurred during each monthly billing period. Invoices are due upon receipt regardless of whether the services result in testimony, or other tangible evidence favorable to Client. Interest on unpaid balances more than sixty days old will be charged at the rate of 6% per annum. Payment shall be made in U.S. dollars. Credit card fees will be passed on to Client. Without prejudice to any other available remedy, Company may withhold delivery of reports or data, either written or oral, and may suspend the performance of any further service obligations to Client pending the payment of all invoices. To protect the interests of Client and avoid possible impeachment of testimony, Company personnel are not required to appear for depositions, trials, or hearings pertaining to an assignment, unless all previous billings on this assignment have been fully paid. Company, at its sole discretion, may require Client to advance payments for the estimated time charges and expenses in connection with requested work, including appearances at hearings or providing testimony at deposition or trial.

**BAUER** FORENSICS, LLC  |  2610 11th Ave. E  |  Seattle, WA 98102  |  503.912.8660  |  jjb@bauerforensics.com

Ex. 40