

# Indiana State Prison

From the Department of Investigations and Intelligence

DATE: 1-24-23

TO: I.I. HASKELL

FROM: Sgt. J. Walton

RE: Fire ACH

On 1-14-23 at approx. 10:57 A.M. the fire alarm in ACH went off. I Sgt. Walton looked to my right while in the officers station where our box is located. At which time Ofc. Crockett and Ofc. Cross grabbed the fire extinguishers and ran to 200 North where flames were shooting out of 252. I called a 10-71. Lt. Smith ran down the 100 range. The first responders arrived and called a signal 3000.

STATE026406

Ex. 41