

# Fire Chief Incident Report

**Chief: Matthew Stidham #875271**          **Date and Time of Incident: 1/14/2023 10:55 am**

**Incident Report:**

This is a report written by Fire Chief Stidham regarding the cell fire that occurred in A-cellhouse in cell 252 on the North Side. Around 10:55 am I (Fire Chief Stidham) was in my housing unit when I was informed by another firefighter that there was a fire in A-cellhouse and that a 10-71 was called. I immediately left the unit and made my way to A-cellhouse. When I could see A-cellhouse I knew that there was a serious situation because of the amount of smoke coming from the unit. As I passed the fire station I gave instructions for everyone to get to the unit ASAP. I then ran into the unit to find out where the fire was located. I was informed by Sgt. Walden that the fire was located on 200 north. She then handed me a small set of bolt cutters and told that they were needed. I headed to 200 north by the front set of stairs. When I got to 200 range there were several prisoners and staff on the range. I could see that the fire was located close to the back of the range. As I approached the fire I could also see that the door to cell 252 was open and Lt. McCormick was using a ABC dry chemical extinguisher. As I was approaching the cell I could see large amounts of smoke pouring out of the cell. I immediately grabbed a nearby fire extinguisher and began to try to extinguish the fire. It was when I started spraying the fire extinguisher that I noticed that the occupant of the cell was still in the cell. I then attempted to pull the occupant out of the cell but stopped when I realized that he was already deceased. I decided not to pull the deceased out of the cell because there was nothing that could have been done. Also, there were several prisoners on the range at that time and I felt that if the deceased was taken from the cell and placed on the range it could become an issue. I then turned my attention back to the fire by using a Class A water extinguisher. Once the extinguisher was emptied, two additional firefighters had arrived with the Enforcer Foam extinguishers. I told the firefighters that the man in the cell was deceased and laying near the door. I instructed them to knock the fire down and wait for medical staff to arrive before any attempt to remove the deceased. Because I was not in any protective gear I began to exit the fire scene and informed other firefighters of the situation I had encountered. Once I was outside I spoke with Lt. Smith

STATE000040

Ex. 42

and Sgt. Walden about getting the backdoor to the cellhouse opened. There seemed to be some confusion about who had the keys to the back door. I then asked Sgt. Pietrowski to take me to checkpoint #2 so I could retrieve that fire alarm panel keys. Once I had the keys I gave a few instructions to other firefighters and headed inside the cellhouse to silence to alarm panel. I placed the panel on silence to allow the exhaust ducts to keep expelling smoke form the building. While I was in the officers station working on the alarm panel, Lt. Jones asked if the cellhouse needed to be evacuated. I informed the Lieutenant that I could not directly make that call and that the shift Supervisor would need to make that call. My recommendation to Lt. Jones was that at a minimum the North side of the unit needed to be evacuated. It was shortly after that conversation that the cellhouse evacuation began. At that time the back door still had not been opened and the evacuation took place out the front door instead of the backdoor which is the appropriate exit route in an evacuation. Once the evacuation started I headed back outside to check on the firefighters. I gave orders to several firefighters to retrieve the exhaust fans from the stations and additional SCBA bottles. At some point I was told that the backdoor had been opened, I then gave orders to have the fans placed at the backdoors to help get more smoke out of the building. It was at that point that medical staff and officers exited the building with the deceased on a medical gurney. At some point I asked officer Pietrowski to contact the shift supervisor and have him call Safety Hazard Manager D. Taylor and inform her of the situation. When the Safety Hazard Manager arrived I went to the custody hall and informed her of everything that had happened and where the situation was currently. It was after that, that I started to pull the firemen back from the scene. I left several firefighters at the cell in case any hotspots should re-ignite. At some point the State Fire Marshalls arrived and the signal was cleared.

STATE000041

Ex. 42