Indiana State Prison
Indiana Department of Correction
Critical Incident Debriefing
Indiana Conference Room
2/21/2023

**Staff in Attendance:**
Deputy Warden Nowatzke, Major Wardlow, Capt. Gillispie, Deputy Warden Buss, Lt. Jones, Lt. McCormick, Deborah Taylor, Lt. Winn,

**Offenders Name and DOC#:**
Smith, Michael 953102

**Date of Incident:**
1/14/2023

**Description of the incident:**
On 1-14-23 at 10:58am a 10-71 (fire) was called in ACH by Sgt. J. Walton when the cell house fire alarm sounded. Ofc. K. Cross and Ofc. D. Crockett went to check the cell house, and immediately saw smoke coming from the back of the 200 South range. Both Officers retrieved fire extinguishers and went to the scene (ACH 252), which was now engulfed in flames. First Responders arrived on the scene and assisted with putting out the fire. Incarcerated Individual Smith, Michael #953102 was observed lying on his bed. A. Signal 3000 was called by First Responder Lt. V. McCormick. The ISP Fire Brigade was activated and responded to the scene. Once the flames were extinguished enough to retrieve Smith from the cell, he was placed on a medical gurney and CPR was started. I.I. Smith was brought to the Custody Hall where life saving measures were continued. EMT's were requested and arrived on grounds with the MCFD at 11:10am. I.I. Smith was pronounced deceased at 11:18am. investigations and Intelligence was contacted and arrived at the facility at 11:42am. Facility Safety Manager was contacted and arrived at 11:52am. State Police Investigator and State Fire Marshall arrived on grounds at 1:07pm. Facility placed on lock down per Warden Neal. Cis Team was requested by Warden Neal. RDC 2023-01-260

1.  **Review of staff and offender actions during the incident:**
    Staff response and actions were deemed within the scope of policy and procedures.

2.  **Factors that may have contributed:**
    Paint on cell wall, curtain hanging in cell trapped smoke, fire intensity escalated quickly

3.  **List of all injuries or death:**
    Smith, Michael #953102- deceased

4.  **List of all staff directly involved:**
    Lt. Dennis Koen, Lt. Vincent McCormick, Lt. Latrice Jones, Sgt. Amon Lee, Sgt. Jeniene Walton, Ofc. Kevin Cross, Ofc. Darnell Crockett, Lt. Nadine Smith

5.  **Review of impact on staff and offenders:**
    The stoppage of normal operations in the cell house for a brief period of time.

6.  **Inventory of damaged or destroyed state property:**
    N/A

7.  **Critique of decisions made:**
    Appropriate decisions were made by Shift Supervisors, Sergeants and Officers involved.

STATE000104

Ex. 43

8.  <u>Factors or conditions which still exist, and which could result in a similar incident:</u>
    Excess Incarcerated Individual property, damaged outlets

9.  <u>Referrals to law enforcement:</u>
    N/A

10. <u>Recommendations for plans of improvement:</u>
    - 1 ABC and 1 water/foam extinguisher will be installed on each range
    - Excess property/homemade electrical items are being confiscated
    - More staff training on use of extinguishers
    - Staff are to call a signal for fire department right away
    - Staff are to inspect outlets

STATE000105

Ex. 43