**From:** "Smith, Nadine" <NaSmithRobinson@idoc.IN.gov>
**To:** "Jones, Latrice" <LatrJones@idoc.IN.gov>
**Subject:** FW: ISP
**Date:** Thu, 19 Jan 2023 14:29:52 +0000
**Importance:** Normal

---

-----Original Message-----
From: Neal, Ron (DOC) <rneal@idoc.IN.gov>
Sent: Monday, January 16, 2023 5:39 PM
To: Walton, Jeniene <JeWalton@idoc.IN.gov>; Cross, Kevin <KCross1@idoc.IN.gov>; Crockett, Darnell <DCrockett1@idoc.IN.gov>; Smith, Nadine <NaSmith1@idoc.IN.gov>; Koen, Dennis <DKoen@idoc.IN.gov>; Lee, Amon <ALee3@idoc.IN.gov>; Pietrowski, Larry <LPietrowski@idoc.IN.gov>; Williams III, Ernest <EWilliamsIII@idoc.IN.gov>; Everett, Mike <meverett@idoc.IN.gov>; McCann, Steven <smccann@idoc.IN.gov>; Chico, Christina A <CChico@idoc.IN.gov>
Subject: ISP

Team ISP,
First and foremost- Thank You for everything you did this weekend! It was a difficult incident to deal with, especially when we have cell fires that cause loss of life. However, everyone performed exceptionally well! From the response time to the scene, knocking down the fire, removing I.I. Smith as quickly as possible, evacuation of the cell house, providing medical treatment to both Offenders and Staff who requested it and finally Dr. Chico and Dr. Larson walking the Cell House the same day to speak with the Offenders. Some of you chose to speak with CISM and others declined. That's certainly your choice but they are here for you, if needed. Your Professionalism during this very tough and traumatic event, is both appreciated and respected! If you need anything, don't hesitate to ask.
Sincerely,
Warden Neal

Sent from my iPhone

STATE035210

Ex. 44