**To:** "Jones, Latrice" <LatrJones@idoc.IN.gov>
**Subject:** RE: Thanks
**Date:** Thu, 19 Jan 2023 19:09:56 +0000
**Importance:** Normal

---

You are welcome, I'm glad the drill helped in the situation. You guys did a good job making sure everyone got out and was safe.

---

**From:** Jones, Latrice <LatrJones@idoc.IN.gov>
**Sent:** Thursday, January 19, 2023 12:34 PM
**To:** Wardlow, Douglas <dwardlow@idoc.IN.gov>
**Subject:** Thanks

I'm emailing you to send you a special thank you. Because of the fire drill that was conducted in ACH on night shift, we were able to come with a game plan in evacuating ACH on Saturday during that fire. I believed that every lesson learned is a helping tool for the future. So, I just wanted to say thank you and I appreciate it.


Lt. Latrice Jones

I-Group Asst. Shift Supervisor

Indiana State Prison

1 Park Row

Michigan City, IN 46360

219-874-7256 Ext 4300/4310

STATE035408

Ex. 45