**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| MYSTI VALENCIA, individually<br>and as Personal Representative<br>of the ESTATE OF MICHAEL SMITH, | )<br>)<br>) | Case No: 3:24-cv-00185-DRL-SJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Hon. Damon R Leichty |
| v. | ) | Judge Presiding |
| | ) | |
| RON NEAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# <u>EXHIBIT 46</u> - (CONVENTIONALLY SUBMITTED)

- Ex. 46-A - Internal Affairs Interview Lt. Jones (STATE023571)
- Ex. 46-B - Internal Affairs Interview Lt. Smith (STATE023572)
- Ex. 46-C - Internal Affairs Interview Nurse Turner (STATE023573)
- Ex. 46-D - Internal Affairs Interview Officer Crockett (STATE023574)
- Ex. 46-E - Internal Affairs Interview Sgt. Walton (STATE023576)
- Ex. 46-F - Internal Affairs Interview Officer Cross (STATE026822)