

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

**KENTUCKIANA**
COURT REPORTERS

**CASE NO. 3:24-CV-00185**

**MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE**

**OF THE ESTATE OF MICHAEL SMITH, AND ON**

**HER OWN BEHALF**

**V.**

**RON NEAL, ET AL.**

**DEPONENT:**

**LIEUTENANT LATRICE JONES**

**DATE:**

**January 28, 2025**



a courtroom **powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

**www.kentuckianareporters.com**

Ex. 47

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

JUDGE DAMON R. LEICHTY

MAGISTRATE JUDGE JOHN E. MARTIN

CASE NO. 3:24-CV-00185

MYSTI VALENCIA, AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF,

                Plaintiff

V.

RON NEAL, ET AL.,

                Defendants

DEPONENT:  LIEUTENANT LATRICE JONES

DATE:      JANUARY 28, 2025

REPORTER:  SYDNEY LITTLE



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

2

APPEARANCES


ON BEHALF OF THE PLAINTIFF, MYSTI VALENCIA, AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF MICHAEL SMITH, AND ON

HER OWN BEHALF:

Megan Pierce, Esquire

Locke Bowman, Esquire

Loevy & Loevy

311 North Aberdeen Street

Floor 3

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: megan@loevy.com

         locke@loevy.com

(Appeared via videoconference)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

3

APPEARANCES (CONTINUED)

ON BEHALF OF THE DEFENDANTS, LIEUTENANT DENNIS KOEN,
CAPTAIN VINCENT MCCORMICK, SERGEANT AMON LEE,
SERGEANT JENIENE WALTON, OFFICER DARNELL CROCKETT,
STEVEN MCCANN, LIEUTENANT LATRICE JONES,
SERGEANT ERNEST WILLIAMS, SERGEANT MICHAEL EVERETT,
OFFICER JAYLON SINGLETON, WARDEN RON NEAL,
CHRISTOPHER BEAL, KEVIN CROSS, ART KAUFMAN,
ANDREW KMITTA, JASON NOWATZKE, NADINE SMITH,
DOUGLAS WARDLOW, DEBORAH TAYLOR, JANILLE WHITAKER, AND
DANIELLE BROWN:
Erica Sawyer, Esquire
Gustavo Jimenez, Esquire
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington Street
Floor 5
Indianapolis, Indiana 46204
Telephone No.: (317) 232-6201
E-mail: erica.sawyer@atg.in.gov
        gustavo.jimenez@atg.in.gov
(Appeared via videoconference)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

4

                              INDEX

                                                      Page

PROCEEDINGS                                             7

DIRECT EXAMINATION BY MS. PIERCE                        8

CROSS-EXAMINATION BY MS. SAWYER                       257


                            EXHIBITS

Exhibit                                               Page

1 - Indiana Department of Corrections Post    112

      Orders Assistant Shift Supervisor -

      STATE 019787-019794 (AEO)

2 - Indiana Department of Corrections Post    120

      Orders general post orders -

      STATE 020182-020199 (AEO)

3 - Lieutenant Jones' Learning History -      137

      023349-023403

4 - Indiana State Prison A-Cellhouse Fire     169

      Evacuation Plan - STATE 014648

5 - Indiana State Prison A.M. Shift Roster -  182

      January 14, 2023 - STATE 021612

6 - Department of Corrections Incident        187

      Report Form - STATE 008576-008577

7 - Indiana State Prison Internal Affairs     196

      Investigation Lieutenant Jones'

      Handwritten Statement - STATE 521

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

EXHIBITS (CONTINUED)

Exhibit                                                    Page

8 - Internal Affairs Report of                            201
     Investigation - STATE 15-18

9 - Fire Chief Incident Report - STATE                    213
     004875-004876

10 - E-Mail - January 19, 2023                            218

11 - Indiana State Prison Critical Incident               225
     Debriefing - STATE 000104-105

12 - Still Photograph 10:56:00                             236

13 - Still Photograph 10:57:00                             242

14 - Still Photograph 10:57:30                             246

15 - Still Photograph 10:58:23                             247

16 - Inter-Departmental Memorandum - STATE                255
     008947-008949

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

STIPULATION

The video deposition of LIEUTENANT LATRICE JONES was taken at KENTUCKIANA COURT REPORTERS, 110 NORTH WACKER DRIVE, CHICAGO, ILLINOIS 60606, via videoconference in which all participants attended remotely, on TUESDAY the 28TH day of JANUARY 2025 at 10:01 a.m. (CT); said video deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. THE OATH IN THIS MATTER WAS SWORN REMOTELY PURSUANT TO FRCP 30.

It is agreed that SYDNEY LITTLE, being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

PROCEEDINGS

THE REPORTER: We are on record. My name is Sydney Little. I'm the online video technician and court reporter today, representing Kentuckiana Court Reporters, located at 110 North Wacker Drive, Chicago, Illinois 60606. Today is the 28th day of January 2025. The time is 10:01 a.m. Central. We are convened by videoconference to take the deposition of Lieutenant Latrice Jones in the matter of Mysti Valencia, as personal representative of the Estate of Michael Smith and on her own behalf, v. Ron Neal, et al., pending in the United States District Court for the Northern District of Indiana, South Bend

Division, case number: 3:24-CV-00185. Will everyone, but the witness, please state your appearance, how you're attending, and the location you are attending from starting with Plaintiff's counsel?

MS. PIERCE: This is Megan Pierce on behalf of plaintiff, and I'm attending remotely from Portland, Oregon via Zoom.

MR. BOWMAN: My name is Locke Bowman, also for the plaintiff, attending via Zoom from my office in Chicago, Illinois.

MS. SAWYER: Erica Sawyer, counsel for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

8

defendants, attending from the Office of the Indiana Attorney General in Indianapolis, Indiana.

MR. JIMENEZ:  And Gustavo Jimenez for the defendants, attending via Zoom from the AG's Office in Indianapolis, Indiana.

THE REPORTER:  Thank you.  Lieutenant Jones, will you please state your name for the record?

THE WITNESS:  Lieutenant Latrice Jones.

THE REPORTER:  Thank you.  And do all parties stipulate that the witness is, in fact, Lieutenant Latrice Jones?

MS. SAWYER:  Yes.

MS. PIERCE:  Yes.

THE REPORTER:  Okay.  Thank you.  Lieutenant, will you please raise your right hand?

Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THE REPORTER:  Thank you.  Counsel, you may begin.

DIRECT EXAMINATION

BY MS. PIERCE:

Q.   Good morning, Latrice Jones.  How are you?

A.   Good.  How are you?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

Q.  Good.  Have you taken a -- have you given a deposition before?

A.  No.

Q.  Okay.  We'll go ahead and go through the rules of the deposition just so that we're all on the same page, okay?

A.  Uh-huh.

Q.  I'm going to ask you questions, and you'll give answers under oath just as if you're in a courtroom, okay?

A.  Okay.

Q.  If you don't understand a question, please ask me for clarification.  I'm sure I'll ask some questions that are a little -- that might be -- not be perfectly clear.  If you don't ask for clarification, I'll assume that you understood the question; is that fair?

A.  Yes.

Q.  And then please wait until I'm done asking a question before you start answering.  I will try to do the same with my questions, and that'll help the court reporter to get down a clear record of what we're saying, okay?

A.  Okay.

Q.  And then along the same lines, please make sure to give verbal answers.  So instead of nodding, or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

10

shaking your head, or saying uh-huh or uh-uh, make sure to say yes or no so that the court reporter can, again, get a clear record.

A.    Okay.

Q.    Your lawyer might object to questions.  You can let them get their objection onto the record.  But then you should still answer unless they instruct you not to, okay?

A.    Okay.

Q.    And then we can take a break at any point that you need one.  I just ask if I have a question pending that you answer the question, and then we can take a break, just let me know.

A.    Okay.

Q.    Great.  Ms. Jones, where are you currently at while you sit for this deposition?

A.    I am currently at the Indiana State Prison in the paralegal -- well, the legal room.

Q.    Okay.  Is there anybody in the office with you?

A.    No, it's just me.

Q.    Okay.  Do you have any medical conditions or are you taking any medication that would affect your ability to testify here today?

A.    No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

11

Q.  Are you taking any medication that would affect your memory?

A.  No.

Q.  Any reason that you can't give full and truthful testimony here today?

A.  No.

Q.  Did you do anything to prepare for your deposition today?

A.  I talked to my lawyer --

Q.  Okay.

A.  -- yesterday.  That was about it.

Q.  And without getting into the substance of the conversation with your lawyer, about how long did you speak with them?

A.  Maybe 30 minutes, 35 minutes.

Q.  Okay.  And had you spoken to them previously to prepare for your deposition?

A.  Yes.

Q.  And when was that?

A.  Maybe sometime last month in December.

Q.  And about how --

A.  I can't pinpoint.

Q.  Oh, I'm sorry.  I interrupted you.  Go ahead.

A.  Yeah.  I can't pinpoint like when, but yeah.

Q.  Okay.  And was that in person, or over the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

phone, or Zoom?

A.    Phone.

Q.    And about how long did you speak with them at that time in December?

A.    I want to say about an hour.

Q.    Okay.  And besides those two calls with your lawyer, did you have any other preparation sessions with your lawyer for your deposition?

A.    Via e-mail.  That's about it.

Q.    Okay.  And how many times did you talk via e-mail?

A.    I want to say maybe three, maybe four times.

Q.    In addition to talking to your lawyers, did you talk to anyone else in preparation for your deposition?

A.    No.

Q.    Did you speak to any of the defendants about your deposition?

A.    No.

Q.    Did you speak to Warden Neal about your deposition?

A.    No.

Q.    Have you spoken to Warden Neal about the fire?

A.    No.

Q.    Did you review any documents to prepare for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
13

your deposition?

A.    I just reviewed -- since it was, like, two years ago, so I just looked at the incident report that I wrote, and that was it.

Q.    Just the incident report?

A.    Yes.

Q.    Did you review any videos?

A.    Yes.

Q.    And what videos did you review?

A.    Just the one of the incident and the interview with INI, and that was it.

Q.    And that's your interview with INI?

A.    Yes.

Q.    And the video of the incident, was that surveillance video from the I -- from -- excuse me. From A Cell House?

A.    Yes.

Q.    And was that looking, you know, straight on to the cell --

A.    Excuse me.

Q.    -- where Mr. Smith was housed?

A.    Yes.

Q.    And about how long -- about how much time from the surveillance did you -- did -- video did you watch?

A.    I watched from -- let's see.  I want to say I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

watched from the beginning from the time when there -- there was inmates on the range to the time after Mr. Smith was carried from the gurney all the way out.  So that might be maybe an hour-and-a-half, maybe an hour, 45 minutes of the video.

Q.    Okay.  So you watched about an hour-and-a-half hour, 45 minutes of the video?

A.    Yeah.

Q.    And why did you watch that much time from the video?

A.    Like I said, it was two years ago, so I need to refresh my memory of actually what had happened.  So I just want to get as much information as I can and much memory from that video.

Q.    And when you watched that video, did you see yourself at any points on the surveillance video?

A.    Yes.

Q.    And when did you see yourself?

A.    See myself on the range where the fire was taken, where the first responders and the firemen was there.  And then I seen myself on the north side of -- 100 range on the flag, basically directing inmates towards the front and helping unlocking the door.

Q.    So did you watch several different videos, surveillance videos from the day of the fire?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

15

A.   No.

Q.   Okay.  But you watched videos that showed both the north side and the south side?

A.   No, just the north side.

Q.   Okay.

A.   Just directly showing his cell.  That's it.

Q.   Okay.  So besides the surveillance video, the video of your interview with INI, and your incident report, did you review anything else in preparation for your deposition?

A.   No.

Q.   Okay.  All right.  Latrice, where did you grow up?

A.   Chicago.

Q.   Okay.  And how long did you live in Chicago?

A.   From the time I was born until 20 -- 20 -- 2014 when I started here at the prison.

Q.   And how old were you in 2014?

A.   23.

Q.   If I'm calculating correctly, does that mean you're 34 today?

A.   33.

MS. PIERCE:  33.  Okay.  Aging you typically.

THE WITNESS:  I know.

BY MS. PIERCE:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

Q.    And when you started at the prison, did you start at Indiana State Prison?

A.    Yes.

Q.    And that's the first prison you've ever worked at?

A.    Yes.

Q.    You started there in 2014?

A.    Yes.

Q.    Did you have any jobs before you started at Indiana State Prison?

A.    Yes.

Q.    And where was that?

A.    I was a homemaker for family members for years with disability, like my uncle.  He only had, like, one leg.  And then my dad and his sister, they were older, and his brother, so.

Q.    Okay.  And how long did you do that?

A.    So I was 23 when I started here.  I want to say I started that -- I've been doing that since I was like 15, so.

Q.    Okay.  So you did that from about the age of 15 to about 23; is that right?

A.    Yes.  Yes.

Q.    Okay.  And do you still have caretaking responsibilities?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
17

A.   No.  Unfortunately, they all are deceased.

Q.   I'm sorry to hear that.

A.   Yeah.

Q.   Besides your caretaking responsibilities, did you have any other jobs before you started at Indiana State Prison?

A.   Yes.  I had internships with the alderman in Chicago.  I did an internship with a program.  I can't even think of -- it's called Mikvah something, you know.  So at that time, I was into politics, you know, younger, high school.  Yeah.  So --

Q.   Okay.  So you had some internships where you were in high school.  Did you graduate from high school?

A.   Yes.

Q.   What year did you graduate from high school?

A.   2010.

Q.   And did you continue on with any post-high-school education?

A.   Yes.  I went to college for a short period of time, but it got expensive, so.

Q.   How long did you go to college?

A.   Well, the first college, I went for a year. And then I went to a private school, that was another year.  And then it got expensive.  So I want to say two years total, but yeah.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

Q.   And what were the two schools that you went to?

A.   Chicago State University and the other one was PCCTI.  It was some type of nursing private school or whatever.

Q.   And then what made you decide to work at Indiana State Prison?

A.   I realized I was just following the footsteps of my grandmother and everybody else that was in nursing.  And then I realized that wasn't for me.  So law enforcement was for me.  I was -- I was always interested in anything dealing with law enforcement. So I ended up filling out for the Indiana State Prison and been here ever since.

Q.   And did you study any sort of criminal justice or law enforcement while you were in college?

A.   No.

Q.   What was your position at ISP when you started in 2014?

A.   Correctional officer.

Q.   What kind of training did you get when you started as a correctional officer?

A.   The basic training.  The -- yeah, just the basic training.  And then I became first responder, weapons qualified.  I was once handgun at one point in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

time.  Field Training Officer, FTO.

Q.   I'm sorry.  What was the thing you said before?  Field training officer?  I had trouble hearing that.

A.   Oh, well, I said FTO is the short term for Field Training Officer, and we did have CPR classes.

Q.   Okay.  So when you started, you got basic training.  Tell me what basic training entailed.

A.   Basic training is basically getting to know like your signal, your codes, the first responder things or whatever.  I'm trying to think.  It's ten years ago. So how to put on restraints, how to deescalate situations, talk to -- how to talk to the inmates.  So it's just like the basic of the basics, how to talk on the radio, radio etiquette, I will say. That's about it. That's about what I can remember.

Q.   And that basic training, how long did that last?

A.   I was in training for two months.

Q.   Two months.  And is that classroom-based?

A.   Just the first month.  I don't really know how they do it now, but yeah.  The first month is classroom. And then the second month was, you know, on-job-training, where you're hands-on.

Q.   And is that part of the field training



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

20

program?

A.    Yes.

Q.    Okay.  So the first month is all classroom.
Everything you do is in a classroom setting; is that
right?

A.    Yeah.  Uh-huh.  Yes.

Q.    And then the second is on-the-job, so you're
like shadowing people?

A.    Yes.  And learning how to turn keys, learning
how to open doors, securing a cell house, doing counts,
writing in log books, looking at count letters.

Q.    Okay.  During either the -- either part of the
basic training, either the classroom or the field
training, is there any emergency response training
that's part of that?

A.    Yes.  When you become, excuse me, QRT
certified.

Q.    Okay.  So just I want to make sure I
understand your testimony correctly.  So when you become
QRT certified, that's when you get emergency response
training?

A.    No, they -- this is ten years ago.  But I want
to say, best of my memory, yes, they do teach you like,
you know, your first responders, what they carry, what
they hold.  They teach you about signals.  That's why

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

21

you go through, like, the 3000's which is a medical signal.

They teach you how to do CPR.  They teach you, like, your equipment, and your pouch, or whatever, for that.  So they do teach you a lot.  Like I said, this was ten years ago, so I know more now than then.  So it's kind of hard for me to, like, remember everything that I learned in training, but it was a lot.

Q.    Okay.  Do you remember any specific training related to fire response?

A.    I know we did, like, fire drills.  We did so many.  I can't recall, like, when or this and that. But we -- I was involved with a lot of, like, evacuating to cell houses and stuff like that.

Q.    So the training that you recall related to fire response was fire drills and evacuations of cell houses; is that right?

A.    Yes.

Q.    Okay.  Anything else?

A.    No.

Q.    And you talked a little bit about the QRT first responder position.  That is a -- let me strike that.  Does everybody go through the qualification to be a QRT member or a first responder?

A.    Yes.  But you have to have your six months in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

22

first before you go through that training.

Q.    And is that mandatory or is that optional?

A.    They give out lists.  They do the training. So with the firearm instructor, he'll send an e-mail out and say, send a list of officers that he will train or whatever.  And then we get the schedules.  They get the schedules ready for them, and they send them up to class.  So that's how that works to my knowledge.  I know I sent lists out as assistantship supervisor to say these officers are interested in QRT training.  You know, so that's what I do on my part.

Q.    Okay.  And when you say "interested in", is the QRT training something that someone has to express interest in doing or is that a mandatory program?

A.    Well, for the older staff, they're older, so they're not going to want to do that.  They've been through it or whatever.  So staff who reached their six months, we always offer an invite.  Like, hey, do you want to get QRT trained?  Do you want these qualifications underneath your belt?  And they will say yes, and then we'll push them through.

Q.    Okay.

A.    And that's majority of them.

Q.    Okay.  But just to clarify, it's not required, right?  It's an optional thing that people can opt into

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

23

doing, correct?

A.  Yes.  Not a lot of people want -- well, the older staff that already been doing it -- it's -- you know, don't want to do it.  But the newer staff, the people that actually are interested in it, they'll get it done.  They're -- you know, they'll sign up for it.

Q.  Okay.  And tell me a little bit what the QRT position is.

A.  It's the first responder position.  You respond to signals, emergency signals, fires, fights, staff in need of help.  Yeah.  Any assistance, basically.  All assistance.

Q.  Okay.  So anytime there's a situation that needs urgent action, the QRT team is the one who's called out to do that?

A.  Yes.  And it depends on the -- I want to say depending on the -- the difficulty of the situation, we also call in supporting staff as well.

Q.  And when you say "supporting staff", what do you mean by that?

A.  Other officers or supervisors that are not QRT, they also come to assist.

Q.  And how are the QRT teams alerted that they need to respond to a situation?

A.  If an officer or whoever's in charge of that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

unit calls a signal over the radio to control, control will call the signal and state the location of it, and we all can hear it over our radios.  And then we will respond to that area.

Q.    And do you currently work with -- in the QRT position?

A.    Yes.

Q.    How often do you work in the QRT position?

A.    Very frequent.  Very frequent.

Q.    And do you have to be, like, a sergeant or above to be in the QRT team or can anyone be on it?

A.    Anyone can be on it.  It can be supervisors. It could be officer.  Anyone can be on it.

Q.    How often does the people get QRT training if they're interested in it?

A.    They at least have a class at least once a month, to my knowledge.

Q.    Okay.  And so you do QRT training once a month?

A.    Now I don't teach a class.  But they do have like -- they do have training for it to teach new people.  They also do recertifications.  So like, my recertification will be coming up in April to recertify for it.

Q.    How often do you have to do recertification?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

25

A.    It is at least once a year.

Q.    And how long --

A.    For a year, expire in April, so I got to do a recertification class to recertify for it.

Q.    And how often -- or sorry.  How long does the recertification training last?

A.    It's eight-hour classes.

Q.    Just one eight-hour class?

A.    Usually it's two.  It's two.  It's the classroom work.  And then the next day, you go to the range because the QRT also involves the weapons team and the cell extraction team.

Q.    Okay.  So the first day is an eight-hour classroom-based training; is that right?

A.    Uh-huh.  Yes.

Q.    And then the second day is exclusively at the gun range?

A.    So -- let me remember.  The first day is -- it's actually a 12-hour class.  And then the second day is eight hours at the range, which -- that's a long day.

Q.    Okay.  So the first day is a 12-hour class in the classroom?

A.    Then the second day -- yes.  Now the initial class to get into QRT, I want to say, those are like two days.  I'm not for sure.  Because like I said, I did

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

26

mine maybe eight years ago, so I'm not in charge of that department.  So I don't know if things changed or not. I just know there's a recertification part of it.

Q.    Okay.  So let's go back to the recertification part.  So the second day, is that the gun range and that's just working with weapons; is that correct?

A.    Yes.

Q.    Okay.  Anything else that you do on the second day besides focus on weapons?

A.    You come back -- you come back and you go through the cell extraction.  They also do this one part where you got to take a test on it.  And it tells you, like, the -- the different type of fire extinguishers, the ABC or -- and the water extinguisher, and they tell you what it's used for; what you should use this for and what you should use that for.  Excuse me.

Q.    Okay.  The -- let's talk about the cell extraction.  What does that entail?

A.    Basically, with cell extraction, you only use it when you have guys that are not, like, responding to your command, like verbal commands.  Don't want to cuff up, or come out their cell, or try to barricade theirselves.  So you build a cell extraction team that's consisted of five guys and one team leader.  And what they do is they go inside the cell to place the cuffs on

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

27

the individual and to get them out the cell.

Q.   Okay.  So basically, like, with someone who is not obeying commands; is that correct?

A.   Yeah, that's not willing to come out.  We had -- you know, if you had a guy that's refused to come out, and he's supposed to go to medical or something, and he's -- like, he's not coming out or whatever.  You know, you try to deescalate the situation to prevent from a cell extraction, but we rarely have them.  But when we do, you got to build a team to go in there and get them.

Q.   And then you mentioned that with the recertification training, there is some training on fire extinguisher use; is that correct?

A.   Yes.  They also have CBTs on them, too.

Q.   What is CBT?

A.   Computer-based training.

Q.   Okay.  So the fire extinguisher training, is that computer-based training?

A.   Also verbal.  So it's like they talk about it, explaining the training, and they do it during, like, in service, which all got to take that once a year or whatever.  You take the class, and then you take the test online.

Q.   Okay.  So they explain to you the different

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

28

fire extinguishers verbally, and then you take a test online to make sure you understood it; is that right?

A.   Yes.

Q.   Okay.  Anything else that you do relating to fire response in the QRT or in-service training?

A.   They do have, like, drills, fire drills in the cell houses.  I can't pinpoint how frequent it is. It's very frequent -- frequent.  You got to get with the hazmat manager of the state prison with that information, but they do, do it frequently.  And she always tells me, hey, I'm doing fire drills today during such, such time.  You know, we're going to do our planning and this and that.  And I'm like, okay.

Q.   So you're always advised in advance about a fire drill?

A.   Yes.

Q.   And those are done with the safety hazard -- hazmat manager?

A.   Yes.

Q.   Okay.  Let's go back to the in-service and the QRT training.  What information did they give you about the fire extinguishers?

A.   They let us know which ones to use for like, electrical fires and which ones to use for like, grease fires.  And that's -- well, grease fires, of course, in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

the kitchen or whatever.  They let you know which ones to use for which situation or which scenario.

Q.   Any other information that they give you?

A.   They tell us the evacuation plans that are posted in each cell house, which is located into the officer station.  It's a map.  And let you know, like, in case of a fire, this is the evacuation plan and what you should do.

Q.   And what do they tell you about the evacuation plan?

A.   It's a map.  It lets you know, like, your different exit points in the cell house with the fire drills.  It's supposed to teach and help staff to direct the incarcerated individuals in certain areas in case of a fire, if you have to evacuate.

Q.   Okay.  So in training, when they go over the evacuation plan with you, it's basically just showing you the evacuation map and where you send people to go during an evacuation; is that right?

A.   Yes.  And when the hazmat manager does her drills, we're more hands-on, and we're visually and actually doing these fire drills and seeing where to evacuate these individuals to.

Q.   Okay.  And what happens during an evacuation drill?  Walk me through the process.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

A.   So basically the officers will unlock each door.  You will have a person and a staff member at the back door, and then you have one at the other exit, the side door.  We get all the individuals out and direct them to where they need to go.  Then the fireman comes in.  Once the cell house is clear, the fireman comes in, and they do their training, their -- their preparations on what they supposed to do or whatever. And then when she's done, she advises that the cell house is clear, and we start bringing the inmates in one -- well, one range at a time.

Q.   Okay.  And let me just back up to the beginning.  So when you do an evacuation drill, does the fire alarm go off?

A.   Yes.

Q.   Okay.

A.   And she does --

Q.   So the fire alarm goes off --

A.   Yeah.

Q.   -- and then does anyone give you any instruction or do you just start evacuating people because you know it's a drill?

A.   Well, so we discuss it with staff.  When I'm involved, I'm like, hey, we're going to do this drill.  Fire alarm is going to go off.  And I tell them, just in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

case of a fire, and this, and that.  This is something that you need to know, something that you need to learn. I'll have one officer.  You're assigned to this range. You will -- and then, you know, assign them to the ranges and make sure we keep radio communication throughout these fire drills and direct inmates to where they need to go.  And I always tell them where I'm stationed at.  I tell them where the hazmat manager is stationed at.  I tell them where, you know, other staff members are stationed at.  They will always have assistance.

Q.  Okay.  So basically you know a drill is coming.  You go to your staff in the cell house.  And you say, you need to know how to evacuate people in case of a fire.  So we're going to practice evacuating; is that right?

A.  Yes.

Q.  Okay.  And then you walk through the evacuation with them?

A.  Yes.  And I always tell them, like, this is how it's going to go because we're -- this is a drill. But if something like this was to happen, this would be your first time.  Sometimes it does not go the way that you are taught, but you should do it as much, as perfect, as it could be.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

32

Q.    Okay.

A.    Not all the time it will go like that, and that's -- that's reality.

Q.    And these evacuation drills are focused on the evacuation.  They're not practicing putting out fake fires, or anything like that; correct?

A.    So that's where the fire extinguisher training comes from.

Q.    Okay.  And that's separate, correct?

A.    Yes.

Q.    Okay.  So these evacuation drills don't have any component of them, where they're -- you're practicing putting out fires, or responding to a fire. That's a separate thing that you do?

A.    Yes.  And the hazmat manager, she goes to the units, and goes to the staff members with the fire extinguishers, and teach them, and tell them, this is -- this is the right fire extinguisher to use for this, or the other one you could use for that.  And she demonstrates how to pull the pin and how she -- how you should spray.  That's -- she does that.

Q.    And when does she do that?

A.    Uh-huh?

Q.    When does she do that?

A.    So the last fire drill we had, I can't

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

remember when, it was this year.  No, it was last year.
It's 2025.  Duh.  She was over there.  She had the
firemen over there, and they all was demonstrating to
staff.  And that was in segregation, but she was going
from unit to unit.

Q.   Okay.  So you watched her do it in
segregation?

A.   Yes.

Q.   Okay.  Have you seen her do that any other
times?

A.   Yes, I have.

Q.   Okay.  So what are the different type of fire
extinguishers that exist at Indiana State Prison?

A.   You have the ABC extinguisher and the water
extinguisher, which I use --

Q.   And how do you -- oh, I'm sorry.  Go ahead.

A.   Yeah.  The water extinguisher is the gray.
It's the gray aluminum one.  And then, the ABC is the --
the red one.

Q.   And what's the difference between those fire
extinguishers?

A.   The ABC, you can basically use that on most
fires.  The water extinguisher, you do not want to use
that on an electrical fire, at all.  I have not been
familiar with the water extinguisher.  I always used

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

34

ABC, myself, if I have to put out a fire.  But the water extinguisher, I really haven't used at all.  I've seen it, but you know, segregation, they use it.  So they use it for like, little small fires, or whatever. Yeah, like a small little -- little ball of fire on the range, or something, they use that.  But the ABC is the go-to one.

Q.    And why is the ABC the go-to one?

A.    Because it can put out most fires, majority of them.

Q.    And where are fire extinguishers available in a cell house?

A.    In the front of the range.  So it's, like, five ranges, and they're hooked onto, like, the little grates.  So each range you go on, you are going to see a fire extinguisher.

Q.    And there's one on each range?

A.    Yes.

Q.    One of each type, or just one?

A.    One of each type.

Q.    And are they available anywhere else in the cell house?

A.    I want to say -- don't quote me on this.  I want to say, in an officer station, but I know when I go in the cell house on a range, each range that I go on, when I go up the stairs, I see a set of fire

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

35

extinguishers, going on 200 and I see a set right there, in front of 200.  So it's on each range.

Q.   So we talked a little bit about the training you're given on the different types of fire extinguishers, and the evacuation drills that you do. Is there any other training that you received on fire response?

A.   Not to my knowledge.  No.

Q.   All right.  Let's go back a little bit.  You talked about starting at Indiana State Prison, in 2014 as a correctional officer, and you did a two-month training.  What happened after you finished your two-month training?

A.   I started on nights, started shifts.

Q.   And what cell house were you working in?

A.   Well, that day, I started off in E Dorm, and then I went from E Dorm, to B Cell House.

Q.   Okay.  And how long did you work in B Cell House?

A.   Well, I -- I was also that, bounced around, so I never had, like, a set-put cell house.  I was always either in B -- I worked in A a couple times.  I worked in C Cell House.  I worked in segregation a lot of times, so I always was bouncing around.  I never had a set place.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
36

Q.   Got you.  Okay.  And how long were you working as a correctional officer?

A.   It's 2025.  I got promoted to sergeant in 2020, I want to say, July 2020.

Q.   What were your responsibilities as correctional officer?

A.   Safety and security of the incarceration individuals.  Of course, my staff, we always worked together.  I made sure I did my rounds, made sure the incarcerated individuals were not doing anything they didn't supposed to do.  I'm just speaking for myself, when I did my rounds, somebody had a curtain up or something, I'd take it down, or you know, tell them to take it down.  If they didn't, then, you know, that's a write-up.  But I secured, I passed out mail, also passed out passes, like, if they had classes, or medical appointments, or anything, I let them know. And I passed that out.  I also collect mail.  It's a -- it's a lot. It's a lot.

Q.   Were you ever given any training about how incarcerated individuals should communicate an emergency to staff?

A.   Uh-huh.  I can't recall.  I can't recall that. But I know if something is wrong, they always communicate.  You -- you can hear them.  It depends on,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

37

you know, what's going on.  If it's a lot going on around, sometimes it's hard to hear.  But you'll have that one, if they're out, come to you, hey, it's a medical emergency going on, on this.  And then we'd go, or I go, and go up there, and assess, and see what's going on.

