

**Department of Correction Incident Report Form** State
Form 7222212 (7212)

DATE: 3-15-26     TIME: 2125    ☐ AM ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved | |
|---|---|---|---|
| Escape & Attempted Escape | ☐ | Lt. Castaneda, Sgt Moses, Sgt. Boylan, | ███ |
| Injury or sickness | ☐ | Ofc. Nellom, Ofc. Aiyetigha, | |
| Disturbance | ☐ | Ofc. Brown, Ofc. Bailey, | |
| Unauthorized Traffic | ☐ | Ofc. Del-Val Rodriguez, | |
| Special Off Grounds (Hospital Run) | ☐ | | |
| Other | ☒ | S███, A███ #███ | |

### Description of Incident:

On 3-15-26 at about 2125 Lt. Castaneda, Angelita called a 10-71 in DCH on the 200 East range. Key Control announced the 10-71 and an announcement was made to all units to release their Fireman. Unit staff Officer Aiyetigha, Abimbola and Officer Nellom, Robert were first to respond and arrived at DE218 housed by S████ A████████ with unit water fire extinguishers and began extinguishing the fire. Sgt. Moses, James arrived with another water extinguisher to assist. Sgt. Boylan, Sarah arrived on the range with an ABC extinguisher, but the fire had already been put out. She along with Officer Bailey, Demonte and Officer Brown, Jerome helped remove S████ and immediately called a signal 3000 due to burn injuries. The remainder of the First Responders arrived along with the Offender Fire Chief while S████ was being transported off the range. S████ was placed on a unit cart and while leaving the unit RN Hacker met then on the walkway and EMS was requested for his injuries. Additional offender Fireman arrived in DCH and began assessing the cell and evacuating the smoke. S████ was brought to the custody hall and at 2137 Michigan City Fire Department arrived on facility grounds and began initial treatment. EMS arrived at 2139 and placed S████ on their medical gurney for transport. The 10-71 and Signal 3000 were both cleared at 2150. Trip Officer #1 Officer Fredericks, Daniel and #2 Officer Adkins, Branden left facility grounds with EMS in route to ████████ Hospital at 2206. Warden Neal, Deputy Warden Nowatzke and Major Wardlow were contacted and advised. OPS #2026-03-378. Lead Investigator Jonas, Aaron, Investigator Miller, Angelica, and Safety Manager Taylor, Deborah were dispatched to the facility. Once the cell was cleared by the offender Fireman for safety concerns a crime scene log was started manned by Ofc. Wricks, Stephanie. RN McMillan was stationed in DCH to take oxygen readings and additional staff were dispatched to escort anyone needing breathing treatments or other medical concerns. Safety Manger Taylor along with I&I Jonas and Miller arrived on grounds and went to DCH to begin their investigation. State Police Investigators arrived at the facility at about 0010 and were escorted by I&I Jonas. MCPD Fire Marshall arrived at about 0108 and State Fire Marshall arrived at 0148 I&I Miller was notified. Officer Fredericks called and advised that S████ was being transferred to ████████ Hospital in Indy and arrived at 0234 and was placed in room 905. Investigators along with outside personnel left and secured the cell at 0309. Officer Aiyetigha did request to go to outside medical after shift and called the nurse triage number. Sgt. Boylan also filled out an employee injury report but did not request medical at this time. All staff involved were offered CISM and declined.

### Location where incident took place:

DE218

### Notification of Official(s) and time:

| | | | |
|---|---|---|---|
| Supervisor or Department Head: | Warden Neal | Time: 2140 | ☐ AM ☒ PM |
| Ass't. Supt. or Supt.: | Deputy Warden Nowatzke | Time: 2145 | ☐ AM ☒ PM |
| Other: | Major Wardlow | Time: 2143 | ☐ AM ☒ PM |

State Form 7222212 (7212)

cc: Supt., Ass't. Supt.

