

**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 4/7/2026     **TIME:** 2:13    ☐ AM ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved | |
|---|---|---|---|
| Escape & Attempted Escape | ☐ | | |
| Injury or sickness | ☐ | | |
| Disturbance | ☐ | | |
| Unauthorized Traffic | ☐ | | |
| Special Off Grounds (Hospital Run) | ☐ | | |
| Other | ☐ | Offender S███ C██████ DOC ██████. | |

### Description of Incident:

On 4/7/2026 at approx. 2:13pm, Sgt. E. Favela called a 10-70 in DCH on the 500 East range. Sgt. S. Gill announced the 10-70 over the radio and made announcement to all units to release their Fireman. Unit staff Sgt. E. Favela, Ofc. J. Singleton and Ofc. M. Wagers were first to respond and arrived at DE517 housed by Offender S███ C██████ DOC ██████ with unit fire extinguishers and began extinguishing the fire. The fire was put out. Officer J. Singleton then unlocked the door and pulled Offender S███ out of his cell and immediately Sgt. E. Favela called a signal 3000 due to burn injuries. The First Responders (Lt. A. Canchola, Sgt. M. Tremble, Sgt. M. Soto, Ofc. M. Wagers, RN J. Tarpley and RN. A. Meyers) arrived along with the Offender Fire brigade. Offender S███ was placed on a medical gurney and escorted off the range to the awaiting medical staff on the 100 range. Ambulance was requested for his injuries. At this time, additional offender Fireman arrived in DCH and began assessing the cell house. Offender S███ was escorted to the custody hall awaiting ambulance. Ambulance arrived on grounds at 2:25pm and placed Offender S███ on their medical gurney for transport. The 10-70 and Signal 3000 were both cleared at 2:24pm. Trip Officer #1 Sgt. R. Naz and #2 Officer T. Terry were assembled, Offender S███ left facility grounds with ambulance enroute to Franciscan Hospital in Michigan City, Indiana at 2:43pm. Administrative staff were notified. Also advised were Lead Investigator Mr. Jonas, Aaron, and Safety Hazard Manager Ms. Taylor, Deborah. A crime scene log was started and manned by Ofc. K. Simpson, while additional staff were dispatched to escort anyone needing breathing treatment or other medical concerns to MSU. State Police and Fire Mashall were also contacted and arrived on grounds at 3:41pm. State Police Investigators and fire marshal were escorted by I&I Jonas. Sgt. R. Naz called the shift office and advised that Offender S███ was being transferred and airlifted to ████████ Hospital in Indianapolis for his injury. No injury reported by any staff member. The incident could be seen on DCH 500 East Front Camera at 2:13pm. All staff involved were offered CISM and declined. Ops # 2026-04-165.

### Location where incident took place:

DCH

### Notification of Official(s) and time:

| | | | | | |
|---|---|---|---|---|---|
| Supervisor or Department Head: | Warden Mr. R. Neal | Time: | 2:23 | ☐ AM ☒ PM | |
| Ass't. Supt. or Supt.: | Major D. Wardlow | Time: | 2:15 | ☐ AM ☒ PM | |
| Other: | | Time: | | ☐ AM ☐ PM | |

### *Action Taken:*

Offender Sifrer DOC 166688 was treated and airlifted to Eskenazi in Indianapolis for further medical treatment.

State Form 7222212 (7212)

cc: Supt., Ass't. Supt.
      Custody Supv., Dept. Head

Ex. 49



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

**Name of Person Making Report & Dept.:**

Captain Moses Itodo

*Capt. Itodo*

cc:  Supt., Ass't. Supt.
    Custody Supv., Dept. Head

State Form 7222212 (7212)

