INDIANA STATE PRISON

Inter-Department Communication                    Date: 7/21/2016

Memorandum To: Whom it may concern

From: Ofc. R. Statham

Concerning: 10-70 in BCH

---

On 7/21/16 at approx. 9:27 pm, I Ofc. Statham, responded to a 10-70 in BCH cell 440; housed by offender Anderson (DOC#197400). When I arrived, I observed a lot of smoke and saw sparks coming from the offender's socket. The offender was pulled out of the cell, the power to the cell was shut off and maintenance was called to repair the issue. The offender was taken downstairs to wait for the repairs without further incident.

R. Statham
7/21/2016



**Ofc. Statham**
Indiana State Prison
One Park Row
Michigan City, IN 46360
(219) 874-7256
RStatham@idoc.in.gov

DEVINE134160

Plaintiff 001422
Ex. 53