

**Department of Correction Incident Report Form**
State Form 7222212 (7212)

**DATE:** 8.31.2022          **TIME:** 7:30   ☐ AM   ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☒ | Sgt. B. Stovall |
| Injury or sickness | ☐ | |
| Disturbance | ☐ | |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | |

**Description of Incident:**

On 8.31.2022 at approximately 7:30pm. ACH Custody Supervisor Sgt. B. Stovall reports to this office that there were sparks and smoke coming from an outlet that has the water fountain connected to. Sgt. Stovall states that no water from the fountain contacted the outlet. The fire from the outlet was extinguished by Sgt. Stovall and the fire caused the security lights over the midway doors of each range go out. Also, the lights in the Unit team office were also out. The ISP Fire Brigade Chief was dispatched to the scene and recommended that electrician be brought in to look at the socket. Maintenance #8 Mr. Evans, who was the EDO, was contacted and he arrived at the facility at approx. 8:30pm. Sgt. Reed arrived to give access to tool control. The offender electrician along with Maintenance#8 arrived at ACH to access the matter and was determined that the socket that the water fountain was plug into was faulty and was the cause of the power being loss in the front area none of the cells in ACH loss any power during this time. The power was restored in the Unit Team office and on the front of blocks at approx. 9:00pm. All the tools that were signed out were accounted for and signed back in tool control by Sgt. R. Heavilin. Hazmat Supervisor Mrs. Taylor was contacted by phone and the administrative staff by email.

**Location where incident took place:**

ACH front flag area

**Notification of Official(s) and time:**

| | | | | |
|---|---|---|---|---|
| Supervisor or Department Head: | Major D. Wardlow-email | Time: 9:45 | ☐ AM ☒ PM | |
| Ass't. Supt. or Supt.: | DW Nowatzke | Time: 9:45 | ☐ AM ☒ PM | |
| Other: | Warden Neal | Time: 9:45 | ☐ AM ☒ PM | |

**_Action Taken:_**
Socket was replaced power restored

State Form 7222212 (7212)

cc:  Supt., Ass't. Supt.
     Custody Supv., Dept. Head

STATE008257

Ex. 54



**Department of Correction Incident Report Form**
State Form 7222212 (7212)

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:                                    **Name of Person Making Report & Dept.:**

_____                           _____

_____                           _____

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.
        Custody Supv., Dept. Head

Page 2 of 2

STATE008258

Ex. 54