## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

| | | |
|---|---|---|
| DENISE DWYER, as Personal Representative of the ESTATE OF JOSHUA DEVINE, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 3:18-cv-00995-JD-MGG |
| v. | ) ) | Judge Jon E. DeGuilio |
| RON NEAL, et al. | ) ) | Mag. Judge Michael G. Gotsch, Sr. |
| Defendants. | ) ) ) | JURY TRIAL DEMANDED |

### DECLARATION OF ALVIN CHRISTMAS

I, Alvin Christmas, declare under penalty of perjury that the following is true and correct:

1. My name is Alvin Christmas, and my DOC number is 128462.

2. I am currently incarcerated at Indiana State Prison.

3. I was incarcerated at Indiana State Prison on April 7, 2017. I was house in Cell 224 of B Cell House.

4. After the prisoners were locked in their cells on April 7, 2017, I heard Joshua Devine yell for someone to open his door because his cell was on fire.

5. I knew Joshua Devine and so I recognized his voice as the person who was yelling.

6. Soon, everyone in the cell house joined in yelling and screaming.

7. There were three officers working in B Cell House that night, a man and two women. (1-Hispanic male, 1-Hispanic female, 1-African American Female) AC

8. All three officers were new. I knew the officers were new because I had recently seen them going around the prison as trainees with other officers training them.

1

P000706

Plaintiff 000724
Ex. 55

9.     After everyone started yelling, 10 to 15 minutes passed before an officer went up the range to Joshua's cell.

10.     The first person to go up the range to Joshua's cell was a Hispanic male officer. I think his name was Rodriguez.

11.     I was able to see that male officer going up the stairs from the 100 level up towards the 500 level. I could see him because I was using a mirror to look out my cell at the stairwell down the front of the range.

12.     I heard that officer tell Joshua Devine that he did not have the keys.

13.     That officer went back down without releasing Joshua Devine from his cell.

14.     I saw that officer going down the stairs because I was still using the mirror to look out of my cell. I knew that he had not let Joshua Devine out of his cell because I could still hear Joshua yelling.

15.     I also saw a Black female officer coming down the stairs. I could see that she had her face down and was wiping her eyes, crying. Joshua Devine was still yelling to be let out of his cell at this point.

16.     I could see the flames reflected in the window across from my cell. The flames were coming out of Joshua Devine's cell.

17.     The prisoners in B Cell House were repeatedly telling the officers to let Danny Means out of his cell. Danny Means was a firefighter at the time who was living on the first floor of B Cell House. I heard other prisoners continually yelling "let the fireman out." I also heard Danny Means yelling "I'm a fireman, let me out." I recognized Danny Means' voice, and his cell was close to mine. No one ever let him out to help fight the fire until the whole cell house was evacuated. I know that no one let him out because he kept yelling to be let out to help.

2

P000707

Plaintiff 000725
Ex. 55

18.     The prisoners also kept telling the officers to open the cell doors, but they wouldn't.

19.     Joshua Devine died at the front of his cell by the door.

20.     The other prisoners in B Cell House almost died as well. When I was released, I couldn't see in front of me because of how thick the smoke was.

21.     Joshua Devine was a chronic care patient because he had seizures. He was not supposed to be living on the 500 range. I know this because at some point in the days before the fire I heard Joshua Devine talking with one of the prison staff members and telling them that he had a flag pass, that he had a history of having seizures, and to check with medical.

22.     Joshua had been on the 500 range for about a week before the fire.

23.     The prisoner who was in cell 540 (Joshua Devine's cell) before him had complained about the sockets in the cell sparking.

24.     This problem was supposedly fixed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_9-30-2026_
Date

*Alvin Christmas* (signature)

Alvin Christmas

3

P000708

Plaintiff 000726
Ex. 55