

## Department of Correction Incident Report Form
State Form 7222212 (7212)

**DATE:** 6 AUG 2022      **TIME:** 4:10   ☐ AM   ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | PDR - East Side , Electrical Fire |
| Injury or sickness | ☐ | Lt. R. Darschewski |
| Disturbance | ☐ | Sgt. Fredenburg, Ofc. Ratkay |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | |

### Description of Incident:

On the date 6 AUG 2022, at approx 4:10pm PDR Supervisor, Sgt. Fredenburg was notified by Ofc. Ratkay of a small fire that started at an electrical outlet near the water fountain on the East Side of the PDR.   The fire was extinguished and the fire chief was dispatched to the PDR.  The Shift Supervisor was informed of the fire and on-call EDO was notified of the incident.   Sgt. Fredenurg was informed to turn off all power to the effected area until the EDO arrives.   Once the EDO arrived he was dispatched to the PDR for an assessment and reported to the Shift Suprvisor that it would be fixed on Monday morning.   Safety Hazmat Ms. Taylor was informed of the fire.

### Location where incident took place:

PDR Eastside - Electrical outlet near water fountain

### Notification of Official(s) and time:

| | | | | |
|---|---|---|---|---|
| Supervisor or Department Head: | Capt. Calloway | Time: | 4:30 | ☐ AM ☒ PM |
| Ass't. Supt. or Supt.: | | Time: | | ☐ AM ☐ PM |
| Other: | On-call EDO. Safety Hazmat | Time: | | ☐ AM ☐ PM |

### *Action Taken:*
On-Call EDO was notified of the incident.  Safety Hazmat Ms. Taylor was informed of the fire.

### Incident report is to be completed and forwarded before leaving institution.

Witness - if Applicable:

_____

_____

**Name of Person Making Report & Dept.:**

Lt R. Darschewski

_____

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.
      Custody Supv., Dept. Head

Page 1 of 2

STATE008327

Ex. 56