

**Department of Correction Incident Report Form**
State Form 7222212 (7212)

DATE: 11/13/18        TIME: 1:13    ☒ AM    ☐ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | |
| Injury or sickness | ☐ | |
| Disturbance | ☐ | |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | Offender Love, Joshua (BM) # 121292 DE #320 |

### Description of Incident:

On the date of 11-13-18 at approx. 1:13am I Lt. Tatum, Christopher was informed that Offender Love, Joshua (BM) #121292 DE # 320 had barricaded himself in his cell # 320 on the east side of DCH and then set a fire in front of his cell. Ofc. Smith, Ronnie gave Offender Love, Joshua (BM) an order to cuff up. Offender Love, Joshua (BM) hid behind a the mattress that's in his cell. Officer Smith, Ronnie ( WM) then attempted to hit him with a one second burst of OC but couldn't hit him. Sgt. Silcox, Bronson (WM) and Ofc. Bass, Dorrel (BM) arrived on the unit and after talking to Offender Love, Joshua (BM) #121292 he cuffed up. He was taken to medical where he was suicide screened and moved to SMC# 3.

### Location where incident took place:

DCH # 320 east

### Notification of Official(s) and time:

| | | | | |
|---|---|---|---|---|
| Supervisor or Department Head: | Lt. C. Tatum | Time: 1:13 | ☒ AM ☐ PM |
| Ass't. Supt. or Supt.: | | Time: | ☐ AM ☐ PM |
| Other: | | Time: | ☐ AM ☐ PM |

### *Action Taken:*
Moved to SMC # 3

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

**Name of Person Making Report & Dept.:**

Tatum, Christopher

cc:   Supt., Ass't. Supt.
      Custody Supv., Dept. Head

CUSTODY SUPERVISOR OFFICE

State Form 7222212 (7212)

NOV 3 1 2018

INDIANA STATE PRISON

Page 1 of 2

STATE006995

Ex. 57