

# Department of Correction Incident Report Form
State Form 7222212 (7212)

**DATE:** 3/29/2018        **TIME:** 6:25     ☐ AM  ☒ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Lt. Tibbles, Carl (First Responder #1) |
| Injury or sickness | ☐ | Sgt. Canchola, Alvaro (First Responder # 2) |
| Disturbance | ☒ | Sgt. Wilson, Alisha (First Responder # 3) |
| Unauthorized Traffic | ☐ | Officer Wilson, Troy (First Responders #4) |
| Special Off Grounds (Hospital Run) | ☐ | Officer Gemmel, William (BCH Officer) |
| Other | ☐ | Offender Wilson, Michael (BM) #121230 BCH 535 |

## Description of Incident:

On 3-29-19, at approximately 5:08 PM, Officer Gemmel, William called a signal 10-71 in BCH. A fire had started in BCH 535, which is housed by offender Wilson, Michael #121230. Officer Teague, Donald (BCH OIC) had responded with a fire extinguisher, and put out the fire before first responders arrived. Once first responders arrived they noticed that the offender's fan had fell onto his mattress and caught fire. The mattress and Fan were confiscated and sent to the fire station, for Safety Hazmat manager to look into.

## Location where incident took place:

BCH 535

### Notification of Official(s) and time:

| | | | | |
|---|---|---|---|---|
| Supervisor or Department Head: | Captain Douglas Wardlow | Time: | 6:25 | ☐ AM ☒ PM |
| Ass't. Supt. or Supt.: | | Time: | | ☐ AM ☐ PM |
| Other: | | Time: | | ☐ AM ☐ PM |

### *Action Taken:*
Mattress and hot pot taken to Fire station after fire extinguished

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:

**Name of Person Making Report & Dept.:**

Lt. Maclin, Chester/Custody

State Form 7222212 (7212)

cc:   Supt., Ass't. Supt.
      Custody Supv., Dept. Head

STATE007387

Ex. 58