

**Department of Correction Incident Report Form**
State Form 7222212 (7212)

DATE: 01-14-2023          TIME: 10:58   ☒ AM   ☐ PM

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Darrnell Crocket, Kenneth Cross, Lt. Nadine Smith, Sgt. Jeniene Walton |
| Injury or sickness | ☐ | Smith, M. Doc# 953102 |
| Disturbance | ☐ | |
| Unauthorized Traffic | ☐ | |
| Special Off Grounds (Hospital Run) | ☐ | |
| Other | ☒ | |

**Description of Incident:**

At approx. 10:58 a.m. the fire alarm was set off. At that time Ofc. Crockett and Ofc. Cross grabbed the exstinguishers and went to the 200 North Range. I, Sgt. Walton called a 10/71 to Control.

**Location where incident took place:**

ACH 200 North

**Notification of Official(s) and time:**

| | | | |
|---|---|---|---|
| Supervisor or Department Head: | Cpt. McCann | Time: ____ | ☐ AM ☐ PM |
| Ass't. Supt. or Supt.: | Warden Neal | Time: ____ | ☐ AM ☐ PM |
| Other: | | Time: ____ | ☐ AM ☐ PM |

**_Action Taken:_**

**Incident report is to be completed and forwarded before leaving institution.**

Witness - if Applicable:
_____
_____

Name of Person Making Report & Dept.:

Sgt. J. Walton
_____

State Form 7222212 (7212)

cc:  Supt., Ass't. Supt.
     Custody Supv., Dept. Head

Page 1 of 1

STATE026403

Ex. 59