AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| Mysti Valencia<br>*Plaintiff*<br>v.<br>Ron Neal, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:24-cv-00185 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Mysti Valencia, as Personal Representative of the ESTATE OF MICHAEL SMITH, and on her own behalf. .

Date: 10/02/2026

/s/ Alison R. Leff
*Attorney's signature*

Alison R. Leff, 6296422
*Printed name and bar number*

Loevy + Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
*Address*

alison@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*