Q.   Okay.  So there's no emergency call buttons, or anything like that, in the cells, correct?

A.   No.  Not in the cells.

Q.   Okay.  So the only way for them to communicate an emergency to you, of some kind, is to yell, or to send somebody who's out, right?

A.   Yes.

Q.   Okay.  What kind of emergencies are -- can happen in the cells, when individuals are locked in their cells?

A.   Somebody can have a seizure, passed out. During holiday seasons, you know, somebody could be hanging.  Could be, in this case, a fire.  Somebody could have harmed themselves.  So a lot of times, if the cell house is not loud and it's not like a game going on, and you know, you can hear stuff, you got a medical emergency, you know, we got a medical emergency.  You can hear that, and you go to that area. And sometimes, you know, you doing your security rounds and walks, you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

stumble upon a lot of these situations, and then you can call the signal or the emergency.

Q. Okay. So it's possible to notice emergencies while you're on rounds. It's possible for the inmates to yell, to get your attention. Is there any other way that emergencies can be communicated to you?

A. So with those instances, that's if I'm assigned to that cell house. But as a first responder that is not assigned to that cell house, the only way I can see or tell if there's an emergency, if somebody calls it over that radio, and I get the response, and then I'm gone, and I'm going to that scene.

Q. And let's talk just about staff who are assigned to a cell house. Would it be fair to say that all staff assigned to a cell house know they need to be ready and alert, in case there's an emergency in a cell?

A. That's -- that's correct. That's why during roll call, before we go to shift, I always tell them, be vigilant, be mindful where you're at. There's an emergency going on, call it, call it on the radio. We'll be there. If you need anything, we will be there.

Q. And what instruction or training are staff given about how to be vigilant, when they're not actually actively conducting their rounds?

A. We tell them -- I always tell them, like, you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

-- you will always hear inmates yelling.  Be vigilant, be mindful of that, you know, something can be going on.  Yeah.  I tell them to hear, because nine times out of ten, inmates will let you know, like, hey, we got this going on, hey, we got that going on.  Especially if they're yelling, you should be able to hear that, so be mindful where you're at, at all times.

Q.   Okay.  Is there any policy about whether a staff member needs to be out on the floor, or on the ranges, at all times?

A.   They're supposed to do security rounds every 30 minutes, from the last time they -- and it depends on how many.  If you have three staff members in one cell house, then those staff members have two ranges. So you're talking about, let me think, talking about one officer has to do checks for 120 inmates.  So they can walk this way to, like, 400.  They have to go up to 500, and go all the way around to the other side of 5, and then down to 4, and then, that's when your 30 minutes starts.  So per post orders, they have to do rounds every 30 minutes.

Q.   Okay.  So then, there should be no more than 30 minutes in between the end of one round and the start of another; is that right?

A.   Yeah.  That's how I did it.  Like, once I hit

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

40

the last PIPE, which is the Guard 1 PIPE you got to hit, and 30 minutes from there.

Q.   Okay.  And what do -- what should staff do when they're in between those rounds?

A.   Some staff use the bathroom, or get a drink of water.  During day shift, you should get -- go downstairs and get your -- rest of your list ready for the next batch of guys that's supposed to be let out, because we have cell house workers.  We have workers that work in the kitchen.  So they have to go and get their count letters ready, look through their count letters, and make their list on who's the next group that comes out, who they have to unlock the doors for. So after they get that, then by the time they finish that, it's time for them to go back upstairs and do another round.  So they should be, you know, setting up for their workers to come out.

Q.   You were talking about -- I think you're referring to the line movement; is that right?  When you're --

A.   Yes.

Q.   Okay.  So does each person need to get their own paperwork ready for line movement?

A.   Usually, the sergeant does it, but a lot of staff members want to learn it theirselves, so a lot of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
41

them, you know, the sergeant's there to oversee how their lists are coming.  But a lot of them, it's good for them to learn theirselves how a count letter is done, or how to read one.  So I --

Q.   What's a -- oh, I'm sorry.  Go ahead.

A.   Oh, so you was going to ask me, what's the count letter.  I was going to explain it to you.  So the count letter tells you, like, the inmate's name, their DOC, where they work, and it has the initials for Monday through Friday, or Monday through Sunday.  And if it's circled, it means they're off.  If it's not circled, that means they're working, and it shows, like, what time they got to be at work, and if they're going to be out during count time.  And -- and it shows where they're going.

Q.   Okay.

A.   Yeah.

Q.   And so that list needs to be prepared every day?

A.   Yes.

Q.   And how long does that take?

A.   In the morning, because the first line runs at 6:30, so it has to be done quickly, so within 30 minutes.  Sometimes the sergeant will prepare it the day before, especially through the week, because it's so

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

42

much line movement.  But on the weekends, the only thing you will -- will have to worry about is the guys that have to go to medical for -- to be seen by medical for whatever they need to be seen for; chapel lines, the rec workers, recreation workers that works out in rec, the PDR work, kitchen workers.  I'm sorry.  And the guys that takes out the trash, and the ice guy.  So the weekends are much slower than the weekdays, but you still have workers.  You have cell house workers, too, that cleans up, and you know, cleans the showers and stuff.

Q.    And how many count lists have to be done for a day?

A.    How many what?  Excuse me?

Q.    How many count lists need to be done per day?

A.    Oh, how many counts?

Q.    Well, you were talking about count lists, right?

A.    Count letters.

Q.    Oh, count letters.  I'm sorry.

A.    Yes.

Q.    How many count letters are done in each cell house per day?

A.    A lot.  I mean, it's different things.  You have classes, you have numerous classes going on.  You

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
43

have workers out.  You have people that have -- I can't pinpoint.  I know the stack is like this.  It's -- it's a stack of count letters and each unit has them.  So you have a lot of guys in different programs have different jobs, go to classes.  So it's a lot.  I can't tell you the exact amount, but it's a lot of count letters.  But they are scheduled from 6:00 a.m. all the way till 9:00 p.m.  And the only reason at night, you only have, like, the floor crew, the guys that comes out and polish the floors.  That's it.  Or if it's, you know, the mentors are out, and they're out for those three extra hours at night to mentor, and go cell to cell, and talk to these guys.

**Q.   So at what point -- well, strike that.  Who's in charge of -- who in the cell house is in charge of making sure that all of the count letter and line movement paperwork is done?**

A.   It's the counselors and the cell house lieutenant.

**Q.   Okay.**

A.   So the counselors, you know, or that department head.  So if it's, like, the classrooms, whoever's in charge of the education classroom, they have to do all the count letters.  As far as the cell house workers, the counselor and the lieutenant works

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

44

together to collectively, you know, figure out the schedule, and then they got to get signed off, and all that. So the department heads, and the case workers, and the cell house lieutenants are responsible for getting all those count letters together and distributing them out to the units.

Q. Okay. And so fair to say, the officers who are working on the ranges are getting this paperwork, but they're not having to put a bunch of paperwork together every day; is that right?

A. So with the paperwork, it goes in the binder. So it's a binder. It's dated by times. It has all the inmates who has jobs in that cell house. So with, let's say a cell house, they have a binder. The binder is organized from time, from 6:00 a.m. to 9:00 p.m. And the count letters are organized by times, and they have all the inmates that comes out, what time they come out. You might have some from a different cell house, but how we tell -- how we tell the difference is, we highlight everybody in that unit. If you get a count letter and you have probably only two guys from your unit, but you have maybe some other guys from other unit, we only highlight your unit. So you know who you are letting out, and what time you have to let them out.

Q. Okay. And just to clarify again. So this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

paperwork is done by the lieutenants and the counselors, and it's given to the officers, and officers just review it, and then let people out in accordance with the paperwork; is that right?

A.   Yes.  And it's also given -- given to master location, which is our count officer, who is in charge of keeping accountability of all the inmates in the facility.  So they also get one, so we'll know where each individual is at, at each time, each moment.

Q.   Okay.  And going back to -- so officers, they do their rounds and then they, you know, they finish. They hit the last bar and they have 30 minutes until they start the next round.  What responsibilities do the officers have in between their rounds?

A.   They're supposed to set up their count letters, their next, you know, set a guide they supposed to let out for -- let's say it's a weekday and they got, like, maybe six guys they got to let out during the 11:00 lines.  So they go down there, get their list, their -- their run sheet, as we call it. But their list, they write down who comes out, who they -- next to come out for the 11:00 lines, and they go up, and set up, and unlock those doors.

Q.   Okay.  So they just have to go get their list in the officer station; is that right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

46

A.   They get their list with their sergeant reading the count letters, discussing on who comes out next.

Q.   Okay.  And then, they go up and they start getting the cell house ready to release them; is that right?

A.   Yeah, they go up there.  They do both.  They do security rounds and set up.

Q.   Okay.  Any other responsibilities that they have in between their rounds?

A.   During line movement, when there's line movement, even though it's between -- in between rounds, this is what I stress to them.  I stress to them all the time, you stay up on the ranges and be very vigilant of any wrongdoing, like, any activity that does not supposed to happen up there.  So I tell them to go on those ranges and just stay up there, especially during line movement, just to be vigilant with everything.

Q.   And why do you tell them to stay up on the ranges?

A.   Because work at a prison, and inmates sometimes do things that they are not supposed to do, whether it's fighting, or whatever.  Maybe they're arguing.  But as long as you have staff members up there, that kind of prevent a lot of that stuff from

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

happening.

Q.   Does having staff up on the ranges at all times help lower the risk that something bad will happen in an emergency?

A.   Not all the times.  Some of them -- some inmates don't care, and they'll probably be argue right in front of you, or whatever, but not all the time.

Q.   Does it reduce the risk that something bad will happen to someone in a medical emergency?

A.   Not all the times.

Q.   Tell me what you mean by that?

A.   I mean, I had a guy cut himself right in front of me, before, so not all the times.  My presence can be there, like, sit there and talk, you know, certain individuals down, and refrain them from doing things, but they still will do it.  It's not like all the times, but you try to your best to prevent certain things. Sometimes you just can't.

Q.   If someone, for example, is having a heart attack, is responding quickly to that person's medical situation important?

A.   Yes, it is.  Because if they're having a heart attack, and inmates getting your attention, like, hey, you know, medical emergency, you go up there, he is having a heart attack, call that signal.  We were right

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

there, started doing life techniques, life, you know, techniques, started doing CPR, or whatever is needed. And once medical staff come up there, they take over.

Q.   **And so you know, regardless of what happened, if somebody's fighting, if somebody cut themselves, if somebody's having a heart attack having someone up on the range is important, because it makes -- it means that you can respond more quickly, right?**

A.   Yes.  For the individual, for the officer that's up there.  But certain situations, you don't know, you just don't know, sometimes.

Q.   **What do you mean by that?**

A.   Like, you know, you might have an officer that never been in that situation.  You don't know their reaction to it.  That's why when they call that signal, I always tell them, regardless, you call that signal, we are there to assist you and help you.  We will -- we will be there.

Q.   **Okay.  So it's important to always immediately call a signal in any type of emergency, right?**

A.   Yes.

Q.   **Okay.  And that's because it ensures that people who are trained and can help will get there quickly, right?**

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
49

Q.   Okay.  And having somebody on a range, at all times, means that they will notice an emergency more quickly, right?

A.   They all know they'll get there quicker than us.  It depends on like, you know, this is, like, a nice-size facility.  So if I'm on the other side of the facility, and they call the signal on the other side, it's going to take me, you know, I'm going to run there, but it's probably going to take me, like, a half a second, you know, longer to get there.  But as long as that officer's there and they know the basics of responding, or how to handle certain situations or signals, until we get there, until medical staff get there.

Q.   Okay.  So fair to say it's important that all staff are trained to immediately respond to an emergency, right?

A.   Yes.

Q.   Okay.

A.   I tell them, you know, if they have an emergency, you call the signal, you stay up there.  You stay right there with the signal.  Depends on what it is, you assist with it.  First responders come up, come on unit, they take over, medical come on unit, medical take over their -- their stuff.  Yeah.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

50

Q.   Okay.  And seconds matter in emergency, right?

A.   It does.

Q.   Seconds can be the difference between life and death for someone, right?

A.   It depends on the situation.

Q.   But it can be, right?  If someone's having a heart attack, if there's a fire, if somebody has tried to commit suicide, you know, being there quickly --

A.   Yeah.

Q.   -- you can save their life, right?

A.   Yeah.

Q.   Okay.  And is it -- do staff identify emergencies or notice that an emergency is happening more quickly, if they're on the range, than if they're down in the officer station?

A.   So like I said, an officer can be on a range, and something can happen on the other side.  Even though they're on -- let's say, they're on 300 East, there's something going on 300 West.  You know, not all the time you are going to catch every emergency, not all the time, not all the time.  So you have -- sometimes inmates is not even going to blurt out and say, oh, it's a medical emergency going up.  So you're probably not going to find out until you get done doing your round on that side of 300 East, and you walk around to 3 West,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

and then you discover it, yourself.

Q.   So is there anything that staff can do to try to be more vigilant and pay close attention so that they'll be more aware in the event of an emergency?

A.   It goes back to saying what I stress and promote the most is, you know, tell staff to do their rounds every 30 minutes, be more of -- be vigilant, hear your surroundings, and that's the best we can do. You know, you're talking about 400 guys in one cell house, and you are responsible for maybe 120.  You do rounds and it's just you, you know, so I tell them, be on the range, you know, be frequent, make your walks, make your presence, make sure everyone is safe.  Make sure there's a breathing living body in the cell.  Just do your job.

Q.   Is it consistent with IDOC and ISP policy for all of the staff members in a cell house to be in officer station together at the same time?

A.   They're down there either during count, when they turn in their count slips, they go over their numbers, and the numbers are not right, and they go back up, have to recount, again.  They eat in the office, they get their keys from the key box, or whatever equipment they need, or whatever.  So there's no policy stating that the officers does not have to be in officer station or do, but I tell them -- this is just me,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

52

speaking for me.  I'm not speaking for anybody else.  I tell them, be on those ranges during line moves, do your rounds every 30 minutes.  Just don't, you know, just sit around and don't do nothing.

Q.   Okay.  But as far as you know, there's no policy prohibiting people from just hanging out in the officer station in between rounds?

A.   No.

Q.   And you mean, no, there's no policy that you're aware of?

A.   No policy that I'm aware of.

Q.   Would it raise concerns for you if you learned that officers in a cell house were all sitting in the officer station together in between rounds?

A.   If they're eating, or it's count time, and they're, like I said, going over their numbers is, you know, I don't say nothing about it.  But I always stress them, if I'm walking in the cell house, and it's during line movement, and you know, I should not see nobody in that officer station.

Q.   And why is that?

A.   Because I tell them, nine times out of ten, if you sit in the officer station, when there's line movement, something is going on.  If all these inmates out, anything can be happening.  So I always tell them,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

walk your ranges, stay on the ranges, while these inmates are out.

Q. Should staff assigned to a cell house stagger their ranges, that's -- so that somebody's always out at the -- oh, somebody's always out on the ranges at one time or another.

A. What do you mean?

Q. So you know, should -- they have 30 minutes in between their rounds? Should staff all do their rounds at the same time, or should they stagger them, so that they're out on the rounds at different -- out on the ranges at different times?

A. So they start off at the same time. I mean, 6:30, you got to let your workers out. So they're all up there on those ranges at the same time. So we have this grill at one PIPE that takes track, keep track of the times that you hit it. And it tells them, like, you was up there doing your rounds. So even if they did stagger in somebody's numbers, time is going to be off. So they all start off at the same time. Count time is the same time. So it's impossible for them not to, you know, stagger. They all just want to do their walks at the same time.

Q. Okay.

A. That's how it should be, and I'm just speaking

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

54

for myself.

Q.   Is it harder to hear inmates yelling or calling for assistance, if you're in the officer station, than -- and if you're out on the floor or on the ranges?

A.   No.

Q.   Okay.  So you can hear -- oh, I'm sorry.  Go ahead.

A.   Like I said, if it's like a football game or something, everybody's yelling.  So it might be a little difficult.  But if it's silent and nobody's yelling, you -- and some -- you have a few guys yelling at medical emergency or something, then that's easy to hear.  But if it's, like, a weekend, and the game is on, and everybody's in the cell house yelling, and it is like, whoa, and sometimes you cannot hear.  But in those days, I'm speaking for myself, when the cell house is loud like that, I always told my officers, go walk your ranges, see what's going on.  The cell house is too loud.  Make sure everything is all right.

Q.   Okay.  So fair to say if the cell house is being really loud, it's really -- it's extra important that officers are out on the ranges, so that they can see and hear what's going on; is that right?

A.   Yeah.  Yeah.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

55

Q.   Okay.  Besides when, like, a game is going on, are there other -- any other times when the cell houses are really loud?

A.   If you have, like, a few inmates arguing with each other, it can be loud if they're arguing with each other.  One might be mad on the phone with a girlfriend or whoever, whatever issues they have, they can be loud, extremely loud, and frustrated, and cursing them out, or whatever, family member or whatever.  Other than that, yeah.  If it's, like, games or whatever, and the cell house is really loud, you know?  When I was running the unit, I'd tell them, hey, go up there. Let's do our walks, see what's going on.  Because it's too loud in here.

Q.   And on a typical day, you know, just your average day, are the cell houses -- are the cell houses usually loud?

A.   Seg unit is usually loud because that's seg. Of course, seg, they yelling from each other and stuff like that.  Other than that, not really.  If it's a game going on besides that, no.  Unless you have guys talking to one guy from 500 talking, yelling down to somebody on the flag or something like that.

Q.   Okay.  But on a typical day, if there's some kind of an emergency and you're in the officer station

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
56

in A Cell House, you could hear the inmates yelling that they needed help, right?

A.    I wouldn't say a typical day, because any day, one day is loud, one day is not.  But the days that it's not loud, no, you can -- you can definitely hear if somebody called in a medical emergency or something is wrong.

Q.    Okay.  So as long as there's not, like, a game or something, you know, different going on that is making the cell house really loud, you can hear someone from the officer station yelling that there's an emergency?

A.    Yes.

Q.    If all of the staff assigned to a cell house are in the officer station, should they be -- well, strike that.  There are monitors in the officer station showing the surveillance camera videos live as they're happening, correct?

A.    To my knowledge, yes.  Sometimes we have issues with the monitor itself.  Like, some units monitor the -- the surveillance doesn't work or whatever.  So we put in work orders, you know? Especially if it's a weekend, it probably get done on a Monday when everybody comes back to work.  But majority of units, yes, does have surveillance of the housing

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

units.  They should.

Q.    Okay.  So if all the officers and sergeants in a cell house are in the officer station, should somebody be monitoring the surveillance video to keep an eye on what's going on?

A.    Who's ever got that desk, should.

Q.    Okay.  So someone in the -- well, in A Cell House, tell me what it looks like in the officer station.  What's in there?

A.    You have a computer monitor that's -- I'm trying to visually -- so then you have the phone and you have the computer monitor and you have the desk where the OIC or the sergeant sits, and then you have another desk on the other side of the office with chairs and then, like, where the officers hang their belongings and everything else.

Q.    Okay.  So if the officers are -- everyone -- strike that.  So if everyone assigned to the cell houses, in the officer station, somebody should be at the sergeant's desk or the officer in charge desk, right?

A.    Yes.

Q.    Okay.  And that would have the monitor up, which would have the surveillance video if it's working, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

A.   I could speak for myself if that was me, if I was assigned to that unit.  And if all the officers was in the office, then yes, that computer screen -- screen should be up with the monitor watching what's going on in the cell house if you're not visually up there.  I did that when I was in charge of segregation.  I had my monitor right here.  If the officers was there eating or whatever, I was monitoring the unit.  But I could only speak for myself.

Q.   **And why did you monitor the unit?  What was the reason behind that?**

A.   My officers were eating.  They took a break. I mean, in seg, we ran showers.  We ran, you know? Outside rec, so we needed a little break to fuel up, eat their food real quick before we start back to work. So I sat there and monitored the ranges, and you know, just to keep surveillance over the inmates.  If something did happen somewhere wrong, something didn't look right on the camera, we stopped what we doing, went up there, and you know, took care of whatever was going on.  But I can only speak for myself.

Q.   **And you could look at multiple cameras at once on the monitor, right?**

A.   Yeah.  It depends on, like, how big your screen is because it is difficult to put up, like, I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
59

would say six different -- like, six different screens. And you're only working with, like, a-13 inch. So you sitting there just squinching your eyeballs like that or whatever. But you can go from screen to screen and just, you know, visually check if your staff's sitting there eating or taking a drink or whatever and nobody's up there.

Q. And you said that was your practice, if everybody was in the officer station, to make sure that you or someone else was monitoring the surveillance video. Was there any policy or training about that?

A. No, that was just me. That was just me. That was just me.

Q. And that was just because you understood if people weren't out on the range, it was important for somebody to be looking and monitoring and making sure everything was safe; is that right?

A. Yes. That was just me and my senses.

Q. Okay. And that's why? Because you wanted to make sure since people were not on the range that everything was safe on the range; is that right?

A. Yes.

Q. Was there any policy or training prohibiting all staff assigned to a cell house from eating lunch at the same time?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

60

A.   No.

Q.   Okay.  So it was in line with policy for all the staff to be in the officer station eating lunch at the same time?

A.   That's not in policy from my -- from my knowledge, it's not.  You have some staff, some staff does -- do stay on their range and eat on their -- eat on their range.  Some staff come in the officer station to eat.  So it depends on that staff member.

Q.   And you mentioned that sometimes the monitors in the officer station didn't work, right?

A.   Yes.  Sorry.

Q.   It's okay.  If the monitors weren't working, did that -- do you think that posed any risks for safety in the cell house?

A.   I would say yes and no, because if the monitors do not work and if I'm in that unit, this is just me saying this.  And if my officers need to eat and they'd be like, hey, you know, Sarge, I need to eat, I'm hungry and this and that, then I, as a supervisor, I as the OIC, will walk the whole cell house myself while they're eating.

Q.   Okay.  So I think what you're saying is, if the monitors aren't working, something else has to be done to make sure that the cell house is safe while

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

61

everyone is eating lunch, right?

A.   Yes.

Q.   Okay.

A.   And that's just --

Q.   And what you would do -- oh, I'm sorry.  Go ahead.

A.   Yeah, that's just me.  That's what I would do. Can't speak for anybody else.

Q.   Okay.  But your understanding is that, you know, there are safety risks if the monitors aren't working.  So your understanding is that you should get up and walk the ranges as the officer in charge, right?

A.   Yes.  That's what I would do.

Q.   Okay.  And did you ever get any training or instruction about doing that?

A.   Not that I can recall, but you know, being there and you see so much or whatever, or you watch somebody else, a little small mistake or whatever, you start to, you know, say to yourself, okay, if I ever get into a situation like this X, Y and Z, I will do it this way, I will do it that way, you know?  So it's more -- it's like life.  You live and you learn, you know?  So you watch somebody else do it this way and this is what happens to you.  You're like, oh no, I don't want to do it that way.  I'm going to do it this way if this ever

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

62

happened to me or if I'm ever in that same situation.

Q.    Okay.

A.    You know, so that's basically what that is. That's -- that's just with me.

Q.    Right.  So that's your own reflection trying to figure out the best way that you think you should do your job, correct?

A.    Yes.

Q.    Okay.  And did you ever -- as far as you're aware, is there any policy, training or instruction about how to monitor the cell house if the surveillance video monitors aren't working?

A.    Not to my knowledge.  If they're not working, the staff or the lieutenant of that housing unit should put in a work order to maintenance and maintenance should get right on it.  It is kind of difficult on the weekends because they're not there so you have to call, like, the maintenance person that's in charge or on call for that weekend or whatever.  But yeah, that's how that's supposed to go.

Q.    And if the monitors aren't working, is there anyone else that you should notify so that, like, the captain or the shift supervisor or someone else can monitor the videos for that cell house?

A.    Yes, they can.  But -- because we have video

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

footage for each unit.  Now, assistant shift supervisors, they're usually out behind the wall, you know, out in the field, more hands-on.  So -- yeah, so if they told the captain or whatever, then you know, usually the captain has all their cameras up or whatever.  Usually me, I'm the shift supervisor so majority of the time, I'm out on the field or out doing something else, you know?  So they usually tell us and put in a work order, call maintenance to come and fix the issue.

Q.   Okay.  And is there any policy training or instruction that when the surveillance monitors aren't working, that you should notify the shift supervisor or the assistant shift supervisor?

A.   I mean, when anything is wrong, everything comes to the shift supervisor.  And then from there, you know, it goes to e-mailing or making a call to maintenance and telling what's the issue where it's at. And they say, oh, okay, we're going to come and fix it. So that's usually how everything works, how everything goes.  If anything breaks down or something's the issue with anything as far as cameras and stuff like that.

Q.   So any time a camera breaks down, you're supposed to notify the shift supervisor; is that right?

A.   Yes.  A lot of times everybody notifies shift

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

supervisor and then we notify maintenance.

Q.    Okay.  And is that pursuant -- is there any policy that requires the shift supervisor to be notified?

A.    Not to my knowledge.  That's how it always been.  That's how I -- I used to do it that way as well. Like, hey my camera's not working, or hey, this guy's toilet is not flushing, you know?  So you have to put in a work order.

Q.    And how do you communicate that to the shift supervisor?

A.    So I'll call -- I was like, you know, I'll call captain whoever it is and say, my camera's down, this guy toilet is -- won't flush.  And they ask, you know, what's going on, or what cell is this?  And you know, get -- provide as much details as possible.  And then they'll put in a work order or call the on-call maintenance person and tell them like, hey, this is what's going on, X, Y and Z.

Q.    The shift supervisor will contact maintenance?

A.    Yes.

Q.    Okay.  And when you say you'll call them, do you mean call them on the radio or on the phone?

A.    During the weekdays on the radio, nine times out of ten, because everybody's here.  On the weekends,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

65

it's on the phone.

MS. PIERCE:  Okay.  Let's go ahead and take a quick break.  Is five minutes good, or would you guys like a little more?

THE REPORTER:  Let me take us off the record.  The time is 11:19 Central.

(OFF THE RECORD)

THE REPORTER:  We are back on the record for the deposition of Latrice Jones being conducted by videoconference.  My name is Sydney Little.  Today is January 28, 2025.  The time is 11:28 a.m. Central.

BY MS. PIERCE:

Q.  Okay.  Lieutenant Jones, before we broke, we -- you mentioned that you had been promoted to sergeant in July of 2020; is that right?

A.  Yes.

Q.  Okay.  And from 2014 until 2020, you worked at Indiana State Prison the entire time, right?

A.  Yes.

Q.  Okay.  Have you ever worked anywhere other than Indiana State Prison with IDOC?

A.  No.

Q.  What was the process for being promoted to sergeant?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

A.   You basically did an interview, went through the interview process.  They asked you questions on your knowledge of, you know, QRT.  What's your knowledge on dress code?  Like I said, that was, like, five years ago, so a lot of stuff has happened between then and now, so I'm just trying to remember the basics of the interview, but you was interviewed by two supervisors at that time.  One was a captain, one was a lieutenant and they asked you questions.  They checked your uniform, make sure your uniform was up to par afterwards.  And from there, they debrief on who they think should get promoted.  And then from there it goes to the warden and that's up to the warden to say yay or nay depending on, you know -- depending on your background with the department or whatever.

Q.   And you were promoted that -- you said in about July 2020, correct?

A.   Yes.

Q.   And did you go through any additional training when you became a sergeant?

A.   Yes, I did.  It was just, like, restarting the hiring process again.  You know, like in the beginning, like how I said with the hiring process, you went through that second month, which is their last month of training.  You went through the on-job training.  So

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

67

each step of promotion you take, you go through on-job training.  So I went through on-job training for the sergeant position.  So once I got it, I had to go through my OJT status again and be trained on, you know, what sergeants do, and you know, how they run the cell house and X, Y, Z.

Q.    And OJT is on-the-job training; is that right?

A.    Yes.

Q.    Okay.

A.    Yes.

Q.    And that lasted a month when you were promoted to sergeant?

A.    Yes.

Q.    Okay.  And so did you -- is it fair to say that you basically shadowed or followed around another sergeant to see what they did?

A.    So how I -- and it's going to sound weird, but how I was raised in the DOC, I was looking up, you know, and still am, looking up to a certain captain and he's the reason why I went up for promotion because I wasn't.  I was just going to stay, you know, I want to stay officer.  But you know, I was doing everything that a supervisor was doing and they were showing me, teaching me and preparing me for this.  So when I got sergeant and I got put on nights, yes, I was shadowing behind

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

another sergeant, but I was already -- already prepared. I was already running units, knowing how to do certain pieces of paperwork and X, Y and Z.  So that helped me a lot and it helped me to transition into that position.

Q.   And who was the captain who was training you in getting ready to be promoted?

A.   Captain Tibbles.  He taught me everything that I needed to know.  Well -- well, paperwork wise, a lot. He taught me a lot and I took that in and it's for -- it was for me to take in.  It wasn't forced.  It was for me to take in that knowledge.  And it helped me to this day.  And this is the reason why I became, you know, a lieutenant.  It prepared me, everything, and I appreciate him for that.

Q.   And do you know why he did that with you, to teach you all of the paperwork that you needed to know?

A.    I didn't understand then, but now because I see myself doing the same thing to other staff that has great potential to be great leaders within the department.  So I tell them, like, you know, you -- you -- you have it, you have the mindset, you're doing the work, you should be a great leader.  And I had one staff member told me that, you know, you're doing a job, why not go up, get the title, and you know, and influence others, prepare others, you know, help others.  So like

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

I said, now -- I didn't realize it now, but everything that I was doing as an officer from a sergeant until now, he was molding me and teaching me and really, really, really helped me and I love him for that.  And I feel like I owe him my life for that.  But I learned a lot from him and I see myself walking behind his footsteps.  So I have sergeants, I try to teach them.  I have officers that wants to be sergeants.  I'm trying to teach them how to, you know, do certain things or whatever within policy, you know? And I always think when I was a sergeant, this is what I did.  You know, you don't have to do this.  You will always find your way.  It's just like life, you always find your way once you get older, and you know, get out there.  So yeah, it was -- it's -- it was a lot that I learned from him, a lot.  Paperwork, everything.

Q.   Okay.  And so you felt pretty prepared by the time you started sergeant training because of the special training you'd gotten from the captain; is that fair?

A.   I wouldn't say a special training because I initially asked him -- you know, I told him I was I didn't want to go up for sergeant, but he seen the potential in me and he seen that I was doing, you know, work that a sergeant's doing and this and that.  And he

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

70

asked me why I didn't want to be a sergeant.  I'm like, I never thought about it.  You know, I just wanted to stay at the bottom pole, just do like 30 years, like the rest of them do and leave and retire.  But he, you know, told me, give it a try.  Go ahead.  You know, like, you're a good officer, you know, you have the potential.  So I started inquiring about certain things.  Like, why did you do this?  Why you do that? Like, what type of paperwork are you doing?  And he seen that I was interested in that.  So it just follows suit.  So I just sat there and watched and learned.