Custody Supv., Dept. Head

Page 1 of 2

Ex. 48



## OFFENDER TRANSPORT ORDER
State Form 23605 (R3 / 2-13)
INDIANA DEPARTMENT OF CORRECTION

**Department of Correction contact number**
( )

### DO NOT RELEASE OFFENDER BEFORE CONTACTING THE INDIANA DEPARTMENT OF CORRECTION.

### AUTHORIZATION TO TRANSPORT

Pursuant to Indiana state statutes and Department of Correction policies and procedures, the following offender(s) have been approved for transfer to another facility or agency, and will be transported:

Name of facility or agency transferred from: ISP

Date of transfer *(month, day, year)*: 3-15-26

Insert quantity of each item in appropriate boxes below

Name of facility or agency transferred to: [redacted]

| | NAME OF OFFENDER *(last, first, middle initial)* | DOC IDENTIFICATION NUMBER | TRANSFER AUTHORITY | FACILITY PACKET | MEDICAL - DENTAL PACKET | CASH, CHECK, OR MONEY ORDER | PROPERTY ENVELOPE | PROPERTY BAG | IDENTIFICATION PACKET | PROPERTY BOX | OTHER DOCUMENT OR PROPERTY NOT LISTED AT LEFT — DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | [redacted] | [redacted] | | | | | | | | | |
| 2. | | | | | | | | | | | |
| 3. | | | | | | | | | | | |
| 4. | | | | | | | | | | | |
| 5. | | | | | | | | | | | |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |

*This order must be signed by an official with authority to approve transfers.

Signature of approving official*: Bootz

Date of signature *(month, day, year)*: 3-15-26

Title of approving official*: Bootz

Name of facility or agency: ISP

### AUTHORIZATION TO RELEASE GATE TO OFFENDER(S)

CONTROL ROOM AND DUTY SUPERVISOR: This is your authority to release the gate to the above named offender(s) for transport in the custody of the identified transporting staff.

Date of offender gate release *(month, day, year)*: 3-15-26

Signature: Bootz

Title: Cpt

### RECEIPT BY TRANSPORTING OFFICER-IN-CHARGE

The offender(s), accompanying document(s), and property shown above, have been received into my custody for transport as authorized.

Time of departure: ☐ AM ☐ PM

Estimated time of arrival at destination: ☐ AM ☐ PM

Name of facility or agency: ISP

Signature of transporting officer-in-charge: Ofc. Frederick

Title of transporting officer-in-charge: CO

### RECEIPT BY RECEIVING FACILITY OR AGENCY STAFF

I have accepted custody of the above named offender(s), accompanying document(s), and property as listed.

Time received: ☐ AM ☐ PM

Date received *(month, day, year)*:

Name of facility or agency:

Signature of receiving staff:

Title of receiving staff:

DISTRIBUTION: White - Releasing facility or agency, Canary - Receiving facility or agency, Pink - Transporting officer-in-charge facility