Page 2 of 2

Ex. 49

**OFFENDER TRANSPORT ORDER**
State Form 23605 (R3 / 2-13)
INDIANA DEPARTMENT OF CORRECTION

| Department of Correction contact number |
|---|
| ( ) |

## DO NOT RELEASE OFFENDER BEFORE CONTACTING THE INDIANA DEPARTMENT OF CORRECTION.

### AUTHORIZATION TO TRANSPORT

Pursuant to Indiana state statutes and Department of Correction policies and procedures, the following offender(s) have been approved for transfer to another facility or agency, and will be transported:

Name of facility or agency transferred from
*ISP*

Date of transfer (month, day, year)
*4/7/26*

Name of facility or agency transferred to
*Franciscan*

Insert quantity of each item in appropriate boxes below

| NAME OF OFFENDER (last, first, middle initial) | DOC IDENTIFICATION NUMBER | TRANSFER AUTHORITY | FACILITY PACKET | MEDICAL - DENTAL PACKET | CASH, CHECK, OR MONEY ORDER | PROPERTY ENVELOPE | PROPERTY BAG | IDENTIFICATION PACKET | PROPERTY BOX | OTHER DOCUMENT OR PROPERTY NOT LISTED AT LEFT DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. ██████ S ██████ | ██████ | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |

*This order must be signed by an official with authority to approve transfers.

Signature of approving official*

Date of signature (month, day, year)
*4/7/26*

Title of approving official*
*Capt.*

Name of facility or agency
*ISP*

### AUTHORIZATION TO RELEASE GATE TO OFFENDER(S)

CONTROL ROOM AND DUTY SUPERVISOR: This is your authority to release the gate to the above named offender(s) for transport in the custody of the identified transporting staff.

Date of offender gate release (month, day, year)
*4/7/26*

Signature

Title
*Capt.*

### RECEIPT BY TRANSPORTING OFFICER-IN-CHARGE

The offender(s), accompanying document(s), and property shown above, have been received into my custody for transport as authorized.

Time of departure
*2:30*  ☐ AM  ☒ PM

Estimated time of arrival at destination
*2:40*  ☐ AM  ☒ PM

Name of facility or agency
*ISP*

Signature of transporting officer-in-charge

Title of transporting officer-in-charge
*ISP*

### RECEIPT BY RECEIVING FACILITY OR AGENCY STAFF

I have accepted custody of the above named offender(s), accompanying document(s), and property as listed.

Time received  ☐ AM  ☐ PM

Date received (month, day, year)

Name of facility or agency

Signature of receiving staff

Title of receiving staff

DISTRIBUTION: White – Releasing facility or agency, Canary – Receiving facility or agency, Pink – Transporting officer-in-charge facility

Ex. 49



# RECORD OF MEDICAL TRANSFER

State Form 4745 (R5/12-62)