Q.   Okay.  And so then you were promoted to sergeant, you did a month of on-the-job training.  And then when you finished that, were you assigned to a particular cell house?

A.   Yes, I was assigned to C Cell House.

Q.   Okay.  And how long did you work in C Cell House?

A.   At that time, I was working in C, between C Cell House, between seg, segregation unit.  Sometimes I was working Checkpoint 2 at night.  And the Checkpoint 2 officer -- sergeant called off.  I was like the Jack-of-all-trades, so I had all the qualifications like QRT, FTO, Towers, handguns.  So basically I was put where I was needed, but mostly I was working between C, Charlie,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

71

and segregation unit.

Q.   Okay.  And not everybody has all those qualifications, the FTO, the QRT?  Those are just some people have those qualifications, right?

A.   I would say a lot of people have those qualifications.  Majority of them, we have the list of people that, you know, are field training officers and QRT and Tower class and this and that.  At the time, I would say -- at that time when I was sergeant, majority of the people on shift, but I was working nights at the time, so.

Q.   And tell me a little bit about your role as a field training officer.

A.   I was working at nights at the time, so we rarely -- because it's night shift, rarely get OJTs. And the reason is that they send them on day shift. Because day shift has more movement, so they have more, you know, stuff to learn, more stuff, like, to how to secure, how to do radio etiquette, how to chit out keys. You know, a lot -- they can learn a lot more during days about, you know, certain things at nights. I mean, night shift is from 6:00 p.m. to 6:00 a.m.  You know, it's only a handful of guys out from 6:00 to 9:00.  So after 9:00, it's like, what else for them to learn, you know? Everybody's in.  So they need to get comfortable with

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

72

being around, you know, the inmates. Because at night, you know, they go to breakfast, like at 3:00 in the morning and you don't want to be -- you know, come to nights and your first time being around a whole bunch of inmates is at 3:00 in the morning. And you're just -- yeah.

Q. Did you -- well, strike that. How long did you work as a -- on the night shift as a sergeant?

A. So from the time I got promoted, which was 2020 -- then I got promoted again the following year, the same month, to a lieutenant. So I switched to to days shift from 2021. Let me see. When did I switch to days? I switched to days, January of 2023, January 9th to be exact. And that was my first time ever working on day since, besides me OJTing when I first started on day shift.

Q. Okay. So when you first started -- when you first started as an officer at ISP way back in 2014, you were on day shift during your on-the-job training; is that right?

A. Yes.

Q. Okay. And then you were on night the entire time until January 2023?

A. Yes.

Q. Okay. And you were promoted to be a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

73

lieutenant in July of 2021?

A.   Yes.

Q.   Okay.  Just going back to when you were a sergeant for that year, were you ever assigned to A Cell House during that period?

A.   No.

Q.   Did you ever work in A Cell House as an officer?

A.   Maybe -- from my knowledge, I can count maybe three or four times, but majority I work C Cell House, which is the largest cell house in the State of Indiana that holds the most inmates, approximately about 386, so.  And A Cell House is -- I think they hold about 360 or something. C Cell House can hold -- hold close to 400.  So I was in C Cell House majority of the time.  I would say 70 percent of the time.

Q.   Okay.  So you worked a few times in that A Cell House, but you didn't have a lot of familiarity with it; is that fair?

A.   I wouldn't say -- the cell house itself, the structure, I didn't have familiar with it, but as far as in inmates, they move cell houses to cell house to cell house.  So a guy can be in C, Charlie, for like, two years and then move to A.  And then I can walk into A or whatever and see that same guy over there.  So it

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

74

wouldn't be that I'm not familiar with the inmate.  It would be the unit itself.  Maybe it's like, oh, you know, I'm not familiar with this.  But as far as inmates, I'm familiar with majority of them.

Q.   But how C Cell House is run is pretty similar to how A Cell House is run; is that right?

A.   Correct.

Q.   Okay.

A.   To my knowledge.

Q.   Okay.  So you could go in and work A Cell House and you would know more or less what to do, right?

A.   It's similar.  It should be similar.  So it shouldn't -- it -- it would not take a rocket science.

Q.   Okay.  Would you need to do anything if you got assigned to A Cell House to make sure that you knew how to carry out your responsibilities in that cell house?

A.   The only thing I will -- will be different is the cell house workers.  I would just need to verify who they are, where are their locations and what their job title is in that cell house.

Q.   Okay.

A.   As far as anything else, the rest is based off count letters and pretty much every unit should run -- should run the same between the cell houses.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

75

Q. Okay. So between A Cell House, B Cell House, C Cell House, basically count, line movement, you know, rounds monitoring the cell house, all of that is done essentially the same, correct?

A. Yes.

Q. All right. When you were moved to lieutenant in July of 2021, what was your assignment as a lieutenant?

A. At the time, it was segregation. I was working D Cell House, the seg unit.

Q. D Cell House is seg?

A. Yes.

Q. And how long were you in D Cell House?

A. I was in D Cell House from the time I got promoted until about, I want to say -- I want to say February of 2022. From that point, I had to step in as a shift supervisor because the captain at the time, you know, they was doing movements. He moved to days and the other lieutenant who got promoted to captain, he went out on surgery, hip surgery leave. I think he had hip surgery, I don't know. But he went out on surgery leave, so I had to take over the shift.

Q. Okay. So you took over the -- as shift supervisor on nights in February 2022; is that right?

A. Yes. Approximately February 2022. I'm not

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

76

for sure.  I mean, I have to look back on it, but it was around that time.

Q.    And how long did you step in as acting shift supervisor?

A.    Until the captain came back.  I want to say he came back around -- maybe it was around May or June. Don't quote me on it.  And then I got placed in as the shift -- assistant shift supervisor at the time.  And then they had another lieutenant come and take over the seg unit.

Q.    Okay.  So when you were in charge of D Cell House, the segregation unit, were you stationed in the D Cell House?

A.    Yes, I had an office there.

Q.    Okay.  So you were in there basically full-time on your post and you would be in charge of the D Cell House?

A.    Yes.  And I'm helping my staff.  We running racks.  We were running showers.  I was on the rangers. We -- it was nonstop. D Cell House is nonstop.

Q.    Okay.  So you were constantly on the ranges in D Cell House?

A.    Yes.

Q.    And then -- so you said in -- sometime in April or May of 2022, around there, you started as

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

assistant shift supervisor; is that right?

A.   Yes.

Q.   Okay.  And is that a promotion?

A.   It's not a promotion.  It's just, you know, being when you are a lieutenant, you're either assigned to a unit or you're assigned to assist the captain who is the shift supervisor.  So -- and it rotates every year or every two years, however they do it.

Q.   Okay.  So you would rotate back and forth between being assigned to a unit and being assistant shift supervisor?

A.   Yes.  Everybody will get their chance at being a assistant shift supervisor, you know?  So if the captain's not there, I'm there to assist and do whatever's needed and run the unit.  Well, run the facility.  If the captain is there, my job is to make sure staff is okay, make sure, you know, the units are good.  Sometimes I'm assigned to, like, you know, Main Street or I volunteer, like, you know?  We don't have nobody to -- a sergeant to put out there, I will go out there and run lines and be in charge of all the line movements that go on or whatever.  So it's -- it's a lot that's in it, you know?  So you're -- you're moving around constantly.

Q.   And when a lieutenant is assigned to a unit,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

78

what are their responsibilities for that unit?

A.    That unit.  They're responsible for all the inmates in that unit and the officers and staff members and sergeants, whoever is in that unit.

Q.    Are -- is the lieutenant assigned to the unit the officer in charge, or is that somebody else?

A.    So with, let's say, C Cell House, you have a lieutenant that's assigned to that unit.  You have a sergeant that's assigned to that unit.  You might have three to maybe four other officers assigned to that unit.  That lieutenant is responsible of everyone that's inside that unit.

Q.    Okay.

A.    So if something, you know, like -- let's say if a officer messed up or did something or whatever, that lieutenant is responsible to provide discipline for that officer or written counseling or verbal counseling or whatever the case may be.

Q.    What other responsibilities did the unit lieutenant have besides making sure everyone's doing what they're supposed to be doing and disciplining officers?

A.    Of course, the safety and security of the staff and the inmates.  The cleanliness of that unit, the accountability of all the inmates and staff, the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

79

accountability of equipment, keys, radio, make sure the log is properly done, make sure rounds are being done. Make sure in-house moves.  If two guys are switching from cell to cell, make sure that is completed.  Make sure count is proper.  So the lieutenant has all those responsibilities just of that one unit.  And I'm just speaking of when I was a lieutenant of D, what I did, and what my responsibilities were.

**Q.   And would you look anywhere to see what your responsibilities or what you should do on a given shift?**

A.   Yes.  If you're not sure, you look at the post orders of that unit.

**Q.   Anywhere else you would look to know what your responsibilities are?**

A.   You can, like, ask other past lieutenants of that unit.  If you're not familiar, ask them.  Like, hey, how did you run this?  What did you do with this situation?  Or XYZ will always have someone to call, or you know, assist you with, you know, any issues that you have with that unit, especially if they worked that unit or was in charge of that unit before.

**Q.   Anywhere else?**

A.   You got post orders in the captain's office. You can look at your captain's office.  You can ask the captain or the shift supervisor.  If you need

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

80

assistance, ask the assistant shift supervisor because nine times ten [sic], they probably have ran that unit before either as a sergeant or a lieutenant.

Q.   What would you do on a typical day as assistant shift supervisor assuming that the captain or the shift supervisor was in?

A.   What I would do?

Q.   Yeah.  Run me through what the typical day would be like.

A.   All right.  So I come in -- I come in around 3:30 or 4:00 a.m. to 4:00 p.m.  I come in.  The captain sets up the roster.  Everyone now, we wear a vest.  So you know, either I'm sitting there checking people in or I'm putting in plates.  After that, I go out and assist units in securing during count time.  Either I'm running Main Street -- right now we're down a lieutenant for medical reasons in the seg unit so I'm over there helping them out because, you know, that's what I'm familiar with.  Or you go cell house, cell house, make your rounds, make sure your staff is good, make sure the inmates good.  Inmates going to ask you questions. They're going to ask you, hey, you know, I need this done.  I'm missing clothes and X, Y and Z. So it's so much stuff.  You're everywhere.  Sometimes I'm in the PDR or the kitchen, help feeding, you know? It's an

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

extra body, you know.  And it's hamburger day or whatever the case may be.  They need, you know, supervisors out there because a lot of inmates come out for -- if it's a good meal.  So you're basically everywhere.  You're a responder.  You're responding to everything.  You know?  So sometimes if something happens or whatever they say, I'm not a responder. Like, I am not today.  If an incident happened, I'm doing a report because sometimes it could be, like, seven incidents in one day.  And you have the captain and you have two other assistant shift supervisors, you can split that paperwork evenly.  So it's not just solely on one person.  So we have to work as a team. But I'm just speaking on myself.  That's what I do.

**Q.   And how many -- let me strike that.  So when you say that's what you do, did anyone give you any instruction or training that you should -- as assistant shift supervisor, you should be out running around helping at all times, or is that just something you decided you should do --**

A.   Oh, yes.  You have -- you -- you get promoted to lieutenant.  And depending on, like, what position or whatever you're in, and yes, you go through the OJT status again.  Like I said, everything -- every time you promote, you go through that on-job [sic] training. So

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

me being assistant shift supervisor, yes, I had training.  Yes, you know, I watched, and you know, monitor other lieutenants who was in the same position on, you know, what they did.  And you know, basically, like, you know, I want to say -- I would say, yeah, I shadowed them, you know?  Seeing what they did, you know?  And just sitting up front is not it.  When the officers see that, you know, the lieutenant, assistant shift supervisor is walking around, helping us out or whatever, that's builds morale within the facility. And it keeps staff here.  So my job is, I'm the jack- of- all-trades.  I go from housing unit to housing unit and just see who needs something.  If they need anything, you know, what can I do to help?  And I also assist my captain as well.

Q.   Are there other lieutenants who spend more time in the office?

A.   No.

Q.   Okay.

A.   No.  So like, I was supposed to be assigned to D today, but I'm here, you know, doing this.  So other lieutenant is over there in D helping them out with passes, escorting the inmates to medical, and you know, walking around or whatever.

Q.   Do you have an office when you're acting as --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

83

or when you're an assistant shift supervisor?

A.    Yes, there's two offices.  You have the captain's office.  And then across from the captain's office, you have the assistant -- assistant supervisor's office.

Q.    Okay.  So there's one office for the captain, one office right across the hall for the assistant shift supervisor?

A.    Yes.

Q.    Okay.  And where is that located?

A.    In the custody hall.  So you come to Indiana State Prison, you go through the gates, you go through shakedown.  And you go through another set of gates, and then you're in the custody hall.  And you have a smaller office, which is for the captain.  And you have a bigger office, which is for the assistant shift supervisors.

Q.    And how many assistant shift supervisors are there on a given shift?

A.    Two years ago, to be exact, it was only one. Now, it's two.

Q.    And in the assistant shift supervisors' office, are there any monitors showing the surveillance video from the facility?

A.    Yes.  There's two computers.  If I log into my computer right now, all I got to do is click on the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

84

video app and then everything pops up.

Q. And is there any requirement that you, as assistant shift supervisor, monitor the surveillance cameras while you're in the -- while you're in your office?

A. To my knowledge, there's no requirement, but I do because that's me doing that. That's what I do.

Q. And why do you do that?

A. Well, I just check in on everybody. If I'm up there doing paperwork or whatever -- because it's like the monitor is two screens, it's double screen. So I have my cameras right here and I have the main computer right here. So if I'm doing my paperwork and I'm not out walking around, I always check to see what's going on in the unit, just make sure staff is all right. If I see something that's, you know, not right or I see, you know, inmates, you know, about to fight or whatever, I will call the unit. I'm like, hey, you got something going on in this range, you know, this and that. But that's what I do.

Q. And if a unit calls you and tells you that their surveillance monitoring isn't working in their officers station, has that ever happened before to you?

A. A few times. Just a few times -- I can count on one hand. I always call maintenance.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
85

Q.   Okay.  And do you then monitor that cell house more or do you do anything else differently?

A.   My cameras always stay up, so -- and I'm always eyes on the cameras when I'm at that desk.

Q.   And is there any requirement that the captain monitor surveillance video at any time?

A.   He has a -- he or she has a monitor that's just set up for the cameras, or whatever, so they can see and monitor.  From my knowledge, I don't know if they have policy on that on their behalf.  I really don't, how can I say, dilly dab on what the captain is doing on his computer or whatever because, you know, he's probably doing something important.  I don't, you know, because that's the captain.  This is his shift. I'm there to assist.  So if he needs me, then I'm there in need.  Other than that, I don't dilly dab and see, you know, what you're doing on your computer, what you're looking at or whatever.  So --

Q.   You filled in as the shift supervisor before, right?

A.   Yes.

Q.   Okay.  Is there anything that you do when you're filling in as shift supervisor to make sure you know what your responsibilities are?

A.   Yeah.  I come in -- we keep a -- a log on the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

86

daily activities that happened throughout the facility.

We also take temps, temperatures, of each unit. My cameras are always up on each unit. So I have a set of cameras up for each unit or whatever. And the monitor is pretty big. So it's easy for me to put multiple units on a camera. This is -- a lot of paperwork that goes in with being shift supervisor. If an incident happened, then you know, I got to do an incident report, collect everybody else's incident report and statements, call the warden, let them know, hey, this is what's going on. And you know, we deliberate on a decision on, like, you know what to do, X, Y, Z. So it's constant communication, constant communication with everybody. The phone is nonstop ringing -- ringing. So not only are you getting phone calls from officers, you're getting phone calls from all types of departments: medical department, the education department, you know, unit team. So it's just not custody. You're working with everybody throughout the day. So it's so many departments. So it can get overwhelming. But at the end, you get used to it and things get done.

Q.   And so is it fair to say, given what you just described, that the shift supervisor is mostly in their office during their shift?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

87

A.   It depends on the day.  Now, if it's a day where, you know, it's somewhat calm, the shift supervisor, he does make his rounds.  He goes to the seg, and he probably goes to a general population unit like A or B or whatever.  But (coughs) -- excuse me. But if it's, like, one of those days where it's constantly, like, this, majority of that paperwork is coming from the shift supervisors, especially if the assistant shift supervisors are first responders.  So they more out on the field dealing with the emergency or whatever is going on and reporting it back to the captain on what's going on.  So it depends on the day.

**Q.   Okay.  But on a busy day with things going on, the shift supervisor will mostly stay in the office, do the paperwork, get the information.  And the assistant shift supervisor will be out responding to things on the floor, right?**

A.   If all craziness broke loose, 80 percent of the time that captain will be in that office answering all phone calls and doing the paperwork, getting everything started.  And then once -- let's say, I go to a signal or whatever, and it's done with, and I come back.  So I start doing my paperwork, start assisting the shift -- the shift supervisor with everything else that is needed.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

88

Q.   If there's an emergency situation, is the shift supervisor supposed to respond to that, or are they supposed to stay in the office or a station --

A.   The -- the shift --

Q.   -- or in the captain's station?

A.   The shift supervisor is supposed to stay in the captain's station due to the fact that he has keys on him, which has the blue tag, which are highly important keys.  It has master keys on them.  So he should not leave that office.  He or she should not leave that office in an emergency because any given time that emergency can be a set-up where inmates want to get to the shift supervisor, whoever may be, and take those keys.  And those are highly security keys and they can get into anything in this facility.  So it's best that the shift supervisors stay in their office and -- during an emergency because you never know what it is or what's going on.

Q.   And if an emergency is called, you know, a 10-70 or a 3000, and the location of it is called, is the shift supervisor supposed to then monitor what's going on in their surveillance feed?

A.   Always.  Okay.  Always.

Q.   So they should be looking at it anyways if they're in their office and monitoring things, but

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
89

especially in an emergency?

A.   Yes.  It should already be up.  So let's say I'm looking at C, Charlie, and they call a -- excuse me, a 3000, or like, a fight or something in B -- B Cell House, instantly go to B Cell House, go to that range.  Boom.  I'm there.  I'm watching it.  So what I can see on my camera and my first responder is going there, of course, as a first responder, you assess the scene.  But I'm right here watching the camera, so I probably can see something that they cannot see.  So they're there, they just want to get to a fight.  I can be like, hey, the guy in such and such has a knife, and be careful.  I can see that on my camera.  So I'm overseeing to make sure they are safe, making sure they are prepared to what they're walking in.

Q.   And before an emergency occurs, when you're just in the shift supervisor [sic] office, you said you can have videos up for most of the cell houses at one time, right?

A.   Yes, most of them, not all the ranges.  Like I said, you can only fit so much on the screen.

Q.   Okay.  Not all the ranges but you could have surveillance for all of the cell houses up?

A.   Yeah.  Multiple ones, yes.

Q.   Okay.  Is there anyone else at the facility

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

90

who is responsible for monitoring live surveillance feeds that are happening?

A.   You have the control officer who also has a set of computer monitors.  That control officer also is the one that calls the signal.  So once the signal is called, they make a broadcast throughout all the channels because we have multiple channels on the radios.  They also have surveillance of, you know, the facility as well, as well as the warden, and you know, the major -- everyone has, you know, the ones that's supposed to have the cameras, have them.  And they can also see it as well.

Q.   Okay.  And is the control officer supposed to be monitoring those cameras at all times?

A.   Yes, they monitor the cameras at all times and take any and every phone calls: outside calls and in-house calls.  They are -- they have -- because I worked as control when I was an officer.  So it's -- it's a lot.  You -- you take accountable of keys, radios, monitoring -- seeing the monitors.  You know, you probably see something on there that an officer doesn't see, you know?  So you catch and you radio them, like, hey, this guy, you know, just threw water on this guy, through his cell, to gun this guy down or whatever on this range.  And you know, so they are a help to us as

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

91

well.

Q.    Where is the control officer stationed?

A.    So when you walk into the prison, when you go through shakedown, the control officer is stationed in the office that -- it's like a little -- you can't get into it through the information desk.  But they have a window where they give out keys and radio or whatever you need.  But once you go through, like, the first set of security gates, it's like a side door where you go through.  And you have to get permission or have to be assigned to go into there because they have, like, all the armory and the ammo and the guns and everything in there.  So you have a sergeant in there who controls the gates on one side and the officers all the way on the other side.

Q.    When you switched to days in January of 2023, did your responsibilities change at all?

A.    From being on nights, from the beginning to that, the only thing that was different was everything was fast-paced.  But I was prepared because I was doing the assistant shift supervisor portion on nights.  So it was easier for me to transition because it's -- it's similar.  It's just -- it's day shift.  There's more movement, you know, more people, more officers.  That's the only difference.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
92

Q.   And you walked me through what you would do on a night shift as assistant shift supervisor.  Can you walk me through what your typical day would look like as an assistant shift supervisor?

A.   Like on nights?

Q.   No, on days.

A.   -- I walked you through -- I walked you through days when I was saying that I come in -- I work 4:00 to 4:00.  And you know, I come in, and the captain set up the roster.  Either I'm passing out plates or checking in people.  We have roll call.  Sometimes, we have little meetings or whatever and to reflect on past incidents.  And then we, you know, either I'm doing paperwork while I'm out there in the field.  I'm in D.  I'm just bouncing around to assist as much as possible as I can, make sure staff is all right.  I have inmates come to me 24/7 all the time, you know?  So it's a lot that you do.  You know, you're out there.  You're hands-on with everyone.

Q.   You said you hand out plates.  What does that mean?

A.   A vest.  So we have a vest and everybody is assigned the inserts.  So the inserts are labeled.  So I write there, you know, the number down and what time they, you know, took their inserts.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

93

Q.   Okay.  And then roll call.  What does roll call entail?

A.   Roll call, you line everyone up.  The sergeants, you know, officers, you inspect their uniforms, make sure their uniforms are up to par.  And then you discuss daily -- well, past, you know, incidents, previous incidents, like what happened yesterday or last night to them.  And we discussed what, you know, today, what to expect, what our expectations [sic] for them.  You know, so like today, I always tell them, hey, make sure you're up there doing your rounds, make sure you're up there confiscating curtains if inmates have curtains, you know?  And I tell them that every day.  And you know, we tell them who are our first responders so they know who the first responders are, who they know that they're looking for.  And if they have a signal or if they need assistance or help.

Q.   Any other information that you give them during rounds?

A.   You mean during roll call?

Q.   Sorry.  During roll call, yes.  Yeah.

A.   A lot of it is, you know, previous incidents. If we have, like, a new system that we got to log into or something, anything that's informational to them that they need to know.  I always stress around security

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

logs, curtains.  If they have any questions or whatever, I'm -- I'm an open door.  They can always come to me, ask me anything that they need, you know? So a lot of them might ask questions during roll call. Someone pulled me to the side, like, hey Lieutenant, I have this question, what do I need this, or I need help with that? So basically, that's it.  Whatever that they need to know, any information we're supposed to give that we have for them, then we tell them.

Q.   Do you -- if there's changes to policies or protocols, is that something that you communicate during roll call?

A.   Yes, we tell them that.  And also, it is also broadcast to everyone on e-mail any changes in any policy.

Q.   Okay.  Any other way that changes in policies are communicated?

A.   We also have it, you know, it's shared throughout, you know, a share file where anybody can access it within the facility, you know?  So they always have directions on that.  They send out through e-mail roll call.  We explain it to them.  So -- and if they need anything or have any questions about that certain policy, we direct them to the right -- to the person that, you know, puts it out there for us.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

95

Q. And how long does roll call usually last?

A. It depends. It depends on what events had transpired, what information that is needed to give to them. So sometimes roll call can last ten minutes. Sometimes it lasts longer. It -- it fluctuates.

Q. What's the longest it usually lasts?

A. The longest roll call I've been in lasted probably about 20 minutes.

Q. And why did that roll call last so long?

A. We had to do our, you know, normal thing or whatever. And then we had to watch a video with a message from the commissioner.

Q. And what was that video about?

A. Just the new facility they're building. That's it.

Q. And what -- you mentioned that you might have -- as assistant shift supervisor, you might have some meetings. What regular meetings did you attend as assistant shift supervisor?

A. It is basically the same thing as roll call, discussing -- like, all the department heads discussing past incidents. The incidents that happened. That's all. It's the same thing. The exact same thing as roll call. But it's with, you know, department heads because when you have roll call, it's just a shift supervisor,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
96

assistant shift supervisor, and the officers of that, you know, shift.  The other meeting is the, you know, assistant shift supervisor, a shift supervisor, and department heads.  And -- and we all discuss, like, incidents that happened.  It's the --

Q.    And how often -- oh, I'm sorry.  I interrupted you.

A.    It's exactly the same thing.  We have it every day, Monday through Friday.

Q.    And does that happen after roll call or before it?

A.    After.

Q.    And where does that meeting take place?

A.    In the Hoosier room, which is a room that's designated for -- we usually have it before, like, the cSourt hearings for the inmates or whatever.  So that's basically a room where, you know, the inmates go and have their video court visits, their Zoom, and stuff like that.  So we usually go in there before that happens.

Q.    And -- sorry, can you tell me again who attends that meeting?

A.    The department heads, the shift supervisor, and assistant shift supervisor.

Q.    Okay.  And is the warden at that meeting?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

97

A.   Yes.  It depends.  It depends if he has a meeting going on in his office.  You know, the warden, he's -- he has a lot of stuff going on.  So it depends on if he has a meeting in his office or if he's downstate for training or whatever.  But yes, he's there.  The deputy wardens are there.  The deputy warden's secretary is there and also the department heads.

Q.   And is the custody supervisor -- is that person a deputy warden?

A.   No, the custody supervisor is the major.  And he's there as well.

Q.   And does somebody take notes at these meetings?

A.   Yes, the secretary.

Q.   And are those distributed afterwards?

A.   E-mail.  It's called the -- well, I don't know what it stand for [sic].  But the IRC reports, everyone gets them.  And it is discuss [sic] previous incidents. If we have any, like, events going on, like donations for clothing for the homeless or the kids and everything else.  So it has everything that you need to know that will happen in that meeting.  It's on there and everybody knows.

Q.   And do you get that before or after the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
98

meeting?

A.    Right after, literally a minute.  Sometimes I think she runs to her office and hurry up and just that's how quickly I get them.

Q.    Okay.  And how long does that meeting usually last?

A.    It depends on how much incident happens.  So if it was like -- let's say yesterday was Monday, and you know, I wasn't there.  I was off Friday, Saturday, and Sunday.  So if you had, like, 20 things going on each of those days, then that means, it's going to be pretty lengthy because you have to read everything on, you know, every incident that happened during the weekend.  So it can range from, like, ten minutes to, like, 30 minutes.  Depends on the incidents and what we have going on.  It's the same thing like roll call.

Q.    And you say what you have -- when you have to read everything, are you reading everything independently or is it being kind of read and shared out loud with you?

A.    So usually it's either the shift supervisor or the assistant shift supervisor reading everything off the paper, more incident by incident.

Q.    And is there any discussion about the incidents that happened or are you just kind of being

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

99

informed that they occurred?

A.   A lot of them are just being informed.  If they have anything, any questions or comments or anything, at the end, they are asked, do you have any questions or comments or do you have anything to discussed [sic]?

Q.   And during those meetings, are you, like, identifying things that went wrong in response to incidents?

A.   Sometimes.  It depends on, like, the incident itself.  It depends on the incident.  But usually nine times of ten [sic], majority of the time, you know, it's like, okay, this guy, he cut himself, he was cuffed up, sent to medical.  Mental health put him on close suicide watch and that's it.  And usually, that's nothing to discuss because -- because if it's previous incidents like from last night or something, we would -- we was not there.  So we don't know exactly what happened.  We cannot physically see exactly what happened, you know, unless somebody, like, you know, looked at the camera and reviewed, like, what happened in that situation or whatever.  But yeah, we don't -- sometimes we don't discuss, like, what could have been done or this and that, whatever.  It depends on the incident itself.

Q.   Do you discuss anything else at these

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

meetings?

A.   No.  It's just the same thing like roll call.

Q.   **Any other regular meetings that you participate in as assistant shift supervisor?**

A.   We have our monthly captains and lieutenants meeting just like the sergeants have their monthly meetings.  They discuss, you know, the vacancy rate. They discuss, you know, upcoming things that they expect us as captains and lieutenants -- what we need to do or whatever, how to, you know, transition into the new facility, you know, informational stuff.  So -- and we have that once a month.

Q.   **And how long does that usually last?**

A.   It can last from an hour, sometimes an hour-and-a-half.  It depends.

Q.   **And do the warden or the deputy wardens go to that?**

A.   Yes.

Q.   **Were -- as assistant shift supervisor, were you responsible for any training of sergeants or officers?**

A.   Can you repeat that?

Q.   **Yeah.  Did you have any responsibilities with regard to training as assistant shift supervisor?**

A.   No.  I have a lot -- sergeants who want to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

101

shadow me.  So basically, wants to see, like, what do I do on a daily basis as a lieutenant because they want to be lieutenants, which I always tell them, e-mail, you know, the major.  And the major will e-mail me and say, you know, this sergeant is going to come in on this day to shadow under you.  So I would say, yes.  So they come.  They see everything that I do on a day -- day-to-day basis.  We'll go walk the field, walk the cell houses, you know, pull curtains, you know.  So they get a gist to see, like, how it is to be up there up front and see everything that I do.

Q.   Any other responsibilities you have with training?

A.   Like I said, I'm an FTO.  So yeah, I think I have a few sergeants that do, like, come and shadow me.  And then I have, you know, officers who want to be sergeants.  They always ask me, what can I do to be better?  You know, is there anything that I need to improve on?  And I come straight forward with them and tell them where they slip up at and where they need to approve [sic] in to better themselves to be a better supervisor and be a solid and good supervisor.

Q.   As lieutenant, have you ever disciplined any staff for not adequately monitoring the cell house they're assigned to?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
102

A.  I have to -- I did so many disciplines.  A lot of them is for staff not showing up to work.  But I will have to look back on my paperwork because I can't think off the top of my head right now.  I'm quite sure I probably have.  But I just cannot think of what it was for.  Yeah, I can't think off the top of my head.

**Q.  Okay.  So as you're sitting here, you can't think of any examples of when you disciplined staff for not monitoring a cell house adequately?**

A.  I want to say not monitoring.  I would say maybe it was for them, like, you know, I walked a cell house and the bars rolled.  Of course, nobody can get out.  But the door is not secured or something.  You know, something like that.  The first -- my first warning would be a fact file, writing your fact file.  And say, you know, on this day, at this time, as I was walking at -- the unit, you left a door unsecured.  And that door is supposed to be secured, especially if it's during count time.

**Q.  And can you think of any examples of when you've done that or you just think that you have, but you can't think of any times?**

A.  I just can't think of when -- I mean, I do write-ups a lot.  So it's -- yeah, it's like in majority [sic] of them, like I said, it's for staff not showing

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

up to work.  So I can't really pinpoint -- I know it was for something, but I can't pinpoint right now because majority of my write-ups is for staff not showing up to work.