Ex. 48

Report ID: 267 RPT070

ISP

**INDIANA Department Of Correction**
**Adult Offender Arrival And Identification**

Run Date: 2026-03-15
Run Time: 10:38 PM
Page: 1 of 2

**DOC Number:** ███    **Name:** S████, A███    **Location:** ISP

**Prev DOC #1:** N/A    **Intake Status:** Adult

---

**Date Received at RDC:** 12/8/2011

**Current Receive Code:**

**True Name (Last, First, Middle):** S████, A███

**Street Address:** 432 N. DEER LAKE DRIVE

**City:** BLOOMFIELD

**St:** IN    **Zip:** 47424

**Citizen of Country:** UNITED STATES    **Sex:** Male

**Date of Birth:** ███    **Age:** 43

**Place of Birth City:** GREAT LAKES    **Birth State:** ILLINOIS

**Social Security No(s):** ███    **Weight:** 200    **Height:** 5FT 9IN

**Marital Status:** DIVORCED    **Hair Color:** BROWN    **Body Build:** MEDIUM

**Race/Ethnic Origin:** WHITE    **Eye Color:** BROWN    **Complexion (Skin Tone):** FAIR

**Religion Reference:** HEBREW ISRAELITE

**Marks, Scars, Tattoos:**

| Type | Type Description | Location Description |
|---|---|---|
| O OTHERS | NEED MARKS FROM USING | LOWER RIGHT ARM |
| O OTHERS | LEBRET | FACE |
| O OTHERS | WEARS GLASSES & CONTACT | FACE |
| O OTHERS | WEARS GLASSES & CONTACT | FACE |
| O OTHERS | NEED MARKS FROM USING | LOWER RIGHT ARM |
| O OTHERS | LEBRET | FACE |
| S SCAR | SCAR | RIGHT HAND |
| S SCAR | SCAR | RIGHT HAND |
| T TATTOO | SPIDER | LEFT WRIST |
| T TATTOO | TRIBAL | LEFT ANKLE |
| T TATTOO | SOPHIE | LEFT BREAST |
| T TATTOO | 3 SKULLS | UPPER LEFT ARM |
| T TATTOO | SCORPION | LOWER RIGHT ARM |
| T TATTOO | 3 SKULLS | UPPER LEFT ARM |
| T TATTOO | SOPHIE | LEFT BREAST |
| T TATTOO | TRIBAL | LEFT ANKLE |
| T TATTOO | SPIDER | LEFT WRIST |
| T TATTOO | SCORPION | LOWER RIGHT ARM |

*********************** Emergency Notification ***********************

**Name:** MATTHEW BERRYHILL    **Relationship:** UNCLE

**Street Address:** X    **Phone Number:** (317) 242-9078

**City:** X

**St:** IN    **Zip:** 00000

Ex. 48



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 03/15/2026     **TIME:** 9:25     ☐ AM ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | |
| Injury or sickness | ☐ | |
| Disturbance | ☐ | |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | Lt. Castaneda, Sgt. Moses, Officer Bailey, Officer Aiyetigha, Sgt. Boylan, Officer Brown, Officer Nellom, Officer Ward |

**Description of Incident:**

On 3-15-2026 I Lt. Castaneda called a 10/71which indicates that a fire is taking place in the cell house. At approx. 9:25 PM myself and DCH staff were alerted by the fire alarm. Sgt. Moses was able to identify where the fire was taking place and went to the 200 East with extinguishers and with DCH staff in order to contain the fire. I Lt. Castaneda opened the front door and gate that leads into DCH in order for the first responders and the fireman to have access. After that I helped bring up multiple extinguishers in order to assist with the fire being placed out. Sgt. Moses and Officer Bailey then carried Offender S█████ #█████ DE 218 to the flag where he was taken to the custody hall for medical treatment the signal was cleared at 9:50 PM. After the signal was cleared staff walked the cell house and asked if Offenders in DCH were having any breathing issues. Offenders that were stating that they are were taken down in front of the officer's station to make sure that their oxygen level was good and their lungs were also listen too to much sure that they were clear. Multiple offenders came out and were given the opportunity to see medical and receive outside air. Before nursing staff left the cell house myself Lt. Castaneda and Officer Nellom walked the entire cell house to make sure all Offenders were seen that wanted to been seen by nursing and also to make sure the Offenders that are in DCH were not having an issues.

**Location where incident took place:**

DCH DE 218

**Notification of Official(s) and time:**

| | | | | | |
|---|---|---|---|---|---|
| Supervisor or Department Head: | Capt. Bootz | Time: | 9:25 | ☐ AM | ☒ PM |
| Ass't. Supt. or Supt.: | | Time: | | ☐ AM | ☐ PM |
| Other: | | Time: | | ☐ AM | ☐ PM |

**_Action Taken:_**
Taken to the custody hall to receive medical treatment and await medical sevices

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:  _____

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.