Indiana Department of Correction

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

**Name of sending facility:** ISP

**Name of receiving facility:** franciscan

**Sex:** M

**Medication requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:**

Fire

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

**Signature of Medical Director:** V/O Matthakis 4-7-26

Report ID: 267 RPT070
ISP

**INDIANA Department Of Correction**
**Adult Offender Arrival And Identification**

Run Date: 2026-04-07
Run Time: 3:21 PM
Page: 1 of 3

**DOC Number:** ▓

**Name:** S▓ C▓

**Location:** ISP

**Prev DOC #1:** N/A

**Intake Status:** Adult

**Date Received at RDC:** 7/16/2014

**Current Receive Code:**

**True Name (Last, First, Middle):** S▓ C▓

**Street Address:**

**City:** DEMOTTE

**St:** IN          **Zip:** 46310

**Citizen of Country:** UNITED STATES          **Sex:** Male

**Date of Birth:** ▓          **Age:** 34

**Place of Birth City:** CROWN POINT          **Birth State:** INDIANA

**Social Security No(s):** ▓          **Weight:** 173          **Height:** 5FT 9IN

**Marital Status:** SINGLE          **Hair Color:** BROWN          **Body Build:** SMALL

**Race/Ethnic Origin:** WHITE          **Eye Color:** BROWN          **Complexion (Skin Tone):** FAIR

**Religion Reference:** JEWISH

**Marks, Scars, Tattoos:**

Ex. 49

Report ID: 267 RPT070
ISP

**INDIANA Department Of Correction**
**Adult Offender Arrival And Identification**

Run Date: 2026-04-07
Run Time: 3:21 PM
Page: 2 of 3

DOC Number: ███    Name: S███ C███████    Location: ISP

Prev DOC #1: N/A    Intake Status: Adult

| Type | Type Description | Location Description |
|------|-----------------|---------------------|
| B BIRTHMARK | LEFT BUTTOCKS | LEFT BUTTOCK |
| B BIRTHMARK | DARKSPOT FROM ULA DOWN CHEST | CHEST |
| O OTHERS | PRCD LFT EAR | LEFT EAR |
| O OTHERS | READING GLASSES, HERE 2 PAIRS | FACE |
| O OTHERS | PRCD LFT EYEBROW | FACE |
| S SCAR | RIGHT KNEE | LOWER RIGHT LEG |
| S SCAR | LEFT SHIN | LOWER LEFT LEG |
| S SCAR | RIGHT TRICEP | UPPER RIGHT ARM |
| S SCAR | LEFT ELBOW | LOWER LEFT ARM |
| S SCAR | RIGHT ELBOW | LOWER RIGHT ARM |
| S SCAR | LEFT KNEE | LOWER LEFT LEG |
| S SCAR | LEFT FOREARM | LOWER LEFT ARM |
| S SCAR | SCAR ON BACKSIDE RHT ARM | UPPER RIGHT ARM |
| T TATTOO | TIFFANY UNDERSIDE RHT WRIST | RIGHT WRIST |
| T TATTOO | CHAIN,2 SKULLS,DEAD SKIN | LOWER LEFT ARM |
| T TATTOO | SIFRER BEHIND LFT EAR/NECK | NECK LEFT SIDE |
| T TATTOO | SWAT AND BOLTS | LOWER RIGHT LEG |
| T TATTOO | 1488 | LOWER RIGHT LEG |
| T TATTOO | 3 SWASTIKAS ACROSS UPPER | CHEST |
| T TATTOO | SKELTON BONES ON EACH FINGER | LEFT HAND |
| T TATTOO | CHINESE SYMBOL(COMOCASI)INNER | RIGHT ANKLE |
| T TATTOO | ANGEL | UPPER RIGHT ARM |
| T TATTOO | SKULLS, FILLER | UPPER LEFT ARM |
| T TATTOO | CHINESE SUMBOL(CRIMINAL)OUTER | LEFT ANKLE |
| T TATTOO | ANARCHY SIGN BY RHT EYE | FACE |
| T TATTOO | BREED BACKSIDE | UPPER RIGHT ARM |
| T TATTOO | REAPER | LOWER LEFT LEG |
| T TATTOO | 5 POINT STAR OUTER | LOWER RIGHT LEG |
| T TATTOO | JAIL BARS W/ 166688 | LOWER LEFT ARM |
| T TATTOO | CHAINS,CROSS,DYING | UPPER LEFT ARM |
| T TATTOO | 10 POINT STAR | UPPER BACK |
| T TATTOO | SKELTON BONES,SKELTON,EYEBALL | LEFT HAND |
| T TATTOO | RABBIT | UPPER RIGHT ARM |
| T TATTOO | SARAH | LOWER RIGHT ARM |
| T TATTOO | MTN DEW SYMBOL,STARS | LOWER LEFT ARM |