Q.   As an assistant shift supervisor, did you have any responsibility for conducting inspections?

A.   As far as --

Q.   Any kind of inspections of the prison?

A.   Oh, you talking -- so my job with that is to collect the weekly inspections.  That's all that I do.  So what I do is I have a staff of blank weekly inspections paperwork.  I hand it out to each OIC lieutenant or sergeant.  Whichever one I see first of that housing unit, I give that to them.  And their job is to go back to their unit and inspect their unit and report to anything that is wrong.  Whatever is wrong with that unit, they fill that paperwork out, sign they [sic] signature at the bottom.  They turn it back into the -- to me or whoever the shift supervisor is.  And that goes to the hazmat manager.

Q.   And as an assistant shift supervisor, are you actually, like, reviewing those weekly inspection forms to make sure that they're doing a thorough inspection or do you just pass them on to the safety head?

A.   I look at them.  And I call, like, are you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
104

sure nothing's wrong with your unit?  And be like, no, there's nothing wrong.  I'm like, are you sure?  And they was like, yes.  Okay.  So my job is to collect them.  I do review the units or whatever, but it's a lot -- you got to -- it's all departments.  So it's not just A, B, and C.  You're talking about A, B, C, the hospital.  You're talking about the kitchen.  You're talking about so many other units.  So the stack is, like, this high.  So I review the units like A, B, C, or whatever, and they say, nothing's wrong.  When I call, like, are you sure nothing wrong with the unit? You don't need nothing fixed?  This and that?  Whatever the case may be.  They say no, so I collect everything collectively, and turn it to the hazmat manager.  And her responsibility is to address those issues within that unit or department, or whatever.  But that's her.  Once I do my job, my portion, everything goes to her.

**Q.   And do you ever have any concerns that officers are just kind of checking off the inspection form and not really looking?**

A.   I addressed in the roll call.  Like, make sure you are thorough with your weekly inspections.  Like, if you have any issues, these, can you get it fixed? You know, so.  You know, just don't check and say that everything is okay.  You know, just make sure, you know,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

if anything that needs to be fixed you report it on a weekly inspection so we can turn it in, and we can deal with that issue.

Q.   And do you bring that up because you have worries that people are just kind of signing off on things?

A.   I mean, yeah.  I mean, yeah.  I mean, some staff members, you know, probably just, you know, want to get it over with because, you know, it's 6:00, they have a certain limited time to get their line moving, set up their run sheets, and get these guys out for work.  So it's like, do they really have time to do a thorough look and check?  And you know, so some of them might be in a rush and just rushing through it, so they can get to, you know, doing what they need to do at 6:00, 6:15 in the morning to get these guys out, get them ready to get out at 6:30.

Q.   And they are supposed to do that inspection just once a week?

A.   It's every Monday.

Q.   And does that weekly inspection in the cell houses, are they looking in the individual cells or what are they looking at specifically?

A.   So we have -- we have, like, how can I say? The list is -- they looking at, like, the walls, chipped

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

paints, anything wrong with the cells, like, the cell door or whatever.  The cleanliness, if they have, like, evidence of, like, rats and roaches, or something in their cell.  So it's basically everything in that list. We also have a set of cell inspection sheets, which, you know, if a guy moving in, moving out, or whatever, you do a shakedown out of that cell, whatever.  You do cell check inspection sheets.  You check the electrical socket.  You make sure, you know, the cable's working or the toilet, the sink's working, if there's any issues with that cell or whatever, like the light fixtures or whatever the case may be.  That's all on that cell inspection sheet.

**Q.   And that's done just when somebody is switching cells, right?**

A.   No, that should be done -- well, I was doing them, like, everyone -- I was in charge of these cell house.  I was doing them at least every other day because it's sad, you know, guys tear up cells.  They don't have TVs, what else do you think they going to do? They going to tear stuff up, so.  And that was record for when I wrote them up for destruction of state property, like, hey, you know, on Monday, you know, the cell was looking like this.  And then now it's Wednesday, now the light fixture is, like, all messed up

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

or whatever.  And this and that.  So here's my proof when I write them up, and this and that.  And then I will have to move them out of the cell because it's a hazard.  But then I have maintenance, they'll come in and fix it, and I can move them back in that cell.

Q.  Is that a problem in other cell houses outside of segregation as well?

A.  It depends on what type of inmate because you have inmates with problems, issue mentally or whatever.  So some of them will tear up their electrical socket, or you know, stick stuff in there or whatever.  And then of course, we got to get them out of there, and get maintenance in there to fix it.  And then, you know, we write them up for destruction of state property because they destroyed it.

Q.  Was it common for there to be problems with outlets, electrical outlets in the cells?

A.  Only when they stick stuff in there.

Q.  Okay.  And is that pretty common?

A.  It depends on the inmate.  If it's one of those inmates that are, like I said, mentally and unruly, and always starting stuff, it's common for them.  And they will get charged every time they do that, because not only, you know, you sticking something, the light fixture or the socket, you also knocking out the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
108

lights for this person in this cell and that person in that cell. And they don't have nothing to do with it.

Q. And was that a common problem that you saw when you were assigned to a cell house?

A. When I was assigned to D, that was, like, I wouldn't say common. It probably happened maybe, like, once a week, if that. But I have a good rapport with the guys and I tell them like, hey, you all need to stop doing this. Like, this is, you know, a hazard. And you know, I'm writing you up, and you're going to get charged for this. And you know, when you write these guys up, they get charged for it. They losing money. Like, I'm -- the state is taking their money because they destroying state property. So eventually, they're going to stop and slow down, and stop doing that. But that's just me.

Q. Were there other problems with outlets, you know, with sparking or not working properly?

A. Only when they stick stuff in it. Some of them rip them off the wall. I don't know how. They're very strong. But some of them rip them off the wall. They're -- if they're doing something that they don't supposed to do with those sockets, like sticking sporks in it or whatever, trying to light -- light up, whatever, or do something that they don't supposed to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

109

do, then they get written up.  If I find it, they get written up, and they will get charged of it.

Q.   And given that, is it important to -- if you're working in a cell house to make sure you're looking in the cells and making sure that the sockets are all looking like they're working okay?

A.   I always ask the inmates when I walk, say, hey, anything wrong in your cell?  And you know, you can visually see their socket there.  Socket looked burnt out, hey, what's going on with your socket?  What did you do to your socket?  It looks burnt out.  It looks like you stick stuff in there.  And then I'll have to call maintenance.  And maintenance will come and fix it, and repair it.  But they will get charged for damage to the state property.

Q.   And as an officer or a sergeant, or lieutenant, it's important to make sure you're looking at the sockets regularly in inmate cells, right?

A.   That's what I did regularly.  I can't speak for anybody else.  That's what I did.  That's the type of --

Q.   And was there any --

A.   -- person that I am --

Q.   -- policy or -- oh, I'm sorry.  I interrupted you.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

110

A.   That's the type of person that I am.  So that's what I did.

Q.   And was there any policy or training, or instruction about regularly checking cells and electrical sockets?

A.   That's what the cell inspection is for. Everyone should have a cell inspection.  If there's something wrong with that cell, the cell inspection has everything listed from sockets to outlets to everything. Anything that's wrong with that cell, you should check it off, and state on the side what's wrong with that cell?  And you should sign off on it, and it should be turned in.  And then maintenance should be there to fix that issue.

Q.   And what is the policy -- how often, according to policy, are those cell inspections supposed to be done in A Cell House, for example?

A.   In A -- well, let's say in all units, I did them, like I said, every other day.  I'm not for sure about the policy on that, but you know, I'm not for sure about the policy on that.  I'm not going to tell you that there is -- I'm not going to tell you that there is, and I'm not sure.  But that's what I did.

Q.   And as assistant shift supervisor, were you responsible for making sure that cell inspections were

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

111

being done?

A.   They always are handed to me.  And I hand them in to the major.  When they were handed to me, I handed it in to him.  Nine times out of ten, if they have an issue with a cell, they'll call me first, say, hey, this is going on with this cell.  I need maintenance to fix this.  I put the work order in.  Of course, they hand me the cell inspection sheet, and the cell inspection sheet goes to the major.

Q.   So who would be responsible for saying, hey, I didn't get the cell inspection sheet for the cells in C house today?

A.   They -- if -- how can I say this?  If they need a cell inspection sheet, they always call me.  I have copies of it, and I'll always give it to them, deliver them.  They always ask me, but each unit should have a cell inspection sheet in their unit.  And the lieutenant should be responsible to make sure those cell inspections get done of that unit.

Q.   Okay.  So the lieutenant and the -- well, the lieutenant assigned to the unit is responsible for making sure the cell inspections get done?

A.   Yes.  And they are responsible for turning them in.  Now, if they're not there that day, then yes, they will go through me.  But nine times out of ten, the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

lieutenant of that unit should have them.

Q.   And you don't know how -- what policy requires about how often they should be done?

A.   No, I'm not for sure.

Q.   Any other regular inspections that are supposed to be done?

A.   Let me see.  Besides the inspection, we do weekly inspections of course.  To my knowledge, that's pretty much it.  I mean, yeah.  To my knowledge.

Q.   All right.  I'm going to share what I'll mark as Exhibit 1.  Right.  Okay.  Lieutenant Jones, can you see this okay?

A.   Yes.

Q.   Okay.

MS. PIERCE:  And this is State 019787 to State 019794.  It'll be Exhibit 1.

(EXHIBIT 1 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   Do you recognize this document?

A.   That is post orders for the assistant shift supervisor.

Q.   Okay.  So when you were working as assistant shift supervisor, was this the document where you would look at to see what your responsibilities were?

A.   Yeah.  This is what -- it's -- you got the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
113

emergency manuals, you have a lot of post orders back there, but yes.

Q.    I'm sorry, can you say that again?

A.    You have a lot of post orders back there.  You have the emergency manuals back there as well.  So yes.

Q.    And when you say back there, what do you mean?

A.    In the captain's office.

Q.    Okay.  And do you have copies of this in the assistant shift supervisor office as well?

A.    We just go to the captain's office. Everything is over there, so you could just -- it's literally right there, like across the hall.  It's right there.

Q.    Okay.  When -- would you ever review this post order?

A.    You're supposed to review it monthly and sign it every month.

Q.    Okay.  And is that something you do?

A.    Yes.

Q.    How are you alerted if there are any changes to this post order?

A.    So if there's any changes to the post order, it will be brought back in, like, an envelope, and they'll say, these are new post orders for X, Y, and Z. Put these in the post order books in the captain's office.  That's how we are alerted.  And we'll look

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

through it to see the changes.  What changed?  What didn't change? X, Y, Z.

Q.   Okay.  I want to go down to Section F.  It says, "The assistant shift supervisor is responsible for immediately informing the shift supervisor -- custody supervisor, deputy warden of operations, and the warden of the following."  And then it lists ten separate incidents there, correct?

A.   Yes -- yes.

Q.   And how is the assistant shift supervisor supposed to inform these people about the incidents listed here?

A.   So if -- with all these incidents, like violent incidents, serious staff injury, assaults, attempted escapes, escapes, fires, attempted suicide, key loss, equipment failure, other -- okay.  So I would say, 1, 2, 3, 4, 5, 6, 7.  The first seven would definitely be signals.  So it would be called via radio. So the captain will always know, like, what's going on in his signals or whatever.  If I'm in the -- if I'm a first responder, I go to the signal, assess the scene, see what's going on.  And when I have the time, get a chance, I communicate with the captain, let him know, hey, this is what's going on.  This is the inmate.  This is his DOC.  This is his cell location. As far as keys,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

equipment failure, and other concerns, yes, I will call him via phone and let him know, like, hey, you know, they're losing key set such and such, and it's this officer currently looking for it. We're going to lock the cell house down to, you know, search for this key and something's wrong with equipment. Let him know -- him and her -- him or her, excuse me. And they will call maintenance and other, you know, other concerns. But 1 through 7 is definitely a signal, and it will be called on the radio. And the captain will definitely know about it.

Q. And equipment failure, that would include surveillance monitors not working in the officer station, right?

A. Yes. That's part of the equipment. It's -- it would be that -- let's say the key is broke or something, that's equipment failure as well.

Q. Okay. I want to look at roll call down at Section D. It says, "While in formation, the shift supervisor or assistant shift supervisor may address other problems or changes in procedures, which may be reiterated and clarified with shift staff. However, memorandums, letters, or requests require approval of the custody supervisor or higher authority prior to be running at roll call -- to be read at roll call;" is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

that right?

A.   So if, like the major sends out -- or the -- well, the major, he's the supervisor.  If he sends out, like, any e-mails to us shift supervisors about any of his concerns or anything, that's, you know, informational for custody staff, he will send the e-mail out to us, and we are reading the roll call the next day.  Or he might -- he'll probably, nine times out of ten, come to our roll call and state, you know, the changes or whatever that -- whatever the officers and staff members need to know.

Q.   Okay.  And Section F refers to an informal roll call.  What is an informal roll call?

A.   An informal roll call is basically where, you know, it's -- it's very quick.  So staff talk amongst each other, express their feelings amongst each other, express their thoughts about the job.  What -- how can they, you know, assist each other more to make each other better or whatever.  So basically, it's more of, you know, staff and sergeants, or whatever to get other, you know, communicating with each other.  And you know, I'm there, any staff concerns and they want to talk to me personally, whatever, that's their time that, hey, you know, this is my question.  You know, these are my concerns.  This is what, you know, my thoughts, you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

117

know, what is the solution?  Or whatever.

Q.    And how long does that usually last?

A.    I would say it can be, like, 15 to 20 minutes.

Q.    Okay.  And this post order is available in the captain's station, but it's not in the assistant shift supervisor's station, correct?

A.    He is the assistant -- no, he's the shift supervisor, so basically -- gosh, gosh -- I'm sorry. I'm going to have to use this.  So basically, like, this is his office, and this is our office.  It's literally right there.  It's like -- takes a second just to get over there.  And it's in the binder.  And all the post orders for every unit, every post, every department is in that office.

Q.    Okay.  You mentioned that the emergency manual is also in the captain's office; is that right?

A.    Yes.  Yes.

Q.    And can anyone go and refer to that at any point?

A.    Yes.  If they want to know, like, what to do in case of a fire, what to do in case of, you know, a tornado, or let's say, a snowstorm or it's foggy outside and you can't see.  So anything that you need to know about anything, you know, emergency wise, as far as evacuation, as far as safety of staff, as far as what to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
118

do with inmates, just in case of tornado or anything, it is in the emergency manual.

Q.   And where are copies of the emergency manual kept?

A.   It is a set in the captain's office, the warden's office, and up there -- upstairs in the training department.  All the post orders is actually up there in the training department.  It's like this big, and you can just read each one of them.  It's right there for your knowledge.

Q.   And the emergency manual, is that big?

A.   Yes.  It's three big binders.

Q.   And is there any requirement that all staff review the emergency manual?

A.   They should be reviewing them when they are in training.

Q.   The whole emergency manual?

A.   They should be reviewing them and all the post orders as well.  It's right there.  It's public.  It's right there for their use.

Q.   Okay.  Is there any requirement or policy that requires staff to go back and refresh themself on the emergency manual?

A.   No.  They are -- they know and they are, you know, subject to the same information that I am in.  So

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
119

they asked me, like, oh, you know, what do you do in this case?  Or what do you do in that case?  And I would tell them, you know, we got the emergency manual, you know, if you need any questions, or you know, anything you need to -- if you have any questions about any emergency situations in the emergency manual, then I'd be happy to provide you with the information that is needed.  Or if you want to, you know, go to the training department, they have it up there, you can check it out to see, you know, how to deal with certain situations. Everybody has an opportunity to, you know, educate themselves on situations if -- the what ifs.

Q.   **How often do you refer to the emergency manual?**

A.   I actually looked at it -- what's this? January?  Like, the end of last month, I try to, like, it's a lot -- it's a lot to learn, a lot to know.  So it's like, you know, I try to get as much, you know, knowledge of it as possible, as much as I can.

Q.   **And why did you look at it a month ago?**

A.   Why did I look at it a month ago?

Q.   **Yeah.**

A.   Well, you know, at the time, I had a sergeant ask me a question because they wanted to be promoted as a lieutenant.  And I told them I was not sure of it, and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

120

I'm going to get back to them.  And then, I went to the emergency manual just to get that answer for them.  Because not -- just because I'm a shift supervisor or I'm holding this position -- everything changes every day, I am learning everything every day, and I do not know everything.  And I'm not ashamed to say that I don't know everything because that's impossible.  You will not know everything.  So you have to self-educate yourself as much as possible -- as possible, and try to remember as much as possible.

Q.   I'm sorry.  Are you looking anything up on the computer?

A.   No.  The screen kind of, like, seemed like it was fading out, so I just want the --

Q.   Okay.  Thanks.  I just want to make sure you weren't referring to anything that I wasn't aware of.

A.   Oh, no.

MS. PIERCE:  Okay.  I'm going to share what I'll mark as Exhibit 2.

(EXHIBIT 2 MARKED FOR IDENTIFICATION)

THE WITNESS:  Okay.

BY MS. PIERCE:

Q.   All right.  And this is State 020182 to State 020199.

A.   Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

Q.   Do you recognize this document?

A.   Yes.  Post orders.  It was -- tell you, like, your chain of command and all that stuff.

Q.   And what's the purpose of the general post orders?

A.   They just tell you the general description of a job basically.  Like, if you go to Section 3 where it says, "Duties, chain of command."  Like, if a officer has an issue, whatever the case may be, with another staff member, they supposed to go follow their chain of command.  So the officer has an issue with this officer, you go to your sergeant OIC.  If nothing happens there, then you go to your lieutenant.  Then from there, it goes, so on and so on, and so on.  So you follow your chain of command.  Same thing with the unit team.  They have to follow their chain of command as well.

Q.   What's the difference between the general postdoc orders and the cell house specific orders?

A.   The cell house specific orders tell you the specific orders for that unit.  What -- how that unit is ran, how many times you -- which -- each post order says how many times you're supposed to do your rounds, which is every 30 minutes or whatever.  But it's just about that particular unit.  So some things might be slightly different, some things might not.  Like, you have a unit

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

122

that has keys.  You have a unit that has electronic doors.  So those are, like, different units. So of course you have different post orders or whatever.

Q.    And are the officers supposed to regularly review the general post orders?

A.    Every month.  The post orders on their unit. Every month they're supposed to sign them.

Q.    And do you rely on the officers to make sure that they are doing what they need to do to keep themselves familiar with the general post orders?

A.    The sergeant and lieutenant of that unit is supposed to make sure that the officers sign that book every month.  And then, once the officers sign it every month and once the sergeant sign it or whatever, then the lieutenant goes and looks at the sign-off list. And sign off, stating that they acknowledged that= that staff member signed off on that post order.

Q.    And should the sergeants and lieutenants do anything besides just check the sign-off sheet to make sure that the officers are actually meaningfully reviewing the general post orders?

A.    In order for them to get the post orders, the sergeant has to -- the post orders are locked away in the unit.  So it has to be given to the officer, and they will sit there and monitor the officer.  And make

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

sure the officer read through the post orders, and sign off on them.

Q.   Okay.  So they're supposed to watch the officers actually review the post orders?

A.   That's what I did.

Q.   Okay.

A.   But I don't know if they do it, so.  But that's what I did.

Q.   And is there any policy or training that required you to actually monitor the officers reviewing the post orders?

A.   Not really.  Not to my knowledge, but I made sure -- because, like I said, that's just me.  That's the type of person that I am.  So I try to make sure that they read the post order.  And not just flipping through it, and just flipping to the back page, just sign it off.  You know, read -- read through it, this will help you get through your day or your night.  And you know, it's very informational for you, you know. So you'll know how things are ran, how things are going.

Q.   Okay.  And so you thought you -- it was important to make sure that officers didn't just flip through it and sign.  It was important to make sure they actually read it; is that fair?

A.   Yes.  Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
124

Q.   Okay.  I want to go down to Section P.  It's titled "Fire."  You see that section there?  Are you familiar with that?

A.   Yes.

Q.   Okay.  Is -- aside from this Section P in the general post orders, are you aware of any other post orders or policy documents that refer to fire response and fire safety?

A.   Besides this, and -- I know it's a section in the emergency manual, and we have the evacuation plans and stuff.  So yeah, that's about it.

Q.   Okay.  And the evacuation plans, that's a map picture that's hanging up in the cell houses, correct?

A.   Yes.  And yeah, we do have fire drills, and it shows you, like, where to go, where the exits are and everything.  But we do have fire drills, so we can be more hands on with everything.  So it's just not reading by book or looking at a picture with arrows or whatever. It's more hands on, so you know what you are doing.

Q.   Okay.  And -- let me just break that down.  So the only places where there's written policies about responding to fires and fire safety is in this section of the general post orders here, Section P, the fire emergencies -- the fire section of the emergency manual, and then the map that shows the evacuation plan,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

correct?

A.   It should be in the post orders on each unit as well.

Q.   Okay.  Other than that, anywhere else where you believe there's instructions on fire safety?

A.   Of course, the training department.  The training department --

Q.   What do they have in the -- what do they have in the training department?

A.   In the training department they have all the post orders.  Like I said, they have the emergency post orders, general post orders, post orders on the fire. Like I said, they go through training.  Every year we do annual in-service.  And it's basically, everything that we learned when we first initially got hired here. So it's everything that we learned, but it's in a week. But we go through everything.  Even the fire, the safety, the evacuation, you know, how to cuff inmates, we go through everything.  We go through this training at least once a year -- once a year.  Everybody has to go through their training.

Q.   Okay.  And my question's a little bit narrower than that.  So I don't want all the information that you're giving on fire response.  I just want to know what policy documents actually have policies that set

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

126

out how to respond to a fire, besides this General Post Order?

A.   It's in the emergency manual.  Do I know the policy number?  No.  And I'm not going to sit here and say I do.  I don't, but it's in there, and I know for a fact.

Q.   Okay.  So it's in the emergency manual and it's here in the general post orders, right?

A.   Yes.

Q.   Okay.

A.   And it should be in the cell house post orders as well.

Q.   Okay.  And then the hands-on training that you get related to fire response is the evacuation drills that we talked about that happen regularly?

A.   Yes.

Q.   Okay.  Any other hands-on fire response or fire evacuation training that you get?

A.   So fire evacuation training and they also show staff on -- the fire extinguishers.  What is used for what, like the ABC and the -- the water extinguisher, so.  And they show them how to use it, take the pins out, how to spray it, and what it's used for.  So that and the drill, plus the -- the fire section on, like, what signal to call and X, Y, and Z and how to call a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

signal, and the nature of the fire.

Q.   Okay.  So the fire training, just to make sure that I'm understanding you correctly, you do the evacuation drills that we talked about earlier with the safety hazard manager.  You go through the different types of fire extinguishers and when to use them?

A.   Yes.

Q.   And then you go through training on what the proper signals are to call, and how to call the signals, correct?

A.   Yes.

Q.   Anything else that I'm missing?

A.   So each -- everyone is told, like, if they call a 1070 or a 1071, all firefighters are to dispatch to the station to get dressed and get prepped, and go to the scene.  So regardless of what signal it is, they have to go.

Q.   Okay.  So any -- there are -- the other instruction that I didn't mention that's given is that all staff members are told if a 1070 or a 1071 is called, the firefighters are supposed to go to the fire station?

A.   Yep.  Release the firefighters to the fire station.  You know, they get sued up, get their equipment and they go to the scene.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

128

Q.   Okay.  Any other training or instruction besides what we just discussed?

A.   No, not to my knowledge.

Q.   Okay.  And with regard to the firefighters, are they to be released from a cell house as soon as the 1070 or 1071 is called or do they need to wait for instruction from, like, an actual command to release them?

A.   No.  As soon as you -- if somebody was to call a 1070 right now, if I'm in the unit, I'm letting on my firefighter and they're running right out that door --

Q.   Okay.

A.   -- right then and there.

Q.   Okay.  Have there ever been, since you've been working at Indiana State Prison, any problems with the firefighters being released quickly when a 1070 or 1071 is called?

A.   Years ago, like years -- when I say years, maybe eight years ago.  I don't know why.  Like I said, I was still, like, a rookie.  Still had Similac in my breath, so I didn't know better, but they did change the policy saying whatever, either 1070, 1071, let everyone go because it was an issue then because it was like, oh, it's a 1070, you know, just in the fire chief.  And I'm like, no, that 1070 can turn into a 1071.  You never

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

129

know, so they fixed that.  It's fixed, so everyone knows whichever signal is called, 1070, 1071 dispatch the firefighters.  No question asks.

Q.    And is that written anywhere in any policy?

A.    Yeah.  Yes.  It's written in each cell house on, like, a memo sheet or whatever.  I believe it is in policy.  To my knowledge, it is, so --

Q.    And do you know -- oh, go ahead.  Sorry, I think I cut you off.  Could you repeat the last thing you said?

A.    I said it is -- it is in policy because I remember seeing it in one of the post orders.  I can't recall which post order it was, but I remember seeing it.

Q.    Okay.  As far as you know in the last few years, have there been any issues with complying with that policy for the immediate release of firefighters in the case of an emergency?

A.    No. because they all are in either I, I North, which that's, like, one unit or E North.  So they all like in one spot, so it's easier to get them all out. You know, you just -- because their doors are automatic, so you just pop their doors open and they're running out the door.

Q.    And let's look at the P instruction here in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

130

the general post orders.  So it says, if there's a fire, you contact the control room via radio or telephone to report a 1070.  And then the next thing you do is to grab bolt cutters in the officer station; is that right?

A.   Yes, we have bolt cutters.

Q.   Okay.  And then --

A.   But they -- the bolt cutters can only get through the -- excuse me.  The -- if the inmate has, like, a padlock or a chain, that's the only thing you can get through.

Q.   Okay.  But they can't get through the regular cell lock; is that right?

A.   Negative.  They're big, but to get through a cell lock, I don't know what you have to -- what -- what would you have to use to get through that lock. But you know, we're talking about Green Mile lock days. You know, we have actual locks.  It's not -- not like these other facilities where they have little -- the little small house keys and they can open the door.  We have big cell locks.  We have big cell doors.

Q.   Is this -- what's listed here in Section P, is this consistent with your understanding of what you're supposed to do if a 1070 -- if there's a fire in a cell house?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
131

Q.    Okay.

A.    Yep.  Yep.

Q.    Actually, sorry.  I'm going to pull that back up.  I put -- it's a bit too down for a moment, but I'm going to pull it back up.  Do you want to go down to section GG, the curtain policy; do you see that?

A.    Yep.  Yes, ma'am.

Q.    Are you familiar with the curtain policy?

A.    Yes.

Q.    And what is the curtain policy?

A.    Basically, like -- I can't give you the policy number, but I would tell you the curtain policy is any inmates using a sheet or a blanket to prevent the view within their cell.  Usually, we give them a verbal warning to take it down.  If they don't, then we take it down ourselves, confiscate the sheets or the blanket or whatever they're using and write them up on a 209.

Q.    And are there any risks that are posed by having curtains up in cells?

A.    Of course.  You can have inmates hang themselves, harm themselves.  If this line movement and inmates are out and it's a curtain up, some inmate can be getting assaulted by another inmate.  It can be numerous things.  You never know.  And then it could be staff safety too, because you never know.  It could be

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

inmate behind that curtain, you know, waiting for you to walk down the range and have a long shiv about this long, ready to stab you in the neck or something.  So it's -- it's numerous things.

Q.    Do curtains pose any fire risks that you're aware of?

A.    Not that I'm aware of.  Not really.  I can't -- I mean, besides this situation that we're talking about, but the curtains should come down because you need to know what's going on in that cell at all times. It's for the safety of yourself and the inmates.  So that's why I'm always stressing the issue about taking those curtains down, because you never know.  You can see inside of their cells.  Do they have anything they don't supposed to have?  What's going on?  Do they need anything to be fixed in their cells?  Do they have any issues -- hazard issues with their sockets or light fixtures?  So this is -- these -- this is the reason why those curtains should not be up, and I stress that. I even stress that to inmates when I do house walks.

Q.    And do you believe that the curtain in Mr. Smith's cell posed any particular risks or problems in the fire that killed him in January 2021 -- or 2023? Excuse me.

A.    From my knowledge, when the curtain was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
133

removed, the fire did get bigger.  And that's from what I've seen.  I was not there when the fire started, but that's when I seen.  The cell -- the curtain was removed and the fire got bigger.

Q.   Okay.  This next policy here, HH cell standardization, are you familiar with that policy?

A.   That is a cell inspection.

Q.   Okay.

A.   Or the weekly inspection, so --

Q.   And which is it?  Is it the cell inspection or the weekly inspection?

A.   So since it says weekly, that's the -- more of the weekly inspection.  So that does include like the cell inspection.  So they're going to answer to myself, weekly.

Q.   Okay.  And when you do this weekly inspection, are you supposed to actually go into the cell or do you just look from the outside?

A.    If the inmate's in there, hopefully they don't have a curtain.  You can basically -- you know, if it's segregation, of course, you can do it while they're at break and nobody's in their cell, you can go -- go in their cell.  But if it's, like, general segregation, I usually would like to have two staff members working on one cell because it's one inmate.  You just don't want a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
134

whole cell house out and just one officer going in the cell by theirselves.  That's a no-no.  So you always want someone, you know, watching them.  They go in there and just check the cell out, make sure everything is all right, make sure there's no discrepancies or anything with the cell.  Make sure they don't have no homemade, like, extension cords or anything they don't supposed to have or messed up sockets or anything or whatever.  But if there's any issues, any problems, anything you got to confiscate, you take it, you make sure you note it in your log, make sure you let us know, so we get maintenance on it and get the right -- the proper conduct reports written for whatever the issues is.

Q.   Okay.  And so when you do these weekly cell inspections, you should actually -- if you have somebody to help you, you should go in there and actually physically go into the cell and check everything out, right?

A.   Yeah.

Q.   All right.  We talked a little bit about the evacuation drills.  As assistant shift supervisor, do you participate in those evacuation drills?

A.   Yes, I have.

Q.   Okay.  And where do you go and participate in those evacuation drills?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
135

A.   So units -- it could be whichever units.  On nights, we did one.  And when I was on nights, right before, like I said, I started days on the 9th of January.  But before I even started days, we did an evacuation drill.  We did an e-dorm.  We did an A Cell House and B Cell House.

**Q.   And that involves the safety hazard manager coming, letting you know there's going to be a drill. And then the fire alarm goes off and you evacuate everybody out of the cell house, correct?**

A.   Yes.

**Q.   Okay.  Is there anything else that happens during the evacuation drills?**

A.   The firefighters come in.  They, you know, do their inspections.  They're suited from head to toe. They have the water holes or whatever.  Staff is outside in the evacuation areas, you know, checking on inmates. You know, just severely watching them, making sure everything is okay or whatever.  And then once the firemen are done and they turn off the -- the fire alarm, then we place the inmates back into their living areas, but we don't place them in all at once.  It's too many of them.  Anything can happen, so we do it. If -- in the case of a dorm, we do it like either all the west side going first and we secure them on the west side and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

136

all the east side going on the east side. As far as the cell house, it would be range by range.