Custody Supv., Dept. Head

Page 1 of 2

Ex. 48



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 03-14-2026    **TIME:** 0535    ☒ AM ☐ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Sgt James Moses |
| Injury or sickness | ☐ | Ofc D Bailey Ofc B Ward, Ofc J Brown. |
| Disturbance | ☐ | Ofc A Aiyetiga |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☐ | Offender S███ #█████DE218 |

### Description of Incident:

On 3/15/2026 at approximately 2124 hrs, the fire alarm was activated. I sgt James Moses checked the fire panel in the office station and directed DCH staff to 200E range as indicated on the fire panel. A 10/71 was called over the radio and we all grabbed one fire extinguisher each and rushed to DE218 assigned to #████ S█████ Water-based fire extinguisher was utilized to put out the fire by DCH staff. I Sgt J Moses and Officer D Bailey entered the Cell and placed offender S███who was under his bed in mechanical restraints, carried him downstairs, and off the unit. The medical team met up with us at the corner of ICH and it was decided to take offender S███to outside hospital. House walk was done and offenders that complained about breathing problems were removed from their cell to get medical attention

### Location where incident took place:

DE218

### Notification of Official(s) and time:

| | | | | | |
|---|---|---|---|---|---|
| Supervisor or Department Head: | Capt Bootz | Time: | 2125 | ☐ AM | ☒ PM |
| Ass't. Supt. or Supt.: | | Time: | | ☐ AM | ☐ PM |
| Other: | | Time: | | ☐ AM | ☐ PM |

### *Action Taken:*
Remoed from his and transported to outside hospital

### Incident report is to be completed and forwarded before leaving institution.

Witness - if Applicable:

**Name of Person Making Report & Dept.:**

Sgt James Moses

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.
      Custody Supv., Dept. Head

Page 1 of 1

Ex. 48



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 03-15-2026        **TIME:** 21:25    ☐ AM  ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Ofc. A.Aiyetigha, Lt. Castaneda |
| Injury or sickness | ☐ | Sgt Boylan, Ofc. Brown |
| Disturbance | ☐ | Ofc. Bailey |
| Unauthorized Traffic | ☐ | Ofc.J. Del-Val |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☐ | Offender S▮▮ A▮▮ #▮▮ DE218 |

### Description of Incident:

On 03/15/2026, at approximately 2125hrs,There was a yelling from east side of the DCH. I Ofc.A.Aiyetigha rushed down to check the ranges and found a huge flame coming out from one of the cells on 200 range. I Ofc.A.Aiyetigha quickly grabbed one of the fire extinguishers placed in front of all the ranges and a 10-71 was called. I arrived the scene and started putting out the fire with the assistance of other DCH officers with their own water extinguishers. The cell which is housing Offender S▮▮ A▮▮ #▮▮ DE218. The fire was extinguished, and a signal 3000 was called at 2129hrs by Sgt.Boylan. Offender S▮▮ was restrained and carried out of the cell house and escorted to the custody hall. Medical directed that the offender should be sent out to outside medical.

### Location where incident took place:

DE218

### Notification of Official(s) and time:

| Supervisor or Department Head: | Capt A.Bootz | Time: | 21:27 | ☐ AM ☒ PM |
|---|---|---|---|---|
| Ass't. Supt. or Supt.: | Lt. Castaneda | Time: | | ☐ AM ☐ PM |
| Other: | | Time: | | ☐ AM ☐ PM |

### *Action Taken:*

Offender S▮▮ was sent to outside hospital vis EMS.

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

**Name of Person Making Report & Dept.:**

Ofc.A.Aiyetighas

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.
      Custody Supv., Dept. Head

Page 1 of 1

Ex. 48



**Department of Correction Incident Report Form**
State Form 7222212 (7212)

**DATE:** 3/15/2026      **TIME:** 9:25    ☐ AM    ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Ofc Bailey |
| Injury or sickness | ☐ | Sgt Moses |
| Disturbance | ☐ | Sgt Boylan |
| Unauthorized Traffic | ☐ | Ofc Aiyetigha |
| Special Off Grounds (Hospital Run) | ☐ | Ofc Del Val |
| Other | ☐ | Offender S███████ |

### Description of Incident:

On 3/15/26 at approximately 9:25pm I, Officer Bailey, responded to a 10-71 that was called in DCH east 218 room of Offender S████ #████ I arrived at the location of the signal and at the time the officers of DCH were at the location trying to extinguish the flames. Once the fire was out and the severity of the situation was clear, first responders declared the incident a signal 3000. Offender S████ was severely burned and lodged under his bed. Sgt Moses and I entered the cell and attempted to remove Offender A████ after we were able to remove him from under his bed, we carried him down the range to be placed on a gurney. First responders met medical staff on the ICH walk and a decision was made that Offender S████ needed to be taken to the outside hospital. Offender S████ was brought to custody hall and given oxygen. EMS and Fire department arrived, and he was transported outside hospital for further treatment.