*********************** **Emergency Notification** ***********************

**Name:** KIMBERLY Stahlhut    **Relationship:** MOTHER

**Street Address:** 5575 1125    **Phone Number:** (219) -76-5-64

**City:** Demotte

**St:** IN    **Zip:** 46310

Ex. 49

Report ID: 267 RPT070  
ISP

**INDIANA Department Of Correction**  
**Adult Offender Arrival And Identification**

Run Date: 2026-04-07  
Run Time: 3:21 PM  
Page: 3 of 3

**DOC Number:** 1█████  **Name:** S████, C/████████  **Location:** ISP

**Prev DOC #1:** N/A  **Intake Status:** Adult

---

|  |  |  | **Description of Court** | | **Cause No:** | |
|---|---|---|---|---|---|---|
|  |  |  | Circuit | | 37C01 1001 FB 000011 | |
| **Sent No.** | **CSEC To** | **Offense Type** | **Term Sent./ Port. Sup.** | **EDS/ Hab Off ENH** | **PRD** | **MRD** |
| 2 |  | FB BURGLARY I.C. 35-43-2-1 | 10-00-00000 04-00-00000 | 06-16-2050 00-00-00000 | 06-15-2053 | 06-15-2056 |
| **Date of Sent. (DOS)** |  | **Accrued Time Credit (ATC)** | **Clemency Date** | | **Earliest Possible Release Date (EPRD)** | |
| 06-30-2014 |  | 0 |  | | 06-15-2053 | |
| **Credit Class:** | 1 |  | **Court Security Recommendation:** | | | |

No Recommendation

|  |  |  | **Description of Court** | | **Cause No:** | |
|---|---|---|---|---|---|---|
|  |  |  | Circuit | | 37C01 1307 MR 000834 | |
| **Sent No.** | **CSEC To** | **Offense Type** | **Term Sent./ Port. Sup.** | **EDS/ Hab Off ENH** | **PRD** | **MRD** |
| 1 |  | M MURDER I.C. 35-42-1-1 | 64-00-00000 00-00-00000 | 07-14-2013 00-00-00000 | 06-15-2050 | 07-13-2077 |
| **Date of Sent. (DOS)** |  | **Accrued Time Credit (ATC)** | **Clemency Date** | | **Earliest Possible Release Date (EPRD)** | |
| 06-30-2014 |  | 351 |  | | 06-15-2053 | |
| **Credit Class:** | 1 |  | **Court Security Recommendation:** | | | |

No Recommendation

Ex. 49



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 4/7/2026          **TIME:** 2:13   ☐ AM ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Lt. A.Canchola |
| Injury or sickness | ☐ | Sgt. M. Soto |
| Disturbance | ☐ | Sgt. M. Trimble |
| Unauthorized Traffic | ☐ | Ofc. M. Wagers |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | 10-70 DCH East 517 offender S███ █ |

**Description of Incident:**

At approx. 2:13 pm on 4/7/2026 a 10-70 was called in DCH East 517 offender S███ C███████ I Lt. Canchola responded fire was already put out with 6 water extingusser's. A offender S███ C███ was brought out of his cella signal 3000 was called at approx. 2:15 pm. Offender S███ ████ was placed on the carring gurny. It was determend that offedner S███ C███ was burned to be sent out to outside hospital. Offdender S███ C███ was brought down and placed on the gurny and taken to custody hall to await ambulince to arrive. Siganl 3000 and 10-70 was cleared at approx. 2:24 pm.

**Location where incident took place:**

D-East 431

| Notification of Official(s) and time: | | | | | | |
|---|---|---|---|---|---|---|
| Supervisor or Department Head: | Capt. Itodo | Time: | 2:13 | ☐ AM | ☒ PM |
| Ass't. Supt. or Supt.: | Lt. A. Winn | Time: | 2:13 | ☐ AM | ☒ PM |
| Other: | | Time: | | ☐ AM | ☐ PM |

**_Action Taken:_**
Sent out to outside Hospitasl by ambulance.

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

_____

_____

**Name of Person Making Report & Dept.:**

Lt. A. Canchola

State Form 7222212 (7212)

cc: Supt., Ass't. Supt.
   Custody Supv., Dept. Head

Page 1 of 1

Ex. 49



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 4-7-26          **TIME:** 1413    ☐ AM  ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Sgt. Soto, Sgt. Trimble, Lt. Canchola, Ofc. Wagers |
| Injury or sickness | ☐ | Lt. Wolford |
| Disturbance | ☐ | |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☐ | Offender S███████ |