Q.   When you participate in an evacuation drill, you're supposed to sign off on the paperwork that you participated, correct?

A.   I can't even remember if I signed off on anything or not, but I do remember that day of us doing a drill, but I can't remember if I signed off or anything or she signed off or anything.  That's something you would have to get to her back with, because I can't recall.

Q.   Okay.  And how many drills do you remember doing?

A.   That one -- particular one was my first one and it was on nights.  I know they did a lot on days, but like I said, that day was my -- that -- that was, like, my first week on day shift, so --

Q.   And how many did you do on nights?

A.   From my knowledge, I did quite a few.  I know I did three in one day.  Before that -- I came, I was, like, acting shift supervisor.  So Cedar came in a lot, too.  So yeah, you would have to get record from that from her.  She would have all that.

Q.   Okay.  But if you participated in one, it should be reflected on the documentation of the --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
137

A.    Yeah.  Yeah.

Q.    -- drill.  Okay.  And when was the first one that you said you did?

A.    It was when I was on nights.  I can't remember what month I had a jacket on.  So maybe it was, like, November before I went to days.  I'm not for sure.

Q.    Okay.  So you didn't do your first one until you were a lieutenant; is that right?

A.    Exactly.  Because, like, when I was a sergeant, I was, like, all over the place.  Like, I was in seg a lot, too.  So of course, you're not -- I mean, we're running showers during rank and this and that. So a lot of times, she would do it on days or whatever. That time, she did it on nights, but I can't recall if I signed anything or whatever, but all that record stuff for her doing, like, drills and this and that, you would have to get with her with that information.

Q.    Okay.  But the first drill you ever did -- evacuation drill you ever did was when you were a lieutenant, right?

A.    Yeah, I was a newbie.

MS. PIERCE:  All right.  I'm going to share what I'll mark as Exhibit 3.

(EXHIBIT 3 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

138

Q.   All right.  And this is State 023349, State 023403.  Have you seen this document before?

A.   That's the things that the -- how can I say? The history of all the training and everything that I have had.

Q.   Okay.  So this should reflect all the training that you've had since you started working for IDOC?

A.   Yeah.  Yes.

Q.   Okay.  And you've seen this before?

A.   Yes.  It's in my success factors, so I can look up my history of everything that I took, everything that I completed.

Q.   Okay.  Do you have any other documentation of the training you've received that you're aware of?

A.   Everything should be in my success factors. Everything.

Q.   Should be in your what?

A.   Success factors, my learning history, everything.

Q.   Okay.  So this document that we're talking right here, correct?

A.   Yes.  Yes.

Q.   Okay.  So as far as you know, this should have everything that you've received in training should be reflected on here?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

139

A.   Yes.

MS. PIERCE:  All right.  I think -- let's take another quick break and go off the record, Sydney.

THE REPORTER:  Okay.  We're off the record. The time is 1:12.

(OFF THE RECORD)

THE REPORTER:  We are back on the record for the deposition of Lieutenant Latrice Jones via video conference.  My name is Sydney Little.  Today is January 28, 2025.  The time is 1:19 p.m. Central.

BY MS. PIERCE:

Q.   Okay.  So Lieutenant Jones, right before we went on break, we were talking about the training instruction you'd received around fire response, and I just want to recap one more time to make sure I understood what you'd received.  So the training and instruction that you received was the evacuation drills that were done with the safety hazard manager, the instruction about the different types of fire extinguishers and when -- what circumstances to use the different types of fire extinguishers, that you should call a 1070 or a 1071 when there's a fire or smoke and then that the firefighters should be released as soon as a 1070 or 1071 is called.  Is that the totality of the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

140

instruction that you received?

A.   Yes.

Q.   Okay.

MS. SAWYER:  I'm going to object just on the grounds of asked and answered already, but go ahead and answer.  You already did, so -- just for --

BY MS. PIERCE:

Q.   And your answer to that was correct, right?

A.   Yes.

Q.   Okay.  You were working at Indiana State Prison in April of 2017, correct?

A.   April, yes, '17.  Yes.  Because I started in 2014.

Q.   And were you working on the night shift then?

A.   Yes.

Q.   Did you remember hearing about the fire that killed Joshua Devine in B Cell House in 2017?

A.   Yes.  That was on the other night shift.

Q.   Okay.  So were you on duty the night that he was killed?

A.   No.

Q.   How did you learn about the fire that killed Mr. Devine?

A.   Like I said in roll call, they, you know, talk about past, you know, incidents.  So that's how I found

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
141

out.

Q.    Were you surprised when you learned that someone had been killed by a fire in their cell?

A.    I mean, three years in, and you know, really haven't been hearing nothing about, you know, fires and this and that.  So yeah, it was like a surprise or shock and it's like, wow.  That -- that -- that happened. That was very unfortunate.

Q.    Did -- were you involved in any discussions about what went wrong or what could have gone better relating to that fire?

A.    No.  I was just an officer, so no.  And I wasn't on duty that night, so no.

Q.    Did anyone make any changes to fire response policy or to emergency response policy after that fire?

A.    I don't -- can't recall.  That's -- are you talking about 2017?  It's 2025 now, so I can't recall. And like I said, I was just an officer then, so I can't recall that far back.

Q.    Did you -- do you recall hearing any criticism about the response to that fire?

A.    No.  I can't recall about that.  You know, like I said, I'm still a new -- I'm still technically like a newbie, so I'm still learning the facility myself, so I don't recall that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

142

Q.   Have you ever had any fires in the cell houses you've been working on?

A.   D Cell House, you know, to inmates, they're, you know, sick.  So what prison segregation unit does not set, like, small fires, or you know, like light a tissue on fire or something, just throw it on a range or something like that.  Nothing major.  Never really -- never -- never dealt with nothing major until that incident two years ago.

Q.   And the fires that would be set by prisoners in D Cell House, how often would that happen?

A.   With me -- me being there, maybe once -- maybe once a week, once every other week until I start -- like I said, they set the fire.  That means they destroyed something with their electrical socket in their cell, so I would go pull them out their cell, inspect their cells.  And of course, they set their -- set whatever they had on fire, use whatever they had to use to destroy that socket to set that tissue or t- shirt, whatever it was on fire.  So yes, I will go on their cell, do a cell inspection, write them up for destruction of state property.  Once I start doing that, then they got the gist of, you know, being charged for this.  You know, I'm not getting -- you know, every time my folks or whatever send me money, you know, and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
143

they're taking it out because I destroyed state property.  So that cooled down a lot on my end.

Q.   When you say it cooled down a lot, do you think other people weren't enforcing the policies when inmates set fires?

A.   I don't know.  I don't know.  Like, when it comes to other supervisors or whatever, we are told the same thing.  We are instructed to do the same thing, so everybody should abide by the same thing.  We all should be according -- all should be at one.  So when it comes to other supervisors, that's something you have to ask them.  I'm just focusing on me and what I can provide for you on my end.

Q.   But you believe that the number of fires decreased in D Cell House when you started enforcing the destruction of state property policies?

A.   Yes.  It started -- when you mean destruct -- yeah.  Doing that.  And also, you know, started talking to the guys like, hey, if you have an issue or whatever, just come to me.  Just talk to me, ask me, I will come and talk to you.  We can deescalate the situation.  It does not need to go this far or further than that. Like, you need somebody to talk to, this and that. Okay.  But they knew that I would write them up for setting fires.  They knew I would write them up for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

destruction of state property.

Q. Besides the Devine fire, what other significant fires happened while you were -- while you've been working at Indiana State prison?

A. Just that one that happened two years ago. That's the only major fire that I ever encountered throughout my whole career.

Q. And when I say significant fires, I mean something more than just a very small fire that's set by an inmate.

A. Just that.

Q. No other ones -- no other ones that you can recall?

A. No. That I can recall, no. Hold on. Let me think. Let me think, let me think, let me think, let me think. This one had to -- I cannot remember when this would happen, but it was right at shift change. I was getting ready to go home and the inmates were mad about something in D, but I was an officer. I probably was maybe a year and -- or a year-and-a-half in as an officer, but I was running I cell house, and you know, all the firemen stayed in there. So they called the signal in D and all the firemen went to D. And I guess the inmates set a fire because they was mad because they fired all the range tenders or whatever, people that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
145

passed the -- people that's supposed to be range tenders, but they was doing stuff they ain't supposed to do.  So you know, they fired them and they got mad. But you know, the ship changed, so I did my part by letting all the firefighters out going to the fire station. After that, I was relieved to go home, but I was only a year, a year-and-a-half in and -- yeah, I was just still an officer when that happened.

Q.   Were you alerted of any other fires where people were injured or harmed from fires at Indiana State Prison while you've been working there?

A.   No, not that I can recall of.  No.

Q.   And that includes on shifts that you weren't working on, correct?

A.   Like I said, with the 2017, you know, they discussed that in roll call and told us like, oh, it was a fire.  This is what happened or whatever, and that was it.

Q.   And you were informed about problems with outlets sparking at the prison, right?

A.    I would like -- you know, like I said, I would go walk the ranges and inspect the, you know, sockets and tell my staff, you know, do cell inspections or whatever and check the sockets.  I did have inmates saying, oh, you know, my socket is sparking and I'll go

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
146

up there to their cell inspecting myself.  And lo and behold, they have a spork or a piece of a pen or something stuck in it, and that's what's causing it to spark, you know?  So of course, I would write them up for a destruction of state property and do the job on my part and then have maintenance come, and like, fix that socket.

Q.   Okay.  But you were aware that that was a problem with outlet sparking at times, correct?

A.   It's when the inmates stick stuff in it, yes. They will always --

MS. SAWYER:  I'm going to object to the form of that question.  But -- sorry, I don't want to interrupt you.  Please continue your answer.

BY MS. PIERCE:

Q.   Sorry.  You can answer.

A.   So when the inmate will say, oh, you know, my outlet is sparking, I will go up there and do a sub-inspection or the officer or whatever.  Like I said, I'm just speaking on myself, go up there, see what's going on with that socket.  Nine times out of ten, it's a spork or a piece of a pen or something stuck in there that they don't supposed to stick in there.  And then, you know, I would call the maintenance, maintenance fix it.  But that's believed that it had never been written

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

up for destruction of state property.  I wouldn't say that's a problem.  But if an inmate's sticking something in the socket, of course, it's going to spark.  You're doing something that you don't supposed to do.

Q.    And that would -- how often would that happen, like once a week?

A.    From the units that I ran, it wasn't often. It wasn't from the units that I ran.

Q.    About how often would you say it was?

A.    Maybe once, twice a month, maybe if that -- but like I said, I held them accountability -- accountable for their actions and they did get the reports.

Q.    And you said that inmates would sometimes make homemade extension cords; is that right?

A.    Yes.  I will find them.  I don't see them making, but I find it in their cell.  I do shakedowns and I find it in their cell, then I confiscate it.

Q.    And why would they do that?

A.    Why would they do that -- make them?

Q.    Yeah.

A.    Because they want to plug in their TV -- well, they only get, like, two outlets.  They have an outlet and you can only plug up two things.  So they had plug up their TV, their fan.  They want to plug up their hot

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
148

pot.  They want to plug up everything at once, but we don't provide that from them.  You get two sockets.  If you want your hot pot, you know, you can unplug your fan, plug your hot pot -- pot in or unplug your TV and plug your hot pot.  They want these extension cords, so they can plug in multiple things, but we do not provide that for them and they should not be making homemade outlets because that's a hazard.  And I do confiscate each and every one that I see in their cell.

Q.   Is there a reason that extension cords aren't made available to them?

A.   That's something you have to get back to the hazmat manager on.  I cannot specify why they don't get those.  That's something I can't answer for you. That's something you got to ask the hazmat manager, but they do not receive them and they are not allowed in their cells.

Q.   And -- but it was pretty common that inmates would make their own extension cords, so that --

A.   I mean, throughout my career, I probably confiscated quite a few.  I can't count on the back of my head, but I confiscated for quite a few of them.

Q.   So pretty common, you would say?

A.   I wouldn't say pretty common, but common for the ones that just make them and do them and have stuff

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

149

that they don't supposed to have in their cells.  But if you say in a cell house, how many parties will have one?  Maybe five, but I confiscate on my end.

**Q.   Was there problems with staff not enforcing the policy against having those homemade extension cords?**

A.   I always inform my staff, you do shakedowns, you go in cells.  And you see something that's unauthorized, you confiscate it.  That's what I tell them.  I even informed their lieutenants of the units. I even informed the sergeants of the units and the OICs of the units.  This is the purpose -- the reason why we have roll call.  So everybody's informed, hey, you know, this is what's going on.  But these inmates have X, Y and Z in their cell.  You're supposed to take, you're supposed to confiscate.  They're not supposed to have homemade outlets.  That's hazardous.  That's stuff to catch in fire and they cannot have that.  So I can do my part.  When I was on a unit, I was taking them. I can tell the lieutenant of that unit who holds the same rank as me, hey, make sure your staff is on this. Make sure your sergeant's doing this.  Make sure you are informing your officers, hey, you see this?  In their cell, they don't supposed to have it, take it, confiscate it, write them up for possession of unauthorized property.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

150

Q.   And do -- your understanding was with staff -- were there issues with staff not enforcing the rules against having that kind of contraband?

A.   I had staff, you know, find them -- finding them, and you know, telling me, hey, I found one, you know, they had come up.  And at the time, we had written conduct reports or whatever, so staff was doing them on their end.  But like I said, I could do so much when informing the lieutenant.  So now, it's a lieutenant of that haz unit to make sure their staff is doing what they're supposed to do.

Q.   So did you do anything yourself to make sure that those contraband policies are being enforced?

A.   Yes.  And roll call.  When I go to housing units, I make sure I address the staff of my concerns and what I expect for them to do, and you know, how to make them better officers and tell them, hey, you don't want to end up in certain situations because you didn't want to do the job that is required of you to do.

Q.   When you were assistant shift supervisor and you would go around doing your rounds, did you see a lot of cells with curtains and blankets up?

A.   I always pulled them.  When I did my rounds, I would walk and I would pull them.  But nine times out of ten, because I have a rapport with these guys and they

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

know what type of lieutenant I am, they know I don't go for that so always when the supervisors hit the range, they'll say, Lieutenant Jones on 300.  You better pull your curtain.  They'll always take them down.

Q.   So if you did a round and you saw that a lot of prisoners had their curtains or blankets up, would you say something to the staff about not enforcing the curtain policy?

A.   So after I get done telling the inmates to take their curtains down, and you know, I sit there and write names, make sure I look at what time that I went to the cell.  Of course, they going to get written up. Yes, I go down and discuss with staff like, hey, there's too many curtains up in the cell house.  You need to get up.  You need to -- when you do your walk, you need to go walk.  You need to confiscate them.  If they don't want to take it down, hey, that's a write- up.  That's a 209 and hit them every time.

Q.   As you sit here today, do you have a memory of the fire that killed Michael Smith on January 14, 2023?

A.   I would say two years ago, that was, like, my first major fire and that was, like, my first weekend working on days, and like I said, I just get on days. So I remember some to the best of my ability because, like, you know, yeah, that's something that you should not

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

forget.  But you know, like I said, that's two years ago and how many incidents happened between then and now and so pretty much most of it, yes.

Q.   What do you recall about the day that the fire occurred?  Tell me what you remember from arriving at the facility on.

A.   So scheduled 4:00 a.m. to 4:00 p.m.  I remember doing rounds.  I was in A Cell House two hours prior to that signal being called.  Inmates were out. They were doing, you know -- it's -- it's the weekend. It's a Saturday.  Yes, it's Saturday.  So they was out, you know.  Inmates were out to work with whatever.  I asked staff, do they need anything?  Inmates came to me, asking me questions like, hey, you know, I need clothing and this and that or whatever, you know, and I tell him, address your lieutenant.  She should write in a clothing slip, and you know, so on, so on, so on.  So then I left, I went back up to the custody hall to grab me some water or whatever.  Lieutenant Koen, I want to say he was just coming in.  I can't recall.  I remember hearing that signal over the radio.  Went through -- back through the gates.  The other lieutenant was coming from his cell house, which is right there, B, boy.  Went over there.  Sergeant Walton met us at the door.  She was like, there's a huge fire going on 200 North.  When the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

-- excuse me.  When the signal was called on the radio, they said 1071, 200 North, A Cell House.  And she was like -- she was telling us it's a huge fire.  So get up there.  I want to say it was in 252.  So you got 250 and 248.  By the time I got to 248, I was just met with, like, a huge, like, heat wave.  It was very hot, very, very hot.  And the only thing I can remember, I see Lieutenant Koen, you know, trying to get him out the cell or whatever.  And he's, like, ducked down.  His hair almost caught on fire. That's how hot it was or whatever.  I remember seeing, I want to say it was Crockett up there.  They said they used all the fire extinguishers.  I remember the fire chief came up there.  Shortly after it was either McCormick or Koen called the 3000.

The firemen came up there.  I remember seeing Koen trying to pull Mr. Smith out and then he, like, backed up because, I guess, you know, the flames or something.  Like, I didn't get too close.  I was there, but I didn't get close to the cell because I know me personally what I can, you know, take.  It was very hot.  Then you had all the nurses, you had all the firefighters up there.  So I'm looking around the scene.  I see inmates out.  And so it's just all hectic.  So I was like, okay, it's us first responders up here.  I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

cannot stay up here.  Somebody has to do crowd control. Who is watching us?  Who is watching our six?  Who is watching our 12?  Because at this point, anything can happen.  Like, this signal can turn from a 1071 from a 3000 to staff assault.  I have all the staff members on this range and inmates out.

So I conducted crowd control.  I walked around.  I seen this thick smoke everywhere or whatever. So I told the sergeant -- I remember telling Lieutenant we have to evacuate this cell house and this is how it's going to go.  I said, the north side, I'm going to lock the doors and we're going to go through the front, go in the front and go to the recreation building through the front door.  I said, the south side is going to go through the back door and go through the gates through the back door and go into the recreation field through the side gates back there.  So it was me.  I had Cross, Crockett.  I -- I know I called some supporting staff. I can't recall who I called, but I was calling people everywhere.  I was like, hey, I need your help.  We need hands on on the situation.  So you had the medical staff and McCormick and Koen, and you had Sergeant Lee up there dealing with the 1071 and the 3000 while I'm trying to get the rest of these guys out.

The signal lasted from 10:58 to 3:30 p.m. and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

155

during the signal, there was another -- it was, like, a fight in the kitchen.  So me and Koen had to run to the kitchen to handle that and the only thing we did was cuff the guys up and put them in a holding cell in the custody hall and ran back to the signal.  Once the cell house was cleared out, I don't -- I can't recall when they removed Mr. Smith from the unit.  I know I seen them remove him from the unit and take him up to the custody hall with the nurses and everything.  Once that happened, the firefighters was still working on the fire.  The fire kept on reigniting so they was still up there working on them.

Once we got the cell house evacuated completely, the -- I believe the state police and everything else, they went in there and did their investigation and everything.  Once they were done and once the firefighters cleared for the inmates to go back in their cell, I had supporting staff then. Everybody had keys to the range and we was bringing them in one range at a time and securing them in their cells.  I just remember that was a long day, but yeah.

Q.  Okay.  I just want to go back and walk through things a little bit more.  So you said you were in the cell house, A Cell House two hours before the fire started; is that right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

A.   Yes.  Yes.

Q.   Okay.  And you didn't go back in until after the 1070 was called, right?

A.   Once it was called, yes, I went back in.

Q.   Okay.  So you weren't in the cell house when the fire started; is that right?

A.   No.

Q.   Okay.

A.   No.

Q.   So you first realized that there was a fire, that there was a problem when you heard the code called over the radio, right?

A.   Yes.

Q.   Did you hear the fire alarm go off?

A.   You can hear it once you left outside, like, the gates to go to A Cell House, then you heard it, but inside the custody hall, you will not be able to hear it.  The only fire alarm you can hear inside the custody hall is either from B Cell House, I cell house, which is connected to the custody hall, and D, David because their fire alarm is, like, loud.  But as far as A Cell House, I did not hear the alarm myself until after they called the signal and I went out and was heading towards the unit.

Q.   And if you --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
157

A.    Only when I got outside, could hear it.

Q.    Oh, I'm so sorry.  I interrupted you.  You said -- what was that last thing you said?

A.    Yeah.  When I got outside the door, the gates, you can hear it.

Q.    Okay.  So when you got closer to A Cell House after you'd already heard the code called you then heard the fire alarm?

A.    No.

Q.    Oh, I'm sorry.

A.    When I was in the custody hall, they called the signal, signal 1071, A Cell House, 200 North. Walked right out the gates.  As soon as I walked out the door, you could hear the fire alarm going off.

Q.    Okay.  Right after you walked out the gates out of the custody hall, right?

A.    Yes.

Q.    And about how long would it take you to walk from the custody hall to A Cell House?

A.    What?  Like, 30 seconds.

Q.    And is that leisurely or is that, like, if you're hustling?

A.    That's if you're hustling, like, power walking hustling.

Q.    Okay.  All right.  So you were in the custody

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
158

hall.  What were you doing in the custody hall when you heard the 1070 called?

A.    I was drinking water.

Q.    Okay.  And where were you drinking water?

A.    Right there by the gate because me -- Koen came in and I was literally about to go back outside the gate.  So I just had a cup of water and was drinking and asked my captain, hey, you good?  Do you need anything?  Going back out to do my rounds.  And that's when they called it.  So I was literally right there by the gate.

Q.    And Koen and McCormick were there as well?

A.    McCormick, I want to say -- I don't recall, but I believe McCormick was coming out his cell house, which is B, boy.  So when you come outside the gate, B, boy, Cell House is literally right there.  So the door is right there.  So he was literally coming out the cell house as we was coming out our -- our gate.

Q.    Okay.  So he came out after the code was called, right?

A.    We basically met each other at the same time.  So like, you know, he's coming out his cell house and we're coming out the gate so it's, like -- yeah.

Q.    Okay.  And just to be clear, the code had been called before you kind of ran into him there, right?

A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

Q.    Okay.  So the code was called.  You were near Koen at that time, and then you started going back into the -- back through the gate back to where the cell houses are and you run into McCormick and then all of you go together to A Cell House; is that right?

A.    Yeah.

Q.    And were you guys running, were you walking?

A.    Well, you know, Koen is, like, a little bit, you know, more skinnier than us, so you know, he's, you know -- he's squad and everything.  So he -- of course he had his athletic legs going or whatever.  You know, me and McCormick, we a little, you know -- a little on the heavier side.  So of course he's going to get there before us anywhere, but we was all there.

Q.    Okay.  So you all arrived there around the same time.  Was the gate open at A Cell House?

A.    Yes.  The sergeant was right there at the gate and told us was a big fire going on in 200 North in the back.

Q.    And how long --

A.    So that's when we --

Q.    Oh, go ahead.  Sorry.

A.    That's when we walked in there.  Koen already -- like I said, he more athletic or whatever, but he was already ahead of us.  But yeah.  So we all went upstairs

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

160

to 200 North and we see thick smoke, fire, and I believe it was Crockett on the range who came. Crockett was there.  That's what I want to say.

Q.   And when you got to the A Cell House, before you even went in, when you saw Sergeant Walton, could you smell smoke?

A.   Yeah.  And the look on her face could tell -- I could tell that it was bad.

Q.   And what could you hear when you arrived?

A.   I hear inmates yelling, saying that they can't breathe.  That's what prompt me, you know -- because usually in post orders, it says, evacuate the nearby cells.  That's why I was seeing inmates from 100 and 200 North, you know, running around or whatever.  But the thing is they were not leaving out the cell house. So that what prompted me to, like, you know, okay.  We got to split this team up.  I need to do crowd control.

Q.   And the inmates were screaming, right, when you arrived?

A.   They said, I can't breathe.  You all need to get -- get him out the cell, and you know, we need to get out the cell.  So that's when I don't know if it was me or the lieutenant then instructed them.  It probably was me.  Like I said, it was two years ago. They were instructed to evacuate the first three floors on the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

161

north side.

Q.   And who was instructed to evacuate?

A.   The sergeant and she had Cross because I know Crockett was on the range.  I said, hey, you know, 1, 2, and 3 because I knew what the evacuation plan for A Cell House would've been because I've been through it.

Q.   Okay.  And so as soon as you got there, you gave the instruction to start evacuating or was that after you went up?

A.   No.  Once you -- oh, I'm sorry.  So once you start hearing the inmates yell like, oh, I can't breathe, this and that, and then you see smoke, you smell smoke so of course, you know, you -- quick decision as the assistant shift supervisor say, you know, evacuate the 100, 200, 300 North.

Q.   Okay.  And was that when you were already up on the 200 range or was that before you went up?

A.   As I was going in, going on my way up the stairs.

Q.   Okay.  And --

A.   And --

Q.   Oh, I'm sorry.  Go ahead.

A.   No.  Yeah.

Q.   Okay.  So you were going in.  You talked to -- let's just back up a little bit.  So you get there.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
162

Sergeant Walton lets you in, tells you that there's a huge fire, and you smell a lot of smoke and you hear people screaming, right?  I mean, there's a huge fire and a lot of smoke.  People are scared, right?

A.    Yeah.

Q.    So it's, like, frantic screams for help, right?

A.    Yes.

Q.    Okay.  And it was a lot louder than you're used to, right?

A.    Yeah.  Yes.  You know, in a situation like that, you could tell the staff members, you know, by the look in their face, whatever, and I'm in the same boat as them.  We never been through something like this, but somebody out of all of us has to be calm, has to think quick, has to make decisions to make sure everything goes good, to make sure the safety and security of staff and the inmates, make sure everybody, you know -- make sure, you know, they know that they have somebody that they can depend on that can guide them and let them know, hey, you know, this situation going to do A, B, and C.  We got to do this.  We got to do that, so.

Q.    And you wanted to be that calm voice for everybody?

A.    I did not want to be that calm voice for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
163

everybody, but as I was assessing everything that was going on, and you know, somebody had to be that person to make certain decisions.  Like, I let Lieutenant Koen and McCormick, you know, we had to split the team up. They handled the fire.  They had the nurses up there. They had the firefighters up there.  There was enough people up there.  So now I'm thinking about the cell house.  We have almost half the cell house out already, and they're just standing there.  They're not leaving out the cell house or anything.  So now we need crowd control.  We need some type of structure because right now we're thinking of the safety and security right now because at any given time because of this situation and they probably be mad or whatever, and they can just come in and attack all of us at once.

Q.   And the tensions were high, right?  I mean --

A.   Yes.

Q.   -- the inmates were very scared.  It was a scary situation.  People were worried for their safety.

A.   Yes.

Q.   There were huge flames, right?

A.   Yes.

Q.   Could you see the flames when you arrived at the cell house door?

A.   Not at the cell house door.  When I went

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
164

upstairs to 200 in the front of the cell, you could see the black smoke rolling.  You see, like, the flames coming out the cell and it was pretty thick and it was very, very hot.  That's the worst I ever seen, so.

Q.   And who was giving instructions prior to you and Lieutenant Koen and Lieutenant McCormick arriving in the cell house?

A.   Like I said, when we got there, the only thing I can remember -- that I can recall is Sergeant Walton saying there's a fire on 200 North and it's -- it's a big, huge fire.  And once you enter the cell house, you can, like -- you can smell it.

Q.   Okay.

A.   You can smell -- you can smell smoke.  Like, that's how I knew and the look on her face.

Q.   And so when you got there and you -- she told you about the huge fire.  You saw that she was really scared or freaked out or something.  You know, you knew it was a big deal.  You walk in.  And who -- you said that you immediately started saying that they should evacuate the first three ranges; is that right?

A.   Yeah, because I'm the only one that would know about that because I remember my training from evacuating A Cell House doing those drills.  I wouldn't say Sergeant Walton was scared.  I would say that, you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

165

know, she had that look on her face, like, oh, this is my first time dealing with this, like, and it's a huge fire.  So it's more of, like, you know, it's your first time dealing with something you're like, oh.  So instantly, I have to, you know, be an assistant shift supervisor, whatever.  It's like this.  You have to make -- be able to make quick decisions regardless if you're nervous or not.  Was I nervous?  Of course I was.  I've never been in a situation like that before, but thanking, you know, Taylor and the custody supervisor and everybody else for like, previous training to prepare me for this, you know.  That's what made it a tad bit easier to handle, maybe ten percent. I wouldn't say 100 or 50 because, like I said, this was my first time dealing with something like this.

**Q.   And you said you had to take charge to do the evacuation because you were the one who had the training and knew how to do the evacuation.  The others didn't know how to do the evacuation, right?**

A.   I wouldn't say they didn't know.  I would say they probably was in shock.  Like I said, it was their first time dealing with something like this, but somebody has to step up in certain situations.  We are all as one.  It doesn't matter if I had the training or not, but somebody had to think and somebody had to think

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
166

quick and fast.  When I noticed that everything -- like, inmates was just standing there looking up at the situation was going on and they wasn't leaving, they wasn't moving, and then, you know, I hear loudness.  So yes, something had to happen.  And you know, first thing I did, see where the sergeant at, where the officers at?  Where is everybody at?  Take accountability for all staff members that are in that cell house and say, this is the game plan.  We are going to evacuate everybody, and this is how it's going to go.

Q.   Do you know if the other people in the cell house knew how to do the evacuation?

A.   No, I don't know.  But it went as smooth as it could go, to my -- to -- in my opinion.

Q.   And the evacuation didn't start until you got there, right?

A.   So what I've seen on the camera -- well, yeah, I was on 200, so yeah, from my knowledge, probably so. I can't remember back two years ago but probably so.

Q.   Okay.  And so you came into the cell house. Koen was first because he's just the fastest, and then you, Koen, and McCormick all went straight up to the 200 range?

A.   Yeah.  Crockett was up there as well.  Then next minute I know, a 3000 call.  So now you got, like,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

167

20, maybe 15 staff members.  You have nurses up there. You have the firemen up there.  You have first responders up there.  It's like, okay.  Then I'm looking around.  Like I said, what caught my attention, I see inmates just staring, looking up.  So I'm like, okay, this is not safe.  This is not safe at all.

Q.    The only staff member you saw when you got up to the 200 range was Officer Crockett, right?

A.    I seen Crockett and Koen.  Of course, Koen beat us there, but Crockett was up there.

Q.    Okay.  And do you --

A.    And --

Q.    Oh, go ahead.

A.    No.  You go with your next question.

Q.    Well, do you remember seeing anyone else up there?

A.    Memory wise?  No, but when I looked at the video, now I'm like, oh, okay.  So I see the nurses and oh, okay, I see the lieutenant.  I seen Lee, Sergeant Lee.  Who else did I see?  Besides the firemen, the fire chief was up there.  That's about all I can remember.

Q.    Were they up there when you arrived or did they arrive after you?

A.    After me.

Q.    Okay.  So --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
168

A.  When you -- when I went up there, it was Koen. Of course, he's already sprinting down a range.  He's gone.  Crockett, then you see me and McCormick -- me and McCormick go up there.  Everybody else is coming from behind.