### Location where incident took place:

DE 218

### Notification of Official(s) and time:

| Supervisor or Department Head: | Cpt Bootz | Time: | 9:25 | ☐ AM ☒ PM |
|---|---|---|---|---|
| Ass't. Supt. or Supt.: | LTCastaneda | Time: | 9:25 | ☐ AM ☒ PM |
| Other: | | Time: | | ☐ AM ☐ PM |

### *Action Taken:*

II S████ was removed from his cell and sent out to an outside hospital for further help

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable: _____      **Name of Person Making Report & Dept.:**

cc:  Supt., Ass't. Supt.
     Custody Supv., Dept. Head

State Form 7222212 (7212)

Page 1 of 2

Ex. 48



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 3/15/26        **TIME:** 9:25        ☐ AM ☒ PM

| **Type of Incident- Check One:** | | **Name and Number of Offender/Employee Involved** |
|---|---|---|
| Escape & Attempted Escape | ☐ | Sgt. S. Boylan |
| Injury or sickness | ☐ | Ofc. A. Aiyetigha |
| Disturbance | ☐ | Ofc. J. Del val Rodriguez |
| Unauthorized Traffic | ☐ | Ofc. D. Bailey |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☐ | Offender S████ A███ # ███████ |

**Description of Incident:**

On 3/15/26 at approx. 9:25PM I, Sgt. Boylan, responded to a 10-71(fire) in DCH 218 East. Upon my arrival, I grabbed an ABC fire extinguisher and went up to cell 218 east. When I arrived at 218 east, the fire had already been extinguished, and Offender S████ had already been placed in mechanical restraints. I observed Offender S████ with burns all over his body and clothing was burned through. I then called a Signal 3000 (medical emergency) on Offender S████ First responders carried Offender S████ out of the cell and down the stairs. Offender S████ was placed on the DCH cart, and first responders began to transport him to the medical service unit. Medical staff RN McMillan and RN Hacker met first responders on the ICH walk, and the decision was made that offender S████ needed to be sent out by Ambulance. Offender S████ was transported to the custody hall and given oxygen by medical staff. Michigan city fire department arrived on grounds at 9:37PM and cut off the clothing of Offender S████ Laporte County EMS arrived at 9:39PM and Offender S████ was transported to the outside hospital by EMS. The signal 3000 and 10-71 were both cleared at 9:50PM.

**Location where incident took place:**

DCH 218 East

**Notification of Official(s) and time:**

| Supervisor or Department Head: | Capt. A. Bootz | Time: | 9:25 | ☐ AM ☒ PM |
|---|---|---|---|---|
| Ass't. Supt. or Supt.: | | Time: | | ☐ AM ☐ PM |
| Other: | | Time: | | ☐ AM ☐ PM |

***Action Taken:***
 The fire was extinguished. Offender S████ was removed from the cell and given oxygen. Offender S████ was sent out to the outside hospital for treatment.

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

_____

_____

**Name of Person Making Report & Dept.:**

Sgt. S. Boylan

_____

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.

       Custody Supv., Dept. Head

Page 1 of 1

Ex. 48



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 3/15/2026          **TIME:** 9:25          ☐ AM ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Sgt.Boylan |
| Injury or sickness | ☐ | Ofc. Bailey |
| Disturbance | ☐ | Ofc. Del Val |
| Unauthorized Traffic | ☐ | Ofc.Aiyetigha |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | Offender S█████ A██████ (DOC████ |