### Description of Incident:

At approx. 2:13 pm on 4/7/2026 a 10-70 was called in DCH East 517 offender S███ C███████ #█████ I Sgt. Soto responded fire was already put out with 6 water extingusser's. A offender S███ C███ was brought out of his cell signal 3000 was called at approx. 2:15 pm. Offender S███ C███ was placed on the carring gurny. It was determend that Offender S███ C███ will be sent out to outside hospital due to burns. Offender S███ C███ was brought down and placed on the gurny and taken to custody hall to await ambulince to arrive. Siganl 3000 and 10-70 was cleared at approx. 2:24 pm

### Location where incident took place:

DCH East 517

### Notification of Official(s) and time:

| | | | |
|---|---|---|---|
| Supervisor or Department Head: | Capt. Itodo | Time: 14:13 | ☐ AM ☒ PM |
| Ass't. Supt. or Supt.: | Lt. Winn | Time: 14:13 | ☐ AM ☒ PM |
| Other: | | Time: | ☐ AM ☐ PM |

### *Action Taken:*
Sent to Hospital

**Incident report is to be completed and forwarded before leaving institution.**

Witness – if Applicable:

_____

_____

**Name of Person Making Report & Dept.:**

Sgt. Soto

_Sgt. Soto_ (signature)

_____

cc:  Supt., Ass't. Supt.
     Custody Supv., Dept. Head

State Form 7222212 (7212)

Page 1 of 1

Ex. 49



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

DATE: _4-7-26_     TIME: _2:13_     ☐ AM ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Lt. Wolford, Lt. Canchola, Sgt. Soto, Sgt. Favela ■■■■ |
| Injury or sickness | ☐ | Sgt. Trimble, Sgt. Muniz, Ofc. Wagers, |
| Disturbance | ☐ | RN Meyers |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | S■ C■■■■ ■ (DE-517) |

**Description of the Incident:** On the above date 4-7-26 at approx. 1413 a 10-71 was called in DCH. I Lt. Wolford then responded once more staff were requested I Lt. Wolford arrived on unit from CCH and was directed to 500 east in DCH. First responders then called a signal 3000 (medical emergency) at 1414 I Lt. Wolford arrived on the range and II S■ ■ was placed in the recovery position on the range myself along with first responders placed him inside the mobile gurney and carried off the range. I Lt. Wolford along with first responders take S■ ■ straight to the custody hall where he was searched and placed in trip gear awaiting EMS and Michigan city Fire fighters. Both signals were cleared at 1415.

**Location where the incident took place:** DCH 517 East

| | | | | | |
|---|---|---|---|---|---|
| Supervisor or Department Head: | Capt. M. Itodo | Time: _____ | AM | X PM |
| Ass't. Supt. or Supt.: | | Time: _____ | ☐ AM | ☐ PM |
| Other: | | Time: _____ | ☐ AM | ☐ PM |

**_Action Taken:_** Fire was extinguished II was placed in recovery position then carried off the range to awaiting medical staff. Loaded onto gurney and taken to the custody hall where he was searched for and placed in trip restraints and taken to outside hospital for emergency medical trip.

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

Name of Person Making Report & Dept.:

Lt. D. Wolford

cc:  Supt., Ass't. Supt.
Custody Supv., Dept. Head

State Form 7222212 (7212)

Page 1 of 1

Ex. 49



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

DATE: 04/07/26          TIME: 213          ☐ AM ☒ PM

| Type of Incident. Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Sgt Trimble, Sgt Soto, Officer Wagers, Officer Singleton, Sgt.Favela |
| Injury or sickness | ☐ | |
| Disturbance | ☐ | |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds  (Hospital Run) | ☐ | |
| Other | ☒ | Offender ███████ - S███ |

### Description of Incident:

On 04/07/26 at approximatlely 213pm, I, Officer Singleton responded to a disress call of "fire" on 500 East of DCH. I hurried to 500 and grabbed an extinguisher and rushed towards 517 where i saw flames and smoke. I then sprayed at the flames until they began to extinguish. Once I saw that it was safe to do so, I opened East 517 and pulled out Offender S██████ to safety. A signal 3000 was called in DCH. First repsonders arrived shortly after and S███ was escorted off unit and sent out via EMS.