Q.  Okay.  And how fast do you think Koen got from the door up to the 200 range?

A.  He skipped steps.  He has long legs, so I know he skipped some steps.  So he was up there probably within -- from the front door -- because the steps are like this and if you, like, run up one step at a time, you're going to trip yourself.  Did that plenty of times.  So Koen probably got up there, like, within seconds.

Q.  Ten seconds, 15 seconds?

A.  Maybe ten, give or take.  He was skipping steps.  He probably skipped, like, three, four steps. He got long legs.

Q.  And is the front door or the officer's station closer to the stairs to go up the range?

A.  Okay.  So all right.

Q.  You know what?  Let me pull up the map.  Let me do that.

A.  Yeah.  I was about to get, like, some snacks or whatever and just build something real quick.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

Q.   Yeah.  Let me pull up a map.  We'll do that.

MS. PIERCE:  So I'll make this Exhibit 4.

(EXHIBIT 4 MARKED FOR IDENTIFICATION)

MS. PIERCE:  Give me one second.  All right.

So this is Exhibit 4.  It's State 014648.

BY MS. PIERCE:

Q.   So can you see this okay, Lieutenant?

A.   Yes.

Q.   Okay.

A.   Oh, I wish -- I wish it was, like, touch screen where I can, like, point and you see where I'm pointing that to.  Okay.

Q.   Well, you just tell me where you want me to go, but let's just start from -- this is the evacuation map that's posted --

A.   Yes.

Q.   -- in the cell house, correct?

A.   Yes.

Q.   Okay.  And then this little primary exit right here, this is where you -- where -- do you see where it's labeled primary exit?

A.   Yes.  That's where we came in at.

Q.   Okay.  So that's where you came in and then this little arrow, if you go straight down, there's a staircase right there.  Is that the stair that you went

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

170

up?

A.    Yeah, so how we entered the stairs, so you see the small middle white arrow that's going to, I want to say your right?

Q.    Yes.

A.    That -- and it's, like, an empty space in the middle?

Q.    Yep.

A.    So right there, it's a gate and you go there and you go up the stairs that way.

Q.    I see.  Okay.

A.    And the gate was open and ready for us to go up the stairs.

Q.    Okay.  So kind of this -- there's two staircases that are on this map, one on the south --

A.    North side one.

Q.    -- north side and one on the south?

A.    Yes.  Yes.

Q.    Okay.  And just wait until I finish talking, just so the court reporter can get everything down.

A.    Oh, I'm sorry.

Q.    You're okay.  I just don't want us talking over each other because that's hard for the court reporter.  So there's a staircase here on the north side, a staircase here on the south side, and right in



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

171

Q. between them, that's where the gate where you would go up the stairs, right?

A. Yes.

Q. Okay. And then the officer's station is just over here on the north side, correct?

A. Yes.

Q. Okay. And so they would go in that same gate to go up the stairs?

A. Yes.

Q. Okay. And same thing, they could probably get up to the 200 range if they're hustling, 15, 20 seconds, right?

A. Yes.

Q. Okay. Maybe less if they're like Lieutenant Koen, skipping steps?

A. Exactly. Yes.

Q. Okay. So you came in here. You went -- Lieutenant Koen was in front of you. You went straight up these stairs to the 200 range. You see -- as soon as you get up there, you see all the flames, the smoke. Are there any incarcerated individuals that are already out of their cells?

A. At that time they were still in the cell. Like I said, they was saying they can't breathe or whatever so that's when I yelled -- okay. Now I'm starting to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
172

remember.  So when I got up to 200 North, inmates were in their cell.  They was like, I can't breathe, this and that, and that's when I yelled and told Sergeant Walton to start evacuating 1, 2, and 300 north.

Q.   Okay.  So you yelled to Sergeant Walton to start evacuating 1, 2, and 300 North?

A.   Yes.

Q.   Okay.  And did you stay on the 200 range for a little while?

A.   I stayed up there for I don't know how long, but it was for a little while.  I know it wasn't for like, 20 minutes or whatever, but it was up there for a little bit until --

Q.   Maybe five, ten minutes you were up there?

A.   Yeah.  Until I started looking down on 100 North to see the inmates just standing around, not moving, looking up.  So that's when I went back up front and started, you know, saying this is our plan. This is what we're going to do.  We're going to evacuate the whole cell house.

Q.   Okay.  So if I understand correctly, you got up there.  You saw people saying they couldn't breathe.  You sent Sergeant Walton to start the evacuation and then you were up there for five, ten minutes and you looked down and people weren't leaving so you're like, I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
173

better go help with this; is that right?

A.   Yes.

Q.   Okay.  And while you were up on the 200 range, what did you do while you were up there?

A.   I was up there trying to see what I can do, what they need me to do.  I mean, like I said, it was Koen and McCormick, and you know, you had Crockett up there and then, you know, you had the fire chief eventually came up there or whatever.  So like I said, it was pretty hot.  For the amount of people that was in front of me, I did not see that Koen got the door open but as I looked at the video, he did, and I was like, oh, I didn't see that part.  You know, you have people in front of me or whatever.

So I was up there, and you know, I was like, hey, you know, do you need any help with anything or whatever?  He was, you know, trying to get him out. The fire was too hot, trying to get the fire extinguishers and stuff.  So once the firemen came, and like I said, once I looked on the flag and see this was going on and inmates weren't leaving or whatever and I just instantly was like, okay, let me, you know, push these inmates out.  Let's evacuate the cell house.  You know, this is -- this is not good.  This is safety and security right now.  Like, we all can get attacked right now.  So I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

decided to evacuate the whole cell house.

Q.    And at any point during this, were you communicating with Captain McCann?

A.    Via radio.  He heard everything over the radio.  I can't recall if I called him or radioed him and said, hey, I'm going to evacuate a whole cell house. Of course he had his cameras up so he was watching everything that was going on.

Q.    Do you remember any instructions he gave?

A.    I'm trying to think.  I'm trying to think. I'm trying to think.  I'm trying to think.  He did ask -- like I said, I don't know if I did it on the radio or the phone or whatever, but he did ask if I was evacuating and I was telling him what I was doing or whatever.  He asked what was the status on, you know, Mr. Smith and I told him, get a trip team ready, which is if it's a medical emergency or anything -- anything that's catastrophic like this, you always get, like, a hospital trip team ready so he can, you know, be exported to the hospital with EMS and everyone else. But he has cameras and he was watching everything as well, so.  He was being updated as well.  I don't know if McCormick or Koen said something to him, but I'm just speaking on myself, so.

Q.    And when you decided to evacuate the rest of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

175

the cell house, did you do that yourself or did you instruct somebody else to do it?

A.    No.  I had supporting staff.  Everybody has keys.

Q.    Okay.  So you --

A.    My job was --

Q.    I'm sorry.  Go ahead.

A.    My job was to push them out because a lot of them was being stubborn.  They didn't want to go. They, you know, wanted to stay around or whatever.  But like I said, I have rapport with majority of them so once they see me, you know, they, you know -- they left.

Q.    Okay.  And so you were kind of pushing them out at the bottom, but you weren't going up to the cells to let people out, right?

A.    No.  I was walking the ranges.

Q.    Oh, okay.

A.    The officers was unlocking the door.  I was walking the range, like, hey, come on.  Let's go. Let's go.  Let's go.  You know, a lot of them was like, oh, I need to take this, need to take that, you know? So I was walking the ranges, like, hey, let's go through the back stairwell, especially on the south side or whatever. Then, you know, on the north side, I was pushing them out, too.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

So I was walking the ranges and going behind those officers, make sure everyone was out of those cells.  We double-checked to make sure everyone was evacuated.

Q.   **And before you started that evacuation, when you were on the 200 Cell -- the 200 range, did you go get any fire extinguishers at any point?**

A.   There were no fire extinguishers laying around because they had used them all.

Q.   **Okay.  So they had used them all prior to you arriving?**

A.   Yes.

Q.   **Were there other fire extinguishers on other ranges?**

A.   I didn't go on other ranges when I directly went in there.  But I know when I came in, it was like fire extinguishers, like in the beginning of the range, like right there.  So when you go up to each range, it's like a platform that you walk and then have to go to the next set of stairs.  So I just seen like fire extinguishers on the platform.  I'm like, when I got to the fires, I'm going to get some more fire extinguishers.  And then I don't know who told me, but I was advised they used all the fire extinguishers.

Q.   **Okay.  So did -- were they out of fire**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

177

extinguishers at some point?  They were just standing there because they didn't have any more fire extinguishers?

A.   Well, once I was advised that, like I said, the firefighters came right behind me and I seen the fire chief, he had the ABC, so -- and I think at one point, according to the video, the firefighters had to go refill theirs.

Q.   Okay.

A.   At one point.

Q.   And the firefighters weren't right behind you, right?  It was a few more minutes before they came, right?

A.   I don't know how long was it before came. Maybe a minute because like I said, they got to get released from their units, go to the fire station, put on their equipment, and come to the unit.

Q.   When the chief came first and he wasn't in his gear, right?

A.   No, he wasn't in his gear.

Q.   So was there any point at which, when you were on the 200 range, no one had a working fire extinguisher?

A.   Like I said, when I got up there, you could see like the fire extinguishers, like laid over there,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

178

they look empty.  I mean, they felt -- I kicked one of them by accident, but the officer, like I said, he was like, we don't have no more fire extinguishers.  But like I said, once the firemen and the fire chief came up there, they, you know, put the fire out, but it still took a long time for that fire to go out.

Q.    Okay.

A.    It kept on reigniting.

Q.    But when you got up there, Crockett was like, we don't have any more fire extinguishers; is that right?

A.    Yeah.  I asked him.  I said, where's your other fires?  We don't have no more.  They used them all.  So the firemen came.  The fire chief was first and then the firemen came.  I don't know.  It was not that long when they came to the range, I can tell you that much.  But I cannot pinpoint, like, how long it took. It really was not that long at all.

Q.    All right.  I'm going to stop sharing Exhibit 4.  After all this happened, did you hear any complaints from any of the inmates about the response to the fire?

A.    Of course, you know, inmates going to say, you know, their opinions or whatever.  I -- I got a lot of compliments on my end for like, evacuating all of them. As far as them complaining about the fire, a lot of them

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
179

said he was in that cell screaming for help for a hour, which that was impossible, for a hour. They was like, oh, the fire was going on for two hours. I'm like, huh. So that's a lot of like fictional stuff that I received from them. But as far as like getting the evacuation and stuff, I'll -- they credited me for that or what. I was like, we appreciate that or whatever. So -- but you know, it's just hearsay from there -- from them. Because I was not there in the cell house when it started. So I really don't know how the vibes were, what the cell house was sounding like, or you know, this and that. So I don't know the initial. That's something you got to ask the people that was assigned to that unit.

Q.   Well, whether or not the inmates were maybe exaggerating a little bit, they were telling you that there were -- the fire was going on for a while before someone responded, right?

A.   Yeah. They was giving me like, oh, it was going on for an hour or two hours. It was a fire. But then they telling me, oh, it was going on for two hours. It was going on for an hour.

Q.   But did you take the complaint seriously that the response was slow?

A.   I went to -- I didn't see the video initially,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

180

so I don't know how their response was initially.  I didn't get a chance to break down the video of the fire because, like I said, that -- that was a day that, you know, I would not say I try to forget, but you know, try not to dwell on, you know, because it was very -- my first one, it was very something that, you know, you don't forget, but it -- it was one of those like, oh God.  I did talk with staff afterwards and I asked them. I'm like, did you hear inmates screaming saying it was a fire?  Like, you know, how long did it take you to get up there or whatever?  You know, from their opinion, they was telling me, you know, they said it was a fire. And then we went right up there.  And that's their word against their word.  So I wasn't there, but I did ask questions and I'm quite sure everybody else asked those same questions to them.

**Q.   Do you think it was important to figure out if there was issues with the response to the fire so that you could make changes to reduce the risk that this happened again in the future?**

A.   I mean, I did tell him.  I told him, I'm like, I hope you all responded in a timely matter.  I hope you did, you know, your initial response, what you did, you know, I hope you did what you needed to do per policy. I hope you took in all training and drills that you have

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

181

done in the past and currently took that into consideration with your decision-making today in this event.  So at the end of the day -- end of the day, we are all together and you are not alone, and we should be helping each other and we will help each other.  So hopefully, you know, like I said, that's their first time dealing with something -- that's my first time dealing with something like that.  So I did have a talk with them.

Q.    Do you think there's anything they should have done differently as to fire?

A.    It's pretty hard to answer that question since I was not there.  And like I said, I didn't break down the segments of the video as much as I wanted to, because I had other stuff going on and whatever.  I would say they did the best to their abilities of what they can do, what they did.  The only thing I would say with the video, I mean, it was horrific.  But like I said, they did the best of their abilities.  I mean, it is of course, everything is not going to go perfect.  There's always room for improvements to prevent something, you know, something like this to happen again.  So you live and you learn from it, and it is very unfortunate, but you live and learn from this for the rest of your life.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

182

MS. PIERCE:  I'm going to show you what I'll mark as Exhibit 5.

(EXHIBIT 5 MARKED FOR IDENTIFICATION)

THE WITNESS:  Okay.

BY MS. PIERCE:

Q.  And this is State 021612.  It's an Excel sheet produced in native format.  So this is --

A.  Oh, excuse me.  Yes.

Q.  My understanding is this is the ISP shift roster for January 14, 2023 and the a.m. shift.  So the time of the fire; is that right?

A.  Yes.

Q.  Okay.  And I want to go down here.  So you were the assistant shift supervisor and mister -- Captain McCann was the shift supervisor, correct?

A.  Yes.

Q.  And Lieutenant Koen was the DCH Zone lieutenant?

A.  Yes.

Q.  And Lieutenant McCormick was the BF dorm zone lieutenant?

A.  Yes.

Q.  And then the person -- the lieutenant in charge of A Cell House was Nadine Smith, right?

A.  Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

183

Q.   Do you recall seeing Lieutenant Smith at any point during the fire response?

A.   I would say now, before looking at the video, I would've said, no, because I can't recall, you know, seeing this, you know, seeing her or whatever, maybe because she -- I don't know.  But after looking at the video, I seen that she was on the range as well when I was up there.  And then I think I left her on the range to take care of the evacuation or whatever.  So I seen her, but then again, it's like you could see a person and don't see a person.  So it was so much going on that day, it's just, you know, I didn't run into her that much, but I know by looking at the -- the video that she was on the range.

Q.   Okay.

A.   When I was up there.

Q.   When you say the range, you mean the 100 level, right?

A.   200.

Q.   She was on the 200 level?

A.   Yeah.  When you look at it, she was right there.  She walked up behind me.

Q.   Okay.  She walked up right behind you?

A.   Not right behind me, but she came up there eventually.  I don't know how long it took her.  It took

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
184

her some minutes, but --

Q.    Okay.  So she wasn't up on the 200 range when you got there?

A.    No.

Q.    And do you remember seeing where she was when you got to the cell house?

A.    The only person I can recall seeing walking in that door is Sergeant Walton because Cross and Crockett was not down there.  I know I seen Crockett on the 200 range.

Q.    And where was Cross when you arrived?

A.    I cannot recall where he was at during that time.

Q.    And you said after you arrived at some point, Sergeant Lee arrived; is that right?

A.    Yes.

Q.    And he on -- is he on here at the PDR sergeant?

A.    Yes.

Q.    What's the PDR sergeant?

A.    The kitchen sergeant.  So when they eat or whatever, you have a supervisor there, which is the -- the prison dining room sergeant.  And then you will have an officer.  Then you'll have other staff member there to watch the inmates while they eat their food. So he

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

185

was in charge of the kitchen.  And then he also had another officer who was -- who can run the kitchen as well.  So Sergeant Lee was assigned as a first responder that day, I believe.  If not, then I have to call him from the PDR.

Q.   And had you worked with Sergeant Walton before?

A.   Never worked with her before.  That was my first week because I just got moved on days that week.

Q.   And had you ever worked with Officers Cross or Crockett before?

A.   No, that was my first shift on days.

Q.   And what about Lieutenant Smith, had you ever worked with her before?

A.   I remember when she started, so I was doing a lot of overtime, so I come in and help feed in the kitchen.  That's the only time I really seen her.  But as far as working in the cell house or something, no.

Q.   Okay.  And I'm just going to look up at the top right now.  This section where it says, QRT, you see that?

A.   Right.

Q.   That -- those are the first responders, right?

A.   Well, wait a minute.  That was not correct that day.  That's not correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
186

Q.    Why do you say that?

A.    Because -- scroll down, I'm going to tell you why.  Scroll down.  Let me see where everybody at -- sergeant -- because those people on that roster, that QRT part was not assigned to our group.  They are on different shifts.  That's why I say that was not correct.

Q.    Well, the first one here is Ernest Williams and he's --

A.    Checkpoint 2, the Main Street Sergeant.

Q.    Okay.  So do you think that that's correct, that Sergeant Walton was one of the QRT members?

A.    You mean Sergeant Williams?

Q.    I'm sorry.  Sergeant Williams, yes.

A.    Yeah.  That would be correct that he was a QRT -- on the QRT team.

Q.    Okay.  And these other ones you believe aren't correct, Arnold, Tyus, and Robinson?

A.    No.

Q.    Do you know who was on the QRT team with them?

A.    It was me, McCormick.  It was Koen, and I would say Sergeant Williams.  I can't remember, but yes.

Q.    And who was in charge of the QRT team?

A.    The number one which I cannot remember who was the -- well, no.  The number one, which is the team

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

leader, and that would've been me because I looked at a video. I was carrying the -- the MK 90, so I was the number one.

Q. Okay. And so what were your responsibilities? I'll stop sharing 5. What were your responsibilities as QRT team leader?

A. QRT team leader responsibility is to cover the team, instruct the team. Since I have the 90, let's say something bad is going on or whatever, somebody at -- in the team has to step back since I had the MK 90 and cover the team and protect the team.

Q. Anything else?

A. Usually the number one does not get hands on because they have the MK 90. So they're supposed to protect the team. So everybody else, like number two, the three, and four gives hands on, and you know, do what they do with -- with depending on the signal. So they cuffed the inmate, or you know, it's a 3000 or whatever, you know? Well, if it's 3000, we all pretty much hands on with those or whatever. So yeah.

Q. What's a 3000?

A. Medical emergency.

Q. And what's the MK 90?

A. MK 90 is basically OC. So a big can, it's about this big. It's to protect the team. So anytime,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

188

you know, you go to, like, a fight or staff -- emergency staff being assaulted, even like a 3000 that could be a fake 3000.  You never know.  So any signal you run into and you're the number one and let's say it's a setup or whatever, I have the MK 90.  I can deploy it to distract the inmates and get my staff and everyone else out safely.

MS. PIERCE:  All right.  I'm going to share what I'll mark as Exhibit 6.  And this is State 008576 to 85777.

(EXHIBIT 6 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   Okay.  I'm going to go to the second page.  Is this your signature here, Lieutenant Jones?

A.   Yes.

Q.   Okay.  And is this the incident report that you filled out related to the fire that killed Michael Smith?

A.   Yes.

Q.   Okay.  And where did you fill this out?

A.   After the signal was cleared, after everyone was put back in their cells, it was filled out in the custody hall, in the assistant shift supervisor office on the computer.

Q.   Okay.  And that was before you left for the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
189

day, right?

A.   Yes.

Q.   Did anyone tell you to fill this out or did you just do it on your own?

A.   With signals and incidents, all of them, everyone who's involved in the incident has to fill out a incident report.

Q.   Is there any instruction that you're given about what information to include in an incident report?

A.   No.  I just fill it out to the best of my abilities or like what I did, what I witnessed at that time.

Q.   So let's go through this together.  So here, did you fill out this part where you list everybody who was involved?  Lieutenant McCormick, Lieutenant Koen, Lieutenant Jones, Lieutenant Smith, Sergeant Lee, Sergeant Walton, Officer Cross and Officer Crockett?

A.   Yes.

Q.   Okay.  And then after you filled this out, did you turn this into Captain McCann?

A.   Yes.

Q.   Okay.  And then the description of the incident you wrote, "On January 14, 2023, at approximately 10:58 a.m. a 1071 was declared, an ACH on the 200 North range.  Upon arrival of the first

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

190

responders, Officer Cross and Officer Crockett were on the 200 North range in front of cell 252, attempting to extinguish the fire.  There was black smoke and a blaze rolling out of the cell.  Lieutenant Koen were [sic] able to unlock the cell door and attempted to remove incarcerated individual Smith, number 953102, from his cell A252.

"Due to incarcerated individual Smith not responding to any verbal commands, a medical emergency was declared, signal 3000.  The firemen were activated and assisted Lieutenant Koen and Lieutenant McCormick in removing incarcerated individual Smith from his cell. Lieutenant Koen and Lieutenant McCormick along with medical staff placed incarcerated individual Smith on a medical gurney, began lifesaving techniques, and escorted the incarcerated individual to their custody.

"ACH incarcerated individuals were evacuated from the unit and placed in the recreations yard due to the thickness of the smoke.  EMS arrived on grounds and declared incarcerated individual Smith deceased at 11:18 a.m.  The firefighters cleared out the cell house and all investigations were completed.  ACH incarcerated individuals were placed back in their cells without further incident.  The signal 3000 was cleared at 11:18 a.m. and the 1071 was cleared at 15:30."  Did I read

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

191

that correctly?

A.   Yes.

Q.   Is that consistent with what you remember from the day of the fire?

A.   Now, you know, just reading this, yes.  The only thing I left out is like Cross.  Cross had to be probably been on the front of the range or whatever.  Like I said, it was a lot going on.  So this was two years ago.  So it's like I remember bits and pieces of everything.  But after the fire, you know, I remember I asked Koen, you know, what he was doing, what was going on or whatever.  So all of this, I was not there when they removed the body.  I was not there when -- hold on, let me see.  I was not there when they placed him on a gurney and then life techniques -- saving techniques.  But my report was written with every question I asked all the responders at that time.  I asked them what happened, what -- what happened when you went up there, and -- and X, Y, and Z.  So with the thick smoke and the evacuation and EMS arriving on grounds or whatever and declaring him dead, I would -- I got that from Captain McCann.  He told me that.  As far as the evacuation and everything, yes, that was my part.

Q.   Okay.  So this information here is what you observed, but also what other people told you happened,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

correct?

A.  Yes.  What they observed.  So it was like a general of everybody's.

Q.  Okay.  So this has not -- so some of this stuff, you don't have personal knowledge about.  It's things other people told you as well?

A.  I mean, I have knowledge of it, you know, but this is like a summary of the incident itself.

Q.  Right.  And I just -- oh, sorry.  Go ahead.

A.  As assistant shift supervisor, I was trying to write reports in full details of the whole thing, like a summary of everything and be as detailed as I can be. So when I wrote this report, that was my mindset. That's what I did.  I wrote a summary and was as much as detailed as I could be into my report.

Q.  Okay.  But just to be clear, some of the stuff on here, you might not have actually seen happen, but somebody else told you that it happened.  So you included it in your report, correct?

A.  Everybody had a part, yes.

Q.  Okay.  So like, you might not have actually seen, you know, McCormick place Mr. Smith on a gurney, but somebody told you about it.  So you put it in the report?

A.  I wouldn't say -- oh, I'm sorry.  I wouldn't

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

193

say somebody told me about it.  McCormick told me and I read McCormick's report and I read Lieutenant Koen's report.

Q.   Okay.  But you didn't necessarily see that happen, right?  That's information you got from other people?

A.   Yeah.  I seen him taking the -- I got the information from Koen and McCormick because I asked them directly.

Q.   Okay.

A.   What did you do?  What happened?  You know, X, Y, and Z.  Because if I was running the shift, I would ask them the same questions.

Q.   Got it.  Okay.  And when you arrived at the 200 range, was Mr. Smith still alive?

A.   I do not know.  I cannot answer that.

Q.   Could you see Mr. Smith in his cell when you were on the 200 range?

A.   I seen his arm, his hand.  That's the only thing I seen.

Q.   Was it moving?

A.   I can't recall.  It was just out the cell door like this.  That's the only thing I seen.

Q.   And when did you see that, was that when you first arrived or was that after you'd already been up

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

194

there?

A.   I probably was up there maybe 30 seconds, maybe -- maybe 30 seconds.  And Koen was trying to like get him out the cell -- when Koen was trying to get him out the cell.  Maybe it was a little past 30 seconds.  I'm not for sure.

Q.   **Was he already -- was Mr. Smith alive when Lieutenant Koen was trying to get him out of the cell?**

A.   I do not know.  I did not ask him.  That's a question you have to ask him.

Q.   **Did you hear Mr. Smith yelling or screaming at all?**

A.   No.

Q.   **Did you actually see Mr. Smith on fire?**

A.   No, I did not get that close to that cell.  Lieutenant Koen and McCormick and the fire chief were right there.  So that's a question you have to ask them.  And as far as like him yelling and screaming, that's something you'll have to ask Sergeant Walton, Officer Cross, and Officer Crockett, and Lieutenant Smith.

Q.   **When did you first learn that Mr. Smith was dead?**

A.   It was after they took him, because I was outside the cell house, trying to clear the main street before they even brung him out.  So it was maybe 15

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
195

minutes after they brung him up to the guard -- the custody hall.  Yeah.  Maybe give or take.

Q.   After you completed this incident report, did Captain McCann talk to you about the incident or the response to the incident?

A.   Pretty much we did not, you know, he -- he said we did the best that we could do.  Pretty much everyone was -- we all was like mentally, physically tired.  Like I said, that was a long signal.  And plus there was a fight in the kitchen during and in between the signals.  So everyone was pretty much ready to, you know, do their reports and just go home and just like, you know, mentally, just, you know, wind down, and you know, it was one of those days.

Q.   Did you have any other conversations with Captain McCann on a different day after the fire happened about the fire response?

A.   Did I?  I want to say I don't -- did we work the next day?  Oh, we did work the next day.  I remember I asked him like, what did he think.  He, like I said, he said, you know, you all did what you all could, you know, to the best of your ability, especially for majority of us, this is the first time us dealing with it, and you know, so that was about it. After that, I really didn't talk or didn't want to talk about the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

196

incident that happened.

Q.    Did you talk to any of the other administrators, the custody supervisor, the deputy wardens, Warden Neal about the fire?

A.    I know CISM was activated, so we -- we had to talk to them because, like I said, it was horrific or whatever.

Q.    What was activated?

A.    CISM.  So anything, it's -- anything that happens tragically at the prison, somebody that you can talk to, and vent to, and you know, somebody that listens to you, let them know, like, how you feel about the situation or whatever.  And are you okay mentally, you know, after something like that happened.

Q.    Anyone else that you talked to about the fire?

A.    I know Sergeant Walton, I talked to her to make sure she was okay mentally.  It wasn't more of like, you know, how everything went and this and that. Like I said, this is something that she and the others never been through.  So I just made sure that they were okay as a supervisor.  I mean, I know I probably need that person to make sure that I'm okay.  But at that moment, you know, I made sure that my staff was okay, and you know, if they need to talk to CISM, that they should go up there, and you know, talk to them, and you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
197

know, just, you know, just relieve a little bit of stress.

Q.   Okay.  And that's it.  That's the extent of, you know, you didn't talk to any of the other administrators or do kind of an analysis of what happened or anything like that?

A.   No.  I tried to like, you know -- you know, me, you know, just like I said, that was my first major fire, major incident, something like that happening. So I tried not -- I -- I'm a -- me personally, I'm a person like if I go through something like that, I'm more quiet.  I don't want to talk about it.

        MS. PIERCE:  All right.  I'm going to share what I'll mark as Exhibit 7.  All right.  And this is -- wait.  State, I think, 5-21.  So I'm just having trouble moving that.  There we go.  Yeah. State 521.

                 (EXHIBIT 7 MARKED FOR IDENTIFICATION)
BY MS. PIERCE:

Q.   All right.  Let me share it with you.  Okay. Do you recognize this document, Lieutenant Jones?

A.   Oh, yeah.  Now, I do.  I forgot all about that.  The interview with INI Haskell, Internal Affairs.

Q.   Okay.  And INI Haskell, is that who you spoke with as well?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
198

A.   Yeah, of course when a major incident or anything like that happens, you do get interviewed by INI.

Q.   Okay.  And who did you speak with from INI?

A.   Haskell -- Larry Haskell.

Q.   And were you honest and as complete as you could be when you spoke to INI Haskell?

A.   Yeah.  From what I can remember.

Q.   Do you believe that you would've been dishonest at all with INI about what happened?

A.   No.  I told him like, I was going to tell him that to the best of my abilities, I will remember as much as possible.

Q.   And you completed this written statement for INI on January 24, 2023, right?

A.   Yeah.  Yes.

Q.   Okay.  And we'll just go through this.  So it says on January 14, 2023, at approximately 10:58 a.m., a signal 1071 was called, an ACH.  When I arrived on scene with the first responders, Sergeant Walton opened the door and requested the fire chief and firemen.  I, Lieutenant Jones, then went on the 200 North range and seen thick black smoke and flames coming from Cell A252.

Lieutenant Koen was attempting to unlock the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

cell door, but it was too hot and smoky.  Lieutenant Koen then was able to unlock the door.  Lieutenant McCormick and Lieutenant Koen tried to retrieve Inmate Smith from his Cell A252, but it wasn't safe.  And a signal 3000 was called due to Inmate Smith not responding.  Medical arrived, and the fireman arrived on scene.  I, Lieutenant Jones, began to assist with evacuating the north side of A Cell House while Lieutenant Koen and Lieutenant McCormick and the fireman retrieved Inmate Smith from his cell.

I, Lieutenant Jones, instructed for all J3s to go into the rec yard.  Lieutenant Koen and Lieutenant McCormick escorted Inmate Smith to the custody hall on a gurney with medical.  Chest compressions were done by Sergeant Lee.  And then I believe that's your signature. Is that -- did I read that correctly?

A.  Yeah.  Yes.  Sorry.  Yes.

Q.  And that's your signature at the bottom? Maybe cut off a little bit, but --

A.  Yes.  Yes.

Q.  Okay.  And so it says -- I want to go back up to the beginning.  Well, before I do that, is this consistent with your memory of what happened on the day of the fire?

A.  Between that and my incident report, it's

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

similar.  Like I said, it was similar.  So yeah.  Yes. The only thing that's different is, you know, the chest compression part.  I was told after the fact that Sergeant Lee did the chest contraction, so that was just added to that.  As far as the beginning, Sergeant Walton requested fire chief, fireman, I don't recall that, but she probably did.  Like I said, they should have already been en route.  That's policy.  Once that signal was called, they supposed to be there already. They supposed to be en route, going to the fire station, getting their gear on, and everything.

Q.    So do you know why she requested them, then?

A.    I don't know.  Probably in panic, maybe. Maybe she --

Q.    And did you do anything to make sure they were coming?

A.    I repeated over the radio, I think, I believe, like I need all firemen, but I know I seen them running. Like, it was inmates running into the fire station as I was -- me and McCormick was going to A Cell House.  So I already knew they were coming.  They just have to put on their gear and get their equipment and come to A Cell House.