### Description of Incident:

On 3/15/2026/ at approximately 9:25PM, I Ofc Del Val responded to a signal 10-71(fire) in DCH 218E.upon my arrival, I ofc Del Val grabbed the water pressure fire extinguisher.When I arrived at 218 East, the fire had already been extinguished, and Offender S█████ had already been placed in mechanical restraints. Offender S█████ was burned all over his body and clothing was burned through. Sgt Boylan called a signal 3000 (Medical emergency) on Offender S█████ (DOC█████ First responders carried Offender S█████ out of the cell and down stairs. Offender S█████ was placed on the DCH cart, and first responders began to transport him to the medical service unit. Medical staff met first responders on the ICH walk, and the decision was made that offender S█████ needed to be sent out by Ambulance. Offender S█████ was transported to the custody hall and given oxygen by medical staff. Michigan city fire department arrived on grounds at 9:37PM and cut off the clothing of offender s█████ Laporte County EMS arrived at 9:39PM and offender s█████ was transported to the outside hospital by EMS. The Signal 3000 and 10-71 were both cleared at 9:50PM.

### Location where incident took place:

DCH 218 East

### Notification of Official(s) and time:

| Supervisor or Department Head: | Captain A.Bootz | Time: | 9:25 | ☐ AM ☒ PM |
|---|---|---|---|---|
| Ass't. Supt. or Supt.: | | Time: | | ☐ AM ☐ PM |
| Other: | | Time: | | ☐ AM ☐ PM |

### *Action Taken:*

The fire was extinguished. Offender S█████ was removed from the cell and given Oxygen. Offender S█████ was sent out to the outside hospital for treatment.

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

**Name of Person Making Report & Dept.:**

Ofc J.Del Val

_____

_____

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.
      Custody Supv., Dept. Head

Page 1 of 1

Ex. 48



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 3-15-26          **TIME:** 2125          ☐ AM  ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Lt. Casteneda, Sgt. S. Boylan Sgt J. Moses, Ofc A. Aiyetigha Ofc.Nellom,Ofc. J.Brown,Ofc.D..Bailey, Ofc.B.Ward, Ofc. D.Rodriguez |
| Injury or sickness | ☐ | |
| Disturbance | ☐ | |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | I.I. A███ S█████ DOC ████████ |

**Description of Incident:**

On the date/time in question (Sunday, March 15, 2026 at 2125hrs) the fire alarm in DCH was activated IOfc. B. Ward immediately grabbed a fire extinguisher and ran up to the 200 East range and observed a 10-71 (fire) in the middle of the range it was immediately determined when i got closer that it was coming from 218 East Sgt J. Moses, Ofc. Nellom, Ofc. A. Aiyetigha and Ofc. J. Brown were already on the range at the above location extiguishing the fire; once extinguish, I.I. A██ S█ DOC #████████was placed in mechanical restraints by Sgt J. Moses and  safely carried off the range

**Location where incident took place:**

DCH DE 218

**Notification of Official(s) and time:**

| Supervisor or Department Head: | Capt. Bootz | Time: | 2125 | ☐ AM ☒ PM |
|---|---|---|---|---|
| Ass't. Supt. or Supt.: | Lt. Casteneda | Time: | 2125 | ☐ AM ☒ PM |
| Other: | | Time: | | ☐ AM ☐ PM |

**_Action Taken:_**
I.I. A███ S█████ DOC #███████ was taken to an outside hospital for further evaluations

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

Name of Person Making Report & Dept.:

cc:  Supt., Ass't. Supt.

Custody Supv., Dept. Head

State Form 7222212 (7212)

Page 1 of 1

Ex. 48

**Bootz, Adam**

| | |
|---|---|
| **From:** | Hacker, Jennifer |
| **Sent:** | Monday, March 16, 2026 12:27 AM |
| **To:** | Bootz, Adam |
| **Subject:** | ISP S███ ███ DCH |

2129 Signal 3000- nursing met custody on ICH walk
Patient on cart
I assessed pt and asked for ambulance due to severe burns to approximately 80% of body; patient asking for help
Patient taken to custody hall
I placed oxygen onto patient while supporting head and neck
EMS arrived and took over care
Oxygen tanks switched out
Clothing cut off
Sheet applied to cover patient
Vital signs unobtainable due to severity of burns
Patient alert and asking for help, stating it hurts, saying he doesn't know what to do
I reassured patient
2205 Patient off grounds

Jennifer Hacker BSN, RN
ISP Nurse
Healthcare beyond patient care,
healthcare for humanity.