### Location where incident took place:

DCH  East

### Notification of Official(s) and time:

| Supervisor or Department Head: | Itodo | Time: | 213 | ☐ AM ☒ PM |
|---|---|---|---|---|
| Ass't. Supt. or Supt.: | Lt Winn | Time: | 213 | ☐ AM ☒ PM |
| Other: | | Time: | | ☐ AM ☐ PM |

### Action Taken:
Medical emergency was called, Offender Sifrer was taken to medical services.

### Incident report is to be completed and forwarded before leaving institution

Witness - if Applicable:

Name of Person Making Report & Dept.:

*[signature]*

OfC. J. Singleton

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.
       Custody Supv., Dept. Head

Page 1 of 1

Ex. 49



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

DATE:  4/7/26                   TIME:  1154      ☐ AM  ☐ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Lt.. Wolford, Lt. Canchola, Sgt. Soto, |
| Injury or sickness | ☐ | Sgt. Trimble, Ofc. Wagers, |
| Disturbance | ☐ | RN Meyers |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | S█ C████ |

### Description of Incident:

On 4/7/26 at approx. at approx. 1413 a signal 10-70 was called in DCH I Ofc Wagers responded heard Offenders yelling fire on 500 East upon arrival of the range I saw flames coming out of the cell which was 517 East housed by offender S█ once i could get close enough to the cell location i instructed the offender to stay low so that we could put the fire out while putting the fire out we could open the cell and put him in mechanical restraints while the offender was on the range myself and Sgt Favela sprayed the fire out with water extinguisher he was escorted down stairs via portable gurney and placed on the gurney and taken to the custody hall and sent on an emergency trip.

### Location where incident took place:

DCH 517 East

| Notification of Official(s) and time: | | | | |
|---|---|---|---|---|
| Supervisor or Department Head: | Cpt. M Itodo | Time:  1230 | ☐ AM | ☒ PM |
| Ass't. Supt. or Supt.: | | Time: | ☐ AM | ☐ PM |
| Other: | | Time: | ☐ AM | ☐ PM |

### *Action Taken:*
he was escorted to custody hall and placed in trip gear for emergency trip

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

_____

_____

**Name of Person Making Report & Dept.:**

M. Wagers

_____

State Form 7222212 (7212)

cc:  Supt., Ass't. Supt.
      Custody Supv., Dept. Head

Page 1 of 1

Ex. 49



**Department of Correction Incident Report Form**

State Form 7222212 (7212)

DATE: 4/7/2026          TIME: 1413   ☐ AM   ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | First Responders: Sgt M. Trimble, Sgt M. Soto, Lt A. Canchola, Ofc M. Wagers.  Non Reponders: Lt D. Wolford, R. Lt Statham, A. Munoz  DCH Staff: Sgt E. Favela, Ofc J. Singleton, Ofc A. Banire |
| Injury or sickness | ☐ | |
| Disturbance | ☐ | |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☐ | II C█████ S█████ |

## Description of Incident:

On 4/7/2026 there was a signal 10-70 called at 1413 in DCH on the 500 East in 517, belonging to Incarcerated Individual C█████ S█████████████ Sgt Trimble was a first responder and ran from ACH. While running to the 10-70 in DCH, a signal 3000 was called for II s████. Upon Arrival staff already had II S████ out of the cell fire. II S████ was placed on a carrier and taken directly to the custody hall. II S███ was assessed and treated by the Indiana State Prison's medical staff. II sifrer was placed in full trip gear, then taken out of the facility by EMS on an outside trip. The signals were cleared at 1424.