Q.    And down at the bottom, it says I, Lieutenant Jones, instructed for all J3s to go into the rec yard.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

201

What are J3s?

A. J3s are a phrase that we call the incarcerated individuals. Staff members were J1s. A J2 is like a document or property, and a J3 is inmates.

Q. Sorry. What's a J2?

A. A J2 is like documents or property.

Q. Okay.

A. Yeah. And a J1 is staff members, and inmates are J3s.

Q. Anything in here that you think is incorrect as you sit here today?

A. Gosh, I have ugly handwriting. No, that -- that all seems correct. Seems similar to the first report, so very similar.

Q. Okay. I'm going to stop sharing this, which I think was -- then you correct me wrong -- if I'm wrong, but I think we're on Exhibit 7. That was Exhibit --

THE REPORTER: Yes. Seven. Seven's correct.

MS. PIERCE: Okay. I'm going to share -- excuse me. I'll mark as Exhibit 8. And this is State 15 to State 18.

(EXHIBIT 8 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q. Lieutenant Jones, have you ever seen this before?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606




502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

A.   No.

Q.   Have you ever seen a document like it before?

A.   No, this is the first.

Q.   Okay.  So I'll represent to you that this is the Internal Affairs Report of their investigation into the January 14, 2023 fire.  Okay, so this first part of the narrative, do you see where I'm referring to here?

A.   Yes.

Q.   Okay.  So it says that based on the INI report at 10:53, the camera showed that there was flickers of a flame in the cell, Cell 252.  At 10:55, the fire is visible, but still in the cell.  And then at 10:57, the flames completely engulfed the cell and are coming outward.  At 10:58, the flames are spreading out and upwards out of the cell.  And then at 10:58, Officer Cross and Officer Crockett arrived at the cell with the water fire extinguisher.  Did I read that correctly?

A.   Yeah.  Yes.

Q.   Does that raise concerns for you that the fire was first visible at 10:53, but no one showed up until 10:58?

A.   Well, it says he -- the flames was flickering in his cell, and he did have a curtain up.  So the fire actually was not visible till 10:55, but it was still in his cell.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

203

Q.   Okay.  And does that raise concern for you that there was three minutes at the very least, three minutes that passed between when the fire is visible and when officers arrived?

A.   So the question is, when was officers notified?  Like, when did -- when did they see the fire?  When were they notified by other inmates or whoever else in that cell house that it was a fire going on.  That's the -- that's the question.

Q.   Okay.  Well, if -- that's one of the reasons that it's important for staff in A Cell House to actively monitor what's going on, correct?

A.   Correct.  But like I said, I was not in that unit.  So that's a question you would have to ask Sergeant Walton, Cross, and Crockett.

Q.   Okay.

A.   And Lieutenant Smith.

Q.   It says here at 10:58, that Officers Crockett and Crockett arrived at -- with a water fire extinguisher.  Do you have concerns that they arrived with a water fire extinguisher instead of an ABC fire extinguisher?

A.   I seen some staff use that as their go-to, but like I said, it's my first week on days, my first weekend.  I have not worked with neither one of them on

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

204

day, so I was still getting to learn staff, what they knew, and X, Y and Z. So I'm still new to this shift and I'm starting -- you know, still trying to learn these staff members and this and that, so I can't say is that frequent for them to use the water extinguisher, what their knowledge is. I mean, their Lieutenant was in that unit, so she should have known. So that's something you got to address her about.

Q. Okay. But based on your screening, you understand the water fire extinguisher was not the appropriate fire extinguisher to bring to this fire, correct?

A. If it was me, I would've told them to grab the ABC.

Q. And why is that?

A. Because ABC was the appropriate extinguisher for that fire. I mean, the water extinguisher, I used that on like little small fires when I was in D, like little paper towels or something, but that's just me. I don't know what they knew, so that's something you have to ask the lieutenant and the sergeant --

Q. Okay.

A. -- because they are the first ones on scene before we are even there.

Q. Regardless what they knew, the fire

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
205

extinguisher they should have brought was the ABC fire extinguisher, right?

A.    In my opinion, yes.

Q.    Is that based on policy or is that just your opinion?

A.    That's based on training.  We're all trained. They tell you what each fire extinguisher is used for. So that's based on training.

Q.    All right.  And then I want to go down to the interview section here.  It says, "On January 14, 2023, Sergeant Jeniene Walton was working in A Cell House. The count had just cleared and she conducted a security walk on both 100 north and south ranges.  She went back into the officer station where Lieutenant Nadine Smith, Officer Kevin Cross, and Officer Darnell Crockett were at.  As Sergeant Walton was talking to Lieutenant Smith, the fire alarm panel sounded."  Do you see where I read that?

A.    Yes.

Q.    Okay.  Did I read that correctly?

A.    I don't know.  It wasn't there, but from the -- this interview or this report, I guess you did read it correctly.

Q.    Okay.  So taking what's there as true, assuming that's what's written -- is written here is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

true, does that raise any concerns for you that Lieutenant Smith, Officer Cross, Officer Crockett, and Sergeant Walton were all in the A Cell House together when the fire broke out?

          MS. SAWYER:  I'm going to object to the form of the question, but please go ahead and answer.

          THE WITNESS:  Can you repeat that question again?

BY MS. PIERCE:

     Q.   Yeah.  Does that raise concerns to you that all four of those individuals who were assigned to the A Cell House were all in the officer station when the fire started?

     A.   No.

     Q.   Why not?

     A.   It doesn't raise concerns because of course they probably just got done doing count time.  Count time is at 10:00, and yes, count does take a minute to do count.  It's only three of them.  You got 380 something, you know, inmates, so we do not know what time did they come down from counting.  So they probably was grabbing a bite to eat before they had to go back upstairs to un-secure doors and let inmates out.

     Q.   Okay.  And based on your testimony earlier, if they were all in there grabbing a bite to eat or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
207

whatever, someone, probably the sergeant, should have been watching the monitors, correct?

A.   If it was me, yes.  But that's the question you have to ask them.

Q.   Okay.  But you think that's the best way to safely monitor the cell house is if everybody's in the officer station to have somebody watching the monitors, correct?

A.   If they're grabbing a bite to eat or whatever, if it was me, yes.

Q.   Okay.

A.   But I cannot speak for everybody.

Q.   Did you -- sure.  But you, based on your experience and training, you believe that it's important to have somebody monitoring the videos if everybody's in the cell house to -- in the officer station together, correct?

A.   If -- so if they're in the officer station and they're eating, me as a sergeant or a lieutenant of that unit, I watch the videos of the cell house, monitor them while they eat.  Once they're done eating, then they go back upstairs and do their security walk. We don't know how long count took.  I can't recall that day.  I don't know what time count cleared.  I don't know if somebody had to go back all the way upstairs and recount, or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

208

whatever the case may be.  But like I said, that question right there, with me, I will monitor the cameras while my staff is eating or I will go walk, but that's just me.  For them, I don't -- that's something you have to ask them.

Q.   Okay.  And I just want to understand; the reason that you do that is because you think it's important to ensure safety of the cell house that you're either monitoring what's happening on the cameras or walking on the ranges, correct?

A.   Yes.

Q.   And if you're not doing that, there is a risk that an emergency can happen and you might not notice it as quickly as you otherwise would have, right?

A.   I mean, an emergency can happen either when you're watching cameras, if -- even if you are on a range.  Like I said, I had guys just, you know, still cut themselves in front of me and they didn't care.  So whether I'm there or not, whatever is going to happen is going to happen.

Q.   Sure.  And an emergency could happen, whether you're there or not, but you're able to respond and see the emergency more quickly if you're either on the ranges or watching the cameras, correct?

A.   It would probably still be the same response.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
209

Q.    --

A.    What's the difference between -- what's the difference between me in the office watching cameras or me in the office not watching cameras?  I can see the signal.  I can see something going on, and I get up and go up there.  So what's the difference between I'm hearing yelling and it's like the same thing and I go up there?  It's no difference between the times.

Q.    Okay.

A.    Now, if the vibe of the cell house, if it's quiet, best believe they probably -- they ten -- nine times out of ten, they heard it and they went up there. Nine times out of ten.  If the cell house is loud, the officer station, as you see on the map, is all the way in the front.  252 is all the way in the back.  If the cell house is real loud, yes staff members should have got up and went around and say, hey, what's going on? What's going on?

If there's a fire, yes, you would smell smoke. Staff will not just sit there and be like, oh, I smell smoke.  How many times I smell -- I smell smoke a lot of times in A Cell House just because a hot pot.  And you -- you know, that smell, you're like, hold on.  We got to do rounds.  It's probably somebody hot pot is left on. And you walk around, do rounds, look in the cell and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

then you investigate.  That's what you do.  I personally don't believe they just sat in an office and you know, inmates are yelling it's a fire or -- you know, that's a big fire.  You can't tell me they did not smell nothing.  So I don't think they just sat there and did nothing.

Q.  Okay.  You weren't in the officer station, correct?

A.  No.

Q.  So you don't know exactly what they did, right?

A.  I don't know, but to my knowledge --

Q.  And it's --

A.  -- like my opinion, I don't believe that they sat there and did nothing.  If they did, that is wrong.  Completely.

Q.  And it's your testimony here today that if there was a fire and you're in the officer station, you can smell the smoke.  You can hear people yelling.  You know, something's going on pretty quickly, right?

A.  Yes.

Q.  So like, as soon as the fire gets big, you can smell that, you can hear yelling, you know that you got to go out, right?

A.  Initially when -- if the fire happens initially, you have a cellmate here, a cellmate here.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
211

Somebody's yelling.  Like I said, if it's like louder, the cell house, like very loud, I get up, let's do a walk.  Let's see what's going on.  But if it's a fire, especially a fire like that, you can smell it.  You can. So in my opinion, I don't think they just sat there and just did nothing.  I don't think.  But that's something you got to ask them three -- well, them four. Excuse me.

Q.   And if the cell house is really loud, as we talked about before, you know you got to be paying attention, right?  Because you can't hear somebody trying to get your attention.  If the cell house is really loud, you got to be out walking or watching the cameras.  Right?

A.   So when I ran a unit, when the cell house is loud like that, I tell my officers, hey, let's get up. Let's walk.  Let's see what's going on.  It's too loud in here.

Q.   Okay.  And that's because you want to make sure that you can hear if something happens, right?

A.   Yes.  Hear, see, you know, make sure you know everybody is okay.  What's going on?  If it's two dudes arguing, then you know, get to the bottom of that or whatever the case may be.  So if the cell house is loud, I usually nine times out of ten, that's just me, hey, let's do a walk.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

212

Q.   Okay.  And do you know whether or not A Cell House was particularly loud on this Saturday?

A.   When I went over there two hours prior to this, like I said, you know, you had the workers out. Some people was out cleaning the range, cleaning the showers, or whatever.  So it wasn't loud to me two hours prior.  But like I said, it was a Saturday.  Nine times out of ten, it was some football game on.  So I do not know.

Q.   I'm going to stop sharing Exhibit 8.

A.   Excuse me.

Q.   Did you have any familiarity with Inmate Michael Smith?

A.   I seen him like a few times, like I've been here, what, it had been eight years, two years ago, eight years.  So like with him and every other inmate, always welcome him.  Good morning.  How you doing? They speak back.  I never had like any run-ins, any -- anything negative to say about him.  You know, it was pretty much straightforward.  Good morning.  How you doing, you know, how's your day doing?  You know, joke around, hey, stay out of trouble.  You know, and I tell all of them that, you know?  So it wasn't nothing negative or nothing negative dealing with him at all.

Q.   Okay.  So you don't remember any kind of



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

213

issues with him at all, or any misconduct, or anything like that?

A. No, not to my knowledge, no.

MS. PIERCE: All right. I'm going to share what I'll mark as Exhibit 9. And this is State 004875 to State 004876. And this is a incident report from a fire chief --

THE WITNESS: Excuse me.

MS. PIERCE: -- Matthew Stidham.

(EXHIBIT 9 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q. Do you -- are you familiar with Mr. Stidham?

A. Yes. He's the fire chief.

Q. Do you know him?

A. Yeah.

Q. Do you have a good rapport with him?

A. (No audible response).

Q. Okay. So in --

THE REPORTER: I'm sorry, I didn't catch that answer. I'm sorry.

THE WITNESS: Yes.

THE REPORTER: Yeah. Okay.

THE WITNESS: Sorry. Yes.

BY MS. PIERCE:

Q. In this report, Mr. Stidham describes, you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

214

know, the incident and what happened during the fire. I want to go down just a bit.  We don't need to read the whole thing.  I'm just going to start here.  Do you see where I'm highlighting?  It's the sixth line from the bottom, starts at the word once.

A.    Uh-huh.

Q.    Okay.  So "once the extinguisher was emptied, two additional firefighters had arrived with the Enforcer Foam extinguishers.  I told the firefighters that the man in the cell was deceased and laying near the door.  I instructed them to knock the fire down and wait for medical staff to arrive before any attempt to remove the deceased.  Because I was not in any protective gear, I began to exit the fire scene and informed other firefighters of the situation I had encountered.  Once I was outside, I spoke with Lieutenant Smith and Sergeant Walton about getting the back door to the cell house opened.  There seemed to be some confusion about who had the keys to the back door. I then asked Sergeant Pietrowski to take me to Checkpoint number 2 so I could retrieve the fire alarm panel keys.  Once I had the keys, I gave a few instructions to the other firefighters and headed inside the cell house to silence the alarm panel.

I placed the panel on silence to allow the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
215

exhaust ducts to keep expelling smoke from the building. While I was in the officer station working on the alarm panel, Lieutenant Jones asked if the cell house needed to be evacuated.  I informed the lieutenant that I could not directly make that call and that the shift supervisor would need to make that call. My recommendation to Lieutenant Jones was that at a minimum, the north side of the unit needed to be evacuated.  It was shortly after that conversation that the cell house evacuation began."  Did I read that correctly?

A.   So how that conversation actually went, I was speaking of the rest of the cell house because the north side, the minimum unit, the north side was already being evacuated.  So I was asking his opinion as the fire chief.

Q.   Okay.

A.   That --

Q.   And you recall having that conversation with him?

A.   Now I'm reading this, you know, like I said, it's two years ago, so it's hard to remember the whole thing.  So when he was in the office, I can't remember asking him saying, do I need to evacuate the rest of the cell house?  The north side, the 100, 200 and 300 was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
216

already evacuating.

Q. Okay. So he says the evacuation started after your conversation, but you disagree with that?

A. Yes.

Q. And why did you ask his opinion about whether the cell house needed to be evacuated?

A. Because they're the ones that's going to clear the cell house, clear it and make it safe for the inmates to come back into the cell house. So I said, hey, set them. You know, the 100, 200 and 300 north side was already evacuating at the time. And yes, they were evacuating through the front door at that time. But I asked him, do you think I need to evacuate the rest of the cell house? Because now the cell house is getting really, really, really loud, and I don't need no other incidents or anything else going on or whatever. So I asked for his opinion.

Q. And after you talked to Mr. Stidham, did you talk to anyone else about whether you should evacuate the rest of the cell house?

A. I called the Captain and told him I was going to -- either I called him or I said on the radio, I was going to evacuate the rest of the cell. Like I said, I can't remember. That's two years ago, so -- and he gave it the okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

217

Q.   And who made the call about evacuating the 100, 200, and 300 ranges on the north side?

A.   Like I said before, I remember screaming down to Walton because like I said, I was on 200 North range and the inmates were saying, oh, I can't breathe.  I can't breathe.  So I told Walton 100, 200, and 300 north need to be evacuated.  But me not knowing that her knowledge, that I don't think she knew the evacuate -- evacuation route because, yes, inmates were going out the front door.

Q.   And they should have been going out the back door?

A.   Yeah.  But I mean, it's two ways into the recreation yard anyway.  But at the end of the day, they all always evacuated and we did not have no hiccups during that evacuation.

Q.   It says here that there was some confusion about who had the back door keys; is that right?

A.   Let me think.  Let me think.  Let me think. Let me think.  Let me think.  Let me think.  I'm trying to think.  I can't recall back that far, and especially I was like on the top ranges on the south side, but I did tell them that they have to be evacuated through the back door.  So I can't recall back two years ago like -- that's something --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
218

Q.    You can't -- oh, go ahead.  Sorry.

A.    That's something you probably have to ask like Sergeant Walton or Lieutenant Smith because like I said, I was on the ranges.  Just it was -- it was already chaotic, so I was on the ranges.  So I can't recall if, you know, they was contemplating on who the -- had the back door key or this and that.

Q.    And who should have had the back door key?

A.    The back door key, if I told Walton to evacuate and she was pushing him out the front, but then I said, okay, we're going to evacuate the rest of the cell house and they're going out the back door, that back door key should have been in the key box in the officer station, and someone should have grabbed it.

Q.    Okay.  So no one would have it on their person.  Someone would have to go at an officer station and get it?

A.    Yes.

MS. PIERCE:  All right.  I'm going to stop sharing Exhibit 7 -- or I'm sorry, Exhibit 9.  All right.  It will be Exhibit 10.  It's date, 004864. All right.

(EXHIBIT 10 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.    Can you see this okay, Lieutenant?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

219

A. Yes.

Q. Okay. And this is an e-mail from Douglas Wardlow to Ron Neal and Deborah Taylor, correct?

A. Yes.

Q. And who is Douglas Wardlow?

A. The custody supervisor.

Q. And Ron Neal is the warden, correct?

A. Yes.

Q. And Deborah Taylor is the safety hazmat manager, as we talked about, correct?

A. Yes.

Q. Okay. In this first paragraph, you did not write, correct?

A. No.

Q. Okay. That was written by Mr. Wardlow. But this second paragraph, you wrote that, correct?

A. Yes.

Q. Okay. So you wrote -- who did -- who did you send this to?

A. I can't remember. I probably sent it to all three of them. I don't know. I got to look at my archives.

Q. Okay. So you wrote, "I'm e-mailing you to send you a special thank you. Because of the fire drill that was conducted in ACH on night shift, we were able

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

to come with a game plan in evacuating ACH on Saturday during that fire.  I believe that every lesson learned is a helping tool for the future, so I just wanted to say, thank you, and I appreciate it."  Did I read that correctly?

A.   Yes.

Q.   And this, a fire drill on night shift on ACH, that was the first fire drill you'd ever participated in, correct?

A.   Yes.  That was the one I was talking about previously.

Q.   Okay.  And how do you think that fire drill allowed you to have a game plan in evacuating the cell house?

A.   It's just like going through training.  You know, you never know what situation you would be put on. So everything that you learn and everything that you are trained to do or trained for is for a reason. And when we did that fire drill and when this happened, it made - - how can I say?  It helped me.  It helped me. It was a helping tool.  It helped me.  It gave me knowledge of what to do in certain situations.  Is it going to go perfect?  No, like I said before, everything's not going to go perfect, but it really did help.  So I just, you know, thanked them for you know, showing me, you know,



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

221

what to do in certain situations. And this was a situation.  Was it perfect?  No, but it was almost -- it could have been almost nearly. Actually, it was almost nearly as perfect as it could have been.  But for those fire drills that I did partake in, it really helped. And I gave credit to where credit was due for that knowledge on that aspect.

Q.   And then what specifically do you think you learned during the fire drill that you employed during this fire on January 14, 2023?

A.   I learned where to -- like the evacuation plan, like where the inmates would go, what station they would be stationed at.  Some cell houses have inmates that are key logged where they -- they're in their cells because they're, you know -- key lock, which means they're requesting protective custody, so they're in their cells.  So I learned where to station them at because they do not go in the field house. They go and holding cells across the -- the way at MSU, which is our -- which is our medical station unit.  So it's a lot that I learned.  I learned that the firefighters have to give the okay and say that it's safe -- safe for everyone to return back into the housing unit.  So it was a lot that actually helped with that day because, if I didn't know the knowledge of that, then, you know, I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
222

don't know what could have happened.

Q.    Between that fire drill and A Cell House, that was right before -- that was right before you transferred to days, right?

A.    Yes.  It was months, maybe a month, maybe a couple of months before I transferred to days.  You -- yeah, you would have to ask Deborah Taylor that.

Q.    And you transferred to A Cell House in -- or I'm sorry, you transferred to days in January of 2023, right?

A.    January 9th.

Q.    Okay.  So just five days before this fire, right?

A.    Yes.

Q.    And you didn't participate at any fire evacuation drills during the day shift before this fire, correct?

A.    I don't know if they had any.  Like I said, I was still learning bits and pieces of day shift, still trying to learn the ins and outs of it.  If it did happen, she probably went to the captain and told her she was doing a fire drill here and there.  But that's a question you have to ask her.  So I don't know.  She has all the records of her fire drills and everything, so you should be able to receive that from her.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

223

Q.   Okay.  And we got fire drill records, and I didn't receive any fire drill records from you for this period.  So do you have any memory of participating in any day drill evacuations before this fire?

A.   Like I said, that was my first week on days. So I cannot recall.  That's something you have to ask her.

Q.   But you don't recall any fire drills that you participated in the day shift before this fire, correct?

A.   I don't know.  I know I participated in -- in a couple, but I just don't know when, and you know -- like I said, you talking two years, and it's 2025 and this is 2023.  So literally I don't -- that's something you got to ask her.

Q.   Okay.

A.   I mean, I know you're asking me, but that's something -- that information you got to ask her.  She would know more than me.

Q.   Sure.  So --

A.   Because she --

Q.   So to be clear, if you did participate, it should reflected in her records.  Since we're not -- we don't have any records showing that you participated in any day fire drills during that time, you don't dispute that you didn't participate in any day fire drills

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

before this fire, correct?

A.   I don't dispute it, but I can't remember.  So I can't answer that.  And I'm being honest, I don't remember.  I'm not going to sit here and lie and say, oh yeah, I did, or I didn't.  I just cannot recall.

Q.   **Okay.  And in this e-mail, you just refer to the night fire drill that you did, correct?**

A.   Yes.

Q.   **Okay.  And that was the first fire drill, again, that you'd ever participated in, correct?**

A.   That was on nights, yes.

Q.   **Okay.  And that was the first one you'd ever participated in?**

A.   Me, yes.  Anybody else, I don't know.  But yeah.

Q.   **And there were a number of problems with the evacuation of the A Cell House on January 14, 2023, right?**

A.   I want to say a number.  Like I said, it's situations.  And it's your first situation.  Nothing is going to be -- there's no such thing as perfect.  You either have a small hiccup, a minor, a medium hiccup, or a big hiccup.  To my understanding, no staff was hurt, no additional offenders -- I mean, inmates were hurt. So if it was a hiccup, it could have been a minor one as

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

in, you know, evacuating the cell house, those three went through the front door, which they should have went through the back.  And if they did question about who had the back key, that was a minor, you know, little hiccup or whatever.  But that door did get open in a timely manner, so -- yeah.

Q.   And Officer Crockett and Officer Cross responded to the fire with the wrong kind of fire extinguisher, correct?

A.   In my opinion and me looking on the outside, looking at the video, my opinion, I would've went up with the ABC fire extinguisher.  That's something you got to ask -- you got to ask them why did they go up with that fire extinguisher.  I did not ask them that question.  That's something you can ask them.

MS. PIERCE:  All right.  Exhibit 11.  It's State 000104 to 105.

(EXHIBIT 11 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   Can you see this okay?

A.   Yes.

Q.   Okay.  And this is titled Indiana State Prison, Indiana Department of Correction, Critical Incident Debriefing, Indiana Conference Room, 2-21-2023, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

226

A.   Uh-huh.

Q.   **Have you ever seen a document like this before?**

A.   No.

Q.   **Do you know what a critical incident debriefing is?**

A.   So this is my first time seeing this.  So I take it that we had a debriefing about this incident. I don't remember going to a debriefing, but obviously I was there since I was there.  So like I said, it's two years ago.  So usually, yes, when we have major incidents, we do have debriefings.  Do I remember what was said in there?  No, I'm not going to sugarcoat it and say I do.  I don't.  Like I said, I was trying to not think about the -- the incident as much as possible, you know?  So -- so obviously we did have a debriefing.

Q.   **Had you participated in these types of debriefings before?**

A.   All the time.  Not all the time, but majority of the time, yes.  When it's something, like, serious like this, staff assaults or whatever, yes, we do schedule debriefings.  And debriefings are held where, you know, we discuss what happened.  They could have said, oh, well, you could have did it this way or what -- you know, what you could have did differently.  But I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

227

do not recall anything being said in that debriefing. That was two years ago. And yeah, I can't even -- yeah. But it says I was there, so obviously I was there. I do go to all debriefings if I'm scheduled to be there. So there were some type of discussion, but I can't remember --

Q.    How many debriefings had you participated in, do you think, in your time at ISP?

A.    Oh, gosh. I think probably more than ten. It has to have been more than ten. You know, you have staff assaults, inmate -- assault on inmate, inmate deaths, like, critical incidents. So it has been a lot. I've been a supervisor since 2020. So between 2020 to now, then yeah, you can imagine what number that is.

Q.    Probably more than 20, would you say?

A.    I would say more than 20.

Q.    More than 50, do you think?

A.    I don't know. I have to, like, check my e-mails and see all the debriefings that I was scheduled to come to. But maybe -- it has to be maybe more than 20, give or take.

Q.    What's the purpose of the incident debriefing, as you understand it?

A.    The debriefing is to talk over the incident with everybody that was there. You ask the individual,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

228

was there something that could have been done differently, or you know, is this -- you know, this is exactly what happened in that situation or whatever. Usually they'll tell you, like, what you could have done differently. But with this, I cannot recall what we all talked about because I don't -- I can't remember.

Q.   **And did policy changes ever come out of the critical incident debriefings?**

A.   The critical incident debriefings are strictly for going over incidents. Now, with the policy changes and everything, like I said before, it's an e-mail sent out to everyone, all staff members. We have roll call. We talk about, hey, there's a policy change to certain things, or whatever. In our little 8:00 meetings or whatever, same thing, we talk about policy changes.

The critical incident debriefing is strictly for the serious critical incidents. We go over what we could have done better, or you know, we did everything right, or whatever. And we discuss the incident. So as far as policy and procedure goes or whatever, staff just ask that you, you know, respond or do this in -- within policy or within procedure, or whatever. And if they didn't, then we correct them on certain things.

Q.   Do --

A.   But everybody gets a copy of new policies and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

229

procedures through e-mail.

Q.    Sorry, I interrupted.  Do you ever discuss, at these critical incident debriefings, whether policy changes need to be made or whether there were issues with policy that led to the incident?

A.    Policy changes, as far as that, that comes from downstate.  And that's a question I cannot ask.

Q.    I want to look at Section 1.  It says, "Review of staff and offender actions during the incident." And it says, "Staff response and actions were deemed within the scope of policy and procedures."  Did I read that correctly?

A.    Yes.  Yes.

Q.    Do you agree with that?

A.    I would say yes.

Q.    Did you have any concerns with staff action in response to the fire?

A.    If I was in that situation, like I said before, the fire extinguishers.  That's about it.  If I was in that situation, if I was in that cell house when that happened.

Q.    You would've brought the other --

A.    I would've -- I would've been the lieutenant to direct the officers, no, don't grab that, grab these fire extinguishers.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

Q.   Okay.

A.   But that's not my cell house and I was not the lieutenant of that.  So that's something you'll have to ask her.

Q.   And it says here, Section 7, "Critique of decisions made.  Appropriate decisions were made by shift supervisors, sergeants, and officers."  Did I read that correctly?

A.   Yes, that's what it says.  I don't know.  I didn't write that, so I don't -- I don't know.  I didn't know who wrote it.

Q.   Do you know if you raised any critiques about the decisions that were made or the response to the fire?

A.   No, I didn't make no critiques or anything.  I believe everyone did their best due to this being their first major incident like this.  So we worked as a team and we tried our best, and that's all we can do.  No one is perfect, so --

Q.   And then Section 8, "Factors or conditions which still exist and which could result in a similar incident.  And it says, "Excess incarcerated individual property and damaged outlets."  Did I read that correctly?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

231

Q.   Do you remember any discussion about that?

A.   That's -- that's been a discussion for -- I don't know if it was after the fire or a little bit before, while I was on nights or whatever.  You know, everybody always talked about excessive property in the cell houses, like, the inmates have all this property and that it needs to be limited, and you know, the outlets, whatever.  Like I said, I told you what I did on my part.  So that's just a normal day to day discussion with staff and with all of us, amongst all of us, so --

Q.   That's been known for a while, right?

A.   Yes, everybody knows that.

Q.   And that's been known since well before this fire occurred, right?

A.   When I started, I knew that.  And that's just me.

Q.   Okay.  When -- you're saying when you started in 2014?

A.   Yes.  When we go into cells, we do shakedowns, we take -- always take excessive property.  That's what I did.  Cannot speak for anybody else.

Q.   And then I want to go down to Section 10, "Recommendations for plans for improvement."  It says, "One ABC and one water foam extinguisher will be

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

232

installed on each range."  So does this mean that there was not -- at the time of the fire, there were not fire extinguishers on each range?

A.   When I came into the cell house, when I responded, I seen multiple fire extinguishers at the front.  So that lets me know, like, oh, they had multiple fire extinguishers.

Q.   But you don't know where they got the fire extinguishers from, right?

A.   From my knowledge, when I was in charge of D, we always had the fire extinguishers in front of the range, on each range.  So --

Q.   But this would indicate that they were not there, right?  If the -- if that's a change they are recommending?

A.   I don't recall because, like I said, it was quite a few fire extinguishers on the beginning of the range when I got up there.  So who's to say that, you know, they didn't grab them from the other ranges or whatever.  But I was not there.

Q.   Here it says, "Excess property.  Homemade electrical items are being confiscated."  So that's a recommendation for improvement, basically to make sure that people are following policy and confiscating these items; is that right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

233

A.   That's just, like -- I've been doing that.  So -- and I tell staff to do it.  So they just probably just cracking -- cracking down on it more.  But I've been doing it.  I've been taking all the homemade electrical sockets, the strips, or whatever.  So that's what I've been doing.

Q.   **Then the other three items on here are, "More staff training on the use of extinguishers.  Staff are to call a signal for the fire department right away. And staff are to inspect outlets."  Did I read that correctly?**

A.   Yeah.  On that report, whoever wrote that. But I've been doing all that.  So I cannot speak on anybody else.  I've been stressing all this stuff out to my staff during roll call, each roll call.  So I've been doing my part, I've been showing them.  But whoever wrote this, that's something you got to ask them about, like, oh, this is your recommendation for improvement, was this happening before?  Was this going on before the fire or after the fire?  That's something you have to ask whoever wrote that.

Q.   **You were at this meeting and part of the team that was making these recommendations, right?**

A.   Honestly, I was, but I don't remember.  That was two years ago.  I can't remember, you know, every

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

234

debriefing I've been in.  I cannot remember.

Q.   And these were all things that, as you're saying, you knew that needed to be done well before this January 14, 2023, fire, right?