1 Park Row
Michigan City, IN 46360
Direct: 219 874 7256
Ext: 5145/5110

jhacker@teamcenturion.com | CenturionManagedCare.com

Ex. 48





Ex. 48





Ex. 48

Ex. 48



Ex. 48

# IDOC OPERATIONS CENTER EMAIL
## (IDOC POLICY 02-03-114 ATTACHMENT I)

**TYPE OF INCIDENT:**   10-71 / Signal 3000

**DATE OF INCIDENT:**   3/15/2026

**TIME OF INCIDENT:**   2125

**ALL STAFF INVOLVED (rank/title):**   Lt. Castaneda, Sgt. Moses, Sgt. Boylan, Ofc. Aiyetigha, Ofc. Nellom, Ofc. Brown Ofc. Bailey, Ofc. Del-Val Rodriguez, Ofc. Fredericks, Ofc. Atkins

**INCARCERATED INDIVIDUALS INVOLVED (DOC number):**   S████ r, A████ ████

**WITNESSES:**   N/A

**LOCATION WHERE INCIDENT TOOK PLACE:**   ISP

**FACILITY/IDOC WORKSITE WHERE INCIDENT TOOK PLACE:** ISP

**FACILITY/IDOC WORKSITE REPORTING INCIDENT:**   ISP

**PERSON REPORTING TO OPS:**   Capt. A. Bootz

**WERE FIRST RESPONDERS ACTIVATED (YES/NO)?**   Yes

**Was video footage downloaded or reviewed (YES/NO)?**   Yes
**Name(s) of Camera(s):**   DCH East L4

**SHORT DESCRIPTION OF INCIDENT (include injuries reported and weapons used):**

On 3-15-26 at about 2125 Lt. Castaneda called a 10-71 in DCH on the 200 East range. Key control announced the 10-71 and announced to all units to release their Fireman. Unit staff Officer Aiyetigha, Abimbola and Officer Nellom, Robert were first to respond and arrived at DE218 housed by S████ A████████ with unit water fire extinguishers and began extinguishing the fire. Sgt. Moses, James arrived with another water extinguisher to assist. Sgt. Boylan, Sarah arrived on the range with an ABC extinguisher, but the fire had already been put out. She helped remove S████ and immediately called a signal 3000 due to burn injuries. S████ was transported off the range while the remainder of the First Responders arrived along with the Offender Fire Chief. S████ was placed on a unit cart. Medical staff RN McMillan and RN Hacker met the responders leaving the unit and EMS was requested for his injuries. The Offender Fireman arrived and began assessing the cell and evacuating the smoke. S████ was brought to the custody hall and at 2137 Michigan City Fire Department arrived on facility grounds and began initial treatment. EMS arrived at 2139 and placed S████ on their medical gurney for transport. The 10-71 and signal 3000 were both cleared at 2150. Trip Officer #1 Officer Fredericks, Daniel and #2 Officer Adkins, Branden left facility grounds with EMS in route to ████████ Hospital at 2206. Warden Neal, Deputy Warden Nowatzke and Major Wardlow were contacted and advised.

**EMAIL FORM TO:**   IDOCOpsCenter@idoc.in.gov
**FOLLOW UP CALL:**   317-233-7038
**BACK UP NUMBER:**   317-232-5703

Ex. 48

Ex. 48

Indiana State Employee Medical/Mental Health Report

Indiana State Prison
1 Park Row
Michigan City, In 46360

Call for employee injury
**Nurse Triage number 1-833-552-1112**

**RECEIPT OF VERIFICATION**

I understand my reporting obligations and    DO ☑    DO NOT ☐

wish to report and/or seek medical attention for the injury/illness sustained while on duty.