## Location where incident took place:

DCH 517 East

## Notification of Official(s) and time:

| Supervisor or Department Head: | Captain Itodo | Time: | 1413 | ☐ AM ☒ PM |
|---|---|---|---|---|
| Ass't. Supt. or Supt.: | Lt Winn | Time: | 1413 | ☐ AM ☐ PM |
| Other: | | Time: | | ☐ AM ☐ PM |

## Action Taken:

Taken to Custody Hall, assessed / treated by ISP medical staff, sent out with EMS.

### Incident report is to be completed and forwarded before leaving institution.

State Form 7222212 (7212)

cc:  Supt., Ass't. Supt.

     Custody Supv., Dept. Head

Page 1 of 2

Ex. 49



**Department of Correction Incident Report Form**
State Form 7222212 (7212)

Witness - if Applicable:

**Name of Person Making Report & Dept.:**

Sgt Trimble

_____

_____

cc:   Supt., Ass't. Supt.
      Custody Supv., Dept. Head

State Form 7222212 (7212)

Page 2 of 2

Ex. 49



**Department of Correction Incident Report Form** State
Form 7222212 (7212)

**DATE:** 4-7-2026          **TIME:** 1413      ☐ AM ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Lieutenant Ryan Statham |
| Injury or sickness | ☐ | |
| Disturbance | ☐ | |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds  (Hospital Run) | ☐ | |
| Other | ☐ | S█ C█████████ DE 517 |

**Description of Incident:**

On 4/7/2026 at approximately 2:13pm, a 10-70 was called in DCH inside of the cell of Offender S█ C██████ ████████ At 2:15pm, a Signal 3000 was called and ISP First Responders were calling for a cloth gurney to carry the offender down. I observed medical on the ICH walk and I grabbed the cloth gurney and ran it to staff that were on the range. ISP First Responders were carrying down Offender S████ I stayed with the ISP Offender firefighters as they suppressed the fire and spread out all of the items that were on fire and doused them with water to stop them from reigniting. After the fire was completely out, the signal was cleared at 2:24pm. A crime scene was established at the order of Lead Investigator Aaron Jonas and Officer Keegan Simpson was assigned to supervise the crime scene and a crime scene log was started at 2:39pm.

**Location where incident took place:**

DE-517

| Notification of Official(s) and time: | | | | | |
|---|---|---|---|---|---|
| Supervisor or Department Head: | Captain Moses Itodo | Time: | 2:45 | ☐ AM ☒ PM | |
| Ass't. Supt. or Supt.: | | Time: | | ☐ AM ☐ PM | |
| Other: | | Time: | | ☐ AM ☐ PM | |

**Action Taken:**
10-70 and Signal 3000 in DE 517. Fire supressed and crime scene log started.

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

**Name of Person Making Report & Dept.:**

Lieutenant Ryan Statham.

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.
      Custody Supv., Dept. Head

Page 1 of 2

Ex. 49

**INDIANA STATE PRISON**

Date:___ **4-7-2026**

**To:** Whom It May Concern
**From:** Lieutenant Ryan Statham
**Re:** Fire in DE 517 S███ C█████████████

**Location :** DE 517

**Cause:** Unknown currently

**Time:** 2:13pm

**Under Control:** Fire Extinguishers used by unit staff, fire suppressed by ISP Offender Fire Department.

**In Service:**

**Equipment Used:** Water Fire Extinguishers/Offender firefighters.

**Occupant(s):** S███ C███████████ DE 517

**Remarks:**

On 4/7/2026 at approximately 2:13pm, a 10-70 was called in DCH inside of the cell of Offender S████ ███████████ SP First Responders and shelter staff utilized water fire extinguishers to fight the fire and remove the Offender. ISP Offender Fire Department arrived and suppressed the fire. They then separated all the cloth and paper items that were in the cell and doused those with water to prevent any further fires from starting. A crime scene was established, and Officer Keegan Simpson was assigned to watch the crime scene. A crime scene log was started and the 10-70 was cleared at 2:24pm.

R. Statham

Ex. 49