A.   To my knowledge, yes.  But that's just me.  I cannot speak on any other supervisor, officer, or OIC of the unit.  But this is what I was taught and this is what I go by.  Everyone is not me.  You know, everybody does things differently maybe.  But this is what I do. So I make sure I do what I'm supposed to do in the best of my abilities, for the safety and security of staff and incarcerated individuals.

Q.   Do you recall any changes being made or any increased efforts to implement these recommendations after the fire that killed Mr. Smith?

A.   I mean, we still do drills.  We do go over the drills a little bit longer to make sure, you know, everyone is on the same page because, like I said, you know, everything is not going to go perfect, you know? So just, so if staff have any questions, any concerns, or anything, so we talk to staff more and get more in depth and detail.  So these drills and everything are a little bit longer than normal.  So that's the increase that I've seen.  So we try to embed, you know, these drills and everything with these staff members.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

235

Q.   So other than longer and more detailed evacuation drills, is there anything else that you saw changed or done to address any of these recommendations?

A.   Yes, we did a mass shakedown, took everybody's excessive property, of course.  So everyone should have what is allowed in their cell.  Of course, you know, I tell them, check for damaged outlets, confiscate all homemade electrical extended plugins, tattoo guns, whatever you see that they do not supposed to have. Yes, there are ABC and water fire extinguishers on each range.  To my knowledge, they were there.  Like I said, I came from nights.  So when I worked D Cell House, we had them on range.  So that's to my knowledge, or whatever.

Like I said, that was my first week on days so I was still getting my feet wet, and you know, learning how everything is being ran.  As far as the signal and the fire department right away, that's always been implemented since I was here.  So I don't know what the miscommunication on that part was.  But that always been implemented.  It is in policy.  It is in the post orders that, whatever signal is being called, a 1070, 1071, the firefighters need to be released immediately.

Q.   Okay.  Anything else that you saw done differently?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

236

A.   No, not that I can recall on.  I know the firefighters do go cell to cell.  They probably been doing this -- I probably didn't notice, but they do go to each unit checking the fire extinguishers, making sure they're working appropriately, and everything like that.  So -- and they do question the officers and see if they have any questions, and this and that.  So I do see that a lot.

Q.   Anything else?

A.   No, that's it.  That's all I can recall.

Q.   Okay.  Let's take another quick five-minute break.

THE REPORTER:  All right.  We are off the record.  The time is 3:35.

(OFF THE RECORD)

THE REPORTER:  All right.  We are back on the record for the deposition of Lieutenant Latrice Jones. My name is Sydney Little.  Today is January 28, 2025, and the time is 3:44 p.m. Central.

MS. PIERCE:  Okay.  I'm going to mark this next document as Exhibit 12.

(EXHIBIT 12 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   And this is a still from the video surveillance video -- excuse me, from the surveillance

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

237

video, time stamped 10:56:00.  And I'll just zoom in on the top left corner that -- the time stamp on there is what's ACH North L5 at 10:56, correct?

A.    Yes.

Q.    And this is Cell 252, it shows Cell 252 here, where the fire in Mr. Smith's cell occurred, correct?

A.    Yes.

Q.    Okay.  And you can see that fire there, right?

A.    Yes.

Q.    You can see the smoke?

A.    If this is a video that's playing, then I will say yes, if I could see the smoke, like, rolling out the cell.  But you can see the fire right there.  And I believe maybe that's the smoke at the top part, that dark little cloud, or whatever, if it's a cloud or whatever.

Q.    Yeah.  This --

A.    This dark area.  Like --

Q.    Right up above the number 252, right there, there's kind of, like, a dark cloud, right?

A.    No, I was talking about, like, the cell itself, because you see, like, the fire and then the curtain, then you see, like -- it's, like, a dark area above that --

Q.    Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

238

A.  -- on the inside of the cell itself.  Yeah, right in that area.

Q.  Got you.  Okay.  So yeah, there's a -- it looks like there's a good amount of smoke there coming out of the cell, right?

A.  If I was in the cell house, I don't know if that's possible to smell it from -- if that's just the start of it or whatever, probably take a few seconds to get all the way down.  Like I said, officer station is past that red part all the way down there.

Q.  Right up here, right?  Where this building is sticking out at the top --

A.  Yes.

Q.  -- left corner?

A.  That's the laundry room.  So it's past that. It's all the way in the front.

Q.  Okay.  Okay.  So you're not sure if you would've been able to smell the fire at this point. But if you were looking on the camera, you would be able to see it, right?  Because we can see it here now?

A.  Yes.  If you have the camera on -- if it's that exact camera, yes.

Q.  Okay.

A.  If you have the camera on that.  Like I said, each unit has multiple cameras and you can only fit so

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

239

much on that screen.

Q.    Okay.  And at this point, you know, it wouldn't surprise you to know that the inmates were yelling, right?  There's a pretty good fire going on in 252?

          MS. SAWYER:  I'm going to object to the form
     of that question.  Lack of foundation.  But you can
     go ahead and answer.

          THE WITNESS:  If -- well, according to this
     still picture, I do not see no inmates at the bars.
     If the inmates were yelling for attention, yelling
     for help, I would see them at their cell doors.
     But I --

BY MS. PIERCE:

Q.    But there's a lot of curtains up here, right?

A.    Excuse me, can you repeat that?

Q.    There's a lot of curtains up here, right?

A.    That I see, yes.

Q.    There's a curtain at 250, 248, I see another one at 246, 244, there's one at 256, there's one at 252 -- or I'm sorry, there's one at 254.  You can't see 256, right?  Basically all of these have curtains up?

A.    Those cells, yes.

Q.    Okay.  And that's inconsistent with policy, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

A.   So when an officer does their rounds on the ranges, I always tell them, tell them to take their curtain down, confiscate the curtain, do write-ups. That's what I tell them.  So if you're asking me with the officers and their consistency of taking the curtains down, and this and that, like I said, I was not the lieutenant of that housing unit.  So that's something you need to address Lieutenant Smith about why those curtains were not taken down by her staff members at that time.

Q.   Sure.  But this -- you know that the policy doesn't allow these types of curtains up, right?

A.   Correct.

Q.   So having them up was not consistent with policy, right?

A.   On the staff members we have, no.

Q.   Okay.  And this is a big fire in this cell.  I mean, there's a -- you can see there's a real fire in there, right?

A.   Yes.

Q.   So your testimony is you don't think that Mr. Smith was in his cell yelling at this point?

A.   I don't know.  I was not there.

Q.   Okay.

A.   He might have been, but I cannot -- you know,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
241

we had guys who set fires and don't say nothing.  So I don't know.  I was not there.  Could he?  Yes.  Could he not?  Yes.  It's a -- always a 50/50 possibility, but I do not know.

**Q.   Okay.  And the other -- you might not have been able to smell the smoke in the officer station, but the -- or strike that.  You don't know whether the officers in the officer station could smell this smoke, but the other inmates that are right around here would've been able to, right?**

A.   Yes, they would've -- with that amount of smoke, which I -- like I said, I could rarely see it. Like, if it was, like, a video rolling and I can actually see, you know, what you are implying.  But if it's, like, a small -- that's a nice sized fire.  So either they probably thought an inmate was lighting something on fire, you know, doing arson, because a lot of them does, you know, light stuff on fire, or somebody was plugging up something and they smelled something burning.  But like I said, from this still picture, I do not see an inmate coming to the cell door.  When they come to the cell door, they'll wave a towel, or you know, something, you know, and you can tell that they're trying to get, you know, attention from staff, you know? But that's the weird part about this still picture.  I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

242

do not see an inmate in their doorway yet.

Q.   Okay.  I'm going to stop sharing that.

MS. PIERCE:  This is -- I'm going to mark this as Exhibit 13.

(EXHIBIT 13 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   This is a still from one minute later, 10:57.

A.   Okay.

Q.   All right.  So this is a whole minute later, correct?

A.   Yes.

Q.   Okay.  And as we saw in the INI report, no one has responded until after 10:58, right?

A.   It was -- the signal was called at 10:58.  So --

MS. SAWYER:  Sorry, Lieutenant Jones.  I'm just going to object as well to the line of questioning on lack of foundation as to -- and form for the questions that Lieutenant Jones was not there for.  But please go ahead and answer.

BY MS. PIERCE:

Q.   So this is a -- the fire has gotten substantially bigger at this point, correct?

MS. SAWYER:  Same objection.  Please answer.

THE WITNESS:  It's not as big as it was.  You

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
243

know, maybe a tad bit, but you know, you can see the smoke more on this still picture.

BY MS. PIERCE:

Q.   Okay.  And there's a lot of smoke now, right?  It's clouding up the ranges above that, they look dark, there's a lot of smoke coming out of the top, right?

A.   I seen worse later on, but --

MS. SAWYER:  Objection as to form.  But if you have more to your answer, please go ahead.

THE WITNESS:  Yeah, I seen more on a video after the -- this is just a still picture.  So still, that smoke is in -- it's contained within these six cells, 200 and 300, on these six cells.  So it's still, you know -- I see it, but like I said, I was not there so I can't really answer the questions on asking the officers, oh, you should have smelled this, or you should have heard this, because they were there.  Those are questions that are for them, not for me, because I was not there, I was just the first responder that day.

BY MS. PIERCE:

Q.   And if officers were looking at the monitor in the officer cell house, they -- and they had this camera up, they'd see this fire, right?

A.   If the camera was pointed on that particular

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

244

camera.  Like I said, all units, they have multiple views on multiple sides of the cell house, give or take. And the monitor can only hold so many fragments because, if you put all these cameras up, then they're, like, this small.  So yeah, that's a question you have to ask them.

**Q.   But you can see this now.  So if you were looking at it and this camera was up, you could see this from your monitor, right?**

A.   If it was just this camera up or even if I had, like, two, this camera and another camera up, yes, I can see it if I had only them two.  If you have multiple ones up, could you see it?  Could you not see it?  I don't put multiple cameras up, but I seen people do, but I don't.  You know, I just switch.  I constantly switch out camera views or whatever.  And the reason why is that is so I can, like, see the cell house better because, once you put them smaller ones up, you're not going to really -- you're going to be sitting there, squinting, looking and then, you know, trying to figure out, like, hey, what's going on or whatever.  But like I said, I was not in that unit when this fire happened. So -- but if I -- if this was on a unit that I was in charge of and I have this up and I see this, then yes, you can see.  You can tell.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
245

Q.   At this point, there's something really bad going on in this cell, right?

MS. SAWYER:  Objection as to the form, but please answer.

THE WITNESS:  I mean, of course, it's -- it's obvious.

BY MS. PIERCE:

Q.   Okay.  This is a big fire and there's a lot of smoke coming out, right?

MS. SAWYER:  Same objection, but please answer.

THE WITNESS:  Yes.  It's a fire.  I wouldn't say a big fire, because if you are going to show me more screens, then I would say, oh, that's a big fire. So if you are going to show me more screenshots, then the next screenshot should be the fire that's rolling and this and that.  And yes, that's a huge fire.  But that is a decent sized fire that's right there.

BY MS. PIERCE:

Q.   We can all agree the fire gets bigger, but the fire is big at this point, right?  The person in there is at a lot of risk for their safety, right?

A.   Yes.  I don't know what they're doing there. Are they trying to put it out?  But like I said, I was



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
246

not in that cell house, so I can't really pinpoint answer a lot of questions based on, you know, this is just me looking at a still screenshot. So yes, that is a fire that's big for a cell. And yes, you do see the smoke that's actually confined to like the first -- the three cells at the bottom and at the top. So the question is, to me, is, at that point where 248 is standing at his cell, is he trying to get attention? Probably so. Did the officer hear it? I don't know. I was not there.

MS. PIERCE: Okay. Let's go to Exhibit 14.

(EXHIBIT 14 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q. **We'll do -- this is a still from 10:57 and 30 seconds. Okay. And now you can see even more people standing at their cells, right? There's someone standing at 254. There's the same person standing at 248. Looks like there's someone at 246 as well.**

A. Can't really tell 246. You would say somebody would be standing -- looks like 250. You can't really tell 246 from this angle because if he has a curtain up and other stuff tied around his cell. So you -- you can't really tell. I can't tell, but definitely 48. 50, looks like it. And 54.

MS. PIERCE: Okay. And then I'm going to view

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
247

Exhibit 15.

(EXHIBIT 15 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   This is 10:58 and 23 seconds.  Same camera.
All right.  And at this point, the fire is very big,
right?

A.   Yeah.  Burning --

Q.   Fire is coming out of the top of the cell onto
the next range, the 300 range; is that right?

A.   Yes.

Q.   Okay.  And you can see here, one of -- a CO,
they're spraying the fire with a water fire
extinguisher, right?

A.   Yes.

Q.   Okay.  Do you recognize who that person is?

A.   That's Cross.

Q.   That's Cross.  Okay.  Were you here at this
point when they were spraying the fire with the water
fire extinguisher?

A.   No.

Q.   Do you have concerns that at this point it's
10:58 and 23 seconds and we see just one person up here
with a water fire extinguisher?

MS. SAWYER:  Objection as to form.  But go
ahead and answer.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

248

THE WITNESS:  There is an officer right behind him, and that's Crockett.  I can't tell what he's holding, but he's holding something.

BY MS. PIERCE:

Q.    Okay.  Do you -- still, it -- so there's two, Officer Cross and Officer Crockett, do you have concerns that they're up here with a water fire extinguisher and that's all that's happening at this point?

THE WITNESS:  Like --

MS. SAWYER:  Objection.  But again, please answer.  Sorry I keep cutting you off.

THE WITNESS:  Oh, no -- no.  This is fine. It's perfectly fine.  Like I said before, this is everyone's first issue dealing with this.  So that's something you're going to have to ask the lieutenants and -- what -- she's concerned about them having the wrong fire extinguisher.  Like, you -- that's something you have to ask her.  And to add on to that from where he was standing, that's where I was standing when we first got there, and that's how hot it was.  I could not get any closer. Me, personally.  Koen, he got closer.  He got low. He got closer, you know. McCormick got close closer, but it was very, very hot. But that is -- cross and behind him that is Officer Crockett.  And

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

249

it looks like he's holding something. Do I know what it is?  No, I do not.

BY MS. PIERCE:

Q.    **And you're the assistant shift supervisor. Did you take any steps to make sure that they knew that they should have brought the ABC fire extinguisher after the fact?**

A.    After the fact, I believe the -- Deb Taylor had a discussion with them, but like I said, that's everybody's first big fire.  So it's like, how did I know that was going to happen today?  You know, my main concern with them was, were they okay?  Because they never seen or dealt with anything like that.  I never did.  So at the time after the fire happened, it wasn't time or -- my mind was not thinking to correct them and bash them about their wrongdoings.  I just wanted to make sure that they were all right.  And then, later on, it will be discussed on what they should have done. These are how, you know, we're going to correct.  This is the correct way to do this and this and that.  But at that time, at that moment, during that day, after that happened, it was all about how mentally -- you know, how their minds were mentally.

Q.    **Did you ever -- not this day, but any day after this, did you ever have any discussion with them**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
250

about what they could and should have done better?

A.   Not me, per se.  Maybe someone else.  Maybe -- like I said, hazmat Taylor.  You know, I know she talked to them.  We had the briefings, like I said.  I cannot remember what it -- they were about or what was discussed, but I'm quite sure that was probably brought up.  But that's something you're going to have to ask somebody else who was also there.  But like I said, I cannot remember that.

Q.   And as you sit here today, you're guessing that somebody talked to them about this, but you don't know one way or the other whether anyone told them that they should have used the ABC fire extinguisher, right?

A.   No.

Q.   No.  You don't know, right?

A.   No.  I'm just assuming.  Like, every -- after every incident, you know, if there's something that, you know, you could have done differently after every incident that is discussed.  But by who?  It was not me.  Like I said, it was a long day.  I was, you know, in my mental moment as well as everyone else.  So if the discussion was made, it was not by me.

Q.   Okay.  And when prisoners are locked in their cell, they have no way to protect themselves from a fire like this, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

251

MS. SAWYER:  Objection to the form, but you can answer.

THE WITNESS:  So it's count time.  And I -- like I said, I don't know if count cleared or not. So it is just like if you're in a house and you're in -- just in the fire, you know, let's say you don't have no way out and the fire's right there by the exit door, you are in your room and a fire happens.  And let's say you are in a room with no windows or whatever, and the fire happens right there at your exit door.  It's like, how would you protect yourself?  You know?  So like I said, it's -- this was unfortunate, but I cannot answer that question because I don't know how the fire started. I just know that I am a responder.  But a fire like this, you know, you've got the cell doors, the heat gets hot, sometimes the locks get welded.  So it was fortunate that Lieutenant Koen was able to unlock that door.

BY MS. PIERCE:

Q.   Mr. Smith doesn't have any fire extinguishers in his cell, right?

A.   No inmates have fire extinguishers in their cell.

Q.   And he -- after count, he's locked in his

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

252

cell, right?  He can't let himself out.

A.    Everyone is locked in their cell.

Q.    And emergencies like this can happen at any time, right?

A.    Yes, it can.  Any type of emergency can happen at any time.

Q.    So it's important to make sure that staff are paying attention and prepared to respond to an emergency like this, right?

A.    You would never be prepared for something like this situation.  You would never be prepared.  Never. Even -- that situation or the most horrific of the horrific situations, you would never be prepared. Never.

Q.    Well, if no one can ever be prepared, you might as well not do training at all, right?

A.    No, you could be somewhat prepared.  Training is different.  But when you actually in it, it's a whole different ball game.

Q.    Okay.  So there is things you can do to prepare, right?

A.    Yes.  You can sit there and we can do fire drills, X, Y, and Z.  But when you in that situation for the first time, that's something different.  That is always something different.

Q.    But training is important and can make the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

253

response better, right?

A.  Like I said, you can train me on everything and I can pass the test.  I can do the online questions, this and that.  The real thing is when I'm in that situation, how am I going to react as an officer, as an individual, as a person?  Am I going to freeze?  Am I going to run?  Am I going to be nervous? Like, what am I going to do?  Am I going to forget everything that I was taught in training?  That's up to that individual that's dealing with that situation right then and there.  So I cannot speak on every individual.  I'm different, this person -- and we all are different.  So it depends on how they respond themselves.  I can only speak of myself and how I responded.

Q.  And you messaged Deborah Taylor afterwards and you thanked her for the training you got because you said it helped you respond, right?

A.  Yes.  It really did.  It assisted.  Yes.  But that's me.  That's just me.  I cannot speak on Cross. I cannot speak on Walton or the lieutenant or the other responders.  I cannot speak on Crockett.  I can only speak of myself and what I've been through.

Q.  So you think for some people that training is just useless and won't help them respond to an emergency?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

254

MS. SAWYER:  Objection as to form and misstates testimony, but please go ahead and --

THE WITNESS:  I'm not saying it's a waste because it's not.  It's not.  Like I said, everybody can receive the same amount of training, the same level.  Everybody can comprehend it. Everybody can understand.  But when you in that situation, when it's spot on and it's actually happened, you can freeze. That -- it -- it is -- it is human nature.  You can run.  You can -- your mind can just become blank.  You know?  Or you can do what you can do to the best of your ability. That's what I'm saying.

BY MS. PIERCE:

**Q.   Do you know whether any of the officers in the cell house froze in response to this fire?**

A.   I can't really recall.  I know Crockett and Cross did their best.  You know, like I said, with Sergeant Walton and you can just tell in her eyes that this is her first thing or whatever.  But everything that I instructed her to do, she did respond well to it. So they did the best that they can do.  And that's about it, you know?  So they did the best that they did -- did the best that they can do.  It's their first time.  You just cannot expect an individual to walk in on something

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

255

like this for the first time and expect them to be A 100 percent doing everything by book and knowing everything by book.  You cannot expect that. Especially somebody that has not dealt with a situation like this.

MS. PIERCE:  All right.  I am going to share what I'll mark as Exhibit 16.  This is State 008947 to State 008949.

(EXHIBIT 16 MARKED FOR IDENTIFICATION)

BY MS. PIERCE:

Q.   It says interdepartmental memorandum, and it's from Captain McCann and Lieutenant Latrice Jones; is that right?

A.   Yes.

Q.   And what is this document?

A.   That is a shift report.  It's a daily log. Those logs are used to log all incidents, line movements, everything that happens throughout the day.

Q.   And did you complete this?

A.   No, I did not.

Q.   Who completed this?

A.   Captain McCann.

Q.   Did you --

A.   I'm the assistant shift supervisor, so I did not do that.

Q.   Did you have any involvement in it at all?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

256

A.   No.

Q.   Lieutenant, have you ever been disciplined in your time working at with IDOC?

A.   Who hasn't?

Q.   What have you been disciplined for?

A.   Nothing related to the fire but -- let me see. Let me think.  Let me think.  Let me think.  I know there was an incident where I had to call my wife because it was an emergency with her child and whoever was the captain at that time did not pick up the phone or whatever, so I just called directly to where she was at.  And of course, they wrote me up on that, but it was my day off and my stepdaughter has major MS. So she fell down the stairs.  So I had to call my wife.  And then, of course, they wrote me up for that.

And after the fire, this was, like, in October I want to say, it was very cold in the units -- the cell houses or whatever.  So I let the officers get the heater out of the counselor's office -- office and they supposed to have secured it back but unfortunately they didn't.  So the keys was pulled out in my name, so of course I got -- I took the hit for that.  But that was about it.

Q.   Anything else that you can recall being disciplined for?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

257

A.   Probably when I first started, at the time, I was staying in Chicago, before I actually eventually moved out here.  It was a bad winter and I couldn't make it to work, so I didn't have the time to cover it. So that's about it.  I don't -- anything else, I can't -- yeah.

MS. PIERCE:  Okay.  I don't have any other questions.

CROSS-EXAMINATION

BY MS. SAWYER:

Q.   Okay.  I've got some follow-up for you.  Just a couple questions.  So first, you talked about the different camera feeds that are available to pull up if you're in the office or in, I believe, what is it?  The custody officer station.

A.   Yes.

Q.   Do you know -- and if you don't, that's okay -- but approximately like how many different camera feeds there are to choose from?

A.   Jesus Christ.  Okay.

MS. PIERCE:  Object to form.  Hold on.  Hold on.  Object to form.  Go ahead.

BY MS. SAWYER:

Q.   If you know how many there are, could you please let us know?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

258

A.   I don't know, but I know there's more than 15.

Q.   More than 15.

A.   Yes.

Q.   Would you say more than 50?

MS. PIERCE:  Object to form.

BY MS. SAWYER:

Q.   I'm asking for a larger number.  Is there more than 50 separate feeds to choose from?

MS. PIERCE:  Object to form.

THE WITNESS:  So are you asking just for that unit?

BY MS. SAWYER:

Q.   For the entire prison.

A.   Oh, for the entire prison?  Yes.  Yes. There's way more than that.

Q.   Do you know approximately how many?

A.   No.  That's something you would probably have to ask, like, you know, the custody supervisor who can ask probably, like, the maintenance person who does the cameras and everything.

Q.   So there are multiple -- from what I'm hearing, it sounds like there's multiple different camera feeds per cell house, correct?

A.   Per cell house, per department, per area, yes.

Q.   And there are also some cameras outside of the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

259

buildings just showing the general walkways, correct?

A.    Yes.

MS. PIERCE:  Object to form.

THE WITNESS:  Yes.

MS. SAWYER:  Okay.  So how do you choose like which feeds to pull up to watch, if you're in your office?  Like, how do you choose personally, which ones to pull up?

MS. PIERCE:  Object to form.

THE WITNESS:  So how I do is it's, like, a list on the side and then you have, like, the camera. So I usually do maybe four by four, four camera views, because it's easier for me to see everything in detail. So I just go down the line constantly and just watch everything.  And then I repeat it again.  If there's a signal happening, let's say in B Cell House, I go type in B Cell House in the search bar and start looking at their cameras.  Or you know, especially if I know where it's heading and I start looking on that side. Because on the south side, I'm looking on the south side, what range -- you know, look at all the camera views for that range.

BY MS. SAWYER:

Q.    In even one range in one cell house, there's

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
260

multiple camera angles of that range, correct?

MS. PIERCE:  Object to form.  Object to form.

THE WITNESS:  Yes.  You have the front, the middle, and the end.

BY MS. SAWYER:

Q.   Thank you.  You had also mentioned some smaller fires that you have seen in your time.  Like, I think you mentioned an inmate setting a piece of paper on fire or a tissue or something like that; is that your earlier testimony?

MS. PIERCE:  Object to form.

THE WITNESS:  Yes.  That's when I was the sergeant of the seg unit and the lieutenant of the seg unit.  You know, in segregation, you are going to see stuff like that.

BY MS. SAWYER:

Q.   Okay.  So are these fires that you saw in the segregation unit typically pretty small fires?

MS. PIERCE:  Object to form.

THE WITNESS:  Yes.  They're pretty small fires.  You can just put out -- you know, sometimes they just put it out.  By the time you get up there, and you know, it's already out and -- and you know, you're like, why you set a fire?  And you know, they angry about something or they're not

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
261

getting their way.

BY MS. SAWYER:

Q.   **So you would see inmates set fires to get attention from staff.**

MS. PIERCE:  Object to form.

THE WITNESS:  So there was this one incident where an inmate was mad because other inmates from the top floor was throwing like feces on the range, but it wasn't close to him and he was complaining. He was like, this is unsanitary.  He doesn't know that I called the biohazard inmates to come, you know, to clean it up.  So he ended up setting a fire.  And that day I also got assaulted by him. But it wasn't that bad, so I don't even want to talk about that.  But he did set a fire because he did not, you know, my response to the feces on the range, which I already -- prior already called, you know, they had to go get their equipment before they come over here.  And I guess it wasn't fast enough.  So he set a small fire in front of his cell.

BY MS. SAWYER:

Q.   **And these small fires that we're talking about, you don't need to call a signal 1070 or 1071 for those fires, correct?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
262

A.   In D Cell House and seg, there are, like, little small, like, little tissues or whatever. Majority of the guys, they, like, you know, put it out. We have fire extinguish extinguishers.  So we put it out and then we send an e-mail saying, we used this fire extinguisher for this thing or whatever.  Do, like, a little incident report.  Give them a write up for arson. And of course, how did they set the fire? If they use the electric socket, guess what?  That's destruction of state property as well.

Q.   So those small fires don't warrant the inmate firefighter team being released to arrive to the scene, correct?

MS. PIERCE:  Object to form.

THE WITNESS:  Those small fires?

MS. SAWYER:  Yes.

THE WITNESS:  To my knowledge, no, I have not. I didn't -- now, if they're, like, big and like -- it's like, oh, we -- we calling them.

BY MS. SAWYER:

Q.   Okay.  I believe -- I don't have the exhibit number in front of me any longer -- you were shown an exhibit that had your success factors, training history, on it; is that right?

A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
263

Q.   And does that success factors -- I believe it was Exhibit 3 -- only capture the computer-based training that you participate in?

MS. PIERCE:  Object to form.

THE WITNESS:  No.  It shows all the classes that I took, the in-service, everything that I was qualified for and am still is qualified for and the computer work.  It shows everything.

BY MS. SAWYER:

Q.   Okay.  Is on-the-job training reflected in that success factors report?

MS. PIERCE:  Object to form.  Foundation.

THE WITNESS:  Yes.  It should be.  Everything should be in there.

BY MS. SAWYER:

Q.   Okay.  You had talked about doing training in the form of fire evacuation drills.  Are those fire evacuation drills reflected in that success factors report?

MS. PIERCE:  Object to form.

THE WITNESS:  I'm not for sure because I didn't look at the whole thing.  That's something you'll probably have to ask Deb Taylor for and she should be able to provide that information for you.

BY MS. SAWYER:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

Q.   Okay.  Are you responsible for investigating other staff members' response to incidents like the fire we're talking about in this case?

MS. PIERCE:  Object to form.

THE WITNESS:  In this case, since I was the first responder, no.  And we all -- in critical cases like this, that's when INI, the intelligent affair people, they come in and they interview all of us and they do their investigations.

BY MS. SAWYER:

Q.   And you are not part of the INI team, correct?

A.   No.  No.

Q.   You were shown that INI investigative report earlier, and that was the first time that you saw that report, correct, in this case?

A.   Oh, in this case --

Q.   Yes, this case.

A.   Like today?

Q.   This case, you haven't seen that prior to today's deposition, right?

A.   No.

MS. PIERCE:  Object to form.

THE WITNESS:  No, I don't -- I seen the video, but I can't recall seeing the -- probably didn't even look at it.  Probably was there.  I'm sorry.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025
265

I didn't -- you know, I have 50,000 things going on, so -- but I know I watched the video of the investigation between me and Haskell.

BY MS. SAWYER:

Q.   Okay.  You watched your own -- prior to the deposition prep for -- let me rephrase that question.  The -- aside from giving that interview in -- to INI and writing that written report, you personally were not responsible for investigating all of the other staff members' actions and responses in this case, correct?

MS. PIERCE:  Object to form.

THE WITNESS:  No, that's all INI.

BY MS. SAWYER:

Q.   Okay.  And you are not responsible for drafting -- let me ask it this way.  Are you responsible for drafting any policies and procedures for the Indiana Department of Correction?

A.   No.  That's all downstate.  That's all central office.  We do not have the --

Q.   Are you --

A.   We don't have the power to change policies or procedures.

Q.   That was my next question.  You wouldn't have any input on any proposed changes to either IDOC or ISP policy, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

266

A.   No.

MS. PIERCE:  Object to form.  Object to form.

THE WITNESS:  No, that's way above my pay grade.

BY MS. SAWYER:

Q.   Right.  And then, I asked you it for IDOC, but same with IS -- Indiana State Prison Policies.  You're not responsible for drafting those policies and procedures either, correct?

MS. PIERCE:  Object to form.

THE WITNESS:  No.

BY MS. SAWYER:

Q.   Okay.  And do you have any responsibility for the contents of the training materials at Indiana State Prison?

A.   No.  That all comes from downstate.  Each facility has the same training, so that's all downstate -- downstate training department.  They're in charge of that.

MS. SAWYER:  Okay.  I don't have anything else for you.

MS. PIERCE:  Nothing else from me.  Thank you for your time, Lieutenant.

THE REPORTER:  Okay.  Before we go off the record, how would you like to handle signature?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

267

MS. SAWYER:  We'll review and sign and we'll take an electronic copy, please.

THE REPORTER:  Got you.  And then Megan, would you like a copy?

MS. PIERCE:  Not right now.  Thank you.

THE REPORTER:  Okay.  I'll take off the record.

(DEPOSITION CONCLUDED AT 4:24 P.M. CT)



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47

The Deposition of LIEUTENANT LATRICE JONES, taken on January 28, 2025

268

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.



SYDNEY ELIZABETH LITTLE
COMMISSION NUMBER NP0737853
MY COMMISSION EXPIRES
DECEMBER 9, 2029

SYDNEY LITTLE,

COURT REPORTER/NOTARY

MY COMMISSION EXPIRES: 12/09/2029

SUBMITTED ON: 02/06/2025

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ex. 47