_Employee Signature_    03-15-26
Employee Signature    Date

I also understand that incidents can be a traumatic experience, and I can seek help coping with stress by utilizing the CISM Team or the EAP program.  EAP Number 1-800-886-9747

At this time, I    DO ☐    DO NOT ☑    wish to speak with the CISM team.

_Employee Signature_    3-15-26
Employee Signature    Date

_Supervisor Signature_    3-15-26
Supervisor Signature    Date

Ex. 48

Indiana State Employee Medical/Mental Health Report

Indiana State Prison
1 Park Row
Michigan City, In 46360

Call for employee injury
**Nurse Triage number 1-833-552-1112**

**RECEIPT OF VERIFICATION**

I understand my reporting obligations and   DO ☐   DO NOT ☑

wish to report and/or seek medical attention for the injury/illness sustained while on duty.

Sgt. S. Boylan      3-16-26
Employee Signature        Date

I also understand that incidents can be a traumatic experience, and I can seek help coping with stress by utilizing the CISM Team or the EAP program.  EAP Number 1-800-886-9747

At this time, I   DO ☐   DO NOT ☑   wish to speak with the CISM team.

Sgt. S. Boylan      3-16-26
Employee Signature        Date

_____      3-16-26
Supervisor Signature        Date

Ex. 48

# CRIME SCENE LOG

LOCATION _DE 218_                    DATE _3/15/26_

TIME SCENE SECURED _10.23pm_    SCENE OFFICER _Ofc. S. Wricks 10:23pm-12:35am_
_Ofc J. Brown 12:36- 3:09 301 LAB_

CASE NUMBER _____    INVESTIGATOR _____

TIME RELEASED _12:35 am_    LEAD INVESTIGATOR _____

*Only authorized persons will be permitted to enter this crime scene. Entering this crime scene requires personnel to complete a written report as to activities and observations made. All personnel will be subject to follow up investigative interviews and court subpoena.*

| TIME IN: | PERSONNEL | ACTION/PURPOSE | TIME OUT | REPORT |
|---|---|---|---|---|
| 10.24 pm | Fire Cheif | Investigation / assistance | 10:26 pm | |
| 10.28 pm | Sgt. Bradbury | Take photos | 10:28 pm | |
| 10.36 pm | Deborah Taylor | Safety Manager | 10:42 pm | |
| 10.39 pm | Aaron Jonas | Investigation / photos | 10:42 pm | |
| 10.43 pm | Angelica Miller | investigation / photos | 11:01 pm | |
| 11.23 pm | Ron Neal | Warden | 11:30 pm | |
| 12:35 am | Ofc Wricks | off unit / relieved | 12:36 am | |
| 12:45 | Chris Eagle | Investigation/photos | 12:55 am | |
| 12:43 | Chris Campise | Investigation/photos | 12:55 am | |
| 12:45 | Scott gilbert | Investigation / photos | 12:45 am | |
| 2:01 am | Jeff Rosboon | Fire marshall | | |
| 2:01 am | Jeff Rooder | Fire marshall | | |
| 2:19 | Debora Taylor | Investigation | | |
| 0309 | JEFF ROSEBOOM | FIRE MARSHALL | 0309 | |
| | JEFF BRUDER | FIRE MARSHALL | 0309 | |
| 0314 | DEBORAH TAYLOR | SAFETY MANAGER | | |

Ex. 48

# CRIME SCENE LOG

LOCATION _DCH 218 E_          DATE _3/16/26_

TIME SCENE SECURED _0319_          SCENE OFFICER _B NAAD_

CASE NUMBER_____          INVESTIGATOR_____

TIME RELEASED_____          LEAD INVESTIGATOR_____

*Only authorized persons will be permitted to enter this crime scene. Entering this crime scene requires personnel to complete a written report as to activities and observations made. All personnel will be subject to follow up investigative interviews and court subpoena.*

| TIME IN: | PERSONNEL | ACTION/PURPOSE | TIME OUT | REPORT |
|---|---|---|---|---|
|  | Scott Gilber | INVESTIGATIONS | 0320 |  |
|  | DEBORAH TAYLOR | SAFETY MANAGER | 0320 |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Ex. 48